**EXHIBIT 2**

**Srinergy Payments to Date and Outstanding Payments**

Date: November 2, 2020

| | |
|---|---|
| **Customer Name** | **Medtronic** |
| Location | Juncos |
| Project Entity Name | CEN Juncos Solar, LLC & CEN Juncos Solar II, LLC |
| Final Installed System Size (watts) | 5,128,000.00 |

| *CEN & SRI have agreed to the following Terms on this project:* | |
|---|---|
| 1 | *The Purchase Price for the Puerto Rico Assets, per the first project identified, consists of the total of One Hundred Fifty Thousand dollars and No/100 ($150,000.00) per MegaWatt, as delivered to construction (the "Purchase Price").* |
| 2 | *Per the agreed upon price in the Preliminary Assessment Report ("PAR"), all net savings based on all line item costs (excluding seller's development fees) will be split 50-50 between VERT and SRI; any cost over-runs will be deducted from the from the final payout at COD.* |
| 3 | *SRI is to be contracted as the Operations & Maintenance "O&M" provider for this project.* |

| **1. Purchase Price** | |
|---|---|
| Agreed Purchase Price ($) | $150K per MW or $0.15/watt |
| **Purchase Price ($)** | **$769,200.00** |
| CEN Payments Till Date to Srinergy: | |
| 5/20/2019 | $150,212.00 |
| 6/5/2019 | $50,000.00 |
| 8/30/2019 | $300,424.00 |
| **Balance Amount ($)** | **$268,564.00** |

| **2. Net Savings/Sharing** | |
|---|---|
| **CEN Project Sale Price (REA Purchase Price)** | **$10,815,300.00** |
| Initial Agreed Price according to CEN's PAR | $8,202,367.00 |
| Net Profit or Savings | $2,612,933.00 |
| According to Contract this Net Profit/Savings would be shared 50-50 between SRI & CEN | |
| CEN Share | $1,306,466.50 |
| **SRI Share** | **$1,306,466.50** |

| **VERT/CEN Outstanding payment to Srinergy** | **$1,575,030.50** |
|---|---|

| Note:VERT Fees is $.035/Watt as per PAR and JDA between CEN and SRI as stated below | |
|---|---|
| Section 3.2 Financing Fee. At CEN's election, CEN may arrange, negotiate and close all financing for the Projects. The fee for this service shall be three and a half cents ($0.035) per watt DC. This will be treated as compensation to CEN for its services under this Agreement. | |