EXHIBIT

4

**From:** Joaquin Altenberg <joaquin@cleanenergynexus.com>
**Sent:** Wednesday, November 30, 2022 4:57 PM
**To:** Prasad Gullapalli <prasad@srinergy.com>
**Cc:** Vamshi Murki <vamshi@srinergy.com>; Frank Bucceri <frank@cleanenergynexus.com>; Sara Richardson <sara@cleanenergynexus.com>
**Subject:** Re: Selectos Project Development Cost & Savings Details

Prasad,
To further clarify, the MIPA states we are to pay "in accordance with the milestone Acquisition Fees as detailed in Section 3.1(b)
of the JDA." We have paid you ahead of these milestone schedules and have fully met our obligations.
**Best,**

**Joaquin Altenberg**
CEO
**Clean Energy Nexus PR**

📞 O: (939) 545-8378 | C: (917) 553-0803

✉ joaquin@cleanenergynexus.com

🔗 www.cleanenergynexus.com [cleanenergynexus.com]

📍 53 Calle Palmeras, Suite 601, San Juan, PR 00901

 [cleanenergynexuspr.com]


[linkedin.com][instagram.com]

[solarpowerworldonline.com]



**Book a Meeting** [meetings.hubspot.com]

On Wed, Nov 30, 2022 at 5:35 PM Joaquin Altenberg <joaquin@cleanenergynexus.com> wrote:

Prasad,
Upon reviewing the MIPA, there is no obligation by CEN to present you with a summary of costs.
**Best,**

**Joaquin Altenberg**
CEO
**Clean Energy Nexus PR**

O: (939) 545-8378 | C: (917) 553-0803

joaquin@cleanenergynexus.com

www.cleanenergynexus.com [cleanenergynexus.com]

53 Calle Palmeras, Suite 601, San Juan, PR 00901

 [cleanenergynexuspr.com]


[linkedin.com][instagram.com]

[solarpowerworldonline.com]



**Book a Meeting** [meetings.hubspot.com]

On Wed, Nov 30, 2022 at 10:18 AM Prasad Gullapalli <prasad@srinergy.com> wrote:

Good morning Joaquin,

Can you please share the audited Selectos project development costs and net profit(savings)?

Appreciate if you can share these details by this Friday.

Thank You.

Best Regards,
**Prasad Gullapalli**
Founder & CEO

[srinergy.com]

**(M)** 248-767-5714 **(O)** 248-257-4019 | **(F)** 248-257-4055

**United States | Puerto Rico | India**

[srinergy.com]  [facebook.com]  [instagram.com]  [linkedin.com]  [youtube.com]

**Be a Socially Responsible Individual (SRI), Go Solar.**