**EXHIBIT D-1**

Burnett, et al. v. Al Baraka Inv. Dev. Corp., et al., No. 03-cv-9849 (GBD)(SN)
U.S.-National Personal-Injury ATA Claims
With Prior MDL Judgment

| # | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Estate Personal Representative(s) | Plaintiff Nationality | Date Plaintiff Added | Docket Entry When First Added to Complaint | Case Number of Prior MDL Judgment | ECF Number of Prior MDL Judgment | Date of Prior MDL Judgment | Prior MDL Judgment Value/Judgment Sought Here | Treble Damages Under the ATA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Yvonne | V. | Abdool | | | United States | 8/15/2002 | DKT 1; 1:02-cv-01616-JR; 23 | 15-cv-9903 (GBD)(SN) | 5948 | 2/14/2020 | $ 5,000,000.00 | $ 15,000,000.00 |
| 2 | Ingrid | | Alleyne-Robertson | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 1805 | 15-cv-9903 (GBD)(SN) | 5948 | 2/14/2020 | $ 5,000,000.00 | $ 15,000,000.00 |
| 3 | Jocelyne | | Ambroise | | | United States | 8/15/2002 | DKT 1; 1:02-cv-01616-JR; 43 | 15-cv-9903 (GBD)(SN) | 7494 | 12/22/2021 | $ 5,000,000.00 | $ 15,000,000.00 |
| 4 | Douglas | William | Anderson | | | United States | 9/10/2004 | DKT432; 1:03-md-01570-GBD-SN; P5313 | 15-cv-9903 (GBD)(SN) | 8283 | 7/28/2022 | $ 5,000,000.00 | $ 15,000,000.00 |
| 5 | Benjamin | | Arroyo | | | United States | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 889 | 15-cv-9903 (GBD)(SN) | 7494 | 12/22/2021 | $ 5,000,000.00 | $ 15,000,000.00 |
| 6 | George | Joseph | Bachmann | | | United States | 3/10/2004 | DKT HAND FILED; 1:03-cv-9849 (RCC); P4996 | 15-cv-9903 (GBD)(SN) | 5946 | 2/14/2020 | $ 7,000,000.00 | $ 21,000,000.00 |
| 7 | Lynette | | Bangaree | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 1828 | 15-cv-9903 (GBD)(SN) | 5955 | 2/14/2020 | $ 5,000,000.00 | $ 15,000,000.00 |
| 8 | Mary | Ellen | Barbieri | | | United States | 8/15/2002 | DKT 1; 1:02-cv-01616-JR; 50 | 15-cv-9903 (GBD)(SN) | 5946 | 2/14/2020 | $ 10,000,000.00 | $ 30,000,000.00 |
| 9 | Genoveva | Beatriz | Barros Fernandez | | | United States | 9/10/2004 | DKT432; 1:03-md-01570-GBD-SN; P5353 | 15-cv-9903 (GBD)(SN) | 7494 | 12/22/2021 | $ 5,000,000.00 | $ 15,000,000.00 |
| 10 | Richard | A. | Beatty | | | United States | 5/23/2003 | DKT 155; 1:02-cv-01616-JR; P2822 | 15-cv-9903 (GBD)(SN) | 5946 | 2/14/2020 | $ 10,000,000.00 | $ 30,000,000.00 |
| 11 | Jonathan | M. | Becker | | | United States | 12/19/2003 | DKT 432; 1:02-cv-01616-JR; P4772 | 15-cv-9903 (GBD)(SN) | 5957 | 2/18/2020 | $ 5,000,000.00 | $ 15,000,000.00 |
| 12 | Frances | | Berdan | | | United States | 8/15/2002 | DKT 1; 1:02-cv-01616-JR; 68 | 15-cv-9903 (GBD)(SN) | 5948 | 2/14/2020 | $ 7,000,000.00 | $ 21,000,000.00 |
| 13 | Deborah | Elizabeth | Berk | | | United States | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P3594 | 15-cv-9903 (GBD)(SN) | 5948 | 2/14/2020 | $ 7,000,000.00 | $ 21,000,000.00 |
| 14 | Prakash | P. | Bhatt | | | United States | 8/15/2002 | DKT 1; 1:02-cv-01616-JR; 70 | 15-cv-9903 (GBD)(SN) | 7494 | 12/22/2021 | $ 5,000,000.00 | $ 15,000,000.00 |
| 15 | Quinceyann | | Booker-Jackson | | | United States | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4145 | 15-cv-9903 (GBD)(SN) | 7494 | 12/22/2021 | $ 5,000,000.00 | $ 15,000,000.00 |
| 16 | Carmen | | Bridgeforth | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 2280 | 15-cv-9903 (GBD)(SN) | 5957 | 2/18/2020 | $ 7,000,000.00 | $ 21,000,000.00 |
| 17 | David | Allen | Bridgeforth (Estate of) | | Bridgeforth, Carmen | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 1866 | 15-cv-9903 (GBD)(SN) | 7494 | 12/22/2021 | $ 7,000,000.00 | $ 21,000,000.00 |
| 18 | Michael | P. | Brodbeck | | | United States | 5/23/2003 | DKT 155; 1:02-cv-01616-JR; P2830 | 15-cv-9903 (GBD)(SN) | 5948 | 2/14/2020 | $ 7,000,000.00 | $ 21,000,000.00 |
| 19 | Boris | | Bronshteyn | | | United States | 3/10/2004 | DKT HAND FILED; 1:03-cv-9849 (RCC); P5005 | 15-cv-9903 (GBD)(SN) | 5948 | 2/14/2020 | $ 5,000,000.00 | $ 15,000,000.00 |
| 20 | Eduardo | E. | Bruno | | | United States | 8/15/2002 | DKT 1; 1:02-cv-01616-JR; 94 | 15-cv-9903 (GBD)(SN) | 5955 | 2/14/2020 | $ 7,000,000.00 | $ 21,000,000.00 |
| 21 | Pasquale | | Buzzelli | | | United States | 5/23/2003 | DKT 155; 1:02-cv-01616-JR; P2833 | 15-cv-9903 (GBD)(SN) | 7494 | 12/22/2021 | $ 7,000,000.00 | $ 21,000,000.00 |
| 22 | Richard | Martin | Bylicki | | | United States | 9/10/2004 | DKT432; 1:03-md-01570-GBD-SN; P5326 | 15-cv-9903 (GBD)(SN) | 7494 | 12/22/2021 | $ 7,000,000.00 | $ 21,000,000.00 |
| 23 | Luis | | Carbonell | | | United States | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 978 | 15-cv-9903 (GBD)(SN) | 7494 | 12/22/2021 | $ 5,000,000.00 | $ 15,000,000.00 |
| 24 | Desiret | | Carvache | | | United States | 12/19/2003 | DKT 432; 1:02-cv-01616-JR; P4789 | 15-cv-9903 (GBD)(SN) | 8283 | 7/28/2022 | $ 5,000,000.00 | $ 15,000,000.00 |
| 25 | Frank | | Castrogiovanni | | | United States | 1/3/2005 | DKT 602; 1:03-md-01570-GBD-SN; P5476 | 15-cv-9903 (GBD)(SN) | 7494 | 12/22/2021 | $ 7,000,000.00 | $ 21,000,000.00 |
| 26 | Sharron | L. | Clemons | | | United States | 8/15/2002 | DKT 1; 1:02-cv-01616-JR; 134 | 15-cv-9903 (GBD)(SN) | 5948 | 2/14/2020 | $ 5,000,000.00 | $ 15,000,000.00 |
| 27 | Richard | L. | Collins | | | United States | 9/10/2004 | DKT432; 1:03-md-01570-GBD-SN; P5335 | 15-cv-9903 (GBD)(SN) | 5955 | 2/14/2020 | $ 5,000,000.00 | $ 15,000,000.00 |
| 28 | Carmen | | Colon | | | United States | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P3657 | 15-cv-9903 (GBD)(SN) | 7494 | 12/22/2021 | $ 5,000,000.00 | $ 15,000,000.00 |
| 29 | Jose | Manuel | Contes | | | United States | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 1008 | 15-cv-9903 (GBD)(SN) | 8283 | 7/28/2022 | $ 7,000,000.00 | $ 21,000,000.00 |
| 30 | Joel | | Council | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 1895 | 15-cv-9903 (GBD)(SN) | 7494 | 12/22/2021 | $ 5,000,000.00 | $ 15,000,000.00 |
| 31 | Walter | Henry | Cramer | | | United States | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 1034 | 15-cv-9903 (GBD)(SN) | 5955 | 2/14/2020 | $ 5,000,000.00 | $ 15,000,000.00 |
| 32 | Enrique | | Cruz | | | United States | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 1037 | 15-cv-9903 (GBD)(SN) | 8283 | 7/28/2022 | $ 5,000,000.00 | $ 15,000,000.00 |
| 33 | Juan | Alberto | Cruz-Santiago | | | United States | 5/23/2003 | DKT 155; 1:02-cv-01616-JR; AP212 | 15-cv-9903 (GBD)(SN) | 8283 | 7/28/2022 | $ 15,000,000.00 | $ 45,000,000.00 |

**EXHIBIT D-1**

Burnett, et al. v. Al Baraka Inv. Dev. Corp., et al., No. 03-cv-9849 (GBD)(SN)
U.S.-National Personal-Injury ATA Claims
With Prior MDL Judgment

| # | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Estate Personal Representative(s) | Plaintiff Nationality | Date Plaintiff Added | Docket Entry When First Added to Complaint | Case Number of Prior MDL Judgment | ECF Number of Prior MDL Judgment | Date of Prior MDL Judgment | Prior MDL Judgment Value/Judgment Sought Here | Treble Damages Under the ATA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34 | Fernando | | Cuba | | | United States | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 1039 | 15-cv-9903 (GBD)(SN) | 7494 | 12/22/2021 | $ 5,000,000.00 | $ 15,000,000.00 |
| 35 | Flory | Nicholas | Danish | Jr. | | United States | 9/10/2004 | DKT432; 1:03-md-01570-GBD-SN; P5337 | 15-cv-9903 (GBD)(SN) | 5948 | 2/14/2020 | $ 5,000,000.00 | $ 15,000,000.00 |
| 36 | Andres | | De La Rosa | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 1931 | 15-cv-9903 (GBD)(SN) | 7494 | 12/22/2021 | $ 5,000,000.00 | $ 15,000,000.00 |
| 37 | Cynthia | | Delancey | | | United States | 2/21/2003 | DKT 77; 1:02-cv-01616-JR; P2750 | 15-cv-9903 (GBD)(SN) | 8283 | 7/28/2022 | $ 5,000,000.00 | $ 15,000,000.00 |
| 38 | Michael | T. | Dempsey | | | United States | 5/23/2003 | DKT 155; 1:02-cv-01616-JR; P2872 | 15-cv-9903 (GBD)(SN) | 5948 | 2/14/2020 | $ 5,000,000.00 | $ 15,000,000.00 |
| 39 | John | | Drapas | Jr. | | United States | 8/15/2002 | DKT 1; 1:02-cv-01616-JR; 810 | 15-cv-9903 (GBD)(SN) | 5948 | 2/14/2020 | $ 7,000,000.00 | $ 21,000,000.00 |
| 40 | Elaine | D. | Duch | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 3064 | 15-cv-9903 (GBD)(SN) | 7494 | 12/22/2021 | $ 15,000,000.00 | $ 45,000,000.00 |
| 41 | Timothy | | Duffy | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 3073 | 15-cv-9903 (GBD)(SN) | 7494 | 12/22/2021 | $ 7,000,000.00 | $ 21,000,000.00 |
| 42 | Gabe | | Esposito | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 3112 | 15-cv-9903 (GBD)(SN) | 7494 | 12/22/2021 | $ 5,000,000.00 | $ 15,000,000.00 |
| 43 | Joseph | J. | Falco | | | United States | 2/21/2003 | DKT 77; 1:02-cv-01616-JR; P2589 | 15-cv-9903 (GBD)(SN) | 5957 | 2/18/2020 | $ 7,000,000.00 | $ 21,000,000.00 |
| 44 | Patricia | Ann | Farrar | | | United States | 5/23/2003 | DKT 155; 1:02-cv-01616-JR; P2891 | 15-cv-9903 (GBD)(SN) | 8283 | 7/28/2022 | $ 5,000,000.00 | $ 15,000,000.00 |
| 45 | Edgar | | Felix | | | United States | 9/10/2004 | DKT432; 1:03-md-01570-GBD-SN; P5351 | 15-cv-9903 (GBD)(SN) | 7494 | 12/22/2021 | $ 5,000,000.00 | $ 15,000,000.00 |
| 46 | Erasmo | | Fernandez | | | United States | 12/19/2003 | DKT 432; 1:02-cv-01616-JR; P4839 | 15-cv-9903 (GBD)(SN) | 7494 | 12/22/2021 | $ 5,000,000.00 | $ 15,000,000.00 |
| 47 | Hernando | | Fernandez | | | United States | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 1110 | 15-cv-9903 (GBD)(SN) | 5948 | 2/14/2020 | $ 7,000,000.00 | $ 21,000,000.00 |
| 48 | Roger | | Fernandez | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 3143 | 15-cv-9903 (GBD)(SN) | 7494 | 12/22/2021 | $ 5,000,000.00 | $ 15,000,000.00 |
| 49 | Vincent | | Ferranti | | | United States | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 1112 | 15-cv-9903 (GBD)(SN) | 7494 | 12/22/2021 | $ 5,000,000.00 | $ 15,000,000.00 |
| 50 | Thomas | Joseph | Forbes | | | United States | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4279 | 15-cv-9903 (GBD)(SN) | 7494 | 12/22/2021 | $ 5,000,000.00 | $ 15,000,000.00 |
| 51 | Leileth | | Foster | | | United States | 8/15/2002 | DKT 1; 1:02-cv-01616-JR; 219 | 15-cv-9903 (GBD)(SN) | 7494 | 12/22/2021 | $ 7,000,000.00 | $ 21,000,000.00 |
| 52 | Charles | Marion | Freeman | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 1973 | 15-cv-9903 (GBD)(SN) | 8283 | 7/28/2022 | $ 5,000,000.00 | $ 15,000,000.00 |
| 53 | Henry | Leon | Fuerte | | | United States | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4281 | 15-cv-9903 (GBD)(SN) | 7494 | 12/22/2021 | $ 5,000,000.00 | $ 15,000,000.00 |
| 54 | Paul | Eric | Gonzales | | | United States | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4301 | 15-cv-9903 (GBD)(SN) | 5948 | 2/14/2020 | $ 12,000,000.00 | $ 36,000,000.00 |
| 55 | Ruben | | Gordillo | | | United States | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 1182 | 15-cv-9903 (GBD)(SN) | 5948 | 2/14/2020 | $ 5,000,000.00 | $ 15,000,000.00 |
| 56 | Rafael | | Gudmuch | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 2006 | 15-cv-9903 (GBD)(SN) | 5948 | 2/14/2020 | $ 5,000,000.00 | $ 15,000,000.00 |
| 57 | Robert | Joseph | Hall | | | United States | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 1199 | 15-cv-9903 (GBD)(SN) | 5948 | 2/14/2020 | $ 7,000,000.00 | $ 21,000,000.00 |
| 58 | Carmela | M. | Harrison | | | United States | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4310 | 15-cv-9903 (GBD)(SN) | 7494 | 12/22/2021 | $ 5,000,000.00 | $ 15,000,000.00 |
| 59 | Elaine | | Helms | | | United States | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4319 | 15-cv-9903 (GBD)(SN) | 7494 | 12/22/2021 | $ 7,000,000.00 | $ 21,000,000.00 |
| 60 | Jean | Marlene | Hunt | | | United States | 8/15/2002 | DKT 1; 1:02-cv-01616-JR; 293 | 15-cv-9903 (GBD)(SN) | 5946 | 2/14/2020 | $ 10,000,000.00 | $ 30,000,000.00 |
| 61 | Patrick | | Imperato | | | United States | 12/19/2003 | DKT 432; 1:02-cv-01616-JR; P4871 | 15-cv-9903 (GBD)(SN) | 7494 | 12/22/2021 | $ 5,000,000.00 | $ 15,000,000.00 |
| 62 | Clifford | | Jenkins | | | United States | 8/15/2002 | DKT 1; 1:02-cv-01616-JR; 311 | 15-cv-9903 (GBD)(SN) | 5955 | 2/14/2020 | $ 5,000,000.00 | $ 15,000,000.00 |
| 63 | Mark | D. | Joseph | | | United States | 1/3/2005 | DKT 602; 1:03-md-01570-GBD-SN; P5488 | 15-cv-9903 (GBD)(SN) | 5955 | 2/14/2020 | $ 7,000,000.00 | $ 21,000,000.00 |
| 64 | Racquel | K. | Kelley | | | United States | 5/23/2003 | DKT 155; 1:02-cv-01616-JR; P2967 | 15-cv-9903 (GBD)(SN) | 8283 | 7/28/2022 | $ 5,000,000.00 | $ 15,000,000.00 |
| 65 | Susanne | Bachmann | Kikkenborg | | | United States | 8/15/2002 | DKT 1; 1:02-cv-01616-JR; 323 | 15-cv-9903 (GBD)(SN) | 5955 | 2/14/2020 | $ 5,000,000.00 | $ 15,000,000.00 |
| 66 | David | J. | King | Jr. | | United States | 2/21/2003 | DKT 77; 1:02-cv-01616-JR; P2641 | 15-cv-9903 (GBD)(SN) | 5955 | 2/14/2020 | $ 5,000,000.00 | $ 15,000,000.00 |

**EXHIBIT D-1**

Burnett, et al. v. Al Baraka Inv. Dev. Corp., et al., No. 03-cv-9849 (GBD)(SN)
U.S.-National Personal-Injury ATA Claims
With Prior MDL Judgment

| # | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Estate Personal Representative(s) | Plaintiff Nationality | Date Plaintiff Added | Docket Entry When First Added to Complaint | Case Number of Prior MDL Judgment | ECF Number of Prior MDL Judgment | Date of Prior MDL Judgment | Prior MDL Judgment Value/Judgment Sought Here | Treble Damages Under the ATA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 67 | Stephen | J. | King | III | | United States | 3/10/2004 | DKT HAND FILED; 1:03-cv-9849 (RCC); P5121 | 15-cv-9903 (GBD)(SN) | 5948 | 2/14/2020 | $ 10,000,000.00 | $ 30,000,000.00 |
| 68 | David | | Kletsman | | | United States | 9/10/2004 | DKT 432; 1:03-md-01570-GBD-SN; P5386 | 15-cv-9903 (GBD)(SN) | 5946 | 2/14/2020 | $ 5,000,000.00 | $ 15,000,000.00 |
| 69 | Daniel | Thomas | Kruesi | | | United States | 12/19/2003 | DKT 432; 1:02-cv-01616-JR; P4874 | 15-cv-9903 (GBD)(SN) | 5946 | 2/14/2020 | $ 5,000,000.00 | $ 15,000,000.00 |
| 70 | John | R. | La Sala | | | United States | 2/21/2003 | DKT 77; 1:02-cv-01616-JR; P2649 | 15-cv-9903 (GBD)(SN) | 5946 | 2/14/2020 | $ 5,000,000.00 | $ 15,000,000.00 |
| 71 | Veronica | O. | Li | | | United States | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 1508 | 15-cv-9903 (GBD)(SN) | 5946 | 2/14/2020 | $ 5,000,000.00 | $ 15,000,000.00 |
| 72 | Emanuel | Alexander | Lipscomb | Jr. | | United States | 3/10/2004 | DKT HAND FILED; 1:03-cv-9849 (RCC); P5152 | 15-cv-9903 (GBD)(SN) | 8283 | 7/28/2022 | $ 5,000,000.00 | $ 15,000,000.00 |
| 73 | Evelyn | A. | Lugo | | | United States | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4391 | 15-cv-9903 (GBD)(SN) | 5948 | 2/14/2020 | $ 5,000,000.00 | $ 15,000,000.00 |
| 74 | Lauren | | Manning | | | United States | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; AP235 | 15-cv-9903 (GBD)(SN) | 5955 | 2/14/2020 | $ 25,000,000.00 | $ 75,000,000.00 |
| 75 | Rafaela | | Martinez | | | United States | 9/10/2004 | DKT 432; 1:03-md-01570-GBD-SN; P5400 | 15-cv-9903 (GBD)(SN) | 7494 | 12/22/2021 | $ 5,000,000.00 | $ 15,000,000.00 |
| 76 | James | Raymond | McCarthy | | | United States | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4412 | 15-cv-9903 (GBD)(SN) | 5946 | 2/14/2020 | $ 7,000,000.00 | $ 21,000,000.00 |
| 77 | Nexhat | | Mela | | | United States | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 1446 | 15-cv-9903 (GBD)(SN) | 7494 | 12/22/2021 | $ 7,000,000.00 | $ 21,000,000.00 |
| 78 | Roberto | | Mesa | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 2180 | 15-cv-9903 (GBD)(SN) | 7494 | 12/22/2021 | $ 7,000,000.00 | $ 21,000,000.00 |
| 79 | Ram | Anthony | Mohabir | | | United States | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P3850 | 15-cv-9903 (GBD)(SN) | 7494 | 12/22/2021 | $ 7,000,000.00 | $ 21,000,000.00 |
| 80 | David | Michael | Moriarty | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 3949 | 15-cv-9903 (GBD)(SN) | 8283 | 7/28/2022 | $ 5,000,000.00 | $ 15,000,000.00 |
| 81 | Nancy | Marie | Morrison | | | United States | 5/23/2003 | DKT 155; 1:02-cv-01616-JR; P3037 | 15-cv-9903 (GBD)(SN) | 5946 | 2/14/2020 | $ 7,000,000.00 | $ 21,000,000.00 |
| 82 | Omar | | Mota | | | United States | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 1479 | 15-cv-9903 (GBD)(SN) | 7494 | 12/22/2021 | $ 5,000,000.00 | $ 15,000,000.00 |
| 83 | Daniel | Arthur | Narlock | | | United States | 12/19/2003 | DKT 432; 1:02-cv-01616-JR; P4903 | 15-cv-9903 (GBD)(SN) | 7494 | 12/22/2021 | $ 5,000,000.00 | $ 15,000,000.00 |
| 84 | Kofi | Osei | Nyantakyi | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 2225 | 15-cv-9903 (GBD)(SN) | 5946 | 2/14/2020 | $ 7,000,000.00 | $ 21,000,000.00 |
| 85 | Eugene | Francis | O'Reilly | | | United States | 2/21/2003 | DKT 77; 1:02-cv-01616-JR; P2675 | 15-cv-9903 (GBD)(SN) | 7494 | 12/22/2021 | $ 7,000,000.00 | $ 21,000,000.00 |
| 86 | Victor | Donald | Panzella | Jr. | | United States | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 1510 | 15-cv-9903 (GBD)(SN) | 8283 | 7/28/2022 | $ 5,000,000.00 | $ 15,000,000.00 |
| 87 | Wilston | Lambert | Parris | | | United States | 8/15/2002 | DKT 1; 1:02-cv-01616-JR; 431 | 15-cv-9903 (GBD)(SN) | 8283 | 7/28/2022 | $ 5,000,000.00 | $ 15,000,000.00 |
| 88 | Joseph | G. | Pesce | | | United States | 5/23/2003 | DKT 155; 1:02-cv-01616-JR; P3064 | 15-cv-9903 (GBD)(SN) | 5955 | 2/14/2020 | $ 5,000,000.00 | $ 15,000,000.00 |
| 89 | Nathan | | Peterson | | | United States | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4483 | 15-cv-9903 (GBD)(SN) | 5955 | 2/14/2020 | $ 5,000,000.00 | $ 15,000,000.00 |
| 90 | Pedro | | Pichardo | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 4144 | 15-cv-9903 (GBD)(SN) | 7494 | 12/22/2021 | $ 7,000,000.00 | $ 21,000,000.00 |
| 91 | Sharon | | Premoli | | | United States | 8/15/2002 | DKT 1; 1:02-cv-01616-JR; 812 | 15-cv-9903 (GBD)(SN) | 5946 | 2/14/2020 | $ 10,000,000.00 | $ 30,000,000.00 |
| 92 | Edward | Joseph | Prince | | | United States | 3/10/2004 | DKT HAND FILED; 1:03-cv-9849 (RCC); P5234 | 15-cv-9903 (GBD)(SN) | 7494 | 12/22/2021 | $ 5,000,000.00 | $ 15,000,000.00 |
| 93 | Antonio | | Quinones | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 2278 | 15-cv-9903 (GBD)(SN) | 5948 | 2/14/2020 | $ 7,000,000.00 | $ 21,000,000.00 |
| 94 | Godwin | Francisco | Quinones | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 2282 | 15-cv-9903 (GBD)(SN) | 7494 | 12/22/2021 | $ 5,000,000.00 | $ 15,000,000.00 |
| 95 | Juan | | Ramirez | | | United States | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 1560 | 15-cv-9903 (GBD)(SN) | 5955 | 2/14/2020 | $ 5,000,000.00 | $ 15,000,000.00 |
| 96 | Edwin | | Rivera | | | United States | 9/10/2004 | DKT 432; 1:03-md-01570-GBD-SN; P5430 | 15-cv-9903 (GBD)(SN) | 5955 | 2/14/2020 | $ 12,000,000.00 | $ 36,000,000.00 |
| 97 | Grace | | Rivera | | | United States | 9/10/2004 | DKT 432; 1:03-md-01570-GBD-SN; P5431 | 15-cv-9903 (GBD)(SN) | 5955 | 2/14/2020 | $ 12,000,000.00 | $ 36,000,000.00 |
| 98 | Nelson | | Rocha | | | United States | 8/15/2002 | DKT 1; 1:02-cv-01616-JR; 522 | 15-cv-9903 (GBD)(SN) | 7494 | 12/22/2021 | $ 5,000,000.00 | $ 15,000,000.00 |
| 99 | Bryan | A. | Rodrigues | | | United States | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 1579 | 15-cv-9903 (GBD)(SN) | 5946 | 2/14/2020 | $ 7,000,000.00 | $ 21,000,000.00 |

**EXHIBIT D-1**

Burnett, et al. v. Al Baraka Inv. Dev. Corp., et al., No. 03-cv-9849 (GBD)(SN)
U.S.-National Personal-Injury ATA Claims
With Prior MDL Judgment

| # | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Estate Personal Representative(s) | Plaintiff Nationality | Date Plaintiff Added | Docket Entry When First Added to Complaint | Case Number of Prior MDL Judgment | ECF Number of Prior MDL Judgment | Date of Prior MDL Judgment | Prior MDL Judgment Value/Judgment Sought Here | Treble Damages Under the ATA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | John | Robert | Rogers | | | United States | 8/15/2002 | DKT 1; 1:02-cv-01616-JR; 524 | 15-cv-9903 (GBD)(SN) | 5955 | 2/14/2020 | $ 7,000,000.00 | $ 21,000,000.00 |
| 101 | Julio | | Roig | Jr. | | United States | 8/15/2002 | DKT 1; 1:02-cv-01616-JR; 526 | 15-cv-9903 (GBD)(SN) | 5946 | 2/14/2020 | $ 7,000,000.00 | $ 21,000,000.00 |
| 102 | Arnold | John | Roma | Jr. | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 4300 | 15-cv-9903 (GBD)(SN) | 7494 | 12/22/2021 | $ 5,000,000.00 | $ 15,000,000.00 |
| 103 | Filomena | | Roman | | | United States | 12/19/2003 | DKT 432; 1:02-cv-01616-JR; P4941 | 15-cv-9903 (GBD)(SN) | 8283 | 7/28/2022 | $ 5,000,000.00 | $ 15,000,000.00 |
| 104 | Joseph | Camillo | Rotondi | | | United States | 9/10/2004 | DKT 432; 1:03-md-01570-GBD-SN; P5435 | 15-cv-9903 (GBD)(SN) | 5948 | 2/14/2020 | $ 5,000,000.00 | $ 15,000,000.00 |
| 105 | Jose | Antonio | Sanchez | Jr. | | United States | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 1619 | 15-cv-9903 (GBD)(SN) | 7494 | 12/22/2021 | $ 5,000,000.00 | $ 15,000,000.00 |
| 106 | Glenn | | Savery | | | United States | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 1699 | 15-cv-9903 (GBD)(SN) | 5948 | 2/14/2020 | $ 7,000,000.00 | $ 21,000,000.00 |
| 107 | Robert | William | Senn | | | United States | 2/21/2003 | DKT 77; 1:02-cv-01616-JR; P2700 | 15-cv-9903 (GBD)(SN) | 8283 | 7/28/2022 | $ 7,000,000.00 | $ 21,000,000.00 |
| 108 | Kevin | | Shaeffer | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 4403 | 15-cv-9903 (GBD)(SN) | 5946 | 2/14/2020 | $ 12,000,000.00 | $ 36,000,000.00 |
| 109 | Abida | | Shaikh | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 4405 | 15-cv-9903 (GBD)(SN) | 5955 | 2/14/2020 | $ 5,000,000.00 | $ 15,000,000.00 |
| 110 | Donna | | Singer | | | United States | 2/21/2003 | DKT 77; 1:02-cv-01616-JR; P2702 | 15-cv-9903 (GBD)(SN) | 5946 | 2/14/2020 | $ 5,000,000.00 | $ 15,000,000.00 |
| 111 | Eugenia | Sayre | Singer | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 2510 | 15-cv-9903 (GBD)(SN) | 5946 | 2/14/2020 | $ 10,000,000.00 | $ 30,000,000.00 |
| 112 | Brandon | John | Smith | | | United States | 2/21/2003 | DKT 77; 1:02-cv-01616-JR; P2703 | 15-cv-9903 (GBD)(SN) | 7494 | 12/22/2021 | $ 10,000,000.00 | $ 30,000,000.00 |
| 113 | Lauren | A. | Smith | | | United States | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4529 | 15-cv-9903 (GBD)(SN) | 5946 | 2/14/2020 | $ 7,000,000.00 | $ 21,000,000.00 |
| 114 | Kathleen | Ann | Stanton | | | United States | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; AP234 | 15-cv-9903 (GBD)(SN) | 7494 | 12/22/2021 | $ 7,000,000.00 | $ 21,000,000.00 |
| 115 | Kenneth | A. | Summers | | | United States | 9/10/2003 | DKT 313; 1:02-cv-01616-JR; P4745 | 15-cv-9903 (GBD)(SN) | 5946 | 2/14/2020 | $ 10,000,000.00 | $ 30,000,000.00 |
| 116 | Michael | A. | Telesca | | | United States | 2/21/2003 | DKT 77; 1:02-cv-01616-JR; P2720 | 15-cv-9903 (GBD)(SN) | 5946 | 2/14/2020 | $ 7,000,000.00 | $ 21,000,000.00 |
| 117 | Bidiawattie | | Tewari | | | United States | 8/15/2002 | DKT 1; 1:02-cv-01616-JR; 621 | 15-cv-9903 (GBD)(SN) | 5946 | 2/14/2020 | $ 5,000,000.00 | $ 15,000,000.00 |
| 118 | Geraldine | | Texeira | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 4537 | 15-cv-9903 (GBD)(SN) | 7494 | 12/22/2021 | $ 7,000,000.00 | $ 21,000,000.00 |
| 119 | Denise | | Thompson | | | United States | 8/15/2002 | DKT 1; 1:02-cv-01616-JR; 623 | 15-cv-9903 (GBD)(SN) | 5946 | 2/14/2020 | $ 5,000,000.00 | $ 15,000,000.00 |
| 120 | John | Lewis | Thurman | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 4809 | 15-cv-9903 (GBD)(SN) | 5946 | 2/14/2020 | $ 5,000,000.00 | $ 15,000,000.00 |
| 121 | Johnny | | Torres | | | United States | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 1705 | 15-cv-9903 (GBD)(SN) | 7494 | 12/22/2021 | $ 5,000,000.00 | $ 15,000,000.00 |
| 122 | Dennis | J. | Valentin | | | United States | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 1715 | 15-cv-9903 (GBD)(SN) | 5955 | 2/14/2020 | $ 7,000,000.00 | $ 21,000,000.00 |
| 123 | Hilda | May | Valentine | | | United States | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P3992 | 15-cv-9903 (GBD)(SN) | 7494 | 12/22/2021 | $ 7,000,000.00 | $ 21,000,000.00 |
| 124 | Emmanuel | Gomez | Vega | | | United States | 8/15/2002 | DKT 1; 1:02-cv-01616-JR; 635 | 15-cv-9903 (GBD)(SN) | 7494 | 12/22/2021 | $ 5,000,000.00 | $ 15,000,000.00 |
| 125 | Cecil | R. | Ward | | | United States | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P4009 | 15-cv-9903 (GBD)(SN) | 7494 | 12/22/2021 | $ 7,000,000.00 | $ 21,000,000.00 |
| 126 | Christian | R. | Waugh | | | United States | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4567 | 15-cv-9903 (GBD)(SN) | 7494 | 12/22/2021 | $ 7,000,000.00 | $ 21,000,000.00 |
| 127 | Barbara | Matilda | Williams | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 4726 | 15-cv-9903 (GBD)(SN) | 5948 | 2/14/2020 | $ 5,000,000.00 | $ 15,000,000.00 |
| 128 | Phidia | | Wong | | | United States | 5/23/2003 | DKT 155; 1:02-cv-01616-JR; P3163 | 15-cv-9903 (GBD)(SN) | 5946 | 2/14/2020 | $ 10,000,000.00 | $ 30,000,000.00 |
| 129 | John | David | Yates | | | United States | 2/21/2003 | DKT 77; 1:02-cv-01616-JR; P2760 | 15-cv-9903 (GBD)(SN) | 7494 | 12/22/2021 | $ 10,000,000.00 | $ 30,000,000.00 |
| 130 | Christopher | Leon | Young | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 2438 | 15-cv-9903 (GBD)(SN) | 8283 | 7/28/2022 | $ 5,000,000.00 | $ 15,000,000.00 |
| 131 | Richard | Stephen | Zletz | | | United States | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4586 | 15-cv-9903 (GBD)(SN) | 7494 | 12/22/2021 | $ 5,000,000.00 | $ 15,000,000.00 |