# EXHIBIT 12a

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ) | |
| ) | |
| ) | |
| ) | 03 MDL 1570 (GBD) (SN) |
| In re Terrorist Attacks on September 11, 2001 ) | ECF Case |
| ) | |
| ) | |
| ) | |

This document relates to:

*Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-cv-06978
*Thomas E. Burnett, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03-cv-09849
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 04-cv-01923
*Continental Casualty Co., et al. v. Al Qaeda, et al.*, Case No. 04-cv-05970
*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, Case No. 04-cv-07065
*Euro Brokers Inc., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 04-cv-07279

### DECLARATION OF AMR ABOU EL MAATY

I, Amr Abou el Maaty, declare that I am over the age of eighteen years and of sound

mind to make this declaration. I have personal knowledge of the facts set forth below. If called

as a witness, I could and would testify to the statements and facts contained herein, all of which

are true and accurate to the best of my knowledge and belief:

**Background**

1.      I am employed by Dubai Islamic Bank ("DIB") as an Assistant Vice President

and Head of Branches Support.

2.      I graduated from Cairo University in Egypt in May 1990 where I received a

Bachelor of Science degree in Accounting. I also took a one-year course in Modern Accounting

at American University in Cairo, Egypt in approximately 1991.

3.      I worked at KPMG in Egypt from approximately 1991 until March 1997. I then

worked at KPMG in Dubai from March 1997 until March 1999.

4.      I joined DIB's Internal Audit Department in June 1999 as an auditor.  I was responsible for conducting audits of DIB's branch offices and departments.

5.      In 2003, I became the manager of the Branch Operations Department at DIB. In approximately 2007 I became the Assistant Vice President of DIB's Branch Operations Department.  The Branches Operations Department's name changed to Business Operation and Control and later to Branches Support.

**Internal Audit Department**

6.      DIB's Internal Audit Department in the 1990s and prior to September 11, 2001 was responsible for internal audits of branches and departments of DIB.  DIB's Internal Audit Department evaluated DIB's control systems, procedures, documents, forms, and records.

7.      DIB's Internal Audit Department selected specific branches and departments for audit each year based on a variety of factors.

8.      DIB conducted audits of its branches and departments by following audit programs.  An audit team created the audit program, which was then approved by the Head of Internal Audit.

9.      DIB's audit programs also incorporated guidance from UAE Central Bank circulars. For example, DIB's audit program tested whether the relevant parts of the Bank were following the UAE Central Bank's Anti-Money Laundering Circular 24/2000 after the circular was issued.

10.      DIB's internal audits included compliance and substance tests.  Compliance tests within the audit program determined whether DIB's branches and departments followed their policies and procedures.  Substance tests within DIB's audit program reviewed a sample of documents and records.  For example, audits of DIB's branches included review of a sampling of account opening documents to ensure the branches obtained all required documentation.

2

11.     DIB's Internal Audit Department sent audit teams to each branch and department that was being audited to apply the designed audit program.

12.     Once an internal audit was completed, the audit team discussed its report with the branch or department manager. DIB's audit teams also created action plans for the relevant branches or departments that provided recommendations to improve any issues detected in the audit.

13.     Once DIB's audit reports were complete, DIB's management received copies of those reports.

**Account Opening at DIB**

14.     As part of my audit responsibilities, I audited DIB's account opening procedures beginning in 1999.

15.     Before a prospective individual customer could open an account at DIB, DIB required that the prospective customer fill out a signature card and account opening form and provide an original passport to verify the person's identity. In the case of a company, DIB also required proof of its commercial license to open an account.

16.     To open an account, a DIB branch employee met with a new prospective customer, checked the customer's original passport and any other required documentation, copied the pages of the passport that verified the customer's identification and residence, and generally stamped or initialed the copy to confirm the DIB branch employee had reviewed the original document.

17.     As part of account opening, a potential customer filled out a DIB account opening form and signed a signature card. A potential customer signed both the account opening form and the signature card in the presence of the DIB branch employee, and the branch employee stamped or initialed the signature card as well.

18.     Once a potential customer completed DIB's account opening application, a DIB branch employee checked the potential customer's name against (1) the UAE Central Bank's List of Current Account Restricted Persons ("UAE Central Bank Black List"); (2) DIB's internal black list; (3) any other sanctions or black lists distributed to DIB's branches (including any notices or sanctions lists from the United States Government's Office of Foreign Assets Control ("OFAC")); and (4) the list of accountholders who were already customers at DIB.

19.     An account could not be opened for any person who was on the UAE Central Bank's Black List, other sanctions list distributed to DIB's branches, or DIB's own internal black list.

20.     Each of DIB's branches had at least one computer terminal that was connected directly to the UAE Central Bank that permitted searches of the UAE Central Bank Black List. A DIB branch employee searched a potential customer's name in the UAE Central Bank terminal, and if the potential customer's name hit on the UAE Central Bank Black List, the branch employee could not open an account for that customer.

21.     As part of account opening, a DIB branch employee also searched a potential customer's name in DIB's computerized banking system, Tandem.  If a Tandem search indicated that the potential customer was already an account holder with DIB, then the branch employee assigned the customer's existing customer information file ("CIF") number in DIB's system to the new account and no new CIF number would be given to the customer.

22.     Completed opening account applications and supporting documents were submitted to DIB's branch officials, also known as Branch Managers or Assistant Branch Managers.  DIB's Branch Manager or Assistant Branch Manager reviewed account opening applications and supporting files to ensure they contained all required information before final approval and activation of an account.  Upon completion of the review and approval of the account, the new account was considered opened.

23.     Each branch at DIB had a Current Accounts Department that was responsible for keeping account opening records, including account opening forms and copies of original documents, in special files in a secured location at the branch. DIB's Branch Managers were responsible for verifying that these account opening documents were safely and securely stored.

24.     When DIB created the Central Operations Department in 2003, all of the account opening files at each of the branches was sent to the Central Operations Department for management and storage.

25.     Attached as Exhibit A (DIB_002457-2699) is a true and correct copy of DIB's policies and procedures manual entitled *Duties and Responsibilities of Departments at Dubai Islamic Bank*. DIB's account opening policies and procedures are largely reflected in Exhibit A at DIB_002468 and DIB_002472.

26.     DIB would not have opened an account for a potential customer if that potential customer had appeared on the UAE Central Bank Black List or any other sanctions or black list then known to DIB.

27.     Before September 11, 2001, I was unaware of any accountholder's having any alleged involvement with al Qaeda or any intention to participate in or aid any terrorist attack. I am unaware of information suggesting that DIB had any intention to participate in or aid any terrorist attack. I am not aware of any information suggesting that DIB ever knowingly provided financial services to a customer with links to al Qaeda.

28.     In my experience since joining DIB in 1999, I believe that DIB then and now would promptly terminate any customer relationship and report the customer to the UAE Central Bank if DIB believed the customer was funding or otherwise involved in terrorist activity.

29.     In my experience, DIB always used its best efforts to comply with the instructions of the Central Bank, including instructions to freeze or close accounts.

**September 11, 2001 Terrorist Attacks**

30.     At no point during my four years in DIB's Internal Audit Department from 1999 until 2003 did I ever find or become aware of any evidence of terrorist financing at DIB.

31.     I have never been asked by anyone at DIB to support terrorism, and I would never support terrorism.

32.     I have never heard anyone at DIB express any support for al Qaeda or any terrorist organization.  I have never learned any facts suggesting in any way that DIB supports or supported al Qaeda or any other terrorist organization.


Pursuant to 28 U.S.C. § 1746, I, AMR ABOU EL MAATY, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 9, 2021.

6

# EXHIBIT A



بنك دبي الإسلامي

# أعمال ومستويات الأقسام

# في بنك دبي الإسلامي

مركز التدريب والتطوير

قسم البحوث

ابريل ١٩٩٧م

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002457

# المحتويات

| رقم الصفحة | |
|---|---|
| ١ | تقديم ........................................ |
| ٣ | المقدمة ...................................... |
| ٧ | الحسابات التجارية ............................ |
| ٣٤ | القسم الأجنبي ................................ |
| ٤٣ | المقاصة ..................................... |
| ٤٦ | الاعتمادات المستندية .......................... |
| ٥٥ | التجارة والتمويل .............................. |
| ٧٣ | الاستثمار والعلاقات الخارجية .................. |
| ٧٦ | الإئتمان ..................................... |
| ١٠٤ | المشاريع العقارية ............................. |
| ١١٠ | اختدامات العقارية ............................ |
| ١١٨ | المتابعة والتحصيل ............................. |
| ١٣٥ | الشؤون القانونية ............................. |
| ١٥٣ | بطاقات الفيزا ................................ |
| ١٥٩ | الحسابات العامة .............................. |
| ١٨٤ | الحاسب الآلي ................................ |
| ١٩٨ | الرقابة الشرعية ............................... |
| ٢١٢ | التدقيق الداخلي .............................. |
| ٢١٤ | الشؤون الإدارية .............................. |
| ٢١٨ | المشاريع الصناعية ............................ |

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002458

بسم الله الرحمن الرحيم

" وقل اعملوا فسيرى الله عملكم ورسوله والمؤمنون
وستردون الى عالم الغيب والشهادة فينبئكم بما كنتم
تعملون "

صدق الله العظيم

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002459

تقــديم :

" الرحمن ، علم القرآن ، خلق الانسان علمه البيان " فله الحمد على جليل نعمه ، والصلاة
والسلام على أشرف خلقه ، سيدنا محمد صلى الله عليه وسلم وعلى آله وأصحابه ومن والاه٠

فمن نعم الله على المجتمع الاسلامي ان وفقت بانشـاء بنك دبي الاسلامي كمؤسسة مالية
مصرفية اسلامية تهدف الى تطبيق أحكام الشريعة الاسلامية في المعـاملات المصرفية ، وتنمية
الأموال بالطرق الحلال ٠

والكتاب الذي بين يديك عزيزي القارئ ( أعمال ومسئوليات الاقسام في بنك دبي الاسلامي)
حرى كل الاعمال المصرفية التي يمارسها البنك من خـلال أقسامه المختلفة بشكل تفصيلي ،
وباسلوب سهل ، بعيد عن المبالغة والتعقيد يفيد المتخصص ويستوعبه القارئ العادي ، طمعا في
تجسيد الواقع العملي الذي يمارسه البنك في معاملاته المختلفه وأملا بـأن يفي بالغرض المنشـود
بما توافرت به من خصائص منها على سبيل المثال عرض أعمال ومسؤوليات أقسام البنك بهدف
توفير المعرفة للعاملين بأعمال أقسامهم ، بالاضافة الى أعمال الاقسام الأخرى ليكون الموظف
بالبنك نموذجا يحتذى به للعاملين بالبنوك الاسلامية الاخرى ، من حيث المامه بشتى الاعمال
المصرفية الاسلامية ؛ والرد على أية استفسارات خاصة بأعمال البنك فضلا عن أهمية توفير
مثل هذا! الكتاب قد يعزز من دور البنك في تنمية العمل المصرفـي الاسـلامي ، والاسهام بتوفير
المراجع العلمية والعملية ، بما يساعد الباحثين والمهتمين بقضايا البنوك الاسلامية بالاطلاع علـى
أعمال ومسؤوليات بنك دبي الاسلامي كتجربة نموذجية رائدة يمكن مناقشتها والاستفادة منهـا فـي
تطوير أعمال ومسؤوليات البنوك الاخرى٠

كما أن هذا الكتاب يساعد على أيضاح أعمال ومسؤوليات الاقسام بما يفيد في الاستفانة في اعداد
التوصيف الوظيفي مستقبلا ٠

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

- ٢ -

فلهذه الخصائص التي يمتاز بها هذا الكتاب رأينا أنه يصلح لأن يكون أحد المراجع العلمية
والعملية لبنك دبي الاسلامي والعلماء والباحثين .

وما هذا الجهد الا مساهمة متواضعة وبداية لمشوار طويل يجب أن نسير فيه جميعا على خير
وجه متكاتفين من أجل الارتقاء بهذه المؤسسة الاسلامية الرائدة الى الدرجة المرجوة لها .

سعيد بن أحمد آل لوتاه

رئيس مجلس الادارة والعضو المنتدب

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

- ٣ -

المقـــدمـة :

بنك دبي الاسلامي مؤسسة مالية مصرفية اسلامية يعمل في مجال المـال والاعمـال يسـعى الى الالتزام بالحلال وتجنب الحرام في المعاملات المالية والمصرفية دون أن يتعامل بالربـا أخـذا وعطاءاً بوصفه تعاملا محرما شرعاً٠  وعليه فما كان من أعمال البنوك الاخرى حلالا لا شـبهة فيه تام بها البنك الاسلامي دون حرج ، وما كان فيها من ربا تجنب البنك التعامل بها مـع ايجـاده للبدائل المثيلة شرعا حتى لا يحرم المتعامل مع البنك من ميزة مصرفية يتمتـع بهـا غيره لـدى البنوك الاخرى٠

وقد كان لطبيعة الدور الاسلامي والخصائص المميزة للبنك أن يعمل على رسم استراتيجية خاصـة به من ملامحها الاساسية تلك السياسة الائتمانية التوسعية والخدمات المصرفية المتطورة ، والمعاملات التجارية بالمرابحة ، والمضاربات ، والاستصناع والخدمـات الاجتماعيـة والانسـانية التي يقوم بتنفيذها البنك من خلال الاقسام المختلفة وكل بحسب دوره واختصاصاته التي يتعملها:

فقسم الحسابات التجارية يعد الواجهة الاساسية للبنك ويمارس دوره من خلال اتصاله المباشر بالجمهور والمتعاملين ويعمـل على انهـاء معاملاتهم واجراءاتهم الشخصية أو تلك المرتبطـة بأعمال الاقسام الاخرى٠  كمـا أن هذا القسم يمارس دوره بالقيام بتجميع السيولة النقدية من خلال الودائع بأنواعهـا بمـا يساهم في زيادة المـوارد المالية للبنك والاستثمار في المجالين المحلي والدولي٠

أما القسم الاجنبي فانه يعمل على توفير خدمات متعددة ومتجددة بشكل يلبي كافـة احتياجـات المتعاملين ، ومن خدماته الحوالات الاجنبية بالبريد أو التلكس أو بالتليفون أو بالفاكس والقيـام بدفعها للمستفيد في أي مكان بالعالم وبالعملة التي يحددها المتعامل ومنهـا الشيكـات المصـرفية الصادرة لأي مستفيد في أي بلد وبأي عملة يحددها طالب الشيك٠

وعن قسم المقاصة فانه يقوم بتلقى الشيكات المستحقة السداد الفوري والشيكـات المحررة بتواريخ آجله بالعملة المحلية من المتعاملين وجميـع أقسام البنك للتحصيل عـن طريـق الفـروع والبنوك العراسلة وقد تصنف الشيكات المستحقة الدفع الفوري الى شيكـات مسحوبة على بنك دبي الاسلامي وشيكات مسحوبة على بنوك أخرى داخل الدولة٠

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002462

- ٤ -

كما يقوم قسم الاعتمادات المستندية باصدار خطابات الضمان بناءا على طلب المتعاملين
ممه حيث يتعهد البنك فيما بدفع مبلغ نقدي معين عند طلب المستفيد خلال فترة زمنية محددة .
كما يقوم القسم بفتح الاعتمادات المستندية النقدية وفي هذا النوع من الاعتمادات يحصل البنك
على عمولة مقابل فتح الاعتماد النقدي المذكور ،  أما في حالة الاعتماد بطريق المرابحة فان
المتعامل يتقدم بطلب فتح الاعتماد المذكور لشراء بضاعة ما وتأجيل الثمن فان البنك يقوم بشراء
البضائع من المصدر بالخارج باسم البنك ولحسابه وبعد وصول البضائع أو المستندات حسب
اتفاق البنك مع متعامليه يتم تسليمها له .

أما قسم المرابحه فانه يعمل على تنفيذ رغبة المتعاملين مع بنك دبي الاسلامي بالحصول
على كافة احتياجاتهم حيث يستطيع المتعامل من أن يحصل بطريقة المرابحة على السيارات
والمعدات والآليات والناقلات وما شابه ذلك ، والاثاث والسلع المختلفة ومستلزمات الانتاج والسلع
الوسيطة . والعقارات ، والمباني والأراضي ، والمزارع ، والمصانع .

كما يقوم قسم الاستثمار والعلاقات الخارجية باستثمار أصول البنك في المرابحات الدولية
وتمويل عمليات التجارة الخارجية ،  ويساهم في المضاربات والمشاركات وفقا للنواحي الفنية
والمصرفية والقانونية والشرعية . .

وقد يعمل قسم الائتمان على اقتراح وتنفيذ السياسات المتعلقة بالتسهيلات الائتمانية ، ودراسة
الجوانب المالية والضمانات المقدمة للمشروع بالتعاون مع الاقسام الاخرى بالبنك ، والمؤسسات
المالية والاستشارية خارج البنك .  اضافة الى تقديم بيانات وتقارير دورية الى لجنة التسهيلات
المصرفية عن أوضاع المتعاملين مستندة على تمثيل مراكزهم المالية وميزانياتهم ، وأوضاع
الضمانات المقدمة من قبلهم للبنك .

أما قسم المشاريع العقاريه فانه يقوم بتقييم العقارات التي سيتم شراءها بتمويل من البنك ،
والعقارات لأغراض الرهن والاستضناع ، وكذلك الاشراف على مراحل تنفيذ عمليات
الاستصناع وبمقتضاه وبطلب المتعامل من البنك أن يصنع له شيئا محددا كبناء عقار مثلا حيث
يقوم القسم باعداد الدراسة الفنية للمشروع موضوع عقد الاستصناع أو تقييم العقار المراد رهنه
لغرض الضمانات ويقوم البنك بعد ذلك بالتنفيذ طبقا للمواصفات المنصوص عليها في عقد
الاستصناع عن طريق أحد المقاولين أو بنفسه .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002463

‐ ٥ ‐

وعن قسم الخدمات العقارية فانه يقوم باستلام المباني والاعداد للتأجير بعد استكمال المستندات ، وادارة المرافق والمجمعات والعقارات التي يملكها البنك أو يتولى ادارتها نيابة عن الأخرين مع ضمان تأجيرها وصيانتها ، وتحرير العقود الايجارية الخاصة بالوحدات السكنية ، أو المرافق الاخرى ، واتخاذ الاجراءات التنفيذية اللازمة لتحسين ظروف السكن في للوحدات السكنية التي يمتلكها أو يديرها بما في ذلك التنسيق مع الشركات والدوائر الحكومية والمحلية لتوصيل الخدمات ،

كما يمارس قسم المتابعة والتحصيل دوره من خلال عملية المتابعة المستمرة للشيكات المرتدة من المتعاملين مع البنك فى، عمليات الاستصناع وبيع وشراء العقارات والسيارات والاعتمادات ،

وعن أعمال ومسؤوليات قسم الشؤون القانونية بالبنك فانه يقوم بالاستشارات القانونية ، واعداد العقود والارشادات القانونية وأن مهام وواجبات قسم الشؤون القانونية تشمل كل الانشطة التي يقوم بها البنك وتنطوي على اجراءات يجب أن تراعى فيها الضوابط والمبادئ القانونية المختلفة التي تتطبنها مجموعة القوانين التجارية والمدنية ذات الصلة بالعمل المصرفي ،

أما قسم بطاقات الفيزا فانه يقوم باصدار بطاقة الفيزا العالمية والتي يمكن الاعتماد عليها في تغطية قيمة مشتريات أو قيمة خدمات سواء داخل الدولة أو خارجها بأسرع الطرق وأيسرها ، وتصدر هذه البطاقة عن بنك دبي الاسلامي بالتعاون مع مؤسسة فيزا العالمية ،

أما قسم الحسابات العامه فانه يعتبر الجهة الرقابية على جميع الحسابات بالبنك كما يعتبر جهة تنفيذية لبعض الاعمال التي تسند اليه من الادارة العليا ويعمل على القيام بمراجعة الحركة اليومية للاشعارات ، ومراجعة الحركة اليومية للصرف الآلي ، ومراجعة الارصدة اليومية للاستاذ المساعد ومطابقتها مع الاستاذ العام ، والتسويات ، والمصروفات ، واعداد حافظة المستندات العامة ، ومراقبة الحركة النقدية ونسب السيولة ، والتسويات الجردية للحسابات الختامية في نهاية العام ،

وعن قسم الحاسب الآلي فقد حرص البنك منذ نشأته الأولى على أداء خدماته للمتعاملين بسهولة ويسر ، ومن أجل ذلك تم ربط جميع أعمال البنك بخدمات الحاسب الآلي ليكون عونا على الدقة والاتقان وسرعة الاداء وسهولة تقديم كافة خدمات البنك فيما يتعلق بعمليات الايداع

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002464

- ٦ -

والسحب ، اضافة الى دوره بتوفير البيانات والمعلومات الخاصة بالادارة العليا والاقسام والفروع بأسرع وقت ممكن ·

وعن الرقابة الشرعية فانها هيئة يعينها مجلس ادارة البنك عملا بنص الباب السابع من النظام الاساسي للبنك بموافقة المصرف المركزي مهمتها الافتاء بقضايا العمل المصرفي والتحقق بأن أعمال البنك تسير وفقا لتعاليم الشريعة الاسلامية ·

وعن قسم التدقيق فانه يقوم بمراجعة جميع أقسام البنك المختلفة وفقا لبرامج تدقيق وأوراق عمل لكل مهمة في أقسام البنك المختلفة ·

وأيضا فان قسم الشؤون الادارية يمارس دوره من خلال الاجراءات التنظيمية المتعلقة باصدار التعاميم والقرارات الادارية على جميع أقسام وفروع البنك · كما يقوم باعداد ملفات الموظفين وحروض العمل ، واصدار شهادات لمن يهمه الامر والاحتفاظ بجوازات سفر الموظفين والقيام باجراءات اصدار التأشيرات والا قامات للموظفين · بالاضافة الى متابعة تنفيذ الخطط الموضوعة بشأن الاحتياجات من الايدي العاملة ، ومراقبة دوام الموظفين ·

والله ولي التوفيق ···

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002465

⑦



قسم الحسابات التجارية

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002466

- ٨ -

# قسم الحسابات الجارية

## دور قسم الحسابات الجارية والاجراءات :

يعتبر قسم الحسابات الجارية الواجهة الأساسية للبنك بصفة عامة وذلك بسبب اتصاله المباشر بالجمهور والمتعاملين وانهاء اجراءات معاملاتهم الشخصية , أو المتصلة بالاقسام الاخرى.

يقوم قسم الحسابات الجارية بالأعمال التالية:

## أولا : الحسابات الجارية

### التعريف:

هو قرض تحت الطلب شرعا وقانونا ولا يستحق المتعامل بمقتضاه أية أرباح, ولايتحمل أية خسائر ويلتزم البنك بدفع جميع المبالغ بالحساب لصاحبها وقت الطلب.

### السند الشرعي:

الحساب الجاري هو قرض تحت الطلب يجري عليه ما يجري على القرض من الضمان ورد المثل ٠٠٠ وقد جاء بفتاوي المؤتمر الثاني لمجمع البحوث الاسلامية بالقاهرة عام ١٩٦٥ بأن أعمال البنوك من الحسابات الجارية , وصرف الشيكات وخطابات الضمان والاعتمادات والكمبيالات الداخلية التي يقوم عليها العمل بين التجار والبنوك , كل هذا من المعاملات المصرفية الجائزة , وما يؤخذ في نظير هذه الأعمال ليس من الربا.

### لمن تفتح الحسابات الجارية ؟

تفتح الحسابات الجارية للشخصيات الطبيعية مثل:

- حسابات الأفراد الشخصية – الحسابات المشتركة – حسابات القصر بولاية الأب والمحكمة

وتفتح أيضا للشخصيات الاعتبارية مثل:

- حسابات النوادي والجمعيات والمدارس.
- حسابات المؤسسات والشركات
- الحسابات الحكومية

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002467

- 4 -

و اجراءات فتح الحساب التجاري المطلوب للمتعامل المقيم بعد تقديمـه الأوراق الثبوتية
ستحدات المطلوبة لكل نوع كما هي موضحة بالبيان التالي:

## البيـــانـات والمســتندات المطـلوبـة

**ع الحســـاب** — جواز السفر الأصلي - العنوان الكامل وصندوق البريد - أرقام الهواتف

**خــــــــــي** — جواز السفر الأصلي - العنوان الكامل وصندوق البريد - أرقام الهواتف

**ثــــــــرك** — اقرار بتحديد المسؤولية أمام البنك ·

**حسابات القصر** — جواز السفر الأصلي أو شهادة الميلاد للقاصر - جواز السفر الأصلي
للولي أو الوصي - قرار المحكمة الشرعية بتعيين الوصي الشرعي في
حالة غياب الولي - العنوان الكامل وصندوق البريد - أرقام الهواتف ·

**المؤسسات والشركات** — الرخصة التجارية - شهادة قيد بالسجل التجاري - شهادة تسجيل في
شرفة التجارة والصناعة - عقد الشراكة أو وكيل الخدمات مصدق
حسب الاصول - خطاب بتحديد المخولين بالتوقيع أو بتوكلاه عن
طريق المحكمة - جوازات سفر المخولين وأصحاب الترخيص
والشركاء - العنوان الكامل وصندوق البريد - أرقام الهواتف ·

**الجمعيات والنـوادي** — قرار الوزارة المختصة بالاشهار - قرار الجمعية العمومية الذي يحـدد
المخولين بالتوقيع - جوازات سفر المخولين بالتوقيع - رخصة البلدية
بالنسبة للمدارس - العنوان الكامل وصندوق البريد - أرقام الهواتف ·

**الحســابات الحكــومية** بأمر الحكـــومة ·

هذا ويجب معاينة أصـول الأوراق الثبوتية والمستندات من قبل الموظف المختص والاحتفاظ
بصورة طبق الأصل مع ملف الحساب ، مع مراعاة سريان مدة الاقامة بالنسبة للوافدين ·

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002468

‗ ٢٠ ‗

شروط الحساب الجاري:

‗ هي حسابات دائنة تكون مبيحة للسحب والإيداع بلا قيد أو شرط يسمح فيها باستعمال الشيكات وغيرها من وسائل السحب المعتمد لدى البنك بحدود الرصيد الدائن.

‗ تكون الأموال المودعة فيها أموالا مفوضة للاستعمال والرد عند الطلب ولا تشارك بأية نسبة في أرباح الاستثمار ولا تتحمل مخاطرة.

٣ ‗ كشوف الحسابات التي يصدرها البنك تكون صحيحة وموافقا عليها نهائيا إذا لم يستلم البنك أي اعتراض على صحته خلال خمسة عشر يوما من تاريخ وصول الكشف لصاحب الحساب.

٤ ‗ يكون البنك مفوضا بأن يقيد على الحساب أية قيود تتعلق بالنفقات , والمصاريف وأية معاملة من المعاملات المصرفية المتعلقة بصاحب الحساب.

٥ ‗ لا يجوز للشخصية الطبيعية , أو الاعتبارية الواحدة أن تحتفظ بأكثر من حساب جاري واحد في نفس الفرع وبمكن تعداد الحساب في الفروع الأخرى تحت نفس الرقم الأساسي للمتعامل

٦ ‗ حساب المتعامل سري ولا يجوز لغيره بالاطلاع عليه الا بتفويض خطي منه أو بأمره , أو بحكم قضائي.

## ثانيا : حسابات الإدخار والاستثماري:

التعريف: هي حسابات مخصصة للادخار مع التفويض بالاستثمار على أساس المضاربة المطلقة , وفيها يفوض المتعامل معه البنك في استثمار هذه الأموال , ويبذل البنك قصارى جهده لتحقيق المصلحة المشتركة بينه وبين المتعاملين معه.

السند الشرعي: المعاملة بين السوخ والعصرف تأخذ حكم المضاربة كما جاء بقرارات المؤتمر الأول للمصرف الإسلامي بدبي ١٣٩٩هـ/١٩٧٩م.

الشروط العامة لحسابات الإدخار الاستثماري:

أ ‗ تبدأ مشاركة المبلغ المودعة بالحساب في الاستثمار اعتبارا من أنف درهم.

ب ‗ تبدأ مشاركة المبالغ المدخرة في الاستثمار اعتبارا من بداية الشهر الإفرنجي التالي لشهر الإيداع عدا المبالغ المودعة في اليوم الأول من الشهر فتشاركي في الاستثمار اعتبارا من نفس اليوم.

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

- ١٤ -

- يستثمر البنك نسبة ٥٠٪ من قيمة المبالغ المدخرة بغرض الاستثمار ويودع صافي
الأرباح بنسبة ٩٧ ٪ للمستثمر و ٣,٢ ٪ للمضارب وفي حالة الخسارة لا قدر
الله - يتحمليا المدخر مالم يثبت أن البنك المضارب قصر أو تعدى أو خالف شروط
المضاربة .

- يجب ألا يقل رصيد الحساب عن مائة درهم .
د - لا يجوز للمدخر أن يسحب من حسابه سوى مرة واحدة فقط خلال الشهر الواحد ولايشارك
المبلغ المسحوب في الاستثمار خلال شهر السحب .

و - تفتح هذه الحسابات للأشخاص الطبيعيين فقط الراغبين في الاستثمار بذواتهم أو بصفاتهم
أو بواسطة من ينوبون عنهم بصفة رسمية ، وكما هو الحال بالنسبة للحسابات الجارية
للشخصيات الطبيعية تتم إجراءات فتح الحساب للتعامل للمقيم أو غير المقيم بعد تقديمه
الأوراق الثبوتية والبيانات والمستندات المطلوبة كما هي ببيان الحسابات الشخصية
الطبيعية الجارية وحسب الشروط الموضحة في طلب فتح الحساب الادخاري .

### ثالثا : الودائع الاستثمارية :

التعـريف: هي الأموال التي تودع لدى البنك لمدة معينة يفوض أصحابها البنك باستثمارها
على أساس المضاربة المطلقة .

السند الشرعي: المعاملة بين المودع والمصرف تأخذ حكم المضاربة . كما جاء بفتوى الهيئة
العليا للرقابة الشرعية في اجتماعها الأول ١٩٨٣/٤/١٣ م ونتص على أن
الودائع الاستثمارية بالبنك هي عقد مضاربة شرعي ينطبق عليه جميع
أحكام المضاربة التي ورد تفصيليا بكتب الفقه الاسلامي . والمضاربة ثابتة
بالكتاب والسنة والإجماع وتوزع الأرباح بين البنك "المضارب" والمودعين
"أصحاب الأموال" حسب العقد المبرم بينهما .

الشروط العامة لحسابات الودائع الاستثمارية:

أ - تفتح حسابات الودائع الاستثمارية للشخصيات الطبيعية والاعتبارية حسب النوع الذي
يقدمه البنك من حيث المدة وهي اما مسندة واحدة ، أو تسعة شهور ، أو ستة شهور ،
أوثلاثة شهور أو من حيث نوع العملة المستثمرة ، اما بالعملة المحلية "درهم الامارات"
أو العملة الأجنبية "دولار أمريكي" .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

- ١٢ -

يتم اجراءات فتح الحساب للمتعامل المقيم , أو غير المقيم بعد تقديم الأوراق الثبوتية والبيانات والمستندات المطلوبة كما هي ببيان الحسابات الجارية , وحسب الشروط الموضحة في طلب فتح حساب الوديعة الاستثمارية .

- يستثمر البنك نسبة ٨٠ % لمدة سنة , و ٧٠% لمدة تسعة شهور , و٦٠ % لمدة ستة شهور و٥٠ % لمدة ثلاثة شهور من قيمة الوديعة الاستثمارية ويوزع صافي الأرباح بنسبة ٩٧,٥% للمستثمر و ٢,٥% للبنك المضارب , وفي حالة الخسارة لاقدر الله – يتحملها المستثمر مالم يثبت أن البنك المضارب قصر , أو تعدى أو خالف شروط المضاربة .

ج – الحد الأدنى للوديعة الاستثمارية ١٠,٠٠٠ درهم , ٥,٠٠٠ دولار , أو ما تقرره ادارة البنك .

د – يفوض المستثمر البنك في استثمار أمواله على أساس المضاربة المطلقة وللبنك حرية التصرف في كل ما يراه مناسبا لتحقيق مصلحة الطرفين .

هـ – تبدأ مشاركة الوديعة في الاستثمار اعتبارا من اليوم الأول والعاشر والعشرين من كل شهر أفرنجي حسب تاريخ الايداع .

و – لا يجوز للمودع أو المستفيد أو من له حق السحب أن يقوم بسحب وديعته الاستثمارية أوجزء منها قبل تاريخ انتهاء مدتها .

ز – يتجدد استثمار الوديعة تلقائيا بعد انتهاء مدتها وبنفس الشروط مالم يخطر أحد الطرفين (المودع والبنك) الآخر خطيا قبل شهر من تاريخ انتهاء الوديعة .

ويجدر الاشارة الى أن الوديعة الاستثمارية نوعان:

( أ ) وديعة استثمارية مطلقة:
بمقتضاها يفوض المتعامل البنك في استثمار الوديعة على أساس المضاربة المطلقة , ويتخذ البنك كل ما يراه مناسبا لتحقيق مصلحة الطرفين , ويوزع الأرباح حسب النظام المذكور أعلاه .

( ب) وديعة استثمارية محددة "مقيدة":
يفوض فيها المتعامل البنك في استثمار أمواله في مشروع محدد ويتم في هذه الحالة توزيع عائد المشروع حسب نصوص العقد المبرم بين البنك وصاحب الوديعة .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

‐ ١٢ ‐

خطوات العملية لفتح الحسابات التجارية:

ح الحسابات:

- يتقدم المتعامل إلى الموظف المختص لفتح الحساب المطلوب بأوراقه الثبوتية الأصلية.
- يتم تحديد نوع الحساب المطلوب فتحه (جاري/ادخار/استثمار) , فردي , مشترك , قاصر

مؤسسة, هيئة , , شركة , نادي , جمعية.

ب – يملأ المتعامل طلب فتح الحساب بمعرفة الموظف المختص ويتم التوقيع عليه بحضوره.

ج – يوقع المتعامل على طلب فتح الحساب وكذلك بطاقات التوقيع وفي حالة التوقيع بالبصمة

يختم على الطلب وكذلك بطاقة التوقيعات بختم ( بصم أماني وتحققت من شخصيته ) .

د – يقوم الموظف المختص بالبحث عن اسم المتعامل في قائمة المحظور التعامل معهم التابعة

للبنك وكذلك المصرف المركزي.

ه – يقوم الموظف المختص بادخال اسم المتعامل وكافة البيانات في الحاسب الآلي , حيث يقوم

الحاسب الآلي بالبحث عن الاسم آليا وفي حال وجود نفس الاسم في الحاسب الآلي يعطي

الحاسب الآلي بالبحث عن الاسم آليا وفي حالة مطابقة التوقيع والبيانات يتم

اشارة بوجود الاسم , ويتحقق الموظف من المتعامل وفي حالة مطابقة التوقيع والبيانات يتم

استخدام نفس الرقم السابق للحساب الجديد المطلوب فتحه , ولا يعطى رقما جديدا يخصه.

و – يقوم المتعامل بإيداع رصيده الافتتاحي في حسابه الجديد لدى الصندوق.

ز – يمنح المتعامل من البنك السند الخاص بحسابه حسب نوع كل حساب اما دفتر شيكات

للجاري , أو شهادة وديعة استثمارية.

ح – يقوم الموظف المختص بمطابقة البيانات المدرجة في الحاسب الآلي مع بيانات الطلب.

١٠– يقوم المسؤول عن فتح الحسابات بمراجعة الطلبات من حيث سلامتها وصحة ادخاليا في

الحاسب الآلي ويعتمدها.

١١ – يحصل القسم من قسم الحاسب الآلي على تقارير يومية خاصة بالحسابات الجديدة , يتم

مراجعتها من قبل رئيس القسم أو مساعده.

١٢ – ترسل بطاقات التوقيعات الى قسم الحاسب الآلي لادخاليا في الأجهزة الخاصةبتوقيعات.

ثم تعاد الى القسم وتحفظ في ملفات خاصة.

١٣ – بعد ذلك يتم حفظ طلب فتح الحساب والمرفقات في الملف الخاص في مكان آمن.

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002472

- ٣٤ -

.ار دفاتر الشيكات:

يتقدم المتعامل بالطلب العد لاصدار دفاتر الشيكات بعد أن يوقع عليه الموظف المختص·

- يتأكد الموظف من سمة ترقيع المتعامل , ومن مدى امكانية اعطائه دفتر شيكات من واقع حركة حسابه ومركزه المالي·

- يوقع المسؤول على الطلب لاصدار الشيكات بالموافقة·

- تتم طباعة الشيكات وتسجل في السجل الخاص بها وتسلم للمتعامل بعد توقيعه بالاستلام أمام الموظف المختص·

- تكون الشيكات غير المطبوعة محفوظة في الخزينة الرئيسية· , ويتم استخراج هذه الشيكات بواسطة رئيس القسم مع التسجيل في السجل الخاص بالشيكات·

- صدار دفتر الادخار الاستشاري:

١ - يقوم موظف فتح الحسابات باصدار دفتر الادخار الاستشاري فور فتح الحساب·

٢ - يسجل الدفتر في سجل خاص ويرقع المتعامل بالاستلام·

٣ - يرسل الدفتر الى الصندوق لتسجيل الحركة المالية فيه بعد الايداع·

٤ - يرسل الدفتر لرئيس القسم للختم والتوقيع·

٥ - تثبت صورة شخصية للمتعامل في دفتر الادخار الاستشاري اذا كان التوقيع بالبصمة·

اصدار شهادات الودائع الاستشارية:

١ - تتم طباعة شهادة الاستثمار بعد فتح الحساب ودفع المبلغ بموجب ايصال الدفع·

٢ - يستبدل ايصال الدفع بالشهادة ويرفق مع صورة الشهادة·

٣ - توقع الشهادة من قبل اثنين من المسؤولين المخولين بالتوقيع ( A . B ) رتختم بختم البنك المعتمد·

٤ - تسجل الشهادة بسجل خاص وتسلم للمتعامل بعد توقيعه بذلك·

٥ - ترقيم مبلغ الشهادة بواسطة جهاز خاص يمنع التزوير·

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

- ١٥ -

دار البطاقات النقدية:

- يصل المتعامل الطلب الخاص باصدار البطاقة النقدية ويوقع عليه ثم يصادق الموظف المختص على صحة توقيعه.

- يتم خصم الرسوم من حساب المتعامل في حالة عدم تحويل الراتب أو عدم وجود وديعة استثمارية.

٣ - تسجل الطلبات وترسل لقسم الحاسب الآلي لاصدارها.

٤ - بعد اصدار البطاقات مع أرقامها السرية تسلم للمختصين في قسم الحسابات الجارية.

٥ - يتم الاتصال بالمتعاملين لاعلام بطاقاتهم.

٦ - يوقع المتعامل على استلام البطاقة والرقم السري بعد التأكد من شخصيته.

٧ - يتم اتلاف البطاقات غير المستلمة من قبل المتعاملين بعد ثلاثة أشهر من اصدارها.

٨ - يمكن اصدار البطاقات النقدية للحسابات الجارية أو حسابات الادخار الاستثماري أو الاثنين معا.

٩ - في حالة ابلاغ المتعامل البنك عن فقدانه بطاقته النقدية , يتم استيفاء نموذج بهذ لذلك ويرفع عليه المتعامل ويرسل الى قسم الحاسب الآلي بعد الاتصال الهاتفي ومصادقة الموظف المختص على صحة التوقيع.

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002474

- ۱۷ -

- يقوم الموظف المختص باستلام الشيكات غير المستحقة ويعد لها الحافظة يدويا ويقوم بالمراجعة ويرفع بما يفيد الاستلام ويسلم المتعامل نسخة من حافظة الايداع.

- تسجل الشيكات غير المستحقة في سجل خاص بها وترسل لقسم المقاصة ويوقع على استلامها لاتمام حفظها.

- يستلم الموظف المختص الشيكات المسحوبة على بنك دبي الاسلامي والمستحقة ويسلمها لموظف المقاصة الداخلية لاتمام اجراءات قيدها.

تيكات المقاصة الداخلية (الشيكات المسحوبة على بنك دبي الاسلامي):

هي خاصة بالشيكات المسحوبة على بنك دبي الاسلامي والمودعة بحسابات المتعاملين قبل تاريخ استحقاقها والتي ستدخل آليا بعد أن تستحق وتجري بشأنها الخطوات التالية:

۱ - يعد قسم الحاسب الآلي تقريرا بالشيكات التي ستدخل في اليوم التالي يشمل بيانات هذه الشيكات والمستفيدين منها.

۲ - يرسل قسم المقاصة هذه الشيكات مع تقرير الحاسب الآلي الى قسم الحسابات التجارية لتراجع من الناحية الفنية , وليصادق على صحة التوقيعات.

۳ - يقوم أحد موظفي قسم الحسابات العامة بمراجعة تقرير الحاسب الآلي مع الشيكات والحوافظ وتعاد الى قسم الحسابات التجارية.

٤ - يعد قسم الحاسب الآلي تقريرا بالشيكات التي تم تحصيلها في يوم الاستحقاق وآخر بالشيكات غير المحصلة والمعلقة لليوم التالي.

٥ - في اليوم التالي يعد قسم الحاسب الآلي تقريرا بالشيكات المحصلة من الشيكات المعلقة , وآخر بالشيكات المرتجعة , وتعد حوافظ الشيكات المرتجعة آليا أيضا.

٦ - ترسل الشيكات والحوافظ والتقارير لقسم الحسابات العامة لتحفظ وتعاد الشيكات المرتجعة لقسم المقاصة لاعادتها لمتعامليها.

تصديق الشيكات:

۱ - يملأ المتعامل الطلب المعد لذلك ويقدمه مع الشيك المراد تصديقه.

۲ - يقوم الموظف المختص بمراجعة صحة التوقيع وصحة البيانات للقاصة بالشيك.

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

- ١٨ -

- التأكد من عجز غطاء كامل ١٠٠٪ للشيك المصدق.
- تجرى القيود المحاسبية اللازمة (الخصم والاضافة + الرسوم) لتصديق الشيك وتقيد في الحاسب الآلي.
- يتم ترقيم مبلغ الشيك بواسطة جهاز الترقيم الخاص بمنع التزوير.
- يختم الشيك بعبارة التصديق الخاصة ويوقع من قبل المخولين بذلك.
٧ - يؤخذ توقيع المتعامل على استلام الشيك المصدق.

إصدار شيكات المدير:

١ - يملأ المتعامل الطلب المعد لذلك.
٢ - يقوم الموظف المختص بمصادقة صحة التوقيع.
٣ - تجرى القيود المحاسبية اللازمة لاصدار شيك المدير وتقيد بالحاسب الآلي.
٤ - يتم طباعة بيانات الشيك بواسطة جهاز الحاسب الآلي ويوقع عليها المخولين بذلك.
٥ - يؤخذ توقيع المتعامل باستلام الشيك.
٦ - يحفظ صورة من الشيك والمستندات في سجل خاص للتسوية.
٧ - يتم ترقيم مبلغ الشيك بواسطة جهاز الترقيم الخاص بمنع التزوير.

وقد تصدر شيكات المدير في الحالات التالية:

أ - اعادة الرواتب المصروفة.
ب - التحويلات المستديمة الخارجية أو داخل الدولة.
ج - بدلا عن شيكات المتعاملين في المقاصة الخاصة.
د - تحويل أرصدة بعض الحسابات للحكم حسب الطلب.

تجدر الاشارة الى أن هناك برنامج خاص لاصدار شيكات المدير تم العمل به في فرع السوق اعتبارا من نوفمبر ١٩٩٣ باستخدام النماذج الآلية الجديدة لشيكات المدير.

ومن مزايا هذا البرنامج الآتي:

أ - اجراء القيد على الحسابات الدائنة والمدينة بصورة آلية وبدون اشعارات.
ب - يتم طباعة الشيك بصورة آلية.
ج - في حالة الدفع النقدي لاصدار شيك المدير لايمكن طباعة الشيك الا بعد ادخال تاريخ ورقم الحركة ورقم النشأة، ويقوم الحاسب الآلي بعد ذلك بمقارنة المبلغ المطلوب طباعته بحيث لا يقوم بطباعة الشيك في حال عدم تطابق المبلغين.

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002476

- ١۵ -

- يتم قيد رقم الشيك بعد الطباعة بصورة آلية في حساب الأوراق التجارية.

- عدم ظهور رقم الشيك في كشف الحساب يعني عدم طباعة الشيك ويستفاد من هذه العملية للتسوية.

- الاحتفاظ بصورة من الشيك المطبوع آليا في الملف وفي الحاسب الآلي أيضا كمرجع.

مما سبق يتضح لنا مدى دقة وسهولة وسرعة انجاز عملية اصدار شيك المدير وتوفير كثير من الجهد والوقت.

(١)

ايقاف الشيكات:

١ - يملأ المتعامل الطلب المعد لذلك ويوقع عليه.

٢ - يقوم الموظف المختص بمصادقة صحة التوقيع ومراجعة البيانات.

٣ - تدخل بيانات الايقاف في الحاسب الآلي.

٤ - تراجع البيانات المدخلة بواسطة المسؤول ويوقع عليها للحفظ.

المقاصصة الداخلية:

تشمل القيود التي ينفذها موظفي القسم بكافة أنواعها ، اضافة الى الشيكات المسحوبة على بنك دبي الاسلامي وتجري بشأنها الخطوات التالية:

١ - يقوم الموظف المختص بمطابقة التوقيعات بالمصادقة على صحة توقيع الشيكات ومراجعتها من الناحية الفنية.

٢ - بعد اعداد القيود من الموظفين المختصين تراجع وتوقع من قبل مسؤولي القسم.

٣ - ترحل الشيكات والقيود على جهاز الحاسب الآلي بإجراء الخصم والاضافة حسب أنواعها ويؤشر على هذه القيود بما يفيد ادخالها.

٤ - ترفع القيود للحسابات العامة لاجراء المراجعة والحفظ.

_____

(١) لا يتم ايقاف الشيكات الا المفقودة منها أو في حالة افلاس حاملها وذلك حسب قانون المعاملات التجارية لدولة الامارات العربية المتحدة مادة ٦٢ فقرة ٢ و ٣

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002477

ـ كُبُ ـ

- للتحويلات الداخلية طلبات معدة لذلك يقوم المتعامل بكتابتيا والتوقيع عليها ثم يقوم الموظف المختص بمصادقة صحة التوقيع والبيانات وتجرى القيود المحاسبية اللازمة
. ويقيد في الحاسب الآلي وتجري بشأنها نفس الخطوات السابقة .

تعليمات المستديمة الداخلية:

هي تعليمات يصدرها المتعامل للبنك لخصم مبلغ معين من حسابه وتحويله الى حساب آخر وذلك بصفة دورية (يومي , اسبوعي , شهري أو أكثر , سنوي أو أكثر) , ويتم ذلك على النحو التالي:

١ ـ يملأ المتعامل الطلب الخاص بذلك ويوقع عليه .
٢ ـ يقوم الموظف المختص بمصادقة صحة التوقيع ومراجعة البيانات .
٣ ـ تدخل البيانات في الحاسب الآلي بواسطة المختص ويتم المراجعة الأولية من قبله .
٤ ـ يقوم المسؤول بمراجعة ادخال البيانات ويوقع عليها لاتمام الحفظ .

لايقاف التعليمات:

أ ـ يتم ذلك حسب طلب المتعامل بنموذج معد لذلك .
ب ـ مرور ستة أشهر دون تنفيذ التعليمات وذلك لعدم كفاية الرصيد .

التعليمات الخارجية:

يتم اتخاذ الخطوات كما في التعليمات المستديمة الداخلية بالاضافة الى خطوات أخرى مثل:

١ ـ يتم اضافة المبلغ الى حساب شيكات مستحقة الدفع ٧٠٠/١/٢/١ .
٢ ـ في تاريخ الاستحقاق يزود قسم الحسابات الجارية بواسطة الحاسب الآلي بتقرير مفصل مبينا فيه المبلغ المخصوم مع الرسوم من المتعامل والمضاف الى حساب البنك .
٣ ـ يتم اصدار شيك شير بالمبلغ لصالح المستفيد الخارجي ويرسل له بالبريد .
٤ ـ يحتفظ بصورة من الشيك لحسابات التسوية .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002478

- ٢٤ -

تعليمات الخاصة:

هي تعليمات يتم ادخالها في الحاسب الآلي بموجب طلب من المتعامل أو من البنك حسب الآتي:

١ – يملأ المتعامل الطلب المعد لذلك أو بخطاب موقع من المتعامل مرسل بالبريد.

٢ – يقوم الموظف المختص بمصادقة صحة التوقيع ومراجعة صحة البيانات.

٣ – يتم ادخال البيانات في الحاسب الآلي من قبل المختص.

٤ – تتم مراجعة البيانات بواسطة المسؤول ويوقع عليها للحفظ.

علما بأن التعليمات الخاصة تشمل تخويل المتعامل لغيره في القيام ب :

أ – الاطلاع على الرصيد .

ب– طلب كشف حساب.

ج – استلام الشيكات المرتجعة أو المؤجلة .

د – استلام دفاتر الشيكات.

تفويض البنك باجراء الخصم والتغطية:

١ – يملأ المتعامل الطلب المعد لذلك ويوقع عليه.

٢ – يقوم الموظف المختص بمصادقة صحة التوقيع ومراجعة البيانات.

٣ – في حالة طلب المتعامل تغطية حسابه الجاري من الادخاري يقوم الموظف المختص بادخال البيانات على جهاز الحاسب الآلي , وبعدها يقوم المسؤول بمراجعة ادخال البيانات والتأشير عليها للحفظ مع ملف المتعامل.

٤ – في حالة طلب المتعامل تغطية حسابه الجاري من أي حساب آخر يقوم الموظف المختص باجراء تعليمات خاصة على ملف الحسابات في الحاسب الآلي وبعدها يقوم المسؤول بمراجعة ادخال البيانات والتأشير عليها للحفظ مع ملف المتعامل.

٥ – في حالة طلب المتعامل تفويض البنك بتسديد فواتير الائتمان يصادق على صحة توقيعه على الطلب الوارد راغبة نسخه من هذا الطلب لنتيجة الفهرسة , ويقوم الموظف بادخال تعليمات خاصة على ملف الحساب في الحاسب الآلي وبعدها يقوم المسؤول بمراجعة ادخال البيانات والتأشير على الطلب للحفظ مع ملف المتعامل.

٦ – عند ورود اشعار الخصم المباشر (الفاتورة) الخاصة بالمتعامل يقوم الموظف المختص باجراء القيود المحاسبية اللازمة لاصدار شيك سديد بقيمة "الفاتورة" الواردة ويوقع عليها من قبل المسؤول .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002479

- ٢٢ -

التوكيـــــلات:

يمكن لأي متعامل مع البنك أن يمنح توكيلا خاصا على حساباته أو بعضها لأي شخص يختاره
لمدة أشخاص مجتمعين أو منفردين ، وفي هذه الحالة يجب حضور كلا من الموكل والوكيل
البنك للتوقيع على النموذج المعد لذلك بحضور الموظف المختص:

١ – يقدم الوكيل ما يثبت شخصيته وينشأ له رقم خاص به ان لم يكن يحتفظ بحساب لدى البنك
٢ – يقوم الموظف المختص بادخال بيانات الوكيل على حساب الموكل في الحاسب الآلي.
٣ – يقوم المسؤول بمراجعة التوكيلات من حيث سلامتها وصحة ادخاليا في الحاسب الآلي.
٤ – يتم حفظ طلبات التوكيل مع الملف الأساسي للمتعامل ويضاف توقيع الوكيل الى توقيع
المتعامل على الحاسب الآلي.
٥ – يمكن للمتعامل أن يقوم بحزل وكيله في أي وقت دون الرجوع اليه ويتم ذلك بتوقيعـــه
على الطلب المعد لذلك ، واعتماد صحة توقيعه والتأشير عليه من قبل المسؤول في القسم
ومن ثم يلغى توقيع الوكيل من جهاز التوقيعات ويحفظ الطلب مع الملف الأصلي للمتعامل
ويتم اعتماد العزل في اليوم التالي من تقديم الطلب.
٦ – يمكن للمتعامل أن يوكل أي شخص عنه بموجب توكيل صادر من المحكمة ويعتمد الأصل
في كل مرة.

اجراء الحجوزات:

١ – يؤخذ اقرار المتعامل بالموافقة على اجراء الحجز على حسابه على نموذج خاص بالأقسام
المختلفة ويصادق على صحة توقيعه وتؤخذ موافقة الادارة على هذا القرار.
٢ – تجري الحجوزات على حسابات المتعاملين بموجب الطلبات الواردة من أقسام البنك
المختلفة بواسطة الموظف المختص.
٣ – لا يتم رفع الحجز القائم على أي حساب الا بموجب طلب من القسم الآمر بالحجز وموافقة
الادارة عليه.
٤ – تتم مراجعة ادخال بيانات الحجوزات والغاءها بواسطة المسؤول ويوقع عليب للحفظ.

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002480

- ٣٣ -

إصدار شهادات الرواتب:

١ - بناءً على رغبة المتعامل يمنح البنك شهادة تفيد بعدم الممانعة من تحويل راتبه على حسابه الجاري لدى البنك.

٢ - يقوم المسؤول بالتوقيع على الشهادة وختمها بختم البنك بعد التأكد من صحة البيانات وإجراء اللازم في الحاسب الآلي.

٣ - تسلم الشهادة للمتعامل وتحفظ نسخة منها في ملف البنك.

الرواتــــــــب

ترد الرواتب الشهرية من معظم الجهات الحكومية والشركات الخاصة للبنك ليقوم بإضافتها لحسابات المتعاملين حسب الخطوات التالية:

١ - يستلم الموظف المختص كشوف الرواتب مع ما يقابل قيمتها (شيك للتحصيل ، إشعار تحويل عن طريق المصرف المركزي) من الجهة المرسلة ويقوم بإيداع الشيك للتحصيل.

٢ - يقوم الموظف المختص بعمل القيود المحاسبية اللازمة.

٣ - تقيد كشوف وقيود الرواتب على جهاز الحاسب الآلي كحركة المقاصة الداخلية وتتبع بباقي خطوات المقاصة الداخلية بشأنها.

٤ - تقيد كشوف الرواتب الآليه غير الناجحة الواردة من قسم الحاسب الآلي بنفس الطريقــــة أعلاه.

٥ - في حال طلب الجهة المرسلة إيقاف صرف أي راتب يتم خصم الراتب المضاف آليا ويعاد بشيك مصرفي بقيمته لأمر الجهة المرسلة إن لم يرد ما يفيد تصحيح ذلك.

٦ - في حالة ورود رقم حساب المتعامل في الكشف مختلفا مع اسمه لدى البنك يفيد الراتب في حساب خاص لدى البنك تمهيدا لإعادته للجهة المرسلة إن لم يرد ما يفيد تصحيح ذلك.

٧ - تحفظ صورة من كشوف الرواتب في ملف خاص للمراجعة والمتابعة.

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002481

- ٣٤ -

من يهمه الأمر – بيان بترصيد :

١ – يملأ المتعامل الطلب المعد لذلك ويوقع عليه .

٢ – يقوم الموظف المختص بمصادقة صحة التوقيع ومراجعة البيانات .

٣ – تجرى القيود المحاسبية اللازمة بخصوص الرسوم .

٤ – يستخرج الموقف الشامل للمتعامل من الحاسب الآلي .

٥ – في حالة طلب المتعامل رصيده بالعملة الاجنبية يحسب رصيده بالدرهم بما يعادل العملة المطلوبة .

٦ – يقوم الموظف المختص بطباعة الشهادة .

٧ – يقوم المسؤول بالمراجعة والتوقيع عليها .

٨ – يسلم المتعامل أصل الشهادة وتحفظ صورة عنها في ملف المتعامل .


تعديل البيانات :

١ – يملأ المتعامل الطلب المعد لذلك ويوقع عليه .

٢ – يقوم الموظف المختص بمصادقة صحة التوقيع ومراجعة البيانات .

٣ – يقوم الموظف المختص بإجراء التعديل المطلوب على ملف المتعامل في جهاز الحاسب الآلي .

٤ – يقوم المسؤول بمراجعة الطلب مع تقرير التعديل والتأشير عليه للحفظ في ملف المتعامل .


* تجدر الاشارة الى أن تعديل البيانات تكون بالنسبة للعنوان حاليا وبعض البيانات الأخرى ، ولا يتم تعديل اسم المتعامل بأي حال من الأحوال ، وفي حالة طلب تعديل الاسم يتم اغلاق الحساب ويفتح نعتعامل حساب جديد برقم جديد .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002482

الخزينـة :

أ - الايداعات :

١ - تملأ قسيمة الايداع وتوقع بواسطة المتعامل .

٢ - يسلم المتعامل المبلغ المودع مع قسيمة الايداع لأمين الصندوق .

٣ - يقيد أمين الصندوق المبلغ المودع لحساب المتعامل وذلك بعد التأكد من المبلغ ورقم الحساب والاسم ، ومن ثم يعطى المتعامل ايصالا بذلك يحمل ختم وتوقيع أمين الصندوق .

٤ - أيضا يتم الايداع النقدي بواسطة اشعارات غير الايداعات النقدية مثل الاشعار الخاص ببيع العملات الأجنبية وعمل الحوالات .

ب - المسحوبات :

١ - يتقدم المتعامل بالشيك أو بايصال السحب النقدي لأمين الصندوق مع ما يثبت شخصيتـه .

٢ - يقوم أمين الصندوق بمضاهاة توقيع الساحب والتأكد من سلامة الشيك من الناحيـة الفنية وكذلك سلامة التظهير ان وجد .

٣ - يدون أمين الصندوق بيانات المستفيد الشخصية من واقع مستند رسمي وذلك خلـف الشيك .

٤ - يقيد المبلغ على حساب الساحب ويدفع المبلغ للمستفيد .

٥ - أيضا يتم السحب النقدي من الحساب بواسطة اشعارات سحب أخرى مثل اذون الصرف والاشعارات المعدة بواسطة القسم الأجنبي لشراء العملات الأجنبية . ويتم في نهاية اليوم ضبط الخزينة من قبل أمين الصندوق وطباعة تقرير الحساب الآلي .

الصراف الآلي :

يستطيع كل متعامل لديه بطاقة نقدية القيام بالخدمات المصرفية التي يقدمها جهاز الصراف الآلي على مدار الأربع والعشرين ساعة وهي :

١ - السحب النقدي الفوري في حدود ٧٠٠٠ درهم يوميا .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002483

‎- ٦٧ -

إغـلاق الحسـابات :

يغلق الحسـاب بناء على طلب المتعامل , أو اداره البنك أو بأمر السلطات المختصة , أو عند علم البنك ببراءة المتعامل .

‎١ - في حالة طلب المتعامل اغلاق حسابه يملأ الطلب المعد لذلك .

‎٢ - يقوم الموظف المختص بمصادقة صحة توقيعه ومراجعة حالة الحساب فيما اذا كان عليه التزامات مالية للبنك أم لا , ومراجعة حالة الحساب اذا كان حساب أرباح أم لا أو له أرباح مترقبة , ويطلب من المتعامل ارجاع دفتر الشيكات .

‎٣ - بعد المراجعة يقوم المختص باغلاق الحساب ويقوم المسؤول بمراجعة الطلب والتأشير عليه وتفصل طلبات الحسابات المغلقة من القائمة ويؤشر عليها بما يفيد الاغلاق وتحفظ في ملفات خاصة .

‎٤ - في حالة طلب اداره البنك أو أي سلطة مختصة اغلاق أي حساب يقوم الموظف المختص بالاتصال بالمتعامل لسحب رصيده وارجاع دفتر الشيكات ان كان يحتفظ به وبعدها تجرى الخطوات السابقة لاتمام الاغلاق .

تأجير الخزائن الحديدية :

‎١ - توجد لدى البنك خزائن حديدية للحفظ بأحجام مختلفة ويمكن استئجارها من قبل المتعاملين, وذلك بالتوقيع على عقد تأجير خزائن للحفظ , وطلب الاستئجار ودفع الرسوم المقررة .

‎٢ - يقوم الموظف المختص باعداد سجلات خاصة بأرقام الخزائن وحفظ طلبات المتعاملين .

‎٣ - لكل خزينة حفظ مفتاحين يحتفظ البنك بالمفتاح العام لجميع الخزائن , ويعطى كل متعامل المفتاح الخاص بخزينته .

‎٤ - يقوم المسؤول عن خزائن الحفظ بفتح الخزينة للمتعامل عند طلبه وذلك اثناء الدوام الرسمي , ويؤخذ توقيع المتعامل في السجل الخاص بذلك .

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002484

- ٣٨ -

نماذج البنك ( طلبات – سجلات – اشعارات – أختام )

١ - الطلبـــــــات :

| | |
|---|---|
| - طلب دفتر الشيكات | ( نموذج رقم ٢٩ ) |
| - طلب تعديل بيانات العميل | ( نموذج رقم ٢١ ) |
| - طلب اضافة/حذف تعليمات خاصة على حساب العميل الجاري | ( نموذج رقم ٢/٧١ ) |
| - طلب اصدار شهادة بعدم ممانعة من تحويل الراتب على حسابه | ( نموذج رقم ٢/٧٨ ) |
| - طلب اغلاق حساب | ( نموذج رقم ٩٢ ) |
| - طلب اصدار شهادة لمن يهمه الأمر | ( نموذج رقم ١٠٠ ) |
| - طلب اصدار شيك مدير | ( نموذج رقم ١٠١ ) |
| - طلب ايقاف/حذف/اعادة تشغيل البطاقة النقدية | ( نموذج رقم ١٠٢ ) |
| - طلب تحويل ( لمرة واحدة ) | ( نموذج رقم ١٠٣ ) |
| - طلب تغيير نموذج التوقيع | ( نموذج رقم ١٠٤ ) |
| - طلب تصديق شيكات | ( نموذج رقم ١١٢ ) |
| - طلب ايقاف تعليمات مستديمة | ( نموذج رقم ١١٦ ) |
| - طلب عزل وكيل | ( نموذج رقم ١١٨ ) |
| - طلب استفسار العميل عن حساب الجاري | ( نموذج رقم ١٤٦ ) |
| - طلب تجديد بطاقة نقدية | ( نموذج رقم ٣/١٧٥ ) |
| - طلب فتح حساب جاري – نماذج مختلفة | ( نماذج رقم بدون ) |
| - طلب توكيل العميل لشخص آخر لادارة حسابه الجاري | ( نموذج رقم بدون ) |
| - طلب حجز/الغاء حجز على حساب العميل الجاري | ( نموذج رقم بدون ) |
| - طلب ايقاف/ الغاء ايقاف صرف شيكات من حساب العميل الجاري | ( نموذج رقم بدون ) |
| - طلب تخويل بتغطية حساب العميل الجاري من حساب آخر يخصه بالبنك | ( نموذج رقم بدون ) |
| - طلب الغاء التخويل بتغطية حساب العميل الجاري | ( نموذج رقم بدون ) |
| - طلب تعليمات مستديمة | ( نموذج رقم بدون ) |
| - طلب اصدار بطاقة نقدية | ( نموذج رقم بدون ) |

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

<div dir="rtl">

‏- ٣٨ -

‏المستندات:

‏ملف لحفظ طلبات فتح حساب جاري حيث يحفظ مع استمارة فتح الحساب

‏أ - طلبات تغيير نموذج التوقيع

‏ب - طلبات منح توكيل للغير لإدارة الحساب

‏ج - طلبات عزل الوكيل

‏د - طلبات تعديل بيانات العميل

‏هـ - طلبات عدم ممانعة بتحويل الراتب على حسابه

‏- ملف لحفظ بطاقات نموذج التوقيع

‏- ملف لحفظ طلبات اصدار دفاتر الشيكات

‏- ملف لحفظ طلبات حجز على حساب العميل الجاري

‏- ملف لحفظ طلبات الغاء حجز على حساب العميل الجاري

‏- ملف لحفظ طلبات اضافة تعليمات خاصة على حساب العميل الجاري

‏- ملف لحفظ طلبات حذف تعليمات خاصة من حساب العميل الجاري

‏- ملف لحفظ طلبات ايقاف صرف شيكات من حساب العميل الجاري

‏- ملف لحفظ طلبات الغاء ايقاف صرف شيكات

‏- ملف لحفظ طلبات تعليمات مستديمة من حساب العميل الجاري

‏- ملف لحفظ طلبات الغاء التعليمات المستديمة

‏- ملف لحفظ طلبات تصديق شيكات العميل

‏- ملف لحفظ طلبات اصدار شيكات مدير خصما من حساب العميل الجاري

‏- ملف لحفظ طلبات تخويل العميل للبنك بتغطية حسابه الجاري من حساب جاري آخر له بنفس الفرع أو بفرع آخر

‏- ملف لحفظ طلبات الغاء التخويل بتغطية حسابه الجاري

‏- ملف لحفظ طلبات تخويل العميل للبنك بتسديد فواتير بطاقات الائتمان من حسابه الجاري

‏- ملف لحفظ طلبات اصدار بطاقات الصراف الآلي

‏- ملف لحفظ طلبات ايقاف/اعادة تسيير/إلغاء بطاقات الصراف الآلي

‏- ملف لحفظ طلبات تعديل بطاقات الصراف الآلي

</div>

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

‫ـ ملف لحفظ طلبات اصدار شهادة لمن يهمه الأمر‬

‫ـ ملف لحفظ كشوف الرواتب المحولة على حسابات العملاء الجارية‬

‫ـ ملف لحفظ خطابات العملاء والرد عليها‬

‫ـ ملفات لحفظ تقارير الحاسب الآلي والرد عليها‬

‫ج - السجـــــلات:‬

‫ـ سجل تسليم دفاتر الشيكات‬

‫ـ سجل تغيير نموذج التوقيع‬

‫ـ سجل شيكات مصدقة‬

‫ـ سجل شيكات المدير‬

‫ـ سجل شيكات تحت التحصيل‬

‫ـ سجل الرواتب الموقوفة‬

‫ـ سجل حساب معلق تحت التسوية‬

‫ـ سجل تسليم الشيكات المرتجعة للعملاء‬

‫ـ سجل تسليم بطاقات الصرف الآلي والرقم السري للعملاء‬

‫ـ سجل تسليم بطاقات الصرف الآلي المحجوزة للعملاء‬

‫ـ سجل تسليم بطاقات الصرف الآلي المحجوزة للفروع الاخرى التي تخصها‬

‫ـ سجل تسليم بطاقات الصرف الآلي التي ادخل عليها التحديث‬

‫ـ سجل تسليم بطاقات الصرف الآلي النافذة لقسم الحاسب الآلي‬

‫ـ سجل عهدة الاختــام‬

‫ـ سجل البريد الصـادر ( تسليم باليد )‬

‫ـ سجل البريد الصـادر من قسم الحسابات الجارية‬

‫ـ سجل البريد الوارد الى قسم الحسابات الجارية‬

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002487

- ٣٤ -

الأختـــــــــام:

ختم ( حساب جديد New A/C ) يختم على حافظة الإيداع النقدي/شيك، ويستخدم عند ايداع العميل لرصيد الافتتاحي لحسابه الجديد .

ختم ( صورة طبق الأصل ) ذر تاريخ ومكان لتوقيع الموظف المختص يختم على صور المستندات بعد الاطلاع على الأصـل .

ويستخدم عند طلب البنك من العميل تقديم بعض المستندات لاتمام فتح الحساب أو التوكيل .

ختم ( التوقيع منفرد ) وآخر ( التوقيع مشترك ) يختم على إستمارة فتح الحساب ونموذج التوقيع .

ويستخدم في حالة الحسابات ( المشتركة – الشركات – الجمعيات والنوادي ) ليبين صلاحية ادارة الحساب من قبل الموقعين .

- ختم ( بصم أمامي وتحققت من شخصيته ) مع مكان لتوقيع الموظف المختص يختم على ايصالات السحب النقدي – الطلبات والتعليمات المقدمة من العميل .

ويستخدم لاثبات أن العميل قد تواجد بنفسه أمام الموظف المختص حيث لا توجد وسيلة لدى البنك لمضاهاة البصمة .

- ختم ( امضاء مطابق ) مع توقيع الموظف المختص على الختم ، يختم على كافة وسائل الصرف من الحساب وكذلك طلبات وتعليمات ومكاتبات العميل التي يتسلمها البنك .

ويستخدم للتأكد من أن هذه التعليمات صادرة من العميل نفسه وذلك بمضاهاة التوقيع بنموذج توقيع العميل المحفوظ لدى البنك .

- ختم ( امضاء مطابق كما هو بسجلاتنا بدون أدنى مسئولية أو التزام من جانبنا )

signature verified as per our records without any responsibility or guarantee on our par

يختم على أوامر الصرف – تعليمات كتابية أو خطابات العملاء .

ويستخدم للمساعدة على مضاهاة توقيع العميل على تلك المستندات لجهة خارج البلاد .

- ختم ( الحساب مغلق A/C closed ) يختم على استمارة فتح الحساب ونموذج التوقيع .

ويستخدم في حالة اغلاق الحساب .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002488

ختم ( ملغي Cancelled ) ذو تاريخ – يختم على الشيكات البيضاء الغير مستعملة .
ويستخدم عند تسليم العميل بهذه الشيكات للبنك في حالة اغلاق حسابه الجاري . كما يستخدم
في حالة الغاء أي مستند .

ختم ( الدفع نقدا Pay cash ) ذو تاريخ ، يختم على الشيكات – ايصالات السحب النقدي –
اذونات الصرف – أوامر الصرف .
ويستخدم من قبل رئيس القسم أو مساعده لاعطاء أمر للصراف بالدفع عندما تزيد قيمة مستند
الصرف عن حدود الصلاحية الممنوحة للصراف .

– ختم ( شيك مرتجع Returned Cheque ) ذو تاريخ ، يختم على حوافظ ايداع شيكات
التحصيل .
ويستخدم في حالة ارتجاع شيكات التحصيل بدون دفع ( لأسباب مختلفة ) من قبل البنوك
السحوبة عليها وذلك لتمييزها عن حوافظ الشيكات المحصلة .

– ختم ( مقبول الدفع اذا قدم عن طريق مقاصة اليوم ) .

Good for payment if presented through today's clearing

مع التوقيع عليه من قبل أصحاب التوقيعات المعتمدة بالبنك يختم على حافظة الشيك المقدم
من البنك طالب المقاصة الخاصة .
ويستخدم كرد من بنك دبي الاسلامي على البنك مقدم الشيك بأن رغبته مقبول الدفع في
حالة تقديمه بمقاصة اليوم العادية .

– ختم ( يقدم عن طريق المقاصة العادية )

Please present through normal clearing

مع التوقيع عليه من قبل أصحاب التوقيعات المعتمدة بالبنك يختم على حافظة الشيك المقدم
من البنك طالب المقاصة الخاصة .
ويستخدم كرد من بنك دبي الاسلامي على البنك مقدم الشيك في حالة كون رصيد العميل لا
يسمح بالدفع ولكن من المنتظر تحصين ايداعات لحسابه في ذات اليوم ولا يرغب بنك دبي
الاسلامي أن يكون الرد سلبيا وتقتصر هذه الاضافة على العملاء ذو السمعة الحسنة والذين
لهم تحصيلات مستمرة .

– ختم ( رقم حساب شيكات مقبولة الدفع ) ، يختم على الشيك المصرفي ( متنزل الدفع ) .

تصديق شيك العميل حيث يطلب رقم حساب العميل ويختم مكتبه هذا الختم

بنك شخصي إلى مصرفي .

الدفع ( Good for payment ) . مع التوقيع عليه من قبل التوقيعات المعتمدة

، خلف الشيك المطلوب تصديقه من البنك .

حالة طلب العميل تصديق شيك من قبل البنك حيث تخصم قيمة الشيك من

بل وتضاف لحساب شيكات مقبولة الدفع .

، الدفع إذا قدم في تاريخه )

Good for payment if presented on due date.

عليه من قبل أصحاب التوقيعات المعتمدة بالبنك ، يختم خلف الشيك المطلوب

ن البنك .

في حالة طلب العميل تصديق شيك من قبل البنك ورغبته في دفعه للمستفيد في

بذل .

مصة داخلية ) . يختم على الشيكات وإشعارات الخصم والإضافة .

م عند التحويل من حساب إلى آخر داخل نفس الفرع أو البنك .

م إصدار شيك مدير رقم ( ٠٠٠٠ ) ذو تاريخ . يختم على طلب إصدار شيك مدير .

م للدلالة على إصدار شيك المدير بناء على الطلب المقدم .

استلمت شيك المدير / مصدق رقم ( ٠٠٠٠٠٠ ) ذو تاريخ ومكان لتوقيع المستلم .

على طلب إصدار شيك مدير / تصديق شيك .

تدم كشيكات باستلام العميل للشيك من الموظف المختص .

استلمت البطاقة النقدية طلب رقم ( ٠٠٠٠٠ ) ذو تاريخ ومكان لتوقيع المستلم .

على طلب إصدار البطاقة النقدية .

م تقدم من قبل رئيس القسم أو مساعده عند ترجيعه المعاملة للموظف المختص لإنجازها .

( السيد / ٠٠٠٠٠٠٠ لإجراء اللازم ) ذو تاريخ ومكان للتوقيع . يختم على الطلبات

مطالبات وخلافه المقدمة من العملاء .

تقدم من قبل رئيس القسم أو مساعده عند ترجيعه المعاملة للموظف المختص لإنجازها .

م ( تم إجراء اللازم ) ذو تاريخ ومكان للتوقيع ، يختم على المعاملة التي تم إنجازها .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

يستخدد
يتحول
ختم ( ن
البنك .
ويستخد
حساب
ختم ( ١

مع الله
تصديق
وينست
تاريخ
- ختم ا
وينس
- ختم
ويب
- ختم
يخة
وت
- خت
يخ
تة
- خ
ژ
- خ

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

- ٣٤ -

ويستخدم من قبل الموظف المختص عند انجازه للمعاملة المحولة اليه من رئيس القسم
أو مساعده أو مساعده .

ختم ( للحفظ ) ذو تاريخ ومكان للتوقيع ، يختم على المستندات والخطابات وخلافه .
ويستخدم عند توجيه المعاملة من رئيس القسم أو مساعده للموظف المختص بأرشيف القسم
لحفظيا في الملف الخاص بها .

- ختم ( يعفى من الرسوم ) مع مكان لتوقيع مدير الفرع ، يختم على طلبات العملاء التي
يحصل عنها رسوم .
ويستخدم عند اعفاء مدير الفرع للعميل من دفع الرسوم .

- ختم ( specimen ) ، يختم على نماذج البنك ( طلبات - استمارات - اشعارات ... ) .
ويستخدم عند طلب بنوك أو جامعات أو هيئات نسخه من النماذج المستخدمة في البنك .

- ختم ( شاشه رقم ..... قيد ..... ) ، يختم به على كافة الاشعارات والمستندات .
ويستخدم من قبل مشغل الوحدة الطرفية ( الشاشه ) بالقسم للدلالة على تمرير المستند
بالحاسب الآلي بحركة اليوم لسهولة معرفة رقم الحركة للرجوع اليها في عمليات المراجعة
أو تصحيح الاخطاء .

هـ - القيـود والاشـارات:

- ايـداع نقــدي                              ( نموذج رقم ١/١ )
- ايـداع شــيكات                            ( نموذج رقم ٢/٢ )
- قيد دائن ( اشعار اضافة )                  ( نموذج رقم ٣/٩ )
- قيد مدين ( اشعار خصم )                   ( نموذج رقم ٣/١٠ ) .
- ايصال سحب نقدي                         ( نموذج رقم ١١ )
- قيد مدين/دائن ( اشعار اضافة وخصم )      ( نموذج رقم ٥/١٥ ، ٤/١٥ )
- اشعار خصم شيك مرتجع للعميل             ( نموذج رقم ٢/٩٤ )
- اذن مصـرف نقـدي                         ( نموذج رقم بـدون )

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002492



القسم الأجنبي

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

- ٣٤ -

(١)

## القــــــم الأجنــبي

أعمال القسم الأجنبي:

١ - الكمبيالات تحت التحصيل:

يقوم القسم الاجنبي باصدار الكمبيالات بناء على طلب المتعامل ، حيث يقوم المتعامل بتعبئة نماذج مميزة لهذا الغرض يوضح فيها اسم المستفيد ورقم الحساب واسم البنك اذا وجد ، والعملة التي يتم اصدار الكمبيالة بها • بعد ذلك يقوم المتعامل بايداع المبلغ المعادل لقيمة الكمبيالة بالدرهم برسعر الصرف السائد لدى البنك اما نقدا أو بتفويض البنك بالخصم من الحساب في حالة وجود حساب للمتعامل لدى البنك • واذا ما تم اصدار الكمبيالة بالخصم من الحساب يقوم الموظف المختص بعد التحقق من توقيع المتعامل بالحصول على توقيع المتعامل على سند القيد كدليل على موافقة المتعامل باصدار الكمبيالة.

بعد ادخال الحاسب الآلي على نظام اصدار الكمبيالات يقوم القسم الاجنبي بطباعة الكمبيالات بواسطة الحاسب الآلي والخصم من حساب المتعامل • وقد يشترط أن تحمل الكمبيالات توقيعين طبقا للتوقيعات المخولة بدفتر التوقيعات •

وقد يتم تسليم أصل الكمبيالة للمتعامل ويحتفظ القسم بنسخة مطابقة للاصل ، ويحتفظ القسم بسجل خاص للكمبيالات التي يقوم باصدارها يوميا يوضح فيه مبلغ الكمبيالة بالعملة الاجنبية وما يعادلها بالعملة المحلية واسم الشخص الذي قام بالتحويل واسم المستفيد واسم البنك المسحوب عليه •

٢ - الغاء/رد مبالغ الكمبيالات:

في حال فقدان كمبيالة ما يقوم المتعامل باخطار البنك مباشرة وبعدها يقوم القسم الاجنبي بتنفذ الاجراءات اللازمة باخطار البنك المسحوب عليه لكمبيالة لايقف صرف الحوالة •

_____

(١) الأصل بالانكليزية •

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002494

- ٣٥ -

وعند استلام تأكيد من البنك المسحوب عليه بايقاف الحواله ، إما أن يقوم البنك برد
وعند استلام تأكيد من البنك المسحوب عليه بايقاف الحواله ، إما أن يقوم البنك برد
المبلغ ، أو باصدار كمبيالة أخرى حسب رغبة المتعامل· وعند اصدار كمبيالة نسخة طبق
الأصل ، جرت العادة كتابة العبارة التالية على الكمبيالة " نسخة طبق الاصل صادرة بدلا
الأصل ، جرت العادة كتابة العبارة التالية على الكمبيالة " نسخة طبق الاصل صادرة بدلا
من الكمبيالة الاجنبية رقم ٠٠٠٠٠' وذلك كمرجع للبنك المسحوب عليه وذلك لتجنب دفع
قيمة الكمبياله مرتين· وفي حالة الغاء الكمبيالة ، يختصم مبلغ ٥ دراهم عبارة عن اجرة
البريد· وفي حالة الالغاء بالتلكس يختصم من المتعامل رسوم التلكس·
وطبقا لتوجيهات البنك يقوم القسم برد كامل المبلغ للمتعامل في حالة عدم تغير سعر صرف
العملة ، أما في حالة تغير سعر الصرف ، يقوم البنك بشراء الكمبيالة بسعر الشراء السائد
وقتها ، ثم القيام بايداع المبالغ التي تغطي مبلغ الكمبيالة لدى البنك المراسل في نفس اليوم
الذي جرى فيه اصدار الكمبيالة·

٣ - الحوالات البريدية:

تتبع نفس الخطوات الخاصة بالكمبيالات تحت الطلب فيما يتعلق بالدفع نقدا والخصم
على حساب المتعامل حيث يقوم الموظف باعداد سند القيد وتقديمه للموظف المختص
على حساب المتعامل حيث يقوم الموظف باعداد سند القيد وتقديمه للموظف المختص
بالتدقيق وارسال أصل الحوالة البريدية مباشرة للبنك المسحوب عليه الكمبيالة بالبريد
المسجل ليتم السداد للمستفيد· ويتم احتساب مبلغ ١٠ دراهم لكل حوالة بريدية لتغطية
أجرة البريد· وفي حالة الالغاء ، يتم اتباع نفس الطريقة الخاصة بالكمبيالات حيث يتم رد
قيمة الحوالة للمحول·

٤ - الحوالات البرقية:

في حال رغبة المتعامل بتحويل مبالغ مستعجلة يقوم القسم الاجنبي بالتحويل برقيا بعد
التحقق من صحة وقبول الحوالات البرقية الصادرة من القسم لدفعها للمستفيدين وتعامل
الحوالة البرقية على انها طلب دفع عاجل تحول للمستفيد بعد التحقق من صحة البيانات
المتعلقة باسم وعنوان المستفيد ورقم حسابه· وفي حالة عدم وجود حساب للمستفيد ،
يقوم المستفيد بتزويد القسم الاجنبي بعنوانه بحيث يتم الدفع للمستفيد بعد التحقق ،، ويتسلم
الشخص صاحب التحويل تكليف التلكس ، وقد يحتفظ القسم الاجنبي بسجل منفصل
للتحويلات البرقية يوضح فيه رقم الحوالة البرقية والمبلغ بالعملة الاجنبية والمحلية واسم
الشخص الذي قام بالتحويل واسم المستفيد والبنك المسحوب عليه·

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

- ٣٦ -

• ـ <u>مبيعات الشيكات السياحية:</u>

يقوم القسم ببيع الشيكات السياحية ل سيتي كورب وباركليز بنك للمتعاملين اما عن طريق الخصم من حساب المتعاملين اذا ما كان المتعامل حساب وخول البنك بالخصم أو عن طريق الدفع نقدا بالقيمة المقابلة بالدرهم ، ويحتفظ القسم الاجنبي بسجل منفصل لكل من شيكات سيتي كورب السياحية بالدولار الامريكي ، وشيكات باركليز بنك السياحية بالدولار الامريكي وشيكات باركليز بنك السياحية بالجنيه الاسترليني ، ويتم تسجيل الشيكات المسلمة للمتعاملين بالسجل الخاص ، ويتم حفظ الشيكات السياحية بالخزينة بعد استلامها من بنوك الاصدار حيث يتم اصدار سند باستلام هذه الشيكات ، وفي حال بيع الشيكات السياحية يقوم المتعامل بالتوقيع على الاتفاقية المعدة ،من قبل بنوك الاصدار ، والتي يوضح فيها رقم الشيك السياحي ، والفئة والمبلغ والكمية ، وتحتسب عمولة بواقع ١٪ يسددها المتعامل مقابل اصدار الشيكات السياحية ، ويتم اصدار كمبيالة تحت الطلب بقيمة بيع الشيكات في نفس اليوم الذي تم فيه البيع لصالح بنوك الاصدار وارسالها في نفس اليوم عن طريق البريد المسجل مرفقة باتفاقية الشراء الموقعة من قبل المتعامل ،

٢ ـ <u>بيع وشراء العملات الاجنبية:</u>

يقوم القسم الاجنبي بشراء وبيع الدولار الامريكي ، الجنيه الاسترليني والريال العماني والدينار الكويتي والريال السعودي ، والريال القطري بالاسعار السائدة ، حيث يقوم الموظفون المختصون باعداد سندات القيد وتقديمها للمسئول المختص لمراجعتها والتصديق عليها ، ويتم دفع قيمة المشتريات ، أو المبيعات من النقد الاجنبي اما نقدا ، أو بالاضافة الى الحساب حسب رغبة المتعامل ،

ويحتفظ القسم الاجنبي ببطاقات يعمل بها عند اجراء عمليات بيع أو شراء العملات ، ويتم الاحتفاظ بالعملات المذكورة لدى الخزينة ، كما يتم تسليم العملات المشتراه من المتعاملين لتدبير وبالمقابل يتم استلام العملات التي يحتاج القسم اليها في معاملات البيع من الخزينة ،

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002496

- ٣٧ -

_ الحوالات الأجنبية للتحصيل:_

يقوم المتعاملين بإيداع شيكات بالعملات الاجنبية بغرض تحصيل قيمتها وذلك بعد
تعبئة قسيمة ايداع يذكر فيها رقم الشيك وتاريخه والبنك المسحوب عليه ورقم الحساب واسم
صاحب الحساب. وتعطى النسخة الثانية من القسيمة للمتعامل بعد أن يختم عليها العبارة
التالية: يتم اضافة المبلغ المحصل عند تحويل قيمة الشيك الى النقد وبهذا الاجراء فان
التزام البنك تجاه المتعامل يقتصر على الدفع في حالة تحصيل قيمة الشيك ويتم قيد الشيك
بسجل الشيكات الاجنبية تحت التحصيل بعد وضع ختم حوالة أجنبية تحت التحصيل على
ظهر الشيك , ويقوم القسم بارسال الشيكات الى مراسلنا للتحصيل , وفي حالة تحصيل
الشيكات فاننا نطلب منهم اضافة القيمة الى حساب البنك معهم مع اشعارنا، أما اذا كانت
الشيكات مسحوبة على بنوك أخرى في نفس المدينة , أو الدولة التي يوجد بها مراسلونا ,
فاننا نطلب منهم تحصيل الشيكات واضافة قيمتها الى حسابنا طرفهم مع اشعارنا , وعند
استلام اشعار الاضافة من مراسلينا , نقوم باضافة النيرة التي تقابلها بالدرهم بسعر الشراء
الى حساب المتعامل بعد خصم ١٠ دراهم عبارة عن مصاريف، بريد :

٨ - _السندات الأجنبية المشتراه:_

يقوم القسم الاجنبي بشراء الشيكات السياحية بعملات مختلفة من المتعاملين بعد
الحصول على المستندات اللازمة مثل اتفاقية الشراء , صورة من جواز السفر والتوقيع ,
وعادة ما تكون الشيكات السياحية بالدولار الامريكي والجنيه الاسترليني. وقد يتم قيد
الشيكات السياحية بسجل السندات الاجنبية المشتراه مع اعطاءها رقم مسلسل وذكر
التاريخ. كما يوضع ختم سندات أجنبية مشتراه على ظهر كل شيك مع ذكر رقمه. ويتم
ارسال الشيكات السياحية بالدولار الامريكي الى سيتي بنك دبي أما الشيكات السياحية
بالجنيه الاسترليني فانها ترسل اما الى سيتي بنك - لندن , أو الى ناشيونال ويست منستر
بنك - لندن للتحصيل مع الاحتفاظ بنسخة من السند بسجلاتنا , وعند استلام اشعار الاضافة
من مراسلينا , يقوم الموظف المختص باضافة المبلغ لحساب السندات الاجنبية المشتراه مع
الخصم من رصيد الحساب المراسل مع البنوك الاجنبية.

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002497

‏- ٣٨ -

‏١- الكمبيالات المسحوبة على البنك ( التحويلات من الخارج ):

‏يستلم القسم الاجنبي يوميا التحويلات الخارجية من مراسلينا بجميع أنحاء العالم في شكل
‏حوالات برقية ، حوالات بريدية ، وكمبيالات تحت الطلب مسحوبة على البنك . ويتم
‏التحقق من صحة توقيعات الحوالات البريدية والكمبيالات تحت الطلب بالرجوع الى دفتر
‏التوقيعات وبعد اتمام عملية التحقق من صحة التلكس والتوقيع لكل من الحوالات البريدية
‏والكمبيالة عند الطلب ، يقوم موظف القسم بتسجيل ذلك في سجل " الكمبيالات المسحوبة
‏على البنك " ، واعطاء كل معاملة رقما مسلسلا . وفي حالة وجود حساب للمستفيد لدى
‏البنك نقوم باضافة قيمة الحوالة لحسابه مباشرة بدون خصم . أما اذا كان للمتعامل حساب
‏لدى بنك آخر ، يقوم القسم بارسال شيك مدير الى البنك المعني اذا كان المبلغ صغيرا . أما
‏اذا كان المبلغ كبيرا فنقوم بالدفع من خلال مصرف الامارات المركزي . وتحتسب رسوم
‏تلكس بمقدار ١٠ دراهم بالنسبة لـ دبي ، أما بالنسبة للشارقة فتحتسب رسوم بمقدار
‏١٥ درهم وتشمل ٥ دراهم تلكس لمصرف الامارات المركزي . وبالنسبة للامارات
‏الاخرى ، فتحتسب رسوم بمقدار ٣٠ درهم وتشمل مبلغ ٢٠ درهم عبارة عن رسوم تلكس
‏لمصرف الامارات المركزي .

‏وفي حالة عدم وجود حساب للمتعامل بأي بنك أو في حالة عدم اعطاء أية تعليمات
‏بالدفع عن طريق بنك معين ، ففي هذه الحالة يقوم القسم الاجنبي باعداد شيك مدير يوقع
‏من قبل توقيعين مخولين والاتصال بالمستفيد هاتفيا ، وعند حضور المستفيد شخصيا يجري
‏التحقق من هويته وبعد ذلك يسلم الشيك حيث يقوم بصرف الشيك من الصندوق . كما
‏يستلم القسم أحيانا حوالات بالعملة الاجنبية لايداعها لحساب المتعاملين لدى بنوك أخرى .
‏وفي مثل هذه الحالات ، يجري الاتصال بينك المتعامل للاستفسار حول سداد قيمة التحويل
‏فيما اذا كانت عملة محلية أو أجنبية ، فاذا ما كانوا يرغبون في استلام القيمة بالعملة
‏السنية ، يقوم القسم باصدار شيك مدير بعد خصم رسوم بمقدار ١٠ دراهم لكل عملية
‏تحويل . أما اذا كانوا يرغبون في استلام قيمة التحويل بالعملات الاجنبية ، فيطلب منهم
‏موافاة البنك باسم البنك المراسل ورقم الحساب لتحويل المبلغ . وتبعا لذلك يقوم القسم
‏الاجنبي بتحويل المبلغ بعد خصم رسوم التلكس وبعد ذلك يرسل خطاب تأكيد لتعيينهم عن

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002498

‫- ٣٩ -‬

تنفيذ عملية الدفع للمستفيد . أيضا تحول لمتعاملينا مبالغ بالعملات الاجنبية من خلال بنوك مختلفة اخرى . وفي مثل هذه الحالات واذا ما كان المبلغ كبيرا نطلب من البنك المحلي تحويل المبالغ بالتلكس لحسابنا مع مراسلنا وذلك لتجنب أية خسارة في سعر صرف العملة . وعند استلام خطاب التأكيد الموقع حسب الأصول نقوم بتنفيذ عملية الدفع لمتعامل البنك بالخصم من حساب المراسل ذي الصلة . أما اذا كان المبلغ صغيرا فنطلب منهم ارسال قيمة الحوالة بالدرهم بالسعر المتفق عليه لاضافته لحساب المتعامل .

*١ - المبالغ المودعة بحساب البنك لدى المراسلين لتغطية المسحوبات :*

يحتفظ البنك في حساباته لدى مراسليه بعملات مختلفة لتغطية سحوبات البنك التي تتم بشكل خطابات ضمان , أو اعتمادات , حوالات بريدية , كمبيالات أجنبية تحت الطلب , حوالات برقية ..... الخ .

وقد يقوم البنك بتوفير أموال كافية بحسابته مع مراسليه لتغطية السحوبات وتجنب السحب على المكشوف , حيث لا تجيز التشريعة الاسلامية التعامل بتفئدة . وفي حالة وجود أية سحوبات بموجب اعتماد مستندي من احد فروعنا , يقوم الفرع المذكور باشعار الفرع الرئيسي حتى يتمكن من توفير المبالغ الكافية . وفي حالة نقص الاموال في حسابنا لدى مراسلينا , يقوم البنك بشراء العملة الاجنبية المطلوبة , حيث نقوم بموافاة مراسلينا بالتلكس بخصوص سد النقص بحساباتنا مع ذكر التواريخ والقيمة وعند شرائنا للعملات الاجنبية من السوق المحلية - نقوم عادة بالشراء مقابل الدرهم حيث نقوم بالسداد من خلال مصرف الامارات المركزي . أما في حالة الشراء عن طريق بنك مراسل فاننا نقوم بالشراء مقابل الدولار الامريكي حيث تسدد المبالغ عن طريق مراسلهم في نيويورك في تاريخ استحقاق الدفع المتفق عليه .

كما يقوم البنك ببيع الدرهم مقابل الدولار الامريكي لمراسلينا عند اتصالهم بالبنك يطلبون رغبتهم في شراء الدرهم بالسعر المتفق عنيه . وفي هذه الحالة يقوم القسم بايداع المبلغ بالدرهم لحسابهم لدى البنك حسب طلبهم .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

- ٤١ -

كما يتم استلام رسائل تلكس مشفرة تتعلق بما ذكر سابقا حيث يتم التحقق منها من قبل مسئول القسم الاجنبي . وفي بعض الاحوال ترد الينا رسائل من البنوك نسخية للتحقق من رمز التلكس الواردة لنا عن طريق نظام الشفرة حيث يقوم الموظف المختص بتوثيق التلكس عن طريق مراسلينا فاذا كانت الرسالة صحيحة نقوم بابلاغ البنك المحلي بذلك وبدون أية مسئولية . كما يستلم القسم رسائل من بنوك أخرى بخلاف مراسلينا فنقوم بارسالها الى البنوك المحلية للتوثيق عن طريق الشفرة كما يقوم القسم الاجنبي بتزويد رقم الشفرة للفروع التي ليس لديها نظام للشفرة مع مراسلينا .

ز - الحاسب الآلي لـ سيتي بنك :

يقوم القسم الاجنبي بارسال واستلام كافة المراسلات من مراسل البنك " سيتي بنك " من خلال شبكة الاتصال العالمية لـ سيتي بنك ، وقد تتم جميع تحويلات الدولار الامريكي واستشارات البنك في أمريكا مباشرة عن طريق " سيتي كاش مانجهار سيستم " " CCM " . وفي هذه الحالة فانه يسمح فقط للمسئولين المخولين بتشغيل النظام للقيام بجميع التحويلات . ويقوم الحاسب الآلي بالتدقق من صحة المعاملة فاذا ما كان هناك أي خطأ ، فان الحاسب الآلي يكتشفه مباشرة .

ه - الشيكات بالدولارات الأمريكية على الولايات المتحدة الأمريكية :

هناك ترتيب خاص مع سيتي بنك - دبي فيما يختص بالتعامل مع الشيكات بالدولار الامريكي المسحوبة على الولايات المتحدة الامريكية بدون تحمل أية اتعاب . حيث يتم ارسال هذه الشيكات الى سيتي بنك - دبي بدلا من ارسالها الى الولايات المتحدة الامريكية ، ويقوم البنك المذكور بتقديم الشيك الى مكتبه في نيويورك بواسطة نقل المراسلات " كوريير " ويقوم سيتي بنك - دبي باضافة المبلغ الى حسابنا بالدولار الامريكي لديهم بعد ٥ أيام ، الا أن هذه الاضافة بحسابنا يمكن الرجوع عنها في حالة اعادة أي شيك بدون سداد . ومن ثم نقوم باضافة المبلغ الى حساب متعاملنا بعد ٢٠ يوما على الاقل من تاريخ تحصيل قيمة الشيك ، وهذه الفترة الزمنية تتيح للبنك الفرصة الكافية في حالة ارتداد الشيكات . وقد تساعد هذه الخدمة في تقليل رسوم التحصيل التي تفرضها البنوك الامريكية .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

# نظام السويفته ()
## (SWIFT)

## مقدمة:

(سويفت) كلمة تجمع أوائل الحروف من: (SOCIETY for WORLDWIDE INTERBANK FINANCIAL TELECOMMUNICATIONS) (الجمعية العالمية للإتصالات المالية بين المصارف) وهي جمعية تعاونية يملكها أعضاؤها تهدف إلى الفائدة المشتركة لأعضائها وإلى إيجاد واستخدام وتشغيل الوسائل الضرورية لإرسال الرسائل المالية عبر طريق سري وخاص.

السويفت نظام يعمل بالحاسب الآلي لإرسال واستقبال الرسائل بين المصارف وهو وسيلة آمنة وسريعة للتحويلات المالية مقبولة من قبل المصارف الأعضاء في كافة أنحاء العالم.

## التركيب:

يتم تشغيل نظام السويفت من قبل القسم الأجنبي في الفرع الرئيسي ويتولى قسم الحاسب الآلي مسؤولية تركيب المعدات وصيانة البرامج (الإضافة و الحذف والتحديث كلما دعت الحاجة).

تستخدم أنواع مختلفة من المعدات والبرامج يختارها المستخدم حسب ما يناسبه والأكثر شيوعاً وسهولة في الإستخدام هي: BTOS و B25 BURROUGHS، كما تتوفر برامج مختلفة مثل: ST200 وST400 و IBM MARWA و LOGIC FAST WIRE .. إلخ. وقد اختار مصرفنا العمل على برنامج ST200 (النسخة المحدثة 4.15) وهوالأسهل استخداماً ويتألف من قسمين: المركز (NUCLEUS) و(IBU) (وحدة الدعم المدمجة).

يقوم المركز (NUCLEUS) بالعمل الرئيسي وتقوم وحدة الدعم المدمجة (IBU) بعمل نسخة احتياطية فورية يتم استخدامها عندما تتعرض الذاكرة للضرر.

---

¹ - الأصل باللغة الإنكليزية

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

التشغيل:

يتم التشغيل بعد إدخال كلمة السر الرئيسية التي يحتفظ بها القسم الرئيسي للسويفت على قسمين، حيث يحتفظ مدير المصرف بالقسم الأول بينما يحتفظ رئيس القسم الأجنبي بالقسم الثاني.

بعد إدخال قسمي كلمة السر الرئيسية تظهر لوحة الخيارات ترخّص للمستخدم القيام بالعمل، كما أن ذلك ضروري ليقوم كل مشغل / مشرف بوضع كلمة سر خاصة به يستطيع تغييرها حسب الحاجة للحفاظ على السرية والمسؤولية.

كما أن هناك حاجة لإدخال كلمة سر التشغيل التي يحتفظ بها القسم الرئيسي للسويفت لتحديث البرامج (الحذف والإضافة).

لقد قمنا مؤخراً بتركيب حاسب شخصي (.P.C) في فرعنا في أبوظبي (مرتبط مع شبكة السويفت) لإرسال واستقبال الرسائل مباشرة. وقد تمت هذه الخطوة نظراً لحجم الرسائل المرسلة من قبلهم، ولا يقدم فرع أبوظبي بتشغيل الربط العالمي (.S.L.S) أو التبادل المشترك للمفتاح (BKE) بما أنه مرتبط مع الفرع الرئيسي الذي يقوم بالتصديق على رسائله. ويحكم الحاسب الشخصي المركب في فرع أبوظبي كلمة سر رئيسة (لكل الأعمال) يقوم الفرع الرئيسي للسويفت بإدخالها وهي لدى إدارة الفرع (على قسمين حصراً). وسيتم ربط الفروع الأخرى أيضاً عندما يدعو حجم العمل إلى ذلك.

تنقسم كافة أعمال السويفت إلى منطقتين: ضمن الخط (ON LINE) وخارج الخط (OFF LINE).

يتم تشغيل المركز (NUCLEUS) أولاً في السويفت ثم وحدة الدعم المدمجة (IBU) ويتم الارتباط مع الشبكة العالمية عندما تظهر كلمة (ON LINE) ويتم ذلك الآن عن طريق استخدام بطاقات الدائرة المدمجة (INTGRATED CIRCUIT CARDS) والتي تسمى أيضاً بالبطاقات الذكية (SMART CARDS). وقد تم ترتيب ذلك بحيث ينفذ بشكل مشترك من قبل مدير الفرع ورئيس القسم الأجنبي.

وتدعى عملية الربط العالمي هذه SLS (المنطق والاختيار الآمن – SECURED LOGIC + SELECT) وفقاً لعملية آلية جديدة مما يمكن من طباعة الرسائل على طابعة تم تركيبها لاستقبال الرسائل القادمة (التي تحتفظ بها الذاكرة عندما يكون النظام مغلقاً). يمكن استعادة وطباعة أية رسالة ضاعت نتيجة لخطل في الطابعة أو لسبب آخر بعد نقل البيانات إلى قرص من حيث تتوفر الأوامر الضرورية لذلك. ويتم التحقق من الرسائل الواردة وسن ثم ترسل إلى القسم المعني بينما تسجل ويحتفظ بنسخة منها كمرجع.

– ٢ –

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

يتم الاحتفاظ بالرسائل الواردة والتي تعاني من مشكلة في مسألة التحقق من هوية المرسل في ملف إعادة التحقق ثم تحرر من قبل الشخص المسؤول بعد التأكد من الأمر.

يقوم المشغل بإعداد الرسائل الصادرة بينما لايستطيع المشغل تغيير أو التأكد أو إرسال أية رسالة. إن الموظف الذي يدقق ويرسل الرسائل لايستطيع إعدادها أو تبديلها. وقد تم ترتيب هذا الأمر لضمان الأمان ابتداءاً إلى لائحة الإذن لكل شخص مخول القيام بعمل معين. يحتاج إعداد لائحة الإذن إلى معرفة كلمة السر الرئيسة التي تنقسم إلى قسمين ويتحكم بها بشكل مشترك مدير الفرع ورئيس القسم الأجنبي. ويتضمن إعداد لائحة الإذن إضافة أو تعديل اسم المشغل أو المدقق أو المخول .. إلخ.

يتم التحقق من الرسائل عن طريق المفتاح الخاص بذلك ويستطيع المصرف إعداد مفتاح كهذا وإرساله إلى المصرف المعني حسب الطلب. يتم تخزين مفاتيح كهذه ضمن النظام الذي يقوم آلياً بالتحقق من الرسائل عند الطلب.

يتولى مدير الفرع ورئيس القسم الأجنبي التحقق من الرسائل نظراً إلى سرية وحساسية الأمر. وقد تمت أتمتة هذه العملية الآن ولم يعد هناك داع للعمل اليدوي وتسمى BKE (التبادل المشترك للمفتاح BILATERAL KEY EXCHANGE).

### عمل آخر اليوم:

يتم تسجيل عمل كامل اليوم على قرص مرن (DISKETT) كمرجع يتم استعادته إذا دعت الحاجة. ثم يقوم المشغل بطباعة تقرير الحركة بعد انتهاء يوم العمل وهو يتألف من بيانات مختلفة يقوم المسؤول عن السويفت بتدقيقها بعد ذلك.

يتم عمل آخر اليوم قبل إغلاق الجهاز بحسب طلب النظام. كما يتم طباعة تقرير آخر يدعى (JOURNAL) يحتوي على الوقت والتاريخ والأوامر المستخدمة واسم الشخص المستخدم لأوامر معينة حسب الترخيص في لائحة الإذن.

### الفوائد:

* خدمة ٢٤ ساعة.
* استخدام اللغة العادية.
* نظام آني متكامل.
* أخطاء أقل نتيجة الخطأ.
* نفقات تشغيل أقل.

- ٣ -

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

* إنتاجية أعلى.
* إرسال سريع.
* آمن (بشكل آلي).
* عدم وجود التحقق بشكل يدوي (أتوماتيكي).
* توفر الصيانة الدائمة.
* فاعلية متزايدة في تشكيل الرسائل.
* القدرة على الحفاظ على معلومات إدارية أشمل.

## خـــاتمـــة:

لقد تم اختبار وتجريب نظام السويفت وهو مقبول ومستخدم من قبل عدد كبير من المؤسسات المالية (الشركات والمصارف) في كافة أنحاء العالم. (أكثر من ستة آلاف مصرف في ١٥٠ بلداً) والعدد يتضاعف بمرور الوقت. كما أن هناك سعي دائم للتطوير لما فيه فائدة الأعضاء ويتم تقديم تقرير تحليلي يتضمن معلومات عن الأداء السابق وتقديم تفاصيل عن أداء الأعضاء في الماضي والحاضر. وهناك استعلام دائم عن أية اقتراحات لتطوير العمل.

سويفت هو النظام الرائد في نقل الرسائل كافة والتي تم تصنيفها ضمن فئات للتحقق ولإقامة العلاقة مع المنطقة المعنية.

أخيراً، نظام سويفت هو أكثر وسائل الإتصال المكتشفة حتى الآن أمناً وضماناً وسرعة.

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002504

- ٤٣ -

# قســم المقاصـــة

<u>أعمال قسم المقاصــة:</u>

يتلقى قسم المقاصة الشيكات المستحقة السداد الفوري ، والشيكات المحررة بتواريخ آجله بالعملة المحلية من المتعاملين وجميع أقسام البنك للتحصيل عن طريق الفروع والبنوك المراسلة ، وتصنف الشيكات المستحقة الدفع الفوري الى شيكات مسحوبة على بنك دبي الأسلامي وشيكات مسحوبة على بنوك أخرى داخل الدولة .

وتبدأ خطوات العمل بقسم المقاصة بالآتي:

١ - يقوم موظفو قسم المقاصة باستلام الشيكات وفحصها قبل ادخال بياناتيا في الحاسب الآلي وذلك بالعمل على فحص أركان الشيك من حيث التاريخ والمبلغ ، واسم المستفيد ، التوقيع والتظهير ، والأختام ، وكذلك التجيير .

٢ - قيام الموظف المختص بادخال بيانات الشيكات في الحاسب الآلي وذلك بعد الفحص للشيك وقد يوجد بالقسم طابعة خاصة لطباعة حافظة الشيك آليا وطباعة وتحديد وقت الايداع وعنوان وصاحب الحساب على الحافظة ، وغالبا ما يتم أخذ توقيع واسم مودع الشيك على الحافظة . ثم يقوم موظف القسم بختم الحافظة والتوقيع عليها للاصل والصورة وتسليم صررة منها للمودع ، وقد يقوم الحاسب الآلي بنياية اليوم بتجميع مبالغ الشيكات المودعة ويقيد المبلغ بصورة آلية .

٣ - يقوم قسم المقاصة باستلام الشيكات المرحلة وفرزها حسب البنرك المسحوب عليها الشيكات ، ثم حسب الامارة أر المنطقة ، ثم حسب التاريخ ليتم بعد ذلك حفظ الشيكات في خزائن ضد الحريق وبشكل يسبل استخراج الشيكات بصورة منتظمة حسب تاريخ اليوم والشير . وقد تحفظ الشيكات المسحوبة على بنك دبي الاسلامي في خزائن خاصة ويحتفظ القسم بالشيكات المذكورة بصفة مستمرة بعد التأكد منيا ، كما يتم أيضا استخراج تقرير من الحاسب الآلي يشمل على كافة البيانات المطلوبة عن الشيكات المحفوظة رمطابقته مع قائمة الشيكات لدى قسم المقاصة .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002505

٤ - يقوم قسم المقاصة باستخراج الشيكات من الخزائن وإرسالها للتحصيل . وفيما يتعلق بالشيكات التي تكون مستحقة في يوم الاستلام يتم إدخال بياناتها في الحاسب الآلي وترسل بنفس اليوم للتحصيل عن طريق المصرف المركزي ، مع الموظف المكلف بالذهاب الى غرفة المقاصة بالمصرف المركزي . وذلك بعد فرز مجموع الشيكات لكل بنك على حدة مرفق بإشعار مع مطابقة إجمالي مبالغ الشيكات مع التقرير ، ليتم بعد ذلك وفي غرفة المقاصة عملية تبادل الشيكات بين مندوبي البنوك المختلفة ، حيث يقوم مندوب البنك بتسليم الشيكات لمندوبي البنوك المختلفة مقابل استلام الشيكات المسحوبة على بنك دبي الاسلامي . وهذه العملية تتم بصورة يومية .

٥ - يقوم قسم المقاصة بترحيل الشيكات المسحوبة على البنك وخصم قيمتها من حساب المتعاملين لصالح الى حساب المصرف المركزي وهناك شيكات مرتجعة يتم فيها عكس القيد بمبلغ الشيكات المرتجعة وتتم جميع عمليات القيد بقسم الحسابات العامة بصورة آلية وبدون اشعارات . أما الشيكات المرتجعة يعمل لها اشعارات يوضح فيها سبب الرجوع وتطبع أيضا بواسطة الحاسب الآلي . أما عن القيود النظامية لهذه الشيكات فإنها تتم بصورة آلية وذلك بخصم راضافة مجموع الشيكات وبدون اشعارات . وفي اليوم التالي يذهب مندوب المقاصة الى غرفة المقاصة بالمصرف المركزي لحضور الجلسة الأولى ومعه الشيكات المسحوبة على بنك دبي الاسلامي ، والمرتجعة مرفق بكل شيك سبب الرجوع ليسلمها لمندوبي البنوك المختلفة . كما يعود مندوب البنك ومعه الشيكات التي لم تحصل ورجعت لاسباب مختلفة مرفقة بسبب الرجوع ليتم بعدها الاتصال بالمتعاملين أصحاب الشيكات المرتجعة لابلاغهم برجوع الشيكات حتى يقوموا باستلامها . وفي حالة عدم الحضور لاستلام الشيكات خلال اسبوعين يتم إرسال الشيكات بالبريد .

أما عن الشيكات الاخرى المسحوبة على بنوك خارج امارة البنك يقوم قسم المقاصة باعداد تقرير يشمل جميع بيانات الشيكات حسب التاريخ واليوم ، حيث تستخرج الشيكات من الخزائن وترفق مع التقرير المذكور وترسل الى فروع البنك المختلفة للتحصيل . وبالمقابل فإن قسم المقاصة يحتفظ بنسخ من الشيكات المرسلة الى الفروع .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002506

— ٤٥ —

وعن الشيكات المسحوبة خارج الدولة فان البنك يقوم بتحصيلها عن طريق القسم الاجنبي وعند

التحصيل يقوم القسم الاجنبي باضافة مبالغيا الى حسابات المتعاملين .

١ – يقوم قسم المقاصة باعداد جدول شيري بالشيكات المؤجلة التي يحتفظ بها القسم والمقارنة مع

تقرير الكمبيوتر الخاص بالشيكات المؤجلة .

وعن اتعاب التحصيل للشيكات يتقاضى البنك مبلغ ٥ دراهم لتحصيل  الشيكات بمناطق الدولة

المختلفة التي لا يكون للبنك فروع بها وبعض المتعاملين يتم استثناءهم من الاتعاب طبقا لقرار

الإدارة .

كما يقوم البنك باصدار شيك مدير في حالات مطالبة البنوك بمبلغ أقل من قيمة الشيك

المسحوب ، أو في حالة مطالبة البنك بمبالغ زائدة عن قيمة الشيكات المسحوبة حيث يتم

التسوية باصدار شيك المدير بالفرق .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002507

Dubai Islamic Bank
Public Joint Stock Company
( Incorporated in U.A.E. )



المحترم

الموضوع/ إجراءات العمل بقسم المقاصة.

بالإشارة الى خطابكم المؤرخ في ١٩٩٦/٢/١١ والمذكرة المرفقة بتنصوص لإجراءات العمل بقسم
المقاصة، فقد اطلعنا على المذكرة وردناها وافية. ونشير في هـذا الصـدد الى التقرير المرفـوع لسيادتكم
سابقاً حيث نشير الى أنه منذ ذلك التاريخ فقد طرأت بعض التغيرات على طبيعة الأعمال التي تقوم بها
التقسم حيث أن مصرف الإمارات المركزي أدخل مؤخراً نظام المقاصة الآلية للشيكات ربما أدى ذلك
الى تضاعف العمل بالقسم حيث كانت هذه العملية تتم يدوياً في السابق أما الآن فإننا نقوم بنوعين من
المقاصة: المقاصة اليدوية والمقاصة الآلية. وقد تعرضتم سيادتكم الى وصف الشرح اليدوي،أما الشرح الآلي
نتم كالتالي: بعد إستكمال المقاصة يدوياً يتم إستخدام جهـاز ترميز شيكات المقاصة وإدراج مبالغ
الشيكات التي سحم إجراء المقاصة لها. بعد ذلك يتم إعداد قسائم مرمزة بعدد الشيكات لكل مجموعة
من الشيكات حيث يتم إدراج عدد الشيكات بكل قسيمة والمبالغ وذلك بشكل منفصل. وكذلك أرصدة
الشيكات بالنظامين اليدوي والآلي يتم جمع مبالغ الشيكات التي سنجرى عليها المقاصة. فإذا ما كانت
الأرصدة متساوية عليه يتم إرسال الشيكات الى المصرف المركزي للمقاصة.بالنسبة للإجراءات بالمصرف
المركزي وبعد إستكمال المقاصة اليدوية يتم وإجراء المقاصة الآلية حيث يتم إدخال جميع الشيكات المرمزة
لجهاز المقاصة الآلية الخاص بالمصرف المركزي حيث يتم الحصول براسطة هذا الجهاز على جميع البيانات
الخاصة بالشيك مثل المبلغ . رقم البنك مقدم الشيك ؛ إجمالي الشيكات المستلمة من مصرف معين
وإجمالي مبالغ الشيكات المستلمة في نفس تاريخ المقاصة ؛ وحسابات العديد من المزايا الأخرى لهذا النظام
الآلي التي يستفيد منها المصرف المركزي والمصارف الأخرى . وهذا ما حدث بما لى أدخل جهاز الترميز
بالقسم، وسوف نقوم بإدخال الشيكات بواسطة جهاز المقاصة الآلية إذا ما وضع المصرف المركزي
بخدمتك.

وتفضلوا بقبول فائق الإحترام،

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

قسم الاعتمادات المستندية

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002509

بسم الله الرحمن الرحيم

الأعمال المناطة بقسم الاعتمادات المستندية

١ – الإعتمادات الواردة : (IMPORT L/C)

تشمل الإجراءات التي تختص بخصوص اعتمادات الاستيراد والخاصة باستيراد البضائع من

خارج الدولة ← اجراءات المراجعة. او داخل الدولة (اعتمادات عملية).

٢ – اعتمادات التصدير : EXPORT L/C

وتشمل الاجراءات التي تتم بخصوص اعتمادات التصدير والخاصة بتصدير البضائع الى خارج الدولة أو داخلها .

٣ – مستندات التحصيل الواردة : (I.B.C) INWARD BILL FOR COLLECTION

وتشمل الاجراءات التي تتم بخصوص تلك المستندات والخاصة ببضائع ترد الى الدولة دون اعتماد مستندي .

٤ – مستندات التحصيل الصادرة : (O.B.C.) OUTWARD BILL FOR COLLECTION

وتشمل الاجراءات التي تتم بخصوص تلك المستندات والخاصة ببضائع تصدر الى الخارج دون اعتماد مستندي .

٥ – خطابات الضمان : LETTER OF GUARANTEE

وتشمل الاجراءات التي تتم لاصدار خطابات الضمان ومتابعتها والعمل على استرجاعها عند الانتهاء منها.

٦ – التسهيلات الائتمانية لقسم الإعتمادات : CREDIT FACILITIES FOR L/C

وتشمل نيل طلبات العملاء الجدد او العملاء لزيادة سقف التسهيلات المسموحة وعمل تقارير لقسم الائتمان

بشأن التسهيلات بهذا الخصوص .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

2

## ولاً: الإعتمادات الواردة:-

تعريفها:

هي عبارة عن تعهد خطي موقع من مصرف (المصرف الفاتح) يعطى للبائع (المستفيد) بناء على طلب؛ ورهناً لتعليمات المشتري (طالب فتح الاعتماد) بأن يفرع بالدفع بالطريقة المتفق عليها لغاية مبلغ معين من المال ضمن مهلة زمنية محددة مقابل المستندات المفصلة في الاعتماد.

وبعبارة بسيطة ... هو تعهد مصرفي بالدفع المشروط.

أطرافها:

المستورد / البنك / المصدر / المصرف الوسيط / الدافع.

أصنافها:

أ. حسب درجة الأمان

١. قابلة للتكول — REVOCABLE

٢. غير قابلة للتكول — IRREVOCABLE

٣. غير معززة — UNCONFIRMED

٤. معززة — CONFIRMED

ب. حسب وقت الدفع:

١. اعتمادات بالإطلاع — SIGHT

٢. اعتمادات بالقبول — ACCEPTANCE \ USANCE

٣. مؤجلة الدفع — DEFERRED PAYMENT

ت. أخرى

١. الدوار أو المتجددة — REVOLVING L/C

٢. القابل للتحويل — TRANSFERABLE L/C

٣. المقابل — BACK TO BACK L/C

٤. الاحتياطي — STANDBY L/C

٥. المتاح بالتقسيط — L/C AVAILABLE BY INSTALMENTS (PARTIAL SHIPMENT)

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002511

3

مراعياً من حيث التسليم والشحن:

| | |
|---|---|
| ١. التسليم في المصنع | EX-WORKS (FACTORY) |
| ٢. التسليم لدى الناقل. | FREE CARRIER (FCA) |
| ٣. تسليم ظهر الشاحنة/ القطار | FOR / FOT |
| ٤. تسليم مطار المغادرة. | FOB AIRPORT |
| ٥. التسليم بجانب الباخرة في ميناء الشحن (فاس) | FAS |
| ٦. التسليم على ظهر السفينة (فوب) | FOB |
| ٧. التسليم (الثمن + أجرة الشحن) | C&F |
| ٨. التسليم (الثمن + أجرة الشحن + التأمين) | CIF |
| ٩. تسليم السفينة | EX SHIP |
| ١٠. التسليم خالص الرسوم | DDP |

خطوات إصدار الاعتمادات المستندية:

١. تقديم الطلب:
يتسلم القسم طلب فتح الاعتماد من الأفراد والهيئات كالتالي:
أ. في حالة عدم وجود سقف أو وجود تجاوز بالسقف يحول الطلب للإدارة أو اللجنة لاتخاذ القرار النهائي.
ب. إذا كان للعميل سقف تسهيلات من اللجنة أو الإدارة تقرر الاعتماد بنفس الوقت وان يكون ضمن السقف المصرح
ت. في حالة التجاوز عن السقف يحول الطلب للجنة أو الإدارة بحيث يتوافق الطلب مع نظام العمل بالبنك من حيث أخذ الضمانات المختلفة من العميل التي تتحسن حتى البنك ، ومن الناحية الشرعية لنظام المرابحة أو نوعية البضاعة ، ومن الناحية الفنية لشروط الاعتمادات.

٢. طرق إرسال الاعتماد:
يتم إرساله بعدة طرق مختلفة بعد إعطائه رقماً مسلسلاً:
١. بالطباعة على النموذج المخصص للاعتماد من قبل البنك سواء عن طريق الكمبيوتر أو الآلة الكاتبة .
٢. بواسطة نظام السويفت.
٣. بواسطة التلكس المختصر / أو التلكس المفصل ، حسب رغبة العميل.

٣. مراجعة الاعتماد:
تتم بعد إصدار نسخة المراجعة إذا كان بالسويفت أو التلكس أو التلكس لتلافي الأخطاء وإذا كان على نموذج البنك تتم المراجعة على نفس النموذج قبل الإرسال.

٣

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002512

٤

الإرسال النهائي للاعتماد:

وتتم بعد أخذ الموافقة النهائية على الاعتماد ومراجعته واعتماده من قبل الموظفين ذو صلاحية التوقيع بالبنك.

القيود النظامية:

خلال فترة صلاحية الاعتماد تمرر القيود النظامية إضافة للمعدلات المختلفة للمعدلات على حوافظ الخصم والإضافة.

تعديل الاعتمادات بعد فتحها يشمل:-

أ. تمديد فترة الشحن وصلاحية التداول.

ب. زيادة قيمة الاعتماد : وتقرر إذا كان ضمن السقف المصدق للمتعامل ، أو يتم أخذ موافقة الإدارة أو اللجنة.

ت. تخفيض قيمة الاعتماد.

ث. مواصفات البضاعة.

ج. طريقة الشحن – إما كلي أو مجزأ.

إلى غير ذلك من التعديلات التي تتطلب موافقة الإدارة أو اللجنة.

وبعد أخذ الموافقة على التعديلات تمرر القيود الخاصة بالنظامية والخصم والإضافة وتتم تحصيل المصاريف والعمولات الخاصة بذلك وغيرها.

تداول المستندات: (خلال فترة صلاحية الاعتماد):

يتسلم قسم الاعتمادات مستندات الشحن من المراسلين بعد تداولها ودفع قيمتها للبائع إن حالة الدفع عند الإطلاع أو تبولها إن حالة الدفع المؤجل المعزز بالقبول ، ويقوم الموظف المختص في القسم بالتدقيق عليها وصطابتها مع شروط الاعتماد والتأكد من أن المراسل لم يخطئ إن تداولها وعدد ذكر مخالفة أو تحالفات من المراسل ، وإن حالة وجود هذه المخالفات يخطر البنك المراسل والمشتري ويطلب من المراسل بإعادة قيد الاعتماد إلى حين تصحيح هذه المخالفة أو الحصول على موافقة المتعامل على تلك المخالفات خاصة  إذا كانت هناك إمكانية تحملها من ناحيته.

وإن حالة المستندات السليمة يقوم القسم بإعداد البرقية وحوافظ الخصم والإضافة وبخطر المتعامل  لتقديم شيكات الأقساط المؤجلة ؛ رذلك بعد الخصم علينا من قبل المراسل وإضافة القيمة للمستفيد. وبعد اكتمال هذه الإجراءات يتم البنك بتسليم المستندات للمشتري بعد تظهيرها إليه مقابل استلام الشيكات وعشود المراضة مرقعة من المتعامل.

أما إن حالة وصول البضاعة قبل المستندات ، يصدر للمشتري كفالة شحن بحري أو تسليم حوبي على أن تتم الإجراءات الأخرى بعد وصول المستندات كما هو أعلاه.

٢

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002513

ـ‏٥ـ

كما أن خزانة الاعتمادات التنفيذية يتم الخصم بالكامل على المتعامل وأحذ كافة المصاريف والعمولات الأخرى، ويتم تسليمه المستندات أو كفالة الشحن البحري أو الجوي.

٦.   جدولة المراجعة:
ويتم عن طريق إدخال البيانات إلى ملف المراجعة بجهاز الكمبيوتر وتحرير القيود المختلفة عن نظامية / خصم وإضافة/ مسحوبات عنقلة ، إضافة لجدولة الشيكات المستحقة على العميل ، ومن ثم متابعة التحصيل.

٧.   مكافأة السداد المبكر للمراجعة:
ويتم ذلك بعد موافقة الإدارة أو اللجنة.

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002514

٥

ثانيا – اعتمادات الصادر أو التصدير EXPORT LETTER OF CREDIT

تعريفها :

هي اعتمادات تمنح لصالح تجار في داخل البلد وذلك لتصدير بضائع إلى خارج الوطن أو داخلها وهنا يكون دورنا كدور البنك المراسل في اعتمادات الاستيراد . حيث نقوم بإخطار المستفيد " المصدر " ونتداول مستندات الشحن ونحصل قيمة الاعتماد وندفعه إلى المستفيد بعد خصم العمولات .

إجراءات اعتمادات الصادر أو التصدير :

يستلم القسم الاعتماد الوارد إليه من بنك آخر سواء محلي أو خارجي " في اغلب الأحيان " وذلك إما بالبريد أو التلكس أو السويفت.

الاعتماد الوارد عن طريق البريد:

١. نقوم في المرحلة الأولى بمطابقة تراقيع الأشخاص المرقعين على الاعتماد حيث نرصد نماذج عن تواقيع المسئولين في البنك المراسل لدينا وفي حالة عدم وجودها نرسل نسخة من الاعتماد إلى مراسل البنك فاتح الاعتماد في داخل الدولة لمطابقة التواقيع .

٢. أما الاعتمادات الواردة بالتلكس فان القسم يتأكد من الشفرة هل هي صحيحة أم لا وفي حالة عدم توفر لدنا رمز الشفرة لدينا تلك عن طريق المراسل المحلي لهم.

٣. أو عن طريق السويفت حيث تتم عملية ررود الاعتماد وفك الشفرة أوتوماتيكيا عن طريق النظام نفسه.

* بعد ذلك يقوم الموظف بالتأكد من شروط الاعتماد وخلوها من أية شروط غير مقبولة لدينا كبنك متداول للاعتماد أو أن تكون فيها شروط منافية للشريعة الإسلامية مثل ذكر كلمة " فائدة " ففي هذه الحالة يطالب البنك فاتح الاعتماد بتعديل تلك الشروط .

* في حالة وجود طلب من البنك المراسل بتمزيز الاعتماد فإننا نقوم بأحد مراسلة الإدارة على ذلك لأن التعزيز يعني ضمان من قبلنا للاعتماد بحيث نتعهد مع بالتقديم في حالة تقديم المستندات السليمة إلينا دون النظر إلى وضع البنك المراسل "فاتح الاعتماد " وهذه خدمة متبادلة تقدم من قبلنا إلى مراسلينا فقط .

* بعد ذلك يخطر المستفيد بررود الاعتماد بواسطة البريد وذلك بعد طبع نماذج خاصة بهذا الإخطار ومرقمة من قبل المخولين في البنك .

* يقوم المستفيد بتوفير مستندات الشحن المطلوبة حسب الاعتماد وذلك بعد شحن بضاعته وتقديمها إلينا.

* يقوم الموظف المختص بتداول هذه المستندات والتأكد من سلامتها .

٦

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

يخصم على حساب البنك ناتج الاعتماد والدفع إلى المستفيد بعد خصم العمولات والمصاريف   إذا كانت على المستفيد.
حسب شروط الاعتماد وإذا كانت على ناتج الإعتماد فإن العمولات والمصاريف تضاف إلى قيمة الفاتورة المقدمة من
المستفيد "قيمة الاعتماد" ويخصم من البنك ناتج الاعتماد.

اعطار البنك ناتج الاعتماد بهذا الخصم .

ه الطلب من البنك ناتج الاعتماد بالدفع عن طريق مراسلة إن حالة عدم وجود حساب مشترك معهم .

ملاحظة : خطورة الاعتمادات الصادرة هي :

١ . التأكد من الاعتماد قبل تبليغه وتعزيزه إلى للمستفيد حيث احتمال الغش والتدليس وارد وذلك بالتأكد من التواقيع والشفرات
بالأسلوب الصحيح .

٢ . تداول المستندات بشكل دقيق حيث انه إن حالة تقاضي الموظف عن طريق الخطأ لشرط من شروط الاعتماد الواردة، وعدم
الانتباه إليه يعرض البنك بعد الدفع والخصم بالمطالبة بقيمة المبلغ المدفوع نتيجة لذلك الخطأ .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

8

ثالثا : مستندات تحت التحصيل الواردة: (.I.B.C) INWARD BILLS FOR COLLECTION

تعريف : مستندات تحت التحصيل هي مستندات بضائع تشحن من خارج الدولة لصالح التاجر في الإمارات دون وجود اعتماد مستندي
حيث يقوم المصدر بالشحن وإرسال المستندات الأصلية إلى البنك وذلك من اجل ضمان الدفع له، ويلجأ المصدر إلى ذلك نتيجة
لوجود اتفاق مسبق مع المستورد ونتيجة للثقة بين الطرفين .

أنواعها :

● مستندات تحت التحصيل تدفع عند الإطلاع أي أن المستورد يجب عليه دفع قيمة البضاعة قبل تسلمه للمستندات والحصول
على البضاعة .

● مستندات تحت التحصيل مقابل القبول أي أن المستورد يتعهد بالدفع ويوقع على الكمبيالة المرفقة بالمستندات في تاريخ محدد
وانفق عليه المصدر وذلك بذكره في المستندات مثل :
بعد ٦٠ يوم من تاريخ بوليصة الشحن
بعد ٧٠ يوم من تاريخ الشحن " تبدل المستفيد " وهكذا ...........

● في هذه الحالة لا يكون إلتزام على البنك في حالة عدم الدفع من قبل المستورد في التاريخ المحدد .

خطوات استلام المستندات تحت التحصيل :

● يقوم البنك باستلام المستندات والإطلاع عليها وإحضار المستفيد بمصروفنا .

● يقوم البنك بتسليم المستندات إلى المستورد وتحرير البوليصة لصالحه وذلك بعد تحصيل مبلغ المستندات + المصاريف أو تعهد
المستفيد الكتابي بالدفع في التاريخ المحدد في حالة مستندات القبول.

● الدفع إلى المستفيد في البنك المصدر حسب تعليمات البنك المراسل للمستندات .

● متابعة مستندات التحصيل غير المدفوعة وإرسال إخطارات كتابية إلى المستورد أو إرجاعها إلى البنك المرسل وذلك في حالة
عدم الدفع .

● متابعة مستندات المقبولة بالدفع في تواريخ محددة وإرسال إخطارات بها مطالبين المستورد بالدفع في حالة المماطلة وعدم
الدفع نرسل الكمبيالة المرتدة من قبل المستورد إلى المصدر وذلك إخلاء لمسئولية البنك منها .

ملاحظة :
قد ترد مستندات التحصيل باسم البنك في بعضها وهذا قد يتطلب التعامل بإنطباعها على تسهيلات ائتمانية لهذا سول
عليها عن طريق المراجعة رهنا بعرض الأمر على الإدارة لأخذ الموافقة .
في حالة الموافقة يوقع بإنطباعها على عقود المراجعة ويتقدم شيكات المراجعة رسم ثم يمكنه استلام المستندات والبضائع
ويتحول البضاعة إلى مرفقة بفتح أجنبية .

8

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

٤

## رابعاً: مستندات التحصيل الصادرة OUTWARD BILLS COLLECTION (O.B.C.)

وعندما يقوم البنك بدور البنك المرسل لمستندات التحصيل حيث يقوم المتعامل بتصدير البضائع وتقديم المستندات، وتقوم بدورنا بإرسالها إلى بنك المستورد في البلد الآخر وذلك لتحصيل قيمتها.

وعند تحصيل القيمة نقدم للمصدر بعد اخذ العمولة والمصاريف الخاصة بالبنك.

## خامساً: الكفالات المصرفية

**تعريف:** هي تعهد مطلق أو مشروط بدفع مبلغ معين، صادر عن البنك خلال مدة محددة لأمر جهة معينة بالنيابة عن المتعامل مع البنك، ويأتي دور البنك هنا كوكيل.

**خطوات إصدار الكفالة المصرفية:**

١. يتقدم العميل بالطلب مذكوراً به القيمة / اسم المستفيد / المدة / سبب طلب الخطاب/ التوقيع المعتمد.

٢. ينظر للطلب من الناحية الشرعية والقانونية بحيث لا يتعارض مع الشرع، بأن تكون الكفالة مثلاً:

- صادرة لصالح بنك ربوي مقابل مبلغ مالي أو تسهيلات مصرفية
- أن لا تكون مقابل استيراد بضائع محرمة مثل الخمور / اللحوم المحرمة / وغيرها
- كما ينظر من الناحية القانونية بحيث لا يكون صادر لنشاط ما قانونية مشتبه بها قد تؤثر على سمعة البنك

٣. في حالة وجود حساب بالبنك يطابق الموظف توقيع العميل.

٤. إذا كان للعميل سقف تسهيلات وكان الطلب ضمن السقف يتمم الموظف باقي الإجراءات بعد اعتماد من رئيس القسم والمدير.

٥. في حالة عدم وجود سقف أو وجود تجاوز بالسقف يحول الطلب للإدارة أو اللجنة لاتخاذ قرار نهائي.

٦. بعد الموافقة يقوم الموظف بتحرير القيود النظامية الخاصة بالخطاب وحواجز الخصوم والإضافة للعميل أو كهامش لنشاطي أن وجد، سواء بالخصم على الحساب أو الدفع النقدي.

٧. بناء على ما تقدم يتم بإصدار الخطاب إما بالتلكس أو السويفت، ومن ثم يقوم الموظف بطباعة الخطاب سواء عن طريق الكمبيوتر أو الآلة الكاتبة.

٨. يتم إدخال بيانات الخطاب بالكمبيوتر والسجل الخاص.

٩. بعد الطباعة يراجع الخطاب مراجعة نهائية ويتم اعتماده من قبل الموظفين المختصين.

١٠. يتم تسليم الأصل للمتعامل تسليمه للمستفيد - نسخة للمتعامل، (أنى) يتم إرسال الخطاب بالتلكس أو السويفت عن طريق البنك المراسل أو الفرع المعني.

١١. يحضر المتعامل بإعادة الخطاب بعد انتهاء مدته أو التفريض منه إذا لم يطلب تجديده بفترة أخرى.

١٢. يتم بعد إعادة الخطاب من المحصل رأنكمبيوتر وذلك بعد عكس القيد النظامي الخاص به حتى لا يبقى أثراً على البنك والعميل.

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

10

<div dir="rtl">

أنواع الكفالات

١.  كفالات الدخول في المطاءات أو المناقصات (الابتدائية).

٢.  كفالات حسن التنفيذ (الخاصة بالمشاريع).

٣.  كفالات الدفعة المقدمة (مشاولات البناء / البيع والشراء / .. الخ ).

٤.  كفالة الصيانة (وخاصة بشاريع المقاولات).

٥.  كفالات الجمارك (لضمان إدخال البضائع أو إخراجها خارج الدولة خلال فترة ٦ شهور ، وتصدر لوزارة المالية أو الجمارك).

٦.  كفالات نادي السيارات ، وكفالات وزارة العمل بخصوص هروب المستخدمين.

٧.  الكفالات المعززة والنقابلة الصادرة بأمر من البنوك المراسلة من خارج الدولة أو داخلها لصالح المستفيد

سيقوم البنك نيابة عنها بإصدار هذه الكفالات مع خصم العمولات والمصاريف الخاصة به.

<br/>

### سادسا : التسهيلات الائتمانية  CREDIT FACILITIES

يقوم موظف مختص باستلام طلبات التسهيلات الجديدة أو طلبات المتعاملين الحاليين لزيادة التسهيلات ويكون من مهام عمله:

• استكمال البيانات الجديدة وتعريفهم بنظام البنك والخدمات التي يمكن أن يقدمه لهم قسم الاعتمادات .

• اعتماد مذكرات القسم إلى لجنة الائتمان .

• ترشيح مركز المتعامل وتعامله في حالة طلب للتعامل لزيادة التسهيلات وترفمية القسم حيال    طلبه .

• استلام قرار لجنة التسهيلات الائتمانية ومتابعة التنفيذ داخل القسم .

• حفظ ملفات التسهيلات الخاصة بالمتعاملين .

• متابعة طلبات المتعاملين ودراسة أي مشاكل تواجههم وتقديم تقرير بها إلى الإدارة .

</div>

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002519

١١

## يمكن تناول الأعمال التي يقوم بها قسم الاعتمادات المستندية من الجوانب الآتية:

#### نب الشرعي:

إن قسم الاعتمادات المستندية تطبق أحد الأركان الأساسية في المعاملات الإسلامية إلا وهو بيع المرابحة، حيث يتم تنفيذ عمليات الاستيراد والتصدير والتوريد والتنفيذ باستخدام الاعتماد المستندي كوسيلة من وسائل تنفيذ البيع والشراء وفقا لما تقتضيه شريعة الإسلامية، ويشترى القسم كل شروط المرابحة خلال عملية فتح الاعتماد وتسليم المستندات والبضائع وإنشاد التعامل ذي يرغب في فتح الاعتماد وفقا لرغبته تتم بموجب الشروط التي يتطلبها الشرع في عملية المرابحة؛ يحمل المصرف نفسه في عملية الشراء من المصدر الخارجي أو المحلي ويشترى للمصرف أولا ويخطر المتعامل بأمن الشراء ثم يتنازف رابحه ثمن الشراء ويصبح ذلك ثمن البيع للمتعامل، ويكون للمصرف مسؤولا عن تسليم البضائع موضوع الاعتماد وفقا لهذا الالتزام، ويراعي للمصرف أن تكون كل مستندات الشحن باسم تأكيدا رابتيا لأنه تمذ اشترى، ويقوم بتظهير هذه المستندات للمتعامل ليتمكن من تسلم البضائع موضوع الاعتماد.

ولا يقتصر دور المصرف من الناحية الشرعية على الاعتمادات فقط بل يشمل كذلك مستندات التحصيل أو القبول حيث يقوم البائع بشحن البضائع للمشترى المحلي ذون فتح اعتماد مستندي أو تسلم القيمة من المشترى مسبقا، ويشترط للمصرف الإسلامي من الناحية الشرعية أن تكون مستندات الشحن الواردة للتحصيل أو القبول باسمه أيضا ، وذلك إثباتا لاعتباره مشتريا فعليا وبعد المرابحة كما هو الحال في الاعتماد للمستندي ويمكنه من شرعيتها في كل عصرتها بشدة صن إصداد مستندات الشحن وتسلم البضائع وتسديد أقساط المرابحة.

كما يشمل دور للمصرف من الناحية الشرعية في قسم الاعتمادات المستندية إصدار الكفالات المصرفية والتي يراعى عند إصدارها سلامتها من الناحية الشرعية؛ فلا بد أن تكون المسألة الشرعية بمبعدة كل البعد عن المعاملات الربوية كما ينبغي على للمصرف عند إصدار الكفالات التي يطلب منه إصدارها المصارف المخارجية - المراسلين - الموجودة بالخارج مراعاة الناحية الشرعية فيها.

ففي حالات كثيرة ترد كلمة "الفائدة" في الكفالات المراد إصدارها ويرفض قسم الاعتمادات المستندية إصدارها إلا بعد تصحيحها وحذف هذه الكلمة وكل انكليسات الدالة على الربا.

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002520

12

الجانب القانوني:

تلتزم قسم الاعتمادات المستندية بمراعاة سلامة الإجراءات ومستندات التحصيل والكمبيالات، من الناحية القانونية، وهذا بصرف النظر عن اختيارها عمرها نمنت بين أطرافها المتعددة، فالاعتماد المستندي قبل فتحه يتسلم المصرف طلبا من المتعامل لسبب جوهري هو اختيارها عمرها نمنت بين أطرافها المتعددة، فالاعتماد المستندي مرتبطا من الشخص الذي يطلب صلاحية يدي نية وقيت أن استيراد بضائع أو تقديم خدمات أو غير ذلك، ويكون الطلب مرتبطا من الشخص الذي يطلب صلاحية بإصدار وتنويته، فإذا تخلف واحد أو بعض هذه العناصر يكون الطلب ناقصا من الناحية القانونية: زلا تترتب عليه آثار ملزمة للمصرف، ولكن في حالة اكتمال الطلب وقبول المصرف له فينعقد العقد بين المصرف والمتعامل وتترتب عليه التزامات وحقوق لطرفيه، فالمصرف يلتزم باستيراد البضائع موضوع الاعتماد المستندي بعد دفع قيمتها للبائع الأجنبي عن طريق المراسلين بالخارج وتقديم تسهيلات المرابحة، ويكون للمصرف أن في هذه الحالة حقه أن تسلم العمولات والمصاريف مقابل هذه الخدمات بضافة إلى ذلك حقه في الأرباح التي تنتج من الفرق بين سعر الشراء رسم البيع والتي عادة يتم سدادها ضمن أقساط المرابحة.

ويحسب انعقاد العقد على المتعامل بين المصرف بين الطرفين اللذين يترتبان فتح الاعتماد وإخطاره وتداول مستنداته، كلاهما ملزم بما يترتب عليه من التزامات فلا بد أن يقوم المصرف بمراعاة نتائج الاعتماد باصداره أي تسلم رئسلم الصولة المقررة لتاحه. كما ينبغي على المصرف الذي سوف ينظر الاعتماد أن يقوم باخطار المستفيد نور تسلمه وتداول مستنداته خلال الفترة القانونية رئسلم صورة التداول، أو تعزيزه أي حالة التعزيز رفض صورة التعزيز المقررة لذلك.

وتتمثل التزامات العقد بين البائع والمشتري أو المورد في اعتمادات المرابحة إلى المصرف نتائج الاعتماد والبائع الأجنبي، فالبائع الأجنبي عليه أن يقوم بشحن البضائع والتأمين عليها إذا اقتضت شروط الاعتماد ذلك، وهذا بؤكد انعقاد الاعتماد اكثر من عقد الذي عنده شحن البضائع موضوع الاعتماد، فالبائع أو المصدر يطلب من شركات التعبئة والتغليف والشحن والتأمين القيام بواجبها كل حسب اختصاصه وكليها تمثل عقودا بين كل منها والبائع أو المصدر وتترتب توجيبها التزامات وحقوق لكل من طرفيها.

وينبغي على المصرف نتائج الاعتماد أن يتأكد من أن الاعتماد المستندي يخضع على نقرة تنبذ بأنه يخضع لنوائح والأعراف المرحلة للاعتمادات المستندية (غرفة التجارة الدولية) الإصدار رقم 500 لعام 1993، كما ينبغي على البائع والمصدر والبنك الذي يقوم بتداول المستندات مراعاة وجود هذه الفقرة في الاعتماد المستندي. رأهمية هذه الفقرة تنبع من ضرورة التصرف على القوانين الدولية التي يجب تطبيقها في حالة الخلافات التي تطرأ بين أطرافه المتعددة.

وبتول قسم الاعتمادات المستندية بجانب ذلك مهمة مراعاة سلامة مستندات التحصيل أو القبول والكمبيالات من الناحية القانونية – متى حالة مستندات التحصيل أو القبول يلتزم البنك بعدم تسليم مستندات الشحن إلا مقابل دفع قيمتها أو توقيع المشتري على سند القبول المرتبط. ومقابل ذلك يتقاضى المصرف العمولات المقررة كما يقوم بصرف المصرف بشروطة إذا كانت المستندات باسم أذونة لأي المصرف المشترى الأول لهذه البضائع. ريتقاضى المصرف الأرباح عن النوات. وينبغي على المصرف عدم تسليم مستندات الشحن لشخص أو جهة غير التي حددها المشترف الذي تم بارسال هذه المستندات وذلك تنبتا للالتزام والعرف الساتين بين المصارف في هذا الصدد.

١٢

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002521

15

اخبر المصرف تطبيق النراجع النائلية عند إصدار الكفالات المصرفية – فلا بد من الناكد من صحة وسلامة طلب إصدار

الكفالة حيث يجب أن تكون صادرة من الجهة التي تريد إصدارها والتكون مشروطة بإذا اقتضت الحالة إضافة شروط أو شروط

في الناكد من عنصر الاستحالة في الشرط أو الشروط لامتناع دفعها مثلثا ، الشيء الذي ينفي الغرض الذي من اجله قد

صدرت .

جانب النفني والمصرفي :

يلتزم قسم الاعتمادات المستندية بمراعاة الجانب النفني والمصرفي عند إصدار الاعتمادات المستندية أو تسلم مستندات التحصيل أو

النمويل أو الكفالات المصرفية .

وللتأكد من الجانب المصرفي والنفني في الاعتمادات المستندية لا بد للعاملين في قسم الاعتمادات المستندية من الناكد من تعبئة

طلب الاعتماد بصورة صحيحة ومكتملة ، لان الاعتماد المرسل يعتمد بياناته من استمارة الطلب التي يعدها المتعامل (المشتري)

أو المستوردة . فإذا لم تكن هذه البيانات صحيحة ومكتملة فان الاعتماد سوف يكون ناقصا مما يؤدي إلى تعطيل شحن البضائع

أو إرسالها بصورة غير التي يرغبها المشتري ، كما أن شروط الدفع وغيرها قد ترد غير واضحة في الطلب ويؤدي ذلك إلى نتائج

لا يرغب فيها المشتري أو الباثع .

ومن أهم الخطوات التي تم اتخاذها إحترازا لمثل هذه الأخطاء في إعداد طلب فتح الاعتماد وجود قائمة بالأشياء التي يجب أن

يتاكد فيها موظف الاعتمادات قبل قبول الطلب وموافقة الإدارة عليه – هذه القائمة توضح للموظف الخطوات التي يجب إتباعها

نيدا بمعرفة تاريخ إصدار الطلب حتى يعلم ما إذا كان الطلب قد تاخر عند المعامل أم في البنك ، ثم يتنقل إلى نوع الاعتماد

لمعرفة ما إذا كان قابلا أو غير قابل للإلغاء ، وربما إذا كان معززا أو غير معزز ، وما إذا كان سوف يرسل بالبريد أو بالتلكس

التقصير أم بالكامل ، وما إذا كان الشحن بالجو أو بالبحر ، وللمستندات التي يرغب المشتري في تسلمها، مثال ذلك شهادة المنشأ

والقصة وغيرها – كما يتبنى على الموظف المختص أن يتاكد من الشحن الجزئي والشحن الكلي وذلك بالتاشير في الطلب على

أي منهما ، وترخيص تواريخ الشحن والميناء، والرصيف الواضح للبضائع المطلوبة وكميتها ورسم الوساطة.

وعند تسلم مستندات الشحن يتم على عاتق قسم الاعتمادات المستندية واجب مطابقة المستندات مع الاعتماد والتأكد من أن

الباثع قد استوفى شروط الاعتماد ولا توجد أية خلافات ظاهرة في المستندات، وفي حالة وجود هذه المخالفات يجب على

المصرف إخطار المراسل الذي قام بتداولها لإعادة المبالغ التي قام بدفعها للباثع رغبنده المستندات إليه في حالة عدم الاستجابة لهذا

الطلب.

كما يجب أن يراعى المصرف إجراءب النفنية في حالة تسلم مستندات تتم تحصيل أو «أذرن رذلك بالإطلاع على، لاجداول المرفقة

مع المستندات، وبالتأكد من الخطورات التي حددها المصرف لتسليم هذه المستندات فان كان تسليمها بالتنزيل

يجب أن يتم التنزيل بواسطة المشتري على كمبيالة ترفق عادة مع مستندات الشحن، وان كان تسليمها بالدفع يعني

الالتزام بذلك قبل تسليمها.

١٦

١٤

كما يبني على المصرف مراعاة الجوانب الفنية في حالة إصدار الكفالات المصرفية وذلك بمراعاة إصدارها ومؤشر عليها عدم قابليتها للتظهير لأن هذا يضمن عدم حررسيها عن الغرض الأساسي الذي صدرت من اصله ألا وهو ضمان تنفيذ معاملة معينة.

الـخـاتـمـة :

كانت تلك نبذة مختصرة عن الأعمال المناطة بقسم الاعتمادات المستندية من اعتمادات واردة وأخرى صادرة وخطابات ضمان ومستندات تبول صادرة وواردة وتسهيلات ائتمانية.

ونرجو من الله التقدير أن نكون قد وفقنا في توضيح مهام قسم الاعتمادات المستندية .

ووفقنا الله لما فيه خير للمسلمين وخير هذه المؤسسة .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002523

قسم التجارة والتمويل

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002524

# الخطوات التنفيذية

## لاجراء معاملات قسم التجارة والتمويل

تنقسم الخطوات التنفيذية لاجراء كافة المعاملات الى ثلاث مراحل اساسية على النحو الآتي:

• مرحلة مقابلة المتعامل وتعبئة النماذج المتعلقة بالمعاملة المطلوبة.

• مرحلة تجهيز الطلب للعرض على الادارة[22].

• مرحلة تنفيذ المعاملة وادخال البيانات في الحاسب الآلي.

## أولا: مرحلة مقابلة المتعامل وتعبئة النماذج المتعلقة بالمعاملة المطلوبة:

١. إستقبال المتعامل والاستماع الى طلبه بأهتمام.

٢. تقديم شرح وافي عن كيفية وشروط تنفيذ المعاملة[23].

٣. تعبئة نموذج "الطلب" الخاص بالمعاملة المطلوبة وتوقيع المتعامل عليه.

٤. استيفاء المستندات والوثائق[24] المطلوبة من المتعامل.

## ثانيا: مرحلة تجهيز الطلب للعرض على الادارة:

١. التأكد من عدم وجود اسم المتعامل على قائمة المحظور التعامل معهم[25] *(برنامج رقم <٣٩> في نظام المراجحة)*.

٢. التأكد من وجود تعامل سابق للمتعامل مع البنك من عدمه *(برنامج رقم <١٢> في نظام المراجحة)*.

٣. إذا كان هناك تعامل سابق ، فان ذلك يعني وجود رقم للمتعامل ، وبواسطة هذا الرقم يتم طباعة الموقف الشامل لمعرفة حساباته ومعاملاته إن وجدت *(برنامج رقم <١٥> في نظام المراجحة)*.

---

[22]- اينما وُجدت كلمة "الادارة" في هذا الدليل فانها تعني الجهة المسئولة بالمراقبة على تنفيذ طلبات المتعاملين مثل رئيس قسم ، مساعد رئيس القسم ، المدير ، مدير الفرع ، لجنة الاستثمار والتمويل ، رئك كل حسب الصلاحيات المحددة.

[23]- يجب ان يحتفظ موظف قسم التجارة والتمويل بملف خاص يحتوي على كافة القرارات والتعميمات السارية التي توضح شروط تنفيذ المعاملات ونسب الأرباح.

[24]- تنظر ملب الملاحق في كتب "تعريف العام".

[25]- إذا كان اسم المتعامل موجودا على قائمة المحظور التعامل معهم ، يجب ابلاغ الادارة بذلك قبل استكمال باقي الاجراءات.

١٣

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002525

٤. طباعة بيانات المرابحات والمعاملات السابقة إن وجدت *(برنامج رقم <٨> في نظام المرابحة)* وطباعة كشوف الاقساط *(برنامج رقم <١٠> في نظام المرابحة)* للاطلاع على مستوى التسديد السابق.

٥. إعداد ملخص – في المكان المخصص على نموذج "الطلب" – عن ارصدة المعاملات القائمة ، وعن مستوى تسديد اقساط المعاملات القائمة والسابقة ، وعن حسابات المتعامل الدائنة إن وجدت.

٦. إعداد حسبة الأرباح والأقساط المبدئية.

٧. عرض الطلب على الادارة *(في حالة معاملات الاستصناع يحال الطلب الى قسم الائتمان ، وفي حالة مرابحات العقارات يتم ارسال طلب خاص الى قسم المشاريع العقارية للحصول على "تقييم للعقار" قبل عرض الطلب على الادارة).*

## ثالثاً: مرحلة تنفيذ المعاملة وادخال البيانات في الحاسب الآلي:

### ١– معاملات الاستصناع:

• اعداد الحسبة وجدول الاقساط وارسال نسخة منها مع نسخة كاملة من الملف الى قسم الشؤون القانونية لاعداد عقود الاستصناع والمقاولة والاشراف واجراء الرهن.

• استلام العربون وشيكات الاقساط وتدقيقها من قبل مراجع القسم (يلاحظ ان شيكات الاقساط تكون غير مؤرخة في الحالات التي يكون بدء العمل من تاريخ استلام علائم البلدية ، وذلك لان هذا التاريخ لايكون معلوماً عند توقيع العقود واستلام الشيكات)

• استكمال الملفات الرئيسية بالحاسب الآلي:

صيانة ملف اسصناع مباني

،،    ،،   الضمانات

،،    ،،   المقاول

،،    ،،   الاستشاري (إن وجد)

• اجراء قيد سداد العربون:

أ– سداد العربون نقداً:

من حـ/ الخزينة

الى حـ/ معاملات استصناع المباني         (١٣٠/١/٥/١)

أو

الى حـ/ امانات استصناع المباني          (٦٢٠/١/٢٤/١)

---

⁎ –في بعض الاحيان يتم سداد العربون على عدة اجزاء بناء على موافقة الادارة ، فيتم ايداع اجزاء العربون في حساب الامانات حتى يكتمل ومن ثم يحول الى حساب الاستصناع.

١٤

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002526

ب- سداد العربون بشيك:

من حـ/ البنك
إلى حـ/ معاملات استصناع المباني (١٣٠/٥/١/١) *

أو

إلى حـ/ امانات استصناع المباني (٦٢٠/١/٢٤/١) **

- استلام نسخة من العقود من قسم الشؤون القانونية بالاضافة الى ما يثبت اتمام اجراء الرهنة المطلوب.
- لاصدار القيد الرئيسي للمعاملة على النحو التالي:

من حـ/ معاملات استصناع المباني (١٣٠/٥/١/١)

الى منكورين:

حـ/ مقاولوا مباني تحت التسوية (٦٠٠/٢/١/١)
حـ/ استشاريوا مباني تحت التسوية (٦٠٠/٣/١/١)
حـ/ ايرادات استصناع مباني العام (٨٠٠/٢/٧/١)
حـ/ ايرادات استصناع مباني تحت التسوية لسنة...

........................

........................

*ملاحظة: حيث ان احتساب الارباح في معاملات الاستصناع يتم بطريقة تناقصية ،*
*يجب على الموظف المختص تحديد ربح كل قسط يدويا (أو باستخدام*
*الحاسب الشخصي) اذا توفر) تمهيدا لتوزيع الارباح على سنوات التسديد*
*مع مراعاة تداخل السنوات.*

- استلام مستخلصات الدفعات الدورية المعتمدة من قسم المشاريع العقارية ، واصدار الشيكات المستحقة لصالح المقاول والاستشاري أو إضافة القيمة الى حساباتهم لدى البنك إذا طلبوا ذلك ، ويتم اجراء القيد المحاسبية من خلال برنامج "حركة دفعات المقاول/الاستشاري" على النحو التالي:

_____

* - إذا كان الشيك مسحربا على بنك نبي (الاسلامي) يتم تحصيله من خلال برنامج "الدخل أو عكس الدفعة المقدمة"
- إذا كان الشيك مسحوبا على بنك آخر يتم ارساله الى قسم المقاصة لتحصيله.
- يمكن خصم العربون من الحساب الجاري / تتوفير لتستعمل اذا رفع تفريضا بنك.

** - في بعض الاحيان يتم سداد العربون على عدة اجزاء بناء على موافقة الادارة ، فيتم ايداع اجزاء العربون في حساب الامانات حتى يكتمل ومن ثم يحول الى حساب الاستصناع.

١٥

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002527

من حـ/ مقاولوا مباني تحت التسوية (١/١/٢/٦٠٠)
الى حـ/ شيكات مستحقة الدفع (١/٤/١/٧٠٠)
أو
الى حـ/ جاري المقاول

من حـ/ استشاريوا مباني تحت التسوية (١/١/٢/٦٠٠)
الى حـ/ شيكات مستحقة الدفع (١/٤/١/٧٠٠)
أو
الى حـ/ جاري الاستشاري

• في معظم معاملات الاستصناع يكون تاريخ بدء العمل هو نفس تاريخ استلام علائم البلدية ، وعند استلام رسالة العلائم يتم تحديد موعد تسليم المبنى الى المتعامل ، وكذلك تحديد تواريخ شيكات الاقساط ، واذا كانت الشيكات مسحوبة على بنك دبي الاسلامي ترسل الى المقاصة الداخلية ، واذا كانت مسحوبة على بنوك اخرى ترسل الى قسم المقاصة مرفقة بحوافظ التحصيل.

• يتم تحصيل الاقساط آليا في تواريخ الاستحقاق ، حيث يصدر تقرير يومي يبين الاقساط المحصلة وغير المحصلة.

٢ – مرابحات العقارات:

• استلام ملفات الطلبات التي تمت الموافقة عليها وابلاغ المتعامل بشروط التنفيذ.

• اعداد الحسبة واصدار رقم المعاملة باستخدام برنامج "صيانة ملف المرابحة".

• استيفاء الوعد بالشراء والموافقة على الحسبة من قبل المتعامل.

• استلام العربون واجراء القيد اللازم على النحو التالي:

أ– سداد العربون نقدا:

من حـ/ الخزينة
الى حـ/ مرابحات مباني شراء وبيع (١/١/٦/١٣٠)
أو
الى حـ/ امانات مرابحات مباني (١/٢١/١/٦٢٠) **

---

** في بعض الاحيان يتم سداد العربون على عدة اجزاء بناء على موافقة الادارة ، فيتم ايداع اجزاء العربون في حساب الامانات حتى يكتمل رسن ثم يحول الى حساب الاستصناع.

١٦

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002528

• مراجعة ملف المعاملة بالكامل واستكمال التوقيعات المعتمدة.

• ارسال صورة من الملف مع شيكي المستفيد ورسوم التسجيل والرهن الى قسم الشؤون القانونية لتنفيذ.

• ارسال صورة من الملف مع شيكات وعقود الايجار الى قسم الخدمات العقارية اذا اشترطت الادارة قيام البنك بادارة العقار.

٣ – مرابحات السيارات والبضائع:

• ادخال حسبة المعاملة بالحاسب الآلي واصدار رقم المعاملة.

• استلام العربون واجراء القيد اللازم على النحو التالي:

أ– سداد العربون نقدا:

من ح/ الخزينة

الى ح/ مرابحات السيارات (اوالبضائع)

أو

الى ح/ امانات مرابحات السيارات (أو البضائع) **

ب– سداد العربون بشيك:

من ح/ البنك *

الى ح/ مرابحات السيارات (او البضائع)

أو

الى ح/ امانات مرابحات السيارات (او البضائع) **

• استلام شيكات الاقساط على النحو التالي:

أ– اذا كان المتعامل لديه حساب قسي للبنك يتم طباعة الشيكات آليا باستخدام برنامج *

طباعة شيكات اقساط المرابحة

_____

** في بعض الاحيان يتم سداد العربون على عدة اجزاء بناء على موافقة الادارة ، فيتم ايداع اجزاء العربون في

حساب الامانات حتى يكتمل، ومن ثم يحول الى حساب الاستبضاع.

* – اذا كان الشيك مسحوبا على بنك دبي الاسلامي يتم تحصيله من خلال برنامج "ادخال او عكس الدفعة

المقدمة"

– اذا كان الشيك مسحوبا على بنك آخر يتم ارساله الى قسم المقاصة لتحصيله .

– يمكن خصم العربون من الحساب الجاري / التوفير للمتعامل اذا وقع تفويضا بذلك.

١٠٨

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002529

حوالة الدين :

في بعض الاحيان يطلب المتعامل تحويل الاقساط إلى متعامل آخر بالنسبة لمرابحات السيارات وتسجيل ملكية السيارة باسم المتعامل الجديد وتتم عملية التحويل بالشروط التالية .

١ . عدم وجود أقساط مستحقة على السيارة .

٢ . عدم وجود المتعامل الجديد في قائمة المحظور التعامل معهم .

٣ . تحول الاقساط بنفس القيمة ونفس المواعيد .

٤ . تقدم الضمانات كما كانت في حالة المتعامل الأول .

الاجراءات :

١ . طباعة سجل الاقساط لمعرفة رصيد المرابحة والتأكد من عدم وجود أية أقساط مستحقة ، وفي حالة وجود أية أقساط مستحقة يطلب من المتعامل سدادها نقدا قبل إجراء عملية التحويل .

٢ . التأكد من عدم وجود اسم المتعامل الجديد في قائمة المحظور التعامل معهم بإستخدم برنامج الاستفسار عن ملف المحظور التعامل معهم والتوقيع على النموذج المعد لذلك .

٣ . طباعة سجل مرابحات المتعامل (الجديد) السابقة إن وجدت بإستخدام برنامج الاستفسار عن مرابحات المتعامل .

٤ . طباعة الموقف الشامل للمتعامل الجديد .

٥ . تحرير نموذج حوالة الدين والحصول على توقيع المتعامل الأول (المتنازل) وتوقيع المتعامل الجديد (المتنازل الية) أمام الموظف المختص .

٦ . تحرير اتفاقية بيع سيارة بين المتعامل الأول (بائع) والمتعامل الجديد (مشتري) والحصول على توقيعهما أمام الموظف المختص .
ثم إرفاق جميع المستندات السابقة مع ملف المرابحة .

٧ . الحصول على موافقة رئيس القسم على حوالة الدين ، أو مدير الفرع المختص .

٨ . تحرير شيكات الاقساط بنفس قيم وتواريخ الاقساط السابقة (في حالة المتعامل الأول)

٩ . إرسال الملف مرفقا به حوالة الدين الى مراجع القسم لاجراء عملية المراجعة على عملية التحويل والتأكد من إستيفاء المتعامل لكل الشروط والمستندات المطلوبة وكذلك مراجعة الشيكات وختم الملف بمايفيد إجراء المراجعة .

١٠ . تحرير رسالة الى شركة التأمين التي قامت بعملية التأمين لتسأل عن السيارة لتحويل التأمين الى المتعامل الجديد والحصول على صورة من التأمين وإرفاقها بالملف .

٢٠

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002530

١١. تحرير رسالة إلى الإدارة العامة للمرور لتسجيل السيارة باسم المتعامل الجديد مع إبقاء إشارة الرهن عليها.

١٢. الحصول على التوقيعات المعتمدة على رسالة شركة التأمين وإدارة المرور وميرهما بختم البنك.

١٣. تسليم أوراق التسجيل في المرور إلى المتعامل الجديد ليقوم بتسجيل السيارة في إدارة المرور المختصة وتسليمه السيارة.

١٤. إرسال الملف إلى الحسابات لإجراء عملية التحويل في الحاسب الآلي كالتالي: استخدام برنامج تحويل مرابحة إلى متعامل آخر، وبعد التأكد من صحة البيانات التي تم إدخالها وخاصة إجمالي مبلغ الأقساط ومقارنته مع مبلغ حوالة الدين ويكتب رقم المتعامل الجديد واسمه على مجلد المغلف من الخارج.

يقوم موظف المقاصة الداخلية باستلام الشيكات والتوقيع على الملف بما يفيد استلامه الشيكات ثم تسليم الملف إلى موظف غرفة الملفات.

يقوم موظف المقاصة الداخلية بإدخال بيانات الشيكات في الحاسب الآلي كما في مرابحات السيارات العادية بالضبط.

عند احضار ملكية السيارة الأصلية يقوم الموظف المختص بأخذ صورة منها والتوقيع عليها بأنها نسخة طبق الأصل وحفظ الصورة في الملف بعد إدخال رقم السيارة في برنامج صيانة ملف السيارة.

التأكد من سحب شيكات المتعامل الأول من المقاصة (الداخلية أو الرئيسية) وتسليمها اليه.

٦١

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002531

ملحق توضيحي

بخطوات إدخال البيانات في الحاسب الآلي وإجراءات
تحصيل العربون (المقدم) وإصدار القيد الرئيسي لجميع المرابحات

أولا : الإجراءات الأولية :

* إستخدام الحاسب الآلي للتأكد من عدم وجود اسم المتعامل في قائمة المحظور التعامل
  معهم بواسطة برنامج الاستفسار عن المتعاملين المحظورين رقم (٣٩) في نظام
  المرابحة.

* الاستفسار من المتعامل عن تعاملات سابقة بغرض الحصول على رقم المتعامل واذا لم
  يتثن ذلك يتم الاستفسار في الحاسب الآلي باستخدام برنامج الاستفسار بالاسم برنامج
  رقم (١٧) في نظام المرابحة للحصول على رقم المتعامل.

* بواسطة رقم المتعامل يتم الحصول على الموقف الشامل لحسابات المتعامل باستخدام
  برنامج الاستفسار عن حسابات المتعامل رقم (١٥) في نظام المرابحة.

* عن طريق رقم المتعامل يتم الحصول على بيانات المرابحات السابقة للمتعامل إن
  وجدت باستخدام برنامج الاستفسار عن مرابحات المتعامل رقم (٨) في نظام المرابحة.

* باستخدام برنامج الاستفسار عن أقساط المرابحات رقم (١٠) في نظام المرابحة يتم
  التأكد من طريقة سداد المتعامل في المعاملات السابقة .

إدخال البيانات الأولية في الحاسب الآلي بعد الحصول على موافقة رئيس القسم أو مدير الفرع
المختص والمراجعة .

أ) في حالة وجود رقم متعامل :
نفتح برنامج صيانة ملف المرابحة رقم (٤٠) في نظام المرابحة في الحاسب الآلي ثم نختار
(اضافة ) ونكتب (رقم حساب المتعامل) ثم نضغط على مفتاح F12
ونقوم بإدخال البيانات التالية :

– نوع المرابحة        (٠١)  للسيارات
– حالة المرابحة        (٠١)  جديدة
– تاريخ عقد الوعد
– تاريخ عقد البيع النهائي
– قيمة السيارة
– قيمة التأمين
– قيمة العربون

٢٢

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002532

– عدد الأقساط
– طريقة السداد (شهري- ربع سنوي – ثلث سنوي – نصف سنوي – كل ٩ شهور – سنوي)
– طريقة إحتساب الأرباح (ثابت – أقساط متناقصة مع أرباح متناقصة – قسط ثابت مع أرباح متناقصة – موظف بدون أرباح) .
– قيمة القسط الأول .
– تاريخ القسط الأول .

* ثم بالضغط على مفتاح F12 تتم إضافة البيانات بصورة مبدئية وبعد التأكد من صحتها يتم الضغط مرة أخرى على مفتاح F12 – أما في حالة وجود خطأ يستدعي التصحيح فيتم الضغط على مفتاح F11 حتى يتم عمل للتصحيح المطلوب ثم الضغط على مفتاح F12 لإضافة البيانات بصورة نهائية ومن ثم يظهر لنا رقم المرابحة المسلسل ويبأخذ الشكل التالي على سبيل المثال:

9601XXXX

الذي يعني...

| XXXX | 01 | 96 |
|---|---|---|
| رقم مسلسل | نوع المرابحة | السنة |

ثم نقوم بكتابة هذا الرقم على مجلد الملف من الخارج

ب) في حالة عدم وجود رقم للمتعامل :
بعد التأكد من عدم وجود رقم سابق للمتعامل يتم فتح حساب جديد للمتعامل بإستخدام برنامج إصدار رقم متعامل للمتعاملين الجدد رقم (١) في نظام المرابحة .
ثم نقوم بكتابة البيانات التالية :

– الاسم الكامل
– عنوان المراسلة
– الاسم بالإنجليزية
– رقم الهاتف
– رقم الفاكس / التلكس
– لغة المراسلة
– الجنسية
– الشكل القانوني

– سنة الميلاد
– الديانة (مسلم – غير مسلم)
– الجنس (ذكر – أنثى)
– الإقامة (مقيم غير مقيم)
– رقم جواز السفر
– الفرع
– الكود الاقتصادي
– رقم الرخصة انتجارية في حالة الشركات

٦٣

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

‒ تاريخ الانتهاء
‒ تاريخ الاصدار

‒ جهة صدور الرخصة

• ثم بالضغط على مفتاح التنفيذ F12 تتم إضافة البيانات ويظهر لنا رقم المتعامل الجديد الذي نقوم بكتابته على مغلف الملف من الخارج وفي حالة الشركات يسمح لنا البرنامج بإضافة بيانات الشركاء ثم نقوم بالضغط على مفتاح التنفيذ F12 لاضافة هذه البيانات .

‒ نقوم بإدخال البيانات في ملف: المرابحة الرئيسي رقم (٤٠) في نظام المرابحة*²²


تحصيل العربون من المتعامل

في حالة العربون النقدي :

يتم تحرير إشعار سداد نقدي ويتم كتابة البيانات التالية به :

‒ التاريخ

‒ رقم ح/ المرابحة (الاستاذ العام)

‒ رقم المتعامل

‒ رقم الملف المتسلسل

‒ المبلغ بالارقام

‒ المبلغ بالحروف

‒ اسم المتعامل

‒ التأشير على نوع الدفعة (مقدم‒ قسط كلي ‒ جزئي)

‒ التأشير على المودع (المتعامل ‒ الكفيل ‒ أخرى) .

• ويقوم المتعامل بسداد المبلغ نقدا في الخزينة الفرعية بالقسم ويحتفظ الصراف بالنسخة الاصلية للاشعاروتقدم صورة للمتعامل وصورة يتم الاحتفاظ بها في الملف .

• بقوم الصراف بتسليم الاشعارات الاصلية للمحاسب نيقوم بإدخالها في الحاسب الآلي بإستخدام برنامج لإدخال/تعكس الدفعة المقدمة رقم (٥) في نظام المرابحة كالتالي .

‒ كتابة رقم المتعامل

‒ كتابة رقم الملف

‒ نوع الدفعة (مقدم "عربون"‒ دفع كلي ‒ جزئي ‒ عدة دفعات)

‒ طريقة السداد (نقدا ‒ شيك على بنك دبي الاسلامي ‒ شيك على بنك آخر ‒ خصما على الحساب)

‒ السداد بواسطة (المتعامل ‒ الكفيل ‒ المحكمة ‒ أخرى)

ثم الضغط على مفتاح F12

---

²² ‒ انظر ص (١) لإدخال البيانات الأولية في الحاسب الآلي .

٢٤

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002534

ثم نقوم بكتابة البيانات التالية :

– المبلغ (يظهر أوتوماتيكياً)

– رقم الاشعار (إيصال السداد)

الضغط على مفتاح F12 لاضافة الحركة

يظهر لنا على الشاشة ( مبلغ الحركة – رقم الحركة – رصيد المرابحة) ثم نقوم بختم

الايصال بما يفيد قيد الحركة ورقم الشاشة ورقم الحركة ويرسل الايصال الى الحسابات

العامة .

في حالة عربون يشيك على بنك دبي الاسلامي :

– يتم إستلام الشيك من المتعامل ويتم إرساله الى وحدة مطابقة التواقيع لمطابقة توقيع المتعامل.

– تحرير حافظة إيداع شيكات وكتابة البيانات التالية :

* التاريخ

* رقم حساب المرابحة (الاستاذ العام)

* إسم الحساب (مرابحات السيارات)

* المبلغ بالارقام

* رقم الحساب المسحوب عليه الشيك

* رقم الشيك

* تاريخ الشيك

* اسم البنك والفرع

* المبلغ بالحروف

* رقم المتعامل

* رقم الملف

يتم تحصيل الشيك في الحاسب الآلي بإستخدام برنامج إدخال/عكس الدفعة المقدمة رقم ٥ في

نظام المرابحة .

وذلك كالتالي

كتابة رقم المتعامل

كتابة رقم الملف

نوع الدفعة (مقدم "عربون" – دفع كلي – جزئي – عدة دفعات)

طريقة السداد (نقداً – شيك على بنك دبي الاسلامي – شيك على بنك آخر – خصما على

الحساب)

السداد بواسطة (المتعامل – الكفيل – المحكمة – أخرى)

ثم الضغط على مفتاح F12

٢٥

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002535

ثم نقوم بكتابة البيانات التالية :

- المبلغ (يظهر أوتوماتيكياً)
- رقم الاشعار (حافظة الايداع)
- رقم حساب المتعامل أو الحساب المسحوب عليه الشيك)

انضغط على مفتاح F12 لاضافة الحركة

يظهر لنا على الشاشة ( مبلغ الحركة – رقم الحركة – رصيد المرابحة) ثم نقوم بختم الإشعار
بما يفيد قيد الحركة ورقم الشاشة ويرسل لشيك مع أصل الحافظة الى الحسابات
العامة وصورة توضع في ملف المرابحة وصورة الى المتعامل .

٢٦

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002536

ج - في حالة عربون بشيك على بنك آخر :

– يتم إستلام الشيك من المتعامل وتحرير حافظة إيداع شيكات يتم كتابة البيانات التالية[27] فيها.

إرسال الشيك مع الحافظة الى قسم المقاصة لارساله للتحصيل والتوقيع على الحافظة بما يفيد الاستلام وإعادة صورتي الحافظة الى الموظف المختص .

– يقوم الموظف بالاحتفاظ في الملف بصورة الحافظة وإعطاء صورة الى المتعامل.

– عند تحصيل الشيك وورود إشعار التحصيل من الحسابات العامة يقوم المحاسب بإدخال حركة تحصيل العربون في الحاسب الآلي باستخدام برنامج إدخال / عكس الدفعة المقدمة رقم ٥ في نظام المرابحة كالتالي[28] .

د– في حالة عربون خصماً على الحساب الجاري أو التوفير :

– يقوم المتعامل بتحرير نموذج خصم على الحساب يخول فيه البنك بخصم المبلغ من حسابه الجاري أو حساب التوفير ثم يرسل النموذج الى وحدة مطابقة التواقيع لمطابقة توقيع المتعامل .

– يرسل النموذج الى حسابات القسم لتحرير اشعار خصم على حساب المتعامل وإضافة الى ح/ المرابحة وتكتب البيانات التالية في الاشعار

• التاريخ

• رقم ح/ المتعامل الجاري أو التوفير

• اسم المتعامل

• رقم ح/ المرابحة (الاستاذ العام)

• اسم ح/ المرابحة

• المبلغ بالارقام

• البيان

• المبلغ بالحروف

– ويكتب رقم ح/المتعامل ورقم للملف أعلى الاشعار .

– ثم يرسل الاشعار مع النموذج الى مراجع القسم بغرض إجراء المراجعة ومن ثم ختم الاشعار بمايفيد مراجعته ومن ثم إستيفاء التوقيعات المطلوبة لاعتماد الاشعار .

---

[27] انظر ص(٤) كتابة بيانات حافظة إيداع شيك سحرب على بنك دبي الاسلامي .

[28] انظر ص(٤) تحصيل الشيك في الحاسب الآلي باستخدام برنامج إدخال / عكس الدفعة المقدمة رقم ٥ في نظام المرابحة

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002537

بعد إستيفاء إنترتيعات على الاشعار يرسل الاشعار الى المحاسب لتحصيل العربون في الحاسب الآلي بإستخدام برنامج إدخال / عكس الدفعة المقدمة رقم ٥ في نظام المرابحة .

كالتالي[٢٤]

شيكات الأقساط

أ) في حالة وجود حساب جاري للمتعامل بالبنك

يقوم الموظف بطباعة شيكات الأقساط بإستخدام برنامج طباعة شيكات أقساط المرابحة رقم ٤١ في نظام المرابحة .

وتكتب به البيانات التالية

رقم المتعامل

رقم الملف المسلسل

رقم الحساب الجاري المسحوب عليه الاقساط ثم الضغط على مفتاح F12

وبالضغط على مفتاح F12 مره أخرى تبدأ طباعة الشيكات وتقدم الى المتعامل الذي يقوم بالتوقيع عليها وبعد مطابقة توقيع المتعامل ترفق الشيكات مع الملف .

ب) في حالة تقديم المتعامل شيكات على بنوك أخرى/ يقوم المتعامل بكتابة الشيكات والتوقيع عليها أمام الموظف المختص الذي يقوم بإستلامها وإرفاقها بالملف .

– إصدار طلب الشراء المحلي L.P.O

– يقوم الموظف المختص بإصدار طلب الشراء المحلي وطباعة بياناته طبقا لعرض الاسعار المقدم وتكتب البيانات التالية بطلب الشراء :

* التاريخ .
* المرجع .
* أسم الجهة المقدم اليها طلب الشراء .
* اسم مندوب البنك المخول بالاستلام .
* المبلغ .
* تفاصيل السيارة / البضاعه المطلوب إستلامها .

– طلب إحضار التأمين الشامل على السيارة (في حالة السيارات ) من المتعامل لصالح البنك وإرفاق صورة منه داخل الملف.

ويلاحظ أنه في حالة التأمين لدى شركات أخرى غير الشركة الاسلامية العربية للتأمين يطلب من المتعامل إيصال مايفيد سداد قيمة قسط التأمين وإرفاق صورة من الايصال داخل الملف .

---

[٢٤] انظر ص(٤) تحصيل العربون في الحاسب الآلي بإستخدام برنامج إدخال /عكس الدفعة المقدمة رقم ٥ في نظام المرابحة .

٢٨

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002538

. إدخال باقي بيانات الملف في الحاسب الآلي وهي كالتالي :

أ) برنامج صيانة ملف السيارة / البضاعه

ويتم الدخول الى البرنامج عن طريق برنامج إدخال ملف المرابحة بالكامل رقم ٤٠ في نظام المرابحة.

اكتب رقم حد/ التعامل ورقم الملف واختار (١) للاضافة واضغط على مفتاح F2 يظهر لك برنامج صيانة ملف السيارة .

ويستلزم كتابة البيانات التالية:

– نوع السيارة / البضاعه.                    – اللون.
– سنة الصنع.                                – رقم المحرك.
– عدد الاسطوانات.                          – رقم الشاسي (الهيكل) .
– خصوصي / عمومي.                         – جهة التسجيل .
– رقم السيارة .
– تاريخ التسجيل .
– الاسم الذي سجلت به السيارة .
– تاريخ الاستلام من الوكيل .
– تاريخ التسليم الى المتعامل .
– حالة السيارة.
– تاريخ الرهن.

وبالضغط على مفتاح F12 تتم إضافة البيانات ثم اضغط على مفتاح F2 يظهر لك :

ب) برنامج صيانة ملف الوكيل

وتكتب البيانات التالية :

– كود الوكيل.
– رقم عرض الاسعار .                       – تاريخ عرض الاسعار .
– رقم أمر الشراء.                          – تاريخ أمر الشراء.
– رقم فاتورة البيع.                         – تاريخ فاتورة البيع.
– قيمة الفاتورة.
– رقم الشيك .
– مبلغ الشيك .                             – تاريخ إصدار الشيك.
– تاريخ الترحيل الى الاستاذ العام.

وبالضغط على مفتاح F12 تتم إضافة البيانات ؛ وبالضغط ثانية على مفتاح F2 يظهر لك :

ج) برنامج صيانة ملف التأمين (في حالة السيارات ) وتكتب البيانات التالية :

– كود شركة التأمين .

٣٤

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

- كود تم التأمين بواسطة.
- رقم وثيقة التأمين .
- نوع التأمين .
- مدة التأمين.
- المبلغ المدفوع.
- رقم حـ/ شركة التأمين الاسلامية العربية للتأمين في حالة تم التأمين بواسطتها .

وبالضغط على مفتاح F12 تتم إضافة هذه البيانات ثم اضغط مفتاح F2 يظهر لك :

د) برنامج صيانة ملف الضمانات وتكتب به البيانات التالية :

- نوع الضمان
- مبلغ الضمان
- رقم حـ/الكفيل (١) إن وجد، وتاريخ الموافقة .
- رقم حـ/الكفيل (٢) إن وجد، وتاريخ الموافقة.
- رقم حـ/الكفيل (٣) إن وجد، وتاريخ الموافقة.
- رقم حـ/الكفيل (٤) إن وجد، وتاريخ الموافقة.
- رقم حـ/ المتعامل في البنك.
- رقم حـ/ الكفيل في البنك.
- رقم حـ/المتعامل في بنك آخر .
- كود البنك الاخر.
- كود الفرع .
- رقم حـ/الكفيل في بنك آخر.
- كود البنك .
- كود الفرع .
- كود الحساب المعتمد للاقساط.
- ضمانات أخرى.
- وبالضغط على مفتاح F12 تتم إضافة البيانات .

إصدار القيد الرئيسي:

يتم إصدار القيد الرئيسي للمرابحة باستخدام برنامج إدخال/عكس القيد الرئيسي رقم (٤) في نظام المرابحة.

- اكتب الاختيار المطلوب (Entry or Rev) وفي حالة الاضافه نختار ENTRY
- اكتب رقم حـ/المتعامل.
- اكتب رقم الملف .

٣٠

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002540

' ، ثم اضغط مفتاح F12

تظهر مفردات القيد الرئيسي على الشاشة وبعد مراجعة هذه المفردات، اضغط مرة أخرى على

مفتاح التنفيذ F12 تتم إضافة بيانات القيد الرئيسي وبالضغط على مفتاح F8 فيتم طباعة القيد

الرئيسي.

يرفق القيد الرئيسي وشيك المستفيد مع الملف ويتم إرسال الملف الى مراجع القسم بغرض

المراجعة النهائية.

ـ بعد المراجعة يتم إرسال الملف مع القيد الرئيسي مع شيك المستفيد للحصول على التوقيع

المعتمد على القيد الرئيسي وشيك المستفيد .

ـ يتم إرسال النسخة الاصلية من القيد الرئيسي الى الحسابات العامة ويحتفظ بصورة في الملف.

ـ يحفظ الشيك لدى الموظف المختص لحين حضور مندوب الوكيل لاستلام الشيك.

ـ يتم إرسال الملف مع الشيكات الى موظف المقاصة الداخلية المختص الذي يقوم بالتوقيع على

الملف بإستلام الشيكات .

يقوم موظف المقاصة الداخلية بإدخال بيانات الشيكات في الحاسب الآلي حسب الآتي:

أ) شيكات مسحوبة على بنك دبي الاسلامي :

يتم إدخال بيانات الشيكات في الحاسب الآلي بإستخدام برنامج إدخال أقساط المرابحات

الجديدة رقم (٩) في نظام المرابحة فيتم كتابة رقم حـ/ المتعامل ، رقم الملف ، رقم أول

شيك وباستخدام مفتاح التنفيذ F12 يظهر سجل الشيكات أوتوماتيكيا موضحاً :

ـ رقم القسط (الشيك).

ـ تاريخ القسط (الشيك).

ـ مبلغ القسط ( الشيك).

ـ رقم الشيك .

وبعد استعراض السجل بالكامل والتأكد من صحته وتغيير مايلزم في حالة عدم تسلسل أرقام

الشيكات يستخدم مفتاح F12 لاضافة بيانات الشيكات في الحاسب الآلي .

ثم يقوم موظف المقاصة بحفظ الشيكات في خزانة الشيكات المخصصة لذلك طبقا لتواريخ

استحقاق الشيكات .

(ب) شيكات مسحوبة على بنوك أخرى :

يتم إدخال بيانات الشيكات بنفس الطريقة المتبعة في حالة شيكات مسحوبة على بنك دبي

الاسلامي ولكن لايحتفظ بها موظف المقاصة الداخلية وانما يقوم بعمل التالي :

١. إستخدام برنامج الإستفسار عن أقساط المرابحات، برنامج الاستفسار التفصيلي عن

الاقساط رقم (١٠) في نظام المرابحة بكتابة رقم الحساب ورقم الملف وبإستخدام مفتاح

F12 يظهر السجل التفصيلي للأقساط ويقوم الموظف بإستخدام مفتاح F2 لطباعة

حوافظ الشيكات .

٣١

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

٢. ثم يقوم بإرفاق الشيكات مع الحوافظ بعد أخذ صورة من الحوافظ وإرفاقها بالملف؛
وختم حوافظ الشيكات الأصلية بختم قيد بما يفيد إضافتها في الحاسب الآلي الذي
يضيفها أوتوماتيكيا آلى ملفات قسم المقاصة ثم ترفق الشيكات مع الحوافظ مع تقرير
الحاسب الآلي اليومي ، وترسل الى قسم المقاصة لاستلام الشيكات وحفظها لديهم.

٣. يقوم مرظف المقاصة بتسليم الملف بعد ذلك الى مسؤول غرفة الملفات لحفظ الملف في
خزانة الملفات المعدة لذلك طبقا لنظام معين ( حسب أرقام الملفات ).

وفي حالة السيارات فأنه عند إحضار ملكية السيارة الاصلية يقوم الموظف المختص بأخذ
صورة منها والتوقيع عليها بأنها نسخة طبق الاصل وتحفظ الصورة في الملف بعد إدخال رقم
السيارة في برنامج صيانة ملف السيارة، وأخذ توقيع المراجع على الملف.

٣٢

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002542

قسم الاستثمار والعلاقات الخارجية

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002543

‑ ٧٢ ‑

## أعمال قسم الاستثمار والعلاقات الخارجية

يقوم قسم الاستثمار والعلاقات الخارجية باستثمار أموال البنك والمودعين في المرابحات الدولية وتمويل التجارة الدولية . ويساهم أيضاً في المضاربات والمشاركات اضافة الى أعمال اخرى وفقا للنواحي المصرفية والقانونية والشرعية .

١. المرابحات الدولية :

يتم من خلال هذا النوع من الاستثمار تطبيق عملية المرابحة على السلع المعروضة في الأسواق الدولية بصفة عامة ماعدا المحرمة منها . ويقوم بهذه العمليات وكلاء نيابة عن البنك . ويتم تعيين هؤلاء الوكلاء بناء على معايير السمعة الدولية والامكانيات المالية الكافية والاستقرار في الربحية والتعامل . وتحكم علاقة البنك مع الوكلاء اتفاقيات تشرح التزامات الطرفين والاجراءات التي ينبغي اتباعها لاتمام عملية المرابحة الدولية على الوجه الاسلامي المطلوب ، وتحدد ادارة البنك العليا سقفا للتعامل مع الوكيل المذكور .

ووفقا لاتفاقية الوكالة وبعد موافقة الادارة يتم اخطار الوكيل برغبة البنك في استثمار مبلغ معين في المرابحة الدولية . ويتلقى البنك ردا بالايجاب من الوكيل يشتمل على السلعة المراد شراؤها وسعرها والمدة اللازمة للتمويل – عادة تكون في حدود ثلاثين يوما – والعائد المتوقع لعملية التمويل وذلك وفقا لاسعار تمويل السلع في لندن . وقبل تحويل المبلغ بعد الوكيل الضمان المطلوب ويتم ارساله للبنك ويتم تحويل المبلغ بعد ذلك ، كما يتسلم البنك المستندات الدالة على ان هناك عملية بيع وشراء قد تمت فعلا .

ويقوم القسم باجراء القيود المحاسبية بعكس العملية في الدفاتر المعدة لذلك باضافة المبلغ المستثمر الى حساب المراسل الذي يقوم بتحويله للبائع وخصمه من حسابات المرابحات الدولية . وعند انتهاء الاجل يتسلم البنك المبلغ زائدا الارباح التي تم الاتفاق عليها وتعكس القيود السابقة بالخصم من البنك المراسل وبالاضافة الى حساب المرابحات الدولية وحساب الارباح .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

- ٧٣ -

٢/ تمويل التجارة الدولية :

يقوم قسم الاستثمار والعلاقات الخارجية بالاشراف على تمويل التجارة الدولية بتلقي العروض من الجهات الاجنبية المختلفة طلبا في تمويل تصدير سلع معينة من بلد الى اخر . وفي هذه الحالة يكون العرض من شركة أو مؤسسة محلية أو اجنبية ويشمل على السلعة المراد تمويلها ، والبائع ، والربح المتوقع . ويقوم القسم بدراسة العرض والتحقق من الجهة المراد تمويليها والضمانات المقدمة والعائد المتوقع وعرض الامر على الادارة العليا للبنك للموافقة . وبعد الحصول على الموافقة يتم اعداد عقد يشتمل على كل البيانات اعلاه والتزامات وحقوق طرفيه وبعد التوقيع عليه من الجهة طالبة التمويل والبنك تتم القيود الخاصة بالتمويل وفي نهاية مدة التمويل تعاد القيود على غرار ما ذكر في (١) اعلاه .

٣/ المضاربات والمشاركات :

يساهم البنك مع المؤسسات المصرفية والمالية الاسلامية الدولية في تمويل المشاريع وشراء البضائع والمعدات لبعض الدول . وفي هذه الحالة تكون مساهمة البنك بغرض الاستثمار عن طريق المضاربة أو المشاركة . ففي حالة المضاربة يقوم البنك بتوقيع اتفاقية مضاربة مع المصرف او المؤسسة المالية التي ترغب في القيام بالمضاربة تكون بذلك المضارب ويكون البنك صاحب او رب المال . ويتقاضى المضارب عمولة مضاربة ينص عليها في اتفاقية المضاربة وليست عليه مسؤولية بالنسبة لرأس المال في حالة الخسارة . اما في حالة المشاركة فيقوم المصرف المدير لعملية التمويل بجمع المساهمات من المساهمين بشروط يحددها وتشمل المساهمة المتوقعة من كل مساهم والعائد المتوقع ومدة التمويل والضمانات .

ويتولى المصرف المضارب عملية ادارة التمويل وقد يسمح لعدد من المساهمين في المضاربة بالادارة معه ويخصص لهم نصيبا من مصاريف الادارة بجانب الربح المحدد للاستثمار . وقد يكون استغلال المضاربة عن طريق الاعتمادات المستندية او التمويلات العادية التي يشرف عليها المضارب في هذه الحالة .

٤/ الايجارات :

وقد يكون الاستثمار في شكل ايجارات متنوعة يقدمها المصرف الاسلامي لمتعامليه . وفي هذه الحالة يقوم قسم الاستثمار بفحص العروض المقدمة من المصارف والمؤسسات التي يطلبون فيها تمويل عمليات عن طريق الايجار . وتشمل هذه ايجار الطائرات والسفن

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

- ٧٤ -

والمعدات المختلفة مثل عربات السكك الحديدية وخزائنها ومعدات الزراعة ، والبناء ،
والطرق ، والهاتف ، والكمبيوتر وغيرها ...

ويقوم القسم بدراسة العرض وفي حالة التوصية بقبوله يجب التأكد من الجهة التي قدمته
والضمانات والعائد وأوجه استخدامه . وبعد ان توافق الادارة على العرض يدخل مرحلة
التنفيذ بأن يقوم البنك بشراء الاشياء موضوع الايجار وتسليمها لطالب التمويل بالشروط
المتفق عليها . وقد يكون الاتفاق ببيع هذه الاشياء عن تسديد قيمتها يقوم المصرف بتمليكها
للمؤجر أن بيعيا وفقا لشروط كل عقد ايجار .

٥) اعمال اخرى :

يقوم قسم الاستثمار والعلاقات الخارجية باعداد السقوف اللازمة لكل مصرف ومؤسسة يتعامل
معها البنك في المرابحات والمضاربات والايجارات والتمويل . وتحدد هذه السقوف بناء على
احتياج البنك للاستثمار وتبنى على مستوى المصرف او المؤسسة وفقا لامكانيتها والضمانات
التي تقدمها – وقبل تقديم مقترحات البنك بخصوص هذه السقوف يقوم القسم باستخدام جهاز
رويتر المعد لهذا الغرض بالقسم بالاضافة الى دليل المصارف العالمية والنشرات الدورية التي
تقوم بتقييم المصارف والمؤسسات وترتيبها بصورة تحدد مستواها وامكانيتها وربحيتها .
ويستعين القسم لهذا الغرض ايضا بالمصادر المعروفة بصحة اخبارها عن مثل هذه المصارف
والمؤسسات مثل الفاينانشيال تايمز ومجلة المصارف البريطانية وغيرها من المصادر الدورية
ويقوم القسم باعداد المذكرات الخاصة بالاستثمار لتقديمها الى لجنة الاستثمار بالبنك للتصديق
عليها او رفعها الى مجلس الادارة اذا اقتضى الامر ذلك . كما يقوم باعداد الاحصائيات
الدورية التي تعكس جملة استثمارات البنك وتفاصيلها – كما يقوم باعداد حوافظ الخصم
والاضافة وكل الاعمال المحاسبية للاستثمارات .

٦) اعمال العلاقات الخارجية :

يتولى قسم الاستثمار مهمة ربط البنك بالمصارف والمؤسسات المالية الاسلامية الخارجية
وذلك باستقبال الوفود القادمة من الخارج او الداخل في بعض الحالات بغرض زيارة البنك
والتعرف على اعماله او لتوطيد العلاقة معه او للتشاور بصدد بعض المشروعات والاعمال
التي يمكن التعاون من خلالها . ويتم تبادل الرسائل والفاكس والتلكس لتحديد الزيارات

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

- ٧٥ -

وترتيبها والأشخاص المتوقع حضورهم للبنك ، ويحدد القسم الموعد والتاريخ وفقا للوقت المناسب بناء على جدول الزيارات التي تمت الموافقة عليها في تاريخ سابق .

**أولا القانونية :**

يبذر القسم أعماله المتعلقة بالاستثمارات والعلاقات الخارجية ويضع في المقام الأول قانونية سلامة العقود التي يبرمها مع كل هذه الأعمال . وللمحافظة على أموال البنك يتأكد القسم من سلامة العقود والمؤسسات عند التعامل معها في مجال الاستثمار . ويطبق ذلك على العقود التي يحررها البنك . لمقترحة من جانب هذه المصارف أو المؤسسات ، كما يطبق على المصارف والمؤسسات ، لتحقيق الصفة القانونية المطلوبة في وفي هذه الحالة يستعين قسم الاستثمار بالقسم القانوني بشرح هذا الأمر للرفود عقود والمستندات المرتبطة بها . كما يقوم قسم الاستثمار بخصوص الاستثمارات وإجراءاتيا ، ويحتفظ والمصارف والمؤسسات المالية عند التفاوض بخصوص العقود وشهادات الاستثمار القسم بالمستندات الأصلية الهامة الخاصة بالاستثمارات مثل العقود وشهادات الاستثمار والكفالات بعد مراجعتها والتأكد من سلامتها من الناحية القانونية .

**ثانيا الشرعية :**

يقوم قسم الرقابة الشرعية بالبنك يقوم قسم الاستثمار بإعداد معاملات الاستثمار وفقا بالتنسيق مع قسم الرقابة الشرعية بالبنك . ففي حالة المراجعات في السلع الدولية يقوم القسم بمراجعة لمتطلبات الشريعة الإسلامية . ففي حالة المراجعات في عملية البيع المتوقع إبرامها في مقابل دفع العرض المقدم من الوكلاء المراسلين للتأكد من عملية البيع المتوقع ابرامها على أن هناك عملية المبلغ المراد استثماره . وعند اكتمال العملية يتسلم القسم المستندات الدالة على ان هناك عملية شراء وبيع قد تمت نيابة عن البنك لسلعة اتفق عليها ضمن العرض المقدم من الوكيل المراسل وفي حالة عقود الإيجار يقوم القسم بفحص العرض للتأكد من ان الإجراءات تشمل تملك البنك المعدات او الأشياء المراد ايجارها ، لأن البنك لايستطيع تأجير شئ قبل تملكه . ويطبق القسم نفس القاعدة في حالة تمويل التجارة الدولية بصفة عامة والمضاربات والمشاركات ، فيتأكد من ان السلعة موضوع الاستثمار من السلع المصرح التعامل معيا . وبالنسبة للمضاربات والمشاركات يفحص القسم العقود والمستندات الخاصة بيا للتأكد من ان المضارب او المشارك الذي يتولى الاستثمار سوف يتوخى الدقة في تطبيق الشريعة الإسلامية عند اتمام هذه العمليات .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002547

قسم المتابعة والتحصيل

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002548

قسم المتابعة والتحصيل

واجبات قسم المتابعة والتحصيل :

يهتم قسم المتابعة والتحصيل بتحصيل الشيكات المرتده من بعض المتعاملين ، ويمارس
وظائفه من خلال الخطوات التالية :

١ ــ استلام الشيكات المرتده والمحوله من قسم التجارة والتمويل والاعتمادات بالمركز
الرئيسي للمراجعات السجنية والاجنبية ٠ ( سيارات ــ بضائع ــ عقارات ) ومعاملات
الاستصناع ٠

٢ ــ تسجيل الشيكات بدفتر اليومية على أن يقوم محاسب القسم بإضافتها الى الرصيد
السابق ٠

٣ ــ يقوم محاسب القسم بتوزيع الشيكات المرتده على موظفي القسم حسب توزيع العمل ٠

٤ ــ يوقع الموظف باستلامه الشيكات المرتده وبعدها يتم مطالبة المتعامل وفقا لاحد وسائل
الاتصال المعروفه والاستفسار عن سبب رجوع الشيك وعدم التزامه بالسداد ٠ حيث يقوم
الموظف بنقل رسالة الى المتعامل يطلب منه القيام بسداد قيمة الشيك المرتد بأسرع وقت
ممكن ٠٠٠٠

كيفية مطالبة المتعامل :

أ ــ المطالبات الودية ٠
١ ــ بواسطة الهاتف ٠
٢ ــ بواسطة الفاكس ٠
٣ ــ بواسطة البريد المسجل ٠
٤ ــ بواسطة الانذارات الكتابية الودية ٠
٥ ــ ادراج اسم المستنع عن السداد في قائمة المحظور
التعامل معهم ٠
٦ ــ الزيارات الميدانية والمقابلات الشخصية ٠
٧ ــ الضغوط عن طريق الاتصال بالهاتف من قبل أفراد
الشرطة ٠

ب ــ المطالبات القضائية :
١ ــ الانذارات الكتابية عن طريق الكاتب العدل ٠
٢ ــ فتح بلاغ رسمي مؤقت ضد موقع الشيكات ٠

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

٣ ـ تحويل البلاغ المؤقت الى بلاغ جنائي بعد منح
المشتكي ضده مهله للسداد أوالتسوية من قبل الشرطة .

٤ ـ استصدار قرار من المحكمة بالحجز على السيارة بعد دفع
الرسوم المقررة ومتابعة الحجز مع رجال الشرطة .

٥ ـ إدراج أسماء المطلوبين والممتنعين عن السداد واصحاب
السوابق القضائية في القائمة السوداء لحظر التعامل
معهم ويتم ذلك من خلال الرسائل الواردة من الفروع
أو تعاميم المصرف المركزي أو المطلوبين للبنوك من
خلال متابعة القسم للصحف اليومية ( الاتحاد ـ
البيان ـ الخليج ) بالحاسب الآلي .

٦ ـ مراجعة الادارة العليا لاتخاذ الاجراء المناسب عن
حالات بعض المتعاملين .

٧ ـ رفع طلبات المتعاملين المتوقفين عن السداد الى الادارة
لاتخاذ القرار المناسب بعد التوصية المرفوعة من القسم
مع ذكر سبب الامتناع والتوقف عن السداد .

٨ ـ رفع تقارير شهرية للادارة عن التحصيلات .

٩ ـ البحث والتحري عن مكان عمل أوإقامة المتعامل الممتنع
عن السداد وكذا مكان تواجد السيارة لمساعدة الشرطة
و القبض على المشتكي ضده أو الحجز على السيارة .

١٠ ـ المستندات المطلوبة لقيد بلاغ ضد الشيكات المسترده :

١ ـ طلب فتح بلاغ ضد موقع الشيكات مذكورا فيه عدد
الشيكات واسم المشتكي و المشتكي ضده

٢ ـ صورة عن التفويض الممنوح للموظف من البنك
المشتكي .

٣ ـ أصل الشيكات المرتده .

٤ ـ أصل اشعار رجوع الشيك موضحا عليه سبب الرجوع .

٥ ـ عنوان المتعامل بالتفصيل مع ارفاق صورة عن جواز
سفره أو أية هوية أخرى تثبت شخصيته .

١١ ـ وفيما يلي بعض من نماذج الانذارات و البلاغات و
الحجوزات التي تتم بمعرفة القسم :

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

ublic Shareholding Company
(Incorporated in U.A.E.)

بنك دبي الإسلامي

شركة مساهمة عامة
(بدولة الإمارات العربية المتحدة)

١٢١

A09B004*

التاريخ : 94/04/25

إشعار بالاستحقاق

السيد :

العنوان :

تحية طيبة وبركاته و بعد
بالسلام عليكم ورحمة الله وبركاته المدرسة أدلياء قد استحقت
بتقوموا بالسداد في الموعيد المحدد لذا يرجى
المبادرة بسداد ما عليكم من السنى استمرار ايجات البنك لكل
أصول من تاريخه تاكيد لحسن استمرار العلاقات الطيبة بيننا.

رقم حساب السياسة :                 سيارات

نوع الحساب :          86340.00
إجمالي قيمة الاستحقاق :          75300.00
ما تم دفعه حتى الآن :          11040.00
المبلغ المتبقي الاقساط :

| مسلسل | رقم قسط | تاريخ القسط | رقم الدفع | المبلغ |
|---|---|---|---|---|
| 1 | 31 | 1994/04/02 | 1137933 | 1040.00 |

و هو عدد الاقساط : 1     إجمالي القيمة المستحقة للاقساط :     1,840.00

شاكرين لكم حسن تجاوبكم

قسم المتابعة والتحصيل

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002551

Dubai Shareholding Company
(Incorporated in U.A.E.)

شركة مساهمة عامة
في دولة الإمارات العربية المتحدة

*A09B012*

بتاريخ : 94/05/24

إشعار بالقسط

السيد :

العنوان :

السلام عليكم ورحمة الله وبركاته

الموضوع : كفالتكم للسيد / ▮▮▮▮▮ مقابل سيارة مرسيدس ٧ سيارات

بمبلغ : 103523.00   01   130

مرابحة رقم :

نود إحاطتكم علماً بأن سيفوتكم المذكور أعلاه لم
يسدد الأقساط المستحقة عليه وفقاً للبيانات الواردة بهذا الإشعار . أو
وعليه نرجو منكم التكرم بالاتصال به أو
القيام بدفع تلك الأقساط . راجين الانتباه بمدرسة في سداد الأقساط الشهرية
اللاحقة في مواعيدها المحددة للمحافظة على المنفعة .

| مسلسل | رقم القسط | تاريخ القسط | رقم الشيك | المبلغ |
|---|---|---|---|---|
| 1 | 24 | 1994/05/06 | 258374 | 1810.00 |
|  |  |  |  | 1.810.00 |

إجمالي عدد الأقساط : 1   إجمالي القيمة المستحقة لقساط :

شاكرين لكم حسن تعاونكم .

قسم المتابعة والتحصيل

214886 - P.O. Box 1649 Dubai - Telex : 45689 / 46772 ISLAMI EM - Fax : 2237240
Tel : 2213300 - P.O. Box 7400 Dubai - Telex : 45566 DIBANK EM - Fax : 211612
Br. Tel : 344500 - P.O. Box 3853 ABU DHABI - Telex : 23773 ISABNK EM - Fax : 344543
Tel : 644211 - P.O. Box 1222 Al Ain - Telex : 34024 ISLAMI EM - Fax : 661367
Al Br. Tel : 224858 - P.O. Box 922 Ras Al KHAIMAH - Telex : 99184 ISLAMI EM - Fax : 224266
Tel : 221855 - P.O. Box 1967 Fujairah - Telex : 89100 ASBN EM - Fax : 225249
Tel : 374444 - P.O. Box 1409 Sharjah - Telex : 68111 DIB EM - Fax : 374555
Tel : 6122851 - P.O. Box 5061 ABU Dhabi - Telex : 22732 ISABNK EM - Fax : 6125254

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.



**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

بنك الإمارات العربية المتحدة ؟

YOUR REF: _____ : مرجعكم

OUR REF: _____ : مرجعنا

DATE: _____

الاحترم

السيد / مدير مركز شرطــــة المرقبات

السلام عليكم ورحمة الله وبركاته . . وبعد :

نعلمكم انه بتاريخ   /   / ١٩٩ قد حضر الى مقر بنك دبي الاسلامــي

الجنسية :

السيد /

ومقيم في :

هاتــف :

ويعمل /

عن طريق الاقساط الشهريـــــة

وقام

بقيمة (        ) درهم وحرر مقابل ذلك عدد من الشيكات مسحوبة على بنك

وعند عرض هذه الشيكات على البنك المسحوبة عليه ارتد منها الى الآن عدد /     / شيــــك

بقيمة اجمالية (        ) درهم وذلك لعدم وجود رصيد لها ، ولدى مراجعته امتنع عن السداد .

لذلك نلتمس من سيادتكم اتخاذ اجـــراءاتكم القانونيه ضده واتهامه بجريمة اعطاء شيك بدون

رصيد وبصورة نهائية .

وتفضلوا بقبول فائق الاحترام . . . .

رئيس قـــم

المتابعـــــة والتحصيــل

ص.ب : ١٠٨٠ دبي ، هاتف : ٢١٤٨٨٨ ، فاكس : ٢٣٧٢٤٣ ، تلكس : ٤٨٧٧٢/٤٨٨٩ اسلامي اي ام ، برقيا : (اسلامي)
P.O. Box : 1080 Dubai. Tel : 214388

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002554

‫ـ ١٢٥ ـ‬

‫السيد/ مدير مركز شرطة المرقبات      المحترم‬

‫السلام عليكم ورحمة الله وبركاته‬

‫تحية طيبة وبعـــــد :‬

## ‫الموضوع : تنازل عن بلاغ رقـم‬

‫نحيطكم علما بأن السيد/ الجنسيــــــة   قــد .‬

‫لذلك نرجو التكرم باعتباره متنازلين من جانبنا عن الحق الشخصي في الشكوى المقدمة منا تجاه المذكور‬

‫اعــلاه .‬

‫ونشكر لكم صادق تعاونكم معنا‬

‫وتفضلوا بقبـــول فائـــق الاحتــرام‬

‫رئيس قسم المتابعة والتحصيل‬

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002555

- ١٣٠ -

١٩٩٤/٠٦

أخطار بسداد قيمة شيك

يـ/   المحتــرم

لام عليكم ورحمة الله وبركاته

يـة طيبـة وبعـد :

تم اخطاركم أكثر من مرة لسداد قيمة الشيك المرتد بتاريخ برقم بمبلغ =/ درهم ، مسحوب على
ك ، وحتى الأن لم تقوموا بسداد قيمة الشيك المذكور ، وبناء عليه نقدم لكم اشعارا نهائيا بأنـه مـالم
دفع المبلغ المذكور خلال من تاريخه فسوف نضطر آسفين لاتخاذ الاجراءات القانونية لحفظ
ـوق البنك ، وكلنا أمل وثقة في قيامكم بدفع المبلغ المطلوب خلال الفترة المحدد ممـا يجنبكم
ـناعب التي تنتجم عن المقاضاة والاجراءات القانونية المتعلقة بهذا الشأن .

وتفضلوا بقبول فائـق الاحتــرام ،،،،

رئيس قسم المتابعة والتحصيل

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002556

- ١٣١ -

١٩٩٤

المحترم

عليكم ورحمة الله وبركاته

لية وبعد :

م إخطاركم اكثر من مرة لسداد مديونية المعاملة رقم.بمبلغ وقدره=/ حيث مازال معلقا على حسابكم المذكور

ه .

اء عليه نقدم لكم اشعار انهائيا بانه ما لم يتم تسديدالمبلغ المستحق خلال ايام من تاريخه ، سوف نضطر آسفين

تنفاذ الإجراءات القانونية لحفظ حقوق البنك وكلنا امل وثقة في قيامكم بدفع المبلغ المطلوب خلال الفترة المحددة

ا بجنبكم المتاعب التي قد تنجم عن المقاضاه و الاجراءات القانونية المتعلقة بهذا الشأن .

وتفضلوا بقبول فائق الاحترام

رئيس قسم المتابعة والتحصيل

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002557

١٩٩٤/.٠

إشـــعـار بـالـمـسـتـحـقـات

/س        المحترم

ـلام عليكم ورحمة الله وبركاته

ـة طيبـة وبعــد :

ـدم تم احتطاركم عدة مرات لسـداد المتأخرات عن المعاملة رقم بمبلغ =/ حيث مازال معلقا على حسابكم المذكور

بلاه وما حملنا ذلك على تقديم هذا الانذار النهائي اليكم ما لم يتم تسديد المبلغ المستحق خلال من تاريخه ، نـــرف

نظطر آسفين الى اتخاذ الاجراءات القانونية تجاهكم لحفظ حقوق البنك وكلنا أمل رئفة في قيامكم بسـداد المبلغ

المطرب خلال الفترة المحددة اعلاه وذلك لتجنيبكم المتاعب التي قد تنجم عن المقاضــاه والاجراءات القانونية المتعلقة

بهنا الشأن .

ولكـم حـزيـل الشــــــكــر؛؛؛؛

رئيس قسم المتابعة والتحصيل

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002558

‏ـ ١٣٣ ـ

‏١٩٩٤/٠٦/١١

‏إنــذار عـدلـــي

‏بوكالة/

‏المنـــذر  :  بنك دبي الاسلامي

‏المنذرإليه  :

‏السلام عليكم ورحمة الله وبركاته

‏تحيـــة طيبـــة وبعـــد :

‏تم اخطاركم عدة مرات لسداد مديونية المعاملة رقم بمبلغ=/ درهم ( فقط ) حيث مازال معلقا
‏على حسابكم المذكورأعلاه مما حملنا ذلك على تقديم هذاالانذارالنهائي اليكم مالم يتم تسديدالمبلغ
‏المستحق خلال سبعة ايام من تاريخه ، فسوف نضطرآسفين الى اتخاذ الاجراءات القانونية تجاهكم
‏لحفظ حقوق البنك بمافي ذلك ملاحقتكم جزائيا وحقوقيا.

‏وكلنا امل وثقة في قيامكم بسداد المبلغ المطلوب خلال الفترة المحددة اعـــلاه مما يجنبكم المتاعب
‏التي قدتنجم عن المقاضاه والاجراءات القانونية المتعلقة بهذا الشأن .

‏ولكــم جـــزيــل الشـــكــر،،،،

‏رئيس قسم المتابعة والتح

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002559

: الإمارات العربية المتحدة)

Your Ref. .......................... مرجعكم

Our Ref. .......................... مرجعنا

— ١٣٤ —   Date ..........................

لدى محكمـــة ..........................

طلب رفع حجــز تحفظي

يرجى رفع الحجز التحفظي رقم ——————— من السيـارة

رقم ——————— الخاصــة بالمدعى ضده /

حيث قام المذكور بعمل تسوية مع المستدعى.

وتفضلوا بقبول خالص التقدير والاحترام.

المدعى :
بنك دبى الاسلامى

القـــرار :

أقرنا اجابه الطلب رفك الحجز عن

السيـارة المذكورة.   القاضـى

التاريخ :

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002560

قسم الشؤون القانونية

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002561

ويجب أن تكون الاستشارة مبنية على المبادىء القانونية المستمدة من القوانين السارية والأعراف التجارية المصرفية الثابتة بالأحكام القضائية والممارسة المصرفية. وهذه المبادىء سوف نتناولها في موقعها من المذكرة.

٢ - يقوم القسم أيضا بإعداد ومراجعة العقود بمختلف أنواعها، وذلك وفقا للنظام الأساسي للبنك، والضوابط الشرعية والقانونية، واقتراح التعديلات الضرورية عليها. ويشمل هذه العقود الاستصناع وبقية العقود المتفرعة عنه، وهي كالمشاركة، كالمشاركة المقاولة والإشراف بالإضافة الى صيغ التمويل الاسلامية الأخرى، في إنشاءها والإيجار وكل هذه تتطلب الاطلاع والمتابعة الدائمة للتطورات ذات القوانين وقرارات المحاكم واللوائح الصادرة من الجهات الحكومية ذات الاختصاص.

٣ - ومن أهم الأعمال الأساسية لقسم الشؤون القانونية ابرام وتسجيل وتنفيذ عقود وضمانات الائتمان العينية ( الرهن العقاري ).

ويكتسب عقد الرهن بالنسبة لأي بنك الأهمية، من حقيقة أن القانون جعله الضمانة الأولى والأقوى للتسهيلات الائتمانية، بل ان تعميم المصرف المركزي الخاص بالتسهيلات الائتمانية استوجب أن يكون منح الائتمان الذي يتجاوز مبالغ معينة مرتكزا على ضمان عقاري، وعلى أن يكون العقار محل العقد عقارا تجاريا جائز الحجز والتنفيذ عليه، أي لا يكون خارجا من دائرة الأموال التي يجوز الحجز عليها وبيعها، كالعقار السكني للمواطنين أو العقار المسموح عن طريق المنحة أو العطاء ( إلا اذا كان مسموح التصرف فيه بالبيع بواسطة الجهات المختصة ).

وقد خصص قانون المعاملات المدنية الاتحادية رقم ٥ لسنة ١٩٨٥ الكتاب الرابع منه للتأمينات العينية والتي قسميا الى بابين، الباب الأول: خاص بالرهن التأميني (وهذا يقع على العقارات) والثاني: الرهن الحيازي، وهذا يقع على المنقولات والعقارات.

ويلاحظ أن تعميم المصرف المركزي ركز على الرهن التأميني وجعله هو الأساس، أما الرهن الحيازي وضمانات الائتمان الشخصية الأخرى فلم يتناولها

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002562

- ١٣٨ -

لذلك يجب أن يضع الاخرة في قسم الائتمان هذا الأمر في الاعتبار عند فحص
مستندات الضمانات العقارية قبل التوصية بقبول طلب منح التسهيلات الائتمانية
بأنواعها المختلفة ، ويجنب أن يلاحظ (صاحب السمو حاكم دبي قد أصدر
توجيهات حديثة منع فيها باتا تداول الاراضي الممنوحة بواسطة سموه٠

جـ - امارة الشارقة : الأمر كذلك بالنسبة للأراضي المنحة فلا يجوز رهنها
أو التصرف فيها اطلاقا الا بعد صيرورتها ملكا وفقا لشروط القانون المحلي
بالشارقة ، وهو قانون وضع العقارات تأمينا للدين القانون المحلي رقم ١١
لسنة ١٩٧٣ ، ومن أهم معالم هذا القانون ، أي من الاشياء التي يمتاز بها عن
القوانين المحلية الاخرى ، أنه يعطي دائرة الاراضي صلاحية بيع العقار
المرهون وذلك بموجب المادة ٣٣ منه مباشرة وقبل اللجوء الى المحاكم ، حيث
تقوم الدائرة بطلب التنفيذ على العقار بالحجز وبيعه بالمزاد العلني مع ارفاق
مستند التأمين وسند الملكية ، وبعض المستندات التي تثبت الاخلال بالسداد٠
وميزة هذا الاجراء تتمثل في أن القانون ترك عنء اللجوء الى المحاكم على
المدين فاذا احتج المدين بأنه قام بسداد الدين ولم يقدم مستندا رسميا يثبت ذلك
عليه اللجوء للمحكمة لاثبات السداد وانقضاء الرهن بحكم قضائي وفي هذه
الحالة تقوم المحكمة بايقاف اجراءات البيع وقفا مؤقتا لحين الفصل في الدعوى
الرهن٠

د - الامارات الاخرى : فلا يختلف كثيرا عما هو عليه الحال في امارة دبي
ويجب الرجوع في كل حالة خاصة بتلك الامارات الى دائرة الاراضي
المختصة قبل قبول مستندات الضمان٠


٤ - قبل صدور قانون تنظيم مهنة المحاماة كان بامكان محامي البنك (القسم القانوني)
الترافع أمام المحاكم ومباشرة كافة القضايا المرفوعة من البنك ، وبالاضافة
الى القضايا المرفوعة ضد البنك٠
وقد نص قانون المحاماة المذكور في أحد مواده على عدم جواز الترافع أمام
المحاكم للمحامين غير المتفرغين ، وانما يقتصر ذلك على أن يكون المحامي

CONFIDENTIAL
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

— ١٣٩ —

مسجلا لي جدول المشتغلين بهذه المهنة ، ومرخص لمزاولتها في اطار الأصول
التي وضعها القانون .

وبذلك أصبحنا أمام عدة أوجه بالنسبة لقضايا البنك ، وأغلبها مديونيات ناتجة
عن معاملات البنك المختلفة .

*الحالة الأولى:*

تم تعيين محامي خارجي للقيام بمباشرة قضايا البنك والترافع أمام المحاكم ،
ويكون ذلك بالاشراف الكامل من قبل قسم الشؤون القانونية .  كما يتم تجهيز
ملف القضية بالكامل وذلك من مستندات وأوراق تدعم القضية ، هذا بالاضافة
الى تبادل المشورة وتقديم رأي القسم حول القضايا المرفوعة وخط سيرها .

~~قيمنا لي النظام الحديثة~~

*الحالة الثانية:*

ناتج القضايا المرفوعة بواسطة القسم القانوني وذلك منذ سنوات وحتى صدور
قانون مهنة المحاماة في عام ١٩٩١ ، وهذه القضايا التي صدر فيها
أحكام لصالح البنك .  فهذه الملفات يتم التعامل معها بعناية ومتابعة دقيقة ،
ويكون ذلك بدراسة الملف والوقوف على الجدوى من اتخاذ الاجراءات
القانونية . ونعني بها وسائل الضغط لاجبار المدين على السداد .

ويكون ذلك كل حسب حالته ؛ فاما أن يكون المدين يعمل لدى جهة ~~حكومية~~
تستجيب المحكمة لطلب البنك بايقاع الحجز على مرتبه وتحويل جزء منه
للمحكمة ليكون سدادا للدين ، أو ايقاع الحجز على مستحقاته نهاية الخدمة .

واما اذا كان العميل تاجرا يحاول المماطلة ، يتم تقديم طلب للمحكمة لمخاطبة
الجهات المختصة بالاملاك كدائرة الأراضي أو البنوك ، والحجز على أملاكه ،
وان كان هناك رهنا يتم التنفيذ على الرهن لاستيفاء حق البنك ، وكذلك نلجأ في
أضيق الحدود الى طلب حبس المدين عن طريق المحكمة كوسيلة ضغط
واجبار لسداد الدين . وحين رأينا أنه لا فائدة من الاجراءات القانونية كهروب
العميل مثلا ، أو ضآلة مبلغ المطالبة ، أو عدم معرفة العنوان مما يصعب
التنفيذ عنه ، فيتم رفع الأمر لادارة البنك .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002564

– ١٤٠ –

*الحالة الثالثة:*

بالنسبة لقضايا الايجارات ، فأمام سياسة البنك للاستثمار العقاري والتركيز على هذا النوع من الاستثمار الجوهري سيتم سريف مجال الخطورة فيه ، بدأ البنك في الآونة الأخيرة يشترط أن تكون إدارة العقار الخاص بالمتعامل للبنك كنوع من الضمانات الضرورية للمحافظة على أموال البنك ، وأمام هذا الازدياد المضطرد كثرت مشاكل المستأجرين ، وذلك يتمثل في التخلف عن سداد الايجار .

ويكمن دور قسم الشؤون القانونية في استلام هذه الملفات التي ترد الينا من قسم الخدمات العقارية ، بالاضافة الى بعض الفروع ، وتجهيز المستندات اللازمة لرفع الدعوى وسداد الرسوم وحضور الجلسات أمام لجان الايجارات ومتابعة القضايا أولا بأول حتى صدور القرار فيها وبعد ذلك يتم تنفيذ هذه القرارات أمام المحاكم بعد سداد الرسوم المقررة لذلك .

والجدير بالذكر أن لجان الايجارات ليها الطابع القضائي وقراراتها بمتابعة الحكم القطعي .

وقد اتجهت سياسة جميع الامارات الى اصدار مراسيم بتشكيل لجان الايجارات على غرار لجنة الايجارات بدبي ، حيث أنها السابقة في هذا المجال لكثرة النزاعات بين الملاك والمستأجرين .

وتجدر الاشارة هنا أنه بقدر الوسائل المتاحة يقوم القسم القانوني بتغطية كافة قضايا الايجارات على مستوى الامارات من : حضور ، وتنفيذ ، واخلاءات ، وبيع بالمزاد العلني للمحجوزات في الشقق . ولا يقتصر ذلك على فترة الدوام الرسمي وانما لابد من حضور جلسات المحاكم مساء خصوصا أمام لجنة ايجارات دبي .

أما بالنسبة للبلاغات الجنائية الخاصة بالشيكات المرتدة ، فلا يزال الأمر يجري على أن يقوم قسم الشؤون القانونية باعداد الشيكات وتسجيلها ومتابعتها لدى الشرطة والنيابة وذلك الى مرحلة احالتها للمحكمة ، فاذا لم يتوصل القسم الى

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

- ١٤١ -

تسوية ودية للبلاغ مع المدين أحيل الملف للمحامي الخارجي للاستمرار في
الدعوى أمام المحكمة بغرض تحصيل حقوق البنك .

وفي هذا الصدد لا يفوتنا أن ننوه الى أنه وفي أغلب البلاغات لم تتمكن الشرطة
من القاء القبض على المدين أو ملاحقته لعدم وجود عنوان ظاهر ومعروف ،
لذلك يرجى من الاخوة عند قبول طلبات المرابحات أو المعاملات المختلفة أخذ
عناوين العملاء والكفلاء بالتفصيل ويجب أن لا يكتفى بصندوق البريد أوالهاتف
أو جهة العمل فقط ، خاصة في المعاملات غير المضمونة بضمان عيني
عقاري ، والا كان الموظف في هذه الحالة مسؤولا قانونا عن ضمان الاضرار
المادية التي تنتج عن هذا الاهمال وعدم الحيطة والحذر ، الذي يعرض حقوق
البنك والمودعين للضياع .

وعموما فان قسم الشؤون القانونية بأي بنك هو الذي يجب أن يعتبر صمام
الأمان بالنسبة لأعمال البنك بجميع جوانبها ، حيث أن عدم مراقبة تطبيق
القانون واللوائح ونظم البنك المستمدة من نظامه الاساسي ، هو الذي يؤدي الى
الكوارث المالية والأدبية التي تلحق بالبنوك عامة .

لذلك ننتهز هذه الفرصة لنرفع صوتنا طالبين دعم قسم الشؤون القانونية من
جميع النواحي البشرية والمادية ، حتى يتمكن من القيام بواجباته بكفاءة ،
والهدف من ذلك في النهاية الارتقاء بالعمل وجعله نموذجا يحتذى به بواسطة
جميع البنوك الاسلامية .

<u>الجزء الثاني :   بعض المبادئ الاجرائية والقانونية التي يجب وضعها في الاعتبار
عند ابداء النصح والمشورة</u>

<u>أولا :   صلاحية الشخص لابرام المعاملات وتوقيع الوثائق اللازمة لها :</u>

ان المتعامل الذي يقوم باجراء المعاملات مع البنك اما ان يكون فردا يجري
المعاملة باسمه شخصيا ، أو شركة تجري المعاملة بواسطة مديرها ، أو وكيل
البنك في حالة المؤسسة المسلوكة ملكية فردية ، وفي حالة من الحالات يجب

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002566

- ١٤٢ -

أن تتوفر شروط الأهلية القانونية لاجراء التصرفات عامة ، وفي  هذه المذكرة
سوف نتناول الوضع في كل حالة  باختصاص وبصورة توضح الناحية العملية
دون الخوض في التعريفات القانونية والجدل الفقهي ، لأن المقصود هنا أن
يتمكن الاخوة موظفو البنك في الأقسام الأخرى من غير القانونيين من استيعاب
هذه القواعد وتطبيقها مباشرة في معاملاتهم .

صلاحية الشخص في التوقيع من حيث التفويض والسن القانونية:
اذا كان من يريد توقيع الطلب أو العقد أو أية وثيقة ذات علاقة تصريح بالمعاملة
أصالة نيذا الوضع لا يوجد صعوبة ، كل الذي يجب عمله هو اتخاذ
الاجراءات الكافية لاثبات الشخصية ، ثم التأكد من بلوغه السن القانونية لابرام
التصرفات واستيفائه لشروط القانون هنا وهنا يجب ايضاح نقطتين:

اثبات الشخصية
عموما ان اثبات الشخصية يمكن أن يكون بفحص أي مستند رسمي صادر من
جهة حكومية مختصة ، كرخصة القيادة ، أو جواز السفر : أو بطاقة العمل .
الا أنه في المعاملات المصرفية وعلى وجه الخصوص عند ابرام عقد الحساب
الجاري أو الاستثماري ، اشترط تعميم المصرف المركزي ضرورة الاطلاع
على جواز السفر الأصلي للعميل ثم أخذ صورة عنه يثبت فيها أنها طبق
الأصل (بواسطة موظف البنك) والغرض من ذلك التحقق من الشخصية ،
والتحقق من السن القانونية للمتعامل .

السن القانونية:
القاعدة العامة والتي نص عليها قانون المعاملات المدنية في المادة ١٥٧ هي أن
كل شخص أهل للتعاقد مالم تسلب أهليته أو يحد منها بحكم القانون ، وهذه
الأهلية تنتفي بالعته أو الجنون أو الحجر القضائي ولا يتمتع بها الصغير الا في
حدود ضيقة كما سوف نرى أدناه .
والشخص البالغ الرشيد هو الشخص الذي له ابرام التصرفات ، وسن الرشد في
دولة الامارات العربية المتحدة هي احدى وعشرون سنة (٢١) .

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002567

- ١٤٣ -

أيـرم

أمـا القاصـر الـذي لـم يبلـغ السـن القانونيـة فـلا يجـوز لـه التوقيـع علـى جميـع
التصرفـات الا اذا كان مأذونـا في ذلـك وفقـا لشـروط القانـون (م ١٦١ معامـلات) .

**القاصر الذي لم يبلـغ الثامنـة عشـر ؛**
مـن لـم يبلـغ الثامنـة عشـر لا يجـوز لـه اطلاقـا توقيـع العقـود أو الطلبـات سـواء أكـانت
متعلقـة بحسابـات بنكيـة أو بعقـود بيـع وشـراء (مرابحـات) أو ضمانـات أو خلافـه .
فـاذا كانـت هنـاك ضـرورة لاجـراء معاملـة باسمـه ولحسابـه ، يجريهـا نيابـة عنـه
ويحكـم القانـون وليـه الشـرعي (والـد) أو جـده الصـحيح أو الوصـي الشـرعي
المعيـن بواسطـة المحكمـة الشرعيـة ، اذا كان الولـي الشـرعي متوفيـا ؛ والولايـة لا
تكـون الا للأب أو الجـد الصحيـح وان عـلا ، أمـا الوصايـة فتثبـت قضـاء لمـن
يستحقهـا مـن غيـر هـؤلاء (كـالأم وغيرهـا) .

**القاصـر الـذي بلـغ الثامنـة عشـر ؛**
القاصـر الـذي بلـغ سـن الثامنـة عشـر ولـم يبلـغ الحاديـة والعشـرين لا يجـوز لـه
مباشـرة العقـود التجاريـة (ويدخـل ضمنهـا معامـلات البنـك) الا اذا اذن لـه القاضـي
بذلـك . أي الا اذا أحضـر حكمـا قضائيـا بذلـك (مـن المحكمـة الشرعيـة المختصـة)
وفـي غيـر هـذه الحالـة لا يجـوز اطلاقـا السـماح لـه بتوقيـع عقـود المرابحـات
والضمانـات وكافـة الوثائـق .

**استثنـاء اداري ؛**
ان التعميـم الصـادر مـن المصـرف المركـزي مؤخـرا استثنـى حالـة واحـدة مـن الفئـة
أعـلاه وهـي حالـى فتـح الحسـاب الجـاري ، فأجـاز للقاصـر الـذي بلـغ سـن الثامنـة
عشـر فتـح حسـاب جـار والحصـول علـى دفتـر شيكـات . وفـي رأينـا أن هـذا وضـع
غـريب للقـرارات الاداريـة لا تؤثـر أو تعـدل القانـون أو التشـريع لذلـك كان أحـرى
بالمصـرف المركـزي أن يطلـب مـن الجهـات التشريعيـة المختصـة تعديـل القانـون ،
وادخـال ذلـك الاستثنـاء فـي صلـب القانـون أو تخفيـض لسـن القانونيـة النـى الثامنـة
عشـر لتطابـق القانـون مـع الواقـع وهـو أن هنـاك موظفيـن مدنييـن وعسكرييـن
بالدولـة ينضمـوا للخدمـة قبـل بلـوغ سـن الحاديـة والعشـرين ، كمـا نعلـم هنـاك فئـة

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002568

_ ١٤٤ _

كبيرة من مواطني الدولة يعملون بالقوات المسلحة والجهات النظامية الأخرى
ويتقلدون رتبا مختلفة ومعاشات متفاوته وبالضرورة يمنحون رخص قيادة
سيارات ويتبع ذلك شراؤهم للسيارات لاستخدامها في مهام عملهم وشؤونهم
الخاصة ، فهل يعقل أن يحرم مثل هذا الشخص من امتلاك سيارة لسبب عدم
بلوغه سن الرشد (٢١) المنصوص عليها في القانون.

في رأينا ان الحل يكمن في نص المادة ١٦ من قانون المعاملات المدنية فقد
أجاز للولي أن يأذن للقاصر الذي أتم الثامنة عشر هجرية تسلم أمواله كليا
أو بعضها لادارتها.

وعلى ضوء ذلك يمكننا السماح له باجراء معاملة المرابحة الخاصة بالسيارات
فقد بعد حصوله على الاذن المكتوب من وليه الشرعي ، أو بعد توقيعه معه
على العقد ، (كاذن فقط) ويمكن في هذه الحالة أن يكون المشتري في العقد هو
القاصر مباشرة.

ولا يجوز أخذ هذا الاذن من الوصي المعين بواسطة المحكمة ، فان الحق في
منح الاذن للولي الشرعي فقط ( الوالد أو الجد ) أو ولي الوصي.

<u>ملحوظة هامة في هذا الصدد</u>
لا يجوز للقاصر (الذي لم يبلغ سن ٢١ سنة) وفي جميع الأحوال توقيع العقود
واجراء المعاملات نيابة عن غيره ، سواء أكان مأذونا أم غير مأذون.

النيابة عن الغير في توقيع العقود والوثائق
أ – <u>بالنسبة للأفراد</u>
على ضوء ما ذكر أعلاه فان كل بالغ رشيد له حق اجراء المعاملات نيابة عن
غيره. فيما عدا حالة القاصر لا ينوب عنه غير الولي أو الوصي الشرعي
المعين بواسطة المحكمة الشرعية.

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002569

ويجب ملاحظة أن الوكالة يجب أن تشمل وبوجه صريح وواضح كل الأعمال المراد اجراءها وخاصة التصرفات في الملكية كالبيع والرهن وتقديم الأموال كضمان عيني أو شخصي كل ذلك لا يجوز فيه استعمال الألفاظ العامة .

ب ـ *بالنسبة للشركات والمؤسسات*

١) اذا كانت المؤسسة مملوكة ملكية فردية فان الوكيل يجوز له اجراء المعاملة بموجب الوكالة العامة التي يحررها التاجر أو غيره وتشمل التصرف في جميع ممتلكاته سواء أكانت عينية أو غيرها، ولا يشترط أن تذكر المؤسسة بالاسم وعلى وجه التحديد فهي من ضمن الممتلكات التي يجري التصرف فيها بموجب الوكالة . واذا كانت الوكالة خاصة بالمؤسسة على وجه التحديد فهذا أفضل .

٢) بالنسبة للشركات يجب أن نفرق بين أنواع الشركات المختلفة :

١ ـ الشركة ذات المسؤولية المحدودة :

أن شركة المسؤولية المحدودة تكتسب الشخصية القانونية كالشخص الطبيعي بمجرد اكتمال تسجيلها بموجب قانون الشركات . ومديرها يعين بموجب عقد التأسيس أو بموجب عقد منفصل ومعتمد من الدائرة الاقتصادية أو الجهة المختصة وفق قانون الشركات .

فيها المدير له صلاحية ابرام العقود والمعاملات وتوقيع الوثائق الخاصة بها ، دون الحاجة الى توكيل خاص من الشركاء (المساهمين ) فان طلب التوكيل في هذه الحالة مخالف لقانون الشركات .

كل الذي يجب عمله هو فحص عقد التأسيس وكشف المديرين المرفق معه بعناية ودقة نتأكد من أن الشخص المتقدم للتوقيع مخول بواسطة قانون الشركات الاتحادي . ويجب أن يلاحظ أن المدير المفوض على النحو الوارد أعلاه لا يجوز الاعتراض على تصرفاته بواسطة الشركاء مباشرة فلا يجوز انفاذه الا عن طريق انقضاء أو بواسطة قرار من الجمعية العمومية ، أو من مجلس الادارة اذا كان المدير معينا بواسطته .

٢ ـ الشركة التضامنية :

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

‑ ١٤٦ ‑

في هذه الحالة يجب أن يكون هناك تفويض موقع بواسطة جميع الشركاء واذا
كان المدير المفوض شريكا يجب أن يحصل على تفويض موقع بواسطة
شريكه الا اذا كان عقد انشاء الشركة المصدق قانونا يسمح لأي من الشركاء
التصرف منفردا•

٣ ‑ شركة الترصية البسيطة
في هذا النوع من الشركات حق التوقيع في معاملات البنك يكون للشرك
المواطن فقط أو من يوكله بتوكيل مصدق قانونا ولا يجوز أن يقوم الشريك
المواطن بتوكيل الشريك الموصي•

٤ ‑ شركة الأعمال (أو الشركات المهنية):
مثال لذلك " شركات الأطباء والحرفيون وخلافه ، ولا يدخل ضمنها المقاولات "
في هذه الحالة يجوز لكل شريك أن يوكل غيره من الشركة وللشريك أن يوقع
اذا كان العقد يعطيه حق التوقيع المنفرد ، وتتكرر أنه في جميع أنواع هذه
الشركات يجب فحص جميع الوثائق جيدا وهي على سبيل المثال:

‑ عقد التأسيس•

‑ كشف المديرين في حالة شركة المسؤولية المحدودة•

‑ الرخصة التجارية•

‑ الوكالات في الحالات التي تتطلب ذلك•

‑ جوازات السفر لاثبات شخصية الوكيل•

ثانيا : القوانين والمراجع التي يجب الاطلاع عليها عند ابداء النصح القانوني

‑ فيما يتعلق بالعقود المدنية

( الاستمتاع والمقاولة والمشــاركات والاهليــة القانونيــة للأشخاص ) يجب
الاطلاع على قانون المعاملات المدنية لسنة ١٩٨٥ والاحكام القضائية المفسرة
له ، سواء أكانت صادرة من المحكمة الاتحادية العليا أو من محكمة التمييز•

‑ بالنسبة للعقود التجارية

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

مثل بيـع البضــائع والسيارات ( المرابحات ) سـواء كــان ذلك في المرابحات الدوليــة أو المحليــة وفيمـا يتعلـق بـالرأي القــانوني في الحسـابـات الجاريـة والاستثمارية وجميع الأعمـال المصرفية المعتادة ، يجـب على المستشــارين القانونيين بالقسم الاطلاع على قــانون المعـاملات التجاريـة الاتحاديـة رقم ١٨ لسنة ١٩٩٣ والأحكــام القضائيــة وكتب الفقـه الشــارحة للأحكــام القانونيـة والمبادىء المشابهة لما ورد بهذا القانون •

وأكـرر ضرورة الرجوع لكل من هذه المراجـع والقوانين وملفات الاستشـارات السابقة قبل ابداء الـرأي القـانوني تفاديا للوقوع في تضـارب وتنـاقض الاراء الذي قد يؤدي الى وقـوع أضـرار لا يمكن تفاديها • مـع ملاحظـة أنـه لا يجـوز تفسير النصـوص الواردة في قانون المعـاملات التجاريـة بمعزل عن القوانين الأخرى وخاصة قانون المعـاملات المدنية فالتفسير يجب أن يكـون وفقـا لما استقر عليـه الفقـه والقضـاء • ويجـدر بنـا الاشـارة هنـا الى أن بعض الاخـوة في الأقسـام المختلفـة درج على الرجوع الى النصـوص القانونيـة مباشـرة واجـراء المعـاملات أو ابداء الرأي وفـق التفسـير الحرفي لمـا بـدى أمـامهم من معـاني للنصـوص القانونيـة ، فهذه أشـياء يجـب أن تـترك للقـانوني ، فيـو المعـني المختص والذي قد ينظر اليهـا بمنظور مختلف يعطي معان قانونيـة مختلفـة ، وذلك تفاديا لوقوع أي ضـرر لا يمكن تداركـه •

وتشـير في نهايـة هذه النقطة ولأهميـة قـانون المعـاملات التجاريـة وخاصـة معـاملات البنوك في مذكرة منفصلة سوف تلحق بهذه المذكرة فيمـا بعد •

الجـزء الثالث : ضمانات الائتمان المصرفي وضرورة فحصها قانونا

كما ذكرنا أن أو مـا يتبـادر الى ذهن المصرفي الحريص على أمـوال مصرفه هو ما الذي يضمن أن التسهيلات المصرفيـة الممنوحـة أو الاعتمـاد سوف يسـدد عندما يحين أجله ؟

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

- ١٤٨ -

وللاجابة على ذلك يجب اللجوء لضوابط الائتمان المختلفة والتي تنقسم الى قسمين أو مرحلتين:

*المرحلة الأولى:*

دراسة العميل نفسه من حيث الملاءة والسمعة التجارية والتأكد من خلو صحيفته القضائية بالاضافة الى دراسة الجدوى الاقتصادية للمشروع.

ودراسة ملاءة العميل هذه وجوبية أي اشترطها المصرف المركزي بالتعميم رقم ٩٣/١٦ الصادر بتاريخ ١٩٩٣/١٠/١٤ ، ومخالفته قد تؤدي الى توقيع عقوبات ادارية على البنك بموجب قانون الرقابة على المصارف.

فاذا نجح العميل في ذلك ننتقل به الى المرحلة الثانية.

*المرحلة الثانية:*

النظر في الضمانات القانونية المناسبة التي يجب أن يقدمها العميل ونضمن بها سداد المبالغ الممنوحة بأي صورة من صور التمويلات المختلفة للبنك.

وهذه الضمانات تنقسم الى قسمين:

أ – <u>ضمانات شخصية</u>

١ – كفيل شخصي مليء ( يكفل كفالة شخصية أو عينية عقارية ).

٢ – ضمانة بنكية.

٣ – حوالة حق – التنازل عن حقه لدى الغير.

ب – <u>ضمانات عينية</u>

١ – رهن عقاري.

٢ – رهن المحل التجاري.

٣ – رهن أوراق مالية أو تجارية أو شهادات استثمارية.

وسوف نتناول ما يجب مراعاته عند قبول أي نوع من هذه الضمانات. وقبل الخوض في ذلك يجب ملاحظة أن البنك وبموجب قانون المصرف المركزي – باب الرقابة على المصارف – وبالتعميم رقم ٩٣/١٦ يلتزم بوضع سياسة ائتمانية عامة مع الأخذ في الاعتبار بمخاطر التسهيلات المصرفية المختلفة.

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002573

ــ ١٤٩ ــ

على أن تتضمن السياسة معايير دقيقة ومحددة للتحليل العميق لملاءة كل عميل على حدة.

وقد لاحظنا وجود بعض المعاملات التي لم تراع فيها هذه الضوابط الائتمانية بدقة لذلك نرجو الرجوع لقسم الشؤون القانونية قبل التوصية النهائية بقبول الضمانات ليتم التأكد من مطابقتها للقانون وضوابط المصرف المركزي وذلك لتفادي قبول الضمانات الوهمية (الورقية) وبعد هذه الملاحظة يجدر بنا ابداء بعض الملاحظات القانونية حول هذه الضمانات.

ــ الضمانات الشخصية.

ان الضمانات الضعيفة التي كانت تقبل لمنح التسهيلات المصرفية قد تسببت في هزات اقتصادية عنيفة لكثير من البنوك أدت الى افلاس بعضها وتصفيتها ، وتجربة بنك الاعتماد والتجارة الدولي ليست ببعيدة فقد كانت ضماناته في أغلبها ضمانات شخصية وهمية بل كانت معاملاته وهمية أيضا فقد كانت الضمانات الشخصية في كثير من الاحيان مخالفة للضوابط الائتمانية المصرفية ، فكانت في صورة توصية أو تزكية من شخصية ذات نفوذ ، الأمر الذي أدى الى تظهير طائفة أو فئة من الحاصلين على أموال البنوك كانت خطتهم الثراء السريع عن طريق التنشيط والمشاريع غير المدروسة دون توافر الخبرات الكافية

لذلك نحن في بنك دبي الاسلامي وحتى لا نتعرض تجربتنا الاسلامية الفريدة للخطر ، يجب أن نتفادى المحظورات التي وقعت فيها البنوك التجارية والتي بطبيعتها محظورات مخالفة لنظامنا الاسلامي الذي يحض ضمانات وجوده في داخله ، على شرط أن تراع الضوابط الشرعية العديدة التي يحويها ذلك النظام.

وما ذكرنا أعلاه يقودنا الى المطالبة بضرورة التقليل من الارتكاز على الضمانات الشخصية في التسهيلات الائتمانية ذات المبالغ الكبيرة ، واذا كان

**CONFIDENTIAL**
This document is subject to a Protective Order regarding confidential information in
03 MDL 1570 (GBD), United States District Court for the Southern District of New York.

DIB_002574