**Ex. B-1**

Jessica DeRubbio, et al. v. Islamic Republic of Iran, No. 1:18-cv-05306 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount | PLACE OF INJURY |
|---|---|---|---|---|---|---|---|---|
| 1. | Ramzi | A. | Doany | | $1,157,557.00 | $2,000,000.00 | $3,157,557.00 | World Trade Center (New York) |
| 2. | Peter | | Gyulavary | | $2,638,852.00 | $2,000,000.00 | $4,638,852.00 | World Trade Center (New York) |
| 3. | Gricelda | E. | James | | $683,893.00 | $2,000,000.00 | $2,683,893.00 | World Trade Center (New York) |
| | **TOTALS** | | | | $4,480,302.00 | $6,000,000.00 | **$10,480,302.00** | |