WILMER, CUTLER & PICKERING

2445 M STREET, N.W.
WASHINGTON, DC 20037-1420

TELEPHONE +1 (202) 663 6000
FACSIMILE +1 (202) 663 6363
WWW.WILMER.COM

Louis R. Cohen
(202) 663 6700
LCOHEN@WILMER.COM

399 PARK AVENUE
NEW YORK, NY 10022-4697
TELEPHONE +1 (212) 230 8800
FACSIMILE +1 (212) 230 8888

100 LIGHT STREET
BALTIMORE, MD 21202-1036
TELEPHONE +1 (410) 986 2800
FACSIMILE +1 (410) 986 2828

1600 TYSONS BOULEVARD
10TH FLOOR
TYSONS CORNER, VA 22102-4859
TELEPHONE +1 (703) 251 9700
FACSIMILE +1 (703) 251 9797

4 CARLTON GARDENS
LONDON SW1Y5AA, ENGLAND
TELEPHONE +44 (0) 20 7872 1000
FACSIMILE +44 (0) 20 7839 3537

RUE DE LA LOI 15 WETSTRAAT
B-1040 BRUSSELS, BELGIUM
TELEPHONE +32 (0)2 285 49 00
FACSIMILE +32 (0)2 285 49 49

FRIEDRICHSTRASSE 95
D-10117 BERLIN, GERMANY
TELEPHONE +49 (30) 20 22 6400
FACSIMILE +49 (30) 20 22 6500

## MEMO ENDORSED

December 12, 2003

BY FEDERAL EXPRESS

The Honorable Richard C. Casey
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
Room 1950
New York, New York 10007

Re: *Ashton et al. v. Al Qaeda Islamic Army et al.* (No. 02-cv-6977 (MDL-1570) RCC)

Dear Judge Casey:

This firm represents Prince Mohamed al Faisal al Saud ("Prince Mohamed"), a defendant in this case. Pursuant to Local Rule 2.A., this letter asks the Court for permission to file a Motion to Dismiss on behalf of Prince Mohamed. His response to the Complaint is due January 8, 2004.

Prince Mohamed, in order to obtain prompt dismissal from this case, voluntarily agreed to waive service of process on April 20, 2003. Prince Mohamed prepared a Motion to Dismiss and, pursuant to this court's rules, requested at the May 30, 2003 status conference permission to file that motion. Although permission was not granted at that time, the Court invited the parties to submit letters describing the history and posture of the case. Prince Mohamed responded to that invitation in a letter dated June 16, 2003, in which he also renewed his request for permission to file his Motion to Dismiss. At a July 29, 2003 status conference, the Court declined to grant Prince Mohamed's request for permission to file his motion, but granted a further extension of time.

Subsequently, defendant Saudi Bin Laden Group filed before the Judicial Panel on Multidistrict Litigation a Motion to Transfer and Consolidate this and related cases under 28 U.S.C. § 1407. Given the pendency of that motion, this Court granted additional extensions of time for Prince Mohamed to obtain permission to file (and to file) his responsive motion: first until December 8, 2003, and then until thirty days after the ruling of the Judicial Panel on Multidistrict Litigation. That Panel issued an Order on December 9, 2003, transferring these related cases to this Court. Prince Mohamed's responsive pleading is now due on January 8, 2004.

As Prince Mohamed stated in his letter to this Court of June 16, 2003, he intends to seek dismissal on the grounds of lack of personal jurisdiction and failure to state any claim upon which relief can be granted. The Complaint alleges nothing--literally nothing--that connects Prince Mohamed with the United States or the terrible events of September 11. Prior to the transfer and consolidation of these cases to this Court, Judge James Robertson dismissed claims against defendant Prince Sultan bin Abdulaziz Al-Saud in *Burnett v. Al Baraka* for lack of personal jurisdiction, because of lack of any sufficient allegations of connections with the United States or September 11. The allegations against Prince Mohamed in this case provide even less basis for asserting personal jurisdiction than the allegations Judge Robertson found wholly inadequate.

No judicial economy will be served by further postponing consideration of Prince Mohamed's motion. Responsive pleadings by several other Defendants are due at or near the same time as Prince Mohamed's. Numerous other Defendants have yet even to be served. But whether Prince Mohamed's motion is considered by itself or along with motions by one or more other Defendants, his motion will turn on the specific allegations of the Complaint relating to him and the absence of any factual allegations specific to Prince Mohamed that would even come close to supporting either the exercise of personal jurisdiction or a claim against him on the merits.

In the event that the Court decides to postpone the filing by Prince Mohamed of a Motion to Dismiss at this time, we request guidance from the Court as to how the Court wishes to proceed. As noted, his response is due on January 8, 2004. In order to avoid the need for further requests for extensions of time, the Court might consider extending the deadline for responding to the Complaint until a date certain for all Defendants whose due dates would otherwise occur before that time.

Thank you very much for considering this request.

Sincerely,

Louis R. Cohen

Richard Berriage 12/23/03

cc: James P. Kreindler, Esq. (via facsimile and USPS)
Andrew J. Maloney, III
Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590
Fax: 212 972-9432

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing a copy to all counsel and retaining verification of such in case file. Do not fax such verification to Chambers.

[Stamp: U.S. DISTRICT COURT, DEC 23 2003, S.D. OF N.Y.]

The Honorable Richard C. Casey
December 12, 2003
Page 3

      Kenneth P. Nolan, Esq. (via USPS)
      Speiser, Krause, Nolan & Granito
      Two Grand Central Tower
      140 East 45th Street, 34th Floor
      New York, NY  10017

      Michel F. Baumeister, Esq. (via USPS)
      Baumeister & Samuels, P.C.
      One Exchange Plaza
      New York, NY  10006

      Jonathan C. Reiter, Esq. (via USPS)
      Law Firm of Broder & Reiter
      350 Fifth Avenue, Suite 2811
      New York, NY  10118

      Donald. J. Nolan, Esq. (via USPS)
      Nolan Law Group
      20 North Clark Street, 30th Floor
      Chicago, IL. 60602

      Stephen J. Brogan, Esq. (via USPS)
      Blaney Harper
      Jones Day
      51 Louisiana Avenue, N.W.
      Washington, D.C. 20001-2113

      Ronald L. Motley, Esq. (via USPS)
      Motley Rice LLC
      28 Bridgeside Boulevard, P. O. Box 1792
      Mount Pleasant, SC  29465

      Matthew H. Kirkland, Esq. (via USPS)
      Fulbright & Jaworski
      801 Pennsylvania Avenue, N.W.
      Washington, D.C.  20004

      Larry Klayman, Esq. (via USPS)
      Judicial Watch, Inc.
      501 School Street, S.W., Suite 725
      Washington, D.C. 20024

      Ronald S. Liebman, Esq. (via USPS)
      Patton, Boggs, L.L.P.

The Honorable Richard C. Casey
December 12, 2003
Page 4

    2250 M Street, N.W., Suite 2800
    Washington, D.C. 20037

    Nicole Erb, Esq. (via USPS)
    Christopher M. Curran, Esq.
    Frank Panopoulos, Esq.
    White & Case, LLP
    601 Thirteenth Street, N.W.
    Washington, D.C. 20005

    Christopher R. Cooper, Esq. (via USPS)
    William H. Jeffress, Esq.
    Sara Kropf, Esq.
    Baker Botts LLP
    The Warner
    1299 Pennsylvania Avenue, N.W.
    Washington, D.C. 20004-2400

    Michael Hadeed, Esq. (via USPS)
    Becker, Hadeed, Kellogg & Berry, P.C.
    5501 Backlick Road
    Springfield, VA 22151

    Lynne A. Bernabei, Esq. (via USPS)
    Alan R. Kabat, Esq.
    Bernabei & Katz, PLLC
    1773 T Street, N.W.
    Washington, D.C. 20009

    Matthew Henry Simmons, Esq. (via USPS)
    Roger C. Simmons, Esq.
    Gordon & Simmons
    131 West Patrick Street
    P. O. Box 430 (21705-0430)
    Frederick, MD 21701

    Michael J. Guzman, Esq. (via USPS)
    March C. Hansen, Esq.
    Michael K. Kellogg, Esq.
    Kellogg, Huber, Hansen, Todd & Evans PLLC
    Sumner Square
    1615 M Street, N.W., Suite 400
    Washington, D.C. 20036-3209

The Honorable Richard C. Casey
December 12, 2003
Page 5

       Maher H. Hanania, Esq. (via USPS)
       Kamal Nawash, Esq.
       Hanania, Khader & Nawash
       6066 Leesburg Pike, Suite 101
       Falls Church, VA  22041

       Reed Smith, Esq. (via USPS)
       Nancy Luque, Esq.
       1301 K Street, N.W., Suite 1100
       Washington, D.C.  20005

       Richard T. Marooney, Esq. (via USPS)
       King & Spalding, L.L.P.
       1185 Avenue of the Americas
       New York, NY 10036-4003

       Martin F. McMahon, Esq. (via USPS)
       Law Offices of Martin F. McMahon
       1150 Connecticut Avenue, N.W., Suite 900
       Washington, D.C. 20036

       Thomas E. Mellon, Jr., Esq. (via USPS)
       Mellon, Webster & Shelly
       87 North Broad Street
       Doylestown, PA 18901

       David J. O'Brien, Esq. (via USPS)
       J.D. O'Brien Law Office
       20 Vesey Street, Suite 700
       New York, NY 10007

       Wilmer Parker, Esq. (via USPS)
       Gillen, Parker & Withers, L.L.C.
       One Securities Centre, Suite 1050
       3490 Piedmont Road, N.E.
       Atlanta, GA 30305

       Roger E. Warin, Esq. (via USPS)
       Steptoe & Johnson, L.L.P.
       1330 Connecticut Avenue, N.W.
       Washington, D.C. 20036

       Henry S. Weisburg, Esq. (via USPS)
       Shearman & Sterling

The Honorable Richard C. Casey
December 12, 2003
Page 6

599 Lexington Avenue
New York, NY 10022-6069