Ex. A-2

Roberta Agyeman, et al. v. Islamic Republic of Iran, No. 1:18-cv-05320 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT | PLACE OF INJURY |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Sophia |  | Addo | Roberta |  | Agyeman |  | Child | $8,500,000.00 | World Trade Center (New York) |
| 2. | Sophia |  | Addo | Joseph |  | Ameyaw |  | Spouse | $12,500,000.00 | World Trade Center (New York) |
| 3. | Antonio | J. | Alvarez | Filiberta |  | Barragan |  | Spouse | $12,500,000.00 | World Trade Center (New York) |
| 4. | Luis | A. | Chimbo | Ana |  | Soria |  | Spouse | $12,500,000.00 | World Trade Center (New York) |
| 5. | Luis | A. | Chimbo | Luis |  | Chimbo |  | Child | $8,500,000.00 | World Trade Center (New York) |
| 6. | Jaime |  | Concepcion | Juana |  | Colon |  | Spouse | $12,500,000.00 | World Trade Center (New York) |
| 7. | Helen |  | Cook | Blanca | M. | Garcia |  | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 8. | Helen |  | Cook | Edson |  | Garcia |  | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 9. | Helen |  | Cook | Keidy |  | Garcia |  | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 10. | Helen |  | Cook | Teoflia |  | Garcia |  | Parent | $8,500,000.00 | World Trade Center (New York) |

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT | PLACE OF INJURY |
|---|---|---|---|---|---|---|---|---|---|---|
| 11. | Titus |  | Davidson | William |  | Davidson |  | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 12. | Titus |  | Davidson | Delores (Monica) |  | Akinshara |  | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 13. | Titus |  | Davidson | Janet |  | Davidson |  | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 14. | Titus |  | Davidson | Merna |  | Davidson |  | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 15. | Titus |  | Davidson | Michelle |  | Davidson |  | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 16. | Titus |  | Davidson | Phillip |  | Davidson |  | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 17. | Titus |  | Davidson | Rose |  | Davidson |  | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 18. | Titus |  | Davidson | Sam |  | Davidson |  | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 19. | Titus |  | Davidson | Trevor |  | Davidson |  | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 20. | Titus |  | Davidson | Shirley |  | White |  | Sibling | $4,250,000.00 | World Trade Center (New York) |

**TOTAL** $130,750,000.00

docs-100628194.1

docs-100628194.1