**EXHIBIT B-2**

Burnett, et al. v. Al Baraka Inv. Dev. Corp., et al., No. 03-cv-9849 (GBD)(SN)
U.S. National Estate Claims of 9/11 Decedents Under the ATA Without Prior Judgments in the MDL

| # | 9/11 Decedent's First Name | 9/11 Decedent's Middle Name | 9/11 Decedent's Last Name | Suffix | Personal Representative(s) | Nationality of 9/11 Decedent | Date Plaintiff Added | Docket Entry When First Added to Complaint | Proposed Judgment for Conscious Pain and Suffering | Proposed Judgment for Economic-Loss Damages | Proposed Total Judgment to Be Applied As Compensatory Damages Under the ATA | Treble Damages Under the ATA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Donald | L. | Adams | | | United States | 2/21/2003 | DKT 77; 1:02-cv-01616-JR; AP200 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 2 | Cesar | A. | Alviar | | Grace Fernandez Alviar | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 1812 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 3 | Michael | Rourke | Andrews | | Edward S. Andrews | United States | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P4042 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 4 | Joseph | John | Angelini | Jr. | Donna L. Angelini | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 1818 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 5 | Doreen | J. | Angrisani | | Irene T. Angrisani; Gina Laura Giovanniello; Ralph Angrisani | United States | 9/10/2003 | DKT 313; 1:02-cv-01616-JR; P4589 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 6 | Michael | Joseph | Armstrong | | Mary Ellen Armstrong; Gabriel Armstrong | United States | 9/10/2003 | DKT 313; 1:02-cv-01616-JR; P4592 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 7 | Katherine | | Bantis | | Aristides Bantis | United States | 11/22/2002 | DKT 26, 29; 1:02-CV-01616-JR; 2601 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 8 | Gerard | | Baptiste | | Gladys B. Rodriguez; Gerard Jean-Baptiste | United States | 11/22/2002 | DKT 26, 29; 1:02-CV-01616-JR; 2605 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 9 | Walter | | Baran | | Carol Ann Baran | United States | 11/22/2002 | DKT 26, 29; 1:02-CV-01616-JR; 2608 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 10 | Melissa | Rose | Barnes | | Linda L. Sheppard; Alan M. Mennie | United States | 2/21/2003 | DKT 77; 1:02-cv-01616-JR; P2666 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 11 | Maurice | V. | Barry | | Marianne Joan Barry | United States | 5/23/2003 | DKT 155; 1:02-cv-01616-JR; P2821 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 12 | James | P. | Berger | | Suzanne Jacqueline Berger | United States | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 908 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 13 | Joseph | John | Berry | | Evelyn Berry | United States | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P3595 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 14 | Brian | | Bilcher | | Tina Marie Bilcher | United States | 2/21/2003 | DKT 77; 1:02-cv-01616-JR; P2537 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 15 | Mark | K. | Bingham | | Alice Hoagland | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 1855 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 16 | Albert | Balewa | Blackman | Jr. | Hyacinth Blackman; Albert A. Blackman, Sr. | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 2675 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 17 | Yvonne | L. | Bonomo | | | United States | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 923 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 18 | Sean | | Booker | | Sharon Booker | United States | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 928 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 19 | Dennis | | Buckley | | Kathleen M. Buckley | United States | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 937 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 20 | Nancy | Clare | Bueche | | | United States | 12/19/2003 | DKT 432; 1:02-cv-01616-JR; P4782 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 21 | Patrick | D. | Byrne | | Robert Guy Byrne, Sr. | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 2754 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |

**EXHIBIT B-2**

Burnett, et al. v. Al Baraka Inv. Dev. Corp., et al., No. 03-cv-9849 (GBD)(SN)
U.S. National Estate Claims of 9/11 Decedents Under the ATA Without Prior Judgments in the MDL

| # | 9/11 Decedent's First Name | 9/11 Decedent's Middle Name | 9/11 Decedent's Last Name | Suffix | Personal Representative(s) | Nationality of 9/11 Decedent | Date Plaintiff Added | Docket Entry When First Added to Complaint | Proposed Judgment for Conscious Pain and Suffering | Proposed Judgment for Economic-Loss Damages | Proposed Total Judgment to Be Applied As Compensatory Damages Under the ATA | Treble Damages Under the ATA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22 | Liam | | Callahan | | Joan E. Callahan | United States | 2/21/2003 | DKT 77; 1:02-cv-01616-JR; P2554 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 23 | Jill | Marie | Campbell | | | United States | 8/15/2002 | DKT 1; 1:02-cv-01616-JR; 103 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 24 | Swarna | | Chalasani | | Lakshmi Chalasani; Nageswararao Chalasani | United States | 8/15/2002 | DKT 1; 1:02-cv-01616-JR; 122 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 25 | Mark | L. | Charette | | Cheryl Ann Desmarais | United States | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P3631 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 26 | Stephen | Patrick | Cherry | | Mary Ellen Cherry | United States | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P3634 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 27 | Nestor | Julio | Chevalier | Jr. | Zeneida Mercedes Chevalier | United States | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P3639 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 28 | Dorothy | J. | Chiarchiaro | | Nicholas Mario Chiarchiaro, Sr. | United States | 8/15/2002 | DKT 1; 1:02-cv-01616-JR; 125 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 29 | Catherine | Ellen | Chirls | | David S. Chirls | United States | 2/21/2003 | DKT 77; 1:02-cv-01616-JR; P2563 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 30 | Robert | D. | Cirri | Sr. | Eileen Mary Cirri | United States | 9/10/2003 | DKT 313; 1:02-cv-01616-JR; P4627 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 31 | John | E. | Connolly | Jr. | Dawn A. Connolly | United States | 9/10/2003 | DKT 313; 1:02-cv-01616-JR; P4631 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 32 | Jeffrey | W. | Coombs | | Mary Christine Coombs | United States | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4204 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 33 | Gerard | J. | Coppola | | Pui Yee Coppola | United States | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 1011 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 34 | Robert | J. | Cordice | | Caroline Cordice | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 2896 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 35 | Kevin | M. | Cosgrove | | Wendy Eve Cosgrove | United States | 8/15/2002 | DKT 1; 1:02-cv-01616-JR; 818 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 36 | Martin | John | Coughlan | | Catherine Coughlan | United States | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 1021 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 37 | Christopher | Seton | Cramer | | Susan Lynne Kinney | United States | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 1032 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 38 | John | A. | Crisci | | Raffaella Rita Crisci | United States | 12/19/2003 | DKT 432; 1:02-cv-01616-JR; P4804 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 39 | Kevin | Raymond | Crotty | | Lori Ann Crotty | United States | 8/15/2002 | DKT 1; 1:02-cv-01616-JR; 794 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 40 | Paul | Dario | Curioli | | Kathi S. Curioli | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 4812 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 41 | Vincent | Gerard | D'Amadeo | | Raquel D'Amadeo | United States | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 1051 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 42 | Clinton | | Davis | Sr. | Daphne Rachell Davis | United States | 5/23/2003 | DKT 155; 1:02-cv-01616-JR; P2869 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 43 | Edward | James | Day | | Brigitte Day | United States | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 1056 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 44 | Robert | J. | DeAngelis | Jr. | | United States | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 1772 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |

**EXHIBIT B-2**

Burnett, et al. v. Al Baraka Inv. Dev. Corp., et al., No. 03-cv-9849 (GBD)(SN)
U.S. National Estate Claims of 9/11 Decedents Under the ATA Without Prior Judgments in the MDL

| # | 9/11 Decedent's First Name | 9/11 Decedent's Middle Name | 9/11 Decedent's Last Name | Suffix | Personal Representative(s) | Nationality of 9/11 Decedent | Date Plaintiff Added | Docket Entry When First Added to Complaint | Proposed Judgment for Conscious Pain and Suffering | Proposed Judgment for Economic-Loss Damages | Proposed Total Judgment to Be Applied As Compensatory Damages Under the ATA | Treble Damages Under the ATA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 45 | Simon | Marash | Dedvukaj | | Nik M. Dedvukaj | United States | 5/23/2003 | DKT 155; 1:02-cv-01616-JR; P2871 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 46 | John | | DiFato | | Susan DiFato | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 3022 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 47 | Vincent | Francis | DiFazio | | Patricia Anne DiFazio | United States | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4229 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 48 | William | Howard | Donovan | | Elaine Marie Donovan | United States | 5/23/2003 | DKT 155; 1:02-cv-01616-JR; P2882 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 49 | Thomas | Francis | Dowd | | Kerri Ann Dowd | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 3050 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 50 | Patrick | Joseph | Driscoll | | Adelaide Maureen Driscoll | United States | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 1077 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 51 | Martin | | Egan | Jr. | Diane Egan | United States | 8/15/2002 | DKT 1; 1:02-cv-01616-JR; 186 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 52 | John | G. | Farrell | | James F. Farrell | United States | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P3685 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 53 | Joseph | | Farrelly | | Stacey Ellen Farrelly | United States | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 1094 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 54 | David | Francis | Ferrugio | | Rosanna M. Ferrugio | United States | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P3688 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 55 | Louis | V. | Fersini | Jr. | Cathy Lyn Fersini | United States | 8/15/2002 | DKT 1; 1:02-cv-01616-JR; 217 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 56 | Bennett | Lawson | Fisher | | Fiduciary Trust Company International; Susan Huntington Fisher | United States | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; AP240 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 57 | Michael | N. | Fodor | | Deborah Ann Fodor | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 3184 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 58 | Del Rose | | Forbes-Cheatham | | | United States | 3/10/2004 | DKT HAND FILED; 1:03-cv-9849 (RCC); P5058 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 59 | Jeffrey | L. | Fox | | Nancy B. Fox | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 4816 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 60 | Gregg | J. | Froehner | | Mary Froehner | United States | 5/23/2003 | DKT 155; 1:02-cv-01616-JR; P2900 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 61 | Paul | James | Furmato | | Cynthia Anne Velardi | United States | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 1140 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 62 | Daniel | James | Gallagher | | Regina E. Gallagher | United States | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P4059 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 63 | Giovanna | G. | Gambale | | Anthony J. Gambale | United States | 2/21/2003 | DKT 77; 1:02-cv-01616-JR; P2594 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 64 | Claude | Michael | Gann | | Robin Marie Wade | United States | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; AP246 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 65 | Donald | R. | Gavagan | Jr. | Jacqueline S. Gavagan | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 1979 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |

# EXHIBIT B-2

**Burnett, et al. v. Al Baraka Inv. Dev. Corp., et al., No. 03-cv-9849 (GBD)(SN)**
U.S. National Estate Claims of 9/11 Decedents Under the ATA Without Prior Judgments in the MDL

| # | 9/11 Decedent's First Name | 9/11 Decedent's Middle Name | 9/11 Decedent's Last Name | Suffix | Personal Representative(s) | Nationality of 9/11 Decedent | Date Plaintiff Added | Docket Entry When First Added to Complaint | Proposed Judgment for Conscious Pain and Suffering | Proposed Judgment for Economic-Loss Damages | Proposed Total Judgment to Be Applied As Compensatory Damages Under the ATA | Treble Damages Under the ATA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 66 | Vincent | F. | Giammona | | Theresa Giammona | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 3268 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 67 | Jeffrey | | Giordano | | Marie Scotto Giordano | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 4818 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 68 | Martin | | Giovinazzo | | Dorothy Giovinazzo | United States | 8/15/2002 | DKT 1; 1:02-cv-01616-JR; 244 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 69 | Mon | | Gjonbalaj | | Sali Gjonbalaj | United States | 8/15/2002 | DKT 1; 1:02-cv-01616-JR; 250 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 70 | Robert | John | Halligan | | Jeraldine Halligan | United States | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 1203 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 71 | Christine | Lee | Hanson | | | United States | 12/19/2003 | DKT 432; 1:02-cv-01616-JR; P4859, P4860 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 72 | Peter | Burton | Hanson | | | United States | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P3712 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 73 | Vassilios | G. | Haramis | | Gloria Haramis | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 3366 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 74 | Daniel | Edward | Harlin | | Debra A. Harlin | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 3377 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 75 | Edward | R. | Hennessy | Jr. | Melanie Wolcott Salisbury | United States | 8/15/2002 | DKT 1; 1:02-cv-01616-JR; 784 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 76 | Joseph | P. | Henry | | Alice Anne Henry; Edward Henry | United States | 5/23/2003 | DKT 155; 1:02-cv-01616-JR; P2926 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 77 | Mary | | Herencia | | Margaret McGrane | United States | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 1225 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 78 | Norberto | | Hernandez | | Eulogia Hernandez | United States | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 1235 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 79 | Mark | D. | Hindy | | George V. Hindy | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 2048 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 80 | James | J. | Hobin | | | United States | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4321 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 81 | John | Aaron | Hofer | | Rebecca Jean Hofer | United States | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4325 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 82 | Montgomery | McCullough | Hord | | Lisa Sharp Hord | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 2059 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 83 | Robert | T. | Hughes | Jr. | Louise Hughes; Robert T. Hughes | United States | 12/19/2003 | DKT 432; 1:02-cv-01616-JR; P4867; P4868 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 84 | Virginia | May | Jablonski | | Barry Jablonski | United States | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P3735 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 85 | Hweidar | | Jian | | Ju-Hsiu Jian | United States | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4338 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 86 | Allison | H. | Jones | | Harry T. Jones | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 3508 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |

**EXHIBIT B-2**

Burnett, et al. v. Al Baraka Inv. Dev. Corp., et al., No. 03-cv-9849 (GBD)(SN)
U.S. National Estate Claims of 9/11 Decedents Under the ATA Without Prior Judgments in the MDL

| # | 9/11 Decedent's First Name | 9/11 Decedent's Middle Name | 9/11 Decedent's Last Name | Suffix | Personal Representative(s) | Nationality of 9/11 Decedent | Date Plaintiff Added | Docket Entry When First Added to Complaint | Proposed Judgment for Conscious Pain and Suffering | Proposed Judgment for Economic-Loss Damages | Proposed Total Judgment to Be Applied As Compensatory Damages Under the ATA | Treble Damages Under the ATA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 87 | Deborah | H. | Kaplan | | Harold T. Kaplan | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 3517 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 88 | Richard | Michael | Keane | | Judith Ann Keane | United States | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P3740 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 89 | Ronald | T. | Kerwin | | Dianne P. Kerwin | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 3541 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 90 | Frank | J. | Koestner | | Irene Smolicz | United States | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P3755 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 91 | Robert | T. | Lane | | Richard Louis Lane | United States | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 1316 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 92 | Mary | Lou | Langley | | Joseph P. Langley | United States | 12/19/2003 | DKT 432; 1:02-cv-01616-JR; P4876 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 93 | Joseph | Gerard | Leavey | | Carole Jeanne Leavey | United States | 3/10/2004 | DKT HAND FILED; 1:03-cv-9849 (RCC); P5145 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 94 | Juanita | | Lee | | Edward N. Lee | United States | 8/15/2002 | DKT 1; 1:02-cv-01616-JR; 338 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 95 | Lorraine | | Lee | | | United States | 8/15/2002 | DKT 1; 1:02-cv-01616-JR; 340 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 96 | Eric | Andrew | Lehrfeld | | Hayley Natalie Lehrfeld | United States | 9/10/2003 | DKT 313; 1:02-cv-01616-JR; P4684 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 97 | John | J. | Lennon | Jr. | Patricia Lennon | United States | 9/10/2003 | DKT 313; 1:02-cv-01616-JR; P4685 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 98 | Nickie | | Lindo | | | United States | 3/10/2004 | DKT HAND FILED; 1:03-cv-9849 (RCC); P5150 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 99 | Martin | | Lizzul | | Jean Lucido Prisco | United States | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; AP256 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 100 | George | Andrew | Llanes | | Eugenia Reyes Llanes | United States | 8/15/2002 | DKT 1; 1:02-cv-01616-JR; 346 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 101 | Elizabeth | C. | Logler | | Robert Francis Logler | United States | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P3791 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 102 | Stuart | Seid | Louis | | Sharon Louis | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 2458 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 103 | Christopher | Edmund | Lunder | | Karen B. Lunder | United States | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P3797 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 104 | Robert | H. | Lynch | Jr. | Elisabeth Lynch | United States | 11/22/2002 | DKT 26, 29: 1:02-cv-01616-JR; 2472 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 105 | Terence | M. | Lynch | | Jacqueline E. Lynch | United States | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P3811 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 106 | Susan | A. | Mackay | | Douglas Mackay | United States | 5/23/2003 | DKT 155; 1:02-cv-01616-JR; P3019 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 107 | Joseph | | Maloney | | Kathleen Maloney | United States | 12/19/2003 | DKT 432; 1:02-cv-01616-JR; P4888 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |

**EXHIBIT B-2**

Burnett, et al. v. Al Baraka Inv. Dev. Corp., et al., No. 03-cv-9849 (GBD)(SN)
U.S. National Estate Claims of 9/11 Decedents Under the ATA Without Prior Judgments in the MDL

| # | 9/11 Decedent's First Name | 9/11 Decedent's Middle Name | 9/11 Decedent's Last Name | Suffix | Personal Representative(s) | Nationality of 9/11 Decedent | Date Plaintiff Added | Docket Entry When First Added to Complaint | Proposed Judgment for Conscious Pain and Suffering | Proposed Judgment for Economic-Loss Damages | Proposed Total Judgment to Be Applied As Compensatory Damages Under the ATA | Treble Damages Under the ATA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 108 | Christian | H. | Maltby | | Jane Bernholz Maltby | United States | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 1826 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 109 | Debra | M. | Mannetta | | Kenneth R. Mannetta | United States | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 1403 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 110 | Jose | | Marrero | | Jodi A. Marrero | United States | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 1413 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 111 | William | Joseph | Martin | | Deborah D. Martin | United States | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P3820 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 112 | Walter | A. | Matuza | | Denise Matuza | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 2166 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 113 | Michael | J. | McCabe | | Lynn C. McCabe | United States | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P3824 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 114 | Kevin | Michael | McCarthy | | Debra Diane Menich | United States | 8/15/2002 | DKT 1; 1:02-cv-01616-JR; 383 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 115 | Tonyell | F. | McDay | | Cynthia Elaine McDay | United States | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4414 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 116 | Eamon | James | McEneaney | | Bonnie McEneaney McNamara | United States | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P3831 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 117 | Francis | Noel | McGuinn | | Lynn Sofia McGuinn | United States | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P3833 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 118 | Patrick | | McGuire | | Danielle McGuire | United States | 9/10/2004 | DKT 432; 1:03-md-01570-GBD-SN; P5402 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 119 | Dennis | P. | McHugh | | Una Margaret McHugh | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 3853 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 120 | Michael | E. | McHugh | Jr. | Maria Amalia Sayegh | United States | 5/23/2003 | DKT 155; 1:02-cv-01616-JR; P3029 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 121 | Donald | J. | McIntyre | | Jeannine Marie McIntyre | United States | 5/23/2003 | DKT 155; 1:02-cv-01616-JR; P3030 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 122 | Gavin | | McMahon | | Maureen Sproha; John A. Sproha, Sr. | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 3868, 3869 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 123 | Michael | Matthew | Miller | | Betty Ann Miller; James H. Miller | United States | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P3847, 3848 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 124 | Yvette | Nicole | Miller | | Ivy Maria Moreno | United States | 8/15/2002 | DKT 1; 1:02-cv-01616-JR; 388 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 125 | Benjamin | | Millman | | Toby Millman | United States | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 1465 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 126 | Joseph | D. | Mistrulli | | Philomena Mistrulli | United States | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P3849 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 127 | Jeffrey | P. | Mladenik | | Suzanne S. Mladenik | United States | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4436 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 128 | Franklyn | | Monahan | | Matthew Monahan | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 2200 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |

**EXHIBIT B-2**

Burnett, et al. v. Al Baraka Inv. Dev. Corp., et al., No. 03-cv-9849 (GBD)(SN)
U.S. National Estate Claims of 9/11 Decedents Under the ATA Without Prior Judgments in the MDL

| # | 9/11 Decedent's First Name | 9/11 Decedent's Middle Name | 9/11 Decedent's Last Name | Suffix | Personal Representative(s) | Nationality of 9/11 Decedent | Date Plaintiff Added | Docket Entry When First Added to Complaint | Proposed Judgment for Conscious Pain and Suffering | Proposed Judgment for Economic-Loss Damages | Proposed Total Judgment to Be Applied As Compensatory Damages Under the ATA | Treble Damages Under the ATA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 129 | Craig | D. | Montano | | Caren A. Montano | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 2492 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 130 | Michael | G. | Montesi | | Nancy Eileen Montesi | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 3945 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 131 | Seth | A. | Morris | | Lynn Morris-Piccolo | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 3954 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 132 | Ann | Nicole | Nelson | | Gary Stanley Nelson | United States | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P3868 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 133 | Juan | | Nieves | Jr. | Michelle Nieves | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 4022 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 134 | Michael | P. | O'Brien | | Rachel O'Brien | United States | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 1497 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 135 | Patrick | Joseph | O'Keefe | | Karen Lisa O'Keefe | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 4069 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 136 | Christine | | Olender | | Stella Olender | United States | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4457 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 137 | Eric | Taube | Olsen | | Barbara Anne Olsen | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 2237 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 138 | Jeffrey | James | Olsen | | Denise Marie Olsen | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 4090 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 139 | Christopher | T. | Orgielewicz | | Olga Orgielewicz | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 2241 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 140 | Michael | J. | Otten | | Marion Susan Otten | United States | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P3873 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 141 | Michael | B. | Packer | | Rekha D. Packer | United States | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P3879 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 142 | Paul | John | Pansini | | Janice Pansini | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 2251 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 143 | Edward | J. | Papa | | Patricia N. Papa | United States | 12/19/2003 | DKT 432; 1:02-cv-01616-JR; P4919 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 144 | Thomas | | Pecorelli | | Kia Polyxena Pavloff | United States | 2/21/2003 | DKT 77; 1:02-cv-01616-JR; P2682 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 145 | Thomas | | Pedicini | | Nancy N. Pedicini; Pamela Marie Morace | United States | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4477 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 146 | Angel | | Perez | Jr. | Carmen Rodriguez | United States | 12/19/2003 | DKT 432; 1:02-cv-01616-JR; P4921 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 147 | Michael | John | Pescherine | | Lynn Pescherine | United States | 1/3/2005 | DKT 602; 1:03-md-01570-GBD-SN; P5497 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |

**EXHIBIT B-2**

Burnett, et al. v. Al Baraka Inv. Dev. Corp., et al., No. 03-cv-9849 (GBD)(SN)
U.S. National Estate Claims of 9/11 Decedents Under the ATA Without Prior Judgments in the MDL

| # | 9/11 Decedent's First Name | 9/11 Decedent's Middle Name | 9/11 Decedent's Last Name | Suffix | Personal Representative(s) | Nationality of 9/11 Decedent | Date Plaintiff Added | Docket Entry When First Added to Complaint | Proposed Judgment for Conscious Pain and Suffering | Proposed Judgment for Economic-Loss Damages | Proposed Total Judgment to Be Applied As Compensatory Damages Under the ATA | Treble Damages Under the ATA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 148 | Matthew | Martin | Picerno | | Petrina M. Picerno | United States | 12/19/2003 | DKT 432; 1:02-cv-01616-JR; P4926 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 149 | Joseph | | Piskadlo | | Rosemary Piskadlo | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 4159 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 150 | Joseph | | Plumitallo | | Doreen Plumitallo | United States | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P4082 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 151 | Gregory | M. | Preziose | | | United States | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P3914 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 152 | Edward | Frank | Pullis | | Melissa Pullis | United States | 5/23/2003 | DKT 155; 1:02-cv-01616-JR; P3072 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 153 | Patricia | Ann | Puma | | Kevin Puma | United States | 8/15/2002 | DKT 1; 1:02-cv-01616-JR; 482 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 154 | Christopher | | Quackenbush | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 2276 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 155 | Peter | Frank | Raimondi | | Lenore Clare Raimondi | United States | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 1558 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 156 | Harry | A. | Raines | | Lauren Christine Raines | United States | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P3920 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 157 | Valsa | | Raju | | | United States | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4494 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 158 | Edward | J. | Rall | | Darlene G. Rall | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 4209 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 159 | Robert | A. | Rasmussen | | Anna Rasmussen Stansbury | United States | 3/10/2004 | DKT HAND FILED; 1:03-cv-9849 (RCC); P5238 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 160 | Isaias | | Rivera | | Nilsa Milagros Rivera | United States | 8/15/2002 | DKT 1; 1:02-cv-01616-JR; 515 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 161 | Leo | A. | Roberts | | Debra Roberts | United States | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P3931 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 162 | Michael | Edward | Roberts | | John J. Roberts | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 2308 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 163 | Mark | H. | Rosen | | Patricia Rosen | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 2321 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 164 | Wayne | A. | Russo | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 2323 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 165 | Sylvia | | San Pio | | Maria Jose San Pio; Jose Luis San Pio | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 4356 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 166 | Herman | Samuel | Sandler | | Carol Sue Sandler | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 2333 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 167 | John | Albert | Schardt | | Jeanette DeVito Schardt | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 4375 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 168 | Randolph | | Scott | | Denise Marie Scott | United States | 8/15/2002 | DKT 1; 1:02-cv-01616-JR; 878 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |

**EXHIBIT B-2**

**Burnett, et al. v. Al Baraka Inv. Dev. Corp., et al., No. 03-cv-9849 (GBD)(SN)**
U.S. National Estate Claims of 9/11 Decedents Under the ATA Without Prior Judgments in the MDL

| # | 9/11 Decedent's First Name | 9/11 Decedent's Middle Name | 9/11 Decedent's Last Name | Suffix | Personal Representative(s) | Nationality of 9/11 Decedent | Date Plaintiff Added | Docket Entry When First Added to Complaint | Proposed Judgment for Conscious Pain and Suffering | Proposed Judgment for Economic-Loss Damages | Proposed Total Judgment to Be Applied As Compensatory Damages Under the ATA | Treble Damages Under the ATA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 169 | Robert | J. | Shay | Jr. | | United States | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 1635 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 170 | Bruce | E. | Simmons | | Kathleen H. Simmons | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 2363 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 171 | Jeff | L. | Simpson | | Diane Elizabeth Cass | United States | 5/23/2003 | DKT 155; 1:02-cv-01616-JR; P3090 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 172 | Peter | A, | Siracuse | | Alana Siracuse-Spera | United States | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P4086 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 173 | Robert | S. | Speisman | | Rena Tempelsman Speisman | United States | 2/21/2003 | DKT 77; 1:02-cv-01616-JR; AP211 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 174 | Frank | J. | Spinelli | Jr. | Michelle Spinelli | United States | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P3953 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 175 | Joseph | P. | Spor | Jr. | Colleen Casey Spor | United States | 5/23/2003 | DKT 155; 1:02-cv-01616-JR; P3094 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 176 | Michael | F. | Stabile | | Roseanna Stabile | United States | 8/15/2002 | DKT 1; 1:02-cv-01616-JR; 596 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 177 | Thomas | | Strada | | Terry Strada | United States | 8/15/2002 | DKT 1; 1:02-cv-01616-JR; 753 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 178 | Benjamin | | Suarez | | Sally Ann Suarez | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 4476 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 179 | Robert | E. | Sutcliffe | Jr. | Bryan Murtagh | United States | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P3967 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 180 | Claudia | | Sutton | | Bernell Anthony Sutton | United States | 5/23/2003 | DKT 155; 1:02-cv-01616-JR; P3111 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 181 | Paul | | Talty | | Barbara Marie Talty | United States | 8/15/2002 | DKT 1; 1:02-cv-01616-JR; 611 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 182 | Ronald | G. | Tartaro | | Karen Ann Reilly | United States | 9/10/2003 | DKT 313; 1:02-cv-01616-JR; P4746 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 183 | Anthony | | Tempesta | | Ana Tempesta | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 2389 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 184 | Stephen | Edward | Tighe | | Kathleen Marie Tighe | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 2398 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 185 | Hector | Luis | Tirado | Jr. | Angel Luis Tirado; Gary Basso | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 4558 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 186 | Walter | P. | Travers | | Rosemary Travers | United States | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4556 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 187 | Gregory | J. | Trost | | George Daniel Trost | United States | 2/21/2003 | DKT 77; 1:02-cv-01616-JR; P2731 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 188 | Willie | Quincy | Troy | | Judy S. Troy | United States | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 1708 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 189 | Frederick | Thomas | Varacchi | | Eileen Varacchi | United States | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P3993 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |

**EXHIBIT B-2**

Burnett, et al. v. Al Baraka Inv. Dev. Corp., et al., No. 03-cv-9849 (GBD)(SN)
U.S. National Estate Claims of 9/11 Decedents Under the ATA Without Prior Judgments in the MDL

| # | 9/11 Decedent's First Name | 9/11 Decedent's Middle Name | 9/11 Decedent's Last Name | Suffix | Personal Representative(s) | Nationality of 9/11 Decedent | Date Plaintiff Added | Docket Entry When First Added to Complaint | Proposed Judgment for Conscious Pain and Suffering | Proposed Judgment for Economic-Loss Damages | Proposed Total Judgment to Be Applied As Compensatory Damages Under the ATA | Treble Damages Under the ATA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 190 | Gopalakrishnan | | Varadhan | | Srinivasa Varadhan | United States | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P3994 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 191 | Lawrence | Gerard | Veling | | | United States | 9/10/2003 | DKT 313; 1:02-cv-01616-JR; P4755 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 192 | Joseph | Vincent | Vigiano | | Kathleen M. Vigiano | United States | 8/15/2002 | DKT 1; 1:02-cv-01616-JR; 637 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 193 | Gregory | Kamal Bruno | Wachtler | | Nassima Moulfi Wachtler | United States | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P4006 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 194 | James | | Walsh | | Kate Louise Walsh Calton | United States | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4562 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 195 | Weibin | | Wang | | Wen Shi | United States | 5/23/2003 | DKT 155; 1:02-cv-01616-JR; P3143 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 196 | Derrick | Christopher | Washington | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 2423 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 197 | Charles | | Waters | | Barbara Waters | United States | 5/23/2003 | DKT 155; 1:02-cv-01616-JR; P3146 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 198 | William | Michael | Weems | | Lisa Anne Weems | United States | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4569 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 199 | Steven | | Weinberg | | Laurie Sue Weinberg | United States | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4570 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 200 | Meredith | Lynn | Whalen | | Patricia J. Whalen | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 4700 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 201 | Michael | T. | Wholey | | Jennifer Wholey | United States | 5/23/2003 | DKT 155; 1:02-cv-01616-JR; P3148 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 202 | Mary | | Wieman | | Marc Elmo Wieman | United States | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P4032 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 203 | John | Charles | Willett | | Ronald J. Willett | United States | 8/15/2002 | DKT 1; 1:02-cv-01616-JR; 655 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 204 | David | J. | Williams | | Debra Marie Johnson | United States | 9/10/2003 | DKT 313; 1:02-cv-01616-JR; P4764 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 205 | Richard | H. | Woodwell | | Linda Preston Woodwell | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 2432 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 206 | John | Wayne | Wright | Jr. | Martha Oliverio Wright | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 2437 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 207 | Edward | Philip | York | | Kimberly Gordish York | United States | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P4101 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |
| 208 | Robert | Alan | Zampieri | | Robert Albert Zampieri | United States | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P4039 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 | $ 6,000,000.00 |