**EXHIBIT D-2**

**Burnett, et al. v. Al Baraka Inv. Dev. Corp., et al., No. 03-cv-9849 (GBD)(SN)**
**U.S.-National Personal-Injury ATA Claims**
**Without Prior MDL Judgment**

| # | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Estate Personal Representative(s) | Plaintiff Nationality | Date Plaintiff Added | Docket Entry When First Added to Complaint | Judgment Amount | Treble Damages Under the ATA |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Mitchell | B. | Amerbach | | | United States | 11/22/2002 | DKT 26, 29; 1:02-CV-01616-JR; 2563 | To Be Determined | To Be Determined |
| 2 | Thomas | J. | Baroz | | | United States | 11/22/2002 | DKT 26, 29; 1:02-CV-01616-JR; 2616 | To Be Determined | To Be Determined |
| 3 | Vanessa | | Benjamin | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 2528 | To Be Determined | To Be Determined |
| 4 | Eric | | Berntsen | | | United States | 3/10/2004 | DKT HAND FILED; 1:03-cv-9849 (RCC); P4999 | To Be Determined | To Be Determined |
| 5 | Patrick | Charles | Blaine | | | United States | 5/23/2003 | DKT 155; 1:02-cv-01616-JR; P2825 | To Be Determined | To Be Determined |
| 6 | Frank | | Brancato | | | United States | 2/21/2003 | DKT 77; 1:02-cv-01616-JR; P2543 | To Be Determined | To Be Determined |
| 7 | Lori | Stacey | Brody | | | United States | 8/15/2002 | DKT 1; 1:02-cv-01616-JR; 849 | To Be Determined | To Be Determined |
| 8 | Brook | Allen | Budd | | | United States | 3/10/2004 | DKT HAND FILED; 1:03-cv-9849 (RCC); P5009 | To Be Determined | To Be Determined |
| 9 | Barry | L. | Buss | | | United States | 9/10/2004 | DKT432; 1:03-md-01570-GBD-SN; P5325 | To Be Determined | To Be Determined |
| 10 | Louie | D. | Cacchioli | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 2764 | To Be Determined | To Be Determined |
| 11 | Frank | | Casalino | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 2812 | To Be Determined | To Be Determined |
| 12 | Robert | | Ceresia | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 2826 | To Be Determined | To Be Determined |
| 13 | Anthony | | Ciarnella | | | United States | 1/3/2005 | DKT 602; 1:03-md-01570-GBD-SN; P5479 | To Be Determined | To Be Determined |
| 14 | Thomas | John | Clarke | | | United States | 1/3/2005 | DKT 602; 1:03-md-01570-GBD-SN; P5481 | To Be Determined | To Be Determined |
| 15 | Luis | R. | Cruz | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 2930 | To Be Determined | To Be Determined |
| 16 | James | J. | Csorny | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 2929 | To Be Determined | To Be Determined |
| 17 | Joanne | Christine | Dalton | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 2959 | To Be Determined | To Be Determined |
| 18 | Jeremy | Brandon | Davids | | | United States | 9/10/2003 | DKT 313; 1:02-cv-01616-JR; P4635 | To Be Determined | To Be Determined |
| 19 | Judith | | Day | | | United States | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; (caption only) | To Be Determined | To Be Determined |
| 20 | Edward | J. | DeGaetano | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 2977 | To Be Determined | To Be Determined |
| 21 | Jan | | Demczur | | | United States | 12/19/2003 | DKT 432; 1:02-cv-01616-JR; P4824 | To Be Determined | To Be Determined |
| 22 | Anex | Joseph | Desinor | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 1951 | To Be Determined | To Be Determined |
| 23 | Kieran | Brian | Deto | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 3004 | To Be Determined | To Be Determined |
| 24 | Hipolito | | D'Oleo | | | United States | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 1053 | To Be Determined | To Be Determined |
| 25 | Kenneth | | Donovan | | | United States | 9/10/2004 | DKT432; 1:03-md-01570-GBD-SN; P5346 | To Be Determined | To Be Determined |
| 26 | Barbara | Ellen | Einzig | | | United States | 12/19/2003 | DKT 432; 1:02-cv-01616-JR; P4834 | To Be Determined | To Be Determined |
| 27 | Joseph | | Eivers | | | United States | 9/10/2004 | DKT432; 1:03-md-01570-GBD-SN; P5348 | To Be Determined | To Be Determined |
| 28 | Theresa | Ethel | Folino-Montuori | | | United States | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 1122 | To Be Determined | To Be Determined |
| 29 | Eugene | William | Fox | | | United States | 3/10/2004 | DKT HAND FILED; 1:03-cv-9849 (RCC); P5060 | To Be Determined | To Be Determined |

**EXHIBIT D-2**

**Burnett, et al. v. Al Baraka Inv. Dev. Corp., et al., No. 03-cv-9849 (GBD)(SN)**
**U.S.-National Personal-Injury ATA Claims**
**Without Prior MDL Judgment**

| # | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Estate Personal Representative(s) | Plaintiff Nationality | Date Plaintiff Added | Docket Entry When First Added to Complaint | Judgment Amount | Treble Damages Under the ATA |
|---|---|---|---|---|---|---|---|---|---|---|
| 30 | Thomas | R. | Gaby | | | United States | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4284 | To Be Determined | To Be Determined |
| 31 | Elisha | Zion | Gallop | | | United States | 8/15/2002 | DKT 1; 1:02-cv-01616-JR; 236 | To Be Determined | To Be Determined |
| 32 | Brendan | Joseph | Gebert | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 3252 | To Be Determined | To Be Determined |
| 33 | John | E. | Ginty | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 3287 | To Be Determined | To Be Determined |
| 34 | Christine | | Godley | | | United States | 9/10/2003 | DKT 313; 1:02-cv-01616-JR; P4628 | To Be Determined | To Be Determined |
| 35 | Fausto | Antonio | Gomez | | | United States | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 1180 | To Be Determined | To Be Determined |
| 36 | Manuel | | Gonzalez | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 3295 | To Be Determined | To Be Determined |
| 37 | John | | Gubelli | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 3324 | To Be Determined | To Be Determined |
| 38 | Steven | John | Hagis | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 2010 | To Be Determined | To Be Determined |
| 39 | James | P. | Harten | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 3401 | To Be Determined | To Be Determined |
| 40 | Raymond | William | Hayden | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 3409 | To Be Determined | To Be Determined |
| 41 | Norma | | Haynes | | | United States | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 1215 | To Be Determined | To Be Determined |
| 42 | Edward | | Henry | | Henry, Alice; Henry, Michael; Henry, Jr., Edward | United States | 5/23/2003 | DKT 155; 1:02-cv-01616-JR; P2925 | To Be Determined | To Be Determined |
| 43 | Patricia | Ann | Herbert | | | United States | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P3717 | To Be Determined | To Be Determined |
| 44 | Michael | R. | Hipsman | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 3451 | To Be Determined | To Be Determined |
| 45 | James | Joseph | Horch | | | United States | 3/10/2004 | DKT HAND FILED; 1:03-cv-9849 (RCC); P5090 | To Be Determined | To Be Determined |
| 46 | Doug | R. | Horning | | | United States | 12/19/2003 | DKT 432; 1:02-cv-01616-JR; P4866 | To Be Determined | To Be Determined |
| 47 | Michael | Alexander | Iovino | | | United States | 3/10/2004 | DKT HAND FILED; 1:03-cv-9849 (RCC); P5092 | To Be Determined | To Be Determined |
| 48 | Brenda | | James | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 3499 | To Be Determined | To Be Determined |
| 49 | Terrence | George | Jordan | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 3510 | To Be Determined | To Be Determined |
| 50 | Joseph | F. | Kadillak | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 3514 | To Be Determined | To Be Determined |
| 51 | Thomas | | Keeling | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 3521 | To Be Determined | To Be Determined |
| 52 | Robert | | Korfman | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 3567 | To Be Determined | To Be Determined |
| 53 | James | F. | Lanze | | | United States | 3/10/2004 | DKT HAND FILED; 1:03-cv-9849 (RCC); P5140 | To Be Determined | To Be Determined |
| 54 | Alicia | Armena | LeGuillow | | | United States | 12/19/2003 | DKT 432; 1:02-cv-01616-JR; P4882 | To Be Determined | To Be Determined |
| 55 | Hursley | H. | Lever | | | United States | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4385 | To Be Determined | To Be Determined |
| 56 | Frank | A. | Licausi | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 3633 | To Be Determined | To Be Determined |
| 57 | Edmund | Scott | Lucia | | | United States | 3/10/2004 | DKT HAND FILED; 1:03-cv-9849 (RCC); P5155 | To Be Determined | To Be Determined |
| 58 | Janissa | Evaline | Macon | | | United States | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P3814 | To Be Determined | To Be Determined |

**EXHIBIT D-2**

**Burnett, et al. v. Al Baraka Inv. Dev. Corp., et al., No. 03-cv-9849 (GBD)(SN)**
**U.S.-National Personal-Injury ATA Claims**
**Without Prior MDL Judgment**

| # | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Estate Personal Representative(s) | Plaintiff Nationality | Date Plaintiff Added | Docket Entry When First Added to Complaint | Judgment Amount | Treble Damages Under the ATA |
|---|---|---|---|---|---|---|---|---|---|---|
| 59 | Joseph | Francis | Mahoney | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 3701 | To Be Determined | To Be Determined |
| 60 | Llewellyn | | Malcolm | | | United States | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 1400 | To Be Determined | To Be Determined |
| 61 | Martin | Anthony | Marino | | | United States | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4398 | To Be Determined | To Be Determined |
| 62 | Timothy | | Marmion | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 3741 | To Be Determined | To Be Determined |
| 63 | Edward | P. | Martin | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 3747 | To Be Determined | To Be Determined |
| 64 | Joseph | Patrick | McAuley | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 3780 | To Be Determined | To Be Determined |
| 65 | Mary | L. | McCall | | | United States | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P3825 | To Be Determined | To Be Determined |
| 66 | Marianne | | McCormack | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 3804 | To Be Determined | To Be Determined |
| 67 | David | John | McDonough | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 3820 | To Be Determined | To Be Determined |
| 68 | Robert | E. | Moore | Jr. | | United States | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4441 | To Be Determined | To Be Determined |
| 69 | Michael | | Moschitta | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 3958 | To Be Determined | To Be Determined |
| 70 | Joseph | John | Murphy | Jr. | | United States | 9/10/2004 | DKT 432; 1:03-md-01570-GBD-SN; P5418 | To Be Determined | To Be Determined |
| 71 | John | Joseph | Nimmo | III | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 2220 | To Be Determined | To Be Determined |
| 72 | Robert | Harry | Nussberger | | | United States | 8/15/2002 | DKT 1; 1:02-cv-01616-JR; 824 | To Be Determined | To Be Determined |
| 73 | John | Francie | O'Brien | | | United States | 1/3/2005 | DKT 602; 1:03-md-01570-GBD-SN; P5496 | To Be Determined | To Be Determined |
| 74 | Dalisay | Saenz | Olaes | | Olaes, Renato | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 4085 | To Be Determined | To Be Determined |
| 75 | Angel | R. | Ortiz  (Estate of) | | Ortiz, Lisa | United States | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 1506 | To Be Determined | To Be Determined |
| 76 | Vincent | J. | Panaro | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 4102 | To Be Determined | To Be Determined |
| 77 | Salvatore | | Parisi | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 4118 | To Be Determined | To Be Determined |
| 78 | Milcia | C. | Pena | | | United States | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 1526 | To Be Determined | To Be Determined |
| 79 | Joseph | M. | Petrassi | | | United States | 3/10/2004 | DKT HAND FILED; 1:03-cv-9849 (RCC); P5224 | To Be Determined | To Be Determined |
| 80 | Gregory | M. | Petrik | | | United States | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4484 | To Be Determined | To Be Determined |
| 81 | Fernando | | Reyes | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 2303 | To Be Determined | To Be Determined |
| 82 | Franco | | Riggio | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 4263 | To Be Determined | To Be Determined |
| 83 | Susana | | Rojas | | | United States | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 1585 | To Be Determined | To Be Determined |
| 84 | Mark | David | Ruppert | | | United States | 3/10/2004 | DKT HAND FILED; 1:03-cv-9849 (RCC); P5249 | To Be Determined | To Be Determined |
| 85 | Damian | | Rusin | | | United States | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4505 | To Be Determined | To Be Determined |
| 86 | LaShea | | Saunders | | | United States | 12/19/2003 | DKT 432; 1:02-cv-01616-JR; P4947 | To Be Determined | To Be Determined |
| 87 | Daniel | | Schug | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 4393 | To Be Determined | To Be Determined |

**EXHIBIT D-2**

**Burnett, et al. v. Al Baraka Inv. Dev. Corp., et al., No. 03-cv-9849 (GBD)(SN)**
**U.S.-National Personal-Injury ATA Claims**
**Without Prior MDL Judgment**

| # | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Estate Personal Representative(s) | Plaintiff Nationality | Date Plaintiff Added | Docket Entry When First Added to Complaint | Judgment Amount | Treble Damages Under the ATA |
|---|---|---|---|---|---|---|---|---|---|---|
| 88 | Marilyn | Joy | Shepard | | | United States | 9/10/2004 | DKT 432; 1:03-md-01570-GBD-SN; P5447 | To Be Determined | To Be Determined |
| 89 | John | Michael | Signorelli | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 4416 | To Be Determined | To Be Determined |
| 90 | Eugene | | Slater | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 4426 | To Be Determined | To Be Determined |
| 91 | Robert | Stephen | Spinelli | | | United States | 3/10/2004 | DKT HAND FILED; 1:03-cv-9849 (RCC); P5271 | To Be Determined | To Be Determined |
| 92 | Raymond | E. | Streker | | | United States | 5/23/2003 | DKT 155; 1:02-cv-01616-JR; P3100 | To Be Determined | To Be Determined |
| 93 | John | M. | Sullivan | | | United States | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 4489 | To Be Determined | To Be Determined |
| 94 | Michael | P. | Sullivan | | | United States | 3/10/2004 | DKT HAND FILED; 1:03-cv-9849 (RCC); P5277 | To Be Determined | To Be Determined |
| 95 | Carol | Lynn | Tannenbaum | | | United States | 9/10/2004 | DKT 432; 1:03-md-01570-GBD-SN; P5452 | To Be Determined | To Be Determined |
| 96 | Frank | R. | Thurlow | | | United States | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4551 | To Be Determined | To Be Determined |
| 97 | Frank | Angelo | Varriano | | Varriano, Madeline | United States | 9/4/2002 | DKT 3; 1:02-cv-01616-JR;1805 | To Be Determined | To Be Determined |
| 98 | Thomas | A. | Warkenthien | | | United States | 5/23/2003 | DKT 155; 1:02-cv-01616-JR; P3145 | To Be Determined | To Be Determined |
| 99 | David | Samuel | Weber | Sr. | | United States | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4568 | To Be Determined | To Be Determined |
| 100 | Kah | L. | Yeoh | | | United States | 8/15/2002 | DKT 1; 1:02-cv-01616-JR; 669 | To Be Determined | To Be Determined |