**EXHIBIT E-2**

**Burnett, et al. v. Al Baraka Inv. Dev. Corp., et al., No. 03-cv-9849 (GBD)(SN)**
Wrongful Death Solatium Claims Under Common Law for Functional Equivalents

| # | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Plaintiff Nationality | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | Suffix | 9/11 Client's Nationality | Relationship | Date Plaintiff Added | Docket Entry When First Added to Complaint | Solatium Judgment Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Brian | | Wilkes | | Unconfirmed | Lorraine | | Antigua | | Unconfirmed | Not Related | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4111 | To Be Determined |
| 2 | Ellen | Ruth | Judd | | Canada | Christine | | Egan | | United Kingdom | Domestic Partner | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; AP250 | To Be Determined |
| 3 | Jose | | Molina | | Unconfirmed | Christopher | Hugh | Forsythe | | United Kingdom | Step-Child | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 1126 | To Be Determined |
| 4 | Ana | | Rosario | | Unconfirmed | Emencio | Dario | Hidalgo | | Unconfirmed | Domestic Partner | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 2045 | To Be Determined |
| 5 | Solomon | | Gayle | | Jamaica | Seilai | | Khoo | | Malaysia | Not Related | 5/23/2003 | DKT 155; 1:02-cv-01616-JR; P2973 | To Be Determined |
| 6 | Susanna | | Ferm | | Sweden | Bojan | | Kostic | | Unconfirmed | Not Related | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 3571 | To Be Determined |
| 7 | Julia | | Hernandez | | Unconfirmed | Antonio | | Melendez | | Unconfirmed | Domestic Partner | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 2178 | To Be Determined |
| 8 | Annie | | Guerrero | | Unconfirmed | Roland | | Pacheco | | Unconfirmed | Not Related | 9/10/2004 | DKT 432; 1:03-md-01570-GBD-SN; P5422 | To Be Determined |
| 9 | Imelda | Reyes | Soriano | | Unconfirmed | Leobardo | Lopez | Pascual | | Unconfirmed | Domestic Partner | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 4122 | To Be Determined |
| 10 | Sakae | | Takushima | | Unconfirmed | Manish | | Patel | | India | Not Related | 5/23/2003 | DKT 155; 1:02-cv-01616-JR; P3061 | To Be Determined |
| 11 | Asmareli | | Sago | | Unconfirmed | Antonio | | Pratt | | Unconfirmed | Domestic Partner | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P3905 | To Be Determined |
| 12 | Melania | | Gil | | Unconfirmed | David | Bartolo | Rodriguez | | Unconfirmed | Domestic Partner | 2/21/2003 | DKT 77; 1:02-cv-01616-JR; P2604 | To Be Determined |
| 13 | Anna | L. | Baez | | Unconfirmed | Vincent | R. | Slavin | | Unconfirmed | Not Related | 5/23/2003 | DKT 155; 1:02-cv-01616-JR; P3091 | To Be Determined |
| 14 | Rosa | | Caicedo | | Unconfirmed | David | | Vargas | | Bolivia | Domestic Partner | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 2410 | To Be Determined |
| 15 | Eloisa | | Rodriguez | | Unconfirmed | Azael | | Vasquez | | Unconfirmed | Not Related | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P3996 | To Be Determined |