Site Feedback    Contact Center   Country Profile    DHL Global

# Track DHL Express Shipments

Here's the fastest way to check the status of your shipment. No need to call Customer Service – our online results give you real-time, detailed progress as your shipment speeds through the DHL network.

## Result Summary

**Waybill: 2569180261**
**Returned to shipper**
> Get Proof of Delivery

**Sunday, June 03, 2018 at 11:44 AM**
**Origin Service Area:**
> NEW YORK, NY - DOYLESTOWN - USA
**Destination Service Area:**
> TEHRAN - TEHRAN - IRAN (ISLAMIC REPUBLIC OF)

1 Pieces

| | Sunday, June 03, 2018 | Location | Time | Pieces |
|---|---|---|---|---|
| 19 | Returned to shipper | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 11:44 AM | |
| | **Saturday, June 02, 2018** | **Location** | **Time** | **Pieces** |
| 18 | Recipient refused delivery | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 12:52 PM | 1 Pieces |
| 17 | With delivery courier | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 8:14 AM | 1 Pieces |
| | **Thursday, May 31, 2018** | **Location** | **Time** | **Pieces** |
| 16 | Arrived at Delivery Facility in TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 3:47 PM | |
| 15 | Departed Facility in TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 1:02 PM | 1 Pieces |
| 14 | Clearance processing complete at TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 10:30 AM | 1 Pieces |
| 13 | Clearance event | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 9:51 AM | 1 Pieces |
| 12 | Arrived at Sort Facility TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 9:40 AM | 1 Pieces |
| | **Wednesday, May 30, 2018** | **Location** | **Time** | **Pieces** |
| 11 | Departed Facility in AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | 6:37 PM | 1 Pieces |
| 10 | Processed at AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | 6:36 PM | 1 Pieces |
| 9 | Arrived at Sort Facility AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | 8:59 AM | 1 Pieces |
| 8 | Departed Facility in BAHRAIN - BAHRAIN | BAHRAIN - BAHRAIN | 5:17 AM | 1 Pieces |
| 7 | Processed at BAHRAIN - BAHRAIN | BAHRAIN - BAHRAIN | 4:48 AM | 1 Pieces |
| 6 | Arrived at Sort Facility BAHRAIN - BAHRAIN | BAHRAIN - BAHRAIN | 2:23 AM | 1 Pieces |
| | **Tuesday, May 29, 2018** | **Location** | **Time** | **Pieces** |
| 5 | Departed Facility in CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 5:47 AM | 1 Pieces |
| 4 | Processed at CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 4:11 AM | 1 Pieces |
| | **Sunday, May 27, 2018** | **Location** | **Time** | **Pieces** |
| 3 | Clearance processing complete at CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 7:23 PM | 1 Pieces |
| | **Saturday, May 26, 2018** | **Location** | **Time** | **Pieces** |

| Sunday, June 03, 2018 | | Location | Time | Pieces |
|---|---|---|---|---|
| 2 | Shipment on hold | CINCINNATI HUB, OH - USA | 5:51 AM | 1 Pieces |
| **Friday, May 25, 2018** | | **Location** | **Time** | **Pieces** |
| 1 | Shipment picked up | NEW YORK, NY - USA | 12:32 PM | 1 Pieces |

### Shipment Details...

| From | To | Shipment Information |
|---|---|---|
| THOMAS EDWARD MELLON III ESQUIRE<br>Doylestown , PA 18901<br>United States of America | Tehran , Iran (islamic Republic Of) | Ship Date: 05/25/2018<br>Pieces: 1<br>Total Weight: 2.0 lbs    Note on Weight<br>Ship Type: Document<br>Shipment Reference: HOGLAN<br>Service: EXPRESS WORLDWIDE doc<br>Description: LEGAL PAPERWORK |

If you would prefer to speak to someone personally about the location of your shipment, please > Contact DHL Express Customer Service.

You can also Tweet to our DHL Express Customer Service team for assistance.

↗ Tweet to DHL US Help

Learn how to recognize and protect yourself from fraudulent use of DHL brand. > View our Fraud Prevention Tips

+ **Terms & Conditions**
+ **Tracking FAQs**

Deutsche Post DHL Group

  English    Site Feedback    Contact Center    Country Profile   DHL Global

# Track DHL Express Shipments

Here's the fastest way to check the status of your shipment. No need to call Customer Service — our online results give you real-time, detailed progress as your shipment speeds through the DHL network.

## Result Summary

| | Waybill: 2569184564 **Returned to shipper** › Get Proof of Delivery | Sunday, June 03, 2018 at 11:39 AM **Origin Service Area:** › NEW YORK, NY - DOYLESTOWN - USA **Destination Service Area:** › TEHRAN - TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | | 1 Pieces |
|---|---|---|---|---|

| **Sunday, June 03, 2018** | | Location | Time | Pieces |
|---|---|---|---|---|
| 24 | Returned to shipper | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 11:39 AM | |
| **Saturday, June 02, 2018** | | Location | Time | Pieces |
| 23 | Recipient refused delivery | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 12:52 PM | 1 Pieces |
| 22 | With delivery courier | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 8:14 AM | 1 Pieces |
| **Thursday, May 31, 2018** | | Location | Time | Pieces |
| 21 | Arrived at Delivery Facility in TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 3:47 PM | |
| 20 | Departed Facility in TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 1:02 PM | 1 Pieces |
| 19 | Clearance processing complete at TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 10:30 AM | 1 Pieces |
| 18 | Clearance event | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 9:51 AM | 1 Pieces |
| 17 | Arrived at Sort Facility TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 9:40 AM | 1 Pieces |
| **Wednesday, May 30, 2018** | | Location | Time | Pieces |
| 16 | Departed Facility in AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | 6:37 PM | 1 Pieces |
| 15 | Processed at AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | 6:36 PM | 1 Pieces |
| 14 | Arrived at Sort Facility AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | 8:59 AM | 1 Pieces |
| 13 | Departed Facility in BAHRAIN - BAHRAIN | BAHRAIN - BAHRAIN | 5:17 AM | 1 Pieces |
| 12 | Processed at BAHRAIN - BAHRAIN | BAHRAIN - BAHRAIN | 4:48 AM | 1 Pieces |
| 11 | Arrived at Sort Facility BAHRAIN - BAHRAIN | BAHRAIN - BAHRAIN | 2:23 AM | 1 Pieces |
| **Tuesday, May 29, 2018** | | Location | Time | Pieces |
| 10 | Departed Facility in CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 5:47 AM | 1 Pieces |
| 9 | Processed at CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 4:11 AM | 1 Pieces |
| **Sunday, May 27, 2018** | | Location | Time | Pieces |
| 8 | Clearance processing complete at CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 7:23 PM | 1 Pieces |
| **Saturday, May 26, 2018** | | Location | Time | Pieces |

| | Sunday, June 03, 2018 | Location | Time | Pieces |
|---|---|---|---|---|
| 7 | Shipment on hold | CINCINNATI HUB, OH - USA | 5:51 AM | + 1 Pieces |
| 6 | Arrived at Sort Facility CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 1:27 AM | + 1 Pieces |

| | Friday, May 25, 2018 | Location | Time | Pieces |
|---|---|---|---|---|
| 5 | Departed Facility in ELIZABETH - USA | ELIZABETH, NJ - USA | 10:51 PM | + 1 Pieces |
| 4 | Processed at ELIZABETH - USA | ELIZABETH, NJ - USA | 10:41 PM | + 1 Pieces |
| 3 | Departed Facility in NEW YORK - USA | NEW YORK, NY - USA | 10:13 PM | + 1 Pieces |
| 2 | Processed at NEW YORK - USA | NEW YORK, NY - USA | 10:09 PM | + 1 Pieces |
| 1 | Shipment picked up | NEW YORK, NY - USA | 12:32 PM | + 1 Pieces |

**Shipment Details...**

| From | To | Shipment Information |
|---|---|---|
| THOMAS EDWARD MELLON III ESQUIRE<br>Doylestown , PA 18901<br>United States of America | Tehran , Iran (islamic Republic Of) | Ship Date: 05/25/2018<br>Pieces: 1<br>Total Weight: 2.0 lbs   Note on Weight<br>Ship Type: Document<br>Shipment Reference: HOGLAN<br>Service: EXPRESS WORLDWIDE doc<br>Description: LEGAL PAPERWORK |

If you would prefer to speak to someone personally about the location of your shipment, please > Contact DHL Express Customer Service.

You can also Tweet to our DHL Express Customer Service team for assistance.
↗ Tweet to DHL US Help

Learn how to recognize and protect yourself from fraudulent use of DHL brand. > View our Fraud Prevention Tips

+ **Terms & Conditions**
+ **Tracking FAQs**

**Deutsche Post DHL Group**

  Site Feedback  Contact Center  Country Profile  DHL Global

# Track DHL Express Shipments

Here's the fastest way to check the status of your shipment. No need to call Customer Service – our online results give you real-time, detailed progress as your shipment speeds through the DHL network.

## Result Summary

**Waybill: 2569185463**
Returned to shipper
> Get Proof of Delivery

**Thursday, June 07, 2018 at 9:40 AM**
Origin Service Area:
> NEW YORK, NY - DOYLESTOWN - USA
Destination Service Area:
> TEHRAN - TEHRAN - IRAN (ISLAMIC REPUBLIC OF)

1 Pieces

| | Thursday, June 07, 2018 | Location | Time | Pieces |
|---|---|---|---|---|
| 28 | Returned to shipper | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 9:40 AM | |
| | **Sunday, June 03, 2018** | **Location** | **Time** | **Pieces** |
| 27 | Recipient refused delivery | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 9:47 AM | 1 Pieces |
| 26 | With delivery courier | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 8:43 AM | 1 Pieces |
| | **Saturday, June 02, 2018** | **Location** | **Time** | **Pieces** |
| 25 | Arrived at Delivery Facility in TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 6:21 PM | |
| 24 | Departed Facility in TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 1:11 PM | 1 Pieces |
| 23 | Clearance processing complete at TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 10:32 AM | 1 Pieces |
| 22 | Clearance event | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 9:50 AM | 1 Pieces |
| 21 | Arrived at Sort Facility TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 9:40 AM | 1 Pieces |
| | **Friday, June 01, 2018** | **Location** | **Time** | **Pieces** |
| 20 | Departed Facility in AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | 6:32 PM | 1 Pieces |
| 19 | Processed at AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | 6:31 PM | 1 Pieces |
| 18 | Arrived at Sort Facility AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | 10:21 AM | 1 Pieces |
| 17 | Departed Facility in BAHRAIN - BAHRAIN | BAHRAIN - BAHRAIN | 5:45 AM | 1 Pieces |
| 16 | Processed at BAHRAIN - BAHRAIN | BAHRAIN - BAHRAIN | 5:23 AM | 1 Pieces |
| 15 | Arrived at Sort Facility BAHRAIN - BAHRAIN | BAHRAIN - BAHRAIN | 2:39 AM | 1 Pieces |
| | **Thursday, May 31, 2018** | **Location** | **Time** | **Pieces** |
| 14 | Departed Facility in CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 5:55 AM | 1 Pieces |
| 13 | Processed at CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 2:40 AM | 1 Pieces |
| 12 | Clearance processing complete at CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 2:37 AM | 1 Pieces |
| 11 | Shipment on hold | CINCINNATI HUB, OH - USA | 1:41 AM | 1 Pieces |
| | **Wednesday, May 30, 2018** | **Location** | **Time** | **Pieces** |

| Thursday, June 07, 2018 | | Location | Time | Pieces |
|---|---|---|---|---|
| 10 | Shipment on hold | CINCINNATI HUB, OH - USA | 12:51 AM | + 1 Pieces |
| **Tuesday, May 29, 2018** | | **Location** | **Time** | **Pieces** |
| 9 | Shipment on hold | CINCINNATI HUB, OH - USA | 1:15 AM | + 1 Pieces |
| **Sunday, May 27, 2018** | | **Location** | **Time** | **Pieces** |
| 8 | Shipment on hold | CINCINNATI HUB, OH - USA | 8:27 PM | + 1 Pieces |
| **Saturday, May 26, 2018** | | **Location** | **Time** | **Pieces** |
| 7 | Shipment on hold | CINCINNATI HUB, OH - USA | 5:51 AM | + 1 Pieces |
| 6 | Arrived at Sort Facility CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 1:27 AM | + 1 Pieces |
| **Friday, May 25, 2018** | | **Location** | **Time** | **Pieces** |
| 5 | Departed Facility in ELIZABETH - USA | ELIZABETH, NJ - USA | 10:51 PM | + 1 Pieces |
| 4 | Processed at ELIZABETH - USA | ELIZABETH, NJ - USA | 10:41 PM | + 1 Pieces |
| 3 | Departed Facility in NEW YORK - USA | NEW YORK, NY - USA | 10:13 PM | + 1 Pieces |
| 2 | Processed at NEW YORK - USA | NEW YORK, NY - USA | 10:09 PM | + 1 Pieces |
| 1 | Shipment picked up | NEW YORK, NY - USA | 12:32 PM | + 1 Pieces |

**Shipment Details...**

| From | To | Shipment Information |
|---|---|---|
| THOMAS EDWARD MELLON III ESQUIRE<br>Doylestown , PA 18901<br>United States of America | Tehran , Iran (islamic Republic Of) | Ship Date: 05/25/2018<br>Pieces: 1<br>Total Weight: 2.0 lbs   Note on Weight<br>Ship Type: Document<br>Shipment Reference: HOGLAN<br>Service: EXPRESS WORLDWIDE doc<br>Description: LEGAL PAPERWORK |

If you would prefer to speak to someone personally about the location of your shipment, please › Contact DHL Express Customer Service.

You can also Tweet to our DHL Express Customer Service team for assistance.

↗ Tweet to DHL US Help

Learn how to recognize and protect yourself from fraudulent use of DHL brand. › View our Fraud Prevention Tips

+ **Terms & Conditions**
+ **Tracking FAQs**

**Deutsche Post DHL Group**

    

# Track DHL Express Shipments

Here's the fastest way to check the status of your shipment. No need to call Customer Service — our online results give you real-time, detailed progress as your shipment speeds through the DHL network.

## Result Summary

**Waybill: 2569187062**
Returned to shipper
> Get Proof of Delivery

Sunday, June 03, 2018 at 11:37 AM
**Origin Service Area:**
> NEW YORK, NY - DOYLESTOWN - USA
**Destination Service Area:**
> TEHRAN - TEHRAN - IRAN (ISLAMIC REPUBLIC OF)

1 Pieces

| | Sunday, June 03, 2018 | Location | Time | Pieces |
|---|---|---|---|---|
| 25 | Returned to shipper | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 11:37 AM | |
| | **Saturday, June 02, 2018** | **Location** | **Time** | **Pieces** |
| 24 | Recipient refused delivery | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 12:52 PM | 1 Pieces |
| 23 | With delivery courier | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 8:14 AM | 1 Pieces |
| | **Thursday, May 31, 2018** | **Location** | **Time** | **Pieces** |
| 22 | Arrived at Delivery Facility in TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 3:37 PM | 1 Pieces |
| 21 | Departed Facility in TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 1:02 PM | 1 Pieces |
| 20 | Clearance processing complete at TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 10:30 AM | 1 Pieces |
| 19 | Clearance event | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 9:51 AM | 1 Pieces |
| 18 | Arrived at Sort Facility TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 9:40 AM | 1 Pieces |
| | **Wednesday, May 30, 2018** | **Location** | **Time** | **Pieces** |
| 17 | Departed Facility in AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | 6:37 PM | 1 Pieces |
| 16 | Processed at AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | 6:36 PM | 1 Pieces |
| 15 | Arrived at Sort Facility AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | 8:59 AM | 1 Pieces |
| 14 | Departed Facility in BAHRAIN - BAHRAIN | BAHRAIN - BAHRAIN | 5:17 AM | 1 Pieces |
| 13 | Processed at BAHRAIN - BAHRAIN | BAHRAIN - BAHRAIN | 4:48 AM | 1 Pieces |
| 12 | Arrived at Sort Facility BAHRAIN - BAHRAIN | BAHRAIN - BAHRAIN | 2:23 AM | 1 Pieces |
| | **Tuesday, May 29, 2018** | **Location** | **Time** | **Pieces** |
| 11 | Departed Facility in CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 5:47 AM | 1 Pieces |
| 10 | Processed at CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 4:11 AM | 1 Pieces |
| | **Sunday, May 27, 2018** | **Location** | **Time** | **Pieces** |
| 9 | Clearance processing complete at CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 7:23 PM | 1 Pieces |
| | **Saturday, May 26, 2018** | **Location** | **Time** | **Pieces** |

| | **Sunday, June 03, 2018** | **Location** | **Time** | **Pieces** |
|---|---|---|---|---|
| 8 | Shipment on hold | CINCINNATI HUB, OH - USA | 5:51 AM | 1 Pieces |
| 7 | Processed at CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 2:49 AM | 1 Pieces |
| 6 | Arrived at Sort Facility CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 1:27 AM | 1 Pieces |
| | **Friday, May 25, 2018** | **Location** | **Time** | **Pieces** |
| 5 | Departed Facility in ELIZABETH - USA | ELIZABETH, NJ - USA | 10:51 PM | 1 Pieces |
| 4 | Processed at ELIZABETH - USA | ELIZABETH, NJ - USA | 10:41 PM | 1 Pieces |
| 3 | Departed Facility in NEW YORK - USA | NEW YORK, NY - USA | 10:13 PM | 1 Pieces |
| 2 | Processed at NEW YORK - USA | NEW YORK, NY - USA | 10:09 PM | 1 Pieces |
| 1 | Shipment picked up | NEW YORK, NY - USA | 12:32 PM | 1 Pieces |

**Shipment Details...**

| From | To | Shipment Information |
|---|---|---|
| THOMAS EDWARD MELLON III ESQUIRE<br>Doylestown , PA 18901<br>United States of America | Tehran , Iran (islamic Republic Of) | Ship Date: 05/25/2018<br>Pieces: 1<br>Total Weight: 2.0 lbs  Note on Weight<br>Ship Type: Document<br>Shipment Reference: HOGLAN<br>Service: EXPRESS WORLDWIDE doc<br>Description: LEGAL PAPERWORK |

If you would prefer to speak to someone personally about the location of your shipment, please > Contact DHL Express Customer Service.

You can also Tweet to our DHL Express Customer Service team for assistance.

↗ Tweet to DHL US Help

Learn how to recognize and protect yourself from fraudulent use of DHL brand. > View our Fraud Prevention Tips

**＋ Terms & Conditions**
**＋ Tracking FAQs**

**Deutsche Post DHL Group**

  Site Feedback    Contact Center     Country Profile     DHL Global

# Track DHL Express Shipments

Here's the fastest way to check the status of your shipment. No need to call Customer Service – our online results give you real-time, detailed progress as your shipment speeds through the DHL network.

## Result Summary

**Waybill:** 2569187585
**Returned to shipper**
› Get Proof of Delivery

**Sunday, June 03, 2018 at 11:37 AM**
**Origin Service Area:**
› NEW YORK, NY - DOYLESTOWN - USA
**Destination Service Area:**
› TEHRAN - TEHRAN - IRAN (ISLAMIC REPUBLIC OF)

1 Pieces

| | Sunday, June 03, 2018 | Location | Time | Pieces |
|---|---|---|---|---|
| 24 | Returned to shipper | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 11:37 AM | |
| | **Saturday, June 02, 2018** | **Location** | **Time** | **Pieces** |
| 23 | Recipient refused delivery | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 12:52 PM | 1 Pieces |
| 22 | With delivery courier | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 8:14 AM | 1 Pieces |
| | **Thursday, May 31, 2018** | **Location** | **Time** | **Pieces** |
| 21 | Arrived at Delivery Facility in TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 3:39 PM | |
| 20 | Departed Facility in TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 1:02 PM | 1 Pieces |
| 19 | Clearance processing complete at TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 10:30 AM | 1 Pieces |
| 18 | Clearance event | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 9:51 AM | 1 Pieces |
| 17 | Arrived at Sort Facility TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | TEHRAN - IRAN (ISLAMIC REPUBLIC OF) | 9:40 AM | 1 Pieces |
| | **Wednesday, May 30, 2018** | **Location** | **Time** | **Pieces** |
| 16 | Departed Facility in AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | 6:37 PM | 1 Pieces |
| 15 | Processed at AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | 6:36 PM | 1 Pieces |
| 14 | Arrived at Sort Facility AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | AE - HUB & GATEWAYS - UNITED ARAB EMIRATES | 8:59 AM | 1 Pieces |
| 13 | Departed Facility in BAHRAIN - BAHRAIN | BAHRAIN - BAHRAIN | 5:17 AM | 1 Pieces |
| 12 | Processed at BAHRAIN - BAHRAIN | BAHRAIN - BAHRAIN | 4:48 AM | 1 Pieces |
| 11 | Arrived at Sort Facility BAHRAIN - BAHRAIN | BAHRAIN - BAHRAIN | 2:23 AM | 1 Pieces |
| | **Tuesday, May 29, 2018** | **Location** | **Time** | **Pieces** |
| 10 | Departed Facility in CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 5:47 AM | 1 Pieces |
| 9 | Processed at CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 4:11 AM | 1 Pieces |
| | **Sunday, May 27, 2018** | **Location** | **Time** | **Pieces** |
| 8 | Clearance processing complete at CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 7:23 PM | 1 Pieces |
| | **Saturday, May 26, 2018** | **Location** | **Time** | **Pieces** |

| Sunday, June 03, 2018 | | Location | Time | Pieces |
|---|---|---|---|---|
| 7 | Shipment on hold | CINCINNATI HUB, OH - USA | 5:51 AM | 1 Pieces |
| 6 | Arrived at Sort Facility CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 1:27 AM | 1 Pieces |
| **Friday, May 25, 2018** | | **Location** | **Time** | **Pieces** |
| 5 | Departed Facility in ELIZABETH - USA | ELIZABETH, NJ - USA | 10:51 PM | 1 Pieces |
| 4 | Processed at ELIZABETH - USA | ELIZABETH, NJ - USA | 10:41 PM | 1 Pieces |
| 3 | Departed Facility in NEW YORK - USA | NEW YORK, NY - USA | 10:13 PM | 1 Pieces |
| 2 | Processed at NEW YORK - USA | NEW YORK, NY - USA | 10:09 PM | 1 Pieces |
| 1 | Shipment picked up | NEW YORK, NY - USA | 12:32 PM | 1 Pieces |

**Shipment Details...**

| From | To | Shipment Information |
|---|---|---|
| THOMAS EDWARD MELLON III ESQUIRE<br>Doylestown , PA 18901<br>United States of America | Tehran , Iran (islamic Republic Of) | Ship Date: 05/25/2018<br>Pieces: 1<br>Total Weight: 2.0 lbs     Note on Weight<br>Ship Type: Document<br>Shipment Reference: HOGLAN<br>Service: EXPRESS WORLDWIDE doc<br>Description: LEGAL PAPERWORK |

If you would prefer to speak to someone personally about the location of your shipment, please › Contact DHL Express Customer Service.

You can also Tweet to our DHL Express Customer Service team for assistance.
↗ Tweet to DHL US Help

Learn how to recognize and protect yourself from fraudulent use of DHL brand. › View our Fraud Prevention Tips

➕ **Terms & Conditions**
➕ **Tracking FAQs**

**Deutsche Post DHL Group**