**Ex. A-3**

Horace Morris, et al. v. Islamic Republic of Iran, No. 1:18-cv-05321 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT | PLACE OF INJURY |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Damion | | Mowatt | Deval | | Mowatt | | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 2. | Damion | | Mowatt | Devon | | Mowatt | | Parent | $8,500,000.00 | World Trade Center (New York) |
| 3. | Manuel | D. | Patrocino | Keyla | | Patrocino | | Child | $8,500,000.00 | World Trade Center (New York) |
| 4. | Manuel | D. | Patrocino | Sandra | | Patrocino | | Spouse | $12,500,000.00 | World Trade Center (New York) |
| 5. | Alejo | | Perez | Marina | Z. | Perez | | Spouse | $12,500,000.00 | World Trade Center (New York) |
| 6. | Rahma | | Salie | Afkham | | Salie | | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 7. | Rahma | | Salie | Haleema | | Salie | | Parent | $8,500,000.00 | World Trade Center (New York) |
| 8. | Rahma | | Salie | Ysuff | | Salie | | Parent | $8,500,000.00 | World Trade Center (New York) |
| 9. | Nolbert | | Salomon | Antoine | | Salomon | | Parent | $8,500,000.00 | World Trade Center (New York) |
| 10. | Nolbert | | Salomon | Edison | | Salomon | | Sibling | $4,250,000.00 | World Trade Center (New York) |

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT | PLACE OF INJURY |
|---|---|---|---|---|---|---|---|---|---|---|
| 11. | Nolbert | | Salomon | James | | Salomon | | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 12. | Hugo | | Sanay | Clara | | Sanay | | Spouse | $12,500,000.00 | World Trade Center (New York) |
| 13. | Hugo | | Sanay | Hugo | | Sanay | | Child | $8,500,000.00 | World Trade Center (New York) |

| **TOTAL** | | | | | | | | | **$105,500,000.00** | |

docs-100500995.1