**EXHIBIT B-3**

**Burnett, et al. v. Al Baraka Inv. Dev. Corp., et al., No. 03-cv-9849 (GBD)(SN)**
Non-U.S. National Estate Claims of 9/11 Decedents Without Prior Judgments in the MDL

| # | 9/11 Decedent's First Name | 9/11 Decedent's Middle Name | 9/11 Decedent's Last Name | Suffix | Personal Representative(s) | Nationality of 9/11 Decedent | Date Plaintiff Added | Docket Entry When First Added to Complaint | Proposed Judgment for Conscious Pain and Suffering | Proposed Judgment for Economic-Loss Damages | Proposed Total Judgment to Be Applied As Compensatory Damages Under the Common Law |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Ignatius | Udo | Adanga | | Affiong Japhet Adanga | Nigeria | 11/22/2002 | DKT 26, 29; 1:02-CV-01616-JR; 2535 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 2 | Edward | L. | Allegretto | | | Unconfirmed | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4106 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 3 | Joseph | Ryan | Allen | | Jennifer D'Auria; Michael J. Allen | Unconfirmed | 8/15/2002 | DKT 1; 1:02-cv-01616-JR; 39 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 4 | Siew-Nya | | Ang | | Kui Liong Lee | Malaysia | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4108 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 5 | Japhet | | Aryee | | Maria Celeste Aryee | Ghana | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4113 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 6 | Manual | | Asitimbay | | | Ecuador | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 1826 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 7 | Garnet | | Bailey | | Katherine Agnes Bailey | Canada | 5/23/2003 | DKT 155; 1:02-cv-01616-JR; P2814 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 8 | Kenneth | William | Basnicki | | Maureen Elizabeth Basnicki | Canada | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4121 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 9 | Jane | | Beatty | | Robert W. Beatty | United Kingdom | 1/3/2005 | DKT 602; 1:03-md-01570-GBD-SN; P5471 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 10 | Oliver | Duncan | Bennett | | Joy Bennett; Adrian John Moberly Bennett | United Kingdom | 9/10/2003 | DKT 313; 1:02-cv-01616-JR; AP275, AP276 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 11 | Christopher | | Blackwell | | | Unconfirmed | 3/10/2004 | DKT HAND FILED; 1:03-cv-9849 (RCC); P5000 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 12 | Canfield | D. | Boone | | | Unconfirmed | 5/23/2003 | DKT 155; 1:02-cv-01616-JR; P2829 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 13 | J. | Howard | Boulton | Jr. | | Venezuela | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; AP254 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 14 | Paul | Gary | Bristow | | Derek Edward Bristow | United Kingdom | 9/10/2003 | DKT 313; 1:02-cv-01616-JR; AP282 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 15 | Jesus | | Cabezas | | | Ecuador | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 1877 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 16 | Geoff | Thomas | Campbell | | Caroline Burbank; Malcolm Phillip Campbell | United Kingdom | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4158 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 17 | Eli | | Chalouh | | | Unconfirmed | 12/19/2003 | DKT 432; 1:02-cv-01616-JR; P4793 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |

**EXHIBIT B-3**

**Burnett, et al. v. Al Baraka Inv. Dev. Corp., et al., No. 03-cv-9849 (GBD)(SN)**
Non-U.S. National Estate Claims of 9/11 Decedents Without Prior Judgments in the MDL

| # | 9/11 Decedent's First Name | 9/11 Decedent's Middle Name | 9/11 Decedent's Last Name | Suffix | Personal Representative(s) | Nationality of 9/11 Decedent | Date Plaintiff Added | Docket Entry When First Added to Complaint | Proposed Judgment for Conscious Pain and Suffering | Proposed Judgment for Economic-Loss Damages | Proposed Total Judgment to Be Applied As Compensatory Damages Under the Common Law |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | Nicholas | Paul | Chiofalo | | | Unconfirmed | 5/23/2003 | DKT 155; 1:02-cv-01616-JR; P2847 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 19 | Suria | R. E. | Clarke | | Margaret Alexandra Clarke | United Kingdom | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4180 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 20 | Cynthia | Marie | Connolly | | Donald Jacques Poissant | Canada | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4201 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 21 | James | L. | Connor | | Jaymel Elizabeth Connor | Unconfirmed | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 1893 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 22 | Andre | | Cox | | Nigel Durnstan Cox | St. Vincent and the Grenadines | 12/19/2003 | DKT 432; 1:02-cv-01616-JR; P4800 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 23 | Caleb | Arron | Dack | | Abigail Jane Carter | United Kingdom | 11/22/2002 | DKT 26, 29: 1:02-cv-01616-JR; 4782 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 24 | Manuel | John | DaMota | | Barbara E. DaMota | Portugal | 5/23/2003 | DKT 155; 1:02-cv-01616-JR; P2868 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 25 | Anthony | Richard | Dawson | | Helen Katrina Dawson | United Kingdom | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P3668 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 26 | Jayceryll | Malabuyoc | de Chavez | | Asuncion Malabuyoc de Chavez; Bibiano M. de Chavez | Philippines | 8/15/2002 | DKT 1; 1:02-cv-01616-JR; 870 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 27 | Azucena | | de la Torre | | Diana de la Torre | Unconfirmed | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P3669 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 28 | Melanie | Louise | De Vere | | Margaret H. Owen; David de Vere | United Kingdom | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P3674 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 29 | Jamal | Legesse | DeSantis | | | Unconfirmed | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; AP242 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 30 | Robert | E. | Dolan | | | Unconfirmed | 12/19/2003 | DKT 432; 1:02-cv-01616-JR; P4831 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 31 | Benilda | Pasqua | Domingo | | Public Administrator of Suffolk County | Philippines | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4240 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 32 | Jacqueline | | Donovan | | | Unconfirmed | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P3680 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 33 | Gerard | J. | Duffy | | | Unconfirmed | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 3069 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |

**EXHIBIT B-3**

**Burnett, et al. v. Al Baraka Inv. Dev. Corp., et al., No. 03-cv-9849 (GBD)(SN)**
Non-U.S. National Estate Claims of 9/11 Decedents Without Prior Judgments in the MDL

| # | 9/11 Decedent's First Name | 9/11 Decedent's Middle Name | 9/11 Decedent's Last Name | Suffix | Personal Representative(s) | Nationality of 9/11 Decedent | Date Plaintiff Added | Docket Entry When First Added to Complaint | Proposed Judgment for Conscious Pain and Suffering | Proposed Judgment for Economic-Loss Damages | Proposed Total Judgment to Be Applied As Compensatory Damages Under the Common Law |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 34 | Antoinette | | Duger | | Raymond Duger | Italy | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 4789 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 35 | Richard | A. | Dunstan | | Janet Arleen Dunstan | England | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 1085 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 36 | Barbara | Gollan | Edwards | | | Germany | 5/23/2003 | DKT 155; 1:02-cv-01616-JR; P2885 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 37 | Christine | | Egan | | Ellen Ruth Judd | United Kingdom | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; AP250 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 38 | Michael | | Egan | | Anna Maria Egan | Canada | 5/23/2003 | DKT 155; 1:02-cv-01616-JR; P2887 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 39 | Albert | W. | Elmarry | | | Unconfirmed | 9/10/2003 | DKT 313; 1:02-cv-01616-JR; P4638 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 40 | Sarah | Ali | Escarcega | | Rogelio R. Escarcega | United Kingdom | 9/10/2003 | DKT 313; 1:02-cv-01616-JR; P4639 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 41 | Barbara | | Etzold | | | Unconfirmed | 5/23/2003 | DKT 155; 1:02-cv-01616-JR; P2890 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 42 | Meredith | Emily June | Ewart | | Jennifer Rene Ewart | Canada | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4251 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 43 | Jamie | Lynn | Fallon | | Patricia A. Fallon | Unconfirmed | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 3115 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 44 | Ronald | C. | Fazio | Sr. | | Unconfirmed | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4269 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 45 | Chih | Min | Foo | | Mary Lou Lee | China | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4276 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 46 | Christopher | Hugh | Forsythe | | Tessie Molina | United Kingdom | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 1126 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 47 | Christopher | S. | Gardner | | | Unconfirmed | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P3699 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 48 | Ralph | | Gerhardt | | Marc J. Gottridge; Hans J. Gerhardt | Canada | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4292 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 49 | James | | Giberson | | Susan Giberson | Unconfirmed | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 1163 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 50 | Timothy | Paul | Gilbert | | | Unconfirmed | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 1984 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |

**EXHIBIT B-3**

**Burnett, et al. v. Al Baraka Inv. Dev. Corp., et al., No. 03-cv-9849 (GBD)(SN)**
Non-U.S. National Estate Claims of 9/11 Decedents Without Prior Judgments in the MDL

| # | 9/11 Decedent's First Name | 9/11 Decedent's Middle Name | 9/11 Decedent's Last Name | Suffix | Personal Representative(s) | Nationality of 9/11 Decedent | Date Plaintiff Added | Docket Entry When First Added to Complaint | Proposed Judgment for Conscious Pain and Suffering | Proposed Judgment for Economic-Loss Damages | Proposed Total Judgment to Be Applied As Compensatory Damages Under the Common Law |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 51 | Paul | Stuart | Gilbey | | Deena Joan Gilbey | United Kingdom | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 1987 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 52 | Evan | | Gillette | | | Unconfirmed | 8/15/2002 | DKT 1; 1:02-cv-01616-JR; 241 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 53 | Ronald | L. | Gilligan | | | United Kingdom | 2/21/2003 | DKT 77; 1:02-cv-01616-JR; P2609 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 54 | Pedro | | Grehan | | Victoria Blaksley | Argentina | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 3314 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 55 | Jose | Antonio | Guadalupe | | | Unconfirmed | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4303 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 56 | Vaswald | George | Hall | | Beverly Hall | Jamaica | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4305 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 57 | Gerald | | Hardacre | | | Unconfirmed | 9/10/2003 | DKT 313; 1:02-cv-01616-JR; P4655 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 58 | Timothy | | Higgins | | | Unconfirmed | 9/10/2003 | DKT 313; 1:02-cv-01616-JR; P4658 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 59 | Herbert | Wilson | Homer | | Karen L. Homer | Unconfirmed | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4331 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 60 | Michael | C. | Howell | | Emily Howell | Unconfirmed | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 3469 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 61 | Nicholas | | John | | Glyn John; Timothy John | United Kingdom | 9/10/2003 | DKT 313; 1:02-cv-01616-JR; AP279 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 62 | Christopher | D. | Jones | | Susan Jones | United Kingdom | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P4066 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 63 | Karol | Ann | Keasler | | Denise K. Keasler | Unconfirmed | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 1288 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 64 | Richard | J. | Kelly | Jr. | | Unconfirmed | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 1292 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 65 | Seilai | | Khoo | | Solomon Gayle | Malaysia | 5/23/2003 | DKT 155; 1:02-cv-01616-JR; P2973 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 66 | Bojan | | Kostic | | Richard R. Rio; Robert D. Kovic | Unconfirmed | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 2109 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 67 | Lyudmila | | Ksido | | Felix Ksido | Unconfirmed | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 1310 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 68 | Thomas | J. | Kuveikis | | James Kuveikis | Unconfirmed | 1/3/2005 | DKT 602; 1:03-md-01570-GBD-SN; P5490 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |

**EXHIBIT B-3**

**Burnett, et al. v. Al Baraka Inv. Dev. Corp., et al., No. 03-cv-9849 (GBD)(SN)**
Non-U.S. National Estate Claims of 9/11 Decedents Without Prior Judgments in the MDL

| # | 9/11 Decedent's First Name | 9/11 Decedent's Middle Name | 9/11 Decedent's Last Name | Suffix | Personal Representative(s) | Nationality of 9/11 Decedent | Date Plaintiff Added | Docket Entry When First Added to Complaint | Proposed Judgment for Conscious Pain and Suffering | Proposed Judgment for Economic-Loss Damages | Proposed Total Judgment to Be Applied As Compensatory Damages Under the Common Law |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 69 | Ganesh | | Ladkat | | Sonia Gawas | India | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 2117 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 70 | Jeffrey | | LaTouche | | Virginia LaTouche | Unconfirmed | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 2125 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 71 | Steven | | Lawn | | Victoria Louise Lawn | United Kingdom | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4379 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 72 | Dong | Chul | Lee | | Jungmi Suh Lee | Korea | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4383 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 73 | Myoung | Woo | Lee | | | Unconfirmed | 9/10/2004 | DKT 432; 1:03-md-01570-GBD-SN; P5392 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 74 | Shai | | Levinhar | | | Unconfirmed | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P3778 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 75 | Wei Rong | | Lin | | Se Jua Au | China | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P3786 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 76 | Jerome | | Lohez | | Dening Lohez | France | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 3647 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 77 | Mark | G. | Ludvigsen | | | Unconfirmed | 9/10/2003 | DKT 313; 1:02-cv-01616-JR; P4690 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 78 | Robert | Francis | Mace | | | Unconfirmed | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P3813 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 79 | Simon | | Maddison | | Maureen Marguerite Maddison | United Kingdom | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 2155 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 80 | John | Daniel | Marshall | | | Unconfirmed | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4404 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 81 | Betsy | | Martinez | | | Unconfirmed | 5/23/2003 | DKT 155; 1:02-cv-01616-JR; P3023 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 82 | Lizie | | Martinez-Calderon | | | Unconfirmed | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P3821 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 83 | Stephen | F. | Masi | | | Unconfirmed | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P4069 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 84 | Brian | G. | McAleese | | Dawn Marie McAleese | Unconfirmed | 3/10/2004 | DKT HAND FILED; 1:03-cv-9849 (RCC); P5169 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 85 | Christine | Sheila | McNulty | | William Jorn Skead | United Kingdom | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4425 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |

**EXHIBIT B-3**

**Burnett, et al. v. Al Baraka Inv. Dev. Corp., et al., No. 03-cv-9849 (GBD)(SN)**
Non-U.S. National Estate Claims of 9/11 Decedents Without Prior Judgments in the MDL

| # | 9/11 Decedent's First Name | 9/11 Decedent's Middle Name | 9/11 Decedent's Last Name | Suffix | Personal Representative(s) | Nationality of 9/11 Decedent | Date Plaintiff Added | Docket Entry When First Added to Complaint | Proposed Judgment for Conscious Pain and Suffering | Proposed Judgment for Economic-Loss Damages | Proposed Total Judgment to Be Applied As Compensatory Damages Under the Common Law |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 86 | Shevonne | Olicia | Mentis | | Myrtle Bazil | Guyana | 2/21/2003 | DKT 77; 1:02-cv-01616-JR; P2532 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 87 | Alan | | Merdinger | | | Unconfirmed | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P4075 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 88 | Dennis | | Mojica | | | Unconfirmed | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 3933 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 89 | Manuel | Dejesus | Molina | | | Unconfirmed | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 2188 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 90 | John | Christopher | Moran | | | United Kingdom | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4442 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 91 | Iouri | | Mouchinski | | Natalia Mushinski | Ukraine | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 3961 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 92 | Alexander | | Napier | | | United Kingdom | 12/19/2003 | DKT 432; 1:02-cv-01616-JR; P4901 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 93 | Narender | | Nath | | | India | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P3867 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 94 | Renee | Tetreault | Newell | | | Unconfirmed | 9/10/2003 | DKT 313; 1:02-cv-01616-JR; P4698 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 95 | Roland | | Pacheco | | | Unconfirmed | 9/10/2004 | DKT 432; 1:03-md-01570-GBD-SN; P5422 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 96 | Hardai | | Parbhu | | Lachman Parbhu | Guyana | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P3881 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 97 | Robert | | Parro | | Karen Parro | Unconfirmed | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 4120 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 98 | Avnish | Ramanbhai | Patel | | Yogesh R. Patel | United Kingdom | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 1514 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 99 | Stacey | Lynn | Peak | | | Unconfirmed | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4471 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 100 | Angela | Susan | Perez | | | Unconfirmed | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P3896 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 101 | Alberto | Dominguez | Piriz | | | Australia | 12/19/2003 | DKT 432; 1:02-cv-01616-JR; P4927 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 102 | John | M. | Pocher | | | Unconfirmed | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P3899 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |

**EXHIBIT B-3**

**Burnett, et al. v. Al Baraka Inv. Dev. Corp., et al., No. 03-cv-9849 (GBD)(SN)**
Non-U.S. National Estate Claims of 9/11 Decedents Without Prior Judgments in the MDL

| # | 9/11 Decedent's First Name | 9/11 Decedent's Middle Name | 9/11 Decedent's Last Name | Suffix | Personal Representative(s) | Nationality of 9/11 Decedent | Date Plaintiff Added | Docket Entry When First Added to Complaint | Proposed Judgment for Conscious Pain and Suffering | Proposed Judgment for Economic-Loss Damages | Proposed Total Judgment to Be Applied As Compensatory Damages Under the Common Law |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 103 | Susan | M. | Pollio | | | Unconfirmed | 12/19/2003 | DKT 432; 1:02-cv-01616-JR; P4933 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 104 | Everett | M. | Proctor | III | | Unconfirmed | 8/15/2002 | DKT 1; 1:02-cv-01616-JR; 469 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 105 | David | L. | Pruim | | | Unconfirmed | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 4185 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 106 | Harry | | Ramos | | | Unconfirmed | 9/10/2003 | DKT 313; 1:02-cv-01616-JR; P4715 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 107 | Jonathan | | Randall | | | Unconfirmed | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P3921 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 108 | David | A.J. | Rathkey | | Julia Rathkey | United Kingdom | 5/23/2003 | DKT 155; 1:02-cv-01616-JR; AP220 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 109 | Rudolph | N. | Riccio | | | Unconfirmed | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P3928 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 110 | David | Bartolo | Rodriguez | | | Unconfirmed | 2/21/2003 | DKT 77; 1:02-cv-01616-JR; P2604 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 111 | Karlie | Barbara | Rogers | | Angela Elizabeth Rogers; Keith Rogers | United Kingdom | 9/10/2003 | DKT 313; 1:02-cv-01616-JR; AP288 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 112 | Juan | G. | Salas | | Silveria Segura | Dominican Republic | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 2330 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 113 | Carlos | A. | Samaniego | | | Paraguay | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 114 | Hugo | Manuel | Sanay-Perefiel | | | Unconfirmed | 3/10/2004 | DKT HAND FILED; 1:03-cv-9849 (RCC); P5251 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 115 | Susan | Marie | Sauer | | | Unconfirmed | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4513 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 116 | Vladimir | | Savinkin | | Valeriy Savinkin | Ukraine | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 1626 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 117 | Karen | Helene | Schmidt | | | Unconfirmed | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 2341 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 118 | Frank | G. | Schott | Jr. | | Unconfirmed | 3/10/2004 | DKT HAND FILED; 1:03-cv-9849 (RCC); P5258 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 119 | Howard | | Selwyn | | | United Kingdom | 8/15/2002 | DKT 1; 1:02-cv-01616-JR; 563 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 120 | Hagay | | Shefi | | | Israel | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 4408 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |

**EXHIBIT B-3**

**Burnett, et al. v. Al Baraka Inv. Dev. Corp., et al., No. 03-cv-9849 (GBD)(SN)**
Non-U.S. National Estate Claims of 9/11 Decedents Without Prior Judgments in the MDL

| # | 9/11 Decedent's First Name | 9/11 Decedent's Middle Name | 9/11 Decedent's Last Name | Suffix | Personal Representative(s) | Nationality of 9/11 Decedent | Date Plaintiff Added | Docket Entry When First Added to Complaint | Proposed Judgment for Conscious Pain and Suffering | Proposed Judgment for Economic-Loss Damages | Proposed Total Judgment to Be Applied As Compensatory Damages Under the Common Law |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 121 | Stephen | G. | Siller | | Sarah Elizabeth Siller | Unconfirmed | 2/21/2003 | DKT 77; 1:02-cv-01616-JR; AP210 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 122 | Fabian | | Soto | | | Unconfirmed | 2/21/2003 | DKT 77; 1:02-cv-01616-JR; P2612 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 123 | Mary | Domenica | Stanley | | Paul J. Stanley | Yugoslavia | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4539 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 124 | Donnie | B. | Taylor | Sr. | | Unconfirmed | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P3980 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 125 | Dorothy | Pearl | Temple | | Rosalyn Temple; Louis Temple | Unconfirmed | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 2395 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 126 | Clive | | Thompson | | Lucy E. Thompson | United Kingdom | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 4542 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 127 | Abdoul | Karim | Traore | | | Unconfirmed | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 2405 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 128 | Karamo | | Trerra | | Sharon B. Schultz | Gambia | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 2408 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 129 | Simon | James | Turner | | Elizabeth Rachel Turner | United Kingdom | 12/19/2003 | DKT 432; 1:02-cv-01616-JR; P4959 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 130 | Benito | | Valentin | | Grissel Rodriguez Valentin | Unconfirmed | 11/22/2002 | DKT 26, 29; 1:02-cv-01616-JR; 4606 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 131 | Azael | | Vasquez | | | Unconfirmed | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P3996 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 132 | Benjamin | James | Walker | | Laura Theresa Walker | United Kingdom | 9/5/2003 | DKT 305; 1:02-cv-01616-JR; P4561 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 133 | Roy | | Wallace | | Susan Ann Wallace | Chile | 9/10/2003 | DKT 313; 1:02-cv-01616-JR; P4759 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 134 | Vincent | Michael | Wells | | Julia Ann Wells; Charles Thomas Wells | England | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P4099; P4098 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 135 | Szu-Hui | | Wen | | Yun-Ju Wen | Taiwan | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 1731 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 136 | Louie | Anthony | Williams | | | Unconfirmed | 9/10/2004 | DKT 432; 1:03-md-01570-GBD-SN; P5468 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 137 | Martin | Michael | Wortley | | Karen L. Beetel | United Kingdom | 5/23/2003 | DKT 155; 1:02-cv-01616-JR; P3164 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |

# EXHIBIT B-3

**Burnett, et al. v. Al Baraka Inv. Dev. Corp., et al., No. 03-cv-9849 (GBD)(SN)**
Non-U.S. National Estate Claims of 9/11 Decedents Without Prior Judgments in the MDL

| # | 9/11 Decedent's First Name | 9/11 Decedent's Middle Name | 9/11 Decedent's Last Name | Suffix | Personal Representative(s) | Nationality of 9/11 Decedent | Date Plaintiff Added | Docket Entry When First Added to Complaint | Proposed Judgment for Conscious Pain and Suffering | Proposed Judgment for Economic-Loss Damages | Proposed Total Judgment to Be Applied As Compensatory Damages Under the Common Law |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 138 | Jupiter | | Yambem | | Nancy McCardle Yambem | India | 12/19/2003 | DKT 432; 1:02-cv-01616-JR; P4981 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 139 | Suresh | | Yanamadala | | Ajitha Vemulapalli | India | 8/1/2003 | DKT 232; 1:02-cv-01616-JR; P4037 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 140 | Shuyin | | Yang | | Rui Zheng | China | 5/23/2003 | DKT 155; 1:02-cv-01616-JR; P3168 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 141 | Yuguang | | Zheng | | Rui Zheng | China | 5/23/2003 | DKT 155; 1:02-cv-01616-JR; P3175 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |
| 142 | Igor | | Zukelman | | Alla Plakht | Ukraine | 9/4/2002 | DKT 3; 1:02-cv-01616-JR; 1766 | $ 2,000,000.00 | To Be Determined | $ 2,000,000.00 |