**Ex. B-3**

Laurence Schlissel, et al. v. Islamic Republic of Iran, No. 1:18-cv-05331 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount | PLACE OF INJURY |
|---|---|---|---|---|---|---|---|---|
| 1. | Mohammed |  | Shajahan |  | $3,016,757.00 | $2,000,000.00 | $5,016,757.00 | World Trade Center (New York) |
| 2. | Harshad | S. | Thatte |  | $4,151,054.00 | $2,000,000.00 | $6,151,054.00 | World Trade Center (New York) |
| 3. | Vanavah |  | Thompson |  | $1,506,866.00 | $2,000,000.00 | $3,506,866.00 | World Trade Center (New York) |

**TOTALS**      $8,674,677.00      $6,000,000.00      **$14,674,677.00**

docs-100501090.1