**Ex. B-4**

Bakahityar Kamardinova, et al. v. Islamic Republic of Iran, No. 1:18-cv-05339 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount | PLACE OF INJURY |
|---|---|---|---|---|---|---|---|---|
| 1. | Manuel | E. | Mejia | | $421,216.00 | $2,000,000.00 | $2,421,216.00 | World Trade Center (New York) |
| 2. | Yelena | | Melnichenko | | $4,422,805.00 | $2,000,000.00 | $6,422,805.00 | World Trade Center (New York) |
| 3. | Antonio | | Montoya | | | $2,000,000.00 | $2,000,000.00 | World Trade Center (New York) |
| **TOTALS** | | | | | $4,844,021.00 | $6,000,000.00 | **$10,844,021.00** | |

docs-100501097.1