**Ex. A-5**

Bakahityar Kamardinova, et al. v. Islamic Republic of Iran, No. 1:18-cv-05339 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT | PLACE OF INJURY |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Gavkharoy | | Kamardinova | Bakhtiyar | | Kamardinova | | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 2. | Gavkharoy | | Kamardinova | Farida | | Kamardinova | | Parent | $8,500,000.00 | World Trade Center (New York) |
| 3. | Gavkharoy | | Kamardinova | Fotima | | Kamardinova | | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 4. | Gavkharoy | | Kamardinova | Mukhamet | | Kamardinova | | Parent | $8,500,000.00 | World Trade Center (New York) |
| 5. | Gavkharoy | | Kamardinova | Zahro | | Kamardinova | | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 6. | Gavkharoy | | Kamardinova | Zukhra | | Koragoz | | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 7. | Antonio | | Montoya | Amanda | | Castrillon | | Spouse | $12,500,000.00 | World Trade Center (New York) |
| 8. | Antonio | | Montoya | Jorge | | Montoya | | Child | $8,500,000.00 | World Trade Center (New York) |
| 9. | Manuel | Emilio | Mejia | Hector | Guillermo | Mejia | | Sibling | $4,250,000.00 | World Trade Center (New York) |
| | **TOTAL** | | | | | | | | **$59,250,000.00** | |

docs-100628189.1