**Ex. B-5**

Audrey Ades, et al. v. Islamic Republic of Iran, No. 1:18-cv-07306 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount | PLACE OF INJURY |
|---|---|---|---|---|---|---|---|---|
| 1. | Hugo | | Sanay | | $796,621.00 | $2,000,000.00 | $2,796,621.00 | World Trade Center (New York) |
| **TOTALS** | | | | | $796,621.00 | $2,000,000.00 | $2,796,621.00 | |

docs-100501099.1