IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON ) <br> SEPTEMBER 11, 2001 ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> Thomas Burnett, Sr., et al. v. Al Baraka ) <br> Investment & Development Corp., et al. ) <br> Civ. A. No. 02-1616 (JR) ) <br> _____) | MDL Docket No. 03-1570 (RCC) |

### CONSENT MOTION OF DEFENDANT ABDULRAHMAN BIN MAHFOUZ FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE RESPONSE TO THE THIRD AMENDED COMPLAINT AND FOR A PRE-MOTION CONFERENCE

Defendant Abdulrahman Bin Mahfouz respectfully moves for a consent order directing that the time within which to file his motion to dismiss the Third Amended Complaint be enlarged to such date as may be determined at the status conference in this matter, scheduled for February 4, 2004. As reasons therefor, the defendant states as follows:

1. Under scheduling orders entered by the United States District Court for the District of Columbia, from which this action was transferred pursuant to the Conditional Transfer Order of the Judicial Panel on Multidistrict Litigation entered January 9, 2004, the defendant had up to and including February 2, 2004, to file his answer or other responsive pleading to the Third Amended Complaint.

2. Practice Rule 2.A. of this Court, however, requires that a pre-motion conference be held before any dispositive motion, including a motion to dismiss, is filed. Until such time as the Court schedules a pre-motion conference, the defendant's motion to dismiss is premature under the Court's Practice Rules.

LAW OFFICES
WILLIAMS & CONNOLLY LLP
725 TWELFTH STREET, N.W.
WASHINGTON, D.C. 20005

AREA CODE 202
434-5000

3. Counsel for Abdulrahman Bin Mahfouz spoke with plaintiffs' counsel today with regard to this motion. Plaintiffs' counsel consents to the relief sought herein.

Wherefore, defendant Abdulrahman Bin Mahfouz respectfully requests that the Court enter a consent order to schedule a pre-motion conference on his motion to dismiss the Third Amended Complaint, and that he shall have until such date as will be determined at the status conference in this matter, which is scheduled to be held February 4, 2004, to file the said motion to dismiss. A proposed Order is attached.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Gerald A. Feffer (GF2179)
Peter J. Kahn (PK3611)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000

Attorneys for Defendant Abdulrahman Bin Mahfouz

Dated: January 28, 2004

LAW OFFICES
WILLIAMS & CONNOLLY LLP
725 TWELFTH STREET, N.W.
WASHINGTON, D.C. 20005

AREA CODE 202
434-5000

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 ) ) ) ) THIS DOCUMENT RELATES TO: ) ) Thomas Burnett, Sr., et al. v. Al Baraka ) Investment & Development Corp., et al. ) Civ. A. No. 02-1616 (JR) ) ) | MDL Docket No. 03-1570 (RCC) |

**[PROPOSED] ORDER GRANTING DEFENDANT ABDULRAHMAN BIN MAHFOUZ'S CONSENT MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE RESPONSE TO THE THIRD AMENDED COMPLAINT AND FOR A PRE-MOTION CONFERENCE**

This matter is before the Court upon the Consent Motion of Defendant Abdulrahman Bin Mahfouz for Enlargement of Time within Which to File Response to the Third Amended Complaint and for a Pre-Motion Conference.

It is hereby **ORDERED** that the Defendant's Consent Motion for Enlargement of Time within Which to File Response to the Third Amended Complaint and for a Pre-Motion Conference be and hereby is granted; and

It is further **ORDERED** that a pre-motion conference on the defendant Abdulrahman Bin Mahfouz's motion to dismiss the Third Amended Complaint shall be held on, and the time within which to file the said motion to dismiss be and hereby is enlarged to, such dates as will be determined at the status conference in this matter, scheduled for February 4, 2004.

**DONE AND ORDERED** on this _____ day of _____, 2004.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on the 28th day of January, 2004, upon the following, in the manner specified.

Via Federal Express & facsimile

| | |
|---|---|
| Harry Huge<br>HARRY HUGE LAW FIRM LLP<br>1001 Pennsylvania Avenue, N.W.<br>7th Floor<br>Washington, D.C. 20004<br>843-720-8794 | Ronald L. Motley<br>MOTLEY RICE LLC<br>28 Bridgeside Boulevard<br>Mt. Pleasant, SC 29465<br>843-216-9450 |
| James P. Kreindler<br>KREINDLER & KREINDLER<br>100 Park Avenue<br>18th Floor<br>New York, NY 10017 5590<br>212-687-8181 | Jayne H. Conroy<br>HANLY & CONROY LLP<br>415 Madison Avenue<br>15th Floor<br>New York, NY 10017<br>212-401-7618 |

*Counsel for the Plaintiffs*