**Ex. A-6**

Lloyd A. Abel Sr., et al. v. Islamic Republic of Iran, No. 1:18-cv-11837 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT | PLACE OF INJURY |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Jaime | | Concepcion | Kirsy | | Concepcion | | Child | $8,500,000.00 | World Trade Center (New York) |
| 2. | Jaime | | Concepcion | Mercedes | | Concepcion Salazar | | Child | $8,500,000.00 | World Trade Center (New York) |
| 3. | Jaime | | Concepcion | Virginia | | Concepcion Desoto | | Child | $8,500,000.00 | World Trade Center (New York) |
| 4. | Titus | | Davidson | Denzil | | Davidson | | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 5. | Titus | | Davidson | Noel | | Davidson | | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 6. | Titus | | Davidson | Carol | | Davidson-Simpson | | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 7. | Titus | | Davidson | Evis | | Jones | | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 8. | Titus | | Davidson | Amy | M. | Knight | | Sibling | $4,250,000.00 | World Trade Center (New York) |

**TOTAL** $46,750,000.00

docs-100501036.1