**Ex. B-6**

Lloyd A. Abel Sr., et al. v. Islamic Republic of Iran, No. 1:18-cv-11837 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount | PLACE OF INJURY |
|---|---|---|---|---|---|---|---|---|
| 1. | Jaime | | Concepcion | | $1,243,593.00 | $2,000,000.00 | $3,243,593.00 | World Trade Center (New York) |
| 2. | Titus | | Davidson | | $151,917.00 | $2,000,000.00 | $2,151,917.00 | World Trade Center (New York) |
| | **TOTALS** | | | | $1,395,510.00 | $4,000,000.00 | **$5,395,510.00** | |

docs-100501104.1