UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
IN RE: TERRORIST ATTACKS ON            :   Case No. 03 MD 01570 (RCC)
SEPTEMBER 11, 2001                     :
                                       :
                                       :   NOTICE OF APPEARANCE
                                       :
                                       :
------------------------------------------------------------X

     PLEASE TAKE NOTICE that defendants African Muslim Agency, Grove Corporate, Inc., Heritage Education Trust, International Institute of Islamic Thought, Mar-Jac Investments, Inc., Reston Investments, Inc., Safa Trust, York Foundation, Sterling Management Group, Sterling Charitable Gift Fund, Sanabel Al-Kheer, Inc., Mena Investments, Sana-bell, Inc., Jamal Barzinji, Iqbal Unus (Yunus), Muhammad Ashraf, M. Omar Ashraf, Taha Jaber Al-Alwani, M. Yaqub Mirza have retained the undersigned as co-counsel in this action, and the undersigned hereby appears and requests that copies of all papers in this action be served upon the undersigned at the address stated below.

Dated: New York, New York
       January 27, 2004

                          CARTER, LEDYARD & MILBURN LLP

                          By: _____
                               John J. Walsh (JW 4947)
                               Two Wall Street
                               New York, New York 10005
                               (212) 732-3200

CERTIFICATION

This is to certify that a copy of the foregoing Notice of Appearance was mailed via regular mail, on this, the 27th day of January, 2004 to the following counsel of record:

Andrew J. Maloney, III
Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590

Blanca I. Rodriguez, Esq.
Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590

Brian J. Alexander, Esq.
Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590

David Beekman, Esq.
Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590

David C. Cook, Esq.
Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590

Francis G. Fleming, Esq.
Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590

James P. Kreindler, Esq.
Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590

Justin T. Green, Esq.
Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590

Lee S. Kreinder, Esq.

Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590

Marc S. Moller, Esq.
Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590

Milton G. Sincoff, Esq.
Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590

Noah H. Kushlefsky, Esq.
Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590

Paul S. Edelman, Esq.
Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590

Robert James Spragg, Esq.
Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590

Steven R. Pounian, Esq.
Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590

Mitchell R. Berger, Esq.
Patton Boggs, LLP
2550 M Street, NW
Washington, DC 20037

_____
Gerald W. Griffin