**Ex. B-7**

Chang Don Kim, et al. v. Islamic Republic of Iran, No. 1:18-cv-11870 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount | PLACE OF INJURY |
|----|---------------------|----------------------|--------------------|-----|------------------------|----------------------------|---------------------|-----------------|
| 1. | Kiran | Kumar Reddy | Gopu | | $2,132,029.00 | $2,000,000.00 | $4,132,029.00 | World Trade Center (New York) |
| | **TOTALS** | | | | $2,132,029.00 | $2,000,000.00 | **$4,132,029.00** | |

docs-100501105.1