

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

THOMAS E. BURNETT, SR. *et.al.*,  )
 )
    Plaintiffs.,  )
 )
  - against -  )  Case No.: 03 MD 1570 (RCC)
 )
AL BARAKA INVESTMENT AND  )
DEVELOPMENT CORPORATION, *et. al.* )
 )
    Defendants.  )
_____)

ORDER

Having considered *pro se* defendant Yeslam Binladin's Consent Motion to Extend Time to respond to Plaintiff's Third Amended Complaint, filed on or about March 23, 2003, it is hereby ORDERED that the date by which *pro se* defendant Yeslam Binladin must answer or otherwise respond to the Third Amended Complaint is on or before February 17, 2004.

Dated: January __, 2004

                                Honorable Richard C. Casey
                                United States District Judge

SO ORDERED

IT IS ORDERED that counsel to whom this Order is sent is responsible for faxing a copy to all counsel and retaining verification of such in the case file. Do not fax such verification to Chambers.

MICROFILM
FEB - 3 2004