**Ex. A-8**

Alexander Jimenez, et al. v. Islamic Republic of Iran, No. 1:18-cv-11875 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT | PLACE OF INJURY |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Antonio | | Melendez | Marco | A. | Melendez | | Child | $8,500,000.00 | World Trade Center (New York) |

**TOTAL**                                                                                   **$8,500,000.00**