UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

THOMAS E. BURNETT, SR. et.al.,    )
                                  )
        Plaintiffs,               )
                                  )
    - against -                   )   Case No.: 03 MD 1570 (RCC)
                                  )
AL BARAKA INVESTMENT AND          )
DEVELOPMENT CORPORATION, et. al.  )
                                  )
        Defendants.               )
_____)

CONSENT MOTION TO EXTEND TIME FOR
DEFENDANT YESLAM BINLADIN TO ANSWER OR
OTHERWISE RESPOND TO PLAINTIFF'S
THIRD AMENDED COMPLAINT

Defendant Yeslam Binladin, making a limited appearance for the purpose of making the instant motion and without waiving any defenses and/or responses, herein moves this Honorable Court for an extension of time in which to answer or otherwise respond to Plaintiff's Third Amended Complaint.

Pursuant to Local Civil Rules and through my Swiss attorney's associate in New York,[1] I have conferred with Harry Huge, Esq., counsel for Plaintiffs, about the subject matter of this motion. Mr. Huge has consented to an extension of time for Defendant

---

[1] I am a Swiss citizen and reside in Geneva, Switzerland. Until I can retain an American attorney to represent me in this action I am appearing in the action *pro se*. However, because I needed to obtain the consent of Plaintiff's attorney for this extension of time (and I believed it inappropriate to contact Mr. Huge directly) I asked my Swiss attorney to contact Mr. Huge. My Swiss attorney then contacted an attorney-friend of his in New York, Lawrence Schoenbach, Esq., to speak to Mr. Huge about this matter. Mr. Schoenbach spoke to Mr. Huge and obtained from him, on my behalf, his consent to this application.

Yeslam Binladin to answer or otherwise respond to the Third Amended Complaint on or before March 1, 2004.

Nothing in this consent motion should be deemed to be a waiver of any defense or response that ultimately could be asserted by me.

Accordingly, Yeslam Binladin respectfully requests that the Court enter an Order (a proposed copy of which is attached) extending the time for Yeslam Binladin to answer or otherwise respond to Plaintiff's Third Amended Complaint to March 1, 2004.

Dated: Geneva, Switzerland
       February 16, 2004

                                    Respectfully submitted,

                                    _____
                                    Yeslam Binladin, *Pro Se Defendant*
                                    Rue Francois-le-Fort, 2
                                    Geneva, Switzerland
                                    Telephone +41 22 347-5560
                                    Facsimile +41 22 347-5750

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

THOMAS E. BURNETT, SR. *et al.*,  )
                Plaintiffs.,  )
                - against -  )   Case No.: 03 MD 1570 (RCC)
AL BARAKA INVESTMENT AND
DEVELOPMENT CORPORATION, *et. al.*  )
                Defendants.  )

## ORDER

Having considered *pro se* defendant Yeslam Binladin's Consent Motion to Extend Time to respond to Plaintiff's Third Amended Complaint, filed on or about March 23, 2003, it is hereby ORDERED that the date by which *pro se* defendant Yeslam Binladin must answer or otherwise respond to the Third Amended Complaint is on or before March 1, 2004.

Dated: February ___, 2004

                                                          Honorable Richard C. Casey
                                                          United States District Judge

## CERTIFICATE OF SERVICE

I, YESLAM BINLADIN, *pro se* defendant in the within action, filed by facsimile and overnight mail service on the date indicated below and upon the individual(s) indicated below, a true copy of the within Consent Motion to Extend Time for Defendant Yeslam Binladin to Respond to Plaintiff's Third Amended Complaint:

    Harry Huge, Esq.
    Attorney for Plaintiffs
    401 Ninth Street
    Market Square North, Suite 450
    Washington, D.C. 20004
Tel:  202 824-6045
Fax:  202 318-1261

    Clerk of the Court (via express mail only)
    United States District Court
    Southern District of New York
    500 Pearl Street
    New York, New York 10007

*Geneva 16 Feb 2004*

*[signature]*



# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

THOMAS E. BURNETT, SR. *et.al.*,　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　Plaintiffs,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　- against -　　　　　　　　　　　)　　Case No.: 03 MD 1570 (RCC)
　　　　　　　　　　　　　　　　　　　)
AL BARAKA INVESTMENT AND　　　　　　)
DEVELOPMENT CORPORATION, *et. al.*　)
　　　　　　　　　　　　　　　　　　　)
　　　　　Defendants.　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)

## CONSENT MOTION TO EXTEND TIME FOR DEFENDANT YESLAM BINLADIN TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S THIRD AMENDED COMPLAINT

Defendant Yeslam Binladin, making a limited appearance for the purpose of making the instant motion and without waiving any defenses and/or responses, herein moves this Honorable Court for an extension of time in which to answer or otherwise respond to Plaintiff's Third Amended Complaint.

Pursuant to Local Civil Rules and through my Swiss attorney's associate in New York,[1] I have conferred with Harry Huge, Esq., counsel for Plaintiffs, about the subject matter of this motion. Mr. Huge has consented to an extension of time for Defendant

---

[1] I am a Swiss citizen and reside in Geneva, Switzerland. Until I can retain an American attorney to represent me in this action I am appearing in the action *pro se*. However, because I needed to obtain the consent of Plaintiff's attorney for this extension of time (and I believed it inappropriate to contact Mr. Huge directly) I asked my Swiss attorney to contact Mr. Huge. My Swiss attorney then contacted an attorney-friend of his in New York, Lawrence Schoenbach, Esq., to speak to Mr. Huge about this matter. Mr. Schoenbach spoke to Mr. Huge and obtained from him, on my behalf, his consent to this application.

Yeslam Binladin to answer or otherwise respond to the Third Amended Complaint on or before March 1, 2004.

Nothing in this consent motion should be deemed to be a waiver of any defense or response that ultimately could be asserted by me.

Accordingly, Yeslam Binladin respectfully requests that the Court enter an Order (a proposed copy of which is attached) extending the time for Yeslam Binladin to answer or otherwise respond to Plaintiff's Third Amended Complaint to March 1, 2004.

Dated: Geneva, Switzerland
February 16, 2004

Respectfully submitted,

*[signature]*
Yeslam Binladin, *Pro Se Defendant*
Rue Francois-le-Fort, 2
Geneva, Switzerland
Telephone +41 22 347-5560
Facsimile  +41 22 347-5750

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS E. BURNETT, SR. *et.al.*,<br><br>　　　　　Plaintiffs.,<br><br>　　- against -<br><br>AL BARAKA INVESTMENT AND<br>DEVELOPMENT CORPORATION, *et. al.*<br><br>　　　　　Defendants. | Case No.: 03 MD 1570 (RCC) |

## ORDER

Having considered *pro se* defendant Yeslam Binladin's Consent Motion to Extend Time to respond to Plaintiff's Third Amended Complaint, filed on or about March 23, 2003, it is hereby ORDERED that the date by which *pro se* defendant Yeslam Binladin must answer or otherwise respond to the Third Amended Complaint is on or before March 1, 2004.

Dated: February ____, 2004

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Honorable Richard C. Casey
　　　　　　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

I, YESLAM BINLADIN, *pro se* defendant in the within action, filed by facsimile and overnight mail service on the date indicated below and upon the individual(s) indicated below, a true copy of the within Consent Motion to Extend Time for Defendant Yeslam Binladin to Respond to Plaintiff's Third Amended Complaint:

Harry Huge, Esq.
Attorney for Plaintiffs
401 Ninth Street
Market Square North, Suite 450
Washington, D.C. 20004
Tel:  202 824-6045
Fax.  202 318-1261

*Geneva 16 feb. 2004*

*[signature]*

Clerk of the Court (via express mail only)
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

THOMAS E. BURNETT, SR. et al.,

    Plaintiffs,

- against -

AL BARAKA INVESTMENT AND
DEVELOPMENT CORPORATION, et. al.

    Defendants.

Case No.: 03 MD 1570 (RCC)

## CONSENT MOTION TO EXTEND TIME FOR DEFENDANT YESLAM BINLADIN TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S THIRD AMENDED COMPLAINT

Defendant Yeslam Binladin, making a limited appearance for the purpose of making the instant motion and without waiving any defenses and/or responses, herein moves this Honorable Court for an extension of time in which to answer or otherwise respond to Plaintiff's Third Amended Complaint.

Pursuant to Local Civil Rules and through my Swiss attorney's associate in New York,[1] I have conferred with Harry Huge, Esq., counsel for Plaintiffs, about the subject matter of this motion. Mr. Huge has consented to an extension of time for Defendant

---

[1] I am a Swiss citizen and reside in Geneva, Switzerland. Until I can retain an American attorney to represent me in this action I am appearing in the action *pro se*. However, because I needed to obtain the consent of Plaintiff's attorney for this extension of time (and I believed it inappropriate to contact Mr. Huge directly) I asked my Swiss attorney to contact Mr. Huge. My Swiss attorney then contacted an attorney-friend of his in New York, Lawrence Schoenbach, Esq., to speak to Mr. Huge about this matter. Mr. Schoenbach spoke to Mr. Huge and obtained from him, on my behalf, his consent to this application.

Yeslam Binladin to answer or otherwise respond to the Third Amended Complaint on or before March 1, 2004.

Nothing in this consent motion should be deemed to be a waiver of any defense or response that ultimately could be asserted by me.

Accordingly, Yeslam Binladin respectfully requests that the Court enter an Order (a proposed copy of which is attached) extending the time for Yeslam Binladin to answer or otherwise respond to Plaintiff's Third Amended Complaint to March 1, 2004.

Dated: Geneva, Switzerland
February 16, 2004

Respectfully submitted,

Yeslam Binladin, *Pro Se Defendant*
Rue Francois-le-Fort, 2
Geneva, Switzerland
Telephone +41 22 347-5560
Facsimile +41 22 347-5750

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

THOMAS E. BURNETT, SR. *et.al.*,   )
    )
    Plaintiffs.,   )
    )
- against -   )
    )   Case No.: 03 MD 1570 (RCC)
AL BARAKA INVESTMENT AND   )
DEVELOPMENT CORPORATION, *et. al.*   )
    )
    Defendants.   )
    )

ORDER

Having considered *pro se* defendant Yeslam Binladin's Consent Motion to Extend Time to respond to Plaintiff's Third Amended Complaint, filed on or about March 23, 2003, it is hereby ORDERED that the date by which *pro se* defendant Yeslam Binladin must answer or otherwise respond to the Third Amended Complaint is on or before March 1, 2004.

Dated: February _____, 2004

                                                                       Honorable Richard C. Casey
                                                                       United States District Judge

# CERTIFICATE OF SERVICE

I, YESLAM BINLADIN, *pro se* defendant in the within action, filed by facsimile and overnight mail service on the date indicated below and upon the individual(s) indicated below, a true copy of the within Consent Motion to Extend Time for Defendant Yeslam Binladin to Respond to Plaintiff's Third Amended Complaint:

       Harry Huge, Esq.
       Attorney for Plaintiffs
       401 Ninth Street
       Market Square North, Suite 450
       Washington, D.C. 20004
Tel:  202 824-6045
Fax:  202 318-1261

       Clerk of the Court (via express mail only)
       United States District Court
       Southern District of New York
       500 Pearl Street
       New York, New York 10007

*Geneva 16 Feb. 2004*

*[signature]*