**Ex. B-9**

Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran, No. 1:18-cv-12276 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|     | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount | PLACE OF INJURY |
|-----|---------------------|----------------------|--------------------|-------------|------------------------|----------------------------|---------------------|-----------------|
| 1.  | Sophia              |                      | Addo               |             | $2,133,404.00          | $2,000,000.00              | $4,133,404.00       | World Trade Center (New York) |
| 2.  | Antonio             | J.                   | Alvarez            |             | $3,930,183.00          | $2,000,000.00              | $5,930,183.00       | World Trade Center (New York) |
| 3.  | Luis                | A.                   | Chimbo             |             | $1,538,381.00          | $2,000,000.00              | $3,538,381.00       | World Trade Center (New York) |
| 4.  | Helen               |                      | Cook               |             |                        | $2,000,000.00              | $2,000,000.00       | World Trade Center (New York) |
| 5.  | Godwin              | Orville              | Forde              |             |                        | $2,000,000.00              | $2,000,000.00       | World Trade Center (New York) |
| 6.  | Wilder              | A.                   | Gomez              |             | $2,310,555.00          | $2,000,000.00              | $4,310,555.00       | World Trade Center (New York) |

**TOTALS**  $9,912,523.00  $12,000,000.00  **$21,912,523.00**