**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | **MDL No. 1570 (RCC)** |
| This document relates to: | 03 CV 9849 (RCC) |
| THOMAS BURNETT, et al, | **NOTICE OF MOTION** |
| v. | |
| AL BARAKA INVESTMENT & DEVELOPMENT CORP., et al. | |

PLEASE TAKE NOTICE, that pursuant to Rule 1.3(c) of the Local Civil rules of this

Court, and on the basis of the affidavits attached hereto, and the exhibit annexed thereto, the

undersigned will move the Court, before the Honorable Richard C. Casey, U.S.D.J., at the United

State District Court, Southern District of New York, 500 Pearl Street, New York, New York

10007, at a date and time to be determined by the Court, for an order admitting Thomas P.

Steindler, *pro hac vice,* as counsel for defendants Yousef Jameel and Yassin Abdullah Al Kadi

for the purposes of the above-captioned case.

Dated: New York, New York
       February 19, 2004

                                    **McDERMOTT, WILL & EMERY**


                                    By: *Chryssa V. Valletta*
                                         Chryssa V. Valletta (CV-8507)
                                         50 Rockefeller Plaza
                                         New York, New York 10020
                                         (212) 547-5400

                                              -and-
                                         600 13th Street, N.W.
                                         Washington, DC 20005-3096
                                         (202) 756-8000
                                         (202) 756-8087 (facsimile)

                                         *Attorneys for Defendants Yousef Jameel*
                                         *and Yassin Abdullah Al Kadi*

AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                               ) ss.:
COUNTY OF NEW YORK  )

            Robert J. Candella, Jr., being duly sworn, deposes and says:

            1. I am not a party to the action, am over the age of 18, and am employed by McDermott, Will & Emery. I reside in New York County, New York.

            2. On Friday, February 20, 2004, I served the attached Notice of Motion and supporting documents for admission pro hac vice upon the following:

                 (See attached Service List of 62 Names)

            3. I made such service by personally causing true copies of the aforementioned documents to be delivered to the offices at the address above via the United States Postal within the State of New York.

                                     Robert J. Candella, Jr.

Sworn to before me this
20th day of February, 2004

Notary Public

BONNIE SHEILA SCHWAB
Notary Public, State of New York
No. 01SC6101264
Qualified in New York County
Commission Expires 11/10/2007

Ronald L. Motley, Esq.
Motley Rice LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465

Alan Gerson, Esq.
Attorney At Law
4221 Lenore Lane
Washington, D.C. 20008

Harry Huge, Esq.
Harry Huge Law Firm, LLP
Market Street North
401 Ninth Street, N.W.
Suite 450
Washington, D.C. 20004

William N. Riley, Esq.
Young, Riley, Dudley & DeBrota
3815 River Crossing Parkway
Suite 340
Indianapolis, IN 46240

Thomas E. Mellon, Jr. Esq.
Mellon Webster & Shelly
87 North Broad Street
Doylestown, PA 18901

Don Howarth, Esq.
Howarth & Smith
800 Wilshire Boulevard
Suite 750
Los Angeles, CA 90017

Jack Cordray, Esq.
Cordray Law Firm
40 Calhoun Street
Charleston, SC 29401

James P. Kreindler
Kreindler & Kreindler
100 Park Avenue
New York, NY 10017

Gary O. Galiher, Esq.
Galiher, DeRobertis, Nakamura, Ono & Takitani
610 Ward Avenue
Suite 200
Honolulu, Hawaii 96814

Robert Conason, Esq.
Gair, Gair, Conason, Steigman & Mackauf
80 Pine Street
New York, NY 10005

Clare M. Sproule, Esq.
Epstein Becker & Green, P.C.
250 Park Avenue
New York, NY 10177

Kenneth Sacks, Esq.
Sacks & Sacks, LLP
150 Broadway, 4th Floor
New York, NY 10038

Sanford Rubenstein, Esq.
Rubenstein & Rynecki
16 Court Street
Brooklyn, NY 11241

Milton Mollen, Esq.
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016

Michael N. Block, Esq.
Sullivan, Papain, Block, McGrath & Cannavo, P.C.
120 Broadway Avenue
18th Floor
New York, NY 10271

J.D. Lee, Esq.
Lee, Lee & Lee
422 S. Gay Street
Knoxville, TN 27902

Anthony M. Sellitto, Jr., Esq.
Oliver & Sellitto
205 Bond Street
Asbury Park, NY 07712

Edward D. Robertson, Esq.
Bartimus, Frickleton, Robertson & Obetz
200 Madison Street
Suite 100
Jefferson City, MO 65101

Samuel L. Davis, Esq.
Davis Saperstein & Salomon, P.C.
375 Cedar Lane
Teaneck, NJ 07666

Guy Molinari, Esq.
Russo, Scamardella & D'Amato, P.C.
1010 Forest Avenue
Staten Island, NY 10310

Mitchell R. Berger, Esq.
Patton Boggs LLP
2550 M Street, N.W.
Suite 500
Washington, DC 20037

Christopher T. Lutz, Esq.
Steptoe & Johnson L.L.P.
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036

Martin F. McMahon, Esq.
Martin F. McMahon & Associates
1150 Connecticut Avenue, N.W.
Suite 900
Washington, D.C. 20036

Donna Sheinbach, Esq.
Luque Sheinbach, LLP
818 Connecticut Avenue
Suite 857
Washington, D.C. 20006

Jonathan L. Greenblatt, Esq.
Shearman & Sterling LLP
801 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20004

John Shakow, Esq.
King & Spalding LLP
1730 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

Matthew H. Kirtland, Esq.
Fulbright & Jaworski, LLP
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Brian H. Polovoy, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Christopher R. Cooper, Esq.
Baker Botts LLP
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Michael J. Guzman, Esq.
Kellogg, Huber, Hansen, Todd & Evans, P.L.L.C.
Sumner Square
1615 M Street, N.W. Suite 400
Washington, D.C. 20036

Michael Hadeed, Esq.
Becker, Hadeed, Kellogg & Berry
5501 Backlick Road
Suite 220
Springfield, VA 22151

Maher H. Hanania, Esq.
Hanania, Khader & Nawash
6066 Leesburg Pike #101
Falls Church, VA 22041

Lynne A. Bernabei, Esq.
Bernabei & Katz, PLLC
1773 T Street, N.W.
Washington, D.C. 20009

Christopher M. Curran, Esq.
White & Case, LLP
601 Thirteenth Street, N.W.
Washington, D.C. 20005

Matthew H. Simmons, Esq.
Gordon & Simmons, LLC
131 West Patrick Street
P.O. Box 430
Frederick, MD 21705

Gregory S. Chemack. Esq.
Wilmer Cutler & Pickering
2445 M Street, N.W.
Washington, D.C. 20037

David P. Donovan, Esq.
Wilmer Cutler & Pickering
1600 Tysons Boulevard
10th Floor
McLean, VA 22102

The Iranian Interest Section
c/o The Embassy of Pakistan
2204 Wisconsin Avenue, N.W.
Washington, D.C. 20007

Paul J. Hanly, Jr., Esq.
Hanly & Conroy LLP
415 Madison Avenue
New York, NY 10017

Donald J. Nolan, Esq.
Nolan Law Group
20 North Clark Street
30th Floor
Chicago, Illinois 60602

David Jaroslawicz, Esq.
Jaroslawicz & Jaros, Esquires
150 William Street
New York, NY 10038

Michel F. Baumeister, Esq.
Baumeister & Samuels, PC
One Exchange Plaza
New York, NY 10006

D. Richard Burbidge, Esq.
Burbidge & Mitchell
Parkside Tower
215 S. State Street
Suite 920
Salt Lake City, Utah 84111

Donald J. Winder, Esq.
Winder & Haslam P.C.
175 West 200 South
Suite 4000
P.O. Box 2668
Salt Lake City, Utah 84110

Aaron J. Broder, Esq.
Broder & Reiter
Empire State Building
350 5th Avenue
Suite 2811
New York, NY 10118

Frank H. Granito, III, Esq.
Speiser, Krause, Nolan & Granito
Two Grand Central Tower
140 East 45th Street
34th Floor
New York, NY 10017

James P. McGarry, Esq.
Barasch, McGarry, Salzman, Pension & Lim
11 Park Place
Suite 1801
New York, NY 10007

Matthew G. Ash, Esq.
Cozen O'Connor
1667 K Street, NW
Washington, D.C. 20006

Sean P. Carter, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, Pennsylvania 19103

Reed Smith LLP
East Tower
1301 K Street, N.W.
Suite 1100
Washington, D.C. 20005

Peter J. Kahn, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

James E. Gauch, Esq.
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001

Joseph Duffy, Esq.
Stetler & Duffy, Ltd.
11 S. LaSalle Street
Suite 1200
Chicago, Illinois 60603

Wilmer Parker, III, Esq.
Gillen, Parker & Withers LLC
One Securities Centre
3490 Piedmont Road, NE
Suite 1050
Atlanta, Georgia 30305

J. David O'Brien, Esq.
20 Vesey Street
Suite 700
New York, NY 10007

Richard T. Marooney, Jr., Esq.
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036

Michael Nussbaum, Esq.
Ropes & Gray LLP
One Metro Center
700 12th Street, N.W.
Suite 900
Washington, D.C. 20005

Joshua L. Dratel, Esq.
14 Wall Street
28th Floor
New York, NY 10005

The Iraqi Interest Section
c/o The Algerian Embassy
2137 Wyoming Avenue, N.W.
Washington, D.C. 20008

Richard Hailey, Esq.
Ramey & Hailey
1403 N. Delaware Street
Indianapolis, IN 46202

Marcel Groen, Esq.
Groen, Lamm, Goldberg & Rubenstone
Four Greenwood Square
Suite 200
Bensalem, PA 19020

Paul J. Orfanedes, Esq.
Judicial Watch, Inc.
501 School Street, S.W.
Suite 725
Washington, D.C. 20024