UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | MDL No. 1570 (RCC) |
| This document relates to: | 03 CV 9849 (RCC) |
| THOMAS BURNETT, et al, <br><br> v. <br><br> AL BARAKA INVESTMENT & DEVELOPMENT CORP., et al. | **AFFIDAVIT OF CHRYSSA V. VALLETTA** |

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF NEW YORK  )

CHRYSSA V. VALLETTA, being duly sworn, deposes and says:

1. I am a member of the Bar of this court and of the law firm of McDermott, Will & Emery, attorneys herein for defendants Yousef Jameel and Yassin Abdullah Al Kadi. I submit this Affidavit in support of Defendants' Yousef Jameel and Yassin Abdullah Al Kadi motion, pursuant to Local Rule 1.3(c) of the Local Civil Rules of this Court, to permit Thomas P. Steindler to appear, *pro hac vice*, as attorney for defendants Yousef Jameel and Yassin Abdullah Al Kadi

2. Mr. Steindler is a member of the firm of McDermott, Will & Emery and resident in McDermott, Will & Emery's Washington D.C. office, located at 600 13th Street, N.W., 12th Floor, Washington, DC 20005, (202) 756-8000, facsimile (202) 756-8087. Mr. Steindler represented defendants Yousef Jameel and Yassin Abdullah Al Kadi in this action prior to its transfer to this Court from the United States District Court for the District of Columbia and wishes to continue such representation.

3. As stated in the Affidavit of Thomas P. Steindler, and the Certificate in Good Standing annexed thereto, Mr. Steindler is admitted to the Bar of the District of Columbia and the Bar of the United States District Court for the District of Columbia.

4. As stated in the Affidavit of Thomas P. Steindler, Mr. Steindler is an inactive member of the Bar of the State of Pennsylvania. I called the Prothonotary's Office of the Supreme Court in Philadelphia, Pennsylvania on February 19, 2004 and was informed that the Pennsylvania Bar would not issue Certificates of Good Standing for inactive members.

5. Accordingly, defendants Yousef Jameel and Yassin Abdullah Al Kadi, respectfully request that Mr. Steindler be permitted to appear in this case as counsel for defendants Yousef Jameel and Yassin Abdullah Al Kadi, *pro hac vice*. The undersigned will remain local counsel for defendants Yousef Jameel and Yassin Abdullah Al Kadi.

_Chryssa V. Valletta_<br>
Chryssa V. Valletta

Sworn to before me this
19th day of February 2004

_____
Notary Public

**LARA E. ROMANSIC**
**Notary Public, State of New York**
No. 02RO6086797
Qualified in New York County
Commission Expires 03/17/2007