UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | MDL No. 1570 (RCC) |
| This document relates to: | 03 CV 9849 (RCC) |
| THOMAS BURNETT, et al, <br> v. <br> AL BARAKA INVESTMENT & DEVELOPMENT CORP., et al. | **AFFIDAVIT OF THOMAS P. STEINDLER** |

THOMAS P. STEINDLER under penalty of perjury deposes and says:

1. I am a member of the firm of McDermott, Will & Emery, attorneys herein for defendants Yousef Jameel and Yassin Abdullah Al Kadi. I submit this Affidavit in support of my application to be admitted to practice before this court and represent defendants Yousef Jameel and Yassin Abdullah Al Kadi, *pro hac vice*.

2. I am a member in good standing of the Bar of the District of Columbia, having been admitted to practice before that bar on October 20, 1986. A certificate of good standing from that bar is attached hereto. I am also a member in good standing of the bar of the United States District Court for the District of Columbia, having been admitted to practice before that bar on May 11, 1987. I am an inactive member of the Bar of the State of Pennsylvania.

3. I have been informed that the Pennsylvania Bar will not issue certificates of good standing for inactive members and thus no certificate of good standing is attached.

4. I am not presently nor have I ever been suspended, disbarred, or otherwise disciplined in any of the courts or jurisdictions where I have been admitted to practice.

5. I have obtained a copy of the local rules of the Southern District of New York and am familiar with those rules.

6. I hereby consent to be subject to the jurisdiction and rules of the state of New York governing professional conduct.

Thomas P. Steindler

Sworn to before me this
12th day of February 2004

Notary Public



# District of Columbia Court of Appeals
Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

THOMAS P. STEINDLER

was on the 20TH day of OCTOBER, 1986 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on February 13, 2004.

GARLAND PINKSTON, JR., CLERK

By: _____
        Deputy Clerk