**Ex. A-10**

Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran, No. 1:18-cv-12276 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT | PLACE OF INJURY |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Godwin | Orville | Forde | Charlene | Carmen | Forde | | Child | $8,500,000.00 | World Trade Center (New York) |
| 2. | Godwin | Orville | Forde | Romel | DaCosta | Forde | | Child | $8,500,000.00 | World Trade Center (New York) |
| 3. | Godwin | Orville | Forde | Godwin | Marlon Junior | Forde | | Child | $8,500,000.00 | World Trade Center (New York) |

**TOTAL** $25,500,000.00

docs-100501055.1