**Ex. A-12**

Matthew Rowenhorst, et al. v. Islamic Republic of Iran, No. 1:18-cv-12387 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT | PLACE OF INJURY |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Michael | | Theodoridis | Rahma | | Salie | | Spouse (Deceased) | $12,500,000.00 | World Trade Center (New York) |
| 2. | Michael | | Theodoridis | Jordanis | | Theodoridis | | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 3. | Michael | | Theodoridis | Margarita | | Theodoridis | | Parent | $8,500,000.00 | World Trade Center (New York) |
| 4. | Michael | | Theodoridis | Constantinos | | Theodoridis | | Parent (Deceased) | $8,500,000.00 | World Trade Center (New York) |
| 5. | Vanavah | | Thompson | Tsahai | S. | Santiago | | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 6. | Martin | Morales | Zempoaltecatl | Gonzalo | | Morales | | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 7. | Martin | Morales | Zempoaltecatl | Benjamin | Morales | Zempoaltecatl | | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 8. | Martin | Morales | Zempoaltecatl | Delfino | Morales | Zempoaltecatl | | Sibling | $4,250,000.00 | World Trade Center (New York) |

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT | PLACE OF INJURY |
|---|---|---|---|---|---|---|---|---|---|---|
| 9. | Martin | Morales | Zempoaltecatl | Eusebio | Morales | Zempoaltecatl | | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 10. | Martin | Morales | Zempoaltecatl | Glafira | Morales | Zempoaltecatl | | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 11. | Martin | Morales | Zempoaltecatl | Jose | Morales | Zempoaltecatl | | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 12. | Martin | Morales | Zempoaltecatl | Julia | Morales | Zempoaltecatl | | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 13. | Martin | Morales | Zempoaltecatl | Maria | P.M. | Zempoaltecatl Cortez | | Parent | $8,500,000.00 | World Trade Center (New York) |
| | **TOTAL** | | | | | | | | **$76,250,000.00** | |