**Ex. B-12**

BNY Mellon, et al. v. Islamic Republic of Iran, No. 1:19-cv-11767 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount | PLACE OF INJURY |
|---|---|---|---|---|---|---|---|---|
| 1. | Ivhan | Luis | Bautista | | | $2,000,000.00 | $2,000,000.00 | World Trade Center (New York) |
| | **TOTALS** | | | | | $2,000,000.00 | **$2,000,000.00** | |

docs-100501110.1