

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS E. BURNETT, SR et.al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> - against - ) <br> ) <br> AL BARAKA INVESTMENT AND ) <br> DEVELOPMENT CORPORATION, et.al. ) <br> ) <br> Defendants. ) <br> _____) | Case no.: 03 MD 1570 (RCC) |

## YESLAM BINLADIN'S
## MOTION TO DISMISS PLAINTIFF'S COMPLAINT
## PURSUANT TO RULES 12 (b)(1), 12 (b)(2) and 12 (b)(6)

Defendant Yeslam Binladin hereby makes a limited appearance to respectfully move this Court for an order dismissing Plaintiff's Third Amended Complaint pursuant to Swiss law and, alternatively, Rules 12(b)(1), 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure. A memorandum of law in support of the within motion is annexed hereto.

27·02·04

_____
Yeslam Binladin, *Pro Se Defendant*
Rue Francois-le-Fort, 2
Geneva, Switzerland
Telephone +41 22 347-5560
Facsimile  +41 22 347-5750