UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

THOMAS E. BURNETT, SR et.al., )
                               )
         Plaintiffs,           )
                               )
         - against -           )       Case no.: 03 MD 1570 (RCC)
                               )
AL BARAKA INVESTMENT AND       )
DEVELOPMENT CORPORATION, et.al. )
                               )
         Defendants.           )
                               )

## YESLAM BINLADIN'S
## MOTION TO DISMISS PLAINTIFF'S COMPLAINT
## PURSUANT TO RULES 12 (b)(1), 12 (b)(2) and 12 (b)(6)

## EXHIBIT 1

# Constitution fédérale de la Confédération suisse

**101**

du 18 avril 1999 (Etat le 26 octobre 1999)

## Préambule

Au nom de Dieu Tout Puissant!

Le peuple et les cantons suisses,

Conscients de leur responsabilité envers la Création,

Résolus à renouveler leur alliance pour renforcer la liberté, la démocratie, l'indépendance et la paix dans un esprit de solidarité et d'ouverture au monde,

Déterminés à vivre ensemble leurs diversités dans le respect de l'autre et de l'équité,

Conscients des acquis communs et de leur devoir d'assumer leurs responsabilités envers les générations futures,

Sachant que seul est libre qui use de sa liberté et que la force de la communauté se mesure au bien-être du plus faible de ses membres,

*Arrêtent la Constitution que voici:*

## Titre premier: Dispositions générales

### Art. 1  Confédération suisse

Le peuple suisse et les cantons de Zurich, de Berne, de Lucerne, d'Uri, de Schwyz, d'Obwald et de Nidwald, de Glaris, de Zoug, de Fribourg, de Soleure, de Bâle-Ville et de Bâle-Campagne, de Schaffhouse, d'Appenzell Rhodes-Extérieures et d'Appenzell Rhodes-Intérieures, de Saint-Gall, des Grisons, d'Argovie, de Thurgovie, du Tessin, de Vaud, du Valais, de Neuchâtel, de Genève et du Jura forment la Confédération suisse.

### Art. 2  But

¹ La Confédération suisse protège la liberté et les droits du peuple et elle assure l'indépendance et la sécurité du pays.

² Elle favorise la prospérité commune, le développement durable, la cohésion interne et la diversité culturelle du pays.

³ Elle veille à garantir une égalité des chances aussi grande que possible.

RO 1999 2556
[1]  Accepté en votation populaire du 18 avril 1999 (ACF du 11 août 1999 – RO 1999 2556 – et AF du 18 déc. 1998 – FF 1997 I 1, 1999 176 5306).

1

---

# Constitution fédérale

**101**

³ Toute personne qui ne dispose pas de ressources suffisantes a droit, à moins que sa cause paraisse dépourvue de toute chance de succès, à l'assistance judiciaire gratuite. Elle a en outre droit à l'assistance gratuite d'un défenseur, dans la mesure où la sauvegarde de ses droits le requiert.

### Art. 30  Garanties de procédure judiciaire

¹ Toute personne dont la cause doit être jugée dans une procédure judiciaire a droit à ce que sa cause soit portée devant un tribunal établi par la loi, compétent, indépendant et impartial. Les tribunaux d'exception sont interdits.

² La personne qui fait l'objet d'une action civile a droit à ce que sa cause soit portée devant le tribunal de son domicile. La loi peut prévoir un autre for.

³ L'audience et le prononcé du jugement sont publics. La loi peut prévoir des exceptions.

### Art. 31  Privation de liberté

¹ Nul ne peut être privé de sa liberté si ce n'est dans les cas prévus par la loi et selon les formes qu'elle prescrit.

² Toute personne qui se voit privée de sa liberté a le droit d'être aussitôt informée, dans une langue qu'elle comprend, des raisons de cette privation et des droits qui sont les siens. Elle doit être mise en état de faire valoir ses droits. Elle a notamment le droit de faire informer ses proches.

³ Toute personne qui est mise en détention préventive a le droit d'être aussitôt traduite devant un ou une juge, qui prononce le maintien de la détention ou la libération. Elle a le droit d'être jugée dans un délai raisonnable.

⁴ Toute personne qui se voit privée de sa liberté sans qu'un tribunal l'ait ordonné a le droit, en tout temps, de saisir le tribunal. Celui-ci statue dans les plus brefs délais sur la légalité de cette privation.

### Art. 32  Procédure pénale

¹ Toute personne est présumée innocente jusqu'à ce qu'elle fasse l'objet d'une condamnation entrée en force.

² Toute personne accusée a le droit d'être informée, dans les plus brefs délais et de manière détaillée, des accusations portées contre elle. Elle doit être mise en état de faire valoir les droits de la défense.

³ Toute personne condamnée a le droit de faire examiner le jugement par une juridiction supérieure. Les cas où le Tribunal fédéral statue en instance unique sont réservés.

### Art. 33  Droit de pétition

¹ Toute personne a le droit, sans qu'elle en subisse de préjudice, d'adresser des pétitions aux autorités.

6

Art. 30 Garanties for judicial procedure

1. Anyone whose case must be judged in a judicial procedure has the right that the case is heard before a legally established, competent, independent and impartial tribunal. Tribunals of exception are prohibited.
2. He or she who is subject to a civil claim has the right that the case is heard before the tribunal of his or her domicile. The law may provide another forum.
3. The hearing and the declaration of judgment are public. The law may provide exceptions.