# CERTIFICATE OF SERVICE

I, YESLAM BINLADIN, *pro se* defendant in the within action, filed by overnight mail service on the date indicated below and upon the individual(s) indicated below, a true copy of the within Motion and Memorandum of law to dismiss Plaintiff's Third Amended Complaint:

Harry Huge, Esq.
Attorney for Plaintiffs
401 Ninth Street
Market Square North, Suite 450
Washington, D.C. 20004
Tel:  202 824-6045
Fax:  202 318-1261

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007