

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
IN RE: TERRORIST ATTACKS                    :
ON SEPTEMBER 11, 2001                        :
                                                              :
-------------------------------------------------------x
**This Document relates to:**                    :

THOMAS BURNETT, et al.,                       :          03 MDL 1570 (RCC)
                                                              :          03 Civ. 9849 (RCC)
                     Plaintiffs,                        :
                                                              :          **ORDER ADMITTING**
           - against -                                  :          **ATTORNEY PRO HAC VICE**
                                                              :
AL BARAKA INVESTMENT AND            :
DEVELOPMENT CORPORATION, et al.,  :
                                                              :
                     Defendants.                     :
-------------------------------------------------------x
Richard Conway Casey, U.S.D.J.


        Please take notice, that pursuant to Rule 1.3(c) of the Local Rules of this Court, the

application for an order admitting Thomas P. Steindler, Esq., *pro hac vice,* as counsel for the

defendants Yousef Jameel and Yassin Abdullah Al Kadi for the purposes of the above- captioned

cases is hereby GRANTED.


Dated: March 3, 2004
           New York, New York



                                                          SO ORDERED.

                                                          *Richard Conway Casey*

                                                          Richard Conway Casey, U.S.D.J.