**Ex. A-14**
Ber Barry Aron, et al. v. Islamic Republic of Iran, No. 1:20-cv-09376 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT | PLACE OF INJURY |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Wilder | Alfredo | Gomez | Luz | America Piedrahita | Ayala | | Parent | $8,500,000.00 | World Trade Center (New York) |
| 2. | Wilder | Alfredo | Gomez | Jairo | Hernan | Gomez | | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 3. | Wilder | Alfredo | Gomez | Omar | Orlando | Gomez | | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 4. | Wilder | Alfredo | Gomez | Walter | Osuardo | Gomez | | Sibling | $4,250,000.00 | World Trade Center (New York) |

**TOTAL** $21,250,000.00