**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



------------------------------------------------x

IN RE: TERRORIST ATTACKS
ON SEPTEMBER 11, 2001

Civil Action No: 03 MDL 1570 (RCC)
Relates to:  C.A. Nos: 1:02-6977 (RCC)
        1:02-7300 (RCC-FM)
        1:03-5071 (RCC)
        1:03-5493 (RCC)
        1:03-5738 (RCC)
        1:03-6978 (RCC)
        1:03-7036 (RCC)
        1:03-9849 (RCC)

------------------------------------------------x

## AFFIDAVIT OF MICHAEL K. KELLOGG

Michael K. Kellogg, pursuant to Local Civil Rule 3.1(c) of the Local Civil Rules for the United States Courts for the Southern and Eastern Districts of New York, submits this affidavit for admission *Pro Hac Vice* and states under oath:

1. This affidavit is submitted in support of the motion of Defendant Prince Turki for an order permitting me to appear and participate in this case *Pro Hac Vice*.

2. I am a member of the law firm of Kellogg, Huber, Hansen, Todd & Evans, P.L.L.C., Sumner Square, 1615 M Street N.W., Suite 400, Washington, D.C. 20036, which represents Prince Turki.

3. I am a member in good standing of the bar of the District of Columbia. I am also admitted to practice in the U.S. Supreme Court, District of Columbia Superior Court, U.S. District Courts for the District of Columbia, East and West Arkansas, and the U.S. Court of Appeals for the District of Columbia, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Eleventh and Federal Circuits. A certificate of good standing for the Superior Court for the District of Columbia is attached hereto as Exhibit "A" to this Affidavit.

4.  There are no pending disciplinary proceedings against me in any State or Federal Court.

WHEREFORE, Michael K. Kellogg prays this Court to allow him to be entered *Pro Hac Vice*.

Dated this 9th day of March, 2004

*Michael Kellogg* (signature)

Sworn to before me this
9th day of March, 2004

*(signature)*
Notary Public

My Commission Expires 09/14/05



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

MICHAEL KERRY KELLOGG

was on the 12TH day of JULY, 1983 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 5, 2004.

GARLAND PINKSTON, JR.

By: _____
Deputy Clerk