**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x

| | |
|---|---|
| **IN RE: TERRORIST ATTACKS** | Civil Action No: 03 MDL 1570 (RCC) |
| **ON SEPTEMBER 11, 2001** | Relates to:  C.A. Nos: 1:02-6977 (RCC) |
| | 1:02-7300 (RCC-FM) |
| | 1:03-5071 (RCC) |
| | 1:03-5493 (RCC) |
| | 1:03-5738 (RCC) |
| | 1:03-6978 (RCC) |
| | 1:03-7036 (RCC) |
| | 1:03-9849 (RCC) |

------------------------------------------------------x

### AFFIDAVIT OF MICHAEL J. GUZMAN

Michael J. Guzman, pursuant to Local Civil Rule 3.1(c) of the Local Civil Rules for the United States Courts for the Southern and Eastern Districts of New York, submits this affidavit for admission *Pro Hac Vice* and states under oath:

1.     This affidavit is submitted in support of the motion of Defendant Prince Turki for an order permitting me to appear and participate in this case *Pro Hac Vice*.

2.     I am a member of the law firm of Kellogg, Huber, Hansen, Todd & Evans, P.L.L.C., Sumner Square, 1615 M Street N.W., Suite 400, Washington, D.C. 20036, which represents Prince Turki.

3.     I am a member in good standing of the bar of the District of Columbia.  I am also admitted to practice in the U.S. District Court for the District of Columbia, the U.S. Court of Appeals for the Sixth and Eleventh Circuits.  A certificate of good standing for the U.S. District Court for the District of Columbia is attached hereto as Exhibit "A" to this Affidavit.

4.      There are no pending disciplinary proceedings against me in any State or

Federal Court.

WHEREFORE, Michael J. Guzman prays this Court to allow him to be entered

*Pro Hac Vice.*

Dated this 9th day of March, 2004

_____

Sworn to before me this
9th day of March, 2004

_____
Notary Public

My Commission Expires 09/14/05

-2-

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON,** Clerk of the United States

District Court for the District of Columbia, do hereby certify that:

### *MICHAEL J. GUZMAN*

was, on the  11th  day of  September  A.D. 1995  admitted to practice as an  Attorney

at  Law at the Bar of this Court, and is, according to the records of this Court, a

member of said Bar in good standing.


In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court

in the City of Washington this  8th  day of  March , A.D. 2004.


**NANCY M. MAYER-WHITTINGTON,** CLERK

By: _____
Deputy Clerk