**Ex. A-15**
Paul Asaro, et al. v. Islamic Republic of Iran, No. 1:20-cv-10460 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT | PLACE OF INJURY |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Derek | Ogilvie | Sword | Graeme | David | Sword | | Sibling | $4,250,000.00 | World Trade Center (New York) |
| 2. | Derek | Ogilvie | Sword | Irene | Ogilvie | Sword | | Parent | $8,500,000.00 | World Trade Center (New York) |
| 3. | Derek | Ogilvie | Sword | David | Beaumont | Sword | | Parent | $8,500,000.00 | World Trade Center (New York) |

**TOTAL** $21,250,000.00

docs-100628174.1