

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
IN RE: TERRORIST ATTACKS           :
OF SEPTEMBER 11, 2001              :      03 MDL No. 1570 (RCC)
                                   :      **ORDER**
                                   :
                                   :
                                   :
------------------------------------------------------x
*This Document Relates to*: All Actions   :
                                   :
----------------------      ----------------------x

Richard Conway Casey, U.S.D.J.


## Case Management Order No. 1

*Electronic Filing/Attorney Admissions*

1.  All attorneys who have been admitted to this Court, either for all purposes or *pro hac vice* for purposes of this case, shall complete and file a CM/ECF attorney registration form by March 5, 2004. Forms can be found on the Court's website at www.nysd.uscourts.gov.

2.  All attorneys who wish to be admitted for purposes of this case shall send a motion to be admitted *pro hac vice* to John Sacco at U.S. District Court for the Southern District of New York, 500 Pearl Street, Room 249, New York, NY 10007. In addition to the documentation required by Local Civil Rule 1.3, attorneys wishing to appear *pro hac vice* must also include with their motion a check for $25.00 payable to the Clerk of the Court and a completed CM/ECF attorney registration form. *Pro hac vice* motions should be submitted by March 15, 2004.

3.  Peter Kahn, Esq., from the law firm of Williams & Connolly, has offered to compile for the Court a list of all participating attorneys' email addresses. All attorneys who wish to receive correspondence regarding this case are directed to submit their email addresses to Mr. Kahn via email or fax. Mr. Kahn's fax number is (202) 434-5245 and his email address is pkahn@wc.com. If you have questions about this process, you can reach Mr. Kahn by phone at (202) 434-5045.

*Briefing Schedule for Motions to Dismiss*

4.  In order to facilitate the electronic filing of motions to dismiss, the motion schedule set forth at the March 1, 2004 conference is amended as follows: moving papers shall be filed on March 19, 2004; responses shall be filed by May 14, 2004; and reply papers shall be submitted no later than May 28, 2004. Motions shall be filed electronically and need not be fully briefed when filed; however, as per Judge Casey's individual practice rules,

MICROFILM
-3 00 PM
MAR 10 2004

courtesy copies of fully briefed motions shall be filed with chambers, along with a diskette containing an electronic version of the documents.

*Amended Complaints and Supplemental Pleadings*

5. Plaintiffs may, without further leave of court, add or remove parties by supplemental pleadings under Rule 15(d). The supplemental pleading shall provide a list of the additional parties and indicate the action to which they are being added. Similarly, a filing removing parties shall indicate the parties being removed and the action or actions from which they are being removed. A filing which adds a party that has not been named in any of the consolidated actions shall provide a separate listing of such parties. Leave of court must be sought before making any other changes to the pleadings, whether by amendment or by supplementation.

6. A named defendant as to whom the complaint contains no allegations may move for a more definite statement and the motion will be granted.

*Consolidation*

7. The following cases shall be consolidated into 03 MDL 1570: *Federal Ins. Co v. Al Qaida*, 03 Civ. 6978 (RCC); *Burnett v. Al Baraka Inv. and Dev. Corp.*, 03 Civ. 5738 (RCC); and *Barrera v. Al Queda Islamic Army*, 03 Civ. 7036 (RCC). The parties may move to sever these actions at the completion of discovery.

Dated: March 3, 2004
New York, New York

SO ORDERED.

*Richard Conway Casey*

Richard Conway Casey, U.S.D.J.