UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

John O'Neill, Jr., et al.,

    Plaintiff(s),

v.                        Civil Action No. 03-1766 (RBW)

The Republic of Iraq, et al.,

    Defendant(s).

## **ORDER**

_____It appearing to the court that proof of service has not been filed as required by the Court's Civil Justice Expense and Delay Reduction Plan, it is this 15th day of December, 2003,

ORDERED that plaintiff show cause within 10 days why proof of service has not been submitted, failing which the complaint shall be dismissed without prejudice pursuant to Fed. R. Civil P.4(m).

_____
REGGIE B. WALTON
United States District Judge