UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN O'NEILL, Jr., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 03-1766 (RBW) |
| ) | |
| THE REPUBLIC OF IRAQ, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter comes before the Court on the plaintiffs' Response to Court's Show Cause Order and Motion for Extension of Time to Effect Service.  Upon consideration of this motion, in which the plaintiffs seek an extension of sixty (60) days after the installation and recognition of a government in Iraq to perform service on the defendants, it is hereby this 6th day of January, 2004

**ORDERED** that the plaintiffs' Motion for Extension of Time to Effect Service is **GRANTED**.  It is

**FURTHER ORDERED** that a status hearing shall be held on June 25, 2004 at 10:00 a.m.

**SO ORDERED.**

REGGIE B. WALTON
United States District Judge

1