LAW OFFICES

# JOSHUA M. AMBUSH, LLC

600 REISTERSTOWN ROAD, SUITE 200-A

BALTIMORE, MARYLAND 21208

410/484-2070

FAX 410/484-9330

www.ambushlaw.com

December 30, 2003

**By HAND DELIVERY**

Nancy Mayer-Whittington, Clerk of the Court
c/o Mr. Robert Elliotte
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

03cv1766 RBW

Re:   **O'Neill et al. v. Republic of Iraq, et al., CA No. 01-766: Request for Service Through Diplomatic Channels**

Dear Ms. Mayer-Whittington:

   I enclose two copies each of the Summons, Complaint, and Notice of Suit, along with the translations of each, for preparation for forwarding to Edward A. Bentacourt, the Director of Special Consular services, CA/OCS/PRI (SA-22), United States Department of State, Washington, DC 20520, in order to serve defendants The Republic of Iraq and the Iraqi Intelligence Agency, pursuant to 28 U.S.C. §1608 (a) (4) and 22 C.F.R. 93.

   Mr. Luke Bellocchi, Esquire, Attorney Advisor of the Bureau of Consular Affairs, United States Department of State, informed me that service by certified mail, return receipt requested, pursuant to 28 U.S.C. §1608 (a) (3) would be futile. Hence, I request service through diplomatic channels pursuant to 28 U.S.C. §1608 (a) (4).

   I understand that you will prepare a letter or note on behalf of the Court forwarding these materials and place them in an envelope bearing the imprint of the Court for forwarding to Mr. Bentacourt at the State Department. Please call me when this is ready, and I will arrange a pickup and a courier transfer to the State Department. <u>Please leave the envelope unsealed</u> so that I may enclose a certified check for the appropriate United States Embassy at that time.

   If you have any questions or require anything further, please do not hesitate to contact me.

   Thank you very much for your assistance in this matter.

Sincerely,

Joshua M. Ambush
*Attorney for Plaintiffs*