IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN O'NEILL, Jr., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 03-1766( RBW) |
| | ) |
| THE REPUBLIC OF IRAQ, et al., | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to LCvR 83.6(b), undersigned counsel hereby notifies the Court that he is withdrawing from the representation of plaintiffs in the above-captioned matter.

As required by LCvR 83.6(b), (i) no trial date has been set in this matter, (ii) another attorney, Joshua Ambush, has previously entered an appearance in this matter, and (iii) this Notice is signed below by Peter Leitner, who holds a power of attorney for plaintiffs.

Respectfully submitted,

Paul G. Gaston, # 290833
LAW OFFICES OF PAUL G. GASTON
1120 19th Street, NW Suite 750
Washington, DC 20036
Tel. 202-296-5856
Fax 202-296-4154

_____ 1/10/04
Peter Leitner (Attorney-in-fact for Plaintiffs)