UNITED STATES DISTRICT COURT
Southern District of New York
Office of the Clerk
500 Pearl Street
New York, N.Y. 10007
(212)805-0136

J. Michael McMahon
Clerk

USDC DISTRICT OF COLUMBIA

Date: 2/13/04

In Re: TERRORIST ATTACKS

MDL #    1570

Your Docket #

1:03-1766

S.D. OF N.Y.

04 CV 1076

Dear Sir:

    Enclosed is a certified copy of the order of the Judicial Panel on Multidistrict Litigation, transferring the above entitled action presently pending in your court, to the Southern District of New York and assigned to the Honorable Judge CASEY. for coordinated or consolidated pretrial processing pursuant to 28 USC 1407.

    Please return the copy of this letter when transmitting YOUR FILE and CERTIFIED COPY OF THE DOCKET SHEET.

Sincerely,
J.Michael McMahon

By /s/ [signature]
Deputy Clerk

A CERTIFIED TRUE COPY

JAN 27 2004

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Judge Casey

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 09 2004

FILED
CLERK'S OFFICE

DOCKET NO. 1570

04 cv 1076

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001

*John P. O'Neill, Jr., et al. v. The Republic of Iraq, et al.*,
D. District of Columbia, C.A. No. 1:03-1766
~~Diane Keating, etc. v. Al Baraka Investment & Development Corp., et al.~~,
~~E.D. New York, C.A. No. 1:03-3859~~ Order Vacated 1/27/04

### CONDITIONAL TRANSFER ORDER (CTO-1)

On December 9, 2003, the Panel transferred two civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Richard C. Casey.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Southern District of New York and assigned to Judge Casey.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of December 9, 2003, ____F.Supp.2d____ (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable Richard C. Casey.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

JAN 27 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A CERTIFIED COPY
J. MICHAEL McMAHON,    CLERK

BY Melanie L. Lopez
DEPUTY CLERK