# Exhibit 18



**World Assembly of Muslim Youth**

Member of the UN NGO's

الندوة العالمية للشباب الإسلامي

عضو المنظمات غير الحكومية - هيئة الأمم المتحدة

Ref. No: 19406/1   الرقم

Date: 1440/06/29   التاريخ
2019/03/06

مكتب الأمين العام المساعد

The Assistant Secretary General Office

سعادة الأخ الفاضل الأستاذ / عارف عبدالله عبدالحميد      حفظه الله

مدير مكتب الندوة في أذربيجان ( سابقاً )

السلام عليكم ورحمة الله وبركاته ..

وأسأل الله أن تكونوا بخير حال وعافية

أشير إلى خطابي إليكم برقم ( ١/٣٤١٨٤ ) وتاريخ ١٤٣٣/٦/١٤ هـ ، بخصوص إرسال كشوف الحسابات البنكية الخاصة بمكتب أذربيجان في المدة من (١٩٩٢/١/١) إلى (٢٠٠٢/١٢/٣٠ م).

نأمل منكم مشكورين التكرم بإعادة مخاطبة البنك مرة أخرى وأن ترسلوا إلينا صورة من خطابكم المرسل إلى البنك ، كما نأمل إرفاق صورة الرد الذي يرسله البنك إليكم بهذا الخصوص.

أرجو مزيداً من اهتمامكم الكريم بهذا الموضوع نظراً للحاجة الماسة إليه.

كما أرجو أن يصلنا ردكم في أقرب وقت ممكن للأهمية.

وتفضلوا بقبول خالص تحياتنا ، والسلام عليكم ورحمة الله وبركاته.

مساعد الأمين العام
للمكاتب والعلاقات الدولية

د. عبدالحميد بن يوسف المزروع



صورة مع التحية لفريق الفهرسة

P.O. Box:10845 Riyadh11443 - Kingdom of Saudi Arabia
Building 1079 King Fahd Road - Muhammadiah Dist.
Tel: (+96611) 2050000 Fax: (+96611) 2050011
www.wamy.org   e-mail: info@wamy.org

*In the Name Of Allah the Most Merciful, the Most Compassionate*



World Assembly of Muslim Youth
Member of the UN NGO's

الندوة العالمية للشباب الإسلامي
عضو المنظمات غير الحكومية – بيئة الأمم المتحدة

Ref. No: **19406/1**
Date: **1440/06/29 Hijri**
Corresponding to: **2019/03/06 A.D.**

مكتب الأمين العام المساعد
The Assistant Secretary General Office

**To Your Excellency Mr. Arif Abdullah Al-Hameed**
**The Former Office Manager of the Assembly in Azerbaijan**

Greetings,

I hope you are well and in good health.

I refer to my letter I sent to you (No. 1/34184) dated on (14/06/1433 Hijri) regarding sending the statements of the bank accounts of the Office of Azerbaijan for the period from (01/01/1992 A.D.) to (30/12/2002 A.D.)

We kindly request you to re-contact the bank again, and to send us a copy of the letter you will send to the bank. We also kindly request you to send us a copy of the letter the bank will send you regarding this matter.

We kindly request you to devote your attention to this matter due to its necessity.

We also hope to receive your reply as soon as possible due necessity.

Kind regards.
May the peace and blessings of Allah be upon you.

Assistant Secretary-General for Offices
and International Relations
**Dr. Abdul Hameed Bin Yousuf Al Mazroo**
[signature]



[stamp: World Assembly of Muslim Youth
General Secretariat / Riyadh
Established in: 1972 A.D. – 1392 Hijri]

This is a copy.
Greetings to the indexing team.

P.O. Box: 10845 Riyadh 11443 – Kingdom of Saudi Arabic
Building 1079 King Fahd Road – Muhammadiah Dist.
Tel: (+96611) 2050000 – Fax: (+96611) 2050011
www.wamy.org    e-mail: info@wamy.org

ص.ب: 10845 – الرياض 11443 – المملكة العربية السعودية
رقم المبنى: 1079 – طريق الملك فهد – حي المحمدية
هاتف: 2050000 (+96611) – فاكس: 2050011 (+96611)



**Nova Languages, Inc.**
PO Box 818
Times Square Station
New York, NY 10108
Tel: 646 707 0923
Toll free: 888 250 2611
Fax: 914 219 0919
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)   §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that Mohanned Khallof is a translator affiliated with Nova Languages, Inc., a corporate member of the American Translators Association, and that he is competent to translate from the Arabic language to the English language. And that he translated the following document from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**RE: 3-6-19 WAMY Due Diligence Letter to Azerbaijan**

Sworn to before me this

28 day of March of 20 19

_V. Vaile_
Translation Manager

_Barbara Canton Jackson_
Notary

BARBARA CANTON JACKSON
Notary Public – State of New York
NO. 01CA6203682
Qualified in New York County
My Commission Expires Apr 13, 2021

ata MEMBER
American Translators Association

Translation    Interpretation    Transcription    DTP    Voice-over    Subtitling

بسم الله الرحمن الرحيم

سعادة مساعد الامين العام للندوة العالمية للشباب الاسلامي /  حفظه الله

الدكتور عبد الحميد بن يوسف المزروع

السلام عليكم ورحمة الله وبركاته

نسال الله ان تكونوا كما يحب ربنا ويرضى اما بعد

ردا على خطابكم برقم  ١/٣٤١٨٤  بالمرسل بتاريخ  ٢٠١٩/٠٣/٠٦ م فيما بخص ارسال الكشوف البنكية لمكتب الندوة العالمية في اذربيجان ما بين الفترة ٠١،٠١،١٩٩٢ حتى ٢٠٠٢/١٢/٣٠ م  نحيطكم علماً  بان الفترة ما بين ١٩٩٢ حتى ١٩٩٩ م تعاقب على ادارة المكتب مدراء مختلفين وحساباتهم البنكية لا اعرفها وغير متوفرة لدي  ، اما فيما يتعلق بالفنرة ما بين ٢٠٠٠م حتى نهاية ٢٠٠٢ م فكان المكتب تحت ادارتي وكلن لدينا حساب بنكي في البنك  البريطاني  ( اتش اس بي سي ) وهذا البنك اغلق في اذربيجان عام ٢٠٠٢ م ولا يوجد مكتب او فرع له في اذربيجان استطيع مخاطبته  حالياً .

وجزاكم الله خيراً

والسلام عليكم ورحمة الله وبركاته

اخوكم /

عارف عبد الله عبد الحميد

مدير مكتب الندوة العالمية في اذربيجان سابقاً

٢٠١٩/٠٣/١٧

In the Name Of Allah the Most Merciful, the Most Compassionate

To Your Excellency the Assistant Secretary-General of the World Assembly of Muslim Youth

Dr. Abdulhameed Ben Youssef Al Mazroo

Greetings,

We write in reference to your letter number 1/34184 dated on 06/03/2019 in which you requested us to provide you with the statements of accounts of the Assembly Office in Azerbaijan for the period from 01/01/1992 to 30/12/2002 A.D.. Thereby, we inform you that during the period from 1992 to 2002, many different managers run the office, and I do not know their bank accounts nor they are available to me. With regard to the period from 2000 to the end of 2002, I was the one who was running the office, and we had a bank account with the British Bank (HSBC), but this bank was closed in Azerbaijan in 2002 and it does not have any office or branch in Azerbaijan that I can contact currently.

Kind regards,

Your sincerely,

Arif Abdullah Abdul Hameed

The Former Office Manager of the World Assembly in Azerbaijan

17/03/2019





Nova Languages, Inc.
PO Box 818
Times Square Station
New York, NY 10108
Tel: 646 707 0923
Toll free: 888 250 2611
Fax: 914 219 0919
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)  §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that Mohanned Khallof is a translator affiliated with Nova Languages, Inc., a corporate member of the American Translators Association, and that he is competent to translate from the Arabic language to the English language. And that he translated the following document from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

RE: 3-17-19 Azerbaijan Office Letter

Sworn to before me this

28 day of March of 20 19

_____
Translation Manager

_____
Notary

BARBARA CANTON JACKSON
Notary Public – State of New York
NO. 01CA6203682
Qualified in New York County
My Commission Expires Apr 13, 2021

ata MEMBER
American Translators Association

Translation   Interpretation   Transcription   DTP   Voice-over   Subtitling