**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

This document relates to:

THOMAS BURNETT, et al,

v.

AL BARAKA INVESTMENT &
DEVELOPMENT CORP., et al.

 MEMO ENDORSED

03 MDL No. 1570 (RCC)

03 CV 9849 (RCC)

**NOTICE OF MOTION**

# MEMO ENDORSED

PLEASE TAKE NOTICE, that pursuant to Rule 1.3(c) of the Local Civil rules of this

Court, and on the basis of the affidavits attached hereto, and the exhibit annexed thereto, the

undersigned will move the Court, before the Honorable Richard C. Casey, U.S.D.J., at the United

State District Court, Southern District of New York, 500 Pearl Street, New York, New York

10007, at a date and time to be determined by the Court, for an order admitting Stanton D.

Anderson, *pro hac vice,* as counsel for defendants Yousef Jameel and Yassin Abdullah Al Kadi

for the purposes of the above-captioned case.

Dated: New York, New York
      March 10, 2004

**McDERMOTT, WILL & EMERY**

*Motion granted.*

*Richard Casey* 3/11/04

By: _Chryssa V. Valletta_
      Chryssa V. Valletta(CV-8507)
50 Rockefeller Plaza
New York, New York 10020
(212) 547-5400

      -and-
600 13th Street, N.W.
Washington, DC 20005-3096
(202) 756-8000
(202) 756-8087 (facsimile)

*Attorneys for Defendants Yousef Jameel*
*and Yassin Abdullah Al Kadi*

U.S. DISTRICT COURT
FILED
MAR 11 2004
S. D. OF N.Y.

MICROFILM
MAR 12 2004   -9:00 AM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 |
| This document relates to: |
| THOMAS BURNETT, et al, |
| v. |
| AL BARAKA INVESTMENT & DEVELOPMENT CORP., et al. |

**MDL No. 1570 (RCC)**

03 CV 9849 (RCC)

**AFFIDAVIT OF CHRYSSA V. VALLETTA**

STATE OF NEW YORK    )
                          ) ss:
COUNTY OF NEW YORK  )

CHRYSSA V. VALLETTA, being duly sworn, deposes and says:

1.       I am a member of the Bar of this court and of the law firm of McDermott, Will & Emery, attorneys herein for defendants Yousef Jameel and Yassin Abdullah Al Kadi.  I submit this Affidavit in support of Defendants' Yousef Jameel and Yassin Abdullah Al Kadi motion, pursuant to Local Rule 1.3(c) of the Local Civil Rules of this Court, to permit Stanton D. Anderson to appear, *pro hac vice*, as attorney for defendants Yousef Jameel and Yassin Abdullah Al Kadi

2.       Mr. Anderson is a member of the firm of McDermott, Will & Emery and resident in McDermott, Will & Emery's Washington D.C. office, located at 600 13th Street, N.W., 12th Floor, Washington, DC 20005, (202) 756-8000, facsimile (202) 756-8087.  Mr. Anderson represented defendants Yousef Jameel and Yassin Abdullah Al Kadi in this action prior to its transfer to this Court from the United States District Court for the District of Columbia and wishes to continue such representation.

3.      As stated in the Affidavit of Stanton D. Anderson, and the Certificate in Good

Standing annexed thereto, Mr. Anderson is admitted to the Bar of the District of Columbia and

the Bar of the United States District Court for the District of Columbia.

4.      Accordingly, defendants Yousef Jameel and Yassin Abdullah Al Kadi,

respectfully request that Mr. Anderson be permitted to appear in this case as counsel for

defendants Yousef Jameel and Yassin Abdullah Al Kadi, *pro hac vice*.  The undersigned will

remain local counsel for defendants Yousef Jameel and Yassin Abdullah Al Kadi.


_____
Chryssa V. Valletta


Sworn to before me this
10th  day of March 2004

_____
Notary Public


**BONNIE SHEILA SCHWAB**
**Notary Public, State of New York**
**No. 01SC6101264**
**Qualified in New York County**
**Commission Expires 11/10/2007**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | **MDL No. 1570 (RCC)** |
| This document relates to: | 03 CV 9849 (RCC) |
| THOMAS BURNETT, et al, | **AFFIDAVIT OF STANTON D.** |
| v. | **ANDERSON** |
| AL BARAKA INVESTMENT & DEVELOPMENT CORP., et al. | |

STANTON D. ANDERSON under penalty of perjury deposes and says:

1.      I am a member of the firm of McDermott, Will & Emery, attorneys herein for defendants Yousef Jameel and Yassin Abdullah Al Kadi.  I submit this Affidavit in support of my application to be admitted to practice before this court and represent defendants Yousef Jameel and Yassin Abdullah Al Kadi, *pro hac vice*.

2.      I am a member in good standing of the Bar of the District of Columbia, having been admitted to practice before that bar on February 27, 1970.  A certificate of good standing from that bar is attached hereto.  I am also a member in good standing of the bar of the United States District Court for the District of Columbia, having been admitted to practice before that bar on October 6, 2003.

3.      I am not presently nor have I ever been suspended, disbarred, or otherwise disciplined in any of the courts or jurisdictions where I have been admitted to practice.

4.      I have obtained a copy of the local rules of the Southern District of New York and am familiar with those rules.

5.      I hereby consent to be subject to the jurisdiction and rules of the state of New

York governing professional conduct.

_____
                                    Stanton D. Anderson

Sworn to before me this
9th th day of March 2004

Notary Public
My Commission Expires June 30, 2006



### District of Columbia Court of Appeals
#### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

STANTON ANDERSON

was on the ___27TH___ day of ___FEBRUARY, 1970___

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court at the City of
Washington, D.C., on March
5, 2004.

GARLAND PINKSTON, JR.

By: _____
Deputy Clerk

## CERTIFICATE OF SERVICE

Robert J. Candella, Jr. pursuant to 28 USC 1746, hereby declares under penalty of perjury, that on the 11th day of March, 2004, I caused to be served upon the parties listed on the accompanying service list, a true and correct copy of the attached Notice of Motion.

Robert J. Candella, Jr.

Ronald L. Motley, Esq.
Motley Rice LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465

Alan Gerson, Esq.
Attorney At Law
4221 Lenore Lane
Washington, D.C. 20008

Harry Huge, Esq.
Harry Huge Law Firm, LLP
Market Street North
401 Ninth Street, N.W.
Suite 450
Washington, D.C. 20004

William N. Riley, Esq.
Young, Riley, Dudley & DeBrota
3815 River Crossing Parkway
Suite 340
Indianapolis, IN 46240

Thomas E. Mellon, Jr. Esq.
Mellon Webster & Shelly
87 North Broad Street
Doylestown, PA 18901

Don Howarth, Esq.
Howarth & Smith
800 Wilshire Boulevard
Suite 750
Los Angeles, CA 90017

Jack Cordray, Esq.
Cordray Law Firm
40 Calhoun Street
Charleston, SC 29401

James P. Kreindler
Kreindler & Kreindler
100 Park Avenue
New York, NY 10017

Gary O. Galiher, Esq.
Galiher, DeRobertis, Nakamura, Ono & Takitani
610 Ward Avenue
Suite 200
Honolulu, Hawaii 96814

Robert Conason, Esq.
Gair, Gair, Conason, Steigman & Mackauf
80 Pine Street
New York, NY 10005

Clare M. Sproule, Esq.
Epstein Becker & Green, P.C.
250 Park Avenue
New York, NY 10177

Kenneth Sacks, Esq.
Sacks & Sacks, LLP
150 Broadway, 4th Floor
New York, NY 10038

Sanford Rubenstein, Esq.
Rubenstein & Rynecki
16 Court Street
Brooklyn, NY 11241

Milton Mollen, Esq.
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016

Michael N. Block, Esq.
Sullivan, Papain, Block, McGrath & Cannavo, P.C.
120 Broadway Avenue
18th Floor
New York, NY 10271

J.D. Lee, Esq.
Lee, Lee & Lee
422 S. Gay Street
Knoxville, TN 27902

Anthony M. Sellitto, Jr., Esq.
Oliver & Sellitto
205 Bond Street
Asbury Park, NY 07712

Edward D. Robertson, Esq.
Bartimus, Frickleton, Robertson & Obetz
200 Madison Street
Suite 100
Jefferson City, MO 65101

Samuel L. Davis, Esq.
Davis Saperstein & Salomon, P.C.
375 Cedar Lane
Teaneck, NJ 07666

Guy Molinari, Esq.
Russo, Scamardella & D'Amato, P.C.
1010 Forest Avenue
Staten Island, NY 10310

Mitchell R. Berger, Esq.
Patton Boggs LLP
2550 M Street, N.W.
Suite 500
Washington, DC 20037

Christopher T. Lutz, Esq.
Steptoe & Johnson L.L.P.
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036

Martin F. McMahon, Esq.
Martin F. McMahon & Associates
1150 Connecticut Avenue, N.W.
Suite 900
Washington, D.C. 20036

Donna Sheinbach, Esq.
Luque Sheinbach, LLP
818 Connecticut Avenue
Suite 857
Washington, D.C. 20006

NYK 889360-1.066602.0011

Jonathan L. Greenblatt, Esq.
Shearman & Sterling LLP
801 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20004

John Shakow, Esq.
King & Spalding LLP
1730 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

Matthew H. Kirtland, Esq.
Fulbright & Jaworski, LLP
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Brian H. Polovoy, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Christopher R. Cooper, Esq.
Baker Botts LLP
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Michael J. Guzman, Esq.
Kellogg, Huber, Hansen, Todd & Evans, P.
Sumner Square
1615 M Street, N.W. Suite 400
Washington, D.C. 20036

Michael Hadeed, Esq.
Becker, Hadeed, Kellogg & Berry
5501 Backlick Road
Suite 220
Springfield, VA 22151

Maher H. Hanania, Esq.
Hanania, Khader & Nawash
6066 Leesburg Pike #101
Falls Church, VA 22041

NYK 889360-1.066602.0011

Lynne A. Bernabei, Esq.
Bernabei & Katz, PLLC
1773 T Street, N.W.
Washington, D.C. 20009

Christopher M. Curran, Esq.
White & Case, LLP
601 Thirteenth Street, N.W.
Washington, D.C. 20005

Matthew H. Simmons, Esq.
Gordon & Simmons, LLC
131 West Patrick Street
P.O. Box 430
Frederick, MD 21705

Gregory S. Chemack. Esq.
Wilmer Cutler & Pickering
2445 M Street, N.W.
Washington, D.C. 20037

NYK 889360-1.066602.0011

David P. Donovan, Esq.
Wilmer Cutler & Pickering
1600 Tysons Boulevard
10th Floor
McLean, VA 22102

The Iranian Interest Section
c/o The Embassy of Pakistan
2204 Wisconsin Avenue, N.W.
Washington, D.C. 20007

Paul J. Hanly, Jr., Esq.
Hanly & Conroy LLP
415 Madison Avenue
New York, NY 10017

Donald J. Nolan, Esq.
Nolan Law Group
20 North Clark Street
30th Floor
Chicago, Illinois 60602

David Jaroslawicz, Esq.
Jaroslawicz & Jaros, Esquires
150 William Street
New York, NY 10038

Michel F. Baumeister, Esq.
Baumeister & Samuels, PC
One Exchange Plaza
New York, NY 10006

D. Richard Burbidge, Esq.
Burbidge & Mitchell
Parkside Tower
215 S. State Street
Suite 920
Salt Lake City, Utah 84111

Donald J. Winder, Esq.
Winder & Haslam P.C.
175 West 200 South
Suite 4000
P.O. Box 2668
Salt Lake City, Utah 84110

Aaron J. Broder, Esq.
Broder & Reiter
Empire State Building
350 5th Avenue
Suite 2811
New York, NY 10118

Frank H. Granito, III, Esq.
Speiser, Krause, Nolan & Granito
Two Grand Central Tower
140 East 45th Street
34th Floor
New York, NY 10017

James P. McGarry, Esq.
Barasch, McGarry, Salzman, Pension & Lim
11 Park Place
Suite 1801
New York, NY 10007

Matthew G. Ash, Esq.
Cozen O'Connor
1667 K Street, NW
Washington, D.C. 20006

Sean P. Carter, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, Pennsylvania 19103

Reed Smith LLP
East Tower
1301 K Street, N.W.
Suite 1100
Washington, D.C. 20005

Peter J. Kahn, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

James E. Gauch, Esq.
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001

Joseph Duffy, Esq.
Stetler & Duffy, Ltd.
11 S. LaSalle Street
Suite 1200
Chicago, Illinois 60603

Wilmer Parker, III, Esq.
Gillen, Parker & Withers LLC
One Securities Centre
3490 Piedmont Road, NE
Suite 1050
Atlanta, Georgia 30305

J.  David O'Brien, Esq.
20 Vesey Street
Suite 700
New York, NY 10007

Richard T. Marooney, Jr., Esq.
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036

NYK 889360-1.066602.0011

Michael Nussbaum, Esq.
Ropes & Gray LLP
One Metro Center
700 12th Street, N.W.
Suite 900
Washington, D.C. 20005

Joshua L. Dratel, Esq.
14 Wall Street
28th Floor
New York, NY 10005

The Iraqi Interest Section
c/o The Algerian Embassy
2137 Wyoming Avenue, N.W.
Washington, D.C. 20008

Richard Hailey, Esq.
Ramey & Hailey
1403 N. Delaware Street
Indianapolis, IN 46202

Marcel Groen, Esq.
Groen, Lamm, Goldberg & Rubenstone
Four Greenwood Square
Suite 200
Bensalem, PA 19020

Paul J. Orfanedes, Esq.
Judicial Watch, Inc.
501 School Street, S.W.
Suite 725
Washington, D.C. 20024