# Exhibit 20



**World Assembly of Muslim Youth**
Member of the UN NGO's

الندوة العالمية للشباب الإسلامي
عضو المنظمات غيرالحكومية - هيئة الأمم المتحدة

Ref. No: 19432/1
الرقم: 1440/07/04
Date: 2019/03/11
التاريخ: 2019/03/11

مكتب الأمين العام
The Secretary General Office

السادة/ بنك الجزيرة       حفظهم الله
الإدارة العامة

السلام عليكم ورحمة الله وبركاته.

أسأل الله تعالى أن تكونوا بخير حال وعافية.

أشير إلى حساب الندوة العالمية للشباب الإسلامي لديكم رقم (001-111111-0007) ونأمل تزويدنا بكشوف الحساب المذكور وأي حسابات أخرى للندوة لديكم إن وجدت، وذلك لمدة عشر سنوات تمتد من ١٩٩٢م إلى ٢٠٠٢م، نظرًا لحاجة الندوة إلى الحصول على كشوف لهذه الحسابات.

والله يحفظكم ويرعاكم.

والسلام عليكم ورحمة الله وبركاته.

الأمين العام



د. صالح بن سليمان الوهيبي

عصام م ٨٩/١

P.O. Box:10845 Riyadh11443 - Kingdom of Saudi Arabia
Building 1079 King Fahd Road - Muhammadiah Dist.
Tel: (+96611) 2050000 Fax: (+96611) 2050011
ص.ب ١٠٨٤٥ - الرياض ١١٤٤٣ - المملكة العربية السعودية
رقم المبنى ١٠٧٩ - طريق الملك فهد - حي المحمدية
هاتف: ٢٠٥٠٠٠٠ (٩٦٦١١)+ فاكس: ٢٠٥٠٠١١ (٩٦٦١١)+
www.wamy.org   e-mail: info@wamy.org

*In the Name Of Allah the Most Merciful, the Most Compassionate*



World Assembly of Muslim Youth
Member of the UN NGO's

الندوة العالمية للشباب الإسلامي
عضو المنظمات غير الحكومية – بيئة الأمم المتحدة

Ref. No: **19432/1**
Date: **1440/07/04** Hijri
Corresponding to: **2019/03/11** A.D.

مكتب الأمين العام
The Secretary General Office

**Dear Sirs at Bank AlJazira**
**The General Management**

Greetings,

I refer to the bank account of the World Assembly of Muslim Youth No. 0007-111111-001, and we kindly request you to provide us with the bank statements of the stated account or any other WAMY accounts for a period of ten years from 1992 to 2002 A.D. due to the needs for obtaining these bank statements.

Kind regards.
May the peace and blessings of Allah be upon you.

**Secretary-General**
**Dr. Saleh Bin Sulaiman Al Wohaibi**
[*signature*]



[*stamp*: World Assembly of Muslim Youth
General Secretariat / Riyadh
Established in: 1972 A.D. – **1392** Hijri]

This is a copy.
Greetings to the indexing team.

Essam: M¹/89

P.O. Box: 10845 Riyadh 11443 – Kingdom of Saudi Arabic
Building 1079 King Fahd Road – Muhammadiah Dist.
Tel: (+96611) 2050000 – Fax: (+96611) 2050011
www.wamy.org

ص.ب: 10845 – الرياض 11443 – المملكة العربية السعودية
رقم المبنى: 1079 – طريق الملك فهد – حي المحمدية
هاتف: 2050000 (96611+) – فاكس: 2050011 (96611+)
e-mail: info@wamy.org



Nova Languages, Inc.
PO Box 818
Times Square Station
New York, NY 10108
Tel: 646 707 0923
Toll free: 888 250 2611
Fax: 914 219 0919
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)    §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that Mohanned Khallof is a translator affiliated with Nova Languages, Inc., a corporate member of the American Translators Association, and that he is competent to translate from the Arabic language to the English language. And that he translated the following document from the Arabic language to the English language. The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**RE: 3-11-19 Al Jazira Bank**

Sworn to before me this

28 day of March of 20 19

_V. Vaile_
Translation Manager

_Barbara Canton Jackson_
Notary

BARBARA CANTON JACKSON
Notary Public – State of New York
NO. 01CA6203682
Qualified in New York County
My Commission Expires Apr 13, 2021

ata MEMBER
American Translators Association

Translation    Interpretation    Transcription    DTP    Voice-over    Subtitling