# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | MDL No. 1570 |
| THOMAS E. BURNETT, SR., et al., Plaintiffs, v. AL BARAKA INVESTMENT AND DEVELOPMENT CORPORATION, et al., Defendants. | C.A. No. 03 CV 9849 (RCC) |
| KATHLEEN ASHTON, et al., Plaintiffs, v. AL-QAEDA ISLAMIC ARMY, et al., Defendants. | C.A. No. 02 CV 6977 (RCC) |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Please enter the special appearance of Lynne Bernabei and Alan R. Kabat, as counsel in the above-captioned cases for defendants Dr. Abdullah M. Al Turki (*Ashton* and *Burnett* [No. D158]); Dr. Abdullah Naseef (*Burnett* [No. D97]); Dr. Abdullah Al Obaid (*Ashton* and *Burnett* [No. D23]); Dr. Abdul Rahman Al Swailem (*Burnett* [No. D95]); Dr. Adnan Basha (*Ashton*); Sheik Saleh Al-Hussayen (*Ashton* and *Burnett* [No. D222]); Talal M. Badkook (*Ashton*); Sheik Shahir Batterjee (*Ashton* and *Burnett* [No. D67]); Mushayt for Trading Company (*Ashton* and

*Burnett* [No. D144]); Mohammed Ali Sayed Mushayt (*Burnett* [No. D157]); Sheik Hamad Al-Husaini (*Burnett* [No. D209]); Saudi Red Crescent Committee (*Ashton* and *Burnett* [No. D211]); Sheik Salman Al-Oawdah (*Ashton* and *Burnett* [No. D220]); and Sheik Safer Al-Hawali (*Ashton* and *Burnett* [No. D221]), without waiving any defenses under Rule 12(b), Fed. R. Civ. P.

/s/ Lynne Bernabei

Lynne Bernabei (LB2489)
Bernabei & Katz, PLLC
1773 T Street, N.W.
Washington, D.C. 20009-7139
(202) 745-1942

/s/ Alan R. Kabat

Alan R. Kabat (AK7194)
Bernabei & Katz, PLLC
1773 T Street, N.W.
Washington, D.C. 20009-7139
(202) 745-1942

DATED: March 10, 2004

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2004, I caused a paper copy of the foregoing Entry of Appearance to be served by first-class mail, postage prepaid, upon the following counsel of record:

Paul J. Hanly, Jr.
Jayne Conroy
Andrea Bierstein
Hanly Conroy Bierstein & Sheridan, LLP
415 Madison Avenue, 15th Floor
New York, NY 10017-1111

Harry Huge
Harry Huge Law Firm LLP
Market Street North
401 Ninth Street, N.W., Suite 450
Washington, D.C. 20004-2142

Ron Motley
Jodi Flowers
Motley Rice, LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, S.C. 29465

Allan Gerson
Gerson International Law Group
4771 Lenore Lane
Washington, D.C. 20008

Jack Cordray
Cordray Law Firm
40 Calhoun Street
Charleston, SC 29401

James F. Peterson
Paul J. Orfanedes
Judicial Watch, Inc.
501 School Street, S.W.
Washington, D.C. 20024

Edward D. Robertson
Mary Doerhoff Winter
Bartimus, Frickleton, Robertson & Obetz
200 Madison Street, Suite 1000
Jefferson City, MO 65101

*Counsel for Burnett Plaintiffs*

James P. Kreindler
Andrew J. Maloney, III
Kreindler & Kreindler
100 Park Avenue
New York, NY 10017

*Counsel for Ashton Plaintiffs*

Kenneth P. Nolan
Speiser Krause Nolan & Granito
140 East 45th Street, 34th Floor
New York, NY 10017

*Counsel for Burlingame Plaintiffs*

Sean P. Carter
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103-3508

*Counsel for Federal Ins. Co., et al. Plaintiffs*

Donald J. Nolan
Nolan Law Group
20 North Clark Street, Suite 3000
Chicago, IL 60602

*Counsel for Salvo Plaintiffs*

David J. O'Brien
D.J. O'Brien Law Office
20 Vesey Street, Suite 700
New York, NY 10007

*Counsel for Tremsky Plaintiffs*

Michael F. Baumeister
Baumeister & Samuels, P.C.
One Exchange Plaza
New York, NY 10006

*Counsel for York Plaintiffs*

Michael F. Flanagan
John C. Millian
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306

*Counsel for Salahuddin Abduljawad*

Nancy Luque
Donna Sheinbach
Gray Cary Ware & Freidenrich LLP
1625 Massachusetts Avenue, Suite 300
Washington, D.C. 20036

*Counsel for African Muslim Agency,
Grove Corporate, Inc.,
SAFA Trust,
Reston Investments, Inc.,
York Foundation,
Heritage Education Trust,
MAR-JAC Investments, Inc., and
International Institute of Islamic Thought*

Martin McMahon
Martin F. McMahon & Associates
1150 Connecticut Avenue, Suite 900
Washington, D.C. 20036

*Counsel for Al Baraka Invest. & Dev. Corp.,
Saleh Abdullah Kamel,
Muslim World League,
International Islamic Relief Organization,
Rabita Trust, and
Wael Jalaidan*

Christopher M. Curran
Frank Panopoulos
Nicole Erb
White & Case LLP
601 Thirteenth Street, N.W.
Washington, D.C. 20005

*Counsel for Al Rajhi Banking & Invest. Corp.*

Maher Hanania
Hanania, Kheder & Nawash
6066 Leesburg Pike, # 101
Falls Church, VA 22041

*Counsel for Abdul Rahman Al-Amoudi,
Tarik Hamdi,
World Assembly of Muslim Youth, and
Mohammed Hussein Al-Amoudi*

Joshua L. Dratel
Law Offices of Joshua L. Dratel, P.C.
14 Wall Street, 28th Floor
New York, NY 10005

*Counsel for Sami Al-Hussayen*

Roger E. Waren
Steptoe & Johnson, LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036

*Counsel for Mohammed Abdullah Aljomaih*

John D. Shakow
King & Spalding, LLP
1730 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-4706

*Counsel for Arab Bank PLC*

Yeslam Binladin
Rue Francois-le-Fort, 2
Geneva
Switzerland [via Air-Mail]

*Pro se Defendant*

Michael J. McManus
Drinker Biddle & Reath
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209

*Counsel for Delta Oil Company, Ltd.*

Thomas P. Steindler
McDermott, Will & Emery
600 - 13th Street, N.W.
Washington, D.C. 20005

*Counsel for Yousef Jameel and
Yassin A. Al Kadi*

Peter J. Kahn
Thomas C. Viles
Williams & Connolly, LLP
725 12th Street, N.W.
Washington, D.C. 20005

*Counsel for Abdul R. Mahfouz*

2

Wilmer Parker, III
Gillen Parker & Withers LLC
One Securities Centre
3490 Piedmont Road, N.E.
Suite 1050
Atlanta, GA 30305

*Counsel for Mar-Jac Poultry, Inc.*

Michael Hadeed, Jr.
Becker Hadeed Kellogg & Berry, P.C.
5501 Backlick Road, Suite 220
Springfield, VA 22151

*Counsel for Muslim World League Offices — NY, Success Foundation, Inc., and Mohamed S. Omeish*

Ronald S. Liebman
Mitchell R. Berger
Ugo A. Colella
Patton Boggs LLP
2550 M Street N.W.
Washington, D.C. 20037

*Counsel for National Commercial Bank*

Matthew H. Kirkland
Fulbright & Jaworski
801 Pennsylvania Avenue N.W.
Washington, D.C. 20004

*Counsel for Nimir Petroleum, LLC*

Louis R. Cohen
Wilmer, Cutler & Pickering
2445 M Street, N.W.
Washington, D.C. 20037

*Counsel for HRH Prince Mohamed al Faisal al Saud*

James M. Cole
Bryan Cave LLP
700 Thirteenth Street N.W.
Washington, D.C. 20005-3960

*Counsel for HRH Prince Naif bin Abdulaziz al Saud*

William H. Jeffress, Jr.
Christopher R. Cooper
Baker Botts, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400

*Counsel for HRH Prince Sultan bin Abdulaziz Al-Saud*

Mark C. Hansen
Michael K. Kellogg
Michael J. Guzman
Kellogg, Huber, Hansen, Todd & Evans, PLLC
1615 M Street, N.W., Suite 400
Washington, D.C. 20036-3209

*Counsel for HRH Prince Turki Al-Faisal bin Abdulaziz al Saud*

Henry S. Weisburg
Brian H. Polovoy
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069

Jonathan S. Greenblatt
Shearman & Sterling LLP
801 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20004-2604

*Counsel for Saudi American Bank*

Stephen J. Brogan
Jonathan C. Rose
Timothy J. Finn
James E. Gauch
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001

*Counsel for Saudi Binladin Group, Omar Bin Laden, Bakr Bin Ladin, Khalid bin Mahfouz*

*/s/ Alan R. Kabat*

Alan R. Kabat