# Exhibit 21



World Assembly of Muslim Youth

Member of the UN NGO's

الندوة العالمية للشباب الإسلامي

عضو المنظمات غيرالحكومية - هيئة الأمم المتحدة

الرقم: **19335/1**
Ref. No: ...........

التاريخ: **1440/06/22**
Date: ................

**2019/02/27**

مكتب الأمين العام

The Secretary General Office

حفظهم الله

السادة/ البنك الأهلي التجاري

الإدارة العامة

السلام عليكم ورحمة الله وبركاته ..

نرفق لكم قائمة بأرقام حسابات الندوة العالمية للشباب الإسلامي لديكم ، ونأمل تزويدنا بكشوف حسابات المذكورة في القائمة وأي حسابات أخرى للندوة لديكم إن وجدت ، وذلك لمدة عشر سنوات تمتد من ١٩٩٢ م إلى ٢٠٠٢ م ، نظراً لحاجة الندوة إلى الحصول على كشوف لهذه الحسابات.

وتفضلوا بقبول خالص تحياتنا ، والسلام عليكم ورحمة الله وبركاته.

الأمين العام

**د. صالح بن سليمان الوهيبي**

صورة مع التحية لفريق الفهرسة

الفهرسة ١

P.O. Box:10845 Riyadh11443 - Kingdom of Saudi Arabia
Building 1079 King Fahd Road - Muhammadiah Dist.
Tel: (+96611) 2050000 Fax: (+96611) 2050011

ص.ب ١٠٨٤٥ - الرياض ١١٤٤٣ - المملكة العربية السعودية
رقم المبنى ١٠٧٩ - طريق الملك فهد - حي المحمدية
هاتف: ٢٠٥٠٠٠٠ (٩٦٦١١) + فاكس: ٢٠٥٠٠١١ (٩٦٦١١)+

www.wamy.org    e-mail: info@wamy.org

<div dir="rtl">

# البنك الأهلي التجاري

</div>

| | |
|---|---|
| 1. | 14010850000105 |
| 2. | 10421554000106 |
| 3. | 25011199000110 |
| 4. | 140 |
| 5. | 140140000104 |
| 6. | 33373040104 |
| 7. | 11613455000109 |
| 8. | 11613455000109 |
| 9. | 11613455000109 |
| 10. | 14014040000104 |
| 11. | 14000005555103 |
| 12. | 3013100000207 |
| 13. | 33013100000109 |
| 14. | 33049568000104 |
| 15. | 14010850000105 |
| 16. | 14044000108/435 |
| 17. | 14044000500/435 |
| 18. | 500 |
| 19. | 14044000108 |
| 20. | 43514044000108 |
| 21. | 43514044000500 |
| 22. | 43514044000108 |
| 23. | 8847464000/100 |
| 24. | 8847464000/106 |
| 25. | 08849888000103 |

*In the Name Of Allah the Most
Merciful, the Most Compassionate*



World Assembly of Muslim Youth
Member of the UN NGO's

الندوة العالمية للشباب الإسلامي
عضو المنظمات غير الحكومية – بيئة الأمم المتحدة

Ref. No: **19335/1**

Date: **1440/06/22 Hijri**

Corresponding to: **2019/02/27 A.D.**

مكتب الأمين العام
The Secretary General Office

Dear Sirs at the National Commercial Bank

The General Management

Greetings,

Attached to this letter you will find a list of bank accounts numbers of The World Assembly of Muslim Youth. We kindly request you to provide us with the statements of the accounts stated in the list or any other WAMY accounts for a period of ten years from 1992 to 2002 A.D., due to the needs for obtaining these bank statements.

Kind regards.

May the peace and blessings of Allah be upon you.

Secretary-General

**Dr. Saleh Bin Sulaiman Al Wohaibi**

[*signature*]



[*stamp*: World Assembly of Muslim Youth
General Secretariat / Riyadh
Established in: 1972 A.D. – **1392** Hijri]

**This is a copy.
Greetings to the indexing team.**

Indexing: 1

P.O. Box: 10845 Riyadh 11443 – Kingdom of Saudi Arabic
Building 1079 King Fahd Road – Muhammadiah Dist.
Tel: (+96611) 2050000 – Fax: (+96611) 2050011
www.wamy.org

ص.ب: 10845 – الرياض 11443 – المملكة العربية السعودية
رقم المبنى: 1079 – طريق الملك فهد – حي المحمدية
هاتف: 2050000 (+96611) – فاكس: 2050011 (+96611)
e-mail: info@wamy.org

# The National Commercial Bank

1. 14010850000105
2. 10421554000106
3. 25011199000110
4. 140
5. 140140000104
6. 33373040104
7. 11613455000109
8. 11613455000109
9. 11613455000109
10. 14014040000104
11. 14000005555103
12. 3013100000207
13. 33013100000109
14. 33049568000104
15. 14010850000105
16. 14044000108/435
17. 14044000500/435
18. 500
19. 14044000108
20. 43514044000108
21. 43514044000500
22. 43514044000108
23. 8847464000/100
24. 8847464000/106
25. 08849888000103



Nova Languages, Inc.
PO Box 818
Times Square Station
New York, NY 10108
Tel: 646 707 0923
Toll free: 888 250 2611
Fax: 914 219 0919
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)      §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
Mohanned Khallof is a translator affiliated with Nova Languages, Inc., a corporate member of the American
Translators Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following document from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**RE: 2-27-19 Bank Letter Translation of National Commercial Bank**

Sworn to before me this

28 day of _March_ of 20 19

_V. Vaile_
Translation Manager

_Barbara Canton Jackson_
Notary

BARBARA CANTON JACKSON
Notary Public – State of New York
NO. 01CA6203682
Qualified in New York County
My Commission Expires Apr 13, 2021

*ata* MEMBER
American Translators Association

Translation    Interpretation    Transcription    DTP    Voice-over    Subtitling



World Assembly of Muslim Youth

Member of the UN NGO's

الندوة العالمية للشباب الإسلامي

عضو المنظمات غيرالحكومية - هيئة الأمم المتحدة

**19338/1**

Ref. No: ............... الرقم: **1440/06/22**

Date: ................... التاريخ: **2019/02/27**

مكتب الأمين العام

The Secretary General Office

حفظهم الله

السادة/ بنك الرياض

الإدارة العامة

السلام عليكم ورحمة الله وبركاته ..

أشيـــر إلى حســابات النــدوة العالميـــة للشــباب الإســلامي لــديكم رقــم 327197444 9952 ورقــم 0462089901/3، ونأمـــل تزويـــدنا بكشــوف الحســابات المــذكورة وأي حســابات أخـــرى للنــدوة لــديكم إن وجـــدت ، وذلــك لمــدة عشـــر ســنوات تمتــد مــن ١٩٩٢ م إلى ٢٠٠٢ م ، نظــراً لحاجــة النــدوة إلى الحصـــول علـــى كشـــوف لهـذه الحسابات.

وتفضلوا بقبول خالص تحياتنا ، والسلام عليكم ورحمة الله وبركاته.

الأمين العام

د. صالح بن سليمان الوهيبي

صورة مع التحية لفريق الفهرسة

P.O. Box:10845 Riyadh11443 - Kingdom of Saudi Arabia
Building 1079 King Fahd Road - Muhammadiah Dist.
Tel: (+96611) 2050000 Fax: (+96611) 2050011

ص.ب ١٠٨٤٥ - الرياض ١١٤٤٣ - المملكة العربية السعودية
رقم المبنى ١٠٧٩ - طريق الملك فهد - حي المحمدية
هاتف: ٢٠٥٠٠٠٠ (٩٦٦١١) + فاكس: ٢٠٥٠٠١١ (٩٦٦١١) +

www.wamy.org   e-mail: info@wamy.org

**بنك الرياض**

1   3271974449952
2   0462089901/3

*In the Name Of Allah the Most Merciful, the Most Compassionate*



World Assembly of Muslim Youth
Member of the UN NGO's

الندوة العالمية للشباب الإسلامي

عضو المنظمات غير الحكومية – بيئة الأمم المتحدة

Ref. No: **19338/1**

Date: **1440/06/22 Hijri**

Corresponding to: **2019/02/27 A.D.**

مكتب الأمين العام

The Secretary General Office

**Dear Sirs at Riyad Bank**

**The General Management**

Greetings,

I refer to the bank accounts of the World Assembly of Muslim Youth No. 3271974449952 and No. 0462089901/3, and we kindly request you to provide us with the bank statements of the stated accounts or any other WAMY accounts for a period of ten years from 1992 to 2002 A.D. due to the needs for obtaining these bank statements.

Kind regards.

May the peace and blessings of Allah be upon you.

**Secretary-General**

**Dr. Saleh Bin Sulaiman Al Wohaibi**

[*signature*]



[*stamp*: World Assembly of Muslim Youth
General Secretariat / Riyadh
Established in: 1972 A.D. – **1392** Hijri]

**This is a copy.**
**Greetings to the indexing team.**

Indexing: 3

P.O. Box: 10845 Riyadh 11443 – Kingdom of Saudi Arabic
Building 1079 King Fahd Road – Muhammadiah Dist.
Tel: (+96611) 2050000 – Fax: (+96611) 2050011
www.wamy.org

ص.ب: 10845 – الرياض 11443 – المملكة العربية السعودية

رقم المبنى: 1079 – طريق الملك فهد – حي المحمدية

هاتف: 2050000 (96611+) – فاكس: 2050011 (96611+)

e-mail: info@wamy.org

# Riyad Bank

1. **3271974449952**
2. **0462089901/3**



| | |
|---|---|
| | **Nova Languages, Inc.**<br>PO Box 818<br>Times Square Station<br>New York, NY 10108<br>Tel: 646 707 0923<br>Toll free: 888 250 2611<br>Fax: 914 219 0919<br>www.novalanguages.com |

CERTIFICATE OF ACCURACY

STATE of New York)    §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
Mohanned Khallof is a translator affiliated with Nova Languages, Inc., a corporate member of the American
Translators Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following document from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**RE: 2-27-19 Riyadh Bank**

Sworn to before me this

_28_ day of _March_ of 20 _19_

_____
Translation Manager

_____
Notary

BARBARA CANTON JACKSON
Notary Public – State of New York
NO. 01CA6203682
Qualified in New York County
My Commission Expires Apr 13, 2021

*ata* MEMBER
American Translators Association

Translation    Interpretation    Transcription    DTP    Voice-over    Subtitling



World Assembly of Muslim Youth

Member of the UN NGO's

الندوة العالمية للشباب الإسلامي

عضو المنظمات غيرالحكومية - هيئة الأمم المتحدة

مكتب الأمين العام

The Secretary General Office

Ref. No: .............. **19337/1**    الرقم: ..............

Date: .............. **2019/02/27**    التاريخ: ..............

**1440/06/22**

السادة / البنك السعودي الهولندي          حفظهم الله

الإدارة العامة

السلام عليكم ورحمة الله وبركاته ..

أشـيـر إلى حـسـاب النـدوة العـالمـيـة للشـبـاب الإسـلامي لـديـكم رقـم
032375662005،  ونـأمـل تزويـدنـا بكشـوف الحسـاب المـذكور وأي حسـابات أخـرى
للنـدوة لـديكم إن وجـدت ، وذلـك لمـدة عشـر سـنوات تمـتـد مـن ١٩٩٢ م إلى ٢٠٠٢ م ،
نظراً لحاجة الندوة إلى الحصول على كشوف لهذه الحسابات.

وتفضلوا بقبول خالص تحياتنا ، والسلام عليكم ورحمة الله وبركاته.

الأمين العام



د. صالح بن سليمان الوهيبي

صورة مع التحية لفريق الفهرسة

P.O. Box:10845 Riyadh11443 - Kingdom of Saudi Arabia
Building 1079 King Fahd Road - Muhammadiah Dist.
Tel:(+96611) 2050000 Fax: (+96611) 2050011

ص.ب ١٠٨٤٥ – الـريـاض ١١٤٤٣ –المملكة العربية السعودية
رقم المبنى ١٠٧٩ –طريق الملك فهد –حي الحمادية
هاتف: ٢٠٥٠٠٠٠ (٩٦٦١١) + فاكس: ٢٠٥٠٠١١ (٩٦٦١١)+

www.wamy.org  e-mail: info@wamy.org

# البنك السعودي الهولندي

1 .   032375662005

*In the Name Of Allah the Most*
*Merciful, the Most Compassionate*



World Assembly of Muslim Youth
Member of the UN NGO's

الندوة العالمية للشباب الإسلامي
عضو المنظمات غير الحكومية – بيئة الأمم المتحدة

Ref. No: **19337/1**

Date: **1440/06/22 Hijri**

Corresponding to: **2019/02/27 A.D.**

مكتب الأمين العام
The Secretary General Office

Dear Sirs at the Saudi Hollandi Bank

**The General Management**

Greetings,

I refer to the bank account of the World Assembly of Muslim Youth No. 032375662005, and we kindly request you to provide us with the bank statements of the stated account or any other WAMY accounts for a period of ten years from 1992 to 2002 A.D. due to the needs for obtaining these bank statements.

Kind regards.
May the peace and blessings of Allah be upon you.

**Secretary-General**

**Dr. Saleh Bin Sulaiman Al Wohaibi**

[*signature*]



[*stamp*: World Assembly of Muslim Youth
General Secretariat / Riyadh
Established in: 1972 A.D. – **1392** Hijri]

**This is a copy.**
**Greetings to the indexing team.**

Indexing: 5

P.O. Box: 10845 Riyadh 11443 – Kingdom of Saudi Arabic
Building 1079 King Fahd Road – Muhammadiah Dist.
Tel: (+96611) 2050000 – Fax: (+96611) 2050011
www.wamy.org

ص.ب: 10845 – الرياض 11443 – المملكة العربية السعودية
رقم المبنى: 1079 – طريق الملك فهد – حي المحمدية
هاتف: 2050000 (96611+) – فاكس: 2050011 (96611+)
e-mail: info@wamy.org

# The Saudi Hollandi Bank

1.  **032375662005**



**Nova Languages, Inc.**
PO Box 818
Times Square Station
New York, NY 10108
Tel: 646 707 0923
Toll free: 888 250 2611
Fax: 914 219 0919
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)      §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
Mohanned Khallof is a translator affiliated with Nova Languages, Inc., a corporate member of the American
Translators Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following document from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**RE: 2-27-19  Bank Letter Translation the Saudi Hollandi Bank**

Sworn to before me this

28 day of _March_ of 20 19

_V. Vaile_
Translation Manager

_Barbara Canton Jackson_
Notary

BARBARA CANTON JACKSON
Notary Public – State of New York
NO. 01CA6203682
Qualified in New York County
My Commission Expires Apr 13, 2021

*ata* MEMBER
American Translators Association

Translation      Interpretation      Transcription      DTP      Voice-over      Subtitling



**World Assembly of Muslim Youth**

Member of the UN NGO's

**الندوة العالمية للشباب الإسلامي**

عضو المنظمات غيرالحكومية - هيئة الأمم المتحدة

---

**19334/1**

Ref. No: .................. الـرقم: ..................

**1440/06/22**

Date: .................. التاريخ: .................. **2019/02/27**

مكتب الأمين العام

The Secretary General Office

السادة/ البنك السعودي البريطاني (ساب)    حفظهم الله

الإدارة العامة

السلام عليكم ورحمة الله وبركاته ..

أشير إلى حساب الندوة العالمية للشباب الإسلامي لديكم رقم 180180-004 -044،   ونأمل تزويدنا بكشوف الحساب المذكور وأي حسابات أخرى للندوة لديكم إن وجدت ، وذلك لمدة عشر سنوات تمتد من ١٩٩٢ م إلى ٢٠٠٢ م ، نظراً لحاجة الندوة إلى الحصول على كشوف لهذه الحسابات.

وتفضلوا بقبول خالص تحياتنا ، والسلام عليكم ورحمة الله وبركاته.

الأمين العام

د. صالح بن سليمان الوهيبي

صورة مع التحية لفريق الفهرسة

P.O. Box:10845 Riyadh11443 - Kingdom of Saudi Arabia
Building 1079 King Fahd Road - Muhammadiah Dist.
Tel: (+96611) 2050000 Fax: (+96611) 2050011

ص.ب ١٠٨٤٥ - الرياض ١١٤٤٣ - المملكة العربية السعودية
رقم المبنى ١٠٧٩ - طريق الملك فهد - حي المحمدية
هاتف: (٩٦٦١١) ٢٠٥٠٠٠٠ + فاكس: (٩٦٦١١) ٢٠٥٠٠١١ +

www.wamy.org   e-mail: info@wamy.org

# البنك السعودي البريطاني

1 . 044-180180-004

*In the Name Of Allah the Most*
*Merciful, the Most Compassionate*



World Assembly of Muslim Youth
Member of the UN NGO's

الندوة العالمية للشباب الإسلامي
عضو المنظمات غير الحكومية – بيئة الأمم المتحدة

Ref. No: **19334/1**

Date: **1440/06/22 Hijri**

Corresponding to: **2019/02/27 A.D.**

مكتب الأمين العام
The Secretary General Office

**Dear Sirs at the Saudi British Bank (SABB)**

**The General Management**

Greetings,

I refer to the bank account of the World Assembly of Muslim Youth No. 044-180180-004, and we kindly request you to provide us with the bank statements of the stated account or any other WAMY accounts for a period of ten years from 1992 to 2002 A.D. due to the needs for obtaining these bank statements.

Kind regards.
May the peace and blessings of Allah be upon you.

**Secretary-General**

**Dr. Saleh Bin Sulaiman Al Wohaibi**

[*signature*]



[*stamp*: World Assembly of Muslim Youth
General Secretariat / Riyadh
Established in: 1972 A.D. – **1392** Hijri]

**This is a copy.**
**Greetings to the indexing team.**

Indexing: 6

P.O. Box: 10845 Riyadh 11443 – Kingdom of Saudi Arabic
Building 1079 King Fahd Road – Muhammadiah Dist.
Tel: (+96611) 2050000 – Fax: (+96611) 2050011
www.wamy.org

ص.ب: 10845 -- الرياض 11443 – المملكة العربية السعودية
رقم المبنى: 1079 – طريق الملك فهد – حي المحمدية
هاتف: 2050000 (96611+) – فاكس: 2050011 (96611+)
e-mail: info@wamy.org

## The Saudi British Bank (SABB)

1.  **044-180180-004**



**Nova Languages, Inc.**
PO Box 818
Times Square Station
New York, NY 10108
Tel: 646 707 0923
Toll free: 888 250 2611
Fax: 914 219 0919
www.novalanguages.com

CERTIFICATE OF ACCURACY

STATE of New York)        §:
County of New York)

I, Victoria Vaile, Translation Manager for Nova Languages, Inc., being duly sworn, hereby certify that
Mohanned Khallof is a translator affiliated with Nova Languages, Inc., a corporate member of the American
Translators Association, and that he is competent to translate from the Arabic language to the English language.
And that he translated the following document from the Arabic language to the English language.
The translation was proofread and reviewed and is accurate to the best of my knowledge and belief.

**RE: 2-27-19 SABB**

Sworn to before me this

2̲8̲ day of ̲M̲a̲r̲c̲h̲ of 20 ̲1̲9̲

̲V̲.̲ ̲V̲a̲i̲l̲e̲
Translation Manager

̲B̲a̲r̲b̲a̲r̲a̲ ̲C̲a̲n̲t̲o̲n̲ ̲J̲a̲c̲k̲s̲o̲n̲
Notary

BARBARA CANTON JACKSON
Notary Public – State of New York
NO. 01CA6203682
Qualified in New York County
My Commission Expires Apr 13, 2021

ata MEMBER
American Translators Association

Translation      Interpretation      Transcription      DTP      Voice-over      Subtitling