COZEN O'CONNOR  
MICHAEL J. SOMMI, ESQ. (MS-7910)  
45 Broadway Atrium, 16th Floor  
New York, NY 10006  
(212) 509-9400  
OF COUNSEL:  
STEPHEN A. COZEN, ESQUIRE  
ELLIOTT R. FELDMAN, ESQUIRE  
SEAN P. CARTER, ESQUIRE  
JOHN M. POPILOCK, ESQUIRE  
J. SCOTT TARBUTTON, ESQUIRE  
LISA C. HAAS, ESQUIRE  
COZEN O'CONNOR  
1900 Market Street  
Philadelphia, PA 19103  
(215) 665-2000

Attorneys for Plaintiffs, Federal Insurance Company, et al.

IN THE UNITED STATES DISTRICT COURT  
FOR THE SOUTHERN DISTRICT OF NEW YORK

FEDERAL INSURANCE COMPANY, et al.

    Plaintiffs,

v.

AL-QAIDA, et al.

    Defendants

CIVIL ACTION NO. 03MD-1570

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to F.R.C.P. 41(a)(1), plaintiffs herein hereby voluntarily dismiss their claims as to defendant Nimir LLC, without prejudice to the rights of plaintiffs to re-file a Complaint against defendant Nimir LLC. Defendant Nimir LLC has not answered or filed any

responsive pleadings. All parties will bear their own costs.

COZEN O'CONNOR

By: /s/ *signature*

STEPHEN A. COZEN, ESQUIRE
ELLIOTT R. FELDMAN, ESQUIRE
SEAN P. CARTER, ESQUIRE
1900 Market Street
Philadelphia, PA 19103
(215)665-2000

Michael J. Sommi, Esquire (MS-7910)
COZEN O'CONNOR
45 Broadway Atrium
16th Floor
New York, NY 10006
(212) 509-9400

**SO ORDERED:**

*Richard Crowley* 3/9/04
**U.S.D.J.**

2