# Exhibit 22

**World Assembly of Muslim Youth**
**Member of the UN NGO's**
Pakistan Office - Islamabad



الندوة العالمية للشباب الإسلامي
عضو المنظمات غير الحكومية. هيئة الأمم المتحدة
مكتب باكستان إسلام آباد

Ref:_____ الـرقـم                              Date:_____ التاريخ

28/02/2019

**Manager,**
**Habib Bank Limited**
**Abbottabad road Branch, Mansehra.**

السلام عليكم ورحمة الله وبركاته

<u>Subject: Statement of Account # 4670</u>

    It is stated that I opened a joint account in your bank witch ID is HIDIATULLAH SHAH and ABDUL GAYAS
Account no is 4670
Sir, for requirements of the Court, we need bank statement of this account for the period of ten years, from 1st January 1992 to 31st December 2002.

I will be very thankful to you for your very nice cooperation and fruitful assistance in this regard.

Note: Kindly write the reason if it is impossible.

 With many Regards,

**Hidiatullah Shah**
**Ex- Senator**

Office: House No. 108, Street No. 70, Sector E11/2, Islamabad, Tel: +92 51 2305184
Web: www.wamypak.org, Email: wamypk@yahoo.com

Scanned by CamScanner



**World Assembly of Muslim Youth**

**Member of the UN NGO's**

Pakistan Office - Islamabad

الندوة العالمية للشباب الإسلامي

عضو المنظمات غير الحكومية. هيئة الأمم المتحدة

مكتب باكستان إسلام آباد

Ref:_____ الـرقـم                                          Date:_____ التاريخ

28/02/2019

**Manager,**
**MCB Bank Limited**
**Chattar Branch, Muzaffarabad.**

السلام عليكم ورحمة الله وبركاته

<u>Subject</u>: Statement of Account # 43-P.L.S. 2680-1

    It is stated that I opened a joint account in your bank witch ID is ABDUL GHAYAS /MUHAMMAD IBRAHIM
Account no is 43-P.L.S. 2680-1
Sir, for requirements of the Court, we need bank statement of this account for the period of ten years, from 1st January 1992 to 31st December 2002.

I will be very thankful to you for your nice cooperation and fruitful assistance in this regard.

Note: Kindly write the reason if it is impossible.

With many Regards,

Muhammad Ibrahim

Office: House No. 108, Street No. 70, Sector E11/2, Islamabad, Tel: +92 51 2305184
Web: www.wamypak.org, Email: wamypk@yahoo.com

Scanned by CamScanner