# ROSNER NOCERA & RAGONE, LLP

JOHN A. NOCERA*
RANDY G. ROSNER*
PETER A. RAGONE*

GERALD M. JACOBS*
ELIOT L. GREENBERG*
JOHN P. FOUDY°
ANTHONY L. COTRONEO•
GREGORY D. MALZ°

* ADMITTED IN N.Y. AND N.J.
• ADMITTED IN N.Y. AND CT.
° ADMITTED IN N.Y.

ATTORNEYS AT LAW
40 WALL STREET
24TH FLOOR
NEW YORK, NEW YORK 10005-2301

PHONE: 212-635-2244
FACSIMILE: 212-635-0533
EMAIL: INFO@RNRLAWGROUP.COM

NEW JERSEY OFFICE:
ROSNER NOCERA & RAGONE
4105 U.S. HIGHWAY 1
SUITE 16
MONMOUTH JUNCTION, N.J.08852-2157
PHONE: 609-520-9060
FACSIMILE: 609-520-9407



March 8, 2004

VIA HAND DELIVERY

The Honorable Richard C. Casey
United States District Judge
United States District Court
 for the Southern District of New York
500 Pearl Street
Room 1350
New York, New York 10007-1312

Re:     **In Re Terrorist Attacks on September 11, 2001 - MDL-1570**

Dear Judge Casey:

We represent Mohammad Abdullah Aljomaih, a defendant in Burnett v. Al Baraka Investment and Development Corp. (No. 03-CV9849). On February 5, we sent a letter asking Your Honor to extend the time for Mr. Aljomaih to file his reply to plaintiffs' Opposition to his Motion to Dismiss in Burnett "until five days after the first MDL status conference, or until such other date as the Court may direct at that time." Your Honor granted the application by endorsement on February 23.

In Case Management Order No. 1, which we received the middle of last week, the briefing schedule established at the March 1 hearing was pushed forward until March 19 to "facilitate the electronic filing" of motion papers. We respectfully request that Mr. Aljomaih's date to file his reply in support of his motion to dismiss in Burnett also be extended until March 19, 2004 in order to facilitate electronic filing. Plaintiffs' counsel in Burnett consents to this request.

Doc. #1382445

The Honorable Richard C. Casey
March 8, 2004
Page 2

Thank you for your attention and consideration of this matter.

Respectfully submitted,

ROSNER NOCERA & RAGONE, LLP

By: _____
Anthony Cotroneo (AC-0361)
ROSNER NOCERA & RAGONE, LLP
40 Wall Street, 24th Floor
New York, New York 10005
212-635-2244

Christopher T. Lutz
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington DC 20036
202 429 3000

cc: Burnett counsel (by telecopy)

*Application granted,*

*Richard Casey 3/11/04*

U.S. DISTRICT COURT FILED MAR 11 2004 S.D. OF N.Y.

Doc. #1382445