



CHAMBERS OF
RICHARD CONWAY CASEY
U.S.D.J.

March 4, 2004

Ronald S. Liebman
(202) 457-6310
rliebman@pattonboggs.com

**FEDERAL EXPRESS**

The Honorable Richard Conway Casey
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
Room 1350
New York, New York 10007-1312

      Re:    In re Terrorist Attacks on September 11, 2001, 03 MDL 1570 (RCC)

Dear Judge Casey:

      This firm is counsel for The National Commercial Bank ("NCB"), which is named as a defendant in several of the referenced lawsuits, including Burnett v. Al Baraka Inv. and Dev. Corp., 03 CV 9849, and Ashton v. Al Qaeda Islamic Army, 02 CV 6977. By memo endorsement dated February 23, 2004, Your Honor granted NCB's request to file both (i) its reply in support of its motion to dismiss in Burnett and (ii) its motion to dismiss in Ashton on March 5, 2004. In Case Management Order No. 1, dated March 3, 2004, which we received this morning, Your Honor amended the briefing schedule for motions to dismiss that was set forth at the March 1, 2004 status conference. Under Case Management Order No. 1, NCB's motion to dismiss in Ashton is now due to be filed on March 19, 2004. We respectfully request that NCB's date to file its reply in support of its motion to dismiss in Burnett likewise be extended until March 19, 2004, in order to facilitate electronic filing of our reply. We are authorized to state that counsel for the Burnett plaintiffs consents to this request.

Respectfully submitted,

Ronald S. Liebman

cc:    Service List (By Fax)

Application granted

MEMO ENDORSED

U.S. DISTRICT COURT
FILED
MAR 11 2004
S.D. OF N.Y.

Richard Casey