# Exhibit 25

LAW FIRM OF
**OMAR T. MOHAMMEDI, LLC**

233 BROADWAY, SUITE 820
WOOLWORTH BUILDING
NEW YORK, NY 10279
PHONE (212) 725-3846
FACSIMILE (212) 202-7621
WWW.OTMLAW.COM

OMAR T. MOHAMMEDI, ESQ.
PHONE: (212) 725-3846
EMAIL: OMOHAMMEDI@OTMLAW.COM

ADMITTED: NEW YORK, EIGHT CIRCUIT
SECOND CIRCUIT, ALGERIAN BAR
US COURT ON INTERNATIONAL TRADE

March 11, 2019

**VIA FEDERAL EXPRESS**
Mr. C. Allen Parker
Senior Executive Vice President, General Counsel
Wells Fargo & Company
420 Montgomery Street
San Francisco CA 94104

<u>**Re: In re Terrorist Attacks of September 11, 2001 (S.D.N.Y)**</u>

Dear Mr. Parker:

We represent the defendant World Assembly of Muslim Youth International (USA) ("WAMY (USA)") in the above-captioned litigation. Pursuant to the Court's January 15, 2019 Order (Docket No. 4350) and the plaintiff's January 25, 2019 letter (attached hereto), WAMY (USA) must produce all its bank account records held in various accounts from the years 1992 through 2002.

We write to obtain from Wells Fargo & Company the following bank statements from 1992-2002: Central Fidelity National Bank Account No. 7911788792; Wachovia Bank Account No. 1010017270391; Wachovia Bank Account No. 1010047604982; Wachovia Bank Account No. 1010036932966, and Wachovia Bank Account No. 4264 2983 6502 8896. As you are aware, Wells Fargo & Company has acquired Central Fidelity Bank and Wachovia Bank.

We request production of these records **by March 23, 2019** to allow us to review and serve the records by the Court Order deadline of April 1, 2019. We are willing to pay for any costs associated with the location and production of these documents.

We appreciate your assistance in obtaining these records to comply with the Court Order in this case.

Sincerely,

Omar Mohammedi, Esq.