# Exhibit 26



March 12, 2019

LAW FIRM OF OMAR T. MAHAMMEDI, LLC
OMAR T. MOHAMMEDI, ESQ
233 BROADWAY, SUITE 820
NEW YORK, NY 10279

Regarding reference number: D031219000580
Case name:
Case number: 03-MDL-01570 (GBD)(SN)
Customer name:

# The above referenced subpoena was received by Bank of America, but we're unable to fulfill your request.

The subpoena fails to comply with the applicable requirements of law for the issuance of legal process seeking bank records. Please serve Bank of America with a valid subpoena request to receive production.

## What you need to know
We'll comply as required by law upon receipt of a subpoena or similar legal process properly issued and properly served in compliance with the requirements of law for the issuance and service of legal process seeking bank records.

## What you need to do
If you need to forward any additional correspondence to us regarding this case, please mail it to the following address:

> Bank of America
> DE5-024-02-08
> P.O. Box 15047
> Wilmington, DE 19850

## Questions?
If you have any questions, please call us at 213-580-0702. We're available Monday through Friday 9 a.m. to 5 p.m. local time. When contacting us regarding this notice, please use the reference number listed above.

Legal Order Processing