# Certificate of Service

I hereby certify that I have served a true and correct copy of the *Plaintiffs' Fourth Amended Complaint* by regular Mail or by e-mail (if consented) on the 10th day of March, 2004 to the following:

> Michael Barasch, Esq.
> Barasch McGarry Salzman Penson & Lim
> 11 Park Place
> New York, NY 10007
> Counsel for *Ashton Plaintiffs*
> Phone: (212) 385-8000
> Fax: (212) 385-7845
>
> Frank H. Granito, Jr., Esq.
> Frank H. Granito, III, Esq.
> Kenneth P. Nolan, Esq.
> Speiser, Krause, Nolan & Granito
> Two Grand Central Tower
> 140 East 45th Street
> New York, NY 10017
> Counsel for *Ashton Plaintiffs*
> Phone: (212) 661-0011
> Fax: (212) 953-6483
> kpn@ny.speiserkrause.com
> f3g@ny.speiserkrause.com
> jfs@ny.speiserkrause.com
> jog@ny.speiserkrause.com
> grl@va.speiserkrause.com
> mcs@va.speiserkrause.com
> cll@va.speiserkrause.com
>
> Michel F. Baumeister, Esq.
> Thea Capone, Esq.
> Baumeister & Samuels, P.C.
> One Exchange Plaza
> New York, NY 10006-3008
> Counsel for *Ashton Plaintiffs*
> Phone: (212) 363-1200
> Fax: (212) 363-1346
> mbaumeister@baumeisterlaw.com
> tcapone@baumeisterlaw.com

Jonathan C. Reiter, Esq.
Law Firm of Broder & Reiter
350 Fifth Avenue, Suite 2811
New York, New York 10118
Counsel for *Ashton Plaintiffs*
Phone: (212) 736-0979
Fax: (212) 268-5297
schwartz@broderreiter.com
reiter@broderreiter.com

David Jaroslawicz, Esq.
Jaroslawicz and Jaros
150 William Street
New York, New York 10038
Counsel for *Ashton Plaintiffs*
Phone: (212) 227-2780
Fax: (212) 227-5090

Thomas E. Mellon, Jr., Esq.
John A. Corr, Esq.
Stephen A. Corr, Esq.
Mellon, Webster & Shelly
87 North Broad Street
Doylestown, PA 18901
Counsel for *Havlish Plaintiffs*
Phone: (215) 348-7700
Fax: (215) 348-0171

Don Howarth, Esq.
Robert D. Brain, Esq.
Suzelle M. Smith, Esq.
Howarth & Smith, Esq.
800 Wilshire Boulevard, Suite 750
Los Angeles, C 90017
Counsel for *Havlish Plaintiffs*
Phone: (213) 955-9400
Fax: (213) 622-0791
rbrain@howarth-smith.com
ltompkins@howarth-smith.com
jsickler@howarth-smith.com

Edward H. Rubenstone, Esq.
Marcel L. Groen, Esq.
Groen, Lamm, Goldberg & Rubenstone, LLC
Four Greenwood Square, Suite #200

Bensalem, PA 19020
Counsel for *Havlish Plaintiffs*
Phone: (215) 638-9330
Fax: (215) 638-2867

J.D. Lee, Esq.
David C. Lee, Esq.
Lee, Lee & Lee
422 South Gay Street
Knoxville, TN 37902
Counsel for *Havlish Plaintiffs*
Phone: (865) 544-0101
Fax: (865) 544-0536

William N. Riley, Esq.
R. Douglas Hailey, Esq.
Mark K. Dudley, Esq.
Amy Ficklin DeBrota, Esq.
Mary Beth Ramey, Esq.
Young, Riley, Dudley & DeBrota, LLP
3815 River Cross Parkway, Suite 340
Indianapolis, IN 46240
Counsel for *Havlish Plaintiffs*
Phone: (317) 848-7939
Fax: (317) 848-7831

Donald J. Winder, Esq.
John Warren May, Esq.
Winder & Haslam, P.C.
175 West 200 South, Suite 4000
P.O. Box 2669
Salt Lake City, UT 84110-2668
Counsel for *Havlish Plaintiffs*
Fax: (801) 322-2282
dwinder@winhas.com

Richard D. Burbidge, Esq.
Stephen B. Mitchell, Esq.
Jefferson W. Gross, Esq.
Burbidge and Mitchell
139 East South Temple, Suite 2001
Salt Lake City, UT 84111
Counsel for *Havlish Plaintiffs*
Phone: (801) 355-6677
Fax: (801) 355-2341

Law Firm of Motley Rice LLC
Ronald L. Motley
Jodi Flowers
Anne McGinness Kearse
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, South Carolina 29465C
Counsel for *Burnett and Havlish Plaintiffs*
Phone: (843) 216-9000
Fax: (843) 216-9450
rlmotley@nessmotley.com

Allan Gerson, Esq.
Attorney at Law
4221 Lenore Lane
Washington, DC 20008
Counsel for *Burnett and Havlish Plaintiffs*
Fax: (202) 966-8557
gerson4221@aol.com

Harry Huge, Esq.
Attorney at Law
1001 Pennsylvania Avenue, N.W., 7th Floor
Washington, DC 20004
Counsel for *Burnett and Havlish Plaintiffs*
Phone: (202) 965-4672
Fax: (202) 624-7222

John D'Amato, Esq.
Guy Molinari, Esq.
Russo, Scarnadella & D'amato, P.C.
1010 Forest Avenue
Staten Island, NY 10310
Counsel for *Burnett and Havlish Plaintiffs*
Phone: (718) 442-0900
Fax: (718) 816-8037
jdamato@statenlaw.com

Jack Cordray, Esq.
Cordray Law Firm
40 Calhoun Street
Charleston, SC 29401
Counsel for *Burnett and Havlish Plaintiffs*
Phone: (843) 577-9761

Fax: (843) 853-6330

Paul J. Hanly, Jr.
Hanly & Conroy, LLP
415 Madison Avenue
New York, NY 10017-1111
Counsel for ***Burnett and Havlish Plaintiffs***
Phone: (212) 401-7600
Fax: (212) 401-7618

Samuel L. Davis, Esq.
Davis, Saperstein & Salomon, P.C.
375 Cedar Lane
Teaneck, NJ 07666
Counsel for ***Burnett Plaintiffs***
Fax: (201) 692-0444

Sanford Rubenstein, Esq.
Rubenstein and Rynecki
16 Court Street
Brooklyn, NY 11241
Counsel for ***Burnett Plaintiffs***
Phone: (718) 522-1020
Fax: (718) 522-3804
Rubrynlaw@aol.com

Michael N. Block, Esq.
Sullivan, Papain, Block, McGrath & Cannavo, P.C.
120 Broadway, 18th Floor
New York, NY 10271
Fax: (212) 266-4141

Vincent F. Pitta, Esq.
Milton Mollen, Esq.
Herrick Feinstein LLP
2 Park Avenue
New York, NY 10016
Counsel for ***Burnett Plaintiffs***
Fax: (212) 592-1500

Robert Conason, Esq.
Gair, Gair, Conason, Steigman & Mackauf
80 Pine Street
New York, NY 10005
Counsel for ***Burnett Plaintiffs***

Fax: (212) 425-7513

Gary O. Galiher, Esq.
Galiher, Deroberties, Nakamura, Ono & Takitani
610 Ward Avenue, Suite 200
Honolulu, Hawaii 96814
Fax: (808) 591-2608

Anthony M. Sellitto, Jr., Esq.
Oliver & Sellitto
205 Bond Street
Asbury Park, NJ 07712
Fax: (732) 775-7404

Kenneth Sacks, Esq.
Sacks and Sacks, LLP
150 Broadway, 4th Floor
New York, NY 10038
Fax: (212) 688-8315

Clare Sproule, Esq.
Epstein Becker & Green P.C.
250 Park Avenue
New York, NY 10177-1211
Fax: (212) 661-0989

George P. Blakely, Esq.
Notre Dame Law School
One Notre Dame Circle
Notre Dame, IN 46556
Fax: (574) 631-4197

Edward D. Robertson, Esq.
Mary D. Winter, Esq.
Robertson, Frickelton, Robertson & Obetz
200 Madison Street, Suite 100
Jefferson City, MO 65101
Counsel for ***Burnett Plaintiffs***
Phone: (573) 659-4454
Fax: (573) 659-4460

J. David O'Brien, Esq.
Attorney at Law
20 Vesey Street, Suite 700
New York, NY 10007

Counsel for *Tremsky Plaintiffs*
Fax: (212) 571-6166

Donald J. Nolan, Esq.
Nolan Law Group
20 North Clark Street, 30th Floor
Chicago, IL 60602
Counsel for *Salvo Plaintiffs*
Fax: (312) 630-4011
faw@nolan-law.com
plj@nolan-law.com

Larry Klayman, Esq.
Judicial Watch, Inc.
501 School Street, S.W., Suite 725
Washington, DC 20024
Counsel for *Doe Plaintiff*
Fax: (202) 646-5199

Elliott R. Feldman, Esq.
Sean P. Carter, Esq.
Michael J. Sommi, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103-3508
Counsel for *Federal Insurance, et al Plaintiffs*
(215) 665-2071
Fax: (215) 701-2071
efeldman@cozen.com
scarter@cozen.com
msommi@cozen.com

## Defendants' Counsel

Gregory S. Chernack, Esq.
Louis R. Cohen, Esq.
David P. Donovan, Esq.
Wilmer, Cutler Pickering LLP
2445 M Street, NW
Washington, DC 20037
Counsel for *Prince Mohamed Al Faisal Al Saud*
Phone: (202) 663-6000
Fax: (202) 663-6363
louis.cohen@wilmer.com

david.donovan@wilmer.com
shirley.woodward@wilmer.com

Matthew Previn, Esq.
Wilmer Cutler Pickering LLP
399 Park Avenue
New York, Ny 10022
Phone: (212)-230-8800
Fax: (212) 230-8888

Christopher M. Curran, Esq.
Nicole Erb, Esq.
Frank Panopoulos, Esq.
White & Case, LLP
601 Thirteenth Street, N.W.
Washington, DC 20005-3807
Counsel for *Al Rajhi Banking & Investment Corporation*
Phone: (202) 626-3600
Fax: (202) 639-9355
ccurran@whitecase.com

Ronald S. Liebman, Esq.
Mitchell R. Berger, Esq.
Patton Boggs LLP
2550 M Street, NW
Washington, DC 20037-1350
Counsel for *The National Commercial Bank*
Phone: (202) 457-6000
Fax: (202) 457-6315
rliebman@pattonboggs.com
mberger@pattonboggs.com

Henry Weisburg, Esq.
Brian H. Polovoy, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069
Counsel for *Saudi American Bank*
Phone: (212) 848-4000
Fax: (212) 848-7179

Nancy Luque, Esq.
Gray Cary Ware & Freidenrich LLP
1625 Massachusetts Avenue NW, Suite 300
Washington, DC 20006-2247

Counsel for *International Institute
for Islamic Thought (IIIT) Grove Corporate, Inc.;
Heritage Education Trust;* \*Marjac Investments, Inc.;
Reston Investments, Inc.; SA FA Trust; York Foundation*
Phone: (202) 238-7764
Fax: (202) 238-7701
nluque@graycary.com

Wilmer Parker, Esq.
Gillen Parker & Withers LLC
3490 Piedmont Road, N.E.
Suite 1050
Atlanta, GA 30305-1743
Counsel for *Mar-Jac Poultry, Inc.*
Phone: (404) 842-9700
Fax: (404) 842-9750
bparker@gcpwlaw.com

Martin F. McMahon, Esq.
Martin F. McMahon & Associates
1150 Connecticut Avenue, N.W.
Suite 900
Washington, D.C. 20036
Counsel for *Rabita Trust, Wa'el Jalaidan and
International Relief Organization, Muslim World League
Abdullah Bin Abdul Mushel AL Turki, Adna Basha,
International Islamic Relief Organization.*
Phone: (212) 862-4343
Fax: (202) 828-4130
lawmfm@aol.com

Christopher R. Cooper, Esq.
William H. Jeffress, Esq.
Sara Kropf, Esq.
Baker Botts LLP
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Counsel for *Prince Sultan Bin Abdulaziz Al-Saud*
Phone: (202) 639-7700
Fax: (202) 639-7890

Michael Hadeed, Esq.
Becker, Hadeed, Kellogg & Berry, P.C.
5501 Backlick Road

Springfield, VA 22151
Counsel for *Muslim World League Offices -
NY and Al Haramain Islamic Foundation, Inc.*
Phone: (703) 256-1300
Fax: (703) 256-5431

Lynne A. Bernabei, Esq.
Alan R. Kabat, Esq.
Bernabei & Katz, PLLC
1773 T Street, NW
Washington, DC 20009
Counsel for *Dr. Soliman J. Khudeira
and Al Haramain Islamic Foundation, Inc.*
Phone: (202) 745-1942
Fax: (202) 745-2627
Lbernabei@aol.com
Kabat@bernabeiandkatz.com

Michael J. Guzman, Esq.
March C. Hansen, Esq.
Michael K. Kellogg, Esq.
Kellogg, Huber, Hansen, Todd & Evans PLLC
Sumner Square
1615 M Street, N.W., Suite 400
Washington, DC 20036-3209
Counsel for *Prince Turki Al-Faisal
Bin Abdulaziz Al-Saud*
Phone: (202) 326-7900
Fax: (202) 326-7999

Maher H. Hanania, Esq.
Kamal Nawash, Esq.
Hanania, Khader & Nawash
6066 Leesburg Pike, Suite 101
Falls Church, VA 22041
Counsel for *Abdul Rahman Alamoundi*
Phone: (703) 778-2400
Fax: (703) 778-2407

Joseph Duffy, Esq.
Stetler Duffy
140 S. Dearborn Street
Chicago, IL 60603
Counsel for *Enaam Arnout and Benevolence
International Foundation ("BIF")*

Fax: (312) 338-0070

Stephen J. Brogan, Esq.
Jonathan C. Rose, Esq.
Timothy J. Finn, Esq.
James E. Gauch, Esq.
Michael B. Gurdak, Esq.
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001
Counsel for *SBG*
(202) 879-3939
Fax: (202) 626-1700

John D. Skahow, Esq.
King & Spalding LLP
1730 Pennsylvania Avenue N.W.
Washington, DC 20006-4706
Counsel for *Arab Bank PLC*
Phone: (202) 737-0500
Fax: (202) 626-3737

Roger F. Warin, Esq.
Christopher T. Lutz, Esq.
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036
Counsel for *Mohammad Abdullah Aljomaih*
Phone: (202) 429-3000
Fax: (202) 429-3902
clutz@steptoe.com

Matthew H. Kirkland, Esq.
Fulbright & Jaworski
801 Pennsylvania Avenue, NW
Washington, DC 20004
Counsel for *Nimir Petroleum, LLC*
Fax: (202) 662-4643

Peter J. Kahn, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

(202) 434-5000
(202) 434-5245
pkahn@wc.com

*[signature]*
Andrew J. Maloney III

#124025-1