MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x
IN RE: TERRORIST ATTACKS           :
OF SEPTEMBER 11, 2001              :            03 MDL 1570 (RCC)
_____x

This document relates to:

*Fiona Havlish, et al. v. Bin-Laden et al*
03 CV 9848 (RCC)  and

*Thomas E. Burnett, Sr. et al. v. Al Baraka*              **MEMO ENDORSED**
*Investment and Development Corp. et al.*
03 CV 9849 (RCC)

## MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE

Comes the undersigned and moves the Court for an order permitting J.D. Lee (Tennessee Bar No. 2030) and David C. Lee (Tennessee Bar No. 015217) of the Law Offices of J.D. Lee, 422 S. Gay Street, Suite 301, Knoxville, Tennessee 37902, to be admitted pro hac vice in this action on behalf of the plaintiffs in the consolidated cases of Fiona Havlish, et al. v. Bin-Laden et al., Case No. 03-cv-9849 (RCC) and *Thomas E. Burnett, Sr. et al. v. Al Baraka Investment and Development Corp. et al.*, Case No. 03-cv-9849 (RCC). In support of this Motion, the certificates of good standing of J.D. Lee and David C. Lee in the United States District Court for the Eastern District of Tennessee are attached hereto.

Respectfully submitted,

*Motion granted.*

*Richard Conway Casey 3/12/04*

U.S. DISTRICT COURT
FILED
MAR 1 2 2004
S. D. OF N.Y.

_____
J.D. Lee, BPR# 2030 (Tennessee)
Law Offices of J.D. Lee
422 S. Gay Street, Suite 301
Knoxville, TN 37902
Telephone: (865) 544-0101
Facsimile:  (865) 544-0536

MICROFILM   MAR 1 2 2004   -12:00 PM