# Exhibit 28



March 20, 2019

THE LAW FIRM OF OMAR T. MOHAMMEDI, LLC
OMAR T. MOHAMMEDI, ESQ.
233 BROADWAY SUITE 820
NEW YORK, NY 10279

Regarding reference number: D032019000491
Case name: KENNETH NORGAN
Case number: MDL 03-1570
Customer name:

Bank of America, N.A. ("the Bank") received the above referenced subpoena. Please see our response below.

## What you need to know

☐ The Bank is unable to locate any accounts or records requested with the information provided.

☐ The Bank is unable to locate any records requested for the timeframe specified.

☑ The Bank is unable to locate any information or records on any account(s) for the date requested as the date exceeds the Bank's retention period.

☐ The Bank is unable to comply with the subpoena/legal request requesting documents from a separate legal entity. It will be necessary for you to serve a proper subpoena/legal request on that entity.

☐ Other. The Bank does not possess and/or cannot produce any of the requested records for the following reasons:

## What you need to do

If you need to forward any additional correspondence to us regarding this case, please mail it to the following address:

Bank of America
DE5-024-02-08
P.O. Box 15047
Wilmington, DE 19850