UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: TERRORIST ATTACKS OF SEPTEMBER 11, 2001 ) ) ) ) ) ) ) ) ) ) This Document Relates to: 02-CV-6977 (RCC) ) 02-CV-1616 (RCC) ) ) | 03-MDL-1570 (RCC) **NOTICE OF MOTION FOR ADMISSION** *PRO HAC VICE* **MEMO ENDORSED** |

Pursuant to Rule 1.3(c) of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, Defendant Saudi Binladin Group, Inc. ("SBG") hereby moves for an Order allowing the admission of Stephen J. Brogan, Timothy J. Finn, Jonathan C. Rose, James E. Gauch, Michael P. Gurdak, Michael R. Shumaker, Melissa D. Stear, and Jennifer A. Shumaker as attorneys *pro hac vice* to argue or try this case in whole or in part as counsel. This motion is based upon the attached affidavits of E. Michael Bradley and the Certificates of Good Standing attached thereto. In addition, a Proposed Order is also attached hereto.

Dated: March 12, 2004

Respectfully Submitted,

Motion granted.

E. Michael Bradley (EMB-7822)
JONES DAY
222 East 41st Street
New York, NY 10017
Tel:   (212) 326-3939
Fax:   (202) 755-7306

*Counsel for SBG*