# Exhibit 29

LAW FIRM OF
**OMAR T. MOHAMMEDI, LLC**

233 BROADWAY, SUITE 820
WOOLWORTH BUILDING
NEW YORK, NY 10279
PHONE (212) 725-3846
FACSIMILE (212) 202-7621
WWW.OTMLAW.COM

OMAR T. MOHAMMEDI, ESQ.
PHONE: (212) 725-3846
EMAIL: OMOHAMMEDI@OTMLAW.COM

ADMITTED: NEW YORK, EIGHT CIRCUIT
SECOND CIRCUIT, ALGERIAN BAR
US COURT ON INTERNATIONAL TRADE

March 8, 2019

**VIA FEDERAL EXPRESS**
General Counsel
CCB Operations
JP Morgan Chase
14800 Frye Road
Fort Worth Texas, 76155-2732

<u>**Re: In re Terrorist Attacks of September 11, 2001 (S.D.N.Y)
Request for Bank Records from 1992-2002**</u>

Dear General Counsel:

We represent the World Assembly of Muslim Youth International (USA) in the above-captioned matter. WAMY (USA) is a defendant in this litigation. Pursuant to the Court's January 15, 2019 Order (Docket No. 4350) and the plaintiff's January 25, 2019 letter, attached herein, WAMY USA as one of the branches identified, needs to produce all bank records through it accounts held in various banks between 1992 and 2002. We write to obtain these bank statements from Bank One of the account Nos. 4154/1200/9700; 4246-3112-9703-3992; 4246 3112 9703 3984; 4246 3112 9703 4008; 4246 3112 9770 1770; 4246 3112 9770 2653 for the period between 1992 and 2002 and/or of the active accounts during this period.

The deadline of this production is April 1, 2019. Therefore, we would like to obtain the aforementioned bank records by March 23, 2019 to review, serve it as per the Court Order, and file an affidavit describing same. We will be willing to pay for any costs associated with the location and production of these documents.

We appreciate your assistance in obtaining these records to comply with the Court Order in this case.

Sincerely,

Omar Mohammedi, Esq.