UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL No. 1570 (RCC) • *File w/* |
| | **MEMO ENDORSED** |
| ASHTON, et al., Plaintiffs, v. AL QAEDA ISLAMIC ARMY, et al., Defendants. | 02 CV 6977 (RCC) |
| BURNETT, et al., Plaintiffs, v. AL BARAKA INVESTMENT AND DEVELOPMENT CORP., et al., Defendants. | 03 CV 9849 (RCC) **MEMO ENDORSED** |
| FEDERAL INSURANCE CO., et al., Plaintiffs, v. AL-QAIDA, et al., Defendants. | 03 CV 6978 (RCC) **NOTICE OF MOTION** |

**MEMO ENDORSED**

PLEASE TAKE NOTICE that pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, and on the basis of the affidavits attached hereto, and the Good Standing Certificates annexed thereto, the undersigned will move the Court, before the Honorable Richard C. Casey,

MICROFILM -12:00 PM
MAR 16 2004

U.S.D.J., at the United States District Court, Southern District of New York, 500 Pearl Street, New York, NY 10007, at a date and time to be determined by the Court for an order admitting Nancy Luque, Steven A. Maddox, Michael D. McNeely and Donna M. Sheinbach, *pro hac vice*, as counsel for defendants:

(a) African Muslim Agency, Grove Corporate, Inc., Heritage Education Trust, International Institute of Islamic Thought, Mar-Jac Investments, Inc., Reston Investments, Inc., Safa Trust, and York Foundation in Case No. 03 CV 9849 (RCC);

(b) International Institute of Islamic Thought in Case No. 02 CV 6977 (RCC); and

(c) African Muslim Agency, Grove Corporate, Inc., Heritage Education Trust, International Institute of Islamic Thought, Mar-Jac Investments, Inc., Reston Investments, Inc., Safa Trust, York Foundation, Sterling Management Group, Inc., Sterling Charitable Gift Fund, Inc., Sanabel Al-Kheer, Inc., Mena Investments, Inc., Sana-bell, Inc., Jamal Barzinji, Iqbal Unus, Muhammad Ashraf, M. Omar Ashraf, Taha Jaber Al-Alwani, and M. Yaqub Mirza in Case No. 03 CV 6978 (RCC).

Dated: New York, NY
March 12, 2004

Respectfully submitted,

GRAY CARY WARE & FREIDENRICH LLP

By: /s/ Bruce J. Barker
Bruce J. Barker (BB-3018)
1625 Massachusetts Ave, NW, Suite 300
Washington, DC 20036
(202) 238-7700 (telephone)
(202) 238-7701 (facsimile)

*Sponsor for Applicants Nancy Luque,
Steven A. Maddox, Michael D. McNeely,
and Donna M. Sheinbach*

[Stamp: U.S. DISTRICT COURT FILED MAR 16 2004 S.D. OF N.Y.]

Application granted.

Richard [Conway Casey] 3/16/04

2