# Exhibit 30

# JPMorganChase

National Subpoena Processing
Mail Code IN1-4054
7610 West Washington Street
Indianapolis, Indiana 46231

3/22/2019

Omar Mohammedi
Law Firm of Omar T Mohammedi, LLC
233 Broadway, Suite 820
Woolworth Building
New York, NY 10279

Case Name: In re: Terrorist Attacks on September 11, 2001
Case No.: 03-MDL-01570 (GBD)(SN), 1:03-md-01570-GBD-SN
JPMorgan Chase File No.: SB1019118-F1

Dear Sir/Madam:

We have received a subpoena and/or request for the matter referenced above. Based on the information you provided in the request, a good faith search was conducted for information or records related to the named subject(s). However, we were unable to locate records responsive to the subpoena and/or request.

We understand we have complied with this subpoena and/or request to the best of our ability and will not need to appear. At this time we will consider this subpoena and/or request closed unless we hear further from you.

If you have questions, please call our Customer Service Center at 1-844-751-7728. We're here to help Monday through Friday from 8:30 a.m. to 7:00 p.m. Eastern Time.

Sincerely,

Leah Lucas
Operations Manager, VP
Chase Customer Service


JPMorgan Chase, N.A. Member FDIC
SUBP22


RECEIVED 3/25/2019