MEMO ENDORSED

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001

**MEMO ENDORSED**

**NOTICE OF MOTION
FOR ADMISSION PRO
HAC VICE**

03-MDL-1570 (RCC)

PLEASE TAKE NOTICE that upon the attached Affidavit of Paul A. Ragusa and all pleadings and proceedings had herein, Defendant Prince Sultan bin Abdulaziz Al-Saud ("Prince Sultan"), by his attorneys Baker Botts LLP, will move before the Honorable Judge Richard C. Casey of the above-entitled Court at the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for an order pursuant to Local Civil Rule 1.3(c) permitting Prince Sultan's existing counsel, WILLIAM H. JEFFRESS, JR., CHRISTOPHER R. COOPER, SARA E. KROPF, and JAMIE S. KILBERG, to appear *pro hac vice* as counsel for Prince Sultan in this and related actions. Messrs. Jeffress, Cooper, and Kilberg, and Ms. Kropf are admitted to practice in the District of Columbia, and original certificates of good standing from the District of Columbia Court Appeals are attached to the Affidavit of Paul A. Ragusa. One check for $100, payable to the Clerk of the Court, is enclosed.

DATED: New York, New York
March 15, 2004

BAKER BOTTS LLP

By: _____
Paul A. Ragusa
Baker Botts LLP
30 Rockefeller Plaza
New York, New York 10112
(212) 408-2500
Attorneys for Defendant Prince
Sultan bin Abdulaziz Al-Saud

*Application granted.*

*Richard Cranshaw* 3/

DC01:381196.2