# Exhibit 31



Summons and Subpoenas Department
PO Box 1415 MAC #D1111-016
Charlotte, NC 28201
Voice: (480) 724-2000

March 26, 2019

Law Firm of Omar T Mohammedi, LLC
Omar T. Mohammedi, Esq.
233 Broadway
Woolworth Building Suite 820
New York, NY 10279

Subject: Additional information needed for your Wells Fargo account records request.

Case name: United States District Court vs WAMY
Agency reference number: 3MDL01570
Bank reference number: 21451941

Dear Omar T. Mohammedi, Esq.

We received your legal order, and were not able to locate the requested information. So that we can move forward with researching your request, please provide us with additional information as described below **within 10 days** from the date of this letter.

Please note that our research is limited to accounts at Wells Fargo Bank NA

**What you need to do**
* Send us the following information
    Unable to locate records in the name of World Assembly of Muslim Youth due to bank retention.

* Mail to :
    Summons and Subpoenas Department
    PO Box 1415 MAC #D1111-016
    Charlotte, NC 28201

If we do not receive your information within 10 days from the date of this letter, we will consider our response to your legal order complete.

IF you have questions, please call us at (480) 724-2000 Monday – Friday, 8:00 a.m. to 8:00 p.m. Eastern Time

Thank you.

Sincerely,

*Dawn Ward*
Dawn Ward
Operations Manager
Summons and Subpoenas Department


RECEIVED 4.1.19