UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

|  |  |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 ) ) ) ) ) ) ) ) ) ) | 03 MDL No. 1570 (RCC)<br><br>**NOTICE OF MOTION FOR ADMISSION PRO HAC VICE**<br><br>This document relates to:<br>Civil Action No. 1:03-cv-9848 (RCC)<br>Civil Action No. 1:03-cv-9849 (RCC) |

MEMO ENDORSED          MEMO ENDORSED

PLEASE TAKE NOTICE that pursuant to Rule 1.3(c) of the Local Rules of this Court, and on the basis of the affidavits with exhibits attached hereto, the undersigned will move this Court, before the Honorable Richard C. Casey, U.S.D.J., at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New

/ / /

/ / /

/ / /

MICROFILM -12:00 PM MAR 1 6 2004

04:P1333001.086          1

York, 10007, at a date and time to be determined by the Court, for an order admitting Don Howarth, Suzelle M. Smith, and Robert D. Brain *pro hac vice* as counsel for Plaintiffs in the above-referenced cases.

Dated:   March 12, 2004
        Los Angeles, California

Respectfully submitted,

_Don Howarth_
Don Howarth, Esq. (DH 0930)

HOWARTH & SMITH
DON HOWARTH (DH 0930)
SUZELLE M. SMITH (SMS 4865)
ROBERT D. BRAIN (RDB 3792)
800 Wilshire Blvd., Suite 750
Los Angeles, California 90017
(213) 955-9400 Phone
(213) 622-0791 Fax

Attorneys for Plaintiffs

Application granted.

*Richard Conway Casey* 3/16/04

[STAMP: U.S. DISTRICT COURT FILED MAR 16 2004 S.D. OF N.Y.]