# Exhibit 32



**Natalie C. Moritz**
Chief Counsel - Litigation
Tel:     (412) 762-8684
Fax:    (412) 762-6763
E-Mail: Natalie.Moritz@pnc.com

**VIA E-MAIL AND FEDERAL EXPRESS**

March 19, 2019

Omar T. Mohammedi, Esquire
233 Broadway, Suite 820
Woolworth Building
New York, NY 10279
Omohammedi@otmlaw.com

        Re: In re Terrorist Attacks of September 11, 2001 (S.D.N.Y.)

Dear Mr. Mohammedi:

I respond to your letter, dated March 11, 2019, to Gregory B. Jordan, General Counsel & Chief Administrative Offer of PNC, seeking bank account records for your client, World Assembly of Muslim Youth International (USA) ("WAMY USA"), from Riggs Bank for the years 1992-2002.

We have reviewed our Riggs Bank files and can confirm that, due to the passage of time, we no longer have any electronic records relating to this request. We have located approximately 200 boxes of paper and microfiche/microfilm documents that could be reviewed for this information, however we have no reason to believe that the account records for WAMY USA are contained within these boxes.

If you would like PNC to conduct a search of these boxes, to the extent the media contained within the boxes is in fact reviewable, we can do so at your cost. The estimated cost to retrieve the boxes is in the range of approximately $20,000. In addition, we are estimating that the cost to review and search the boxes will be at least $25-$75 per hour. I cannot provide an estimate of the total number of hours it will take to review and search these boxes at this time.

If you would like PNC to commence this review, please contact me to discuss the arrangements.

Sincerely,

Natalie C. Moritz
Managing Chief Counsel – Litigation



cc: Gregory B. Jordan (via email)

The PNC Financial Services Group, Inc.

The Tower At PNC Plaza 300 Fifth Avenue Pittsburgh Pennsylvania 15222-2707
www.pnc.com