MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x
IN RE: TERRORIST ATTACKS ON        :    03 MDL 1570 (RCC)
OF SEPTEMBER 11, 2001              :
---------------------------------------x

This document relates to:

Fiona Havlish et al. v. Bin-Laden et al.
03 CV 9848 (RCC) and

Thomas E. Burnett, Sr., et al. v. Al Baraka
Investment and Development Corp., et al.
03 CV 9849 (RCC)

**MEMO ENDORSED**

## NOTICE FOR ADMISSION OF COUNSEL PRO HAC VICE

Comes the undersigned and moves the Court for an Order permitting Jack D. Cordray (South Carolina Federal I.D. #308) of Cordray Law Firm, 40 Calhoun Street, Suite 420, Charleston, South Carolina 29401, to be admitted pro hac vice in this action on behalf of the plaintiffs in the consolidated cases of Fiona Havlish, et al. v. Bin-Laden, et al., Case No.: 03-CV-9848 (RCC) and Thomas E. Burnett, Sr., et al. v. Al Baraka Investment and Development Corp, et al., Case No.: 03-CV-9849 (RCC). In support of this Motion, the Certificate of Good Standing of Jack D. Cordray in the United States District for the District of South Carolina are attached hereto.

Application granted.

Richard Conway Casey 3/16/04

Respectfully submitted,

Jack D. Cordray (SC Fed. ID #308)
Cordray Law Firm
40 Calhoun Street, Suite 420
Post Office Box 22857
Charleston, South Carolina 29413

March 12, 2004

U.S. DISTRICT COURT FILED MAR 16 2004 S.D. OF N.Y.

1