UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- X

IN RE: TERRORIST ATTACKS
ON SEPTEMBER 11, 2001

**ORDER ADMITTING**
**JAMES J. MURPHY**
**PRO HAC VICE**

03 MDL 1570 (RCC)

------------------------------- X

Upon consideration of defendant Prince Naif bin Abdulaziz al Saud's Motion in this matter to admit JAMES J. MURPHY as counsel *pro hac vice*, and the papers filed in connection with that motion,

And it appearing from the record herein that Mr. Murphy is a duly admitted member in good standing of the Bar of the District of Columbia and the Bar of the State of Missouri,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that JAMES J. MURPHY is permitted to appear in this Court *pro hac vice* as counsel for Prince Naif bin Abdulaziz al Saud in this matter.

*Richard Conway Casey*
United States District Judge

Date: 3/16/04