FILE COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

03 mdl 1570 (RCC). file in

------------------------------ X

**MEMO ENDORSED**

FEDERAL INSURANCE COMPANY,
et al.

**NOTICE OF MOTION FOR
ADMISSION PRO HAC VICE**

Plaintiffs,

CIVIL ACTION NO.
1:03cv6978(RCC)

v.

Al-QAIDA, et al.

Defendants.

------------------------------ X

RECEIVED JAN 30 2004 U.S.D.C. CASHIERS N.Y.

PLEASE TAKE NOTICE that upon the attached Affidavit of James F. Gill and all pleadings and proceedings had herein, Defendant Prince Naif bin Abdulaziz al Saud ("Prince Naif"), by his attorneys Bryan Cave LLP, will move before the Honorable Judge Richard C. Casey of the above-entitled Court at the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for an order pursuant to Local Civil Rule 1.3(c) permitting Prince Naif's existing counsel, JAMES M. COLE, to appear and participate *pro hac vice* as counsel for Prince Naif in this and related actions. Mr. Cole is admitted to practice in the District of Columbia, and an original certificate of good standing for Mr. Cole from the District of Columbia Court of Appeals is attached to the Affidavit of James F. Gill.

DATED:   New York, New York
         January 29, 2004

BRYAN CAVE LLP

By: _James F. Gill_
James F. Gill (JG 4359)
Bryan Cave LLP
1290 Avenue of the Americas
New York, New York 10104

Application granted
_Richard Conway Casey_
3/16/04

U.S. DISTRICT COURT FILED MAR 16 2004 S.D. OF N.Y.