UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
BURNETT,

                -Plaintiff-                    1:03-CV-09849 (RCC),
                                                  03 MDL 1570 (RCC)

      -against-

                                              NOTICE OF MOTION FOR A MORE
                                              DEFINITE STATEMENT PURSUANT
AL BARAKA INVESTMENT &               TO RULE 12(e), FED.R.CIV.P.
DEVELOPMENT CORP., et al.,

                Defendants,

      SAMI OMAR AL-HUSSAYEN

                Defendant (D223).

---------------------------------------------------------X

     **PLEASE TAKE NOTICE,** that upon the annexed Declaration of Joshua L. Dratel, Esq., and all prior papers and proceedings herein, the defendant, SAMI OMAR AL-HUSSAYEN, will move before the Honorable Richard Conway Casey, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, for the following relief:

    (a)    an Order directing the Plaintiff to furnish the Defendant with a more definite statement, pursuant to Rule 12(e), Fed.R.Civ.P., setting forth the details specified in the accompanying Declaration;

    (b)    leave to amend and/or supplement this motion and/or file additional motions when they become appropriate; and

for any such other and further relief as to the Court seems just and proper.

Dated: New York, New York
       March 18, 2004

                                                                   _____

JOSHUA L. DRATEL
JOSHUA L. DRATEL, P.C.
14 Wall Street
28th Floor
New York, New York 10005
(212) 732-0707

*Appearing as local counsel to*

NEVIN, BENJAMIN & McKAY, LLP
David Nevin
Scott McKay
Dean Arnold
303 W. Bannock
P.O. Box 2772
Boise, Idaho 83701
(208) 343-1000

*Attorneys for Defendant*
*Sami Omar Al-Hussayen (D223)*

*Of Counsel*

      Marshall A. Mintz


TO:    CLERK OF COURT

        RONALD L. MOTLEY
        *Counsel for Plaintiffs*

        HARRY HUGE, ESQ.
        *Counsel for Plaintiffs*