UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
BURNETT,

                -Plaintiff-

      -against-

AL BARAKA INVESTMENT &                  1:03-CV-09849 (RCC),
DEVELOPMENT CORP., et al.,               03 MDL 1570 (RCC)

              Defendants,

     SAMI OMAR AL-HUSSAYEN,

              Defendant (D223).
-------------------------------------------------------X

MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT
SAMI OMAR AL-HUSSAYEN'S MOTION FOR A MORE
<u>DEFINITE STATEMENT PURSUANT TO RULE 12(e), FED.R.CIV.P.</u>

                                             JOSHUA L. DRATEL
                                             JOSHUA L. DRATEL, P.C.
                                             14 Wall Street
                                             28th floor
                                             New York, New York 10005
                                             (212) 732-0707

                                             *Appearing as local counsel to*

                                             NEVIN, BENJAMIN & McKAY, LLP
                                             David Nevin
                                             Scott McKay
                                             Dean Arnold
                                             303 W. Bannock
                                             P.O. Box 2772
                                             Boise, Idaho 83701
                                             (208) 343-1000

                                             *Attorneys for Defendant*
                                             *Sami Omar Al-Hussayen*

*Of Counsel*
Marshall A. Mintz