UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In Re TERRORIST ATTACKS on SEPTEMBER 11, 2001 | 03 MDL 1570 (RCC) |
| KATHLEEN ASHTON ET AL., Plaintiffs, v. AL QAEDA ISLAMIC ARMY ET AL., Defendants. | 02 CV 6977 (RCC) |

## RULE 7.1 STATEMENT OF DEFENDANT
## THE NATIONAL COMMERCIAL BANK

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, undersigned counsel of record for The National Commercial Bank hereby certify that the Kingdom of Saudi Arabia owns the majority of the shares of stock in The National Commercial Bank ("NCB"), and NCB has no parent corporations.

Dated: March 19, 2004
       Washington, D.C.

Respectfully submitted,

/s/ Ronald S. Liebman
Ronald S. Liebman (admitted *pro hac vice*)
Mitchell R. Berger (MB-4112)
Ugo Colella (admitted *pro hac vice*)
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037
Phone: 202-457-6000
Fax:   202-457-6315

*Attorneys for Defendant*
*The National Commercial Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2004, the foregoing Rule 7.1 Statement of Defendant The National Commercial Bank, was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Ugo Colella
Ugo Colella