UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re Terrorist Attacks on September 11, 2001        03 MDL 1570 (RCC)
                                                     ECF Case

------------------------------------------------------------x

KATHLEEN ASHTON, et al.,

        Plaintiffs,                          02 CV 6977 (RCC)
                                                     ECF Case

v.

AL QAEDA ISLAMIC ARMY, et al.,

        Defendants.
------------------------------------------------------------x

### NOTICE OF MOTION OF PRINCE MOHAMED AL-FAISAL AL-SAUD TO DISMISS THE FOURTH AMENDED CONSOLIDATED MASTER COMPLAINT

    PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 12 and upon the Memorandum in support of this Motion attached hereto, Defendant Prince Mohamed Al-Faisal Al-Saud ("Prince Mohamed") by his undersigned attorneys, will move this Court, before the Honorable Richard C. Casey, at the United States Courthouse located at 500 Pearl Street, New York, New York, on such date as the Court directs, for an order dismissing the Plaintiffs' entire case.

    Respectfully submitted,

March 19, 2004

/s/_____
Louis R. Cohen (LC 4012)
WILMER CUTLER PICKERING LLP
2445 M Street NW
Washington, D.C. 20037
Tel.: 202-663-6000
Fax: 202-663-6363

1

David P. Donovan (DD 7012)
WILMER CUTLER PICKERING LLP
1600 Tysons Boulevard
10th Floor
McLean, VA 22102
Tel.: 703-251-9700
Fax: 703-251-9797

Matthew Previn (MP 2173)
WILMER CUTLER PICKERING LLP
399 Park Avenue
New York, New York 10022
Tel.: 212-230-8800
Fax: 212-230-8888

Attorneys for Defendant Prince Mohamed Al-Faisal Al-Saud

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2004 I caused an electronic copy of PRINCE MOHAMED AL-FAISAL AL-SAUD'S NOTICE OF MOTION TO DISMISS and MEMORANDUM OF LAW in support thereof to be served by the Court's Electronic Case Filing System on all parties identified on the attached service list.

March 19, 2004

/s/_____
Louis R. Cohen

## Service List

James P. Kreindler, Esq.  (served via FedEx)
Andrew J. Maloney, III
Kreindler & Kreindler
100 Park Avenue
New York, NY  10017-5590

Michel F. Baumeister, Esq.
Baumeister & Samuels, P.C.
One Exchange Plaza
New York, NY  10006

David Jaroslawicz, Esq.
Jaroslawicz & Jaros, Esqs.
150 William Street
New York, NY  10038

Mitchell R. Berger, Esq.
Ronald S. Liebman, Esq.
Patton, Boggs, L.L.P.
2250 M Street, N.W., Suite 2800
Washington, D.C. 20037

Stephen J. Brogan, Esq.
Blaney Harper, Esq.
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113

John Joseph Walsh, Esq.
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005

Lynne Bernabei, Esq.
Bernabei & Katz, PLLC
1773 "T" Street, NW
Washington, D.C. 20009-7139

Christopher M. Curran, Esq.
White & Case, LLP
601 Thirteenth Street, NW
Washington, D.C. 20005-3807

Kenneth P. Nolan, Esq.
Speiser, Krause, Nolan & Granito
Two Grand Central Tower
140 East 45th Street, 34th Floor
New York, NY  10017

Jonathan C. Reiter, Esq.
Law Firm of Broder & Reiter
350 Fifth Avenue, Suite 2811
New York, NY  10118

Michael Barasch, Esq.
Barasch McGarry Salzman Penson & Lim
11 Park Place
New York, NY  10007

Henry S. Weisburg, Esq.
Brian H. Polovoy, Esq.
Shearman & Sterling
599 Lexington Avenue
New York, NY 10022-6069

Geoffrey S. Stewart, Esq.
Michael Bradley, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

Elliott R. Feldman
Sean P. Carter
Michael J. Sommi
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

Christopher R. Cooper, Esq.
Baker & Botts
1299 Pennsylvania Avenue, NW
Washington, D.C. 20004-2400

Michael Hadeed, Jr., Esq.
Becker, Hadeed, Kellogg & Berry, P.C.
5501 Backlick Road
Suite 220
Springfield, VA 22151

Maher Hanania, Esq.
Hanania, Kheder & Nawash
6066 Leesburg Pike
#101
Falls Church, VA 22041

Matthew H. Kirkland, Esq.
Fulbright & Jaworski
801 Pennsylvania Avenue, NW
Washington, D.C. 20004

Nancy Luque, Esq.
Luque Sheinbach, LLP
818 Connecticut Avenue, NW
Suite 857
Washington, D.C. 20006

Martin F. McMahon, Esq.
Law Offices of Martin F. McMahon
1150 Connecticut Avenue, NW
Suite 900
Washington, D.C. 20036

Ronald L. Motley, Esq.
Motley Rice, LLC
28 Bridgeside Blvd
Mt. Pleasant, SC 29464

Wilmer Parker, Esq.
Gillen Parker & Withers, LLC
One Securities Centre, Suite 1050
3490 Piedmont Road, NE
Atlanta, GA 30305

Roger E. Warin, Esq.
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington, D.C. 20036

Mark C. Hansen, Esq.
Kellogg, Huber, Hansen, Todd & Evans, PLLC
Sumner Square
1615 M Street NW
Suite 400
Washington, D.C. 20036

Ronald S. Liebman, Esq.
Patton, Boggs, LLP
2250 M Street, NW
Suite 2800
Washington, D.C. 20037

Richard T. Marooney, Esq.
King & Spalding, LLP
1185 Avenue of the Americas
New York, NY 10036-4003

Thomas E. Mellon, Jr., Esq.
Mellon, Webster & Shelly
87 N. Broad Street
Doylestown, PA 18901

J. David O'Brien, Esq.
J.D. O'Brien Law Office
20 Vesey Street
Suite 700
New York NY 10007

Robert C. Simmons, Esq.
Gordon & Simmons, LLP
131 West Patrick Street
Frederick, MD 21705-0430

Islamic Ministry of Economic Affairs & Finance,
Iranian Interest Sec.
c/o The Embassy of Pakistan
2204 Wisconsin Ave., NW
Washington, D.C. 20007

Larry Klayman, Esq.
Judicial Watch, Inc.
501 School Street, S.W.
Suite 725
Washington, D.C. 20024

Donald J. Nolan, Esq.
Nolan Law Group
20 North Clark Street
30th Floor
Chicago, IL 60602