# EXHIBIT C

158

1  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
2  ------------------------------------------------x

3  UNITED STATES OF AMERICA

4       v.                    S(7) 98 Cr. 1023

5  USAMA BIN LADEN, et al.,

6            Defendants.

7  ------------------------------------------------x

8
                         New York, N.Y.
9                        February 6, 2001
                         10:00 a.m.
10

11

12  Before:

13            HON. LEONARD B. SAND,

14                      District Judge

15

16

17

18

19

20

21

22

23

1  Q. That was under Usama Bin Laden's true name?

2  A. Yes.

3  Q. Were there accounts in other names?

4  A. Yes. Afad Makkee got account also.

5  Q. Afad Makkee, the account that he had under his name, do

6  you know what name that is?

7  A. I remember Madani Sidi al Tayyib.

8  Q. Do you know of any other persons who had al Qaeda money in

9  their accounts?

10  A. Abu Rida al Suri.

11  Q. Do you know his true name?

12  A. Nidal.

13  Q. Anyone else that you knew had al Qaeda money in bank

14  accounts in their name?

15  A. Abu Hajer al Iraqi.

16  Q. Do you know his true name?

17  A. Mamdouh Salim.

18  Q. Did you have any accounts in your name?

19  A. Shared with Abu Fadhl.

20  Q. So you had accounts in your name that were shared with Abu

21  Fadhl?

22  A. Yes.

23  Q. Do you recall anyone else that had bank accounts in their

24  name for al Qaeda?

25  A.  Abdouh al Mukhlafi.

334

1  Q. Who was this person named Abdouh al Mukhlafi?

2  A. He is from Yemen.

3  Q. What role did he play for Bin Laden?

4  A. He goes with Bin Laden when Bin Laden travel outside or

5  inside Sudan.

6  Q. What role did he play for Bin Laden when Bin Laden

7  traveled?

8  A. He is like bodyguard for him, and also if Bin Laden, he

9  needs bank something, he use account for that.

10  Q. Did he handle money during the travel?

11  A. Yes.

12  Q. Where were the accounts held?  In what countries?

13  A. In Sudan and is in Bank Tadamon Islami.

14  Q. Where else?

15  A. Also we got account in Bank Faisl Islami.

16  Q. Is that also in Khartoum?

17  A. Yes. And we got account in Bank of Almusia.

18      MR. FITZGERALD: If the interpreter could translate

19  the last name.

20      THE INTERPRETER: Means the Bank of the Farmer.

21  Q. Is that also in the Sudan?

22  A. Yes.

23  Q. Were there any accounts that you were aware of from your

24  work which were outside the Sudan?

25  A.  For me, no.

335

1  Q. Do you know of anyone else from your work, do you know if
2  anyone else had accounts for al Qaeda outside of Sudan?
3  A. I remember Abu Fadhl al Makkee Madani al Tayyab, he got
4  account in London.
5  Q. You said Abu Fadhl al Makkee Madani al Tayyab. Is that
6  one person or two?
7  A. One person.
8  Q. You said he had an account where?
9  A. In Barclay's Bank in London.
10 Q. Any other place you are aware of from your work where al
11 Qaeda had money in accounts?
12 A. I don't know the name of the bank, but I know they got
13 account in Malaysia and in Hong Kong.
14 Q. In Malaysia and Hong Kong?
15 A. Yes.
16 Q. Any other places you are aware of?
17 A. I remember Khalifa al Omani, he got account in Dubai. He
18 shared with Ahmed Ali Lootah.
19 Q. Did there come a time when you were with al Qaeda in the
20 Sudan when you became involved in the movement of weapons and
21 explosives?
22 A. Yes.
23 Q. Can you tell the jury first when that was?