UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | No. 03-MD-1570 (RCC) |
| KATHLEEN ASHTON, et al., | No. 02-CV-6977 (RCC) |
| PLAINTIFFS, | |
| v. | |
| AL QAEDA ISLAMIC ARMY, et al., | |
| DEFENDANTS. | |

**DEFENDANT SAUDI BINLADIN GROUP'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Saudi Binladin Group ("SBG") hereby certify that SBG has no parent corporations and that no publicly held corporation has a 10% or greater ownership interest in SBG.

Dated: March 19, 2004

        Respectfully submitted,

        /s/ E. Michael Bradley
_____

E. Michael Bradley (EB-7822)
Geoffrey S. Stewart (GS-5413)
JONES DAY
222 East 41st Street
New York, New York  10017-6702
Tel:  (212) 326-3939
Fax:  (202) 755-7306

Stephen J. Brogan[1]
Timothy J. Finn
Jonathan C. Rose
James E. Gauch
Melissa D. Stear
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001
Tel:  (202) 879-3939
Fax:  (202) 626-1700

*Attorneys for Defendant SBG*

---

[1] All counsel from Jones Day's Washington office have been admitted Pro Hac Vice.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of March, 2004, I caused a true and correct copy of Defendant Saudi Binladin Group's Corporate Disclosure Statement to be served: (1) by the Court's Electronic Case Filing System upon all parties scheduled for electronic notice; and (2) by Federal Express upon all parties designated for hard-copy service by the Court's Electronic Filing System.

Dated: March 19, 2004

/s/ E. Michael Bradley
_____
E. Michael Bradley (EB-7822)

WAI-2103847v1