**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | No. 03-MD-1570 (RCC) |
| KATHLEEN ASHTON, *et al.*, | |
| *Plaintiffs*, | No. 02-CV-6977 (RCC) |
| v. | |
| AL QAEDA ISLAMIC ARMY, *et al.*, | |
| *Defendants*. | |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT SAUDI BINLADIN GROUP'S MOTION TO DISMISS THE COMPLAINT OR IN THE <u>ALTERNATIVE FOR MORE DEFINITE STATEMENT</u>**

# EXHIBIT 2

# ARTICLES OF DISSOLUTION
## OF
## SBG (USA), INC.
### (a Maryland corporation)

SBG (USA), Inc., a Maryland Corporation (hereinafter called the "Corporation"), hereby certifies to the Department of Assessments and Taxation of Maryland:

FIRST: The name of the corporation is SBG (USA), Inc.

SECOND: The address of the principal office of the corporation is 1700 Rockville Pike, Suite 400, Rockville, Maryland 20852

THIRD: The name and address of the resident agent of the corporation who shall serve for one year after dissolution and until the affairs of the corporation are wound up are: Philip J. Griffin, 14530 Woodcrest Drive, Rockville, Maryland 20853.

FOURTH: The name and address of each of the directors is as follows:

| | |
|---|---|
| Kourken M. Sarkissian | Byron-Hill Corporation<br>4211 Yonge Street, Suite 230<br>North York, Ontario<br>Canada, M2P2A9 |
| Robert L. McBride | 909 Cat Hollow Club Drive<br>Spicewood, Texas 78669 |

FIFTH: The name, title, and address of each officer of the corporation is as follows:

| | |
|---|---|
| Kourken M. Sarkissian<br>President | Byron-Hill Corporation<br>4211 Yonge Street, Suite 230<br>North York, Ontario<br>Canada, M2P2A9 |
| Philip J. Griffin<br>Vice President | SBG-USA, Inc.<br>1700 Rockville Pike, Suite 400<br>Rockville, Maryland 20852 |
| Robert L. McBride<br>Secretary/Treasurer | 909 Cat Hollow Club Drive<br>Spicewood, Texas 78669 |

SIXTH: The dissolution of the corporation was approved in the manner and by the

E:\LAWFILES\SBG\SBGARTICLESDISSOLUTION.DOC

vote required by law and by the charter of the corporation. The dissolution of the corporation was duly authorized by the board of directors and stockholders of the corporation.

SEVENTH: The corporation has no known creditors.

EIGHTH: The corporation is dissolved.

The undersigned Vice President and Secretary certify under the penalties of perjury that to the best of my knowledge, information and belief, the matters and facts set forth in these Articles of Dissolution with respect to the approval thereof are true in all material respects

ATTEST:

*[signature]* Date: December 31, 1999
Robert L. McBride, Secretary/Treasurer

*[signature]* Date: December 31, 1999
Philip J. Griffin, Vice President

I hereby consent to my designation in this document as resident agent for this corporation.

SIGNED: *[signature]*
Philip J. Griffin, Resident Agent

E:\LAWFILES\SBG\SBGARTICLESDISSOLUTION.DOC

**SBG (USA), INC.**
(a Maryland corporation)

**AFFIDAVIT**

STATE OF MARYLAND,                ) 
                                                    ) to wit:
COUNTY OF MONTGOMERY    )

This day Philip J. Griffin personally appeared before me Stephanie Salatus, a Notary Public for the State of Maryland as aforesaid, made oath as follows:

1. That he is the Vice President of SBG (USA), Inc. and has personal knowledge of the facts hereinafter set forth.

2. That to the best of his knowledge and belief, SBG (USA), INC. owned no personal property on January 1, 2000.

_____
Philip J. Griffin

Subscribed and sworn before me this 15th day of February, 2000

_____
Notary Public

My commission expires: 01/04/03

1

DOCUMENT CODE __19__    BUSINESS CODE _____

# D3678299 ____ P.A. ____ Religious ____ Close ____ Stock ____ Nonstock

Merging
(Transferor) _____

Surviving
(Transferee) _____

_____

_____

_____

_____

_____

_____

**FEES REMITTED**

Base Fee: 50
Org. & Cap. Fee: ____
Expedite Fee: ____
Penalty: ____
State Recordation Tax: ____
State Transfer Tax: ____
Certified Copies: ____
Copy Fee: ____
Certificates: ____
Certificate Fee: ____
Other: ____

TOTAL FEES: 50

____ Credit Card
____ Check
____ Cash

____ Documents on ____ Checks

APPROVED BY: [signature]

NOTE:

COMMENT:

(New Name) _____

____ Change of Name
✓ Change of Principal Office
✓ Change of Resident Agent
✓ Change of Resident Agent Address
____ Resignation of Resident Agent
____ Designation of Resident Agent and Resident Agent's Address
____ Change of Business Code

____ Adoption of Assumed Name

____ Other Change(s) _____

CODE _____
ATTENTION: _____

MAIL TO ADDRESS: Law Offices of
Arthur F. Lafionatis
Suite 305
4300 Montgomery Avenue
Bethesda, Md. 20814

STATE OF MARYLAND
DEPT OF ASSESSMENTS AND TAXATION
CUST ID:0002715964
WORK ORDER:0002711125
DATE:02-03-2004
AMT. PAID:$100.00   03:10 PM