## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2004, the foregoing Reply Memorandum of The National Commercial Bank in Support of its Motion to Dismiss and Exhibits in support thereof, was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further certify that on March 19, 2004, the foregoing Reply Memorandum of The National Commercial Bank in Support of its Motion to Dismiss and Exhibits in support thereof, was served by first class mail on:

| | |
|---|---|
| Edward D. Robertson<br>Mary Doerhoff Winter<br>Bartimus, Frickleton, Robertson & Obetz<br>200 Madison Street, Suite 1000<br>Jefferson City, Missouri 65101 | Victor E. Cretella<br>Gordon & Simmons<br>131 West Patrick Street<br>Frederick, Maryland 21701 |
| George R. Blakey<br>Notre Dame Law School<br>Notre Dame, Indiana 46556 | |

/s/ Ugo Colella
Ugo Colella