# Exhibit 5

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

THOMAS BURNETT, SR., et al.,     )
           )
       Plaintiffs,       )
           )
      v.         )     Case No. 02-CV-01616 (JR)
           )
AL BARAKA INVESTMENT AND     )
DEVELOPMENT CORPORATION, et al.,   )
           )
       Defendants.     )
_____)

## DECLARATION OF JORGE JUCO

1.     My name is Jorge Juco and I am employed by The National Commercial Bank ("NCB") in Jeddah, Kingdom of Saudi Arabia ("Saudi Arabia") as a legal advisor. I submit this Declaration in support of NCB's Motion to Dismiss the Third Amended Complaint. I am advised by NCB's United States legal counsel that this Declaration is not intended to waive, in any way, NCB's claims of immunity from suit or its jurisdictional defenses, and is not intended to be a general appearance by NCB in this lawsuit. I understand and believe the following matters to be true, through the date of this Declaration, based both on my personal knowledge and on inquiries made of other NCB personnel who have knowledge about specific matters addressed in this Declaration. I have been assisted by NCB's United States legal counsel in the phrasing of this Declaration.

2.     The purpose of this Declaration is to explain that NCB is not "doing business" in or from the United States of America in light of the factors that I understand U.S. courts apply in determining jurisdiction over a foreign defendant.

3.     NCB is a joint stock corporation established under the laws of Saudi Arabia. Its headquarters and principal place of business are in Jeddah, Saudi Arabia.

4.     NCB is not registered or licensed to do business in the United States.

5.     NCB does not currently have a branch office, subsidiary, or agency in the United States.  NCB closed its branch in New York City in 1992 and has not had a branch in the United States since that time.  NCB dissolved its indirect (second-tier) United States subsidiary, SNCB Securities Inc. (Delaware) in February 2001, with its certificate of dissolution having been filed with the Delaware Secretary of State on February 23, 2001, and acknowledged by the Delaware Secretary of State on February 28, 2001.  (A certified copy of the Certificate of Dissolution of SNCB Securities Inc. (Delaware) is attached to this Declaration as Exhibit A.)  NCB has not had a direct or indirect subsidiary in the United States since that time.

6.     NCB manages its business from its headquarters in Jeddah, Saudi Arabia.  Its officers and directors reside in Saudi Arabia.  NCB has no employees or telephone number in the United States.

7.     Although NCB is organized as a joint stock company, shares of NCB are not sold in the United States and NCB does not otherwise raise capital in the United States.

8.     NCB does not own real property in the United States.

9.     As a commercial bank chartered under Saudi Arabia law and headquartered in Saudi Arabia, NCB is regulated by the Saudi Arabian Monetary Agency ("SAMA"), the central bank of the Kingdom of Saudi Arabia.  NCB is not regulated by any agency of the United States government.

10.    Under SAMA regulations, only the following may be NCB account-holders:  citizens of Saudi Arabia; non-citizens who lawfully reside in Saudi Arabia; Saudi Arabia government entities; or, business and charitable entities with lawful status in Saudi Arabia.  (A copy of the relevant SAMA regulations, as in effect when the Complaint was filed, is attached to this Declaration as Exhibit B.)

11.    NCB does not advertise or otherwise solicit business in the United States.  NCB has several web-sites that I understand are accessible from the United States.  Only NCB account-

holders may access and utilize the inter-active services offered through those websites. Those who are not NCB account-holders can access only the informational portions of the NCB websites.

12.    In connection with its U.S. dollar-denominated transactions, NCB maintains correspondent, clearing and settlement accounts with U.S. commercial banks to facilitate international financial transactions or money transfers for itself and its customers.

13.    NCB does not have a general agent for service of legal process in the United States. As required by 31 U.S.C. §5318(k), in connection with its U.S. correspondent bank accounts, NCB has an agent for service of process of U.S. government information requests of the type specified in the statute.

14.    NCB does not act as a broker or dealer in securities sold in the United States, and is not licensed as a U.S. securities broker-dealer. NCB offers its customers the opportunity to open their own accounts directly with licensed U.S. securities broker-dealers, through which those customers can trade in securities offered or sold in the United States. NCB also offers non-U.S. persons the opportunity to purchase interests in NCB proprietary mutual funds. Those proprietary funds are separate non-U.S. legal entities.

15.    NCB owns investment securities, including securities issued by U.S. entities and interests in funds that invest in such securities. Of its total investment portfolio of SR 46 billion ($12.27 billion) as of the end of 2002 however, less than 2% was acquired in US financial markets. Investment securities owned by NCB are held by custodians outside of the United States, including securities that were acquired in U.S. financial markets.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct, based on my knowledge, information and belief.

Executed on this 22nd day of September 2003 (A.D.) in Jeddah, Kingdom of Saudi Arabia.

Jorge Juco

**Exhibit A**



# Delaware

PAGE  1

### The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF DISSOLUTION OF "SNCB SECURITIES INC.", FILED IN THIS OFFICE ON THE TWENTY-EIGHTH DAY OF FEBRUARY, A.D. 2001, AT 9:45 O'CLOCK A.M.



*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

2308697   8100

030417119

AUTHENTICATION: 2492406

DATE: 06-24-03

STATE OF DELAWARE
SECRETARY OF STATE
DIVISION OF CORPORATIONS
FILED 09:45 AM 02/28/2001
    010100793 - 2308697

FEB 28 2001 09:17 FR S&S 16FL #3          TO 00334H0644100072 P.02/02

# CERTIFICATE OF DISSOLUTION
## OF
## SNCB SECURITIES INC.

SNCB Securities Inc., a corporation organized and existing under and by virtue of the General Corporation Law of the State of Delaware,

DOES HEREBY CERTIFY:

FIRST: That dissolution was authorized on October 23, 2000.

SECOND: That dissolution has been authorized by the Board of Directors and stockholders of the corporation in accordance with the provisions of subsections (a) and (b) of section 275 of the General Corporation Law of the State of Delaware.

THIRD: That the names and addresses of the directors and officers of SNCB Securities Inc. are as follows:

### DIRECTORS

| NAMES | ADDRESSES |
|---|---|
| Thomas M. Krohley | 129 Oldfield Road<br>Fairfield, CT 06430 |
| Fredrick O. Crawford | Wellington House, 4th Floor<br>125 Strand<br>London WC2R OAP<br>England |
| Mansour Kaki | NCB Investment Services<br>A1 Nakeel Center<br>P.O. Box 15844<br>Jeddah 21454 Saudi Arabia |

### OFFICERS

| NAMES | OFFICES | ADDRESSES |
|---|---|---|
| Thomas M. Krohley | President, Treasurer | 129 Oldfield Road<br>Fairfield, CT 06430 |
| Virginia I. Pensa | Secretary | 45 Tuder City Place, Apt. 619<br>New York, NY 10017 |

Executed on the 23rd day of February, 2001.

By _____
Thomas M. Krohley
President

NYDOCS01/758989.1

Exhibit **B**

إدارة التفتيش البنكي

---

**THIRD: PROCEDURAL RULES**

ثالثاً  :  القــواعد الإجــرائــيــة

**00**

**INSTRUCTIONS      FOR      ` OPENING BANK ACCOUNTS'**

١٠٠

<u>التعليمات العامة بشأن "فتح حسابات مصرفية":</u>

1. The bank must compare the originals and copies of all required documents in order to ensure their conformity and authenticity. All copies of documents must be stamped by the bank to confirm their authenticity.

١ – على البنك أن يقارن أصل وصور جميع المستندات المطلوبة للتأكد من مطابقتها وصحتها، وأن يضـــع ختمه على جميع صور المستندات لتأكيد صحتها.

2. Documentation requirements to open a bank account are as follows:

٢ – المستندات المطلوبة لفتح حساب مصرفي هي:

- Account   Opening   Form   which includes   customer's personal data, validity  date of social ID card and residence permit numbers, address, occupation, and information about the account, terms and conditions of the agreement between the two parties i.e. the bank and accountholder (according to the type of the customer, natural/Juristic)  and other accounts, if available.

- استمارة فتح الحساب المشتملة على المعلومـات الشخصية عن العميل وسريان مفعـول بطاقـة الأحوال أو الإقامة وعنوانه ومهنته ومعلومــات حول الحساب وشروط وأحكام الاتفاقيـــة بيـن الطرفين، أي بين البنـك وصـاحب الحســاب (حسب نوع العميل، شخص طبيعـي أو اعتباري) والحسابات الأخرى في حال وجودها.

- Signature   specimen   card   for   the signature  which the customer will use for his transactions with the bank.

- بطاقة تحمل نموذج التوقيـع الـذي سيسـتعمله العميل في عملياته مع البنك .

- Thumb imprint for the illiterate and a personal stamp.

- بصمة إبهام للأمي وخاتم شخصي.

- An application form for Checkbooks, if applicable.

- طلب دفتر شيكات في حال طلب العميل ذلك.

- An application form for ATM Card, if applicable.

- طلب بطاقة صراف آلي في حال طلب العميـل ذلك.

- A declaration from the customer that he  is not legally prohibited to be dealt with, that all information and data he has given are true and reliable, and that he has understood the terms, conditions and other provisions of the account opening agreement.

- إقرار من العميل بأنه غير ممنوع شرعياً مـــن التعامل معه وأن جميع البيانات التـــي أعطاهـا صحيحة وموثقة وأنه فهـم أحكـام وشـروط ونصوص اتفاقية فتح الحساب.

- A declaration from the customer that he shall be liable before the competent authorities for the funds he deposits, and he has obtained them from legal sources , ensuring their safety from forgery and counterfeiting. If the bank receives from the customer any false money, the customer will not be refunded or compensated.

- إقرار من العميل بأنه مسؤول أمـام السـلطات المختصة عن الأموال التي يودعها وأنها ناتجـة عن نشاطات مشروعة وعـــن سـلامتها مـن التزوير والتزييف ، وأنه إذا استلم البنـك مـن العميل أية أموال مزيفة فإنه لا يحـــق للعميـل استردادها أو التعويض عنها.

3. The bank must issue an accountholder card to the customer showing the customer's name and account number as an evidence of opening the account.

4. The bank must agree to open an account for any customer without requiring him/her to deposit any amount

5. The bank must open an account for any blind customer who requests so. The bank must provide him/her with an ATM Card and Checkbook.

6. Customer may open accounts in any available currency other than the Saudi Riyal. They may deposit and withdraw fund in the foreign currency. If such foreign currency is not available, payment can be made in Saudi Riyal. Fees and expenses involved in such transactions will be borne by the customer.

7. A person may have more than one account at the same bank.

8. No account should be opened without interviewing the customer, including mail, internet, and telephone applicants, except the cases where a representative has a legal authorization to open a bank accounts. Phone and online banking can be provided to existing customers only.

٣ – على البنك أن يصدر للعميل بطاقة تعريف بالحساب تسلم إليه ويظهر فيها اسمه ورقم حسابه بما يؤكــد فتح الحساب.

٤ – يجب على البنك قبول فتح حساب لأي عميل يطلــب ذلك بدون اشتراط إيداع أية مبالغ فيه.

٥ – يجب على البنك قبول فتح حساب لأي عميل كفيـف يطلب ذلك ومنحه بطاقة صراف آلي ودفتر شيكات.

٦ – يمكن للعملاء فتح حسابات بالعملات المتأخـذة غـير الريـال السعودي وللعميل الإيداع والسحب بالعملــة الأجنبية ، وفي حالة عدم توفر تلــك العملــة فيتــم الصرف بالريال السعودي ويتحمل العميـل الرســوم والمصاريف الاعتيادية المترتبــة علـى مثــل تلــك المعاملات.

٧ – يجوز أن يكون للشخص عدة حسابات لدى البنك .

٨ – لا يسمح بفتح حسابات لعملاء جـدد إلا بحضورهـم للبنك ومقابلتهم بما في ذلك الطلبـات عـبر الـبريد والإنترنت والهاتف والتفويض ما عدا ما كان بوكالــة شرعية منصوص فيها على فتح الحسابات البنكيــة ، ويمكن تقديم خدمة الــهاتف المصرفــي والإنـترنت للعملاء القائمين فقط.

## 2٨٨     RULES FOR INDIVIDUAL ACCOUNTS:

القواعد الخاصة بفتح حسابات الأفـراد:     ٢٠٠

### 200-1     Individual Residents of Saudi Arabia:

Saudi nationals and residents of Saudi Arabia may open accounts in Saudi Riyal and foreign currencies and take advantage of any the services offered by Saudi banks subject to the rules and regulations governing such services. The bank must obtain the originals of required identifications as described below. A copy of each will be made and attached.

الأفراد المقيمون في المملكة العربية السعودية:     ١–٢٠٠

يجوز للمواطنين السعوديين والمقيمين في المملكــة فتــح حسابات بالريال السعودي والعملات الأجنبية والاســتفادة من الخدمات التي تقدمها البنوك السعودية وفقـاً للشــروط المنظمة لتلك الخدمات . وعلى البنك أن يطلع على أصــول مستندات إثبات الهوية المذكورة أدناه وأخذ صورة لها عـن طريقه وأن يصادق عليها بمطابقتها للأصل.

### 200-1-1     Individual Saudi Nationals:

- Copy of Personal Identification Card, Family Registration book, or passport for both male and female individuals.

- A personal reference must be presented for the blind, illiterate individuals and veiled Women. The reference must be a first, second, third or fourth degree relative and a copy of

المواطنون السعوديون :     ١–١–٢٠٠

- صورة من بطاقة الأحوال الشـخصية أو دفـتر العائلة أو جواز السفر للأفراد السعوديين الذكـور والإناث.

- يجب أن يكون هنالك معرف شـخصي للأفـراد المكفوفين والأميين والنسـاء المحجبـات مـن الأقارب من الدرجة الأولى أو الثانية أو الثالثـة أو الرابعة وأن يحصل منه البنك على صورة مـن

his ID, signature and address must be obtained and verified by the bank. Veiled women should be encouraged to go to a ladies branch where there will be no need for a reference.

- For ladies working at the government sector, when the employer requests accounts to be open for such ladies employees to which salaries and other payments will be transferred, the bank must obtain from the employer a letter of introduction and an attested copy of each employee ID. The employer will be responsible for identification and signatures of its female employees.

- An illiterate person should present an imprint of his thumb and personal stamp in need of specimen signature.

- An account may be opened for the underage (below 18 years) in the presence of the father, grandfather if the father is dead, or a legal guardian. The father, grandfather, or legal guardian must present his original identification document and a copy of birth certificate for the minor, copy of family registration book, and a copy of a court's permit if the minor is under the guardianship of a relative. (Copies must be conforming to originals). The account must be in the name of the underage, while it will be operated by the sponsor or legal guardian, as the case me be.

- An account can be opened for an incompetent person by his legal representative who must operate the account. The original supporting documents of representation must be presented along with the original identification documents of both the representative and the incompetent.

**200-1-2   Individuals of GCC Citizens:**
They can open Saudi Riyals accounts only. Banks must obtain a valid GCC passport and address in the Kingdom and an address in the home GCC country.

**200-1-3   Individual Expatriates:**
- An individual expatriate may open a Saudi Riyal and Foreign Currency account after obtaining a legal valid Iqama. Banks must obtain a copy of the expatriate's valid passport, Iqama and his address in the Kingdom and his home country.

---

بطاقة الهوية ويطابقها مع الأصل بالإضافة إلـــى توقيع وعنوان المُعرف. ويجب تشــجيع النســاء على الذهاب إلى الفروع النسائية حيث لا حاجـــة لمعرف.

- بالنسبة للسيدات العاملات في القطاع الحكومـــي فإنه عند طلب أي من تلك الجهات فتح حســابات للعـــاملات فيـــها بغـــرض تحويـــل الراتـــب ومستحقاتهن ، ويجب على البنك الحصـــول مـــن تلك الجهات على تعريف وصورة مـــن الهويـــة الشخصية لصاحبة الحساب مصادق عليها ، وأن تكون الجهة الرســـمية مسئــولة عـــن الهويـــة الشخصية للعاملات لديها وتواقيعهن.

- على الشخص الأُمي أن يقـــدم بصمـــة لإبهامـــه وختما شخصيا كنموذج لتوقيعه.

- يفتح الحساب للقاصرين (دون سن ١٨) بمعرفـــة وتوقيع الوالد أو الجد في حالة وفـــاة الوالـــد أو الوصي الشرعي. وعلــــى الوالـــد أو الجـــد أو الوصي الشرعي أن يقدم مستند هويته الأصلــــي وكذلك نسخة من شهادة الـــولادة للقـــاصرين أو نسخة عن دفتر العائلة ونسخة عن صك المحكمة إذا كان القاصر تحت وصايـــة أحـــد الأقربـــاء. (يجب أن تتطابق النسخ مع الأصل). ويجـــب أن يكون الحساب باسم القاصر، بينما يتم تشغيله من قبل الولي أو الوصي الشرعي، حسب الأحوال.

- يجوز فتح حساب باسم المحجور عليه وذلك مـــن قبل ممثله الشـــرعي علـــى أن يكـــون التوقيـــع وتشغيل الحساب لهذا الأخير. ويجـــب أن يقـــدم الممثل الشرعي أصل المستندات المؤيدة لتمثيلـــه إياه مـــع أصـــول المستـــندات الشـــخصية لـــه وللمحجور عليه.

**٢-١-٢٠٠   مواطنو دول مجلس التعاون الخليجي الأفراد:**
يمكن لهم فتح حسابات بالريال الســـعودي فقـــط. وعلـــى البنوك أن تحصل على صورة من جواز ســـفر المواطـــن الخليجي ساري المفعول وعنوانه في المملكة وفي بلده.

**٣-١-٢٠٠   الوافدون الأفراد:**
- يسمح للوافدين من الأفراد أن يفتح حسابات بالريال السعودي والعملات الأجنبية بعد حصوله علـــى إقامة سارية المفعول. وعلى البنـــوك الحصـــول على صورة من جـــواز ســـفر الوافـــد ســـاري المفعول وصورة من دفتر إقامته سارية المفعـــول وعنوانه في المملكة وفي بلده.

- Individual expatriates with temporary Iqama on their passports (usually for the first 3 months of arrival) granted to them by Saudi embassies by virtue of a work visa prior to issuing Iqama, and pilgrims with identification card issued by the Ministry of Pilgrimage, may not open bank accounts. They can only receive and transfer funds, encash checks and avail of other services which doe require bank account.

- After the expiration of a three month period from the arrival of an expatriate at the kingdom or his/her obtaining a Residence Permit Book during such period, all banks are prohibited to carry out any transfer or issue checks for this worker except thorough a bank account in the worker's name.

- The maximum amount of a transfer or a check which banks may effect for an expatriate during the first three months of his arrival are and before his obtaining a Residence Permit Book and opening an account in his name is only ( Rls 10,000 ).

- An expatriate may not authorize another person to open a bank account in his name.

**٢٠٠-1-4**   **Tribal Individuals with Iqama  Issued by the Passport Office of Arar and  Hafr el Batin:**

These individuals residing in Saudi Arabia are permitted to have a bank account in Saudi Riyals only for the duration of their Aqama. The account opening rule must applied in addition to 200-1-3 above and the account freezing rule as given in the Supervisory Rules and Controls.

**200-2**   **Non-Resident Individuals:**

Saudi banks are not permitted to open Saudi Riyal or foreign currency accounts or any other accounts for individuals not residing in the Kingdom except with a approval of SAMA or pursuant to the rules provided in Article 400 hereof.

| | |
|---|---|
| **RULES FOR OPENING ACCOUNTS FOR JURISTIC PERSONS, OTHER THAN EMBASSIES AND GOVT. DEPTS.** | **القواعد الخاصة بفتح حسابات للأشخاص الاعتباريين (غير السفارات والإدارات الحكومية):** |

300

٣٠٠

300-1    **Resident Juristic Persons**

الأشخاص الاعتباريون المقيمون:

٣٠٠-١

300-1-1    **Licensed Businesses and Shops:**

Banks may open both Saudi Riyal and Foreign Currency bank accounts for these juristic persons after obtaining the following documents:

- Commercial registration for establishment/ shop from the Ministry of Commerce.
- License from the Ministry of Municipal and Rural Affairs for service companies and licensed shops.
- Memorandum of Association and riders thereof, if any.
- ID of the owner of the licensed business and service entity i.e. a Saudi ID card, to ensure that the name of the merchant in the commercial registration or license is conforming with his name and other details on his ID Card and validity.
- A list of the owners of the business entity whose names are included in the Memorandum of Association and its amendment, if any, in addition to a copy of the ID card of each of them. Joint-stock company are excluded from this requirement.
- A list of persons authorized by the qualified owner to operate the accounts as specified in the commercial registration document, the power of attorney issued by a notary public or an authorization prepared by the bank and authorization made in the bank and a copy of their respective ID provided that operational procedures conform with the general guidelines governing the operation of accounts as per Article 4.

**المؤسسات والمحلات المرخص لها:**

يسمح للبنوك بفتح حسابات بالريال السعودي والعملات الأجنبية لهذه الشخصيات الاعتبارية بعد الحصول على المستندات المطلوبة من كل منها:

- السجل التجاري للمؤسسة أو المحل الصادر من وزارة التجارة.
- ترخيص من وزارة البلديات والشؤون القروية لمؤسسات الخدمات والمحلات المرخصة.
- عقد التأسيس وملاحقه إن وجد.
- بطاقة هوية صاحب المنشأة التجارية أو شركة الخدمات المرخص لها، أي مستند بطاقة الأحوال الشخصية للمواطن السعودي، للتأكد من أن اسم التاجر الوارد في السجل التجاري أو الترخيص مطابق لاسمه والتفاصيل الأخرى في بطاقة أحواله الشخصية وسريان مفعولها.
- قائمة بالأشخاص مالكي المنشأة الواردة أسماؤهم في عقد التأسيس وتعديلاته إن وجد وصورة من هوية كل منهم.
- قائمة بالأشخاص المفوضين من قبل المالك المؤهلين بتشغيل الحسابات حسب ما ورد في مستند السجل التجاري أو بموجب وكالة صادرة من كاتب عدل او توكيل مُعد داخل البنك وصورة من هوية كل منهم على أن تتفق إجراءات التشغيل مع القواعد العامة لتشغيل الحسابات في البند رابعاً.

300-1-2    **Licensed Money Exchangers:**

Banks may open accounts for licensed local money exchangers after obtaining the following documentation:

- Copy of a valid license issued by SAMA .Since the license is to be renewed every 3 years by SAMA,

**الصيارفة المرخص لهم:**

يسمح للبنوك بفتح حسابات لديها للصيارفة المحليين المرخص لهم بعد الحصول منهم على المستندات التالية:

- صورة من التراخيص السارية المفعول والصادرة من مؤسسة النقد. ولما كان الترخيص

٣٠٠-١-١

٣٠٠-١-٢

إدارة التفتيش البَ                                   الأوراق العامة مراقبة البنوك

banks must ensure that the license is valid before opening bank accounts for them.

- Copy of Commercial Registration issued by the Ministry of Commerce, which allows the money exchanger to conduct such activity.
- Banks must ensure that the personal information (name and address) in the commercial registration or license issued by SAMA are matching with the ID of the owner, such as social status ID card or family registration book.
- A copy of the ID card of the owner.
- List of persons authorized to operate the account as specified in the commercial registration, the power of attorney or the authorization made in the bank, and a copy of their respective ID.

**300-1-3    Resident Corporations:**

All resident companies listed below are required to present the following general documents.

- Copy of Commercial Registration from the Ministry of Commerce.
- Copy of license from the Ministry of Industry and Electricity, if applicable.
- Copy of articles of association and riders thereof.
- Copy of the manager in charge
- Authorization under a power of attorney or an authorization made in the bank from the person(s) who, by virtue of Articles of Association, has the power to authorize others to sign for and operate the accounts.
- Copy of ID of signatories authorized to operate the accounts.
- A copy of the ID cards, of the owners of the company whose names are included in the Memorandum of Association and its amendments. Joint-stock companies are excluded from this requirement.

These corporations can operate SR and FC accounts.

**300-1-3-1    Joint - Stock Companies:**

- Requirements as defined in 300-1-3 above.
- If the company is under establishment, a copy of its initial

يجدد كل ٣ سنوات من قبل المؤسسة، فان علـــى البنوك أن تتأكد من سريان مفعول الترخيص قبل فتح حسابات مصرفية لهم.

- نسخة من السجل التجاري الصادر مــــن وزارة التجارة والذي يسمح له بممارسة هذا النشاط.
- يجب على البنوك التأكد من أن المعلومـــات (أي الاسم والعنوان) الواردة في السجل التجـــاري أو الـــترخيص الصـــادر عـــن المؤسســة تطـــابق المعلومات الواردة في بطاقة هوية المالك مثـــل بطاقة الأحوال الشخصية أو دفتر العائلة.

- صورة بطاقة هوية المالك.
- قائمة بالأشخاص المفوضين بتشغيل الحســـاب، حسبما هو محدد في السجل التجاري أو الوكالـــة الشرعية أو التوكيل المُعد داخل البنك، وصـــورة من بطاقة هوية كل منهم.

**٣٠٠-١-٣    الشركات المقيمة:**

يطلب من جميع الشركات المقيمة المدرجة أدنـــاه تقديم المستندات العامة التالية:

- صورة من السجل التجاري الصادر عـــن وزارة التجارة.
- صورة من الـــترخيص الصـــادر عـــن وزارة الصناعة والكهرباء بالنسبة للشركات التي يكـــون من بين أنشطتها ما يتطلب ترخيصا بذلك.
- صورة من عقد التأسيس وملاحقه.
- صورة من هوية المدير المسؤول
- تفويض بموجب وكالة صادرة عن كاتب عـــدل أو توكيل مُعد داخل البنـــك مـــن الشـــخص (أو الأشخاص) الذي لديه بمُوجَب عقـــد التأســـيس صلاحية تفويض الأفراد بالتوقيع على الحسابات وتشغيلها.
- صورة من هوية الأشخاص المفوضين بـــالتوقيع على الحسابات وتشغيلها.
- صورة من هويـــات مـــالكي المنشـــأة الـــواردة أسماؤهم في عقد التأسيس وتعديلاته فيمـــا عـــدا الشركات المساهمة.

يحق لهذه الشركات تشغيل الحسابات بالريـــال الســـعودي والعملات الأجنبية.

**٣٠٠-١-٣-١    الشركات المساهمة:**

- المستندات المطلوبة حسب ٣٠٠-١-٣ أعلاه.
- إذا كانت الشركة تحت التأسيس، يجـــب تقديـــم نسخة من عقد التأسيس الابتدائي لكي يســـتطيع

إدارة التفتيش البنكي

الإدارة العامة لمراقبة البنوك

| | |
|---|---|
| articles of association must be submitted in order for the bank to accept deposits from underwriters in an internal account only. | البنك قبول الودائع من المكتتبين فـي حسـاب داخلي فقط. |

**00-1-3-2**    <u>Limited Liability Companies:</u>
- Requirements as specified in 300-1-3 Above.

<u>الشركات ذات المسئولية المحدودة:</u>   ٢-٣-١-٣٠٠
- المستندات المطلوبة حسب مـا ورد فـي ٣٠٠-١-٣ أعلاه.

**00-1-3-3**    <u>General Partnerships:</u>
- Requirements specified in 300-1-3 Above..

<u>شركات التضامن:</u>   ٣-٣-١-٣٠٠
- المستندات المطلوبة حسب ما ورد فـي ٣٠٠- ١-٣ أعلاه.

**00-1-3-4**    <u>Limited Partnerships</u>
- Requirements specified in 300-1-3 Above.

<u>شركات التوصية البسيطة:</u>   ٤-٣-١-٣٠٠
- المستندات المطلوبة حسب ما ورد فـي ٣٠٠- ١-٣ أعلاه.

**300-1-3-5**    <u>Partnership Limited by Share</u>
- Requirements specified in 300-1-3 Above.

<u>شركات التوصية بالأسهم:</u>   ٥-٣-١-٣٠٠
- المستندات المطلوبة حسب ما ورد فـي ٣٠٠- ١-٣ أعلاه.

**300-1-3-6**    <u>Insurance Companies:</u>
- All supporting documents mentioned belous must be enclosed and submitted by the bank to SAMA for approval to open the account.
- Copy of license issued by the Ministry of Commerce.
- List of persons authorized by Articles of Association to operate the account and copy of their ID, i.e. Saudi ID or Iqama and passport for expatriates.

<u>شركات التأمين:</u>   ٦-٣-١-٣٠٠
- جميع المستندات المؤيدة المذكورة أدنـاه يجـب إرفاقها وتقديمها من قبل البنك لمؤسسـة النقـد للموافقة على فتح الحساب.
- صورة مـن التـرخيص الصـادر عـن وزارة التجارة.
- قائمة بأسماء الأشخاص المفوضين بموجب عقـد التأسيس بتشغيل الحساب وصورة من هوياتـهم، أي بطاقة الأحوال الشخصية للسعوديين أو دفـتر الإقامة والجواز للأجانب.

**300-1-4**    <u>Resident Juristic Persons Investing under Foreign Investment Act :</u>

Pursuant to Foreign Investment Act which allows entities holy owned by foreign investors or shared by a national investor (natural or juristic person), banks may open bank accounts in Saudi Riyal and foreign currencies of such entities after fulfilling the documentation and requirements specified for each of the following business:

<u>الأشخاص الاعتباريون المقيمون المستثمرون وفق نظـام الاستثمار الأجنبي:</u>   ٤-١-٣٠٠

تمشياً مع نظام الاستثمار الأجنبي الذي يسـمح للمنشـآت المملوكة لمستثمر أجنبي بالكامل أو بالشراكة مع مسـتثمر وطني ( شخص طبيعي أو إعتباري ) فإنه يسمح للبنـوك السعودية أن تفتح حسـابات بنكيـة بالريـال السـعودي والعملات الأجنبية لتلك المنشآت بعد اسـتيفاء المسـتندات والمتطلبات الموضحة في كل صورة من صـور النشـاط أدناه .

**300-1-4-1**    <u>Mixed Entities Owned by a National Investor and a Foreign Investor :</u>

These include entities owned by an individual and firm, firm and firm, or individual and individual. The documents required are:
1. Copy of License issued by the General Investment Commission.

<u>المنشآت المختلطة المملوكة لمستثمر وطنـي ومستثمر أجنبي:</u>   ١-٤-١-٣٠٠

تشمل الفرد أو المنشأة أو المنشأة والشركة أو الفرد والفرد. ويتطلب لذلك استيفاء ما يلي :
١- صورة من الترخيص الصادر من الهيئة العامـة للاستثمار .

2. Copy of Commercial Registration issued by the Ministry of Commerce for the license.

3. Copy of business license and / or commercial registration for the national corporate investor.

4. Copy of the personal ID cards of the partners of the national corporate investor (except shareholding companies).

5. Copy of personal ID cards of the foreign investor, if it is an individual.

6. Copy of business license and / or commercial registration for foreign corporate investors issued by competent authorities at home country attested by the Saudi embassy in that country.

7. Copy of the valid Resident Book (Iqama), if the investor is an individual, which specifies his job as "Foreign Investor, and a copy of his passport.

8. Copy of Ids of the partners of the foreign company or firm or similar entity, and a copy of a valid Iqama of any partner residing in the Kingdom, if any.

9. Memorandum of Association and riders of the firm attested by a notary public.

10. Addresses of the foreign firms at their home countries.

11. If there is an agent or authorized representative to manage the investment and its bank accounts, copy of authorization must be obtained showing the names and ID numbers of the agent or representative and partner(s) attested by notary public if issued in the Kingdom, or the Saudi embassy if issued abroad. If the authorization to manage the account is on the bank's form, it must be prepared by an authorized person in presence at bank, or provided for in the above authorization.

12. Copy of a valid ID of the agent or authorized representative (For Saudis: Ahwal, family registration book, passport. For foreigners: Iqama) and detailed address in the Kingdom and home country if he is a foreigner.

13. The bank must view the original documents and verify the copies against the them and sign the copies as an evidence of verification.

14. Personal accounts of the foreign investor and his employees will be subject to Clause 200-1.

**300-1-4-2**    Entities Holy Owned by Foreign Investor:

These include foreign individuals, corporate, subsidiaries or a combination thereof.

- Individual Foreign Investor

1. Copy of license issued by the Foreign Investment Commission.
2. Copy of Commercial Registration issued by the Ministry of Commerce.
3. Copy of valid Iqama.
4. Copy of passport.
5. Full address at home country.
6. If there is an agent or authorized representative, copy of authorization must be obtained. Such authorization must be attested by notary public if issued in the Kingdom, or the Saudi embassy if issued abroad. If the authorization is done using the bank's form, it must be prepared by the authorized person in presence at bank.
7. The bank must authenticate the verification of copies against originals.

- Corporate individual or mixed foreign investor (more than one partner):

Documents as specified in 300-1-4-1 above after excluding documentation requirements in respect of local investor.

- Foreign Investor branches of foreign companies and corporations:

1. Documents as specified in 300-1-4-1 above after excluding documentation requirements in respect of local investor.
2. Copy of the authorization issued by the parent company at home country must be obtained. The authorization must name the persons authorized to sign on behalf of the company in the Kingdom in respect of all financial transactions including checks and managing the accounts.

**300-1-5**    Resident Juristic Entities:

- These are the entities described separately in the following paragraphs or any similar business.
- These entities can open bank account in Saudi Riyal only.
- SAMA's approval to open such accounts is required based on a request to be submitted by the bank.

---

٣٠٠-١-٤-٢    المنشآت المملوكة بالكامل لمستثمر أجنبي :

تشمل الفرد الأجنبي أو المؤسسة أو الشركة أو فروع الشركة أو المؤسسة الأجنبية أو خليط منهم :

- المستثمر الأجنبي الفرد :

١- صورة من الترخيص الصادر من الهيئة العامة للاستثمار .
٢- صورة من السجل التجاري الصادر من وزارة التجارة .
٣- صورة من دفتر إقامته سارية المفعول .
٤- صورة من جواز السفر .
٥- عنوان واضح في بلد المنشأ .
٦- في حالة وجود وكيل أو مفوض عنــه فيطلــب صورة مـن الوكالة أو التفويـض مصادق عليها/عليه مـن كاتب عدل أو السفارة السـعودية إذا كان الصدور خارج المملكة ، وفــي حالـة إجراء تفويض على نماذج البنك فيجب أن يتــم بحضوره في البنك .
٧- يجب أن يصادق البنك على مطابقته للصور مـع أصول المستندات والوثائق .

- المستثمر الأجنبي المؤسسة أو الشركة الفرديـة أو المختلطة ( أكثر من شريك أجنبي ) :

المستندات حسب ما ورد في ٣٠٠-١-٤-١ أعلاه بعـد استبعاد المتطلبات المتعلقة بالمستثمر الوطني فيها .

- المستثمر الأجنبي فروع مؤسسات أو شركات أجنبية :

١- المستندات حسب مـا ورد فـي ٣٠٠-١-٤-١ أعلاه بعد استبعاد منها ما يتعلـق بالمستثمر الوطني.
٢- يجب الحصول على صورة مصدقة من السـفارة لتفويض المكتب الرئيسي للشركة أو المؤسسـة في بلد المنشأ الذي يسمي الأشخاص المخولين بالتوقيع نيابة عن الشركة في المملكة فيما يتعلق بجميع الصفقات المالية بما في ذلـك الشــيكات وإدارة الحسابات .

٣٠٠-١-٥    الهيئات الاعتبارية المقيمة :

- هي الهيئات الموضحة في الفقرات اللاحقة لكـل هيئة على حدة أو أي نشاط يمكن تصنيفه مثيـلاً لأي منها.
- يمكن لهذه الهيئات فتـح حسـاب مصرفـي بالريـال السعودي فقط.
- يتطلب موافقة مؤسسة النقـد علـى فتـح هـذه الحسابات بناء على طلب يرفع من قبـل البنـك بذلك.

- Only residents in Saudi Arabia can operate the accounts of these entities which are licensed. Copy of their ID must be obtained

### 0-1-5-1  Pilgrim Missions:

A bank may open a Saudi Riyal account for Pilgrim Missions and Representative Offices of Muslim minorities after obtaining a request from the respective embassy of the missions or completing an account opening agreement signed by the mission's embassy. The bank may require attestation by the Ministry of Foreign Affairs to the signatures or a permission by this ministry for the mission. These accounts are meant only for the purpose of facilitating Haj and Umra and must be opened for a period of seven months from 1st Rajab to end of Moharram each year and must be operated by persons resident in Saudi Arabia and authorized to operate such accounts by their respective embassies. Copy of their ID must be obtained. Accounts must be used only for the purposes for which they are opened, i.e. payment for food, lodging and other living expenses. Such purposes must be clearly mentioned in the letter of the embassy or the account opening agreement signed by the embassy or its representative. The balance must be returned to the accountholders or frozen at the end of Safar.

### 300-1-5-2  Charitable and Welfare Organizations:

Bank may open only Saudi Riyal accounts for a charitable organizations, such as the Quran Memorization Society and others religious and social organizations, when a license from the Ministry of Labor and Social Welfare or the Ministry of Islamic Affairs and Call and Guidance and a letter of authorization from the chairman of the society are provided. The bank must obtain SAMA's approval to open the account upon submitting the supporting documents such as license from the Ministry of Labor and Social Affairs. If the account is meant for raising donations and charities, an additional approval must be obtained from the High Committee for Collecting Donations. Such organizations are not allowed to transfer funds out of the Kingdom. However, if it is only for collecting charities and paying normal social welfare expenses, permission from SAMA will suffice.

### 300-1-5-3  Private Charity and Welfare Organization: ( such as : Charity Individual and Family Organizations and Funds) :

A bank may open a SR. Account for private charity organizations such as private charity family and tribal organizations and funds and the like upon their producing a license issued by the Ministry of Labor and Social Affairs and an authorization from the chairman of the charity organization, provided that the bank should obtain SAMA's approval to open the account by submitting a written request including all

---

- لا يجوز إلا للمقيمين في المملكة تشغيل حسابات هذه الهيئات التي تم الترخيص لها، على أن يحصل البنك على صور هوياتهم لاستكمال فتح الحساب.

#### ٣٠٠-١-٥-١  بعثات الحج:

للبنك أن يفتح حسابات بالريال السعودي لبعثات الحج ومكاتب تمثيل مؤسسات الأقليات المسلمة بعد حصوله على طلب من السفارة المعنية بذلك أو من خلال استيفاء اتفاقية فتح حساب موقعة من سفارة البعثة. وللبنك أن يطلب مصادقة وزارة الخارجية على التواقيع أو شهادة منها بتصريحها لتلك الجهات، وتكون هذه الحسابات لأغراض تسهيل الحج والعمرة ويجب أن تفتح لمدة سبعة شهور من أول رجب إلى آخر محرم من كل عام، ويجب تشغيل هذه الحسابات من قبل مقيمين في المملكة ومفوضين بتشغيلها من قبل سفاراتهم مع استيفاء صور هوياتهم. ويجب أن تفتح هذه الحسابات فقط للأغراض المقصودة منها مثل نفقات الطعام والإقامة والمستلزمات المعيشية على أن يشار لهذا الإجراء نصا في الخطاب الصادر من السفارة أو في اتفاقية فتح الحساب الموقع عليها من السفارة أو من يمثلها. ويعاد الرصيد لأصحاب الحساب أو يجري تجميده في نهاية شهر محرم.

#### ٣٠٠-١-٥-٢  جمعيات النفع العام الخيرية:

للبنك أن يفتح حسابا بالريال السعودي فقط للجمعيات الخيرية كجمعية تحفيظ القرآن وغيرها من الجمعيات الدينية والاجتماعية عند تقديم ترخيص من وزارة العمل والشؤون الاجتماعية أو وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد وتفويض من رئيس الجمعية. وعلى البنك أن يكتب إلى مؤسسة النقد للموافقة على ذلك، وأن يقدم المستندات المؤيدة المذكورة. وإذا كان الحساب لجمع التبرعات والإحسان عبر وسائل الإعلام وقنوات الخدمات يجب الحصول على موافقة إضافية من اللجنة العليا لجمع التبرعات. ولا يسمح لهذه الجمعيات بتحويل الأموال إلى خارج المملكة. أما إذا كانت لجمع الصدقة ودفع نفقات الشؤون الاجتماعية فيكون موافقة مؤسسة النقد كافية.

#### ٣٠٠-١-٥-٣  مؤسسات النفع الخاص الخيرية : ( مثل المؤسسات الفردية والعائلية والصناديق الخيرية ) :

للبنك أن يفتح حساباً بالريال السعودي فقط للمؤسسات الخيرية الخاصة كالمؤسسات والصناديق العائلية والمشائرية الخيرية الخاصة أو ما يقوم مقامها وذلك عند تقديم ترخيص من وزارة العمل والشؤون الاجتماعية وتفويض من رئيس المنشأة الخيرية ، وعلى البنك أن يكتب إلى مؤسسة النقد للموافقة على ذلك مرفقاً مستندات

supporting documents indicated herein in this Article. These organizations shall not be permitted to receive donations or transfer funds outside the Kingdom of Saudi Arabia.

**300-1-5-4** **Public Welfare Organizations (Patient Friends, Disabled and Other Societies):**

These organizations may open only SR accounts after obtaining license from the Ministry of Health or the official agency which granted the license, such as the Ministry of Education etc. The bank must obtain SAMA's permission. If the organization collects charities and donations, it must obtain approval of the High Committee for Collecting Donations and Charities. Organizations are not allowed to transfer funds out of the Kingdom.

**300-1-5-5** **Vocational Societies and Committees (i.e. Accounting, Technology, Management, Engineering, Economics, Physicians etc).**

These societies may open SR account. The bank must obtain license for foundation issued by the respective competent official bodies and approval from SAMA to open the account. If they collect donations, they must obtain approval from the High Committee for Collecting Donations. Such approval must be presented to SAMA. They may not transfer funds out of the Kingdom.

**300-1-5-6** **Literary, Sport, and Social Clubs:**
Banks may open Saudi Riyal accounts for these organizations upon submitting the following documents:
- Copy of license from the General Presidency for Youth Welfare.
- Copy of the decision to form the board of directors.
- Authorization from the Board of Directors for the person(s) authorized to open and sign for the account.

**300-1-5-7** **Public Corporations and Public Sector Entities**
These organizations include quasi government corporations, such as Saudia Airlines, ARAMCO ,SABIC (For more information, please see Attachment). "B" Before opening SR or FC account for such organizations, the bank must obtain SAMA's approval in addition to the following documents:

- Copy of the decision of the Cabinet to form the Board of Directors.

طلب فتح الحساب والمستندات المذكورة أعلاه . ولا يسمح لهذه المؤسسات بجمع التبرعات أو تحويل الأمـوال إلـى خارج المملكة .

٤-٥-١-٣٠٠ لجان النفع العام: (مثل لجنة أصدقاء المرضى، المعـاقين، المكفوفين وما يماثلها)

يمكن لهذه المؤسسات فتح وتشغيل حساب بالريــال السـعودي فقط بعد الحصول على ترخيص من وزارة الصحة أو الجهـة الرسمية التي رخصت لها بحسب الاختصـاص مثـل وزارة المعارف وغيرها. وعلى البنـك أن يحصـل علـى موافقـة مؤسسة النقد. وإذا كانت هذه المؤسسات تجمـع التبرعـات والصدقات فعليها الحصول على موافقة اللجنة العليـا لجمـع التبرعات والصدقات، ولا يجوز لهذه المؤسسـات أن تحـول الأموال إلى خارج المملكة.

٥-٥-١-٣٠٠ الجمعيات واللجان المهنية: (مثل: الجمعيات المحاسـبية، الفنية، الإدارة، المهندسين، الاقتصـاد، جمعيـة الأطبـاء وما يماثلها)

يمكن لهذه الجمعيات فتح حسـاب بالريــال السـعودي. ويتعين على البنك الحصول منها على ترخيص بإنشــائها من الجهات المختصة كل بحسب تخصصه وموافقـة مـن مؤسسة النقد لفتح الحساب. وفي حالة جمعـها تبرعـات فيتطلب منها الحصول على موافقة اللجنة العليـا لجميـع التبرعات وتقديمه إلى مؤسسة النقد. ولا يجـوز لهـا أن تحول الأموال إلى خارج المملكة.

٦-٥-١-٣٠٠ النوادي الثقافية والرياضية والاجتماعية:

يمكن للبنك أن يفتح حساباً بالريـال السعودي لهذه النوادي عند تقديم المستندات التالية:

- صورة من الترخيص الصادر عن الرئاسة العامـة لرعاية الشباب
- صورة من قرار تشكيل مجلس الإدارة
- تفويض من مجلس الإدارة للشــخص المخـول أو الأشخاص المخولين بفتح الحساب والتوقيع عليه.

٧-٥-١-٣٠٠ الشركات العامة ومؤسسات القطاع العام:

تشمل هذه الفئــة الشركات والمؤسسات شبه الحكومية مثل الخطوط السعودية وأرامـكو وسابك (لمزيد من الاسترشاد عن تلك الجهات وأسمائها راجع الملحـق "ب"). وعلـى البنك عند فتح حساب لهذه الشــركات أن يحصـل علـى موافقة مؤسسة النقد لفتح حسـاب بالريـال السـعودي أو بالعملات الأجنبية. ويجب على البنـك الحصـول علـى المستندات التالية:

- صورة من قرار تشكيل مجلـس الإدارة الصــادر عن مجلس الوزراء.

- Authorization from the Board of Directors for the person/ persons authorized to operate these accounts along with his (their) ID documents and specimen signatures.

**300-1-5-8** <u>Chambers of Commerce & Industry</u>

These include chambers of Commerce & Industry and their Boards of Directors. For the bank to open an account for these organizations or their boards of directors, it must obtain the following documents:

- Copy of the decision to form the Board of Directors.
- Authorization from the Board of Directors for the person/ persons authorized to operate these accounts along with his (their) ID documents and specimen signatures.

**300-1-6** <u>Rules for Foreign Embassies, Consulates, Diplomats, Airlines and Multilateral Organizations and their Employees.</u>

**300-1-6-1** <u>Embassies, Consulates and their Educational Institutions and Employees:</u>

Foreign Embassies and Consulates including educational institutions operating under their auspices are permitted to open Saudi Riyal and Foreign Currency accounts. They may not open accounts for or on behalf of other entities, such as business or charitable organizations, etc.

**300-1-6-2** <u>Resident Diplomats:</u>

Resident diplomats working for foreign embassies and consulates can open bank accounts in Saudi Riyal and Foreign Currencies. For identification purposes, their passport or diplomatic card issued by the Ministry of Foreign Affairs will be sufficient.

**300-1-6-3** <u>Diplomats on Temporary Visit</u>

These diplomats can open SR and FC accounts. In addition to the identification requirements described in 300-1-5-2 above, the bank must obtain from the embassy or through it a letter or certificate from the Ministry of Foreign Affairs specifying the term of visit. The bank must also obtain SAMA's approval. Accounts must be closed when the visit expires.

Visitors for unofficial or short term missions of few days may not open bank accounts.

---

- تفويض من مجلس الإدارة للشـــخص المخـــول أو الأشخاص المخولين بتشغيل هذه الحسابات، إلـــى جانب مستندات تحديد الهوية ونموذج لتواقيعهم.

**٣٠٠-١-٥-٨** <u>الغرف التجارية والصناعية:</u>

تشمل الغرف التجارية الصناعية ومجلـــس أمنـــاء تلــك الغرف. لفتح حساب لهذه الغرف أو مجلسها على البنك أن يحصل على المستندات التالية:

- صورة من قرار تشكيل مجلس الإدارة.

- تفويض من مجلس الإدارة للشـــخص المخـــول أو الأشخاص المخولين بفتح وتشغيل هذه الحســـابات إلى جانب مســـتندات تحديـــد الهويـــة ونمـــوذج لتواقيعهم.

**٣٠٠-١-٦** <u>القواعـــد الخاصـــة بالســـفارات الأجنبيـــة والقنصليـــات والدبلوماسيين وشركات الطيران والمنظمـــات المتعـــددة الأطراف ومن وظفيها:</u>

**٣٠٠-١-٦-١** <u>السفارات والقنصليات والمؤسسات التعليمية التابعة لـــها ومو ظفوها:</u>

يسمح للسفارات الأجنبية والقنصليات والمؤسسات التعليمية التي تعمل تحت رعايتها بفتح حسابات بالريال الســـعودي والعملات الأجنبية. ولكن لا يجوز لها أن تفتـــح حســـابات لصالح أو نيابة عن مؤسســـات أخـــرى مثـــل الشـــركات والأعمال التجارية والمؤسسات الخيرية وغيرها.

**٣٠٠-١-٦-٢** <u>الدبلوماسيون المقيمون:</u>

يجوز للدبلوماسيين المقيمين العاملين في السفارات الأجنبيـــة والقنصليات أن يفتحـــوا حســـابات بالريـــال الســـعودي والعمـــلات الأجنبيـــة. وتكـــون جوازاتـــهم أو بطاقاتـــهم الدبلوماسية الصادرة من وزارة الخارجية كافية للتعريـــف بهم.

**٣٠٠-١-٦-٣** <u>الدبلوماسيون الزائرون لمهام مؤقتة:</u>

يجوز لهؤلاء الدبلوماسيين أن يفتحوا حســـابات بالريـــال السعودي و بالعملات الأجنبية. وعلى البنك بالإضافة إلـــى المســـتندات المطلوبة بموجـــب ٣٠٠-١-٥-٢ أعـــلاه، الحصول من السفارة أو عن طريقها على شهادة أو خطـــاب من وزارة الخارجية يحدد وقت المهمة، وعلى البنك كذلـــك الحصول على موافقة مؤسسة النقد. ويجـــب إقفـــال هـــذه الحسابات بانتهاء مدة الزيارة (المهمة).

أما الزائرون لغير مهام رسمية أو في مهام لمـــدة قصـــيرة لمدة أيام فلا يسمح للبنك بفتح حسابات لهم .

إدارة التفتيش البنكي

الإدارة العامة للرقابة على البنوك

**300-1-6-4**   Foreign Airlines and their Employees:

Foreign Airlines can open SR and FC accounts for their basic objective. They are not permitted to open accounts for or on behalf of any other juristic entities, organizations such as corporations, business or charitable organizations, etc. The account may be opened subject to the following conditions:

1. The person authorized to open the bank account for the airline must be a resident of Saudi Arabia. If such person is non-Saudi he must be under the sponsorship of the company. Identification required from residents in the Kingdom will apply

2. Authorization from the Civil Aviation Authorities must be obtained.

3. The account should be used only for receiving business proceeds and for payment of business expenses to agents and other suppliers.

4. Accounts maintained by the employees of those companies will be subject to clause 200-1.

**300-1-6-5**   Rules for Multilateral Organizations and their Direct Employees.

• **Muslim World League (MWL), International Islamic Relief Organization (IIRO), Muslim Youth Assembly:**

To open an account to raise funds, the following requirements must be met:
- Permission of the High Committee for the Collecting Donation must be obtained.
- The account must be opened by the respective president or vice president of the organization.
- Personal accounts of the employees of such organizations will be subject to clause 200-1. If these employees are diplomats, they will be subject to conditions stated under clause No. 300-1-6 :

• **The United Nations (UN), World Bank (WB, International Monetary Fund (IMF) and their employees.**

Banks may open Saudi Riyal and foreign currency accounts for all offices or branches of multilateral

**٣٠٠-١-٦-٤   شركات الطيران الأجنبية و موظفوها:**

يجوز لشــركات الطــيران الأجنبية أن تفتـح حسـابات بالريـال الســعودي وبـالعملات الأجنبية لأغراضـها الأساسية. ولكن لا يجوز لها أن تفتح حسابات لصـــالح أو نيابة عن المؤسسات والكيانات الاعتبارية الأخــرى مثـل الشركات والهيئات والأعمال التجارية والمؤسسات الخيريـة وسواها. ويمكن فتح الحسابات وفقاً للشروط التالية:

١ - يجب أن يكون الشخص المفوض بفتـح الحسـاب لشركة الطيران مقيماً في المملكة وإذا كـان غـير سعودي يجب أن يكـون تحـت كفالـة الشـركة. وتنطبق على هذا الشخص شروط تحديــد الهويـة الخاصة بالمقيمين في المملكة.

٢ - يجب الحصول على موافقة من سلطات الطــيران المدني.

٣ - قصر أغراض الحساب على استلام عائدات العمـل التجاري وتسـديد النفقـات للوكـلاء والموردين الآخرين.

٤ - أما الحسابات الخاصة بموظفـي تلـك الشـركات فينطبق عليها ما تضمنته الفقرة ٢٠٠-١.

**٣٠٠-١-٦-٥   القواعد الخاصة بالمنظمات الدولية المتعـددة الأطـراف و موظفيها المباشرين:**

• **رابطـة العـالم الإسـلامي، ومنظمـة الإغاثـة الإسلامية الدولية وندوة الشباب الإسلامي:**

لفتح حساب لغرض جمع التبرعات يستلزم الآتي:
- الحصول على ترخيص من اللجنـة العليـا لجمـع التبرعات.
- أن يكون فاتح الحساب رئيس أو نـائب الرئيـس لهذه الجهات.
- أما بالنسبة للحسابات الشخصية لموظفيها فتطبــق عليهم نفس الشروط الواردة بالفقرة ٢٠٠-١. وإذا كان هؤلاء الموظفون دبلوماسيين فينطبق عليهــم نفس الشروط الواردة في الفقرة ٣٠٠-١-٦ .

• **الأمم المتحدة والبنك الدولي وصنــدوق النقــد الدولي، و مجلس التعاون الخليجي و موظفوها:**

يجوز للبنك أن يفتح حسابات بالريـال السعودي أو بــالعملات الأجنبية لجميـع مكـاتب أو فـروع المنظمات المتعددة الأطراف من مثل محلس التعـاون،

إدارة التفتيش البنكي

الإدارة العامة لمراقبة البنوك

organizations such as GCC, UN, WB, and IMF etc. as well as for their employees and their dependents. Accounts must be used for legal business and personal needs. Banks must obtain a copy of diplomatic passports of the concerned officials and the desired account, permission issued by the Ministry of Foreign Affairs for such organizations, SAMA's approval to open accounts for those organizations. Accounts for their permanent employees do not require SAMA's approval.

الأمم المتحدة، البنك الدولي، صندوق النقد الدولـــي ومثيلاتها وموظفيها ومعاليـــهم. وتستعمل هـــذه الحسابات لأغراض العمل المشروعة والاحتياجـــات الشخصية. ويجب على البنك الحصول على صورة من جواز السفر الدبلوماسي للمسئولين المعنيين عن الجهـــة والحســـاب المطلـــوب وتصريـــح وزارة الخارجية لهذه الجهات وموافقة مؤسسة النقد علـــى فتح الحساب بالنسبة للحسابات المطلوبة بأسماء تلك المنظمات، بينما لا يحتاج البنك لموافقة المؤسســـة على فتح حساب للموظفيـــن الدائميـــن فـــي تلـــك الجهات.

### Non Resident Juristic Persons.

**الأشخاص الاعتباريون غير المقيمون:** ٣٠٠-٢

### 300-2-1 Non Banking GCC Corporations and Business Entities:

Saudi banks may open Saudi Riyal accounts only for non-banking GCC corporations and business entities after obtaining SAMA's approval. The bank must submit to SAMA the following documents;

- Commercial registration duly notarized from the home country or Saudi embassy.
- License from the Saudi Ministry of Commerce.
- Account opening application with purpose of the account.
- Copy of the owner's passport, if the entity is a private one, or articles of association if it is a corporation.
- Copy of authorization from the company's head office nominating persons in Saudi Arabia authorized to sign on behalf of a company on all financial transactions including cheques.
- Copies of passports of all individuals with signing authority.

**الشركات والمؤسسات الخليجية التجارية غير المصرفية:** ٣٠٠-٢-١

يسمح للبنــــوك الســـعودية أن تفتـــح حسابـــاً للشـــركات والمؤسسات الخليجية التجارية غير المصرفية بالريـــال السعودي فقط وبعد الحصول على موافقة مؤسسة النقـــد، شريطة تقديم المستندات التالية إلى مؤسسة النقد:

- السجل التجاري المصادق عليه من كاتب العــدل في بلد المنشأ أو السفارة السعودية .

- ترخيص من وزارة التجارة السعودية .

- طلب فتح حساب يحدد فيه الغرض من الحساب.

- صورة من جواز سفر المالك للمؤسسة الفرديـة أو النظام الأساسي بالنسبة للشركات.

- صورة من تفويض من المكتب الرئيسي للشـركة يسمي الأشخاص المخولين في المملكة بـــالتوقيع نيابة عن الشركة فيما يتعلق بجميـــع الصفقـــات المالية بما في ذلك الشيكات.

- صور من جوازات السفر للأفـــراد المخوليـــن بالتوقيع.

### 300-2-2 Non Resident Non Banking Corporations and Businesses (other than GCC) with No Contracts or Projects in Saudi Arabia

Saudi banks are not permitted to open any account for such organizations.

**الشركات والمؤسسات التجارية (غـــير الخليجيـــة) غـــير المقيمة وغير المصرفية التي ليس لها عقود أو مشـــاريع في المملكة:** ٣٠٠-٢-٢

يحظر على البنوك أن تفتح أي حســـاب لـــهذه الشـــركات والمؤسسات.

**00-2-3   Non Resident, Non Banking Corporations and business entities with contracts or projects in Saudi Arabia**

Where a non-resident business or a corporation has a contract or project in Saudi Arabia, it can maintain Saudi Riyal or Foreign Currency accounts with a Saudi bank in the Kingdom for the duration of the project or contract subject to the following requirements.

- Obtaining permission from the Saudi Ministry of Commerce and approval from company's head Office. This approval must be certified by the Saudi Embassy in the company's home country.
- Copy of company's articles of association certified by the Saudi Embassy in the company's home country.
- Recommendation from a rated bank (by a rating agency such as S&P, IBCA etc.) with which it deals in its home country.
- Copy of the authorization from the head office of the company nominating officers in Saudi Arabia to sign on behalf of the company on all financial transactions including cheques, with copy of their Iqama.

- SAMA's approval to open the account.

Banks must close all such accounts on the expiry of the underlying contract. In order to accommodate post project receivables and payables, including Zakat and Tax payments, special accounts can be maintained specifically for this purpose and on completion these of, such accounts must be closed.

**300-2-4   Non-Resident Non-Banking Corporations Renting Spaces at Depository Areas in the Kingdom.**

Since it has been allowed for foreign firms to deposit and re-export commodities at deposity areas at Saudi ports even if such firms do not have authorized agents in Saudi Arabia and even if such firm is not licensed under the Foreign Investment Act, pursuant to leasing contracts from the respective port

٣-٢-٣٠٠   الشركات والمؤسسات التجاريـــة غـــير المقيمـة وغـــير المصرفية التي لها عقود أو مشاريع في المملكة:

عندما يكون للمؤسسة التجارية أو الشركة غير المقيمة عقد أو مشروع في المملكة يمكنها أن تفتح حســـابا بالريـــال السعودي أو بالعملات الأجنبية لدى بنـــك ســـعودي فـــي المملكة لمدة المشروع أو العقد وفقاً للشروط التالية:

- الحصول علـــى موافقـــة مـــن وزارة التجـــارة السعودية وموافقة المكتـــب الرئيســـي للشـــركة ومصادقة السفارة السعودية في بلد المنشأ علـــى هذه الموافقة.

- صورة من عقد تأسيس الشركة مصـــادق عليـــه من السفارة السعودية في بلد الشركة.

- توصية من بنك مصنف (من قبل هيئة تصنيـــف مثل أس أند بي أو مو دي أو أي بـــي ســـي أ وغيرها) تتعامل معه في بلد المنشأ.

- صورة عن التفويض الصـــادر عـــن المكتـــب الرئيسي للشـــركة والـــذي يحـــدد الأشـــخاص المخولين في المملكة بالتوقيع نيابة عن الشـــركة فيما يتعلق بجميع العمليات الماليـــة بمـــا فيـــها الشيكات مع الحصول على صورة مـــن إقامـــة المخولين.

- موافقة مؤسسة النقد على فتح الحساب.

على البنوك أن تقفل كل هذه الحسابات عند انقضاء مـــدة العقد، ولكن من أجل تصريف بعض الأعمال مثل تحصيل المستحقات وتسديد المدفوعات، بمـــا فـــي ذلـــك الزكـــاة وضريبة الدخل بعد انتهاء المشروع ، فيجـــوز الاحتفـــاظ بحسابات خاصة لهذا الغرض حتى انتهائه ومن ثـــم يقفـــل الحساب ..

٤-٢-٣٠٠   الشركات والمؤسسات التجاريـــة غـــير المقيمـة وغـــير المصرفية المستأجرة في مناطق الإيداع بالمملكة :

حيث تم السماح للمنشآت الأجنبية بـــالإيداع فـــي منـــاطق الإيداع وإعادة التصدير في الموانئ السعودية حتى لو لـــم يكن لتلك المنشآت وكيل معتمد في المملكة وحتى لـــو لـــم تكن مرخصة وفق نظام الاستثمار الأجنبي وذلك بموجـــب عقود وإيجار من إدارة الميناء أو من المنشـــآت المحليـة

administration or from leasing authorized agents, banks may open accounts for such firms in Saudi Riyal and/or foreign currencies for a period equal to the duration of the lease contract, subject to the following requirements:

1. Copy of lease contract at the depository area attested by the Chamber of Commerce and the port administration.

2. Copy of valid Commercial Registration issued by the home country and attested by the Saudi embassy in addition to the full address of the company.

3. A letter of introduction / reference from a bank at the home country of the lessee company.

4. The persons authorized to manage the company's account must be Saudis, or non-Saudis with valid Iqama.

5. The purpose of the account must be specified by virtue of a letter addressed to the bank.

6. The account must be closed by the expiration of the lease contract without receiving a renewal notification.

**300-2-5    Non Resident (including GCC) Commercial Banks:**

- Saudi banks may open both Saudi Riyal and foreign currency correspondent accounts for non-resident commercial banks (including GCC banks) including correspondent accounts for central banks.
- Saudi banks must obtain permission from SAMA to open Saudi Riyal accounts.
- Banks must obtain license documentation (except for situations where the correspondent is a the central bank itself), issued by the competent foreign licensing authority of the foreign correspondent bank such as the central bank, banking control commission, etc. at the home country.
- World's Top 100 Banks rated by assets or equity which are published by reputable financial magazines, such as Euromoney, Forbes, Institutional Investors, etc. don't need to submit their license documentation.
- In order to prevent suspicious banking acts to be carried out in the Kingdom,

صاحبة الامتياز بالتأجير في تلك المناطق . فإنـــه يســمح للبنوك بفتح حسابات بنكية لهـــا بالريـــال الســعودي و/أو بالعملات الأجنبية وذلك لمدة عقد الإيجـــار بعــد اســتيفاء المستندات والشروط التالية :

١- تقديم صورة من عقد إيجار في منطقــة الإيـــداع مصادق عليها من الغرفـــة التجاريـــة ومــن إدارة الميناء .

٢- صورة من السجل التجاري للمنشـــأة المســتأجرة الصادر لها في بلد المنشأ ساري المفعول ومصادق عليها من السفارة السعودية مـــع عنـــوان واضـــح للشركة .

٣- تعريف من بنك في بلد المنشأ للشركة أو المؤسسـة المستأجرة .

٤- أن يكون الأشخاص المخولـــن بـــإدارة حســـابات الشركة المستأجرة إما سعودي الجنسـية أو غــير سعوديين حاصلين على إقامات سارية المفعول .

٥- أن يحدد الغرض من فتح الحساب بموجب خطـــاب من المستأجر موجه للبنك .

٦- أن يتم قفل الحساب فور إنتهاء مدة الإيجار وعــــدم تلقي البنك ما يفيد تجديده .

٣٠٠-٢-٥   **البنوك التجارية غير المقيمة (بما فيها البنوك الخليجية ):**

- يجوز للبنوك السعودية أن تفتح حسابات مراســـلة بالريـــال السعودي وبالعملات الأجنبية للبنـــوك التجارية المراسلة غير المقيمة (بما فيها البنـــوك الخليجية) وهذا يشمل حسابات مراسلين للبنـــوك المركزية.

- على البنوك السعودية الحصول علـــــى موافقـــة مؤسسة النقد لفتح حسابات بالريـــال السعودي.

- الحصول على مستندات الـــترخيص (باســـتثناء الحالات التي يكون فيها المراسل هـــو البنـــك المركزي بذاته) الصادرة عن سلطات الـترخيص الأجنبية المسؤولة عن البنك المراسل الأجنبـــي كالبنك المركزي أو هيئة الرقابة على البنـــوك أو سواها في ذلك البلد.

- أما فيما يتعلق بأكبر مائة بنك في العالم المصنفة على أساس الأصول أو رأس المال والمنشـــــورة في المطبوعات (المجلات) المالية الموثوقة مثـــل يوروموني وفوربس واستثوشـــــونال انفســـترز وغيرها، فلا حاجة لتقديم مستندات الترخيص.

- ومن أجل منع الأعمال المصرفية المشبوهة في

إدارة التفتيش البنكي

الإدارة العامة لمراقبة البنوك

including money Laundering, or practicing banking activities without SAMA's permission, Saudi banks should refuse to enter into or continue a correspondent banking relationship with a bank incorporated in a jurisdiction where it has no physical presence and which is not affiliated with a regulated financial group (i.e. shell banks). Banks should establish correspondent relationships only with banks that have effective customer acceptance and KYC policies, cooperative in anti-money laundering, effectively supervised by the relevant authorities, and adequate information on the management, primary activity and locations of the correspondent can be obtained. Banks should ensure that such accounts are only used for correspondent transactions between correspondents, and shall not be used or treated as current accounts and therefore, no check books shall be issued for them. Correspondent accounts may not be used by a third party to conduct activities for its own account.

المملكة، بما في ذلك غسل الأموال وممارسة نشاطات مصرفية أخرى دون إذن من مؤسسة النقد، على البنوك السعودية أن ترفض الدخول في أو أن تستمر في علاقة بنكية مع بنك مراسل مؤسس في بلد لا وجود مادي له فيه وغير منتسب إلى أية مجموعة مالية منظمة ( مثل البنوك الهيكلية Shell Banks ) كما يتعين على البنوك أن تختار أو توافق على البنوك المراسلة التي تطبق بلداتها معايير قوية نحو تحديد هوية العميل ومتعاونة في مكافحة غسل الأموال وتخضع لرقابة من السلطات المختصة ويمكن معرفة معلومات كافية عن إدارة تلك البنوك ونشاط عملها الرئيسي ومواقع وجودها . وعلى البنوك كذلك أن تتأكد من أن تشغيل هذه الحسابات يقتصر على التعاملات ما بين المراسلين فقط . وأنها لا تستخدم أو تعامل كحسابات جارية ويُصدر لها دفتر شيكات وأنها لا تستخدم من قبل طرف ثالث للقيام بأعمال على حسابه الخاص . لا يجوز للبنوك السعودية أن تفتح أي حساب مصرفي لشركات الاستثمار وصناديق الاستثمار والمؤسسات المالية الأجنبية، بما فيها شركات الاستثمار في دول الخليج، أو الوسطاء الذين يبيعون منتجاتهم بطريقة غير نظامية في المملكة ويجمعون الأموال بالريال السعودي والعملات الأجنبية. ولا يجوز للبنوك السعودية تسهيل تلك الأعمال لهذه المؤسسات بأي صورة كانت.

| 300-2-6 | Non Resident Investment Companies, International Mutual Funds and Other Financial Institutions (Including GCC) : |

Saudi banks may not open any bank account for foreign investment companies, mutual funds or financial institutions, including GCC investment companies, or brokers who illegally sell their products in the Kingdom and raise funds in Saudi Riyal and foreign Currencies. Saudi banks must not facilitate the business transactions of such entities whatsoever.

٣٠٠-٢-٦ شركات الاستثمار وصناديق الاستثمار الدولية والمؤسسات المالية الأخرى غير المقيمة (بما فيها الخليجية):

لا يجوز للبنوك السعودية أن تفتح أي حساب مصرفي لشركات الاستثمار وصناديق الاستثمار والمؤسسات المالية الأجنبية، بما فيها شركات الاستثمار في دول الخليج، أو الوسطاء الذين يبيعون منتجاتهم بطريقة غير نظامية في المملكة ويجمعون الأموال بالريال السعودي والعملات الأجنبية. ولا يجوز للبنوك السعودية تسهيل تلك الأعمال لهذه المؤسسات بأي صورة كانت.

| 300-2-7 | Non-Resident Insurance Companies and Money Exchangers: |

- Saudi banks may open bank accounts after approval of SAMA thereon for such entities only in the following cases:
  - Non-resident insurance companies with agreements with a Saudi bank to offer assurance product can have an account in SR and FC with the partner bank to facilitate their business under the agreement.
  - Non-resident money exchangers may only open correspondent accounts after providing the documents related to practicing banking activities specified

٣٠٠-٢-٧ شركات التأمين والصيارفة غير المقيمين:

- لا يجوز للبنوك السعودية فتح أي حساب لهذه الشخصيات الاعتبارية إلا في الحالات التالية وبعد أخذ موافقة مؤسسة النقد وهي :
  - شركة التأمين غير المقيمة التي لديها اتفاقية مع بنك سعودي لتقديم منتجات تأمين فيجوز أن يفتح لها حساب وسيط بالريال السعودي وبالعملات الأجنبية مع البنك الشريك لتسهيل أعمالها بموجب الاتفاقية.
  - الصيارفة غير المقيمين يجوز أن يفتح لهم حساب مراسلة فقط بعد استيفاء المستندات المتعلقة بالترخيص بمزاولة النشاط

إدارة التفتيش البنكي | الإدارة العامة لمراقبة البنوك

**00-2-8**   **Non Resident or GCC Payment Card Companies.**
Saudi Banks may not open Saudi Riyal or foreign currency accounts for such companies. However, Saudi banks may, after approval of SAMA, maintain Saudi Riyal accounts for such companies to enable them to pay for customers' purchases from merchants in Saudi Arabia .Banks should obtain notarized licensing or registration documents in order to establish their identity.

**400 --**   **RULES GOVERNING THE OPENING OF ACCOUNTS FOR RESIDENT AND NON-RESIDENT NATURAL AND JURISTIC INVESTING PERSONS NOT COVERED BY THE FOREIGN INVESTMENT REGULATION :**

**400-1**   **Rules Governing the Opening Accounts for Resident and non-resident Foreigners for Investment in Local Share Mutual Funds:**

For resident and non-resident individual foreigners to investment in local share mutual funds, banks can open an internal account, Inter-Group Account, that includes all accounts of customers, to be used for investment in local share mutual funds. The bank must assign a special number as reference derived from the inter-group account, through which the bank can monitor the individual account and its financial buy and sell transactions. The bank must obtain the following documentation:

- **For Residents**
  - Copy of a valid legal Iqama book/ card

- **Non-Residents**
  - Copy of customer's home country ID.
  - Full address at home country.
  - Occupation at home country.

These documents must be obtained by the bank through its correspondent banks abroad. Banks must be use reliable and reputable correspondents.
The bank should monitor the account to ensure that it is entirely used for its preset purpose. It must also have its internal auditor review this account during the annual audit and provide SAMA with quarterly reports on the account with a copy of each report to be sent to the bank's Audit Committee.

٣٠٠-٢-٨   شركات بطاقات الدفع غير المقيمة أو التابعة لدول الخليج:
لا يجوز للبنوك السعودية أن تحتفظ بحسابات بالريـــال السعودي أو بالعملات الأجنبية لهذه الشركات. ولكن يجوز لها بعد موافقة مؤسسة النقد أن تحتفظ بحسـابات وسـيطة بالريال السعودي لهذه الشركات لتمكينها من تسديد قيمـــة مشتريات العملاء للتجار في المملكة. وعلــــى البنـــوك أن تحصل من هذه الشركات علـــى مسـتندات التســـجيل أو الترخيص الموثقة لتتمكن من التعرف عليها.

٤٠٠   القواعد الخاصــة بفتــح حســابات للأشـخاص الأجانب المستثمرين المقيمين وغير المقيمين غير المشمولين بنظام الاستثمار الأجنبي :

١-٤٠٠   القواعد الخاصة بفتح حسابات الأجـانب المقيمـين وغـير المقيمين للاستثمار في صناديق الاستثمار بالأسهم المحلية:
لغرض الاستثمار في صناديق الاستثمار بالأسهم المحليــة للأجانب الأفراد المقيمين وغير المقيمين ، يجوز للبنـــوك فتـــح حســاب داخلـــي ووســـيط (GROUP-INTER ACCOUNT) يحتوي علـــى جميـع حسـابات العمـلاء بغرض استخدامه في الاستثمار فــي صناديق الأســهم المحلية. وعلى البنك إعطاء العميل رقم خــاص كمرجـع مشتق من الحساب الوسيط يستطيع مـــن خلالـــه متابعـة حسابه وتعاملاته المالية من بيع وشراء، على أن يسـتوفي البنك المستندات التالية:

• بالنسبة للمقيم:
- صورة من دفتر/ بطاقـــة الإقامــة النظاميـــة سارية المفعول

• غير المقيم:
- صورة هوية العميل في بلده
- عنوان واضح في بلده
- عمله في بلده

تستوفى هذه المستندات من خـلال مراسـلي البنـك فـي الخارج مع الحرص على التــأكد مـن اختيـار البنـوك المراسلة ذات السمعة المصرفية الجيدة.
يتولى البنك مراقبة الحساب للتأكد من سلامته ومـــن أنــه يستخدم في الغرض المعد له. وعلى البنك تكليف المراجـع الداخلي بدراسة هذا الحساب وإبراجــه ضمـــن برنـــامج المراجعة السنوي وتزويد المؤسسة بتقارير ربع سنوية عن نشاط هذا الحساب وصورة منه إلى لجنة المراجعـــة فـــي البنك.

إدارة التفتيش البنكي                                                الإدارة العامة لمراقبة البنوك

**200-4**  **Rules Governing Intermediary Investment Accounts :**

- Local banks offering pooled accounts managed by professional intermediaries, lawyers or stockbrokers, such as mutual funds, money funds, and deposit funds etc. should obtain from the intermediary identification documents of the beneficial owner where there are sub-accounts which can be attributable to each beneficial owner. Banks should make sure that the intermediary is subject to the same requirements of anti-money laundering and KYC procedures applicable to local banks.

- Banks must obtain copy of license of the intermediary to practice business attested by the correspondent bank or the Saudi embassy

- SAMA's approval to open such accounts is required based on a request to be submitted by the bank.

**500**  **RULES FOR THE OPENING OF GOVERNMENT ACCOUNTS :**

**500-1**  **Rules governing the Opening of accounts for Government and Department in attachment - A:**

Banks may open Saudi Riyal accounts for governmental agencies subject to the following:

1- The government agency must submit an account opening application to the Minister of Finance and National Economy (Directorate General of Accounts). After studying the application, the Ministry shall notify SAMA of opening the account with one of the local banks. The government agency will then provide the bank with the names and signature samples of the authorized signatories.

2- The name of the beneficiary shall be in the payment order pertaining to deposit in the account (To the order of A/c No .....).

3- The A/c at the bank shall be in the name of the government department or authority and not in the name of physical person. The bank account purpose must be specific in order to differentiate it from other accounts.

4- Check books shall be requested by an official letter signed by those authorized to withdraw.

القواعد الخاصة بالحسابات البنكية الإستشارية الوسيطة:                    ٢-٤٠٠

- يتوجب على البنوك المحلية التي تقدم ضمن خدماتها ومنتجاتها الإستشارية الحسابات المجمعة (Pooled) التي تُدار من قبل وسطاء مهنيون أو محامون أو وسطاء أسهم مثل الصناديق المشتركة وصناديق الأموال وصناديق الودائع وغيرها . أن يستوفوا من الوسيط هويات المستفيدين من الحساب عند وجود حسابات فرعية يمكن عزوها لكل مالك مستفيد ، وأن تتأكد البنوك أن الوسيط خاضع إلى ذات إجراءات البنوك المحلية التنظيمية والتشريعية بالنسبة لمكافحة غسل الأموال وإعرف عميلك .

- يتطلب من البنوك الحصول على صورة لتراخيص مزاولة الوسيط للنشاط مصدقة من البنك المراسل أو السفارة السعودية.

- يتطلب موافقة مؤسسة النقد على فتح هذه الحسابات بناءاً على طلب يُرفع من قبل البنك بذلك .

**قواعد فتح حسابات الجهات الحكومية :**                                  ٥٠٠

**القواعد المنظمة لفتح حسابات الجهات والإدارات الحكومية المدرجة في الملحق ( أ ):**        ١-٥٠٠

يجوز للبنوك أن تفتح حسابات بالريال السعودي للجهات الحكومية وفقاً لما يلي:

١- أن تقوم الجهة الحكومية بتوجيه طلب فتح الحساب إلى وزارة المالية والاقتصاد الوطني (الإدارة العامة للحسابات) حيث تقوم الوزارة بدراسة الطلب بإبلاغ مؤسسة النقد العربي السعودي بفتح الحساب لدى أحد البنوك المحلية ، ثم تقوم الجهة الحكومية بتزويد البنك بأسماء ونماذج تواقيع المخولين .

٢- يكون أسم المستفيد في أمر الدفع الخاص بالإيداع في هذا الحساب ( لأمر البنك حساب رقم .... ) :

٣- يكون الحساب في البنك بأسم الإدارة أو المصلحة الحكومية وليس بأسم شخص طبيعي مع تحديد غرضه تمييزاً له عن الحسابات الأخرى .

٤- يتم طلب دفتر الشيكات بموجب خطاب رسمي موقع من المخولين بالسحب .

إدارة التفتيش البنكي

الإدارة العامة لمراقبة البنوك

5- The authorization of deposit and withdraw must be issued by the officer in charge. Authorized signatories cannot delegate their power to other unless they are so authorized by the officer in charge.

6- Withdraw from the A/c shall be by checks signed jointly by the authorized signatories.

٥- يصدر التفويض بصلاحية السحب والإيداع من قِبَل صاحب الصلاحية . ولا يجوز للمخولين بالسحب أو الإيداع تفويض غيرهم إلا إذا كانوا قد خولوا بذلـك من صاحب الصلاحية .

٦- يتم السحب من الحساب بموجــب شـــيكات بتوقيـــع مشترك من المخولين بالسحب .

**500-2** <u>Rules Governing the opening of Accounts for Government Department for Collection of Donations :</u>

- subject to 500-1 above.

- The application submitted by the government department to the Ministry of Finance to open an account for collection of donation must include the approval of the competent minister or head of department or his designee.

٢-٥٠٠ القواعد المنظمة لفتح حسابات للجهات الحكومية بغـــرض تلقي تبرعات لصالحها :

- حسب ما ورد في ٥٠٠-١ أعلاه .

- أن يكون الطلب المقدم من الجهة إلى وزارة الماليـــة بطلب فتح الحساب للتبرع لتلك الجهة متضمنا موافقـــة الوزير المختص أو رئيــس المصلحـــة المستقلة أو المؤسسة العامة أو من يفوضه .

# FORTH: RULES AND INSTRUCTIONS FOR OPERATING BANK ACCOUNTS.

رابعا : <u>القواعد والتعليمــــات العامة لتشـــغيل الحسابات المصرفية:</u>

1- Responsibility for operating the account originally falls on the accountholder or other persons authorized by him and approved by the bank. The authorization will remain valid until the account holder notifies the bank of its cancellation. It may be originated and cancelled through a Notary Public or an authorization made in the bank.

١- تقع مسؤولية تشغيل الحساب فــــي الأســـاس علـــى صاحب الحساب أو على الأشخاص الآخرين الذيـــن يفوضهم صاحب الحساب ويوافــق عليـــهم البنـك، ويظل التفويض صالحا حتى يبلغ صاحب الحســـاب البنك بإلغائه بحيث ينشأ التفويض بتشغيل الحســـاب وإلغائه عن طريق كاتب عدل أو بموجب توكيل معد داخل البنك.

2- Person authorized to operate bank accounts on behalf of Jurisdic person should be authorized to do so by authorized competent individuals with the approval of the board of directors, the partners, the employer or any person designated by the owner of the entity.

٢- يجب أن يكــون الأشــخاص المفوضــون بتشـــغيل الحسابات المصرفية للشخصيات الاعتبارية مفوضين من قبل أفراد ذوي صلاحية ومخولين بذلك بموجــب موافقة من مجلس الإدارة أو الشـــركاء أو صـــاحب العمل أو أي شخص يحدده صاحب المنشأة.

3- A Saudi national ( legal / natural ) may authorize another Saudi person to operate his account.

٣- يجوز للمواطن الســـعودي (طبيعـــي/اعتبـــاري) أن يفوض شخصا سعوديا آخر بتشغيل حسابته .

4- Authorization by a Saudi citizen ( natural /juristic) non-Saudi to manage his accounts shall be subject to the following conditions :

- **Individuals:** The bank may not accept any authorization from a Saudi national to non-Saudi to operate his/her personal accounts. The only exception is when a Saudi husband authorizes his non-Saudi wife and vise versa.

٤- يخضع توكيل المواطن السعودي (طبيعي/اعتبـــاري) لغير السعودي بتشغيل حسابته للشروط التالية :

- <u>الأفراد:</u> لا يجوز للبنك أن يقبل تفويضـــا مـــن المواطن الســـعودي لغـــير الســـعودي بتشـــغيل حسابته الشخصية باستثناء رجل سعودي يفوض زوجته غير السعودية أو امرأة سعودية تفـــوض زوجها غير السعودي.