# Exhibit 7







UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
                                               x

In re Terrorist Attacks on September 11, 2001    x      03 MDL 1570 (RCC)

                                               x

-----------------------------------------------------------------x

## DECLARATION OF NIZAR BIN OBAID MADANI

       In the Name of God, the Merciful, the Compassionate, I, Nizar Bin Obaid Madani, state the following:

       1.     I am Assistant Minister of Foreign Affairs within the Ministry of Foreign Affairs of the Kingdom of Saudi Arabia.  In that capacity, I have responsibility for the Ministry's oversight of the Kingdom's relationship with the United States, including U.S.-Saudi Government cooperative efforts.  I am competent to make this declaration, which I understand will be submitted in support of the motions made by The National Commercial Bank ("NCB") to dismiss these consolidated lawsuits.

       2.     I have read, and agree with, both the original and supplemental affidavits of Abdallah Bin Hamad Al-Wohaibi.  It is the position of the Ministry of Foreign Affairs that NCB is a government instrumentality of the Kingdom of Saudi Arabia.

       3.     I understand that, in their pleadings, certain Plaintiffs purport to evaluate and to characterize the level of interest that the Saudi Government has concerning the fact that NCB, and other instrumentalities of the Saudi Government, have been sued in these lawsuits.  The purpose of







my declaration is to explain that it is a matter of grave concern to the Saudi Government that these lawsuits have been brought against its instrumentalities.

4.      The Saudi Government is committed to cooperation with the United States in the common fight to win the war on terrorism.  Lawsuits in United States courts (a branch of the United States Government) against Saudi Government officials and entities such as the National Commercial Bank, which are based upon allegations that these instrumentalities knowingly funded, or otherwise supported, the perpetration of the September 11, 2001 terrorist attacks, are not only false, but counterproductive, and make government-to-government cooperation more difficult. This concern is deeply felt in all circles of the Saudi Government, and applies regardless of whether those instrumentalities are individuals serving as officials of the Government, or entities such as the Saudi High Commission for Bosnia and Herzegovina, and NCB.

5.      Al Qaeda and Osama bin Laden are enemies in common of both the United States and of the Kingdom.  In 1994, the Kingdom stripped Osama bin Laden of his citizenship and froze his assets.  The May and November 2003 bombings in Riyadh confirm that al Qaeda and Osama bin Laden continue to seek the overthrow of the Saudi Government and to end the Kingdom's long-standing friendship with the United States.  This common threat emphasizes the need for our two governments to coordinate our efforts in intelligence and law enforcement in order to wipe out terrorism.

6.      The United States has not designated Saudi Arabia (or any of its agencies or instrumentalities) as sponsors of the September 11 attacks or any other terrorist act.  The Executive

2





Branch of the United States Government has stated both publicly and repeatedly that it considers Saudi Arabia to be an ally in the global war against terrorism, and has praised the Kingdom's efforts in the war on terror. As a recent example, the United States Government and the Saudi Government established a joint task force to combat terrorism financing. The agreement to form this joint task force was reached through diplomatic channels that continue to work well between the United States and Saudi Arabia. Through such channels, the breadth and speed of U.S.-Saudi cooperation against the criminals who perpetrated the September 11 attacks and their support network has expanded. The Saudi Government has pledged to the United States Government that it will continue to actively and aggressively work with the United States Government on all fronts to destroy the forces of terror.

7.     The Saudi Government believes that the continuation of these lawsuits, seeking over one trillion dollars in damages from Saudi Government instrumentalities, sends a confusing and mixed message about the relationship between the Governments of Saudi Arabia and the United States, especially when compared to the history of the United States-Saudi cooperation in the common fight against terrorism. Saudi Arabia is committed to this fight but finds that lawsuits such as these, which are based upon false allegations against Saudi Government officials and entities, are a continuing disruption of the government-to-government cooperative work necessary to accomplish the shared objectives of our countries. The Plaintiffs' allegations fundamentally attack—and ask a branch of the U.S. Government (the courts) to examine and adjudicate—the legitimacy and sufficiency of Saudi Government oversight and regulation of charitable, religious and financial

3





institutions that are alleged to have funded terrorist organizations.  It is a matter of grave concern to the Saudi Government that the Plaintiffs are asking the U.S. courts to pass judgment on Saudi Government actions and policies.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on ___1 / 1 / 1425 hj___, corresponding to February _21_, 2004 in Riyadh, Kingdom of Saudi Arabia.

NIZAR BIN OBAID MADANI

4