Excerpts from Transcript
Of June 24, 2003
Hearing in
Burnett v. Al Baraka Investment and Development Corporation

CA 02-1616
(D.D.C.)

Burnett, et al.
v. Al Baraka, et al.

June 24, 2003
CA No. 02-1616 JR

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THOMAS BURNETT, SR., et al., :
　　　　　　　　　　　　　　　　　:
　　　　Plaintiffs,　　　　　　　: Docket No. CA 02-1616 JR
　　　　　　　　　　　　　　　　　: Washington, D.C.
　　　　v.　　　　　　　　　　　　:
AL BARAKA INVESTMENT AND　　　　 : Tuesday, June 24, 2003
DEVELOPMENT CORPORATION, et　　　: 10:08 a.m.
al,　　　　　　　　　　　　　　　 :
　　　　　　　　　　　　　　　　　:
　　　　Defendants.　　　　　　　:
...................................

TRANSCRIPT OF MOTIONS HEARING
BEFORE THE HONORABLE JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiffs:　　MOTLEY RICE
　　　　　　　　　　　 RON MOTLEY, ESQ.
　　　　　　　　　　　 JODI WESTBROOK FLOWERS, ESQ.
　　　　　　　　　　　 28 Bridgeside Boulevard
　　　　　　　　　　　 Mt. Pleasant, South Carolina 29465
　　　　　　　　　　　 HANLY & CONROY
　　　　　　　　　　　 ANDREA BIERSTEIN, ESQ.
　　　　　　　　　　　 415 Madison Avenue
　　　　　　　　　　　 New York, New York 10017

　　　　　　　　　　　 HARRY HUGE LAW FIRM
　　　　　　　　　　　 HARRY HUGE, ESQ.
　　　　　　　　　　　 401 9th Street
　　　　　　　　　　　 Washington, D.C. 20004
　　　　　　　　　　　 G. ROBERT BLAKEY, Ph.D.
　　　　　　　　　　　 University of Notre Dame
　　　　　　　　　　　 326 Law School
　　　　　　　　　　　 Notre Dame, Indiana 46556

Dennis A. Dinkel, FAPR, RDR, CRR
Official Court Reporter
Electronically signed by Dennis Dinkel (301-173-695-7434)

Phone: (202) 289-8661
E-mail: d.dinkel@verizon.net
c72dec5c-48cb-40f0-85ff-4af7719b19d7

Burnett, et al.
v. Al Baraka, et al.

June 24, 2003
CA No. 02-1616 JR

Page 79

1   Judge, Judge, we failed the court by not putting Al Rajhi's name
2   or Al Haramain's name in front of every numbered paragraph.  We
3   thought that we facilitated that by referring the defendants
4   back to the general allegations of the complaint.
5           But if I can go to the next one, please?
6           This, Your Honor, is the fruits of one of the letters
7   rogatory which Your Honor issued to the Bosnian Supreme Court
8   and which they complied with and which the U.S. justice
9   department turned over some of these documents to us.  This is
10  the golden chain.  What we have had -- these are translated.
11  Here you see the names of the principal contributors to Al
12  Qaeda.  Here you see many of the defendants in our case.  You
13  see Al Rajhi.  Bin Mahfouz.  Of course, he doesn't have his
14  motion before us today.  I think there's 11 or 12 of them here,
15  Your Honor, who are defendants in our case.  The Bin-Laden
16  brothers.  Et cetera.
17          Next please?
18          Now here what is they want to say this is all we said
19  about them.  This is not all we said about them.  This is one
20  little thing we said about them.  This is, in fact, the -- one
21  of the hijackers of flight 11.  He had an Al Rajhi Banking and
22  Investment Corporation account.  That is not the sole pillar
23  upon which our building is constructed as to Al Rajhi, Your
24  Honor.
25          I listed all the various paragraphs that we think they

Dennis A. Dinkel, FAPR, RDR, CRR
Official Court Reporter
Electronically signed by Dennis Dinkel (301-173-695-7434)

Phone: (202) 289-8661
E-mail: d.dinkel@verizon.net
c72dec5c-48cb-40f0-85ff-4af7719b19d7