| | |
|---|---|
| Wilmer Parker, III, Esq.<br>(fax)404-842-9750 | Matthew H. Kirkland, Esq.<br>(fax)202-662-4643 |
| Christopher R. Cooper, Esq.<br>(fax)202-639-7890 | Richard T. Marooney, Esq.<br>John David Shakow, Esq.<br>(fax)202-626-3737 |
| Martin F. McMahon, Esq.<br>(fax)202-828-4130 | Stephen J. Brogan, Esq.<br>Jonathan C. Rose, Esq. |
| Michael Hadeed, Jr., Esq.<br>(fax)703-256-5431 | Michael P. Gurdak, Esq.<br>(fax)202-626-1700 |
| Lynne Bernabei, Esq.<br>Alan R. Kabat, Esq.<br>(fax)202-745-2627 | Roger C. Simmons<br>(fax)301-698-0392 |
| Mark C. Hansen, Esq.<br>(fax)202-326-7999 | Deborah S. Burstein, Esq.<br>(fax)212-556-2222 |
| Maher Hanania, Esq.<br>(fax)703-778-2407 | Jonathan L. Greenblatt, Esq.<br>(fax)202-508-8100 |
| Reed Smith<br>(fax)202-414-9299 | John C. Millian, Esq.<br>(fax)202-530-9566 |
| Joseph Duffy, Esq.<br>(fax)312-338-0070 | Stanton D. Anderson, Esq.<br>(fax)202-756-8087 |
| | David P. Donovan, Esq.<br>(fax)703-251-9797 |

_____\S_____

Don Howarth, Esq.
(fax)213-622-0791

Edward H. Rubenstone, Esq.
(fax)215-638-2867

J.D. Lee, Esq.
David C. Lee, Esq.
(fax)423-544-0101

William N. Riley, Esq.
(fax)317- 848-7831

Donald J. Winder, Esq.
John Warren May, Esq.
(fax)801-322-2282

Richard D. Burbidge, Esq.
Jefferson W. Gorss, Esq.
(fax)801-355-2341

Allan Gerson, Esq.
(fax)202-966-8557

John D'Amato, Esq.
(fax)718-816-8037

Jack Cordray, Esq.
(fax)843-853-6330

Samuel L. Davis, Esq.
(fax)201-692-0444

Michael N. Block, Esq.
(fax)212-266-4141

Vincent F. Pitta, Esq.
(fax)212-592-1500

Robert Conason, Esq.
(fax)212-425-7513

Gary O'Gailher, Esq.
(fax)808-591-2608

Anthony M. Sellitto, Jr., Esq.
(fax)732-775-7404

Kenneth Sacks, Esq.
(fax)212-349-2141

Clare Sproule, Esq.
(fax)212-661-0989

George P. Blakely, Esq.
(fax)574-631-9299

Edward D. Robertson, Esq.
Mary D. Winter, Esq.
(fax)473-659-4460

J. David O'Brien, Esq.
(fax)212-571-6166

Donald J. Nolan, Esq.
(fax)312-630-4011

Larry Klayman, Esq.
James F. Peterson, Esq.
(fax)202-646-5199

Louis R. Cohen, Esq.
Gregory S. Chernack, Esq.
(fax)202-663-6363

Christopher M. Curran, Esq.
(fax)202-693-9355

Ronald S. Liebman, Esq.
Michael R. Berger, Esq.
(fax)202-457-6315

Henry S. Weisbury, Esq.
(fax)212-848-7179

Donna M. Sheinbach, Esq.
Nancy Luque, Esq.
(fax)202-887-4788

# CERTIFICATE OF SERVICE

I certify that on March 19, 2004, the foregoing Mohammad Abdullah Aljomaih's Reply to plaintiff's Opposition to his Motion to Dismiss was served by Federal Express and telecopy on the following counsel.

Harry Huge, Esq.
Harry Huge Law Firm LLP
1001 Pennsylvania Ave., NW
7th Floor
Washington, DC  20004

Ronald L. Motley, Esq.
Motley Rice LLC
28 Bridgeside Boulevard
Mt. Pleasant, SC  29465

James P. Kreindler, Esq.
Kreindler & Kreindler
100 Park Avenue
18th Floor
New York, NY  10017-5590

Jayne H. Conroy, Esq.
Hanley & Conroy LLP
415 Madison Avenue
15th Floor
New York, NY  10017

The document was served by telecopy on the following:

Thomas C. Viles, Esq.
(fax)202-434-5029

Michael Barasch, Esq.
James P. McGarry, Esq.
(fax)212-385-7845

Frank H. Granito, III, Esq.
Kenneth P. Nolan, Esq.
(fax)212-953-6483

Michel F. Baumeister, Esq.
Thea Capone, Esq.
(fax)212-363-1346

Jonathan C. Reiter, Esq.
Aaron J. Broder
(fax)212-268-5297

David Jaroslawicz, Esq.
(fax)212-227-5090

Thomas E. Mellon, Jr., Esq.
(fax)215-348-0171

Patrick A. Malone, Esq.
Robert F. Muse, Esq.
(fax)202-737-7777