# EXHIBIT 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

THOMAS E. BURNETT, SR., *et al.*,      )
                                         )
       Plaintiffs,             )
                                         )
      vs.                    )   Case No.: No. 1:02CV01616(JR)
                                         )
AL BARAKA INVESTMENT AND      )
DEVELOPMENT CORPORATION, *et al.*,  )
                                       )
       Defendants          )

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to F.R.C.P. 41(a)(1) and Case Management Order No. 1 in this matter, the

Plaintiffs voluntarily dismiss the following Defendant without prejudice; the Defendant has not

answered or filed any motion or responsive pleading:

Nimir LLC (D102).

Dated:  August 8, 2003              Respectfully submitted,

                                      /s/ Harry Huge
                                    Harry Huge, Esquire
                                    HARRY HUGE LAW FIRM, LLP
                                    Market Square North
                                    401 Ninth Street, N.W., Suite 450
                                    Washington, DC 20004
                                    Phone:  (202) 824-6046
                                    Fax:  (202) 318-1261

### ECF
### DOCUMENT

I hereby attest and certify that this is a printed copy of a
document which was electronically filed with the United States
District Court for the District of Columbia.
Date Filed:____*8 — 8 — 05*____

NANCY MAYER-WHITTINGTON, CLERK
By: *Michael Darby 1-23-04*

# EXHIBIT 2



PAGE   1

## The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF
DELAWARE, DO HEREBY CERTIFY THE ATTACHED ARE TRUE AND CORRECT
COPIES OF ALL DOCUMENTS ON FILE OF "MUWAFAQ FOUNDATION" AS
RECEIVED AND FILED IN THIS OFFICE.

THE FOLLOWING DOCUMENTS HAVE BEEN CERTIFIED:

CERTIFICATE OF INCORPORATION, FILED THE THIRD DAY OF
FEBRUARY, A.D. 1992, AT 9 O'CLOCK A.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID
CERTIFICATES ARE THE ONLY CERTIFICATES ON RECORD OF THE
AFORESAID CORPORATION.



*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

2286982   8100H                    AUTHENTICATION: 2802724

030795192                          DATE: 12-11-03

From : Registered Agents, Ltd.          PHONE No. : 302 239 1917          Feb.03 1992 2:11PM P02

STATE OF DELAWARE
SECRETARY OF STATE
DIVISION OF CORPORATIONS
FILED 09:00 AM 02/03/1992
672034004 - 2286982

## CERTIFICATE OF INCORPORATION
### A NON STOCK CORPORATION

► FIRST: The name of this Corporation is.    MUWAFAQ FOUNDATION.

► SECOND: Its Registered Office in the State of Delaware is to be located at

710 Yorklyn Rd. _____ Street, in the City of _____ Hockessin

County of __New Castle_____ Zip Code____19707_____. The Registered Agent in charge

thereof is    Registered Agents Ltd.

► THIRD: The purpose of the corporation is to engage in any lawful act or activity for which corporations may be organized under the General Corporation Law of Delaware. (If the corporation is to be a nonprofit corporation, please add: "This corporation shall be a nonprofit corporation.")

This Corporation shall be a Non Profit Corporation

► FOURTH: The corporation shall not have any capital stock, and the conditions of membership shall be (In lieu of setting out the conditions of membership in the Certificate of Incorporation, a statement may be inserted that the conditions of membership shall be stated in the By-Laws.) as follows:

The "Original Members" of the foundation Board of Directors

1. Mr. Yassin A. Kadi, Chairman    2. Members of the Board:

Mr. Talal M. M. Badkook,  Dr. Mohaman Ali Elgari,

Mr. Abdulghani Abdulla Alkhiriji

► FIFTH: The name and mailing address of the incorporator are as follows:

4    Name__Mr. Yassin A. Kadi_____

Mailing Address____P.O. Box 214   Jeddah 21411, Saudi Airbia._____

_____ Zip Code_____

► I, THE UNDERSIGNED, being the incorporator hereinbefore named, for the purpose of forming a corporation pursuant to Chapter 1 of Title 8 of the Delaware Code, do make this Certificate, hereby declaring and certifying that the facts herein stated are true, and accordingly have hereunto set my hand this

__14th_____ day of   January_____, A.D. 19 92_____.

_Yassin Kadi_

Incorporator

NON-STOCK
Doc 70-05/11/08/10



# Delaware

PAGE   1

### *The First State*

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THAT THE CERTIFICATE OF INCORPORATION OF "MUWAFAQ FOUNDATION", WAS RECEIVED AND FILED IN THIS OFFICE THE THIRD DAY OF FEBRUARY, A.D. 1992.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CORPORATION IS NO LONGER IN EXISTENCE AND GOOD STANDING UNDER THE LAWS OF THE STATE OF DELAWARE HAVING BECOME INOPERATIVE AND VOID THE FIRST DAY OF MARCH, A.D. 1994 FOR NON-PAYMENT OF TAXES.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CORPORATION WAS SO PROCLAIMED IN ACCORDANCE WITH THE PROVISIONS OF GENERAL CORPORATION LAW OF THE STATE OF DELAWARE ON THE TWENTY-FIFTH DAY OF MAY, A.D. 1994, THE SAME HAVING BEEN REPORTED TO THE GOVERNOR AS HAVING NEGLECTED OR REFUSED TO PAY THEIR ANNUAL TAXES.



*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

2286982   8400                          AUTHENTICATION: 2817190

030809556                               DATE: 12-16-03

# Delaware Secretary of State Gateway

™ LexisNexis™

This data is for information purposes only, certification can only be obtained through the Division of Corporations, or from a Delaware Registered Agent's office located within the State of Delaware.

Source Info

## *Detail Information*

Date/Time of Results: 01-23-2004 at 09:15

| | | |
|---|---|---|
| File Number: 2286982 | Name Type: Inactive Delaware Co. | Stock Co Flag: |
| Name: MUWAFAQ FOUNDATION | | |
| Kind: Corporation Religious Non-profit | Status: Void as of 03-01-1994 | Tax Type: Non Taxable |
| Residency: Domestic | State of Incorp: DE | Country: US |
| Original Country: | Incorp/Qualify Date: 02-03-1992 | Foreign Incorporation Date: |
| Proclamation Date: 05-25-1994 | Renewal Date: | Expiration Date: |
| Bankruptcy Status: | Bankruptcy Date: | State: |
| Case Number: | Merged To: | State: |
| Federal ID: | Quarterly Filing?: | Last Annual Report: |

Registered Agent: 9019982
REGISTERED AGENTS, LTD.
1220 N. MARKET STREET
SUITE 606
WILMINGTON , DE19801

Registered Agent County: New Castle

Phone: 302-421-5750

Fax: 302-421-5753

| Stock Information: |
|---|
| Amendment Number: 000   Effective Date: 02-03-1992   Effective Time: 09:00 |

| Stock Seq Number | Description | Series | Class | Authorized | Par Value |
|---|---|---|---|---|---|
| | | | | | |

| Filing History: | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Seq Number | Filing Year | Doc Code | Doc Code Desc | Doc Pages | Dom Pages | Doc Filing Date | Doc Filing Time | Doc Effective Date | Doc Filing Status | Co Prev Name | Merger Type |
| 1 | 1992 | 0102 | Incorp Delaware Non-Stock | 1 | | 02-03-1992 | 09:00 | 02-03-1992 | | | |

| Tax Info: | | | | | | | |
|---|---|---|---|---|---|---|---|
| As Of Date: 01-23-2004Tax Balance: 110.50 | | | | | | | |
| Tax Year | Total Filing | Total Taxes | Total Penalty | Total Interest | Total Other | Total Paid | Total Balance |
| 1994 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 1993 | .00 | .00 | 50.00 | .75 | .00 | .00 | 50.75 |
| 1992 | .00 | .00 | 50.00 | 9.75 | .00 | .00 | 59.75 |

Go Back

Go Back to Search

# EXHIBIT 3

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



Geoffrey S. Connor
Secretary of State

# Office of the Secretary of State

The undersigned, as Secretary of State of Texas, does hereby certify that the attached is a true and correct copy of each document on file in this office as described below:

NIMIR PETROLEUM COMPANY U.S.A., INC.
Filing Number: 9475406

Application For Certificate Of Authority                                    March 10, 1993
Tax Forfeiture                                                          February 13, 1996

In testimony whereof, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on January 23, 2004.





Geoffrey S. Connor
Secretary of State

FILED
In the Office of the
Secretary of State of Texas

MAR 1 0 1993

Corporations Section

## APPLICATION FOR CERTIFICATE OF AUTHORITY

Pursuant to the provisions of Article 8.05 of the Texas Business Corporation Act, the undersigned corporation hereby applies for a Certificate of Authority to transact business in Texas:

1.      The name of the corporation is Nimir Petroleum Company U.S.A., Inc.

2.      If the name of the corporation does not contain the word "corporation," "company," "incorporated," or "limited" (or an abbreviation thereof), then the name of the corporation with the word or abbreviation which it elects to add thereto for use in Texas is:  (If the corporate name is not available in Texas, then set forth the name under which the  corporation will qualify and transact business in Texas)

        N/A                                                                          .

3.      It is incorporated under the laws of ____Delaware_____.

4.      The date of its incorporation is __June 15, 1992_____ and  the  period  of duration is perpetual.

5.      The address of its principal office in the state or country under the laws of which it is incorporated is:

        The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, New Castle County, Delaware  19801                         .

6.      The address of its proposed registered office in Texas is ____350 North St. Paul, Dallas, Texas  75201  and the name of its proposed registered agent in Texas at such address is _CT Corporation System_____.

7.      The purpose or purposes of the corporation which it proposes to pursue in the transaction of business in Texas are:

        To engage in  the petroleum business on a national and international basis including oil and gas exploration and production_____.

m \5975 1\AppCertA uth

m \5975 1\AppCertA.utb                        - 3 -

13      The amount of its stated capital is Ten Thousand and No/100 Dollars ($10,000.00).

14.     Consideration of the value of at least One Thousand Dollars ($1,000 00) has been paid for the issuance of its shares.

15.     The application is accompanied by a certificate issued by the Secretary of State or other authorized officer of the jurisdiction of incorporation evidencing the corporate existence.

Nimir Petroleum Company U.S.A., Inc.

By: _____
Kenneth W. Perry,
President, Chief Executive Officer
and Treasurer

### State of Delaware

## Office of the Secretary of State

PAGE   1

I, MICHAEL RATCHFORD, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY NIMIR PETROLEUM COMPANY U.S.A., INC. IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE DATE SHOWN BELOW.

\* \* \* \* \* \* \* \* \*

_Michael Ratchford, Secretary of State_

AUTHENTICATION   \*3699768

DATE   12/14/1992

923495170



# The State of Texas

## Secretary of State
SECRETARY OF STATE
AUSTIN, TEXAS

DETERMINATION OF FORFEITURE PURSUANT TO SECTION 171.309, TEXAS TAX CODE ANNOTATED

CAME TO BE CONSIDERED ON THE DATE SHOWN HEREON, FORFEITURE OF THE CHARTER OR CERTIFICATE OF AUTHORITY OF THE FOLLOWING CORPORATION; THE SECRETARY OF STATE FINDS AND DETERMINES THE FOLLOWING:

CORPORATION NAME

NIMIR PETROLEUM COMPANY U.S.A., INC.

| CHARTER NO.-TYPE | PTDB FORFEITED | CERTIFICATE/CHARTER FORFEITED |
|---|---|---|
| 94754-06 | 08/22/1995 | 02/13/1996 |

THAT THE COMPTROLLER OF PUBLIC ACCOUNTS HAS NOTIFIED THIS OFFICE THAT SAID CORPORATION HAS FAILED TO FILE A CURRENT YEAR FRANCHISE TAX REPORT TO ESTABLISH THE EXISTENCE OF ASSETS FROM WHICH A JUDGEMENT FOR THE FRANCHISE TAXES, PENALTIES AND COURT COSTS MAY BE SATISFIED. THAT THE COMPTROLLER OF PUBLIC ACCOUNTS HAS FURTHER STATED THAT THE SAID CORPORATION HAS FAILED OR REFUSED TO REVIVE ITS RIGHT TO DO BUSINESS.

IT IS THEREFORE ORDERED THAT THE CHARTER OR CERTIFICATE OF AUTHORITY OF THE ABOVE NAMED CORPORATION BE AND THE SAME IS HEREBY FORFEITED WITHOUT JUDICIAL ASCERTAINMENT AND MADE NULL AND VOID, AND THAT THE PROPER ENTRY BE MADE UPON THE PERMANENT FILES AND RECORDS OF SUCH CORPORATION TO SHOW SUCH FORFEITURE AS OF THE DATE HEREOF.

**019465**

*3264422*

# EXHIBIT 4



## Delaware

PAGE  1

*The First State*

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF
DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT
COPY OF THE CERTIFICATE OF INCORPORATION OF "NIMIR PETROLEUM
COMPANY U.S.A., INC.", FILED IN THIS OFFICE ON THE FIFTEENTH DAY
OF JUNE, A.D. 1992, AT 10 O'CLOCK A.M.



*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

2301120  8100                           AUTHENTICATION:  2802389

030795190                               DATE:  12-11-03

STATE OF DELAWARE
SECRETARY OF STATE
DIVISION OF CORPORATIONS
FILED 10:00 AM 06/15/1992
921675135 - 2301120

## CERTIFICATE OF INCORPORATION OF
## NIMIR PETROLEUM COMPANY U.S.A., INC.

**FIRST.** The name of the Corporation is NIMIR PETROLEUM COMPANY U.S.A., Inc.

**SECOND.** The address of the Corporation's registered office in the State of Delaware is Corporation Trust Center, 1209 Orange Street, Wilmington, New Castle County, Delaware 19801.

The name of the Registered Agent at such address is The Corporation Trust Company.

**THIRD.** The purpose of the Corporation is to engage in any lawful act or activity for which corporations may be organized under the General Corporation Law of Delaware.

**FOURTH.** The total number of shares which the Corporation shall have authority to issue is 100,000 shares of a single class of capital stock and each such share of stock shall have no par value.

**FIFTH.** Each holder of any of the shares of the capital stock of the Corporation shall be entitled to a preemptive right to purchase or subscribe for any unissued stock of any class or any additional shares of any class to be issued by reason of any class, or bonds, certificates of indebtedness, debentures or other securities convertible into stock of the Corporation, or carrying any rights to purchase stock of any class, whether said unissued stock shall be issued for cash, property, or any other lawful consideration, and, without limitation of the foregoing, shall have such a preemptive right with respect to shares or other securities offered for sale if they (a) are issued or optioned by the Board of Directors to effect a merger or consolidation or for a consideration other than cash; and (b) are part of the shares or other securities of the Corporation originally authorized in its certificate of incorporation in excess of the first one thousand 0(1,000) shares which are issued, and are issued, sold or optioned within five (5) years from the date of filing said certificate.

**SIXTH.** The name and mailing address of the Incorporator is Kenneth W. Perry, 5924 Royal Lane, Suite 260, Dallas, Texas 75230.

**SEVENTH.** The initial Directors of the Corporation are:

Kenneth W. Perry, Director and Chairman of the Board

Michael H. Skelton, Director

Abdullah M. Basodan, Director

-1-

**EIGHTH.** The Board of Directors of the Corporation is expressly authorized to make, alter or repeal by-laws of the Corporation, but the stockholders may make additional by-laws and may alter or repeal any by-law whether adopted by them or otherwise.

**NINTH.** Elections of Directors need not be by written ballot except and to the extent provided in the by-laws of the Corporation.

The undersigned Incorporator hereby acknowledges that the foregoing certificate of incorporation is his act and deed and that the facts stated therein are true.

                                Kenneth W. Perry, Incorporator

STATE OF TEXAS     )
                      )
COUNTY OF DALLAS  )

Before me, the undersigned authority on this day personally appeared Kenneth W. Perry, known to me to be the person whose name is subscribed to the foregoing instrument and he acknowledged to me that the foregoing certificate of incorporation is his act and deed and that the facts stated therein are true.

Given under my hand and seal of office this __//__ day of __June__, 1992.

> JEAN HALL
> Notary Public, State of Texas
> My Commission Expires 11-12-95

                                NOTARY PUBLIC, STATE OF TEXAS

My commission expires:

__/1- 12-95__

C:\5975\INCORP.CER

-2-

# Delaware

PAGE 1

### The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THAT THE CERTIFICATE OF INCORPORATION OF "NIMIR PETROLEUM COMPANY U.S.A., INC.", WAS RECEIVED AND FILED IN THIS OFFICE THE FIFTEENTH DAY OF JUNE, A.D. 1992.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CORPORATION IS NO LONGER IN EXISTENCE AND GOOD STANDING UNDER THE LAWS OF THE STATE OF DELAWARE HAVING BECOME INOPERATIVE AND VOID THE FIRST DAY OF MARCH, A.D. 2000 FOR NON-PAYMENT OF TAXES.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CORPORATION WAS SO PROCLAIMED IN ACCORDANCE WITH THE PROVISIONS OF GENERAL CORPORATION LAW OF THE STATE OF DELAWARE ON THE EIGHTEENTH DAY OF MAY, A.D. 2000, THE SAME HAVING BEEN REPORTED TO THE GOVERNOR AS HAVING NEGLECTED OR REFUSED TO PAY THEIR ANNUAL TAXES.



*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

2301120  8400

030809550

AUTHENTICATION: 2817126

DATE: 12-16-03

## Delaware Secretary of State Gateway



This data is for information purposes only, certification can only be obtained through the Division of Corporations, or from a Delaware Registered Agent's office located within the State of Delaware.

Source Info

## *Detail Information*

**Date/Time of Results:** 01-23-2004 at 09:18

| | | |
|---|---|---|
| **File Number:** 2301120 | **Name Type:** Inactive Delaware Co. | **Stock Co Flag:** Stock Company |
| **Name:** NIMIR PETROLEUM COMPANY U.S.A., INC. | | |
| **Kind:** Corporation General | **Status:** Void as of 03-01-2000 | **Tax Type:** A/R Filing Required |
| **Residency:** Domestic | **State of Incorp:** DE | **Country:** US |
| **Original Country:** | **Incorp/Qualify Date:** 06-15-1992 | **Foreign Incorporation Date:** |
| **Proclamation Date:** 05-18-2000 | **Renewal Date:** | **Expiration Date:** |
| **Bankruptcy Status:** | **Bankruptcy Date:** | **State:** |
| **Case Number:** | **Merged To:** | **State:** |
| **Federal ID:** | **Quarterly Filing?:** | **Last Annual Report:** 1997 |

**Registered Agent:** 9000010
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON , DE19801

**Registered Agent County:** New Castle

**Phone:** 302-658-7581

**Fax:** 302-655-5049

| Stock Information: | | | | | |
|---|---|---|---|---|---|
| Amendment Number: 000    Effective Date: 06-15-1992    Effective Time: 10:00 | | | | | |
| Stock Seq Number | Description | Series | Class | Authorized | Par Value |
| 1 | COMMON | | | | |

| Filing History: | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Seq Number | Filing Year | Doc Code | Doc Code Desc | Doc Pages | Dom Pages | Doc Filing Date | Doc Filing Time | Doc Effective Date | Doc Filing Status | Co Prev Name | Merger Type |
| 1 | 1992 | 0102S | Incorp Delaware Stock Co. | 2 | | 06-15-1992 | 10:00 | 06-15-1992 | | | |

| Tax Info: | | | | | | | |
|---|---|---|---|---|---|---|---|
| As Of Date: 01-23-2004 Tax Balance: 1,286.20 | | | | | | | |
| Tax Year | Total Filing | Total Taxes | Total Penalty | Total Interest | Total Other | Total Paid | Total Balance |
| 1999 | .00 | 540.00 | 50.00 | .00 | .00 | .00 | 590.00 |
| 1998 | .00 | 540.00 | 50.00 | 106.20 | .00 | .00 | 696.20 |
| 1997 | 20.00 | 540.00 | .00 | .00 | .00 | 560.00 | .00 |

Go Back

# EXHIBIT 5

Mar-09-04   10:47am   From-Cozen O'Connor          215-665-2013      T-496   P.003/004   F-761

COZEN O'CONNOR
MICHAEL J. SOMMI, ESQ. (MS-7910)
45 Broadway Atrium, 16th Floor
New York, NY 10006
(212) 509-9400
OF COUNSEL:
STEPHEN A. COZEN, ESQUIRE
ELLIOTT R. FELDMAN, ESQUIRE
SEAN P. CARTER, ESQUIRE
JOHN M. POPILOCK, ESQUIRE
J. SCOTT TARBUTTON, ESQUIRE
LISA C. HAAS, ESQUIRE
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000

Attorneys for Plaintiffs, Federal
Insurance Company, et al.



RECEIVED
MAR 0 5 2004
JUDGMENT CLERK'S
OFFICE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

FEDERAL INSURANCE COMPANY,          :
et al.                              :
                                    :
                                    :   CIVIL ACTION NO. 03MD-1570
            Plaintiffs,             :
                                    :
v.                                  :
                                    :
AL-QAIDA, et al.                    :
                                    :
            Defendants              :

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to F.R.C.P. 41(a)(1), plaintiffs herein hereby voluntarily dismiss their claims as to

defendant Nimir LLC, without prejudice to the rights of plaintiffs to re-file a Complaint against

defendant Nimir LLC. Defendant Nimir LLC has not answered or filed any

responsive pleadings. All parties will bear their own costs.

COZEN O'CONNOR

By:

STEPHEN A. COZEN, ESQUIRE
ELLIOTT R. FELDMAN, ESQUIRE
SEAN P. CARTER, ESQUIRE
1900 Market Street
Philadelphia, PA 19103
(215)665-2000

Michael J. Sommi, Esquire (MS-7910)
COZEN O'CONNOR
45 Broadway Atrium
16th Floor
New York, NY 10006
(212) 509-9400

2

# EXHIBIT 6





[ Home ] [ Up ] [ Afghanistan ] [ Albania ] [ Algeria ] [ American Samoa ] [ Anguilla ] [ Antigua ] [ Argentina ] [ Armenia ] [ Aruba ] [ Australia ]
[ Austria ] [ Bahamas ] [ Bahrain ] [ Bangladesh ] [ Barbados ] [ Belarus ] [ Belgium ] [ Belize ] [ Bermuda ] [ Bolivia ] [ Bosnia ] [ Brazil ] [ Bulgaria ]
[ Cambodia ] [ Canada ] [ Cayman Islands ] [ Channel Islands ] [ Chile ] [ China ] [ Colombia ] [ Cook Islands ] [ Costa Rica ] [ Croatia ] [ Cyprus ]
[ Czech Republic ] [ Denmark ] [ Dominica ] [ Dominican Republic ] [ Egypt ] [ El Salvador ] [ England ] [ Ecuador ] [ Estonia ] [ Fiji ] [ Finland ] [ France ]
[ Germany ] [ Ghana ] [ Gibraltar ] [ Great Britain ] [ Grenada ] [ Greece ] [ Guam ] [ Guatemala ] [ Haiti ] [ Honduras ] [ Hong Kong ] [ Hungary ] [ Iceland ]
[ India ] [ Indonesia ] [ Iran ] [ Iraq ] [ Ireland ] [ Isle of Man ] [ Israel ] [ Italy ] [ Jamaica ] [ Japan ] [ Jordan ] [ Kazakhstan ] [ Kenya ] [ Korea ] [ Kuwait ]
[ Lebanon ] [ Liberia ] [ Liechtenstein ] [ Luxembourg ] [ Macau ] [ Malaysia ] [ Mauritius ] [ Mexico ] [ Monaco ] [ Mongolia ] [ Morrocco ] [ Namibia ] [ Nepal ]
[ Netherlands ] [ Netherland Antilles ] [ Nevis & St Kitts ] [ New Zealand ] [ Nicaragua ] [ Nigeria ] [ Norway ] [ Pakistan ] [ Panama ] [ Peru ] [ Philippines ]
[ Poland ] [ Portugal ] [ Puerto Rico ] [ Romania ] [ Russia ] [ St Vincent ] [ Saudi Arabia ] [ Scotland ] [ Singapore ] [ South Africa ] [ Spain ] [ Sweden ]
[ Switzerland ] [ Taiwan ] [ Thailand ] [ Turkey ] [ UAE ] [ Ukraine ] [ United Kingdom ] [ Uruguay ] [ Venezuela ] [ Virgin Islands ] [ Vietnam ] [ Zimbabwe ]

# Process Service Guaranteed.

## Saudi Arabia International Service Up-date

### Saudi Arabia

Home
Up

*Process Service Network* is one of a few firms that specializes in international service of process and offers competitive rates on foreign services. Here is a summary of the methods available for service outside the United States and a specific proposal for the requested nation.

Our job is to cut through the bureaucracy and red tape to get the service completed with as little delay as possible. Since we have been in business for 26 years, we have developed close working relationships with key individuals in most countries throughout the world. The founder and President of *Process Service Network* was a Political Science major in college with a focus on international relations and is actively involved in a worldwide organization through which he has developed business and personal relationships in over 80 nations worldwide.

FORMAL SERVICE:

SAUDI ARABIA is **not** a signer of the Hague Service Convention. There is currently no formal method of service since Saudi Arabia does not honor Letters Rogatory.

INFORMAL SERVICE:

Private process servers may serve documents in most countries, whether a signer of *The Hague Service Convention*, or not. Service is normally handled in a manner similar to methods used in the United States, although completion of the service usually takes longer. Customs and traditions in other countries tend to lead to a slower pace and less rigid work habits, particularly in the Arab nations. Service sometimes may take several months but informal service is generally much faster than formal methods. Most process servers who we employ are off-duty police officers or other government officials who are able to, in certain cases, exercise their official capacity to complete the service. Since we pay the process server a bonus (at our own expense) for prompt service, the normal delays are usually reduced.

It must be advised, however, that corruption is sometimes evident in that country and that it is common for the process server to contrive an excuse for delays and/or additional costs. We will cover any additional costs but delays may be unavoidable.

Further, service in Saudi Arabia has been complicated in the recent period due to tensions in the Arab world. We do all that is possible to insure a timely completion of the service.

Advantage:     Time and cost.

Disadvantage: Judgment may not be enforceable in the country where assets are located.

TRANSLATIONS:

Some countries require the documents to be translated into the official language of the nation where they are to be served. The U.S. State Department *recommends* translation, but it is not a requirement unless the formal method is used. It is possible, although rare, that a demurer could be filed based upon lack of understanding by the defendant as to the nature and meaning of un-translated documents. It is important that the Defendant understand the nature of the documents.

COSTS:

**Service of process:**

**Informal =   $1175.00**     All fees are per defendant/address

**Translation:**     $0.38 per word (proper nouns not translated)

DECLARATIONS:

We provide any necessary formal Declarations, under penalty of perjury, that the Court may require as to the progress and status of the service (at no additional cost).

Saudi Arabia

Page 3 of 4

**WARNING:**   Beware of companies that quote suspiciously low rates.  They often come back later with an excuse for an additional charge.  Our rates are firm for one address quoted.  Other companies are actually brokerage firms or website developers, not process service agencies, who farm out assignments to secondary companies that are not knowledgeable or qualified on international service of process.

DISCLAIMER:

   The information contained herein is provided for general information only and may not be accurate at the time of service in a particular case or country.  Questions involving specific services should be directed to our office.  Care should be exercised in choosing the method of service (formal/informal) if eventual enforcement of a U.S. judgment is anticipated in the country where the documents are to be served.  No legal advice is intended in the statements contained herein.  Assignments for international service of process are accepted on the basis that the assigning law firm has researched all applicable laws.  Process Service Network and its agents assume no liability for its actions in the course of any phase of the service of process assignment.

**Process Service Network™** is a registered trademark. Copyright ©1998- 2004.  All rights reserved.



PROCESS SERVICE NETWORK
www.processnet1.com

Nelson Tucker
*President*

800-417-7623        10010 Canoga Avenue #B6
818-772-4798 Fax     Chatsworth, CA 91311 USA

Phone: (800)4-1-PROCESS   or  (800)417-7623   or   (818)772-4795

Fax:    (818)772-4798

Mailing address:    10010 Canoga Avenue #B6, Chatsworth, CA  91311-0959

E-mail:    processnet@sbcglobal.net



http://www.processnet1.com/saudi_arabia.htm

3/18/2004

## Specializing in International Service and "hard-to-serve" cases



* Guaranteed service means we will serve the documents at the address provided, if service is legally possible. Dated documents may require a re-set of the court date if unable to serve in time.  Additional charge will apply for additional addresses and attempts on dated documents after re-set.  Guarantee does not apply to investigations, out-of-area process service, small claims cases, or international service of process due to circumstances that may occur beyond our control in certain nations and we cannot be responsible for such circumstances. No refunds will be made after institution of any assignment, for any reason.  Our fees cover all known governmental fees in foreign nations and our fee to handle the service; in rare cases, extra charges may apply to cover governmental agency fees.  Note:  We've been doing it for 26 years, so we must be doing it right.

### Celebrating 26 years of service to the legal profession



**WebWatchdog**    

pro
cess servers Los                    Angeles, process servers Quebec, process servers Montreal, process servers
Last modified: Monday March 08, 2004.cess servers Sacramento, process servers Arkansas, process servers Alaska, process servers Colorado, process servers Connecticut, process servers District of Columbia, process servers Delaware, process server Florida, process servers Georgia, process servers Hawaii, process servers Idaho, process servers Illinois, process servers Mississippi, process servers Montana, process servers Nebraska, process servers New Hampshire, process servers New Jersey, process servers New Mexico, process servers Mexico, process servers North Carolina, process servers North Dakota, process servers Ohio, process servers Oklahoma, process servers Oregon, process servers Pennsylvania, process servers Indiana, process servers Iowa, process servers Kansas, process servers Kentucky, process servers Louisiana, process servers Maine, process servers Maryland, process servers Massachusetts, process servers Missouri, process servers Michigan, process servers Minnesota, process servers, Rhode Island, process servers South Carolina, process servers South Dakota, process servers Tennessee, process servers Texas, process servers Utah, process servers Utah, process servers Vermont, process servers Virginia, process servers Washington, process servers Washington, DC, process servers West Virginia, process servers Wisconsin, process servers Wyoming, process servers Chatsworth