**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | **03 MDL 1570 (RCC)** |
| This document relates to:<br><br>KATHLEEN ASHTON, et al,<br>　　　　　　　　Plaintiffs,<br>　　　　　v.<br><br>AL-QAEDA ISLAMIC ARMY, et al.<br>　　　　　　　　Defendants. | **02 CV 6977 (RCC)**<br><br>NOTICE OF MOTION |

**PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law and all prior papers and proceedings herein, defendants Saleh Abdullah Kamel and Al Baraka Investment & Development Corporation, will move before the Honorable Richard Conway Casey, United States District Court for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, for the following relief:

(a) dismissal of the plaintiffs' Fourth Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction; or

(b) should the Court exercise subject matter jurisdiction over Defendants Saleh Abdullah Kamel and Al Baraka Investment & Development Corporation, dismissal of the plaintiffs' Fourth Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted;

(c)  and for any such further relief as the Court deems just and proper.

Dated: March 19, 2004

                                                Respectfully submitted,

                                                _____/s/_____

                                                Martin F. McMahon (MM 4389)
                                                Martin McMahon & Associates
                                                1150 Connecticut Ave., N.W.
                                                Ste. 900
                                                Washington, D.C.  20036
                                                (202) 862-4343

*Attorney for Defendants*
*Saleh Abdullah Kamel and*
*Al Baraka Investment &*
*Development Corporation*