PRIVILEGED INFORMATION.
CLIENT-ATTORNEY CORRESPONDENCE

# DECLARATION OF WAEL HAMZAH JELAIDAN
# SECRETARY-GENERAL OF THE RABITA TRUST

IN THE NAME OF GOD, THE MERCIFUL, THE COMPASSIONATE. I, Wael Hamzah Jelaidan, state as follows:

1. I am the Secretary General of Rabita Trust.
2. My appointment date in the above position is 14 February 1999G.
3. My function as Secretary-General is to oversee the repatriation and rehabilitation process of the stranded Pakistanis in Bangladesh.
4. Rabita Trust is a charitable organization with its headquarters located in Islamabad, Pakistan.
5. Rabita Trust is an Islamic charitable organization created to organize the repatriation and rehabilitation of Pakistani (Biharis) refugees who were stranded in Bangladesh during the 1971 Indo-Pak war. The objective of the Rabita Trust is to construct approximately 40,000 housing units, and transport and rehabilitate around 40,000 families.
6. Rabita Trust only operates in Pakistan and has always been strictly limited to its objectives (i.e. rehabilitation and repatriation of the Stranded Pakistanis in Bangladesh)
7. The statements made in this declaration are based on that personal knowledge.
8. I understand that this declaration may be submitted to an American court in connection with a lawsuit that has been filed against Rabita Trust.
9. To the best of my knowledge, Rabita Trust (the organization) does not solicit or receive any donations from, or provide any relief to any person or entity within the United States of America.
10. To the best of my knowledge, Rabita Trust does not engage in any business with any person or entity located in the United States of America.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 16th day of September 2003.

_____
Wael Hamzah Jelaidan