UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL No. 1570 (RCC) <br><br> Electronically Filed |
| *This Document Relates to:* <br><br> *Ashton, et al. v. Al Qaeda Islamic Army, et al.*, 02 CV 06977 (RCC) <br><br> *Burnett, et al. v. Al Baraka Investment & Development Corp., et al.*, 03 CV 09849 (RCC) | |

**AL RAJHI BANKING & INVESTMENT
CORPORATION'S MEMORANDUM IN SUPPORT OF ITS
<u>MOTION FOR ORAL ARGUMENT ON ITS RENEWED MOTION TO DISMISS</u>**

On February 7, 2003, Al Rajhi Banking & Investment Corporation ("Al Rajhi Bank"), without having been served with process, voluntarily appeared in *Burnett v. Al Baraka Investment & Development Corp.*, 02 CV 1616 (D.D.C.) (Robertson, J.), to clear its good name. The Bank filed a motion to dismiss (Docket Entries 64, 97 and 108) which, after a hearing before Judge James Robertson, resulted in the dismissal of all but one allegation against the Bank: "Except for the allegation of ¶ 46, . . . the 3AC fails to state a claim against Al Rajhi upon which relief can be granted." *Burnett v. Al Baraka Inv. & Dev. Corp.*, 274 F. Supp. 2d 86, 109 (D.D.C. 2003). After the Plaintiffs submitted a more definite statement with respect to the sole remaining allegation (Docket Entry 266), Al Rajhi Bank renewed its motion to dismiss (Docket Entries 353, 394 and 411). That motion is fully briefed and ripe for oral argument.

Al Rajhi Bank also has appeared voluntarily in *Ashton v. Al Qaeda Islamic Army*, 02 CV 06977 (S.D.N.Y.), and, in light of the recent consolidation of cases, respectfully requests that the Bank's motion to dismiss be deemed fully briefed and ripe for oral argument in that action as well.  The factual allegations made against the Bank in the *Ashton* Third Amended Complaint are virtually identical to those made in the *Burnett* Third Amended Complaint and have been thoroughly treated in the briefs on the Bank's motion to dismiss and renewed motion.  For the reasons stated in Al Rajhi Bank's briefs in support of its motion and renewed motion, these factual allegations are insufficient to sustain any claim advanced against the Bank.  Repetitive briefing on these duplicative allegations would be unduly burdensome on the Court and parties.

## CONCLUSION

For the foregoing reasons, Al Rajhi Bank respectfully moves for oral argument on its renewed motion to dismiss in *Burnett* and *Ashton* at the Court's earliest convenience.

Dated: Washington, D.C.  
       March 19, 2004

Respectfully submitted,

WHITE & CASE LLP

By: /s/ Christopher M. Curran  
    Christopher M. Curran (CC-4779)  
    Nicole E. Erb (NE-7104)  
    601 Thirteenth Street, N.W.  
    Washington, D.C. 20005  
    Telephone: (202) 626-3600

    *Attorneys for Defendant*  
    *Al Rajhi Banking & Investment Corporation*

## CERTIFICATE OF SERVICE

    I hereby certify that on March 19, 2004, I caused an electronic copy of Defendant Al Rajhi Bank's Memorandum In Support of Its Motion For Oral Argument On Its Renewed Motion To Dismiss to be served by the Court's Electronic Case Filing System upon:

| | |
|---|---|
| Stanton D. Anderson | Michael K. Kellogg |
| Lynne A. Bernabei | Andrew Joseph Maloney |
| Andrea B. Bierstein | Richard T. Marooney |
| Stephen Joseph Brogan | Marc S. Moller |
| Deborah S. Burstein | Ronald L. Motley |
| Dorothea M. Capone | James Joseph Murphy |
| David C. Cook | Brian Howard Polovoy |
| Joshua Lewis Dratel | John Christopher Rozendaal |
| Jodi Westbrook Flowers | Thomas P. Steindler |
| David Charles Frederick | Jeanette M. Viggiano |
| Michael John Guzman | Thomas Charles Viles |
| Mark Charles Hansen | John Joseph Walsh |
| Alan Robert Kabat | Henry Sabath Weisburg |
| Peter Jonathan Kahn | |

    I further certify that on March 19, 2004, I caused a paper copy of Defendant Al Rajhi Bank's Memorandum In Support of Its Motion For Oral Argument On Its Renewed Motion To Dismiss s to be served by first-class mail, postage prepaid:

| | |
|---|---|
| Matthew G. Ash | Michael F. Baumeister |
| Cozen O'Connor | Baumeister & Samuels, P.C. |
| 1667 K Street, NW | One Exchange Plaza |
| Suite 500 | New York, NY 10006 |
| Washington, DC 20006 | |

Mitchell R. Berger
Ugo A. Colella
Ronald S. Liebman
Patton Boggs, LLP
2550 M Street, NW
Washington, DC 20037

George R. Blakey
One Notre Dame Circle
Notre Dame, IN 46556

Robert D. Brain
Howarth & Smith
800 Wilshire Boulevard
Suite 750
Los Angeles, CA 90017

John J. Burbridge
Law Office of Russell K. Statman
150 W. 28th Street
1402
New York, NY 10001

Richard D. Burbridge
139 E. South Temple
Salt Lake City, UT 84111

Brian Arthur Coleman
1500 K Street, NW
Suite 1100
Washington, DC 20005

Donna M. Conroy
Frieri & Conroy
1044 Rte. 22 W.
Mountainside, NJ

Jayne Conroy
Coblence & Warner
415 Madison Avenue
New York, NY 10017

Jayne H. Conroy
Hanly & Conroy, L.L.P.
415 Madison Avenue – 15th Floor
New York, NY 10017

John A. Corr
Mellon, Webster & Shelley
87 North Broad Street
Doylestown, PA 18901

Joseph A. Cullen
87 North Broad Street
Doylestown, PA 18901

H. Patrick Donohue
Armstrong, Donohue, Ceppos & Vaughn, Chartered
204 Monroe Street
#101
Rockville, MD 20854

Gerald A. Feffer
Willliams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005

Jonathan L. Greenblatt
Shearman & Sterling, L.L.P.
599 Lexington Avenue
New York, NY 10022-6069

Maher H. Hanania
6066 Leesburg Pike
Suite 101
Falls Church, VA 22041

Harry Huge
Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW
7th Floor
Washington, DC 20004

William H. Jeffress
Baker, Botts, L.L.P.
1299 Pennsylvania Avenue, NW
The Warner
Washington, DC 20004

Alan Kahn
134 East 22nd Street
New York, NY 10010

Anne McGinness Kearse
Ness & Motley, P.A.
28 Bridgeside Boulevard
Mount Pleasant, SC 29465

Matthew H. Kirtland
Fulbright & Jaworski, L.L.P.
801 Pennsylvania Avenue, NW
Washington, DC 20004

Brian J. Alexander
David Beekman
Paul S. Edelman
Francis G. Fleming
Justin T. Green
James P. Kreindler
Lee S. Kreindler
Noah H. Kushlefsky
Marc S. Moller
Steven R. Pounian
Blanca I. Rodriguez
Milton G. Sincoff
Robert James Spragg
Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590

Nancy Luque
Donna M. Sheinbach
Gray Cary
1625 Massachusetts Avenue, NW
Suite 300
Washington, DC 20036

Christopher Talbott Lutz
Steptoe & Johnson, L.L.P.
1330 Connecticut Avenue, NW
Washington, DC 20036

Patrick A. Malone
Robert F. Muse
Stein, Mitchell & Mezines
1100 Connecticut Avenue NW
Suite 1100
Washington, DC 20036

Martin F. McMahon
Reilly, Like, Tenety & Ambrosino
179 Little East Neck Road North
P.O. Box 818
Babylon, NY 11702

Michael J. McManus
Drinker, Biddle & Reath, L.L.P.
1500 K Street NW
Suite 1100
Washington, DC 20005-1209

John C. Millian
Gibson, Dunn & Crutcher, L.L.P.
1050 Connecticut Avenue, NW
Washington, DC 20036

Donald J. Nolan
Nolan Law Group
20 North Clark Street
Chicago, IL 60602

David J. O'Brien
20 Vesey Street
New York, NY 10007

Paul J. Orfanedes
501 School Street, SW
Suite 700
Washington, DC 20024

James F. Peterson
501 School Street, NW
Washington, DC 20024

Edward H. Rubenstone
Four Greenwood Square
Suite 200
Bensalem, PA 19020

| | |
|---|---|
| John David Shakow<br>1730 Pennsylvania Avenue, NW<br>Washington, DC 20006<br><br>Chryssa V. Valletta<br>McDermott, Will & Emery<br>50 Rockefeller Plaza<br>New York, NY 10020 | Rochelle R. Weisburg<br>Angel & Frankel, P.C.<br>460 Park Avenue<br>New York, NY 10022-1906 |

                 /s/ Nicole E. Erb
                   Nicole E. Erb