### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| KATHLEEN ASHTON, et al., | |
| Plaintiffs, | Civil Action No. 02-6977 (RCC) |
| v. | (MDL No. 1570) |
| AL QAEDA ISLAMIC ARMY, et al., | |
| Defendants. | |

### ORDER

Upon consideration of the International Institute of Islamic Thought's Motion to Dismiss the Claims Against It in Plaintiffs' Four Amended Complaint, good cause having been shown, it is hereby ORDERED on this _____ day of _____, 2004 that the Motion is GRANTED.

_____
United States District Judge