MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

---------------------------------- X

IN RE: TERRORIST ATTACKS
OF SEPTEMBER 11, 2001

**NOTICE OF MOTION FOR
ADMISSION PRO HOC VICE**

03 MDL No. 1570 (RCC)

MEMO ENDORSED
---------------------------------- X

PLEASE TAKE NOTICE that upon the attached Affidavit of Michael G. Biggers and all pleadings and proceedings had herein, Defendant Prince Naif bin Abdulaziz al Saud ("Prince Naif"), by his attorneys Bryan Cave LLP, will move before the Honorable Judge Richard C. Casey of the above-entitled Court at the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for an order pursuant to Local Civil Rule 1.3(c) permitting Prince Naif's existing counsel, WILLIAM C. EDGAR, to appear and participate *pro hac vice* as counsel for Prince Naif in this matter. Mr. Edgar is admitted to practice in the District of Columbia and the State of Maryland, and original certificates of good standing for Mr. Edgar from the District of Columbia Court of Appeals and the Court of Appeals of Maryland are attached to the Affidavit of Michael G. Biggers.

DATED: New York, New York
March 12, 2004

BRYAN CAVE LLP

By: _____
Michael G. Biggers (MB 4743)
Bryan Cave LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 541-2000
Attorneys for Defendant Prince Naif bin Abdulaziz al Saud

*Application granted.*

Richard Conway  3/16/04

U.S. DISTRICT COURT FILED MAR 16 2004 S.D. OF N.Y.