UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEMO ENDORSED

|  |  |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL No. 1570 (RCC) •FILE IN |
| ASHTON, et al.,<br><br>    Plaintiffs,<br>v.<br><br>AL QAEDA ISLAMIC ARMY, et al.,<br><br>    Defendants. | 02 CV 6977 (RCC) |
| BURNETT, et al.,<br><br>    Plaintiffs,<br>v.<br><br>AL BARAKA INVESTMENT AND DEVELOPMENT CORP., et al.,<br><br>    Defendants. | 03 CV 9849 (RCC) |
| FEDERAL INSURANCE CO., et al.,<br><br>    Plaintiffs,<br>v.<br><br>AL-QAIDA, et al.,<br><br>    Defendants. | 03 CV 6978 (RCC)<br><br>**NOTICE OF MOTION** |

MEMO ENDORSED

MEMO ENDORSED

MICROFILM -3 00 PM MAR 1 6 2004

PLEASE TAKE NOTICE that pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, and on the basis of the affidavits attached hereto, and the Good Standing Certificates annexed thereto, the undersigned will move the Court, before the Honorable Richard C. Casey,

U.S.D.J., at the United States District Court, Southern District of New York, 500 Pearl Street, New York, NY 10007, at a date and time to be determined by the Court for an order admitting Wilmer Parker, III, *pro hac vice*, as counsel for defendant Mar-Jac Poultry, Inc. for purposes of the above-captioned cases.

Dated: New York, NY  
March 12, 2004

Respectfully submitted,

GRAY CARY WARE & FREIDENRICH LLP

By: _/s/ Bruce J. Barker_  
Bruce J. Barker (BB-3018)  
1625 Massachusetts Ave, NW, Suite 300  
Washington, DC 20036  
(202) 238-7700 (telephone)  
(202) 238-7701 (facsimile)

*Sponsor for Applicant Wilmer Parker, III*

Application granted

Richard [signature] 3/16/04

U.S. DISTRICT COURT FILED MAR 16 2004 S.D. OF N.Y.

2