UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



-------------------------------------------------x

IN RE: TERRORIST ATTACKS　　　　Civil Action No: 03 MDL 1570 (RCC) · file 1d
ON SEPTEMBER 11, 2001　　　　　　Relates to: C.A. No. 1:03-6978 (RCC)


-------------------------------------------------x


## MOTION FOR ADMISSION *PRO HAC VICE*

PLEASE TAKE NOTICE that, upon the annexed Affidavits, with exhibits, Defendant HRH Prince Bandar bin Sultan ("Prince Bandar"), hereby moves this Court for an Order pursuant to Local Civil Rule 1.3 (c) admitting Nancy H. Dutton *pro hac vice* to appear as counsel for Prince Bandar.

Dated: March 9, 2004　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　DUTTON AND DUTTON, PC

　　　　　　　　　　　　　　　　　　　　　By: _____

APPLICATION GRANTED

_Richard Conway Casey_ 3/17/04

HON. RICHARD CONWAY CASEY

　　　　　　　　　　　　　　　　　　　　　Nancy H. Dutton (ND9608)
　　　　　　　　　　　　　　　　　　　　　5017 Tilden Street, NW
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20016
　　　　　　　　　　　　　　　　　　　　　Phone: (202) 686-3500
　　　　　　　　　　　　　　　　　　　　　Fax: (202) 966-6621

　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant H.R.H.*
　　　　　　　　　　　　　　　　　　　　　*Prince Bandar bin Sultan bin*
　　　　　　　　　　　　　　　　　　　　　*Abdulaziz Al-Saud*

MICROFILM -12:00 PM MAR 17 2004