MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: TERRORIST ATTACKS ON          :    03 MDL 1570 (RCC)
OF SEPTEMBER 11, 2001                :

This document relates to:

Thomas E. Burnett, Sr., et al. v. Al Baraka
Investment and Development Corp., et al.
03 CV 9849 (RCC)

**MEMO ENDORSED**

## NOTICE FOR ADMISSION OF COUNSEL PRO HAC VICE

Comes the undersigned and moves the Court for an Order permitting Harry Huge (South Carolina Federal I.D. #5835) of The Huge Law Firm PLLC, 25 East Battery Street, Charleston, South Carolina 29401, to be admitted pro hac vice in this action on behalf of the plaintiffs in the consolidated case of Thomas E. Burnett, Sr., et al. v. Al Baraka Investment and Development Corp., et al., Case No.: 03-CV-9849 (RCC). In support of this motion, the Certificate of Good Standing of Harry Huge in the United States District for the District of South Carolina is attached hereto.

*Application granted.*

*Richard Conway 3/19/04*

Respectfully submitted,

Harry Huge (SC Fed ID #5835)
The Huge Law Firm PLLC
25 East Battery Street
Charleston, South Carolina 29401
Telephone:  (843) 722-1628
Fax:        (843) 720-8794

March 17, 2004