UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CHIEMI YORK, Individually and as
Administratrix of the Estate of KEVIN PATRICK YORK,
deceased, and on behalf of all survivors of
KEVIN PATRICK YORK,

JENNIFER TARANTINO, Individually
and as Executrix of the Estate of
KENNETH TARANTINO, deceased, and on behalf
of all survivors of KENNETH TARANTINO,

H. MICHAEL KEDEN, Individually and
as Executor of the Estate of ADAM JAY LEWIS,
deceased, and on behalf of all survivors of
ADAM JAY LEWIS,

NANCY ANN FOSTER, Individually and as
Administratrix of the Estate of NOEL JOHN FOSTER,
deceased, and on behalf of all survivors of NOEL JOHN FOSTER

              Plaintiffs,

      -against-

**AL QAEDA ISLAMIC ARMY;**
EGYPTIAN ISLAMIC JIHAD;
OSAMA BIN LADEN, a/k/a USAMA BIN LADEN, a/k/a ABU ABDULLAH,
   a/k/a MUJAHID SHAYKH HAIJJS, a/k/a ABDUL HAY;
ESTATE OF MUHAMMAD ATEF;
AYMAN AL ZAWAHIRI;
ABU ZUBAYDH;
SAIF AL ADEL;
KHALID SHEIKH MOHAMMED;
ABDULLAH AHMED ABDULLAH;
ESTATE OF ABU HAFS, a/k/a KHALED AL SHANGUITI,
   a/k/a MAFUZ OULD AL WALID, a/k/a THE MAURITANIAN;
ESTATE OF ABU SALAH AL-YEMENI;
ESTATE OF ABU JAFFER AL-JAZIRI, a/k/a OMAR CHEBBANI;
MUHSIN MUSA MATWALLI ATWAY;
ANAS AL LIBY;
IBN AL-SHAYKH AL-LIBI;
FAZUL ABDULLAH MOHAMMED;
AHMED MOHAMED HAMED ALI;
MOHAMED SULEIMAN AL NALFI;

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03-22-04

MDL No. 1570

**This Document Relates to
03 CV 5493 (RCC)**

<u>**NOTICE OF DISMISSAL**</u>


RECEIVED
MAR 1 8 2004
CHAMBERS OF
RICHARD CONWAY CASEY
U.S.D.J.

MUSTAFA MOHAMED FADHIL;
AHMED KHALFAN GHAILANI;
FAHID MOHAMMED ALLY MSALAM;
SHEIKH AHMED SALIM SWEDAN;
MUHAMMAD ABU-ISLAM;
ABDULLAH QASSIM;
RAMZI BIN AL-SHIBB;
HASHIM ABDULRAHMAN;
MUSTAFA AHMED AL-HAWSAWI, a/k/a SHAYKH SAI'ID;
ABDULLAH AZZAM;
JAMAL AL-BADAWI;
MOHAMMED OMAR AL-HARAZI;
WALID AL-SOUROURI;
FATHA ADBUL RAHMAN;
YASSER AL-AZZANI;
JAMAL BAKHORSH;
AHMAD AL-SHINNI;
RAED HIJAZI;
JAMIL QASIM SAEED;
ABU ABDUL RAHMAN;
MOHAMED BAYAZID;

*(Terrorist Hijackers)*
THE ESTATE OF MARWAN ALSHEHHI;
THE ESTATE OF FAYEZ AHMED;
THE ESTATE OF AHMED AL GHAMDI;
THE ESTATE OF HAMZA AL GHAMDI;
THE ESTATE OF MOHALD AL SHEHRI;
THE ESTATE OF SATAM M. A. AL SUQAMI;
THE ESTATE OF ABDULAZIZ AL OMARI;
THE ESTATE OF WALEED M. AL SHEHRI;
THE ESTATE OF WAIL AL SHEHRI;
THE ESTATE OF MOHAMMED ATTA;
THE ESTATE OF KHALID AL MIDHAR;
THE ESTATE OF HAWAF AL HAZMI;
THE ESTATE OF HANI HANJOUR;
THE ESTATE OF SALEM AL HAZMI;
THE ESTATE OF MAJED MOQED;
THE ESTATE OF ZIAD SAMIR JARRAH;
THE ESTATE OF AHMED IBRAHIM A. AL HAZNAWI;
THE ESTATE OF SAEED AL GHAMDI;
THE ESTATE OF AHMED AL NAMI;
ZACARIAS MOUSSAOUI;

**THE TALIBAN**;
MUHAMMAD OMAR;

**THE REPUBLIC OF IRAQ;**
IRAQI INTELLIGENCE AGENCY, a/k/a THE MUKHABARAT,
   a/k/a THE FEDAYEEN, a/k/a AL QARE, a/k/a UNIT 999,
   a/k/a M-8 SPECIAL OPERATIONS;
SADDAM HUSSEIN;
QUSAY HUSSEIN;
UDAY HUSSEIN;
TAHA YASSIN RAMADAN;
MUHAMMED MAHDI SALAH;
FARUQ AL-HIJAZI;
SALAH SULEIMAN;
AHMED KHALIL IBRAHIM SAMIR AL-ANI;
HABIB FARIS ABDULLAH AL-MAMOURI;
ABDEL HUSSEIN, a/k/a THE GHOST;
HAQI ISMAIL;
TAHA AL ALWANI;
ABU AGAB;
ABU WA'EL;

*(Co-Conspirators)*

ADVICE AND REFORMATION COMMITTEE;
AFGHAN SUPPORT COMMITTEE (ASC);
AFRICAN MUSLIM AGENCY;
AL BARAKA INVESTMENT AND DEVELOPMENT CORPORATION,
   a/k/a AL BARAKA BANK, a/k/a DALLAH ALBARAKA GROUP, LLC;
AL BARAKAAT EXCHANGE LLC, a/k/a AL-BARAKAAT BANK,
   a/k/a AL-BARAKAAT GROUP;
AL-HIJRAH CONSTRUCTION & DEVELOPMENT LTD;
AL-HARAMAIN ISLAMIC FOUNDATION, INC., a/k/a AL-HARAMAIN ISLAMIC
FOUNDATION, a/k/a ISLAMIC AL-HARAMAIN;
AL HARAMAIN FOUNDATION, a/k/a AL HARAMAIN;
AL KHALEEJIA FOR EXPORT PROMOTION AND MARKETING COMPANY;
AL RAJHI BANKING AND INVESTMENT, a/k/a AL RAJHI BANK;
AL RASHID TRUST;
AL SHAMAL ISLAMIC BANK, a/k/a SHAMEL BANK, a/k/a BANK EL SHAMAR;
AL TAQWA BANK;
AL TAQWA MANAGEMENT ORGANIZATION SA;
AL TAQWA TRADE, PROPERTY AND INDUSTRY, LTD;
ARADI, INC.;
ASAT TRUST REG.;
BENEVOLENCE INTERNATIONAL FOUNDATION;
   a/k/a AL BIR AL DAWALIA, a/k/a AL BIR SOCIETY ORGANIZATION;
BENEVOLENCE INTERNATIONAL FOUNDATION – USA;
BENEVOLENCE INTERNATIONAL FOUNDATION – CANADA;
FAISAL ISLAMIC BANK;

GLOBAL DIAMOND RESOURCES, INC.
GLOBAL RELIEF FOUNDATION, INC.;
GROVE CORPORATE, INC.;
HERITAGE EDUCATION TRUST;
INTERNATIONAL DEVELOPMENT FOUNDATION;
INTERNATIONAL INSTITUTE OF ISLAMIC THOUGHT;
ISLAMIC ARMY FOR THE LIBERATION OF HOLY PLACES;
ISLAMIC CULTURAL INSTITUTE OF MILAN;
INTERNATIONAL ISLAMIC RELIEF ORGANIZATION,
    a/k/a ISLAMIC RELIEF ORGANIZATION,
    a/k/a INTERNATIONAL RELIEF ORGANIZATION,
    a/k/a SUCCESS FOUNDATION;
MAR-JAC INVESTMENTS, INC.;
MAR-JAC POULTRY, INC.;
MENA CORPORATION;
MUSLIM WORLD LEAGUE, a/k/a RABITA AL-ALAM AL-ISLAMI,
    a/k/a ISLAMIC WORLD LEAGUE;
MUSLIM WORLD LEAGUE OFFICES;
MUWAFFAW FOUNDATION;
NATIONAL COMMERCIAL BANK;
NADA MANAGEMENT ORGANIZATION SA;
RABITA TRUST;
RESTON INVESTMENTS, INC.;
SAAR FOUNDATION, a/k/a SAAR NETWORK, a/k/a SAAR INTERNATIONAL;
SAFA TRUST;
SANABEL AL KHEER, INC., a/k/a THE SANA-BELL, INC.,
    a/k/a SANABEL AL KHAIR, a/k/a SANABIL AL-KHAIR;
SAUDI BIN LADEN GROUP, a/k/a BIN LADEN CORPORATION;
SAUDI SUDANESE BANK;
SHAMAL ISLAMIC BANK;
SOMALI INTERNET COMPANY;
SOMALI NETWORK AB;
SOMALI INTERNATIONAL RELIEF ORGANIZATION (U.S.A.);
STERLING CHARITABLE GIFT;
STERLING MANAGEMENT GROUP, INC.;
SUCCESS FOUNDATION, INC.;
TABA INVESTMENTS;
TANZANITE KING;
ULEMA UNION OF AFGHANISTAN;
WADI AL AQIA;
WAFA HUMANITARIAN ORGANIZATION;
WORLD ASSEMBLY OF MUSLIM YOUTH,
    a/k/a WAMY INTERNATIONAL, INC.;
WORLD ASSOCIATION FOR MUSLIM YOUTH;
WAMY INTERNATIONAL, INC.;
YORK FOUNDATION;

YOUSEF M. NADA & CO. GESELLSCHAFT M.B.H.
ABD AL-HADI AL-IRAQI;
ABD AL-MUSHIN AL-LIBI,
ABDUL RAHMAN KHALED BIN MAHFOUZ;
ABDUL RAHMAN YASIN;
AHMAD I. NASREDDIN;
AHMED NUR ALI JUMALE a/k/a AHMED NUR ALI JIM'ALE;
AL-GAMMAAH AL ISLAMIAH,
ALBERT FRIEDRICH ARMAND HUBER, a/k/a AHMED HUBER;
ALI GHALEB HIMMAT;
DAR AL MAAL AL ISLAMI;
ENAAM M. ARNANOUT;
MOHAMED S. OMEISH;
MOHAMED MANSOUR;
MOHAMMED SALIM BIN MAHFOUZ;
MUFTI MOHAMMED RASHID, a/k/a RASHID MUHAMMAD SALAH,
ABDURAHMAN ALAMOUDI;
KHALED NOUR;
SULAIMAN AL-ALI;
ABDULLAH M. AL-MAHDI;
TAREQ M. AL-SWAIDAN;
ABDUL AL-MOSLAH;
SALAH BADAHDH;
ABDULLAH BIN SALEH AL OBAID, a/k/a ABDULLA AL OBAID,
HASSAN A.A. BAHFZALLAH;
M. YAQUB MIRZA;
HASSAN A.A. BAHAFZALLAH;
YAQUB M. MIRZA;
JAMAL BARZINI;
ABU SULAYMAN;
AHMED TOTONJI;
HISHAM AL-TALIB;
IQBAL YUNUS;
JAMAL BARZINJI;
M. OMAR ASHRAF;
MOHAMMED JAGHLIT;
MUHAMMAD ASHRAF;
TAHA JABER AL-ALWANI;
TARIK HAMDI;
YAQUB MIRZA;
SHERIF SEDKY;
AQEEL ABDUL-AZEEL AL-AQEEL;
MANSOUR AL-KADI;
SOLIMAN H.S. AL-BUTHE;
PEROUZ SEDA GHATY;
SYED SULEMAN AHMER;

ENAAM MAHMOUD ARNAOUT a/k/a ABDEL SAMIA a/k/a ABU MAHMOUD;
MAZIN M.H. BAHARETH;
ZAHIR H. KAZMI;
MUZAFFAR KHAN;
SOLIMAN J. KHUDEIRA;
JAMAL NYRABEH;
ABDULLAH BIN LADEN;
IBRAHIM S. ABDULLAH;
MOHAMMAD BIN FARIS;
DR. MAHMOUD DAKHIL;
TARIK BIN LADEN;
KHALID BIN SALIM BIN MAHFOUZ, a/k/a KHALID BIN MAHFOUZ;
ABDULRAHMAN BIN;
SALEH ABDULLAH KAMEL;
MOHAMMED AL FAISAL AL SAUD;
TURKI AL FAISAL AL SAUD;
PRINCE NAYEF IBN ABDULAZIZ AL SAUD;
PRINCE SULTAN BIN ABDULAZIZ AL SAUD;
RAHIB HADDAH;
SAFIQ AYADI;
SHEIKH ABU BDUL AZIZ NAGI;
SHEIKH ADIL GALIL BATARGY, a/k/a ADEL ABDUL JAIIL BATTERJEE;
SHAHIR ABDULRAOOF BATTERJEE;
SULAIMAN BIN ABDUL AZIZ AL RAJHI; a/k/a SULEIMAN ABDEL
    AZIZ AL RAJHI;
SALEH ABDUL AZIZ AL RAJHI;
YOUSEF M. NADA;
YUSAF AHMED ALI;
ABDULLAH SULAIMAN AL-RAJHI;
KHALID SULAIMAN AL-RAJHI;
YASSIN ABDULLAH AL KADI;
MOHAMMAD JAMAL AL KHALIFA, a/k/a MOHAMMED JAMAL KHALIFA,
ADEL ABDUL JALIL BATTERJEE;
AQUEEL AL-AQUEEL;
ABDUL RAHMAN AL SWAILEM;
WA'EL HAMZA JALAIDAN;
ABDULLAH OMAR NASEEF;

**THE REPUBLIC OF SUDAN;**

                            Defendants.
-----------------------------------------------------------------X

       In accordance with the provisions of Federal Rules of Civil Procedure, Rule 41(a)(1)(i), the

aforementioned plaintiffs hereby voluntarily dismiss the within action without prejudice. No answer

or motion for summary judgment has been served or filed by the defendants.  Claims brought on

behalf of each of the aforementioned plaintiffs in their individual and representative capacities were

included in the *Ashton* Third Amended Complaint filed  in this Court on September 5, 2003 as well

as the *Ashton* Fourth Amended Complaint filed in this Court on March 10, 2004, rendering the

within action duplicative.

Dated: New York, New York
      March 16, 2004

                                 BAUMEISTER & SAMUELS, P.C.
                                 Attorneys for Plaintiffs

                                 By:
                                      Dorothea M. Capone (DC 8582)

                                 One Exchange Plaza
                                 New York, New York 10006
                                 (212) 363-1200

**SO ORDERED:**

3/22/04   *Richard Conway Casey*
                **U.S.D.J.**

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2004, a true and correct copy of annexed Notice of

Voluntary Dismissal was served via facsimile on the addressees on the attached Service List.

Dorothea M. Capone

# MDL 1570 - In re: September 11th, 2001 Terrorist Attacks
## Service List - Defense Counsel

MARTIN F. McMAHON & ASSOCIATES
1150 Connecticut Avenue, N.W., Suite 900
Washington, DC  20036
Tel:  (202) 862-4343
Fax:  (202) 828-4130
*Counsel for Saleh Abdullah Kamei and Al Baraka Investment & Development Corp.*


GORDON & SIMMONS, LLC
131 West Patrick Street
P.O. Box 430
Frederick, MD  21705-0430
Tel:  (301) 662-9122
Fax:  (301) 698-0392
*Counsel for Zahir H. Kazmi*


BERNABEI & KATZ, PLLC
1773 T Street, N.W.
Washington, DC  20009-7139
Tel:  (202) 745-1942
Fax:  (202) 745-2627
*Counsel for Al Haramain Islamic Foundation, Inc.;*
*Soliman H.S. Al-Buthi; and Soliman J. Khuderia*


WHITE & CASE, LLP
601 13th Street, N.W.
Washington, DC  20005-3807
Tel:  (202) 626-3600
Fax:  (202) 639-9355
*Counsel for Al Rajhi Banking & Investment Corporation*


HANANIA, KHEDER & NAWASH
6066 Leesburg Pike, Suite 101
Falls Church, VA  22041
Tel:  (703) 778-2400
Fax:  (703) 778-2407
*Counsel for Abdul Rahman Al-Amoudi; World Assembly*
*of Muslim Youth; Tarik Hamdi; and Mohammed Hussein Al-Amoudi*

GRAY CARY WARE & FREIDENRICH LLP
1625 Massachusetts Avenue, N.W., Suite 300
Washington, DC 20036
Tel: (202) 238-7700
Fax: (202) 238-7701
*Counsel for African Muslim Agency; Heritage Education
Trust; International Institute of Islamic Thought;
Mar-Jac Investments, Inc.; Reston Investments, Inc.;
SAFA Trust; and York Foundation*


KING & SPALDING LLP
1730 Pennsylvania Avenue, N.W.
Washington, DC 20006
Tel: (202) 626-5523
Fax: (202) 626-3737
*Counsel for Arab Bank PLC*


BONNER, KIERNAN, TREBACH AND CROCIATA
1250 Eye Street, N.W.
Washington, DC 20005
Tel: (202) 712-7000
Fax: (202) 712-7100
*Counsel for Khalid Bin Salim Bin Mahfouz*


BECKER, HADEED, KELLOGG & BERRY
5501 Backlick Road, Suite 220
Springfield, VA 22151
Tel: (703) 333-3224
Fax: (703) 256-5431
*Counsel for Muslim World League Offices – NY;
Success Foundation, Inc.; Mohamed S. Omeish;
Muslim Work League; and Al Haramain Islamic Foundation, Inc.*


BAKER BOTTS LLP
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Tel: (202) 639-7700
Fax: (202) 639-7890
*Counsel for Prince Sultan Bin Abdulaziz Al-Saud;
Khaled Bin Mahfouz; Bakr M. Bin Laden; and
Omar M. Bin Laden*

WILMER CUTLER PICKERING LLP
1600 Tysons Boulevard, 10th Floor
McLean, VA  22102
Tel:  (703) 251-9700
Fax:  (703) 251-9797
*Counsel for Prince Mohamed Al Faisal Al Saud*


GILLEN PARKER & WITHERS LLC
3490 Piedmont Road, N.W.
One Securities Centre, Suite 1050
Atlanta, GA  30305-1743
Tel:  (404) 842-9700
Fax:  (404) 842-9750
*Counsel for Mar-Jac Poultry, Inc.*


KELLOGG, HUBER, HANSEN, TODD & EVANS, P.L.L.C.
1615 M Street, N.W., Suite 400
Summer Square
Washington, DC  20036-3209
Tel:  (202) 326-7900
Fax:  (202) 326-7999
*Counsel for Prince Turki Al-Faisal Bin Abdulaziz Al-Saud*


FULBRIGHT & JAWORSKI, LLP
801 Pennsylvania Avenue, N.W.
Washington, DC  20004
Tel:  (202) 662-4659
Fax:  (202) 662-4643
*Counsel for Nimir Petroleum, LLC*


McDERMOTT, WILL & EMERY
600 13th Street, N.W.
Washington, DC  20005-3096
Tel:  (202) 756-8000
Fax:  (202) 756-8087
*Counsel for Yassin Abdullah Al Kadi and Yousef Jameel*


JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC  20001
Tel:  (202) 879-3939
Fax:  (202) 626-1700
*Counsel for Saudi Binladin Group*

PATTON BOGGS LLP
2550 M Street, N.W.
Washington, DC  20037
Tel:  (202) 457-6000
Fax:  (202) 457-6315
*Counsel for National Commercial Bank*


SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY  10022-6069
Tel:  (212) 848-4000
Fax:  (212) 848-7179
*Counsel for Saudi American Bank*


STEPTOE & JOHNSON L.L.P.
1330 Connecticut Avenue, N.W.
Washington, DC  20036
Tel:  (202) 429-3000
Fax:  (202) 429-3902
*Counsel for Mohammad Bin Abdullah Aljomaih*


WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, DC  20005
Tel:  (202)434-5000
Fax:  (202) 434-5245
*Counsel for Abdul Rahman Bin Kahlid Bin Mafouz*


JOSHUA L. DRATEL, P.C.
14 Wall Street, 28th Floor
New York, NY  10005
Tel:  (212) 732-0707
Fax:  (212) 571-6341
*Counsel for Sami Omar Al-Hussayem*


GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036
Tel:  (202) 955-8213
Fax:  (202) 530-9566
*Counsel for Salamiddin Abduljawad*

PATTON BOGGS LLP
2550 M Street, N.W.
Washington, DC  20037
Tel:  (202) 457-6000
Fax:  (202) 457-6315
*Counsel for National Commercial Bank*


SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY  10022-6069
Tel:  (212) 848-4000
Fax:  (212) 848-7179
*Counsel for Saudi American Bank*


STEPTOE & JOHNSON L.L.P.
1330 Connecticut Avenue, N.W.
Washington, DC  20036
Tel:  (202) 429-3000
Fax:  (202) 429-3902
*Counsel for Mohammad Bin Abdullah Aljomaih*


WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, DC  20005
Tel:  (202)434-5000
Fax:  (202) 434-5245
*Counsel for Abdul Rahman Bin Kahlid Bin Mafouz*


JOSHUA L. DRATEL, P.C.
14 Wall Street, 28th Floor
New York, NY  10005
Tel:  (212) 732-0707
Fax:  (212) 571-6341
*Counsel for Sami Omar Al-Hussayem*


GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036
Tel:  (202) 955-8213
Fax:  (202) 530-9566
*Counsel for Salamiddin Abduljawad*

DRINKLER BIDDLE & REATH LLP
1500 K Street, N.W., Suite 1100
Washington, DC  20005-1209
Tel:  (202) 842-8800
Fax:  (202) 842-8465
*Counsel for Delta Oil Company, Ltd.*


THE IRAQI INTEREST SECTION
c/o The Algerian Embassy
2137 Wyoming Avenue, N.W.
Washington, DC  20008
Tel:  (202) 265-2800
Fax:  (202) 667-2174
*Counsel for The Republic of Iraq; Saddam Hussein;*
*Iraqi Ministry of Finance; Iraqi Ministry of Oil;*
*Iraqi Intelligence Service; Qusai Hussein;*
*Iraqi Ministry of Defense*


THE IRANIAN INTEREST SECTION
c/o The Embassy of Pakistan
3517 International Court, N.W.
Washington, DC  20008
Tel:  (202) 243-6500
Fax:  (202) 686-1534
*Counsel for The Islamic Republic of Iran; Ayatollah*
*Ali Hoseini-Khamenei; The Islamic Revoluntionary*
*Guard Corps; Hezbollah; Iranian Ministry of Defense*
*and Armed Forces Logistics; Iranian Ministry of*
*Petroleum; Iranian Ministry of Economic Affairs and*
*Finance; Iranian Ministry of Information Security*

BRYAN CAVE, LLP
700 Thirteenth Street N.W.
Washington, DC  20005-3960
Tel:  (202) 508-6000
Fax:  (202) 508-6200
*Counsel for Kingdom of Saudia Arabia*

DUTTON & DUTTON, P.C.
5017 Tilden St., N.W.
Washington, DC 20016
Tel:  (202) 686-3500
Fax:  (202) 966-6621
*Counsel for Kingdom of Saudia Arabia?*

THE DONTZIN LAW FIRM
6 East 81st Street
New York, NY 10028
Tel: (212) 717-2900
Fax: (212) 717-8088
*Counsel for Kingdom of Saudia Arabia*?