
MEMO ENDORSED

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

IN RE TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

Civil Action No.
03 MDL 1570 (RCC)

------------------------------------x

This document relates to:

*Thomas E. Burnett, Sr., et al. vs. Al Baraka Investment and Development Corp., et al.*
03 CV 9849 (RCC)

*Thomas E. Burnett, Sr., et al. vs. Al Baraka Investment and Development Corp., et al.*
03 CV 5738 (RCC)

## MEMO ENDORSED



------------------------------------x

## MOTION FOR ADMISSION *PRO HAC VICE*

PLEASE TAKE NOTICE that, upon the annexed Affidavits, Certificates of Good Standing and Proposed Order, Plaintiffs hereby move this Court for an Order pursuant to Local Civil Rule 1.3(c) admitting Ronald L. Motley, Jodi Westbrook Flowers, Donald A. Migliori, and Jeffrey S. Thompson *pro hac vice* to appear as counsel for the Plaintiffs.

Dated: March 15, 2004

Respectfully submitted,

HANLY CONROY BIERSTEIN
& SHERIDAN LLP

Paul J. Hanly, Jr. (PH-5486)
Jayne Conroy (JC-8611)
Andrea Bierstein (AB-4618)
415 Madison Avenue
New York, NY 10017-1111
Tel: (212) 401-7600

Counsel for Plaintiffs

*Application granted.*

[signed] Richard [Conway Casey]  3/28/04
U.S. DISTRICT COURT FILED MAR 22 2004 S.D.N.Y.

MICROFILM MAR 2 2 2004 -12:00 PM