UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------:
In re: TERRORIST ATTACKS OF
SEPTEMBER 11, 2001
-----------------------------------------------------------:
This document relates to:

THOMAS BURNETT, et al.

v.

AL BARAKA INVESTMENT &
DEVELOPMENT CORP., et. al.
-----------------------------------------------------------:

03 MDL No. 1570 (RCC) FILE IN

03 CV 9849 (RCC)

### ORDER FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

Richard Conway Casey, U.S.D.J.

Please take notice, that pursuant to Rule 1.3(c) of the Local Rules of this Court, the motion for an order admitting ROGER E. WARIN *pro hac vice* as counsel for defendant Mohammad Abdullah Aljomiah for the purposes of the above-captioned cases is hereby GRANTED.

Dated: New York, New York
       March 26, 2004

SO ORDERED

_____
Richard Conway Casey, U.S.D.J.