UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

IN RE TERRORIST ATTACKS ON      Civil Action No.
SEPTEMBER 11, 2001      03 MDL 1570 (RCC)

-------------------------------------------------------x

This document relates to:

*Thomas E. Burnett, Sr., et al. vs. Al Baraka
Investment and Development Corp., et al.*
03 CV 9849 (RCC)

*Thomas E. Burnett, Sr., et al. vs. Al Baraka
Investment and Development Corp., et al.*
03 CV 5738 (RCC)

## [PROPOSED] ORDER ADMITTING COUNSEL *PRO HAC VICE*

Upon consideration of the Motion for Admission *Pro Hac Vice* of Elizabeth Smith, dated March 18, 2004, and of Robert T. Haefele, dated March 18, 2004 and the accompanying Affidavit of Elizabeth Smith, sworn to on March 18, 2004 and Robert T. Haefele, sworn to on March 18, 2004, it is hereby:

**ORDERED** that, pursuant to Local Civil Rule 1.3(c) of the Local Rules of this Court, Elizabeth Smith and Robert T. Haefele are hereby admitted *pro hac vice* to the bar of this Court for the purpose of representing plaintiffs in the above-captioned proceeding and consolidated cases.



_____
United States District Judge

Dated: March 26, 2004