<u>CERTIFICATE OF SERVICE</u>

   I, Sarah S. Normand, an Assistant United States Attorney for the Southern District of New York, hereby certify that on March 26, 2004, I caused a copy of the Statement of Interest of the United States of America in Opposition to Plaintiffs' Motions to Authorize Alternative Means of Service of Process on Defendants Alleged to Be in United States Custody to be served, by Federal Express, upon the counsel listed on the annexed Service List.

Dated: New York, New York
    March 29, 2004

                <u>s/ Sarah S. Normand</u>
                SARAH S. NORMAND (SN-2834)
                Assistant United States Attorney
                Telephone:  (212) 637-2709
                Facsimile:  (212) 637-2717

<u>Service List</u>

Douglas B. Fox, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

Michael J. Guzman, Esq.
Kellogg, Huber, Hansen, Todd & Evans, LLC
1615 M Street, NW
Summer Square, Suite 400
Washington, DC 20036-3209

Louis R. Cohen, Esq.
Wilmer, Cutler & Pickering
2445 M St., NW
Washington, DC 20037-1420

Wilmer Parker, Esq.
Gillen Parker & Withers, LLC
One Securities Centre, Suite 1050
3490 Piedmont Rd., NE
Atlanta, GA 30305

Christopher R. Cooper, Esq.
Baker Botts, LLP
The Warner
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400