UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

In re Terrorist Attacks on September 11, 2001     :     03 MD 1570 (RCC)

-------------------------------------------------------------- x

This Document Relates To:     :     03 CV 9849 (RCC)

THOMAS BURNETT, SR., et al.,     :     <u>ORDER</u>

               Plaintiffs,

v.

AL BARAKA INVESTMENT AND
DEVELOPMENT CORPORATION, et al.,

               Defendants.

-------------------------------------------------------------- x

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 3-31-04]

     Upon consideration of the request by Shearman & Sterling LLP, attorneys for defendant Saudi American Bank, to remove Jonathan L. Greenblatt as one of the attorneys of record for defendant Saudi American Bank in this case, and good cause having been shown,

     It is hereby ORDERED that Jonathan L. Greenblatt of Shearman & Sterling LLP is RELIEVED as one of the attorneys of record for defendant Saudi American Bank, and

     It is FURTHER ORDERED that defendant Saudi American Bank shall continue to be represented in this matter by counsel of record Henry Weisburg and Brian H. Polovoy of the New York office of Shearman & Sterling LLP.

Dated: __March 30__, 2004

                                                                  /s/ Richard Conway Casey
                                                                   U.S.D.J.