UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                              MDL No. 1570 (RCC)
IN RE TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

------------------------------------------------------------x     **MEMO ENDORSED**

## MOTION FOR ADMISSION *PRO HAC VICE*

PLEASE TAKE NOTICE that, on the basis of the annexed Affidavits with exhibits, the undersigned moves this Court for an order pursuant to Local Civil Rule 1.3(c) admitting Martin F. McMahon and Christopher R. Smith to appear as counsel for Defendants Al Baraka Investment & Development Corp., Saleh Abdullah Kamel, Omar Abdullah Kamel, Rabita Trust, Wa'el Jaladain, Muslim World League, and International Islamic Relief Organization.

Dated: March 2, 2004

*Application granted.*

3/29/04 *Richard [signature]*

Respectfully Submitted,

By: _____
Stephanie W. Fell (SF2474)
Martin McMahon & Associates
1150 Connecticut Ave., N.W.
Suite 900
Washington, D.C. 20036
(202) 862-4343
(202) 862-4302 (fax)

*Counsel for Defendants Al Baraka
Investment & Development Corp., Saleh
Abdullah Kamel, Omar Abdullah Kamel,
Rabit Trust, Wa'el Jaladain, Muslim World
League, and International Islamic Relief
Organization*

U.S. DISTRICT COURT FILED MAR 29 2004 S.D. OF N.Y.