

ECF

Felice B. Galant (FG-5484)
FULBRIGHT & JAWORSKI L.L.P.
Attorneys for Nimir Petroleum Limited
666 Fifth Avenue
New York, New York 10103
Tel. No.: (212) 318-3000
Fax No.: (212) 318-3400

ORIGINAL

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

IN RE: TERRORIST ATTACKS ON
SEPTEMBER 11, 2001.

MDL NO. 1570 (RCC)

This document relates to:

THOMAS BURNETT, et al.,

03 CV 5738 (RCC)

v.

AL BARAKA INVESTMENT &
DEVELOPMENT CORP., ET AL.,

## NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE*

PLEASE TAKE NOTICE, that upon the annexed Affidavit of Felice B. Galant, sworn to March 15, 2004 and the exhibit attached thereto, Nimir Petroleum Limited and Fulbright & Jaworski L.L.P. hereby move before the Honorable Richard C. Casey of the United States District Court for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York, 10007, for an Order, pursuant to Rule 1.3(c) of the Local Rules of the Southern District of New York, admitting Matthew H. Kirtland, to act as counsel in the above-captioned proceeding on behalf of Nimir Petroleum Limited in this Court.

Dated: New York, New York
       March 15, 2004

30065555.1

Respectfully submitted,

FULBRIGHT & JAWORSKI L.L.P.
Attorneys for Nimir Petroleum Limited

By: _____
Felice B. Galant (FG-5484)
666 Fifth Avenue
New York, New York 10103
(212) 318-3000

Felice B. Galant (FG-5484)
FULBRIGHT & JAWORSKI L.L.P.
Attorneys for Fairchild Holding Corp.
666 Fifth Avenue
New York, New York 10103
Tel. No.: (212) 318-3000
Fax No.: (212) 318-3400

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001. | **MDL NO. 1570 (RCC)** |
| This document relates to: | |
| THOMAS BURNETT, et al., | 03 CV 5738 (RCC) |
| v. | |
| AL BARAKA INVESTMENT & DEVELOPMENT CORP., ET AL., | |

## AFFIDAVIT IN SUPPORT OF *PRO HAC VICE* MOTION

STATE OF NEW YORK  )
                   )  :ss:
COUNTY OF NEW YORK )

FELICE B. GALANT, being duly sworn, deposes and says:

1. I am an attorney with the firm of Fulbright & Jaworski L.L.P., attorneys for Nimir Petroleum Limited ("Nimir"). I have been a member of the Bar of this Court since 1992. I submit this affidavit in support of Nimir's application to permit Matthew H. Kirtland, an attorney with Fulbright & Jaworski L.L.P., resident in its Washington, DC office, to act as counsel, *pro hac vice*, pursuant to Local Civil Rule 1.3(c), to Nimir in the above-captioned proceeding pending in this Court.

2.	I apply for the admission *pro hac vice* of Matthew H. Kirtland, a member in good standing of the Bar of the United States District Court for the District of Columbia. A Certificate attesting to his good standing with the District of Columbia Bar is attached hereto as Exhibit A.

3.	A proposed Order is submitted with the motion for the convenience of the Court.

WHEREFORE, I apply for the admission of Matthew H. Kirtland to the Bar of this Court to act as counsel for Nimir in the above-captioned proceeding pending in this Court.

_____
Felice Galant (FG-5484)

Sworn to before me this
15TH day of March, 2004

_____
Notary Public

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON**, Clerk of the United States District Court for the District of Columbia, do hereby certify that:

## MATTHEW H. KIRTLAND

was, on the __19th__ day of __January__ A.D. __1999__ admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this __15th__ day of __March__, A.D. 2004.



**NANCY M. MAYER-WHITTINGTON, CLERK**

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001.

MDL NO. 1570 (RCC)

This document relates to:

THOMAS BURNETT, et al.,

v.

AL BARAKA INVESTMENT & DEVELOPMENT CORP., ET AL.,

03 CV 5738 (RCC)

---

### ORDER GRANTING ADMISSION PRO HAC VICE

Upon the motion of Nimir Petroleum Limited and Felice B. Galant, Esq. of Fulbright & Jaworski L.L.P., and the Certificate of Good Standing of the applicant for admission to this Court,

IT IS HEREBY ORDERED that Matthew H. Kirtland of Fulbright & Jaworski L.L.P., upon payment of the requisite fee to the Clerk of the Court, be admitted to practice *pro hac vice* before this Court in the above-captioned proceeding on behalf of Nimir Petroleum Limited.

_____
United States District Judge

Dated: New York, New York
       March ___, 2004

30665555.1

## CERTIFICATE OF SERVICE

I, Felice B. Galant, certify that I caused to be served a copy of the within Motion for Admission of Counsel Pro Hac Vice, via facsimile on all counsel of record on the attached Facsimile Service List.

                                                                      Felice B. Galant

Dated: New York, New York
         March 15, 2004

## FULBRIGHT & JAWORSKI L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
801 PENNSYLVANIA AVENUE, N.W
WASHINGTON, D.C. 20004-2623
WWW.FULBRIGHT.COM

### CERTIFICATE OF SERVICE LIST

| RECIPIENT(S): | COMPANY | FAX NO.: | PHONE NO.: |
|---|---|---|---|
| James P. Kreindler | Kreindler & Kreindler | 212-972-9432 | 212-687-8181 |
| Kenneth P. Nolan | Speiser, Krause, Nolan & Granito | 212-953-6483 | 212-661-0011 |
| Michael F. Baumeister | Baumeister & Samuels, P.C. | 212-363-1346 | 212-363-1200 |
| Jonathan C. Reiter | Broder & Reiter | 212-268-5297 | 212-736-0979 |
| Louis R. Cohen | Wilmer Cutler Pickering LLP | 202-663-6363 | 202-663-6700 |
| Nicole Erb | White & Case, LLP | 202-639-9355 | 202-626-3600 |
| Ronald S. Liebman | Patton Boggs LLP | 202-457-6315 | 202-457-6000 |
| Henry Weisburg | Shearman & Sterling LLp | 212-848-7179 | 212-848-4000 |
| Donald J. Nolan | Nolan Law Group | 312-630-4011 | |
| Stephen J. Brogan | Jones Day | 202-626-1700 | |
| Ronald L. Motley | Motley Rice LLC | 843-216-9539 | |
| Larry Klayman | Judicial Watch | 202-646-5199 | |
| Willaim H. Jeffress | Baker Botts LLp | 202-639-7890 | |
| Michael Hadeed | Becker, Hadeed, Kellog & Berry, PC | 703-256-5431 | |
| Lynn A. Bernabei | Bernabei & Katz, PLLC | 202-745-2627 | |
| Matthew H. Simmons | Gordon & Simmons | 301-698-0392 | 301-662-9122 |
| Mark C. Hansen | Kellogg, Huber, Hansen Todd & Evans, PLLC | 202-326-7999 | 202-326-7900 |
| Maher H. Hanania | Hanania, Khader & Nawash | 703-778-2407 | |
| Nancy Lugue | Lugue Sheinbach LLP | 202-238-7701 | |
| Richard T. Marooney | King & Spalding LLP | 212-556-2222 | |
| Martin F. McMahon | Law Offices of Martin F. McMahon | 202-828-4130 | |
| Thomas E. Mellon, Jr. | Mellon, Webster & Shelly | 215-348-0171 | |
| David O'Brien | J.D. O'Brien Law Office | 212-571-6166 | |
| Wilmer Parker | Gillen, Parker & Withers LLC | 404-842-9750 | |
| Roger E. Warin | Steptoe & Johnson LLP | 202-429-3902 | |
| Thomas C. Viles | Williams & Connolly | 202-434-5245 | |
| Edward H. Rubenstone | Groen, Lamm, Goldberg & Rubenstone | 215-638-2867 | |
| William N. Riley | Young, Riley, Dudley & DeBrota LLP | 317-848-7831 | |
| Richard D. Burbidge | Burbidge & Mitchell | 801-355-2341 | |
| Harry Huge | | 202-624-7222 | |
| Don Howarth | Howarth & Smith | 213-622-0791 | |
| J.D. Lee | David C. Lee | 865-544-0536 | |
| Donald J. Winder | Winder & Haslam, PC | 801-322-2282 | |
| Allan Gerson | | 202-966-8557 | |
| John D'Amato | Russo Scarnadella & D'Amato | 718-816-8037 | |