| | | | | |
|---|---|---|---|---|
| DAVID POVICH | PHILIP J. WARD | | DAVID C. KIERNAN | THOMAS G. HENTOFF |
| STEVEN M. UMIN | F. WHITTEN PETERS | LAW OFFICES | LON E. MUSSLEWHITE | KUMIKI GIBSON |
| JOHN W. VARDAMAN | JAMES A. BRUTON, III | | ROBIN E. JACOBSOHN | PAUL B. GAFFNEY |
| PAUL MARTIN WOLFF | PETER J. KAHN | WILLIAMS & CONNOLLY LLP | HEIDI K. HUBBARD | EMMET T. FLOOD |
| J. ALAN GALBRAITH | JUDITH A. MILLER | | GLENN J. PFADENHAUER | ROBERT A. VAN KIRK |
| JOHN G. KESTER | LON S. BABBY | 725 TWELFTH STREET, N.W. | GEORGE A. BORDEN | MARCIE R. ZIEGLER |
| WILLIAM E. McDANIELS | MICHAEL S. SUNDERMEYER | | ROBERT J. SHAUGHNESSY | KENNETH C. SMURZYNSKI |
| BRENDAN V. SULLIVAN, JR | JAMES T. FULLER, III | WASHINGTON, D. C. 20005-5901 | JONATHAN P. GRAHAM | JOHN E. SCHMIDTLEIN |
| RICHARD M. COOPER | BRUCE R. GENDERSON | | DAVID S. BLATT | SUZANNE H. WOODS |
| GERALD A. FEFFER | CAROLYN H. WILLIAMS | | ARI S. ZYMELMAN | CRAIG D. SINGER |
| ROBERT P. WATKINS | F. LANE HEARD III | (202) 434-5000 | DANE H. BUTSWINKAS | JAMES L. TANNER, JR |
| JERRY L. SHULMAN | STEVEN R. KUNEY | | LAURIE S. FULTON | J. ANDREW KEYES |
| LEWIS H. FERGUSON, III | GERSON A. ZWEIFACH | | DENNIS M. BLACK | GILBERT O. GREENMAN |
| ROBERT B. BARNETT | PAUL MOGIN | FAX (202) 434-5029 | PHILIP A. SECHLER | M. ELAINE HORN |
| DAVID E. KENDALL | HOWARD W. GUTMAN | | LYNDA SCHULER | ENU MAINIGI |
| GREGORY B. CRAIG | STEVEN K. STEINBACH | www.wc.com | PAUL K. DUEFFERT | MICHAEL F. O'CONNOR |
| JOHN J. BUCKLEY, JR | MARK S. LEVINSTEIN | | R. HACKNEY WIEGMANN | |
| TERRENCE O'DONNELL | MARY G. CLARK | EDWARD BENNETT WILLIAMS (1920-1988) | ROBERT M. CARY | OF COUNSEL |
| DOUGLAS R. MARVIN | VICTORIA RADD ROLLINS | PAUL R. CONNOLLY (1922-1978) | KEVIN M. HODGES | VINCENT J. FULLER |
| JOHN K. VILLA | DANIEL F. KATZ | | DAVID M. ZINN | RAYMOND W. BERGAN |
| BARRY S. SIMON | WILLIAM R. MURRAY, JR | | JOSEPH G. PETROSINELLI | JEREMIAH C. COLLINS |
| KEVIN T. BAINE | EVA PETKO ESBER | | STEVEN M. FARINA | AUBREY M. DANIEL, III |
| STEPHEN L. URBANCZYK | STEPHEN D. RABER | | KEVIN M. DOWNEY | ROBERT M. KRASNE |

March 18, 2004



**VIA FEDERAL EXPRESS**
The Honorable Richard C. Casey
United States District Court for the
 Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

### In re Terrorist Attack on September 11, 2001,
### 03 MDL 1570 (RCC) (all cases)

Dear Judge Casey:

    I write to report to Your Honor, and, by copy, to J. Michael McMahon, Esquire, Clerk of Court, that pursuant to the Court's Case Management Order No. 1 of March 3, 2004, my firm has been able to contact all attorneys who, we understand, represent clients in the above matters. We have received responses from all but a handful of them, and we have been able to gather email addresses from most of them. Attached hereto as Exhibit A is a list of email addresses (and other contact information) for attorneys participating in one or more of the consolidated or related cases.

    The following comments explain why email addresses for some attorneys do not appear on the Exhibit A list.

    a. <u>No further involvement</u>. The following attorneys, offices, and firms have communicated to us that they are no longer actively involved in these matters, and asked to be removed from the list: (1) attorneys of the firm of Armstrong, Donohue, Ceppos & Vaughn, of Rockville, Maryland; (2) George R. Blakey, Esq., of Notre Dame Law School, Indiana; (3) attorneys in the Washington, D.C., Office of King & Spalding—but <u>not</u> attorneys in the New York City Office; (4) attorneys in the Washington, D.C., Office of Shearman & Sterling LLP—but <u>not</u> attorneys in the

WILLIAMS & CONNOLLY LLP
The Honorable Richard C. Casey
March 18, 2004
Page 2

New York City Office; (5) attorneys of the firm of Stein, Mitchell & Mezines LLP, of Washington, D.C.; and (6) attorneys of the firm of Stetler and Duffy Ltd., of Chicago, Illinois.

b. <u>Decline to receive materials in these matters</u>. My firm has received telephone calls from (1) the Embassy of Pakistan, Washington, D.C. (listed as the address for the Iranian Interests Section and various Iranian defendants); and (2) the Algerian Embassy, Washington, D.C. (listed as the address for the Iraqi Interests Section and various Iraqi defendants). Personnel in both embassies stated that they no longer receive communications and filings in these cases, and requested us to stop delivering them.

c. <u>Responding attorney who declined to give email address</u>. Michael McManus, Esq., of Drinker Biddle & Reath LLP, of Philadelphia, Pennsylvania, informed my firm that he declined to give us an email address, on the grounds that the defendant whom he represents has yet to be served.[1] We do include an email address for him in Exhibit A, for the sake of completeness, but wish to inform the Court that we obtained it from the website maintained by that firm.

d. <u>Attorneys from whom we have not yet received information</u>. As the Court is aware, we sent three facsimile messages to every attorney understood to be participating in these matters. Yesterday, we followed up with telephone calls to all attorneys from whom we had not yet received any communication. We still have not received information from the following attorneys and firms: (1) Michael Barasch, Esq., and James P. McGarry, Esq., of Barasch McGarry Salzman Penson & Lim, of New York City; (2) Roger Simmons, Esq., and Victor Cretella, Esq., of Gordon & Simmons, of Frederick, Maryland; and (3) Guy Molinari, Esq., and John D'Amato, Esq., of Russo, Scamardella & D'Amato PC, of Staten Island, New York.

---

[1] We note in passing that many attorneys (including the undersigned) take the position that their clients have not yet been served. We understand that agreement to be included in Exhibit A and other service lists in these matters is not a waiver of that position.

WILLIAMS & CONNOLLY LLP
The Honorable Richard C. Casey
March 18, 2004
Page 3

We hope that this submission proves helpful to the Court and counsel.

Respectfully,

Peter J. Kahn

Copies (w/ Exhibit A) to:
J. Michael McMahon, Esquire, Clerk
Counsel listed in Exhibit A

# EXHIBIT A

## 03 MDL 1570 SERVICE LIST

*Burnett, et al. v. Al Baraka Inv. and Dev. Corp., et al.*, U.S. District Court for the District of Columbia, 1:02CV 1616 (Judge James Robertson)

| **Plaintiffs' Counsel** | **Defendants' Counsel** |
|---|---|
| **MOTLEY RICE LLC**<br>28 Bridgeside Boulevard<br>P.O. Box 1792<br>Mount Pleasant, SC 29465<br>Tel: (843) 216-9000<br>Fax: (843) 216-9450<br><br>Ronald L. Motley, Esquire<br>Jodi Westbrook Flowers, Esquire<br>Donald A. Migliori, Esquire<br>Jeffrey S. Thompson, Esquire<br>William Narwold, Esquire<br>Michael E. Elsner, Esquire<br>Ingrid Moll, Esquire<br>Justin Kaplan, Esquire<br><br>MDL1570@motleyrice.com | **MARTIN F. McMAHON & ASSOCIATES**<br>1150 Connecticut Avenue, N.W., Suite 900<br>Washington, DC 20036<br>Tel: (202) 862-4343<br>Fax: (202) 828-4130<br><br>*Counsel for Saleh Abdullah Kamei and Al Baraka Investment & Development Corp.*<br><br>Martin F. McMahon, Esquire<br>Christopher Smith, Esquire<br>lawmfm@aol.com |
| **HARRY HUGE LAW FIRM, LLP**<br>401 Ninth Street, N.W., Suite 450<br>Market Square North<br>Washington, DC 20004<br>Tel: (843) 722-1628<br>Fax: (843) 720-8794<br><br>Harry Huge, Esquire<br>harryhuge@comcast.net | **GORDON & SIMMONS, LLC**<br>131 West Patrick Street<br>P.O. Box 430<br>Frederick, MD 21705-0430<br>Tel: (301) 662-9122<br>Fax: (301) 698-0392<br><br>*Counsel for Zahir H. Kazmi*<br><br>Roger C. Simmons, Esquire<br>Victor E. Cretella, III, Esquire |
| **HANLY & CONROY LLP**<br>415 Madison Avenue<br>New York, NY 10017<br>Tel: (212) 401-7600<br>Fax: (212) 401-7618<br><br>Andrea Bierstein, Esquire<br>abierstein@hanlyconroy.com | **BERNABEI & KATZ, PLLC**<br>1773 T Street, N.W.<br>Washington, DC 20009-7139<br>Tel: (202) 745-1942<br>Fax: (202) 745-2627<br><br>*Counsel for Dr. Abdullah M. Al Turki; Dr. Abdullah Naseef; Dr. Abdullah Al Obaid; Dr. Abdul Rahman Al Swailem; Sheik Saleh Al-Hussayen; Sheik Shahir Batterjee; Mushayt for Trading Company; Mohammed Ali Sayed Mushayt; Sheik Hamad Al-Husaini; Saudi Red Crescent Committee; Sheik Salman Al-Oawdah; Sheik Safer Al-Hawali; Al Haramain Islamic Foundation, Inc.; Soliman H.S. Al-Buthi; and Soliman J. Khuderia*<br><br>Lynne A. Bernabei, Esquire<br>LBernabei@aol.com<br><br>Alan R. Kabat, Esquire<br>Kabat@bernabeiandkatz.com |

| | |
|---|---|
| **Allan Gerson, Esquire**<br>4221 Lenore Lane, N.W.<br>Washington, DC 20008<br>Tel: (202) 966-8557<br>Fax: (202) 966-8557<br>gerson@gilgintl.org | **WHITE & CASE, LLP**<br>601 13th Street, N.W.<br>Washington, DC 20005-3807<br>Tel: (202) 626-3600<br>Fax: (202) 639-9355<br><br>*Counsel for Al Rajhi Banking & Investment Corporation*<br><br>Christopher M. Curran, Esquire<br>ccurran@whitecase.com<br><br>Nicole E. Erb, Esquire<br>nerb@whitecase.com |
| **CORDRAY LAW FIRM**<br>40 Calhoun Street, Suite 420<br>Post Office Drawer 22857<br>Charleston, SC 29413-2857<br>Tel: (843) 577-9761<br>Fax: (843) 853-6330<br><br>Jack D. Cordray, Esquire<br>jack@cordraylawfirm.com | **WHITE & CASE, LLP**<br>1155 Avenue of the Americas<br>New York, NY 10036-2787<br>Tel: (212) 819-8200<br>Fax: (212) 354-8113<br><br>*Counsel for Al Rajhi Banking & Investment Corporation*<br><br>Tim McCarthy, Esquire<br>tmccarthy@whitecase.com<br><br>James J. McGuire, Esquire<br>jmcguire@whitecase.com |
| **EPSTEIN BECKER & GREEN, P.C.**<br>250 Park Avenue<br>New York, NY 10177-1211<br>Tel: (212) 351-4500<br>Fax: (212) 661-0989<br><br>Clare M. Sproule, Esquire<br>csproule@ebglaw.com | **HANANIA, KHEDER & NAWASH**<br>6066 Leesburg Pike, Suite 101<br>Falls Church, VA 22041<br>Tel: (703) 778-2400<br>Fax: (703) 778-2407<br><br>*Counsel for Abdul Rahman Al-Amoudi; World Assembly of Muslim Youth; Tarik Hamdi; and Mohammed Hussein Al-Amoudi*<br><br>Maher H. Hanania, Esquire<br>mhanania@hknlaw.com<br><br>Angela Hensley<br>ahensley@hklaw.com |
| **SACKS & SACKS LLP**<br>150 Broadway<br>New York, NY 10038<br>Tel: (212) 964-5570<br>Fax: (212) 349-2141<br><br>Kenneth N. Sacks, Esquire<br>ken@sacks-sacks.com | **GRAY CARY WARE & FREIDENRICH LLP**<br>1625 Massachusetts Avenue, N.W., Suite 300<br>Washington, DC 20036<br>Tel: (202) 238-7700<br>Fax: (202) 238-7701<br><br>*Counsel for African Muslim Agency; Heritage Education Trust; International Institute of Islamic Thought; Mar-Jac Investments, Inc.; Reston Investments, Inc.; SAFA Trust; and York Foundation*<br><br>Nancy Luque, Esquire<br>nluque@graycary.com<br><br>Donna Sheinbach, Esquire<br>dsheinbach@graycary.com |

| | |
|---|---|
| **GALIHER, DeROBERTIS, NAKAMURA, ONO & TAKITANI**<br>610 Ward Avenue, Suite 200<br>Honolulu, HI 96814<br>Tel: (808) 597-1400<br>Fax: (808) 591-2608<br><br>Gary O. Galiher, Esquire<br>gog@gogaliher.com | **KING & SPALDING LLP**<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Tel: (212) 556-2100<br>Fax: (212) 556-2222<br><br>*Counsel for Arab Bank PLC*<br><br>Deborah S. Burstein, Esquire<br>dburstein@kslaw.com<br><br>Richard T. Marooney, Esquire<br>rmarooney@kslaw.com<br><br>Jeannette M. Viggiano, Esquire<br>jviggiano@kslaw.com |
| **GAIR, GAIR, CONASON, STEIGMAN & MACKAUF**<br>80 Pine Street<br>New York, NY 10005<br>Tel: (212) 943-1090<br>Fax: (212) 425-7513<br><br>Robert Conason, Esquire<br>rconason@gairgair.com<br><br>Howard Hershenhorn, Esquire<br>hsh@gairgair.com | **BONNER, KIERNAN, TREBACH AND CROCIATA**<br>1250 Eye Street, N.W.<br>Washington, DC 20005<br>Tel: (202) 712-7000<br>Fax: (202) 712-7100<br><br>*Counsel for Khalid Bin Salim Bin Mahfouz*<br><br>Dayna Barnette, Esquire<br>dbarnette@bktc.net<br><br>Michael Nussbaum, Esquire<br>mnussbaum@bktc.net |
| **PRYOR CASHMAN SHERMAN & FLYNN LLP**<br>410 Park Avenue, 10th Floor<br>New York, New York 10022<br>Tel: (212) 421-4100<br>Fax: (212) 326-0806<br><br>Vincent F. Pitta, Esquire<br>vpitta@pryorcashman.com | **BECKER, HADEED, KELLOGG & BERRY**<br>5501 Backlick Road, Suite 220<br>Springfield, VA 22151<br>Tel: (703) 333-3224<br>Fax: (703) 256-5431<br><br>*Counsel for Muslim World League Offices – NY; Success Foundation, Inc.; Mohamed S. Omeish; Muslim Work League; and Al Haramain Islamic Foundation, Inc.*<br><br>Michael Hadeed, Jr., Esquire<br>mhadeed@beckerhadeed.com |

| | |
|---|---|
| **SULLIVAN, PAPAIN, BLOCK, McGRATH & CANNAVO, P.C.**<br>120 Broadway Avenue, 18th Floor<br>New York, NY 10271<br>Tel: (212) 732-9000<br>Fax: (212) 266-4141<br><br>Michael N. Block, Esquire<br>mblock@triallaw1.com<br><br>Edward Marcowitz, Esquire<br>emarcowitz@triallaw1.com<br><br>Andrew Carboy, Esquire<br>acarboy@triallaw1.com | **BAKER BOTTS LLP**<br>The Warner<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2400<br>Tel: (202) 639-7700<br>Fax: (202) 639-7890<br><br>*Counsel for Prince Sultan Bin Abdulaziz Al-Saud*<br><br>Casey Cooper, Esquire<br>casey.cooper@bakerbotts.com<br><br>William H. Jeffress, Jr., Esquire<br>william.jeffress@bakerbotts.com<br><br>Jamie Kilberg, Esquire<br>jamie.kilberg@bakerbotts.com<br><br>Sara Kropf, Esquire<br>sara.kropf@bakerbotts.com |
| **OLIVER & SELLITTO**<br>205 Bond Street<br>Asbury Park, NJ 07712<br>Tel: (732) 988-1500<br>Fax: (732) 775-7404<br><br>Anthony M. Sellitto, Jr., Esquire<br>asellitto@aslaw.com | **WILMER CUTLER PICKERING LLP**<br>1600 Tysons Boulevard, 10th Floor<br>McLean, VA 22102<br>Tel: (703) 251-9700<br>Fax: (703) 251-9797<br><br>*Counsel for Prince Mohamed Al Faisal Al Saud*<br><br>David P. Donovan, Esquire<br>david.donovan@wilmer.com |
| **DAVIS, SAPERSTEIN & SALOMON, P.C.**<br>375 Cedar Lane<br>Teaneck, NJ 07666<br>Tel: (201) 907-5000<br>Fax: (201) 692-0444<br><br>Samuel L. Davis, Esquire<br>sam@dsslaw.com | **WILMER CUTLER PICKERING LLP**<br>2445 M Street, N.W.<br>Washington, DC 20037<br>Tel: (202) 663-6000<br>Fax: (202) 663-6363<br><br>*Counsel for Prince Mohamed Al Faisal Al Saud*<br><br>Louis R. Cohen, Esquire<br>louis.cohen@wilmer.com<br><br>Shirley Woodward, Esquire<br>shirley.woodward@wilmer.com |
| **RUSSO, SCAMARDELLA & D'AMATO, P.C.**<br>1010 Forest Avenue<br>Staten Island, NY 10310<br>Tel: (718) 442-0900<br>Fax: (718) 816-8037<br><br>Guy Molinari, Esquire<br>John D'Amato, Esquire | **WILMER CUTLER PICKERING LLP**<br>399 Park Avenue<br>New York, NY 10022<br>Tel: (212) 230-8800<br>Fax: (212) 230-8888<br><br>*Counsel for Prince Mohamed Al Faisal Al Saud*<br><br>Matthew Previn<br>matthew.previn@wilmer.com |

| | |
|---|---|
| **RUBENSTEIN & RYNECKI**<br>16 Court Street, Suite 1717<br>Brooklyn, NY 11241<br>Tel: (718) 522-1020<br>Fax: (718) 522-3804<br><br>Sanford A. Rubenstein, Esquire<br>Rubrynlaw@aol.com | **GILLEN PARKER & WITHERS LLC**<br>One Securities Centre, Suite 1050<br>3490 Piedmont Road, NE<br>Atlanta, GA 30305-1743<br>Tel: (404) 842-9700<br>Fax: (404) 842-9750<br><br>*Counsel for Mar-Jac Poultry, Inc.*<br><br>Wilmer Parker, III, Esquire<br>bparker@gcpwlaw.com |
| **BARTIMUS, FRICKLETON, ROBERTSON & OBETZ**<br>200 Madison Avenue, Suite 1000<br>Jefferson City, MO 65101<br>Tel: (573) 659-4454<br>Fax: (573) 659-4460<br><br>Edward D. Robertson, Esquire<br>chiprob@earthlink.net<br><br>Mary Winter, Esquire<br>marywinter@earthlink.net | **KELLOGG, HUBER, HANSEN, TODD & EVANS, P.L.L.C.**<br>1615 M Street, N.W., Suite 400<br>Summer Square<br>Washington, DC 20036-3209<br>Tel: (202) 326-7900<br>Fax: (202) 326-7999<br><br>*Counsel for Prince Turki Al-Faisal Bin Abdulaziz Al-Saud*<br><br>David C. Frederick, Esquire<br>dfrederick@khhte.com<br><br>Michael J. Guzman, Esquire<br>mguzman@khhte.com<br><br>Mark C. Hansen, Esquire<br>mhansen@khhte.com<br><br>Michael K. Kellogg, Esquire<br>mkellogg@khhte.com<br><br>J.C. Rozendaal, Esquire<br>jrozendaal@khhte.com |
| | **FULBRIGHT & JAWORSKI, LLP**<br>801 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>Tel: (202) 662-4659<br>Fax: (202) 662-4643<br><br>*Counsel for Nimir Petroleum, LLC*<br><br>Matthew H. Kirtland, Esquire<br>mkirtland@fulbright.com |
| | **McDERMOTT, WILL & EMERY**<br>600 13th Street, N.W.<br>Washington, DC 20005-3096<br>Tel: (202) 756-8000<br>Fax: (202) 756-8087<br><br>*Counsel for Yassin Abdullah Al Kadi and Yousef Jameel*<br><br>Stanton D. Anderson, Esquire<br>sanderson@mwe.com<br><br>Thomas P. Steindler, Esquire<br>tsteindler@mwe.com |

| | |
|---|---|
| | **JONES DAY**<br>51 Louisiana Avenue, N.W.<br>Washington, DC 20001<br>Tel: (202) 879-3939<br>Fax: (202) 626-1700<br><br>*Counsel for Saudi Binladin Group and Khalid Bin Mahfouz*<br><br>Stephen J. Brogan, Esquire<br>sjbrogan@jonesday.com<br><br>Timothy J. Finn, Esquire<br>tjfinn@jonesday.com<br><br>James E. Gauch, Esquire<br>jegauch@jonesday.com<br><br>Michael P. Gurdak, Esquire<br>mpgurdak@jonesday.com<br><br>Jonathan C. Rose, Esquire<br>jcrose@jonesday.com<br><br>Michael Shumaker, Esquire<br>mrshumaker@jonesday.com<br><br>Jennifer Shumaker, Esquire<br>jhshumaker@jonesday.com<br><br>Melissa Stear, Esquire<br>mdstear@jonesday.com |
| | **JONES DAY**<br>222 East 41st Street<br>New York, NY 10017-6702<br>Tel: (212) 326-3939<br>Fax: (212) 755-7306<br><br>*Counsel for Saudi Binladin Group and Khalid Bin Mahfouz*<br><br>E. Michael Bradley, Esquire<br>embradley@jonesday.com<br><br>Geoffrey S. Stewart, Esquire<br>gstewart@jonesday.com |
| | **PATTON BOGGS LLP**<br>2550 M Street, N.W.<br>Washington, DC 20037<br>Tel: (202) 457-6000<br>Fax: (202) 457-6315<br><br>*Counsel for National Commercial Bank*<br><br>Ronald S. Liebman, Esquire<br>rliebman@pattonboggs.com<br><br>Mitchell Berger, Esquire<br>mberger@pattonboggs.com |

| | |
|---|---|
| | **SHEARMAN & STERLING LLP**<br>599 Lexington Avenue<br>New York, NY 10022-6069<br>Tel: (212) 848-4000<br>Fax: (212) 848-7179<br><br>*Counsel for Saudi American Bank*<br><br>Brian H. Polovoy, Esquire<br>bpolovoy@shearman.com<br><br>Daniel M. Segal, Esquire<br>dan.segal@shearman.com<br><br>Henry Weisburg, Esquire<br>hweisburg@shearman.com |
| | **STEPTOE & JOHNSON L.L.P.**<br>1330 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>Tel: (202) 429-3000<br>Fax: (202) 429-3902<br><br>*Counsel for Mohammad Bin Abdullah Aljomaih*<br><br>Christopher T. Lutz, Esquire<br>clutz@steptoe.com |
| | **WILLIAMS & CONNOLLY LLP**<br>725 12th Street, N.W.<br>Washington, DC 20005<br>Tel: (202)434-5000<br>Fax: (202) 434-5245<br><br>*Counsel for Abdul Rahman Bin Kahlid Bin Mafouz*<br><br>Gerald A. Feffer, Esquire<br>gfeffer@wc.com<br><br>Peter J. Kahn, Esquire<br>pkahn@wc.om<br><br>Thomas C. Viles, Esquire<br>tviles@wc.com |
| | **JOSHUA L. DRATEL, P.C.**<br>14 Wall Street, 28th Floor<br>New York, NY 10005<br>Tel: (212) 732-0707<br>Fax: (212) 571-6341<br><br>*Counsel for Sami Omar Al-Hussayen*<br><br>Joshua L. Dratel, Esquire<br>JOSHUADRATEL@joshuadratel.com<br><br>Marshall A. Mintz, Esquire<br>mmintz@joshuadratel.com |

|  | **GIBSON, DUNN & CRUTCHER LLP**<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>Tel: (202) 955-8213<br>Fax: (202) 530-9566<br><br>*Counsel for Salamiddin Abduljawad*<br><br>John C. Millian, Esquire<br>jmillian@gibsondunn.com |
|---|---|
|  | **DRINKLER BIDDLE & REATH LLP**<br>1500 K Street, N.W., Suite 1100<br>Washington, DC 20005-1209<br>Tel: (202) 842-8800<br>Fax: (202) 842-8465<br><br>*Counsel for Delta Oil Company, Ltd.*<br><br>Brian A. Coleman, Esquire<br>Brian.Coleman@dbr.com<br><br>Michael J. McManus, Esquire<br>Michael.McManus@dbr.com |

***Ashton, et al. v. Al Qaeda, et al.*, U.S. District Court for the Southern District of New York, 1:02CV6977 (Judge Richard Casey)**

| **Plaintiffs' Counsel** | **Defendants' Counsel** |
|---|---|
| **KREINDLER & KREINDLER**<br>100 Park Avenue<br>New York, NY 10017<br>Tel: (212) 687-8181<br>Fax: (212) 972-9432<br><br>Justin T. Green, Esquire<br>jgreen@kreindler.com<br><br>James P. Kreindler, Esquire<br>jkreindler@kreindler.com<br><br>Andrew J. Maloney, III, Esquire<br>amaloney@kreindler.com<br><br>Marc S. Moller, Esquire<br>mmoller@kreindler.com<br><br>Vince Parrett, Esquire<br>vparrett@kreindler.com<br><br>Karen Hoffmire, Paralegal<br>khoffmire@kreindler.com | **WILMER CUTLER PICKERING LLP**<br>1600 Tysons Boulevard, 10th Floor<br>McLean, VA 22102<br>Tel: (703) 251-9700<br>Fax: (703) 251-9797<br><br>*Counsel for Prince Mohamed Al Faisal Al Saud*<br><br>David P. Donovan, Esquire<br>david.donovan@wilmer.com |

| | |
|---|---|
| **JAROSLAWICZ & JAROS, ESQUIRES**<br>150 William Street<br>New York, NY 10038<br>Tel: (212) 227-2780<br>Fax: (212) 227-5090<br><br>David Jaroslawicz, Esquire<br>davidjaroslawicz@yahoo.com | **WILMER CUTLER PICKERING LLP**<br>2445 M Street, N.W.<br>Washington, DC 20037<br>Tel: (202) 663-6000<br>Fax: (202) 663-6363<br><br>*Counsel for Prince Mohamed Al Faisal Al Saud*<br><br>Louis R. Cohen, Esquire<br>louis.cohen@wilmer.com<br><br>Shirley Woodward, Esquire<br>shirley.woodward@wilmer.com |
| **BRODER & REITER**<br>350 Fifth Avenue, Suite 2811<br>New York, NY 10118<br>Tel: (212) 244-2000<br>Fax: (212) 268-5297<br><br>Aaron J. Broder, Esquire<br>info@broderreiter.com<br><br>Jonathan C. Reiter, Esquire<br>info@broderreiter.com | **WILMER CUTLER PICKERING LLP**<br>399 Park Avenue<br>New York, NY 10022<br>Tel: (212) 230-8800<br>Fax: (212) 230-8888<br><br>*Counsel for Prince Mohamed Al Faisal Al Saud*<br><br>Matthew Previn<br>matthew.previn@wilmer.com |
| **SPEISER, KRAUSE, NOLAN & GRANITO**<br>140 East 45th Street, 34th Floor<br>New York, NY 10017<br>Tel: (212) 661-0011<br>Fax: (212) 953-6483<br><br>Frank H. Granito, III, Esquire<br>f3g@ny.speiserkrause.com<br><br>Kenneth P. Nolan, Esquire<br>kpn@ny.speiserkrause.com<br><br>Jeanne M. O'Grady<br>jog@ny.speiserkrause.com<br><br>John F. Schutty<br>jfs@speiserkrause.com | **BERNABEI & KATZ, PLLC**<br>1773 T Street, N.W.<br>Washington, DC 20009-7139<br>Tel: (202) 745-1942<br>Fax: (202) 745-2627<br><br>*Counsel for Dr. Abdullah M. Al Turki; Dr. Abdullah Al Obaid; Dr. Adnan Basha; Sheik Saleh Al-Hussayen; Talal M. Badkook; Sheik Shahir Batterjee; Mushayt for Trading Company; Saudi Red Crescent Committee; Sheik Salman Al-Oawdah; Sheik Safer Al-Hawali; Al Haramain Islamic Foundation, Inc.; Soliman H.S. Al-Buthi; and Soliman J. Khuderia*<br><br>Lynne A. Bernabei, Esquire<br>LBernabei@aol.com<br><br>Alan R. Kabat, Esquire<br>Kabat@bernabeiandkatz.com |
| **BARASCH McGARRY SALZMAN PENSON & LIM**<br>11 Park Place<br>New York, NY 10007<br>Tel: (212) 385-8000<br>Fax: (212) 385-7845<br><br>Michael Barasch, Esquire<br>James P. McGarry, Esquire | |

| | |
|---|---|
| **BAUMEISTER & SAMUELS, PC**<br>One Exchange Place, 15th Floor<br>New York, NY 10006-3008<br>Tel: (212) 363-1200<br>Fax: (212) 363-1346<br><br>Michael F. Baumeister, Esquire<br>mbaumeister@baumesiterlaw.com<br><br>Thea M. Capone, Esquire<br>tcapone@baumesiterlaw.com<br><br>Douglas A. Latto, Esquire<br>dlatto@baumeisterlaw.com | |

*Tremsky, et al. v. Osama Bin Laden, et al.*, U.S. District Court for the Southern District of New York, 1:02CV7300 (Judge John Martin)

| **Plaintiffs' Counsel** | **Defendants' Counsel** |
|---|---|
| **J. David O'Brien, Esquire**<br>20 Vesey Street, Suite 700<br>New York, NY 10007<br>Tel: (212) 571-6111<br>Fax: (212) 571-6166<br>obrienlawusa@aol.com | |

*Salvo, et al. v. Al Qaeda Islamic Army, et al.*, U.S. District Court for the Southern District of New York, 1:03CV5071 (Unassigned)

| **Plaintiffs' Counsel** | **Defendants' Counsel** |
|---|---|
| **NOLAN LAW GROUP**<br>20 North Clark Street, 30th Floor<br>Chicago, IL 60602<br>Tel: (312) 630-4000<br>Fax: (312) 630-4011<br><br>Floyd Wisner, Esquire<br>faw@nolan-law.com<br><br>Paula Jett, Assistant<br>plj@nolan-law.com | |

*York, et al. v. Al Qaeda Islamic Army, et al.*, U.S. District Court for the Southern District of New York, 1:03CV5493 (Unassigned)

| Plaintiffs' Counsel | Defendants' Counsel |
|---|---|
| **BAUMEISTER & SAMUELS, PC**<br>One Exchange Place, 15th Floor<br>New York, NY 10006-3008<br>Tel: (212) 363-1200<br>Fax: (212) 363-1346<br><br>Michael F. Baumeister, Esquire<br>mbaumeister@baumesiterlaw.com<br><br>Thea M. Capone, Esquire<br>tcapone@baumesiterlaw.com<br><br>Douglas A. Latto, Esquire<br>dlatto@baumeisterlaw.com | |

*Doe v. Al Baraka Inv. and Dev. Corp., et al.*, U.S. District Court for the Southern District of New York, 1:02CV1980 (Judge James Robertson)

| Plaintiffs' Counsel | Defendants' Counsel |
|---|---|
| **JUDICIAL WATCH, INC.**<br>501 School Street, N.W., Suite 500<br>Washington, DC 20024<br>Tel: (202) 646-5175<br>Fax: (202) 646-5199<br><br>Paul J. Orfanedes, Esquire<br>James F. Peterson, Esquire<br>Larry Klayman, Esquire<br>judicialwatchinc@hotmail.com | |

*Havlish, et al. v. Bin Laden, et al.*, U.S. District Court for the District of Columbia, 1:02CV305 (Judge James Robertson)

| Plaintiffs' Counsel | Defendants' Counsel |
|---|---|
| **MELLON WEBSTER & SHELLY**<br>87 North Broad Street<br>Doylestown, PA 18901<br>Tel: (215) 348-7700<br>Fax: (215) 348-0171<br><br>Thomas E. Mellon, Jr., Esquire<br>tmellon@mellonwebster.com<br><br>Stephen Corr, Esquire<br>scorr@mellonwebster.com<br><br>Jack Corr, Esquire<br>jcorr@mellonwebster.com | **THE IRAQI INTEREST SECTION**<br>c/o The Algerian Embassy<br>2137 Wyoming Avenue, N.W.<br>Washington, DC 20008<br>Tel: (202) 265-2800<br>Fax: (202) 667-2174<br><br>*Counsel for The Republic of Iraq; Saddam Hussein; Iraqi Ministry of Finance; Iraqi Ministry of Oil; Iraqi Intelligence Service; Qusai Hussein; Iraqi Ministry of Defense* |

| | |
|---|---|
| **MOTLEY RICE LLC**<br>28 Bridgeside Boulevard<br>P.O. Box 1792<br>Mount Pleasant, SC  29465<br>Tel: (843) 216-9000<br>Fax: (843) 216-9450<br><br>Ronald L. Motley, Esquire<br>Jodi Westbrook Flowers, Esquire<br>Donald A. Migliori, Esquire<br>Jeffrey S. Thompson, Esquire<br>William Narwold, Esquire<br>Michael E. Elsner, Esquire<br>Ingrid Moll, Esquire<br>Justin Kaplan, Esquire<br><br>MDL1570@motleyrice.com | **THE IRANIAN INTEREST SECTION**<br>c/o The Embassy of Pakistan<br>3517 International Court, N.W.<br>Washington, DC  20008<br>Tel: (202) 243-6500<br>Fax: (202) 686-1534<br><br>*Counsel for The Islamic Republic of Iran; Ayatollah Ali Hoseini-Khamenei; The Islamic Revoluntionary Guard Corps; Hezbollah; Iranian Ministry of Defense and Armed Forces Logistics; Iranian Ministry of Petroleum; Iranian Ministry of Economic Affairs and Finance; Iranian Ministry of Information Security* |
| **YOUNG RILEY DUDLEY & DeBROTA LLP**<br>3815 River Crossing Parkway, Suite 340<br>Indianapolis, IN  46240<br>Tel: (317) 848-7939<br>Fax: (317) 848-7831<br><br>Amy Ficklin DeBrota, Esquire<br>saudisuit@yrddlaw.com<br><br>William Riley, Esquire<br>saudisuit@yrddlaw.com | |
| **HOWARTH & SMITH**<br>800 Wilshire Boulevard, Suite 700<br>Los Angeles, CA  90017<br>Tel: (213) 955-9400<br>Fax: (213) 622-0791<br><br>Robert D. Brain, Esquire<br>Rbrain@howarth-smith.com<br><br>Don Howarth, Esquire<br>Dhowarth@howarth-smith.com<br><br>Suzelle M. Smith, Esquire<br>Ssmith@howarth-smith.com | |
| **RAMEY & HAILEY**<br>3815 River Crossing Parkway, Suite 340<br>Indianapolis, IN  46240<br>Tel: (317) 848-3249<br>Fax: (317) 848-3259<br><br>Richard D. Hailey, Esquire<br>rhailey@sprynet.com | |
| **LEE LEE & LEE**<br>422 S. Gay Street<br>Knoxville, TN  37902<br>Tel: (865) 544-0101<br>Fax: (865) 544-0536<br><br>J.D. Lee, Esquire<br>jdlee@jdlee.com<br><br>David Lee, Esquire<br>david@jdlee.com | |

| Plaintiffs' Counsel | Defendants' Counsel |
|---|---|
| **BURBIDGE and MITCHELL**<br>139 East South Temple, Suite 2001<br>Salt Lake City, UT 84111<br>Tel: (801) 355-6677<br>Fax: (801) 355-2341<br><br>D. Richard Burbidge, Esquire<br>rburbidge@burbidgeandmitchell.com | |
| **WINDER & HASLAM P.C.**<br>175 West 200 South, Suite 4000<br>P.O. Box 2668<br>Salt Lake City, UT 84111-2668<br>Tel: (801) 322-2222<br>Fax: (801) 322-2282<br><br>Donald J. Winder, Esquire<br>dwinder@winhas.com | |
| **LAMM, RUBENSTONE, TOTARO & DAVID, LLC**<br>4 Greenwood Square, Suite 200<br>P.O. Box 8544<br>Bensalem, PA 19020-8544<br>Tel: (215) 638-9330<br>Fax: (215) 638-2867<br><br>Edward H. Rubenstone, Esquire<br>erubenstone@lrtd.com | |

***Federal Insurance Company, et al. v. Al-Qaida, et al.,* U.S. District Court for the Southern District of New York, 1:03CV6978 (Judge Richard Casey)**

| Plaintiffs' Counsel | Defendants' Counsel |
|---|---|
| **COZEN O'CONNOR**<br>1667 K Street, N.W., Suite 500<br>Washington, DC 20006<br>Tel: (202) 912-4800<br>Fax: (202) 912-4830<br><br>Matthew G. Ash, Esquire<br>mash@cozen.com | |

| | |
|---|---|
| **COZEN O'CONNOR**<br>1900 Market Street<br>Philadelphia, PA 19103<br>Tel: (215) 665-2000<br>Fax: (215) 665-2013<br><br>Sean P. Carter, Esquire<br>scarter@cozen.com<br><br>Stephen A. Cozen, Esquire<br>scozen@cozen.com<br><br>Elliott R. Feldman, Esquire<br>efeldman@cozen.com<br><br>Lisa Haas, Esquire<br>lhaas@cozen.com<br><br>John M. Popilock, Esquire<br>jpopilock@cozen.com<br><br>J. Scott Tarbutton, Esquire.<br>starbutton@cozen.com | |
| **COZEN O'CONNOR**<br>45 Broadway Atrium, Suite 1600<br>New York, NY 10006<br>Tel: (212) 509-1244<br>Fax: (212) 509-9492<br><br>Michael J. Sommi, Esquire<br>msommi@cozen.com | |

***Vigilant Insurance Company, et al. v. Kingdom of Saudi Arabia, et al.***, **U.S. District Court<br>for the Southern District of New York, 1:03CV8591<br>(Judge Richard Casey)**

| **Plaintiffs' Counsel** | **Defendants' Counsel** |
|---|---|
| **COZEN O'CONNOR**<br>1667 K Street, N.W., Suite 500<br>Washington, DC 20006<br>Tel: (202) 912-4800<br>Fax: (202) 912-4830<br><br>Matthew G. Ash, Esquire<br>mash@cozen.com | |

| | |
|---|---|
| **COZEN O'CONNOR**<br>1900 Market Street<br>Philadelphia, PA 19103-3508<br>Tel: (215) 665-2000<br>Fax: (215) 665-2013<br><br>Sean P. Carter, Esquire<br>scarter@cozen.com<br><br>Stephen A. Cozen, Esquire<br>scozen@cozen.com<br><br>Elliott R. Feldman, Esquire<br>efeldman@cozen.com<br><br>Lisa Haas, Esquire<br>lhaas@cozen.com<br><br>John M. Popilock, Esquire<br>jpopilock@cozen.com<br><br>J. Scott Tarbutton, Esquire.<br>starbutton@cozen.com | |
| **COZEN O'CONNOR**<br>45 Broadway Atrium, Suite 1600<br>New York, NY 10006<br>Tel: (212) 509-1244<br>Fax: (212) 509-9492<br><br>Michael J. Sommi, Esquire<br>msommi@cozen.com | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| **THE DONTZIN LAW FIRM**<br>6 East 81st Street<br>New York, NY 10028<br>Tel: (212) 717-2900<br>Fax: (212) 717-8088<br><br>Matthew S. Dontzin, Esquire<br>tdlf@dontzinfirm.com<br><br>David Stone<br>dstone@dontzinfirm.com | **BRYAN CAVE, LLP**<br>700 Thirteenth Street N.W.<br>Washington, DC 20005-3960<br>Tel: (202) 508-6000<br>Fax: (202) 508 6200<br><br>James M. Cole, Esquire<br>jmcole@bryancave.com |
| | **DUTTON & DUTTON, PC**<br>5017 Tilden Street, N.W.<br>Washington, DC 20016<br>Tel: (202) 686-3500<br>Fax: (202) 966-6621<br><br>*The Ministry of Foreign Affairs and The Royal Embassy of Saudi Arabia*<br><br>Nancy H. Dutton, Esquire<br>DuttonDC@aol.com |

**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, NY 10007-1213

RECEIVED
MAR 22 2004
CHAMBERS OF
RICHARD CONWAY CASEY
U.S.D.J.

**To:** Chambers

**From:** Clerk's Office

_____ CV _____ ( _____ )

The attached document has been accepted for filing under **Rule 5(e) effective December 1, 1991.** Regrettably, as you know, the clerk is no longer authorized to reject papers based on form only. In order for the papers to be rejected, action must be taken by the judge. This document is deficient as to form for the following reason(s):

☒ For an original signature of the attorney of record in his/her own name, followed by his/her address and telephone number, at the end of each document. [Local Civil Rule 11.1(b)].

☐ All papers must bear the docket number and the initials of the judge and any magistrate judge before whom the action or proceeding is pending and have the name of each person signing it clearly printed or typed directly below the signature [Local Civil Rule 11.1(a)].

☐ All original paper must contain the initials of the attorney's first and last name, and the last four digits of the attorney's social security number, or any other four digit number registered by the attorney with the clerk of the court [Local Civil Rule 11.1(b)(1)&(2)].

☐ All pleadings, written motions, and other papers must be plainly written, typed, printed or copied without erasures or inter-lineation which may materially deface it [Local Civil Rule 11.1(a)(1)].

☐ For an attorney's affirmation or affidavit, as required [Local Civil Rule 6.1(a)(1)].

☐ Expired Certificate of Good Standings (30 days) [Local Civil Rule 1.3(7)].

☐ Federal Civil Rule 7.1 disclosure statement and copy needed.

☒ Proof of service required [Federal Civil Rule 5(a)].

☒ Other _____

**Accept for filing:**                                    J. Michael McMahon, Clerk

_____   3/30/04
**U.S.D.J.**              DATE
**Return for compliance of local rule:**                 **Deputy Clerk**

_____   _____
**U.S.D.J.**              DATE                                         DATE