**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 ) | No. 03 MD 1570 (RCC) |
| ) | |
| KATHLEEN ASHTON, et al., ) | No. 02-CV-6977 (RCC) FILE IN |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER GRANTING** |
| ) | **MOTION FOR** |
| ) | **ADMISSION** |
| AL QAEDA ISLAMIC ARMY, et al., ) | **PRO HAC VICE OF** |
| ) | **SHIRLEY C. WOODWARD** |
| Defendants. ) | |

The Court, having duly considered the motion for admission pro hac vice of Shirley C. Woodward and the Affidavit of Shirley C. Woodward in support thereof, hereby orders that the motion is GRANTED. The admitted attorney, Shirley C. Woodward, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

Dated: March 30, 2004

_____
United States District Judge