USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-5-04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE: TERRORIST ATTACKS ) 03-MDL-1570 (RCC)
OF SEPTEMBER 11, 2001 )
) [PROPOSED] ORDER
This document relates )
to All Actions )
)

---

RICHARD CONWAY CASEY, United States District Court Judge:

It is hereby ORDERED that within two weeks of the date of the entry of this Order counsel for plaintiffs shall meet with counsel for defendants, either in person or by telephone conference, to negotiate a revised Proposed Case Management & Pretrial Scheduling Order #2 ("Proposed Case Management Order") upon which all parties can agree, which will then be submitted to the Court for approval. If no agreement can be reached among all parties on all issues, the Proposed Case Management Order shall include, for each issue of disagreement, a brief recitation of the parties' differing positions. In any case, a Proposed Case Management Order shall be submitted to this Court no later than April 30, 2004.

SO ORDERED:

_____
Richard Conway Casey
United States District Judge

Dated: April 5, 2004
New York, New York