IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL No. 1570 (RCC) |
| THOMAS E. BURNETT, SR., et al., <br><br> Plaintiffs, <br><br> v. <br><br> AL BARAKA INVESTMENT AND DEVELOPMENT CORPORATION, et al., <br><br> Defendants. | C.A. No. 03 CV 9849 (RCC) |

## DECLARATION OF AQEEL AL-AQEEL

I, Aqeel Al-Aqeel, being duly sworn, declare and state as follows:

1. I am over 18 years of age and competent to testify to the matters set forth below of my own personal knowledge.

2. I have been informed by my attorney that I am listed twice as a defendant (D57) and (D94) in the above-captioned action. I am submitting this declaration in support of my Motion to Dismiss for lack of personal jurisdiction, failure to state a claim upon which relief can be granted and improper service of process.

3. I was born in 1949 in Onayzah, Saudi Arabia, and have lived in Saudi Arabia all of my life. I have always been a citizen of the Kingdom of Saudi Arabia.

4. I am a retired humanitarian worker. From 1992 until 2004, I served as General manager of Al Haramain Islamic Foundation.

5. I visited the United States on one occasion in 2000.

6. I own no real property in the United States. I also have no bank accounts, and have no investments in the United States. I do not conduct any personal business with any businesses in the United States.

7. I do not subscribe to or read either the *International Herald Tribune* or the *Al Quds al Arabi*. The latter publication, to my knowledge, is banned in the Kingdom of Saudi Arabia.

8. I have never supported the loss of innocent life and believe that there is no justification for the tragic attacks of September 11, 2001. I have never supported any person or organization that I have known to participate in terrorist activities. As a humanitarian worker, I never worked for an organization that knowingly supported terrorism or the 9-11 attacks or otherwise authorized any such support.

9. The only specific allegations against me in the Third Amended Complaint in ¶¶155, 157 and 173 correctly state that I am a resident of Riyadh and incorrectly portray me as conducting business in the US and being involved with al-Qaeda. The other reference to me in ¶49 mentions an alleged Al Haramain account at Al Baraka Bank in Saudi Arabia and alleges no support of terrorism on my part.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Aqeel Al-Aqeel

Executed on the 7 day of April, 2004.

2