Case 1:03-md-01570-GBD-SN   Document 104-3   Filed 04/10/04   Page 1 of 1



الرقم :    ٧٤ /س/ص

التاريخ :    ٢٠ /١/ ١٤٢٥ ھ

المرفقات :

المملكة العربية السعودية
وزارة العدل
مكتب الوزير

I , the Minister of Justice of the Kingdom of Saudi Arabia confirm that , the following organizations are legally established in the Saudi Arabia and are permitted to operate under its laws and regulations ;

- A. Muslim World League
- B. World Assembly of Muslim Youth
- C. Al-Haramain Islamic Foundation
- D. International Islamic Relief Organization; and

IN WITNESS WHEROF, in my capacity as Minister of Justice , the foregoing has been executed in Riyadh on this *30* / *1* /1425H.(*21*/ *3* /2004)

Minister of Justice of the Kingdom of Saudi Arabia

Name : Abdullah Mohammed Ibrahim Al Sheikh

Signature

Stamp

*21/3/2004*

أنا وزير العدل بالمملكة العربية السعودية أؤكد أن الهيئات المذكورة أدناه مؤسسة نظاميا في المملكة ولها أن تعمل فيها حسب الأنظمة واللوائح.

أ- رابطة العالم الإسلامي
ب- الندوة العالمية للشباب الإسلامي
ج - مؤسسة الحرمين الإسلامية
د- هيئة الإغاثة الإسلامية

إشهادا بذلك ، فإني بصفتي وزيرا للعدل ،
تم التوقيع على هذا في الرياض في
يوم ٣٠/ ١- / ١٤٢٥ ھـ. الموافق
٢١/٣/٢٠٠٤م

وزير العدل بالمملكة العربية السعودية

الاسم: عبدالله محمد آل الشيخ

التوقيع :
الختم:   ١٤٢٥/١/٢٠
         ٢٠٠٤/٢/٢١