بسم الله الرحمن الرحيم

**ALHARAMIN CHARITABLE FDN**
Head Office - Riyadh
General Manager Office

**مؤسسة الحرمين الخيرية**
المكتب الرئيس - الرياض
مكتب المدير العام




Ref. : 5282/25/2
Date : 03/03/2004

الـرقم :
التاريخ :

**His Excellency, Kofi Annan**
**The Secretary-General**
**United Nations**

***Greetings,***

My name is Debas Mohammed Al-Debasi and I am the General Manager of Al Haramain Charitable Foundation in , Saudi Arabia head-office in Riyadh . I took over as General Manager, on January 7, 2004.

I am extremely concerned about the allegations of Al Haramain serving as a front or conduit for terrorist financing through its field offices. I am working to institute practices and procedures within the organization to address any concerns regarding the conduct of personnel and the expenditure of funds that would detract from Al Haramain's humanitarian and international development program work and the fulfillment of its mission. The designations by the United Nations 1267 Committee of Al Haramain's Bosnia and Somalia field offices in March 2002 followed by the recent designations of its Indonesia, Kenya, Pakistan, and Tanzania field offices has, of course, greatly inhibited the humanitarian work of Al Haramain.

These U.N. designations raise particular concerns because we have no information about the specific criteria used by the 1267 Committee when it "designates" a particular entity. Likewise, we have no idea what factual bases the U.N. considered with respect to the activities in each of these Al Haramain field offices that warranted designation. Moreover, it is my understanding that Al Haramain did not participate *in any way* in this designation process and was not given an opportunity to rebut the "case" for designation.

Accordingly, I request that, going forward, we receive notice of any potential designations –prior to such designation -- and be afforded the opportunity to rebut the 1267 Committee's "case" for designation. A

headoffice@alharamain.org

بسم الله الرحمن الرحيم

**ALHARAMIN CHARITABLE FDN**

Head Office - Riyadh

General Manager Office

**مؤسسة الحرمين الخيرية**

المكتب الرئيس - الرياض

مكتب المدير العام



Ref. : 5282/25/2 الرقم

Date : 03/03/2004 التاريخ :

"give and take" prior to designation would provide transparency and due process protections within the framework of the 1267 Committee and would assist Al Haramain and other charities in effecting organizational reform and implementing "best practices." Providing Al Haramain notice of a potential designation and the opportunity to be heard prior to designation would also serve the laudable goal of maintaining the delivery of legitimate charity to poor people around the world.

Having set forth my concerns and aspirations, I write to seek a dialogue between the 1267 Committee (or its successor) and Al Haramain on these issues. This way, the humanitarian and relief work of Al Haramain would not be interrupted or aborted unnecessarily. Furthermore, Al Haramain would have the opportunity to present documents and information in an effort to reverse the designations in place now and avoid future designations. A dialogue between Al Haramain and the Committee would also serve the mutually beneficial goal of institutional reform.

Finally, please find enclosed a letter from legal counsel to a media outlet in Nairobi. As you can see, the host countries investigation of Al Haramain conclusively proved that Al Haramain had nothing to do with the 1998 bombings. Unfortunately, this unfounded accusation account seems to get recycled whenever it is convenient to bash Saudi-based charities.

***Best Regards,***

**(Debas Mohammed Al Debasi)**
**General Manager**





# OFFICE OF THE PRESIDENT

## DIRECTOR OF SECURITY INTELLIGENCE

TELEGRAPHIC ADDRESS "RAIS"

NYATI HOUSE
P.O. BOX 30083
NAIROBI

REF NO. DSIO/1121/98........

DATE:..12/10/98........

PERMANENT SECRETARY,
PROVINICAL ADMINSTRATION &
INTERNAL SECURITY.
P.O. BOX 30510
NAIROBI.

Dear Sir,

**RE: ISLAMIC NGO'S.**

This is a reply to your dated 3rd October, 1998 requesting this office to up-date your office the current situations of the Islamic Non-Governmental organisations. Sir, According to your letter; This was an order from H.E. The President; because of the recent visit by the Islamic Community leaders to H.E. The President.

After considering all the facts, evidence and information available to me by the security and surveillance personal.

(a) I came to a conclusion that not all the Islamic Non-Governmental Organisation are engaged in dubious activities.

(b) That, we have requested the Non-governmental co-ordination Board to furnish us with the life history, background and other related issues of all the directors of the de-registered N.G.O. We are still waiting for their reply. As soon as we get their findings, we shall supply your office with the evidence informations and recommendations.

(c) That, the NGO's Directors are all (non-religion. [illegible])

(d) That, here are brief findings about individuals de-registered Non-governmental organisation.

1. **HELP AFRICA PEOPLE.**

This is an American Non-governmental organisation, it was involved indirectly or directly with B/blast because one of its directors have been charged in an American Court. He was an Arab of American origin. Another director is in the wanted list of F.B.I.

It's office were closed two and half years ago. It is believed it was fronting or the Saudi terrorist Osama bin Laden. Even before it was closed, its director were frequently travelling to Afghanistan, Pakistan and Sudan.

We are still investigating from F.B.I. and interport.

2. **MERCY RELIEF INTERNATIONAL:**

In Arabic it is called "WAKALATU RAHMA" It was original from Scotland but it have turned for funds to Saudi Arabia.

It was first registered in Kenya by a Somali Sheikh (Ahmed) of Somalia origin, later taken over by the Sudans. It was implicated in the Bomb-blast, Its office were searched and its director interrogated by the F.B.I.

So far no concrete evidence to implicate them or charge them. Still we are investigating them and soon we give full report on them.

3. **AL-HARAMAIN:**

This is a Saudi Arabia funded NGO, it has offices world-wide.
This is one of the largest Islamic NGO in the country. It commands huge amounts of funds. It has employed over 650 personnels country-wide.

This NGO, we wanted to de-registered last October 1997. We arrested some of its workers, we frozen their accounts in the bank. After full investigations with concrete evidences and recommendations, we deported some of its workers; some flee form the country before we arrested them.

The Muslim Community as usual complained especially in North Eastern Province. We gave them warning and opened their bank accounts.

This time they are not any way involved in the incident of the Bomb blast. But, we are still investigating them, especially one with the name Abdallah Baniaru who is believed to be an Algerian and it is said he was in the Army in Algeria and have Kenyan identifications passport. He is at large as far as we are concerned.

4. **INTERNATIONAL ISLAMIC RELIEF ORGANISATION:**

This is a Saudi Arabia funded NGO it has its office opposite the Department of Defence Headquarter. It has several Sudan and Palestine personnel. We are still investigating them, funded by Arab league.

(5) **IBRAHIM AL IBRAHIM:** This NGO is funded by a brother of the thing of Saudi Arabia. This NGO is headed by a Sudanese, some of its workers are Somalia origin whom made themselves Kenyan identification and Kenya passports. It's chief accountant is one of them it operates a Culture Centre near Central police, the Head of this department is living in the country with such documents.

We have recommended this to the immigration department for further actions.

(6) **RABITAT ISLAM:**

We are still investigating this organisation, and we shall compile a report.

Therefore, we are still investigating on evidences and information available on the perennial acts of this Islamic NGO's which we believe are engaged in rampant corruption, racism and others.

It is clearly acknowledged from the evidence we gathered, some of this NGO are security risk. It is therefore advisable we are given more time to continue gathering more findings, facts and recommendations from the security personnel and surveillance.

Some times last year, from 3rd June 1998 we got very reliable informations that some Islamic Non-governmental organisations are financing Al-ITIHAD, AL-Islamiya - a fundamentalists group who are fighting in Somalia and holding towns like Lugh, Bulla and other regions.

We started investigations on the following Islamic Non-governmental Organisation

(1) Al-Muntadad Islamic Foundation;
(2) Al-Haraman Foundation
(3) Ibrahim bin Abdul Aziz bin Ibrahim,
(4) Mercy Relief International, Crescent of hope.

Evidence and information available to us indicated that a part from Al-HARAMAIN FOUNDATION and the rest were clean.

After, consideration of evidence presented and in addition to recommendations from our field and personnel security we took appropriate action against Al-Haramain foundation, so that such recurrence shall never occur in future.

The appropriate action take are:-
(a) deportation of all official who were in the country illegally.
(b) That, the NGO - Al-Haramain foundation shall in future employ Kenyans, because if this Islamic NGOs are genuine or their work is good, all their directors shall have not been foreigners.
(c) That, the NGO Al-Haramain foundation shall get clearance from the Executive Director of Non-Governmental organisation co-ordination board.
(d) That, their frozen accounts to be re-opened.
(e) That, in future if Al-Haramain foundation is found in engaged in any other activities, it will be de-registered automatically.

Yours faithfully,

**Brig (Rlt.) W. Boinet.**
**Director of Security Intelligence.**



# OFFICE OF THE PRESIDENT.

**Directorate of Security Intelligence.**
**P.O. Box 30083, Nairobi.**

Att: Chairman Select Security Intelligence Committee

Dear Sir,

The investigation concerning the NGOs that I was investigating, including Al-Harmain is complete. The comprehensive report of Al-Harmain Foundation; as evidences, investigations and informations:-

a) Received from FBI and CID department indicates that no tangible evidences to show that Al-Haramain Foundation was involved with the recent bomb blast of 8th August, 1998.
b) Al-Haramain foundations never supports or supported any Islamic terrorist groups, either in Ethiopia, Sudan, Somali, or any other countries.
c) That, all the personnel's or relief workers who were living or working with the Al-Haramain Foundation throughout the country, illegally; that is, with fake identifications or passports were deported or relived from their duties. At this particular time no employees with Al-Haramain Foundation is working illegally in the country.

Informations revealed that, several witnesses in the effected areas especially Mandera, Wajir, Garissa, have alleged that, the effected communities are aggrieved by the position of the Kenya Government by banning the Muslim Islamic non-governmental organisations in the country, for most of them depended their livehood on them.

The Garissa and Daadab Muslim Elders Community said that, they are fed up with their leaders who gave an ultimatum at one period and later supported the decision of the government to de-registered the NGO's; that is a betrayal of course to help them, further investigations and informations reveals that Al-Harmain foundation is not engaged in propagating the Wahab's doctrines in the country. And it is known to support only effected area with problems.

There is no concrete evidence showing that Al-Haramain Foundation, supporting illegal dissidents at any time since Al-Haramain was registered in Kenya.

Al-Haramain foundation does not support particular groups, Imams, mosques, or any other party, apart from the development projects they support; financially.

Al-Haramain Foundation primary objective was to assist poor community with relief and rehabilitation, poverty alleviation and provision of health care and medicines. This is what Al-Haramain Foundation was doing till its de-registration; they have been operating in the country lawfully and legally for many years. Even when its personnel's were deported last year by the government. They were never given notice of any investigations or was Al-Haramain Foundation or its directors called before any board to defend themselves, against any accusations.

Still after they were cleared, they continued with their noble work; of relief and rehabilitation.

This time again, when Al-Haramain was de-registered, the organisation or its directors were never given any reason for its de-registered. Till today Al-Haramain Foundation have never been informed what or which section of the NGOs acts, Al-Haramain Foundation have breached 'Under NGO co-ordination Act, 1990.

Al-Haramain projects throughout the country are well known by the government especially the less disadvantaged areas at North Eastern Province.
The de-registration of Al-Haramin have resulted in the closure of many clinics, schools, and boarding educational institutes.

The Kenyan citizens working with Al-Haramain should stop interfering and giving negative publications against the organisation, and the personnel security should stop creating the impression that Al-Haramain is colluding with the terrorist or fundamentalist to cause chaos in the country. The sole role and objectives of Al-Haramain Foundation should be known to the government is to help alleviate the poverty bedevilling disadvantaged members of the society in Kenya. According to reliable information, this organisation was finding difficult to operate in the North Eastern Province because of the negative view of them, created by the security apparatus. This is a Saudia Arabia funded NGO to assist needy communities. Therefore; Al-Haramain Foundation should be re-considered for registration; so that this organisation can carryout its noble duties of assisting the poor community.

Yours faithfully,

**J.O. Ogolla.**