IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL No. 1570 (RCC) |
| THOMAS E. BURNETT, SR., *et al.*, | |
| Plaintiffs, | |
| v. | C.A. No. 03 CV 9849 (RCC) |
| AL BARAKA INVESTMENT AND DEVELOPMENT CORPORATION, *et al.*, | |
| Defendants. | |

**AFFIDAVIT OF SALEH BADAHDA (D18)
TO ACCOMPANY MOTION TO DISMISS**

Under penalty of perjury, I attest that the following is true:

1. I was born in Saudi Arabia on February 13, 1956 and have been a citizen of the Kingdom of Saudi Arabia.

2. I am retired from my career as a university professor.

3. I have visited the United States several times since 1980 with my last trip being in August 2001. The trips involved personal and academic matters. I studied at the Colorado State University in the 1980-1987.

4. I own no property, real or personal investments, and do not conduct any business in the United States or with US-based businesses. I do not have any residence or place of business within the US that would qualify as a place to be properly served in a lawsuit.

5. I have never supported terrorism or the loss of innocent life and believe there is no justification for the tragic attacks of September 11.

6. My involvement with any of the other Defendants in this case did not involve any act to aid and abet terrorism or conspire to do so.

Signed this 7th day of April, 2004 in Jeddah, Saudi Arabia

_____
SALEH BADAHDA