# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | ) | 03 MDL No. 1570 (RCC) |
| THOMAS E. BURNETT, SR., *et al.*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 03 CV 9849 (RCC) |
| AL BARAKA INVESTMENT AND DEVELOPMENT CORPORATION, *et al.*, | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF ABDALLAH BIN ABDULAZIZ ALMOSLEH (D17)
## TO ACCOMPANY MOTION TO DISMISS

Under penalty of perjury, I attest that the following is true:

1. I was born in Sana'a, Yemen in 1948 and have lived in Saudi Arabia most of my life. I have been a citizen of the Kingdom of Saudi Arabia since [→]. 1968

2. I hold a doctorate in Islamic Law and a lawyer by profession.

3. I have [not?] visited the United States [ 6 ] APPROX. times since [1977] with my last trip being in [2000]. The trips involved [academic, official, personal, business] matters. (1 ACADEMIC & 5 OFFICIAL)

4. I own no property, real or personal investments, and do not conduct any business in the United States or with US-based businesses. I do not have any residence or place of business within the US that would qualify as a place to be properly served in a lawsuit.

5. I have never supported terrorism or the loss of innocent life and believe there is no justification for the tragic attacks of September 11.

6. My involvement with any of the other Defendants in this case did not involve any act to aid and abet terrorism or conspire to do so.

Signed this 7th day of APRIL, 2004 in JEDDAH, SAUDI ARABIA

_____
**ABDALLAH ALMOSLEH**

Remarks: I condemn terrorism, both from the religious and legal point of view.