IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL No. 1570 (RCC) |
| THOMAS E. BURNETT, SR., *et al.*, Plaintiffs, v. AL BARAKA INVESTMENT AND DEVELOPMENT CORPORATION, *et al.*, Defendants. | C.A. No. 03 CV 9849 (RCC) |

### AFFIDAVIT OF ABDULLAH AL-MAHDI (D15)
### TO ACCOMPANY MOTION TO DISMISS

Under penalty of perjury, I attest that the following is true:

1. I was born in Saudi Arabia on 1958 have been a citizen of the Kingdom of Saudi Arabia.

2. I am an engineer by profession.

3. I have visited the United States many times since 1979 with my last trip being in 1998. The trips involved academic matters. I studied at Tulane University, New Orleans, LA from 1981 to 1983 then North Carolina State University, Raleigh, NC from 1983. I remain engaged trying to finish my Doctorate till 1993 when I left USA returning to my home country, KSA.

4. I own no property, real or personal investments, and do not conduct any business in the United States or with US-based businesses. I do not have any residence or place of business within the US that would qualify as a place to be properly served in a lawsuit.

5. I have never supported terrorism or the loss of innocent life and believe there is no justification for the tragic attacks of September 11.

6. My involvement with any of the other Defendants in this case did not involve any act to aid and abet terrorism or conspire to do so.

Signed this 7th day of April, 2004 in Jeddah, Kingdom of Saudi Arabia.

ABDULLAH AL-MAHDI