IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| *In Re* Terrorist Attacks on September 11, 2001 | ) ) ) | 03 MDL No. 1570 (RCC) |
| Thomas E. Burnett, Sr., *et al.*, Plaintiffs, v. Al Baraka Investment and Development Corporation, *et al.*, Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 03 CV 9849 (RCC) |

### AFFIDAVIT OF SULAIMAN AL-ALI (D14)
### TO ACCOMPANY MOTION TO DISMISS

Under penalty of perjury, I attest that the following is true:

1. I was born in **Saudi Arabia on November 18, 1963** and have been a citizen of the Kingdom of Saudi Arabia.

2. I am a _Contractor_ by profession.

3. I have not been in the United States since 1996. My first stay in the US was as a university student in St. Louis, MO from 1984-89.

4. I own no property, real or personal investments, and do not conduct any business in the United States or with US-based businesses. I do not have any residence or place of business within the US that would qualify as a place to be properly served in a lawsuit.

5. I have never supported terrorism or the loss of innocent life and believe there is no justification for the tragic attacks of September 11.

6. My involvement with any of the other Defendants in this case did not involve any act to aid and abet terrorism or conspire to do so.

Signed this _8_ day of _APRIL_, 2004 in _Jeddah SAUDIA ARABIA_

_____
SULAIMAN AL-ALI  Ph.d