UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS BURNETT, SR. | |
| Plaintiff, | CERTIFICATE OF MAILING |
| -V- | |
| AL BARAKA INVESTMENT AND DEVELOPMENT CORP. et.al | |
| Defendants.. | MDL No. 1570 |

FILED
S. DISTRICT COURT
2004 APR -6 P 3: 16
S.D. OF N.Y.

I, J. Michael McMahon, Clerk of Court for the Souther District of New York, do hereby certify that on the

**April 6, 2004**

I served the

**SUMMONS & AMENDED COMPLAINT**
NOTICE OF SUIT
DOCUMENTS TRANSLATED INTO ARABIC
AFFIDAVIT FROM TRANSLATOR

filed and issued herein on the

**December 10, 2003**

by mailing by DHL , return receipt requested, a copy of each thereof, addressed to:

See attached for listing of Defendants

That annexed to the original hereof is DHLI receipt(s)

# 740 2508 143      #_____      #_____

J. Michael McMahon
CLERK

Dated: New York, NY

March 31, 2004

**young
riley
dudley
& debrota**

ATTORNEYS AT LAW ■ LLP

**VIA DHL**

Attn: Anne Ford
Clerk of Court, J. Michael McMahon
United States District Court
U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: In re: Terrorist Attacks on September 11, 2001
**MDL No. 1570**
Thomas Burnett, Sr. et al. v. Al Baraka Investment & Development Corporation
**Cause No. 03CV9849 (RCC)**

Dear Clerk:

This letter is sent to serve the Republic of Sudan, pursuant to the Foreign Sovereign Immunities Act, 28 USC § 1608 (a)(4). I have attempted to effect service under (a)(1)-(3) by sending a copy of the enclosed documents to the clerk for the United States District Court District of Columbia on November 27, 2002, before the case was transferred to the New York Court. I took the documents to the United States Post Office to have them served upon the Republic of Sudan, Ministry of Interior, and was informed by an employee of the postal service that certified and registered mail are not allowed in the Sudan. Therefore, I was not able to effect service under (a)(1)-(3). I sent a second mailing of the enclosed documents to the clerk for the District of Columbia on November 4, 2003, however, before the documents were processed, the case was transferred to the New York Court.

Since there is no way to serve the Sudan by registered or certified mail, I would like to serve the documents upon the State Department in compliance with 28 USC § 1608(a)(4). In my previous mailing of January 23, 2004, I enclosed the following documents:

1. Two (2) copies of the Amended Complaint in Arabic;
2. Original and two (2) copies of the Summonses in Arabic;
3. An original and two (2) copies of the Summonses in English;
4. Original and two (2) copies of the Notice of Suit in Arabic; and,
5. Five (5) original, and two (2) copies of the Notice of Suit in English.

WILLIAM N. RILEY
MARK K. DUDLEY
AMY FICKLIN DEBROTA
THOMAS J. YOUNG
RETIRED

3815 RIVER CROSSING PARKWAY
SUITE 340
INDIANAPOLIS, INDIANA 46240
PHONE (317) 848-7939
FAX (317) 848-7831
www.yrddlaw.com

Anne Ford
March 31, 2004
Page 2

    After receiving a copy of the Procedure for Service Upon a Foreign State or Political Subdivision Pursuant to the Foreign Sovereign Immunities Act, I realized that my previous mailing was deficient. Therefore, I am enclosing additional documents to supplement my previous mailing. Enclosed with this letter are the following documents:

1. One (1) copy of the Amended Complaint in Arabic;
2. Two (2) copies of the Amended Complaint in English;
3. A completed green card for return receipt for mailing; and,
4. An Affidavit from our translator stating his/her qualifications and that the translation is accurate.

For your convenience, the address to the State Department is:

        U.S. Department of State
        2201 C Street NW
        Washington, DC 20520

    If you should have any questions or require any additional information, please feel free to contact me. Thank you in advance for your assistance in this matter.

        Very truly yours,

        Erin M. Amos
        Legal Secretary to William N. Riley

/ema
Enclosures

Process and Track your shipment online: http://www.dhl-usa.com
1-800-CALL-DHL in USA only

790 2508 143

| ORIGIN | DESTINATION CODE |

**1  Payer account number and shipment value protection details**

Charge to ☐ Shipper  ☐ Receiver  ☒ 3rd Party  ☐ Cash  ☐ Check  ☐ Credit Card
Payer Account No. 8071078 2166

Shipment Value Protection (see reverse)
☐ Yes Declared Value for Carriage (in US $) _____
Not all payment options are available in all countries.

**2  From (Shipper)**
Shipper's Account Number | Contact Name
Shipper's Reference (up to 35 characters)
Company Name
Address

**4  Shipment Details**
Total Number of Packages | Total Weight If DHL Express Document packaging used, enter XD. | Dimensions (in inches) Pieces Length Width Height
1 |  | @ x x
 |  | @ x x
 | lbs | @ x x

**5  Full Description of Contents**
Give Content and Quantity  DHL Does Not Transport Cash

Documents

Post/ZIP Code (required) | Phone, Fax, or E-mail (required)

**3  To (Receiver)**
Company Name
US Dept. of STATE
Contact Name
Consular Services
Delivery Address  DHL Cannot Deliver to a PO Box

Country

Post/ZIP Code (required) | Phone, Fax, or E-mail (required)

**6  Dutiable Shipments Only (Customs requirement)**
Attach the original and four copies of a Commercial Invoice or Pro Forma.
Export License No./Symbol (if applicable) | Receiver's VAT/GST or Shipper's EIN/SSN

Value for Customs (in US $) (as on Commercial/Pro Forma Invoice) | Schedule B Number / Harmonized Code (if applicable)

TYPE OF EXPORT ☐ Permanent ☐ Repair/Return ☐ Temporary
Destination Duties/Taxes If left blank, Receiver pays duties/taxes.
☐ Receiver ☐ Shipper ☐ Other
The commodities, technology or software to be exported from the U.S. are in compliance with the U.S. Bureau of Export Administration. Diversion to countries contrary to U.S. law prohibited.

**7  Shipper's Authorization (signature required)**
I/we agree that DHL's standard terms apply to this shipment and limit DHL's liability for loss or damage to U.S. $100. The Warsaw Convention may also apply (see reverse). I/we authorize DHL to complete other documents necessary to export this shipment. I/we understand that Shipment Value Protection is available on request, for an extra charge. I/we agree to pay all charges if the recipient or 3rd party refuses to pay. I/we understand that DHL DOES NOT TRANSPORT CASH.

Signature (required)  Date   /   /

**8  Products & Services**

DOMESTIC EXPRESS | DP GLOBAL MAIL
☐ U.S. Express Envelope | ☐ Priority
☐ USA Overnight | ☐ Standard
☐ Other | ☐ IPA
 | ☐ ISAL

WORLDWIDE EXPRESS
☐ Int'l Express Envelope | ☐ DomFlats
☐ Non-Dutiable ☐ WorldFreight
☐ Dutiable ☐ Other

Service Options (extra charges may apply)
☐ Saturday Delivery | ☐ Special Pickup
☐ Hold For Pickup* | ☐ Delivery Notification
*US deliveries only
☐ Other

Not all products or service options are available to/from all locations.

DIMENSIONAL/CHARGEABLE WEIGHT

lbs

| SERVICES | CHARGES |

Drop Box # | TOTAL

TRANSPORT COLLECT STICKER No.

PAYMENT DETAILS (Check, Card No.)
No.:
Type       Expires
Auth.

PICKED UP BY
Route No.
Time           Date