<u>CERTIFICATE OF SERVICE</u>

      I, Sarah S. Normand, an Assistant United States Attorney for the Southern District of New York, hereby certify that on April 14, 2004, I caused a copy of the Second Statement of Interest of the United States of America in Opposition to Plaintiffs' Motions to Authorize Alternative Means of Service of Process on Defendants Alleged to Be in United States Custody to be served, by Federal Express, upon the following counsel:

Douglas B. Fox, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

Wilmer Parker, Esq.
Gillen Parker & Withers, LLC
One Securities Centre, Suite 1050
3490 Piedmont Rd., NE
Atlanta, GA 30305

Dated:  New York, New York
       April 14, 2004

                                        <u>s/ Sarah S. Normand</u>
                                        SARAH S. NORMAND (SN-2834)
                                        Assistant United States Attorney
                                        Telephone: (212) 637-2709
                                        Facsimile: (212) 637-2717