(CASEY, S.

| | |
|---|---|
| COZEN O'CONNOR<br>JOHN B. GALLIGAN, ESQ. (JBG-1589)<br>45 Broadway Atrium, 16th Floor<br>New York, NY 10006<br>(212) 509-9400 | Attorneys for Plaintiffs, Federal<br>Insurance Company, et al. |

OF COUNSEL:
STEPHEN A. COZEN, ESQUIRE
ELLIOTT R. FELDMAN, ESQUIRE
SEAN P. CARTER, ESQUIRE
JOHN M. POPILOCK, ESQUIRE
J. SCOTT TARBUTTON, ESQUIRE
LISA HAAS, ESQUIRE
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE TERRORIST ATTACK | : | CIVIL ACTION NO. 03-MD-1570 (RCC) |
| | : | |
| FEDERAL INSURANCE COMPANY,<br>et al. | : | |
| | : | CIVIL ACTION NO. 03-CV-6978 (RCC) |
| Plaintiffs, | : | |
| | : | |
| v. | : | **STIPULATION EXTENDING**<br>**TIME TO RESPOND** |
| | : | |
| AL-QAIDA, et al., | : | |
| | : | |
| Defendants. | : | |

It is HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendant, by and through their respective undersigned counsel, that:

1. The undersigned Defendant's counsel will accept service of the Amended Complaint on behalf of defendant Arab Bank PLC.

2.  Defendant Arab Bank PLC will answer or otherwise move against the Amended Complaint on or before May 21, 2004.

3.  Defendant Arab Bank PLC will waive all affirmative defenses, objections and arguments relating to service of process during the course of this litigation.

Dated: March 30, 2004

COZEN O'CONNOR, PC
Attorney for Plaintiffs

By: _____
(John B. Galligan)
45 Broadway Atrium
New York, NY 10006

King & Spalding LLP
Counsel for Defendant
Arab Bank PLC

By: _____
Richard T. Marooney, Esq.
Deborah S. Burstein, Esq.
1185 Avenue of the Americas
New York, NY 10036

So Ordered

_____ 4/15/04
S.D.N.Y.

2