IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____
                                              )
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 )   03 MDL No. 1570 (RCC)
_____)
                                              )
THOMAS E. BURNETT, SR., *et al.*,             )
        Plaintiffs,                           )
    v.                                        )   C.A. No. 03 CV 9849 (RCC)
                                              )
AL BARAKA INVESTMENT AND DEVELOPMENT          )
    CORPORATION, *et al.*,                    )
        Defendants.                           )
_____)

## NOTICE OF APPEARANCE

Undersigned counsel, properly admitted and in good standing of the Bar in this Court, hereby appears for defendant Islamic Assembly of North America (D219) in the above-styled case. For any correspondence not filed through the ECF system, please serve on Defendants at the address below.

Respectfully Submitted,

/s/ Ashraf Nubani
_____

Ashraf W. Nubani- AN 9436
Busch & Nubani, P.C.
5029 Backlick Road, Suite A
Annandale, VA 22003
703-658-5151
703-658-9200, fax

Dated: April 9, 2004