**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL No. 1570 (RCC) |
| THOMAS E. BURNETT, SR., *et al.*, <br> Plaintiffs, <br> v. <br> AL BARAKA INVESTMENT AND DEVELOPMENT CORPORATION, *et al.*, <br> Defendants. | C.A. No. 03 CV 9849 (RCC) |
| KATHLEEN ASHTON, *et al.*, <br> Plaintiffs, <br> v. <br> AL-QAEDA ISLAMIC ARMY, *et al*. <br> Defendants. | C.A. No. 02 CV 6977 (RCC) |

**NOTICE OF APPEARANCE**

Undersigned counsel, properly admitted and in good standing of the Bar in this Court, hereby appears for defendants Al Haramain Islamic Foundation (Burnett-D54), Aqeel Al-Aqeel (Burnett-D94), Saleh O. Badahdah (Burnett-D18), Abdallah bin Abdul Aziz Almosleh (Burnett-D17), Abdullah M. Al-Mahdi (Burnett-D15), Adel A.J. Batterjee (Burnett-D93), Jamal Ahmad Mostafa Khalifa (Burnett-D92), and Sulaiman Al-Ali (Burnett-D14) in the above-styled cases. For any correspondence not filed through the ECF system, please serve on Defendants at the address below.

Respectfully Submitted,

/s/ Ashraf Nubani

Ashraf W. Nubani (AN 9436)
Busch & Nubani, P.C.
5029 Backlick Road, Suite A
Annandale, VA 22003
703-658-5151
703-658-9200, fax

Dated: April 9, 2004