UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

IN RE: TERRORIST ATTACKS
OF SEPTEMBER 11, 2001

------------------------------------x



This document related to:

*Fiona Havlish, et al. v. Bin-Laden et al*
03 CV 9848 (RCC) and

*Thomas E. Burnett, Sr. et al. v. Al Baraka
Investment and Development Corp., et al.*
03 CV 9848 (RCC)

## MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE

Comes the undersigned and moves the Court for an order permitting Thomas E. Mellon, Jr. (Pennsylvania Bar No. 16767), Stephen A. Corr (Pennsylvania Bar No. 65266) and John A. Corr (Pennsylvania Bar No. 52820) of the law firm of Mellon, Webster & Shelly, 87 North Broad Street, Doylestown, Pennsylvania 18901, to be admitted pro hac vice in this action on behalf of the plaintiffs in the consolidated cases of *Fiona Havlish, et al. v. Bin-Laden et al.*, Case No. 03-cv-9849 (RCC) and *Thomas E. Burnett, Sr. et al. v. Al Baraka Investment and Development Corp. et al.*, Case No. 03-cv-9849 (RCC). In support of this Motion, the certificates of good standing of Thomas E. Mellon, Jr., Stephen A. Corr and John A. Corr in the Supreme Court of Pennsylvania are attached hereto.

**APPLICATION GRANTED**

/s/ Richard Conway Casey
HON. RICHARD CONWAY CASEY  4-22-04

Respectfully submitted,

/s/ John A. Corr
John A. Corr, Esquire
Mellon, Webster & Shelly, P.C.
87 North Broad Street
Doylestown, PA 18901
Telephone: (215) 348-7700
Facsimile:  (215) 348-0171



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

## *Thomas E. Mellon, Jr., Esq.*

### DATE OF ADMISSION

### January 31, 1973

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: March 29, 2004

John W. Person Jr.
Deputy Prothonotary



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

### Stephen A. Corr, Esq.

**DATE OF ADMISSION**

**November 19, 1992**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  March 29, 2004

John W. Person Jr.
Deputy Prothonotary



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

### John A. Corr, Esq.

**DATE OF ADMISSION**

**November 7, 1988**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: March 29, 2004

John W. Person Jr.
Deputy Prothonotary

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Motion for Admission of Counsel Pro Hac Vice has been served via facsimile on all counsel of record on the attached Facsimile Service List.

Dated this ___16th___ day of April, 2004

MELLON, WEBSTER & SHELLY, P.C.

By: _____
John A. Corr, Esquire

# MDL 1570
## Facsimile Service List

| RECIPIENT | FIRM | FAX NO. |
|---|---|---|
| Allan Gerson | | 202-966-8557 |
| Anthony M. Sellitto | Oliver & Sellitto | 732-775-7404 |
| Christopher Cooper | | 202-639-7890 |
| Christopher M. Curran | | 202-639-9355 |
| Clare Sproule | Epstein, Becker & Green | 212-661-0989 |
| D. Richard Burbidge<br>Stephen B. Mitchell | Burbidge & Mitchell | 801-356-2341 |
| David Jaroslawicz | | 212-227-5090 |
| Dennis Pantazis | | 202-467-4489 |
| Donald J. Nolan | Nolan Law Group | 312-630-4011 |
| Donald J. Winder<br>John Warren May | Winder & Haslam | 801-322-2282 |
| Edward D. Robertson<br>Mary Winter | Bartimus, Frickleton, Robertson & Obetz | 573-659-4460 |
| Edward H. Rubenstone | Lamm, Rubenstone, Totaro & David | 215-638-2867 |
| Evan Yegelwel | | 904-632-0549 |
| Gary O. Gailher | Galiher, DeRobertis, Nakamura, Ono & Takitani | 808-591-2608 |
| Harry Huge | Harry Huge Law Firm | 202-318-1261 |
| Henry S. Weisburg | | 212-848-7179 |
| J. David O'Brien | | 212-571-6166 |
| J.D. Lee<br>David Lee | Lee, Lee & Lee | 423-544-0536 |
| Jack Cordray | Cordray Law Firm | 843-216-9450 |
| James M. Cole | | 202-508-6200 |
| James P. Kreindler<br>Marc S. Moeller<br>Andrew J. Maloney | Kreindler & Kreindler | 212-972-9432 |
| John C. Millian | | 202-530-9566 |
| John D'Amato<br>Guy Molinari | | 718-816-8037 |
| Jonathan C. Reiter | | 212-268-5297 |
| Jonathan L. Greenblatt | | 202-508-8100 |
| Joseph Duffy | | 312-338-0070 |
| Joshua L. Dratel | | 212-571-6341 |
| Joshua M. Ambush | | 410-484-9330 |
| Kenneth Nolan | | 212-953-6483 |

MDL 1570
Facsimile Service List

| | | |
|---|---|---|
| Kenneth Sacks | Sacks and Sacks | 212-349-2141 |
| Larry Klayman<br>Paul J. Orfanedes | | 202-646-5199 |
| Louis R. Cohen | | 202-663-6363 |
| Lynn Bernabei | | 202-745-2627 |
| Maher Hanania | | 703-778-2407 |
| Mark C. Hansen | | 202-326-7999 |
| Martin F. McMahon | | 202-828-4130 |
| Matthew H. Kirkland | | 202-662-4643 |
| Michael Barasch | | 212-385-7485 |
| Michael F. Baumeister<br>Dorthea M. Cappone | Baumeister & Samuels | 212-363-1346 |
| Michael Hadeed | | 703-256-5431 |
| Michael J. McManus | | 202-842-8465 |
| Michael N. Block | Sullivan, Papain, Block, McGrath & Cannavo | 212-266-4141 |
| Michael Nussbaum | | 202-626-3961 |
| Michael Rubenstein | | 718-522-3804 |
| Milton Mollen<br>Vincent F. Pitta | Herrick, Feinstein | |
| Nancy H. Dutton | | 202-966-6621 |
| Nancy Luque | | 202-238-7701 |
| Paul Hanly<br>Andrea Bierstein | Hanly, Conroy Bierstein & Sheridan | 212-401-7635 |
| Peter J. Kahn | | 202-434-5029 |
| Richard D. Burbidge | | 801-355-2341 |
| Richard Hailey<br>Mary Beth Ramey | Hailey & Ramey | 317-848-7831 |
| Richard T. Marooney | | 202-626-3737 |
| Robert Conason | Gair, Gair, Conason, Steigman & Mackauf | 212-425-7513 |
| Don Howarth<br>Suzelle Smith<br>Robert D. Brain | Howarth & Smith | 213-622-0791 |
| Roger C. Simmons | | 301-698-0392 |
| Roger E. Warin | | 202-429-3902 |
| Ronald L. Motley<br>Jodi Flowers | Motley Rice | 843-216-9450 |
| Ronald S. Liebman | | 202-457-6315 |
| Samuel L. Davis | Davis, Sapperstein & Salomon | 201-692-0444 |
| Sanford Rubenstein | Rubenstein & Rynecki | 718-522-3804 |
| Stephen J. Brogan<br>James A. Gauch | | 202-626-1700 |

2

MDL 1570
Facsimile Service List

| Thomas P. Steindler | | 202-756-8087 |
|---|---|---|
| Vincent F. Pitta | | 212-592-1500 |
| Wilmer Parker | | 404-842-9750 |
| William N. Riley | Young, Riley, Dudley & DeBrota | 317-848-7831 |

3