UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
IN RE TERRORIST ATTACKS ON          :     MDL No. 1570
SEPTEMBER 11, 2001                  :
------------------------------------x

This Document Relates To:

*Gladys H. Salvo, et al., v. Al Qaeda Islamic Army, et al.,*
Case No. 03 CV 5071 (RCC)

ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-22-04

## MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*

Now comes Floyd A. Wisner (Illinois State Bar No. 3048713), for his petition for admission to practice before this Court, *pro hac vice*, in this action on behalf of the plaintiffs in the case of *Gladys H. Salvo, et al. v. Al Qaeda Islamic Army, et al.*, Case No. 03 CV 5071 (RCC), and alleges as follows:

1.  I reside at 934 South Fourth Street, St. Charles, Illinois 60174.

2.  My office name and address is Nolan Law Group, 20 North Clark Street, 30th Floor, Chicago, Illinois 60602.

3.  I was admitted to practice before the Bar of the Supreme Court of Illinois on October 29, 1977.  A Certificate of Good Standing from that Bar is attached hereto as Exhibit A.

4.  I have never been held in contempt of court.

5.  I am not presently nor have I ever been censured, suspended, disbarred or otherwise disciplined by any court.

6. I have obtained and read the Rules of the United States District Court for the Southern District of New York and am familiar with those Rules.

7. I have read the Rules of Professional Conduct of the American Bar Association and will faithfully adhere thereto.

WHEREFORE, it is respectfully requested that this Court order that petitioner, Floyd A. Wisner, be admitted to practice before the Bar of this Court.

DATED:   April 15, 2004, at Chicago, Illinois.

Respectfully submitted,

_____
Floyd A. Wisner (IL SB 3048713)

Subscribed and Sworn to
before me this 15th day of
April, 2004.

_____
NOTARY PUBLIC

*OFFICIAL SEAL*
*PAULA L JETT*
*NOTARY PUBLIC, STATE OF ILLINOIS*
*MY COMMISSION EXPIRES: 06/06/04*

*NOLAN LAW GROUP*
20 North Clark Street
30th Floor
Chicago, IL  60602
Telephone: 312.630.4000
Facsimile: 312.630.4011

**Attorneys for Plaintiffs,
Gladys H. Salvo, et al.**

APPLICATION GRANTED
SO ORDERED

_____
U.S.D.J.

April 22, 2004
Date

2



**ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION**
of the
SUPREME COURT OF ILLINOIS

One Prudential Plaza
130 East Randolph Drive
Chicago, IL 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield 62701
(217) 522-6838  (800) 252-8048
Fax (217) 522-2417

Floyd Allen Wisner
Nolan Law Group
Suite 3000
20 North Clark Street
Chicago, IL 60602-5094

Chicago
Monday, April 05, 2004

In re: Floyd Allen Wisner
Admitted: 10/29/1977
Attorney No. 3048713

Dear Floyd Allen Wisner:

The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Mary Robinson
Administrator

By: /s/ Roxanne Trenter
Roxanne Trenter
Deputy Registrar

RT



EXHIBIT A

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 16, 2004, copies of *Plaintiffs' Motion For Admission Of Counsel Pro Hac Vice*, were served upon:

*SEE ATTACHED SERVICE LIST*

by enclosing the same in envelopes properly sealed and addressed to said persons at their respective addresses, with postage fully prepaid, and by depositing the same in the U.S. Mail located at 20 North Clark Street, Chicago, Illinois, at or before the hour of 5:00 PM on this 16th day of April, 2004, in accordance with the provisions set forth in Fed.R.Civ.P. 5(a).

_____
Michelle Minon

Subscribed and Sworn to before me

this 19th day of April, 2004.

_____
NOTARY PUBLIC

OFFICIAL SEAL
PAULA L JETT
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/06/04

Donald J. Nolan, Esq.
*NOLAN LAW GROUP*
Attorneys for Plaintiffs
20 North Clark Street - 30th Floor
Chicago, IL   60602
Telephone: 312.630.4000
Facsimile: 312.630.4011

## Counsel for Defendants:

Michael J. Guzman, Esq.
March C. Hansen, Esq.
Michael K. Kellogg, Esq.
*KELLOGG, HUBER, HANSEN, TODD & EVANS, PLLC*
1615 "M" St., N.W., Sumner Square-Suite 400
Washington, DC  20036-3209
Tel: 202.326.7900/Fax: 202.326.7999
Counsel for: *Prince Mohamed Al Faisal Al Saud*

Christopher M. Curran, Esq.
Nicole Erb, Esq.
Frank Panopoulos, Esq.
*WHITE & CASE, LLP*
601 Thirteenth Street, N.W.
Washington, DC  20005-3807
Telephone: 202.626.3600
Facsimile: 202.739.9355
Counsel for: *Al Rajhi Banking & Investment Corporation*

Wilmer Parker, Esq.
*GILLEN, PARKER & WITHERS, LLC*
3490 Piedmont Road, N.E. - Suite 1050
Atlanta, GA  30305-1743
Counsel for: *Mar-Jac Poultry, Inc.*
Telephone: 404.842.9700
Facsimile: 404.842.9750
email: tharris@gcpwlaw.com

Nancy Luque, Esq./Donna M. Sheinbach, Esq.
*GRAY CARY WARE & FREIDENRICH*
1625 Massachusetts Ave. NW, Suite 300
Washington, DC  20036-2247
Counsel for: *International Institute for Islamic Thought (IIIT)*
Telephone: 202.238.7764
Facsimile: 202.238.7701

Ronald S. Liebman, Esq.
Mitchell R. Berger, Esq.
*PATTON BOGGS, LLP*
2550 "M" Street, N.W.
Washington, DC  20037-1350
Counsel for: *The National Commercial Bank*
Telephone: 202.457.6000
Facsimile: 202.457.6315
liebman@pattonboggs.com
mberger@pattonboggs.com

Martin F. McMahon, Esq.
*LAW OFFICES MARTIN F. McMAHON*
1150 Connecticut Avenue, N.W.
Suite 900
Washington, DC  20036
Counsel for: *Rabita Trust, Wa'el Jalaidan and International Relief Organization, Muslim World League, Abdullah Bin Abdul Mushel AL Turki, Adna Basha, Intl. Islamic Relief Organization.*
Tel: 202.862.4343/Fax: 202.828.4130

Henry Weisburg, Esq.
Brian H. Polovoy, Esq.
*SHEARMAN & STERLING, LLP*
599 Lexington Avenue
New York, NY  10022-6069
Counsel for: *Saudi American Bank*
Telephone: 212.848.4000
Facsimile: 212.848.7179

Christopher R. Cooper, Esq.
William H. Jeffress, Esq.
Sara Kropf, Esq.
*BAKER BOTTS, LLP*
1299 Pennsylvania Ave N.W. The Warner
Washington, DC  20004-2400
Counsel for: *Prince Sultan Bin Abdulaziz Al-Saud*
Tel: 202.639.7700/Fax: 202.639.7890

Michael Hadeed, Esq.
*BECKER, HADEED, KELLOGG &*
  *BERRY, P.C.*
5501 Backlick Road
Springfield, VA  22151
Counsel for: **Muslim World League Offices NY & Al Haramain Islamic Foundation, Inc.**
Tel: 703.256.1300/Fax: 703.256.5431

Lynne A. Bernabei, Esq.
Alan R. Kabat, Esq.
*BERNABEI & KATZ, PLLC*
1773 "T" Street, N.W.
Washington, DC  20009
Counsel for: **Dr. Soliman J. Khudeira and Al Haramain Islamic Foundation, Inc.**
Tel: 202.745.1942/Fax: 202.745.2627

Richard T. Marooney, Esq.
*KING & SPALDING, LLP*
1730 Pennsylvania Avenue, N.W.
Washington, DC  20006-4706
Counsel for: **Arab Bank PLC**
Tel: 202.737.0500/Fax: 202.626.3737

Roger F. Warin, Esq.
Christopher T. Lutz, Esq.
*STEPTOE & JOHNSON, LLP*
1330 Connecticut Avenue, N.W.
Washington, DC  20036
Counsel for: **Mohammad Abdullah Aljomaih**
Facsimile: 202.429.3902

Geoffrey S. Stewart, Esq.
Michael Bradley, Esq.
*JONES DAY*
222 East 41st Street
New York, NY  10017
Telephone: 212.326.3939
Facsimile: 212.755.7306
Counsel for: **SBG**

Joseph Duffy, Esq.
*STETLER DUFFY*
140 South Dearborn Street
Chicago, IL  60603
Counsel for: **Enaam Arnout and Benevolence International Foundation ("BIF")**
Facsimile: 312.338.0070

Stephen J. Brogan, Esq.
Blaney Harper, Esq.
*JONES DAY*
51 Louisiana Avenue, N.W.
Washington, DC  20001
Counsel for: **SBG**
Telephone: 202.879.3939
Facsimile: 202.626.1700

Matthew H. Kirkland, Esq.
*FULBRIGHT & JAWORSKI*
801 Pennsylvania Avenue, N.W.
Washington, DC  20004
Counsel for: **Nimir Petroleum, LLC**
Facsimile: 202.662.4643

Maher H. Hanania, Esq.
Kamal Nawash, Esq.
*HANANIA, KHADER & NAWASH*
6066 Leesburg Pike - Suite 101
Falls Church, VA  22041
Counsel for: **Abdul Rahman Alamoundi**
Tel: 703.778.2400/Fax: 703.778.2407

| | |
|---|---|
| Louis R. Cohen, Esq.<br>Matthew P. Previn, Esq.<br>Shirley Woodward, Esq.<br>*WILMER, CUTLER, PICKERING, LLP*<br>2445 "M" Street, N.W.<br>Washington, DC   20037-1430<br>Telephone: 202.663.6000<br>Facsimile: 202.663.6363<br>email: louis.cohen@wilmer.com; matthew.previn@wilmer.com;<br>    Shirley.woodward@wilmer.com<br>Louis Cohen's direct dial: 202.663.6700 | David P. Donovan, Esq.<br>*WILMER, CUTLER, PICKERING, LLP*<br>1600 Tysons Boulevard<br>10th Floor<br>McLean, VA   22102<br>Telephone: 703.356.3415<br>email: david.donovan@wilmer.com |

Thomas P. Steindler, Esq.
*McDERMOTT, WILL & EMERY*
600 Thirteenth Street, N.W.
Washington, DC   20005
Telephone: 202.756.8000
Counsel for: ***Yassin Abdullah Al Kadi***