LAW FIRM OF
# OMAR T. MOHAMMEDI
200 MADISON AVENUE, SUITE 1901
NEW YORK, NY 10016-3903
PHONE (212) 725-3846
FACSIMILE (212) 725-9160

OF COUNSEL:

KARL RUBIN
BEVERIDGE & DIAMOND
KHURRUM WAHID

E-MAIL: OMOHAMMEDI@OTMLAW.COM
WEBSITE: WWW.OTMLAW.COM

April 22, 2004

The Honorable Richard C. Casey
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, NY 10007

Re: In Re: Terrorist Attack on September 11, 2001
MDL No. 1570

Your Honor:

We have been recently retained to represent the World Assembly of Muslim Youth (WAMY) and WAMY International in the above-captioned matter.

I respectfully request the opportunity to sponsor Khurrum Wahid, a duly admitted counsel to practice law in the State of Florida for his *Pro Hac Vice* application. Mr. Wahid will appear as co-counsel to represent WAMY and WAMY Int'l in this case. Attached please find a copy of my Appearance Form.

We thank your honor for allowing us to appear before your court in this matter.

Respectfully Submitted,

Omar T. Mohammedi

WAMY/MDL No. 1570

AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

## APPEARANCE

In Re: Terrorist Attack on September 11, 2001

v.

Case Number: MDL No. 1570

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

World Assembly of Muslim Youth (WAMY)

WAMY International

(D 72)

I certify that I am admitted to practice in this court.

04/22/04
Date

Signature

Omar T. Mohammedi
Print Name

7234
Bar Number

200 Madison Avenue, Suite 1901
Address

New York, NY 10016
City State Zip Code

(212) 725-3846
Phone Number

(212) 725-9160
Fax Number