UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON<br>SEPTEMBER 11, 2001 | Civil Action No.<br>03 MDL 1570 (RCC)<br><br>**STIPULATION AND ORDER<br>OF SUBSTITUTION OF<br>COUNSEL** |

This document relates to:

Thomas E. Burnett, Sr., et al. v. Al Baraka
Investment and Development Corp., et al.,
03 CV 9849 (RCC)

Thomas E. Burnett, Sr., et al. v. Al Baraka
Investment and Development Corp., et al.,
03 CV 5738 (RCC)

IT IS HEREBY STIPULATED AND AGREED that Chadbourne & Parke LLP shall be and hereby is substituted for McDermott, Will & Emery as counsel for defendant Yousef Jameel.

Dated: New York, New York
April 14, 2004

McDERMOTT, WILL & EMERY

By _____
Stanton D. Anderson (SA-   )
Thomas P. Steindler (TS-   )

Former attorneys for defendant
Yousef Jameel
600 13th Street, N.W.
Washington, DC 20005
(202) 756-8000

NY3 - 343660.02

CHADBOURNE & PARKE LLP

By *(signature)*
Kenneth A. Caruso (KC-7769   )
New attorneys for defendant
Yousef Jameel
30 Rockefeller Plaza
New York, New York  10112
(212) 408-5100

SO ORDERED *(signature)* Richard _____ 4-26-04
U.S.D.J.

**SO ORDERED**
IT IS ORDERED that counsel to whom this Order
is sent is responsible for faxing a copy to
all counsel and retaining verification of such
in the case file. Do not fax such verification
to Chambers.

NY3 - 343660.02

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Civil Action No.<br>03 MDL 1570 (RCC)<br><br>**DECLARATION OF KENNETH A. CARUSO** |

This document relates to:

    Thomas E. Burnett, Sr., et al. v. Al Baraka
    Investment and Development Corp., et al.,
    03 CV 9849 (RCC)

    Thomas E. Burnett, Sr., et al. v. Al Baraka
    Investment and Development Corp., et al.,
    03 CV 5738 (RCC)

    KENNETH A. CARUSO declares:

    1.    I am a member of the Bar of this Court and a member of the firm of Chadbourne & Parke LLP. I submit this declaration in support of the application of defendant Yousef Jameel, pursuant to Local Civil Rule 1.4, for leave to substitute my firm as counsel for Mr. Jameel in this action.

    2.    The firm of McDermott, Will & Emery has represented Mr. Jameel in this action. Mr. Jameel has requested my firm to substitute for that firm, and to represent him in this action.

    3.    In 2002, plaintiffs commenced this action in the United States District Court for the District of Columbia. In December 2003, the Judicial Panel on Multi-District Litigation transferred this action to this Court. On or about March 16, 2004, plaintiffs filed a More Definite Statement as to Mr. Jameel.

NY3 - 343662.02

4. The firm of McDermott, Will & Emery consents to the relief sought in this application. Indeed, we are also submitting for the Court's signature a Stipulation and Order signed by McDermott, Will & Emery and by me.

5. Accordingly, I respectfully request that the Court grant leave for Chadbourne & Parke LLP to substitute as counsel for Mr. Jameel.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 22, 2004.

KENNETH A. CARUSO

NY3 - 343662.02