IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001   )   03 MDL No. 1570 (RCC)
)
)
)   ADMISSION TO
)   PRACTICE PRO HAC VICE
)

The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney Khurrum Wahid is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice pro hac vice is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission pro hac vice for the above listed case will be made on the roll of attorneys.

The attorney admitted pro hac vice must serve a copy of this Order on all other counsel in this case.

Dated: April 27, 2004

/s/ Richard Conway Casey
Hon. Richard Conway Casey
United States District Court Judge

cc: Pro Hac Vice Attorney
    Court File



DOC # 120

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 ) ) ) ) ) ) ) ) ) ) | 03 MDL No. 1570 (RCC)<br><br>NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE |

TO: Plaintiff Executive Committee

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto we will move this Court before the Honorable Richard C. Casey at the United States Courthouse for the Southern District of New York, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Khurrum Wahid, Attorney at Law and of Counsel to the firm of The Law Offices of Omar T. Mohammedi and a member in good standing of the Bar of the State of Florida, as attorney pro hac vice to argue or try this case in whole or in part as counsel. There are no pending disciplinary proceedings against me in any State or Federal court.

Respectfully submitted,

Khurrum Wahid
Khurrum Wahid, Attorney at Law
2201 NE 52nd Street, Suite 205
Lighthouse Point, FL, 33064,
Khurrum.Wahid@verizon.net
(954) 428-7757

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-28-04

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 ) ) ) ) ) ) ) ) ) ) ) | 03 MDL No. 1570 (RCC)<br><br>AFFIDAVIT OF<br>KHURRUM WAHID IN<br>SUPPORT OF MOTION<br>TO ADMIT COUNSEL PRO<br>HAC VICE |

State of New York   )
                              ) ss:
County of New York )

I, Khurrum Wahid, being duly sworn, hereby deposes and says as follows:

1. I am a partner in the firm of Khurrum Wahid, Attorney at Law and OF COUNSEL to the New York firm of the Law Firm of Omar T. Mohammedi.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of Florida.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in this one case.

Khurrum Wahid
Khurrum Wahid Attorney at Law
2201 NE 52nd Street, Suite 205
Lighthouse Point, FL, 33064
Khurrum.Wahid@verizon.net
(954) 428-7757

JESSICA HAUPT
Notary Public, State of New York
No. 01HA6006334
Qualified in New York County
Commission Expires 9.8.07



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, Florida 32399-2300**

John F. Harkness, Jr.
Executive Director

850/561-5600
www.FLABAR.org

State of Florida      )

County of Leon       )

                In Re:   178764
                Khurrum Basir Wahid
                Neighborhood Defenders Service of
                Harlem
                2031 5th Ave., Fl. 2
                New York, NY

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on September 23, 1999.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this ___6___ day of April, 2004.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/dst1:R10

# FedEx USA Airbill

FedEx Tracking Number: 8458 6890 0250

**1 From** Please print and press hard.
Date: 4/21/04
Sender's Name: KHURRUM WAHID
Sender's FedEx Account Number: 2915945~7
Phone: (917) 940-5997
Company: KHURRUM WAHID, ATTORNEY AT LAW
Address: 200 MADISON AVE, SUITE 1301
City: NEW YORK   State: NY   ZIP: 10016

**2 Your Internal Billing Reference**

**3 To**
Recipient's Name: HARRY HUGE
Phone: (202) 824-6046
Company: HARRY HUGE LAW FIRM
Address: 401 9th Street NW Ste 450
City: WASHINGTON   State: DC   ZIP: 20004

**4a Express Package Service**
Form ID No. 0200
- [ ] FedEx Priority Overnight
- [ ] FedEx Standard Overnight
- [ ] FedEx First Overnight
- [ ] FedEx 2Day
- [x] FedEx Express Saver
- [ ] FedEx 2Day

**4b Express Freight Service**
- [ ] FedEx 1Day Freight
- [ ] FedEx 2Day Freight
- [ ] FedEx 3Day Freight

**5 Packaging**
- [ ] FedEx Envelope
- [ ] FedEx Pak
- [ ] Other

**6 Special Handling**
- [ ] SATURDAY Delivery
- [ ] HOLD Weekday at FedEx Location
- [ ] HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
- [x] No
- [ ] Yes As per attached Shipper's Declaration
- [ ] Yes Shipper's Declaration not required
- [ ] Dry Ice
- [ ] Cargo Aircraft Only

**7 Payment** Bill to:
- [x] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

**8 Release Signature**

446

I, KHURRUM WAHID, hereby swear under penalty of perjury that I have served upon plaintiff counsel, Harry Huge, a true copy of this motion VIA FEDERAL EXPRESS mail on this day April, 21st 2004.

*[signature]*

KHURRUM WAHID
ATTORNEY FOR
WORLD ASSEMBLY OF
MUSLIM YOUTH (WAMY)