UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In Re TERRORIST ATTACKS on SEPTEMBER 11, 2001 | ) ) ) ) | 03 MDL 1570 (RCC) ECF Case |

*This document relates to: Kathleen Ashton v. Al Qaeda Islamic Army*, 02 CV 6977 (RCC)

### STIPULATION AND ORDER FOR EXTENSION OF TIME OF SNCB CORPORATE FINANCE LTD. AND SNCB SECURITIES LTD. (LONDON) TO RESPOND TO THE COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for Plaintiffs and for Defendants SNCB Corporate Finance Ltd. and SNCB Securities Ltd. (London), collectively "SNCB," as follows:

1. Subject to the approval of this Court, Plaintiffs and SNCB agree that SNCB's time to respond to the Fourth Amended and Consolidated Master Complaint ("Complaint") should be extended until and including June 30, 2004.

2. The foregoing extension of time is without waiver of any of SNCB's defenses, including the defense of lack of personal jurisdiction, notwithstanding SNCB's agreement that SNCB will not challenge the sufficiency of Plaintiffs' service of process on SNCB in this case.

| | |
|---|---|
| Dated: Washington, D.C.<br>        May 7, 2004 | Respectfully submitted, |
| PATTON BOGGS LLP | KREINDLER & KREINDLER |
| /s/ Ronald S. Liebman<br>Ronald S. Liebman (admitted *pro hac vice*)<br>Mitchell R. Berger (MB4112)<br>Ugo Colella (admitted *pro hac vice*)<br>2550 M Street, N.W.<br>Washington, DC  20037<br>Phone:  (202) 457-6000<br>Fax:      (202) 457-6315<br><br>*Counsel for SNCB Corporate Finance Ltd.*<br>*and SNCB Securities Ltd. (London)* | /s/ Andrew J. Maloney, III<br>James P. Kreindler (JK7084)<br>Marc S. Moller (MM0143)<br>Justin T. Green (JG0318)<br>Andrew J. Maloney, III (AM8684)<br>100 Park Avenue<br>New York, NY  10017-5590<br>(212) 687-8181<br>(212) 972-9432<br>*Plaintiffs' Liaison Counsel* |

Dated: New York, New York
May ___, 2004

**SO ORDERED:**

_____
Richard C. Casey
U.S.D.J.

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2004, the foregoing Stipulation and Order for Extension of Time of SNCB Corporate Finance Ltd. and SNCB Securities Ltd. (London) to Respond to the Complaint, was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Ugo Colella
Ugo Colella