COZEN O'CONNOR
MICHAEL J. SOMMI, ESQ. (MS-7910)
45 Broadway Atrium, 16th Floor
New York, NY 10006
(212) 509-9400

Attorneys for Plaintiffs, Federal
Insurance Company, et al.

STEPHEN A. COZEN, ESQUIRE
ELLIOTT R. FELDMAN, ESQUIRE
SEAN P. CARTER, ESQUIRE
JOHN M. POPILOCK, ESQUIRE
LISA C. HAAS, ESQUIRE
J. SCOTT TARBUTTON, ESQUIRE
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re Terrorist Attack on September 11, 2001 | : | Civil Action No. 03 MD 1570 (RCC) |
| *This document relates to:* | : | Civil Action No. 03 CV 6978 (RCC) |
| Federal Insurance Company, et. al. v. al Qaida, et al. | : | **Waiver Of Service Of Process** |

To:   Lisa C. Haas, Esquire
      Cozen O'Connor
      1900 Market Street
      Philadelphia, PA 19103

I acknowledge receipt of your request that I waive service of summons in the action of *Federal Insurance Co., et al. v. Al Qaida, et al.*, which is case number 03 CV 6978 in the United States District Court for the Southern District of New York. I have also received two copies of

the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the Complaint in this lawsuit by not requiring that I (or the party on whose behalf I am acting) be served with judicial process in the manner provided by F.R.C.P. Rule 4.

I (or the party on whose behalf I am acting) will retain all defenses or objections to the lawsuit or the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after March 10, 2004, or within 90 days after that date if the request was sent outside the United States.   [Waiver requested by letter sent 3/19/04; correct response date is 6/17/04] LRC

_____
Signature

April 3 - 2004
Dated

MOHAME FAISAL ALSAUD
Printed/Typed Name

2

## **Duty to Avoid Unnecessary Cost of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the costs of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waiver service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against the defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

PHILA1\2035456\1 117430.000

3

## Waiver of Service of Summons

TO:   Lisa Calvo Haas, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

I acknowledge receipt of your request that I waive service of summons in the action of <u>Federal Insurance Company, et al. v. al Qaida, et al.</u>, which is case number 1:<u>03CV6978</u> in the United States District Court for the Southern District of New York. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed wavier to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after March 25, 2004, or within 90 days after that date if the request was sent outside the United States.

| | |
|---|---|
| _4/13/04_ | _Ohna M Sheinbach_ |
| Date | Signature |
| | Printed/typed name: _Ohna M. Sheinbach_ |
| | [as _Counsel_ ] |
| | [of/for _Taha Jaber Al-Aluani_ ] |

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against the defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

## Waiver of Service of Summons

TO:   Lisa Calvo Haas, Esq.
      Cozen O'Connor
      1900 Market Street
      Philadelphia, PA 19103

I acknowledge receipt of your request that I waive service of summons in the action of <u>Federal Insurance Company, et al. v. al Qaida, et al.,</u> which is case number 1:<u>03CV6978</u> in the United States District Court for the Southern District of New York. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed wavier to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the  complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after March 25, 2004, or within 90 days after that date if the request was sent outside the United States.

_1/13/04_
Date

Signature _Donna M Sheinbach_
Printed/typed name: _Donna M. Sheinbach_
[as _counsel_ ]
[of _for VINE Foundation_ ]

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against the defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

## Waiver of Service of Summons

TO:   Lisa Calvo Haas, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

I acknowledge receipt of your request that I waive service of summons in the action of <u>Federal Insurance Company, et al. v. al Qaida, et al.</u>, which is case number 1:<u>03CV6978</u> in the United States District Court for the Southern District of New York. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed wavier to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after March 25, 2004, or within 90 days after that date if the request was sent outside the United States.

_1/13/04_
Date

Signature _Donna M Sheinbach_
Printed/typed name: _Donna M. Sheinbach_
[as _Counsel_ ]
[of/for _Sterling Management Group_ ]

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against the defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

## Waiver of Service of Summons

TO:   Lisa Calvo Haas, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

I acknowledge receipt of your request that I waive service of summons in the action of <u>Federal Insurance Company, et al. v. al Qaida, et al.</u>, which is case number 1:<u>03CV6978</u> in the United States District Court for the Southern District of New York.  I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed wavier to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the  complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after March 25, 2004, or within 90 days after that date if the request was sent outside the United States.

_4/13/04_
Date

Signature _Donna M. Sheinbach_
Printed/typed name: _Donna M. Sheinbach_
[as _Counsel_ ]
[for _Sterling Charitable Gift Fund_ ]

**Duty to Avoid Unnecessary Costs of Service of Summons**
Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint.  A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.
It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property.  A party who waives service of the summons retains all defenses and objections (except any relating to the summons or the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.
A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court.  If the answer or motion is not served within this time, a default judgment may be taken against the defendant.  By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

## Waiver of Service of Summons

TO:   Lisa Calvo Haas, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

I acknowledge receipt of your request that I waive service of summons in the action of <u>Federal Insurance Company, et al. v. al Qaida, et al.</u>, which is case number 1:03CV6978 in the United States District Court for the Southern District of New York. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed wavier to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the  complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after March 25, 2004, or within 90 days after that date if the request was sent outside the United States.

_1/13/04_
Date

Signature _Anna M Sheinbach_
Printed/typed name: _Anna M. Sheinbach_
[as _Cansel_ ]
[of _for Safa Mufti_ ]

#### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against the defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

## Waiver of Service of Summons

TO:  Lisa Calvo Haas, Esq.
     Cozen O'Connor
     1900 Market Street
     Philadelphia, PA 19103

I acknowledge receipt of your request that I waive service of summons in the action of <u>Federal Insurance Company, et al. v. al Qaida, et al.</u>, which is case number 1:03CV6978 in the United States District Court for the Southern District of New York.  I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed wavier to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the  complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after March 25, 2004, or within 90 days after that date if the request was sent outside the United States.

4/13/04
Date

Signature *Donna M Theinbach*
Printed/typed name: *Donna M. Theinbach*
[as _counsel_ ]
[of/for _Mcna Corporation_ ]

**Duty to Avoid Unnecessary Costs of Service of Summons**
       Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint.  A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.
       It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property.  A party who waives service of the summons retains all defenses and objections (except any relating to the summons or the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.
       A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court.  If the answer or motion is not served within this time, a default judgment may be taken against the defendant.  By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

## Waiver of Service of Summons

TO:   Lisa Calvo Haas, Esq.
      Cozen O'Connor
      1900 Market Street
      Philadelphia, PA 19103

I acknowledge receipt of your request that I waive service of summons in the action of <u>Federal Insurance Company, et al. v. al Qaida, et al.</u>, which is case number 1:<u>03CV6978</u> in the United States District Court for the Southern District of New York.  I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed wavier to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the  complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after March 25, 2004, or within 90 days after that date if the request was sent outside the United States.

| | |
|---|---|
| _4/13/04_ | _Donna M Sheinbach_ |
| Date | Signature |
| | Printed/typed name: _Donna M. Sheinbach_ |
| | [as _counsel_ ] |
| | [of _for Ritton Investments, Inc._ ] |

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint.  A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property.  A party who waives service of the summons retains all defenses and objections (except any relating to the summons or the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court.  If the answer or motion is not served within this time, a default judgment may be taken against the defendant.  By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

## Waiver of Service of Summons

TO:   Lisa Calvo Haas, Esq.
       Cozen O'Connor
       1900 Market Street
       Philadelphia, PA 19103

           I acknowledge receipt of your request that I waive service of summons in the action of <u>Federal Insurance Company, et al. v. al Qaida, et al.</u>, which is case number 1:<u>03CV6978</u> in the United States District Court for the Southern District of New York.  I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed wavier to you without cost to me.

           I agree to save the cost of service of a summons and an additional copy of the  complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

           I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of summons.

           I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after March 25, 2004, or within 90 days after that date if the request was sent outside the United States.

_____4/13/04_____                    _____Anna M Sheinbach_____
Date                                 Signature
                                     Printed/typed name: ___Anna M. Sheinbach___
                                     [as ___counsel___                          ]
                                     [of for Jamal Barzinji                      ]

**Duty to Avoid Unnecessary Costs of Service of Summons**
           Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint.  A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.
           It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property.  A party who waives service of the summons retains all defenses and objections (except any relating to the summons or the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.
           A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court.  If the answer or motion is not served within this time, a default judgment may be taken against the defendant.  By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

## Waiver of Service of Summons

TO:  Lisa Calvo Haas, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

I acknowledge receipt of your request that I waive service of summons in the action of <u>Federal Insurance Company, et al. v. al Qaida, et al.</u>, which is case number 1:<u>03CV6978</u> in the United States District Court for the Southern District of New York. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed wavier to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after March 25, 2004, or within 90 days after that date if the request was sent outside the United States.

_4/13/04_
Date

Signature _Athna M Sheinbach_
Printed/typed name: _Athna M. Sheinbach_
[as _Counsel_ ]
[of _for Mar-Jac Investment, Inc._ ]

#### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against the defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

### Waiver of Service of Summons

TO:   Lisa Calvo Haas, Esq.
      Cozen O'Connor
      1900 Market Street
      Philadelphia, PA 19103

I acknowledge receipt of your request that I waive service of summons in the action of <u>Federal Insurance Company, et al. v. al Qaida, et al.</u>, which is case number 1:<u>03CV6978</u> in the United States District Court for the Southern District of New York. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed wavier to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the  complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after March 25, 2004, or within 90 days after that date if the request was sent outside the United States.

4/13/04
Date

Signature     _Anna M Sheinbach_
Printed/typed name: _Anna M. Sheinbach_
[as     _Counsel_                                    ]
[of/for _Sana-Bell, Inc._                            ]

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint.  A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property.  A party who waives service of the summons retains all defenses and objections (except any relating to the summons or the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court.  If the answer or motion is not served within this time, a default judgment may be taken against the defendant.  By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

## Waiver of Service of Summons

TO:   Lisa Calvo Haas, Esq.
      Cozen O'Connor
      1900 Market Street
      Philadelphia, PA 19103

I acknowledge receipt of your request that I waive service of summons in the action of <u>Federal Insurance Company, et al. v. al Qaida, et al.</u>, which is case number 1:<u>03CV6978</u> in the United States District Court for the Southern District of New York. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed wavier to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the  complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after March 25, 2004, or within 90 days after that date if the request was sent outside the United States.

_1/13/04_
Date

Signature  _Donna M Sheinbach_
Printed/typed name:  _Donna M. Sheinbach_
[as  _counsel_  ]
[of  _for  Janabel Al-Kheer, Inc._  ]

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against the defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

## Waiver of Service of Summons

TO:   Lisa Calvo Haas, Esq.
      Cozen O'Connor
      1900 Market Street
      Philadelphia, PA 19103

I acknowledge receipt of your request that I waive service of summons in the action of <u>Federal Insurance Company, et al. v. al Qaida, et al.</u>, which is case number 1:<u>03CV6978</u> in the United States District Court for the Southern District of New York. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed wavier to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after March 25, 2004, or within 90 days after that date if the request was sent outside the United States.

_1/13/04_
Date

Signature _Donna M Sheinbach_
Printed/typed name: _Donna M. Sheinbach_
[as _Counsel_ ]
[of _for M. Yaqub Mirza_ ]

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against the defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

## Waiver of Service of Summons

TO:  Lisa Calvo Haas, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

I acknowledge receipt of your request that I waive service of summons in the action of <u>Federal Insurance Company, et al. v. al Qaida, et al.</u>, which is case number 1:<u>03CV6978</u> in the United States District Court for the Southern District of New York. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed wavier to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the  complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after March 25, 2004, or within 90 days after that date if the request was sent outside the United States.

_4/13/04_
Date

Signature  _Anna M. Sheinbach_
Printed/typed name: _Anna M. Sheinbach_
[as _counsel_                        ]
[of _for M. Omar Ashraf_             ]

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint.  A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property.  A party who waives service of the summons retains all defenses and objections (except any relating to the summons or the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court.  If the answer or motion is not served within this time, a default judgment may be taken against the defendant.  By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

## Waiver of Service of Summons

TO:  Lisa Calvo Haas, Esq.
     Cozen O'Connor
     1900 Market Street
     Philadelphia, PA 19103

I acknowledge receipt of your request that I waive service of summons in the action of <u>Federal Insurance Company, et al. v. al Qaida, et al.</u>, which is case number 1:<u>03CV6978</u> in the United States District Court for the Southern District of New York. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed wavier to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after March 25, 2004, or within 90 days after that date if the request was sent outside the United States.

| | |
|---|---|
| _4/13/04_ | Signature _Donna M Sheinbach_ |
| Date | Printed/typed name: _Donna M. Sheinbach_ |
| | [as _counsel_ ] |
| | [of _for Iqbal Unus_ ] |

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against the defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

## Waiver of Service of Summons

TO:   Lisa Calvo Haas, Esq.
      Cozen O'Connor
      1900 Market Street
      Philadelphia, PA 19103

I acknowledge receipt of your request that I waive service of summons in the action of <u>Federal Insurance Company, et al. v. al Qaida, et al.</u>, which is case number 1:03CV6978 in the United States District Court for the Southern District of New York. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed wavier to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after March 25, 2004, or within 90 days after that date if the request was sent outside the United States.

_4/13/04_
Date

Signature _Johna M Sheinbuch_
Printed/typed name: _Johna M. Sheinbach_
[as _Counsi'_                                ]
[of _for Muhammad Ashraf_                    ]

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against the defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

## Waiver of Service of Summons

TO:   Lisa Calvo Haas, Esq.
      Cozen O'Connor
      1900 Market Street
      Philadelphia, PA 19103

I acknowledge receipt of your request that I waive service of summons in the action of <u>Federal Insurance Company, et al. v. al Qaida, et al.</u>, which is case number 1:<u>03CV6978</u> in the United States District Court for the Southern District of New York.  I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed wavier to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the  complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after March 25, 2004, or within 90 days after that date if the request was sent outside the United States.

_4/13/04_
Date

Signature _Aihna M Lheinbach_
Printed/typed name: _Aihna M. Lheinbach_
[as _counsel_ ]
[of/for _African Muslim Agency_ ]

**Duty to Avoid Unnecessary Costs of Service of Summons**
Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint.  A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.
It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property.  A party who waives service of the summons retains all defenses and objections (except any relating to the summons or the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.
A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court.  If the answer or motion is not served within this time, a default judgment may be taken against the defendant.  By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

## Waiver of Service of Summons

TO:   Lisa Calvo Haas, Esq.
       Cozen O'Connor
       1900 Market Street
       Philadelphia, PA 19103

I acknowledge receipt of your request that I waive service of summons in the action of <u>Federal Insurance Company, et al. v. al Qaida, et al.</u>, which is case number 1:<u>03CV6978</u> in the United States District Court for the Southern District of New York. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed wavier to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after March 25, 2004, or within 90 days after that date if the request was sent outside the United States.

_4/13/04_
Date

Signature _Anna M Shembach_
Printed/typed name: _Anna M. Shembach_
[as _counsel_ ]
[of _for Heritage Education Trust_ ]

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against the defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

## Waiver of Service of Summons

TO:   Lisa Calvo Haas, Esq.
      Cozen O'Connor
      1900 Market Street
      Philadelphia, PA 19103

I acknowledge receipt of your request that I waive service of summons in the action of <u>Federal Insurance Company, et al. v. al Qaida, et al.</u>, which is case number 1:<u>03CV6978</u> in the United States District Court for the Southern District of New York. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed wavier to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the  complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after March 25, 2004, or within 90 days after that date if the request was sent outside the United States.

_4/13/04_
Date

Signature _Donna M Shreinbach_
Printed/typed name: _Donna M. Shreinbach_
[as _Counsel_ ]
[of _for Gate Corporate, Inc._ ]

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against the defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

**Waiver of Service of Summons**

TO:   Lisa Calvo Haas, Esq.
        Cozen O'Connor
        1900 Market Street
        Philadelphia, PA 19103

I acknowledge receipt of your request that I waive service of summons in the action of <u>Federal Insurance Company, et al. v. al Qaida, et al.</u>, which is case number 1:<u>03CV6978</u> in the United States District Court for the Southern District of New York. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed wavier to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after March 25, 2004, or within 90 days after that date if the request was sent outside the United States.

_4/13/04_
Date

Signature _Donna M Sheinbach_
Printed/typed name: _Donna M. Sheinbach_
[as _Counsel_ ]
[of _for International Institute of Islamic Thought_ ]

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against the defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

State of Wisconsin
Adams County Sheriff's Dept
Civil Division
Friendship, WI 53934

Process Number:      2823              Court Number: 03CV6978

I, Roberta E Sindelar, Sheriff of Adams County Sheriff's Dept do hereby certify

that I received the within and foregoing Summons & Complaint on 31st day of

March, 2004, and that I served the same on:

    BENEVOLENCE                                    (Defendant        )
    2561 Cth G FCI-Oxford
    Oxford, WI  53952
    Served on: 1st day of April, 2004 at 09:34:00        by Kroetz, Mike
    Served to: Enaam M Arnaout
           2561 Cth G FCI-Oxford
           Oxford, WI  53952

Returned on the 5th day of April, 2004

I also certify that I endorsed on the said copy the date of service, signed my

name, and added my official title thereto.

Dated the 5th day of April, 2004

Fees:
    Service:        0.00       Roberta E Sindelar, Sheriff
    Mileage:       12.75       Adams County Sheriff's Dept, Wisconsin
    Other  :       37.60
    Total  :       50.35       BY: _____
                      Authorized Representative
                      Civil Division

State of Wisconsin
Adams County Sheriff's Dept
Civil Division
Friendship, WI 53934

Process Number:      2823              Court Number: 03CV6978

I, Roberta E Sindelar, Sheriff of Adams County Sheriff's Dept do hereby certify

that I received the within and foregoing Summons & Complaint on 31st day of

March, 2004, and that I served the same on:

    **ENAAM M ARNAOUT**                                    (Defendant        )
    2561 Cth H  FCI-Oxford   INSIDE
    Oxford, WI  53952
    Served on: 1st day of April, 2004 at 09:34:00          by Kroetz, Mike
    Served to: Enaam Arnout
              2561 Cth H  FCI-Oxford   INSIDE
              Oxford, WI  53952

Returned on the 5th day of April, 2004

I also certify that I endorsed on the said copy the date of service, signed my

name, and added my official title thereto.

Dated the 5th day of April, 2004

Fees:
   Service:        0.00          Roberta E Sindelar, Sheriff
   Mileage:       12.75          Adams County Sheriff's Dept, Wisconsin
   Other  :       37.60          BY: _____
   Total  :       50.35              Authorized Representative
                               Civil Division