UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

```
                                              )
                                              )
In re Terrorist Attacks on September 11, 2001 )    03-MDL-1570 (RCC)
                                              )    ECF Case
                                              )
```

This document relates to: <u>Federal Ins. Co. v. Al Qaida</u>, 03-CV-6978 (RCC)

## NOTICE OF HIS ROYAL HIGHNESS PRINCE SULTAN BIN ABDULAZIZ AL-SAUD'S MOTION TO DISMISS THE AMENDED COMPLAINT

PLEASE TAKE NOTICE that upon the attached memorandum of law dated May 10, 2004, and all pleadings and proceedings had herein, Defendant Prince Sultan bin Abdulaziz Al-Saud ("Prince Sultan"), by his attorneys Baker Botts LLP, will move before the Honorable Judge Richard C. Casey of the above-entitled Court at the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for an order dismissing, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(2), the Amended Complaint in <u>Federal Insurance Co., et al. v. Al Qaida, et al.</u>, C.A. No. 03-6978 (S.D.N.Y.), as against Prince Sultan.

Dated: Washington, D.C.
       May 10, 2004

                              S/
                            William H. Jeffress, Jr. (D.C. Bar No. 041152)
                            Christopher R. Cooper (D.C. Bar No. 453387)
                            Jamie S. Kilberg (D.C. Bar No. 480207)
                            Sara E. Kropf (D.C. Bar No. 481501)

                            BAKER BOTTS, LLP
                            The Warner
                            1299 Pennsylvania Avenue, N.W.
                            Washington, D.C. 20004-2400
                            Phone: (202) 639-7700
                            Fax:    (202) 639-7890