**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
|  | ) |  |
| IN RE:  TERRORIST ATTACKS ON | ) | **Civil Action No. 03MDL1570 (RCC)** |
| SEPTEMBER 11, 2001 | ) | Relates to:  C.A. No. 03 CV 6978 (RCC) |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 12(b) and

22 U.S.C. § 254d, defendant Prince Turki Al-Faisal bin Abdulaziz Al-Saud ("Prince Turki"), by

and through undersigned counsel, hereby makes a limited appearance for the purpose of moving

the Court, before the Honorable Richard C. Casey, United States District Judge, at the United

States District Court, Southern District of New York, 500 Pearl Street, New York, New York

10007, at a date and time to be determined by the Court, for an order both dismissing the

complaint of the Federal Insurance Co., et al., against Prince Turki for want of jurisdiction and

quashing service of process on Prince Turki on grounds of diplomatic immunity.  A

memorandum of law (with exhibits) in support of this Motion is annexed hereto.


Dated:      New York, New York
            May 10, 2004

KELLOGG, HUBER, HANSEN,
 TODD & EVANS, P.L.L.C.


By: _/s/_____
Mark C. Hansen (MH0359)
Michael K. Kellogg (MK4579)
David C. Frederick (DF4906)
Michael J. Guzman (MG9623)
J.C. Rozendaal (JR1430)

Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036-3209
(202) 326-7900
(202) 326-7999 (facsimile)