UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001       Civil Action No.
                                                    03 MDL 1570 (RCC)

-------------------------------------------------------------------x

THOMAS BURNETT, SR., et al.                         No. 03 CV 9849 (RCC)

    Plaintiffs

    - against –

AL BARAKA INVESTMENT & DEVELOPMENT CORP., et al.,

    Defendants.
-------------------------------------------------------------------x


## NOTICE

Plaintiffs herein file the attached evidence received in response to Plaintiffs' request for judicial intervention to the Swiss government.


Dated: New York, NY                     Respectfully submitted,
       May 10, 2004

                                        /s/ Mike Elsner_____
                                        Michael Elsner, Esq. (ME-8337)
                                        Ronald L. Motley, Esq. (SC Bar #4123)
                                        MOTLEY RICE LLC
                                        28 Bridgeside Boulevard
                                        P.O. Box 1792
                                        Mount Pleasant, South Carolina 29465