**SCHWEIZERISCHE BUNDESANWALTSCHAFT**
**MINISTERE PUBLIC DE LA CONFEDERATION**
**MINISTERO PUBBLICO DELLA CONFEDERAZIONE**
**PROCURA FEDERALA**

---

Procureur général suppléant: Claude Nicati
Assistante du procureur: Juliette Noto Lherminé
Greffière: Annick Vuilleumier

3003 Bern

Tél.: +41 31 322 06 74
Fax: +41 31 322 05 03

E-mail: annick.vuilleumier@ba.admin.ch

Procédure n° MPC/EAII/1/01/0006

JCB Consulting International
A l'att. de Monsieur J.-C. Brisard
4, rue Saint Pierre
1003 Lausanne

Berne, le 7 mai 2004

**Courrier du 29 novembre 2001 de Monsieur David D. Aufhauser**

Monsieur,

Votre courrier fax du 5 mai 2004 m'est bien parvenu il a retenu tout mon attention.

Par ce courrier vous sollicitez de pouvoir en votre qualité d'intervenant dans la procédure introduite aux Etats-Unis par plus de 6'000 plaignants à ce jour contre les soutiens financiers du réseau terroriste Al Qa'ida de pouvoir disposer d'une copie du courrier du 29 novembre 2001 adressé à nos services par Monsieur David D. Aufhauser à l'époque General Counsel du Département du Trésor américain, concernant Monsieur Yassin Al Qadi et la fondation caritative Muwafaq.

Après examen dudit document, et en particulier par le fait que l'émetteur de celui-ci précisait nommément que son document pouvait être « rendu public dans le cadre de procédures judiciaires » je porte à votre connaissance que je ne m'oppose pas à ce que celui-ci soit versé dans votre dossier.

Veuillez agréer, Monsieur, mes salutations distinguées.

Le Procureur général suppléant

Claude Nicati