IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 ) ) ) ) ) | 03-MDL-1570<br>ECF Case |

*Relates to:*
*Ashton v. Al Qaeda Islamic Army*, 02-CV-6977 (RCC)
*Burnett v. Al Baraka Investment & Development Corp.*, 03-CV-5738 (RCC)
*Barrera v. Al Qaeda Islamic Army*, 03-CV-7036 (RCC)
*Salvo v. Al Qaeda Islamic Army*, 03-CV-5071 (RCC)
*Burnett v. Al Baraka Investment & Development Corp.*, 03-CV-9849 (RCC)

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel, previously admitted *pro hac vice* to this court, hereby enter their appearance in the above-referenced cases on behalf of the defendant His Royal Highness Prince Salman bin Abdulaziz Al-Saud.

Dated: Washington, D.C.
May 10, 2004

S/_____
William H. Jeffress, Jr.  (D.C. Bar No. 041152)
Christopher R. Cooper  (D.C. Bar No. 453387)
Jamie S. Kilberg  (D.C. Bar No. 480207)
Sara E. Kropf  (D.C. Bar No. 481501)

BAKER BOTTS, LLP
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Phone:  (202) 639-7700
Fax:      (202) 639-7890