IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-MDL-1570<br>ECF Case |

*Relates to:*
<u>Ashton v. Al Qaeda Islamic Army</u>, 02-CV-6977 (RCC)
<u>Burnett v. Al Baraka Investment & Development Corp.</u>, 03-CV-5738 (RCC)
<u>Federal Insurance Co. v. Al Qaida</u>, 03-CV-6978 (RCC)
<u>Barrera v. Al Qaeda Islamic Army</u>, 03-CV-7036 (RCC)
<u>Salvo v. Al Qaeda Islamic Army</u>, 03-CV-5071 (RCC)
<u>Burnett v. Al Baraka Investment & Development Corp.</u>, 03-CV-9849 (RCC)

## NOTICE OF HIS ROYAL HIGHNESS PRINCE SALMAN BIN ABDULAZIZ AL-SAUD'S MOTION TO DISMISS THE COMPLAINTS

PLEASE TAKE NOTICE that upon the attached memorandum of law dated May 10, 2004, and all pleadings and proceedings had herein, Defendant Prince Salman bin Abdulaziz Al-Saud ("Prince Salman"), by his attorneys Baker Botts LLP, will move before the Honorable Judge Richard C. Casey of the above-entitled Court at the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for an order dismissing, pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), 12(b)(6), the above-referenced cases, as against Prince Salman.

Dated: Washington, D.C.  
       May 10, 2004

                                              S/  
                                      William H. Jeffress, Jr.  (D.C. Bar No. 041152)  
                                      Christopher R. Cooper  (D.C. Bar No. 453387)  
                                        Jamie S. Kilberg  (D.C. Bar No. 480207)  
                                        Sara E. Kropf  (D.C. Bar No. 481501)

                                        BAKER BOTTS, LLP  
                                        The Warner  
                                        1299 Pennsylvania Avenue, N.W.  
                                        Washington, D.C.  20004-2400  
                                        Phone:   (202) 639-7700  
                                        Fax:       (202) 639-7890