# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re: TERRORIST ATTACKS ON ) No. 03-MDL-1570
SEPTEMBER 11, 2001 ) Judge Richard C. Casey

## DECLARATION OF ABDULAZIZ H. FAHAD

I, Abdulaziz H. Fahad, declare as follows:

1. This declaration is given at the request of United States counsel for His Royal Highness Prince Salman bin Abdulaziz, with the purpose of attesting to the accuracy of translations of other declarations filed in this case. I have been retained by the Kingdom of Saudi Arabia to represent the interests of Prince Salman, as well as other defendants in this litigation, and I am being compensated for my work.

2. I am a lawyer admitted to practice in the Kingdom of Saudi Arabia. I was born and raised, and I currently reside, in Saudi Arabia. I received my university degrees in the United States. I earned a B.A. degree in economics from Michigan State University in 1979, an M.A. in International Relations from the Johns Hopkins University School of Advanced International Studies in 1981, and a J.D. degree from Yale Law School in 1984. During 1984-1985, I was a Post-Doctoral Fellow at the Center for Middle Eastern Studies and a Research Fellow at Harvard University. Currently I am the principal of the Law Office of Abdulaziz H. Fahad in Riyadh, in affiliation with the United States law firm Akin, Gump, Strauss Hauer & Feld. I am a member of the Academic Committee, Legal Experts Commission, Council of Ministers, which is charged with translating official government documents. I am a licensed Arabic to English translator, holding License No. 138 issued by the Ministry of Commerce of the Kingdom of Saudi Arabia.

3. I have reviewed the originals and the English translations of the declarations to be filed in this case on behalf of Minister of State, Dr. Mutlib bin Abdullah Al-Nafissa, and on behalf of Mr. Saud bin Mohammed Al-Roshood, a representative of the Saudi High Commission. Based on my qualifications described in Paragraph 2, I attest that the English translations are true and accurate representations of the original Arabic documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on (date) May 5, 04 in (location) Riyadh.

_____
Abdulaziz H. Fahad