# EXHIBIT B
# ATTACHMENT 7

# TERMS OF AGREEMENT

AGENCY: _SAUDi HIGH COMMISION_                    UNHCR _1548_

The undersigned, as authorized representative of the aforesaid agency, certifies the following in regards to utilization of said vehicle, registered by UNHCR:

- that the aforesaid agency is operating within the Republics of the Former Yugoslavia in the sole pursuit of humanitarian assistance goals/ objectives. Said vehicle will be utilized only within the territory of the Former Yugoslavia and only for such goals/objectives. Under no circumstances will said vehicle be driven with UNHCR license plates beyond the Former Yugoslavia;

- that said vehicle will not be utilized for commercial purposes or personal gain, nor will it be utilized/loaned to third parties;

- that the aforesaid agency will safeguard UNHCR license plates issued for said vehicle, that the license plates will not be transferred or loaned for use on another vehicle(s), and that said vehicle will not be registered/licensed by any other agency, government, or legal body;

- that occupants of said vehicle will only be those contracted/authorized staff or representatives of the aforesaid agency; under no circumstances will uniformed members of the warring factions, either armed or unarmed, be transported in said vehicle;

- that occupants of said vehicle will at all times conduct themselves in a manner commensurate with the personnel staff policies of the aforesaid agency and so as not to prejudice the name of UNHCR nor the larger humanitarian assistance community;

- that occupants of said vehicle will at all times comply with local laws and regulations of the road, customs, immigration, etc, and not consider and/or claim themselves exempt from such;

- that said vehicle has valid third party liability insurance for operating within Former Yugoslavia for the period indicated on the reverse side of this registration card, and that UNHCR will not be liable to indemnify any third party in respect of any claim, debt, damage, or demand resulting from the operations of said vehicle;

- that said vehicle will not be represented as UNHCR property, nor will it have stickers, decals, or any other markings depicting UNHCR or its logo; aforesaid agency staff/representatives will similiarly not represent themselves as UNHCR staff or representatives thereof;

- that said vehicle will at all times have a valid UNHCR Vehicle Registration Card (VRC) and that occupants of said vehicle will be able to present the VRC for inspection to any UNHCR/UNPF staff or other legitimate authorities (e.g. police, border officials, etc) upon request; if the VRC is not renewed then both license plates must be returned to UNHCR; license plates will otherwise be subject to confiscation;

Signature: _____          Name: _FAHAD Sh AL HARBi_

Title: _INSPEKTOR TRANSPORT_          Agency: _SAUDi HIGH COMMISiON_

Date: _23. 12. 1996_

# EXHIBIT B

# ATTACHMENT 8

| Home | Site map | Contact us | About this website |
|------|----------|------------|--------------------|



# Donors/Partners

- Basic facts
- News
- Protecting refugees
- Donors/Partners
- Publications
- Statistics
- Research/Evaluation
- Executive Committee
- Administration
- Special events
- How you can help

You are in: **Donors/Partners**

Today's date: Monday, 15 March 2004

**Donor Information**

# Government of Saudi Arabia

## 2002 Donor Profile

US$ 750,550, of which US$ 100,000 unrestricted (13%), US$ 650,550 earmarked at the sectoral level (87%).

## Annual Programme Budget

**Earmarked at the Sectoral Level:** Saudi Arabia: 150,550 (Admin. Costs of UNHCR Riyadh Office)

## Supplementary Programme Budget

**Earmarked at the Sectoral Level:** Afghanistan: 500,000 (Purchasing/Transporting Building Materials for 500 Houses for Afghan Returnees)

*Source:* 2002 UNHCR Global Report

### Donor History (in US$)

| Year | Amount |
|------|--------|
| 1990 | 3,570,000 |
| 1991 | 1,631,333 |
| 1992 | 310,000 |
| 1993 | 20,000 |
| 1994 | 0 |
| 1995 | 555,333 |
| 1996 | 10,000 |
| 1997 | 610,000 |
| 1998 | 122,227 |
| 1999 | 160,051 |
| 2000 | 206,402 |
| 2001 | 200,306 |
| 2002 | 750,550 |



Search UNHCR Online

☐ Restrict to Donors/Partners

▸ Advanced Search Opti...
▸ Search Tips
▸ Search *ReliefWeb*™

🖨 Print this document
✉ Email this document

Copyright 2001-2004 UNHCR. All Rights Reserved. Site design by Pentagram. Read our Privacy Policy.

# EXHIBIT B
# ATTACHMENT 9



**United Nations Educational, Scientific and Cultural Organization**
Organisation des Nations Unies pour l'Education, la Science et la Culture

7, place de Fontenoy
75352 Paris 07 SP

Ref: DRG/OPS/98.33

telephone : (33) 01.45.68.16.52
telefax    : (33) 01.45.68.55.61

9 March 1998

Dear Dr Bin Salamah,

As agreed, please find, hereafter, the information requested for the transfer of the funds contributed by Saudi Arabia on the basis of the agreement signed with the Saudi High Commission Relief for Bosnia and Herzegovina:

US dollars UNESCO Account
Purpose: Special account 505BIH01
N° 949-1-191558
Chase Manhattan Bank N.A.
Swift: CHASUS33 - ABA n° 0210-0002-1
International Money Transfer Division
4, Metrotech Center, Brooklyn,
New York, NY 11245
USA

I remain at your disposal for further information.

Yours sincerely,

Rok Vogric,
Chief, Operational Unit
Directorate

Dr. Abdulaziz. S. Bin Salamah
Permanent Delegate
of Saudi Arabia to UNESCO
UNESCO House

No. 589777

0000589777
55503100990409

البنك الأهلي التجاري
**THE NATIONAL COMMERCIAL BANK**
Head Office Address: P.O.Box 3555, Jeddah 21481, Saudi Arabia

Date            22/03/1998
Branch   ALBATAHA

Pay to the          ***UNESCO***
order of

The sum of
US Dollars    U.S. DOLLARS ONE MILLION ONLY.**

U.S.$ ************1,000,000.

Payable at :

**CHEMICAL BANK**

55 Water Street

New York. N.Y. 10041, U.S.A.

٢/١٢٠ ٤٤ ٤ ٤  1320B
SHEIKH SALEH BARAFA

For THE NATIONAL COMMERCIAL
AZIZ. A

⑆589777⑆ ⑈021000128⑈ 400⑉026953⑈

١٤١٩/١/١٩

# EXHIBIT B
# ATTACHMENT 10

UNESCO Office: address
Akademija nauka i umjetnosti
Str.Bistrik 7
71.000 SARAJEVO
BOSNIA AND
HERZEGOVINA



Téléphones:
Tel: (387.71) 670 725
(387.71) 210.694
(387 71) 209.857

Fax: (387.71) 444.963

united nations educational, scientific and cultural organization
organisation des nations unies pour l'education, la science et la culture

Sarajevo, 24.02.1999.

Mr.Fahd Alzakari

Saudi High Commission
Relief for B&H

Dear Mr. Alzakari

Please find enclosed the Interim Report on utilisation of founds donated to UNESCO by the
Kingdom of Saudi Arabia.

Sincerely yours,

Dr.Colin Kaiser
UNESCO Representative in B&H

UTILISATION OF FUNDS OF UNESCO
BY THE KINGDOM OF SAUDI ARABIA

1. RECONSTRUCTION OF THE PRIMARY SCHOOL "MEHMEDALIJA MAK DIZDAR" IN SARAJEVO

US $   101200.00

## I phase
Reconstruction of the Gymmnastic hall

| Tendering process | Contract signed | Works started | Works finished | TOTAL amount in US$ |
|---|---|---|---|---|
| Finished on 20.July 1998 | 23.July 1998. | 30.July 1998 | 05 Oct. 1998 | 32,803.93 |

This reconstruction include following types of works with

1. Preparatory works
2. Bricklaying works
3. Concrete and reenforced concrete works
4. Hydro insolation works
5. Glazing
6. Tinsmith's works
7. Floor covering works
8. Painting works
9. Electric installations

TOTAL:   32,803.93

## II phase

Reconstruction of the heating system

| Tendering process | Contract signed | Works started | Works finished | TOTAL amount in US$ |
|---|---|---|---|---|
| Finished on 15.October 1998 | 03.Nov. 1998 | 20.Dec. 1998 | 01.Feb.1999. | 47,260.78 |

1. Preparation of the project for heating system   1,500.00 DM   882.35

2. Demontage of the old gass heaters, clossing the hools and out side conection on the main pipes for heating   2,978.00 DM   1,750.00

TOTAL   49,893.13

## III Phase
Equipping the School

| Tendering process | Contract signed | Delivery | Finalisation of the contract | TOTAL amount in US$ |
|---|---|---|---|---|
| Finished on 18.Feb 1999 | 23.Feb. 1999 | 15 days | 15.March 1999 | 13,500.00 |

IV Phase
Installment of the radiator protections

2,640.00 DM     1,600.00 US $

Total amount which is alredy spent:
I Phase          32803.93
II Phase         49893.13
III Phase        14000.00
IV Phase         1600.00
    T O T A L    98287.06

Amount which is planned to be spent     101200.00 US $
Remaining to be spent          2902.94 US $

## 2.CONSTRUCTION AND EQUIPING OF THE BRANCH SCHOOL "OKREC" IN SANSKI MOST

US $     183670.00

### I Phase - Construction of the new school buildnig     US $     159700.00

| Tendering process | Contract signed | Works start on : | Works finished | TOTAL spent |
|---|---|---|---|---|
| Finished on 10.August 1998. | 28.October | 03.November | 22 .Feb.1999 | 150,814.97 |
| | | | Remaininig | 8886.03 |

### II Phase - Equipping

| Tendering process | Contract signed | Delivery | Finalisation of the contract | TOTAL amount in US$ |
|---|---|---|---|---|
| Finished on 16.Jan 1999 | 18.Jan. 1999 | 30 days | 24.Feb.1999 | 11,274.00 |

### III Phase - Improvement of the school grounds

7596.00

### IV Other additional works     US $     6000.00

Work under the phases III and IV going to be finished at latest in two months.
(Because of the bad weather conditions in the Sanski Most)

Total amount which is alredy spent:
I Phase          150814.00
II Phase         11274.00
    T O T A L    162088.00

Amount which is planned to be spent     183670.00 US $
Remaininig to be spent          21582.00 US $

3.CONSTRUCTION AND EQUIPING OF THE BRANCH SCHOOL "HRUSTOVO" IN SANSKI MOST

US $   183570.00

| Tendering process | Contract going to be signed on | Works will start on : | Works will be finished | TOTAL value of the contract US$ |
|---|---|---|---|---|
| Finished on 22.feb.1999. | 01.March1999 | 07.March 19999 | 15.May 1999 | 183570.00 |

This project includes construction of the new branch school, with necessary infrastructure, equiping of the building and improvement of the school grounds.

4.RECONSTRUCTION AND EQUIPING OF THE WORKSHOP OF THE SECONDARY SCHOOL CENTER IN BREZA

US $   77,854.00

| Tendering process | Contract signed on | Works will start on : | Works will be finished | TOTAL value of the contract US$ |
|---|---|---|---|---|
| Finisched on 28.July 1998 | 26.Jan.1999. | 04.Jan.1998. | 01.Feb.1999. | 77,854.00 |

This project includes reconstruction and equipping of the workshops and improvemnet of the school grounds of the Seconary school center in Breza.

5.RECONSTRUCTION AND EQUIPING OF THE SECONDARY SCHOOL CENTER IN ZAVIDOVICI

US $   64,837.00

| Tendering process | Contract going to be signed on | Works will start on : | Works will be finished | TOTAL value of the contract US$ |
|---|---|---|---|---|
| Will be finished on 03.March.1998 | 10.March.1998. | 15.March. 1999 | 15.May 1999 | 64,837.00 |

This project includes reconstruction of the Secondary school center, equipping of the building and improvement of the school grounds.

.CONSTRUCTION OF THE MINARET OF CEVAN CEHAJA MOSQUE IN MOSTAR

44,200.00 US$

| Tendering process | Contract signed | Works started on : | Works are finished | TOTAL value of the contract US$ |
|---|---|---|---|---|
| | 21.August 1997 | 17.Sep.1997 | 01.Feb.1998 | **38921.30 |
| | | | Remaining | 5274.70 |

**Amount of the 44000.00 US $ also include the Contracts with "Stari Grad" Company and with Institut for protection cultural and natural heritage of Mostar

7.RESTAURATION OF THE TABACICA MOSQUE IN MOSTAR

US $        192,000.00

| Tendering process | Contract signed | Works will start on : | Works will be finished | TOTAL value of the contract US$ |
|---|---|---|---|---|
| After finishing of the project** | | | | 192,000.00 |

The project documentation, being prepared in Paris going to be finished by 01 March 1999 and we could start with tendering process.

| | TOTAL PLANNED AMOUNT | REMAINING AFTER COMPLETION |
|---|---|---|
| 1 "MEHMEDALIJA MAK DIZDAR" SARAJEVO | 101200.00 | |
| 2 "OKREC" - SANSKI MOST | 183570.00 | |
| 3 "HRUSTOVO" - SANSKI MOST | 183570.00 | |
| 4 SECONDARY SCHOOL - BREZA | 77854.00 | |
| 5 SECONDARY SCHOOL - ZAVIDOVICI | 64837.00 | |
| 6 CEVAN CEHAJA MOSQUE MINARET - MOSTAR | 44200.00 | 5278.70 |
| 7 TABACICA MOSQUE - MOSTAR | 192000.00 | |
| | 847231.00 | 5278.70 |

| | |
|---|---|
| I DONATION OF THE KINGDOM OF SAUDI ARABIA | 1000000.00 |
| II AMOUNT WHICH IS PLANED TO BE SPENT | 847231.00 |
| III REMAINING FOUND FROM THE FINISHED PROJECTS | 5278.70 |

ACCORDING TO THIS FIGURES WE COULD REACH CONCLUSION
THAT WE HAVE SAVED THE FOLLOWING AMOUNT,
WHICH WE USE ON OTHER PROJECTS THIS YEAR,
TO BE DETERMINED.

US$     158047.70

**REPORT ON IMPLEMENTATION STATUS OF THE PROJECT 505 BiH 01**

Within the framework of the Saudi Arabia donation, global project 505 BiH 01, UNESCO Office Sarajevo has implemented the following projects:

1. Restoration of Cejvan Cehaja Mosque Minaret in Mostar
2. Rehabilitation of the Primary School "Mehmedalija Mak Dizdar" building in Sarajevo
3. Construction of the Branch School "Okrec" building in Sanski Most
4. Construction of the Branch School "Hrustovo" building in Sanski Most
5. Rehabilitation of the Secondary School Center "Mehmedalija Mak Dizdar" workshops premisses in Breza
6. Rehabilitation of the Secondary School Center building in Zavidovici

## 1.    Restoration of Cejvan Cehaja Mosque Minaret in Mostar

The project included restoration works on the minaret of Cejvan Cehaja Mosque which had been destroyed during the 1992-95 war in Bosnia and Herzegovina.
In the course of the project implementation, whichstarted in November 1997 the 21 meters high minaret has been completely restored.
Special type of stone, the so called "Tenelija", characteristic for the architecture of these areas and unique in the world due to its physical/mechanical traits was used for the course of construction works. Restoration of the minaret has been carried in accordance with all current work standards and employed the same old construction methods and materials (lead, iron joints and clamps) as the ones used in the time of original construction of the mosque.
With this project, UNESCO wanted to produce a model showing how exactly the other cultural-historical objects in Mostar should be restored.
Restoration works on the Cejvan Cehaja Mosque minaret were completed in February 1999.
Overall implementation cost of the project amounted to **38.921,29 US$**.

## 2.    Rehabilitation of Primary School "Mehmedalija Mak Dizadr" object  in Sarajevo

The project of rehabilitation of the building of Primary School "Mehmedalija Mak Dizdar" in Sarajevo included"

- Complete reconstruction of the gymnastic hall and that included
  a) production of a new thermo-insulation of the school's flat roof
  b) replacement of the old tin parts (gutters, hems, cornices)for the new ones
  c) glazing of the entire gymnastic hall
  d) painting of walls
  e) Installment of a new PVC floor covering
  f) repair of damages caused by artillery hits
  g) production of new doors of the gymnastic hall
  h) equipping the hall with sport gear and accessories needed for physical training education
- Reconstruction of the whole heating system in the school. The project included:
  a) production of the project documentation
  b) installment of new heating items in all rooms
  c) installment of a brand new central heating pipe system as the old one was totally destroyed during the war

d) connection of the school building to the town heating system network

The project implementation started in September 1998 and finished in March 1999. Opening ceremony took place on 20th May 1999 which is the offical school day.
Overall implementation cost of the project ammounted to 98.477,11 US$.

### 3.  Construction of the Branch School "Okrec" building in Sanski Most

The project included construction and equipping of the completely new school building because the old one had been destroyed in the war, and the design rearangement of the school building environment and the playground. On the basis of number of school children gravitating towards this school and, also on the basis of a proposal made by the Sanski Most municipality, a decision was made on the construction of two-classrooms school building meeting necessary conditions.
The project implementation started in December 1998. There was a certain delay caused by extremely difficult weather conditions during the winter time and the works were finished in April 1999.
Following the completion of construction works, the object was equipped with furniture and basic teaching aids.
Due to the aforementioned weather conditions and late snowing (until the end of May), it was decided to carry out rearrangement of the school's immediate surrounding and playground in August 1999.
So far, the amount of US$152.500 has been spent for the implementation of this project and for its completion an additional amount of US$ 31.070 will need to be spent.

### 4.  Construction of the Branch School "Hrustovo" building in Sanski Most

The project includes construction and equipping of a completely new two-classrooms school building as well as the rearrangement of the immediate school building environment and a playground. The old building was completely destroyed during the recent war. On the basis of the analyses of number of school children from the surrounding villages which gravitate towards this school and a proposal made by the Sanski Most Municipality, a decision was made on the construction of a new two-classrooms building at the same location on which the old four-classrooms one used to exist. The new school building will meet all necessary conditions and capacities for normal and efficient teaching.

The project implementation started in May 1999 and it is still underway. The building will be completed and equipped by the end of August 1999, that is, before the beginning of the new school term. Works on arrangement and improvement of the playground as well as putting on a new fence around it, will be finished in August 1999.
So far, the amount of US$ 81.975 has been spent for the implementation of this project whereas the complete implementation will require the additional sum of US$ 101.594.

## 5.  Rehabilitation of the Secondary School Center "Mehmedalija Mak Dizdar" workshops premises in Breza

The project included the reconstruction and equipping of the workshops of the Secondary School Center "Mehmedalija Mak Dizdar" in Breza. The workshop space consists of two classrooms and six workshop premises for electrical and mechanical vocational education.

For the purpose of bringing back into function the damaged building and for creating normal teaching conditions, the following works have been carried out:

   a)  complete replacement of the roof covering and partial reconstruction of the roof construction
   b)  all tin parts were replaced (horizontal and vertical gutters, hems, etc)
   c)  repair of all windows and doors on the object
   d)  production and installment of a new ceiling construction
   e)  construction of new toilet room
   f)  painting of the walls
   g)  installment of the new floor covering in the two classrooms
   h)  repair of a new lightning rod installation
   i)  installment of new lighting items
   j)  repair and painting of the façade

The project also includes equipping of the school center workshops and consequently, UNESCO carried out purchase of the necessary equipment according to a request made by the school authorities. Equipping the school with the necessary tools is a very important element for carrying out a normal and efficient teaching process.

In terms of construction, it was completed on 5 July 1999, the equipment delivered by 20 July 1999 at the latest and the opening ceremony took place on 21 July 1999.

The total cost of the project was US$ 55.152.

## 6.  Rehabilitation of the Secondary School Center in Zavidovici

The project includes the reconstruction of the Secondary School Center building in Zavidovici which was damaged during the recent war in BiH. In 1993, the annex building was severely damaged by artillery hits and its roof construction was destroyed as well as the three classrooms on the annex building's first floor. The main school building also suffered a substantial damage during the period 1992-1995.

Project implementation started in May 1999. For the purpose of bringing the building back to its original function and primary conditions, it was necessary to carry out the following works:

   a)  replacement of the entire roof construction and roof covering on the annex building
   b)  installment of a new ceiling construction
   c)  replacement of all horizontal and vertical gutters
   d)  new façade on the main building and the annex building
   e)  new floor covering in all three classrooms of the annex building
   f)  repair of the main building roof construction and replacement of the entire roof covering
   g)  construction of a new drainage system

In terms of construction, the building was completed on 5 July 1999, the equipment delivered by 19th July at the latest and the opening ceremony may be held by the 21 July 1999.

## 7.  Restoration of Tabacica Mosque in Mostar

The project includes the complete restoration of the mosque object including the restoration of minaret, interior and exterior gallery, interior of the mosque building together with mimber, mihrab and wall paintings. The project will also include restoration of a little shop in front of the mosque as well as the little building located behind it.

This mosque restoration is an extremely important project and it has an enormous historical value (the mosque dates back to 16th century and it is situated in the immediate vicinity of the Old Bridge).

Project implementation started on 10th June 1999 and the planed deadline is 4 months, that is, the end of October 1999.

So far, for production of the project documentation and physical restoration works on the object, the amount of US$ 59.000 has been spent out of the total earmarked amount of US$ **192.000.**

## PLANS FOR THE NEXT SIX MONTHS

In the course of the next six months period and together with the finalization of the ongoing projects, UNESCO plans to work on implementation of the following projects:

**1. Restoration of Magribija Mosque minaret in Sarajevo**
**2. Rehabilitation of one primary school building**

## 1.      Restoration of Magribija Mosque minaret in Sarajevo

The Magribija Mosque in Sarajevo is one of the most valuable cultural-historical monuments in Sarajevo. It was built in 16th century and during the 1992-1995 war in Bosnia and Herzegovina, its minaret was destroyed.

For the complete restoration of the minaret it would be necessary to ensure the amount of 43.000 US$. Out of that sum, 14.500 have already been ensured by ISESCO and the financial resources under the project 505 BiH 01 would cover the rest.

The implementation would be started in September 1999 and should be completed by the end of January 2000.

The additional resources necessary for the project implementation are 28.500 US$.

## 2.      Rehabilitation of the Gazi Hesrefbeg library in Sarajevo

The Gazi Husrefbeg library in Sarajevo presenting one of the most important libraries in B&H and this part of the Europe.  The collection of the 10.000 manuscripts, with the oldest one from 12th century, is not properly stored and preserved.

Because of that UNESCO and High Saudi Committee like to revert one part of the space in the treasure in order to have proper storage and protection of this collection.

After preparation of the treasure we would like to do preservation of the all manuscripts which are damaged because of humidity and bad conditions of the space.

The total cost for reconstruction of the surface will be app. 60.000 US $.

**Status of the ongoing projects**

15.07.1999.

| Name of the project | Total cost | Total paid |
|---|---|---|
| Restoration of the C.Cehaja Mosque Minaret | 38921.29 | 38921.29 |
| Rehabilitation of the primary school "Mehmedalija Mak Dizdar" in Sarajevo | 98477.11 | 98477.11 |
| Construction of the branch school "Okrec" in Sanski Most | 183570.00 | 152500.00 |
| Construction of the branch school "Hrustovo" in Sanski Most | 183570.00 | 81975.63 |
| Rehabilitation of the workshops of the secondary school center "M.M.Dizdar" in Breza | 57152.00 | 57152.00 |
| Rehabilitation of the secondary school center in Zavidovici | 58200.00 | 58200.00 |
| Restoration of the Tabacica Mosque in Mostar | 192000.00 | 59000.00 |
| T O T A L 1. | 811890.40 | 546226.03 |

Remaining amount for other projects

**Projects planned for next six months**

| Name of the project | Amount needed for completion |
|---|---|
| Restoration of the Magribija Mosque Minaret | 23000.00 |
| Reconstruction of the GAZIHUSREF BEG Library | 60000.00 |
| T O T A L 2. | 83000.00 | US$ |

| | | |
|---|---|---|
| TOTAL 1 | 811890.40 | US$ |
| TOTAL 2 | 83000.00 | US$ |
| FUNDS FOR PRINTING OF ONE PUBLICATION | 3000.00 | US$ |
| GRAND TOTAL | 894890.40 | US$ |

# EXHIBIT B
# ATTACHMENT 11

SAUDI HIGH COMMISSION
RELIEF FOR BOSNIA & HERZEG.
REGIONAL OFFICE  SARAJEVO



الهيئة السعودية العليا
لمساعدة البوسنة والهرسك
المكتب الإقليمي / سرايفو

Ref. No. *845.55*

Date *26.06.1997*

الرقم ـــــــــــــــــ

التاريخ ـــــــــــــــــ

# Proces-verbal of agreement

In the framework  of the memorandum of co-operation signed in Riyadh on the  10th of July 1996 by his Royal Highness Prince Salman Bin Abdulaziz Al Saud, Governor of Riyadh region and President of the Saudi High Commission of Relief for Bosnia & Herzeg and by his  excellency Federico Mayor, Director General of the  Uneited  Nations  Educational,  Scientific  and  Cultural Organization ( UNESCO ) an official meeting was held in the office of the Saudi High Commission of Relief for Bosnia  & Herzeg in Sarajevo on the 19th at 17.00, and 20th of June 1997. at 15.00 .

The following personalities took part in the meeting :

- HE  Nasser A. AL-SAEED,  representing the Saudi  High Commission of Relief for Bosnia & Herzeg
- HE  Dr. Abdulaziz S. Bin SALAMAH,  the  permanent Delegate of the Kingdom of Saudi Arabia to UNESCO,
- HE  Collin  KAISER, Head  of  the  office of  UNESCO  in Bosnia & Herzegovina,
- HE  Rock VOGRIC. Chief of Operational Unit, Directorate of UNESCO,

SAUDI HIGH COMMISSION
RELIEF FOR BOSNIA & HERZEG.
REGIONAL OFFICE  SARAJEVO



الـهـيـئـة الـسـعـوديـة الـعـلـيـا
لمساعـدة البوسنة والهرسـك
المكتب الإقليمـي  سـرايـيـفـو

Ref.  No._____
Date  _____

_____ الـرقم
_____ التاريخ

---

All  partes  to  the  meeting  agreed  upon  the  execution  of  the following  projects  for  the  benefit  of  the  government  of Bosnia &  Herzegovina :

1- (( Okrić )) school in Sanski Most,

2- (( HRUSTOVO )) School in Sanski Most,

3- Rebuilding  the  minaret  of the mosque (( Šejvan Šejava )) in Mostar .

Further  meetings  will  be  held  between the representatives of the  Saudi High Commission of Relief for Bosnia & Herzeg and Head of  the  office  of  UNESCO  in  Sarajevo  in  coordination  with  the Permanent  Delegate of the Kingdom of Saudi Arabia to UNESCO in view  of  selecting  projects related to the rest of the fund allocated in the memranduom of coperation.

Signatories to the agreement :

Director General of Saudi High
Commission in Europe.

Mr. Nasser AL SAEED

The permanent Delegate of
The Kingdom of Saudi Arabia to UNESCO,

Dr.Abdulaziz S. Bin SALAMH

Head of Office of UNESCO in
Bosnia and Herzegovina

Dr. Collin KAIZER

Chief Operational Unit Directorate of
UNESCO.

Mr. Rok VOGRIC

# EXHIBIT B
# ATTACHMENT 12



united nations educational, scientific and cultural organization
organisation des nations unies pour l'éducation, la science et la culture

Office in BOSNIA AND HERZEGOVINA
Akademija Nauka i UmjetnostBistrik 7
71.000 SARAJEVO
BOSNIA AND HERZEGOVINA

téléphone :   (387.71) 670.728/210.694
fax             (387.71) 444.969

## *FACSIMILE*

| DATE:22.09.1997. | NUMBER OF PAGES:1+1 |
|---|---|
| MSG. NRO. | FILE: |
| TO:NASSER .A. AL-SAEED,General Director,Saudi High Commission Relief for B&H | FAX:200-186 214-253 |
| FROM: Dr.Colin Kaiser,UNESCO Representative in Bosnia and Herzegovina | |
| CC: Ing.HUSSAIN.O.AL-JIFFRY | PHONES:210-694.670-728 FAX:444-969 |
| SUBJECT:WORK PLAN | |

Dear Mr.Al-Saeed,

Please find,as requested by you,the attached work plan which shows what UNESCO Office has prepared so far in cooperation with your collaborator,that is to say which projects can be started.The implementation of this and other projects can be started as soon as UNESCO receives the funds allocated by the Memorandum of Understanding signed by H.R.H. Prince Salman Bin Abdul-Aziz Al Saud,President of the Saudi High Commission for Relief for Bosnia and Herzegovina,and Mr.Federico Mayor,Director General of UNESCO,on 10 July 1996.
The local authorities and contractors we have contacted,are exerting considerable pressure  upon us to start with the aforementioned projects.

Sincerely yours,

Dr.Colin Kaiser
UNESCO Representative in BiH



## BUDGET FOR THE SAUDI ARABIAN DONATION

### BUDGET CODE 505/BiH/01

| NAME OF THE PROJECT | NECESSARY RESOURCES (US $) | DATE OF BEGINNING OF WORKS | DURATION | STATUS OF PROJECT |
|---|---|---|---|---|
| Reconstruction of Minaret of Cevan Cehaja Mosque in Mostar. | 38.250,00 | 15.09.1997. | 60 Days | ONGOING |
| Construction and equiping of Primary School in Okrec - Municipality Sanski Most. | 140.000,00 | 01.10.1997. | 3 Months | Tendering finished. Contract will be signed after receiving the funds. |
| Construction and equipning of Primary School in Hrustovo – Municipality Sanski Most. | 205.000,00 | 01.10.1997. | 3 Months | Tendering finished. Contract will be signed after receiving the funds. |
| Reconstruction of Primary School "Mehmedalija Mak Dizdar" in Sarajevo. | 80.000,00 | 22.09.1997. | 60 Days | Tendering finished. Contract will be signed after receiving the funds. |
| Reconstruction and equiping Secondary School Center "Mehmedalija Mak Dizdar" in Breza. | 50.000,00 | 22.09.1997. | 30 Days | Tendering finished. Contract will be signed after receiving the funds. |
| Reconstruction of Secondary School Center in Zavidovici. | 45.000,00 | 10.10.1997. | 30 Days | The whole documentation is ready. Tenderig will start after reciving the funds. |
| Reconstruction of Primary School in Brezik- Municipality Zavidovici. | 45.000,00 | 01.10.1997. | 45 Days | The whole documentation is ready. Tenderig will start after reciving the funds. |

### T O T A L:     603.250,00

*The Work Plan for Tabacica Mosque will be presented by CLT/CH an because of that it not included in this Work Plan.

**As the cost of the Tabacica Mosque project will be about $ 170.000,00 , that makes $ 226.750,00 for other school projects.

# EXHIBIT B
# ATTACHMENT 13



united nations educational, scientific and cultural organization
organisation des nations unies pour l'éducation, la science et la culture

Office in BOSNIA AND HERZEGOVINA
Akademija Nauka i Umjetnosti, Bistrik 7
71.000 SARAJEVO
BOSNIA AND HERZEGOVINA

téléphones :  (387.71) 670.728,210.694,209.857
fax            (387.71) 444.969

## FACSIMILE

| DATE: August 3, 1999 | NUMBER OF PAGES: 4 |
| --- | --- |
| MSG. NRO. | FILE: 1700/LUB/NULBIH |
| TO: **Mr.Axel Plathe**, CII/PGI | FAX: 33.1.45.68.55.83 |
| FROM: Mr.Hector-Rondon Fuentes, UNESCO Representative in B&H | |
| CC: Mr.**Azedine Beschaoush**, CLT/CH<br>Mr.**Rok Vogric**, OPS | FAX: 33.1.45.68.55.98<br>33.1.45.68.57.86 |
| SUBJECT: The GAZI H.BEY LIBRARY, SARAJEVO | |

As we discussed by telephone today, attached is the letter from the
Director of the Library Mr.Mustafa Jahic requesting UNESCO assistance
for the protection and preservation of the valuable book collections
of this Library.

This letter was written following the visit that SHEIK NASIR
BIN ABDULRAHMAN AL SAEED, Director of the Saudi Arabia High
Commission, UNESCO staff Sinisa Sesum and myself paid to the Library
last 23 July.

The Saudi Arabia High Commission is willing to finance this
project, therefore we have made an initial allocation of $60 000 from
the remaining balance of the one million dollar Saudi Arabia donation
for both the rehabilitation of the building and fire proof safe boxes
for the protection and storage of the manuscripts. An additional
amount will be requested from the Saudi High Commission for the
restoration and recording on computerized media of the manuscripts.
We are requesting therefore your technical expertise in this project.
Please advise.

Thank you.

بسم الله الرحمن الرحيم

ISLAMIC COMMUNITY IN BOSNIA AND HERZEGOVINA

THE GAZI HUSREV-BEY LIBRARY

28 July 1999

Hector Rondon - Fuentes

UNESCO Representative in Bosnia and Herzegovina

Dear Mr. Fuentes,

In relation to your visit to "Gazi Husrev-beg" library and your expressed wish that UNESCO would assist the Library in protection and preservation of its collection, I would like to brief you on the Library and the kind of assistance necessary to protect and preserve its collection.

"Gazi Husrev-beg" library in Sarajevo was established in 1537, when Gazi Husrev- beg, its founder, decided in his "Waqafname" (foundation establishment document) on the building of a Madrasa that ..." the amount which exceeds the costs of building should be used for purchasing good books to be used in the mentioned Madrasa, to benefit those who read them and that those who are engaged in scientific research can refer to them." Therefore, this Library is one of the oldest cultural institutions in Bosnia and Herzegovina.

The core collection of the Library, which contains about 10,000 codex, consists of manuscripts in Arabic, Turkish, Persian and Bosnian languages. This makes the Library one of the biggest in Europe and also well known all over the world. The great number of these manuscripts, apart from religious- scientific disciplines, relates to other sciences such as philology, philosophy, history, geography, medicine, veterinary, mathematics and natural sciences as well as other scientific disciplines researched at the time these manuscripts were created. The manuscripts draw their origins from all parts of the Islamic World, particularly from great and prominent cultural-scientific centres such as Istanbul, Mecca, Medina, Cairo and Baghdad. A significant number of these manuscripts also originates from Bosnian cities and villages where many Bosniac Muslims wrote original works or copied books written by other authors from all, at that time known, scientific disciplines.

The value of the manuscript collection can be considered from different aspects. A large number of these manuscripts was created in the period from the XII- XV centuries, while the oldest ones originate from the XII century. Besides, a great number of manuscripts are characterised by excellent fine art decorations. A great number of manuscripts, apart from calligraphy, are decorated by other fine art elements. Some manuscripts, on the other hand, are especially distinguished by their leather covers and

Islamic Community in Bosnia and Herzegovina, THE GAZI HUSREV-BEY LIBRARY

Address: Hamdije Kresevljako ova 58, 71000 Sarajevo, Bosnia and Herzegovina; Tel. ++(387 71) 65-81-44;
Fax ++(387 71) 20 3 20; E-mail: ghibibl@bih.net.ba

rosettes engraved in the covers. With regard to the fine art decoration of the manuscripts, the collection of Mushafs (The Qur'an manuscripts) is of great importance.

Today, the overall book collection of the Library contains about 80,000 units what comprises, beside the manuscript collection, collections of printed books, periodicals and historic documents. The collection of printed books in Oriental languages contains about 20,000 units, and the first printed books from the printing office of Ibrahim Mutefrika from 1727 in Istanbul can be found here as well. The collection of printed books in Bosnian language as well as other languages of the neighbouring and other European countries consists of about 30,000 units. This collection contains the first printed books in Bosnia and Herzegovina as well as books from the period of the Austro-Hungarian rule in Bosnia and Herzegovina.

In the collection of periodicals, which contains about 4,000 titles, the oldest magazines and newspapers printed in Bosnia and Herzegovina from 1866 onwards can be found. Among more recent periodicals, the Library contains a significant number of foreign periodicals in Oriental languages and some European languages as well.

The archive collection, which contains about 4,000 documents, includes some documents related to the history of Bosnia and Herzegovina under the Ottoman rule, the significant collection of 1,400 "waqufnama" (documents on establishment of some foundations) and 86 "sijjil" (protocols) the Shari'ah Court in Sarajevo.

The Library also contains a valuable collection of photographs of distinguished persons, buildings and postcards from all over Bosnia and Herzegovina.

The book collection of the Library has permanently been increased because many individuals have donated books to the Library. Sometimes, whole collections were donated. The Library collection has been increased by adding rests of the books from other libraries in Bosnia and Herzegovina. A large number of manuscripts and other valuable books, including some private collections, have been bought up on behalf of this Library.

It should be mentioned that the whole collection of the Library was preserved during the war and, taking into account well known war destruction and devastation of cultural heritage, among other things. It represents a significant source of information for research of history and cultural heritage of Bosnia and Herzegovina and Bosniac Muslims.

The Library is a public institution and its collection, as a whole, is at disposal to researchers who are engaged in research of the mentioned scientific disciplines. In that sense the Library has developed an operation which means limitations of elements not Bosnia Herzegovina and the world.

Aiming at protecting and preserving the above mentioned collections of the Library, it would be necessary to provide.

1.   An adequate space for storage of the books

To be able, with intent to properly to provide a space, that is necessary to provide the library a space.

in fireproof closets. That would, however, require more space. A better and more economical alternative would be to make a space, in which the books would be kept, look like a safety-box room, so that in that case the books would be placed at mobile shelves, what would require less space.

2. Equipment and raw material for restoration of the paper and a bookbindery including training for personnel performing these works

Since the considerable number of books have been significantly damaged due to their age and an inadequate space in which they were kept, it would be necessary to provide for the total restoration and protection of the books, using the most recent technological achievements. The equipment and raw material should be provided with the prior consultation of the experts from this field, who would also train the personnel performing these works in the Library.

In order to perform the above-mentioned tasks, some construction works are required on the space in which the manuscripts and the book restoration equipment would be stored.

We would like to convey our regards and appreciation for your readiness to assist our Library in protection of its collection.

Sincerely yours,

Mustafa Jahic
The Director