IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACK ON SEPTEMBER 11, 2001 | CASE NO. 03 MD 1570 |
| FEDERAL INSURANCE CO., et al., Plaintiffs, v. AL QAIDA, et al., Defendants. | CASE NO. 03 CV 6978 |

**[PROPOSED] ORDER**

UPON CONSIDERATION OF Taha Al-Alwani, Muhammad Ashaf, M. Omar Ashraf, M. Yaqub Mirza, and Iqbal Unus's Motion to Dismiss the First Amended Complaint of Plaintiffs Federal Insurance Company, et al., the memorandum in support thereof, and any opposition thereto, it is hereby

ORDERED that Taha Al-Alwani, Muhammad Ashraf, M. Omar Ashraf, M. Yaqub Mirza, and Iqbal Unus's Motion is GRANTED; and it is further

ORDERED that the First Amended Complaint of Plaintiffs Federal Insurance Company, et al. is dismissed with prejudice as to the above individuals and judgment is entered on their behalf.

Dated: _____
     New York, NY

_____
RICHARD CONWAY CASEY
United States District Judge