IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACK<br>ON SEPTEMBER 11, 2001 | CASE NO. 03 MD 1570 |
| -------------------------------------------------------- | -------------------------------------------------------- |
| FEDERAL INSURANCE CO., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AL QAIDA, et al.,<br><br>Defendants. | CASE NO.  03 CV 6978 |

### DECLARATION OF NANCY LUQUE

I, Nancy Luque, declare as follows:

1.　　I am a partner of the law firm Gray Cary Ware & Freidenrich LLP, which represents Jamal Barzinji in the above-referenced matter.  I have been admitted to the Bar of this Court *pro hac vice*.

2.　　I submit this Declaration in support of Dr. Barzinji's Motion To Dismiss the First Amended Complaint.  I am fully familiar with the facts set forth herein.

3.　　In the Memorandum of Law in support of the motion, Dr. Barzinji argues that there are no allegations of fact that state *any* claim against him, nor are there any allegations of fact that support the Court's exercise of personal jurisdiction.  The only allegations which relate to Dr. Barzinji, found in paragraphs 490-91, fail to state any specific allegations that would support Plaintiffs' counts.

4.　　Dr. Barzinji is a United States citizen.  He resides and works in northern Virginia.

2

5. Dr. Barzinji has no contacts whatsoever with the State of New York. None of his personal or business income is derived from New York, nor does he avail himself of any of New York's goods and services such that he would be expected to answer in the jurisdiction for any claims that arise there. He does not travel regularly to New York, nor engage in any other persistent course of conduct there.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

/s/ Nancy Luque
Nancy Luque