**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TERRORIST ATTACK ON SEPTEMBER 11, 2001 | CASE NO. 03 MD 1570 |
| FEDERAL INSURANCE CO., et al., Plaintiffs, v. AL QAIDA, et al., Defendants. | CASE NO. 03 CV 6978 |

**[PROPOSED] ORDER**

UPON CONSIDERATION OF the Motion to Dismiss the First Amended Complaint of Plaintiffs Federal Insurance Company, et al. by Jamal Barzinji, the declaration and memorandum in support thereof, and any opposition thereto, it is hereby

ORDERED that Jamal Barzinji's Motion is GRANTED; and it is further

ORDERED that the First Amended Complaint of Plaintiffs Federal Insurance Company, et al. is dismissed with prejudice as to Dr. Barzinji and judgment is entered on his behalf.

Dated: _____
New York, NY

_____
RICHARD CONWAY CASEY
United States District Judge