# ARNOLD & PORTER LLP

**Jean Engelmayer Kalicki**
Jean_Kalicki@aporter.com

202.942.6155
202.942.5999 Fax

555 Twelfth Street, NW
Washington, DC 20004-1206

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 5-10-04

April 30, 2004

BY FEDERAL EXPRESS

Honorable Richard C. Casey
United States District Court
Southern District of New York
500 Pearl Street – Room 1950
New York, New York 10007

**MEMO ENDORSED**

Re:   MDL 1570, *Ashton et al. v. Al Qaeda, et al*, 02 CV 6977 (RCC)

Dear Judge Casey:

We represent the Saudi Economic & Development Company (SEDCO), the International Development Foundation (IDF), and Sheikh Mohammed Salim bin Mahfouz in connection with the *Ashton* case pending under MDL 1570. We are writing to seek a stay of the time to respond to plaintiffs' attempted service on our clients, in light of plaintiffs' stated plan to voluntarily dismiss all claims against them in any event.

In Mr. Kreindler's April 15, 2004 "Status Report on Service," he indicated that plaintiffs would file "next week" a motion to dismiss all claims against SEDCO, IDF and Sheikh Mohammed. Plaintiffs have not yet filed the promised dismissal motion, but Mr. Kreindler confirmed yesterday by phone that he intends to do so promptly.

In the meantime, however, Mr. Kreindler's April 15 letter also reported that plaintiffs recently mailed copies of the *Ashton* complaint to SEDCO, IDF and Sheikh Mohammed. We are aware of mailings to IDF in London and to Sheikh Mohammed "c/o IDF." We do not believe these mailings constitute valid service, among other things because they failed to include any summonses as required by the Federal Rules and by Judge Schwartz's earlier order on service, and because service on Sheikh Mohammed individually cannot be effected by a "c/o" delivery to an address where he does not and has never resided. As for SEDCO, we are not aware of *any* documents having been sent to it.

Nonetheless, in light of plaintiffs' confirmed intention to dismiss all claims against our clients, it would seem unnecessary to brief issues concerning the validity of the attempted service. We therefore respectfully request a stay of the time to respond pending plaintiffs' filing of the dismissal motion. We have raised this request with Mr. Kreindler and he has indicated he has no objection.

Washington, DC    New York    London    Brussels    Los Angeles    Century City    Northern Virginia    Denver

# ARNOLD & PORTER LLP

Honorable Richard C. Casey
April 30, 2004
Page 2

                                        Respectfully submitted,

                                        *Jean E. Kalicki*

                                        David Gersch
                                        Jean E. Kalicki

cc: James P. Kreindler, Esq.

*[Handwritten note:] The named defendants' time to respond is extended to June 30, 2004.*

*Richard Casey 5/7/04*