UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――― X
IN RE: TERRORIST ATTACKS   :
OF SEPTEMBER 11, 2001     :
―――――――――――――――――― X

This document relates to:

*Fiona Havlish, et al v. Bin-Laden, et al*
03 CV 9848 (RCC)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-11-04
```

## ORDER FOR ADMISSION OF COUNSEL PRO HAC VICE

The Court, having reviewed Donald J. Winder's Motion for Admission of Counsel Pro Hac Vice, being fully advised in the premises, and for good cause appearing, hereby

ORDERS, ADJUDGES AND DECREES that the Motion for Admission of Counsel Pro Hac Vice of Donald J. Winder be granted.

DATED this 6th day of May, 2004.

BY THE COURT:

*Richard Conway Casey*
_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X
IN RE: TERRORIST ATTACKS         :
OF SEPTEMBER 11, 2001             :
---------------------------------------X

This document relates to:

*Fiona Havlish, et al v. Bin-Laden, et al*
03 CV 9848 (RCC)

## MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE

Comes the undersigned and moves the Court for an order permitting Donald J. Winder (Utah Bar No. 3519) of the law offices of Winder & Haslam, 175 West 200 South, Suite 400, Salt Lake City, Utah 84111, to be admitted pro hac vice in this action on behalf of the plaintiffs in the case of *Fiona Havlish, et al. v. Bin-Laden, et al.*, Case No. 03-CV-9849 (RCC). In support of this Motion, the Certificate of Good Standing of Donald J. Winder from the U.S. District Court for the District of Utah is attached hereto.

DATED this 30th day of April, 2004.

Respectfully submitted,

Donald J. Winder (Utah #3519)
WINDER & HASLAM
175 West 200 South #400
Salt Lake City, Utah 84111
Telephone: (801) 322-2222
Facsimile: (801) 322-2282

## CERTIFICATE OF SERVICE

The undersigned certifies that copies of the Motion for Admission of Counsel Pro Hac Vice and Order for Admission of Counsel Pro Hac Vice has been served via facsimile on all counsel of record on the attached Facsimile Service list.

DATED this 30th day of April 2004.

*Debbie Ashton*

2

Harry Huge, Esquire
HARRY HUGE LAW FIRM, LLP
Fax: (202) 318-1261 or (843) 720-8794

Paul J. Hanly, Jr., Esquire
Andrea Bierstein, Esquire
Jayne Conroy, Esquire
HANLY CONROY BIERSTEIN
  & SHERIDAN LLP
Fax: (212) 401-7618

William N. Riley, Esquire
Amy Ficklin DeBrota, Esquire
Mark K. Dudley, Esquire
YOUNG, RILEY, DUDLEY & DeBROTA
Fax: (317) 848-7831

Thomas E. Mellon, Jr., Esquire
Stephen Corr, Esquire
Jack Corr, Esquire
Joseph A. Cullen, Jr., Esquire
MELLON WEBSTER & SHELLY
Fax: (215) 348-0171

Don Howarth, Esquire
Robert Brain, Esquire
Suzelle Smith, Esquire
HOWARTH & SMITH
Fax: (213) 622-0791

Allan Gerson, Esquire
Fax: (202) 966-8557

Jack Cordray, Esquire
CORDRAY LAW FIRM
Fax: (843) 853-6330

Donald J. Nolan, Esquire
NOLAN LAW GROUP
Fax: (312) 630-4011

Michel F. Baumeister, Esquire
Dorthea M. Capone, Esquire
Douglas A. Latto, Esquire
BAUMEISTER & SAMUELS, PC
Fax: (212) 363-1346

Clare M. Sproule, Esquire
EPSTEIN BECKER & GREEN, P.C.
Fax: (212) 661-0989

Kenneth Sacks, Esquire
SACKS and SACKS, LLP
Fax: (212) 349-2141

James P. Kreindler, Esquire
Marc S. Moller, Esquire
Andrew J. Maloney, Esquire
Justin T. Green, Esquire
David Beckman, Esquire
David C. Cook, Esquire
Paul S. Edelman, Esquire
Francis G. Fleming, Esquire
Noah H. Kushlefsky, Esquire
Steven R. Pounian, Esquire
Blanca J. Rodriguez, Esquire
Milton G. Sincoff, Esquire
Robert J. Spragg, Esquire
KREINDLER & KREINDLER
Fax: (212) 972-9432

Gary O. Galiher, Esquire
GALIHER, DeROBERTIS, NAKAMURA, ONO
  & TAKITANI
Fax: (808) 591-2608

Robert Conason, Esquire
GAIR, GAIR, CONASON, STEIGMAN
  & MACKAUF
Fax: (212) 425-7513

Milton Mollen, Esquire
Vincent F. Pitta, Esquire
HERRICK, FEINSTEIN LLP
Fax: (212) 592-1500

Michael N. Block, Esquire
SULLIVAN, PAPAIN, BLOCK, McGRATH
  & CANNAVO, P.C.
Fax: (212) 266-4141

Anthony M. Sellitto, Jr., Esquire
OLIVER & SELLITTO
Fax: (732) 775-7404

D. Richard Burbidge, Esquire
Stephen B. Mitchell, Esquire
Jefferson W. Gross, Esquire
BURBIDGE and MITCHELL
Fax: (801) 355-2341

Samuel L. Davis, Esquire
DAVIS, SAPERSTEIN & SALOMON, P.C.
Fax: (201) 692-0444

Sanford Rubenstein, Esquire
RUBENSTEIN & RYNECKI
Fax: (718) 522-3604

**FACSIMILE SERVICE LIST**

Guy Molinari, Esquire
John D'Amato, Esquire
**RUSSO, SCAMARDELLA & D'AMATO, P.C.**
Fax: (718) 816-8037

Richard Hailey, Esquire
Mary Beth Ramey, Esquire
**HAILEY & RAMEY**
Fax: (317) 848-7831

Edward D. Robertson, Esquire
Mary Winter, Esquire
**BARTIMUS, FRICKLETON, ROBERTSON & OBETZ**
Fax: (573) 659-4460

Donald J. Winder, Esquire
John Warren May, Esquire
**WINDER & HASLAM P.C.**
Fax: (801) 322-2282

J.D. Lee, Esquire
David Lee, Esquire
**LEE LEE & LEE**
Fax: (865) 544-0536

Marcel Groen, Esquire
Edward H. Rubenstone, Esquire
**GROEN LAMM GOLDBERG & RUBENSTONE**
Fax: (215) 638-2867

J. David O'Brien, Esquire
Fax: (212) 571-6166

David Jaroslawicz, Esquire
**JAROSLAWICZ & JAROS, ESQUIRES**
Fax: (212) 227-5090

Aaron J. Broder, Esquire
Jonathan C. Reiter, Esquire
**BRODER & REITER**
Fax: (212) 268-5297

Kenneth P. Nolan, Esquire
Frank H. Granito, III, Esquire
**SPEISER KRAUSE NOLAN & GRANITO**
Fax: (212) 953-6483

Michael Barasch, Esquire
James P. McGarry, Esquire
**BARASCH McGARRY SALZMAN PENSON**
Fax: (212) 385-7845

Matthew G. Ash, Esquire
**COZEN O'CONNOR**
Fax: (202) 912-4830

Sean P. Carter, Esquire
Elliott R. Feldman, Esquire
Michael J. Sommi, Esquire
**COZEN O'CONNOR**
Fax: (215) 665-2013

Paul J. Orfanedes, Esquire
James F. Peterson, Esquire
**JUDICIAL WATCH, INC.**
Fax: (202) 646-5199

Stanton D. Anderson, Esquire
Thomas P. Steindler, Esquire
**MCDERMOTT, WILL & EMERY**
Fax: (202) 756-8087

Peter J. Kahn, Esquire
**WILLIAMS & CONNOLLY LLP**
Fax: (202) 434-5029

James E. Gauch, Esquire
Timothy J. Finn, Esquire
Jonathan C. Rose, Esquire
Stephen J. Brogan, Esquire
Michael B. Gurdack, Esquire
**JONES DAY**
Fax: (202) 626-1700

Joseph Duffy, Esquire
**STETLER DUFFY**
Fax: (312) 338-0070

Wilmer Parker, III, Esquire
**GILLEN PARKER & WITHERS LLC**
Fax: (404) 842-9750

Mitchell R. Berger, Esquire
Ugo Colella, Esquire
Ronald S. Liebman, Esquire
**PATTON BOGGS LLP**
Fax: (202) 457-6315

Christopher T. Lutz, Esquire
Roger E. Warin, Esquire
**STEPTOE & JOHNSON L.L.P.**
Fax: (202) 429-3902

Deborah S. Burstein, Esquire
**KING & SPALDING LLP**
Fax: (212) 556-2222

**FACSIMILE SERVICE LIST**

Martin F. McMahon, Esquire
Christopher Smith, Esquire
**MARTIN F. McMAHON & ASSOCIATES**
Fax: (202) 828-4130

Donna M. Sheinbach, Esquire
Nancy Luque, Esquire
**GRAY CARY WARE & FREIDENRICH LLP**
Fax: (202) 238-7701

Jonathan L. Greenblatt, Esquire
**SHEARMAN & STERLING LLP**
Fax: (202) 508-8100

Brian H. Polovoy, Esquire
Henry Weisburg, Esquire
**SHEARMAN & STERLING LLP**
Fax: (212) 848-7179

John D. Shakow, Esquire
**KING & SPALDING LLP**
Fax: (202) 626-3737

Matthew H. Kirtland, Esquire
**FULBRIGHT & JAWORSKI, LLP**
Fax: (202) 662-4643

Richard T. Marooney, Jr., Esquire
**KING & SPALDING LLP**
Fax: (212) 556-2222

Christopher R. Cooper, Esquire
William H. Jeffress, Jr., Esquire
Sara Kropf, Esquire
**BAKER BOTTS LLP**
Fax: (202) 639-7890

Michael K. Kellogg, Esquire
Mark C. Hansen, Esquire
Michael J. Guzman, Esquire
**KELLOGG, HUBER, HANSEN, TODD & EVANS, P.L.L.C.**
Fax: (202) 326-7999

Michael Hadeed, Esquire
**BECKER, HADEED, KELLOGG & BERRY**
Fax: (703) 256-5431

Maher H. Hanania, Esquire
Kamal Nawash, Esquire
**HANANIA, KHADER & NAWASH**
Fax: (703) 778-2407

Lynne A. Bernabei, Esquire
Alan R. Kabat, Esquire
**BERNABEI & KATZ, PLLC**
Fax: (202) 745-2627

Christopher M. Curran, Esquire
Nicole Erb, Esquire
Frank Panopoulos, Esquire
**WHITE & CASE, LLP**
Fax: (202) 639-9355

Michael Nussbaum, Esquire
**ROPES & GRAY**
Fax: (202) 626-3961

Joshua L. Dratel, Esquire
**JOSHUA L. DRATEL, P.C.**
Fax: (212) 571-6341

**THE IRAQI INTEREST SECTION**
c/o The Algerian Embassy
Fax: (202) 667-2174

**THE IRANIAN INTEREST SECTION**
c/o The Embassy of Pakistan
Fax: (202) 686-1534

David P. Donovan, Esquire
**WILMER CUTLER & PICKERING**
Fax: (703) 251-9797

Gregory S. Chernack, Esquire
Louis R. Cohen, Esquire
**WILMER CUTLER & PICKERING**
Fax: (202) 663-6363

Matthew H. Simmons, Esquire
Roger C. Simmons, Esquire
Victor E. Cretella, III, Esquire
**GORDON & SIMMONS, LLC**
Fax: (301) 698-0392

# CERTIFICATE OF GOOD STANDING

# United States of America

District of Utah

I, Markus B. Zimmer, Clerk of the United States District Court, District of Utah, DO HEREBY CERTIFY That

## Donald J. Winder

was duly admitted to practice in said Court on July 7, 1976, and is in good standing as a member of the bar of said Court.

Markus B. Zimmer
*Clerk*

_____
*(By) Deputy Clerk*

Dated at Salt Lake City, Utah
on April 22, 2004

AO 136