### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-MDL-1570 |
|  | ECF Case |

*Relates to:*
*Ashton v. Al Qaeda Islamic Army*, 02-CV-6977 (RCC)
*Burnett v. Al Baraka Investment & Development Corp.*, 03-CV-5738 (RCC)
*Federal Insurance Co. v. Al Qaida*, 03-CV-6978 (RCC)
*Barrera v. Al Qaeda Islamic Army*, 03-CV-7036 (RCC)
*Salvo v. Al Qaeda Islamic Army*, 03-CV-5071 (RCC)
*Burnett v. Al Baraka Investment & Development Corp.*, 03-CV-9849 (RCC)

### NOTICE OF FILING OF OMITTED EXHIBIT
### TO HIS ROYAL HIGHNESS PRINCE SALMAN BIN ABDULAZIZ AL-SAUD'S
### MOTION TO DISMISS THE COMPLAINTS

On May 10, 2004, Prince Salman bin Abdulaziz Al-Saud filed his Motion to Dismiss the

Complaints in the above-referenced cases.   Included with that filing were several exhibits.

Exhibit B, the declaration of Saud bin Mohammad Al-Roshood, was inadvertently omitted from

the filing.   Exhibit B, which is attached, should be included with Prince Salman's Motion to

Dismiss.

Dated: May 12, 2004

Respectfully submitted,

S/ _____

Sara E. Kropf (admitted *pro hac vice*)
D.C. Bar No. 481501

BAKER BOTTS, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2400
Phone (202) 639-7700
Fax (202) 639-7890