# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re: TERRORIST ATTACKS ON ) No. 03-MDL-1570
SEPTEMBER 11, 2001 ) Judge Richard C. Casey
_____ )

## DECLARATION OF SAUD BIN MOHAMMAD AL-ROSHOOD

In the name of God, the Merciful, the Compassionate, I, Saud bin Mohammad Al-Roshood, hereby swear:

1. I am the Director of the Executive Office of the Saudi High Commission and have been in this position for eleven years, since the Saudi High Commission was founded. I hold a Bachelors degree in economics from the Imam Mohammad bin Saud Islamic University, in Riyadh, Saudi Arabia, and a Masters degree in mathematical and developmental economics from the University of Colorado, in Boulder, Colorado. I have personal knowledge of, and am competent to testify to, the facts set forth in this Declaration. I have reviewed and executed the Declaration in the Arabic language with the understanding that it will be translated into English for submission to the American court.

2. I make this Declaration at the request of United States counsel for His Royal Highness Prince Salman bin Abdulaziz Al Saud, the President of the Saudi High Commission for the Aid of Bosnia-Herzegovina. In this Declaration I describe matters of fact that relate to the Saudi High Commission and to the allegations in the complaints filed in this case. I am employed by the Saudi government and have been detailed to the Saudi High Commission. I make this Declaration as part of my duties for the Saudi High Commission.

### A. Historical Background

3. The Saudi High Commission was formed for the primary purpose of providing humanitarian aid to Muslims in Bosnia-Herzegovina during and after the Bosnian civil war. The civil war began on March 1, 1992, when Bosnian Serbs, who opposed independence from Yugoslavia in disagreement with Bosnian Croats and Muslims, began firing on Muslim civilians. Bosnia-Herzegovina formally declared independence from Yugoslavia in April 1992, and was admitted into the U.N. a month later. Fierce civil unrest continued among Bosnian Croats (largely followers of the Catholic faith), Bosnian Serbs (largely followers of Orthodox Christianity), and Bosnian Muslims, to control the parts of the former Yugoslavia that were not already controlled by Bosnian Serbs. A peace agreement was entered in 1994 between Muslims and Croats, creating the Federation of Bosnia-Herzegovina, but fighting continued between the Federation and Bosnian Serbs. During this time, Slobodan Milosevic – later indicted by the U.N. war crimes tribunal at The Hague for atrocities in Bosnia and Croatia, and for other atrocities against Albanians in Kosovo – was the president of neighboring Serbia. The City of Srebrenica,

which the U.N. had designated a "safe haven," and which was protected by the Dutch Army, was the site of a July 1995 massacre when the Serbs killed more than 7,000 Bosnian Muslim men, women and children. Other aggression by Bosnian Serbs against Bosnian Muslims included efforts systemically to eradicate historical and cultural treasures of the people and their religion. Serb military forces burned the Sarajevo National Library and the Oriental Institute, in which the largest collection of Arabic, Turkish, Persian, and Aljamiado manuscripts in Southeast Europe was destroyed. The forces also attacked the Sarajevo National Museum, numerous mosques, and ancient cities including Picitelj and Mostar.

4. The North Atlantic Treaty Organization (NATO) became involved in the fighting that continued between the Serbs on one side and the Federation of Bosnia-Herzegovina, made up of Muslims and Croats. The United States, under the leadership of President Clinton, ended the fighting in 1995 when the Dayton Peace Accord was reached in negotiations at the Wright-Patterson Air Force Base in Dayton, Ohio.

5. During the years of war in Bosnia-Herzegovina, there was much interest within the Kingdom of Saudi Arabia, among citizens and the government, in supporting charitable projects in Bosnia-Herzegovina. The Kingdom desired to "speak with one voice" as a country toward Bosnia-Herzegovina. The Saudi High Commission was therefore formed to centralize all charitable giving from the Kingdom to Bosnia-Herzegovina. When formed, the Saudi High Commission was vested with the sole authority to collect and distribute charitable funds in Bosnia.

**B.      Formation and Structure of the Saudi High Commission**

6. The Saudi High Commission was formed in 1993 by Decision No. 17419 of the President of the Council of Ministers of Saudi Arabia, dated 2/12/1412 (1993). The Saudi High Commission was formed for the purpose of providing charitable funds for relief efforts in Bosnia-Herzegovina.

7. The Saudi High Commission is currently, and has been since its inception, headed by His Royal Highness Prince Salman bin Abdulaziz Al Saud, who is the Governor of the Riyadh Province and a member of the Saudi Royal Family. In Decision No. 17419, the President of the Council of Ministers appointed Prince Salman bin Abdulaziz President of the Saudi High Commission. As President, Prince Salman bin Abdulaziz is the head of both the Executive Committee and the Supreme Commission. Prince Salman bin Abdulaziz has filled all of the above-listed roles continuously over the approximately eleven years since the Saudi High Commission was formed.

8. The Executive Committee and the Supreme Commission include several other government officials and private citizens, each of whom Prince Salman bin Abdulaziz selected. The Executive Committee makes all decisions for the Saudi High Commission regarding the allocation of aid.

9. Applications for grants and aid are received by Saudi High Commission staff and presented to the Executive Committee for final decision. The Executive Committee makes its grant decisions based on the requirements of the Kingdom of Saudi Arabia's foreign policy with respect to Bosnia-Herzegovina or, in instances where relief has been provided in other countries, based on the Kingdom's policy toward those countries.

10. In my task as Director of the Executive Office, I report directly to the head of the Executive Committee and the Supreme Commission. I am a member of the Saudi civil service, employed by the Imam Mohammad bin Saud Islamic University and detailed to work with the Saudi High Commission. The Saudi High Commission is staffed with other civil servant employees of the Government of the Kingdom of Saudi Arabia. Many Saudi High Commission staffers are detailed from other Saudi government ministries and other administrative organs. Staffers on detail from other government offices are paid by their respective ministries and administrative organs, rather than by the Saudi High Commission. Other Saudi High Commission staffers are contract employees paid from the Saudi High Commission budget.

11. In recent years, with peace in Bosnia-Herzegovina, the scale of the Saudi High Commission's relief efforts has decreased significantly. The total monetary aid by the Saudi High Commission for the period 1993-2000 was approximately 1,681,000,000 Saudi Riyals, or $448 million U.S. For each of the years 2001, 2002, and 2003, the total yearly aid was less than 14 million Saudi Riyals (or less than $4 million U.S. dollars), and has been declining as the need for aid has decreased. When its relief efforts in Bosnia were more active, the Saudi High Commission maintained "Branch Offices," in Riyadh, and in other provinces of the Kingdom of Saudi Arabia. At the present, the Regional Office for Europe is located in Sarajevo, Bosnia, and the Executive Office is in Riyadh.

C.   **Purpose and Role of the Saudi High Commission**

12. The Saudi High Commission has funded a broad range of charitable relief efforts in Bosnia since its inception. Much of the foreign aid given by the Kingdom of Saudi Arabia through the Saudi High Commission has been to support relief for refugees and orphans. In recent years, assistance was given to orphans, widows, and poor families, as well as for the construction and repair of schools, homes, medical centers, and mosques, hundreds of which were destroyed during the war. The Commission either would build the mosques or would finance their construction following approval of local authorities. In one circumstance in 1997 the Saudi High Commission was asked by the Local Election Commission in the municipality of Celic, in Bosnia-Herzegovina, to provide funds for the transportation of voters for a planned local election. A photocopy of the request to provide funds is attached to this Declaration as Exhibit 1. Several times, the Saudi High Commission arranged flights between Sarajevo and Zagreb to transport pilgrims seeking to travel to Mecca. Attached as Exhibit 2 to this Declaration is a letter seeking authorization to conduct the flights in one circumstance in 1994.

13. In an audit conducted by the financial police of the Federal Ministry of Finance of Bosnia-Herzegovina, attached as Exhibit 3 to this Declaration, the auditors concluded that in the

3

years 1998, 1999, 2000, and 2001, the Saudi High Commission expended funds primarily for the following purposes: (1) Construction of the Bihac Academy and construction and improvement of mosques in Bosnia-Herzegovina; (2) building cultural centers in Mostar and Sarajevo; (3) purchasing medical equipment, medicines, and ambulances for medical institutions, donating surgical materials, and making monetary donations to medical institutions; (4) providing financial support to orphans in Tuzla, Zenica, and Cazin; (5) purchasing products for humanitarian aid; (6) organizing and financing "iftars," which are evening meals during the Ramadan fast; (7) printing children's magazines; (8) purchasing equipment, specifically computers; (9) providing scholarships for students studying in Jordan; (10) paying rent, material costs, and other minor costs associated with running a humanitarian organization; and (11) paying salaries of employees of the Saudi High Commission.

14. None of the charitable and foreign aid from the Saudi High Commission was given for "commercial" purposes. No charitable or foreign aid was given with the intent that the Saudi High Commission receive anything in return.

1. **Transactions with the U.N. High Commission for Refugees (UNHCR) and the U.N. Educational, Scientific and Cultural Organization (UNESCO)**

15. The Saudi High Commission was registered with UNHCR until January 1997, while providing charitable relief in Bosnia-Herzegovina; and in May 1999, at the specific request of UNHCR, the Saudi High Commission extended aid to Kosovo refugees in Bosnia. During the Bosnian civil war, Saudi High Commission employees wore badges of the UNHCR. As an example, attached as Exhibit 4 to this Declaration is a photocopy of a UNHCR badge of a civil engineer employed by the Saudi High Commission. Saudi High Commission employees also traveled within Bosnia on U.N. flights. As an example, attached as Exhibit 5 to this Declaration is a telefacsimile from the United Nations mission in Bosnia to the Saudi High Commission regional office in Bosnia regarding travel arrangements for the same Saudi High Commission employee.

16. Saudi High Commission vehicles in Bosnia-Herzegovina bore UNHCR license plates. A copy of a vehicle registration form issued by UNHCR to the Saudi High Commission is attached to this Declaration as Exhibit 6. As required by the UNHCR, the Saudi High Commission agreed to several conditions on the use of UNHCR-licensed vehicles, including that the vehicles would not be used for commercial purposes. A copy of the signed agreement is attached to this Declaration as Exhibit 7.

17. The Kingdom of Saudi Arabia is a significant government donor to the UNHCR and part of the Kingdom's support of UNHCR has been through the Saudi High Commission. Attached as Exhibit 8 to this Declaration is a print-out from the Internet website of the UNHCR detailing the donor history of the Kingdom of Saudi Arabia to UNHCR.

18. The Kingdom of Saudi Arabia is also a significant supporter of UNESCO, and this support has been undertaken under the auspices of the Saudi High Commission. Pursuant to a

memorandum of understanding, signed by Prince Salman bin Abdulaziz in his role as President of the Saudi High Commission, and by Frederico Mayor, Director General of UNESCO, on July 10, 1996, the Kingdom of Saudi Arabia, through the Saudi High Commission, agreed to provide $1 million U.S. to UNESCO projects in Bosnia-Herzegovina. Attached to this Declaration as Exhibit 9 is a copy of a letter from UNESCO providing information for the transfer of funds and a copy of a check from the Saudi High Commission to UNESCO. UNESCO understood that these funds were donated by the Kingdom of Saudi Arabia, through the Saudi High Commission. Attached as Exhibit 10 to this Declaration is a letter by Dr. Colin Kaiser, the UNESCO Representative in Bosnia-Herzegovina, to a staffer at the Saudi High Commission, accompanied by an "Interim Report" on UNESCO's use of funds "donated to UNESCO by the Kingdom of Saudi Arabia." The last grant covered by this $1 million donation was given on August 13, 2003, to an organization that provides assistance to the blind.

19. At a meeting held in June 1997 at the office of the Saudi High Commission in Sarajevo, Dr. Kaiser from UNESCO, Rok Vogric, the Chief Operational Unit Director of UNESCO, Dr. Abdulaziz S. bin Salamah, the Kingdom of Saudi Arabia's permanent delegate to UNESCO, and Nasser Al Saeed, the Director General of the Saudi High Commission in Europe, reached agreement on specific projects to be undertaken by UNESCO in Bosnia-Herzegovina using funds donated by the Kingdom of Saudi Arabia. These projects included the rebuilding of two schools in the town of Sanski Most and rebuilding of the minaret of the mosque in Mostar. Attached as Exhibit 11 to this Declaration is a copy of minutes from the June 1997 meeting. Saudi High Commission funds given to UNESCO were used for other projects as well. Attached as Exhibit 12 to this Declaration is a copy of a telefacsimile from the UNESCO representative in Bosnia-Herzegovina to the Director General of the Saudi High Commission in Europe listing seven projects, including the three projects discussed during the meeting of June 1997, and work on four other schools, all of which involved repair work on schools. On another occasion in 1999, funds donated by the Saudi High Commission were used by UNESCO to finance the rehabilitation of a library and the protection of the library's valuable book collection. A telefacsimile and attachment from the UNESCO representative in Bosnia-Herzegovina discussing this project is attached to this Declaration as Exhibit 13.

### 2. Instrument of Saudi Foreign Policy Regarding Bosnia-Herzegovina

20. The Saudi High Commission evolved into the primary instrument of Saudi foreign policy toward Bosnia-Herzegovina, due largely to the leadership of Prince Salman bin Abdulaziz. Communications between members of the government of the Kingdom of Saudi Arabia regarding Bosnia-Herzegovina have generally been copied to Prince Salman bin Abdulaziz; and communications between the Kingdom of Saudi Arabia and the government of Bosnia-Herzegovina either go through, or are copied to, Prince Salman bin Abdulaziz.

21. The Saudi High Commission's contributions in Bosnia-Herzegovina have been in the character of foreign aid to the Bosnian government, in addition to the continuing charitable relief. Of the total aid, approximately half was given to the Bosnian government. The Saudi High Commission received, and responded to, dozens of requests for funds from high-level

officials of the Bosnian government, including the President of Bosnia-Herzegovina, over the years 1994-1997. In a specific instance, the Saudi High Commission also funded for five years the lease of premises for a Bosnian embassy in Riyadh, Kingdom of Saudi Arabia.

### 3. Relief Efforts in Egypt and Somalia

22. At the specific direction of the President of the Council of Ministers of Saudi Arabia, the Saudi High Commission also provided charitable and reconstruction relief in Egypt, following an earthquake, and in Somalia, in response to a famine.

23. The relief efforts in Somalia began as a response to the famine that occurred beginning in 1992. The Saudi High Commission also gave funds to be disbursed in accordance with the instructions of a Special Committee formed for Somali relief, presided over by the then-president of the Saudi Red Crescent Society. The Special Committee for Somali relief became subsumed into the Saudi High Commission in 1993.

### D. Funding of the Saudi High Commission

24. The largest source of funding for the Saudi High Commission is the treasury of the Kingdom of Saudi Arabia, which has provided approximately 30% of the total funds used and distributed by the Saudi High Commission.

25. The remainder of the funding of the Saudi High Commission is accomplished through the conduct of fund-raising campaigns in accordance with the directives of the President of the Council of Ministers, King Fahd bin Abdulaziz, as indicated in the Royal Order forming the Saudi High Commission. To that end, the Saudi High Commission engages in specific, government-sanctioned, fundraising activities, including a campaign promoted as the "Campaign of the Custodian of the Two Holy Mosques," referring to the King of Saudi Arabia.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this Monday, 7/3/1425 [April 27, 2004] in the city of Riyadh.

_____[signature]_____
Saud bin Mohammad Al-Roshood
Director, Executive Office
Saudi High Commission



بسم الله الرحمن الرحيم

| | |
|---|---|
| الرقــم : .................. | المملكة العربية السعودية |
| التاريــخ : .................. | الهيئة العليا لجمع التبرعات لمسلمي |
| المشفوعات : .................. | البوسنة والهرسك |
| | المكتب التنفيذي / الرياض |

محكمة ألولايات ألمتحدة ألأمريكية
الاقليمية
ألإقليم ألجنوبي في نيويورك

| | |
|---|---|
| بشأن ألهجمات ألإرهابية في | ١٥٧٠ MDL ٠٣ |
| ١١ سبتمبر ٢٠٠١ | ألقاضي ريتشارد سي كيسي |

### بيان سعود بن محمد الرشود

بسم الله الرحمن الرحيم أنا، سعود بن محمد الرشود، بهذا أقسم،

١-   انا مدير المكتب التنفيذي للهيئة السعودية العليا وكان هذا منصبي لمدة إحدى عشرة سنة منذ انشائها. وأنا حاصل على درجة البكالوريوس في الاقتصاد من جامعة الامام محمد بن سعود الإسلامية في الرياض، السعودية، وماجستير في الاقتصاد الرياضي والتنمية الاقتصادية من جامعة كلورادو في بولدر، كلورادو. ولدي معرفة شخصية والمقدرة على الشهادة بخصوص الامور المذكورة في هذا البيان. وقمت بمراجعة هذا البيان باللغة العربية ووقعت عليه وأفهم انه سيتم ترجمته الى اللغة الانجليزية لتقديمه الى المحكمة الامريكية.

٢-   قمت بإعداد هذا البيان استجابة لطلب المحامي الامريكي لصاحب السمو الملكي الأمير سلمان بن عبدالعزيز آل سعود رئيس الهيئة السعودية العليا لمساعدة البوسنة والهرسك . واصفاً في هذا البيان وقائع تتصل بالهيئة والادعاءات المذكورة في الدعوى المرفوعة . وانا أعمل في الحكومة السعودية وتمت اعارتي للهيئة ألسعودية العليا. وأعد هذا البيان كواجب من واجباتي للهيئة السعودية العليا.

الرياض : ١١٥٣٤ تلفون : ٤٠٣٥٣٣٦ / ٤٠٣٣٤٦١ / فاكس : ٤٠٣٥٦٢٢

بسم الله الرحمن الرحيم

المملكة العربية السعودية
الهيئة العليا لجمع التبرعات لمسلمي
البوسنة والهرسك
المكتب التنفيذي / الرياض

الرقم : ..........
التاريخ : ..........
المشفوعات : ..........

أ- خلفية تاريخية

٣- تم انشاء الهيئة السعودية العليا وغرضها الرئيس تقديم العون الانساني للمسلمين في البوسنه والهرسك خلال الحرب الاهلية البوسنية وبعدها. بدأت الحرب الاهلية في الاول من مارس ١٩٩٢ عندما قام صرب البوسنه والذين كانوا يعارضون الاستقلال عن يوغسلافيا مخالفين في ذلك الكروات البوسنيين والمسلمين بإطلاق النار على المدنيين المسلمين. وقامت البوسنه والهرسك بإعلان استقلالها رسميا عن يوغسلافيا في ابريل ١٩٩٢ وقبلت في الأمم المتحدة بعد ذلك بشهر واحد. واستمرت القلاقل الأهلية الشرسة بين الكروات البوسنيين (يتبع اغلبهم الكاثوليكية) والصرب البوسنيين (اكثرهم يتبع المسيحية الارثوذكسية) ومسلمي البوسنه، للسيطرة على اجزاء يوغسلافيا السابقة والتي لم تكن تحت سيطرة صرب البوسنه. وتم ابرام معاهدة سلام في ١٩٩٤ بين المسلمين والكروات، وانشاء اتحاد البوسنه والهرسك، الا ان القتال استمر بين الاتحاد وصرب البوسنه. وكان يرأس صربيا المجاورة في ذلك الوقت سلوبودان ميلوسفيتش، الذي إتهمته لاحقا محكمة جرائم الحرب التابعة للامم المتحدة في لاهاي بارتكاب مذابح في البوسنه وكرواتيا وارتكاب مذابح اخرى ضد الالبان في كوسوفو. وشهدت مدينة سبريتنسا، والتي أعلنتها الأمم المتحدة منطقة آمنه تحت حماية الجيش الهولندي، مذبحة في عام ١٩٩٥ عندما قتل الصرب اكثر من ٧٠٠٠ من الرجال والنساء والأطفال المسلمين. وشمل عدوان الصرب ضد المسلمين البوسنيين محاولة استئصال وبصورة منظمة الخزائن التاريخية والثقافية للمسلمين ودينهم. وقامت القوات العسكرية الصربية بحرق مكتبة سراييفو الوطنية والمعهد الشرقي، والذي نجم عنه تدمير اكبر مجموعة في جنوب شرق اوروبا من المخطوطات العربية والتركية والفارسية واليميادو. كما قامت القوات بالهجوم على متحف سراييفو الوطني وعديد من المساجد والمدن التاريخية بما في ذلك بجيلي وموستار.



| الرقم : ................. |
| التاريخ : ................. |
| المشفوعات : ................. |

المملكة العربية السعودية
الهيئة العليا لجمع التبرعات لمسلمي
البوسنة والهرسك
المكتب التنفيذي / الرياض

٤- تدخلت منظمة معاهدة شمال الاطلسي (ناتو) في القتال المستمر بين الصرب من ناحية، وبين اتحاد البوسنه والهرسك المكون من المسلمين والكروات. وبقيادة الرئيس كلينتون، قامت الولايات المتحدة بالتوسط في انهاء القتال في عام ١٩٩٥، عندما تم ابرام اتفاق ديتون للسلام نتيجة للمفاوضات التي جرت في قاعدة رايت باترسون الجوية في ديتون بولاية اوهايو.

٥- خلال سنوات الحرب في البوسنة والهرسك، كان هناك اهتمام كبير في المملكة العربية السعودية، حكومة وشعبا، في مساندة المشاريع الخيرية في البوسنه والهرسك. ورغبت المملكة في ان تتكلم "بصوت واحد" كبلد تجاه البوسنه والهرسك. لذلك تم انشاء الهيئة السعودية العليا لتوحيد جميع التبرعات الخيرية من المملكة للبوسنه. وعند انشاء الهيئة السعودية العليا اعطيت لوحدها السلطة لجمع التبرعات وصرفها في البوسنه.

ب- انشاء الهيئة السعودية العليا وبنيتها

٦- تم انشاء الهيئة السعودية العليا في ١٩٩٣ بقرار من رئيس مجلس الوزراء في المملكة العربية السعودية، القرار رقم ١٧٤١٩ وتاريخ ١٤١٢/١٢/٢ (١٩٩٣). وأنشئت الهيئة السعودية العليا من اجل تقديم الاموال الخيرية لاغراض الاغاثة في البوسنه والهرسك.

٧- ويرأس الهيئة السعودية العليا حاليا ومنذ انشائها صاحب السمو الملكي الامير سلمان بن عبدالعزيز آل سعود، امير منطقة الرياض واحد افراد الاسرة الملكية السعودية. وقام رئيس مجلس الوزراء في قراره رقم ١٧٤١٩ بتعيين الامير سلمان بن عبدالعزيز رئيسا للهيئة السعودية العليا. وبصفته رئيسا، يرأس الامير سلمان بن عبدالعزيز اللجنة التنفيذية والهيئة

بسم الله الرحمن الرحيم

المملكة العربية السعودية
الهيئة العليا لجمع التبرعات لمسلمي
البوسنة والهرسك
المكتب التنفيذي / الرياض

الرقم : .................
التاريخ : .................
المشفوعات : .................

العليا. وقام الامير سلمان بن عبدالعزيز بهذه الادوار بصفة مستمرة خلال مايقارب إحدى عشرة سنة منذ إنشاء الهيئة السعودية العليا.

٨- وتشمل عضوية اللجنة التنفيذية والهيئة العليا مجموعة من موظفي الحكومة وافرادا من القطاع الخاص، قام الامير سلمان بن عبدالعزيز باختيار كل واحد منهم. وتقوم اللجنة التنفيذية باتخاذ كافة قرارات الهيئة السعودية العليا بخصوص توزيع المعونات.

٩- يستقبل موظفو الهيئة السعودية العليا جميع طلبات التبرع والمساعدة ويتم تقديمها للجنة التنفيذية لاتخاذ القرار النهائي حيالها. وتتخذ اللجنة التنفيذية قراراتها بمنح المساعدة بناءا على متطلبات السياسة الخارجية السعودية حيال البوسنه والهرسك أو سياسات المملكة بالنسبة للدول الاخرى في الحالات التي قدمت فيها الاغاثة لبلدان أخرى.

١٠- وفي مهمتي كمدير للمكتب التنفيذي، فإنني أرتبط مباشرة برئيس الهيئة العليا ورئيس اللجنة التنفيذية. وانا موظف في الخدمة المدنية السعودية، واعمل لدى جامعة الامام محمد بن سعود الاسلامية واعرت للعمل في الهيئة السعودية العليا. كما يعمل في الهيئة السعودية العليا موظفون آخرون من الخدمة المدنية العاملين في حكومة المملكة العربية السعودية. وعديد من العاملين في الهيئة السعودية العليا معارون من وزارات ودوائر حكومية سعودية إدارية أخرى. ويستلم الموظفون المعارون من الجهات الحكومية الاخرى رواتبهم من الوزارات او الدوائر التي اعارتهم وليس من الهيئة السعودية العليا. وهناك موظفون اخرون تتعاقد معهم الهيئة السعودية العليا تدفع الهيئة رواتبهم من ميزانيتها.

١١- في السنوات الأخيرة، ومع السلام في البوسنة والهرسك، فقد انخفضت جهود الهيئة السعودية العليا الاغاثية بشكل ملموس. ويبلغ مجموع



المملكة العربية السعودية
الهيئة العليا لجمع التبرعات لمسلمي
البوسنة والهرسك
المكتب التنفيذي / الرياض

| الرقم : ................. |
| التاريخ : ................. |
| المشفوعات : ................. |

المساعدات المالية التي صرفتها الهيئة السعودية العليا لفترة ١٩٩٣-٢٠٠٠ حوالي ١,٦٨١,٠٠٠,٠٠٠ ريال سعودي أو ٤٤٨ مليون دولار أمريكي. ولكل سنة من السنوات ٢٠٠١ و٢٠٠٢ و٢٠٠٣، فقد بلغ إجمالي المساعدات السنوية اقل من ١٤ مليون ريال سعودي (أو اقل من ٤ ملايين دولارات أمريكية) ومستمر في الانخفاض لتقلص الحاجة للمساعدات. وعندما كانت جهود الهيئة السعودية العليا الاغاثية أكثر نشاطا، كان لها "مكاتب فرعية" في الرياض ومناطق المملكة الاخرى. ويوجد لها حاليا مكتب إقليمي لأوروبا في سراييفو في البوسنه والمكتب التنفيذي في الرياض.

ج- **هدف الهيئة السعودية العليا ودورها**

١٢- قامت الهيئة السعودية العليا منذ انشائها بتمويل أنواع متعددة من اعمال الاغاثة الخيرية في البوسنه. والكثير من المساعدات الخارجية التي منحتها المملكة العربية السعودية عن طريق الهيئة السعودية العليا كانت لغرض اغاثة اللاجئين والأيتام. وفي السنوات الأخيرة كانت المساعدات تقدم للأيتام والأرامل والأسر الفقيرة وكذلك تمويل بناء وترميم المدارس والمساكن والمراكز الصحية والمساجد التي هدم منها المئات وقت الحرب. وكانت الهيئة السعودية العليا تقوم ببناء المساجد أو تمول بنائها عندما تتم موافقة السلطات المحلية على ذلك. وفي إحدى الحالات في ١٩٩٧ طلبت لجنة الانتخابات المحلية في بلدة جيلتش في البوسنه والهرسك من الهيئة السعودية العليا تقديم اموال لنقل الناخبين من اجل انتخابات محلية مقررة. ملحق رقم ١ لهذا البيان يشمل صورة من طلب تقديم المال. وفي حالات عديدة قامت الهيئة السعودية العليا بترتيب رحلات جوية بين سراييفو وزغرب لنقل الحجاج الذين يرغبون السفر الى مكة. ملحق رقم ٢ لهذا البيان يشمل خطابا بطلب الاذن لقيام الرحلات الجوية في احدى هذه الحالات في ١٩٩٤.



المملكة العربية السعودية
الهيئة العليا لجمع التبرعات لمسلمي
البوسنة والهرسك
المكتب التنفيذي / الرياض

الرقم : ..................
التاريخ : ..................
المشفوعات : ..................

١٣- وفي تدقيق مالي قامت بإجرائه الشرطة المالية التابعة لوزارة المالية الفدرالية في البوسنه والهرسك، والمشفوع في ملحق رقم ٣ لهذا البيان، وصل المدققون الى النتيجة انه بالنسبة للأعوام ١٩٩٨ و ١٩٩٩ و ٢٠٠٠ و ٢٠٠١ قامت الهيئة السعودية العليا بصرف مبالغ بصفة رئيسة على: (١) بناء اكاديمية بياتش وبناء وتحسين مساجد البوسنه والهرسك، (٢) بناء مراكز ثقافية في موستر وسراييفو، (٣) شراء الاجهزة الطبية والادوية وسيارات الاسعاف للمراكز الطبية والتبرع بمواد جراحية وتقديم التبرعات المالية للمراكز الطبية، (٤) تقديم الدعم المالي للأيتام في توزلا وزينتسا وكازين، (٥) شراء منتجات للمساعدات الانسانية، (٦) تنظيم وتمويل موائد الافطار وهي وجبات مسائية أثناء صوم رمضان، (٧) طباعة مجلات الاطفال، (٨) شراء اجهزة وبالتحديد كمبيوترات، (٩) اعطاء منح دراسية لطلبة يدرسون في الاردن، (١٠) دفع الاجار وتكلفة المواد والتكاليف البسيطة الاخرى المتعلقة بتشغيل منظمة إنسانية، (١١) دفع رواتب موظفي الهيئة السعودية العليا.

١٤- لم تمنح اي من المساعدات الخيرية والخارجية لاغراض "تجارية." ولم تمنح اي مساعدة خيرية او خارجية بقصد ان تحصل الهيئة السعودية العليا على اي شي في المقابل.

**١- المعاملات مع المفوضية ألسامية للأمم المتحدة لشؤون اللاجئين (المفوضية) و منظمة الامم المتحدة للتربية والعلوم والثقافة (يونيسكو)**

١٥- سجلت الهيئة السعودية العليا مع المفوضية حتى يناير ١٩٩٧ أثناء تقديمها للإغاثة الخيرية في البوسنه والهرسك. وفي مايو ١٩٩٩ وبناء على طلب صريح من المفوضية قامت الهيئة السعودية العليا بتقديم العون للاجئين الكوسوفيين في البوسنة. وخلال الحرب البوسنية الاهلية، حمل موظفو

 

الرقـم : ..................
التاريـخ : ..................
المشفوعات : ..................

الهيئة السعودية العليا شارات المفوضية. وعلى سبيل المثال، في الملحق ٤ لهذا البيان صورة شارة المفوضية لمهندس مدني موظف لدى الهيئة السعودية العليا. كما تتنقل موظفو الهيئة السعودية العليا داخل البوسنه على الرحلات الجوية للامم المتحدة. ومثال على ذلك، في الملحق ٥ لهذا البيان فاكس من بعثة الامم المتحدة في البوسنه لمكتب الهيئة السعودية العليا الإقليمي في البوسنه بخصوص ترتيبات سفر نفس موظف الهيئة السعودية العليا.

١٦- حملت سيارات الهيئة السعودية العليا في البوسنه والهرسك لوحات المفوضية. ومرفق صورة لاستمارة سيارة صادرة من المفوضية للهيئة السعودية العليا في الملحق رقم ٦ لهذا البيان. ووافقت الهيئة السعودية العليا على عدة شروط طلبتها المفوضية بخصوص استعمال السيارات التي ترخصها المفوضية، بمافي ذلك عدم استعمال السيارات لاغراض تجارية. ومرفق بهذا البيان صورة من الاتفاق الموقع في الملحق ٧.

١٧- تعتبر المملكة العربية السعودية مانحا حكوميا مهما للمفوضية ويتم ايصال جزء من الدعم عن طريق الهيئة السعودية العليا. ومرفق في الملحق ٨ لهذا البيان نسخة من موقع الانترنت التابع للمفوضية يفصل تاريخ دعم المملكة العربية السعودية للمفوضية.

١٨- كما ان المملكة العربية السعودية داعم مهم لليونسكو، ويتم هذا الدعم برعاية الهيئة السعودية العليا. وحسب مذكرة تفاهم موقعة من الامير سلمان بن عبدالعزيز بصفته رئيسا للهيئة السعودية العليا وفردريكو ميور، المدير العام لليونسكو، في ١٠ يوليو ١٩٩٦، وافقت المملكة العربية السعودية، من خلال الهيئة السعودية العليا، على تقديم مليون دولار امريكي الى مشاريع اليونسكو في البوسنه والهرسك. مرفق بهذا البيان في الملحق ٩ نسخة لرسالة من اليونسكو تشمل معلومات عن تحويل المبالغ ونسخة من شيك من



المملكة العربية السعودية
الهيئة العليا لجمع التبرعات لمسلمي
البوسنة والهرسك
المكتب التنفيذي / الرياض

الرقــم : ..................
التاريــخ : ..................
المشفوعات : ..................

الهيئة السعودية العليا لليونسكو. وفهمت اليونسكو بان المبالغ تم التبرع بها من المملكة العربية السعودية من خلال الهيئة السعودية العليا. مرفق في الملحق ١٠ لهذا البيان رسالة من د. كولن كيسر، ممثل اليونسكو لدى البوسنه والهرسك، لاحد موظفي الهيئة السعودية العليا، مرفقا معها "تقرير مبدئي" عن استعمال اليونسكو للاموال التي "تبرعت بها المملكة العربية السعودية لليونسكو." وفي ١٣ أغسطس ٢٠٠٣ صرفت آخر منحة من مبلغ ألمليون دولار ألمتبرع به لمنظمة تقدم ألعون للمكفوفين.

١٩- في اجتماع عقد في يونيو ١٩٩٧ في مكتب الهيئة السعودية العليا في سراييفو، بين د. كيسر من اليونسكو وروك فوغريش مدير وحدة التشغيل لليونسكو و د. عبدالعزيز بن سلمه، ممثل المملكة الدائم لدى اليونسكو، وناصر السعيد، المدير العام للهيئة السعودية العليا في اوروبا، توصل المجتمعون الى اتفاق بخصوص مشاريع معينة تقوم بتنفيذها اليونسكو في البوسنه والهرسك مستعملة اموالا تبرعت بها المملكة العربية السعودية. واشتملت هذه المشاريع اعادة بناء مدرستين في بلدة سانسكي موست واعادة بناء منارة مسجد موستار. ومرفق في الملحق ١١ لهذا البيان نسخة من محضر اجتماع يونيو ١٩٩٧. كما استعملت المبالغ التي اعطتها الهيئة السعودية العليا لليونسكو لاغراض اخرى. مرفق في الملحق ١٢ لهذا البيان نسخة من فاكس من ممثل اليونسكو لدى البوسنه والهرسك الى المدير العام للهيئة السعودية العليا في اوروبا لقائمة بسبعة مشاريع، من بينها ثلاثة تمت مناقشتها في اجتماع يونيو ١٩٩٧ والعمل في اربع مدارس أخرى، كلها عبارة عن أعمال ترميم للمدارس. وفي مناسبة اخرى في ١٩٩٩، استعملت اليونسكو مبالغ تبرعت بها الهيئة السعودية العليا لتمويل اعادة تأهيل مكتبة وحماية موجودات المكتبة من الكتب الثمينة. مرفق في الملحق ١٣ هذا البيان فاكس ومشفوعها من ممثل اليونسكو في البوسنه والهرسك يناقش هذا المشروع.

بسم الله الرحمن الرحيم

المملكة العربية السعودية
الهيئة العليا لجمع التبرعات لمسلمي
البوسنة والهرسك
المكتب التنفيذي / الرياض

الرقـــم : ..................
التاريــخ : ..................
المشفوعات : ..................

## ٢- اداة السياسة الخارجية السعودية المتعلقة بالبوسنه والهرسك

٢٠- تطورت الهيئة السعودية العليا لتصبح الاداة الرئيسة للسياسة الخارجية السعودية تجاه البوسنه والهرسك، الى حد كبير بسبب قيادة الامير سلمان بن عبدالعزيز. ويزود الأمير سلمان بن عبدالعزيز بصفة عامة بنسخ من الاتصالات بين اعضاء الحكومة السعودية الخاصة بالبوسنه والهرسك كما تتم الاتصالات بين الحكومة السعودية وحكومة البوسنه والهرسك اما عن طريق الامير سلمان بن عبدالعزيز او يتم تزويده بنسخة منها.

٢١- تتميز مساهمات الهيئة السعودية العليا للبوسنه والهرسك بانها مساعدات خارجية للحكومة البوسنية بالاضافة الى استمرار الاغاثة الخيرية. وتصل نسبة المدفوع للحكومة البوسنية الى نصف المساعدات الممنوحة. واستلمت الهيئة السعودية العليا ودفعت عشرات الطلبات للاموال من كبار المسؤولين في الحكومة البوسنية، بما فيهم رئيس البوسنه والهرسك، خلال سنوات ١٩٩٤-١٩٩٧. وفي مثال محدد، قامت الهيئة السعودية العليا ايضا بتمويل استئجار سفارة للبوسنه في الرياض في المملكة العربية السعودية لمدة خمس سنوات.

## ٣- جهود الإغاثة في مصر والصومال

٢٢- استجابة لتوجيه محدد لرئيس مجلس الوزراء في السعودية، قامت الهيئة السعودية العليا ايضا بتقديم الاغاثة الخيرية لمصر ولإعادة الاعمار، بعد حصول زلزال فيها، والى الصومال لمكافحة المجاعة.

٢٣- بدأت جهود الاغاثة في الصومال لمكافحة المجاعة التي حصلت في اوائل عام ١٩٩٢. كما قدمت الهيئة السعودية العليا مبالغ يتم صرفها طبقا لتوصيات اللجنة الخاصة المنشأة لاغاثة الصومال، والتي ترأسها رئيس

بسم الله الرحمن الرحيم



الملكة العربية السعودية
الهيئة العليا لجمع التبرعات لمسلمي
البوسنة والهرسك
المكتب التنفيذي / الرياض

الرقم : ..................
التاريخ : ..................
المشفوعات : ..................

جمعية الهلال الاحمر السعودي آنذاك. وادخلت اللجنة الخاصة لاغاثة الصومال في الهيئة السعودية العليا في ١٩٩٣.

د- **تمويل الهيئة السعودية العليا**

٢٤- تمثل خزينة المملكة العربية السعودية اكبر مصدر لتمويل الهيئة السعودية العليا والتي قدمت مايقرب من ٣٠% من اجمالي المبالغ التي استعملتها وصرفتها الهيئة السعودية العليا.

٢٥- يحصل باقي تمويل الهيئة السعودية العليا عن طريق اجراء حملات لجمع التبرعات طبقا لتوجيهات رئيس مجلس الوزراء، الملك فهد بن عبدالعزيز، كما هو مبين في الامر السامي الذي انشأ الهيئة. ولذلك تقوم الهيئة السعودية العليا بإقامة انشطة محددة لجمع التبرعات بموافقة حكومية، بمافي ذلك حملة تم الترويج لها بأنها "حملة خادم الحرمين الشريفين" اشارة الى ملك المملكة العربية السعودية.

أعلن وانا عرضة لعقوبات الشهادة زورا بموجب انظمة الولايات المتحدة الامريكية بان ما سبق صحيح وسليم. تم التوقيع هذا أليوم الاثنين ألموافق ٧/٣/٤٢هـ في مدينة الرياض

سعود بن محمد الرشود
مدير المكتب التنفيذي
الهيئة السعودية العليا