UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON            Civil Action No.
SEPTEMBER 11, 2001            03 MDL 1570 (RCC)

-----------------------------------------------------------x

This document relates to:

*Thomas E. Burnett, Sr., et al. vs. Al Baraka
Investment and Development Corp., et al.*
**03 CV 9849 (RCC); 03 CV 5738 (RCC)**

### PLAINTIFFS' RESPONSE TO DEFENDANT SAMI OMAR AL-HUSSAYEN'S DECLARATION IN SUPPORT OF DEFENDANTS' MOTION FOR A MORE DEFINITE STATEMENT

Counsel for the *Burnett* Plaintiffs hereby provide a more definite statement as to Defendant Sami Omar Al-Hussayen[1]. This statement, annexed hereto as Exhibit 1, is hereby incorporated into the *Burnett* Complaints.

Dated: May 14, 2004           Respectfully submitted,

          /S/ Michael Elsner
Michael E. Elsner, Esq. (NY & VA-ME8337)
Ronald L. Motley, Esq. (SC-4123)
Jodi Westbrook Flowers, Esq. (SC-66300)
Donald A. Migliori, Esq. (RI-4936; MA-567562;
    MN-0245951)
William H. Narwold, Esq. (NY-WN1713)
Ingrid L. Moll, Esq. (CT-21866)
Robert T. Haefele, Esq. (NJ-58293; PA-57937)

---

[1] Defendant Sami Omar al-Hussayen, in his pleading, appears to attempt to use his Declaration in Support of a Motion for Definite Statement under Rule 12(e) to propound a set of contention interrogatories. Any such effort is both procedurally improper at this stage of the litigation pursuant Case Management Order No. 1 and Federal Rules 12 and 33, as well as substantively improper under the relevant case law. *See* CMO #1, 3/3/04; Fed. R. Civ. Pr. 12, 33; Fed.*In Re Convergent Technologies*, 108 F.R.D. 328 (N.D. Cal. 1985).

Justin B. Kaplan, Esq. (TN-022145)
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, South Carolina 29465
Telephone:  (843) 216-9000

Harry Huge, Esq. (DC-55640)
HARRY HUGE LAW FIRM, LLP
Market Square North
401 Ninth Street, N.W., Suite 450
Washington, DC 20004
Telephone:  (202) 824-6046

Jayne Conroy, Esq. (NY-JC8611)
Paul J. Hanly, Jr., Esq. (NY-PH5486)
Andrea Bierstein, Esq. (NY-AB4618)
HANLY CONROY BIERSTEIN
   & SHERIDAN, LLP
415 Madison Avenue
New York, NY 10017-1111
Telephone:  (212) 401-7600

William N. Riley, Esq. (IN - 4941-49)
Amy Ficklin DeBrota, Esq. (IN - 17294-49)
RILEY, DUDLEY LLP
3815 River Crossing Parkway, Suite 340
Indianapolis, IN 46240
Telephone:  (317) 848-7939

Allan Gerson, Esq. (DC-327494)
ATTORNEY AT LAW
4221 Lenore Lane
Washington, DC 20008
Tel:  (202) 966-8557

Jack Cordray, Esq. (SC-1400)
CORDRAY LAW FIRM
40 Calhoun Street
Charleston, SC 29401
Telephone:  (843) 577-9761

Attorneys for Plaintiffs