# EXHIBIT A

**INTERNATIONAL ISLAMIC RELIEF ORGANIZATION**
NORTH AMERICA



هيـئة الاغـاثة الاسـلامية العـالمية
أمريكا الشـمالية

## AN EXTREMELY URGENT APPPEAL FROM IRO IN BOSNIA-HERCEGOVINA

Reports from Bosnia-Hercegovina continue to dominate all newspapers, headlines and most UN, White House and Capital Hill meetings since the fall of Srebernica on Tuesday July 11, a city declared by the United Nations as a safe haven for Muslims.

Within few hours Bosnian Serb Militias shattered the UN Troop's promise to protect Srebernica's defenseless citizens. As soon as they seized the city, the Serbs began deporting its entire Muslim population. Obviously, the Serbs were enjoying their favorite sport of ethnic cleansing.

Nevertheless, the Serbs deliberately deported everyone except males whom they have saved for their other favorite sport, man slaughter. But that was hard to do because the cameras of almost every news agency in the world were watching, so they moved the prisoners to another location, and then they committed a horrible bloody massacre, something that became a fact of life with every city the Serbs seize.

Immediately following the attack, 30,000 helpless women, children and elders started a dangerous journey to safe areas, traveling on foot on an open road exposed to the wilderness and Serb attacks, hoping they will reach safety before it's too late.

Dear brothers/ sisters

We send you this letter at these harsh times that our brothers and sisters in Bosnia are going through. On the open road, 50,000 refugees from Srebernica joined by others from Zepa, another so called UN safe haven that was evacuated to avoid another massacre, are falling victims to the lack of food, water and medical help, especially the weak elders and pregnant women. It is a very urgent cause that cannot be delayed. We urge you to support IRO to provide the refugees with immediate help. Please donate generously.
Thank you... May Allah reward you generously.

Sulaiman A. Al-Ali
Executive Director

\* P.S. While writing this letter the cities of Tuzla, Zepa, Bihac, Gorazde and Sarajevo were under tight seige and heavy continuous bombardment by the Serbs. The number of casualties is increasing. It's a full scale tragedy. Please help immediately.

360 S. Washington Street • Falls Church, VA 22046 • Tel: (703) 536-IIRO (4476) • Fax: (703) 536-9170

**INTERNATIONAL ISLAMIC RELIEF ORGANIZATION**
NORTH AMERICA

هيئة الإغاثة الإسلامية العالمية
أمريكا الشمالية

نداء عاجل جداً من مكتب هيئة الإغاثة في البوسنة والهرسك ... لا يحتمل التأخير

احتلت الأنباء الواردة من البوسنة والهرسك مركز الصدارة في نشرات الأخبار وتقارير الصحف واجتماعات الساسة والرؤساء منذ أن سقطت مدينة سربرنيتسا على يد الصرب في ١١ يوليو والتي كانت الأمم المتحدة قد تعهدت بحماية سكانها المدنيين العزل من أي اعتداء.

وفي ساعات قليلة بسط الصرب سيطرتهم على المدينة وقاموا بتهجير جميع سكانها وذلك لتطهير المدينة من أي وجود مسلم، ثم قاموا بأسر جميع الرجال المسلمين من سكان المدينة ووضعوهم في معسكر اعتقال.

وكالعادة، لا تكتمل فرحة المليشيات الصربية بالنصر المؤزر على مدنيين عزل بدون مجزرة دموية يشربون فيها شيئاً من الدماء البشرية حتى ولو اضطروا للاكتفاء بقتل بضع مئات من المسلمين فقط. ولكن تنفيذ هذا الأمر كان صعباً بسبب وجود عدسات جميع شبكات الأنباء العالمية، فقاموا بنقل المعتقلين إلى مكان آخر بعيداً عن أعين المراسلين، وهناك مارسوا هوايتهم المعتادة بإراقة دماء الأبرياء وهي الهواية التي تجيدها المليشيات الصربية جيداً.

وعلى الفور امتلأ الطريق الواصل بين سربرنيتسا وتوزلا بأكثر من ٣٠ ألفاً من المدنيين - الذين حولهم الصرب إلى لاجئين في ساعات قليلة - من النساء والأطفال والشيوخ الذين خرجوا نجاة بحياتهم. وهناك في العراء حيث لا ماء ولا دواء ولا غذاء بدأ المرضى والعجزة والحوامل يتساقطون ولا يجدون ما يسد رمقهم.

أخي الفاضل، أختي الفاضلة

في هذه الظروف القاسية والأوضاع المهلكة التي يعيشها اللاجئون من سربرنيتسا نتوجه إليكم يا أهل الخير والإحسان بهذا النداء العاجل جداً كي تقفوا بما تملكون وبما تجود به أنفسكم مع إخوانكم وأخواتكم المحرومين. فسارعوا إلى نجدتهم لعلنا نستطيع التخفيف من معاناتهم، ولربما ساهم تبرعك بمبلغ بسيط بإنقاذ حياة مريض على شفا الموت أو بإطعام طفل يصرخ من ألم الجوع أو بإسعاف امرأة على وشك الوضع في الطريق لتنجب طفلاً بوسنياً قد يحمل في المستقبل أمل بلاده وشعبه في الخلاص من العدوان والمعاناة.

ساهموا فوراً ودون تأخير في إنقاذ ضحايا سربرنيتسا ...

مشرف مكاتب هيئة الإغاثة في أمريكا الشمالية

سليمان بن علي العلي

* ملاحظة ... حتى تاريخ إعداد هذه الرسالة كانت مدن توزلا و جييبا و بيهاتش وجوراجدا وسراييفو تتعرض لحصار شديد من الحرب وقصف متواصل. أما عدد الضحايا واللاجئين فقد ازداد مستمر ... فلا تتردد أخي بالمساعدة الفورية.

360 S. Washington Street • Falls Church, VA 22046 • Tel: (703) 536-IIRO (4476) • Fax: (703) 536-9170