**EXHIBIT B**

*Muslim World League office,Buenos Aires*, **Argentina**

```
name:    Muslim World League Office Representative
country:Argentina
city:    Buenos Aires
address:AV. BELGRANO 258 PISO 7  (1092) BUENOS AIRES
phone:   541143317243
fax:     541143317442
email:   rabita@islamerica.org.ar
email2:  info@islamerica.org.ar
website:http://www.islamerica.org.ar
pobox:
```

*Muslim World League office,Preston*, **AUSTRALIA**

```
name:    Muslim World League Office
country:AUSTRALIA
city:    Preston
address:248 plenty Road , Preston Vic 3072
phone:   006134800666            0061402323627
fax:     006134800011
email:
email2:
website:
pobox:
```

*Muslim World League office,Vienna*, **Austria**

```
name:    Muslim World League Office
country:Austria
city:    Vienna
address:Am Hubertusdamm 17-19 Vienna
phone:   004312630922
fax:     004312630921
email:   director@Islamiccentre.at
email2:
website:http://www.islamiccentre.at
pobox:
```

*Muslim World League office,Dhaka*, **Bangladesh**

```
name:    Muslim World League Office
country:Bangladesh
city:    Dhaka
address:5/5 Gaznabi Road , block-B Mohammadpur ,G
phone:   008802 9121027          8423786
fax:     008802 814560
email:   rabita@Bdonline.com
email2:
website:
pobox:   3220,   1207
```

*Muslim World League office,Bujumbura*, **Burundi**

```
name:    Muslim World League Office
country:Burundi
city:    Bujumbura
address:Bureau de la Legue Islamique, Bujumbura
Mondiale
phone:   002570922646
fax:     00257228685
email:
email2:
website:
pobox:   3341
```

| Muslim World League office,Etobicoke,, **_Canada_** |
|---|

```
name:    Muslim World League Office
country: Canada
city:    Etobicoke,
address: Suite 1018,191 The West Mall Etobicoke, ontario M9G5k8
phone:   0014166222184
fax:     0014166222618
email:   mwl@on.aibn.com
email2:
website: http://www.al-muslim.org/mwl
pobox:
```

| Muslim World League office,Moroni, **_Comores_** |
|---|

```
name:    Bureau de la League Islamique Mondiale
country: Comores
city:    Moroni
address:
phone:   00269732238
fax:     00269732238
email:   lim@snpt.km
email2:
website:
pobox:   745
```

| Muslim World League office,Brazzaville, **_Congo_** |
|---|

```
name:    League Islamiqiue Mondiale, Bureau
Regional Pour l'Afrique Centrale
country: Congo
city:    Brazzaville
address:
phone:   00242811554
fax:     00242825057
email:
email2:
website:
pobox:   1047
```

| Muslim World League office,Kobenhaven, **_Denmark_** |
|---|

```
name:    Muslim World League Office
country: Denmark
city:    Kobenhaven
address: Vodroffsvej 81900 Kobenhaven
phone:   004533241748
fax:     4533243350
email:
email2:
website:
pobox:
```

| Muslim World League office,Mantes la Joile, **_France_** |
|---|

```
name:    Bureau de la League Islamique Mondiale
country: France
city:    Mantes la Joile
address: 5, Rue Denis Papin, 78200 Mantes la Jolie
phone:   0033134799350          0033130944771
fax:     0033130942027
email:   bolim@club-internet.fr
email2:
website:
pobox:
```

| *Muslim World League office,Libreville,* ***Gabon*** |
|---|

```
name:    Bureau de la Ligue Islamique Mondiale
country: Gabon
city:    Libreville
address:
phone:   00241775474       00241761627
fax:     00241775474
email:
email2:
website:
pobox:   588
```

| *Muslim World League office,Jakarta,* ***Indonesia*** |
|---|

```
name:    Muslim World League Office
country: Indonesia
city:    Jakarta
address: Jalan Raya Cipinang Jaya No 55 Timur 13410
phone:   006221 85911024      006221 85911025
fax:     006221 8584156
email:
email2:
website:
pobox:   4563
```

| *Muslim World League office,Rome,* ***Italy*** |
|---|

```
name:    Muslim World League Office
country: Italy
city:    Rome
address: Centro Islamico Culturale d'ItalyViale della Moschea, 00197Roma
phone:   0039068082258        003906 8082167
fax:     0039068079515
email:
email2:
website: http://www.cultura-islamica.it
pobox:
```

| *Muslim World League office,Amman,* ***Jordan*** |
|---|

```
name:    Muslim World League Office
country: Jordan
city:    Amman
address:
phone:   009626 7922173       009626 672911
fax:     009626 5529568009626 5535670
email:
email2:
website:
pobox:   811811
```

| *Muslim World League office,Nairobi,* ***Kenya*** |
|---|

```
name:    Muslim World League Office
country: Kenya
city:    Nairobi
address:
phone:   002542446682         0025424446689
fax:     002542446683
email:   rabitat@africaonline.co.ke
email2:
website:
pobox:   52871
```

| *Muslim World League office,Kuala Lumpur,* ***Malaysia*** |
|---|

```
name:     Muslim World League Office
country:  Malaysia
city:     Kuala Lumpur
address:  Balay First Floor, No. 250 Jalan Ipoh 51200 Kuala Lumpur
phone:    00603 40439870
fax:      00603 40413687
email:
email2:
website:
pobox:
```

*Muslim World League office, Nouakchott,* **Mauritania**

```
name:     Bureau de la Ligue Islamique Mondiale
country:  Mauritania
city:     Nouakchott
address:
phone:    002225253081
fax:      002225251688
email:
email2:
website:
pobox:    523
```

*Muslim World League office, Mauritius,* **Mauritius**

```
name:     Bureau de la Ligue Islamique Mondiale
country:  Mauritius
city:     Mauritius
address:  85 St. Jean Road, Newry Complex  1st Fl. Quarter Bornes, Mauritius
phone:    002304543463
fax:      00230458990
email:    Rabitabm@intnet.mu
email2:
website:
pobox:
```

*Muslim World League office, Maputo,* **Mozembique**

```
name:     Muslim World League Office
country:  Mozembique
city:     Maputo
address:  863 2nd Flr. Maputo
phone:    002581492839
fax:      002581496433
email:
email2:
website:
pobox:    4485
```

*Muslim World League office, Wuse Abuja,* **Nigeria**

```
name:     Muslim World League Office
country:  Nigeria
city:     Wuse Abuja
address:
phone:    0023495233900         0023495200055
fax:      0023495230055
email:
email2:
website:
pobox:    8570
```

*Muslim World League office, Islamabad,* **Pakistan**

```
name:     Muslim World League Office
```

```
country:Pakistan
city:    Islamabad
address:Pitrus Bukhari Road Sector H-8/1 Islamabad Int. Hospital
phone:   00925 21435113
fax:     00925 1449241
email:   mwl@isb.comats.net.pk
email2:  Islamic@isb.Paknet.com.pk
website:
pobox:
```

*Muslim World League office,Makati City,* **Philippines**

```
name:    Muslim World League Office
country:Philippines
city:    Makati City
address:101 Heart Towers Building 108 Valero St, Salcedo Vill 1227 Makati City
phone:   00632 8137021          00632 8137023
fax:     00632 819165200632 8137010
email:
email2:
website:
pobox:
```

*Muslim World League office,Male,* **Republic of Maldives**

```
name:    Muslim World League Office
country:Republic of Maldives
city:    Male
address:
phone:   00960 324534           00960 324533
fax:     00960 324534
email:
email2:
website:
pobox:
```

*Muslim World League office,Moscow,* **Russia**

```
name:    Muslim World League Office
country:Russia
city:    Moscow
address:109432 Moscow Trofimovo str. 21/1 Off. No 12
phone:   0070957424296
fax:     0070957424296
email:   rabitarus@hotmail.com
email2:
website:
pobox:
```

*Muslim World League office,Dakar,* **Senegal**

```
name:    Bureau de la League Islamique
Mondiale
country:Senegal
city:    Dakar
address:Rue Beranger Ferraud X Masclary 1-E Etage Dakar
phone:   002208215090           002208340763
fax:     002208220455
email:   deme@naseej.com
email2:
website:
pobox:   3860
```

*Muslim World League office,Djibouti,* **Somalia**

```
name:    Muslim World League Office
country:Somalia
```

```
city:    Djibouti
address:
phone:   00253658132      00253355982
fax:     00253354455
email:
email2:
website:
pobox:   2470
```

*Muslim World League office, Gauteng, **South Africa***

```
name:    Muslim World League, Liaison Office South Africa Region
country: South Africa
city:    Gauteng
address: 06 Mitcham Lane, Bryanston, Sandton
phone:   0027117065100    0027117065072
fax:     0027117065093
email:   rabita@mweb.co.za
email2:
website:
pobox:   4406 Randburg 2125
```

*Muslim World League office, Khartoum, **Sudan***

```
name:    Muslim World League Office
country: Sudan
city:    Khartoum
address:
phone:   239075
fax:     239074
email:   sudaniiro@iirosa.com
email2:
website:
pobox:   3908
```

*Muslim World League office, Dar Es Salaam, **Tanzania***

```
name:    Muslim World League Office
country: Tanzania
city:    Dar Es Salaam
address: Dar Es Salaam
phone:   00255180795
fax:     00255180795
email:
email2:
website:
pobox:   2614
```

*Muslim World League office, Bangkok, **Thailand***

```
name:    Muslim World League Office
country: Thailand
city:    Bangkok
address: 22/9 M.4 SOI Bungwang Sanseab Minburi BKK 10510
phone:   9149032
fax:     9149032
email:
email2:
website:
pobox:
```

*Muslim World League office, Lome, **Togo***

```
name:    League Islamique Mondiale
country: Togo
city:    Lome
```

```
address:
phone:   00228045963        00228251358
fax:     00228251365
email:
email2:
website:
pobox:   4643
```
*Muslim World League office, Port of Spain, **Trinidad***

```
name:    Muslim World League Office Representative
country: Trinidad
city:    Port of Spain
address: Apt. 101 No. 10-B Queens Park Port of Spain
phone:   008686930107
fax:     008686242364
email:
email2:
website:
pobox:
```
*Muslim World League office, London, **U.K.***

```
name:    Muslim World League Office
country: U.K.
city:    London
address: 46 Goodge Street, London W, 1
phone:   00441716367568        00441716375034
fax:
email:
email2:
website:
pobox:
```
*Muslim World League office, Kampala, **Uganda***

```
name:    Muslim World League Office
country: Uganda
city:    Kampala
address: Plot 11, Old Kampala Road
phone:   0025641345620
fax:     0025641235933
email:   rabita-ug@hotmail.com
email2:
website:
pobox:   9432
```
*Muslim World League office, New York, **USA***

```
name:    Muslim World League Office
country: USA
city:    New York
address: 134 west 26th street New York NY 1001
phone:   0012126274033
fax:     0012126274167
email:   mworldleag@aol.com
email2:
website:
pobox:
```
*Muslim World League office, Washington, **USA***

```
name:    Muslim World League Office
country: USA
city:    Washington
address: 360 S. Washington street suite 300 Fall Church VA 22046
phone:   0017032378200
```

```
fax:     0017032378448
email:   mwla@mwla.org
email2:
website: http://www.mwla.org
pobox:
```