# EXHIBIT C

Virginia State Corporation Commission

Commonwealth
of Virginia



State Corporation Commission

[Enter]

[Signoff]

[Help]

[Print]

```
WEB#468                                    CIS                    05/14/04
TCP00048    CISM3120      FICTITIOUS NAME INQUIRY                 09:17:35

    CORP ID:   0378687 - 8         CORP STATUS:  10  TERMINATED
    CORP NAME: INTERNATIONAL RELIEF ORGANIZATION, INC.

         DATE                FICTITIOUS NAME(S)
       03/08/93       001.   INTERNATIONAL ISLAMIC RELIEF ORGANIZATION
```

COMMAND:

NOTE: Function Key usage varies depending on the Application Screen.
For specifics, refer to Function Key Documentation.