**EXHIBIT D**

**Form 990**

Department of the Treasury
Internal Revenue Service

# Return of Organization Exempt From Income Tax

Under section 501(c) of the Internal Revenue Code (except black lung benefit trust or private foundation) or section 4947(a)(1) charitable trust

Note: *The organization may have to use a copy of this return to satisfy state reporting requirements.*

OMB No. 1545-0047

**1992**

This Form is Open to Public Inspection

**A** For the calendar year 1992, or fiscal year beginning _____, 1992, and ending _____, 19 __

| | | |
|---|---|---|
| **B** Name of organization: International Relief Organization | **C** Employer identification number: 52:1752452 | |
| Number and street (or P.O. box if mail is not delivered to street address): P.O. Box 8125   Room/suite: 28490303009 9 | **D** State registration number: 0173231-000 | |
| City, town, or post office, state, and ZIP code: Falls Church, VA 22041-8125 | **E** If address changed, check box ► ☒ | |

**F** Check type of organization—Exempt under section ► ☒ 501(c)( 3 ) (insert number), OR ► ☐ section 4947(a)(1) charitable trust

**G** If exemption application pending, check box ► ☐

**H(a)** Is this a group return filed for affiliates? ☐ Yes ☒ No
**(b)** If "Yes," enter the number of affiliates for which this return is filed: ► _____

**I** If either box in H is checked "Yes," enter four-digit group exemption number (GEN) ►

**(c)** Is this a separate return filed by an organization covered by a group ruling? ☐ Yes ☒ No

**J** Accounting method: ☒ Cash ☐ Accrual ☐ Other (specify) ►

**K** Check here ► ☐ if the organization's gross receipts are normally not more than $25,000. The organization need not file a return with the IRS; but if it received a Form 990 Package in the mail, it should file a return without financial data. Some states require a complete return.

Note: *Form 990EZ may be used by organizations with gross receipts less than $100,000 and total assets less than $250,000 at end of year.*

## Part I   Statement of Revenue, Expenses, and Changes in Net Assets or Fund Balances

| | | | |
|---|---|---|---|
| 1 | Contributions, gifts, grants, and similar amounts received: | | |
| a | Direct public support | 1a | 1,101,818 |
| b | Indirect public support | 1b | 146,000 |
| c | Government grants | 1c | |
| d | Total (add lines 1a through 1c) (attach schedule—see instructions) | 1d | 1,247,818 |
| 2 | Program service revenue (from Part VII, line 93) | 2 | |
| 3 | Membership dues and assessments (see instructions) | 3 | |
| 4 | Interest on savings and temporary cash investments | 4 | 5,454 |
| 5 | Dividends and interest from securities | 5 | |
| 6a | Gross rents | 6a | |
| b | Less: rental expenses | 6b | |
| c | Net rental income or (loss) | 6c | |
| 7 | Other investment income (describe ►         ) | 7 | |
| 8a | Gross amount from sale of assets other than inventory — (A) Securities: 8a __ ; (B) Other: 8a __ | | |
| b | Less: cost or other basis and sales expenses — 8b __ ; 8b __ | | |
| c | Gain or (loss) (attach schedule) — 8c __ ; 8c __ | | |
| d | Net gain or (loss) (combine line 8c, columns (A) and (B)) | 8d | |
| 9 | Special fundraising events and activities (attach schedule—see instructions): | | |
| a | Gross revenue (not including $ _____ of contributions reported on line 1a) | 9a | |
| b | Less: direct expenses | 9b | |
| c | Net income | 9c | |
| 10a | Gross sales less returns and allowances | 10a | |
| b | Less: cost of goods sold | 10b | |
| c | Gross profit or (loss) (attach schedule) | 10c | |
| 11 | Other revenue (from Part VII, line 103) | 11 | (1,701) |
| 12 | **Total revenue** (add lines 1d, 2, 3, 4, 5, 6c, 7, 8d, 9c, 10c, and 11) | 12 | 1,251,571 |
| 13 | Program services (from line 44, column (B)) (see instructions) | 13 | 504,442 |
| 14 | Management and general (from line 44, column (C)) (see instructions) | 14 | 192,611 |
| 15 | Fundraising (from line 44, column (D)) (see instructions) | 15 | 201,774 |
| 16 | Payments to affiliates (attach schedule—see instructions) | 16 | |
| 17 | **Total expenses** (add lines 16 and 44, column (A)) | 17 | 898,827 |
| 18 | Excess or (deficit) for the year (subtract line 17 from line 12) | 18 | 352,744 |
| 19 | Net assets or fund balances at beginning of year (from line 74, column (A)) | 19 | (97,538) |
| 20 | Other changes in net assets or fund balances (attach explanation) | 20 | |
| 21 | Net assets or fund balances at end of year (combine lines 18, 19, and 20) | 21 | 255,206 |

For Paperwork Reduction Act Notice, see page 1 of the separate instructions.   Cat. No. 11282Y   Form **990** (1992)

1-25-93        PUBLIC INS.    Subsidiary of The Bureau of National Affairs, Inc.        990 1

Form 990 (1992) Page 2

### Part II — Statement of Functional Expenses

All organizations must complete column (A). Columns (B), (C), and (D) are required for section 501(c)(3) and (4) organizations and 4947(a)(1) charitable trusts but optional for others. (See instructions.)

| Do not include amounts reported on line 6b, 8b, 9b, 10b, or 16 of Part I. | | (A) Total | (B) Program services | (C) Management and general | (D) Fundraising |
|---|---|---|---|---|---|
| 22 | Grants and allocations (attach schedule) | 332,182 | 332,182 | | |
| 23 | Specific assistance to individuals (attach schedule) | 58,808 | 58,808 | | |
| 24 | Benefits paid to or for members (attach schedule) | | | | |
| 25 | Compensation of officers, directors, etc. | | | | |
| 26 | Other salaries and wages | 149,622 | 18,105 | 79,698 | 51,819 |
| 27 | Pension plan contributions | | | | |
| 28 | Other employee benefits | 18,975 | 2,467 | 10,436 | 6,072 |
| 29 | Payroll taxes | 16,631 | 2,162 | 9,147 | 5,322 |
| 30 | Professional fundraising fees | | | | |
| 31 | Accounting fees | | | | |
| 32 | Legal fees | 9,758 | 5,000 | 2,522 | 2,236 |
| 33 | Supplies | | | | |
| 34 | Telephone | 14,900 | 10,621 | 2,696 | 1,583 |
| 35 | Postage and shipping | 55,754 | 17,372 | 8,359 | 30,023 |
| 36 | Occupancy | 36,049 | 7,210 | 15,502 | 13,337 |
| 37 | Equipment rental and maintenance | | | | |
| 38 | Printing and publications | 99,326 | 17,361 | 17,361 | 64,604 |
| 39 | Travel | 41,659 | 24,332 | 10,917 | 6,410 |
| 40 | Conferences, conventions, and meetings | 17,599 | 5,815 | 2,315 | 9,469 |
| 41 | Interest | | | | |
| 42 | Depreciation, depletion, etc. (attach schedule) | 9,455 | | 5,957 | 3,498 |
| 43 | Other expenses (itemize): a Auto | 13,473 | | 13,473 | |
| b | Office | 24,636 | 3,007 | 14,228 | 7,401 |
| 43c | | | | | |
| 43d | | | | | |
| 43e | | | | | |
| 43f | | | | | |
| 44 | Total functional expenses (add lines 22 through 43) Organizations completing columns (B)-(D), carry these totals to lines 13-15 | 898,827 | 504,442 | 192,611 | 201,774 |

Reporting of Joint Costs.—Did you report in column (B) (Program services) any joint costs from a combined educational campaign and fundraising solicitation? ▶ ☐ Yes ☒ No
If "Yes," enter (i) the aggregate amount of these joint costs $_____; (ii) the amount allocated to program services $_____; (iii) the amount allocated to management and general $_____; and (iv) the amount allocated to fundraising $_____.

### Part III — Statement of Program Service Accomplishments (See instructions.)

Describe what was achieved in carrying out the organization's exempt purposes. Fully describe the services provided; the number of persons benefited; or other relevant information for each program title. Section 501(c)(3) and (4) organizations and section 4947(a)(1) charitable trusts must also enter the amount of grants and allocations to others.

Expenses (Required for 501(c)(3) and (4) organizations and 4947(a)(1) trusts; optional for others.)

a   See Attached Statement
...................................................................................................................
...................................................................................................................
(Grants and allocations $_____)   504,442

b   ...................................................................................................................
...................................................................................................................
(Grants and allocations $_____)

c   ...................................................................................................................
...................................................................................................................
(Grants and allocations $_____)

d   ...................................................................................................................
...................................................................................................................
(Grants and allocations $_____)

e   Other program services (attach schedule) . . . (Grants and allocations $_____)
f   Total (add lines a through e) (should equal line 44, column (B)) . . . . . ▶   504,442

990-2    PUBLIC INS.    diary of The Bureau of National Affairs, Inc.    1-25/93

4

### Part IV Balance Sheets

Note: Where required, attached schedules and amounts within the description column should be for end-of-year amounts only.

| | | | (A) Beginning of year | | (B) End of year |
|---|---|---|---|---|---|
| **Assets** | | | | | |
| 45 | Cash—non-interest-bearing | | 46,612 | 45 | 109,810 |
| 46 | Savings and temporary cash investments | | | 46 | |
| 47a | Accounts receivable | 47a | | | |
| b | Less: allowance for doubtful accounts | 47b | 4,638 | 47c | 15,454 |
| 48a | Pledges receivable | 48a | | | |
| b | Less: allowance for doubtful accounts | 48b | | 48c | |
| 49 | Grants receivable | | | 49 | |
| 50 | Receivables due from officers, directors, trustees, and key employees (attach schedule) | | 4,300 | 50 | 1,000 |
| 51a | Other notes and loans receivable (attach schedule) | 51a | | | |
| b | Less: allowance for doubtful accounts | 51b | | 51c | |
| 52 | Inventories for sale or use | | | 52 | |
| 53 | Prepaid expenses and deferred charges | | | 53 | |
| 54 | Investments—securities (attach schedule) | | | 54 | |
| 55a | Investments—land, buildings, and equipment: basis | 55a | 43,438 | | |
| b | Less: accumulated depreciation (attach schedule) | 55b | 11,789 | 19,666 | 55c | 31,649 |
| 56 | Investments—other (attach schedule) | | 320,345 | 56 | 448,643 |
| 57a | Land, buildings, and equipment: basis | 57a | | | |
| b | Less: accumulated depreciation (attach schedule) | 57b | | 57c | |
| 58 | Other assets (describe ▶ _____ ) | | | 58 | |
| 59 | **Total assets** (add lines 45 through 58) (must equal line 75) | | 395,561 | 59 | 606,556 |
| **Liabilities** | | | | | |
| 60 | Accounts payable and accrued expenses  payroll whithholdings | | 2,599 | 60 | 3,850 |
| 61 | Grants payable | | | 61 | |
| 62 | Support and revenue designated for future periods (attach schedule) | | | 62 | |
| 63 | Loans from officers, directors, trustees, and key employees (attach schedule) | | 490,500 | 63 | 347,500 |
| 64 | Mortgages and other notes payable (attach schedule) | | | 64 | |
| 65 | Other liabilities (describe ▶ _____ ) | | | 65 | |
| 66 | **Total liabilities** (add lines 60 through 65) | | 493,099 | 66 | 351,350 |
| **Fund Balances or Net Assets** | | | | | |
| Organizations that use fund accounting, check here ▶ ☒ and complete lines 67 through 70 and lines 74 and 75 (see instructions). | | | | | |
| 67a | Current unrestricted fund | | (112,538) | 67a | 211,780 |
| b | Current restricted fund | | 15,000 | 67b | 43,426 |
| 68 | Land, buildings, and equipment fund | | | 68 | |
| 69 | Endowment fund | | | 69 | |
| 70 | Other funds (describe ▶ _____ ) | | | 70 | |
| Organizations that do not use fund accounting, check here ▶ ☐ and complete lines 71 through 75 (see instructions). | | | | | |
| 71 | Capital stock or trust principal | | | 71 | |
| 72 | Paid-in or capital surplus | | | 72 | |
| 73 | Retained earnings or accumulated income | | | 73 | |
| 74 | **Total fund balances or net assets** (add lines 67a through 70 OR lines 71 through 73: column (A) must equal line 19 and column (B) must equal line 21) | | (97,538) | 74 | 255,206 |
| 75 | **Total liabilities and fund balances/net assets** (add lines 66 and 74) | | 395,561 | 75 | 606,556 |

Form 990 is available for public inspection and, for some people, serves as the primary or sole source of information about a particular organization. How the public perceives an organization in such cases may be determined by the information presented on its return. Therefore, please make sure the return is complete and accurate and fully describes the organization's programs and accomplishments.

## Part V — List of Officers, Directors, Trustees, and Key Employees (List each one even if not compensated. See instructions.)

| (A) Name and address | (B) Title and average hours per week devoted to position | (C) Compensation (if not paid, enter -0-) | (D) Contributions to employee benefit plans | (E) Expense account and other allowances |
|---|---|---|---|---|
| Mr. Suliman A. Al-Ali | Executive Dir. 20-30 | 0 | 0 | 0 |
| Tareq M. Al-Swaiden | Secretary — | 0 | 0 | 0 |
| Mr. Khaled Nouri | Treasurer 40 | 36,492 | 0 | 0 |
| Abdullah Al-Mahdi | Deputy Exec Dir 30 | 0 | 0 | 0 |

Did any officer, director, trustee, or key employee receive aggregate compensation of more than $100,000 from your organization and all related organizations, of which more than $10,000 was provided by the related organizations? ▶ ☐ Yes ☒ No
If "Yes," attach schedule (see instructions).

## Part VI — Other Information

Note: *Section 501(c)(3) organizations and section 4947(a)(1) trusts must also complete and attach Schedule A (Form 990).*

|   |   | Yes | No |
|---|---|---|---|
| 76 | Did the organization engage in any activity not previously reported to the Internal Revenue Service? If "Yes," attach a detailed description of each activity. | | X |
| 77 | Were any changes made in the organizing or governing documents, but not reported to the IRS? If "Yes," attach a conformed copy of the changes. | | X |
| 78a | Did the organization have unrelated business gross income of $1,000 or more during the year covered by this return? | | X |
| b | If "Yes," has it filed a tax return on **Form 990-T**, Exempt Organization Business Income Tax Return, for this year? | N/A | |
| c | At any time during the year, did the organization own a 50% or greater interest in a taxable corporation or partnership? If "Yes," complete Part IX. | | X |
| 79 | Was there a liquidation, dissolution, termination, or substantial contraction during the year? (See instructions.) If "Yes," attach a statement as described in the instructions. | | X |
| 80a | Is the organization related (other than by association with a statewide or nationwide organization) through common membership, governing bodies, trustees, officers, etc., to any other exempt or non-exempt organization? (See instructions.) | | X |
| b | If "Yes," enter the name of the organization ▶ .................................................................. and check whether it is ☐ exempt OR ☐ nonexempt. | | |
| 81a | Enter amount of political expenditures, direct or indirect, as described in the instructions . . 81a | 0 | |
| b | Did the organization file **Form 1120-POL**, U.S. Income Tax Return for Certain Political Organizations, for this year? | | X |
| 82a | Did the organization receive donated services or the use of materials, equipment, or facilities at no charge or at substantially less than fair rental value? | X | |
| b | If "Yes," you may indicate the value of these items here. Do not include this amount as revenue in Part I or as an expense in Part II. See instructions for reporting in Part III . 82b | | |
| 83a | Did anyone request to see either the organization's annual return or exemption application (or both)? | | X |
| b | If "Yes," did the organization comply as described in the instructions? (See General Instruction L.) | N/A | |
| 84a | Did the organization solicit any contributions or gifts that were not tax deductible? | | X |
| b | If "Yes," did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible? (See General Instruction M.) | N/A | |
| 85a | *Section 501(c)(5) or (6) organizations.*—Did the organization spend any amounts in attempts to influence public opinion about legislative matters or referendums? (See instructions and Regulations section 1.162-20(c).) | N/A | |
| b | If "Yes," enter the total amount spent for this purpose . . . . . . . . . 85b | | |
| 86 | *Section 501(c)(7) organizations.*—Enter: | | |
| a | Initiation fees and capital contributions included on line 12 . . . . . 86a | | |
| b | Gross receipts, included on line 12, for public use of club facilities (see instructions) 86b | | |
| c | Does the club's governing instrument or any written policy statement provide for discrimination against any person because of race, color, or religion? (If "Yes," attach statement. See instructions.) | N/A | |
| 87 | *Section 501(c)(12) organizations.*—Enter amount of: | | |
| a | Gross income received from members or shareholders . . . . . . . . 87a | | |
| b | Gross income received from other sources. (Do not net amounts due or paid to other sources against amounts due or received from them.) . . . . . . . . 87b | | |
| 88 | *Public interest law firms.*—Attach information described in the instructions. List the states with which a copy of this return is filed ▶ D.C.; Virginia | | |
| 89 | During this tax year did the organization maintain any part of its accounting / tax records on a computerized system? | X | |
| 91 | The books are in care of ▶ The Corporation .................. Telephone no. ▶ (703) 536-4476 Located at ▶ Falls Church, VA .................................................. ZIP code ▶ 22041 | | |
| 92 | Section 4947(a)(1) *charitable trusts* filing Form 990 in lieu of **Form 1041**, U.S. Fiduciary Income Tax Return, should check here ▶ ☐ and enter the amount of tax-exempt interest received or accrued during the tax year . . ▶ 92 | | |

### Part VII — Analysis of Income-Producing Activities

Enter gross amounts unless otherwise indicated.

| | Unrelated business income | | Excluded by section 512, 513, or 514 | | (e) Related or exempt function income (See instructions.) |
|---|---|---|---|---|---|
| | (a) Business code | (b) Amount | (c) Exclusion code | (d) Amount | |
| 93 Program service revenue: | | | | | |
| (a) | | | | | |
| (b) | | | | | |
| (c) | | | | | |
| (d) | | | | | |
| (e) | | | | | |
| (f) | | | | | |
| (g) Fees from government agencies | | | | | |
| 94 Membership dues and assessments | | | | | |
| 95 Interest on savings and temporary cash investments | | | 14 | 5,454 | |
| 96 Dividends and interest from securities | | | | | |
| 97 Net rental income or (loss) from real estate: No | | | | | |
| (a) debt-financed property | | | | | |
| (b) not debt-financed property | | | | | |
| 98 Net rental income or (loss) from personal property | | | | | |
| 99 Other investment income | | | | | |
| 100 Gain or (loss) from sales of assets other than inventory | | | | | |
| 101 Net income from special fundraising events | | | | | |
| 102 Gross profit or (loss) from sales of inventory | | | | | |
| 103 Other revenue: (a) Loss from Investments | 6,550 | (1,702) | | | |
| (b) | | | | | |
| (c) | | | | | |
| (d) | | | | | |
| (e) | | | | | |
| 104 Subtotal (add columns (b), (d), and (e)) | | (1,702) | | 5,454 | |
| 105 TOTAL (add line 104, columns (b), (d), and (e)) | | | | | $ 3,752 |

Note: (Line 105 plus line 1d, Part I, should equal the amount on line 12, Part I.)

### Part VIII — Relationship of Activities to the Accomplishment of Exempt Purposes

| Line No. ▼ | Explain how each activity for which income is reported in column (e) of Part VII contributed importantly to the accomplishment of the organization's exempt purposes (other than by providing funds for such purposes). (See instructions.) |
|---|---|
| | None |

### Part IX — Information Regarding Taxable Subsidiaries (Complete this Part if the "Yes" box on 78c is checked.)

| Name, address, and employer identification number of corporation or partnership | Percentage of ownership interest | Nature of business activities | Total income | End-of-year assets |
|---|---|---|---|---|
| | | | | |

**Please Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

Signature of officer ▸ [signature]   Date ▸   Title ▸

**Paid Preparer's Use Only**

Preparer's signature ▸ [signature]   Date 10/6/93   Check if self-employed ▸ ☐
Firm's name (or yours if self-employed) and address ▸ Homes, Lowry, Horn & Johnson, Ltd.
302 Maple Ave W, Vienna, VA   ZIP code 22180

| SCHEDULE A (Form 990) | Organization Exempt Under Section 501(c)(3) | OMB No. 1545-0047 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | (Except Private Foundation), 501(e), 501(f), 501(k), or Section 4947(a)(1) Charitable Trust Supplementary Information<br>▶ Attach to Form 990 (or Form 990EZ). | 1992 |

Name: International Relief Organization, Inc.
Employer identification number: 52:1752452

### Part I — Compensation of the Five Highest Paid Employees Other Than Officers, Directors, and Trustees
(See specific instructions.) (List each one. If there are none, enter "None.")

| (a) Name and address of employees paid more than $30,000 | (b) Title and average hours per week devoted to position | (c) Compensation | (d) Contributions to employee benefit plans | (e) Expense account and other allowances |
|---|---|---|---|---|
| E. Abdel Salam<br>5800 Quantrell Ave. Alex. VA. | Fundraising & Computer Dir. 40 | 36,492 | 0 | 0 |
| Nedal Elass<br>2924 Lockport Dr. #301<br>Falls Church, VA | Executive Sec'y 40 | 33,676 | | |
| | | | | |
| | | | | |
| | | | | |

Total number of other employees paid over $30,000 ▶ None

### Part II — Compensation of the Five Highest Paid Persons for Professional Services
(See specific instructions.) (List each one. If there are none, enter "None.")

| (a) Name and address of persons paid more than $30,000 | (b) Type of service | (c) Compensation |
|---|---|---|
| None | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Total number of others receiving over $30,000 for professional services ▶ 0

### Part III — Statements About Activities

| | | Yes | No |
|---|---|---|---|
| 1 | During the year, has the organization attempted to influence national, state, or local legislation, including any attempt to influence public opinion on a legislative matter or referendum? | | X |
| | If "Yes," enter the total expenses paid or incurred in connection with the lobbying activities. $ _____<br>Organizations that made an election under section 501(h) by filing Form 5768 must complete Part VI-A. Other organizations checking "Yes," must complete Part VI-B AND attach a statement giving a detailed description of the lobbying activities. | | |
| 2 | During the year, has the organization, either directly or indirectly, engaged in any of the following acts with any of its trustees, directors, principal officers, or creators, or with any taxable organization or corporation with which any such person is affiliated as an officer, director, trustee, majority owner, or principal beneficiary: | | |
| a | Sale, exchange, or leasing of property? | | X |
| b | Lending of money or other extension of credit? | | X |
| c | Furnishing of goods, services, or facilities? | | X |
| d | Payment of compensation (or payment or reimbursement of expenses if more than $1,000)? | X | |
| e | Transfer of any part of its income or assets? | | X |
| | If the answer to any question is "Yes," attach a detailed statement explaining the transactions. | | |
| 3 | Does the organization make grants for scholarships, fellowships, student loans, etc.? | | X |
| 4 | Attach a statement explaining how the organization determines that individuals or organizations receiving grants or loans from it in furtherance of its charitable programs qualify to receive payments. (See specific instructions.) | | |

For Paperwork Reduction Act Notice, see page 1 of the Instructions to Form 990 (or Form 990EZ).  Cat. No. 11285F  Schedule A (Form 990) 1992

990 6  PUBLIC INS.  ary of The Bureau of National Affairs, Inc.  1/25/93

### Part IV — Reason for Non-Private Foundation Status (See instructions for definitions.)

The organization is not a private foundation because it is (please check only ONE applicable box):

5  ☐ A church, convention of churches, or association of churches. Section 170(b)(1)(A)(i).
6  ☐ A school. Section 170(b)(1)(A)(ii). (Also complete Part V, page 3.)
7  ☐ A hospital or a cooperative hospital service organization. Section 170(b)(1)(A)(iii).
8  ☐ A Federal, state, or local government or governmental unit. Section 170(b)(1)(A)(v).
9  ☐ A medical research organization operated in conjunction with a hospital. Section 170(b)(1)(A)(iii). Enter name, city, and state of hospital ▶ ..........................................................................
10 ☐ An organization operated for the benefit of a college or university owned or operated by a governmental unit. Section 170(b)(1)(A)(iv). (Also complete Support Schedule.)
11a ☐ An organization that normally receives a substantial part of its support from a governmental unit or from the general public. Section 170(b)(1)(A)(vi). (Also complete Support Schedule.)
11b ☐ A community trust. Section 170(b)(1)(A)(vi). (Also complete Support Schedule.)
12 ☒ An organization that normally receives: (a) no more than 1/3 of its support from gross investment income and unrelated business taxable income (less section 511 tax) from businesses acquired by the organization after June 30, 1975, and (b) more than 1/3 of its support from contributions, membership fees, and gross receipts from activities related to its charitable, etc., functions—subject to certain exceptions. See section 509(a)(2). (Also complete Support Schedule.)
13 ☐ An organization that is not controlled by any disqualified persons (other than foundation managers) and supports organizations described in: (1) boxes 5 through 12 above; or (2) section 501(c)(4), (5), or (6), if they meet the test of section 509(a)(2). (See section 509(a)(3).)

Provide the following information about the supported organizations. (See instructions for Part IV, box 13.)

| (a) Name(s) of supported organization(s) | (b) Box number from above |
|---|---|
|  |  |
|  |  |
|  |  |

14 ☐ An organization organized and operated to test for public safety. Section 509(a)(4). (See specific instructions.)

### Support Schedule (Complete only if you checked box 10, 11, or 12 above.) Use cash method of accounting.

| | Calendar year (or fiscal year beginning in) ▶ | (a) 1991 | (b) 1990 | (c) 1989 | (d) 1988 | (e) Total |
|---|---|---|---|---|---|---|
| 15 | Gifts, grants, and contributions received. (Do not include unusual grants. See line 28.) | 29,866 | | | | 29866 |
| 16 | Membership fees received | | | | | |
| 17 | Gross receipts from admissions, merchandise sold or services performed, or furnishing of facilities in any activity that is not a business unrelated to the organization's charitable, etc., purpose | | | 1991 was initial year | | |
| 18 | Gross income from interest, dividends, amounts received from payments on securities loans (section 512(a)(5)), rents, royalties, and unrelated business taxable income (less section 511 taxes) from businesses acquired by the organization after June 30, 1975. | 4,638 | | | | 4638 |
| 19 | Net income from unrelated business activities not included in line 18 | | | | | |
| 20 | Tax revenues levied for the organization's benefit and either paid to it or expended on its behalf | | | | | |
| 21 | The value of services or facilities furnished to the organization by a governmental unit without charge. Do not include the value of services or facilities generally furnished to the public without charge. | | | | | |
| 22 | Other income. Attach schedule. Do not include gain or (loss) from sale of capital assets. | (29,655) | | | | (29655) |
| 23 | Total of lines 15 through 22 | 4,849 | | | | 4849 |
| 24 | Line 23 minus line 17 | 4,849 | | | | 4849 |
| 25 | Enter 1% of line 23 | 48 | | | | |
| 26 | Organizations described in box 10 or 11: | | | | | |
| a | Enter 2% of amount in column (e), line 24 | | | | | |
| b | Attach a list (not open to public inspection) showing the name of and amount contributed by each person (other than a governmental unit or publicly supported organization) whose total gifts for 1988 through 1991 exceeded the amount shown in line 26a. Enter the sum of all excess amounts here ▶ | | | | | |

(Continued on page 3)

## Part IV — Support Schedule (continued) (Complete only if you checked box 10, 11, or 12 on page 2.)

**27** Organizations described in box 12, page 2:

a Attach a list for amounts shown on lines 15, 16, and 17, showing the name of, and total amounts received in each year from, each "disqualified person," and enter the sum of such amounts for each year:

(1991) ......–0–............ (1990) .................... (1989) .................... (1988) ....................

b Attach a list showing, for 1988 through 1991, the name of, and amount included in line 17 for, each person (other than a "disqualified person") from whom the organization received more during that year than the larger of: **(1)** the amount on line 25 for the year; or **(2)** $5,000. Include organizations described in boxes 5 through 11 as well as individuals. Enter the sum of these excess amounts for each year:

(1991) ......18,200............ (1990) .................... (1989) .................... (1988) ....................

**28** For an organization described in box 10, 11, or 12, page 2, that received any unusual grants during 1988 through 1991, attach a list (not open to public inspection) for each year showing the name of the contributor, the date and amount of the grant, and a brief description of the nature of the grant. Do not include these grants in line 15. (See specific instructions.)

## Part V — Private School Questionnaire
### (To be completed ONLY by schools that checked box 6 in Part IV)     N/A

|    |                                                                                                                                                                                                                                                                                                                                                     | Yes | No |
|----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|----|
| 29 | Does the organization have a racially nondiscriminatory policy toward students by statement in its charter, bylaws, other governing instrument, or in a resolution of its governing body?                                                                                                                                                           |     |    |
| 30 | Does the organization include a statement of its racially nondiscriminatory policy toward students in all its brochures, catalogues, and other written communications with the public dealing with student admissions, programs, and scholarships?                                                                                                 |     |    |
| 31 | Has the organization publicized its racially nondiscriminatory policy through newspaper or broadcast media during the period of solicitation for students, or during the registration period if it has no solicitation program, in a way that makes the policy known to all parts of the general community it serves?                              |     |    |

If "Yes," please describe; if "No," please explain. (If you need more space, attach a separate statement.)

..............................................................................................................................
..............................................................................................................................
..............................................................................................................................

| 32 | Does the organization maintain the following: | Yes | No |
|----|---|---|---|
| a | Records indicating the racial composition of the student body, faculty, and administrative staff? | | |
| b | Records documenting that scholarships and other financial assistance are awarded on a racially nondiscriminatory basis? | | |
| c | Copies of all catalogues, brochures, announcements, and other written communications to the public dealing with student admissions, programs, and scholarships? | | |
| d | Copies of all material used by the organization or on its behalf to solicit contributions? | | |

If you answered "No" to any of the above, please explain. (If you need more space, attach a separate statement.)

..............................................................................................................................
..............................................................................................................................

| 33 | Does the organization discriminate by race in any way with respect to: | Yes | No |
|----|---|---|---|
| a | Students' rights or privileges? | | |
| b | Admissions policies? | | |
| c | Employment of faculty or administrative staff? | | |
| d | Scholarships or other financial assistance? (See instructions.) | | |
| e | Educational policies? | | |
| f | Use of facilities? | | |
| g | Athletic programs? | | |
| h | Other extracurricular activities? | | |

If you answered "Yes" to any of the above, please explain. (If you need more space, attach a separate statement.)

..............................................................................................................................
..............................................................................................................................

| 34a | Does the organization receive any financial aid or assistance from a governmental agency? | | |
|---|---|---|---|
| b | Has the organization's right to such aid ever been revoked or suspended? | | |

If you answered "Yes" to either 34a or b, please explain using an attached statement.

| 35 | Does the organization certify that it has complied with the applicable requirements of sections 4.01 through 4.05 of Rev. Proc. 75-50, 1975-2 C.B. 587, covering racial nondiscrimination? If "No," attach an explanation. (See instructions for Part V.) | | |
|---|---|---|---|

Schedule A (Form 990) 1992              Page 4

## Part VI-A   Lobbying Expenditures by Electing Public Charities (see instructions)
(To be completed ONLY by an eligible organization that filed Form 5768)    N/A

Check here ▶   a   ☐   If the organization belongs to an affiliated group (see instructions).
Check here ▶   b   ☐   If you checked a and "limited control" provisions apply (see instructions).

### Limits on Lobbying Expenditures
("Expenditures" means amounts paid or incurred)

| | | (a) Affiliated group totals | (b) To be completed for ALL electing organizations |
|---|---|---|---|
| 36 | Total lobbying expenditures to influence public opinion (grassroots lobbying) | | |
| 37 | Total lobbying expenditures to influence a legislative body (direct lobbying) | | |
| 38 | Total lobbying expenditures (add lines 36 and 37) | | |
| 39 | Other exempt purpose expenditures (see Part VI-A instructions) | | |
| 40 | Total exempt purpose expenditures (add lines 38 and 39) (see instructions) | | |
| 41 | Lobbying nontaxable amount. Enter the amount from the following table— | | |

If the amount on line 40 is—     The lobbying nontaxable amount is—
Not over $500,000 . . . . . . . . . 20% of the amount on line 40
Over $500,000 but not over $1,000,000 . . $100,000 plus 15% of the excess over $500,000
Over $1,000,000 but not over $1,500,000 . $175,000 plus 10% of the excess over $1,000,000
Over $1,500,000 but not over $17,000,000 . $225,000 plus 5% of the excess over $1,500,000
Over $17,000,000 . . . . . . . . . $1,000,000

| 42 | Grassroots nontaxable amount (enter 25% of line 41) | | |
| 43 | Subtract line 42 from line 36. Enter -0- if line 42 is more than line 36 | | |
| 44 | Subtract line 41 from line 38. Enter -0- if line 41 is more than line 38 | | |

Caution: File Form 4720 if there is an amount on either line 43 or line 44.

### 4-Year Averaging Period Under Section 501(h)
(Some organizations that made a section 501(h) election do not have to complete all of the five columns below. See the instructions for lines 45–50 for details.)

**Lobbying Expenditures During 4-Year Averaging Period**

| Calendar year (or fiscal year beginning in) ▶ | (a) 1992 | (b) 1991 | (c) 1990 | (d) 1989 | (e) Total |
|---|---|---|---|---|---|
| 45 Lobbying nontaxable amount (see instructions) | | | | | |
| 46 Lobbying ceiling amount (150% of line 45(e)) | | | | | |
| 47 Total lobbying expenditures (see instructions) | | | | | |
| 48 Grassroots nontaxable amount (see instructions) | | | | | |
| 49 Grassroots ceiling amount (150% of line 48(e)) | | | | | |
| 50 Grassroots lobbying expenditures (see instructions) | | | | | |

## Part VI-B   Lobbying Activity by Nonelecting Public Charities
(For reporting by organizations that did not complete Part VI-A.)    N/A

During the year, did the organization attempt to influence national, state or local legislation, including any attempt to influence public opinion on a legislative matter or referendum, through the use of:

| | | Yes | No | Amount |
|---|---|---|---|---|
| a | Volunteers | | | |
| b | Paid staff or management (include compensation in expenses reported on lines c through h) | | | |
| c | Media advertisements | | | |
| d | Mailings to members, legislators, or the public | | | |
| e | Publications or published or broadcast statements | | | |
| f | Grants to other organizations for lobbying purposes | | | |
| g | Direct contact with legislators, their staffs, government officials, or a legislative body | | | |
| h | Rallies, demonstrations, seminars, conventions, speeches, lectures, or any other means | | | |
| i | Total lobbying expenditures (add lines c through h) | | | |

If "Yes" to any of the above, also attach a statement giving a detailed description of the lobbying activities.

## Part VII — Information Regarding Transfers To and Transactions and Relationships With Noncharitable Exempt Organizations

51 Did the reporting organization directly or indirectly engage in any of the following with any other organization described in section 501(c) of the Code (other than section 501(c)(3) organizations) or in section 527, relating to political organizations?

| | | Yes | No |
|---|---|---|---|
| a | Transfers from the reporting organization to a noncharitable exempt organization of: | | |
| (i) | Cash | 51a(i) | X |
| (ii) | Other assets | a(ii) | X |
| b | Other Transactions: | | |
| (i) | Sales of assets to a noncharitable exempt organization | b(i) | X |
| (ii) | Purchases of assets from a noncharitable exempt organization | b(ii) | X |
| (iii) | Rental of facilities or equipment | b(iii) | X |
| (iv) | Reimbursement arrangements | b(iv) | X |
| (v) | Loans or loan guarantees | b(v) | X |
| (vi) | Performance of services or membership or fundraising solicitations | b(vi) | X |
| c | Sharing of facilities, equipment, mailing lists or other assets, or paid employees | c | X |

d If the answer to any of the above is "Yes," complete the following schedule. The "Amount involved" column below should always indicate the fair market value of the goods, other assets, or services given by the reporting organization. If the organization received less than fair market value in any transaction or sharing arrangement, indicate in column (d) the value of the goods, other assets, or services received.

| (a) Line no. | (b) Amount involved | (c) Name of noncharitable exempt organization | (d) Description of transfers, transactions, and sharing arrangements |
|---|---|---|---|
| | | | |

52a Is the organization directly or indirectly affiliated with, or related to, one or more tax-exempt organizations described in section 501(c) of the Code (other than section 501(c)(3)) or in section 527? ☐ Yes ☒ No

b If "Yes," complete the following schedule.

| (a) Name of organization | (b) Type of organization | (c) Description of relationship |
|---|---|---|
| | | |

990 10   PUBLIC TNS.   sidiary of The Bureau of National Affairs, Inc.   1/25/93

32

INTERNATIONAL RELIEF ORGANIZATION, INC.  Page 2
EIN: 52-1752452
FORM 990
DECEMBER 31, 1992

PART II - LINE 22

Schools & Scholarships

| | |
|---|---|
| Islamic Saudi Academy<br>8333 Richmond Highway<br>Alexandria, VA  22309 | $   3,650 |
| Al-Salam Peace Elementary School<br>P. O. Box 906111<br>Tulsa, OK  74112 | 10,000 |
| MSA<br>P. O. Box 18813<br>Washington, DC  20036 | 750 |
| A-Ghazaly School<br>17 Park Street<br>Jersey City, NJ  07304 | 10,000 |

Food, Shelter, Clothing for Disaster Victims and Indigent Families

| | |
|---|---|
| Dar Al Hijrah<br>3159 Row St.<br>Falls Church, VA  22044 | 12,767 |
| Muslim Arab Youth Association<br>P. O. Box 906125<br>Tulsa Oklahoma  74112 | 10,000 |
| Islamic African Relief Agency<br>P. O. Box 7084<br>Columbia, MD  65205 | 10,000 |
| Bosnia & Somalia Relief Funds<br>P. O. Box 14843<br>Jeddah 21434<br>Saudi Arabia | 273,000 |
| Bosnia Relief Funds<br>P. O. Box 14843<br>Jeddah 21434<br>Saudi Arabia | 2,015 |

Hospital fees and medical care for Bosnian children

$   332,182


**PUBLIC INS.**

INTERNATIONAL RELIEF ORGANIZATION, INC.  
EIN: 52-1752452  
FORM 990  
DECEMBER 31, 1992

Page 3

## PART II - LINE 23

### Food, shelter, clothing for indigent families:

| | |
|---|---:|
| Abdullah Abdullah | $ 2,071 |
| Aitettalab Fatimal | 500 |
| Khaled Mohammed Ali | 500 |
| Jameel Mushin | 500 |
| Husam Al-Jary | 451 |
| Mustafa Abusum | 8,000 |
| Jamaal Zarabozo | 1,000 |
| Islamic Center | 1,000 |
| Faisal Saleh | 2,080 |
| Abdel Rahim Etetel | 1,000 |
| HARA Organization | 36,322 |
| | $ 53,424 |

### Hospital Fees & Medical Care

| | |
|---|---:|
| Sibley Memorial Hospital | $ 229 |
| Sibley Pathologists | 155 |
| Fatma Abouzied | 5,000 |
| | $ 5,384 |
| | $ 58,808 |

PUBLIC INS.

INTERNATIONAL RELIEF ORGANIZATION, INC.                                              Page 4
EIN: 52-1752452
FORM 990
DECEMBER 31, 1992

## PART III - STATEMENT OF PROGRAM SERVICE ACCOMPLISHMENTS

The International Relief Organization established to help interested individuals as well as institutions, in helping others who need the help or service. IRO provides help and service in at least five major areas. These areas of service are:

1. Emergency Relief Aid
    - Bosnia
    - Somalia
    - Ethiopia
    - Egypt Earthquake
    - Kashmir
    - Kurds
    - Bangladesh
    - Former Soviet Union Republics

2. Health Programs
    - support to hospitals in Lebanon
    - support to clinics in the West Bank
    - patients

3. Social Welfare Programs
    - support to minority needy individuals
    - support to shelters

4. Educational Programs
    - support to ethnic schools
    - support to teachers

5. Developmental Programs
    - support to youth groups
    - support to ethnic communities

PUBLIC INS.

INTERNATIONAL RELIEF ORGANIZATION, INC.
EIN: 52-1752452
FORM 990
DECEMBER 31, 1992

Page 5

## SCHEDULE A - PART III - LINE 4

### Criteria for Funding Institutions, Groups & Individuals

The IRO funds institutions, groups and individuals whose projects, programs and situations fall in one of IRO's service program areas.

Procedures:

1. Institutions, groups and individuals submit proposals for assistance or cooperation.

2. Proposals are reviewed to determine eligibility and validity.

3. Once approved, IRO's administration decides on the size and amount of help.

4. If a proposal is denied because of a lack of documentation, IRO will request more information from the party submitting the proposal

5. Proposals are accepted around the year.

**PUBLIC INS.**

INTERNATIONAL RELIEF ORGANIZATION, INC.
EIN: 52-1752452
FORM 990
DECEMBER 31, 1992

Page 6

## PART IV - BALANCE SHEET - LINE 50 - RECEIVABLES

|  | 12/31/91 | 12/31/92 |
|---|---|---|
| Due from employee - travel | $ 3,000 | $ - |
| Due from employee - advance | 1,300 | 1,000 |
|  | $ 4,300 | $ 1,000 |

## PART IV - BALANCE SHEET - LINE 55a and b EQUIPMENT

See attached schedule - Page 7

## PART IV - BALANCE SHEET - LINE 56 - INVESTMENTS

|  | 12/31/91 | 12/31/92 |
|---|---|---|
| Capital Investments in BMS Leasing, Inc. | $ 150,000 | $ 147,193 |
| Capital Investment in LA Dova, Ltd. Partnership | 170,345 | 171,450 |
| Capital Investment in House | - | 130,000 |
|  | $ 320,345 | $ 448,643 |

## PART IV - BALANCE SHEET - LINE 63 - LOANS

|  | 12/31/91 | 12/31/92 |
|---|---|---|
| Loan payable: Mr. Suliman A. Al-Al | $ 479,500 | $ 336,500 |
| Loan payable: Mr. Farid Qurashj | 11,000 | 11,000 |
|  | $ 490,500 | $ 347,500 |

PUBLIC INS.

```
08/10/93                         INTERNATIONAL RELIEF ORGANIZATION INC                              Page 7
                                        Form 4562 Worksheet
                                  For the Fiscal Year Through 12/31/92
                                           Federal Schedule
  dule Y
                                                                                                I.D.#:
```

| | | Description | Date in Service | Cost | Adj. Basis | Life | Method | Depreciation Prior | Current | Sec 179 | Pct Use |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Curr Yr MACRS Property** | | | | | | | | | | | |
| 00 | 20 | 00005  IBM COMPUTERS | 04/28/92 | 2,309 | 2,309 | 5 | MACRS 5 | 0 | 577 | | |
| 00 | 20 | 00006  IBM COMPUTERS | 07/27/92 | 3,263 | 3,263 | 5 | MACRS 5 | 0 | 489 | | |
| 00 | 20 | 00008  BLAIR DISPLAY | 11/20/92 | 2,333 | 2,333 | 5 | MACRS 5 | 0 | 117 | | |
| 00 | 20 | 00009  2 COMPUTERS | 12/02/92 | 6,492 | 6,492 | 5 | MACRS 5 | 0 | 325 | | |
| | | Method Total | | 14,397 | 14,397 | | | 0 | 1,508 | | |
| 00 | 20 | 00007  VIDEO CAMERA | 08/26/92 | 699 | 699 | 7 | MACRS 7 | 0 | 75 | | |
| | | Method Total | | 699 | 699 | | | 0 | 75 | | |
| | | Curr Yr MACRS Property Total | | 15,096 | 15,096 | | | 0 | 1,583 | | |
| **Prior Yr MACRS Property** | | | | | | | | | | | |
| | 20 | 00001  FAX MACHINE | 09/26/91 | 2,500 | 2,500 | 5 | MACRS 5 | 292 | 883 | | |
| 00 | 20 | 00003  COPY MACHINE | 10/01/91 | 2,500 | 2,500 | 5 | MACRS 5 | 292 | 883 | | |
| 00 | 20 | 00004  3 COMPUTERS | 09/26/91 | 10,000 | 10,000 | 5 | MACRS 5 | 1,167 | 3,533 | | |
| | | Method Total | | 15,000 | 15,000 | | | 1,751 | 5,299 | | |
| 00 | 20 | 00002  FURNITURE | 10/01/91 | 7,000 | 7,000 | 7 | MACRS 7 | 583 | 1,833 | | |
| | | Method Total | | 7,000 | 7,000 | | | 583 | 1,833 | | |
| | | Prior Yr MACRS Property Total | | 22,000 | 22,000 | | | 2,334 | 7,132 | | |
| **ACRS and/or Other Property** | | | | | | | | | | | |
| 00 | 15 | 00001  SOFTWARE | 06/15/92 | 6,343 | 6,343 | 5 | S/L | 0 | 740 | | |
| | | Method Total | | 6,343 | 6,343 | | | 0 | 740 | | |
| | | ACRS and/or Other Property Total | | 6,343 | 6,343 | | | 0 | 740 | | |
| | | Report Total | | 43,439 | 43,439 | | | 2,334 | 9,455 | | |

PUBLIC INS.