**EXHIBIT E**

```
              52295940455
    CORPORATE RECORDS & BUSINESS REGISTRATIONS
              This Record Last Updated:01/07/2003
              Database Last Updated:05-12-2003
              Update Frequency:WEEKLY
              Current Date:05/14/2003
              Source:As reported by the Secretary of State or other
              official source

              COMPANY INFORMATION

              Name:INTERNATIONAL RELIEF ORGANIZATION, INC.
              Address:P.O. BOX 8125
              FALLS CHURCH, VA 22041
              D&B DUNS:84-926-5277

              NAME INFORMATION

              Trade Style Name:INTERNATIONAL ISLAMIC RELIEF
              ORGANIZATION

              FILING INFORMATION

              Filing Date:07/22/1991
              State of Incorporation:Virginia
              Date Incorporated:07/22/1991
              Duration:Perpetual
              Status:TERMINATED(AUTOMATIC)
              Status Attained Date:12/02/2002
              Corporation Type:Not Available
              Business Type:Corporation
              Address Type:Business
              Registration ID#:0378687
              Where Filed:STATE CORPORATE COMMISSION
              1220 BANK ST
              RICHMOND, VA 23219

              REGISTERED AGENT INFORMATION

              Agent Name:MICHAEL HADEED JR
              Address:5501 BACKLICK RD STE 220
              SPRINGFIELD, VA 22151

              PRINCIPAL INFORMATION

              Name:OMEISH, MOHAMED S
              Title:President, Secretary, Treasurer

              ADDITIONAL DETAIL INFORMATION

              Additional Details:INDUSTRY:   GENERAL
```

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.

Copr. © West 2003 No Claim to Orig. U.S. Govt. Works