**EXHIBIT F**

48169233514                                                                                     Page 1

```
                            48169233514
               CORPORATE RECORDS & BUSINESS REGISTRATIONS

                       This Record Last Updated:02/28/2002
                       Database Last Updated:05-12-2003
                       Update Frequency:QUARTERLY
                       Current Date:05/14/2003
                       Source:As reported by the Secretary of State or other
                       official source

                            COMPANY INFORMATION

                       Name:INTERNATIONAL ISLAMIC RELIEF ORGANIZATION, INC.

                            FILING INFORMATION

                       Filing Date:02/18/1992
                       State of Incorporation:District Of Columbia
                       Date Incorporated:02/18/1992
                       Status:REVOKED
                       Corporation Type:Non-Profit
                       Business Type:Corporation
                       Registration ID#:920558-DNP
                       Where Filed:TAX PROCESSING DIVISON
                       300 INDIANA AVE RM4008
                       WASHINGTON, DC 20001

                    REGISTERED AGENT INFORMATION

                       Agent Name:SULEIMAN A. AL-ALI
                       Address:1612 K ST., N.W.
                       WASHINGTON, DC 20006

                    ADDITIONAL DETAIL INFORMATION
```

The preceding public record data is for information purposes only and is not the official
record. Certified copies can only be obtained from the official source.

END OF DOCUMENT

Copr. © West 2003 No Claim to Orig. U.S. Govt. Works