# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001     MDL No. 1570

---------------------------------------------------------x

THOMAS BURNETT, SR., *et al.*,                    03 CV 9849 (RCC)

                      Plaintiffs

                  - against –

AL BARAKA INVESTMENT & DEVELOPMENT CORP., *et al.*,

                    Defendants.

---------------------------------------------------------x

### AFFIDAVIT OF EVAN F. KOHLMANN

EVAN F. KOHLMANN declares under penalty of perjury:

1. I am a consultant offering expert research and analysis services to media, governmental, and non-governmental clients on issues relating to Al-Qaida and International Terrorism. In the past, I have testified in federal court as a government expert witness on terrorism and Internet-research matters. I submit this affidavit to provide the Court and counsel for the Plaintiffs with the below referenced exhibits on which plaintiffs rely in their Memorandum of Law in Support of Their Prima Facie Showing of Personal Jurisdiction and in Opposition to Defendants' Challenges to Personal Jurisdiction (or "Memorandum").

2. Attached to the Memorandum is a true and accurate copy of a report I have personally prepared entitled "Al-Qaida Openly Directed Their Activities Against the United States." This report includes additional detail on my education and experience in

1

researching factual information regarding Al-Qaida and international terrorism.

3. Attached to the Memorandum is a true and accurate copy of my written testimony submitted before the House Committee on Financial Services, Subcommittee on Oversight and Investigations, *Arabian Gulf Financial Sponsorship of Al-Qaida via U.S.-Based Banks, Corporations and Charities*, on 3/11/03.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 14, 2004.

_____
Evan Kohlmann

SWORN to before me, this _14_

day of _MAY_, 2004.

_____
NOTARY PUBLIC
My Commission Expires: ___ Francis Parr Claytor
Notary Public, District of Columbia
My Commission Expires 1-14-07