# EXHIBIT 4

بسم الله الرحمن الرحيم

ربنا تقبل وتسبيل ...

1) ... العلم ريسبه ... (إذا لك)
2) سيد نگارنده بكرب . (رائك)
3) اخضر اسم ميلاد نه . (است)
4) يوسف جدلے . (بترجمه)
5) ابراهيم اقتدار . (بترجمه)
6) صدع كامل . (اردت)
7) البراجي . (است)
8) الحريج صبره (بترجي)
9) اسمر شيے . (است)
10) شيخ اسامن . (است)
11) سير محمد عاطف . (است)
12) ...
13) ... ايمن زبير عجاد (رائك)
14) مسيرى تنظيما نو (يكفي)
15) سير گلف طاهر . (متر)
16) مولانا ...  (بندجير)

*(Parenthetical remarks in Italic are the translator's)*

*(Document name: TAREEKHOSAMA/41/Tareekh Osama.108)*

In the name of God, the most gracious, the most merciful

And spend for God's cause *(Quraanic verse)*

1) Suleiman Al-Rashid.         (Wail)
2) Abdel Qader Bakri.          (Wail)
3) Bin Laden Brothers.         (Usama)
4) Yousif Jameel.              (Baterji)
5) Ibrahim Afandi.             (Baterji)
6) Saleh Kamel.                (Baterji)
7) Al-Rajhi.                   (Usama)
8) Al-Jumaih. Jeddah (S.A)     (Baterji)
9) Al-Sharbatly                (Usama)
10) *(Illegible)* Al-Naghi     (Usama)
11) Bin Mahfoodh               (Usama)
12) Abdel Qader Faqeeh         (Usama)
13) Salah Al-Din Abdel Jawad   (Wail)
14) Ahmad Turki Yamani         (Baterji)
15) Abdel Hadi Taher           (Wail)
16) Mohammed Omar *(illegible)* (Baterji)
17) Al- Kuwait                 (Usama)
18) Ahmad Al-Harbi             (Salem Taher)

19) Al-Issaei                         (Salem Taher)

20) Hamad Al-Husaini              (Abu Mazin)

BOS000003