# EXHIBIT 6

# N E W S...N E W S...N E W S...N E W S...

## Nov/Dec 1998 -    Volume 1 Issue 6

## Dr Omar AbdurRahman's latest Statement

SOS has obtained the latest statement of Dr. Omar, smuggled from his prison cell in America. As usual he calls upon the Ummah to unify and put aside their differences, as the Ummah is already in difficulties, to enjoin the right and forbid the wrong, and to talk to people about the credibility of Islam and to give d'awah.

Unfortunately some Arab newspapers including AL-Hayat newspaper has twisted the message of Sheikh Omar to benefit the tyrannical regimes and their supporters, claiming that he is denouncing violence and is forming a new Jammah which invites all Muslim groups to denounce violence.

SOS contacted AL-Hayat and other Arab newspapers to rectify the plot, however AL HAYAT still choose to ignore our message.

The last statement smuggled coming from Dr. Omar was mentioned by the Sunday Times on 23rd of August 1998, (p11). He said " Ruin their economics, burn their companies, destroy their benefits, sink their ships, shoot their aircraft and kill them on the ground, in the air and sea and wherever you find them. Take them, besiege them and cripple them completely. Kill all these infidels wherever you find them. You kill them and Allah will punish them through your hands."

End of message. This message was smuggled out after the Americans latest bombings.

Surely this message is of the correct tune and much nearer to real Islam, which Dr. Omar has always preached, adding to that fact that Dr.Omar's sons are commanders and leaders in Afghanistan and Tajakistan.

Unfortunately some of the Muslims who used to work with Dr. Omar Abdur Rahman have made new relations with the tyrannical Egyptian regime and are using the image of their old relationship with Dr.Omar to distort his message and are feeding him back with the wrong picture of the Ummah in order to try

*and try kill the spirit of Jihad, in his followers. However whether they like it or not JIHAD and Mujahideen are here to stay.*

*REMINDER: Even if such a message did come from the Dr in the future we, must understand that he is a blind man behind the closed doors of his prison cell.*

*A copy of the DR's latest message is available from SOS by mail and soon (inshallah) be on our web site.*

<u>Back to Top</u>

From Supporters of Shariah (SOS) website archive,
http://web.archive.org/web/20000824104454/http://www.ummah.net/sos/November.htm#dr