# EXHIBIT 12

# TESTIMONY OF MONSIEUR CHARLES PASQUA, FORMER MINISTER OF THE INTERIOR OF THE REPUBLIC OF FRANCE

I, the undersigned, Charles Pasqua, born Apr. 18, 1927 in Grasse, France, of French nationality and a resident of France, attest to the following facts:

I was Minister of the Interior of the Republic of France from the month of March 1986 to the month of May 1988. In March 1993, I was named Minister of State, Minister of the Interior and Town and Country Planning. I held these offices until May 1995.

In the French governmental system, the Minister of the Interior exercises his authority over all security services in the area of the war against terrorism. In particular, it has to do with the services of the General Intelligence Agency, the National Anti-Terrorist Division (DNAT), the Office of Internal Security (DST), and the Central Anti-Terrorism Unit (UCLAT).

I attest that beginning in the year 1993, my departments alerted me to the financial support provided by Saudi non-governmental organizations to certain Islamist groups active on French territory. At the time, I officially protested against this situation to Saudi authorities.

I made an official visit to Saudi Arabia from November 11, 1994 to November 14, 1994, accompanied by several directors and high officials of the relevant security services under my authority.

On this occasion, I met with several Saudi officials, notably King Fahd bin Abdulaziz al Saud, Prince Abdallah, the Minister of the Interior, Prince Naef bin Abdulaziz al Saud, the Minister of Defense, Prince Sultan bin Abdulaziz al Saud and the Director of Intelligence Services, Prince Turki al Faisal al Saud.

In the course of the meetings with my Saudi counterparts, I raised the question of financial aid furnished by Saudi charitable organizations enjoying state support, in particular the World Islamic League, to Islamist movements or terrorist groups.

I specifically warned my counterparts about this situation and officially requested that they put an end to it, insofar as the Islamist groups receiving this aid were likely to damage French interests or had already done so in the past.

I am perfectly aware that this testimony is intended to be presented before an American court in support of the complaint filed by the families of victims of the tragedy of September 11, 2001.

I put myself at the disposal of the courts to confirm the terms of this testimony.

Completed at Nanterre, the 15th of December 2003

[Signed]
Charles Pasqua


C:\Documents and Settings\spencer\My Documents\Pasqua\TestimonyofCharlesPasqua(15Dec03).doc
Page 1 of 1
Translator: D. O'Neal

CONSEIL GENERAL
DES HAUTS-DE-SEINE

*Cabinet du Président*
*Secrétariat Particulier*

Le 17 décembre 2003

## TRANSMISSION PAR TELECOPIE
(en cas de mauvaise réception, appeler le 01.47.29.38.92)

A l'attention de    Monsieur Jean-Charles BRISARD

Fax n°              0041 21 321 13 06

De la part de       Monsieur Charles PASQUA

Ce document comporte  3  page(s) (page de garde incluse).

## ATTESTATION DE MONSIEUR CHARLES PASQUA
## ANCIEN MINISTRE DE L'INTERIEUR
## DE LA REPUBLIQUE FRANCAISE

Je soussigné, Charles PASQUA, né le 18 avril 1927 à Grasse, France, de nationalité française et résidant en France, atteste des faits suivants :

J'ai été Ministre de l'Intérieur de la République française du mois de mars 1986 au mois de mai 1988. En mars 1993, j'ai été nommé Ministre d'Etat, Ministre de l'Intérieur et de l'Aménagement du Territoire. J'ai occupé ces fonctions jusqu'en mai 1995.

Dans le système institutionnel français, le Ministre de l'Intérieur exerce son autorité sur l'ensemble des services de sécurité intervenant dans le domaine de la lutte contre le terrorisme. Il s'agit en particulier du service des Renseignements Généraux, de la Division Nationale Anti-Terroriste (DNAT), de la Direction de la Surveillance du Territoire (DST) et de l'Unité Centrale de Lutte Anti-Terroriste (UCLAT).

J'atteste qu'à partir de l'année 1993, mes services m'ont alerté sur le soutien financier apporté par des organisations non gouvernementales saoudiennes à certains groupes islamistes actifs sur le territoire français. A l'époque, j'ai officiellement protesté contre cette situation auprès des autorités saoudiennes.

Je me suis rendu en visite officielle en Arabie Saoudite du 11 novembre 1994 au 14 novembre 1994 accompagné de plusieurs directeurs et hauts fonctionnaires de services de sécurité relevant de mon autorité.

A cette occasion, je me suis entretenu avec plusieurs officiels saoudiens, notamment le Ministre de l'Intérieur, le Prince Naef bin Abdulaziz al Saud, le Ministre de la Défense, le Prince Sultan bin Abdulaziz al Saud et le Directeur des services de renseignement, le Prince Turki al Faisal al Saud.

1

Au cours des entretiens avec mes homologues saoudiens, j'ai soulevé la question de l'aide financière fournie par des organisations caritatives saoudiennes bénéficiant du soutien étatique comme la Ligue Islamique Mondiale, à des groupes islamistes radicaux.

J'ai spécifiquement mis en garde mes homologues sur cette situation et réclamé officiellement qu'il y soit mis un terme, dans la mesure où les groupes islamistes recevant cette aide étaient susceptibles d'attenter aux intérêts français ou l'avaient déjà fait par le passé.

Je suis parfaitement informé que ce témoignage est destiné à être produit devant la justice américaine à l'appui de la plainte déposée par les familles de victimes de la tragédie du 11 septembre 2001.

Je me tiens à la disposition de la justice pour confirmer les termes de la présente.

Fait à Nanterre, le 15 décembre 2003

Charles PASQUA