# EXHIBIT 18

# BIN LADEN FUNDS ABU SAYYAF THROUGH MUSLIM RELIEF GROUP

CHRISTINE HERRERA
Philippine Daily Inquirer Pg. 1
August 9, 2000

A MUSLIM relief organization is a conduit for funds to the Abu Sayyaf from Saudi billionaire, Osama Bin Laden, the US Public Enemy No. 1, and his brother-in-law, Mohammad Jamal Khalifa.

This was confirmed to the INQUIRER in Davao City by a former member of the original Abu Sayyaf group, who uses the nom de guerre Abu Anzar.

> Anzar said Bin Laden and Khalifa financed the urban warfare and terrorism training in Libya of their recruits to the Abu Sayyaf, including Janjalani and Edwin Angeles, the founding Abu Sayyaf vice commander and intelligence chief.

Anzar's disclosure is supported by police and military intelligence reports that state Bin Laden and Khalifa in 1992 set up the International Islamic Relief Organization Inc. (IIRO) with offices in Makati and in several cities in Mindanao as a front organization for funding terrorist activities.

The IIRO, according to the intelligence report, was working under the Muslim World League, an organization wholly financed by the Saudi Arabia government.

"The IIRO which claims to be a relief institution is being utilized by foreign extremists as a pipeline through which funding for the local extremists is being coursed," the intelligence report noted. Bin Laden has used his personal fortune to finance terrorist activities all over the world. US authorities had fingered Bin Laden as the mastermind of the bombing of the US embassies in Kenya and Tanzania in August 1998 which killed 257 persons and wounded more than 5,000.

Though Khalifa has denied involvement in Bin Laden's activities, he had admitted "very close ties in the past." The second of Khalifa's four wives is the sister of Bin Laden.

Through Khalifa, who lived in the country for nine years, a Stratfor intelligence report said that "Bin Laden's network is already deeply entrenched in the Philippines."

Education

It was the MWL-IIRO that established the Al-Makdhum University in Zamboanga City which started accepting Islamic students in 1992, the intelligence report said.

According to the report, the IIRO also offers scholarship to qualified students who have the potential to be Islamic scholars. They then are tasked to indoctrinate other Muslims on terrorist tactics.

In an interview with the INQUIRER, Anzar said the IIRO was used by Bin Laden and Khalifa to distribute funds for the purchase of arms and other logistical requirements of the Abu Sayyaf in the guise of relief and livelihood projects for Muslim communities in Mindanao.

"Only 10 to 30 percent of the foreign funding goes to the legitimate relief and livelihood projects and the rest go to terrorist operations," Anzar added.

"The IIRO was behind the construction of mosques, school buildings and other livelihood projects in areas penetrated, highly influenced and controlled by the Abu Sayyaf," Anzar said.

The IIRO provides a steady supply of clothing, canned goods, rice and other necessities to impoverished Muslim communities.

"Bin Laden and Khalifa saw that the Muslim people needed help but he wanted immediate results, which he could not expect from the MILF. So he founded and funded the Abu Sayyaf, the Muslims' terrorist arm," he explained

Al Haj Murad, MILF vice chair for military affairs, had confirmed to the INQUIRER two years ago that Bin Laden and Khalifa provided "help and assistance" to MILF cadres who volunteered in the 1980s to help the Taliban struggle against the Soviet-backed Afghanistan government.

Original Abu

The original Abu Sayyaf was headed by Aburajak Abubakr Janjalani and another faction was led by Galib Andang, aka Commander Robot, who broke away from the Moro National Liberation Front after the formation of the Southern Philippines Council for Peace and Development under former Moro National Liberation Front chief Nur Misuari.

Anzar said Bin Laden and Khalifa financed the urban warfare and terrorism training in Libya of their recruits to the Abu Sayyaf, including Janjalani and Edwin Angeles, the founding Abu Sayyaf vice commander and intelligence chief.

It was Angeles who recruited Anzar to the Abu Sayyaf. After undergoing advanced Islamic studies, Anzar became the group's liaison officer and Angeles' right-hand man.

When Angeles returned from Libya, he allegedly carried out the bombing of the Jolo Cathedral in Sulu in 1991.

Bin Laden and Khalifa also funded the three-month commando training course of the recruited Abu Sayyaf members in March 1993 in Patikul, Sulu, Anzar recounted. Khalifa served as one of the advisers of the Abu Sayyaf, the intelligence report noted, which was also confirmed by Anzar.

Records show the IIRO, a non-stock, non-profit organization, was registered with the Securities and Exchange Commission on Sept. 20, 1991 with Khalifa as president and chair of the board of trustees.