# EXHIBIT 21

## The Muslim World

MONDAY 24 Shaban–1 Ramadan, 1416 A.H. 15–22 January 1996

# Saudi Arabia remains committed to Shoura

**RIYADH**

CROWN Prince Abdullah Bin Abdul Aziz, Second Deputy Prime Minister and Head of the National Guard, said today the Kingdom is committed in promoting the Shoura (Consultative Council).

Speaking at the annual meeting of the Council here, the Crown Prince said that in an age of political and economic changes, consultation can help "protect and safeguard us from faults and errors."

He also noted that Shoura in Islam can only be granted to those who are "honest in words, action, opinion, vision and in the pronunciation of the truth." He added that the Kingdom will be committed to it (the Shoura) and, "sincere in performing this service."

The Crown Prince, inaugurated the Council meeting on behalf of Custodian of the Two Holy Mosques King Fahad. He also said he was the bearer of "good news" that King Fahad's health is improving.



### King Fahad Bin Abdul Aziz

## King's health reassuring, says Nayef in Tunisia

## Khartoum seeks UN help in clash with Addis

**KHARTOUM**

SUDAN on Saturday accused Ethiopian troops of attacking its border posts in two-week offensive.

A Sudanese army statement said Ethiopian troops had mounted a continuous armed offensive against eastern border posts.

"At the beginning the Sudanese government refuted these aggressions to activities of armed bandits, but the offensive took other dimensions and increased gradually," said the statement, carried by the Sudanese News Agency (Suna).

Ethiopian troops on December 27 attacked the Baslam area in the town of Gedaref, about 400 kms east of the capital, Khartoum, it added.

ADVERTISE IN THIS SPACE

## Sudan donation for IRO

The International Islamic Relief Organisation (IIRO) has received a donation of SR500,000 from Prince Sultan Bin Abdul Aziz, the Second Deputy Premier and Minister of Defence and Aviation and Inspector-General, in jeddah this week. It was the second instalment of his annual donation of one million riyals to the organisation. He paid the first instalment of half a million Saudi Riyals to the organisation in Rabi-al Awwal this year. — IINA

## UK Muslims hold congress

The Union of Islamic Organisations in Britain held its 25th annual congress in London recently. A total of 202 organisations took part in the meeting. They expressed happiness that the number of Islamic associations in Britain is steadily increasing. The conference urged all the Islamic organisations in the UK to work together to spread Islamic teachings and serve Muslims. — IINA

## Unified Civil Code in India

# Cause for disunity and communal violence

**By Dr Moezzamel Haque**

WITH regard to his reaction to the proposal of the Indian Supreme Court to the Indian government to codify the uniform civil code, Dr Naseef, the present Vice-Chairman of the Saudi Shoura Council and the former secretary-general of the Makkah-based Muslim World League, said that codifying Islamic law (Shariah) is all right. But if a unified civil code is codified governing all religions, it will create more disunity and more violence among different communities of India. Replacing Muslim law by man-made laws will not serve the purpose. Moreover, it is the fundamental right of Muslims to practise their religion, according to the Indian Constitution, and so the enactment of uniform civil code will be a clear violation of the Muslim rights in India.

Recently, a controversy has arisen with regard to the introduction of a unified civil code in India. Dr Abdullah Naseef explained in detail that it's a fact that Islam is a code of life for every human being. It covers from his birth to his death, his relation to his Creator, with his fellow-men and with, every other things that Allah has created. Socially, the Shariah covers all the actions of a person, including his personal affairs, such as marriage, divorce, inheritance.

"The Shariah is the Divine law, it is not the man-made law. So, no person, or the government, on this earth can create or change this law. One, who is a Muslim, has to abide by this law," Dr Naseef said.

Tracing the history of interruption in the Shariah, Dr Naseef said that during the colonial time the West, especially France and Britain, colonised the Muslim part of the world and changed the Muslim law and Shariah was cornered or put aside or used partly.

While elaborating the background and impact of replacement of the Shariah by the man-made laws of the European imperialists, Dr Naseef said that the colonial powers found that the Shariah rules the Muslim society and keeps them adherents to their religion. The colonial rulers felt that the Shariah is the only binding force that kept the Muslims away from surrendering to the colonial powers. It dominates the economic, cultural and every field of their life. So in order to eliminate the influence and binding force of the Shariah, the colonial rulers created the civil code or civil law, whatever you term it, to replace Islamic law. This is what you see today in the Muslim world.



Dr Abdullah Naseef

# Islam is neither aggressive nor fundamenta[list]

AT a time when deliberate attempts are being made to create artificial differences between Hindus and Muslims in India by a section of politicians and intellectuals, octogenarian Gandhian, historian, retired parliamentarian and former governor B N Pande has decided to travel all over the country to expose the former's distorted views. Excerpts from an exclusive interview:

These days, one hears a lot about aggressive and fundamentalist Islam. What has struck me, as that at numerous places the Qur'an has highlights that all the prophets sent by God to different communities preach the same thing. The prophet of Islam, Muhammad (peace be upon him) says that there is a similarity of Universal flow and brotherhood from Adam onwards. So, in a way what the Qur'an says is that God has sent his prophets to different communities in different ages. All of them have preached at their level. That is why the Qur'an says, "we do not differentiate between one prophet and others." That is a very broad statement. Similarly, I tell people. Just try to change their sense of type, images of Islam. Simply, I tell...

Muslims that Islam is not what the so-called 'scholars' of Islam tell. Instead, we all should try to understand Islamic belief and teachings through studying the Qur'an thoroughly and the life and works of Prophet Muhammad (Peace be upon him) who was the real interpreter of the Divine Book.

Then what about the concept of jihad, in the name of which so many Islamic groups are justifying their action? At last, that is what one hears in current of the world, be it Kashmir or Afghanistan.

In both Kashmir and Afghanistan, the ongoing disturbances have nothing to do with Islam as such. Because, according to the Qur'an, jihad by of two types. Jihad-i-Asghar and jihad-i-Akbar. In the first, a Muslim can resort to violence only when someone tries to harm or try to kill him/her or to forcibly snatch away his property or convert him or violate the Islamic Divine law or take away his A'zadi (freedom). Of what I have said regarding jihad-i-Akbar, which is the greatest jihad indeed, the ideal Muslim is one who constantly fights the sense of evil within his own 'individual self', similarly trying to expose the evils in the society in a non-violent manner through the power of the pen and from every step, the main feature of violence...

particularly, the philosophy of absolute monotheism. This, in turn, means Hindus and Muslims, have no fundamental difference.

How do you, then, explain the many wars fought in the past for the sake of Islam?

This is a serious question and needs to be viewed in a proper historical context. Here, two, things are important. One is that Islam was, conveniently used to justify these wars by the Muslim kings. It was no doubt wrong but then the fact is that rulers belonging to other religions were doing exactly the same thing. Take the example of the famous crusades which lasted 200 years from 800 A.D. to 1000 A.D. between Muslims and Christians for the control of Constantinople. Here, Christians used slogans like extermination of Islam and exterminate Muslims. In fact, throughout these 200 years Western literature and that included every European language — was full of abuses against Islam and every thing to do with Islam. For Prophet Muhammad (pbuh), they even coined a new word "Mahound" meaning a devil or a ham devil," which meant "come for war or other Hindu kingdom and demand "yud- submit your kingdom to me." Going by the same logic, I must say that there have been more wars among Rajputs than between Muslim conquerors and Indian kings.

Regarding the looting of wealth and the accompanying brutalities by the Muslim conquerors, it was not something unique to the fact that, the conquerors, were Muslims. Many people do not know that Mahmood of Ghazni had Hindu generals named Tilak who superseded the Rafiullah in the then Turkistan so brutally that it had no parallels.

Your views on the charges that the Muslim conquerors and then the Muslim rulers converted many Hindus to Islam by using force?

Nothing can be more preposterous than this. Any research to say unbiasedly that the converts were those who just rebelled against the overwhelming major, oppressively that the highly tyrannical and often Brahminical social order. At least, that is what happened in Bengal and Gu[jarat]...

# SA Muslim

JEDDAH: SPEAKING to Sheikh Nazeem Muhammad, the leader of South Africa's Muslims, fills one with a great deal of admiration for the major role played by the Muslims under the able leadership of the likes of Sheikh Nazeem and Imam Abdullah Haron, who was martyred when he was murdered in detention by the notorious security police of that country during the years of oppression, *Saudi Gazette* wrote last week.

Tracing the secret communications with President Nelson Mandela during the ANC leader's incarceration on Robben Island off Cape Town, Sheikh Nazeem narrated the warm relations which developed with the ANC national leadership, and their respect for Islam.

In the days of negotiations with the previous government prior to the formation of the government of national unity, the ANC National Executive met at the house of Ebrahim Bhorat, a dedicated Muslim businessman from Cape Town. Sheikh Nazeem was called on by the NEC, to say a prayer before they commenced their work. That struck him as indicative of the ANC's profound reverence for the Faith of Truth.

Sheikh Nazeem was offered a seat in the Senate by Mandela. But he declined as he...