# EXHIBIT 22

# Muslim World

Monday, July 1 1996 Safar 15 1417H -- Safar 22 1417H

## Muslim World League deplores heinous crime

# Alkhobar blast evokes world outrage



The residential building destroyed by the powerful truck bomb in Alkhobar on Tuesday.

Congress of its people and development of its resources, it stated.

An official source at the Interior Ministry confirmed death of 19 Americans in blast. The source said the wounded included 147 Americans, 118 Bangladeshis, 15 Saudis, four Egyptians, two Jordanians, two Indians and two Filipinos.

The ministry announced SR10 million reward for those who give information leading to the arrest of perpetrators or those assisted in last night's bombing. The ministry urged citizens and residents to cooperate with the security forces to arrest the perpetrators.

The blast left a crater 45 feet (meters) long and 35 feet (meters) deep and may have been caused by up to 5,000 pounds (2,450 kilograms) of explosives, said a Pentagon official who asked not to be named. Saudi and American investigators, meanwhile, found the crank shaft and chassis of the truck carrying the explosives.

Officials said the chassis contained a serial number that could help track down the truck's origin, and officials said they had received a "good description" of the two men who parked the truck outside the housing compound. They have also identified the getaway car of the two men as a white Chevrolet Caprice.

The U.S. Air Force said 2,340 Americans are stationed at Dhahran, including pilots who help enforce the no-fly zone over southern Iraq.

In Makkah, Secretary General of the Muslim World League Dr. Abdullah Al-Obeid denounced the heinous crime and expressed his deep sorrow over the tragic incident, which resulted in killing several people, destroying property and panicking peaceful people.

"This tragic incident is one of the criminal acts which aim at destabilizing the Gulf region and this safe and secure country which has the honor of serving the two holy mosques and spreading the message of Islam the worldover.

Dr. Obeid prayed to Almighty Allah to protect the security and stability of Saudi Arabia under the able leadership of King Fahd. He also hoped that the efforts of security organs would succeed in arresting the bombers.

In New York, the U.N. Security Council condemned the Alkhobar bombing as a terrorist act. The 15 council members "re-emphasized their strong condemnation of all acts of terror and consider them alien to the moral and spiritual values shared by all the peoples of the world," council President Nabil Elaraby of Egypt told reporters.

Arab foreign and information ministers meeting in Cairo also condemned the attack. Saudi Information Minister Dr. Fuad Al-Farsi called for joint efforts to combat terrorism, which is alien to Arab and Islamic societies. The Arab League and the Organization of Islamic Conference also deplored the "cowardly" bomb attack.

"We strongly denounce this act of cowardly terrorism which goes against all our Arab and Islamic traditions and which cost the lives of innocent people," Arab League Secretary-General Dr. Esmat Abdul Meguid said.

## IIRO thanks Sultan for support



Prince Sultan

The Jeddah-based International Islamic Relief Organization (IIRO) has received a check for SR500,000 from Prince Sultan, second deputy premier and minister of defense and aviation. The amount represents first installment of an SR1 million annual donation pledged by Prince Sultan to the IIRO, the Islamic world's largest relief organization.

"Prince Sultan's donation comes as per the directives of Custodian of the Two Holy Mosques King Fahd and Crown Prince Abdullah to support Muslims," an IIRO statement said. Dr. Abdullah Al-Obeid, secretary-general of the Muslim World League and president of IIRO's constituent council, as well as Dr. Fareed Qurashi, IIRO's secretary-general, thanked Prince Sultan for the donation and his continuous support to the organization.

The IIRO, which was established in 1978, has grown into a full-fledged relief agency to become one of the largest 10 international relief organizations.

Its activities included sponsoring of orphans, building and running of medical and educational institutions, Quran schools and vocational training centers. "IIRO serves refugees, victims of wars and calamities, orphans, widows and the poor.

It also provides education to more than 580,000 poor Muslim students in different countries," the statement said. A non-profit independent organization, IIRO's activities cover about 100 countries. More than four million people benefited from IIRO's health services last year, it said.

IIRO has implemented 279 health projects including 18 hospitals, 161 clinics, 12 pharmacies and six nutrition centers in 45 countries.

It also supported the setting up of 90 medical laboratories. IIRO was the first relief organization to enter the war-ravaged Bosnia. It saved thousands of Bosnian Muslims from starvation. In 1993, it started a program to look after 5,000 Bosnian children, giving them shelter, food, healthcare and education. Its volunteers are deployed in different parts of Bosnia.

Muslim minorities in Asia and Africa have greatly benefited from IIRO's projects such as "Iftar Saem" and sacrificial meat. Its Riyadh chapter alone has distributed 23,000 sacrificial cattle heads, dug over 90 artisan wells, provided health facilities to more than 3.4 million persons in 44 countries. IIRO, which supports to 250 orphanages worldwide, plans to cover 100,000 Muslim orphans this year under its orphan sponsorship scheme.

Introduced in 1985, IIRO's education program, aims at social, cultural and economic uplift of Muslims. "Education is the only way to get rid of poverty and backwardness of Muslims and help them secure decent jobs," Dr. Qurashi said.

The education program includes scholarships, sponsoring of teachers and supporting educational institutions. At present, it funds more than 350 institutions including 20 colleges and five boarding schools in 38 countries. It sponsors 395 teachers in 148 countries.

# Erbakan forms coalition govt in T[urkey]



ANKARA -- Turkey got its first Islamist prime minister in its modern secular history on Friday, after Welfare...

not be implemented," he said. Erbakan did not specify which provision he had in mind but his Welfare p-...