# EXHIBIT 23

Not equal are those believers who sit (at home) and receive no hurt, and those who fight in the cause of Allah with their wealth and lives. (4:95)

# the Muslim World

16                                                         Monday July 26, 1999, Rabiul Thani 13, 1420H

## Saudi Arabia expresses deep sorrow

## King Hasan II of Morocco passes away

RABAT – King Hasan II of Morocco died Friday (July 23, 1999) at 1600 GMT after a heart attack, official television said.

The monarch, who celebrated his 70th birthday on July 9, entered Rabat's civilian Avicenne Hospital at around midday with an acute pneumopathy warranting cardio-respiratory monitoring.

Moroccan television had been broadcasting verse from the Holy Qur'an since news of his hospitalisation was announced in the afternoon.

The king was hospitalised four years ago in the United States suffering from lung problems, and has had respiratory complaints ever since.

Hasan, following an official visit to France last week, appeared tired on his return to Rabat. Informed sources said Friday night that Hasan's remains were transferred to his palace in Rabat where he resided most of the year.

Prince Sidi Muhammad, the late king's eldest son and Morocco's heir to the throne, will be inaugurated as King Muhammad VI within the next few days, in a brief message to the Moroccan people the ruler-to-be called for calm and patience.

Meanwhile, in Jeddah, the Royal Court of the Kingdom of Saudi Arabia issued a statement expressing deep sorrow and sadness over the death of King Hasan II which is a loss to the Arab and Islamic nations (Ummah). The statement said that the Kingdom shares with King Hasan's offspring, family and the Moroccan people the feelings of sorrow and agony.

The Kingdom prays to Allah to bestow His mercy on the deceased and grant patience and consolation to the Arab and Islamic Ummah.

The late King Hasan II was one of the outstanding Arab leaders. He carried out big roles at the Arab and Islamic levels and was keen that Morocco should host Arab and Islamic summits in order to find solutions to the issues and challenges facing the Ummah.

He was chairman of the Al-Quds Committee, an affiliate of the Organisation of the Islamic Conference (OIC) for several years.

US President Bill Clinton expressed his heartfelt condolences to the King's family and to the people of Morocco and monarchies.

His grip on power and personal popularity among Morocco's 29 million people was acknowledged even by political opponents who tried to unseat the man they called the great survivor.

King Hasan was entrhoned in 1961 and had miraculous escapes in 1971 and 1972 when army rebels tried to kill him. Leftists tried an uprising in 1973 after several assassination plots were aborted.

King Hasan was a key mediator in the Middle East peace process whose contacts with Israeli leaders led to the 1978 peace accord between Egypt and Israel.



Picture, dated March 27, 1993, shows King Hasan II of Morocco addressing the nation from the Royal Palace in Rabat. The King died on July 23, 1999 in Rabat, at the age of 70.

King Hasan II survived several military coups, leftist plots and opposition from Muslim activists during more.

## MWL tries to forge among factions Danish Muslim

COPENHAGEN – The Muslim World League (MWL) of Denmark is estimated to be between 100,000 and 130,000, and is divided into the following ethnic categories: Turks 35,000, Iranians 10,000, Yugoslavs and Albanians 10,000, Pakistanis and Bangladeshis 10,000, Iraqis 7,000 and a similar number of Palestinians, Syrians and Lebanese. The Moroccans make up 5,000, while Sri Lankans make up several thousands, and there are numerous other from various ethnic backgrounds.

The first immigrations into Denmark began soon after the World War II, mainly because there was increased demand for manpower resulting from the need for reconstruction following the war's devastation. Furthermore, there was a lot of investment in industries and the local manpower availability was limited.

The first mosque built by the Muslims of Denmark was in the early seventies when the Arab minority there built a small mosque and called it The Followers Mosque.

But the first substantial prayer congregation to be held by the Muslims was in 1971 when about 6,000 of them assembled to perform the Eidul Adha prayers, after obtaining permission from the Danish authorities.

It was in the wake of this show of unity that a group of Muslims met to discuss the possibility of setting up an Islamic centre and a main mosque. Then in the mid-seventies the Muslim World League (MWL) of Danish capital, Copenhagen, build the first Islamic school taught alongside the Arabic, eadily the number of mosque and by December of 67 mosques and 16 Islamic associations.

As for Islamic associations, the Muslims began with mid-seventies, the Muslim which was formed by the Arab, Turkish and Pakistan. This then led to the establishment of the Cultural Centre.

In view of the ethnic and the Muslim minority in Denmark challenge facing them is sensus of opinion. In fact opinion reach a point where fasting times, including the crescent, differ from one another.

The MWL, for its part, some time to narrow the Muslims of Denmark, and Wakf (Trust) that aims to uslims of Denmark but also ing Sweden.

Sheikh Ahmad Abul Latif Dawah worker in the whole of Palestinians origin, has sector of the Wakf for a period



### Prince Sultan donates SR5m for Kosova

RIYADH -- Prince Sultan bin Abdul Aziz, the Second Deputy Premier and Minster of Defence and Aviation, donated five million Saudi riyals to the Joint Saudi Committee for Relief of Kosovar Refugees.

Chairman of the committee Dr. Abdur Rehman al-Suwielim thanked Prince Sultan for this generous act.

Meanwhile, a plane with relief materials left Riyadh recently for Albanian capital of Tirana as part of the Kingdom's airlifting of relief supplies, to alleviate the suffering of Kosovars...

## Misuari, Salamat forge pact on Mi

CAMP ABUBAKAR (Magu-indanao) – The top leaders of the Moro National Liberation Front (MNLF) and the Moro Islamic body whose sole purpose is to help strengthen the peace process and to prevent the two groups from engaging in hostilities, he said. It is already proclaimed and the MNLF has armed cooperation. Jafar stressed