# EXHIBIT 24

> ye who believe! Persevere
> patience and constancy;
> in such perseverance;
> engthen each other; and
> Allah that ye may
> sper. — The Qur'an
> 200)

# The Muslim World

ue No: 1672, October 20, 2000 — Rajab 23, 1421H.   A weekly published every Friday from the Muslim World League, Makkah.   Price:



Palestinians carry the body of a colleague killed by Israeli forces for funeral.



Prince Abdullah talking to the doctors attending on injured Palestinians in Riyadh.

## Over SR140 million donated for Al-Quds Intifada

JEDDAH — The telethon conducted, on the directives of Custodian of the Two Holy Mosques King Fahad bin Abdul Aziz of Saudi Arabia by the Saudi Television for the heroes of Al-Quds Intifada drew an overwhelming response from donors.

Last week, within 10 hours after the telethon began, the donations totalled more than SR90 million. The telethon was scheduled to close at 1.00 AM on October 11 but it was extended to 3.00 AM due to the huge response from donors.

The total donations have reached over SR140 million in the two days of the fund-raising campaign in the Kingdom and include SR30 million from King Fahad, SR10 million from Crown Prince Abdullah bin Abdul Aziz, the Deputy premier and Commander of the National Guard, and SR10 million from Prince Sultan bin Abdul Aziz, the Second Deputy Premier, Minister of Defence and Aviation and Inspector-General.

Donors at the telethon, who included children as well, gave cash, jewellry and a variety of goods. These included a water tanker, shares in companies, a dagger, a pistol and a toy slingshot. A woman donated her house. The cash donations ranged from SR50 to SR10 million by an anonymous donor. The donations were given either individually or in groups.

King Fahad has asked Prince Naif bin Abdul Aziz, the Interior Minister of Saudi Arabia, to issue a directive to governors to open the door for donations.

Governor of the Makkah region Prince Abdul Majeed bin Abdul Aziz launched the campaign to collect donations for the Palestinian people. He urged the citizens and expatriates to make this campaign a success and said that the people of the Makkah region would be pioneers of this blessed effort.

King Fahad has also ordered the supply of 20 fully equipped ambulances to the Palestinian Authority, in view of the violence taking place in the occupied Palestinian territories. On the directives of the King some 30 tons of medicines has been delivered to the Palestinian Ministry of Health.

King Fahad received a telephone call from Palestinian President Yasser Arafat who thanked the King for his honourable stand and his generous support to the Palestinian people.

Meanwhile Governor of the Riyadh region Prince Salman bin Abdul Aziz has also urged the citizens and residents to deposit their donations in the unified account number 98 at a number of banks. In his statement, released on October 10, the Governor drew attention to the vicious massacres committed by the occupying Israeli forces in Palestine.

In Abu Dhabi, UAE President Sheikh Zayed bin Sultan al-Nahayan donated 30 million dirhams ($8.2 million) to support the Palestinian uprising. The money is to support the resistance of the Palestinians against Israeli aggressions," it said. — SPA

## ing orders intifada fund, donates SR30 million

## ingdom warns Israel

DH — Crown Prince Abbin Abdul Aziz, the Deputy emier and Commander of tional Guard, stated on r 9 that the Kingdom of Arabia would not stand Israel attacked Syria and n. "Israeli Prime Minishud Barak must think y before making the t irrational and ine step ... and no one can that the Kingdom and ire Arab-Islamic nation remain idle as hand-tied rs," Prince Abdullah said a visit to injured Pals beign treated at a Risptital.

said on October 7 that Isuld hold Syria, the main broker in Lebanon, ree if violence continued Lebanese-Israeli border. 's Mujahideen launched d Israeli positions on 7 and took hostage aeli soldiers.

Arabia also denounced brutal attacks against inPalestinians as terrorist urged the internaitonal ity toS stop the Jewish rutalities and inhuman a statemnt issuedafter ly Cabinet meeting on 9 the Kingdom re-

affirmed its full backing to the Palestinians.

The meeting, presided over by Custodian of hte Two Holy Mosques King Fahad bin Abdul Aziz, welcomed the Arab summit to be held in CAiro on October 21-22 to discuss the latest developments in Palestine and said the Kingdom had always supported joint Arab action to serve Arab causes. "We'll attend the summit carrying the pains and dreams of the Ummah," Prince Abdullah said, adding that the Kingdom would support the stand that strengthened the Palestinian position.

King Fahad urged the regional governors to launch a fund-raising campaign for a fund to support the Palestinians intifad (the uprising to liberate Occuupied Jerusalem). The King himslef donated SR30 million to the fund while Pricne Abdulalh gave SR10 million. The King also ordered airlift of 50 more Palestinians injured by Israeli gunfire to treat them at Saudi hospitals.

On October 9, Prince Abdullah visited the injured Palestinians who are unde treatment at the King Faisal Specialist Hospital in Riyadh and stated

Quds (Jerusalem) or any part of it. He decorated the m with a King Abdul Aziz Medal of hte Third Order in appreciation of their heroic role to restore usurped Arab and Palestinian rights. He also conferred a similar medal on aPalestinain fathaer who accompanied his injured son. "The injuries you have sustained are the medals you have received for your bravery and each drop of Arab blood shed on the land fo Palestine will only strengthen yyour pride, valur and heroism," he said.

Violent incidents flared in hte Palestinain territories on October 9 ahead of the expiry of an Israeli ultimatum and hte arrival in the region of UN Chief Kofi Annan in a bid to defuse hte tension in the Middle EAst. Dozensof Palestinaisn were injured in clashes with Israeli troops only hours before the expirry of an Israeli ultimatum for the Palestinaisn to end hte fighting or face the collapse fo the peace process.

In the most violent confrntation, Israeli forces fired on hundreds of youth throwing stones at soldiers posted at El-Bireh north of the West Bank town of Ramallah, inuring 45 people. —