# UNITED STATES DISTRICT COURT
## District of Columbia

THOMAS BURNETT, SR., in his own right
as the Father of THOMAS E. BURNETT, JR.,
Deceased, et al.,

   Plaintiff(s),

         V.

AL BARAKA INVESTMENT AND DEVELOPMENT
CORPORATION, a/k/a AL BARAKA BANK a/k/a
DALLAH ALBARAKA GROUP, LLC, et al.,

   Defendant(s).

SUMMONS IN A CIVIL CASE

CASE NUMBER: 1-02-01616-JR

TO: (Name and address of Defendant)
MAR-JAC POULTRY, INC.
1020 Aviation Boulevard
Gainesville, Georgia 50501

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Harry Huge, Esq.
Market Street North
401 Ninth Street NW
Suite 450
Washington, DC 20004
(202) 824-6045

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          SEP 2 6 2002

CLERK                                DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | November 12, 2002 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| John Roberson | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 1020 Aviation Blvd., Gainesville, GA
peraonally handed to Doug Carnes, registered agent

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0.00 | 89.00 | 89.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    November 13, 2002         *[signature: John H. Roberson]*
                   Date                    Signature of Server

746 Highway 314
Fayetteville, GA   30214

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.