UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Civil Action No. **03 MDL 1570 (RCC)** **NOTICE OF APPEARANCE** |

**This document relates to:**

**Thomas E. Burnett, Sr., et al. v. Al Baraka Investment and Development Corp., et al., 03 CV 9849 (RCC)**

**Thomas E. Burnett, Sr., et al. v. Al Baraka Investment and Development Corp., et al., 03 CV 5738 (RCC)**

To the Clerk of this Court and all Parties of Record:

PLEASE TAKE NOTICE that Kenneth A. Caruso, Esq., of Chadbourne & Parke LLP, 30 Rockefeller Plaza, New York, NY 10112, hereby appears, without waiving any defenses, in the above-captioned action with regard to the Burnett actions bearing civil action numbers 03 CV 9849 and 03 CV 5738 as counsel for defendant Yousef Jameel, and agrees to accept electronic service of all notices and other papers at the following email address:

+MDL1570@chadbourne.com

Dated: New York, New York
May 17, 2004

CHADBOURNE & PARKE LLP

By: /s/ Kenneth A. Caruso
Kenneth A. Caruso (KC-7769)
A Member of the Firm
30 Rockefeller Plaza
New York, New York 10112
(212) 408-5100
kcaruso@chadbourne.com

Counsel for Defendant Yousef Jameel

**This document has been electronically filed**