KING & SPALDING LLP
Richard A. Cirillo  (RC 7472)
Richard T. Marooney, Jr.  (RM 0276)
Jeanette M. Viggiano  (JV 0802)
1185 Avenue of the Americas
New York, NY  10036-4003
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222

*Attorneys for Defendant Arab Bank Plc*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
                                                                   :
**In re Terrorist Attacks on September 11, 2001**                  :  03 MDL 1570 (RCC)
                                                                   :
------------------------------------------------------------------ x

This Document Relates To:                                          :

*Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al.*;          :  03 CV 5738 (JR)
*Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al.*;          :  03 CV 9849 (RCC)
*Federal Insurance Co., et al. v. Al-Qaida, et al.*;               :  03 CV 6978 (RCC)
*O'Neill, et al. v. Kingdom of Saudi Arabia, et al.*               :  03 CV 1922 (RCC)
------------------------------------------------------------------ x

## DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Defendant Arab Bank Plc, by and through its undersigned counsel, and in accordance with Rule 7.1 of the Federal Rules of Civil Procedure, submits this disclosure statement in the above-captioned matters and respectfully states as follows: (i) Arab Bank Plc has no parent company and (ii) no publicly-held company owns more than 10% of Arab Bank Plc stock.

Dated: New York, NY
      May 21, 2004

                Respectfully submitted,

                KING & SPALDING LLP

                By:   /s/ Richard T. Marooney, Jr.
                    Richard A. Cirillo  (RC 7472)
                    Richard T. Marooney, Jr.  (RM 0276)
                    Jeanette M. Viggiano  (JV 0802)
                    1185 Avenue of the Americas
                    New York, New York  10036-4003
                    Telephone:  (212) 556-2100
                    Facsimile:  (212) 556-2222

                *Counsel for Defendant Arab Bank Plc*