KING & SPALDING LLP
Richard A. Cirillo  (RC 7472)
Richard T. Marooney, Jr.  (RM 0276)
Jeanette M. Viggiano  (JV 0802)
1185 Avenue of the Americas
New York, NY  10036-4003
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222

*Attorneys for Defendant Arab Bank Plc*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

                    :

**In re Terrorist Attacks on September 11, 2001**   :     03 MDL 1570 (RCC)

                    :

-------------------------------------------------------------- X

This Document Relates To:          :

*Burnett, et al. v. Al. Baraka Inv. & Dev. Corp., et al.*;  :     03 CV 5738 (JR)
*Burnett, et al. v. Al. Baraka Inv. & Dev. Corp., et al.*;  :     03 CV 9849 (RCC)
*Federal Insurance Co., et al. v. Al-Qaida, et al.*;        03 CV 6978 (RCC)
*O'Neill, et al. v. Kingdom of Saudi Arabia, et al.*    :     03 CV 1922 (RCC)

-------------------------------------------------------------- X

## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on the 21st day of May, 2004, I filed a true and correct copy of the foregoing DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 with the United States District Court for the Southern District of New York via the Court's Electronic Case Filing ("ECF") system, which constitutes service upon all parties who are Filing Users in the above-captioned action, pursuant to Procedure 9 of the Court's Procedures for ECF.

                                     *Jeanette M. Viggiano*

                                     Jeanette M. Viggiano