KING & SPALDING LLP
Richard A. Cirillo  (RC 7472)
Richard T. Marooney, Jr.  (RM 0276)
Jeanette M. Viggiano  (JV 0802)
1185 Avenue of the Americas
New York, NY  10036-4003
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222

*Attorneys for Defendant Arab Bank Plc*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

|  |  |  |
|---|---|---|
| **In re Terrorist Attacks on September 11, 2001** | : | 03 MDL 1570 (RCC) |

------------------------------------------------------------------ X

| This Document Relates To: | : | |
|---|---|---|
| *Federal Insurance Co., et al. v. Al-Qaida, et al.*; | : | 03 CV 6978 (RCC) |
|  | : | **ORAL ARGUMENT REQUESTED** |

------------------------------------------------------------------ X

## ARAB BANK PLC's MOTION TO DISMISS

PLEASE TAKE NOTICE THAT Arab Bank Plc, a defendant in this action, will move this Court before the Honorable Richard Conway Casey, at a date and time to be set by the Court, in the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, for an Order dismissing the First Amended Complaint in the above-captioned matter pursuant to Federal Rule of Civil Procedure 12(b)(6) on the ground that the First Amended Complaint fails to state a claim upon which relief might be granted and for such other relief as the Court may deem just and proper.  The basis for Arab Bank's motion is set forth in its attached memorandum of law filed and served on May 21, 2004.

Dated: New York, New York
       May 21, 2004

                          Respectfully submitted,

                          KING & SPALDING LLP

                          By:   /s/ Richard T. Marooney, Jr.
                              Richard A. Cirillo  (RC 7472)
                              Richard T. Marooney, Jr.  (RM 0276)
                              Jeanette M. Viggiano  (JV 0802)
                              1185 Avenue of the Americas
                              New York, New York  10036-4003
                              Telephone:  (212) 556-2100
                              Facsimile:  (212) 556-2222

                            *Counsel for Defendant Arab Bank Plc*