THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | **Civil Action No. 03MDL1570 (RCC)**<br>Relates to: C.A. No. 03 CV 6978 (RCC) |

**ORDER**

This matter is before the Court upon the motion of the Royal Embassy of Saudi Arabia, HRH Prince Bandar bin Sultan bin Abdulaziz, HRH Princess Haifa Al-Faisal, Ahmed A. Kattan, and Abdul Rahman I. Al-Noah, (the "Movants") for a protective order to preclude discovery sought in the subpoenas duces tecum served on Riggs National Bank, N.A. by Plaintiff Federal Insurance Company. Upon consideration of said motion, the opposition, the supporting materials and arguments, and for good cause shown,

**IT IS HEREBY ORDERED** this _____ day of _____, 2004 that the Movants' motion is **GRANTED** and that Plaintiffs are precluded from seeking discovery of Riggs National Bank, N.A., Movants and other defendants and non-parties covered by the Foreign Sovereign Immunities Act and diplomatic immunity.

_____
United States District Judge