THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE:  TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | ) ) ) ) ) **Civil Action No. 03MDL1570 (RCC)** Relates to:  C.A. No. 03 CV 6978 (RCC) |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 26(c)(1), The Royal Embassy of Saudi Arabia, HRH Prince Bandar bin Sultan bin Abdulaziz, HRH Princess Haifa Al-Faisal, Ahmed A. Kattan, and Abdul Rahman I. Al-Noah  ("Movants"), by and through undersigned counsel, hereby make a limited appearance for the purpose of moving for a protective order, before the Honorable Richard C. Casey, United States District Judge, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court.  A memorandum of law in support of this Motion is annexed hereto.

Dated: May 24, 2004					Respectfully Submitted,


					_____/s/_____
					Mark C. Hansen (MH0359)
					Michael K. Kellogg (MK4579)
					Michael J. Guzman (MG9623)
					J.C. Rozendaal (JR1430)
					Kellogg, Huber, Hansen,
					  Todd & Evans, P.L.L.C.
					Sumner Square
					1615 M Street, N.W., Suite 400
					Washington, D.C. 20036
					Telephone:    202-326-7900
					Facsimile:     202-326-7999

					*Attorneys for HRH Prince Bandar bin*
					*Sultan bin Abdulaziz, HRH Princess Haifa*
					*Al-Faisal, the Royal Embassy of Saudi*
					*Arabia, Ahmed A. Kattan, and Abdul*
					*Rahman I. Al-Noah*