# EXHIBIT C



ATLANTA                                                                    NEW YORK
CHARLOTTE                                                                  NEWARK
CHERRY HILL                                                                SAN DIEGO
CHICAGO                          COZEN                                     SAN FRANCISCO
DALLAS                                                                     SEATTLE
DENVER                           O'CONNOR                                  TRENTON
LAS VEGAS                                                                  WASHINGTON, DC
LONDON                           ATTORNEYS                                 WEST CONSHOHOCKEN
LOS ANGELES                                                                WICHITA
                                                                           WILMINGTON

                              A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com

May 10, 2004

Mark T. Mullen
Direct Phone 215.665.2091
Direct Fax   215.665.2013
mmullen@cozen.com

**VIA FACSIMILE**

Michael J. Guzman, Esquire
Kellogg, Huber, Hansen, Todd & Evans, P.L.L.C.
Sumner Square
1615 M. Street, N.W.
Suite 400
Washington, D.C. 20036

Re: *In Re: Terrorist Attack on September 11, 2001 MDL No. 1570; Federal Insurance Company, et al. v. Al-Qaeda, et al., Case No. 03-CV 6978*
Our File No.:   117430

Dear Mike:

      In light of Judge Casey's Order scheduling a status conference on May 25, 2004, wherein we expect his honor to address issues relating to discovery generally in the consolidated actions and in particular in our Federal Insurance Company action, we agreed to withdraw without prejudice the subpoenas served on Riggs National Bank, N.A. that request records relating to your clients, the Royal Embassy of the Kingdom of Saudi Arabia, HRH Prince Bandar bin Sultan bin Abdulaziz, HRH Princess Haifa Al-Faisal, Ahmed A. Kattan, and Abdul Rahman I. Al-Noah. As you are aware, when Mr. Hansen of your office originally requested, through Judge Casey, that we withdraw the subpoenas, the Court had not yet scheduled the status conference where the parties will be able to present their respective arguments concerning the proper timing and scope of discovery in MDL No. 1570. We believe the proper forum in which to raise the merits of those issues is with Judge Casey rather than a federal district judge in the jurisdiction where we are compelled to issue the subpoenas from pursuant to Rule 45.

      We will file a reply memorandum to your motion in the miscellaneous action you have filed in the United States District for the District of Columbia to advise the court that the motion to quash is moot as a consequence.

Michael J. Guzman, Esquire
May 10, 2004
Page 2

Please let me know if you have any questions.

Very truly yours,

COZEN O'CONNOR

BY:   MARK T. MULLEN

MTM/lmj

cc: Ms. Kathy Hays, Custodian of Records (Via Federal Express)
Matthew Harrington, Esquire (Via Federal Express)