## THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | ) ) ) ) | **Civil Action No. 03MDL1570 (RCC)** <br> Relates to: C.A. No. 03 CV 6978 (RCC) |

### ORDER

This matter is before the Court upon the motion of the Royal Embassy of Saudi Arabia, HRH Prince Bandar bin Sultan bin Abdulaziz, HRH Princess Haifa Al-Faisal, Ahmed A. Kattan, and Abdul Rahman I. Al-Noah, (the "Movants") for a protective order to preclude discovery sought in the subpoenas <u>duces tecum</u> served on Riggs National Bank, N.A. by Plaintiff Federal Insurance Company. Upon consideration of said motion, the opposition, the supporting materials and arguments, and for good cause shown,

**IT IS HEREBY ORDERED** this _____ day of _____, 2004 that the Movants' motion is **GRANTED** and that Plaintiffs are precluded from seeking discovery of Riggs National Bank, N.A., Movants and other defendants and non-parties covered by the Foreign Sovereign Immunities Act and diplomatic immunity.

_____
United States District Judge