**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL 1570 (RCC) |
| This document relates to: | |
| KATHLEEN ASHTON, et al, Plaintiffs, v. AL-QAEDA ISLAMIC ARMY, et al., Defendants. | 02 CV 6977 (RCC) |

**STIPULATION**

It is hereby stipulated and agreed by undersigned counsel for Plaintiffs and Defendants Rabita Trust, Wa'el Jalaidan, International Islamic Relief Organization, Saleh Abdullah Kamel, and Al Baraka Investment and Development Corp. ("Defendants") that the time for Defendants to submit their reply briefs in connection with their motions to dismiss the Fourth Amended Master Consolidated Complaint has been extended until June 4, 2004.

DATED this 26th day of May, 2004

FOR PLAINTIFFS

_____/s/_____

Andrew J. Maloney, III (AM 8684)
Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590

FOR DEFENDANTS RABITA TRUST, WA'EL JALAIDAN, INTERNATIONAL ISLAMIC RELIEF ORGANIZATION, SALEH ABDULLAH KAMEL, AND AL BARAKA INVESTMENT AND DEVELOPMENT CORP.

_____/s/_____

Martin F. McMahon, (MM4389)
Martin McMahon & Associates
1150 Connecticut Avenue, NW
Suite 900
Washington, D.C. 20036