LAW OFFICES
**Mellon Webster & Shelly**
A PROFESSIONAL CORPORATION
87 NORTH BROAD STREET
DOYLESTOWN, PA 18901
215-348-7700 • Fax 215-348-0171

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR

JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-24-04

May 20, 2004



Via Federal Express

The Honorable Richard Conway Casey
ATTENTION: MICHAEL BRANTLEY
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1350
New York, NY 10007-1312

   RE:   *In Re Terrorist Attacks on September 11, 2001*
         *03 MDL 1570 (RCC)*
         *ECF Case*
         *Proposed Case Management Order No. 3*

Dear Mr. Brantley:

   Thank you for your telephone call yesterday, May 19, 2004. Hopefully, you received my two voice mail messages responding to your inquiry. My apologies for not including the caption in my correspondence of May 12, 2004. If I can be of further assistance, please so advise.

                                    Very truly yours,

                                    *[signature]*

                                    THOMAS E. MELLON, JR.

TEM:vmk

**APPLICATION GRANTED**
*[signature]*
HON. RICHARD CONWAY CASEY 5-24-04

**MEMO ENDORSED**
IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing a copy to all counsel and retaining verification of such in case file. Do not fax such verification to Chambers.



LAW OFFICES
*Mellon Webster & Shelly*
A PROFESSIONAL CORPORATION
87 NORTH BROAD STREET
DOYLESTOWN, PA 18901
215-348-7700 • Fax 215-348-0171

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR

JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

May 12, 2004

The Honorable Richard Conway Casey
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1350
New York, NY 10007-1312

03 MDL 1570 (RCC)

RE: *Proposed Case Management Order No. 3*

Dear Judge Casey:

With regard to Proposed Case Management Order No. 3, please accept a small but important amendment to the current language. Please make the following change to Paragraph No. 6:

*Thomas E. Mellon, Jr. of Mellon, Webster & Shelly or Dennis G. Pantazis of Wiggins, Childs, Quinn & Pantazis*

I apologize to the Court for this oversight. Thank you for making this important correction.

Very truly yours,

THOMAS E. MELLON, JR.

TEM:kam

cc:   All Counsel (via email)