# Exhibit 9

 

الرقم :
التاريخ :
المرفقات :

I , the Minister of Justice of the Kingdom of Saudi Arabia confirm that , the following organizations are legally established in the Saudi Arabia and are permitted to operate under its laws and regulations ;
  A. Muslim World League
  B. World Assembly of Muslim Youth
  C. Al-Haramain Islamic Foundation
  D. International Islamic Relief Organization; and
IN WITNESS WHEROF, in my capacity as Minister of Justice , the foregoing has been executed in Riyadh on this ___/___/1425H.(___/___/2004)

Minister of Justice of the Kingdom of Saudi Arabia

Name : Abdullah Mohammed Ibrahim Al Sheikh

Signature

21/3/2004

Stamp

أنا وزير العدل بالمملكة العربية السعودية أؤكد أن الهيئات المذكورة أدناه مؤسسة نظاميا في المملكة ولها أن تعمل فيها حسب الأنظمة واللوائح

أ- رابطة العالم الإسلامي
ب- الندوة العالمية للشباب الإسلامي
ج- مؤسسة الحرمين الإسلامية
د- هيئة الإغاثة الإسلامية

اشهاداً بذلك ، فإني بصفتي وزيراً للعدل ،
تم التوقيع على هذا في الرياض
في
يوم __/__/ ١٤٢٥هـ الموافق
__/__/٢٠٠٤م

وزير العدل بالمملكة العربية السعودية

الاسم : عبدالله بن محمد بن إبراهيم آل الشيخ

التوقيع :

الختم :