## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2004, the foregoing Reply Memorandum in Support of The National Commercial Bank's Motion to Dismiss and the Supplemental Affidavit of Mitchell R. Berger (and accompanying Exhibits) was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

<u>/s/ Ugo Colella</u>
Ugo Colella