IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re Terrorist Attacks on September 11, 2001 ) ) ) ) ) | 03-MDL-1570<br>ECF Case |

*Relates to:*
*Ashton v. Al Qaeda Islamic Army*, 02-CV-6977 (RCC)
*Burnett v. Al Baraka Investment & Development Corp.*, 03-CV-5738 (RCC)
*Federal Insurance Co. v. Al Qaida*, 03-CV-6978 (RCC)
*Barrera v. Al Qaeda Islamic Army*, 03-CV-7036 (RCC)
*Salvo v. Al Qaeda Islamic Army*, 03-CV-5071 (RCC)
*Burnett v. Al Baraka Investment & Development Corp.*, 03-CV-9849 (RCC)

## DECLARATION OF SARA E. KROPF

1. I am an attorney licensed to practice in the District of Columbia and admitted *pro hac vice* to this Court. I am an associate in the law firm of Baker Botts LLP, counsel for Prince Sultan bin Abdulaziz Al-Saud. I submit this declaration to transmit the following documents submitted in reply to the plaintiffs' opposition to Prince Sultan's motion to dismiss in certain consolidated actions in this proceeding.

2. Exhibit 1 is a true and accurate copy of Staff Statement No. 5, "Diplomacy," issued by the National Commission on Terrorist Attacks Upon the United States.

3. Exhibit 2 is a true and accurate copy of the declaration of Abdulaziz H. Fahad dated May 27, 2004.

4. Exhibit 3 to this declaration is a true and accurate copy of an article titled "French Investigator Tricked UN Over Terror Report, Say Al-Qadi Lawyers," from the *Arab News* on March 1, 2004

5. Exhibit 4 is a true and accurate copy of the "Prepared Remarks of Treasury Secretary John Snow to Announce Joint U.S. and Saudi Action Against Four Branches of Al-Haramain in the Financial War on Terror," from the Treasury Department website, dated January 22, 2004.

6. Exhibit 5 is a true and accurate copy of Diplomatic Note No. 180 and an accompanying Memorandum of Law, filed September 4, 1979.

Declared in Washington, DC on May 28, 2004.

Sara E. Kropf