LAW OFFICES OF
# JOSHUA L. DRATEL, P.C.
14 WALL STREET, 28TH FLOOR
NEW YORK, NEW YORK 10005
TEL (212) 732-0707
FAX (212) 571-6341
E-MAIL: JDratel@aol.com

JOSHUA L. DRATEL

MARSHALL A. MINTZ

ELIZABETH BESOBRASOW
*Paralegal*
STEVEN WRIGHT
*Administrative Assistant*

May 24, 2004

**BY FIRST-CLASS MAIL**

The Honorable Richard Conway Casey
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-1-04

Re: *Burnett, et al. v. Al Baraka, et al.*,
    1:03-CV-09849 (RCC)

Dear Judge Casey:

    This letter is submitted on behalf of defendant Sami Omar Al-Hussayen (D233), whom my office represents, as local counsel to Nevin, Benjamin & McKay, LLP, in the above-referenced action. On May 14, 2004, Plaintiffs provided the defendant with a More Definite Statement, which was incorporated into the *Burnett* Complaints. I have conferred with Harry Huge, Esq, counsel for the Plaintiffs, and the Parties have agreed to a 60-day extension of time for the defendant to answer, move against, or otherwise respond to the Complaint. Therefore, it is respectfully requested that the Court grant defendant Sami Omar Al-Hussayen (D223) until Friday, July 23, 2004, to answer, move against, or otherwise respond to the Complaint.

    I thank the Court in advance for its assistance in this matter.

Respectfully submitted,

*Application granted* /s/ Marshall A. Mintz
- Marshall A. Mintz

MAM/

cc: All Counsel

*Richard Conway Casey 5/28/04*