KELLOGG, HUBER, HANSEN, TODD & EVANS, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3209

(202) 326-7900

FACSIMILE:
(202) 326-7999

May 25, 2004

[RECEIVED MAY 27 2004 CHAMBERS OF RICHARD CONWAY CASEY U.S.D.J.]

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 6-1-04]

**VIA OVERNIGHT MAIL**

ATTN: ECF Corrections
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing a copy to all counsel and retaining verification of such in case file. Do not fax such verification to Chambers.

Re:  Docket No. 164 of *In Re: Terrorist Attacks on September 11,* 2001, Case No. 03-MD 1570 and Docket Nos. 120 and 121 of *Federal Insurance Company, et al. v. Al-Qaeda, et al.,* Case No. 03 CV 6978    (RCC)

To Whom It May Concern:

Pursuant to a telephone call today with the Court, we request the removal of the following docket entries relating to the <u>Notice of Motion and Memorandum in Support of Motion for Limited Appearance of the Royal Embassy of Saudi Arabia, HRH Prince Bandar bin Sultan bin Abdulaziz, HRH Princess Haifa Al-Faisal, Ahmed A. Kattan, and Abdul Rahman I. Al-Noah to Move for a Protective Order,</u> filed in the above-captioned cases in the Southern District of New York:

- Docket No. 164 of *In Re: Terrorist Attacks on September 11,* 2001, Case No. 03-MD 1570;
- Docket Nos. 120 and 121 of *Federal Insurance Company, et al. v. Al-Qaeda, et al.,* Case No. 03 CV 6978

Due to confusion, the notice of motion and motion were filed on behalf of the Kingdom of Saudi Arabia, which is incorrect. As instructed to do so by the ECF Help Desk, we re-filed the document on behalf of the correct movant, the Royal Embassy of Saudi Arabia.

If you have any questions please do not hesitate to contact me.

Sincerely,

Michael J. Guzman

*The Clerk of the Court is directed to terminate the above-listed document entries*

[signed] Richard Conway Casey