LAW OFFICES
**BERNABEI & KATZ, PLLC**
1773 T STREET, N.W.
WASHINGTON, D.C. 20009-7139

(202) 745-1942
TELECOPIER: (202) 745-2627
E-MAIL: BERKATZLAW@AOL.COM
WEBSITE: WWW.BERNABEIANDKATZ.COM

LYNNE BERNABEI
DEBRA S. KATZ °
LISA J. BANKS
ARI M. WILKENFELD +
ALAN R. KABAT +
GENA E. WILTSEK °
AVI L. KUMIN *
RASHIDA A. ADAMS

OF COUNSEL:
DAVID J. MARSHALL
ELAINE D. KAPLAN

+ADMITTED IN MD ALSO
° ADMITTED IN NY ALSO
* ADMITTED IN CA ALSO



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-1-04

**MEMO ENDORSED**

*Ruling 5/28/04*
*Application granted*

By Federal Express
May 27, 2004

Honorable Richard Conway Casey
U.S. District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street,
Room 1350
New York, NY 10007-1312

RECEIVED
MAY 8 2004
CHAMBERS OF
RICHARD CONWAY CASEY
U.S.D.J.

Re:   *In re* Terrorist Attacks on Sept. 11, 2001, No. 03 MDL 1570 (RCC);
      Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al., No. 03-CV-9840 (RCC)

Dear Judge Casey:

We are writing to request your Honor's permission for an extension of the briefing schedule set by this Court. The undersigned counsel and Plaintiffs' counsel have jointly agreed to an extension of the briefing schedule for several motions to dismiss that were filed on April 8 and 9, 2004.[1]

Counsel for the *Burnett* plaintiffs and the aforementioned defendants have agreed to an extension of time to June 30, 2004 for the plaintiffs' opposition briefs, and to July 23, 2004, for the defendants' reply briefs. We respectfully request your Honor's endorsement of this agreement.

---

[1] Sheikh Safer Al-Hawali's Motion to Dismiss the Third Amended Complaint [MDL Docket No. 81]; Sheikh Hamad Al-Husaini's Motion to Dismiss the Third Amended Complaint [MDL Docket No. 82]; Sheikh Saleh Al-Hussayen's Motion to Dismiss the Third Amended Complaint [MDL Docket No. 83]; Sheikh Salman Al-Oadah's Motion to Dismiss the Third Amended Complaint [MDL Docket No. 84]; Dr. Abdullah Bin Abdul Mohsen Al-Turki's Motion to Dismiss the Third Amended Complaint [MDL Docket No. 85]; Shahir A. Batterjee's Motion to Dismiss the Third Amended Complaint [MDL Docket No. 86]; Dr. Abdullah Naseef's Motion to Dismiss the Third Amended Complaint [MDL Docket No. 87]; Dr. Abdul Rahman Al Swailem's Motion to Dismiss the Third Amended Complaint [MDL Docket No. 96]; Mohamed Ali Mushayt's Motion to Dismiss the Third Amended Complaint [MDL Docket No. 97]; Dr. Abdullah Bin Saleh Al-Obaid's Motion to Dismiss the Third Amended Complaint [MDL Docket No. 98]; and Saudi Arabian Red Crescent Society's Motion to Dismiss the Third Amended Complaint [MDL Docket No. 99]

Honorable Richard Conway Casey
U.S. District Judge
May 27, 2004
Page 2

                          Sincerely,

                          Lynne Bernabei
                          Counsel for Defendants Dr. Abdullah M. Al Turki, Dr.
                          Abdullah Naseef, Dr. Abdullah Al Obaid, Dr. Abdul
                          Rahman Al Swailem, Sheikh Saleh Al-Hussayen, Sheikh
                          Shahir Batterjee, Mohammed Ali Sayed Mushayt, Sheikh
                          Hamad Al-Husaini, Sheikh Safer Al-Hawali, Sheikh
                          Salman Al-Oadah, and the Saudi Arabian Red Crescent
                          Society.

cc: *MDL 1570* Counsel (by e-mail)