**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing a copy to all counsel and retaining verification of such in case file. Do not fax such verification to Chambers.

# McDERMOTT, WILL & EMERY

*A Partnership Including Professional Corporations*
600 Thirteenth Street, N.W.
Washington, D.C. 20005-3096
202-756-8000
Facsimile 202-756-8087
www.mwe.com

Boston
Chicago
London
Los Angeles
Miami
Munich
New York
Orange County
Silicon Valley
Washington, D.C.

**Thomas P. Steindler**
Attorney at Law
tsteindler@mwe.com
202-756-8254

May 18, 2004

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-1-04

**By FEDERAL EXPRESS**

Honorable Richard Conway Casey
U.S. District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1950
New York, New York 10007

Re: **In re Terrorist Attacks on September 11, 2001 (MDL No. 1570 (RCC));
Burnett v. Al Baraka Investment & Development, et al. (03 CV 9849 (RCC))**

Dear Judge Casey:

We represent defendant Yassin Abdullah Al Kadi in the *Burnett* action. We and counsel for the *Burnett* plaintiffs have agreed that Mr. Kadi's time to answer, move or otherwise respond to the Third Amended Complaint in the *Burnett* action be extended to and including July 16, 2004. Accordingly, we respectfully request that Your Honor memorandum endorse this letter.

Respectfully submitted,

Thomas P. Steindler

Agreed to and accepted:
MOTLEY RICE LLC

By: _____
Michael E. Elsner, Esquire (ME-8337)
Ronald L. Motley, Esquire
Don Migliori, Esquire
Jodi Westbrook Flowers, Esquire
Mary Schiavo, Esquire
Jeff Thompson, Esquire
Robert T. Haefele, Esquire
Elizabeth Smith, Esquire
Justin B. Kaplan, Esquire
Motley Rice LLC
28 Bridgeside Boulevard
Post Office Box 1792
Mount Pleasant, SC 29465
Telephone: (843) 216-9000

Application granted.

Richard Conway Casey 5/28/04

Hon. Richard Conway Casey
May 18, 2004
Page 2


cc: Counsel of record (via e-mail)
    The Iranian Interest Section (via Federal Express)