UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

In re Terrorist Attacks on September 11, 2001          03 MDL 1570 (RCC)

-------------------------------------------------------------------x

This document relates to:

*Thomas E. Burnett, Sr., et al. vs. Al Baraka Investment and Development Corp., et al.*
**03 CV 9849 (RCC); 03 CV 5738 (RCC)**

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to F.R.C.P. 41(a)(1), Plaintiffs in the above-referenced actions hereby voluntarily dismiss Nimir LLC ("Nimir") (D102) without prejudice from *Burnett, et al. v. Al Baraka Investment & Development Corp., et al.*, No. 03-CV-5738. Nimir has not answered or filed any responsive pleading. (Nimir has already been voluntarily dismissed from *Burnett,* No. 03-CV-9849.)

Dated: New York, New York          Respectfully submitted,
       June 1, 2004

                                   /s/ Harry Huge
                                   Harry Huge, Esquire
                                   HARRY HUGE LAW FIRM, LLP
                                   Market Square North
                                   401 Ninth Street, N.W., Suite 450
                                   Washington, DC 20004
                                   Phone: (202) 824-6046
                                   Fax:  (202) 318-1261