UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) |
| | ECF Case |

-----------------------------------------------------------x

| | |
|---|---|
| **KATHLEEN ASHTON, et al.,** | |
| Plaintiffs, | 02 CV 6977 (RCC) |
| | ECF Case |
| v. | |
| **AL QAEDA ISLAMIC ARMY, et al.,** | |
| Defendants. | |

-----------------------------------------------------------x

| | |
|---|---|
| **FEDERAL INSURANCE CO., et al.,** | |
| Plaintiffs, | 03 6978 CV (RCC) |
| | ECF Case |
| v. | |
| **AL QAIDA, et al.,** | |
| Defendants. | |

-----------------------------------------------------------x

## NOTICE OF CHANGE OF FIRM NAME

PLEASE TAKE NOTICE THAT effective May 31, 2004, Wilmer Cutler Pickering LLP merged with Hale and Dorr LLP and changed its name to Wilmer Cutler Pickering Hale and Dorr LLP. All future reference to the firm in this matter should be to Wilmer Cutler Pickering Hale and Dorr LLP. The firm's and its lawyers' addresses, phone numbers and fax numbers have not been affected by this change. Lawyers' email addresses now use the extension "@wilmerhale.com" but otherwise remain unchanged.

June 1, 2004

\_\_\_\_/s/_____
Louis R. Cohen (LC 4012 )
WILMER CUTLER PICKERING HALE
AND DORR LLP
2445 M Street N.W.
Washington, D.C. 20037
Tel.: 202-663-6000
Fax: 202-663-6363

David P. Donovan (DD 7012)
WILMER CUTLER PICKERING HALE
AND DORR LLP
1600 Tysons Boulevard, 10th Floor
McLean, VA 22102
Tel: 703-251-9700
Fax: 703-251-9797

Matthew Previn (MP 2173)
WILMER CUTLER PICKERING HALE
AND DORR LLP
399 Park Avenue
New York, NY 10022
Tel.: 212-230-8800
Fax: 212-230-8888

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2004 I caused an electronic copy of the foregoing NOTICE OF CHANGE OF FIRM NAME to be served electronically by the Court's Electronic Case Filing (ECF) System on all parties scheduled for electronic notice and by first-class mail on any parties not participating in the Court's ECF system as thereafter advised by the Court.

June 1, 2004                                         __/s/_____
                                                     Louis R. Cohen