| | |
|---|---|
| COZEN O'CONNOR | |
| STEPHEN A. COZEN, ESQUIRE | |
| ELLIOTT R. FELDMAN, ESQUIRE | |
| SEAN P. CARTER, ESQUIRE | |
| LISA C. HAAS, ESQUIRE | Attorneys for Plaintiffs, |
| J. SCOTT TARBUTTON, ESQUIRE | Federal Insurance Company, et al. |
| 1900 Market Street | |
| Philadelphia, PA 19103 | |
| (215) 665-2000 | |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re Terrorist Attack on September 11, 2001 | ) ) ) | No. 03 MD 1570 (RCC) |
| FEDERAL INSURANCE COMPANY, et al. Plaintiffs, v. AL-QAIDA, et al. Defendants | ) ) ) ) ) ) ) ) ) | No. 02 CV 6978 (RCC) |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to F.R.C.P. 41(a)(1), plaintiffs herein hereby voluntarily dismiss their claims as to defendant Delta Oil Company, without prejudice to the rights of plaintiffs to re-file a Complaint against defendant Delta Oil Company. Defendant Delta Oil Company has not answered or filed any responsive pleadings. All parties will bear their own costs.

COZEN O'CONNOR

June 2, 2004       BY: _____
STEPHEN A. COZEN, ESQUIRE
ELLIOTT R. FELDMAN, ESQUIRE
SEAN P. CARTER, ESQUIRE
Attorneys for Plaintiffs,
Federal Insurance Company, et al.