LAW OFFICES

# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

PETER J. KAHN
(202) 434-5045
FAX (202) 434-5245
pkahn@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

May 6, 2004

**VIA FEDERAL EXPRESS**
The Honorable Richard C. Casey
United States District Court for the
  Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007



U.S. DISTRICT COURT FILED MAY 28 2004 S.D. OF N.Y.

### In re Terrorist Attack on September 11, 2001,
### 03 MDL 1570 (RCC) (all cases)

Dear Judge Casey:

    We last reported to the Court on April 5, 2004, concerning the Court's request that we gather the email addresses and other contact information for attorneys participating in the above referenced matters. Since that time, we have received some additional information, all of which is incorporated in the attached contact list, entitled "EXHIBIT A—Second Revision (May 6, 2004)." We hereby notify the Court of these changes and, by copy, the Clerk of Court and counsel, as well.

    We hope that this update is helpful to the Court and counsel.

Respectfully,

Peter J. Kahn

Copies (w/ Exhibit A) to:
J. Michael McMahon, Esquire, Clerk of Court
Counsel listed in Exhibit A (via email)

# EXHIBIT A – Second Revision (May 6, 2004)

## 03 MDL 1570 SERVICE LIST

*Burnett, et al. v. Al Baraka Inv. and Dev. Corp., et al.*, U.S. District Court for the District of Columbia, 1:02CV 1616 (Judge James Robertson), <u>transferred as</u> <u>Burnett, et al. v. Al Baraka Inv. and Dev. Corp., et al.</u>, U.S. District Court for the Southern District of New York, 1:03CV9849 (Judge Richard Conway Casey)

| **Plaintiffs' Counsel** | **Defendants' Counsel** |
|---|---|
| **MOTLEY RICE LLC** <br> 28 Bridgeside Boulevard <br> P.O. Box 1792 <br> Mount Pleasant, SC 29465 <br> Tel: (843) 216-9000 <br> Fax: (843) 216-9450 <br><br> Ronald L. Motley, Esquire <br> Jodi Westbrook Flowers, Esquire <br> Donald A. Migliori, Esquire <br> Jeffrey S. Thompson, Esquire <br> William Narwold, Esquire <br> Michael E. Elsner, Esquire <br> Ingrid Moll, Esquire <br> Justin Kaplan, Esquire <br><br> MDL1570@motleyrice.com | **MARTIN F. McMAHON & ASSOCIATES** <br> 1150 Connecticut Avenue, N.W., Suite 900 <br> Washington, DC 20036 <br> Tel: (202) 862-4343 <br> Fax: (202) 828-4130 <br><br> *Counsel for Saleh Abdullah Kamei and Al Baraka Investment & Development Corp.* <br><br> Martin F. McMahon, Esquire <br> Christopher Smith, Esquire <br><br> lawmfm@aol.com |
| **HARRY HUGE LAW FIRM, LLP** <br> 401 Ninth Street, N.W., Suite 450 <br> Market Square North <br> Washington, DC 20004 <br> Tel: (843) 722-1628 <br> Fax: (202) 318-1261 <br><br> Harry Huge, Esquire <br> harryhuge@comcast.net | **GORDON & SIMMONS, LLC** <br> 131 West Patrick Street <br> P.O. Box 430 <br> Frederick, MD 21705-0430 <br> Tel: (301) 662-9122 <br> Fax: (301) 698-0392 <br><br> *Counsel for Zahir H. Kazmi* <br><br> Roger C. Simmons, Esquire <br> Victor E. Cretella, III, Esquire <br> officemail@gordonsimmons.com |

[STAMP: U.S. DISTRICT COURT FILED MAY 28 2004 S.D. OF N.Y.]

| | |
|---|---|
| **HANLY CONROY BIERSTEIN & SHERIDAN LLP**<br>415 Madison Avenue<br>New York, NY 10017<br>Tel: (212) 401-7600<br>Fax: (212) 401-7618<br><br>Andrea Bierstein, Esquire<br>abierstein@hanlyconroy.com | **BERNABEI & KATZ, PLLC**<br>1773 T Street, N.W.<br>Washington, DC 20009-7139<br>Tel: (202) 745-1942<br>Fax: (202) 745-2627<br><br>*Counsel for Dr. Abdullah M. Al Turki; Dr. Abdullah Naseef; Dr. Abdullah Al Obaid; Dr. Abdul Rahman Al Swailem; Sheik Saleh Al-Hussayen; Sheik Shahir Batterjee; Mushayt for Trading Company; Mohammed Ali Sayed Mushayt; Sheik Hamad Al-Husaini; Saudi Red Crescent Committee; Sheik Salman Al-Oawdah; Sheik Safer Al-Hawali; Al Haramain Islamic Foundation, Inc.; Soliman H.S. Al-Buthi; and Soliman J. Khuderia*<br><br>Lynne A. Bernabei, Esquire<br>LBernabei@aol.com<br><br>Alan R. Kabat, Esquire<br>Kabat@bernabeiandkatz.com |
| **Allan Gerson, Esquire**<br>4221 Lenore Lane, N.W.<br>Washington, DC 20008<br>Tel: (202) 966-8557<br>Fax: (202) 966-8557<br>gerson@gilgintl.org | **WHITE & CASE, LLP**<br>601 13th Street, N.W.<br>Washington, DC 20005-3807<br>Tel: (202) 626-3600<br>Fax: (202) 639-9355<br><br>*Counsel for Al Rajhi Banking & Investment Corporation*<br><br>Christopher M. Curran, Esquire<br>ccurran@whitecase.com<br><br>Nicole E. Erb, Esquire<br>nerb@whitecase.com |
| **CORDRAY LAW FIRM**<br>40 Calhoun Street, Suite 420<br>Post Office Drawer 22857<br>Charleston, SC 29413-2857<br>Tel: (843) 577-9761<br>Fax: (843) 853-6330<br><br>Jack D. Cordray, Esquire<br>jack@cordraylawfirm.com | **GRAY CARY WARE & FREIDENRICH LLP**<br>1625 Massachusetts Avenue, N.W., Suite 300<br>Washington, DC 20036<br>Tel: (202) 238-7700<br>Fax: (202) 238-7701<br><br>*Counsel for African Muslim Agency; Heritage Education Trust; International Institute of Islamic Thought; Mar-Jac Investments, Inc.; Reston Investments, Inc.; SAFA Trust; and York Foundation*<br><br>Nancy Luque, Esquire<br>nluque@graycary.com<br><br>Donna Sheinbach, Esquire<br>dsheinbach@graycary.com |

| | |
|---|---|
| **EPSTEIN BECKER & GREEN, P.C.**<br>250 Park Avenue<br>New York, NY 10177-1211<br>Tel: (212) 351-4500<br>Fax: (212) 661-0989<br><br>Clare M. Sproule, Esquire<br>csproule@ebglaw.com | **KING & SPALDING LLP**<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Tel: (212) 556-2100<br>Fax: (212) 556-2222<br><br>*Counsel for Arab Bank PLC*<br><br>Deborah S. Burstein, Esquire<br>dburstein@kslaw.com<br><br>Richard T. Marooney, Esquire<br>rmarooney@kslaw.com<br><br>Jeannette M. Viggiano, Esquire<br>jviggiano@kslaw.com |
| **SACKS & SACKS LLP**<br>150 Broadway<br>New York, NY 10038<br>Tel: (212) 964-5570<br>Fax: (212) 349-2141<br><br>Kenneth N. Sacks, Esquire<br>ken@sacks-sacks.com | **BONNER, KIERNAN, TREBACH AND CROCIATA**<br>1250 Eye Street, N.W.<br>Washington, DC 20005<br>Tel: (202) 712-7000<br>Fax: (202) 712-7100<br><br>*Counsel for Sheikh Khalid Bin Salim Bin Mahfouz*<br><br>Michael Nussbaum, Esquire<br>mnussbaum@bktc.net |
| **GALIHER, DeROBERTIS, NAKAMURA, ONO & TAKITANI**<br>610 Ward Avenue, Suite 200<br>Honolulu, HI 96814<br>Tel: (808) 597-1400<br>Fax: (808) 591-2608<br><br>Gary O. Galiher, Esquire<br>gog@gogaliher.com | **BECKER, HADEED, KELLOGG & BERRY**<br>5501 Backlick Road, Suite 220<br>Springfield, VA 22151<br>Tel: (703) 333-3224<br>Fax: (703) 256-5431<br><br>*Counsel for Muslim World League Offices – NY; Success Foundation, Inc.; Mohamed S. Omeish; Muslim Work League; and Al Haramain Islamic Foundation, Inc.*<br><br>Michael Hadeed, Jr., Esquire<br>mhadeed@beckerhadeed.com |
| **GAIR, GAIR, CONASON, STEIGMAN & MACKAUF**<br>80 Pine Street<br>New York, NY 10005<br>Tel: (212) 943-1090<br>Fax: (212) 425-7513<br><br>Robert Conason, Esquire<br>rconason@gairgair.com<br><br>Howard Hershenhorn, Esquire<br>hsh@gairgair.com | **BAKER BOTTS LLP**<br>The Warner<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2400<br>Tel: (202) 639-7700<br>Fax: (202) 639-7890<br><br>*Counsel for Prince Sultan Bin Abdulaziz Al-Saud*<br><br>Casey Cooper, Esquire<br>William H. Jeffress, Jr., Esquire<br>Jamie Kilberg, Esquire<br>Sara Kropf, Esquire<br><br>MDL1570@bakerbotts.com |

| | |
|---|---|
| **PRYOR CASHMAN SHERMAN & FLYNN LLP**<br>410 Park Avenue, 10th Floor<br>New York, New York 10022<br>Tel: (212) 421-4100<br>Fax: (212) 326-0806<br><br>Vincent F. Pitta, Esquire<br>vpitta@pryorcashman.com | **WILMER CUTLER PICKERING LLP**<br>1600 Tysons Boulevard, 10th Floor<br>McLean, VA 22102<br>Tel: (703) 251-9700<br>Fax: (202) 663-6363<br><br>*Counsel for Prince Mohamed Al Faisal Al Saud*<br><br>David P. Donovan, Esquire<br>david.donovan@wilmer.com |
| **SULLIVAN, PAPAIN, BLOCK, McGRATH & CANNAVO, P.C.**<br>120 Broadway Avenue, 18th Floor<br>New York, NY 10271<br>Tel: (212) 732-9000<br>Fax: (212) 266-4141<br><br>Michael N. Block, Esquire<br>mblock@triallaw1.com<br><br>Edward Marcowitz, Esquire<br>emarcowitz@triallaw1.com<br><br>Andrew Carboy, Esquire<br>acarboy@triallaw1.com | **WILMER CUTLER PICKERING LLP**<br>2445 M Street, N.W.<br>Washington, DC 20037<br>Tel: (202) 663-6000<br>Fax: (202) 663-6363<br><br>*Counsel for Prince Mohamed Al Faisal Al Saud*<br><br>Louis R. Cohen, Esquire<br>louis.cohen@wilmer.com<br><br>Shirley Woodward, Esquire<br>shirley.woodward@wilmer.com |
| **OLIVER & SELLITTO**<br>205 Bond Street<br>Asbury Park, NJ 07712<br>Tel: (732) 988-1500<br>Fax: (732) 775-7404<br><br>Anthony M. Sellitto, Jr., Esquire<br>asellitto@aslaw.com | **WILMER CUTLER PICKERING LLP**<br>399 Park Avenue<br>New York, NY 10022<br>Tel: (212) 230-8800<br>Fax: (202) 663-6363<br><br>*Counsel for Prince Mohamed Al Faisal Al Saud*<br><br>Matthew Previn, Esquire<br>matthew.previn@wilmer.com |
| **DAVIS, SAPERSTEIN & SALOMON, P.C.**<br>375 Cedar Lane<br>Teaneck, NJ 07666<br>Tel: (201) 907-5000<br>Fax: (201) 692-0444<br><br>Samuel L. Davis, Esquire<br>sam@dsslaw.com | **GILLEN PARKER & WITHERS LLC**<br>One Securities Centre, Suite 1050<br>3490 Piedmont Road, NE<br>Atlanta, GA 30305-1743<br>Tel: (404) 842-9700<br>Fax: (404) 842-9750<br><br>*Counsel for Mar-Jac Poultry, Inc.*<br><br>Wilmer Parker, III, Esquire<br>bparker@gcpwlaw.com |

| | |
|---|---|
| **RUSSO, SCAMARDELLA & D'AMATO, P.C.**<br>1010 Forest Avenue<br>Staten Island, NY 10310<br>Tel: (718) 442-0900<br>Fax: (718) 816-8037<br><br>Guy Molinari, Esquire<br>guy@statenlaw.com<br><br>John D'Amato, Esquire<br>jdamato@statenlaw.com | **KELLOGG, HUBER, HANSEN, TODD & EVANS, P.L.L.C.**<br>1615 M Street, N.W., Suite 400<br>Sumner Square<br>Washington, DC 20036-3209<br>Tel: (202) 326-7900<br>Fax: (202) 326-7999<br><br>*Counsel for Prince Turki Al-Faisal Bin Abdulaziz Al-Saud*<br><br>David C. Frederick, Esquire<br>Michael J. Guzman, Esquire<br>Mark C. Hansen, Esquire<br>Michael K. Kellogg, Esquire<br>J.C. Rozendaal, Esquire<br><br>KelloggMDL1570@khhte.com<br>mguzman@khhte.com |
| **RUBENSTEIN & RYNECKI**<br>16 Court Street, Suite 1717<br>Brooklyn, NY 11241<br>Tel: (718) 522-1020<br>Fax: (718) 522-3804<br><br>Sanford A. Rubenstein, Esquire<br>Rubrynlaw@aol.com | **FULBRIGHT & JAWORSKI, LLP**<br>801 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>Tel: (202) 662-4659<br>Fax: (202) 662-4643<br><br>*Counsel for Nimir Petroleum, LLC*<br><br>Matthew H. Kirtland, Esquire<br>mkirtland@fulbright.com |
| **BARTIMUS, FRICKLETON, ROBERTSON & OBETZ**<br>200 Madison Avenue, Suite 1000<br>Jefferson City, MO 65101<br>Tel: (573) 659-4454<br>Fax: (573) 659-4460<br><br>Edward D. Robertson, Esquire<br>chiprob@earthlink.net<br><br>Mary Winter, Esquire<br>marywinter@earthlink.net | **McDERMOTT, WILL & EMERY**<br>600 13th Street, N.W.<br>Washington, DC 20005-3096<br>Tel: (202) 756-8000<br>Fax: (202) 756-8087<br><br>*Counsel for Yassin Abdullah Al Kadi and Yousef Jameel*<br><br>Stanton D. Anderson, Esquire<br>Thomas P. Steindler, Esquire<br><br>MDLNo1570Group@mwe.com |

| | |
|---|---|
| **RILEY DeBROTA LLP**<br>3815 River Crossing Parkway, Suite 340<br>Indianapolis, IN 46240<br>Tel: (317) 848-7939<br>Fax: (317) 848-7831<br><br>Amy Ficklin DeBrota, Esquire<br>William Riley, Esquire<br><br>saudisuit@rileydebrota.com | **JONES DAY**<br>51 Louisiana Avenue, N.W.<br>Washington, DC 20001<br>Tel: (202) 879-3939<br>Fax: (202) 626-1700<br><br>*Counsel for Saudi Binladin Group and Khalid Bin Mahfouz*<br><br>Stephen J. Brogan, Esquire<br>Timothy J. Finn, Esquire<br>James E. Gauch, Esquire<br>Michael P. Gurdak, Esquire<br>Jonathan C. Rose, Esquire<br>Michael Shumaker, Esquire<br>Jennifer Shumaker, Esquire<br>Melissa Stear, Esquire<br><br>JonesDayMDL1570@jonesday.com<br>dmcCaffrey@jonesday.com |
| **HOWARTH & SMITH**<br>800 Wilshire Boulevard, Suite 750<br>Los Angeles, CA 90017<br>Tel: (213) 955-9400<br>Fax: (213) 622-0791<br><br>Robert D. Brain, Esquire<br>Don Howarth, Esquire<br>Suzelle M. Smith, Esquire<br><br>MDL1570@howarth-smith.com | **JONES DAY**<br>222 East 41st Street<br>New York, NY 10017-6702<br>Tel: (212) 326-3939<br>Fax: (212) 755-7306<br><br>*Counsel for Saudi Binladin Group and Khalid Bin Mahfouz*<br><br>E. Michael Bradley, Esquire<br>Geoffrey S. Stewart, Esquire<br><br>JonesDayMDL1570@jonesday.com<br>dmcCaffrey@jonesday.com |
| | **THE DONTZIN LAW FIRM**<br>6 East 81st Street<br>New York, NY 10028<br>Tel: (212) 717-2900<br>Fax: (212) 717-8088<br><br>*Counsel for Sheikh Khalid Bin Salim Bin Mahfouz*<br><br>Matthew S. Dontzin, Esquire<br>tdlf@dontzinfirm.com<br><br>David Stone<br>dstone@dontzinfirm.com |
| | **PATTON BOGGS LLP**<br>2550 M Street, N.W.<br>Washington, DC 20037<br>Tel: (202) 457-6000<br>Fax: (202) 457-6315<br><br>*Counsel for National Commercial Bank*<br><br>Ronald S. Liebman, Esquire<br>rliebman@pattonboggs.com<br><br>Mitchell Berger, Esquire<br>mberger@pattonboggs.com |

| | |
|---|---|
| | **SHEARMAN & STERLING LLP**<br>599 Lexington Avenue<br>New York, NY 10022-6069<br>Tel: (212) 848-4000<br>Fax: (212) 848-7179<br><br>*Counsel for Saudi American Bank*<br><br>Brian H. Polovoy, Esquire<br>Daniel M. Segal, Esquire<br>Henry Weisburg, Esquire<br><br>MDL1570@shearman.com |
| | **STEPTOE & JOHNSON L.L.P.**<br>1330 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>Tel: (202) 429-3000<br>Fax: (202) 429-3902<br><br>*Counsel for Mohammad Bin Abdullah Aljomaih*<br><br>Christopher T. Lutz, Esquire<br>clutz@steptoe.com |
| | **WILLIAMS & CONNOLLY LLP**<br>725 12th Street, N.W.<br>Washington, DC 20005<br>Tel: (202)434-5000<br>Fax: (202) 434-5245<br><br>*Counsel for Abdul Rahman Bin Kahlid Bin Mafouz*<br><br>Gerald A. Feffer, Esquire<br>gfeffer@wc.com<br><br>Peter J. Kahn, Esquire<br>pkahn@wc.com<br><br>Thomas C. Viles, Esquire<br>tviles@wc.com |
| | **JOSHUA L. DRATEL, P.C.**<br>14 Wall Street, 28th Floor<br>New York, NY 10005<br>Tel: (212) 732-0707<br>Fax: (212) 571-6341<br><br>*Counsel for Sami Omar Al-Hussayen*<br><br>Joshua L. Dratel, Esquire<br>jdratel@joshuadratel.com<br><br>Marshall A. Mintz, Esquire<br>mmintz@joshuadratel.com |

|  | |
|---|---|
|  | **GIBSON, DUNN & CRUTCHER LLP**<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>Tel: (202) 955-8213<br>Fax: (202) 530-9566<br><br>*Counsel for Salamiddin Abduljawad*<br><br>John C. Millian, Esquire<br>jmillian@gibsondunn.com |
|  | **DRINKLER BIDDLE & REATH LLP**<br>1500 K Street, N.W., Suite 1100<br>Washington, DC 20005-1209<br>Tel: (202) 842-8800<br>Fax: (202) 842-8465<br><br>*Counsel for Delta Oil Company, Ltd.*<br><br>Brian A. Coleman, Esquire<br>Brian.Coleman@dbr.com<br><br>Michael J. McManus, Esquire<br>Michael.McManus@dbr.com |
|  | **BRYAN CAVE, LLP**<br>700 Thirteenth Street N.W.<br>Washington, DC 20005-3960<br>Tel: (202) 508-6000<br>Fax: (202) 508-6200<br><br>*Counsel for Prince Naif bin Abdulaziz Al-Saud*<br><br>James M. Cole, Esquire<br>jmcole@bryancave.com<br><br>James J. Murphy, Esquire<br>jjmurphy@bryancave.com |
|  | **CHADBOURNE & PARKE LLP**<br>30 Rockefeller Plaza<br>New York, NY 1012<br>Tel: (212) 408-5581<br>Fax: (646) 710-5581<br><br>*Counsel for Yousef Jameel*<br><br>Kenneth A. Caruso, Esquire<br>Marvin R. Lange, Esquire<br>Jeffrey I. Wasserman, Esquire<br><br>+MDL1570@chadbourne.com |

| | |
|---|---|
| | **BUSCH & NUBANI, P.C.**<br>5029 Backlick Road, Suite A<br>Annandale, VA 22003<br>Tel: (703) 658-5151<br>Fax: (703) 658-9200<br><br>*Counsel for Al Haramain Islamic Foundation, Aqeel Al-Aqeel, Saleh O. Badahdah, Adballah bin Adbul Aziz Almosleh, Abdullah M. Al-Mahdi, Adel A.J. Batterjee, Jamal Ahmad Mostafa Khalifa, and Sulaiman Al-Ali*<br><br>Ashraf W. Nubani, Esquire<br>anubani@rbanlaw.com |

*Ashton, et al. v. Al Qaeda, et al.*, **U.S. District Court for the Southern District of New York, 1:02CV6977 (Judge Richard Casey)**

| Plaintiffs' Counsel | Defendants' Counsel |
|---|---|
| **KREINDLER & KREINDLER**<br>100 Park Avenue<br>New York, NY 10017<br>Tel: (212) 687-8181<br>Fax: (212) 972-9432<br><br>Justin T. Green, Esquire<br>jgreen@kreindler.com<br><br>James P. Kreindler, Esquire<br>jkreindler@kreindler.com<br><br>Andrew J. Maloney, III, Esquire<br>amaloney@kreindler.com<br><br>Marc S. Moller, Esquire<br>mmoller@kreindler.com<br><br>Vince Parrett, Esquire<br>vparrett@kreindler.com<br><br>Karen Hoffmire, Paralegal<br>khoffmire@kreindler.com | **WILMER CUTLER PICKERING LLP**<br>1600 Tysons Boulevard, 10th Floor<br>McLean, VA 22102<br>Tel: (703) 251-9700<br>Fax: (202) 663-6363<br><br>*Counsel for Prince Mohamed Al Faisal Al Saud*<br><br>David P. Donovan, Esquire<br>david.donovan@wilmer.com |
| **JAROSLAWICZ & JAROS, ESQUIRES**<br>150 William Street<br>New York, NY 10038<br>Tel: (212) 227-2780<br>Fax: (212) 227-5090<br><br>David Jaroslawicz, Esquire<br>davidjaroslawicz@yahoo.com | **WILMER CUTLER PICKERING LLP**<br>2445 M Street, N.W.<br>Washington, DC 20037<br>Tel: (202) 663-6000<br>Fax: (202) 663-6363<br><br>*Counsel for Prince Mohamed Al Faisal Al Saud*<br><br>Louis R. Cohen, Esquire<br>louis.cohen@wilmer.com<br><br>Shirley Woodward, Esquire<br>shirley.woodward@wilmer.com |

| | |
|---|---|
| **BRODER & REITER**<br>350 Fifth Avenue, Suite 2811<br>New York, NY 10118<br>Tel: (212) 244-2000<br>Fax: (212) 268-5297<br><br>Aaron J. Broder, Esquire<br>Jonathan C. Reiter, Esquire<br><br>info@broderreiter.com | **WILMER CUTLER PICKERING LLP**<br>399 Park Avenue<br>New York, NY 10022<br>Tel: (212) 230-8800<br>Fax: (202) 663-6363<br><br>*Counsel for Prince Mohamed Al Faisal Al Saud*<br><br>Matthew Previn, Esquire<br>matthew.previn@wilmer.com |
| **SPEISER, KRAUSE, NOLAN & GRANITO**<br>140 East 45th Street, 34th Floor<br>New York, NY 10017<br>Tel: (212) 661-0011<br>Fax: (212) 953-6483<br><br>Frank H. Granito, III, Esquire<br>f3g@ny.speiserkrause.com<br><br>Kenneth P. Nolan, Esquire<br>kpn@ny.speiserkrause.com<br><br>Jeanne M. O'Grady<br>jog@ny.speiserkrause.com<br><br>John F. Schutty<br>jfs@speiserkrause.com | **BERNABEI & KATZ, PLLC**<br>1773 T Street, N.W.<br>Washington, DC 20009-7139<br>Tel: (202) 745-1942<br>Fax: (202) 745-2627<br><br>*Counsel for Dr. Abdullah M. Al Turki; Dr. Abdullah Al Obaid; Dr. Adnan Basha; Sheik Saleh Al-Hussayen; Talal M. Badkook; Sheik Shahir Batterjee; Mushayt for Trading Company; Saudi Red Crescent Committee; Sheik Salman Al-Oawdah; Sheik Safer Al-Hawali; Al Haramain Islamic Foundation, Inc.; Soliman H.S. Al-Buthi; and Soliman J. Khuderia*<br><br>Lynne A. Bernabei, Esquire<br>LBernabei@aol.com<br><br>Alan R. Kabat, Esquire<br>Kabat@bernabeiandkatz.com |
| **BARASCH McGARRY SALZMAN PENSON & LIM**<br>11 Park Place<br>New York, NY 10007<br>Tel: (212) 385-8000<br>Fax: (212) 385-7845<br><br>Michael Barasch, Esquire<br>michael@personalinjuryjustice.com | **BRYAN CAVE, LLP**<br>700 Thirteenth Street N.W.<br>Washington, DC 20005-3960<br>Tel: (202) 508-6000<br>Fax: (202) 508-6200<br><br>*Counsel for Prince Naif bin Abdulaziz Al-Saud*<br><br>James M. Cole, Esquire<br>jmcole@bryancave.com<br><br>James J. Murphy, Esquire<br>jjmurphy@bryancave.com |
| **BAUMEISTER & SAMUELS, PC**<br>One Exchange Place, 15th Floor<br>New York, NY 10006-3008<br>Tel: (212) 363-1200<br>Fax: (212) 363-1346<br><br>Michael F. Baumeister, Esquire<br>mbaumeister@baumeisterlaw.com<br><br>Thea M. Capone, Esquire<br>tcapone@baumeisterlaw.com<br><br>Douglas A. Latto, Esquire<br>dlatto@baumeisterlaw.com | **ARNOLD & PORTER LLP**<br>555 Twelfth Street, NW<br>Washington, DC 20004<br>Tel: (202) 942-5000<br>Fax: (202) 942-5999<br><br>*Counsel for Saudi Economic & Development Company, International Development Foundation, and Sheikh Mohammed Salim bin Mahfouz*<br><br>David Gersch, Esquire<br>david_gersch@aporter.com<br><br>Jean E. Kalicki, Esquire<br>jean_kalicki@aporter.com |

|  | **BUSCH & NUBANI, P.C.**<br>5029 Backlick Road, Suite A<br>Annandale, VA 22003<br>Tel: (703) 658-5151<br>Fax: (703) 658-9200<br><br>*Counsel for Al Haramain Islamic Foundation, Aqeel Al-Aqeel, Saleh O. Badahdah, Adballah bin Adbul Aziz Almosleh, Abdullah M. Al-Mahdi, Adel A.J. Batterjee, Jamal Ahmad Mostafa Khalifa, and Sulaiman Al-Ali*<br><br>Ashraf W. Nubani, Esquire<br>anubani@rbanlaw.com |

*Tremsky, et al. v. Osama Bin Laden, et al.*, **U.S. District Court for the Southern District of New York, 1:02CV7300 (Judge John Martin)**

| **Plaintiffs' Counsel** | **Defendants' Counsel** |
|---|---|
| J. David O'Brien, Esquire<br>20 Vesey Street, Suite 700<br>New York, NY 10007<br>Tel: (212) 571-6111<br>Fax: (212) 571-6166<br>obrienlawusa@aol.com |  |

*Salvo, et al. v. Al Qaeda Islamic Army, et al.*, **U.S. District Court for the Southern District of New York, 1:03CV5071 (Unassigned)**

| **Plaintiffs' Counsel** | **Defendants' Counsel** |
|---|---|
| **NOLAN LAW GROUP**<br>20 North Clark Street, 30th Floor<br>Chicago, IL 60602<br>Tel: (312) 630-4000<br>Fax: (312) 630-4011<br><br>Floyd Wisner, Esquire<br>faw@nolan-law.com<br><br>Paula Jett, Assistant<br>plj@nolan-law.com | **BRYAN CAVE, LLP**<br>700 Thirteenth Street N.W.<br>Washington, DC 20005-3960<br>Tel: (202) 508-6000<br>Fax: (202) 508-6200<br><br>*Counsel for Prince Naif bin Abdulaziz Al-Saud*<br><br>James M. Cole, Esquire<br>jmcole@bryancave.com<br><br>James J. Murphy, Esquire<br>jjmurphy@bryancave.com |

*York, et al. v. Al Qaeda Islamic Army, et al.*, U.S. District Court for the Southern District of New York, 1:03CV5493 (Unassigned)

| Plaintiffs' Counsel | Defendants' Counsel |
|---|---|
| **BAUMEISTER & SAMUELS, PC**<br>One Exchange Place, 15th Floor<br>New York, NY 10006-3008<br>Tel: (212) 363-1200<br>Fax: (212) 363-1346<br><br>Michael F. Baumeister, Esquire<br>mbaumeister@baumeisterlaw.com<br><br>Thea M. Capone, Esquire<br>tcapone@baumeisterlaw.com<br><br>Douglas A. Latto, Esquire<br>dlatto@baumeisterlaw.com | |

*Doe v. Al Baraka Inv. and Dev. Corp., et al.*, U.S. District Court for the Southern District of New York, 1:02CV1980 (Judge James Robertson)

| Plaintiffs' Counsel | Defendants' Counsel |
|---|---|
| **JUDICIAL WATCH, INC.**<br>501 School Street, N.W., Suite 500<br>Washington, DC 20024<br>Tel: (202) 646-5175<br>Fax: (202) 646-5199<br><br>Paul J. Orfanedes, Esquire<br>James F. Peterson, Esquire<br>Larry Klayman, Esquire<br>judicialwatchinc@hotmail.com | |

*Havlish, et al. v. Bin Laden, et al.*, U.S. District Court for the District of Columbia, 1:02CV305 (Judge James Robertson)

| Plaintiffs' Counsel | Defendants' Counsel |
|---|---|
| **MELLON WEBSTER & SHELLY**<br>87 North Broad Street<br>Doylestown, PA 18901<br>Tel: (215) 348-7700<br>Fax: (215) 348-0171<br><br>Thomas E. Mellon, Jr., Esquire<br>tmellon@mellonwebster.com<br><br>Stephen Corr, Esquire<br>scorr@mellonwebster.com<br><br>Jack Corr, Esquire<br>jcorr@mellonwebster.com | |

| | |
|---|---|
| **MOTLEY RICE LLC**<br>28 Bridgeside Boulevard<br>P.O. Box 1792<br>Mount Pleasant, SC 29465<br>Tel: (843) 216-9000<br>Fax: (843) 216-9450<br><br>Ronald L. Motley, Esquire<br>Jodi Westbrook Flowers, Esquire<br>Donald A. Migliori, Esquire<br>Jeffrey S. Thompson, Esquire<br>William Narwold, Esquire<br>Michael E. Elsner, Esquire<br>Ingrid Moll, Esquire<br>Justin Kaplan, Esquire<br><br>MDL1570@motleyrice.com | |
| **HOWARTH & SMITH**<br>800 Wilshire Boulevard, Suite 750<br>Los Angeles, CA 90017<br>Tel: (213) 955-9400<br>Fax: (213) 622-0791<br><br>Robert D. Brain, Esquire<br>Don Howarth, Esquire<br>Suzelle M. Smith, Esquire<br><br>MDL1570@howarth-smith.com | |
| **RAMEY & HAILEY**<br>3815 River Crossing Parkway, Suite 340<br>Indianapolis, IN 46240<br>Tel: (317) 848-3249<br>Fax: (317) 848-3259<br><br>Richard D. Hailey, Esquire<br>rhailey@sprynet.com | |
| **LEE LEE & LEE**<br>422 S. Gay Street<br>Knoxville, TN 37902<br>Tel: (865) 544-0101<br>Fax: (865) 544-0536<br><br>J.D. Lee, Esquire<br>jdlee@jdlee.com<br><br>David Lee, Esquire<br>dlee@jdlee.com | |
| **BURBIDGE and MITCHELL**<br>139 East South Temple, Suite 2001<br>Salt Lake City, UT 84111<br>Tel: (801) 355 6677<br>Fax: (801) 355-2341<br><br>D. Richard Burbidge, Esquire<br>rburbidge@burbidgeandmitchell.com | |

| | |
|---|---|
| **WINDER & HASLAM P.C.**<br>175 West 200 South, Suite 4000<br>P.O. Box 2668<br>Salt Lake City, UT 84111-2668<br>Tel: (801) 322-2222<br>Fax: (801) 322-2282<br><br>Donald J. Winder, Esquire<br>dwinder@winhas.com | |
| **LAMM, RUBENSTONE, TOTARO & DAVID, LLC**<br>4 Greenwood Square, Suite 200<br>P.O. Box 8544<br>Bensalem, PA 19020-8544<br>Tel: (215) 638-9330<br>Fax: (215) 638-2867<br><br>Edward H. Rubenstone, Esquire<br>erubenstone@lrtd.com | |

*Federal Insurance Company, et al. v. Al-Qaida, et al.,* U.S. District Court for the Southern District of New York, 1:03CV6978 (Judge Richard Casey)

| **Plaintiffs' Counsel** | **Defendants' Counsel** |
|---|---|
| **COZEN O'CONNOR**<br>1667 K Street, N.W., Suite 500<br>Washington, DC 20006<br>Tel: (202) 912-4800<br>Fax: (202) 912-4830<br><br>Matthew G. Ash, Esquire<br>MDL1570@cozen.com | **BRYAN CAVE, LLP**<br>700 Thirteenth Street N.W.<br>Washington, DC 20005-3960<br>Tel: (202) 508-6000<br>Fax: (202) 508-6200<br><br>*Counsel for Prince Naif bin Abdulaziz Al-Saud*<br><br>James M. Cole, Esquire<br>jmcole@bryancave.com<br><br>James J. Murphy, Esquire<br>jjmurphy@bryancave.com |
| **COZEN O'CONNOR**<br>1900 Market Street<br>Philadelphia, PA 19103<br>Tel: (215) 665-2000<br>Fax: (215) 665-2013<br><br>Sean P. Carter, Esquire<br>Stephen A. Cozen, Esquire<br>Elliott R. Feldman, Esquire<br>Lisa Haas, Esquire<br>John M. Popilock, Esquire<br>J. Scott Tarbutton, Esquire.<br><br>MDL1570@cozen.com | |
| **COZEN O'CONNOR**<br>45 Broadway Atrium, Suite 1600<br>New York, NY 10006<br>Tel: (212) 509-1244<br>Fax: (212) 509-9492<br><br>Michael J. Sommi, Esquire<br>MDL1570@cozen.com | |

*Vigilant Insurance Company, et al. v. Kingdom of Saudi Arabia, et al.*, U.S. District Court
for the Southern District of New York, 1:03CV8591
(Judge Richard Casey)

| Plaintiffs' Counsel | Defendants' Counsel |
|---|---|
| **COZEN O'CONNOR**<br>1667 K Street, N.W., Suite 500<br>Washington, DC 20006<br>Tel: (202) 912-4800<br>Fax: (202) 912-4830<br><br>Matthew G. Ash, Esquire<br>MDL1570@cozen.com | |
| **COZEN O'CONNOR**<br>1900 Market Street<br>Philadelphia, PA 19103-3508<br>Tel: (215) 665-2000<br>Fax: (215) 665-2013<br><br>Sean P. Carter, Esquire<br>Stephen A. Cozen, Esquire<br>Elliott R. Feldman, Esquire<br>Lisa Haas, Esquire<br>John M. Popilock, Esquire<br>J. Scott Tarbutton, Esquire.<br><br>MDL1570@cozen.com | |
| **COZEN O'CONNOR**<br>45 Broadway Atrium, Suite 1600<br>New York, NY 10006<br>Tel: (212) 509-1244<br>Fax: (212) 509-9492<br><br>Michael J. Sommi, Esquire<br>MDL1570@cozen.com | |

******************************************************************************

| | |
|---|---|
| **DUTTON & DUTTON, PC**<br>5017 Tilden Street, N.W.<br>Washington, DC 20016<br>Tel: (202) 686-3500<br>Fax: (202) 966-6621<br><br>*Counsel for The Ministry of Foreign Affairs and The Royal Embassy of Saudi Arabia*<br><br>Nancy H. Dutton, Esquire<br>DuttonDC@aol.com | **WHITE & CASE, LLP**<br>1155 Avenue of the Americas<br>New York, NY 10036-2787<br>Tel: (212) 819-8200<br>Fax: (212) 354-8113<br><br>Tim McCarthy, Esquire<br>tmccarthy@whitecase.com<br><br>James J. McGuire, Esquire<br>jmcguire@whitecase.com |
| **UNITED STATES DEPARTMENT OF JUSTICE**<br>86 Chambers Street, Third Floor<br>New York, NY 10007<br>Tel: (212) 637-2709<br>Fax: (212) 637-2717<br><br>Sarah S. Normand<br>Assistant U.S. Attorney<br>sarah.normand@usdoj.gov | |

**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, NY 10007-1213

**To:** Chambers

**From:** Clerk's Office

03 MDL 1570 (RCC)

The attached document has been accepted for filing under **Rule 5(e) effective December 1, 1991.** Regrettably, as you know, the clerk is no longer authorized to reject papers based on form only. In order for the papers to be rejected, action must be taken by the judge. This document is deficient as to form for the following reason(s):

☐ For an original signature of the attorney of record in his/her own name, followed by his/her address and telephone number, at the end of each document. [Local Civil Rule 11.1(b)].

☐ All papers must bear the docket number and the initials of the judge and any magistrate judge before whom the action or proceeding is pending and have the name of each person signing it clearly printed or typed directly below the signature [Local Civil Rule 11.1(a)].

☐ All original paper must contain the initials of the attorney's first and last name, and the last four digits of the attorney's social security number, or any other four digit number registered by the attorney with the clerk of the court [Local Civil Rule 11.1(b)(1)&(2)].

☐ All pleadings, written motions, and other papers must be plainly written, typed, printed or copied without erasures or inter-lineation which may materially deface it [Local Civil Rule 11.1(a)(1)].

☐ For an attorney's affirmation or affidavit, as required [Local Civil Rule 6.1(a)(1)].

☐ Expired Certificate of Good Standings (30 days) [Local Civil Rule 1.3(7)].

☐ Federal Civil Rule 7.1 disclosure statement and copy needed.

☒ Proof of service required [Federal Civil Rule 5(a)].

☒ Other __Exhibits + letter__

**Accept for filing:**

_Richard Conway_  5/28/04
**U.S.D.J.**         **DATE**

**Return for compliance of local rule:**

J. Michael McMahon, Clerk

_[signature]_
**Deputy Clerk**

5-7-04
**DATE**

_____
**U.S.D.J.**         **DATE**