T. Barry Kingham (TBK-1219)
Daria M. Ciaputa (DC-0490)
Jesse Clarke (JC-4410)
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178
(212) 696-6000
Fax (212) 697-1559

Attorneys for HRH Prince Abdullah Al Faisal Bin Abdulaziz Al Saud
and Alfaisaliah Group

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                        )    **NOTICE OF APPEARANCE**
IN RE: TERRORIST ATTACKS ON             )    03 MDL 1570 (RCC)
SEPTEMBER 11, 2001                      )    ECF Case
_____ )
*This document relates to: Burnett v. Al Baraka*
*Investment & Development Corp., 03 CIV 9849 (RCC);*
*Burnett v. Al Baraka Investment & Development Corp., 03 CIV 5738 (RCC)*


        PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for

Defendants HRH Prince Abdullah Al Faisal Bin Abdulaziz Al Saud and Alfaisaliah Group.

Dated: New York, New York

        June 3, 2004

                              CURTIS, MALLET-PREVOST,
                                COLT & MOSLE LLP


                              By:_____/s/_____
                                 T. Barry Kingham (TBK-1219)
                                 Daria M. Ciaputa (DC-0490)
                                 Jesse Clarke (JC-4410)
                              101 Park Avenue
                              New York, New York  10178
                              (212) 696-6000
                              (212) 697-1559 (fax)

WD2000: NY 657794.1