T. Barry Kingham (TBK-1219)
Daria M. Ciaputa (DC-0490)
Jesse Clarke (JC-4410)
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178
(212) 696-6000
Fax (212) 697-1559

Attorneys for HRH Prince Abdullah Al Faisal Bin Abdulaziz Al Saud
and Alfaisaliah Group

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 ) ) ) ) | **STATEMENT PURSUANT TO FED. R. CIV. P. 7.1(a)** 03 MDL 1570 (RCC) ECF Case |

*This document relates to: Burnett v. Al Baraka Investment & Development Corp., 03 CIV 9849 (RCC); Burnett v. Al Baraka Investment & Development Corp., 03 CIV 5738 (RCC)*

      Pursuant to Fed. R. Civ. P. 7.1(a), Defendant Alfaisaliah Group certifies that it has no parents, subsidiaries or affiliates whose securities or other interests are publicly traded.

Dated: New York, New York
      June 3, 2004

                                        CURTIS, MALLET-PREVOST,
                                            COLT & MOSLE LLP

                                    By:_____/s/_____
                                       T. Barry Kingham (TBK-1219)
                                       Daria M. Ciaputa (DC-0490)
                                       Jesse Clarke (JC-4410)
101 Park Avenue
New York, New York  10178
(212) 696-6000
(212) 697-1559 (fax)

WD2000: NY 658304.1

-2-

-2-

WD2000: NY 658304.1