T. Barry Kingham (TBK-1219)
Daria M. Ciaputa (DC-0490)
Jesse Clarke (JC-4410)
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178
(212) 696-6000
Fax (212) 697-1559

Attorneys for HRH Prince Abdullah Al Faisal Bin Abdulaziz Al Saud, Alfaisaliah Group, Faisal Group Holding Co., and Mohammed Bin Abdulrahman Al Ariefy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | **NOTICE OF APPEARANCE**<br>03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to: Ashton v. Al Qaeda Islamic Army, 02 CIV 6977 (RCC)*

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendants HRH Prince Abdullah Al Faisal Bin Abdulaziz Al Saud, Alfaisaliah Group, Faisal Group Holding Co., and Mohammed Bin Abdulrahman Al Ariefy.

Dated: New York, New York
       June 3, 2004

                                    CURTIS, MALLET-PREVOST,
                                       COLT & MOSLE LLP


                                    By:_____/s/_____
                                       T. Barry Kingham (TBK-1219)
                                       Daria M. Ciaputa (DC-0490)
                                       Jesse Clarke (JC-4410)
                                    101 Park Avenue
                                    New York, New York  10178
                                    (212) 696-6000
                                    (212) 697-1559 (fax)

WD2000: NY 657788.1

-2-

-2-

WD2000: NY 657788.1