T. Barry Kingham (TBK-1219)
Daria M. Ciaputa (DC-0490)
Jesse Clarke (JC-4410)
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178
(212) 696-6000
Fax (212) 697-1559

Attorneys for HRH Prince Abdullah Al Faisal Bin Abdulaziz Al Saud, Alfaisaliah Group, Faisal Group Holding Co., and Mohammed Bin Abdulrahman Al Ariefy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | **STATEMENT PURSUANT TO FED. R. CIV. P. 7.1(a)** <br> 03 MDL 1570 (RCC) <br> ECF Case |

*This document relates to: Ashton v. Al Qaeda Islamic Army, 02 CIV 6977 (RCC)*

Pursuant to Fed. R. Civ. P. 7.1(a), Defendants Alfaisaliah Group and Faisal Group Holding Co. certify that they have no parents, subsidiaries or affiliates whose securities or other interests are publicly held.

Dated: New York, New York
        June 3, 2004

                                        CURTIS, MALLET-PREVOST,
                                          COLT & MOSLE LLP


                                        By:_____/s/_____
                                           T. Barry Kingham (TBK-1219)
                                           Daria M. Ciaputa (DC-0490)
                                           Jesse Clarke (JC-4410)
                                        101 Park Avenue
                                        New York, New York  10178
                                        (212) 696-6000
                                        (212) 697-1559 (fax)

-2-

-2-