T. Barry Kingham (TBK-1219)
Daria M. Ciaputa (DC-0490)
Jesse Clarke (JC-4410)
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178
(212) 696-6000
Fax (212) 697-1559

Attorneys for HRH Prince Abdullah Al Faisal Bin Abdulaziz Al Saud, Alfaisaliah Group, Faisal Group Holding Co., and Mohammed Bin Abdulrahman Al Ariefy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | **NOTICE OF APPEARANCE**<br>03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to: Federal Insurance Company v. Al Qaida, 03 CIV 6978 (RCC)*

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendants HRH Prince Abdullah Al Faisal Bin Abdulaziz Al Saud, Alfaisaliah Group, Faisal Group Holding Co., and Mohammed Bin Abdulrahman Al Ariefy.

Dated: New York, New York
       June 3, 2004

                                                                                                    CURTIS, MALLET-PREVOST,
                                                                                                      COLT & MOSLE LLP

                                                                            By:_____/s/_____
                                                                          T. Barry Kingham (TBK-1219)
                                                                          Daria M. Ciaputa (DC-0490)
                                                                          Jesse Clarke (JC-4410)
                                                          101 Park Avenue
                                                          New York, New York  10178
                                                          (212) 696-6000
                                                          (212) 697-1559 (fax)

WD2000: NY 657793.1

-2-

WD2000: NY 657793.1