T. Barry Kingham (TBK-1219)
Daria M. Ciaputa (DC-0490)
Jesse Clarke (JC-4410)
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178
(212) 696-6000
Fax (212) 697-1559

Attorneys for HRH Prince Abdullah Al Faisal Bin Abdulaziz Al Saud,
Alfaisaliah Group, Faisal Group Holding Co., and Mohammed Bin
Abdulrahman Al Ariefy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| _____ ) | **STATEMENT PURSUANT TO** |
| IN RE: TERRORIST ATTACKS ON ) | **FED. R. CIV. P. 7.1(a)** |
| SEPTEMBER 11, 2001 ) | 03 MDL 1570 (RCC) |
| _____) | ECF Case |

*This document relates to: Federal Insurance Company*
 *v. Al Qaida, 03 CIV 6978 (RCC)*

       Pursuant to Fed. R. Civ. P. 7.1(a), Defendants Alfaisaliah Group and Faisal Group

Holding Co. certify that they have no parents, subsidiaries or affiliates whose securities or other

interests are publicly held.

Dated: New York, New York

      June 3, 2004

                                      CURTIS, MALLET-PREVOST,
                                        COLT & MOSLE LLP

                                    By:_____/s/_____
                                        T. Barry Kingham (TBK-1219)
                                        Daria M. Ciaputa (DC-0490)
                                        Jesse Clarke (JC-4410)
                                      101 Park Avenue
                                      New York, New York  10178
                                      (212) 696-6000
                                      (212) 697-1559 (fax)