# Exhibit 5




الأثنين 22-09-1424هـ الموافق 17-11-2003م   العدد 11112 السنة التاسعة والثلاثون

## اليوم السعودي

نافيا وقف الأعمال في الخارج.. الشيخ العقيل:
### 74 دولة تغطيها نشاطات مؤسسة الحرمين الخيرية

الرياض ـ حمد السهلي

قـال الشـيخ عقيل العقيل مدير مؤسـسـة الحرمين الخيرية ان الجمعيات والهيئات الخيرية الاسلامية نافسـت الجمعيات التبشـيـرية النصرانية والتي تسـعـى الـى تنصير المسـلمين والـوثنيين مـع الفرق الشـاسـع في الامكانات بين الجمعيات الاسـلامية والنصرانية والتي تتفوق علينا في الامكانات. وأبان الشـيخ عقيل ان مؤسـسـة الحرمين ساهمت بجهود كبيرة في عدة دول اسلامية مرت بظروف صعبة مثل افغانسـتـان والصومال والبوسـنة والشيشـان وان المؤسـسـة لهـا عـدد من التابعين لها ويشرفون على مشـاريع الحرمين في افريقيا في اكثر من 30 دولة رغم الصعوبات التي يواجهها الشباب الصالح الـذي يتميز بملامـح الاسـلام حيث يجد مضايقة واتهاما بالارهاب وحجز جوازه في المطار وغيرها من الاجراءات التعسـفية وان هـذا لـم يمنع الشـباب الصالح من العمل حيث يجوب عدد من الشباب الدول في سـبيل القيام بواجبهم الاسلامي حيث مات احد الزملاء بمرض الملاريا في افريقيا نتيجة الاشراف على احد المشـاريع. وذكـر الشيخ عقيل ان مؤسـسة الحرمين الخيرية لها نشاطات في 74 دولة في جهود عـدة مثل الدعـوة الاسـلامية والتعليـم والاغـاثـة والمشـاريع الطبيـة وكفالة الايتام مبينـا ان المؤسـسة صـرفت 104 ملايين ريال خلال ستة أشهر على نشاطاتها. ونفى الشيخ عقيل المعلومات التي تقول ان مؤسـسة الحرمين اوقفت اعمالهـا في الخـارج مؤكدا ان هـذا تلفيـق وكـذب ومحاولة لتضخيم الامـور مؤكدا ان المؤسـسـة مـازالت تعمل في الميدان وبقوة وان كانت الظروف حاليا لم تكن مثل السـابق حيث وجدنا بعض المضايقات واغلقت بعض المكاتب ولكن هذا لايمنع من مواصلة العمل فاذا اغلق مـكتب في دولة فتحنا مكتبـا في دولة أخرى. وحث الشيخ عقيل الشباب على العمل التطـوعي ودعـا الـى دعمـهـم في الاعمال الصالحة وهذا أسلم لهم من الانجراف في الافكار المنحرفة والاعمال المشينة مثل التفجيرات والتي هي بعيدة كل البعد عن الاسـلام. ودعا الشـيخ عقيل الحكومة ورجـال الاعمال والعقلاء إلى دعم المشـاريع والمؤسسـات الخيرية موضحا أن المؤسسـات الخيرية لدينا والتـي لهـا جـهـود في الخـارج قليلة لاتتجاوز 250 مقارنة بـ 1800 مؤسسة خيرية في بريطانيا وضعفها في امريكا. واسـتغرب الشيخ عقيل من موقف بعض رجـال الاعمال في بلادنا حيث اصابهم الخوف من التبرعـات الخيرية وقلت تبرعاتهم مشيدا بموقف سمو ولي العهد الامين الواضح والمشرف حيث ارسل للمؤسسة تبرعا بشيك مع خطاب.

جـاء هـذا في احتفـال مؤسسـة الحـرمين الخيـرية الجمعـة الماضـي في مقر المؤسـسـة في الرياض بمناسبة عرض جهود المؤسسة بحضور عدد من رجال الاعمال.

طباعة | إرسال هذا الموضوع لصديق | أعلى الصفحة


انفجار الرياض


الاقتصاد السعودي
الاقتصاد العربي والعالمي
مؤشرات الأسهم


الميدان السعودي
الميدان العربي والعالمي


التقنية والإنترنت


العملات
تحويل التاريخ
تحويلات قياسية
فروق التوقيت بين المدن
الأسماء ومعانيها
جداول رحلات السفر
الدليل الحكومي للشرقية
الصحافة العربية

| تاريخ دار اليوم | الهيكل الإداري | المبوبة | اتصل بنا | مشاركاتكم | ملاحظاتكم | روابط اليوم الإلكتروني | حول الموقع |



يفضل استخدام متصفح الإنترنت Microsoft Internet Explorer نسخة 5.5 أو أعلى
تصميم وتطوير دار اليوم للصحافة والطباعة والنشر - قسم الإنترنت
جميع الحقوق محفوظة © لدار اليوم للصحافة والطباعة والنشر
استضافة صحارى نت

**Saudi Al-Haramayn Foundation Chairman Cited on Activities in 74 Countries**

Shaykh Uqayl al-Uqayl, chairman of the Al-Haramayn Charity Foundation, has stated that Islamic charitable societies and organizations compete with Christian missionary organizations, which seek to Christianize Muslims and pagans. He added that there is a big disparity in resources between the Islamic societies and the Christian societies, with the latter having superior resources.

Shaykh Al-Uqayl noted that the Al-Haramayn Foundation has contributed to several important projects in several Islamic countries that have experienced difficult circumstances, such as Afghanistan, Somalia, Bosnia, and Chechyna. The foundation has a number of employees who supervise its projects in over 30 African countries. This is despite the difficulties that face the good Muslim youths, who are being harassed and accused of terrorism, whose passports are being confiscated at airports, and who are being subjected to other arbitrary measures. However, this has not prevented the good youths from carrying out their Islamic duty. A colleague has died of malaria while supervising a project in Africa.

Shaykh Al-Uuqayl said the Al-Haramayn Charity Foundation has activities in 74 countries focused on Islamic propagation, education, relief work, medical projects, and care of orphans. He noted that the foundation has spent 104 million riyals in six months on its activities. He strongly denied reports that the Al-Haramayn Foundation has halted its work abroad, stressing that these are false and fabricated reports aimed at exaggerating things. He stressed that the foundation continues to work strongly even though the circumstances are not like before. We have been subjected to some harassment and some of our offices have been closed but this has not prevented us from continuing our work. If an office is closed in one country, we open an office in another country.

Shaykh Al-Uqayl urged the youths to do voluntary work and to support good activity. This is better for them than embracing aberrant ideas and carrying out ugly acts, like bombings, which Islam does not accept. He called on the government, businessmen, and sages to support charitable projects and establishments. He explained that our charitable organizations that work abroad are few and do not exceed 250, compared with 1,800 charitable organizations in Britain and double that number in the United States.

Shaykh Al-Uqayl expressed surprise at the attitude of some businessmen in our country who are afraid of making donations, which have become very little. He praised the clear and honorable stand of His Highness Crown Prince [Abdallah Bin-Abd-al-Aziz], who sent the foundation a letter and a check.

Shaykh Al-Uqayl made this statement during a ceremony the Al-Haramayn Charity Foundation held in Riyadh on Friday during which it explained its efforts to a number of businessmen.

[Description of Source: Al-Dammam Al-Yawm (Internet Version-WWW) in Arabic -- Daily newspaper focusing on Eastern Region news. URL: http://www.alyaum.com]

Source-Date: 11/17/2003