UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

In re Terrorist Attacks on September 11, 2001     03 MDL 1570 (RCC)

-------------------------------------------------------------------x

This document relates to:

*Thomas E. Burnett, Sr., et al. vs. Al Baraka Investment and Development Corp., et al.*
**03 CV 9849 (RCC); 03 CV 5738 (RCC)**

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to F.R.C.P. 41(a)(1), Plaintiffs in the above-referenced actions hereby voluntarily dismiss the following Defendants without prejudice from *Burnett, et al. v. Al Baraka Investment & Development Corp., et al.*, No. 03-CV-5738 & No. 03-CV-9849:

Saleh Badahdah (D18)

Abdullah Al-Moslah (D17)

Abdullah Al-Mahdi (D15)

Dated: New York, New York      Respectfully submitted,
       June 4, 2004

/s/ Harry Huge
Harry Huge, Esquire
HARRY HUGE LAW FIRM, LLP
Market Square North
401 Ninth Street, N.W., Suite 450
Washington, DC 20004
Phone: (202) 824-6046
Fax:  (202) 318-1261