COZEN O'CONNOR
STEPHEN A. COZEN, ESQUIRE
ELLIOTT R. FELDMAN, ESQUIRE
SEAN P. CARTER, ESQUIRE
LISA C. HAAS, ESQUIRE
J. SCOTT TARBUTTON, ESQUIRE
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000
Attorneys for Plaintiffs, Federal

KREINDLER & KREINDLER LLP
JAMES KREINDLER, ESQ.
MARC MOLLER, ESQ.
JUSTIN T. GREEN, ESQ.
ANDREW J. MALONEY, ESQ.
KREINDLER & KREINDLER LLP
100 Park Avenue
New York, NY 10017
(212) 687-8181
Attorneys for *Ashton* Plaintiffs

MOTLEY RICE LLC
RONALD MOTLEY, ESQ.
JODI WESTBROOK FLOWERS, ESQ.
DONALD A. MIGLIORI, ESQ.
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465
(843) 216-9000
Attorneys for *Burnett* Plaintiffs

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re Terrorist Attack on September 11, 2001 | Civil Action No. 03 MD 1570 (RCC) |
| | |
| *This document relates to:* | |
| | Civil Action No. 03 CV 6978 (RCC) |
| Federal Insurance Company, et. al. v. al Qaida, et al. | |
| _____ and _____ | |
| Ashton, et al., v. | Civil Action No. 02 CV 6977(RCC) |
| Al Qaeda Islamic Army, et al. _____ and_____ | |
| Burnett, et al. v. Al Baraka Inv. and Dev. Corp., et al. | Civil Action No. 1:02CV 1616 |

## ORDER

THIS MATTER having come before the Court on Motion of Plaintiffs, Federal Insurance Company, et. al., and joined by Ashton and Burnett plaintiffs for an Order authorizing Plaintiffs to effectuate service of process by publication on defendants specified in Attachment A for whom an address or location to serve the Summons and Complaint is unknown and cannot be ascertained through reasonable means or was attempted and rejected or otherwise not responded to at an address that was discovered, and the Court having determined that good cause exists for the relief sought;

IT IS hereby ORDERED that Plaintiffs' Motion For Leave to Serve Specified Defendants by Publication Pursuant to Fed. R. Civ. Pro. 4(f)(3) is GRANTED to commence on or after June 4, 2004 and the publication will be for four weeks in the International Herald Tribune, USA Today and at least one Arabic language newspaper circulated widely in the Middle East, as well as posting the complaint on the web site www.sept11terrorlitigation.com.

**SO ORDERED:**

DATED: _____     _____

                                                 U.S.D.J.

2

## ATTACHMENT A

Abbas Abdi Ali
Abd Al-Mushin Al-Libi
Abd Al Samad Al-Ta'Ish
Abdel Barry
Abdalrahman Alarnaout Abu Aljer a/k/a Aby Obed
Abdel Hussein
Abdelhalim Remadna
Abdelkarim Hussein Mohamed Al-Nasser
Abdi Adulaziz Ali
Abdirasik Aden
Abdul Aziz Al Ibrahim
Abdul Fattah Zammar
Abdul-Rahim Mohammed Hussein
Abdul Rahman Alamoudi
Abdul Rahman Al Swailem
Abdul Rahman Yasin
Abdula Bin Laden
Abdulaziz Bin Abdul Rahman Al Saud
Abdulaziz Bin Hamad Al Gosaibi
Abdulkarim Khaled Uusuf Abdulla
Abdulla Al Obaid
Abdulla Bin Khalid Al Thani
Abdullah Ahmed Abdullah a/k/a Abu Mariam
Abdullah Bin Said
Abdullah Bin Saleh Al-Obaid
Abdullah 'Qassim
Abdullah Samil Bahmadan
Abdullah Sulaiman Al-Rajhi
Abdullahi Hussein Kahie
Abdulrahman Hassan Sharbatly
Abelmagne Ali Eldeen
Abrash Company
Abu Abdul Rahman
Abu Al-Maid
Abu Hafs the Mauritanian a/k/a Mahfouz Ould al-Walid a/k/a Khalid al-Shanqitim
Abu Hajer Al Iraqi
Abu Hamza Al-Masri
Abu Ibrahim Al-Masri
Abu Musab Al-Zarqawi
Abu Sayef Group
Abu Qatada Al-Filistini
Abu Rida Al Suri a/k/a Mohammed Loay Bayazid
Adel Ben Soltane

Adel Muhammad Sadiq Bin Kazem
Adu Agab
Afamia, SL
Afamiasal Cobis
Afghan Support Committee
Agus Budiman
Ahmad Ajaj
Ahmad Al Harbi
Ahmad Al-Shinni
Ahmad Ibrahim Al-Mughassil a/k/a Abu Omran
Ahmad Sa'Id Al-Kadr a/k/a Abu Abd Al-Rahman Al-Kanadi
Ahmad Salah a/k/a Salim
Ahmed Hosni Rarrbo a/k/a Abdallah a/k/a Abdullah
Ahmed Ibrahim Al Najjar
Ahmed Khalfan Ghailani a/k/a Ahmed the Tanzanian
Ahmed Mohammed Hamed Ali a/k/a Ahmed Mohammed Abdurehman
Ahmed Nur Ali Jim'ale
Ahmed Ressam
Ahmed Zaki Yamani
Akida Bank Private Limited
Akida Investment Co. Ltd.
Al Amn Al-Dakhili
Al Amn Al-Khariji
Al Anwa
Al-Barakaat
Al Barakaat Bank
Al-Barakat Bank of Somalia (BSS)
Al-Barakat Finance Group
Al-Barakat Financial Holding Co.
Al-Barakat Global Telecommunications
Al-Barakat Group of Companies Somalia Limited
Al-Barakat International a/k/a Baraco Co.
Al-Barakat Investments
Al Baraka Exchange LLC
Al-Bir Saudi Organization
Al-Birr
Al Faisaliah Group
Al Farooq Mosque
Al Gama'a al-Islamiyya a/k/a Egyptian Al Gama'a al-Islamiyya
Al-Hamati Sweets Bakeries
Al-Haramain Islamic Foundation (Bosnia-Herzegovina branch)
Al-Haramain Islamic Foundation (Somalia branch)
Al-Hijrah Construction and Development Limited
Al-Itihaad al-Islamiya
Al Khaleejia for Expert Promotion and Marketing Co.
Al-Nur Honey Press Shops a/k/a Al-Nur Honey Center

Al-Rashid Trust
Al Shamal For Investment and Development
Al Shamal Islamic Bank
Al-Shaykh Al-Iraqi
Al-Shifa' Honey Press for Industry and Commerce
Al Tawhid
Al Taqwa/Nada Group
Al Taqwa Trade, Property and Industry Company Limited
Al-Taqwa Zaka Establishment
Al-Watania Poultry
Albert Fredrich Armand Huber
Algerian Armed Islamic Group
Ali Atwa a/k/a Ammar Mansour Bouslim a/k/a Hassan Rostom Salim
Ali Saed Bin Ali El-Hoorie a/k/a Ali Saed Bin Ali Al-Houri a/k/a Ali Saed Bin Ali El-Houri
Amin Al-Haq a/k/a Dr. Amin Ah Haq a/k/a Muhammad Amin
Aqsa Islamic Bank
Arab Cement Company
Arafat Al-Ashi
Armand Albert Friedrich Huber a/k/a Ahmed Huber
Ary Group
ASAT Trust
Asbat al-Ansar
Ayman Al-Zawahiri
Azzam Service Center
BA Taqwa for Commerce and Real Estate Company Ltd.
Bank al Taqwa Limited
Baraka Trading Company
Barakaat Construction Company
Barakaat Group of Companies
Barakaat Red Sea Telecommunications
Barakaat Telecommunications Co. Somalia
Barakat Bank and Remittances
Barakat Computer Consulting (BCC)
Barakat Consulting Group (BCG)
Barakat Global Telephone Company
Barakat International Companies (BICO)
Barakat Post Express (BPE)
Barakat Refreshment Company
Barakat Telecommunications Company Limited
Barako Trading Company, LLC
Bashsh Hospital
Bassam Dalati Satut
Benevolence International Foundation-USA
Benevolence International Foundation-Canada
Benevolence International Foundation a/k/a Al Bir Al Dawalia
    a/k/a Alk Bir Society Organization

Bensayah Belkacem
Bilal Bin Marwan
Blessed Relief Foundation
Brahim Ben Hedili Hamami
Chiheb Ben Mohamed Ayari a/k/a Abu Hohem Hichem
Contratas Gioma
Dahir Ubeidullahi Aweys
Dallah Avco Trans Arabia Co. Ltd.
Dar-Al-Maal Al Islami
Dr. Mahmoud Dakhil
Dr. Mohaman Ali Elgari
Dubai Islamic Bank
Essam Al Ridi
Eurocovia Obras, S.A.
Fahid Mohammed Ally Msalam a/k/a Usama Al-Kini
Faisal Group Holding Co.
Fatha Adbul Rahman
Fazeh Ahed
Fazul Abdullah Mohammed a/k/a Fazul Abdalla a/k/a Fazul Adballah
Fethi Ben Rebai Masri a/k/a Amor a/k/a Omar Abu a/k/a Fethi Alic
Fouzi Jendoubi aka Said / aka Samir
Ghasoub Al Abrash Ghalyoun a/k/a Abu Musab
Global Diamond Resource
Grove Corporate, Inc.
Gulbuddin Hekmatyar
Guld and African Chamber
Gulf Center S.R.L.
Gum Arabic Company Limited
Habib Waddani
Haji Abdul Manan Agha a/k/a Abd Al-Man'am Saiyid
Haji Mohamad Akram
Hamas
Hani Ramadan
Hasan Izz-Al-Din a/k/a Ahmed Garbaya a/k/a Sa-Id a/k/a Samir Salwwan
Hashim Abdulrahman
Hassan A.A. Bahfzallah
Hassan Dahir Aweys
Hassan Turabi
Haydar Mohamed Bin Laden
Hazem Ragab
Help African People
Heritage Education Trust
Heyatul Ulya
Hezb-e-Islami
Hezbollah
Hisham Arnaout

Hussein Mahmud Abdullkadir
Ibrahim Bah
Ibrahim Bin Abdul Aziz Al Ibrahim Foundation
Ibrahim Hassabella
Ibrahim Muhammed Afandi
Ibrahim S Abdullah
Ibrahim Salih Mohammed Al-Yacoub
Ihab Ali
Imad Eddin Barakat Yarkas a/k/a Abu Dahdah
Imad Mughniyeh
Infocus Tech of Malaysia
International Limited a/k/a Iksir International Bank Limited
Institute of Milan a/k/a Instituto Culturale Islamico De Milano International a/k/a Mercy
Islamic Army of Aden
Islamic International Brigade
Islamic Cultural Center of Geneva
Islamic Cultural Institute of Milan
Islamic Movement of Uzbekistan
Iss El-Din El Sayed
Jaish-I-Mohammed a/k/a Army of Mohammed
Jalil Shinwari
Jamal Ahmed Mohammed
Jamal Al-Badawi
Jamal Bakhorsh
Jamal Barzinji
Jamal Nyrabeth
Jam'Yah Ta'Awun Al-Islamia a/k/a Jam'Iyat Al Ta'Awun Al Islamiyya
Khalid Sheik Mohammed
Khalid Sulaiman Al-Rajhi
Khalil A. Kordi
Khalil Jarraya a/k/a Khalil Yarraya a/k/a Aziz Ben Narvan Abdel' a/k/a Amro a/k/a Omar
Lashkar-e Tayyiba
Lashkar-i Janghvi
Lashkar Redayan-E-Islami
Lazhar Ben Mohammed Tlili
Liban Hussein
Lionel Dumont a/k/a Bilal a/k/a Hamza a/k/a Jacques Brougere
Mahdi Chamran Savehi
Mahmoud Jaballah
Mamdouh Mahmud Salim a/ka Abu Hajer Al Iraqi
Mansouri Al-Kadi
Mansour Thaer
Mar Jac Investments, Inc.
Masjed Al Madinah Al Munawarah a/k/a Masjid Al Madinah Al Munawarah
Maulvi Abdul Kabir
Mazin M.H. Bahareth

Mendi Kammoun
Mercy International Relief Agency
M. Yaqub Mirza
M.M. Badcook Company for Catering and Holding
Mohamed Albanna
Mohammed Al-Issai
Mohammed Al Massari
Mohammed Alchurbaji
Mohammed Ali Hasan Al Moayad
Mohammed Amine Akli
Mohammed Bahareth
Mohammed Bin Abdulrahman Al Ariefy
Mohammed Bin Faris
Mohammed Bin Laden Organization
Mohammed Chehade
Mohammed Iqbal Abdurrahman a/k/a/ Abu Jibril
Mohammed Khair Al Saqqa a/k/a Abu Al Darda
Mohammed Khatib
Mohammed Mansour
Mohammed Nur Rahmi
Mohammed Omar Al-Harazi
Mohammed Sarkawi
Mohrez Amdouni a/k/a Fabio Fusco a/k/a Mohammed Hassan a/k/a Tuale Abu
Mondher Baazaoui a/k/a Hamza
Moro Islamic Liberation Front
Mounir Ben Habib Jerraya
Moussa Ben Amor Essaadi a/k/a Dah Dah a/k/a Abdelrahmman a/k/a Bechir
Mufti Rashid Ahmad Ladehyanoy a/k/a Mufti Rasheed Ahma
Muhammad Abu-Islam
Muhammad Al-Hamati
Muhammad Atif
Muhammad Omar
Muhammad Salah
Muhammed J. Fakihi
Muhammed Galeb Kalaje Zouaydi a/k/a Abu Talha
Muhsin Musa Matwalli Atwah a/k/a Abdel Rahman a/k/a Abdul Rahman
Muhajir a/k/a Mohammed K.A. Al-Namer
Mullah Kakshar
Mustaf Ahmed Al-Hisawi a/k/a Sheik Saeed
Mustafa Al-Kadir
Mustafa Mohamed Fadhil a/k/a Abd Al Wakil Al Masri a/k/a Abu Al-Nubi a/k/a Hassan Ali
Mustasim Abdel-Rahim
Muzaffar Khan
Nabil Benattia
Nada International Anstalt
Nada Management Organization

Najib Ouaz
Nascoservice S.R.L.
Nascotex S.A.
Nasreddin Company Nasco SAS Di Ahmed Idris Nassneddin EC
Nasreddin Foundation
Nasreddin Group International Holding Ltd.
Nasreddin International Group Limited Holding
National Fund for Social Insurance
National Islamic Front
National Management Consultancy Center
Nedal Saleh a/k/a Hitem
New Diamond Holdings
Noor Jalil
Omar Abu Omar
Omar Al-Bayoumi
Omar Sulaiman Al-Rajhi
Osama Bassnan
Palestinian Islamic Jihad
Parka Trading Company
Perouz Seda Ghaty
Promociones Y Construcciones Tetuan Pricote, S.A.
Proyectos Edispan
Proyectos Y Promociones Iso
Proyectos Y Promociones Paradise, SL
Queen City Cigarettes and Candy
Rabih Haddah
Rachid Fettar a/k/a Aminedel Belgio a/k/a Djaffar
Ramzi Binalshibh
Rashid M. Al Romaizan
Red Sea Barakat Company Limited
Riyadus-Salikhin Recognizance and Sabotage Battalion of Chechen Martyrs
Sa'D Al-Sharif
Saar Foundation
Saddam Hussein
Safa Trust
Said Bahaji
Saif Al Islam El Masry
Salafist Group for Call and Combat
Salah Badahdh
Saleh Abdulaziz Al-Rajhi
Saleh Gazaz
Salem Bin Laden
Samir Kishk
Samir Salah
Sana-Bell, Inc.
Sanabel Al-Kheer

Sanur Salah
Saqar Al-Sadawi
Saudi Bin Laden International Company
Saudi Cement Company in Damman
Saudi Joint Relief Committee
Saudi High Commission (a/k/a The Saudi High Relief Commission) (Bosnian branch)
Saudi Sudanese Bank
Sayf al-Adl
Shaykh Sa'id
Sheik Adil Galil Batargy
Sheikh Abdullah Azzam a/k/a Abu Muhammed
Sheikh Abu Bdul Aziz Nagi
Sheikh Ahmed Salim Swedan
Sheikh Omar Bakri Muhammad
Sherif Sedky
S.M. Tufail
Society of Islamic Cooperation a/k/a Jam'Yah Ta'Aqun Al-Islamia
Somalia Internet Company
Somalia Network AB
Special Purpose Islamic Regiment
Ssid Bahaji
Sulaman Al-Ali
Suleiman Abdel Aziz Al Rajhi
Syed Suleman Ahmer
Taba Investments
Tadamon Islamic Bank
Taibah International Aid Association under Saleh O. Badahdah
Talal Mohammed Badkook
Tanzanite King
Tarek Ayoubi
Tareq M. Al-Swaidan
Tariq Anwar al-Sayyid Ahmad a/k/a Fathi a/k/a Amr al-Fatih
The Aid Organization of the Ulema
The Committee for the Defense of Legitimate Rights
The Global Relief Founation a/k/a GRF a/k/a Foundatin Secours Mondail a/k/a Al-Najda
The Taliban
Thirwat Salah Shihata
Turkistan Islamic Movement
Ulema Union of Afghanistan
Umma Tameer-E-Nau (UTN)
Wadi Al Aqiq
Wafa Humanitarian Organization
Walid Al-Sourouri
Yaqub Mirz
Yasser Al-Azzani
Yassine Chekkouri

Yazid Sufaat
Youssef Abdaoui a/k/a Abu Abdullah a/k/a Abdellah a/k/a Abdullah
Youssef M. Nada
Yusaf Ahmed Ali
Zakariya Essabar
Zakat Committee
Ziyad Khaleel

Abdullah M. Al-Mahdi
Abdullah Omar Naseef
Al Baraka Investment and Development Company
Al Haramain Islamic Foundation
Aqeel Abdul-Azeel Al-Aqeel
Bakr M. Bin Laden
Enaam Arnout and Benevolence International Foundation ("BIF")
Hamad Hussaini
International Development Foundation
Iqbal Unus (Yunus)
Khaled Bin Mahfouz
M. Omar Ashraf
Mohammed Ali Sayed Mushayt
Mohammed Bin Abdullah Al-Jomaith
Mohammed Hussein Al-Amoudi
Mohammed Jamal Khalifa
Mohammed Omeish
Muhammed Ashraf
Mushayt for Trading Establishment
Omar M. Bin Laden
Prince Abdullah Al Faisal Bin Abdulaziz Al Saud
Safar Al-Hawali
Salahuddin Abduljawad
Saleh Abdullah Kamel
Saleh Al-Hussayen
Salman Al-Ouda
Sami Omar Al-Hussayen
Saudi Economic and Development Company
Saudi Red Crescent
Soliman H.S. Al-Buthe
Soliman J. Khudeira
Success Foundation
Tarek M. Bin Laden
World Assembly of Muslim Youth
Yeslam M. Bin Laden
Yousef Jameel
Zacarias Moussaoui

Zahir Kazmi

Abu Salayman
Garad Jama
Khaled Nouri
Mohammed Jaghlit