COZEN O'CONNOR
STEPHEN A. COZEN, ESQUIRE
ELLIOTT R. FELDMAN, ESQUIRE
SEAN P. CARTER, ESQUIRE
LISA C. HAAS, ESQUIRE
J. SCOTT TARBUTTON, ESQUIRE
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000
Attorneys for Plaintiffs, Federal

KREINDLER & KREINDLER LLP
JAMES KREINDLER, ESQ.
MARC MOLLER, ESQ.
JUSTIN T. GREEN, ESQ.
ANDREW J. MALONEY, ESQ.
KREINDLER & KREINDLER LLP
100 Park Avenue
New York, NY 10017
(212) 687-8181
Attorneys for *Ashton* Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re Terrorist Attack on September 11, 2001 | Civil Action No. 03 MD 1570 (RCC) |
| *This document relates to:* | |
| Federal Insurance Company, et. al.<br>v.<br>Al Qaida, et al. | Civil Action No. 03 CV 6978 (RCC) |
| And | |
| Ashton, et. al.<br>v.<br>Al Qaeda Islamic Army, et al. | Civil Action No. 02 CV 6977 (RCC) |

## ORDER

THIS MATTER having come before the Court on Joint Motion of Plaintiffs in *Federal Insurance Company, et. al. v. Al Qaida, et. al.*, Civil Action No. 03 CV 6978, and Plaintiffs in *Ashton v. Al Qaeda Islamic Army, et. al.*, Civil Action No. 02 CV 6977, for an Order authorizing Plaintiffs to effectuate service of process on those defendants for whom an address or location to serve the Summons and Complaint is unknown and cannot be ascertained through reasonable

means and who have counsel of record in Civil Action No. 03 MD 1570, by sending the Summons and Complaint by certified mail to each counsel of record, and the Court having determined that good cause exists for the relief sought;

IT IS hereby ORDERED that Plaintiffs' Motion to serve specified defendants in Attachment A by sending the Summons and Complaint to counsel of record in Civil Action No. 03 MD 1570 is GRANTED.

**SO ORDERED:**

DATED: _____

_____
U.S.D.J.

**ATTACHMENT A**

Abdul Rahman Al Swailem
Abdul Rahman Alamoundi
Abdulla Al Obaid
Abdullah Bin Saleh Al-Obaid
Abdullah M. Al-Mahdi
Abdullah Omar Naseef
Al Baraka Investment and Development Company
Al Haramain Islamic Foundation
Aqeel Abdul-Azeel Al-Aqeel
Bakr M. Bin Laden
Enaam Arnout and Benevolence International Foundation ("BIF")
Hamad Hussaini
International Development Foundation
Iqbal Unus (Yunus)
Khaled Bin Mahfouz
M. Omar Ashraf
Mohammed Ali Sayed Mushayt
Mohammed Bin Abdullah Al-Jomaith
Mohammed Hussein Al-Amoudi
Mohammed Jamal Khalifa
Mohammed Omeish
Muhammed Ashraf
Mushayt for Trading Establishment
Omar M. Bin Laden
Prince Abdullah Al Faisal Bin Abdulaziz Al Saud
Safar Al-Hawali
Salahuddin Abduljawad
Saleh Abdullah Kamel
Saleh Al-Hussayen
Salman Al-Ouda
Sami Omar Al-Hussayen
Saudi Economic and Development Company
Saudi Red Crescent
Soliman H.S. Al-Buthe
Soliman J. Khudeira
Success Foundation
Tarek M. Bin Laden
World Assembly of Muslim Youth
Yeslam M. Bin Laden
Yousef Jameel
Zacarias Moussaoui
Zahir Kazmi