IN THE UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 03 MDL 1570 (RCC) |
| ASHTON, et al., v. AL QAEDA ISLAMIC ARMY, et al | Case No. 02 CV 6977 (RCC) |
| BARERRA, et al. v. AL QAEDA ISLAMIC et al. | Case No. 03-cv-7036 (RCC) |
| BURNETT, et al., v. AL BARAKA INVESTMENT AND DEVELOPMENT CORPORATION, et al. | Case No. 03 CV 9849 (RCC) |
| FEDERAL INSURANCE COMPANY, et al., v. AL QAIDA, et al. | Case No. 03 CV 6978 (RCC) |
| HAVLISH v. BIN LADEN | Case No. 03-cv-9848 (RCC) |
| O'NEILL et al. v. AL BARAKA INVESTMENT AND DEVELOPMENT CORPORATION, et al. | Case No. 04 CV 1923 (RCC) |
| SALVO, et al., v. AL QAEDA ISLAMIC ARMY, et al, | Case No. 03-CV-5071 (RCC) |

### AFFIDAVIT OF WILLIAM C. EDGAR
### REQUESTING LEAVE TO WITHDRAWAL AS COUNSEL

William C. Edgar, being duly sworn, affirms and says:

1.  Pursuant to Local Rule 1.4, I seeks the leave of the Court to withdrawal as counsel for Defendant His Royal Highness Prince Naif bin Abdulaziz al-Saud. I was admitted *pro hac vice* to the MDL proceeding (03 MDL 1570) by Order dated March 16, 2004. My withdrawal is requested because I am leaving the firm of

261157.1

Bryan Cave LLP on June 18, 2004, to join the United States Department of Justice.

2. The appearances of the other counsel for Defendant His Royal Highness Prince Naif bin Abdulaziz al-Saud in this matter, James Cole, Michael Biggers and James Murphy, of the law firm of Bryan Cave LLP, will remain unchanged.

3. My withdrawal will not affect the posture of the case, or the calendar of proceedings in any way.

4. My appearance was noticed only in *In Re Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (RCC). The remaining matters listed in the caption above are included in this request only because I receive ECF notifications of the submissions in all of these matters.

I solemnly affirm under penalties of perjury that the contents of the foregoing Affidavit are true and correct to the best of my information, knowledge and belief.

William C. Edgar
BRYAN CAVE LLP
700 Thirteenth Street, N.W.
Washington, D.C. 20005-3960
Telephone: (202) 508-6000
Facsimile: (202) 508-6200

Dated: June 4, 2004

Subscribed and sworn to before me this 4th day of June, 2004.

Notary Public

My Commission expires: 7/31/08

2