IN THE UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 03 MDL 1570 (RCC) |
| ASHTON, et al., v. AL QAEDA ISLAMIC ARMY, et al | Case No. 02 CV 6977 (RCC) |
| BARERRA, et al. v. AL QAEDA ISLAMIC et al. | Case No. 03-cv-7036 (RCC) |
| BURNETT, et al., v. AL BARAKA INVESTMENT AND DEVELOPMENT CORPORATION, et al. | Case No. 03 CV 9849 (RCC) |
| FEDERAL INSURANCE COMPANY, et al., v. AL QAIDA, et al. | Case No. 03 CV 6978 (RCC) |
| HAVLISH v. BIN LADEN | Case No. 03-cv-9848 (RCC) |
| O'NEILL et al. v. AL BARAKA INVESTMENT AND DEVELOPMENT CORPORATION, et al. | Case No. 04 CV 1923 (RCC) |
| SALVO, et al., v. AL QAEDA ISLAMIC ARMY, et al, | Case No. 03-CV-5071 (RCC) |

## ORDER PERMITTING WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 1.4, it is this _____ day of _____, 2004

ORDERED THAT

    1.    William C. Edgar of the law firm of Bryan Cave LLP may withdraw as counsel of record for Defendant His Royal Highness Prince Naif bin Abdulaziz al-Saud.

261161.1

    2.  As of the date of service of this Order, no further notices, papers, or pleadings should be made on William C. Edgar on behalf of Defendant His Royal Highness Prince Naif bin Abdulaziz al-Saud.

    3.  The appearances of James Cole, Michael Biggers and James Murphy, of the law firm of Bryan Cave LLP, on behalf of Defendant His Royal Highness Prince Naif bin Abdulaziz al-Saud will remain unchanged.

            _____
            Richard C. Casey
            United States District Court Judge