KREINDLER & KREINDLER LLP
JAMES KREINDLER, ESQ.
MARC MOLLER, ESQ.
JUSTIN T. GREEN, ESQ.
ANDREW J. MALONEY, ESQ.
100 Park Avenue
New York, NY 10017
(212) 687-8181
Attorneys for *Ashton* Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re TERRORIST ATTACKS on SEPTEMBER 11, 2001 | ) ) ) ) 03 MDL 1570 (RCC) ) |
| KATHLEEN ASHTON et al., Plaintiffs, v. AL QAEDA ISLAMIC ARMY et al., Defendants. | ) ) ) ) ) ) 02 CV 6977 (RCC) ) ) ) ) |

ORDER

THIS MATTER having come before the Court on Motion of Plaintiffs in *Ashton, et al. v. Al Qaeda Islamic Army, et al.,* for an Order voluntarily dismissing, without prejudice, the defendants listed in the attached Exhibit A,

IT IS HEREBY ORDERED that Plaintiff's Motion to voluntarily dismiss the defendants named in Exhibit A of the *Ashton* complaint be GRANTED.

SO ORDERED:

Dated: _____          _____
                                                                    U.S.D.J.

## Exhibit A

ESTATE OF MUHAMMAD ATEF
ABDULLAH AHMED ABDULLAH
ESTATE OF ABU HAFS a/k/a Khaled Al Shanguiti,
 a/k/a Mafuz Ould Al Walid, "THE MAURITANIAN"
ESTATE OF ABU SALAH AL-YEMENI
ESTATE OF ABU JAFFER AL-JAZIRI
 a/k/a OMAR CHEBBANI
MUHSIN MUSA MATWALLI ATWAH
ANAS AL LIBY
FAZUL ABDULLAH MOHAMMED
AHMED MOHAMED HAMED ALI
MOHAMED SULEIMAN AL NALFI
MUSTAFA MOHAMED FADHIL
AHMED KHALFAN GHAILANI
FAHID MOHAMMED ALLY MSALAM
SHEIKH AHMED SALIM SWEDAN
FATHA ADBUL RAHMAN
YASSER AL-AZZANI
JAMAL BAKHORSH
AHMAD AL-SHINNI
ABU ABDUL RAHMAN
ABU SAYEF GROUP (ASG)
JEMAAH ISLAMIYA a/k/a Jam'yah Ta'awun Al Islamia
ALGERIAN ARMED ISLAMIC GROUP (GIA)
EGYPTIAN GAMA'A AL-ISLAMIYA

## Co-Conspirators

ABD AL-MUSHIN AL-LIBI
ABDUL RAHMAN YASIN
ABDULLA AL OBAID
ADVICE AND REFORMATION COMMITTEE
AFGHAN SUPPORT COMMITTEE (ASC)
AHMED NUR ALI JUMALE a/k/a Ahmed Nur Ali Jim'ale
AL KHALEEJIA FOR EXPERT PROMOTION AND MARKETING COMPANY
AL-BARAKAAT GROUP OF COMPANIES SOMALIA LIMITED
BARAKAAT GROUP OF COMPANIES
AL-GAMMAAH AL ISLAMIAH
ISLAMIC ARMY FOR THE LIBERATION OF HOLY PLACES
ISLAMIC CULTURAL INSTITUTE OF MILAN
ISLAMIC RESCUE ORGANIZATION
MOHAMMED SALIM BIN MAHFOUZ
MUHAMMAD SALAH,
RABIH HADDAH
SAFIQ AYADI
SAUDI SUDANESE BANK

SHEIKH ABU ABDUL AZIZ NAGI
TABA INVESTMENTS
TANZANITE KING
ULEMA UNION OF AFGHANISTAN
WADI AL AQIQ
WAFA HUMANITARIAN ORGANIZATION
WORLD ASSEMBLY OF ISLAMIC YOUTH
YOUSAF AHMED ALI
INFOCUS TECH OF MALAYSIA
YAZID SUFAAT OF KUALA LUMPUR MALAYSIA;
AL-SHAYKH AL-IRAQI
ABU HAJER AL IRAQI
SAUDI DALLAH AL BARAKA GROUP LLC.
AL BARAKA INVESTMENT AND DEVELOPMENT
ISLAMIC INVESTMENT COMPANY OF THE GULF
MOHAMMAD S. MOHAMMAD
NATIONAL ISLAMIC FRONT PARTY
MAMDOUH MAHMUD SALIM
MUSTASIM ABDEL-RAHIM
ABDEL WAHAB OSMAN
SUDANESE GOVERNMENT OF NORTHERN STATE
NATIONAL FUND FOR SOCIAL INSURANCE
RAHMAN ABDUL SIRAL-KHATIM
ABDUL-RAHIM MOHAMMED HUSSEIN
AL AMN AL-DAKHILI
AL AMN AL-KHARIJI
ABD AL SAMAD AL-TA'ISH
MOHAMED SADEEK ODEH
ABDEL BARRY
AHMED THE GERMAN
IRAQI SECRET SERVICE
MOHAMMED SARKAWI
AL TAWHID
HAJI MOHAMAD AKRAM
UMAR FARUQ
IBN SHEIK AL-LIBI
MULLAH KREKAR
ABDULAZIS BIN ABDUL RAHMAN AL SAUD
ARAFAT EL-ASAHI
MOHAMMED BIN ABDUL RAHMAN AL ARIEFY
FAISAL GROUP HOLDING CO.
BASHSH HOSPITAL
MUSHAYT FOR TRADING ESTABLISHMENT
HELP AFRICAN PEOPLE
MERCY INTERNATIONAL RELIEF AGENCY
ISLAMIC MOVEMENT OF UZBEKISTAN (IMU)
SAUDI BIN LADEN INTERNATIONAL COMPANY
TALAL MOHAMMED BADKOOK
MOHAMAN ALI ELGARI
M.M. BADKOOK CO. FOR CATERING & TRADING

AL-MUSTAQBAL GROUP
NATIONAL MANAGEMENT CONSULTANCY CENTER (NMCC)
AL-WATANIA POULTRY
SAUDI ECONOMIC AND DEVELOPMENT COMPANY
ZAKAT COMMITTEE
ABDULKARIM KHALED UUSUF ABDULLAH
HISHAM (BROTHER OF ENAAM ARNANOUT)
SAIF AL ISLAM EL MASRY
BENEVOLENCE INTERNATIONAL FOUNDATION - U.S.A.
BENEVOLENCE INTERNATIONAL FOUNDATION - CANADA
BENEVOLENCE INTERNATIONAL FUND
SYED SULEMAN AHMER
MUZAFFAR KHAN
SOLIMAN J. KHUDEIRA
JAMAL NYRABEH
AMERICAN MUSLIM FOUNDATION (AMF)
MOHAMMED OMEISH
MAHMOUD JABALLAH
ARAFAT EL-ASHI
MORO ISLAMIC LIBERATION FRONT (MILF)
MAHMOUD JABALLAH
MOHAMMED KHATIB
ISLAMIC AFRICAN RELIEF AGENCY
FAZEH AHED
KHALED NOURI
ABDULLAH M. AL-MAHDI
TAREQ M. AL-SWAIDAN
ABDUL AL-MOSLAH
IHAB ALI
SAMIR SALAH
IBRAHIM HASSABELLA
ABU SULAYMAN
AFRICAN MUSLIM AGENCY
HERITAGE EDUCATION TRUST
MENA CORPORATION
RESTON INVESTMENTS, INC.
STERLING CHARITABLE GIFT FUND
STERLING MANAGEMENT GROUP
YORK FOUNDATION
NATIONAL DEVELOPMENT BANK
AHMED IBRAHIM AL NAJJAR
SAUDI CEMENT COMPANY IN DAMMAN
ARAB CEMENT COMPANY
MOHAMMED CHEHADE
HAZEM RAGAB
MOHAMMED ALCHURBAJI
MUSTAFA AL-KADIR
ABU AL-MAID
THIRWAT SHIHATA
ISLAMIC ARMY OF ADEN

MOHAMMED IQBAL ABDURRAHMAN a/k/a ABNU JIBRIL
FOUNDATION SECOURS MONDIAL
ABDELKADIR MAHMOUD ES SAYED
KHALID AL FAWAZ
ABU HAMZA AL MASRI
MOHAMED BEN BELGACEM AOUADI
MOKHTAR BOUCHOUCHA
TAREK CHARAABI
SAMI BEN KHEMAIS ESSID
LASED BEN HENI
SALAFIST GROUP FOR CALL AND COMBAT
AL-HAMATI SWEETS BAKERIES
AL-HUR HONEY PRESS SHOPS a/k/a AL-NUR HONEY CENTER
AL SHIFA' HONEY PRESS FOR INDUSTRY AND COMMERCE
SAQAR AL JADAWI
AHMAD IBRAHIM AL-MUGHASSIL
AL ITIHAAD AL ISLAMIYA (AIAI)
AMIN AL HAQ a/k/a MUHAMMAD AMIN a/k/a AMIN UL HAQ
ANSAR AL ISLAM a/k/a JUND AL ISLAM
AHMAD SA'ID AL KADR
ABDUL AZIZ AL IBRAHIM (or "AL IBRAHIM")
INTERNATIONAL DEVELOPMENT FOUNDATION
AKIDA COMMODITY LIMITED
AKIDA INVESTMENT COMPANY LIMITED
AKIDA MANAGEMENT AND TRUST a/k/a/AKIDA ISLAMIC
   BANKERS' TRUSTEE AND MANAGEMENT
ALI HIMMAT
AL TAQWA TRADE PROPERTY AND INDUSTRY COMPANY LIMITED,
   a/k/a AL TAQWA TRADE PROPERTY AND INDUSTRY
ESTABLISHMENT, a/k/a HIMMAT ESTABLISHMENT
AL TAQWA ZAKA ESTABLISHMENT
BA TAQWA FOR COMMERCE AND REAL ESTATE COMPANY LIMITED,
   a/k/a BA TAQWA FOR COMMERCE AND REAL ESTATE
   ESTABLISHMENT, a/k/a BEN M. NADA ESTABLSIHMENT, a/k/a
YOUSSEF M. NADA ESTABLISHMENT
CEMSTEEL IMPEX ESTABLSIHMENT
GULF CENTER S.R.L.
IKSIR LIMITED HOLDING
MIGA – MALAYSIAN SWISS, GULF AND AFRICAN CHAMBER,
   a/k/a CAMERA DI COMMERCIO, INDUSTRIA E TURISMO PER GLI
   STATI ARABI DEL GOLFO E LA SVIZZERA
MOHAMED MANSOUR, a/k/a MOHAMED AL-MANSOUR
NADA INTERNATIONAL ANSTALT, a/k/a NADA GROUP
   INTERNATIONAL ANSTALT
NASCO BUSINESS RESIDENCE CENTER SAS
   DI NASREDDIN AHMED IDRIS ED
NASCOSERVICE S.R.L.
NASCOTEX S.A., a/k/a INDUSTRIE GENERALE DE FILATURE ET
   TISSAGE, A/K/A INDUSTRIE GENERALE DE TEXTILE
NASREDDIN CHARITABLE FOUNDATION

NASREDDIN COMPANY NASCO SAS DI AHMED
  IDRIS NASSNEDDIN EC
NASREDDIN FOUNDATION, a/k/a NASREDDIN STIFTUNG
NASREDDIN GROUP INTERNATIONAL HOLDING LIMITED
NASREDDIN INTERNATIONAL GROUP LIMITED HOLDING a/k/a
  MIDDLE EAST AND TURKEY INVESTMENT HOLDING LIMITED
RAW MAT SERVICE AND MANAGEMENT SA
YOUSSEF M. NADA ESTABLISHMENT,
  a/k/a YOUSSEF M. NADA ANSTALT
YOUSSEF M. NADA & CO. GESELLSCHAFT MBH
AL TIKRITI, BARZAN IBRAHIM
ISLAMIC CENTER OF TUCSON
ISLAMIC SOCIETY OF NORTH AMERICA
ISMAIL, HAQI
NORTH AMERICAN ISLAMIC TRUST
SOCIETY OF ISLAMIC COOPERATION (Afghanistan)

## Exhibit A

ESTATE OF MUHAMMAD ATEF
ABDULLAH AHMED ABDULLAH
ESTATE OF ABU HAFS a/k/a Khaled Al Shanguiti,
 a/k/a Mafuz Ould Al Walid, "THE MAURITANIAN"
ESTATE OF ABU SALAH AL-YEMENI
ESTATE OF ABU JAFFER AL-JAZIRI
  a/k/a OMAR CHEBBANI
MUHSIN MUSA MATWALLI ATWAH
ANAS AL LIBY
FAZUL ABDULLAH MOHAMMED
AHMED MOHAMED HAMED ALI
MOHAMED SULEIMAN AL NALFI
MUSTAFA MOHAMED FADHIL
AHMED KHALFAN GHAILANI
FAHID MOHAMMED ALLY MSALAM
SHEIKH AHMED SALIM SWEDAN
FATHA ADBUL RAHMAN
YASSER AL-AZZANI
JAMAL BAKHORSH
AHMAD AL-SHINNI
ABU ABDUL RAHMAN
ABU SAYEF GROUP (ASG)
JEMAAH ISLAMIYA a/k/a Jam'yah Ta'awun Al Islamia
ALGERIAN ARMED ISLAMIC GROUP (GIA)
EGYPTIAN GAMA'A AL-ISLAMIYA

## Co-Conspirators

ABD AL-MUSHIN AL-LIBI
ABDUL RAHMAN YASIN
ABDULLA AL OBAID
ADVICE AND REFORMATION COMMITTEE
AFGHAN SUPPORT COMMITTEE (ASC)
AHMED NUR ALI JUMALE a/k/a Ahmed Nur Ali Jim'ale
AL KHALEEJIA FOR EXPERT PROMOTION AND MARKETING COMPANY
AL-BARAKAAT GROUP OF COMPANIES SOMALIA LIMITED
BARAKAAT GROUP OF COMPANIES
AL-GAMMAAH AL ISLAMIAH
ISLAMIC ARMY FOR THE LIBERATION OF HOLY PLACES
ISLAMIC CULTURAL INSTITUTE OF MILAN
ISLAMIC RESCUE ORGANIZATION
MOHAMMED SALIM BIN MAHFOUZ
MUHAMMAD SALAH,
RABIH HADDAH
SAFIQ AYADI
SAUDI SUDANESE BANK

SHEIKH ABU ABDUL AZIZ NAGI
TABA INVESTMENTS
TANZANITE KING
ULEMA UNION OF AFGHANISTAN
WADI AL AQIQ
WAFA HUMANITARIAN ORGANIZATION
WORLD ASSEMBLY OF ISLAMIC YOUTH
YOUSAF AHMED ALI
INFOCUS TECH OF MALAYSIA
YAZID SUFAAT OF KUALA LUMPUR MALAYSIA;
AL-SHAYKH AL-IRAQI
ABU HAJER AL IRAQI
SAUDI DALLAH AL BARAKA GROUP LLC.
AL BARAKA INVESTMENT AND DEVELOPMENT
ISLAMIC INVESTMENT COMPANY OF THE GULF
MOHAMMAD S. MOHAMMAD
NATIONAL ISLAMIC FRONT PARTY
MAMDOUH MAHMUD SALIM
MUSTASIM ABDEL-RAHIM
ABDEL WAHAB OSMAN
SUDANESE GOVERNMENT OF NORTHERN STATE
NATIONAL FUND FOR SOCIAL INSURANCE
RAHMAN ABDUL SIRAL-KHATIM
ABDUL-RAHIM MOHAMMED HUSSEIN
AL AMN AL-DAKHILI
AL AMN AL-KHARIJI
ABD AL SAMAD AL-TA'ISH
MOHAMED SADEEK ODEH
ABDEL BARRY
AHMED THE GERMAN
IRAQI SECRET SERVICE
MOHAMMED SARKAWI
AL TAWHID
HAJI MOHAMAD AKRAM
UMAR FARUQ
IBN SHEIK AL-LIBI
MULLAH KREKAR
ABDULAZIS BIN ABDUL RAHMAN AL SAUD
ARAFAT EL-ASAHI
MOHAMMED BIN ABDUL RAHMAN AL ARIEFY
FAISAL GROUP HOLDING CO.
BASHSH HOSPITAL
MUSHAYT FOR TRADING ESTABLISHMENT
HELP AFRICAN PEOPLE
MERCY INTERNATIONAL RELIEF AGENCY
ISLAMIC MOVEMENT OF UZBEKISTAN (IMU)
SAUDI BIN LADEN INTERNATIONAL COMPANY
TALAL MOHAMMED BADKOOK
MOHAMAN ALI ELGARI
M.M. BADKOOK CO. FOR CATERING & TRADING

AL-MUSTAQBAL GROUP  
NATIONAL MANAGEMENT CONSULTANCY CENTER (NMCC)  
AL-WATANIA POULTRY  
SAUDI ECONOMIC AND DEVELOPMENT COMPANY  
ZAKAT COMMITTEE  
ABDULKARIM KHALED UUSUF ABDULLAH  
HISHAM (BROTHER OF ENAAM ARNANOUT)  
SAIF AL ISLAM EL MASRY  
BENEVOLENCE INTERNATIONAL FOUNDATION - U.S.A.  
BENEVOLENCE INTERNATIONAL FOUNDATION - CANADA  
BENEVOLENCE INTERNATIONAL FUND  
SYED SULEMAN AHMER  
MUZAFFAR KHAN  
SOLIMAN J. KHUDEIRA  
JAMAL NYRABEH  
AMERICAN MUSLIM FOUNDATION (AMF)  
MOHAMMED OMEISH  
MAHMOUD JABALLAH  
ARAFAT EL-ASHI  
MORO ISLAMIC LIBERATION FRONT (MILF)  
MAHMOUD JABALLAH  
MOHAMMED KHATIB  
ISLAMIC AFRICAN RELIEF AGENCY  
FAZEH AHED  
KHALED NOURI  
ABDULLAH M. AL-MAHDI  
TAREQ M. AL-SWAIDAN  
ABDUL AL-MOSLAH  
IHAB ALI  
SAMIR SALAH  
IBRAHIM HASSABELLA  
ABU SULAYMAN  
AFRICAN MUSLIM AGENCY  
HERITAGE EDUCATION TRUST  
MENA CORPORATION  
RESTON INVESTMENTS, INC.  
STERLING CHARITABLE GIFT FUND  
STERLING MANAGEMENT GROUP  
YORK FOUNDATION  
NATIONAL DEVELOPMENT BANK  
AHMED IBRAHIM AL NAJJAR  
SAUDI CEMENT COMPANY IN DAMMAN  
ARAB CEMENT COMPANY  
MOHAMMED CHEHADE  
HAZEM RAGAB  
MOHAMMED ALCHURBAJI  
MUSTAFA AL-KADIR  
ABU AL-MAID  
THIRWAT SHIHATA  
ISLAMIC ARMY OF ADEN

MOHAMMED IQBAL ABDURRAHMAN a/k/a ABNU JIBRIL
FOUNDATION SECOURS MONDIAL
ABDELKADIR MAHMOUD ES SAYED
KHALID AL FAWAZ
ABU HAMZA AL MASRI
MOHAMED BEN BELGACEM AOUADI
MOKHTAR BOUCHOUCHA
TAREK CHARAABI
SAMI BEN KHEMAIS ESSID
LASED BEN HENI
SALAFIST GROUP FOR CALL AND COMBAT
AL-HAMATI SWEETS BAKERIES
AL-HUR HONEY PRESS SHOPS a/k/a AL-NUR HONEY CENTER
AL SHIFA' HONEY PRESS FOR INDUSTRY AND COMMERCE
SAQAR AL JADAWI
AHMAD IBRAHIM AL-MUGHASSIL
AL ITIHAAD AL ISLAMIYA (AIAI)
AMIN AL HAQ a/k/a MUHAMMAD AMIN a/k/a AMIN UL HAQ
ANSAR AL ISLAM a/k/a JUND AL ISLAM
AHMAD SA'ID AL KADR
ABDUL AZIZ AL IBRAHIM (or "AL IBRAHIM")
INTERNATIONAL DEVELOPMENT FOUNDATION
AKIDA COMMODITY LIMITED
AKIDA INVESTMENT COMPANY LIMITED
AKIDA MANAGEMENT AND TRUST a/k/a/AKIDA ISLAMIC
   BANKERS' TRUSTEE AND MANAGEMENT
ALI HIMMAT
AL TAQWA TRADE PROPERTY AND INDUSTRY COMPANY LIMITED,
   a/k/a AL TAQWA TRADE PROPERTY AND INDUSTRY
ESTABLISHMENT, a/k/a HIMMAT ESTABLISHMENT
AL TAQWA ZAKA ESTABLISHMENT
BA TAQWA FOR COMMERCE AND REAL ESTATE COMPANY LIMITED,
   a/k/a BA TAQWA FOR COMMERCE AND REAL ESTATE
   ESTABLISHMENT, a/k/a BEN M. NADA ESTABLSIHMENT, a/k/a
YOUSSEF M. NADA ESTABLISHMENT
CEMSTEEL IMPEX ESTABLSIHMENT
GULF CENTER S.R.L.
IKSIR LIMITED HOLDING
MIGA – MALAYSIAN SWISS, GULF AND AFRICAN CHAMBER,
   a/k/a CAMERA DI COMMERCIO, INDUSTRIA E TURISMO PER GLI
   STATI ARABI DEL GOLFO E LA SVIZZERA
MOHAMED MANSOUR, a/k/a MOHAMED AL-MANSOUR
NADA INTERNATIONAL ANSTALT, a/k/a NADA GROUP
   INTERNATIONAL ANSTALT
NASCO BUSINESS RESIDENCE CENTER SAS
   DI NASREDDIN AHMED IDRIS ED
NASCOSERVICE S.R.L.
NASCOTEX S.A., a/k/a INDUSTRIE GENERALE DE FILATURE ET
   TISSAGE, A/K/A INDUSTRIE GENERALE DE TEXTILE
NASREDDIN CHARITABLE FOUNDATION

NASREDDIN COMPANY NASCO SAS DI AHMED
  IDRIS NASSNEDDIN EC
NASREDDIN FOUNDATION, a/k/a NASREDDIN STIFTUNG
NASREDDIN GROUP INTERNATIONAL HOLDING LIMITED
NASREDDIN INTERNATIONAL GROUP LIMITED HOLDING a/k/a
  MIDDLE EAST AND TURKEY INVESTMENT HOLDING LIMITED
RAW MAT SERVICE AND MANAGEMENT SA
YOUSSEF M. NADA ESTABLISHMENT,
  a/k/a YOUSSEF M. NADA ANSTALT
YOUSSEF M. NADA & CO. GESELLSCHAFT MBH
AL TIKRITI, BARZAN IBRAHIM
ISLAMIC CENTER OF TUCSON
ISLAMIC SOCIETY OF NORTH AMERICA
ISMAIL, HAQI
NORTH AMERICAN ISLAMIC TRUST
SOCIETY OF ISLAMIC COOPERATION (Afghanistan)