# Exhibit 2

```
                    Fwd RE message for Brother Adel Batterjee.txt
From: Youcef Abdelkader [djazairain@hotmail.com]
Sent: Friday, July 12, 2002 6:14 PM
To: evan@ctnews.org
Subject: Fwd: RE: message for Brother Adel Batterjee



>From: "Adel A.J. Batterjee" <adelbatterjee@cap-sa.com>
>To: Youcef Abdelkader <djazairain@hotmail.com>
>Subject: RE: message for Brother Adel Batterjee
>Date: Sat, 24 Jun 2000 12:17:30 +0300
>
>Assalam Aloykom Brother Youcef
>Jazak Allah khayer for your letter. If you provide me with a mailing
>address
>I will send you a copy.
>
>Adel A. Batterjee
>General Manager
>
>
>-----Original Message-----
>From: Youcef Abdelkader [mailto:djazairain@hotmail.com]
>Sent: Friday, June 23, 2000 8:48 PM
>To: capsa@shabakah.net.sa
>Subject: message for Brother Adel Batterjee
>
>
>Asalaamu alaykoum,
>
>Brother Batterjee-
>
>I have found this e-mail address for you, and inchallah you still can see
>these e-mails.  I simply wish to know if your book on Afghan jihaad is
>still
>
>in print, and where it may be purchased from.  I have been told it is one
>of
>
>the best accounts of the struggle, and I very much wish to read it.
>
>Wasalaam,
>
>Youcef
>_____
>Get Your Private, Free E-mail from MSN Hotmail at http://www.hotmail.com


_____
MSN Photos is the easiest way to share and print your photos:
http://photos.msn.com/support/worldwide.aspx




                                    Page 1
```