# Exhibit 4

```
                    Fwd RE please forward message to Br. Adel Batterjee.txt
From: Youcef Abdelkader [djazairain@hotmail.com]
Sent: Friday, July 12, 2002 6:10 PM
To: evan@ctnews.org
Subject: Fwd: RE: please forward message to Br. Adel Batterjee



>From: "Adel A.J. Batterjee" <adelbatterjee@cap-sa.com>
>To: Youcef Abdelkader <djazairain@hotmail.com>
>Subject: RE: please forward message to Br. Adel Batterjee
>Date: Sat, 1 Jul 2000 10:52:06 +0300
>
>Assalam Aloykom
>I have received your message and will insha Allah send you the books this
>week. I will inform you when the package is in the mail.
>
>Adel A. Batterjee
>General Manager
>
>
>-----Original Message-----
>From: Youcef Abdelkader [mailto:djazairain@hotmail.com]
>Sent: Thursday, June 29, 2000 5:37 PM
>To: capsa@shabakah.net.sa
>Subject: please forward message to Br. Adel Batterjee
>
>
>Asalaamu alaykoum,
>
>Brother Batterjee, I have tried sending you an e-mail to your address, but
>it does not work.  Since I have not received any word, I am just making
>sure
>
>you have received my message.
>
>My address for your book on Afghan jihaad is:
>
>Y. Abdelkader
>529 14th St. NW #2103
>Washington, DC 20045
>
>Wasalaam.  Your brother in Islam,
>
>Youcef Abdelkader
>Al Djazair Islamic Society
>_____
>Get Your Private, Free E-mail from MSN Hotmail at http://www.hotmail.com


_____
Send and receive Hotmail on your mobile device: http://mobile.msn.com
```

Page 1