# Exhibit 5



MR/ARA001079

بسم الله الرحمن الرحيم

MR/ARA001080

حقوق الطبع والتوزيع محفوظة

الطبعة الأولى
١٤١٢هـ / ١٩٩١م


الوطنية الموحدة للتوزيع
AL-WATANIA CONSOLIDATED FOR DISTRIBUTION
الرياض ت ٤٧٨٢٠٠٠
جــــدة ت ٦٧١٥٨١١


طبعت بمطابع شركة دار العلم للطباعة والنشر
ص.ب ٤٧٩٧ جدة ٢١٤١٢ - ت ٦٧١٢١٤١ المملكة العربية السعودية

MR/ARA001081



صفحات من سجل

# الأنصار العرب

في

أفغانستان

(الجزء الأول)

باسل محمد

تحقيق ومراجعة

إدارة الدراسات والتوثيق

بلجنة البر الإسلامية

الإصدار الثاني

١٤١٢هـ / ١٩٩١م

MR/ARA001082

## - مقدمة -

الحمد لله رب العالمين .. والصلاة والسلام على سيدنا محمد الهادي الأمين .. وعلى آله وصحبه أجمعين .. وبعد :

ليس ثمة حاجة للتدليل على أن الجهاد الأفغاني قد احتل منزلة الصدارة من إهتمامات الأمة المسلمة خلال عقد الثمانينات الذي انقضى ، وحاز المكانة المتميزة في مختلف المحافل المحلية و الإقليمية والدولية منذ ذاك .. وعبر منحنى بياني تدخلت في رسم اتجاهاته الصاعدة والهابطة عوامل و أسباب شتى .. ولا حاجة لكثير من البحث للتأكيد على أن هذه التجربة الفريدة المتميزة - ربما على مستوى العصر كله - كانت ولا تزال - بحاجة ملحة إلى مزيد من العناية والدراسة والتمعن ، مثلما كانت - ولا تزال - مكبلة بإيسار نمط متكرر من الدراسات والمتابعات لم تغادر الحالة العاطفية المزمنة غالب الأحيان ، ولم تجاوز الخطاب الإنشائي المنمّق إلا فيما ندر .. الأمر الذي أفقد عناصر تلك التجربة والمهتمين بها والمترقبين لها والمتشوقين لتلمس نتائجها الجانب الأكبر من المردود المنتظر ، وأقام سداً منيعاً من الغبش والضباب حال بين من هم في أمس الحاجة للإستفادة من حصاد التجربة .. وبينها !

وإذا كان ذلك هو واقع التجربة الجهادية في أفغانستان عموماً ، وواقع الأنماط الدراسية التي تناولتها ، فإن من أخص ما تضمنته هذه التجربة تعلقاً بغير الأفغانيين وأكثرها علاقة بالحركات والجماعات والتجمعات والأفراد العرب العاملين على الساحة الإسلامية - حاضراً ومستقبلاً - هو تلك المشاركة التي سجلها الأنصار العرب هناك ، من بدايات القضية وإلى يومنا هذا .. والتنوع الغني لأشكال هذه المشاركة ، وأحوالها ، وأطوارها ، والمراحل التي قطعتها ، والتجارب التي اكتسبتها، والإيجابيات التي حققتها ، والسلبيات التي تبدّت عنها ، والنهايات المرحلية التي آلت إليها .. الأمر الذي قدّم للعاملين من أجل غد إسلامي أفضل كمّاً لا يُثمّن من الدروس والمعارف والخبرات ، قلما تستحوذ أمة واعية على مثله ثم لا تعكف على دراسته الدراسة المتبصرة ، وتنكبّ على مطالعته المطالعة الدؤوبة وقد جمعت بين تعلقها واعتزازها بتلك التجربة وأشخاصها ورموزها .. وبين تجردها في تعقب الدروس ، وحياديتها في استخلاص العبر ، وجديتها في استقصاء مكامن الخطأ والصواب .

MR/ARA001083