# Exhibit 6

# Pages From the registry of

# Arab Cohorts
# In
# Afghanistan

*There is no god but god and Mohammad is his messenger*

Basil Mohammad                                                                 Second Edition

MR/ARA001079

**In the Name of the Lord the most Gracious most Forgiving**

MR/ARA001080

Copy and publishing rights reserved

1412 Hijri /1991 AD

Published By House of Learning printing press Co.
P.O.Box 4797 Jeddah 21412 Tel 67121 Kingdom of Saudi Arabia.

MR/ARA001081

# Pages From the registry of Arab Cohorts In Afghanistan

(Part One)

Basil Mohammad

Checked & Revised By

Documentation and Studies Administration
At Islamic Charity Committee

Second Edition
1412 Hijri / 1991 AD

MR/ARA001082

- **Preface –**

Praise the Lord, and Peace Be upon his messenger Mohammad, all his kin and Companions… thereon:

There is no need to prove that Afghani Jihad has occupied the forefront position in the interest of the Islamic nation during the past eighties decade, and it has earned the distinguished status in various local, regional and global circles ever since, and through a curve chart that interfered in its up and down shaping, many reasons and effects… and there is no need for a lot of research to show that to assure that unique distinguished experience – over the whole century- was and still in urgent need of extra care, study and scrutiny, just as it was and still is tied to a strap of repetitive pattern of studies and follow ups that did not quit the emotional condition chronic as always, and did not go beyond bombastic  compositional speech unless in few occasions,… The thing that made the elements of this experience and those interested and observers and those eager lose the larger amount of its awaited revenue. And has made an impregnable barrier of fog and mist, that came between the experience, and those most needy to benefit from its harvest!

And if this is the reality of the Jihad experience of Afghanistan in general, and the reality of the study patterns which treated it, it has been one of its most special contents that was attached to those non afghan and most attached to movements, groups, factions and Arab individuals working on the Islamic arena- presently and in the future- is that participation that was registered by the Arab cohorts there, from the start days of this issue till now…and the rich variation of patterns of this participation, it conditions, phases, and stages passed, experiences gained, advantages achieved and disadvantages emitted, and temporary endings it reached… the thing which presented to those working for a better Islamic future a priceless amount of lessons, education and experiences, that rarely a mindful nation can attain something similar, and never stops studying it wisely, and devote itself to its tireless perusal, where it has grouped its pride and attachment to that experience and the persons behind it and its heroes, and between its disentanglement in the pursuit of lessons, and  impartiality in deriving wisdom and seriousness in investigation right and wrong traps.

MR/ARA001083