# Attachment 3



# State of Florida
## Department of State

I certify the attached is a true and correct copy of the complete file of BENEVOLENCE INTERNATIONAL FOUNDATION, INC., a corporation organized under the laws of Illinois, as shown by the records of this office.

The document number of this corporation is F93000000648.

I further certify that said corporation's authority to transact business in the State of Florida was revoked on August 26, 1994.

Given under my hand and the
Great Seal of the State of Florida
at Tallahassee, the Capitol, this the
Twenty-third day of April, 2003

Glenda E. Hood
Secretary of State

CR2EO22 (2-03)

**CORPORATION INFORMATION SERVICES, INC.**
1201 HAYS STREET
TALLAHASSEE, FL 32301
904-222-9171
FAX 904-222-...

**CIS** CORPORATION INFORMATION SERVICES, INC.

800-342-8086

F930000000648

MAILING ADDRESS
P.O. BOX 5828
TALLAHASSEE, FL 32314



ORDER DATE :  February 10, 1993

ORDER TIME :  2:46 PM

ORDER NO.  :  185031

CUSTOMER NO:  90872A

CUSTOMER:  Mr. Adham Hassoun
Mr. Adham Hassoun
Apartment 3
19 S.W. 14th Street
Dania, FL  33004

---

## FOREIGN FILINGS

NAME:   BENEVOLENCE INTERNATIONAL FOUNDATION

XX___ PROFIT
___ NON-PROFIT

___ CORPORATE
___ LIMITED PARTNERSHIP

XX___ QUALIFICATION
___ AMENDMENT
___ WITHDRAWAL/CANCELLATION

PLEASE RETURN THE FOLLOWING AS PROOF OF FILING:

XX___ CERTIFIED COPY
___ PLAIN STAMPED COPY
___ CERTIFICATE OF GOOD STANDING

CONTACT PERSON:  Lori R. Dunlap



**FLORIDA DEPARTMENT OF STATE**
Jim Smith
Secretary of State

February 10, 1993

LORI DUNLAP
CIS
TALLAHASSEE, FL

SUBJECT: BENEVOLENCE INTERNATIONAL FOUNDATION
Ref. Number: W93000002952

We have received your document for BENEVOLENCE INTERNATIONAL FOUNDATION and your check(s) totaling $122.50. However, the enclosed document has not been filed and is being returned for the following correction(s).

The name of the corporation must contain a corporate suffix. This suffix may be: CORPORATION, CORP., INCORPORATED, or INC. Sections 617.0401(a) and 617.1506(1), Florida Statutes, prohibits the use of the word COMPANY or CO. in the name of a non-profit corporation.

This is a NON-PROFIT CORPORATION. They used an PROFIT application. Please have them complete the enclosed NON-PROFIT application. ALSO, THE certificate they sent is a photocopy. We must have an original certificate of corporate existence from the Secretary of State of Illinois.,

Please return your document, along with a copy of this letter, within 60 days or your filing will be considered abandoned.

If you have any questions concerning the filing of your document, please call (904) 487-6914.

Buck Kohr
Corporate Specialist            Letter Number: 193A00006116

Division of Corporations - P.O. BOX 6327 -Tallahassee, Florida 32314

CR2E042

## APPLICATION BY FOREIGN NOT FOR PROFIT CORPORATION FOR AUTHORIZATION TO CONDUCT ITS AFFAIRS IN FLORIDA

IN COMPLIANCE WITH SECTION 617.1503, FLORIDA STATUTES, THE FOLLOWING IS SUBMITTED TO REGISTER A FOREIGN NOT FOR PROFIT CORPORATION FOR AUTHORIZATION TO CONDUCT ITS AFFAIRS IN THE STATE OF FLORIDA:

1. __BENEVOLENCE INTERNATIONAL FOUNDATION, INC.__
   (Name of corporation: must include the word "INCORPORATED" or "CORPORATION" or words or abbreviations of like import in language as will clearly indicate that it is a corporation instead of a natural person or partnership if not so contained in the name at present.)

2. __ILLINOIS__
   (State or country under the laws of which it is incorporated)

3. __9-28-92__                                    4. __PERPETUAL__
   (Date of Incorporation)                           (Duration)

5. __36-3823186__
   (Federal Employer Identification number, if applicable)

6. __upon filing__
   (Date corporation first conducted affairs in Florida. See sections 617.1501, 617.1502, and 817.155, F.S.)

7. __P.O. BOX 450891, Sunrise, FL  33345__
   (Current mailing address)

8. __Charitable and humanitarian organization__
   (Purpose(s) of corporation authorized in home state or country to be carried out in the state of Florida)

9. Names and addresses of officers and/or directors:

**A.   Directors:**

Chairman:   Adel Abdul Jalil Batterjee
Address:    150 S. University Drive
            Plantation, FL  33324

Vice Chairman:  Shahir Abdulraoof Batterjee
Address:        Same as above

Director:   Mazin M.S. Bahareth
Address:    Same as above

Director:
Address:

**B. Officers:**

President: Adel Abjul Jalil Butterjee
Address: 150 S. University Drive
Plantation, FL 33324

Vice President: and General Manager: Adham Hassoun
Address: same as above

Secretary: Shahir Abdulraoof Batterjee
Address: same as above

Treasurer: Mazin M.S. Bahareth
Address: same as above

(If needed, you may attach an addendum to the application listing additional officers and/or directors.)

10. **Name and Street address of Florida registered agent:**

Name: Adham Hassoun
Office Address: 150 S. University Drive
Plantation, Florida 33324
Zip Code

11. **Registered agent's acceptance:**

Having been named as registered agent and to accept service of process for the above stated corporation at the place designated in this application, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered agent's signature: _____

12. Attached is a certificate of existence duly authenticated, not more than 90 days prior to delivery of this application to the Department of State, by the Secretary of State or other official having custody of corporate records in the jurisdiction under the law of which it is incorporated.

13. _____
(Signature of Chairman, Vice Chairman, or any officer listed in number 9 of the application)

14. Adham Hassoun, General Manager, and Vice President
(Typed or printed name and capacity of person signing application)

*File Number* 5677 845 4



# State of Illinois
## Office of the Secretary of State

### To all to whom these Presents Shall Come, Greeting:

I, George H. Ryan, Secretary of State of the State of Illinois, do hereby certify that BENEVOLENCE INTERNATIONAL FOUNDATION A DOMESTIC CORPORATION INCORPORATED UNDER THE LAWS OF THIS STATE MARCH 30 1992, APPEARS TO HAVE COMPLIED WITH ALL THE PROVISIONS OF THE GENERAL NOT FOR PROFIT CORPORATION ACT OF THIS STATE AND AS OF THIS DATE, IS A DOMESTIC CORPORATION IN GOOD STANDING IN THE STATE OF ILLINOIS**********************************************************



**In Testimony Whereof,** I hereto set my hand and cause to be affixed the Great Seal of the State of Illinois this ____14TH____ day of __FEBRUARY__ A.D. 19__93__

George H. Ryan
SECRETARY OF STATE

C-229

F93000000648

FILED
SECRETARY OF STATE
DIVISION OF CORPORATIONS
93 APR 20 PM 2:34

Barnett Bank    Barnett I

Adham, Hussam

~~300 South Pine Island Road~~
~~Plantation, Florida 33324~~
P.O. box 450891
Sunrise, FL. 33345

OFFICE USE ONLY

## CORPORATION NAME(S) & DOCUMENT NUMBER(S) (if known):

1. _____
   (Corporation Name)           (Document #)

2. _____
   (Corporation Name)           (Document #)

3. _____
   (Corporation Name)           (Document #)

4. _____
   (Corporation Name)           (Document #)

☐ Walk in   ☐ Pick up time _____   ☐ Certified Copy

☐ Mail out   ☐ Will wait   ☐ Photocopy   ☐ Certificate of Status

| NEW FILINGS | AMENDMENTS |
|---|---|
| Profit | Amendment |
| NonProfit | Resignation of R.A., Officer/Director |
| Limited Liability | Change of Registered Agent |
| Domestication | Dissolution/Withdrawal |
| Other | Merger |

| OTHER FILINGS | REGISTRATION/ QUALIFICATION |
|---|---|
| Annual Report |  |
| Fictitious Name | Foreign |
| Name Reservation | Limited Partnership |
|  | Reinstatement |
|  | Trademark |
|  | Other |

Examiner's Initials

CR2E031(10/92)



**Florida Department of State, Jim Smith, Secretary of State**

### AFFIDAVIT OF RESIGNATION OF OFFICER AND/OR DIRECTOR

FILED
SECRETARY OF STATE
DIVISION OF CORPORATIONS
93 APR 20 PM 2:34

STATE OF __Florida__
COUNTY OF __Broward__

I, __Adham Hassoun__ after being duly sworn, state that to the best of my knowledge, information and belief, and under the penalties of perjury, the following is true and correct:

I, __Adham Hassoun__, hereby resign as __General Manager__ of
(Title)

__Benevolance International Foundation, Inc.__, a Florida corporation;
(Name of Corporation)

That the corporation has been notified in writing of the resignation on Date 4/16/93
A.H.

_____
Signature of resigning officer/director

Sworn to and subscribed before me this __16__ day of __April 1993__.

_____
NOTARY PUBLIC 4435-2141

My Commission Expires: _____

FILING FEE IS $35.00

* please send me a confirmation back
P.O Box 450891
Sunrise, FL 33345
Fax no. 120-7960

DIVISION OF CORPORATIONS, P.O. BOX 6327, TALLAHASSEE, FL 32314
CR2E044 (7-90)