# Attachment 5

Fiscal Year ended APRIL 30 1994

WORTH, IL 60482

PAGE 1 PART I LINE 1 (a) CONTRIBUTIONS, GIFTS, GRANTS ect.

| (a) DIRECT PUBLIC SUPPORT | | |
|---|---:|---:|
| ISLAMIC SOCIETY OF ARLINGTON TX  P O  BOX 1141 ARLINGTON TX 76004 | 176,660 | |
| MUSLIM EDUCATION FOUNDATION P O  BOX 1100 GOLDENROD FL 32733 | 5,000 | |
| AL NASER ORGANIZATION  6235 HOLDREGE ST  NO  C4 LINCOLN NE 68505 | 71,000 | |
| THE ISLAMIC COMMUNITY OF LAUREL  INC  7306 CONTEE RD LAUREL MD 20707 | 11,000 | |
| THE ISLAMIC SOCIETY OF BALTIMORE, MD INC 6631 JOHNNYCAKE RD BALTIMORE, MD 21207 | 7,500 | |
| DYEWOOD CENTER P O  BOX 4626 FLINT MI 48504-0626 | 7,000 | |
| ALL SOULS CHURCH 16TH & HARVARD ST  NE WASHINGTON  DC 20009 | 14,465 | 00 |
| ISLAMIC SOCIETY OF WESTERN MASS  C/O M S BAJWA 14 CHESTNUT HILL  RD S. HADLEY, MA 01075 | 5,289 | |
| WALID & RIMA AZMEH | 12,000 | |
| K  SHUKAIRY M D  1177 HEATHERWOODE CT FLINT  MI 48532 | 115,000 | |
| SIMIR OR LIHAZ BASATA 6074 COVERED WAGONS TRL  FLINT MI 48532 | 54,000 | |
| SAFA SHUKAIRY 1513 CENTER RD BURTON MI 48509 | 110,000 | |
| STEVE BROWN  7608 19TH AVE  DR  W  BRADENTON  FL 34209 | 15,609 | 26 |
| DR  ABDULBARI B. AKHRAS 9001 TURNBERRY DR  BURR RIDGE  IL 60521 | 10,000 | |
| M  HAITHAM AL MIDANI 1189 SRPING BORROW DR  FLINT  MI 48532 | 6,000 | |
| AFZALAHMED IYEAR PLUS 540 QUAIL VALLEY PRINCETON  WV 24740 | 5,000 | |
| YASIR & LINA  HATAHET RT  2 BOX 1085 BLUEFIELD  VA 24605 | 2,500 | |
| IQBAL M  MIRZA 8875 S  HWY 17-9  MAITLAND  FL 32751 | 10,000 | |
| DR  MOHAMMAD ALI HAZRATJI 10 HOSPITAL DR  OLYOKE  MA 010-? | 5,000 | |
| FOUD  FADIAH HANNAN 1 D  KINGS BRIDGE GRAND BLANC MI 48439 | 7,000 | |
| TOTAL OF ALL DONATIONS  APRIL 1993-APRIL 1994 | 715,023 | 26 |

ADDRESS P O Box 548
Worth, IL 60482

Calendar Year _____
Fiscal Year ended 4-30 94

| Page 2, Part II, Line 22 - Grants & Allocations | $ | |
|---|---:|---:|
| Gen'l Relief Efforts To Bosnia | 11,000 | |
| Shi-Fa Hospital, Islam Abad, Pakistan | 90,000 | |
| Shi-Fa Foundation, Islam Abad, Pakistan | 110,000 | |
| Winter Clothing To Bosnia | 200,000 | |
| Gen'l Relief Efforts To Croatia | 280,000 | |
| Advertising Campaign For Relief To Bosnia | 92,521 | |
| Women For Women | 3,000 | |
| TOTAL | $ 786,521 | |

Note # 1 - NOTE 1

FORM 990

PAGE 1, PART I, LINE 1(A)  CONTRIBUTIONS, GIFTS, GRANTS, ETC
A) DIRECT PUBLIC SUPPORT

| | |
|---|---:|
| LINA HATAHET | $ 20,000 00 |
|   P O BOX 1085, BLUEFIELD, VA | |
| FAHIM OR FARRAH KHORFAN | 11,197 05 |
|   6176 FOUNTAIN PTE, GRAND BLANC, MI | |
| SAFDAR I & ZAHIDA CHAUDHARY | 5,000 00 |
|   100 BEL-AIRE DR, MONROEVILLE, PA | |
| AHMAD HANNAN | 189,000 00 |
|   1565 KINGS BRIDGE, GRAND BLANC, MI | |
| JAMAL HAMMOUD | 82,500 00 |
|   5031 VILLA LINDE, FLINT, MI | |
| MAQBOOL AHMAD | 10,000 00 |
|   R R 2, BOX 274, MURPHYSBORO, IL | |
| SAMIR & LIHAZ BASATA | 60,000 00 |
|   6074 COVERED WAGON TRL, FLINT, MI | |
| ZEENAT M NAWAB | 12,000 00 |
|   9337 S OKETO AVE, BRIDGEVIEW, IL | |
| ABDALLAH OR RANA DLEWATI OR ACHACH | 6,500 00 |
|   43 VICTORIA DR, ASTON, PA | |
| WALID AZMEH | 12,000 00 |
|   901 ADA ST, OWOSSO, MI | |
| ABDUL AZIZ & MADINA NARGIS KHAN | 5,000 00 |
|   1167 TIMOTHY TER, TUCKER, GA | |
| IMAD & KHOLUD ALHADIDI ISSAWI | 30,000 00 |
|   6098 FOUNTAIN PTE, GRAND BLANC, MI | |
| FAWAD H WALAJAHI | 5,000 00 |
|   2507 SHEFFIELD DR, PINE BLUFF, AR | |
| M SIRAJ & SULTANA UDDIN | 5,000 00 |
|   1733 WESTON BRENT STE 8, EL PASO, TX | |
| MOHAMMAD HAZRATI | 10,000 00 |
|   10 HOSPITAL DRIVE, HOLYOKE, MA | |
| TOTAL DONATIONS OVER $5,000 00 | $ 463,197 05 |

BENEVOLENCE INTERNATIONAL FOUNDATION
FORM 990
36-3823186

Page 2 of 2

SCHEDULE OF CONTRIBUTOR DONATING $5,000 OR MORE
IN MONEY SECURITIES OR OTHER PROPERTY
PAGE #1 - LINE 1D

| | NAME | ADDRESS | AMOUNT |
|---|---|---|---|
| 1 | Anwar Awad | 5009 Granger Terrace #2 Sunnyvalle CA 94087 | $ 5,235 |
| 2 | Faisal Ezzedeen | 7818 River Estates Dr Sacramento CA 995831 | 5,660 |
| 3 | Mazhar M Zubairi | 58 Sequoia Tree Lane Irvine, CA92612 | 9,254 |
| 4 | Husam Eddine Shuayb | 7333 Royal Oak Drive Spring Hill, FL 34607 | 7,000 |
| 5 | I ED Tarabishy | 4270 River Birch Drive Spring Hill, FL 34607 | 7,500 |
| 6 | Immad E Tarabishy | 4275 River Birch Dr Brooksvill, Fl 34607 | 35,000 |
| 7 | M Nazir Hamoui | 4571 Lake In The Woods Spring Hill, FL 34607 | 12,400 |
| 8 | Mohammad I Khalid | 3942 Chickamauga Ave West Palm Beach, FL 33409 | 6,000 |
| 9 | Adul Kareem Khaudeira | 8059 W 884th Street #3N Justice, Il 60458 | 18,800 |
| 10 | Aminullah K Pathan | 113 Berkshire Drive Belleville, IL 62223 | 5,229 |
| 11 | Maqbool Ahmad | RR2 Box 274 Illinois, 62966 | 10,640 |
| 12 | M A Al Alkhudari | 15601 W Mullard Lane Lockport, IL 60441 | 6,000 |
| 13 | Muhammad Mushtaq | 15601 W Mullard Lane Lockport, IL 60441 | 5,500 |
| 14 | Soliman Khudeira | 7810 S Mayyfield Avenue Burbank, IL 60459 | 6,000 |
| 15 | MA Hassan | 8108 Washington Avenue Evansville, IN 47715 | 5,800 |
| 16 | Mohammadf A Hazratji | 10 Hospital Drive Holyoke, MA 01040 | 25,000 |
| | | C/F to Page 1 of 2 | 171,018 |

FORM 990
BENEVOLENCE INTERNATIONAL FOUNDATION
36-3823186

---

SCHEDULE OF CONTRIBUTORS DONATING $5,000 OR MORE
IN MONEY, SECURITIES OR OTHER PROPERTY
PAGE #1, LINE 1D

| # | NAME | ADDRESS | AMOUNT |
|---|------|---------|--------|
|   | B/F Page 2 of 2 | | 171,018 |
| 17 | Mohammad N Sabbaghi | 6172 Eastknoll Drive Grand Blan, MI 488439 | 5,000. |
| 18 | M F Shoukfehi | 3514 21St STreet Lubbock, TX 79410 | 7,050 |
| 19 | M Y I Beck | 2001 Ninth Avenue #30 Port Arthu, TX 777642 | 5,475 |
| 20 | Mirza S Baig | 9414 Macklin CT Alexandria, VA 223009 | 11,000 |
| 21 | Firasat Sarwar Malik | 4914 Dempsey Drive Cross Lane WV 255313 | 5,200 |
| 22 | Syed A Zahir | 604 North Wester AVe Beckley, WV 258001-3234 | 5,000 |
| 23 | International Charity Network | P O Box 4601 Winter Park, Fl 32793 | 300 000 |
| 24 | Islamic Foundation Villa Park | 300 W HHighridge Road Villla Park, IL 60181 | 6,000 |
| 25 | Islamic Relief & Social Services | P O Box 18578 Minneapolis, MN 55418 | 12,548 |
| 26 | Islamic Society of Arlington, TX | P O Box 1141 Arlington, TX 76004 | 13,095 |
| 27 | Islamic Society of Boston | P O Box 131, Keddall Square Cambridge, MA 02141 | 14,907 |
| 28 | Islamic Society of Frederick, Inc | 201 W 7th Steet Frederick, MD 21701 | 5,125 |
| 29 | Islamic Society of San Luis Obispo | 738 W 93rd Street San Luis, CA | 10 070 |
| 30 | MF Maketing, Inc | P O Box 1100 Goldenrod, FL 32733 | 42,406 |
| 31 | Mosque Foundation | 7360 W 93rd Street Bridgeview, IL | 23,175 |
| 32 | Muslim Community Assoc | P O Box 180 Santa Clara, CA 95052 | 30,200 |
| 33 | Women fFor Women in Bosnia | P O Box 9733 Alexandria, VA 22304 | 85,467 |
|   | TOTAL | | $752,736 |

## BENEVOLENCE INTERNATIONAL FOUNDATION
36 3823186                                                                                       FORM 990 –

Schedule of Contributions of $5 000  Or more
in cash  securities or other property
Page #1 Line 1D

| Name | Address | Amount |
|---|---|---|
| Abdallah Diewati | 6456 W  Cimarron Trl   Flint  MI 48532 | $ 5 150 |
| Abdul Majeed | 5801 Meadow Dr   Frederick  MD 21702 | 5 000 |
| Abdul R  Shadani | 1914 Quail Ct   Fort Pierce  FL 34982 5623 | 25 000 |
| Ahmed Biyabani | Ece Dept   Carnegie Melon University Pittsburgh  PA 15213 | 12 490 |
| Anmar Alhakim | 2613 N  Midland Dr  #114  Midland  TX 79707 | 5 080 |
| Anwar Awad | 700 E  Middlefield Rd  #JP1  Mountain View  CA 94043 | 10 000 |
| Maqbool Ahmad | 25 Cardinal Dr   Murphysbor  IL  62966 | 5 020 |
| Muhammad Yasin | 9502 Cadwell Ave   Oklahoma City  OK 73170 | 5 245 |
| Hameeda Battla | 9502 Lavill CT   Windermere  FL 34786 | 14 000 |
| Fahad Al Hudaithi | 714 Santa Maria  Irvinet Beach  CA 92606 | 10 000 |
| Fayik Mohammad Bundhoo | 133 Fantages Way  |Folsom  CA 95630 | 5 385 |
| G  Jeelani Dhar | 4752 S  Kimbarke Ave  Chicago  IL  60615 | 5 000 |
| Ghousia Pasha | 801 S  Rodney Parham RD  #1  Little Rock  AR 72205 | 5 000 |
| Husam Eddine Shuayb | 7333 Royal Oak Dr   Spring Hill  Fl  34607 | 6 000 |
| Imad E  Tarabishy | 4275 River Birch Dr  Brooksville  FL 34607 | 120 500 |
| M  A  Hassan | 8108 Washington AVE   Evansville  IN 47715 | 5 500 |
| H  H  & Ghada Naji | 14 Victoria Dr   New Castle  PA 16105 | 5 000 |
| M Nazir Hamoui | 4571 Lake In The Woods R   Spring Hill  FL 34607 | 5 200 |
| M Omar Smith | 7610 Old Roxbury Rd   Quinton  VA 23141 | 5 000 |
| M  Tarabichi | 311 Camden Pl  Vernon Hills  IL  60081 | 10 000 |
| Maznar M  Zubairi | 15 Columbus  Irvine  CA 92620 | 6 033 |
| Mohammad Ahazratji | 492 Hall Hill Road  Somers  CT 06071 | 21 000 |
| Mohammad N  Sabbagh | 5545 Woodfield Ct   Grand Blanc  MI 48439 | 7 000 |
| Raizul H  Imami | 2118 Aaron St  PT  Charlotte  FL  33952 | 5 115 |
| Safwan Malas | 6192 Whitehills Lake Dr  East Lansing  MI 48823 | 5 000 |
| Syed A  Zahir | 179 Woodland DR  Ste 1   Beckley  WV | 5 000 |
| Tarek M  Hamdi | 295 Turnpike Rd   #702   Westvinyggm NA 01581 | 10 470 |
| Yasir  Hatahet | RR 2 Box 1985  Bluefield  VA 24605 | 7 000 |
| Khushhal  LLC | 36 B 51 Shunpike Rd  Cornwell  CT 06416 | 7 000 |
| International Relief Assoc | 24522 Harper  St  Clair MI 48080 | 9 820 |
| Islamic Education Ctr of Irvine | 14795 Jeffery  Irvine  CA 92650 | 8 909 |
| Islamic Society of Central Florid | 1005 N  Cold Bernard Rd  Beridgeview  IL 60455 | 5 000 |
| Mosque Foundation | 7360 93rd St   Bridgeview  IL | 8 970 |
| Muslim Education Foundation | PO Box 4006  Winer  FL | 20 000 |
| The Atlanta Mosque | PO Box 64815  Atlanta  GA 30308 | 17 000 |
| | TOTAL | $ 412 887 |

## FORM 990 - PAGE #1-Line 1D - Contribution of $5,000, & more

| # | Name | Address | Amount |
|---|---|---|---|
| 1 | Abdula Amine | 5618 Fox Lane, Palos Heights, IL 60463 | $ 6,200 |
| 2 | Abdulbari Akhras | 9001 Yumberry Drive, Burr Ridge, IL 60521 | 22,500 |
| 3 | Abdullah Brown | Al-Maghraby Hospital, PO Box 655, Madina, Saudi Arabia | 6,580 |
| 4 | Abdussamad | 1559 50 Sand Creek Drive, Chesterton, IN 46304 | 10,000 |
| 5 | Abid Bangali | 704 Chippewa Drive, Naperville, IL 60563 | 10,331 |
| 6 | Adel Abdul Jalil Batterjee | Jeddah, Saudi Arabia | 48,464 |
| 7 | Ahmed Biyabani | 14927 SW Millikan Way, Nbeaverton OR 97006 | 13,744 |
| 8 | Ahmed Syed Ali | 173 Rockbridge Road, Lilburn, GA 30047 | 5,000 |
| 9 | Amjad Mahairi | 819 Winfel Drive | 5,900 |
| 10 | Anwar Awad | 855 Escalon Ave 714, Sunnyvale, CA 94086 | 14,952 |
| 11 | Aziz Rahman | [P Box 1907, Centralia, IL 62801 | 23,309 |
| 12 | Bilal Mosque Assst. | 16890 NW Argyle Way, Portland, OR 97229 | 5,845 |
| 13 | Birmingham Islamic Society | 1810 25th Courth South, Birmingham, AL 35226 | 8,591 |
| 14 | Hameeda Battla | 9502 Lavill Ct, Windermere, FL 34786 | 5,250 |
| 15 | N6 Malik | 340 W 85th St Ste 810, New York, NY 10024 | 11,936 |
| 16 | Farouqe A Khan | 95 Karol Pl., Jericho, NY 11753 | 5,050 |
| 17 | Fayik Mohammad Bundhoo | 133 Fantages Way, Folsom, CA 95630 | 15,070 |
| 18 | firas Jandali | 1000 Contra Costa Dr., El Cerrito, CA 94530 | 10,700 |
| 19 | Halal Meat Corporation | 106 E. Fairfax St., Falls Church, VA 22046 | 5,370 |
| 20 | Hamadi O Khoshaim | 10 Summer St. #1103s, Maledn, MA 02148 | 5,195 |
| 21 | Hope International Relief | PO Box 7653, Columbia, MO 65205 | 5,980 |
| 22 | Human Concern International | PO Box 3984 Station C, Ottawa Ontario, CA | 14,000 |
| 23 | Hussein Aboulaita | 4120 Margaret Ann Ct., Chesapeaka, VA 23321 | 8,000 |
| 24 | Imad Tarahbishy | 4275 River Birch Dr., Brooksville, FL 34607 | 20,180 |
| 25 | Integrated Sensing Sys | PO Bbox 130783, Ann Arbor, MI 48113 | 6,000 |
| 26 | International Relief Assoc | 17300 W 10 Mile Road, Southfield, MI 48075 | 7,500 |
| 27 | Irwan Siregar | 173 Higdon Ave #4, Mountain View, CA 94041 | 5,360 |
| 28 | Ishamael Bray | 674 E 149th St #18J, Bronx, NY 10455 | 7,314 |
| 29 | Islamic Ass of North Texas | PO Box 833010, Ruichardson, TX 75083 | 5,000 |
| 30 | Islamic Center | PO Box 624, Windsor, CT 06095 | 5,934 |
| 31 | Islamic Centerr of Eastside | 14700 Main Street, Bellevue, WA 98007 | 5,000 |
| 32 | Islamic Center of Evansville | PO Box 8055, Evansville, IN 47716 | 6,000 |
| 33 | Islamic Foundation of Tomoto | 441 Nugget Ave., Scarsborough, OBN | 90,000 |
| 34 | Islamic Foundation School, | 300 W Highbridge Road, Villa Park, IL ,60181 | 7,657 |
| 35 | Islamic Relief | 2525 E Franklin Avenue, Minneapolis, MN 55406 | 31,740 |
| 36 | Islamic Society of Akronn | PO Box 3325, Kent, OH 44240 | 9,734 |
| 37 | Islamic society of Arlington, Tx | PO Box 1141, Arlington, TX 76004 | 8,000 |
| | | | $ 483,186 |

FEI #36-3823186

## FORM 990 - PAGE #1-Line 1D - Contribution of $5,000. & more

| # | Name | Address | Amount |
|---|------|---------|--------|
| | | BF | $ 483,186 |
| 38 | Islamic Society of Central NY | 925 Comstock Avenue, Syracuse, NY 13210 | 10,500 |
| 39 | Islamic Society of Central Virginia | 118 10 1/2 St. NW, Charlottesville, VA 22903 | 5,470 |
| 40 | Islamci Society of Frederick, Inc. | 201 W 7th St., Frederick, MD 21701 | 9,477 |
| 41 | Islamic Society of Great MA | 57 Laurel St., Worcester, MA 01605 | 100,000 |
| 42 | Javed Ashraf | 474 N Lake Shore Dr, Chicago, IL 60611 | 5,500 |
| 43 | Jehad D. Jafari | 7955 Rivercrest CT, Freeland, MI 48623 | 5,920 |
| 44 | Junaid SM Hashmi | 1432 Scarborough Lane, Plano, TX 75075 | 5,000 |
| 45 | Kamran Iqbal | 14504 NE 42nd Place, #N606, Bellevue, WA 98007 | 20,300 |
| 46 | Khaled M Elsharbini | 442 Medical Center Dr., Morgantown, WV 26505 | 20,300 |
| 47 | Khalid Iqbal | 3504 Lakeside CT, Somerset, KY 42501 | 10,225 |
| 48 | MA Hafeez | 176 Womdrodge Rpad, Valparais, IN 46385 | 5,780 |
| 49 | MA Hassan | 401 W 93rd Pl., Crown Point, IN 46307 | 13,110 |
| 50 | MF Shoukfan | 3710 21st St. Lubbock, TX 79410 | 5,000 |
| 51 | MH Naji | 14 Victoria Dr, New Castle, PA 16105 | 5,000 |
| 52 | M. Hytham Rifai | 199 Amhurst Plaza, Valparais, IN 46383 | 5,212 |
| 53 | MYI Befk | 2001 9th Ave #301, Port Arthur, TX 77642 | 5,000 |
| 54 | Majed Elmenshawy | 11801 Barchetta Dr, Austin, TX 78758 | 5,000 |
| 55 | Mansoor Siddiqui | 7319 166th Street, Flushing, NY 11366 | 40,000 |
| 56 | Masjid al Islam | 40 Sayles Hill Road, North Smithfield, RI 02896 | 22,000 |
| 57 | Mazhar M. Zubairi | 15 Columbus, Irvine, CA 92620 | 6,754 |
| 58 | Mohamed M. Elmenshawy | 849 Brinkwood Road, Baltimore, MD 21229 | 6,000 |
| 59 | Mohammad Ali Hazaraji | 10 Hospital Dr, Holyoke, MA 01040 | 5,000 |
| 60 | Mohammad Ali Hazraiji 492 Hall Hill Road, Somers, CT 06071 | | 26,300 |
| 61 | Mohammad B Haffar | 160 Nighbert Avena, Logan WV 25801 | 5,600 |
| 62 | Mohammad N Sabbagh | 5545 Woodfield Ct, Grand Blanc, MI 48439 | 15,500 |
| 63 | Mohammad P Bhidva | 2130 Wilson Road, Knoxville, TN 37912 | 6,430 |
| 64 | Mohammad alawad | 9830 Ridgeland Avene, Chicago Ridge, IL 60415 | 14,000 |
| 65 | Mostafa Amr | 1355 Moore Road NW, Orangeburg, SC 29118 | 7,120 |
| 66 | Mowaffak Atteh | 4322 River Birch Dr, Spring Hill, FL 34607 | 5,000 |
| 67 | Muhammad Mushtaq | 2557 Rue Bienville ST. Danville, IL 61832 | 6,000 |
| 68 | Muslim Community Association | PO Box 180, Santa Clara, CA 95052 | 26,020 |
| 69 | Muslim Community Center, | 4380 N. Elston Avenue, Chicago, IL 60641 | 12,934 |
| 70 | Muslim Community of Knoxville | PO Box 51511, Knoxville, TX 37950 | 17,000 |
| 71 | Muslim Education Foundation | PO Box 4006, Inter Park, FL 32793 | 100,699 |
| 72 | Muslim Students Association | 15 Morrislea Court, Parkville, MD 21234 | 18,812 |
| | | | $ 1,061,149 |

## FORM 990 - PAGE #1-Line 1D - Contribution of $5,000. & more

Pag #1 of 3

| # | Name | Address | Amount |
|---|------|---------|--------|
|  |  | BF | $ 1,061,149 |
| 73 | Nazneen Baig | 5912 Crownover CT, Plano TX 75093 | 5,865 |
| 74 | Raheel Khan | 11776 Willard Ave, Tustin, CA 92782 | 25,000 |
| 75 | Raif Majeed | 328 NW 198th Street, /Shoreline, WA 98117 | 6,200 |
| 76 | Rasha H. Toppozada Yow | 932 W Douglas, Jacksonville, IL | 5,220 |
| 77 | Razi Mohiuddin | 12280 Farr Ranch Road, Saratoga, CA 95070 | 25,000 |
| 78 | Saadoon Kadir | 10 Country Life Acres, Saint Louis, MO 63131 | 7,400 |
| 79 | Said Gheddai | 32 3745 Fonda Way SE, Calgary, AB | 5,000 |
| 80 | Saleem Salahuddin | PO Box 340272, Sacramento, CA 95834 | 35,053 |
| 81 | Saleh aldughayem | 800 Energy Center Boulevard, Northport, AL 35473 | 5,000 |
| 82 | Shairoon Ali |  | 5,832 |
| 83 | Sultan F Khan | 26 S Centre, Street, Pottsville, PA 17901 | 7,000 |
| 84 | Syed Arif Ali | 1760 Halford Avenue #262, Santa Clara, CA 95051 | 6,280 |
| 85 | Syed Khalid Raza | 760 Navajo Way, Fremont, CA 94539 | 35,754 |
| 86 | Syed M alam | 13201 Bogie Road @sd | 5,100 |
| 87 | Syed M Irfan Ashraf | 2199 Bentley Ridge Dr, San Jose, CA 95138 | 104,000 |
| 88 | Syed Nadeem Yousuf | 14720 NE 1st Pl, Bellevue, WA 98007 | 7,797 |
| 89 | Talal O Samhan | 80 Hiawatha Dr, Mt. Pleasant, MI 48858 | 6,000 |
| 90 | Tarek M. Hamdi | 295 Turnpike Rd., Westborough, MA 01581 | 16,870 |
| 91 | The Atlanta Mosque | PO Box 54615 442 14th St, Atlanta, FA 30308 | 15,100 |
| 92 | The Islamic Center of Louisville | 1715 S 4th treet, Louisfilla, KY 40208 | 5,565 |
| 93 | The Islamic Community of Greater Austin | 1906 Nueces Street, Austin, TX 78705 | 24,500 |
| 94 | The Islamic Society of Milwaukee | 4707 South 13th Street, Milwaukee, WI 53221 | 5,000 |
| 95 | The Mosque Foundation | 7360 W 93rd Street, Bridgeview, IL 60455 | 13,249 |
| 96 | The Muslim association | PO Box 3471, Peoria, IL> 61612 | 13,500 |
| 97 | US Systems | 3790 ElCamino Real | 5,500 |
| 98 | Westchester Muslim Center | 22 Brookfield Road, Mt Vernon, NYT 10552 | 8,000 |
| 99 | Yasir Hatahat | PO Box 1085, Bluefield, VA 24605 7060. | 7,060 |
| 100 | Yasmin Rakhangi | 430 Buckingham, #626, Richardson, TX 75081 | 7,500 |

TOTAL $ 1,481,394

# Benevoplence International Foundation

## Donations Over $5,000.00
From May 01, 2000 to April 30, 2001

| First Name | Last Name | Address | City | State | Zip | Sum Of Amount |
|---|---|---|---|---|---|---|
| Muhammad | Not Known | NOT KNOWN | | | | $224,910.00 |
| Islamic Circle Of North America | | 166-26 89TH AVE | JAMAICA | NY | 11432 | $170,000.00 |
| Mansoor | Siddiqui | 51 COULT LN | OLD LYME | CT | 06371 | $100,000.00 |
| Unknown | Unknown | UNKNOWN | | | | $79,964.00 |
| The Islamic Center Of Passaic County Inc. | | P O BOX 2697 | PETERSON | NJ | 07509 | $48,317.20 |
| Unknown | | LANBRIDGE MANAGEM INC | | | | $44,982.00 |
| Unknown | | NONE | | | | $44,982.00 |
| Hassan | Malik | 497 ALTAMONT DR | MILPITAS | CA | 95035 | $26,035.00 |
| Mohammed | Alawad | 9830 RIDGELAND AVE | CHICAGO RIDGE | IL | 60415 | $25,000.00 |
| Abdulbari | Akhras | 9001 TURNBERRY DR | BURR RIDGE | IL | 60521 | $20,440.00 |
| Amnullah K. | Pathan | 113 BERKSHIRE DR | BELLEVILLE | IL | 62223 | $20,000.00 |
| Muslim Community Asso Of San Fransisco Bay | | P.O BOX 180 | SANTA CLARA | CA | 95052 | $17,368.00 |
| Integrated Sensing System, Inc. | | P.O.BOX 130783 | ANN ARBOR | MI | 48113 | $15,500.00 |
| Muslim Center Of Manhattan Inc. | | 97-20 108TH ST | RICHMOND HILL | NY | 11419 | $15,015.00 |
| Raheel | Khan | 11778 WILLARD AVE | TUSTIN | CA | 92782 | $15,000.00 |
| Microsoft Matching Gifts Program | | P.O. BOX 7405 | PRINCETON | NJ | 08543 | $13,279.29 |
| Anwar | Awad | 955 ESCALON AVE APT 714 | SUNNYVALE | CA | 94085 | $13,200.00 |
| Dawood | Harunani Dds. | 301 WASHINGTON ST | OREGON | IL | 61061 | $11,180.00 |
| Oakdale Industrial Electronics Corp. | | 1895 POND ROAD | RONKONKOMA | NY | 11779 | $10,685.00 |
| Fauzalah | Hasan | 22 JLN 3/5E 43650 BDR BARU BANG | SELANGOR | | | $10,500.00 |
| Mohammad N | Sabbagh | 5545 WOODFIELD CT | GRAND BLANC | MI | 48439 | $10,500.00 |
| Adnan | Muhsin | 713 HIGHCREST RD | DIXON | IL | 61021 | $10,088.00 |
| Hussein | Aboulatta | 4130 MARGARET ANN CT | CHESAPEAKE | VA | 23321 | $10,000.00 |
| Azeemullah | Khan | 1708 233RD PL NE | REDMOND | WA | 98074 | $10,000.00 |
| Islamic Society Of Central Jersey, Inc | | P O BOX 2039 | PRINCETON | NJ | 08540 | $10,000.00 |
| M. S. | Nassri M.d. | 1176 COOK RD STE 115 | ORANGEBURG | SC | 29118 | $10,000.00 |
| Mowaffak & Rydanah | Atfeh | 4322 RIVER BIRCH DR. | SPRING HILL | FL | 34607 | $10,000.00 |
| The Muslim Association Of Greater Peoria | | P.O BOX 3471 | PEORIA | IL | 61612 | $10,000.00 |
| Li-jia Sharifa | Ma | 1490 POPPY WAY | CUPERTINO | CA | 95014 | $10,000.00 |
| New Crescent International Inc | | 112-25 JAMAICA AVE | RICHMOND HILL | NY | 11418 | $9,700.00 |
| Dental Medical Center | C/o Amjad Mahairi | 15 N GENEVA ST | ELGIN | IL | 60120 | $9,500.00 |
| Dr. Hameeda | Batla | 10119 CANOPY TREE CT | ORLANDO | FL | 32836 | $9,400.00 |

| Name | | Address | City | State | Zip | Amount |
|---|---|---|---|---|---|---|
| Khushroobanu I. | Shaikh | 11640 WILDFLOWER CT | CUPERTINO | CA | 95014 | $7,830.00 |
| Salim & Syeda | Chowdhury | 11608 STERLINGHILL DR. | AUSTIN | TX | 78758 | $7,800.00 |
| Jihad | Ali | 214 N. ARLINGTON APT. L2 | EAST ORANGE | NJ | 07017 | $7,584.83 |
| Fahmy Haggag | | 115 CLEMSON DR | OAK RIDGE | TN | 37830 | $7,300.00 |
| Rasha H. | Toppozada Yow | 932 W. DOUGLAS | JACKSONVILLE | IL | 62650 | $7,024.00 |
| Saleem | Salahuddin | P O BOX 2536 | HEIGHTS | CA | 95611 | $7,000.00 |
| Dr. N. B. | Malik | 340 W 85TH ST STE 810 | NEW YORK | NY | 10024 | $6,750.00 |
| Human Assistance And Devoplement International | | PO BOX 4598 | CULVER CITY | CA | 90231 | $6,660.00 |
| Cash | I S N | NO INFO | | | | $6,629.58 |
| Mohammad P. | Bhidya M.d. | 1303 FOREST AVE | KNOXVILLE | TN | 37916 | $6,600.00 |
| US Systems | | 3790 EL CAMINO REAL STE. # 152 | PALO ALTO | CA | 94306 | $6,000.00 |
| New Generation Of Chechnia | | 45 WILCOX ROAD | NEW BRUNSWICK | NJ | 08901 | $6,000.00 |
| Ismael | Bray | 874 E 149TH ST APT 18J | BRONX | NY | 10455 | $5,918.00 |
| Mohammed & Sajida | Jabber | 2536 SW 18TH CT | OKEECHOBEE | FL | 34974 | $5,866.00 |
| Essam | Salama | 8042 SAINT MATTHEW DR | WEST CHESTER | OH | 45069 | $5,810.00 |
| | | | | | TOTAL | $1,170,854.90 |

RBN/....
8/13/01