# Attachment 6

Network Solutions(R) -- the dot com people(TM)

| Home | Make Changes | Products & Services | Site map | Help |

WHOIS

> Back to **Home Page**

WHOIS Lookup Sponsored by:

Search

```
Registrant:
Cap Saudi Arabia (BIFINT-DOM)
   P O Box 16656 2 Helmi Kutbi St.
   Jeddah, Western 21474
   SA

   Domain Name: BIFINT.ORG

   Administrative Contact, Billing Contact:
      Batterjee, Adel   (AB16634)   capsa@SHABAKAH.NET.SA
      Cap Saudi Arabia
      P O Box 16656 2 Helmi Kutbi St.
      Jeddah, Western 21474
      SA
      966 2 683 2836 (FAX) 966 2 683 3094
   Technical Contact, Zone Contact:
      Administrator, System (AS376-ORG)  sysadmin@VIRTUALISYS.COM
      Virtualis Systems, Inc.
      11288 Ventura Blvd.
      Suite 717
      Studio City, CA  91604
      US
      818-766-7976
      Fax- - - - - -  818-985-3833

   Record last updated on 20-Sep-1999.
   Record expires on 17-Aug-2001.
   Record created on 17-Aug-1999.
   Database last updated on 22-Jun-2000 16:42:00 EDT.

   Domain servers in listed order:

   NS1.BIFINT.ORG              216.55.1.103
   NS2.BIFINT.ORG              216.55.2.103
```

**Look up another domain name using WHOIS:**

[                    ]   Search

To look up a NIC handle, host name, or registrant, use the **keywords** below:

- To search by NIC handle (or contact), type "**handle** WA3509"
- To search by name, type "**name** lastname, firstname"
- To search by company name, type "**name** The Sample Corporation"

Case 1:03-md-01570-GBD-SN   Document 215-14   Filed 06/04/04   Page 3 of 3

- To search by domain name, type "example.com"
- To search by IP address, type "**host** 121.23.2.7"
- To search by host or nameserver name, type "**host** ns1.worldnic.com"

For advanced WHOIS search instructions please see our WHOIS Help.

**Search our dot com directory to find businesses online.**

**Use IdNames' services register your name in more than 50 countries.**



MyComputer.com

Tools to power your eBusiness
Stats, Counters, Guestbooks, Message Boards, Search Engine Submission.

HOME    |    MAKE CHANGES    |    PRODUCTS & SERVICES    |    SITE MAP    |    HELP

Questions? Contact Us.
© Copyright 2000 Network Solutions, Inc. All rights reserved.
Please read our Disclaimer.