# Attachment 8

بسم الله الرحمن الرحيم

وانفروا خفافاً وثقالاً 

1) سليم رشيد . (ذاهب)
2) ميثاق در ركاب . (راتب)
3) خواجه ميلاد ن . (راتب)
4) يوسف جيلي . (يرجع)
5) ابراهيم افندي . (يرجع)
6) صلاح كامل . (يرجع)
7) ابراجين . (اسامي)
8) الخبيب . جيد (يرجع) .
9) اسد بيك . (اسامي)
10) سيف الشافي . (اسامي)
11) سيد محمد طه . (اسامي)
12) سيد مسعود شجاع . (راتب)
13) اسد فرج حانوا . (يرجع)
14) سيد گل طاهر . (رتب)
15) مراد عظيم . (مترجم)

*(Parenthetical remarks in Italic are the translator's)*

*(Document name:* **TAREEKHOSAMA/41/Tareekh Osama.108**)

In the name of God, the most gracious, the most merciful

And spend for God's cause *(Quraanic verse)*

1) Suleiman Al-Rashid. (Wail)
2) Abdel Qader Bakri. (Wail)
3) Bin Laden Brothers. (Usama)
4) Yousif Jameel. (Baterji)
5) Ibrahim Afandi. (Baterji)
6) Saleh Kamel. (Baterji)
7) Al-Rajhi. (Usama)
8) Al-Jumaih. Jeddah (S.A) (Baterji)
9) Al-Sharbatly (Usama)
10) *(Illegible)* Al-Naghi (Usama)
11) Bin Mahfoodh (Usama)
12) Abdel Qader Faqeeh (Usama)
13) Salah Al-Din Abdel Jawad (Wail)
14) Ahmad Turki Yamani (Baterji)
15) Abdel Hadi Taher (Wail)
16) Mohammed Omar *(illegible)* (Baterji)
17) Al-Kuwait (Usama)
18) Ahmad Al-Harbi (Salem Taher)

19) Al-Issaei						(Salem Taher)

20) Hamad Al-Husaini					(Abu Mazin)

BOS000003