# Attachment 9

*(Parenthetical remarks in Italic are the translator's)*

*(Document name: **ALJABALLETTERS/54/ALJabal Letters 65**)*

In the name of God, the most Compassionate, the most Merciful

The exalted brother Adel Baterji

God's peace, mercy, and blessings be upon you

Our honorable Sheikh, the brother General Commander of the Hizb-i-Islami/Hikmatyar, and his name is Sharafat *(phonetic)* from the area of Miral Abad *(phonetic)*, and they are in utmost need for some items, the most essential of which is:

1. Ammunition, due to their non-availability on the front lines.

2. A car, as they have a very worn-out car.

Our honorable Sheikh, we would like to inform you that if they were not in such need, this letter would not have ben written, and we ask God to grant you success, and may God reward you with goodness, on our behalf and that of the Mujahideen.

Your brother,

Abu Yasir

7/11/1411 *(Hijriyya)*

*(signature)*

*(Parenthetical remarks in Italic are the translator's)*

*(Document name:* **ALJABALLETTERS/54/ALJabal Letters 65a**, *the back of document* **ALJABALLETTERS/54/ALJabal Letters 65**)

250 at Tandheem Al-Muumineen *(The believers' Organization) (most likely a camp)*

600 Al-Fath *(camp)*

BOS000225

موضوع الدرس: _____ التاريخ: / ٤ التاريخ: _____

بسم الله الرحمن الرحيم

الأخ الفاضل عادل يرحبي

السلام عليكم ورحمة الله وبركاته

وبعد

شيخنا الكريم يصلكم الأخ الفائز العام بقريـ بكل من
مصطير وفهد (شوشتكي) في منطقة جمبلي آياد
وهم يقومون بتدريبه ليبحث النسوي وكفين وكفها
والزخم لعدم توفرها في الكتلوع الكمبل
السلاح حيث عندهم ساية نخبايه جدا

شيخنا الفاضل تبطي علما انه لم يكن
لهم الحامه لم تكتب لهم الحجة السلام
منا آل الله لكم التوفيق والسرد د حرودهم
والله عنا يغث المجاهدين كل مم

أمين
العربي
٧/١١/١٤٢٢


