# Attachment 10

*(Parenthetical remarks in Italic are the translator's)*

*(Document name: **ALJABALLETTERS/90/ALJabal Letters 6**)*

In the name of God, the most Compassionate, the most Merciful

The exalted Sheikh Adel, may God protect him

Peace be upon you, and God's mercy and blessings:

I ask God the Almighty that you, the family, and the beloved are very well.

Things are fine here and praise be to God, however there was a slow-down in the work due to many factors, the most important of which was the events in Khost and Lowgar, Ramadan and the Eid, and the heavy rains which prevented construction work.  Yet, the percentage of achieving at the present time is fine, praise be to God, and I think that the delay was in our favor as the Engineer's group is not ready yet to specialize with us, as they are still in the preparatory classes, and there are details which we will discuss when your excellency arrives, God willing.  And what I wanted to tell you was that we promised to help the Engineer with one course for the preparatory classes, and then we can follow the agreed upon program.

- Please inform me of any changes regarding the brother guests as we had agreed upon by phone.  Their program will be as follows:

1. One week with brother Abu Burhan, and we have asked that they be taken care of there, and I will take them there then return to my job.

2. The other week will be in several regions including a hot visit, if I find them to be in full readiness, and I will be with them during the second week, God willing.

- I request the transfer of the amount of twenty thousand dollars, or that it be sent in cash dollars with the brother guests.

- Please remind the brothers to purchase shoes and jackets from your location and I will buy the rest of what they will need for them, because they will be going to very cold regions.

- I will be standing be the telephone in the evening, and tomorrow following dawn prayer, therefore if there is any need we are ready, praise be to God.  We hope to meet you soon, God willing, and we bid you farewell.  Peace.

Yours truly,

*(Abu Mahmood's signature)*

بسم الله الرحمن الرحيم

حضرة الشيخ الفاضل عادل حفظه الله تعالى :
السلام عليكم ورحمة الله تعالى وبركاته :

سائلين الله العلي القدير أن تكونوا أنتم والأهل والأحباب بألف خير
والمقصود فريدي هنا يطيب الحمد وبكم كان هناك بطء في العمل وبسبب الأسباب
شتى أهمها أهذا خوصة تليذكر رمضان والعيد والأمطار المشتدية
التي جعلت بني العمل في البناء. ولكم نسبة الروجاز الموجود إلا نحو شيء طيب
ولله الحمد وأنصدر أن إرادته غير طابق سوء ظننا حيث أن جماعة المهندس غير
جاهزين إلى جعلهم عندنا فإنه لا زال في الصرفين المتبقية هنا بعض
وهناك تعديلات سنتحدث بها عند حضور حضرتكم بإذن الله
ومبارك وإخبارك به هو : أننا وعدنا المهندس أنه سنعطيه ببرودة ما هدة
الصرفين المتبقية مع مبيعها مع البرامج المتفق عليه.

الثانية
- الرجاء وإخباري عما يتم تسديده بالنسبة لهذه الصرفين وما أتفقنا عليه
سيكون برنامج كالتالي:
١ - ٢ - أسبوع عندنا في أمورها به وقد وضينا عليهم هناك وذئابا وجهاز و الرجوع لعلي.
٣ - ٤ أسبوع الرابع في مناطقهم شخصا لتفعلوا زيارة خاصة ألى رجوعكم لوجاهزيته كاملة
وأنا سأكون معهم في الأسبوع الثاني بإذن الله
- أرجو تحويل مبلغ عشرين ألف دولار ، أو إرسالة بشكل دولارات لنفقتهم مع الأوجهة
الصرفين
- الرجاء وتذكير الأخوة شراء جواكيت ما هنتهم ومع عندكم وأنا سأستوفي لهم بقي لوازم
هم هنا - لذلك سيني لي هم إلا لنا لهم برذة بعد
- وأنا موجود على الهاتف ساعة وغدا بعد صلاة البحج نبأ بإسماع لي هنا كأي خدمة
نغيم جا هزين ولله الحمد رعنا إلى لقاءكم القريب بإذن الله سنقدم الجميع السلام

المخلص
[توقيع]