# Attachment 11

\83\ALJabal Letters 96

In the name of God the most compassionate, the most merciful

Brother Abu Mahmoud

Thanks be to God and peace and prayers upon his prophet and upon whoever supported him:     As such:

Hoping you are well and the brothers with you are well, what God wishes and pleases him.

1- Mr. Adel Batterjee called on Thursday and asked about you and about Abu Ibrahim the Iraqi and mentioned that there was a letter with Abu Khalid Almadani.

2- Your brother Dr. Hisham called two days after you left to check on you so I reassured him.

3- Nobody called from America.

4- I don't know anything about the Saudi guests ?

5- May God grant you prosperity including His approval.


your brother Abu Al-Bishir

4/23

BOS000273

بسم الله الرحمن الرحيم

الاخ ابو محمد

تحية الاخوة اطيبها و ازكاها و اصلاة على رسول الله ... اما بعد :

؟ ... ان نكرسد جهد والاخوة معك على ... خير انجمد الحركة ... وبعد صفاته .

١ ـ انفضم الاستفادة بتوجيهم ابو المجاهد رسالة منك ثم صدر اخبار الشيخ الرفيق وذكر ايضاً لك رسالة من ابن خالد الذي ذهب ابراهيم وان نفذها مما بعد

٢ ـ ... نقضها فذلك ـ هناك سيستمري بيرمبة ليطلبعنك وفطأً نبر .

٣ ـ لم يبقى احد سها امريكا .

٤ ـ ابو زياد مع محمد صبر في السعودية سنتياً ؟ اذا مع صفاته ؛ فذلك ابو النور

٥ ـ دخلك الله لما مبر صفاته ، ١٢/٥