# Attachment 12

/96/AlJabal Dayley Re 13:

In the name of God, the most compassionate, the most merciful

My generous brother /Abo-Mahmoud    God may keep him

. Peace be upon you and God's mercy and blessing

I am in Beit Al-Ansar ( the house of supporters) please be present today, for it is important as the briefcase with you has all the money I own, also I would like to visit Sheikh Adil

With all my thanks and my respect
Your brother/ Abu-Mohammed

بسم الله الرحمن الرحيم

أخي الكريم / أبو محمود حفظه الله

السلام عليكم ورحمة الله وبركاته

أنا موجود في بيت والدي
ارجو حضورك اليوم بارغبة منك
ان ابعثه بإمضك جهاز قوى ما امكنكم
التعدد الممكنة اود زيارة لبيتي عادل

مع فائق شكري وتقديري

أخوك / أبو محمد

BOS000276