# Attachment 13




Enaam Arnaout
(708) 945-5243

| Time | Activity Recorded |
|------|-------------------|

**2/12/02**

1 **1535**  **Enaam Arnaout** called **011-966-4-824-2327** and spoke with his
2 brother, **Hisham (LNU).**  The conversation proceeded as follows
3 *(Enaam: E, Hisham: H, Hisham's wife: HW, Sadzida Solak: S,*
4 *unidentified male: UM,  automated response: AR, unintelligible:*
5 *UI, simultaneous conversation: SC, parenthetical remarks are the*
6 *translator's):*

7  AR  Welcome to the Union Phone Card..Please enter your card
8  number..

9  E  *(Enters the digits seven, eight, nine, zero, three, six,*
10  *three, seven, there, zero, two)*

11  AR  You have six dollars, thirteen cents, remaining..Please enter
12  the telephone number you wish to dial..

13  E  *(Enters the digits, zero, one, one, nine, six, six, four,*
14  *eight, two, four, two, three, two, seven)*

15  E  *(UI)..*

16  AR  You have twenty-four minutes for this call..

17  E  How you put it? this one..

18  S  *(UI, speaking to Enaam in the background)..*

19  *(Telephone rings)*

20  E  Okay, I got it..

21  *(Telephone rings)*

22  HW  Yes..

1  E  Peace be upon you, Um Mahmood.

---

Page ___ of ___    Employee's Name    Date Stamp



02CR892                                    FTR000257




Enaam Arnaout
(708) 945-5243

| Time | Activity Recorded |
|------|-------------------|

| 1 | HW | Greetings.. |
| 2 | E | How are you? |
| 3 | HW | Longing for you, how are you? |
| 4 | E | May God, my Lord bless you.. |
| 5<br>6 | HW | Congratulations on what you received *(on the birth of the baby)*.. |
| 7 | E | May God, my Lord bless you..congratulations to his friends.. |
| 8 | HW | May he be a baby of happiness, O Lord. |
| 9 | E | Congratulations to his friends.. |
| 10 | HW | May God, the Lord bless you, oh Lord.  What's new with you? |
| 11<br>12 | E | God willing, may you get the same in safety *(may you give birth to your baby safely)*, God willing.. |
| 13 | HW | May God keep you safe, reassure me about you, how are you? |
| 14<br>15<br>16<br>17 | E | By God, I am tired, O Um Mahmoud..ah,. the pressure, the pressure, the pressure, the pressure, the pressure, the work pressure, the  psychological pressure, the Intelligence pressure, and the pressure of ah..wives..what can one do? |
| 18 | HW | May God the Lord heal you, May God *(SC, UI)*.. |
| 19 | E | *(SC)* God will help..where is Abu Mahmood? |
| 20<br>21 | HW | *(SC, UI)* By God..alright, one minute..he has been, we have been looking for your mobile *(telephone)* for two days.. |
| 22<br>23 | E | He slaughtered me, he slaughtered me, he slaughtered me *(this expression is similar to jokingly saying "he's killing* |

Page ___ of ___

Employee's Name



Date Stamp

02CR892                                              FTR000258



Enaam Arnaout
(708) 945-5243

| Time | | Activity Recorded |
|------|------|------|

1              *me!")*..(addresses Sadzida in the background) She send, ah..

2         HW   *(UI)* for the..*(UI)*, how are Fatin and the kids?

3         E    Thank God, they are all well..her affairs also began to get
4              solved, after we *(UI)(corrects himself)* hit, and *(UI)* her
5              affairs began to get solved..

6         HW   God the Lord willing.. Say "There is neither will neither
7              strength but by God" as long as you are sitting *(always be*
8              *thankful)*..

9         H    God willing, God willing..

10        HW   Alright?

11        E    God willing..

12        HW   Always and forever..

13        E    God willing..

14        HW   *(Addressing Hisham)* Here, take it..

15        H    Peace be upon you..

16        E    Peace and God's mercy and blessings, O most beautiful doctor
17             in the world..

18        H    Congratulations, God willing, my brother..

19        E    May God bless you..

20        H    I have been looking for the mobile *(number)* for two
21             days..where did I write it? I was at work on that day, I did
22             not find, by God, I did not find it..

23        E    O sheikh, the ones in, in America, it is a business..you know
24             medicine..

Page ____ of ____          Employee's Name          Date Stamp

3

 

Enaam Arnaout
(708) 945-5243

| Time | | Activity Recorded |
|------|---|-------------------|

1   H   Right, yes..

2   E   They slaughtered me..

3   H   Why?

4   E   Because, this one, you know, this one *(this wife)*, her
5       documents, she has no documents, so I have been taking her to
6       doctors, private hospitals and we got into a *(UI)*, which God
7       has not given the power over *(something that is completely
8       out of control)*, I will tell you later, how they are playing
9       with us..

10  H   Yes..

11  E   Anyway, they admitted her for three days, saying that she has
12      to stay the night..
13
14  H   Yes..

15  E   And the latest thing is that the, the boy's skin is yellow..

16  H   It's alright, this is *(UI)*..

17  E   She is telling me it is normal, she told me that it is
18      normal, she told me that it is normal in her family..now
19      there is a problem, they are saying that we have to do a
20      blood test, this blood, eh, eh, they call it bilirubin
21      *(phonetic)*?

22  H   Yes, bilirubin, yes, yes, there isn't, why is this?

23  E   He says that the bilirubin, the doctor is telling me, the
24      pediatrician, today, of course, the boy is four days old
25      now..he said, "in the first ten days, it should not go over
26      ten"..

| Page ___ of ___ | Employee's Name  | Date Stamp |
|---|---|---|

4

02CR892                                      FTR000260




Enaam Arnaout
(708) 945-5243

| Time | | Activity Recorded |
|------|---|---|

1  H  Yes..

2  E  So today, the result was seventeen..

3  H  There is not problem, my brother, just expose him to, expose
4     him to the light only, the light, the white light..

5  E  (Addresses Sadzida) He said, "Seventeen, no problem"..he said
6     "(UI) needs light, he needs light"..

7  H  Just ah, expose him to light, take his clothes off completely
8     and expose him to light, because this, this will go down with
9     light..ths, this is its treatment..

10 E  What is it, do you mean the neon?

11 H  How?

12 E  Neon, neon, n n neon..

13 H  Yes, the white neon, yes..

14 E  I mean, I have to get a neon (light bulb)..

15 H  Yes..

16 E  We do not have neons..

17 H  Yes, or a white light bulb, such as the neon, aren't there
18    white light bulbs?

19 E  Yes, there are white lights, correct..

20 H  Yes..

21 E  Yes..just take his clothes off his body and put him the

Page ____ of ____        Employee's Name        Date Stamp



02CR892                                      FTR000261




Enaam Arnaout
(708) 945-5243

| Time | | Activity Recorded |
|------|---|-------------------|
| 1 | | light? |
| 2 | H | Just take off his clothes and, and put him beside the light.. |
| 3 | E | Only that.. |
| 4 5 6 | H | And cover up his eyes, cover up his eyes so that he will not.. |
| 7 | E | Only that.. |
| 8 | H | That's all.. |
| 9 | E | Meaning, meaning when it will become dangerous? |
| 10 11 12 13 | H | There is no danger, brother, God willing, with God's permission there is no danger..because now, he is still changing his hemoglobin, his fetal hemoglobin, meaning of the fetus, to the, to the, to the regular one.. |
| 14 15 | E | They slaughtered me, man..they said "you have to bring him again tomorrow, to do a blood test for him again".. |
| 16 | H | Why do you have to do a blood (test)? |
| 17 18 | E | He slaughtered me with taking his blood so many times.. slaughtered me. |
| 19 | H | No, Sheikh, he does not need it, he does not need it.. |
| 20 | E | Good, God willing, good.. |
| 21 22 | H | Just expose him to light, this way, and make him drink, make him drink sugar water, this way, only, too.. |
| 23 | E | Is it alright if he drinks sugared water? |

| Page ___ of ___ | Employee's Name | Date Stamp |
|-----------------|-----------------|------------|



6

02CR892                                              FTR000262




Enaam Arnaout
(708) 945-5243

| Time | | Activity Recorded |
|------|---|-------------------|

1    H    Yes, there is no problem..

2    E    With, with a pacifier, you mean?

3    H    Yes, with a pacifier, or with a spoon..

4    E    Okay, *(addresses Sadzida)* sugar water, sugar water..little
5        bit..*(resumes his conversation with Hisham)* Alright..what
6        else?

7    H    Put him *(the baby)* in an envelope and send him to us..

8    E    *(Addresses Sadzida)* He said, "if you are tired from him, put
9        him in envelope, send it to him"..

10    S    No, *(laughs)*, I love him..

11    E    No, she loves him, *(UI)*..yes, good God willing..

12    H    Alright, tomorrow we will, put him next to  his cousin, God
13        willing..

14    E    Say, O Lord..when, how much longer will it be for her?

15    H    The next month, this one..

16    E    O Lord, in safety, God willing, in safety, in
17        safety..because, this has no relation to the lack of oxygen,
18        which was with his mother during birth? she had a lack of
19        oxygen..

20    H    No, no, no, it has no relation, brother, this is a
21        physiological, a physiological *(UI)*..

22    E    *(Addresses Sadzida)* *(UI)*..

Page ___ of ___

Employee's Name          Date Stamp



02CR892                      FTR000263




Enaam Arnaout
(708) 945-5243

| Time | | Activity Recorded |
|------|---|-------------------|

1  H  This, the blood is changing now, of the, of the, of the
2     hemoglobin  while he was in his mother's womb..it has no, it
3     has no relation with nutrition..

4  E  Meaning, meaning *(SC)*..

5  H  *(SC, UI)*..

6  E  So, in your opinion, we should not give him a test tomorrow..

7  H  There is no need, brother, why?

8  E  (Laughs and addresses Sadzida) He said, "don't make test
9     anymore"..okay, that's it.. *(resumes his conversation with*
10    *Hisham)* Good, (SC) God willing..

11 H  *(SC, UI)* Within, in three weeks, within three weeks, or four
12    weeks from now, it will return to normal, God willing, there
13    is nothing..

14 E  May God reward you with goodness..good, God willing, good,
15    God willing..how many month's should he stay on his mother's
16    milk?

17 S  *(UI)*..

18 E  *(SC, UI)*..

19 S  *(SC, UI)* Leave him with the breast feeding until for up to
20    two years, there is no problem..

21 E  She is sending you her regards, *(UI)*..

22 H  Yes let him nurse instead of his father nursing..

23 E  *(Addresses Sadzida)* He says, okay, he says, "let him nurse

Page ____ of ____          Employee's Name          Date Stamp



8

02CR892                          FTR000264




Enaam Arnaout
(708) 945-5243

| Time | | Activity Recorded |
|------|---|-------------------|

1         from you, better than his father"..

2   H    When, when are you coming?

3   S    What?

4   E    Okay..by God, pray that your Lord facilitates things..there
5       are issues now that I will tell you about later, we are in
6       the courts now..

7   H    Yes.

8   E    We are now, it just reached the courts now..

9   H    Did it start?  Does it appear that something is going to
10      happen to you?

11   E    Sir, as if, as if, I mean we, as if the people want to
12      contain us, or it appears that, I mean, as you know, we,
13      others did not contain us, for these ones to contain us *(just*
14      *as other people were not able to beat us, these ones will not*
15      *be able to as well)..*

16   H    What have we done that they want to contain us?

17   E    O sheikh, I mean, this is the latest thing that I smelled the
18      odor of *(this s the latest thing that I learned)..*

19   H    Yes..

20   E    I mean, they are playing a dirty game now, through our
21      attorneys, however I mean, they think I am stupid..

22   H    Yes.

23   E    Thank God, I mean, there is nothing until now of course,
24      however, there is a clear psychological pressure..I mean,

Page ____ of ____         Employee's Name         Date Stamp



02CR892                              FTR000265



Enaam Arnaout
(708) 945-5243

| Time | | Activity Recorded |
|---|---|---|

1  the, as you know, the car and the such, and the telephone and
2  the such *(the authorities are following the car, and are*
3  *intercepting the telephone conversations)..*

4  H   Yes..

5  E   Clear psychological pressure, one hundred percent..

6  UM  *(In the background)* Give it to him *(UI)*..

7  E   Alright..

8  H   Yes..

9  E   Alright..so we are persevering..now they have asked for a new
10     thing..

11  H   Hmm..

12  E   Details of the projects, the employees, their lives, the
13     orphans, their birth dates..I mean, routine, routine things,
14     ah..filling out forms and proofs..on the basis of wanting to
15     know everything about us..

16  H   Yes..

17  E   And of course, they asked me questions which, by God, I don't
18     know about..Maktab Khadamat *(Services Offices)* and the such,
19     how should I know about such things?

20  H   Yes..

21  E   And they are looking for someone named Sameer, on the basis
22     that I went by, they say that Samir went by name of Enaam in
23     his life, and I don't know what..I mean, things that I don't
24     understand, by God, what they want..

Page ___ of ___          Employee's Name          Date Stamp



10

02CR892                              FTR000266



Enaam Arnaout
(708) 945-5243

| Time | Activity Recorded |
|------|-------------------|

1   H   Yes..

2   E   They are looking for someone in America, whose name is
3       Samir..

4   H   Yes..

5   E   And he has taken the identity of an individual named Enaam
6       Arnaout..

7   H   Yes..

8   E   And this is a dangerous man..

9   H   Yes..

10  E   His name is Samir Abdul Motaleb..

11  H   Yes.

12  E   So who is this Samir Abdul Motaleb? by God, I have not heard
13      a thing in my life..

14  H   Yes, it appears that this is their own invention..

15  E   And this one, they say, "he is the General Director of the
16      ah..the Sheikhs who, those who established the Maktab Al-
17      Khadamat"..

18  H   Yes..

19  E   How would I know, O sheikh?

20  H   This, this is from them, it appears..

21  E   I am telling you, I know, pressure, a psychological pressure,
22      my Sheikh, *(which is based)* on minor subjects, and..

---

Page ___ of ___        Employee's Name                    Date Stamp



---

11

02CR892                              FTR000267



Enaam Arnaout
(708) 945-5243

| Time | | Activity Recorded |
|------|---|-------------------|

1   H   Yes, may God help, it needs patience..

2   E   It needs patience, however I, told them that I want to send
3       my family on a trip, and they said "you need to send them and
4       return immediately"..I told them that I want to go and settle
5       there, I mean..so, I mean, they *(UI)*..so why am I telling
6       you? I mean, man, that they are coming down on me as a
7       containment thing?

8   H   Yes..

9   E   But, may your Lord make it easy, make it easy..I am now
10      waiting for the visa for, for Um Bassam..

11  H   Hmm hm..

12  E   They want to do, they say, they want to conduct a new medical
13      test for her visa..

14  H   Yes..

15  E   For the residency, there is a complete medical examination..

16  H   The Saudi Arabian visa?

17  E   Yes..

18  H   This is a normal thing, brother, this is a new thing that
19      they started now..

20  E   Yes, now, what should we do? I have to go, I am waiting,
21      what, after I called the embassy..he said, "of course, there
22      is a certain frm"..I asked him to send me the form, he said,
23      "you have to send us a letter for us to send you the frm"..I
24      sent them the letter last week, and the form has not arrived
25      yet..

Page ___ of ___

Employee's Name



Date Stamp

12

02CR892                                        FTR000268



Enaam Arnaout
(708) 945-5243

| Time | | Activity Recorded |
|------|---|---|
| 1 | H | Yes.. |
| 2 | E | And this, this happened on one side *(this is one tissue)*, |
| 3 | | then she received the Syrian passport came on the other side |
| 4 | | *(the second issue)*..After she received the Syrian passport, |
| 5 | | we applied, and she also received the White passport, the |
| 6 | | cost of which was ninety dollars that I paid..and then they |
| 7 | | sent her the tar *(used to describe anything undesirable)* also |
| 8 | | that we have been waiting for two yeas for them to send |
| 9 | | *(UI)*..I mean, my heart is fed-up, man.. |
| 10 | H | And how are the children, they are well, God willing? |
| 11 | E | My heart is fed-up, my heart is fed-up Enaa, *(corrects* |
| 12 | | *himself)* Hisham, dead, I am dead, your brother has become a |
| 13 | | ghost..if you are to see my body now, sixty kilo *(UI)*, sixty |
| 14 | | kilo.. |
| 15 | H | Hmm.. |
| 16 | E | By God the Almighty, skin and bones.. |
| 17 | H | It's alright, all of it will come back, God willing.. |
| 18 | E | May God just save me, may God save me from this Foundation, |
| 19 | | and save me from this work, and save me from this |
| 20 | | country..then one would..God will ease things..Are you |
| 21 | | hearing anything from Abu Sulafa? |
| 22 | H | No.. |
| 23 | E | *(SC)* How is your mother? |
| 24 | H | *(SC, UI)* That day when I informed him, the day the money ... |
| 25 | E | Also, it appears that he does not understanding me, by God, |

Page ____ of ____

Employee's Name



Date Stamp

13




Enaam Arnaout
(708) 945-5243

| Time | | Activity Recorded |
|------|---|-------------------|

1  
2  
3  
4      he is not understanding me, it appears he is becoming a little senile, sometimes..they are now..their entire problem with us in the last three or four weeks has been, do we have a relationship with Saudi Arabia or not..

5    H      Yes..

6  
7  
8  
9  
10    E      And the man, may God reward him with goodness, he loves goodwill, so he does not want to cut off the offices, so he contacted the offices, in order to send them the transfers *(money transfers)*..therefore, if I receive a transfer from him, to, to any one of the offices, I will be ruined..

11    H      Yes, you mean, should I tell him not to send anything?

12  
13  
14    E      Tell him, brother, now, he needs to, tell him now, there is a scrutiny regarding what is our relationship with Saudi Arabia..

15    H      Yes..

16    E      This is what I want, that you call him tomorrow..

17    H      God willing..

18  
19  
20  
21  
22  
23    E      Tell him, there is scrutiny now, so that he will not, he, he, he is now, I do not want him to go back *(think back)* to ninety-four and become upset, that I want the Foundation or the such..I do not want anything to do with a Foundation or the such..just tell him that there is a scrutiny regarding the Foundation having a Saudi connection or not..

24    H      Yes, yes..

25    E      That is it, just give him these news..

26    H      God willing, *(UI)*..

---

Page ____ of ____        Employee's Name        Date Stamp



---

02CR892              FTR000270




Enaam Arnaout
(708) 945-5243

| Time | | Activity Recorded |
|------|---|---|

1
2
3

E

Without, without telling him to send, or not to send..tell him they are scrutinizing the Foundation, whether it has a Saudi connection or not..

4
5

H

Why?  Why don't I tell him to go abroad and send, and that's all?

6
7
8

E

Tell him, no, if, I don't, I don't want him to know the directors of my offices, because the directors of my offices called me..

9

H

Yes..

10
11

E

They do not want to deal with him..even the offices abroad do not want to deal with him..

12

H

Yes..

13
14
15

E

But so that he does not get emotionally upset, and thinks "these people are *(UI)* again"..I mean..,you know, you remember ninety-four..

16

H

Yes..

17

E

He thought that we had sold the Foundation or the *(SC)*..

18

H

*(SC)* He called..

19

E

*(SC)* So I said..

20

H

*(SC)* Two days ago, Abu Muhannad called, my father..

21

E

Yes..

22

H

He asked me about you *(laughs)*.

Page ____ of ____

Employee's Name



Date Stamp

15




Enaam Arnaout
(708) 945-5243

| Time | | Activity Recorded |
|------|---|-------------------|
| 1 | E | Did you tell him this and that has happened to them.. |
| 2 | H | I did not tell him.. |
| 3 | E | O sheikh, tell him this about this.. |
| 4 | H | Brother, I do not, "how is he?", I told him that you are well |
| 5 | | and such, "when is he coming? when will he be coming, God |
| 6 | | willing?", I told him, God willing..I mean, he did not ask me |
| 7 | | about.. |
| 8 | E | How is Ayman's morale? |
| 9 | H | I do not know, I don't, I don't (SC).. |
| 10 | E | Because they reached him and his morale was shaken a little |
| 11 | | bit, about two weeks, three.. |
| 12 | H | I do not, I do not have, do not have any information.. |
| 13 | E | You do not have information.. |
| 14 | H | No, by God. |
| 15 | E | If you have a chance and you speak with him, raise his morale |
| 16 | | a little bit with a couple of words.. |
| 17 | H | God willing.. |
| 18 | E | Tell him, Sheikh, there is nothing..whatever God has |
| 19 | | written..the people (the authorities), the people, brother, |
| 20 | | their operation against us is a shaking of the nerves, and we |
| 21 | | don't, we don't have anything, neither is anything on us, we |
| 22 | | have done nothing wrong..however, the hit, the wave is strong |
| 23 | | now..it has been ah, ah, after they were hit the attack five |
| 24 | | months ago, they have not recovered frm it yet.. |

Page ___ of ___

Employee's Name



Date Stamp

16




Enaam Arnaout
(708) 945-5243

| Time | | Activity Recorded |
|------|---|-------------------|

1    H   My master, God will ease things, God willing..

2    E   God will help..so, I want you to call Abu Sulafa and tell
3        him, Enaam informs you that, my beloved brother, the scrutiny
4        now is on a Saudi connection"..

5    H   Yes..

6    E   Alright? and the are considering, there is a very important
7        issue that the attorney told me about..that they are
8        considering the operation, our work is like the Mafia..

9    H   Yes..

10   E   That we are the covers..that we are a cover..and there are
11       people behind us..

12   H   Yes..

13   E   So I want him to understand this, do you know why?

14   H   Yes..

15   E   So that he will not think that he is so smart, I mean, that
16       he contacts the external office, the branch offices, because,
17       the external offices are monitored as we are being monitored
18       here..

19   H   Yes..

20   E   Meaning, even in *(SC, UI)*..

21   H   *(SC)* Give me, give me your mobile *(number)*..

22   E   My mobile number, I want to cancel it in two, three days,
23       because the hospital bill is being forwarded to it *(to its
24       billing address)*..and I want to cut them off..the hospital

---

Page ____ of ____                    Employee's Name                    Date Stamp



02CR892                                                FTR000273



Enaam Arnaout
(708) 945-5243

| Time | | Activity Recorded |
|------|--|-------------------|

1    where she gave birth, the Swe, Swedish *(Swedish*
2    *Hospital)*..they sent me an invoice for eight thousand
3    dollars..

4    H    Oh bop..

5    E    Oh bop, bop, bop, bop, bop, bop, bop, bop, bop, bop.. *(SC)* By
6    God..

7    H    *(SC)* And if you don't send *(a payment)*, what will happen
8    *(SC)*?

9    E    *(SC, UI)*..

10   H    And if you don't send, what will happen?

11   E    They can not do anything..

12   H    Then do not pay a thing..

13   E    I will not, I told them today, I told them, I told then, they
14        said that they will reduce it to four *(four thousand)*, they
15        said "down to three *(thousand)*", I told them, by God, not a
16        penny, unless you give it to me as you had told me what your
17        fee was..they said, *(UI)* your fee is one thousand three
18        hundred"..

19   H    Yes..

20   E    I told them, I am ready for one thousand three hundred, one
21        hundred per month..

22   H    Yes..

23   E    Thirteen months, one year and one month..

Page ___ of ___    Employee's Name    Date Stamp



02CR892    FTR000274




Enaam Arnaout
(708) 945-5243

| Time | | Activity Recorded |
|---|---|---|

1   H   Yes..

2   E   They said, "alright ah, let's just discuss it, and I don't
3        know what..no, we will not lower it below three
4        thousand"..the last thing was three thousand..

5   H   Hmm..

6   E   I told them, by God, I am not paying more than one thousand
7        and three hundred..so I want to disconnect the telephone,
8        because the telephone is on it..

9   H   Alright, that is it, disconnect..

10  E   Yes, they do not know a thing other than the telephone
11       (laughs)..

12  H   Then will they not know address through your telephone?

13  E   It is not me..it is not me..it is on a female whose second
14       name is Sadzida Solak, what, who is this Solak, how knows?

15  H   Yes..

16  E   How would he know that she is my beloved..she is my
17       beloved..she has to relation to me originally..

18  H   (Laughs)..

19  E   (Laughs)..

20  H   This is the boy's mother?

21  E   This one has no relation to me, she is my love..(addresses
22       Sadzida) Alright, my beloved..

23  H   Yes, God willing..

Page ___ of ___    Employee's Name     Date Stamp

02CR892          FTR000275

 

Enaam Arnaout
(708) 945-5243

| Time | | Activity Recorded |
|---|---|---|

1  E   The important thing is that your friend *(the new-born baby)*
2      Adnan arrived..

3  H   Yes..

4  E   Three, three, three and seven hundred grams *(three kilos and*
5      *seven hundred grams)..*

6  H   Way God be praised, may God be praised, he was nurtured
7      well..

8  E   May God be praised, his length, I do not know how long, ah,
9      ah how long, fifty-one, or whatever length he is, I do not
10     know how long..

11 H   What, does he look like his father or mother?

12 E   He looks like his mother, but what a cocktail, what a
13     cocktail..

14 H   His mother is beautiful, so what, this means that he is
15     beautiful..

16 E   His eyes are blue and his hair is blonde..

17 H   May God be praised, may God be praised..

18 E   And a small mouth like his uncle Hisham's..

19 H   May God be praised, may God be praised..

20 E   And the ah, flat nose, like the Solak family..

21 H   May God be praised..what is new with, with Um Bassam *(Enaam's*
22     *wife, Fatin Al-Makri)* regarding the issue *(the birth of the*

Page ___ of ___        Employee's Name        Date Stamp



02CR892        FTR000276

 

Enaam Arnaout
(708) 945-5243

| Time | | Activity Recorded |
|------|--|-------------------|

1       *other wife's baby)* regarding this subject?
2
3    E   An unbearable jealousy..

4    H .  *(Laughs)..*

5    E    Not just now..she has been tormenting me with the two bitters
6         *(she has been tormenting me to an extreme extent)*..keep it to
7         yourself, I have swallowed a two-edged razor..as soon as I
8         get her out of her, I will tell her, "curse, I curse the big
9         Al-Makri"..

10   H    Why?

11   E    Because, she is bothering me very, very much, she is
12        restraining me..

13   H    Oof *(expressing his concern)..*

14   E    I am telling you, she is bothering me to an unbearable
15        extent..

16   H    There is neither will nor strength but by God.. .

17   E    That *(quoting Fatin),* "who will be washing the *(UI)*? and, who
18        will be eating the food? and, the time, where is sunset
19        dinner prayer going to be at? and, where is dinner prayer
20        going to be at?"..

21   H    Yes..

22   E    I am telling you, a thing that the mind cannot bear, O
23        Sheikh..where was the problem, the problem was that they
24        scrutinized a little bit at *(UI)..*

25   H    Hmm..

Page ___ of ___                    Employee's Name                    Date Stamp

02CR892                                          FTR000277

 

Enaam Arnaout
(708) 945-5243

| Time | | Activity Recorded |
|------|---|-------------------|

1     E    So, that one mobilized and told me "take, take your path and
2          I will take mine"..

3     H    Yes..

4     E    This is the problem now..

5     H    It's alright, all these matters will be solved, God willing..

6     E    No, ah, the Bosnians there..it appears that they are more
7          subordinate to the Americans than the American are themselves
8          *(laughs)*..

9     H    *(Laughs)*..

10    E    May God be your Guardian, the scrutiny there is in a manner
11        ah..that's right, inform Abu Sulafa also..this is the
12        report..there are now three reports..the first report was,
13        tell him about the connection issue, the second report is
14        about the concept that there is a Mafia behind it *(behind the*
15        *Foundation)*, and the last issue is that they took our
16        director of ninety-three, and ninety-four, from Bosnia..

17    H    They took what?

18    E    The director during ninety-three, ninety-four..

19    H    Yes..

20    E    They removed him in a special plane..

21    H    What are you saying?

22    E    By God, the almighty..

23    H    Where to?

Page ___ of ___         Employee's Name        Date Stamp



02CR892                          FTR000278



Enaam Arnaout
(708) 945-5243

| Time | | Activity Recorded |
|------|---|-------------------|

| 1 | E | To Cuba.. |
| 2 | H | By your Lord? |
| 3 | E | Yes, by God..I just heard this report.. |
| 4 | H | The one in Bosnia? |
| 5 | E | Yes, sir.. |
| 6 | H | This Bosnian? |
| 7<br>8<br>9 | E | O Sheikh, the one who used to work..just tell him, when you tell him the one in ninety-three, ninety-four, Abu Sulafa will know what I am talking about.. |
| 10 | H | Ninety-three and ninety-four? |
| 11<br>12<br>13 | E | Yeah, ninety-three, the director of those days..I mea, there is now, there is a razor that we will be swallow..meaning, we will be getting the razor, however we do not know how.. |
| 14 | H | Yes.. |
| 15<br>16<br>17 | E | Meaning, the people are not scrutinizing ninety-four, ninety-five, ninety-six, ninety, two thousand.. |
| 18 | H | Yes.. |
| 19 | E | Has it become clear to you now? |
| 20 | H | Somewhat.. |
| 21 | E | Do you remember ninety-two, ninety-three? |
| 22 | H | By God, I do not, do not, I, my memory is really weak.. |

Page ____ of ____

Employee's Name

Date Stamp



02CR892                                          FTR000279




Enaam Arnaout
(708) 945-5243

| Time | | Activity Recorded |
|------|---|-------------------|

1
2    E    Well, the work that Abu Sulafa had there in ninety-two and
3         ninety-three..
4    H    Yes..

5    E    And the business of the two-edged razor..so the owner of that
6         business, the manager who was there, whom I was in charge of,
7         is, he is now with them..

8    H    Yes..

9    E    So I mean ah..they are after, after, after, after, after,
10        after Abu Sulafa, and there is much time *(they will not leave*
11        *Abu Sulafa alone)*..they will not leave him, you will see
12        tomorrow..

13   H    Good, God willing..

14   E    So, inform him..

15   H    God willing..

16   E    Tell him, "Omar..Omar"..good, God willing..

17   H    Good, God willing..

18   E    Give him the three *(reports)* tomorrow, may God be pleased of
19        you..

20   H    God willing..

21   E    Alright, my beloved brother..

22   H    Alright, my master..

23   E    Do not forget us in prayers, may God makes you successful,
24        may God keep you, you kept us company and honored us, I am

---

Page ____ of ____                    Employee's Name                    Date Stamp



---

24




Enaam Arnaout
(708) 945-5243

| Time | | Activity Recorded |
|------|---|-------------------|

1  talking to you while I drive on the highway, I am using the
2  card, I stole it from Um Bassam..she said, "you buy me a card
3  then you can take it away"..look, she has the nerve to
4  talk..she said, *(UI)* the card number that you have,  because
5  *(UI)*..calling the court..

6  H  Yes..

7  E  She asked me, "you buy it for me then take it away?"..because
8     it is his father's money, that I am buying it for her and I
9     take it away..so I mean..

10  H  Good, God willing..alright..

11  E  *(UI)*, may God increase your goodness..

12  H  Alright..our regards to everyone..

13  E  Peace be upon you..she is also sending you her regards, this
14     woman eh..

15  H  May God keep her safe..

16  E  (Talking about Sadzida) The one who is veiled in the Syrian,
17     navy-blue veil..an elastic veil that is around her head..

18  H  May God keep her safe..

19  E  O Sheikh, may God increase your goodness..and do you know,
20     they are also getting Abu Al-Tillawi *(phonetic)* fed-up..

21  H  Ha?.

22  E  They are getting Abu Al-Tillawi fed-up..

23  H  What are you saying?

| Page ____ of ____ | Employee's Name | Date Stamp |
|---|---|---|



25



Enaam Arnaout
(708) 945-5243

| Time | | Activity Recorded |
|------|---|-------------------|

1  E  Yes, by God, it has been six times..

2  H  Oof, oof..

3  E  I am telling you, the people are not behaving, therefore, I
4     mean *(laughs)*..you see that I am laughing, however I am
5     enjoying your voice, by God, otherwise, otherwise I am, by
6     God, by God, I am not sleeping the night, I swear to God..
7
8  H  Good, God willing..well, why, come and *(UI)*, brother, come..

9  E  Leave it to God..

10 H  May God help..

11 E  Leave it to God..if I could come, I would have come one month
12    ago..

13 H  Good, God willing..

14 E  But, you have seen my circumstances with me, that are
15    happening now, all of this happened now..

16 H  May God help..

17 E  Where would I have left this one *(possibly a reference to*
18    *Sadzida)*?  how would we have arranged her affairs? Where, you
19    know, you know how one, I am being tested now, and I want to
20    continue..
21
22 H  God willing..

23 E  I m being tested, however, I have gone half of the journey
24    now..

25 H  Good, God willing..

---

Page ___ of ___

Employee's Name



Date Stamp

---

26



Enaam Arnaout
(708) 945-5243

| Time | | Activity Recorded |
|------|---|-------------------|
| 1 | E | Alright, my beloved, peace be upon you.. |
| 2 | H | And peace and God's mercy be upon you.. |

Page ___ of ___                    Employee's Name                    Date Stamp



27