UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON           Civil Action No.
SEPTEMBER 11, 2001                   03 MDL 1570 (RCC)

-----------------------------------------------------------x

This document relates to:

   *Thomas E. Burnett, Sr., et al. vs. Al Baraka*
   *Investment and Development Corp., et al.*
   **03 CV 9849 (RCC); 03 CV 5738 (RCC)**

## PLAINTIFFS' MORE DEFINITE STATEMENT AS TO DEFENDANT SULAIMAN AL-ALI

Counsel for the *Burnett* Plaintiffs hereby provides a more definite statement as to Defendant Sulaiman Al-Ali. This statement, annexed hereto as Exhibit 1, is hereby incorporated into the *Burnett* Complaint.

Dated: June 4, 2004          Respectfully submitted,

                                                                   _/S/ Michael Elsner_____
                                                                    Michael E. Elsner, Esq. (NY & VA-ME8337)
                                                                    Ronald L. Motley, Esq. (SC-4123)
                                                                    Jodi Westbrook Flowers, Esq. (SC-66300)
                                                                    Donald A. Migliori, Esq. (RI-4936; MA-567562;
                                                                        MN-0245951)
                                                                    William H. Narwold, Esq. (NY-WN1713)
                                                                    Ingrid L. Moll, Esq. (CT-21866)
                                                                    Robert T. Haefele, Esq. (NJ-58293; PA-57937)
                                                                    Justin B. Kaplan, Esq. (TN-022145)
                                                                    MOTLEY RICE LLC
                                                                    28 Bridgeside Boulevard
                                                                    P.O. Box 1792
                                                                    Mount Pleasant, South Carolina 29465
                                                                    Telephone:  (843) 216-9000

Harry Huge, Esq. (DC-55640)
HARRY HUGE LAW FIRM, LLP
Market Square North
401 Ninth Street, N.W., Suite 450
Washington, DC 20004
Telephone: (202) 824-6046

Jayne Conroy, Esq. (NY-JC8611)
Paul J. Hanly, Jr., Esq. (NY-PH5486)
Andrea Bierstein, Esq. (NY-AB4618)
HANLY CONROY BIERSTEIN
  & SHERIDAN, LLP
415 Madison Avenue
New York, NY 10017-1111
Telephone: (212) 401-7600

William N. Riley, Esq. (IN - 4941-49)
Amy Ficklin DeBrota, Esq. (IN - 17294-49)
RILEY, DUDLEY LLP
3815 River Crossing Parkway, Suite 340
Indianapolis, IN 46240
Telephone: (317) 848-7939

Allan Gerson, Esq. (DC-327494)
ATTORNEY AT LAW
4221 Lenore Lane
Washington, DC 20008
Tel: (202) 966-8557

Jack Cordray, Esq. (SC-1400)
CORDRAY LAW FIRM
40 Calhoun Street
Charleston, SC 29401
Telephone: (843) 577-9761

Attorneys for Plaintiffs