UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001    03 MDL 1570 (RCC)

-----------------------------------------------------------------x

THIS DOCUMENT RELATES TO:

*THOMAS E. BURNETT, SR., ET AL. VS. AL BARAKA
INVESTMENT AND DEVELOPMENT CORP., ET AL.*
**03 CV 9849 (RCC); 03 CV 5738 (RCC)**

### DECLARATION OF JODI WESTBROOK FLOWERS IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT AL HARAMAIN ISLAMIC FOUNDATION'S MOTION TO DISMISS WITH SUPPORTING POINTS AND AUTHORITIES

JODI WESTBROOK FLOWERS declares under penalty of perjury:

1. I am attorney admitted to practice *pro hac vice* before this Court and am a member of MOTLEY RICE LLC, counsel for plaintiffs in *Burnett, et al. v. Al Baraka Investment & Development Corp., et al.*, Civil Action Nos. 03 CV 9849 and 03 CV 5738. I submit this declaration to provide the Court with the exhibits on which Plaintiffs rely in their Memorandum of Law in Opposition to Defendant Al Haramain Islamic Foundation's Motion to Dismiss with Supporting Points and Authorities.

2. Exhibit 1 is a true and accurate copy of a Press Statement "From the Office of Public Affairs" issued by the United States Department of the Treasury, *Remarks of Treasury DAS Juan Zarate on Joint U.S. and Saudi Action in the Financial War on Terror*, released on the Department of Treasury's website on June 2, 2004.

3. Exhibit 2 is a true and accurate copy of a Statement "From the Office of

2

Public Affairs" issued by the United States Department of the Treasury entitled *Additional Al-Haramain Branches, Former Leader Designated by Treasury as Al Qaida Supporters Treasury Marks Latest Action in Joint Designation with Saudi Arabia,* released on the Department of Treasury's website on June 2, 2004.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 4, 2004.

_____
JODY WESTBROOK FLOWERS