# Exhibit 3

# UNITED STATES DISTRICT COURT
## District of Columbia

THOMAS BURNETT, SR., in his own right
as the Father of THOMAS E. BURNETT, JR.,
Deceased, et al.,

    Plaintiff(s),

V.

AL BARAKA INVESTMENT AND DEVELOPMENT
CORPORATION, a/k/a AL BARAKA BANK a/k/a
DALLAH ALBARAKA GROUP, LLC, et al.,

    Defendant(s).

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1-02-01616-JR

TO: (Name and address of Defendant)

    Islamic Assembly of North America
    3588 Plymouth Road, #270
    Ann Arbor, Michigan 48105

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Harry Huge, Esq.
    Market Street North
    401 Ninth Street NW
    Suite 450
    Washington, DC 20004
    (202) 824-6045

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**      OCT 22 2003

CLERK                                DATE

/s/ Belinda Solomon
(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 11/5/03  2:57 PM |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Larry Wittenberg | Court Officer |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: UPS-Store  3588 Plymouth Rd #270  Ann Arbor MI

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Gave to owner Tobin - who would not give me his last name - W/M - 40 yrs 5'11" 180lbs Blond hair w/beard

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 89.00 | $89.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/5/03
Date

Signature of Server: Larry Wittenberg

Address of Server: PO 250283  W. Bloomfield MI 48325

P S Network
10010 Canoga Avenue # B6
Chatsworth, CA 91311-0959

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.