# Exhibit 4



# Islamic Assembly of North America

**Electronic Reciter**  المرتـــل الإلكتــــروني



## Contact us by

- **Mail Address**

  IANA
  PMB # 270
  3588 Plymouth Rd.
  Ann Arbor, Michigan 48105
  U.S.A.

- **Phone**: 1.734.528-0006

- **Fax** : 1.734.528-0066

- **Email**: iana@iananet.org.

---

IANA can be reached by calling 1.734 .528.0006
Our office hours 9-5 Monday through Friday.
*iana@iananet.org*.



**IANA's Bookstore**
سوق التجمع
**Electronic Shopping Cart**
سلة التسوق الإلكترونية

**For religious questions and consultation call our toll free Fatwa line**

**1-800-95-FATWA**

 

