# Exhibit 3

# UNITED STATES DISTRICT COURT
## District of Columbia

THOMAS BURNETT, SR., in his own right
as the Father of THOMAS E. BURNETT, JR.,
Deceased, et al.,

    Plaintiff(s),

           V.

AL BARAKA INVESTMENT AND DEVELOPMENT
CORPORATION, a/k/a AL BARAKA BANK a/k/a
DALLAH ALBARAKA GROUP, LLC, et al.,

    Defendant(s).

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1-02-01616-JR

TO: (Name and address of Defendant)
    SULAIMAN AL-ALI
    360 South Washington Street
    Falls Church, Virginia 22046-4417

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Harry Huge, Esq.
    Market Street North
    401 Ninth Street NW
    Suite 450
    Washington, DC 20004
    (202) 824-6045

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON             SEP 2 6 2002

CLERK                                   DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me⁽¹⁾ | DATE April 1, 2003 @ 3:00pm |
|---|---|
| NAME OF SERVER *(PRINT)* Ken Margolis | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant.  Place where served:

_____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:     Micheal Hadeed, Lawyer

G   Returned unexecuted:

_____

_____

G   Other (specify): _____

_____

_____

---

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on     4/22/03
                      Date

Signature of Server
Ken Margolis

P.O.Box 18647 Washington, DC 20036
*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.