STEPHEN A. COZEN, ESQUIRE
ELLIOTT R. FELDMAN, ESQUIRE
MARK T. MULLEN, ESQUIRE
SEAN P. CARTER, ESQUIRE
LISA C. HAAS, ESQUIRE
J. SCOTT TARBUTTON, ESQUIRE
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA  19103
(215) 665-2000

Attorneys for Plaintiffs, Federal
Insurance Co., et al. and Vigilant
Insurance Co., et al.

---

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: Terrorist Attack on | : | |
| September 11, 2001 | : | Civil Action No. 03 MD 1570 (RCC) |
| | : | |
| | : | |

---

*This document relates to:*

| | |
|---|---|
| Federal Insurance Company, et al. | Civil Action No. 03 CV 6978 (RCC) |
| v. | |
| Al Qaida, et al | |
| Vigilant Insurance Company, et al. | Civil Action No. 03 CV 8591 (RCC) |
| v. | |
| The Kingdom of Saudi Arabia et al. | |
| Ashton, et al. | Civil Action No. 02 CV 6977 (RCC) |
| v. | |
| Al Qaeda et al. | |

## NOTICE OF MOTION
## <u>FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD</u>

**PLEASE TAKE NOTICE**, that upon the annexed Affirmation of Sean P. Carter,

Esquire, sworn to on June 10, 2004, Plaintiffs will respectfully move this Court, at the United

States District Courthouse for the Southern District of New York, 500 Pearl Street, New York,

New York, 10007, for entry of an Order pursuant to Local Rule 1.4, relieving John Popilock as

an attorney of record for the *Federal Insurance at al.,* and *Vigilant Insurance et al.,* Plaintiffs.

Dated: Philadelphia, PA
June 10, 2004

Respectfully submitted,
COZEN O'CONNOR
*Attorneys for Federal Insurance at al.,* and *Vigilant Insurance et al.,* Plaintiffs
*BY:*_____

SEAN P. CARTER
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000

STEPHEN A. COZEN, ESQUIRE
ELLIOTT R. FELDMAN, ESQUIRE
MARK T. MULLEN, ESQUIRE
SEAN P. CARTER, ESQUIRE
LISA C. HAAS, ESQUIRE
J. SCOTT TARBUTTON, ESQUIRE
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA  19103
(215) 665-2000

Attorneys for Plaintiffs, Federal
Insurance Co., et al. and Vigilant
Insurance Co., et al.

---

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: Terrorist Attack on<br>September 11, 2001 | :<br>:<br>:<br>: | Civil Action No. 03 MD 1570 (RCC) |

---

*This document relates to:*

Federal Insurance Company, et al.
            v.
Al Qaida, et al

Civil Action No. 03 CV 6978 (RCC)

Vigilant Insurance Company, et al.
            v.
The Kingdom of Saudi Arabia et al.

Civil Action No. 03 CV 8591 (RCC)

Ashton, et al.
            v.
Al Qaeda et al.

Civil Action No. 02 CV 6977 (RCC)

## AFFIRMATION IN SUPPORT OF MOTION
## FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD

SEAN P. CARTER, an attorney at law admitted Pro Hac Vice before the United States

District Court for the Southern District of New York, affirms as follows, under the penalties of

perjury:

1.     I am a member of the law firm of Cozen O'Connor, 1900 Market Street, Philadelphia PA 19103, one of the attorneys of record for the *Federal Insurance at al.,* and *Vigilant Insurance et al.,* Plaintiffs, in the above-captioned consolidated actions.

2.     I am fully familiar with the facts and circumstances as set forth herein and make this Affirmation in support of Cozen O'Connor's application to relieve John Popilock as one of the attorneys of record for the *Federal Insurance at al.,* and *Vigilant Insurance et al.,* Plaintiffs in the above-captioned consolidated actions.

3.     John Popilock is no longer affiliated with Cozen O'Connor.

4.     For the foregoing reasons, the undersigned respectfully requests that this Court grant Cozen O'Connor leave to relieve John Popilock as one of the attorneys of record for the *Federal Insurance at al.,* and *Vigilant Insurance et al.,* Plaintiffs in all related consolidated actions.  A proposed Order is annexed for the Court's convenience.

6.     I certify that all of the foregoing statements made by me are true, and I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: Philadelphia, PA
        June 10, 2004

                                Respectfully submitted,

                                COZEN O'CONNOR

                                *Attorneys for Federal Insurance at al.,* and *Vigilant Insurance et al.,* Plaintiffs

                                *BY:*_____
                                        SEAN P. CARTER
                                        1900 Market Street
                                        Philadelphia, PA 19103
                                        (215) 665-2000

STEPHEN A. COZEN, ESQUIRE                    Attorneys for Plaintiffs, Federal
ELLIOTT R. FELDMAN, ESQUIRE                  Insurance Co., et al. and Vigilant
SEAN P. CARTER, ESQUIRE                      Insurance Co., et al.
LISA C. HAAS, ESQUIRE
J. SCOTT TARBUTTON, ESQUIRE
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA  19103
(215) 665-2000

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re Terrorist Attack on            :
September 11, 2001                   :        Civil Action No. 03 MD 1570 (RCC)
                                     :
                                     :

---

*This document relates to:*

Federal Insurance Company, et al.            Civil Action No. 03 CV 6978 (RCC)
              v.
Al Qaida, et al

Vigilant Insurance Company, et al.           Civil Action No. 03 CV 8591 (RCC)
              v.
The Kingdom of Saudi Arabia, et al.

Ashton, et al.
              v.                             Civil Action No. 02 CV 6977 (RCC)
Al Qaeda et al.

## **<u>ORDER</u>**

This matter came before the Court on Motion by Cozen O'Connor to remove John

Popilock as one of the attorneys of record for *Federal Insurance at al.,* and *Vigilant Insurance et*

*al.,* Plaintiffs in all actions, and good cause being shown.

3

Based upon Cozen O'Connor's motion, any responses thereto, it is hereby ORDERED that John Popilock is relieved as one of the attorneys of record for *Federal Insurance at al.,* and *Vigilant Insurance et al.,* Plaintiffs in connection with the above entitled consolidated actions.

It is further ORDERED that appearances of Stephen A. Cozen, Esquire, Elliott R. Feldman, Esquire, Sean P. Carter, Esquire, Mark T. Mullen, Esquire, Lisa C. Haas, Esquire and J. Scott Tarbutton, Esquire for the *Federal Insurance at al.,* and *Vigilant Insurance et al.,* Plaintiffs will remain unchanged.

ENTERED:

_____

Phila1\2056459\1

4