IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ) | |
| ) | **03-MDL-1570** |
| **In re Terrorist Attacks on September 11, 2001**  ) | **ECF Case** |
| ) | |
| ) | |

**Relates to:**
*Ashton v. Al Qaeda Islamic Army,* **02-CV-6977 (RCC)**
*Burnett v. Al Baraka Investment & Development Corp*., **03-CV-5738 (RCC)**
*Federal Insurance Co. v. Al Qaida*, **03-CV-6978 (RCC)**
*Salvo v. Al Qaeda Islamic Army*, **03-CV-5071 (RCC)**

## CONSOLIDATED MOTION TO DISMISS
## OF PRINCE NAIF BIN ABDULAZIZ AL-SAUD

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 12 and upon the Memorandum in support of this Motion, Defendant Prince Naif bin Abdulaziz Al-Saud, by his undersigned attorneys, will move this Court, before the Honorable Richard C. Casey, at the United States Courthouse located at 500 Pearl Street, New York, N.Y., on such date as the Court directs, for an order dismissing the Plaintiffs' entire case.

Respectfully submitted,

/s/

| | |
|---|---|
| **James M. Cole (admitted *pro hac* vice)**  D.C. Bar No. 385857 | **Michael G. Biggers (MB 4743)** |
| **James J. Murphy (admitted *pro hac* vice)**  D.C. Bar No. 227926 | |
| BRYAN CAVE LLP  700 Thirteenth Street, N.W.  Washington, DC  20005  Phone: (202) 508-6000  Fax: (202) 508-6200 | BRYAN CAVE LLP  1290 Avenue of the Americas  New York, NY 10104  Phone: (212) 541-2000  Fax:   (212) 541-4630 |

**CERTIFICATE OF SERVICE**

I certify that, on this 11th day of June 2004, I caused copies of the Consolidated Motion to Dismiss of Prince Naif Bin Abdulaziz Al-Saud and the Memorandum In Support thereof to be served electronically pursuant to the Court's ECF system, and by United States first-class mail on all parties' attorneys who are not participating in the Court's ECF system.

/s/
James J. Murphy