# EXHIBIT 2



James M. Cole
Direct: (202) 508-6091
jcole@bryancave.com

March 19, 2004

**BY FAX AND FIRST CLASS MAIL**

Floyd Wisner, Esq.
Nolan Law Group
20 North Clark St.
Suite 3000
Chicago, IL 60602

Re:   Prince Naif bin Abdulaziz Al-Saud

Dear Floyd:

Pursuant to our recent telephone conversations, I write to provide instructions on how to accomplish service on our client Prince Naif. Pursuant to the Foreign Sovereign Immunities Act, service can be accomplished by arrangements of the parties. 28 U.S.C. § 1608(b)(1). The arrangement we have agreed upon is as follows: send a copy of the complaint in your case, in both English and Arabic, to the Ministry of Foreign Affairs in Saudi Arabia at the following address:

> The Ministry of Foreign Affairs
> P.O. Box 55937
> Riyadh 11544
> Kingdom of Saudi Arabia

Please send the materials via Federal Express or other major overnight carrier, and provide me with a copy of the air bill so we can track the delivery. I am aware that some overnight carriers do not accept P.O. Box addresses. If the service you use has that restriction, please use "Nasseria" in place of the P.O. Box and add the telephone number +966 1 407 9255 after the name of the country in the address.

If you have any questions about this procedure, please feel free to call me.

Sincerely,

James M. Cole

**Bryan Cave LLP**

700 Thirteenth Street NW
Washington, DC 20005-3960
Tel (202) 508-6000
Fax (202) 508-6200
www.bryancave.com

Chicago
Hong Kong
Irvine
Jefferson City
Kansas City
Kuwait
Los Angeles
New York
Phoenix
Riyadh
Shanghai
St. Louis
United Arab Emirates (Dubai)
Washington, DC

*And Bryan Cave,
A Multinational Partnership,*
London