AO 458 (Rev. 10/95) Appearance

## UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

Kathleen Ashton, et al.

v.

Al Qaeda, et al.

**APPEARANCE**

Case Number: MDL 1570 (02CV6977)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Saudi Economic & Development Company
International Development Foundation
Mohammed Salim bin Mahfouz

I certify that I am admitted to practice in this court.

April 30, 2004
Date

*Jean E. Kalicki*
Signature

Jean E. Kalicki | 2344315
Print Name | Bar Number

Arnold & Porter LLP, 555 Twelfth St., N.W.
Address

Washington, D.C. 20004
City  State  Zip Code

(202) 942-5000 | (202) 942-5999
Phone Number | Fax Number