LYNNE BERNABEI
DEBRA S. KATZ °
LISA J. BANKS
ARI M. WILKENFELD +
ALAN R. KABAT +
GENA E. WILTSEK °
AVI L. KUMIN *
RASHIDA A. ADAMS

LAW OFFICES
**BERNABEI & KATZ, PLLC**
1773 T STREET, N.W.
WASHINGTON, D.C. 20009-7139

(202) 745-1942
TELECOPIER: (202) 745-2627
E-MAIL: BERKATZLAW@AOL.COM
WEBSITE: WWW.BERNABEIANDKATZ.COM

OF COUNSEL:

DAVID J. MARSHALL
ELAINE D. KAPLAN

+ADMITTED IN MD ALSO
° ADMITTED IN NY ALSO
* ADMITTED IN CA ALSO

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-14-04

By Federal Express
June 8, 2004



Honorable Richard Conway Casey
U.S. District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street,
Room 1350
New York, NY 10007-1312

Re:   *In re* Terrorist Attacks on Sept. 11, 2001, No. 03 MDL 1570 (RCC);
      Burnett, *et al.* v. Al Baraka Inv. & Dev. Corp., *et al.*, No. 03-CV-9840 (RCC)

Dear Judge Casey:

We are writing to request your Honor's permission for an extension of the briefing schedule applicable to two defendants, Soliman H.S. Al-Buthe and Perouz Sedaghaty. At present, their response to the Third Amended Complaint in *Burnett* is due on June 21, 2004. Messrs. Al-Buthe and Sedaghaty respectfully request an extension to Monday, August 27, 2004, for their response. We have conferred with counsel for the *Burnett* plaintiffs, who are amenable to an extension, but only for one month. Given our other litigation commitments, long-planned vacation commitments, and our clients' schedules (as they are out of the country), it is not practicable for the responses to be completed sooner.

We respectfully request your Honor's endorsement of this request.

Application granted
Richard Conway Casey
June 10, 2004

Sincerely,

Lynne Bernabei
Counsel for Defendants Soliman H.S. Al-Buthe and Perouz Sedaghaty.

cc:  *MDL 1570* Counsel (by e-mail)