

## KREINDLER & KREINDLER LLP

100 Park Avenue
New York, NY 10017-5590
(212) 687-8181
Fax: (212) 972-9432
www.kreindler.com

Harry E. Kreindler (1919-1984)
Lee S. Kreindler (1949-2003)
Marc S. Moller
Steven R. Pounian
James P. Kreindler
David C. Cook
David Beekman
Blanca I. Rodriguez
Noah H. Kushlefsky
Robert J. Spragg
Brian J. Alexander
Justin T. Green
Gretchen M. Nelson*
Stuart R. Fraenkel*

Francis G. Fleming
Paul S. Edelman
Milton G. Sincoff
Andrew J. Maloney, III
Counsel

Susan A. Friery, M.D.**
Daniel O. Rose
Jacqueline M. James
Brendan S. Maher
Susan D. Bainnson
Dennis J. Nolan
Myrna Ocasio
Vincent I. Parrett
William O. Angelley

California Office
707 Wilshire Boulevard
Suite 5070
Los Angeles, CA 90017-3613
(213) 622-6469
Fax: (213) 622-6019

*Admitted in CA only
**Admitted in MA & DC only

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-14-04
```

June 9, 2004



RECEIVED JUN 10 2004 CHAMBERS OF RICHARD CONWAY CASEY

**VIA HAND DELIVERY**
Honorable Richard C. Casey
United States District Court
Southern District of New York
500 Pearl Street - Room 1950
New York, New York 10007

Re: In re Terrorist Attacks on September 11, 2001, MDL 1570
<u>Ashton, et al. v. Al Qaeda, et al., 02 CV 6977 (RCC)</u>

Dear Judge Casey:

Enclosed please find a competed service list for plaintiffs and defendants that is up to date as of June 9, 2004, as well as a disk that includes same.

Respectfully submitted,

KREINDLER & KREINDLER

By: _____
Andrew J. Maloney III

AJM/gm
Enclosure

*[Handwritten note:]* The Court asks Mr Maloney, on behalf of Plaintiffs, and Mr. Kohn, on behalf of Defendants Kroll, to inform which of the lists the court should consider – the June 9 submission from Plaintiff or the June 1 submission from Defendants. The parties wish to include in the proposed CMO #2. Please provide your response to the Court by Monday, June 14.

6/10/04  Richard Conway Casey