IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | ) ) ) ) ) ) ) No. 03-MDL-1570<br>Judge Richard C. Casey |

## DECLARATION OF LAWRENCE S. ROBBINS IN SUPPORT OF THE MOTION OF THE SAUDI HIGH COMMISSION FOR *PRO HAC VICE* ADMISSION OF ROY T. ENGLERT, JR.

I, LAWRENCE S. ROBBINS, declare as follows:

1. I am a partner in the law firm of Robbins, Russell, Englert, Orseck & Untereiner LLP, counsel for Defendant Saudi High Commission, and I am duly admitted to practice before this Court and the courts of the state of New York.

2. I submit this declaration in support of the motion under Local Civil Rule 1.3(c) for the *pro hac vice* admission of Roy T. Englert, Jr. to appear before the Court as an attorney for the Saudi High Commission in this action.

3. In connection with this application, I am submitting as Exhibit B Mr. Englert's own declaration in which he describes his experience and familiarity with the Judicial Code governing practice in the United States District Courts, Federal Rules of Civil Procedure, Federal Rules of Criminal Procedure, Federal Rules of Evidence, and Local Rules governing practice in this Court. Attached to Mr. Englert's declaration is a certificate of good standing issued within the past 30 days from the District of Columbia Court of Appeals.

4. For the foregoing reasons, I respectfully request the *pro hac vice* admission of Roy T. Englert, Jr. in this action. For the Court's convenience, a proposed order granting the motion to admit Mr. Englert *pro hac vice* is attached as Exhibit A.

I declare under penalty of perjury under the laws of the District of Columbia that the foregoing is true and correct. Executed in Washington, D.C. on June 16, 2004.

*/s/ Lawrence S. Robbins*
Lawrence S. Robbins (LR-8917)

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | No. 03-MDL-1570<br>Judge Richard C. Casey |

### ORDER ADMITTING COUNSEL *PRO HAC VICE*

This matter having been brought before the Court by the Saudi High Commission, by motion pursuant to Local Civil Rule 1.3(c) of this Court for the *pro hac vice* admission of Roy T. Englert, Jr., on notice to all parties of record hereto, and the Court having reviewed and considered the papers filed in support of this Motion, it is hereby

ORDERED that Roy T. Englert, Jr. be and hereby is admitted *pro hac vice* in connection with this action and that he shall abide by the provisions of the Local Rules of this Court in all respects and be subject to the disciplinary jurisdiction of the Court in accordance with Local Rule 1.5.

SO ORDERED.

_____
The Honorable Richard Conway Casey
United States District Judge

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re: TERRORIST ATTACKS ON ) No. 03-MDL-1570
SEPTEMBER 11, 2001 ) Judge Richard C. Casey

**DECLARATION OF ROY T. ENGLERT, JR. IN SUPPORT OF
THE MOTION OF THE SAUDI HIGH COMMISSION FOR
*PRO HAC VICE* ADMISSION OF ROY T. ENGLERT, JR.**

I, Roy T. Englert, Jr., declare as follows:

1. I am a partner in the law firm of Robbins, Russell, Englert, Orseck & Untereiner LLP, counsel for Defendant Saudi High Commission in this matter. My current office address is 1801 K Street, N.W., Suite 411, Washington, DC 20006.

2. I submit this declaration in support of the motion under Local Civil Rule 1.3(c) for the *pro hac vice* admission of Roy T. Englert, Jr. to appear before the Court as an attorney for the Saudi High Commission in this action.

3. I have been admitted to practice law in the District of Columbia since December 18, 1981. As shown in the Certificate of Good Standing attached to this declaration as Exhibit 1, I am currently a member in good standing of the Bar of the District of Columbia.

4. I have been admitted to practice before the highest court of the District of Columbia and in the following federal courts: the United States Supreme Court; the United States Courts of Appeals for the First, Third, Fourth, Fifth, Sixth, Ninth, District of Columbia and Federal Circuits; and the U.S. District Court for the District of Columbia. I am also an Associate Member of the Virginia State Bar (Certificate of Good Standing attached as Exhibit 2).

5. There are no pending disciplinary proceedings against me in any state or federal court.

6. I have read and am familiar with (a) the provisions of the Judicial Code which pertain to the jurisdiction of, and the practice in, the United States District Courts; (b) the Federal Rules of Civil Procedure; (c) the Federal Rules of Criminal Procedure; and (d) the Local Rules of the United States District Court for the Southern and Eastern Districts of New York.

7. I will faithfully adhere to all rules applicable to my conduct in connection with any activities of this Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Washington, D.C. on June 16, 2004.

Roy T. Englert, Jr.

# EXHIBIT 1



## District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

ROY T. ENGLERT, JR.

was on the 18TH day of DECEMBER, 1981 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 8, 2004.

GARLAND PINKSTON, JR., CLERK

By: _____
            Deputy Clerk

# EXHIBIT 2

Jeannie P. Dahnk, President
P.O. Box 207
Fredericksburg, Virginia 22404-0207
Telephone: (540) 373-8600

David P. Bobzien, President-elect
P.O. Box 8695
Reston, Virginia 20195-8695
Telephone: (703) 324-2603

Bernard J. DiMuro, Immediate Past President
DiMuro, Ginsberg and Mook, P.C.
908 King Street, Suite 200
Alexandria, Virginia 22314-3018
Telephone: (703) 684-4333

Barbara Ann Williams
Bar Counsel



# Virginia State Bar

Eighth and Main Building
707 East Main Street, Suite 1500
Richmond, Virginia 23219-2800
Telephone: (804) 775-0500

Facsimile: (804) 775-0501   TDD: (804) 775-0502

Thomas A. Edmonds
Executive Director and
Chief Operating Officer

Mary Yancey Spencer
Deputy Executive Director

Elizabeth L. Keller
Assistant Executive Director
for Bar Services

Susan C. Busch
Assistant Executive Director
for Administration

June 10, 2004

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **ROY THEODORE ENGLERT, JR.**, IS AN ASSOCIATE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MR. ENGLERT** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 5, 1982**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

SINCERELY,

THOMAS A. EDMONDS
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER