IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | No. 03-MDL-1570<br>Judge Richard C. Casey |

## NOTICE OF MOTION FOR *PRO HAC VICE* ADMISSION OF MAX HUFFMAN

PLEASE TAKE NOTICE, that upon the annexed declarations of Lawrence S. Robbins and Max Huffman and the exhibits thereto, Defendant Saudi High Commission will move this Court on a date and at such time as may be designated by the Court in the United States Courthouse at 500 Pearl Street, New York, New York 10007, for an Order pursuant to Local Civil Rule 1.3(c) of this Court for the *pro hac vice* admission of Max Huffman to appear before this Court as counsel for the Saudi High Commission.

June 16, 2004.

Respectfully submitted,

Lawrence S. Robbins (LR-8917)
Roy T. Englert, Jr.
Alan E. Untereiner
Max Huffman
Robbins, Russell, Englert, Orseck &
   Untereiner LLP
1801 K Street, NW, Suite 411
Washington, DC  20006
(202) 775-4500

*Attorneys for Defendant*
*Saudi High Commission*

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2004, I caused true and correct copies of the Notice of Motion for *Pro Hac Vice* Admission of Max Huffman and the Declarations of Lawrence S. Robbins and Max Huffman in support to be served on all counsel electronically by the Court's Electronic Case Filing (ECF) system, and by U.S. Mail, postage prepaid, on counsel not participating in the ECF system.

Max Huffman