IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re: TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

)
)
)
)
)
)

No. 03-MDL-1570
Judge Richard C. Casey

## DECLARATION OF LAWRENCE S. ROBBINS IN SUPPORT OF THE MOTION OF THE SAUDI HIGH COMMISSION FOR *PRO HAC VICE* ADMISSION OF MAX HUFFMAN

I, LAWRENCE S. ROBBINS, declare as follows:

1.      I am a partner in the law firm of Robbins, Russell, Englert, Orseck & Untereiner LLP, counsel for Defendant Saudi High Commission, and I am duly admitted to practice before this Court and the courts of the state of New York.

2.      I submit this declaration in support of the motion under Local Civil Rule 1.3(c) for the *pro hac vice* admission of Max Huffman to appear before the Court as an attorney for the Saudi High Commission in this action.

3.      In connection with this application, I am submitting Mr. Huffman's own declaration in which he describes his experience and familiarity with the Judicial Code governing practice in the United States District Courts, Federal Rules of Civil Procedure, Federal Rules of Criminal Procedure, Federal Rules of Evidence, and Local Rules governing practice in this Court. Attached to Mr. Huffman's declaration are certificates of good standing issued within 30 days from the District of Columbia Court of Appeals and the Ohio Supreme Court.

4.      For the foregoing reasons, I respectfully request the *pro hac vice* admission of Max Huffman in this action.  For the Court's convenience, a proposed order granting the motion to admit Mr. Huffman *pro hac vice* is attached as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in Washington, D.C. on June 16, 2004.

_____
Lawrence S. Robbins (LR-8917)

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ) | |
| ) | |
| In re: TERRORIST ATTACKS ON ) | No. 03-MDL-1570 |
| SEPTEMBER 11, 2001 ) | Judge Richard C. Casey |
| ) | |
| _____ ) | |

## ORDER ADMITTING COUNSEL *PRO HAC VICE*

This matter having been brought before the Court by the Saudi High Commission, by motion

pursuant to Local Civil Rule 1.3(c) of this Court for the *pro hac vice* admission of Max Huffman,

on notice to all parties of record hereto, and the Court having reviewed and considered the papers

filed in support of this Motion, it is hereby

ORDERED that Max Huffman be and hereby is admitted *pro hac vice* in connection with

this action and that he shall abide by the provisions of the Local Rules of this Court in all respects

and be subject to the disciplinary jurisdiction of the Court in accordance with Local Rule 1.5.

SO ORDERED.

_____
The Honorable Richard Conway Casey
United States District Judge

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| )<br>)<br>In re: TERRORIST ATTACKS ON    )<br>SEPTEMBER 11, 2001    )<br>)<br>_____ ) | No. 03-MDL-1570<br>Judge Richard C. Casey |

### DECLARATION OF MAX HUFFMAN IN SUPPORT OF
### THE MOTION OF THE SAUDI HIGH COMMISSION FOR
### *PRO HAC VICE* ADMISSION OF MAX HUFFMAN

I, Max Huffman, declare as follows:

1.      I am an associate in the law firm of Robbins, Russell, Englert, Orseck & Untereiner

LLP, counsel for Defendant Saudi High Commission in this matter.  My current office address is

1801 K Street, N.W., Suite 411, Washington, DC 20006.

2.      I submit this declaration in support of the motion under Local Civil Rule 1.3(c) for

the *pro hac vice* admission of Max Huffman to appear before the Court as an attorney for Defendant

Saudi High Commission in this action.

3.      I have been admitted to practice law in the District of Columbia since January 9,

2004. As shown in the Certificate of Good Standing attached to this declaration as Exhibit 1, I am

currently a member in good standing of the Bar of the District of Columbia.

4.      I have been admitted to practice before the highest courts of the District of Columbia

and the State of Ohio (inactive) (Certificate of Good Standing attached as Exhibit 2); and in the

following federal courts:  the United States Supreme Court; the United States Courts of Appeals for

the Fourth, Ninth, and Federal Circuits; and the United States District Court for the District of Idaho.

5.      There are no pending disciplinary proceedings against me in any state or federal court.

6.      I have read and am familiar with (a) the provisions of the Judicial Code which pertain to the jurisdiction of, and the practice in, the United States District Courts; (b) the Federal Rules of Civil Procedure; (c) the Federal Rules of Criminal Procedure; and (d) the Local Rules of the United States District Court for the Southern and Eastern Districts of New York.

7.      I will faithfully adhere to all rules applicable to my conduct in connection with any activities of this Court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in Washington, D.C. on June 16, 2004.

Max Huffman

# EXHIBIT 1



**District of Columbia Court of Appeals**
Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

MAX R. HUFFMAN

was on the ___9TH___ day of ___JANUARY, 2004___

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court at the City of
Washington, D.C., on June 8,
2004.

GARLAND PINKSTON, JR., CLERK

By: _____
              Deputy Clerk

# EXHIBIT 2

# The Supreme Court of Ohio

## C E R T I F I C A T E

I, RICHARD A. DOVE, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Attorney Registration Section of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys.  I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Max Richard Huffman

was admitted to the practice of law in Ohio on November 09, 1998; is in good standing with the Supreme Court of Ohio; but has registered as an inactive attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio and, therefore, is not currently entitled to practice law in this state.  An attorney may request a change of status from inactive to active by filing a new certificate of registration and paying the registration fee.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 10th day of June, 2004.

RICHARD A. DOVE
*Director, Attorney Services Division*

*Attorney Services Counsel*