## ROBBINS, RUSSELL, ENGLERT, ORSECK & UNTEREINER LLP

1801 K STREET, N.W., SUITE 411
WASHINGTON, D.C. 20006
PHONE (202) 775-4500
FAX (202) 775-4510
www.robbinsrussell.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-16-04

Lawrence S. Robbins

(202) 775-4501
lrobbins@robbinsrussell.com

June 11, 2004

**By Express Delivery**

The Honorable Richard Conway Casey
United States District Judge
United States Court House
Southern District of New York
500 Pearl Street
Room 1350
New York, New York  10007-1312



Re:   *In re Terrorist Attacks on September 11, 2001*, 03-MDL-1570
      *Ashton* v. *Al Qaida Islamic Army*, No. 02-CV-6977
      *Barrera* v. *Al Qaeda Islamic Army*, No. 03-CV-7036
      *Burnett* v. *Al Baraka Inv. & Dev. Corp.*, No. 03-CV-5738
      *Burnett* v. *Al Baraka Inv. & Dev. Corp*, No. 03-CV-9849
      *Federal Insurance Co.* v. *Al Qaida*, No. 03-CV-6978
      *Salvo* v. *Al Qaeda Islamic Army*, No. 03-CV-5071

Dear Judge Casey:

This firm represents the Saudi High Commission, a defendant in the six cases referenced above that have been consolidated as part of *In re Terrorist Attacks on September 11, 2001*, 03-MDL-1570. The Saudi High Commission, an agency of the Kingdom of Saudi Arabia, has been served in accordance with the requirements of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608, in two of the consolidated cases. The first such service was effected on May 8, 2004, in *Ashton* v. *Al Qaida*, No. 02-CV-6977. Under 28 U.S.C. § 1608(d), the Saudi High Commission has until July 7, 2004, to file an answer or other responsive pleading.

The Saudi High Commission respectfully asks the Court to waive its requirement of a pre-motion conference and to grant permission to file, on or before July 7, 2004, a single motion to dismiss all of the claims against it in each of the consolidated complaints.

ROBBINS, RUSSELL, ENGLERT, ORSECK & UNTEREINER LLP

The Honorable Richard Conway Casey
June 7, 2004
Page 2

      We also request that the plaintiffs' oppositions to the Saudi High Commission motion be consolidated into one brief in opposition. The allegations in the complaints relating to the Saudi High Commission are virtually identical, and the few differences among the complaints are not relevant to the threshold defenses of immunity from suit under the Foreign Sovereign Immunities Act and lack of personal jurisdiction, which will constitute the primary arguments in the Saudi High Commission's motion. Finally, Your Honor has granted similar requests by Prince Naif bin Abdulaziz Al Saud on March 9, 2004 (MDL Docket No. 25), and by Prince Salman bin Abdulaziz Al Saud on May 7, 2004 (MDL Docket No. 145).

      Very truly yours,

      Lawrence S. Robbins

cc:     All counsel (by electronic mail)

Endorsement:

      Upon application of counsel for the Saudi High Commission, it is hereby ORDERED that the Saudi High Commission will file, on or before July 7, 2004, a single motion to dismiss all of the claims against it in the complaints consolidated in this multi-district litigation; and it is further ORDERED that the plaintiffs will file one consolidated opposition to the motion to dismiss.

June 15, 2004

Signed: _____
The Honorable Richard Conway Casey
United States District Judge