UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | ) ) ) ) **Civil Action No. 03 MDL 1570 (RCC)** Relates to: C.A. No. 03 CV 6978 (RCC) |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that the Royal Embassy of Saudi Arabia, HRH Prince Bandar bin Sultan bin Abdulaziz, HRH Princess Haifa Al-Faisal, Ahmed A. Kattan, and Abdul Rahman I. Al-Noah (collectively, the "Movants"), by and through undersigned counsel, hereby make a limited appearance for the purpose of moving to withdraw the Movants' motion for a protective order to preclude discovery by Plaintiff Federal Insurance Co., before the Honorable Richard C. Casey, United States District Judge, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court. A memorandum in support of this Motion is annexed hereto.

Respectfully submitted,

        /s/
_____
Mark C. Hansen (MH0359)
Michael K. Kellogg (MK4579)
Michael J. Guzman (MG9623)
J.C. Rozendaal (JR1430)
Kellogg, Huber, Hansen,
 Todd & Evans, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone:     202-326-7900
Facsimile:      202-326-7999

*Attorneys for HRH Prince Bandar bin Sultan bin Abdulaziz, HRH Princess Haifa Al-Faisal, the Royal Embassy of Saudi Arabia, Ahmed A. Kattan, and Abdul Rahman I. Al-Noah*

June 17, 2004