**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

———————————————————————
                                                    )
IN RE:  TERRORIST ATTACKS ON          )     **Civil Action No. 03 MDL 1570 (RCC)**
SEPTEMBER 11, 2001                            )     Relates to:  C.A. No. 03 CV 6978 (RCC)
———————————————————————)

### MOTION TO WITHDRAW MOTION FOR A PROTECTIVE ORDER

1.      On May 24, 2004, pursuant to Federal Rule of Civil Procedure 26(c)(1), the Royal

Embassy of Saudi Arabia, HRH Prince Bandar bin Sultan bin Abdulaziz, HRH Princess Haifa

Al-Faisal, Ahmed A. Kattan, and Abdul Rahman I. Al-Noah (collectively, the "Movants"), made

a limited appearance and moved for a protective order to preclude discovery by Plaintiff Federal

Insurance Co. (the "Plaintiffs") concerning the Movants' financial and bank records.

2.      The Movants' motion for a protective order followed the issuance on March 29

and April 9 of four subpoenas <u>duces</u> <u>tecum</u> out of the United States District Court for the District

of Columbia seeking the production of detailed financial records held by Riggs National Bank,

N.A.  The subpoenas sought a broad array of private financial information including, but not

limited to, monthly account statements, deposits, withdrawals, checks, and wire transfers.  The

subpoenas also sought correspondence, letters, memos, notes, and e-mails regarding the

Movants' financial holdings.  On April 30, Movants filed a motion to quash these subpoenas in

the United States District Court for the District of Columbia pursuant to Federal Rule of Civil

Procedure 45(c)(3)(A).  The Plaintiffs subsequently withdrew the four subpoenas <u>duces</u> <u>tecum</u>,

without prejudice.  Thereafter, in a May 11 letter to this Court, counsel for the Federal Insurance

Plaintiffs stated that "[w]e fully intend to re-submit the subpoenas if and when appropriate following a decision by Your Honor on the timing and scope of discovery." Letter from Elliott R. Feldman to the Honorable Richard Conway Casey at 2 (May 12, 2004) (Exh. D to Movants' Motion for a Protective Order).

3.     On June 2, 2004, counsel for the Plaintiffs informed counsel for Movants that the Plaintiffs have no current intention of issuing subpoenas <u>duces</u> <u>tecum</u> seeking the Movants' financial and bank records.

4.     Plaintiffs' counsel further informed counsel for Movants that if any such subpoenas are ultimately issued, the Plaintiffs will not seek to compel production of any materials until after the issues raised in the Movants' motion for a protective order are ruled on by this Court.

5.     Accordingly, based on the Plaintiffs' representations, the Movants withdraw their motion for a protective order without prejudice to re-filing at a later time.

Respectfully submitted,


_____
/s/

Mark C. Hansen (MH0359)
Michael K. Kellogg (MK4579)
Michael J. Guzman (MG9623)
J.C. Rozendaal (JR1430)
Kellogg, Huber, Hansen,
  Todd & Evans, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone:     202-326-7900
Facsimile:     202-326-7999

*Attorneys for HRH Prince Bandar bin
Sultan bin Abdulaziz, HRH Princess Haifa
Al-Faisal, the Royal Embassy of Saudi
Arabia, Ahmed A. Kattan, and Abdul
Rahman I. Al-Noah*

June 17, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 17th day of June 2004, I caused copies of the Motion to Withdraw the Motion for a Protective Order of the Royal Embassy of Saudi Arabia, HRH Prince Bandar bin Sultan bin Abdulaziz, HRH Princess Haifa Al-Faisal, Ahmed A. Kattan, and Abdul Rahman I. Al–Noah to be served electronically pursuant to the Court's ECF system and by United States first-class mail on any parties not participating in the Court's ECF system as thereafter advised by the Court.

_____/s/_____
Kelly J. Thompson