UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | ) ) ) ) | **Civil Action No. 03 MDL 1570 (RCC)** Relates to: C.A. No. 03 CV 6978 (RCC) |

### ORDER

This matter is before the Court upon the motion of the Royal Embassy of Saudi Arabia, HRH Prince Bandar bin Sultan bin Abdulaziz, HRH Princess Haifa Al-Faisal, Ahmed A. Kattan, and Abdul Rahman I. Al-Noah, (collectively, the "Movants") to withdraw the motion for a protective order to preclude discovery by Plaintiff Federal Insurance Co. concerning the Movants' financial and bank records.  Upon consideration of said motion, the opposition, the entire record herein, and for good cause shown,

**IT IS HEREBY ORDERED** this _____ day of _____, 2004 that the Movants' motion is **GRANTED** and that the Movants' motion for a protective order is withdrawn without prejudice to re-filing.

_____
United States District Judge