UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re Terrorist Attacks on September 11, 2001    03 MDL 1570 (RCC)
                                                 ECF Case

------------------------------------------------------------x

FEDERAL INSURANCE CO., et al.,

       Plaintiffs,                          03 CV 6978 (RCC)
                                                 ECF Case
   v.

AL QAIDA, et al.,

       Defendants.
------------------------------------------------------------x

### NOTICE OF MOTION OF PRINCE MOHAMED AL-FAISAL AL-SAUD TO DISMISS THE FIRST AMENDED COMPLAINT

     PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 12 and upon the Memorandum in support of this Motion attached hereto, Defendant Prince Mohamed Al-Faisal Al-Saud ("Prince Mohamed") by his undersigned attorneys, will move this Court, before the Honorable Richard C. Casey, at the United States Courthouse located at 500 Pearl Street, New York, New York, on such date as the Court directs, for an order dismissing the Plaintiffs' entire case.

                          Respectfully submitted,

                               /s/_____

June 17, 2004                  Louis R. Cohen (LC 4012)
                               WILMER CUTLER PICKERING HALE
                               AND DORR LLP
                               2445 M Street N.W.
                               Washington, D.C. 20037
                               Tel.: 202-663-6000
                               Fax: 202-663-6363

David P. Donovan (DD 7012)
WILMER CUTLER PICKERING HALE
AND DORR LLP
1600 Tysons Boulevard
10th Floor
McLean, VA 22102
Tel.: 703-251-9700
Fax: 703-251-9797

Matthew Previn (MP 2173)
WILMER CUTLER PICKERING HALE
AND DORR LLP
399 Park Avenue
New York, New York 10022
Tel.: 212-230-8800
Fax: 212-230-8888

Attorneys for Defendant Prince Mohamed
Al-Faisal Al-Saud