# **EXHIBIT F**

# Direct message Antonio and Carey - 2020-10-28 (UTC)

Private 10/28/2020, 10:48 AM
Antonio and Carey

- Antonio (UG8GA6NGK)A

  Good morn Carey
  10/28/2020, 10:48 AM
  fyi, am likely going to be shutting down Nasir's trading strategy for Bixin's trading accounts
  10/28/2020, 10:49 AM
  with the continued BTC trending upwards
  10/28/2020, 10:49 AM
  his strats are going to continue incurring losses
  10/28/2020, 10:49 AM
  relevant especially related to his claims on performance re fund and prop
  10/28/2020, 10:51 AM
  if I shut him down today (v likely) then his losses will be approx 56 BTC so approx $760k
  10/28/2020, 10:51 AM
  hi @Carey
  10/28/2020, 4:40 PM
  quick catch up when you're avail
  10/28/2020, 4:41 PM
  would like to bounce an idea
  10/28/2020, 4:41 PM

- Carey (U01311AL8Q3)C

  im available now
  10/28/2020, 4:42 PM

- Antonio (UG8GA6NGK)A

  cool
  10/28/2020, 4:42 PM
  https://meet.google.com/vgu-szfm-sng
  10/28/2020, 4:43 PM
  Meet
  Real-time meetings by Google. Using your browser, share your video, desktop, and presentations with teammates and customers.

- Carey (U01311AL8Q3)C

  lost your audio
  10/28/2020, 5:08 PM

- Antonio (UG8GA6NGK)A

  ok hold on
  10/28/2020, 5:08 PM