# EXHIBIT G

## Direct message Antonio, Carey and Melissa Fox - 2020-11-02 (UTC)

Private 11/2/2020, 4:30 PM
Antonio, Carey and Melissa Fox

- Melissa Fox (UPMLWR13K)MF

  @Antonio the total for Nov 1st is $1, 023,371.31.
  11/2/2020, 4:30 PM
  I sent you both an update on the transfer capital still not received.
  11/2/2020, 4:30 PM

- Antonio (UG8GA6NGK)A

  Stef no show for a meeting w/me about 17 mins ago
  11/2/2020, 6:17 PM

- Melissa Fox (UPMLWR13K)MF

  I have a 2PM EST meeting with him today...will let you know
  11/2/2020, 6:18 PM
  should the 3 of us catch up today?
  11/2/2020, 6:18 PM

- Antonio (UG8GA6NGK)A

  sure
  11/2/2020, 6:18 PM
  fyi @Melissa Fox I mentioned to Carey, there are rumours that Huobi CEO has been arrested in China
  11/2/2020, 6:18 PM
  so have been busy
  11/2/2020, 6:18 PM
  unwinding positions w/trading
  11/2/2020, 6:19 PM

- Melissa Fox (UPMLWR13K)MF

  oh interesting...
  11/2/2020, 6:19 PM
  ok
  11/2/2020, 6:19 PM
  sounds good
  11/2/2020, 6:19 PM

- Antonio (UG8GA6NGK)A

  and moving all capital off Huobi
  11/2/2020, 6:19 PM
  rumours have not been confirmed
  11/2/2020, 6:19 PM

- Melissa Fox (UPMLWR13K)MF

  when you are free, will be around to chat
  11/2/2020, 6:19 PM

- Antonio (UG8GA6NGK)A

  so may turn out to be falso
  11/2/2020, 6:19 PM
  false
  11/2/2020, 6:19 PM
  but taking steps just in case
  11/2/2020, 6:19 PM
  by the time I finish this day's pretty much shot
  11/2/2020, 6:19 PM

- Melissa Fox (UPMLWR13K)MF

  where do you think stef is hiding?
  11/2/2020, 6:20 PM
  sounds like no capital
  11/2/2020, 6:20 PM

- Antonio (UG8GA6NGK)A

  he's just beginning to come online, am seeing a few slack msgs here and there
  11/2/2020, 6:20 PM

- Melissa Fox (UPMLWR13K)MF

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                    SECVQIN-RECEIVERSHIP 0015190

my call got moved to 2:30PM EST...will see if he shows.
11/2/2020, 7:29 PM

- Antonio (UG8GA6NGK)A

  🫠
  11/2/2020, 7:36 PM

- Melissa Fox (UPMLWR13K)MF

  No show. Love the professionalism.
  11/2/2020, 7:36 PM

- Carey (U01311AL8Q3)C

  I'm on deck 2:30 CST
  11/2/2020, 7:44 PM

- Melissa Fox (UPMLWR13K)MF

  he just showed up
  11/2/2020, 7:44 PM
  14 minutes late
  11/2/2020, 7:45 PM
  nonsense about his fund admin needing our "process" to transfer stable coin bc they only have transferred to a custodian
  11/2/2020, 7:46 PM
  hearing about our invoices outstanding and it is not for lack of funding
  11/2/2020, 7:49 PM
  nasir owed over $1M in fees
  11/2/2020, 7:50 PM
  his job as ceo is to provide optimism. he is reading to me from a script
  11/2/2020, 7:50 PM

- Antonio (UG8GA6NGK)A

  pardonnez-moi, je ne parle pas de conneries!
  11/2/2020, 7:51 PM

- Melissa Fox (UPMLWR13K)MF

  has a call with mitchell dong call
  11/2/2020, 7:51 PM

- Antonio (UG8GA6NGK)A

  pardon, me I do not speak bs
  11/2/2020, 7:52 PM
  so me no understand
  11/2/2020, 7:52 PM

- Melissa Fox (UPMLWR13K)MF

  i know
  11/2/2020, 7:52 PM

- Antonio (UG8GA6NGK)A

  lol
  11/2/2020, 7:52 PM

- Melissa Fox (UPMLWR13K)MF

  he is going to korea
  11/2/2020, 7:52 PM
  on friday
  11/2/2020, 7:52 PM

- Antonio (UG8GA6NGK)A

  great!
  11/2/2020, 7:53 PM

- Melissa Fox (UPMLWR13K)MF

  i want to light my hair on fire
  11/2/2020, 7:55 PM

- Antonio (UG8GA6NGK)A

  ash is all the rage now for women's hair style
  11/2/2020, 7:56 PM
  at least here
  11/2/2020, 7:56 PM

- 🙂
  11/2/2020, 7:56 PM
- Melissa Fox (UPMLWR13K)MF

  he can pay us in BTC, much like antonio took his bonus last year
  11/2/2020, 7:57 PM
- Antonio (UG8GA6NGK)A

  that's perfect
  11/2/2020, 7:58 PM
  except Antonio is still waiting on that
  11/2/2020, 7:58 PM
  oh wait, he did say I should take it from fund
  11/2/2020, 7:59 PM
  🙂
  11/2/2020, 7:59 PM
- Melissa Fox (UPMLWR13K)MF

  i am off
  11/2/2020, 7:59 PM
- Carey (U01311AL8Q3)C

  Did he get paid on Nov 1st like he promised?
  11/2/2020, 7:59 PM
- Melissa Fox (UPMLWR13K)MF

  so he owes nasir over $1M, he paid you your bonus in BTC and so much more conversations had...i need to take a walk
  11/2/2020, 7:59 PM
  I did not ask, bc he never told me about that...
  11/2/2020, 8:00 PM
  i only know from our conversations
  11/2/2020, 8:00 PM
  i asked about the transfers and kept it at that
  11/2/2020, 8:00 PM
- Antonio (UG8GA6NGK)A

  Oh so he really does think that he owes Nas $1m?
  11/2/2020, 8:01 PM
- Melissa Fox (UPMLWR13K)MF

  my take on that
  11/2/2020, 8:01 PM
  is that he is saying that to me, but won't pay nasir over $1M
  11/2/2020, 8:01 PM
  and i am sorry, but how in the world is that even possible
  11/2/2020, 8:01 PM
- Antonio (UG8GA6NGK)A

  it's not...he has some serious losses
  11/2/2020, 8:03 PM
  but, if he pays him for q3 and does not factor in eth losses in sept then sure...but with eth drawdown, bixin losses, defi losses, amc2 drawdowns, it's not close
  11/2/2020, 8:04 PM
- Melissa Fox (UPMLWR13K)MF

  exactly...
  11/2/2020, 8:05 PM
- Antonio (UG8GA6NGK)A

  Hey @Carey
  11/2/2020, 8:30 PM
  you see the email from the Wash state tax revenue officer?
  11/2/2020, 8:30 PM
- Carey (U01311AL8Q3)C

  no. get ready to talk to Stef.
  11/2/2020, 8:31 PM
- Antonio (UG8GA6NGK)A

  you mind ringing her to see what she's looking for?
  11/2/2020, 8:31 PM
  ok, when you get a chance...

11/2/2020, 8:31 PM
- Carey (U01311AL8Q3)C

    The money expected November 1st is not coming in. Now Stef is referring to it as bad real estate loan? He thinks he owes Nasir 300k, He wants VQR to fund Monad for 250k. I told him funds coming from Sigma investors should be sent to investors and then from investors to VQR. He says the lawyers Redacted – attorney-client privilege
    Redacted – attorney-client privilege I told him I didn't think investor funds coming from Sigma would be AML compliant.
    11/2/2020, 9:40 PM
- Antonio (UG8GA6NGK)A

    😊
    11/2/2020, 9:43 PM
    that's it...now you're part of the problem not the solution
    11/2/2020, 9:44 PM
    these old timers are just getting in his way to grow the firm and make it successful
    11/2/2020, 9:45 PM
- Melissa Fox (UPMLWR13K)MF

    so does he actually have the funds for his investors?
    11/2/2020, 9:49 PM
    monad NO
    11/2/2020, 9:50 PM
    so now he is down from 1M to me to 300K to you for nasir
    11/2/2020, 9:50 PM
    i just wonder if the investor capital is even coming in
    11/2/2020, 9:50 PM
- Antonio (UG8GA6NGK)A

    adjusts his message based on who he is talking to...
    11/2/2020, 9:54 PM
    @Carey
    11/2/2020, 10:03 PM
    fyi Huobi completely derisked
    11/2/2020, 10:03 PM
    I missed fedwire so that will be tmrrw
    11/2/2020, 10:03 PM
- Carey (U01311AL8Q3)C

    yeah
    11/2/2020, 10:04 PM
- Melissa Fox (UPMLWR13K)MF

    Thx Antonio! Now let's see what Sigma capital comes in tomorrow!
    11/2/2020, 10:12 PM
- Antonio (UG8GA6NGK)A

    oh he said tomorrow?
    11/2/2020, 10:18 PM
- Melissa Fox (UPMLWR13K)MF

    The games he plays.
    11/2/2020, 10:19 PM
    I was told thursday
    11/2/2020, 10:19 PM