USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-18-04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

Civil Action No.
**03 MDL 1570 (RCC)**

**STIPULATION AND ORDER**

This document relates to:

Thomas E. Burnett, Sr., et al. v. Al Baraka
Investment and Development Corp., et al.,
03 CV 9849 (RCC)

Thomas E. Burnett, Sr., et al. v. Al Baraka
Investment and Development Corp., et al.,
03 CV 5738 (RCC)



RECEIVED
JUN 1 2004
CHAMBERS OF
RICHARD CONWAY CASEY
U.S.D.J.

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiffs and

Defendant Yousef Jameel ("Jameel"), through their respective counsel, as follows:

1. Jameel's time to answer or move with respect to the Third Amended

Complaint is extended to and including July 16, 2004;

2. In the event Jameel moves to dismiss the Third Amended Complaint, then

(a) plaintiffs shall serve papers in opposition to such motion on or before October 15,

2004; and (b) Jameel shall serve reply papers in further support of such motion on or

before December 17, 2004.

Dated: New York, New York
     April 14, 2004

CHADBOURNE & PARKE LLP                    MOTLEY RICE LLC

By: _____            By: _____
    Kenneth A. Caruso (KC-7769)               Ronald L. Motley
    A Member of the Firm                      Jodi Westbrook Flowers
30 Rockefeller Plaza                          Justin B. Kaplan
New York, New York 10112                  28 Bridgeside Blvd., P. O. Box 1792
(212) 408-5100                            Mount Pleasant, SC 29465
Attorneys for Defendant                   (843) 216-9000
 Yousef Jameel                            Attorneys for Plaintiffs

SO ORDERED:

_____        6/17/04

United States District Judge