UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | MDL No. 1570 (RCC)<br>ECF case |

This document relates to: *Thomas Burnett, Sr. v. Al Baraka Investment & Develop. Corp.*, 03 CV 9849

NOTICE OF MOTION TO RE-CONSIDER NON-FINAL RULING DISMISSING CLAIMS AGAINST DEFENDANTS SULTAN BIN ABDULAZIZ AL-SAUD AND TURKI AL-FAISAL BIN ABDULAZIZ AL-SAUD

PLEASE TAKE NOTICE that upon the Affirmation of Andrea Bierstein in Support of Motion to Re-Consider, dated June 17, 2004, the exhibits attached thereto, and the accompanying Memorandum of Law, and upon all prior papers and proceedings herein, the *Burnett* plaintiffs, by their attorneys, will move this Court before the Honorable Richard Conway Casey at the Courthouse, 500 Pearl Street, New York, New York, at a date and time to be set by the Court, for an order pursuant to Rule 54(b) of the Federal Rules of Civil Procedure: (a) granting reconsideration of the non-final ruling in this case dated November 14, 2003 dismissing all claims against defendants Sultan bin Abdulaziz Al-Saud and Turki Al-Faisal bin Abdulaziz Al-Saud; and (b) upon reconsideration, denying these defendants' motions to dismiss in their entirety.

Dated: New York, NY
       June 18, 2004

Respectfully submitted,

/s/
Ronald L. Motley, Esq.
Jodi Westbrook Flowers, Esq.
Donald A. Migliori, Esq.

Michael Elsner, Esq. (ME-8337)
William H. Narwold, Esq.
Ingrid L. Moll, Esq.
Justin B. Kaplan
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, South Carolina 29465
Telephone:  (843) 216-9000

Paul J. Hanly, Jr., Esq. (PH-5486)
Jayne Conroy, Esq. (JC-8611)
Andrea Bierstein, Esq. (AB-4618)
HANLY CONROY  BIERSTEIN & SHERIDAN, LLP
415 Madison Avenue
New York, NY 10017-1111
Telephone:  (212) 401-7600

William N. Riley, Esq.
Amy Ficklin DeBrota, Esq.
RILEY DEBROTA LLP
3815 River Crossing Parkway, Suite 340
Indianapolis, Indiana 46240
Telephone:  (317) 848-7939

Harry Huge, Esq.
HARRY HUGE LAW FIRM, LLP
Market Square North
1401 Ninth Street, N.W., Suite 450
Washington, D.C. 20004
(202) 824-6046

Allan Gerson, Esq.
Attorney At Law
4221 Lenore Lane
Washington, DC 20008
Tel:  (202) 966-8557

Edward D. Robertson, Esq.
Mary Doerhoff Winter, Esq.
BARTIMUS, FRICKLETON, ROBERTSON
  & OBETZ
200 Madison Street, Suite 1000
Jefferson City, MO 65101
Telephone:  (573) 659-4454

Jack Cordray, Esq.
CORDRAY LAW FIRM
40 Calhoun Street
Charleston, SC 29401
Telephone: (843) 577-9761

Attorneys for *Burnett* Plaintiffs