UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | MDL No. 1570 (RCC)<br>ECF case |

This document relates to: *Thomas Burnett, Sr. v. Al Baraka Investment & Develop. Corp.*, 03 CV 9849 (RCC)

## AFFIRMATION OF ANDREA BIERSTEIN IN SUPPORT OF *BURNETT* PLAINTIFFS' MOTION TO RE-CONSIDER NON-FINAL RULING DISMISSING CLAIMS AGAINST DEFENDANTS SULTAN BIN ABDULAZIZ AL-SAUD AND TURKI AL-FAISAL BIN ABDULAZIZ AL-SAUD

Andrea Bierstein, Esq., affirms as follows:

1. I an attorney admitted to practice in New York and in this Court and am a member of the law firm Hanly Conroy Bierstein & Sheridan LLP, co-counsel for the *Burnett* plaintiffs. I submit this affirmation to transmit to the Court the following documents submitted in support of the *Burnett* plaintiffs' motion to reconsider the dismissal of defendants Sultan bin Abdulaziz al-Saud and Turki Al-Faisal bin Abdulaziz Al-Saud from this action.

2. Exhibit A to this Affirmation is a true and accurate copy of an article that appeared on the New York *Times* website on June 3, 2004.

3. Exhibit B to this Affirmation is a true and accurate copy of an article that appeared on June 3, 2004 on the website operated by *The Oregonian* newspaper.

Affirmed in New York, New York on June 17, 2004

Andrea Bierstein, Esq.