**United States District Court**
**Southern District of New York**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

This document relates to: 02 CV 6977 (RCC) Kathleen Ashton v. Al Qaeda

### STATEMENT PURSUANT TO FEDERAL RULE 7.1

Pursuant to Fed. R. Civ. P. 7.1(a), Defendant International Development Foundation hereby certifies that it has no publicly held or traded parents, subsidiaries, or part owners.

Dated:   June 21, 2004

Respectfully submitted,

ARNOLD & PORTER LLP

By: _____Jean E. Kalicki_____ /BW
David P. Gersch
Jean E. Kalicki
555 Twelfth Street, N.W.
Washington, D.C. 20004-1202
(202) 942-5000

*Counsel for Defendant International Development Foundation*