**United States District Court**
**Southern District of New York**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

This document relates to: 02 CV 6977 (RCC) Kathleen Ashton v. Al Qaeda

## STATEMENT PURSUANT TO FEDERAL RULE 7.1

Pursuant to Fed. R. Civ. P. 7.1(a), Defendant Saudi Economic & Development Company hereby certifies that it has no publicly held or traded parents, subsidiaries, or part owners.

Dated:   June 21, 2004

Respectfully submitted,

ARNOLD & PORTER LLP

By: _____
David P. Gersch
Jean E. Kalicki
555 Twelfth Street, N.W.
Washington, D.C. 20004-1202
(202) 942-5000

*Counsel for Defendant Saudi Economic & Development Company*