UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

IN RE: TERRORIST ATTACKS ON
SEPTEMBER 11, 2001.

MDL NO. 1570 (RCC)

This document relates to:

THOMAS BURNETT, et al.,

v.

AL BARAKA INVESTMENT &
DEVELOPMENT CORP., ET AL.,

03 CV 5738 (RCC) - FILE IN

## ORDER GRANTING ADMISSION PRO HAC VICE

Upon the motion of Nimir Petroleum Limited and Felice B. Galant, Esq. of Fulbright & Jaworski L.L.P., and the Certificate of Good Standing of the applicant for admission to this Court,

IT IS HEREBY ORDERED that Matthew H. Kirtland of Fulbright & Jaworski L.L.P., upon payment of the requisite fee to the Clerk of the Court, be admitted to practice *pro hac vice* before this Court in the above-captioned proceeding on behalf of Nimir Petroleum Limited.

_____
United States District Judge

Dated: New York, New York
~~March~~ 10, 2004

30665555.1