

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES

COZEN
O'CONNOR
ATTORNEYS

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com

**Mark T. Mullen**
Direct Phone   215.665.2091
Direct Fax     215.665.2013
mmullen@cozen.com

June 18, 2004

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-25-04
```

**VIA FEDERAL EXPRESS**

The Honorable Richard C. Casey
United States District Court for the Southern
District of New York
United States Courthouse
500 Pearl Street, Room 1950
New York, NY 10007-1312

      Re:    In Re: Terrorist Attack on September 11, 2001, MDL No. 1570
                Federal Insurance Company, et al. v. al Qaida, et al. 03 CV 6978

Dear Judge Casey:

      As counsel for the plaintiffs in the above referenced action, we have come to an agreement with counsel for certain defendants with respect to a briefing schedule for the defendants' motions to dismiss, plaintiffs' opposition thereto and reply briefs. Below please find the schedules agreed to by counsel for all of the respective parties listed below.

| Defendant | Federal's Opposition To Motion To Dismiss | Defendant's Response |
|---|---|---|
| Prince Salman Bin Abdulaziz Al-Saud[1] | July 30, 2004 | August 27, 2004 |
| Prince Sultan Bin Abdulaziz Al-Saud | July 16, 2004 | August 9, 2004 |
| Prince Turki Al-Faisal bin Aldulaziz Al-Saud | July 16, 2004 | August 9, 2004 |

---

[1] Pursuant to Your Honor's letter endorsement dated May 5, 2004, Plaintiffs in the Federal, Ashton and Burnett actions are required to file a joint response to Prince Salman's Motion to Dismiss. Accordingly, counsel representing the Ashton plaintiffs and Burnett plaintiffs have also agreed to this briefing schedule.

The Honorable Richard C. Casey
June 18, 2004
Page 2

| **Defendant** | **Federal's Opposition To Motion To Dismiss** | **Defendant's Response** |
| --- | --- | --- |
| Prince Naif[2] | July 30, 2004 | August 27, 2004 |
| Arab Bank | July 20, 2004 | August 10, 2004 |

Your Honor's endorsement hereto will act to certify this correspondence as the briefing schedule between the parties.

Respectfully submitted

COZEN O'CONNOR

BY:   Mark T. Mullen

MTM:jc
cc:   All Counsel of Record(via e-mail)

BY THE COURT:

_____
Richard C. Casey          J.

---

[2] This agreement revises the dates previously set forth in Your Honor's March 17, 2004 letter endorsement. Further, counsel representing the Ashton plaintiffs and Burnett plaintiffs have agreed to this briefing schedule in accordance with Your Honor's March 9, 2004 Order requiring plaintiffs on the Federal, Ashton and Burnett actions to file a Joint Opposition to Prince Naif's Motion to Dismiss.