STEPHEN A. COZEN, ESQUIRE
ELLIOTT R. FELDMAN, ESQUIRE
SEAN P. CARTER, ESQUIRE
LISA C. HAAS, ESQUIRE
J. SCOTT TARBUTTON, ESQUIRE
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA  19103
(215) 665-2000

Attorneys for Plaintiffs, Federal Insurance Co., et al. and Vigilant Insurance Co., et al.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-25-04
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re Terrorist Attack on September 11, 2001 | Civil Action No. 03 MD 1570 (RCC) |

*This document relates to:*

| | |
|---|---|
| Federal Insurance Company, et al.<br>v.<br>Al Qaida, et al | Civil Action No. 03 CV 6978 (RCC) |
| Vigilant Insurance Company, et al.<br>v.<br>The Kingdom of Saudi Arabia, et al. | Civil Action No. 03 CV 8591 (RCC) |
| Ashton, et al.<br>v.<br>Al Qaeda et al. | Civil Action No. 02 CV 6977 (RCC) |

### ORDER

This matter came before the Court on Motion by Cozen O'Connor to remove John Popilock as one of the attorneys of record for *Federal Insurance at al.,* and *Vigilant Insurance et al.,* Plaintiffs in all actions, and good cause being shown.

Based upon Cozen O'Connor's motion, any responses thereto, it is hereby ORDERED that John Popilock is relieved as one of the attorneys of record for *Federal Insurance at al.,* and *Vigilant Insurance et al.,* Plaintiffs in connection with the above entitled consolidated actions.

It is further ORDERED that appearances of Stephen A. Cozen, Esquire, Elliott R. Feldman, Esquire, Sean P. Carter, Esquire, Mark T. Mullen, Esquire, Lisa C. Haas, Esquire and J. Scott Tarbutton, Esquire for the *Federal Insurance at al.,* and *Vigilant Insurance et al.,* Plaintiffs will remain unchanged.

ENTERED:

*Richard Conway* [signature]

June 24, 2004

Phila1\2056459\1

4