IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: TERRORIST ATTACKS ON ) <br> SEPTEMBER 11, 2001 ) <br> _____ ) | 03-MDL-1570(RCC) <br> ECF Case |

This document relates to:

*Ashton* v. *Al Qaida Islamic Army*, No. 02-CV-6977 (RCC)
*Barrera* v. *Al Qaeda Islamic Army*, No. 03-CV-7036 (RCC)
*Burnett* v. *Al Baraka Investment & Development Corp.*, No. 03-CV-5738 (RCC)
*Burnett* v. *Al Baraka Investment & Development Corp.*, No. 03-CV-9849 (RCC)
*Federal Insurance Co.* v. *Al Qaida*, No. 03-CV-6978 (RCC)
*Salvo* v. *Al Qaeda Islamic Army*, No. 03-CV-5071 (RCC)

## NOTICE OF DEFENDANT SAUDI HIGH COMMISSION'S MOTION TO DISMISS

PLEASE TAKE NOTICE that, under Federal Rule of Civil Procedure 12(b)(1), 12(b)(2), and 12(b)(6), Defendant Saudi High Commission, through undersigned counsel, will move this Court on a date and at such time as may be designated by the Court, in the United States Courthouse at 500 Pearl Street, New York, New York 10007, for an Order dismissing the claims against it in each of the complaints consolidated in the above-captioned multi-district litigation. In support of this Motion, Defendant Saudi High Commission submits the Memorandum of Law and Declaration of Max Huffman.

June 25, 2004                                      Respectfully submitted,


                                                   __/S/ [Lawrence S. Robbins/mh]_____
                                                   LAWRENCE S. ROBBINS (LR 8917)
                                                   ROY T. ENGLERT, JR.
                                                   ALAN E. UNTEREINER
                                                   MAX HUFFMAN
                                                   *Robbins, Russell, Englert, Orseck &*
                                                     *Untereiner LLP*
                                                   1801 K Street, N.W., Suite 411
                                                 Washington, D.C.  20006
                                                 Tel:     (202) 775-4500
                                                 Fax:    (202) 775-4510


                                                 *Attorneys for Defendant Saudi*
                                                 *High Commission*

## CERTIFICATE OF SERVICE

    I certify that, pursuant to this Court's Case Management Order No. 2, on June 25, 2004, I caused this Notice of Defendant Saudi High Commission's Motion to Dismiss, the Memorandum of Law in Support of Defendant Saudi High Commission's Motion to Dismiss, and the Declaration of Max Huffman in Support of Defendant Saudi High Commission's Motion to Dismiss, to be served on all counsel electronically by the Court's Electronic Case Filing (ECF) system.

                                                     _____/S/ [Max Huffman]_____
                                                     Max Huffman