# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL No. 1570 (RCC) |
| THOMAS E. BURNETT, SR., *et al.*,<br>    Plaintiffs,<br>        v.<br>AL BARAKA INVESTMENT AND DEVELOPMENT CORPORATION, *et al.*,<br>    Defendants. | C.A. No. 03 CV 9849 (RCC) |

## MOTION FOR LEAVE TO FILE OUT OF TIME
## DEFENDANTS' REPLY MOTIONS

On April 22, 2004, the Court Ordered a briefing schedule that gave 10 business days for Defendants filing Motions to Dismiss on April 9, 2004 (hereinafter "April 9 Defendants") to file reply briefs to Plaintiffs Opposition Briefs which were due on June 4, 2004. The undersigned counsel, for Al Haramain Islamic Foundation (Burnett-D54), Aqeel Al-Aqeel (Burnett-D94), Adel A.J. Batterjee (Burnett-D93), Jamal Ahmad Mostafa Khalifa (Burnett-D92), Sulaiman Al-Ali (Burnett-D14) and Islamic Assembly of North America (D219), agreed to those dates as noted in Plaintiff's endorsed letter to this Court.

On May 28, 2004, the Court amended the briefing schedule for some of the April 9 Defendants, providing them 23 days to file their respective reply briefs. The undersigned counsel erroneously assumed the same number of days would be allowed for the aforementioned Defendants and now respectfully seeks leave of Court to be accorded the same number of days, 23, and be granted authorization to file, without prejudice, respective reply briefs by June 28, 2004 as June 27 is a Sunday.

Plaintiff's counsel has informed the undersigned that since the time ordered by the Court has passed, any change is in the Court's discretion. Therefore we find it necessary to move for leave to address, out of time, Plaintiff's Opposition Briefs to Defendants' Motions to Dismiss.

A proposed Order is attached.

Respectfully submitted,

_____
Ashraf Nubani (AN-9436)
Busch & Nubani, P.C.
5029 Backlick Road, Suite A
Annandale, VA 22003
703-658-5151
703-658-9200, fax

Counsel for Defendants Al Haramain Islamic Foundation, Aqeel Al-Aqeel, Adel A.J. Batterjee, Jamal Ahmad Mostafa Khalifa, Sulaiman Al-Ali and Islamic Assembly of North America

Dated: June 25, 2004

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| *IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL No. 1570 (RCC) |
| THOMAS E. BURNETT, SR., *et al.*, Plaintiffs, v. AL BARAKA INVESTMENT AND DEVELOPMENT CORPORATION, *et al.*, Defendants. | C.A. No. 03 CV 9849 (RCC) |

## ORDER

The Court finds that Defendants Al Haramain Islamic Foundation, Aqeel Al-Aqeel, Adel A.J. Batterjee, Jamal Ahmad Mostafa Khalifa, Sulaiman Al-Ali and Islamic Assembly of North America shall be accorded the same number of days to file Reply Briefs to Plaintiff's Oppositions Briefs as other Defendants who filed Motions to Dismiss on April 9. Consequently, Defendants who originally were ordered to file Reply Briefs by June 18, 2004 may now file by June 28, 2004.

ORDERED that Defendant's Motion is GRANTED.

_____

Judge Richard C. Casey
U.S. District Court

Dated: _____

## CERTIFICATE OF SERVICE

I hereby state that, on June 25, 2004, I a copy of the foregoing Motion for Leave to File Out of Time Defendant's Reply Motions upon the ECF system and via first class mail to the parties who have not opted to receive service through the ECF.

Respectfully Submitted,

_____
Ashraf Nubani (AN-9436)
Busch & Nubani, P.C.
5029 Backlick Road, Suite A
Annandale, VA 22003
703-658-5151
703-658-9200, fax

Counsel for Defendants Al Haramain Islamic Foundation, Aqeel Al-Aqeel, Adel A.J. Batterjee, Jamal Ahmad Mostafa Khalifa, Sulaiman Al-Ali and Islamic Assembly of North America

Dated: June 25, 2004