# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ) | |
| *IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001  ) | 03 MDL No. 1570 (RCC) |
| ) | |
| ) | |
| THOMAS E. BURNETT, SR., *et al.*, ) | |
| Plaintiffs, ) | |
| v. ) | C.A. No. 03 CV 9849 (RCC) |
| AL BARAKA INVESTMENT AND DEVELOPMENT ) | |
| CORPORATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MOTION TO STAY PROCEEDINGS

The undersigned counsel for Al Haramain Islamic Foundation (<u>Burnett</u>-D54) and Aqeel Al-Aqeel (<u>Burnett</u>-D94) respectfully moves this Court to grant a stay in the above-styled proceedings pending outcome of an on-going criminal investigation in Oregon that may involve, *inter alia*, the Riyadh-based charity and its former director.

In seeking the stay, for a time period to be determined by the Court, Defendants do not admit or deny any of the allegations. Due to the unknown status of the pending Oregon investigation, Defendants will be unduly prejudiced with no tangible prejudice to the Plaintiffs.

A proposed Order is attached.

Respectfully submitted,

_____
Ashraf Nubani (AN-9436)
Busch & Nubani, P.C.
5029 Backlick Road, Suite A
Annandale, VA 22003
703-658-5151
703-658-9200, fax
Counsel for Defendants Al Haramain
Islamic Foundation and Aqeel Al-Aqeel
Dated: June 28, 2004

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| *IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001 ) | 03 MDL No. 1570 (RCC) |
| THOMAS E. BURNETT, SR., *et al.*,<br>Plaintiffs,<br>v.<br>AL BARAKA INVESTMENT AND DEVELOPMENT<br>CORPORATION, *et al.*,<br>Defendants. | C.A. No. 03 CV 9849 (RCC) |

## ORDER

The Court finds that Defendants Al Haramain Islamic Foundation and Aqeel Al-Aqeel may continue proceedings in the above-styled case pending the outcome of the criminal investigation in Oregon or for a period not to exceed _____ days.

ORDERED that Defendant's Motion is GRANTED.

_____

Judge Richard C. Casey
U.S. District Court

Dated: _____

## CERTIFICATE OF SERVICE

I hereby state that, on June 28, 2004, I served a copy of the foregoing Motion to Stay Proceedings upon the ECF system and via first class mail to the parties who have not opted to receive service through the ECF.

Respectfully submitted,

_____
Ashraf Nubani (AN-9436)
Busch & Nubani, P.C.
5029 Backlick Road, Suite A
Annandale, VA 22003
703-658-5151
703-658-9200, fax

Counsel for Defendants Al Haramain Islamic Foundation and Aqeel Al-Aqeel

Dated: June 28, 2004