# Exhibit 2

بسم الله الرحمن الرحيم

وانفروا خفافا وثقالا

1) سليمان أبو غيث . (إذا لك)
2) سيف العدل أبو كنية . (رائس)
3) أبو أنس ميرلاد م . (اسم)
4) يوسف جدي . (ترجم)
5) إبراهيم المقدسي . (ترجم)
6) صلاح كامل . (ابركت)
7) البراجي . (اسم)
8) الخريج . صبو (ترجم)
9) أبو طريف . (اسم)
10) شيخ السائح . (اسم)
11) سيف محمد عاطف . (اسم)
12) يزيد سنة
13) مدخل أبو سعيد عجاب (رائس)
14) المستشار طارق . (يكفي)
15) سيف الله طاهر . (مترجم)
16) محمد جمعة . (يترجم)

*(Parenthetical remarks in Italic are the translator's)*

*(Document name: TAREEKHOSAMA/41/Tareekh Osama.108)*

In the name of God, the most gracious, the most merciful

And spend for God's cause *(Quraanic verse)*

| | | |
|---|---|---|
| 1) | Suleiman Al-Rashid. | (Wail) |
| 2) | Abdel Qader Bakri. | (Wail) |
| 3) | Bin Laden Brothers. | (Usama) |
| 4) | Yousif Jameel. | (Baterji) |
| 5) | Ibrahim Afandi. | (Baterji) |
| 6) | Saleh Kamel. | (Baterji) |
| 7) | Al-Rajhi. | (Usama) |
| 8) | Al-Jumaih. Jeddah (S.A) | (Baterji) |
| 9) | Al-Sharbatly | (Usama) |
| 10) | *(Illegible)* Al-Naghi | (Usama) |
| 11) | Bin Mahfoodh | (Usama) |
| 12) | Abdel Qader Faqeeh | (Usama) |
| 13) | Salah Al-Din Abdel Jawad | (Wail) |
| 14) | Ahmad Turki Yamani | (Baterji) |
| 15) | Abdel Hadi Taher | (Wail) |
| 16) | Mohammed Omar *(illegible)* | (Baterji) |
| 17) | Al- Kuwait | (Usama) |
| 18) | Ahmad Al-Harbi | (Salem Taher) |

19) Al-Issaei	(Salem Taher)

20) Hamad Al-Husaini	(Abu Mazin)

BOS000003