# Exhibit 4

Copyright 2003 Graham & Whiteside Ltd
The Major Companies Database

**Akel Trading** Co Ltd

PO Box 33491, Riyadh 11448, Saudi Arabia

Tel: +966 (1) 498 2034 Fax:6 (1) 498 0382

Telex: 407443 AKEL SJ

**REFERENCE-NO:** A07943

**LENGTH:** 45 words

**EXECUTIVES:**
Hamad Al Hussaini (Chairman)
Abdulaziz Al Hussaini (Managing Director)
Mansour Almansour (Assistant General Manager)

**EMPLOYEES:** 200

**DESCRIPTION:** Import and distribution of agricultural equipment, pumps, electrical and mechanical equipment and irrigation systems

**AUDITORS:** Ahmed Abdullah Bajnaid

**BANKS:** Al Rajhi Bank; Saudi American Bank; Riyad Bank

**COUNTRY:** Saudi Arabia

**AGENCIES:** Principal Agencies: Grundfos Pumps; Zetor Tractors; Legrand Electrical; Suko; Rain Cat Systems

**BRANCHES:** Dammam; Buraydah; Riyadh; Sajir; Hail; Aljalah

**REVENUES:** USD 22,666,000

**S-PER-EMPLOYEE:** USD 113,330

**SHAREHOLDERS:** Hamad Al Hussaini