# Exhibit 5

☐ RETURN

Copyright 2003 Dun & Bradstreet, Inc.
WorldBase

**AKEL AGRICULTURAL** INVESTMENT COMPANY L L C

BOX 33491
RIYADH B11448
SAUDI ARABIA

Telephone: (0966) 14055493 Fax: 407443 Telex: 96614982382

July 10, 2000

**LENGTH:** 196 words

Check availability of a D&B Business Information Report (Credit Report)

DUNS: 86-966-1983
NATL-ID-NO: 1010067658 - Office 801 Entered Registration Number
COMPANY TYPE: Imports

********************************* **SALES**
*********************************

| | |
|---|---|
| FINANCIAL FIGURES DATE: | 07/10/2000 |
| ANNUAL SALES (US): | $ 15,996,000 |
| ANNUAL SALES (LOCAL): | $ 60,000,000 |
| NET WORTH (US): | N/A |
| NET WORTH (LOCAL): | N/A |
| CURRENCY: | Saudi Riyal |
| EXCHANGE RATE: | 0.2666 |
| CURRENCY CONVERSION DATE: | 07/01/2000 |

*************************** **BUSINESS DESCRIPTION**
***************************
FARM AND GARDEN MACHINERY, NSK

**PRI-SIC:**

5083      Whol farm/garden machinery

******************************* **EXECUTIVES**
*******************************

| | |
|---|---|
| CEO: | HAMAD ABDULRAHMAN AL HUSEINI, DIRECTOR |
| GENERAL MANAGER: | ABDULAZIZ AL HUSEINI |
| DIRECTOR: | ABDULLAH SULIMAN AL HUSEINI |
| DIRECTOR: | ABDULLAH SULIMAN AL YAHYA |
| DIRECTOR: | ABDULRAHMAN SULIMAN AL HUSEINI |
| DIRECTOR: | MOHAMMED SULIMAN AL YAHYA |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **EMPLOYEES**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Employees at this location:         N/A

Employees Total:                    55 - Estimated


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **OTHER INFORMATION**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BUSINESS ADDRESS: AL RAIL STREET, CROSSING FARAZDAG STREET, RIYADH, 11448, SAUDI ARABIA, MIDDLE EAST
REGION: MIDDLE EAST

**LANGUAGE:** ENGLISH

**LOAD-DATE:** March 05, 2003

Document 1 of 4 next ▶

About LexisNexis™  |  Terms and Conditions  |  Privacy Policy  |  Support Identifier
Copyright © 2003 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.