# Exhibit 8

Ressam - direct

1       THE WITNESS:  Ressam, Ahmed; R-E-S-S-A-M, that's the

2    last name, Ahmed A-H-M-E-D.

3       THE COURT:  You may proceed, Mr. Bianco.

4       MR. BIANCO:  Thank you, your Honor.

5       Mr. Ressam, I'll ask you to please keep your voice up

6    and speak slowly so that the interpreter can hear you.

7       I would ask the interpreter to speak up because you

8    don't have a microphone, so that would help.

9    DIRECT EXAMINATION

10   BY MR. BIANCO:

11   Q.  Mr. Ressam, how old are you?

12   A.  34 years old.

13   Q.  Where are you currently living?

14   A.  I live in prison.

15   Q.  Where were you born?

16   A.  In Algeria.

17   Q.  What's your native language?

18   A.  Arabic.

19   Q.  Do you speak any other languages besides Arabic?

20   A.  French, yes.

21   Q.  How about English?

22   A.  Very, very little.

23   Q.  Would it assist you to testify with the aid of an

24   interpreter today?

25   A.  Yes.

1   Q.  Do you prefer an Arabic interpreter or a French

2   interpreter?

3   A.  Arabic.

4   Q.  Mr. Ressam, how long have you been in jail?

5   A.  From December 14, 1999.

6   Q.  Is that the date of your arrest near Seattle?

7   A.  Yes.

8   Q.  What were you charged with in connection with that arrest

9   on December 14th?

10  A.  I was accused with nine accusations, nine charges.

11  Q.  And what was the -- what were those charges related to?

12  A.  Terrorism and transporting explosives and other matters.

13  Q.  Did you have a trial?

14  A.  Yes.

15  Q.  Where was the trial?

16  A.  In the city of Los Angeles.

17  Q.  And what was the result of your trial?

18  A.  I was found guilty.

19  Q.  On all counts?

20  A.  Yes.

21  Q.  Approximately when did your trial end?

22  A.  At the beginning of April.

23  Q.  What year?

24  A.  2001.

25  Q.  How much jail time, Mr. Ressam, are you now facing when

1   you're sentenced as a result of that conviction?

2   A.   Life imprisonment.

3   Q.   Is there a number?

4   A.   The maximum sentence would be 130 years.

5   Q.   Following that conviction, did there come a time when you

6   began meeting with the government in an effort to cooperate?

7   A.   Yes.

8   Q.   Approximately when did you begin meeting with the

9   government?

10  A.   At the beginning of May 2001.

11  Q.   And on approximately how many different days did you meet

12  with the government?

13  A.   Between 10 to 15 days.

14  Q.   And following those meetings, did you enter into a

15  cooperation agreement with the government?

16  A.   Yes.

17           MR. BIANCO:  May I approach, your Honor?

18           THE COURT:  Yes.

19  Q.   Showing you what's been marked for identification as

20  Government's Exhibit 3560-S, do you recognize that document,

21  Mr. Ressam?

22  A.   Yes.

23  Q.   What is it?

24  A.   That is the agreement between me and the government.

25  Q.   When was that agreement finalized?

1  A.  As it is written here, the 23rd of June 2001.

2  Q.  Did you sign it?

3  A.  Yes.

4  Q.  Can you tell the jury what your understanding is of what

5  you're required to do under that agreement?

6  A.  To say everything that I've done and about the people that

7  I know in terrorism and to testify, also.

8  Q.  Are you required to testify only at this trial?

9  A.  No, in all -- in all the trials in the U.S.

10  Q.  What is your understanding of the benefit you will receive

11  from the government if you comply with the terms of that

12  agreement?

13  A.  It is to lower my prison sentence.

14  Q.  What's your understanding of how that would work?

15  A.  The government would address a letter to the Court, to the

16  judge, and he would make a decision on that.

17  Q.  What would the letter contain?

18  A.  It will state the cooperation that I have provided the

19  government and what assistance that I've given them.

20  Q.  And you're hoping that letter would result in a reduced

21  sentence?

22  A.  Yes.

23  Q.  Under the agreement, what's the maximum sentence you now

24  face?

25  A.  130 years.

1   Q.   Under the agreement, what is the lowest sentence that your

2   attorney is allowed to ask for at sentencing?

3   A.   27 years.

4   Q.   Under the agreement, what's the highest sentence that the

5   government can recommend to the judge?

6   A.   There is no limit, 130 years.

7   Q.   Who ultimately will decide what sentence you will receive?

8   A.   The judge.

9           MR. BIANCO:   Your Honor, at this time, the government

10  offers 3560-S.

11          MR. OLLEN:   No objection, your Honor.

12          THE COURT:   Received without objection.

13          (Government's Exhibit 3560-S received in evidence)

14  Q.   Mr. Ressam, you stated earlier that you were born in

15  Algeria; correct?

16  A.   Yes.

17  Q.   Did you go to school in Algeria?

18  A.   Yes.

19  Q.   How far did you get in school?

20  A.   High school.

21  Q.   When did you graduate?

22  A.   As far as I remember, it was 1988.

23  Q.   Did there come a time when you left Algeria?

24  A.   Yes.

25  Q.   Approximately when was that?

1    A.   Fall, 1992.

2    Q.   What were you doing in Algeria between 1988 and the fall

3    of 1992?

4    A.   I used to work with my father in a coffee shop.

5    Q.   When you left Algeria in 1992, where did you go?

6    A.   I went to France.

7    Q.   Why did you go to France?

8    A.   Looking for work, looking for work.

9    Q.   How long did you stay in France?

10   A.   '92, until the beginning of '94.

11   Q.   Were you legally in France?

12   A.   No, I was illegal.

13   Q.   Were you working there?

14   A.   Yes, I worked in the island of Corsica.

15   Q.   And what type of work were you doing in France during that

16   two-year period?

17   A.   I worked in the vineyards collecting grapes, and the same

18   with oranges, and a painter in a tourist resort.

19   Q.   What happened in early 1994?

20   A.   I travelled from France to Canada.

21   Q.   Why did you do that?

22   A.   To improve my life situation and improve my life in

23   general.

24   Q.   What type of travel document did you use to get into

25   Canada?

1   A.   A fake French passport.

2   Q.   What city did you go to?

3   A.   To the city of Montreal.

4   Q.   What happened when you arrived to Montreal?

5   A.   Immigration stopped me.

6   Q.   At the airport?

7   A.   Yes.   Immigration stopped me at the airport.   At that

8   time, I requested asylum.

9   Q.   And how did you request -- how did you request asylum?

10  A.   I provided them with a false story about -- to request

11  political asylum.   They kept me at their center there and then

12  they let me go.

13  Q.   When they let you go, what city did you live in?

14  A.   I lived in the city of Montreal.

15  Q.   How long did you live in Montreal?

16  A.   From 1994 to 1998.

17  Q.   Did you live at one location in Montreal during those four

18  years?

19  A.   No, I lived in many places.

20  Q.   Did you live alone?

21  A.   I lived at the beginning by myself and then I lived with

22  my friend Labsi Mustafa and with Boumezbeur Adel, and Atmani

23  Said, who is Karim, and also Labsi Mustafa.

24  Q.   During that four-year period you were in Montreal, did you

25  have any jobs?

Ressam - direct

1   A.   I worked only one week distributing advertising leaflets.

2   Q.   How did you support yourself during that four-year period?

3   A.   I lived on welfare and theft.

Ressam - direct

1   Haouari?

2   A.   Yes.

3   Q.   Do you see him in court today?

4   A.   Yes.

5   Q.   Can you identify Mr. Haouari for the record?

6   A.   He's sitting in the middle there with a blue shirt.

7          THE COURT:   Indicating the defendant.

8   Q.   Can you tell the jury when you first met Mokhtar Haouari?

9   A.   At the beginning of '94, when I first got to Canada.

10  Q.   In Montreal?

11  A.   Yes, in Montreal in a building on Saint Hubert Street.

12  Q.   And how did you meet him?

13  A.   I knew some friends who lived there.  I used to go meet

14  them there.

15  Q.   Now, how often did you see Mokhtar Haouari in that

16  four-year period you were in Montreal from '94 to '98?

17  A.   I don't remember precisely.  I met him by coincidence or

18  in some -- at certain events.

19  Q.   Social events?

20  A.   Yes.

21  Q.   From '94 to '98, did you ever hear the defendant discuss

22  criminal activity?

23  A.   Yes.

24  Q.   What did you hear Mokhtar Haouari talk about?

25  A.   About bank accounts.

Ressam - direct

1   Q.  What did he tell you about bank accounts?

2   A.  He used to open accounts and deposit checks and once he

3   gets the bank statement, he withdraws the money.

4   Q.  What type of checks?

5   A.  I don't know precisely what type of checks, just checks

6   that are deposited in the bank.

7   Q.  Were they real checks?

8   A.  Yes, real checks, but stolen, probably stolen.

9   Q.  Did you hear him talk about any other criminal activity

10   other than the bank accounts during that four-year period?

11   A.  He used to sell passports, travel passports.

12   Q.  Did you yourself engage in any fraud activity within that

13   four-year period?

14   A.  Yes, I sent him identity papers with bank cards.

15   Q.  When was that?

16   A.  In '96 and '97, I don't remember precisely, in that

17   period.

18   Q.  And can you explain to the jury what you did, what type of

19   identity papers are you talking about?

20   A.  Social Security number, a driver's license numbers, and

21   bank cards, three types of cards.

22   Q.  Where did you get them from?

23   A.  My friend Mustafa stole them.

24   Q.  What did you get in return for giving those identities to

25   Mr. Haouari?

1  A.  I got $60 for that from him.

2  Q.  Were there any other occasions during that four years in

3  Montreal from '94 to '98 that you engaged in fraud with

4  Mr. Haouari?

5  A.  I sent him -- I remember in that period -- in the fall of

6  '97, I sent him a Canadian passport that had my photograph in

7  it -- that I was using myself and I sent it to him.

8  Q.  Why did you give that passport up?

9  A.  I wanted a better passport.

10  Q.  And did you receive anything for giving him that passport?

11  A.  $110.

12       MR. BIANCO:  Your Honor, the next topic is going to

13  take about 15 minutes.

14       THE COURT:  Fine.  I was just going to say to you,

15  when you get to a point that's logical to break, we can take

16  our morning recess.  I have two other cases I have to handle.

17  So, the recess is probably going to be until about five

18  minutes to 11.

19       Don't discuss the case or come to any conclusions.

20  See you in about 20 minutes.

21       (Jury excused)

22       (Recess)

23       (In open court; jury not present)

24       THE COURT:  I understand that counsel wants to see me

25  at the sidebar before the jury comes in.

1          (At the sidebar)

2          MR. OLLEN:  Judge, at the end of Ressam's testimony

3    before the break, Mokhtar Haouari started to percolate a

4    little bit.  It looked like he was getting very upset.  I

5    think it might be an appropriate time to tell him to calm

6    down.

7          THE COURT:  Thank you very much.

8          MR. BIANCO:  I don't know whether you want to do that

9    in front of the juror's spouse or in some other way.

10         THE COURT:  Thank you very much.

11         Marshal, could you bring Mr. Haouari up to the

12   sidebar with the interpreter.

13         Hold the jury for a minute.

14         Good morning.  How are you today.  Are you all right?

15         THE DEFENDANT:  (In English)  It's O.K.

16         THE COURT:  I don't know what Ressam is going to

17   testify to, I never saw Ressam until this morning, but it may

18   be that it's going to be testimony that's upsetting to you.

19   You have to control yourself.

20         THE DEFENDANT:  Yes.

21         THE COURT:  Remember that.

22         THE DEFENDANT:  Yes.

23         THE COURT:  Now, if you feel like you're upset, just

24   turn to the interpreter and Mr. Ollen and ask for a recess and

25   I'll give you a recess.  But don't do anything stupid because

Ressam - direct

1    you're going to hurt yourself.

2            THE DEFENDANT:  I'm sorry.

3            THE COURT:  I accept your apology.  And I called you

4    up because I don't want any problem; O.K.?

5            THE DEFENDANT:  Yes.

6            THE COURT:  Very good.  Thank you.

7            Bring the jury in, sir, thank you.

8            (Continued on next page)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    THE COURT:  Before you start, Mr. Bianco, I conferred

2  with counsel and direct is probably going to be several hours.

3  I told you that we would work until about 1:30.  If it turns

4  out that you are not finished by Mr. Bianco, that's fine.  If

5  you reach a logical stage shortly before 1:30 where you shift

6  into another subject and you are not going to finish, we will

7  break then, the point being I don't have to have to break in

8  the middle of a subject.

9    The other thing is it's only 5 after 11:00.  We are

10  going to work until 1:30.  We will probably take another

11  break.  The next break would likely be around 12:15 or 12:30.

12  So you can pace yourself.  If you think there is a logical

13  time, you can take it around then.

14    MR. BIANCO:  Thank you, your Honor.

15    THE COURT:  You may proceed.

16  BY MR. BIANCO:

17  Q.  Mr. Ressam, during that four-year period in Montreal from

18  '94 to early '98, did you practice a religion?

19  A.  Yes, the Islamic religion.

20  Q.  While you were in Montreal during those four years, did

21  you attend a mosque?

22  A.  Yes, especially on Fridays.

23  Q.  Would you attend on other days other than Fridays?

24  A.  Yes.  When I had time, I used to do that.

25  Q.  Did there come a time when you became interested in going

Ressam - direct

1  to Afghanistan?

2  A.  Yes.

3  Q.  Can you tell the jury approximately when that was?

4  A.  When my friends returned from Afghanistan, toward the end

5  of summer, when they returned from Afghanistan.

6  Q.  What year?

7  A.  1997.

8  Q.  Can you describe to the jury how you became interested in

9  going to Afghanistan?

10  A.  My friends came back and talked to me about the training

11  that they have received, the learning that they have gotten,

12  and about jihad, and I got, they encouraged me so I got

13  interested.

14  Q.  Where did they tell you they had gotten that training?

15  A.  In Afghanistan.

16  Q.  Where in Afghanistan?

17  A.  In the camp of Khalden.

18  Q.  Did there come a time when you expressed interest in going

19  to the camp yourself?

20  A.  Yes.

21  Q.  Why did you want to go to the camp; what did you intend to

22  do?

23  A.  I had an interest in joining jihad in Algeria.

24  Q.  Did you subsequently go to Afghanistan?

25  A.  Yes, I got my business in order and I went to Afghanistan.

1  Q.  Approximately when was that?

2  A.  In 17 March 1998.

3  Q.  Who arranged that trip to Afghanistan for you?

4  A.  My friend Abderraouf Hannachi.

5  Q.  Who is Mr. Hannachi?

6  A.  He is a friend who was in Afghanistan.

7  Q.  Explain to the jury how you physically got from Montreal

8  to Afghanistan.

9  A.  I bought a ticket, a ticket from Montreal to Karachi.

10 Q.  Where is Karachi?

11 A.  Karachi is in Pakistan.

12 Q.  Where is Pakistan in relation to Afghanistan?

13 A.  They share a border.

14 Q.  What happened when you arrived in Pakistan?

15 A.  I got in touch with Abu Zubeida when I reached Pakistan.

16 Abderraouf Hannachi left word for me with Abu Zubeida.

17 Q.  You named Abu Zubeida; is that his real name?

18 A.  No, it's not his real name.

19 Q.  Do you know his real name?

20 A.  No, I don't.

21 Q.  What is Abu Zubeida, what is that name?

22 A.  That is just an alias.

23 Q.  Do many of the people in the camps use aliases?

24 A.  Yes, all those who go to over there use aliases; they

25 never use their real names.

1  Q.  What was your alias?

2  A.  Nabil.

3  Q.  Can you explain to the jury what Abu Zubeida really was in

4  connection with the camps?

5  A.  He is the person in charge of the camps.  He receives

6  young men from all countries.  He accepts you or rejects you.

7  And he takes care of the expenses of the camps.  He makes

8  arrangements for you when you travel coming in or leaving.

9  Q.  Did you also meet any of his deputies or assistants?

10  A.  Yes.

11  Q.  What was his name?

12  A.  Ben Sheik.

13  Q.  Were Abu Zubeida and Ben Sheik affiliated with a terrorist

14  organization?

15  A.  Yes.

16  Q.  When you met with Abu Zubeida in Pakistan what happened?

17  A.  He prepared the things for me to enter into Afghanistan.

18  Q.  What camp were you assigned to in Afghanistan?

19  A.  He sent me to Khalden camp.

20  Q.  Can you explain in general terms how you got from meeting

21  with Abu Zubeida in Pakistan to Khalden camp in Afghanistan?

22  A.  He sent me a letter, sent with me a letter in Afghani,

23  with an Afghani person to accompany me along the road.  And he

24  gave me Afghani clothes to wear and I was told to grow a

25  beard.  Then you go by car to the border of Afghanistan, and

Ressam - direct

 1   then early in the morning you go in with other Afghanis, or

 2   you can go by way of the mountain.

 3   Q.   When did you arrive to Khalden camp, what month?

 4   A.   The end of April approximately.

 5   Q.   What year?

 6   A.   1998.

 7   Q.   How long were you in that camp for?

 8   A.   From five to six months.

 9   Q.   Approximately how many people were in that camp at any

10   given time?

11   A.   They varied, the number varied from 50, goes up to 100,

12   goes down to 70.

13   Q.   Who was leader of that camp?

14   A.   The big chief there was Ben Sheik, but who the person in

15   charge on site in the camp was Farouk.

16   Q.   Can you describe how the camp was organized?

17   A.   It had people from all nationalities who were getting

18   training there, and each group stayed together, those who will

19   have some work to do together later on.  Each group was formed

20   depending on the country they came from.

21   Q.   Can you name some of the countries that were represented

22   at the camp?

23   A.   Yes.  Jordanians, Algerians, from Yemen, from Saudi

24   Arabia, from Sweden, from Germany also, French also, Turks

25   also, and Chechnyans also.

Ressam - direct

1   Q.   Which group were you part of?

2   A.   I belonged to the Algerian group.

3   Q.   During those five or six months at that camp did you

4   receive training?

5   A.   Yes, I received training.

6   Q.   What type of training did you receive first?

7   A.   I received training in light weapons, handguns, and small ·

8   machine gun and a large one, RPG.

9   Q.   Explain what an RPG is.

10  A.   It is a small rocket launcher that is used in fighting in

11  the mountains and in cities against tanks.

12  Q.   Who supplied the weapons and ammunition that were used in

13  the camp?

14  A.   They used to buy it from the taliban.

15  Q.   Who is a taliban?

16  A.   The rulers now in Afghanistan.

17  Q.   How long did you receive this light weapons training for?

18  A.   When I first joined, yes.

19  Q.   For how long?

20  A.   About a month, I remember about a month.

21  Q.   What type of training did you receive next?

22  A.   I received training in explosives.

23  Q.   What type of explosives training did you have?

24  A.   How to make a charge, the types of explosives, TNT, C4.

25  Q.   What is C4?

Ressam - direct

1    A.   It's a plastic explosive, and there is another one that

2    was called black plastic.

3    Q.   Were you taught applications for the use of these

1  A.  We learned how to carry out operations in cities, how to

2  block roads, how to assault buildings, and the strategies used

3  in these operations.

4  Q.  Did you receive training in tactics as well?

5  A.  Yes.

6  Q.  What types of things are you talking about were you taught

7  in tactics?

8  A.  How to assassinate someone in an operation.

9  Q.  What were you taught?

10  A.  A person, for example, that you plan to assassinate, you

11  would first observe him, surveil him, you watch when he comes

12  in and leaves, and you find where he lives and you find out

13  where his vulnerabilities are, and that is the place where you

14  pick.

15  Q.  Did you receive tactics training in connection with

16  explosives?

17  A.  Yes.

18  Q.  What were you taught in connection with explosives?

19  A.  First, how to surveil a place.  When you go to a place you

20  would wear clothing that would not bring suspicion to

21  yourself, you would wear clothing that tourists wear.  You

22  would observe or you would also take pictures.

23  Q.  Was security also taught at the camp?

24  A.  Yes.

25  Q.  Can you tell us generally what was taught about security?

1    A.   One is to preserve your secrets.  And when you work in a

2    group, each person knows only what he is supposed to do, not

3    more, to preserve your secrets.  Avoid the places that are

4    suspicious or will bring suspicion upon you, such as mosques.

5    Avoid wearing clothing that would bring suspicion upon you.

6    When you speak on the phone, speak in a very natural, normal

7    language, or in a for foreign language.

8    Q.   Do you know what a fatwah is?

9    A.   Yes.

10   Q.   Can you describe what you understand a fatwah to be?

11   A.   A fatwah is something that a learned person would come up

12   with.  If there is an issue that people want an opinion on,

13   the religious, learned man would study the issue and would

14   pass a judgment on it, whether it is permissible or not.

15   Q.   Permissible under what?

16   A.   In political or religious matters.

17   Q.   Were any fatwahs issued while you were at the camp in

18   Afghanistan?

19   A.   Yes.

20   Q.   What were they?

21   A.   A fatwah issued by Sheikh Omar Abdel Rahman with his

22   picture in on it, a piece of paper with his photograph on it.

23   It said it was a fatwah by Omar Abdel Rahman from prison.  It

24   says fight Americans and hit their interest everywhere.

25   Q.   Were there other fatwahs similar to that issued?

1   A.   Yes, there were.

2   Q.   You said you were part of the Algerian group in the camp,

3   correct?

4   A.   Yes.

5   Q.   Approximately how many people were in the Algerian group?

6   A.   30 or more; I don't remember precisely.

7   Q.   Who were the leaders of the Algerian group?

8   A.   The big person in charge was Montaz.  He had others

9   working with him, Abu Doha and Abu Jaffar.

10  Q.   Tell us how the people in the Algerian group were

11  organized?

12  A.   They were a large group divided into cells.  Each cell had

13  a certain area, for example, Europe.  Each cell had its emir

14  that was in control.  They stayed in touch in Pakistan with

15  Abu Jaffar and Abu Doha who was in Europe.

16  Q.   Who was the leader of the Europe cell in the Algerian

17  group?

18  A.   Fodail.

19  Q.   Approximately how many people were in your cell?

20  A.   I remember five.

21  Q.   Who were those people?

22  A.   Fodail, Abu Ahmed, Hakim, Mustapha, myself, and Karim was

23  also was with us.

24  Q.   Were there discussions in your cell about conducting a

25  terrorist operation?

1734hA03

Ressam - direct

1    A.   Yes.

2    Q.   Can you describe to the jury what that discussion was?

3    A.   We were all to meet in Canada and we were all to carry out

1    Q.   What year?

2    A.   1998.

3    Q.   What did you do next?

4    A.   Then I moved to a place in Jalalabad and outside Jalalabad

5    there is a place called Toronta.  I stayed there.  I studied

6    there.  I had a course there in the manufacture of explosives.

7    Q.   Is Toronta a camp?

8    A.   It is a place and it has a camp.

9    Q.   Is that also in Afghanistan?

10   A.   Yes, also in Afghanistan.

11   Q.   Who authorized you to take that explosive manufacturing

12   course training?

13   A.   Ben Sheik.

14   Q.   Who was the leader of that camp?

15   A.   An Algerian called Abu Sulieman.

16   Q.   Do you recall how long that explosive manufacturing

17   training was?

18   A.   About a month and a half.

19   Q.   Can you describe in general terms what that training

20   consisted of?

21   A.   We learned how to put chemical substances together to form

22   explosives.  We also learned how to make electronic circuits.

23   Q.   For what purpose?

24   A.   To use them to blow up things.

25   Q.   After you completed the manufacturing of explosives

1  training, did you have further discussions with your cell

2  members about your plan?

3  A.  Yes, I had discussions with Fodail and Montaz, also Abu

4  Jaffar.

5  Q.  Leaders of the group?

6  A.  Yes.

7  Q.  When was that discussion approximately?

8  A.  The beginning of Ramadan, I believe, 1998.

9  Q.  When would the beginning of Ramadan have been?

10  A.  In December I believe.

11  Q.  What was discussed with leaders of the group regarding the

12  plan in December 1998?

13  A.  How to travel individually and then meet up in Canada.

14  Q.  What was discussed?

15  A.  At first we discussed how to collect money then how to go

16  and carry out an operation in the United States.

17  Q.  What was the plans as to how people would come to Canada?

18  A.  I arrived first, first Mustapha was going to follow me.

19  He was stopped by immigration in Britain.  He went first and

20  stopped, then I followed, and then the others would meet in

21  Great Britain and follow up one by one.

22  Q.  Did you discuss what you would do after you conducted the

23  terrorist attack in the United States?

24  A.  We didn't; we weren't very specific.  We said we either

25  leave the United States or go to Algeria.

Ressam - direct

1   Q.   After that meeting did there come a time when you left

2   Afghanistan and returned to Canada?

3   A.   Yes.

4   Q.   When approximately was that?

5   A.   The beginning of 1999, in February.

6   Q.   Before returning to Canada did you meet again with Abu

7   Zubeida?

8   A.   Yes, I passed by to see him and he made arrangements for

9   my travel.

10   Q.   What country did you see Abu Zubeida in?

11   A.   In Pakistan.

12   Q.   He was leader of the camps?

13   A.   Yes.

14   Q.   Did you discuss anything when you met with Abu Zubeida on

15   your return back to Canada?

16   A.   Yes.   He asked me to send him some passports, some

17   original passports if I had that he can use to give other,

18   give to other people who had come to carry out operations in

19   U.S.

20   Q.   What type of passports was he looking for?

21   A.   Canadian passports, but original.

22   Q.   Did he tell you the names of the people he wanted those

23   passports for?

24   A.   He gave me some of the names.

25   Q.   Did you provide those names to the government when you

1   began cooperating?

2   A.   Yes.

3   Q.   Did you ever get those passports for Abu Zubeida?

4   A.   I tried but I was not successful.

5   Q.   Do you know whether those individuals ever got to the

6   United States?

7   A.   I do not know.

8   Q.   During your meetings with the government did you provide

9   the names of the leaders and trainers in the camps that you

10  could recall?

11  A.   Yes.

12  Q.   Did you provide the names of members of the various cells?

13  A.   Yes.

14  Q.   Approximately how many names did you provide to the

15  government from those camps?

16  A.   Many.

17  Q.   Did you provide the government with the terrorist

18  organizations that leaders were affiliated with?

19          MR. OLLEN:   Objection; hearsay.

20          THE COURT:   Could you read the question.

21          (Record read)

22          THE COURT:   The fact that he did it I will permit.

23  He is not testifying as to who they are.   Overruled.

24          You may answer.

25  A.   Yes.

1   Q.   When you traveled back to Canada in early 1999 did any of

2   your cell members travel back with you?

3   A.   When I went to Canada, when I came to Canada?

4   Q.   Yes.

5   A.   No, I came alone.

6   Q.   Did you bring anything back to Canada with you from

7   Afghanistan?

8   A.   Yes.

9   Q.   What did you bring?

10  A.   I came with some chemical substances.  I brought also a

11  notebook that had instructions on how to put together

12  explosives.  I brought a sum of money.

13  Q.   How much money did you bring back?

14  A.   $12,000.

15  Q.   Where did you get that from?

16  A.   From Montaz.

17  Q.   Why did Al Montaz give you $12,000?

18  A.   To take care of our affairs; first to get a house, to buy

19  weapons.

20  Q.   You mentioned you brought back chemicals; can you describe

21  what you brought back?

22  A.   Yes.  Hexamine.

23  Q.   Explain what hexamine is.

24  A.   It is a substance used in the manufacture of explosives.

25  It is a substance that is a booster that is used with

Ressam - direct

1   explosives.

2   Q.   What form is it in?

3   A.   It is in the form of tablets, but you grind it and then it

4   becomes like a white powder.

5   Q.   Did you bring back any other chemicals?

6   A.   Also glycol which is a liquid.

7   Q.   What is glycol used for?

8   A.   It is also used in explosives.

9   Q.   When you left Afghanistan in February 1999, where did you

10  travel back to?

11  A.   I went to Pakistan first.  Then I went to Los Angeles in

12  transit, and then took a plan from Los Angeles to Vancouver.

13  Q.   Who did you stay with in Vancouver?

14  A.   Abdelmajid Dahoumane.

15  Q.   Who was Abdelmajid Dahoumane?

16  A.   He is an old friend.

17  Q.   Can you tell us, from February of 1999 when you returned

18  to Vancouver until December of 1999, where were you living?

19  A.   I lived in Montreal.

20  Q.   Did you ever travel outside of Montreal during that

21  period?

22  A.   I used to travel to Vancouver to take care of business.

23  Q.   At that time were you legally in Canada?

24  A.   No, illegal.

25  Q.   What had happened to your political asylum claim?

Ressam - direct

1   A.   He had a store, silver; it was called Artisanat Nord-Sud.

2   Q.   What name appeared on the credit card application?

3   A.   Benni Noris.

4   Q.   Who filled out that application?

5   A.   Mokhtar did.

6   Q.   After returning from Canada did you ever hear the

7   defendant talk about committing fraud?

8   A.   Yes, in regard to Visa cards.

9   Q.   What did you learn from your conversations with the

10  defendant; what was he doing?

11  A.   We discussed having a business together, him and I, and

12  Samir Ait Mohamed.  They asked me to open a store for them.

13  Q.   Did you learn what type of credit card fraud the defendant

14  was involved in?

15  A.   Yes, Visa cards.

16  Q.   What were they doing with the Visa cards?

17  A.   They used to get names of people from restaurants or other

18  stores and use that information to make cards.

19  Q.   Did you learn who else was involved in this scheme with

20  the defendant?

21  A.   I knew that it was Mokhtar and Samir Ait Mohamed.

22  Q.   Did you ever observe the defendant with counterfeit credit

23  cards?

24  A.   Once I was with Samir Ait Mohamed and Mokhtar in Samir's

25  car, and Mokhtar had some cards, he put them in an envelope,

```
 1              THE INTERPRETER:  Your Honor, I cannot understand the
 2    word he is saying.
 3    A.   It was put in my file and the file was closed.
 4    Q.   It was rejected?
 5    A.   Yes, it was rejected.
 6    Q.   Was there an immigration warrant issued for your arrest?
 7    A.   I heard about that later after I left.
 8    Q.   Did there come a time when you returned to Montreal in
 9    1999 when you reestablished contact with Mokhtar Haouari?
10    A.   Yes, that summer.
11    Q.   What year was that?
12    A.   The summer of 1999.
13    Q.   Who put you in contact with the defendant again?
14    A.   Samir Ait Mohamed told me where he is working.
15    Q.   Who is Samir Ait Mohamed?
16    A.   He is a mutual friend of mine and Mokhtar.
17    Q.   Why did you want to get in contact with Mokhtar Haouari?
18    A.   I needed a Visa card.
19    Q.   Did you meet with the defendant to discuss getting a Visa
20    card?
21    A.   Yes, I asked him if I can use the name of his store and
22    pretend I am working in his store to obtain a Visa.
23    Q.   What was the defendant's response?
24    A.   He agreed.
25    Q.   What type of business did the defendant have?
```

1    he went to Federal Express to mail them, I believe to America.

2    Q.   Do you remember approximately when that was?

3    A.   I believe in October.

4    Q.   What year?

5    A.   1999.

6    Q.   Did you ever observe the defendant on any other occasions

7    with counterfeit credit cards?

8    A.   Yes, I saw him in the house on Sherbrooke.

9    Q.   What did you see?

10   A.   It was a small place; there was a small computer and small

11   device next to it.  He used to imprint the cards there.  He

12   would type in some data and then swipe the card on the device

13   next to it.

14   Q.   Did there come a time when you were asked to assist in the

15   credit card fraud scheme?

16   A.   Yes.

17   Q.   Approximately when was that?

18   A.   Ends of October, the beginning of November.

19   Q.   What year?

20   A.   1999.

21   Q.   What were those discussions; who was involved in those

22   discussions; what were they about?

23   A.   Samir Ait Mohamed and Mokhtar.  They asked me to get a

24   store for them in order to collect information about Visa

25   cards, and also about ATM cards.

1   Q.  In whose name was the lease going to be under?

2   A.  In my name.

3   Q.  Your real name?

4   A.  No, Benni Noris.

5   Q.  What was the name Benni Noris?

6   A.  It was on the papers that I was using at that time.

7   Q.  Was that one of the fake names you were using?

8   A.  Yes.  They are fake cards but they are original.

9   Q.  You agreed to open the store for them?

10  A.  Yes.

11  Q.  Were you supposed to receive anything from the proceeds of

12  the fraud done through the store?

13  A.  Yes.  Said Arrar was also with them.  Yes, I was to

14  receive something in return.

15  Q.  By the way, when you spoke with the defendant what

16  language did you speak with him in?

17  A.  In Arabic.

18  Q.  When you go to the stores, when you went to stores in

19  Montreal, what language would you speak in stores in Montreal?

20  A.  French, I used French.

21  Q.  During your interactions with the defendant in 1999, did

22  you discuss the Afghanistan camps with him?

23  A.  Yes, I did.

24  Q.  Approximately when was that?

25  A.  The period toward the end of October, beginning of

Ressam - direct

1    November.

2    Q.   Do you recall how the subject came up?

3    A.   I remember I was with Mokhtar and Samir Ait Mohamed.   We

4    were talking about the jihad in Chechnya.   He said he has a

5    friend in America who is very eager to join the jihad.   I said

6    do you know this person well, this friend very well; if you

7    trust him, it's not a problem, we can get him a Visa.   And

8    later on, I did call people in Afghanistan.

9    Q.   Did you describe your experience in Afghanistan to the

10   defendant?

11   A.   Yes, in general.

12   Q.   What did you tell him?

13   A.   That there is a lot of training, lot of military training

14   and people from all nationalities are there.   You will have

15   some difficulty at the beginning but then you get used to it.

16   You learn a lot of military things, like explosives, weapons.

17   And there is the Algerian group; you will get to know them.

18   Q.   What was the defendant's response when you described your

19   experience at the camp?

20   A.   I don't remember precisely but he was interested in it.

21   Q.   What did he tell you about his interests?

22   A.   He wanted to go to Afghanistan also.

23   Q.   Did he want to go at that time?

24   A.   He wanted to leave later on, four to six months later

25   after they open the store and after collecting some money.   He

Ressam - direct

1   said what shall I take with me.  I said take a computer along

2   and some training clothes, sports clothes.

3   Q.  Did you ever have political discussions with the

Ressam - direct

1          MR. BIANCO:   Your Honor, this might be a good time.

2          THE COURT:   We will recess for about ten minutes.

3     Don't discuss the case or come to any conclusions.

4          (Jury leaves courtroom)

5          (Recess)

6          (Continued on next page)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Ressam - direct

1                  (Robing room discussion off the record)

2    AHMED RESSAM, resumed.

3                  (In open court; jury present)

4                  THE COURT:  You may proceed, Mr. Bianco.

5                  MR. BIANCO:  Thank you, your Honor.

6    DIRECT EXAMINATION Continued

7    BY MR. BIANCO:

8    Q.  Mr. Ressam, when the time you returned from Afghanistan in

9    February of '99 in the months that followed, you did begin

10   making any preparation in connection with your plan to conduct

11   an attack on the U.S.?

12   A.  Yes.

13   Q.  What was some of the things you were doing in those few

14   months after you came back?

15   A.  First I put my papers in order, my documents.

16   Q.  What document do you mean?  Documents?  What type of

17   documents?

18   A.  My bank card, driver's license, and insurance card.

19   Q.  Under what name?

20   A.  In the name of Benni Noris.

21   Q.  And why was it important to get those papers in order?

22   A.  So that if I want to travel, I want to -- after I carry

23   out the operation, so it would be in order.

24   Q.  Were you doing anything else in those several months?

25   A.  Yes, I also started looking for chemical substances to

Ressam - direct

1   find out where they are sold.

2   Q.   Chemical substances for what?

3   A.   To make explosives.

4   Q.   Did you purchase any of those chemicals during those first

5   few months?

6   A.   No, I just wanted to observe and get an idea.

7   Q.   Did you do anything else?

8   A.   Also, I wanted to know who sells weapons and I got in

9   touch with Samir Ait Mohamed.

10   Q.   And what did you ask Samir Ait Mohamed for?

11   A.   To find me a weapon.

12   Q.   Why did you want a weapon?

13   A.   So to use it and when my friends join me, arrive, we will

14   use it to carry out operations involving money.

15   Q.   What do you mean "operations involving money"?  What type

16   of operations?

17   A.   Robbing currency exchanges, places that has money.

18   Q.   In Canada?

19   A.   Yes.

20   Q.   Now, when you began cooperating with the government, did

21   you disclose the fact that you were going to use that gun in

22   connection with robbery?

23           MR. OLLEN:   Objection, hearsay.

24           THE COURT:   No.  Under Rule 607, I'm going to permit

25   it because I take it as a preliminary question.

Ressam - direct

1          You may answer the question.

2          Could you read the question again so the interpreter

3    could give it to the witness.   Thank you.

4          (Record read)

5    A.   No, I did not tell them that.

6    Q.   You held that back?

7    A.   Yes, yes.

8    Q.   What did you say it was for?

9    A.   To protect myself.

10   Q.   Did there come a time when you learned about travel

11   problems that your fellow cell members were having?  Did there

12   come a time when you learned about problems -- travel problems

13   that your fellow cell members were having getting to Canada?

14   A.   Yes.

15   Q.   Approximately when did you hear about that?

16   A.   At the beginning of the summer.

17   Q.   In 1999?

18   A.   Yes, in 1999.

19   Q.   Do you recall how you learned about that?

20   A.   Yes, by calling my friends.

21   Q.   Which friends?

22   A.   Labsi Mustafa and Abu Doha.

23   Q.   Where were they?

24   A.   They were in London.

25   Q.   When you spoke to them, what did you learn?

Ressam - direct

1    A.   I learned that they changed their plans.  They're not

2    coming to Canada, however, they were staying in Europe;

3    however, Mustafa was still hesitant.

4    Q.   Why did they change their plans?

5    A.   Because of the problems with Immigration.  When they were

6    trying to come to Canada, they were stopped in London at the

7    Immigration.

8    Q.   Who was stopped?

9    A.   They stopped Mustafa, first of all, and then at the

10   beginning of the summer, Fodail was going to come and they

11   also stopped him.

12   Q.   Fodail was the leader of your cell?

13   A.   He was going to be the leader of my cell.

14   Q.   So, after Fodail got stopped, what did they decide?

15   A.   To remain in Europe.

16   Q.   After you learned that they were going to remain in

17   Europe, did you abandon your terrorist plan?

18   A.   I started thinking of how am I going to carry out the

19   operation.

20   Q.   So, you decided to continue anyway?

21   A.   Yes.

22   Q.   Now, did there come a time when you actively began

23   preparing your terrorist plan?

24   A.   Yes.

25   Q.   Approximately when was that?