# Exhibit 10

 

a NewsHour with Jim Lehrer Transcript

ONLINE FOCUS



# BIN LADEN'S FATWA



The following text is a fatwa, or declaration of war, by Osama bin Laden first published in *Al Quds Al Arabi*, a London-based newspaper, in August, 1996. The fatwa is entitled "Declaration of War against the Americans Occupying the Land of the Two Holy Places."

**NewsHour Links**

*Online Special Report:*
Terrorist Attacks

International Reaction

Al Qaeda

Afghanistan

African Embassy Bombings

Who is Osama bin Laden?

Praise be to Allah, we seek His help and ask for his pardon. we take refuge in Allah from our wrongs and bad deeds. Who ever been guided by Allah will not be misled, and who ever has been misled, he will never be guided. I bear witness that there is no God except Allah-no associates with Him- and I bear witness that Muhammad is His slave and messenger.

{O you who believe! be careful of -your duty to- Allah with the proper care which is due to Him, and do not die unless you are Muslim} (Imraan; 3:102), {O people be careful of -your duty to- your Lord, Who created you from a single being and created its mate of the same -kind- and spread from these two, many men and women; and be careful of -your duty to- Allah , by whom you demand one of another -your rights-, and (be careful) to the ties of kinship; surely Allah ever watches over you} (An-Nisa; 4:1), {O you who believe! be careful- of your duty- to Allah and speak the right word; He will put your deeds into a right state for you, and forgive you your faults; and who ever obeys Allah and his Apostle, he indeed achieve a mighty success} (Al-Ahzab; 33:70-71).

Praise be to Allah, reporting the saying of the prophet Shu'aib: {I desire nothing but reform so far as I am able, and with non but Allah is the direction of my affair to the right and successful path; on him do I rely and to him do I turn} (Hud; 11:88).

**Outside Links**

U.S. State Department Office of

Praise be to Allah, saying: {You are the best of the nations raised up for -the benefit of- men; you

Counterterrorism

Terrorism
Research Center

International
Policy Institute
for Counter-
Terrorism

enjoin what is right and forbid the wrong and believe in Allah} (Aal-Imraan; 3:110). Allah's blessing and salutations on His slave and messenger who said: (The people are close to an all encompassing punishment from Allah if they see the oppressor and fail to restrain him.)

It should not be hidden from you that the people of Islam had suffered from aggression, iniquity and injustice imposed on them by the Zionist-Crusaders alliance and their collaborators; to the extent that the Muslims blood became the cheapest and their wealth as loot in the hands of the enemies. Their blood was spilled in Palestine and Iraq. The horrifying pictures of the massacre of Qana, in Lebanon are still fresh in our memory. Massacres in Tajakestan, Burma, Cashmere, Assam, Philippine, Fatani, Ogadin, Somalia, Erithria, Chechnia and in Bosnia-Herzegovina took place, massacres that send shivers in the body and shake the conscience. All of this and the world watch and hear, and not only didn't respond to these atrocities, but also with a clear conspiracy between the USA and its' allies and under the cover of the iniquitous United Nations, the dispossessed people were even prevented from obtaining arms to defend themselves.

The people of Islam awakened and realised that they are the main target for the aggression of the Zionist-Crusaders alliance. All false claims and propaganda about "Human Rights" were hammered down and exposed by the massacres that took place against the Muslims in every part of the world.

The latest and the greatest of these aggressions, incurred by the Muslims since the death of the Prophet (ALLAH'S BLESSING AND SALUTATIONS ON HIM) is the occupation of the land of the two Holy Places -the foundation of the house of Islam, the place of the revelation, the source of the message and the place of the noble Ka'ba, the Qiblah of all Muslims- by the armies of the American Crusaders and their allies. (We bemoan this and can only say: "No power and power acquiring except through Allah").

Under the present circumstances, and under the banner of the blessed awakening which is sweeping the world in general and the Islamic world in particular, I meet with you today. And after a long absence, imposed on the scholars

(Ulama) and callers (Da'ees) of Islam by the iniquitous crusaders movement under the leadership of the USA; who fears that they, the scholars and callers of Islam, will instigate the Ummah of Islam against its' enemies as their ancestor scholars-may Allah be pleased with them- like Ibn Taymiyyah and Al'iz Ibn Abdes-Salaam did. And therefore the Zionist-Crusader alliance resorted to killing and arresting the truthful Ulama and the working Da'ees (We are not praising or sanctifying them; Allah sanctify whom He pleased). They killed the Mujahid Sheikh Abdullah Azzaam, and they arrested the Mujahid Sheikh Ahmad Yaseen and the Mujahid Sheikh Omar Abdur Rahman (in America).

By orders from the USA they also arrested a large number of scholars, Da'ees and young people - in the land of the two Holy Places- among them the prominent Sheikh Salman Al-Oud'a and Sheikh Safar Al-Hawali and their brothers; (We bemoan this and can only say: "No power and power acquiring except through Allah"). We, myself and my group, have suffered some of this injustice ourselves; we have been prevented from addressing the Muslims. We have been pursued in Pakistan, Sudan and Afghanistan, hence this long absence on my part. But by the Grace of Allah, a safe base is now available in the high Hindukush mountains in Khurasan ; where--by the Grace of Allah-the largest infidel military force of the world was destroyed. And the myth of the super power was withered in front of the Mujahideen cries of Allahu Akbar (God is greater). Today we work from the same mountains to lift the iniquity that had been imposed on the Ummah by the Zionist-Crusader alliance, particularly after they have occupied the blessed land around Jerusalem, route of the journey of the Prophet (ALLAH'S BLESSING AND SALUTATIONS ON HIM) and the land of the two Holy Places. We ask Allah to bestow us with victory, He is our Patron and He is the Most Capable.

From here, today we begin the work, talking and discussing the ways of correcting what had happened to the Islamic world in general, and the Land of the two Holy Places in particular. We wish to study the means that we could follow to return the situation to its' normal path. And to return to the people their own rights, particularly after the large damages and the great aggression on the life and the religion of the people. An injustice that

had affected every section and group of the
people; the civilians, military and security men,
government officials and merchants, the young
and the old people as well as schools and
university students. Hundred of thousands of the
unemployed graduates, who became the widest
section of the society, were also affected.

Injustice had affected the people of the industry
and agriculture. It affected the people of the rural
and urban areas. And almost every body complain
about something. The situation at the land of the
two Holy places became like a huge volcano at
the verge of eruption that would destroy the Kufr
and the corruption and its' sources. The explosion
at Riyadh and Al-Khobar is a warning of this
volcanic eruption emerging as a result of the sever
oppression, suffering, excessive iniquity,
humiliation and poverty.

People are fully concerned about their every day
livings; every body talks about the deterioration of
the economy, inflation, ever increasing debts and
jails full of prisoners. Government employees with
limited income talk about debts of ten thousands
and hundred thousands of Saudi Riyals . They
complain that the value of the Riyal is greatly and
continuously deteriorating among most of the main
currencies. Great merchants and contractors
speak about hundreds and thousands of million
Riyals owed to them by the government. More
than three hundred forty billions of Riyal owed by
the government to the people in addition to the
daily accumulated interest, let alone the foreign
debt. People wonder whether we are the largest
oil exporting country?! They even believe that this
situation is a curse put on them by Allah for not
objecting to the oppressive and illegitimate
behaviour and measures of the ruling regime:
Ignoring the divine Shari'ah law; depriving people
of their legitimate rights; allowing the American to
occupy the land of the two Holy Places;
imprisonment, unjustly, of the sincere scholars.
The honourable Ulamah and scholars as well as
merchants, economists and eminent people of the
country were all alerted by this disastrous
situation.

Quick efforts were made by each group to contain
and to correct the situation. All agreed that the
country is heading toward a great catastrophe, the
depth of which is not known except by Allah. One
big merchant commented : '' the king is leading

the state into 'sixty-six' folded disaster'', (We bemoan this and can only say: "No power and power acquiring except through Allah"). Numerous princes share with the people their feelings, privately expressing their concerns and objecting to the corruption, repression and the intimidation taking place in the country. But the competition between influential princes for personal gains and interest had destroyed the country. Through its course of actions the regime has torn off its legitimacy:

(1) Suspension of the Islamic Shari'ah law and exchanging it with man made civil law. The regime entered into a bloody confrontation with the truthful Ulamah and the righteous youths (we sanctify nobody; Allah sanctify Whom He pleaseth).

(2) The inability of the regime to protect the country, and allowing the enemy of the Ummah - the American crusader forces- to occupy the land for the longest of years. The crusader forces became the main cause of our disastrous condition, particularly in the economical aspect of it due to the unjustified heavy spending on these forces. As a result of the policy imposed on the country, especially in the field of oil industry where production is restricted or expanded and prices are fixed to suit the American economy ignoring the economy of the country. Expensive deals were imposed on the country to purchase arms. People asking what is the justification for the very existence of the regime then?

Quick efforts were made by individuals and by different groups of the society to contain the situation and to prevent the danger. They advised the government both privately and openly; they send letters and poems, reports after reports, reminders after reminders, they explored every avenue and enlist every influential man in their movement of reform and correction. They wrote with style of passion, diplomacy and wisdom asking for corrective measures and repentance from the "great wrong doings and corruption " that had engulfed even the basic principles of the religion and the legitimate rights of the people.

But -to our deepest regret- the regime refused to listen to the people accusing them of being ridiculous and imbecile. The matter got worse as previous wrong doings were followed by mischief's

of greater magnitudes. All of this taking place in the land of the two Holy Places! It is no longer possible to be quiet. It is not acceptable to give a blind eye to this matter.

As the extent of these infringements reached the highest of levels and turned into demolishing forces threatening the very existence of the Islamic principles, a group of scholars-who can take no more- supported by hundreds of retired officials, merchants, prominent and educated people wrote to the King asking for implementation of the corrective measures. In 1411 A.H. (May 1991), at the time of the gulf war, a letter, the famous letter of Shawwaal, with over four hundred signatures was send to the king demanding the lift of oppression and the implementation of corrective actions. The king humiliated those people and choose to ignore the content of their letter; and the very bad situation of the country became even worse.

People, however, tried again and send more letters and petitions. One particular report, the glorious Memorandum Of Advice, was handed over to the king on Muharram, 1413 A.H (July 1992), which tackled the problem pointed out the illness and prescribed the medicine in an original, righteous and scientific style. It described the gaps and the shortcoming in the philosophy of the regime and suggested the required course of action and remedy. The report gave a description of:

(1) The intimidation and harassment suffered by the leaders of the society, the scholars, heads of tribes, merchants, academic teachers and other eminent individuals;

(2) The situation of the law within the country and the arbitrary declaration of what is Halal and Haram (lawful and unlawful) regardless of the Shari'ah as instituted by Allah;

(3) The state of the press and the media which became a tool of truth-hiding and misinformation; the media carried out the plan of the enemy of idolising cult of certain personalities and spreading scandals among the believers to repel the people away from their religion, as Allah, the Exalted said: {surely- as for- those who love that scandal should circulate between the believers, they shall have a

grievous chastisement in this world and in the here after} (An-Noor, 24:19).

(4) Abuse and confiscation of human rights;

(5) The financial and the economical situation of the country and the frightening future in the view of the enormous amount of debts and interest owed by the government; this is at the time when the wealth of the Ummah being wasted to satisfy personal desires of certain individuals!! while imposing more custom duties and taxes on the nation. (the prophet said about the woman who committed adultery: "She repented in such a way sufficient to bring forgiveness to a custom collector!!").,

(6) The miserable situation of the social services and infra-structure especially the water service and supply , the basic requirement of life.,

(7) The state of the ill-trained and ill-prepared army and the impotence of its commander in chief despite the incredible amount of money that has been spent on the army. The gulf war clearly exposed the situation.,

(8) Shari'a law was suspended and man made law was used instead.,

(9) And as far as the foreign policy is concerned the report exposed not only how this policy has disregarded the Islamic issues and ignored the Muslims, but also how help and support were provided to the enemy against the Muslims; the cases of Gaza-Ariha and the communist in the south of Yemen are still fresh in the memory, and more can be said.

As stated by the people of knowledge, it is not a secret that to use man made law instead of the Shari'a and to support the infidels against the Muslims is one of the ten "voiders" that would strip a person from his Islamic status (turn a Muslim into a Mushrik, non believer status). The All Mighty said: {and whoever did not judge by what Allah revealed, those are the unbelievers} (Al-Ma'ida; 5:44), and {but no! by your Lord! they do not believe (in reality) until they make you a judge of that which has become a matter of disagreement among them, and then do not find the slightest misgiving in their hearts as to what you have

decided and submit with entire submission} (An-Nissa; 4:65).

In spite of the fact that the report was written with soft words and very diplomatic style, reminding of Allah, giving truthful sincere advice, and despite of the importance of advice in Islam - being absolutely essential for those in charge of the people- and the large number who signed this document as well as their supporters, all of that was not an intercession for the Memorandum . Its' content was rejected and those who signed it and their sympathisers were ridiculed, prevented from travel, punished and even jailed.

Therefore it is very clear that the advocates of correction and reform movement were very keen on using peaceful means in order to protect the unity of the country and to prevent blood shed. Why is it then the regime closed all peaceful routes and pushed the people toward armed actions?!! which is the only choice left for them to implement righteousness and justice. To whose benefit does prince Sultan and prince Nayeff push the country into a civil war that will destroy everything? and why consulting those who ignites internal feuds, playing the people against each other and instigate the policemen, the sons of the nation, to abort the reform movement. While leaving in peace and security such traitors who implement the policy of the enemy in order to bleed the financial and the human resources of the Ummah, and leaving the main enemy in the area-the American Zionist alliance enjoy peace and security?!

The advisor (Zaki Badr, the Egyptian ex-minister of the interior) to prince Nayeff -minister of interior-was not acceptable even to his own country; he was sacked from his position there due to the filthy attitude and the aggression he exercised on his own people, yet he was warmly welcomed by prince Nayeff to assist in sins and aggressions. He unjustly filled the prisons with the best sons of this Ummah and caused miseries to their mothers. Does the regime want to play the civilians against their military personnel and vice versa, like what had happened in some of the neighbouring countries?!! No doubts this is the policy of the American-Israeli alliance as they are the first to benefit from this situation.

But with the grace of Allah, the majority of the

nation, both civilians and military individuals are aware of the wicked plan. They refused to be played against each others and to be used by the regime as a tool to carry out the policy of the American-Israeli alliance through their agent in our country: the Saudi regime.

Therefore every one agreed that the situation can not be rectified (the shadow cannot be straighten when its' source, the rod, is not straight either) unless the root of the problem is tackled. Hence it is essential to hit the main enemy who divided the Ummah into small and little countries and pushed it, for the last few decades, into a state of confusion. The Zionist-Crusader alliance moves quickly to contain and abort any "corrective movement" appearing in the Islamic countries. Different means and methods are used to achieve their target; on occasion the "movement" is dragged into an armed struggle at a predetermined unfavourable time and place. Sometime officials from the Ministry of Interior, who are also graduates of the colleges of the Shari'ah, are leashed out to mislead and confuse the nation and the Ummah (by wrong Fatwas) and to circulate false information about the movement. At other occasions some righteous people were tricked into a war of words against the Ulama and the leaders of the movement, wasting the energy of the nation in discussing minor issues and ignoring the main one that is the unification of the people under the divine law of Allah.

In the shadow of these discussions and arguments truthfulness is covered by the falsehood, and personal feuds and partisanship created among the people increasing the division and the weakness of the Ummah; priorities of the Islamic work are lost while the blasphemy and polytheism continue its grip and control over the Ummah. We should be alert to these atrocious plans carried out by the Ministry of Interior. The right answer is to follow what have been decided by the people of knowledge, as was said by Ibn Taymiyyah (Allah's mercy upon him): "people of Islam should join forces and support each other to get rid of the main "Kufr" who is controlling the countries of the Islamic world, even to bear the lesser damage to get rid of the major one, that is the great Kufr".

If there are more than one duty to be carried out, then the most important one should receive

priority. Clearly after Belief (Imaan) there is no more important duty than pushing the American enemy out of the holy land. No other priority, except Belief, could be considered before it; the people of knowledge, Ibn Taymiyyah, stated: "to fight in defence of religion and Belief is a collective duty; there is no other duty after Belief than fighting the enemy who is corrupting the life and the religion. There is no preconditions for this duty and the enemy should be fought with one best abilities. (ref: supplement of Fatawa). If it is not possible to push back the enemy except by the collective movement of the Muslim people, then there is a duty on the Muslims to ignore the minor differences among themselves; the ill effect of ignoring these differences, at a given period of time, is much less than the ill effect of the occupation of the Muslims' land by the main Kufr. Ibn Taymiyyah had explained this issue and emphasised the importance of dealing with the major threat on the expense of the minor one. He described the situation of the Muslims and the Mujahideen and stated that even the military personnel who are not practising Islam are not exempted from the duty of Jihad against the enemy.

Ibn Taymiyyah , after mentioning the Moguls (Tatar) and their behaviour in changing the law of Allah, stated that: the ultimate aim of pleasing Allah, raising His word, instituting His religion and obeying His messenger (ALLAH'S BLESSING AND SALUTATIONS ON HIM) is to fight the enemy, in every aspects and in a complete manner; if the danger to the religion from not fighting is greater than that of fighting, then it is a duty to fight them even if the intention of some of the fighter is not pure i.e . fighting for the sake of leadership (personal gain) or if they do not observe some of the rules and commandments of Islam. To repel the greatest of the two dangers on the expense of the lesser one is an Islamic principle which should be observed. It was the tradition of the people of the Sunnah (Ahlul-Sunnah) to join and invade- fight- with the righteous and non righteous men. Allah may support this religion by righteous and non righteous people as told by the prophet (ALLAH'S BLESSING AND SALUTATIONS ON HIM). If it is not possible to fight except with the help of non righteous military personnel and commanders, then there are two possibilities: either fighting will be ignored and the others, who are the great

danger to this life and religion, will take control; or to fight with the help of non righteous rulers and therefore repelling the greatest of the two dangers and implementing most, though not all, of the Islamic laws. The latter option is the right duty to be carried out in these circumstances and in many other similar situation. In fact many of the fights and conquests that took place after the time of Rashidoon, the guided Imams, were of this type. (majmoo' al Fatawa, 26/506).

No one, not even a blind or a deaf person , can deny the presence of the widely spread mischief's or the prevalence of the great sins that had reached the grievous iniquity of polytheism and to share with Allah in His sole right of sovereignty and making of the law. The All Mighty stated: {And when Luqman said to his son while he admonish him: O my son! do not associate ought with Allah; most surely polytheism is a grievous iniquity} (Luqman; 31:13). Man fabricated laws were put forward permitting what has been forbidden by Allah such as usury (Riba) and other matters. Banks dealing in usury are competing, for lands, with the two Holy Places and declaring war against Allah by disobeying His order {Allah has allowed trading and forbidden usury} (Baqarah; 2:275). All this taking place at the vicinity of the Holy Mosque in the Holy Land! Allah (SWT) stated in His Holy Book a unique promise (that had not been promised to any other sinner) to the Muslims who deals in usury: {O you who believe! Be careful of your duty to Allah and relinquish what remains (due) from usury, if you are believers * But if you do (it) not, then be appraised of WAR from Allah and His Apostle} (Baqarah; 2:278-279). This is for the "Muslim" who deals in usury (believing that it is a sin), what is it then to the person who make himself a partner and equal to Allah, legalising (usury and other sins) what has been forbidden by Allah. Despite of all of the above we see the government misled and dragged some of the righteous Ulamah and Da'ees away from the issue of objecting to the greatest of sins and Kufr. (We bemoan this and can only say: "No power and power acquiring except through Allah").

Under such circumstances, to push the enemy-the greatest Kufr- out of the country is a prime duty. No other duty after Belief is more important than the duty of had . Utmost effort should be made to prepare and instigate the Ummah against the

enemy, the American-Israeli alliance- occupying the country of the two Holy Places and the route of the Apostle (Allah's Blessings and Salutations may be on him) to the Furthest Mosque (Al-Aqsa Mosque). Also to remind the Muslims not to be engaged in an internal war among themselves, as that will have grieve consequences namely:

1-consumption of the Muslims human resources as most casualties and fatalities will be among the Muslims people.

2-Exhaustion of the economic and financial resources.

3-Destruction of the country infrastructures

4-Dissociation of the society

5-Destruction of the oil industries. The presence of the USA Crusader military forces on land, sea and air of the states of the Islamic Gulf is the greatest danger threatening the largest oil reserve in the world. The existence of these forces in the area will provoke the people of the country and induces aggression on their religion, feelings and prides and push them to take up armed struggle against the invaders occupying the land; therefore spread of the fighting in the region will expose the oil wealth to the danger of being burned up. The economic interests of the States of the Gulf and the land of the two Holy Places will be damaged and even a greater damage will be caused to the economy of the world. I would like here to alert my brothers, the Mujahideen, the sons of the nation, to protect this (oil) wealth and not to include it in the battle as it is a great Islamic wealth and a large economical power essential for the soon to be established Islamic state, by Allah's Permission and Grace. We also warn the aggressors, the USA, against burning this Islamic wealth (a crime which they may commit in order to prevent it, at the end of the war, from falling in the hands of its legitimate owners and to cause economic damages to the competitors of the USA in Europe or the Far East, particularly Japan which is the major consumer of the oil of the region).

6-Division of the land of the two Holy Places, and annexing of the northerly part of it by Israel. Dividing the land of the two Holy Places is an essential demand of the Zionist-Crusader alliance.

Case 1:03-md-01570-GBD-SN   Document 272-13   Filed 06/30/04   Page 14 of 32

The existence of such a large country with its huge resources under the leadership of the forthcoming Islamic State, by Allah's Grace, represent a serious danger to the very existence of the Zionist state in Palestine. The Nobel Ka'ba, -the Qiblah of all Muslims- makes the land of the two Holy Places a symbol for the unity of the Islamic world. Moreover, the presence of the world largest oil reserve makes the land of the two Holy Places an important economical power in the Islamic world. The sons of the two Holy Places are directly related to the life style (Seerah) of their forefathers, the companions, may Allah be pleased with them. They consider the Seerah of their forefathers as a source and an example for re-establishing the greatness of this Ummah and to raise the word of Allah again. Furthermore the presence of a population of fighters in the south of Yemen, fighting in the cause of Allah, is a strategic threat to the Zionist-Crusader alliance in the area. The Prophet (ALLAH'S BLESSING AND SALUTATIONS ON HIM) said: (around twelve thousands will emerge from Aden/Abian helping -the cause of- Allah and His messenger, they are the best, in the time, between me and them) narrated by Ahmad with a correct trustworthy reference.

7-An internal war is a great mistake, no matter what reasons are there for it. the presence of the occupier-the USA- forces will control the outcome of the battle for the benefit of the international Kufr.

I address now my brothers of the security and military forces and the national guards may Allah preserve you hoard for Islam and the Muslims people:

O you protectors of unity and guardians of Faith; O you descendent of the ancestors who carried the light (torch) of guidance and spread it all over the world. O you grandsons of Sa'd Ibn Abi Waqqaas , Almothanna Ibn Haritha Ash-Shaybani , Alga'ga' Ibn Amroo Al-Tameemi and those pious companions who fought Jihad alongside them; you competed to join the army and the guard forces with the intention to carry out Jihad in the cause of Allah -raising His word- and to defend the faith of Islam and the land of the two Holy Places against the invaders and the occupying forces. That is the ultimate level of believing in this religion "Deen". But the regime

had reversed these principles and their understanding, humiliating the Ummah and disobeying Allah. Half a century ago the rulers promised the Ummah to regain the first Qiblah, but fifty years later new generation arrived and the promises have been changed; Al-Aqsa Mosque handed over to the Zionists and the wounds of the Ummah still bleeding there. At the time when the Ummah has not regained the first Qiblah and the rout of the journey of the Prophet (Allah's Blessings and Salutations may be on him), and despite of all of the above, the Saudi regime had stunt the Ummah in the remaining sanctities, the Holy city of Makka and the mosque of the Prophet (Al-Masjid An-Nabawy), by calling the Christians army to defend the regime. The crusaders were permitted to be in the land of the two Holy Places. Not surprisingly though, the King himself wore the cross on his chest. The country was widely opened from the north-to- the south and from east-to-the west for the crusaders. The land was filled with the military bases of the USA and the allies. The regime became unable to keep control without the help of these bases. You know more than any body else about the size, intention and the danger of the presence of the USA military bases in the area. The regime betrayed the Ummah and joined the Kufr, assisting and helping them against the Muslims. It is well known that this is one of the ten "voiders" of Islam, deeds of de-Islamisation. By opening the Arab peninsula to the crusaders the regime disobeyed and acted against what has been enjoined by the messenger of Allah (Allah's Blessings and Salutations may be on him), while he was at the bed of his death: (Expel the polytheists out of the Arab Peninsula); (narrated by Al-Bukhari) and: (If I survive, Allah willing, I'll expel the Jews and the Christians out of the Arab Peninsula); saheeh Aljame' As-Sagheer.

It is out of date and no longer acceptable to claim that the presence of the crusaders is necessity and only a temporary measures to protect the land of the two Holy Places. Especially when the civil and the military infrastructures of Iraq were savagely destroyed showing the depth of the Zionist-Crusaders hatred to the Muslims and their children, and the rejection of the idea of replacing the crusaders forces by an Islamic force composed of the sons of the country and other Muslim people. moreover the foundations of the claim and the claim it self were demolished and wiped out by the sequence of speeches given by

the leaders of the Kuffar in America. The latest of these speeches was the one given by William Perry, the Defense Secretary, after the explosion in Al-Khobar saying that: the presence of the American solders there is to protect the interest of the USA. The imprisoned Sheikh Safar Al-Hawali, may Allah hasten his release, wrote a book of seventy pages; in it he presented evidence and proof that the presence of the Americans in the Arab Peninsula is a pre-planed military occupation. The regime want to deceive the Muslim people in the same manner when the Palestinian fighters, Mujahideen, were deceived causing the loss of Al-Aqsa Mosque. In 1304 A.H (1936 AD) the awakened Muslims nation of Palestine started their great struggle, Jihad, against the British occupying forces. Britain was impotent to stop the Mujahideen and their Jihad, but their devil inspired that there is no way to stop the armed struggle in Palestine unless through their agent King Abdul Azeez, who managed to deceives the Mujahideen. King Abdul Azeez carried out his duty to his British masters. He sent his two sons to meet the Mujahideen leaders and to inform them that King Abdul Azeez would guarantee the promises made by the British government in leaving the area and responding positively to the demands of the Mujahideen if the latter stop their Jihad. And so King Abdul Azeez caused the loss of the first Qiblah of the Muslims people. The King joined the crusaders against the Muslims and instead of supporting the Mujahideen in the cause of Allah, to liberate the Al-Aqsa Mosque, he disappointed and humiliated them.

Today, his son, king Fahd, trying to deceive the Muslims for the second time so as to loose what is left of the sanctities. When the Islamic world resented the arrival of the crusader forces to the land of the two Holy Places, the king told lies to the Ulamah (who issued Fatwas about the arrival of the Americans) and to the gathering of the Islamic leaders at the conference of Rabitah which was held in the Holy City of Makka. The King said that: "the issue is simple, the American and the alliance forces will leave the area in few months". Today it is seven years since their arrival and the regime is not able to move them out of the country. The regime made no confession about its inability and carried on lying to the people claiming that the American will leave. But never-never again ; a believer will not be bitten twice from the same hole or snake! Happy is the one who takes

note of the sad experience of the others!!

Instead of motivating the army, the guards, and
the security men to oppose the occupiers, the
regime used these men to protect the invaders,
and further deepening the humiliation and the
betrayal. (We bemoan this and can only say: "No
power and power acquiring except through Allah").
To those little group of men within the army, police
and security forces, who have been tricked and
pressured by the regime to attack the Muslims and
spill their blood, we would like to remind them of
the narration: (I promise war against those who
take my friends as their enemy) narrated by Al--
Bukhari. And his saying (Allah's Blessings and
Salutations may be on him) saying of: ( In the day
of judgement a man comes holding another and
complaining being slain by him. Allah, blessed be
His Names, asks: Why did you slay him?! The
accused replies: I did so that all exaltation may be
Yours. Allah, blessed be His Names, says: All
exaltation is indeed mine! Another man comes
holding a fourth with a similar complaint. Allah,
blessed be His Names, asks: Why did you kill
him?! The accused replies: I did so that exaltation
may be for Mr. X! Allah, blessed be His Names,
says: exaltation is mine, not for Mr. X, carry all the
slain man's sins (and proceed to the Hell fire)!). In
another wording of An-Nasa'i: "The accused says:
for strengthening the rule or kingdom of Mr. X"

Today your brothers and sons, the sons of the two
Holy Places, have started their Jihad in the cause
of Allah, to expel the occupying enemy from of the
country of the two Holy places. And there is no
doubt you would like to carry out this mission too,
in order to re-establish the greatness of this
Ummah and to liberate its' occupied sanctities.
Nevertheless, it must be obvious to you that, due
to the imbalance of power between our armed
forces and the enemy forces, a suitable means of
fighting must be adopted i.e using fast moving
light forces that work under complete secrecy. In
other word to initiate a guerrilla warfare, were the
sons of the nation, and not the military forces, take
part in it. And as you know, it is wise, in the
present circumstances, for the armed military
forces not to be engaged in a conventional fighting
with the forces of the crusader enemy (the
exceptions are the bold and the forceful
operations carried out by the members of the
armed forces individually, that is without the
movement of the formal forces in its conventional

shape and hence the responses will not be directed, strongly, against the army) unless a big advantage is likely to be achieved; and great losses induced on the enemy side (that would shaken and destroy its foundations and infrastructures) that will help to expel the defeated enemy from the country.

The Mujahideen, your brothers and sons, requesting that you support them in every possible way by supplying them with the necessary information, materials and arms. Security men are especially asked to cover up for the Mujahideen and to assist them as much as possible against the occupying enemy; and to spread rumours, fear and discouragement among the members of the enemy forces.

We bring to your attention that the regime, in order to create a friction and feud between the Mujahideen and yourselves, might resort to take a deliberate action against personnel of the security, guards and military forces and blame the Mujahideen for these actions. The regime should not be allowed to have such opportunity.

The regime is fully responsible for what had been incurred by the country and the nation; however the occupying American enemy is the principle and the main cause of the situation . Therefore efforts should be concentrated on destroying, fighting and killing the enemy until, by the Grace of Allah, it is completely defeated. The time will come -by the Permission of Allah- when you'll perform your decisive role so that the word of Allah will be supreme and the word of the infidels (Kaferoon) will be the inferior. You will hit with iron fist against the aggressors. You'll re-establish the normal course and give the people their rights and carry out your truly Islamic duty. Allah willing, I'll have a separate talk about these issues.

My Muslim Brothers (particularly those of the Arab Peninsula): The money you pay to buy American goods will be transformed into bullets and used against our brothers in Palestine and tomorrow (future) against our sons in the land of the two Holy places. By buying these goods we are strengthening their economy while our dispossession and poverty increases.

Muslims Brothers of land of the two Holy Places:

It is incredible that our country is the world largest buyer of arms from the USA and the area biggest commercial partners of the Americans who are assisting their Zionist brothers in occupying Palestine and in evicting and killing the Muslims there, by providing arms, men and financial supports.

To deny these occupiers from the enormous revenues of their trading with our country is a very important help for our Jihad against them. To express our anger and hate to them is a very important moral gesture. By doing so we would have taken part in (the process of ) cleansing our sanctities from the crusaders and the Zionists and forcing them, by the Permission of Allah, to leave disappointed and defeated.

We expect the woman of the land of the two Holy Places and other countries to carry out their role in boycotting the American goods.

If economical boycotting is intertwined with the military operations of the Mujahideen, then defeating the enemy will be even nearer, by the Permission of Allah. However if Muslims don't co-operate and support their Mujahideen brothers then , in effect, they are supplying the army of the enemy with financial help and extending the war and increasing the suffering of the Muslims.

The security and the intelligence services of the entire world can not force a single citizen to buy the goods of his/her enemy. Economical boycotting of the American goods is a very effective weapon of hitting and weakening the enemy, and it is not under the control of the security forces of the regime.

Before closing my talk, I have a very important message to the youths of Islam, men of the brilliant future of the Ummah of Muhammad (ALLAH'S BLESSING AND SALUTATIONS ON HIM). Our talk with the youths about their duty in this difficult period in the history of our Ummah. A period in which the youths and no one else came forward to carry out the variable and different duties. While some of the well known individuals had hesitated in their duty of defending Islam and saving themselves and their wealth from the injustice, aggression and terror -exercised by the government- the youths (may Allah protect them)

Case 1:03-md-01570-GBD-SN    Document 272-13    Filed 06/30/04    Page 20 of 32

were forthcoming and raised the banner of Jihad against the American-Zionist alliance occupying the sanctities of Islam. Others who have been tricked into loving this materialistic world, and those who have been terrorised by the government choose to give legitimacy to the greatest betrayal , the occupation of the land of the two Holy Places (We bemoan this and can only say: "No power and power acquiring except through Allah"). We are not surprised from the action of our youths. The youths were the companions of Muhammad (Allah's Blessings and Salutations may be on him), and was it not the youths themselves who killed Aba-Jahl, the Pharaoh of this Ummah?. Our youths are the best descendent of the best ancestors.

Abdul-Rahman Ibn Awf -may Allah be pleased with him- said: (I was at Badr where I noticed two youths one to my right and the other to my left. One of them asked me quietly (so not to be heard by the other) : O uncle point out Aba-Jahl to me. What do you want him for? , said Abdul Rahman. The boy answered: I have been informed that he- Aba-Jahl- abused the Messenger of Allah (), I swear by Allah, who have my soul in His hand, that if I see Aba-Jahl I'll not let my shadow departs his shadow till one of us is dead. I was astonished, said Abdul Rahman; then the other youth said the same thing as the first one. Subsequently I saw Aba-Jahl among the people; I said to the boys do you see? this is the man you are asking me about. The two youths hit Aba-Jahl with their swords till he was dead. Allah is the greatest, Praise be to Him: Two youths of young age but with great perseverance, enthusiasm, courage and pride for the religion of Allah's, each one of them asking about the most important act of killing that should be induced on the enemy. That is the killing of the pharaoh of this Ummah - Aba Jahl-, the leader of the unbelievers (Mushrikeen) at the battle of Badr. The role of Abdul Rahman Ibn Awf , may Allah be pleased with him, was to direct the two youths toward Aba-Jahl. That was the perseverance and the enthusiasm of the youths of that time and that was the perseverance and the enthusiasm of their fathers. It is this role that is now required from the people who have the expertise and knowledge in fighting the enemy. They should guide their brothers and sons in this matter; once that has been done, then our youths will repeat what their forefathers had said before: "I swear by Allah if I see him I'll not let my shadow to departs from his

shadow till one of us is dead".

And the story of Abdur-Rahman Ibn Awf about Ummayyah Ibn Khalaf shows the extent of Bilal's (may Allah be pleased with him) persistence in killing the head of the Kufr: "the head of Kufr is Ummayyah Ibn Khalaf.... I shall live not if he survives" said Bilal.

Few days ago the news agencies had reported that the Defence Secretary of the Crusading Americans had said that "the explosion at Riyadh and Al-Khobar had taught him one lesson: that is not to withdraw when attacked by coward terrorists".

We say to the Defence Secretary that his talk can induce a grieving mother to laughter! and shows the fears that had enshrined you all. Where was this false courage of yours when the explosion in Beirut took place on 1983 AD (1403 A.H). You were turned into scattered pits and pieces at that time; 241 mainly marines solders were killed. And where was this courage of yours when two explosions made you to leave Aden in lees than twenty four hours!

But your most disgraceful case was in Somalia; where- after vigorous propaganda about the power of the USA and its post cold war leadership of the new world order- you moved tens of thousands of international force, including twenty eight thousands American solders into Somalia. However, when tens of your solders were killed in minor battles and one American Pilot was dragged in the streets of Mogadishu you left the area carrying disappointment, humiliation, defeat and your dead with you. Clinton appeared in front of the whole world threatening and promising revenge , but these threats were merely a preparation for withdrawal. You have been disgraced by Allah and you withdrew; the extent of your impotence and weaknesses became very clear. It was a pleasure for the "heart" of every Muslim and a remedy to the "chests" of believing nations to see you defeated in the three Islamic cities of Beirut , Aden and Mogadishu.

I say to Secretary of Defence: The sons of the land of the two Holy Places had come out to fight against the Russian in Afghanistan, the Serb in Bosnia-Herzegovina and today they are fighting in

Chechenia and -by the Permission of Allah- they have been made victorious over your partner, the Russians. By the command of Allah, they are also fighting in Tajakistan.

I say: Since the sons of the land of the two Holy Places feel and strongly believe that fighting (Jihad) against the Kuffar in every part of the world, is absolutely essential; then they would be even more enthusiastic, more powerful and larger in number upon fighting on their own land- the place of their births- defending the greatest of their sanctities, the noble Ka'ba (the Qiblah of all Muslims). They know that the Muslims of the world will assist and help them to victory. To liberate their sanctities is the greatest of issues concerning all Muslims; It is the duty of every Muslims in this world.

I say to you William (Defence Secretary) that: These youths love death as you loves life. They inherit dignity, pride, courage, generosity, truthfulness and sacrifice from father to father. They are most delivering and steadfast at war. They inherit these values from their ancestors (even from the time of the Jaheliyyah, before Islam). These values were approved and completed by the arriving Islam as stated by the messenger of Allah (Allah's Blessings and Salutations may be on him): "I have been send to perfecting the good values". (Saheeh Al-Jame' As-Sagheer).

When the pagan King Amroo Ibn Hind tried to humiliate the pagan Amroo Ibn Kulthoom, the latter cut the head of the King with his sword rejecting aggression, humiliation and indignation.

If the king oppresses the people excessively, we reject submitting to humiliation.

By which legitimacy (or command) O Amroo bin Hind you want us to be degraded?!

By which legitimacy (or command) O Amroo bin Hind you listen to our foes and disrespect us?!

Our toughness has, O Amroo, tired the enemies before you, never giving in!

Our youths believe in paradise after death. They believe that taking part in fighting will not bring

their day nearer; and staying behind will not postpone their day either. Exalted be to Allah who said: {And a soul will not die but with the permission of Allah, the term is fixed} (Aal Imraan; 3:145). Our youths believe in the saying of the messenger of Allah (Allah's Blessings and Salutations may be on him): "O boy, I teach a few words; guard (guard the cause of, keep the commandments of) Allah, then He guards you, guard (the cause of ) Allah, then He will be with you; if you ask (for your need) ask Allah, if you seek assistance, seek Allah's; and know definitely that if the Whole World gathered to (bestow) profit on you they will not profit you except with what was determined for you by Allah, and if they gathered to harm you they will not harm you except with what has been determined for you by Allah; Pen lifted, papers dried, it is fixed nothing in these truths can be changed" Saheeh Al-Jame' As-Sagheer. Our youths took note of the meaning of the poetic verse:

"If death is a predetermined must, then it is a shame to die cowardly."
and the other poet saying:
"Who do not die by the sword will die by other reason; many causes are there but one death".

These youths believe in what has been told by Allah and His messenger (Allah's Blessings and Salutations may be on him) about the greatness of the reward for the Mujahideen and Martyrs; Allah, the most exalted said: {and -so far- those who are slain in the way of Allah, He will by no means allow their deeds to perish. He will guide them and improve their condition. and cause them to enter the garden -paradise- which He has made known to them}. (Muhammad; 47:4-6). Allah the Exalted also said: {and do not speak of those who are slain in Allah's way as dead; nay -they are- alive, but you do not perceive} (Bagarah; 2:154). His messenger (Allah's Blessings and Salutations may be on him) said: "for those who strive in His cause Allah prepared hundred degrees (levels) in paradise; in-between two degrees as the in-between heaven and earth". Saheeh Al-Jame' As-Sagheer. He (Allah's Blessings and Salutations may be on him) also said: "the best of the martyrs are those who do NOT turn their faces away from the battle till they are killed. They are in the high level of Jannah (paradise). Their Lord laughs to them ( in pleasure) and when your Lord laughs to a slave of His, He will not hold him to an account".

narrated by Ahmad with correct and trustworthy reference. And : "a martyr will not feel the pain of death except like how you feel when you are pinched". Saheeh Al-Jame' As-Sagheer. He also said: "a martyr privileges are guaranteed by Allah; forgiveness with the first gush of his blood, he will be shown his seat in paradise, he will be decorated with the jewels of belief (Imaan), married off to the beautiful ones, protected from the test in the grave, assured security in the day of judgement, crowned with the crown of dignity, a ruby of which is better than this whole world (Duniah) and its' entire content, wedded to seventy two of the pure Houries (beautiful ones of Paradise) and his intercession on the behalf of seventy of his relatives will be accepted". Narrated by Ahmad and At-Tirmithi (with the correct and trustworthy reference).

Those youths know that their rewards in fighting you, the USA, is double than their rewards in fighting some one else not from the people of the book. They have no intention except to enter paradise by killing you. An infidel, and enemy of God like you, cannot be in the same hell with his righteous executioner.

Our youths chanting and reciting the word of Allah, the most exalted: {fight them; Allah will punish them by your hands and bring them to disgrace, and assist you against them and heal the heart of a believing people} (At-Taubah; 9:14) and the words of the prophet (ALLAH'S BLESSING AND SALUTATIONS ON HIM): "I swear by Him, who has my soul in His hand, that no man get killed fighting them today, patiently attacking and not retreating ,surely Allah will let him into paradise". And his (Allah's Blessings and Salutations may be on him) saying to them: "get up to a paradise as wide as heaven and earth".

The youths also reciting the All Mighty words of: "so when you meat in battle those who disbelieve, then smite the necks..." (Muhammad; 47:19). Those youths will not ask you (William Perry) for explanations, they will tell you singing there is nothing between us need to be explained, there is only killing and neck smiting.

And they will say to you what their grand father, Haroon Ar-Rasheed, Ameer-ul-Mu'meneen, replied to your grandfather, Nagfoor, the Byzantine emperor, when he threatened the

Muslims: "from Haroon Ar-Rasheed, Ameer-ul-
Mu'meneen, to Nagfoor, the dog of the Romans;
the answer is what you will see not what you
hear". Haroon El-Rasheed led the armies of Islam
to the battle and handed Nagfoor a devastating
defeat.

The youths you called cowards are competing
among themselves for fighting and killing you.
reciting what one of them said:
The crusader army became dust when we
detonated al-Khobar.
With courageous youth of Islam fearing no danger.
If (they are) threatened: The tyrants will kill you,
they reply my death is a victory.
I did not betray that king, he did betray our Qiblah.
And he permitted in the holy country the most
filthy sort of humans.
I have made an oath by Allah, the Great, to fight
who ever rejected the faith.
For more than a decade, they carried arms on
their shoulders in Afghanistan and they have
made vows to Allah that as long as they are alive,
they will continue to carry arms against you until
you are -Allah willing- expelled, defeated and
humiliated, they will carry on as long as they live
saying:
O William, tomorrow you will know which young
man is confronting your misguided brethren!
A youth fighting in smile, returning with the spear
coloured red.
May Allah keep me close to knights, humans in
peace, demons in war.
Lions in Jungle but their teeth are spears and
Indian swords.
The horses witness that I push them hard
forwarded in the fire of battle.

The dust of the battle bears witnesses for me, so
also the fighting itself, the pens and the books!

So to abuse the grandsons of the companions,
may Allah be pleased with them, by calling them
cowards and challenging them by refusing to
leave the land of the two Holy Places shows the
insanity and the imbalance you are suffering from.
Its appropriate "remedy," however, is in the hands
of the youths of Islam, as the poet said:

I am willing to sacrifice self and wealth for knights
who never disappointed me.

Knights who are never fed up or deterred by
death, even if the mill of war turns.

In the heat of battle they do not care, and cure the
insanity of the enemy by their 'insane' courage.

Terrorising you, while you are carrying arms on
our land, is a legitimate and morally demanded
duty. It is a legitimate right well known to all
humans and other creatures. Your example and
our example is like a snake which entered into a
house of a man and got killed by him. The coward
is the one who lets you walk, while carrying arms,
freely on his land and provides you with peace
and security.

Those youths are different from your soldiers.
Your problem will be how to convince your troops
to fight, while our problem will be how to restrain
our youths to wait for their turn in fighting and in
operations. These youths are commendation and
praiseworthy.

They stood up tall to defend the religion; at the
time when the government misled the prominent
scholars and tricked them into issuing Fatwas
(that have no basis neither in the book of Allah,
nor in the Sunnah of His prophet (Allah's
Blessings and Salutations may be on him)) of
opening the land of the two Holy Places for the
Christians armies and handing the Al-Aqsa
Mosque to the Zionists. Twisting the meanings of
the holy text will not change this fact at all. They
deserve the praise of the poet:
I rejected all the critics, who chose the wrong way;
I rejected those who enjoy fireplaces in clubs
discussing eternally;
I rejected those, who inspite being lost, think they
are at the goal;
I respect those who carried on not asking or
bothering about the difficulties;
Never letting up from their goals, inspite all
hardships of the road;
Whose blood is the oil for the flame guiding in the
darkness of confusion;
I feel still the pain of (the loss) Al-Quds in my
internal organs;
That loss is like a burning fire in my intestines;
I did not betray my covenant with God, when even
states did betray it! As their grandfather Assim Bin
Thabit said rejecting a surrender offer of the
pagans:

What for an excuse I had to surrender, while I am still able, having arrows and my bow having a tough string?!

Death is truth and ultimate destiny, and life will end any way. If I do not fight you, then my mother must be insane!

The youths hold you responsible for all of the killings and evictions of the Muslims and the violation of the sanctities, carried out by your Zionist brothers in Lebanon; you openly supplied them with arms and finance. More than 600,000 Iraqi children have died due to lack of food and medicine and as a result of the unjustifiable aggression (sanction) imposed on Iraq and its nation. The children of Iraq are our children. You, the USA, together with the Saudi regime are responsible for the shedding of the blood of these innocent children. Due to all of that, what ever treaty you have with our country is now null and void.

The treaty of Hudaybiyyah was cancelled by the messenger of Allah (Allah's Blessings and Salutations may be on him) once Quraysh had assisted Bani Bakr against Khusa'ah, the allies of the prophet (Allah's Blessings and Salutations may be on him). The prophet (Allah's Blessings and Salutations may be on him) fought Quraysh and concurred Makka. He (Allah's Blessings and Salutations may be on him) considered the treaty with Bani Qainuqa' void because one of their Jews publicly hurt one Muslim woman, one single woman, at the market. Let alone then, the killing you caused to hundred of thousands Muslims and occupying their sanctities. It is now clear that those who claim that the blood of the American solders (the enemy occupying the land of the Muslims) should be protected are merely repeating what is imposed on them by the regime; fearing the aggression and interested in saving themselves. It is a duty now on every tribe in the Arab Peninsula to fight, Jihad, in the cause of Allah and to cleanse the land from those occupiers. Allah knows that there blood is permitted (to be spilled) and their wealth is a booty; their wealth is a booty to those who kill them. The most Exalted said in the verse of As-Sayef, The Sword: "so when the sacred months have passed away, then slay the idolaters where ever you find them, and take them captives and besiege them and lie in wait for them in every

ambush" (At-Tauba; 9:5). Our youths knew that the humiliation suffered by the Muslims as a result of the occupation of their sanctities can not be kicked and removed except by explosions and Jihad. As the poet said:

The walls of oppression and humiliation cannot be demolished except in a rain of bullets.

The freeman does not surrender leadership to infidels and sinners.

Without shedding blood no degradation and branding can be removed from the forehead.

I remind the youths of the Islamic world, who fought in Afghanistan and Bosnia-Herzegovina with their wealth, pens, tongues and themselves that the battle had not finished yet. I remind them about the talk between Jibreel (Gabriel) and the messenger of Allah (Allah's Blessings and Salutations may be on both of them) after the battle of Ahzab when the messenger of Allah (Allah's Blessings and Salutations may be on him) returned to Medina and before putting his sword aside; when Jibreel (Allah's Blessings and Salutations may be on him) descend saying: "are you putting your sword aside? by Allah the angels haven't dropped their arms yet; march with your companions to Bani Quraydah, I am (going) ahead of you to throw fears in their hearts and to shake their fortresses on them". Jibreel marched with the angels (Allah's Blessings and Salutations may be on them all), followed by the messenger of Allah (Allah's Blessings and Salutations may be on him) marching with the immigrants, Muhajeroon, and supporters, Ansar. (narrated by Al-Bukhary).

These youths know that: if one is not to be killed one will die (any way) and the most honourable death is to be killed in the way of Allah. They are even more determined after the martyrdom of the four heroes who bombed the Americans in Riyadh. Those youths who raised high the head of the Ummah and humiliated the Americans-the occupier- by their operation in Riyadh. They remember the poetry of Ja'far, the second commander in the battle of Mu'tah, in which three thousand Muslims faced over a hundred thousand Romans:

How good is the Paradise and its nearness, good

Case 1:03-md-01570-GBD-SN   Document 272-13   Filed 06/30/04   Page 29 of 32

with cool drink But the Romans are promised punishment (in Hell), if I meet them.

I will fight them.

And the poetry of Abdullah Bin Rawaha, the third commander in the battle of Mu'tah, after the martyrdom of Ja'far, when he felt some hesitation:

O my soul if you do not get killed, you are going to die, anyway.

This is death pool in front of you!

You are getting what you have wished for (martyrdom) before, and you follow the example of the two previous commanders you are rightly guided!

As for our daughters, wives, sisters and mothers they should take prime example from the prophet (Allah's Blessings and Salutations may be on him) pious female companions, may Allah be pleased with them; they should adopt the life style (Seerah) of the female companions of courage, sacrifice and generosity in the cause of the supremacy of Allah's religion.

They should remember the courage and the personality of Fatima, daughter of Khatab, when she accepted Islam and stood up in front of her brother, Omar Ibn Al-Khatab and challenged him (before he became a Muslim) saying: "O Omar , what will you do if the truth is not in your religion?!" And to remember the stand of Asma', daughter of Abu Bakr, on the day of Hijra, when she attended the Messenger and his companion in the cave and split her belt in two pieces for them. And to remember the stand of Naseeba Bent Ka'b striving to defend the messenger of Allah (Allah's Blessings and Salutations may be on him) on the day of Uhud, in which she suffered twelve injuries, one of which was so deep leaving a deep lifelong scar! They should remember the generosity of the early woman of Islam who raised finance for the Muslims army by selling their jewelery.

Our women had set a tremendous example of generosity in the cause of Allah; they motivated and encouraged their sons, brothers and husbands to fight- in the cause of Allah- in Afghanistan, Bosnia-Herzegovina, Chechenia and

in other countries. We ask Allah to accept from them these deeds, and may He help their fathers, brothers, husbands and sons. May Allah strengthen the belief - Imaan - of our women in the way of generosity and sacrifice for the supremacy of the word of Allah. Our women weep not, except over men who fight in the cause of Allah; our women instigate their brothers to fight in the cause of Allah.

Our women bemoan only fighters in the cause of Allah, as said:
Do not moan on any one except a lion in the woods, courageous in the burning wars.
Let me die dignified in wars, honourable death is better than my current life.

Our women encourage Jihad saying:
Prepare yourself like a struggler, the matter is bigger than words!
Are you going to leave us else for the wolves of Kufr eating our wings?!
The wolves of Kufr are mobilising all evil persons from every where!
Where are the freemen defending free women by the arms?!
Death is better than life in humiliation! Some scandals and shames will never be otherwise eradicated.

My Muslim Brothers of The World:
Your brothers in Palestine and in the land of the two Holy Places are calling upon your help and asking you to take part in fighting against the enemy --your enemy and their enemy-- the Americans and the Israelis. they are asking you to do whatever you can, with one own means and ability, to expel the enemy, humiliated and defeated, out of the sanctities of Islam. Exalted be to Allah said in His book: { and if they ask your support, because they are oppressed in their faith, then support them!} (Anfaal; 8:72)

O you horses (soldiers) of Allah ride and march on. This is the time of hardship so be tough. And know that your gathering and co-operation in order to liberate the sanctities of Islam is the right step toward unifying the word of the Ummah under the banner of "No God but Allah" ).

From our place we raise our palms humbly to Allah asking Him to bestow on us His guide in

every aspects of this issue.

Our Lord, we ask you to secure the release of the truthful scholars, Ulama, of Islam and pious youths of the Ummah from their imprisonment. O Allah, strengthen them and help their families.

Our Lord, the people of the cross had come with their horses (soldiers) and occupied the land of the two Holy places. And the Zionist Jews fiddling as they wish with the Al-Aqsa Mosque, the route of the ascendance of the messenger of Allah (ALLAH'S BLESSING AND SALUTATIONS ON HIM). Our Lord, shatter their gathering, divide them among themselves, shaken the earth under their feet and give us control over them; Our Lord, we take refuge in you from their deeds and take you as a shield between us and them

Our Lord, show us a black day in them!

Our Lord, show us the wonderment of your ability in them!

Our Lord, You are the Revealer of the book, Director of the clouds, You defeated the allies (Ahzab); defeat them and make us victorious over them.

Our Lord, You are the one who help us and You are the one who assist us, with Your Power we move and by Your Power we fight. On You we rely and You are our cause.

Our Lord, those youths got together to make Your religion victorious and raise Your banner. Our Lord, send them Your help and strengthen their hearts.

Our Lord, make the youths of Islam steadfast and descend patience on them and guide their shots!

Our Lord, unify the Muslims and bestow love among their hearts!

O Lord pour down upon us patience, and make our steps firm and assist us against the unbelieving people!

Our Lord, do not lay on us a burden as Thou didst lay on those before us; Our Lord, do not impose upon us that which we have no strength to bear;

and pardon us and grant us protection and have mercy on us, Thou art our patron, so help us against the unbelieving people.

Our Lord, guide this Ummah, and make the right conditions (by which) the people of your obedience will be in dignity and the people of disobedience in humiliation, and by which the good deeds are enjoined and the bad deeds are forebode.

Our Lord, bless Muhammad, Your slave and messenger, his family and descendants, and companions and salute him with a (becoming) salutation.

And our last supplication is: All praise is due to Allah .



The NewsHour is funded, in part, by:

   

Copyright © 2004 MacNeil/Lehrer Productions. All Rights Reserved.