# Exhibit 15

# CNN.com / WORLD

**MAIN PAGE**
**WORLD**
U.S.
WEATHER
BUSINESS
SPORTS
POLITICS
LAW
SCI-TECH
SPACE
HEALTH
ENTERTAINMENT
TRAVEL
EDUCATION
IN-DEPTH

QUICK NEWS
LOCAL
COMMUNITY
MULTIMEDIA
E-MAIL SERVICES
CNNtoGO
ABOUT US

**CNN TV**
what's on
show transcripts
CNN Headline News
CNN International
askCNN

**EDITIONS**
CNN.com Asia
CNN.com Europe
set your edition

## Video shows bin Laden urging Muslims to prepare for fighting

June 21, 2001 Posted: 10:09 AM EDT (1409 GMT)



Bin Laden is suspected of masterminding attack on USS Cole

SAVE THIS  EMAIL THIS
PRINT THIS  MOST POPULAR

**ATLANTA (CNN)** -- Osama bin Laden has produced a videotape in which he is directing his followers to prepare for fighting.

Other clips show military training exercises -- including soldiers shooting at a movie screen image of former U.S. President Bill Clinton.

The tape appears to be a promotional vehicle designed to attract volunteers and financial contributions for his group.

It is not clear exactly where the nine-minute-long edited tape, made a few months ago, was filmed.

Bin Laden is believed to be living in Afghanistan -- a country whose ruling Taliban government says the exiled Saudi is an honored guest.

Much of the information about the tape comes from the Kuwaiti newspaper Al Rai Al-AAM, which says the entire tape is about 100 minutes long.

**VIDEO**
Recruitment video for Osama bin Laden's group boasts about bombing of the USS Cole (June 20)

Play video
(QuickTime, Real or Windows Media)

The tape, which was given to Reuters Television, opens with video of the USS Cole after it was attacked by suicide bombers in the port of Aden, Yemen.

Seventeen U.S. service members were killed and 39 injured in the attack on October 12, 2000.

Later in the tape, as men run in a circle at night holding rifles as mortar fire streaks over their heads, chanting men's voices are heard thanking Allah "who made us victorious the day we destroyed the ship on the sea."

A section of the tape, which was broadcast by APTV, shows bin Laden commenting on the attack.

"And in the sea, they charged the destroyer that is fearsome to some, one that evokes horror when it docks and when it sails," he says.

U.S. officials have suspected bin Laden of masterminding the attack.

In another section of the tape, the exiled Saudi makes a speech in which he seems to call on his followers to attack the United States and Israel.

"To all the Mujahedeen, your brothers in Palestine are waiting for you, it's time to penetrate America and Israel and hit them where it hurts most," bin Laden says.

In a speech in the tape, bin Laden addresses those who took the Jews and the West as allies and forgot about Allah's word.

"The Americans are entrapping the Arabs with the help of the Jews. They (video here shows Arab leaders with Americans Colin Powell, Gen. Norman Schwarzkopf and Clinton) are taking the Americans as mentors, meanwhile they are forgetting about the true believers (Muslim brothers)," he says.

Other images on the tape show children and teenagers training in military fatigues, carrying rifles, as well as bin Laden handling a rifle. It also shows men practicing explosions and raids in a building in a dry, mountainous area.

The U.S. government has offered a $5 million award for information leading to bin Laden's arrest, after he was indicted in absentia in the bombings of two U.S. embassies in Africa.

The August 7, 1998, blasts in Tanzania and Kenya killed 224 people, including 12 Americans, and injured more than 4,000 others.

Four men were convicted in New York May 29 in connection with the attacks, and with engaging in a worldwide terrorist conspiracy to kill Americans, a conspiracy allegedly led by bin Laden through his group, Al-Qaeda.

Thirteen other men, including bin Laden and several alleged embassy bombers, are still at large. Two other defendants are in U.S. custody awaiting trial, and three more are British custody fighting extradition to the United States.


SAVE THIS   PRINT THIS   EMAIL THIS   MOST POPULAR

**RELATED STORIES:**
• Plot to assassinate Bush -- reports
June 20, 2001
• Prosecution rests in embassy bombings trial
April 4, 2001
• FBI chemist: Defendant's clothes had bomb residue
April 4, 2001
• Prosecutors rest case in embassy bombings trial
April 4, 2001
• FBI chemist: Defendant's clothes had bomb residue
April 3, 2001
• Algeria to try top suspect in U.S. millennium bomb plot
April 2, 2001

**RELATED SITES:**
• US Department of State - Home Page
• Terrorism Research Center, Inc.

**Note: Pages will open in a new browser window**
*External sites are not endorsed by CNN Interactive.*

**WORLD TOP STORIES:**
• Blix: 'Iraq could do more'
• N. Korea warns of nuclear conflict
• Serb hardliner refuses to plead
• NASA: Flight-deck video found
• Caracas tense after bombs

(More)

Search

**Back to the top**

© 2003 Cable News Network LP, LLLP.
A Time Warner Company. All Rights Reserved.
Terms under which this service is provided to you.
Read our privacy guidelines. Contact us.