# Exhibit 18

Case 1:03-md-01570-GBD-SN   Document 272-21   Filed 06/30/04   Page 2 of 5

Please visit our sponsor

deja.com

Before you buy

**Home** »
**Money**

>> Media

Magazines | Newsletters | Newspapers | Radio | TV

**Rate it!**

ratings | discussions | communities

back to search results

**CNBC Business Radio**

in Business Radio Stations

(1=worst, 5=best)

Reporting
1          5

Analysis
1          5

Presentation
1          5

Usefulness
1          5

- Compare it to others
- User Comments
- Add this rating to your own Web site

**5 top rated Business Radio Stations**

1. Bloomberg Radio
2. CNBC Business Radio
- See the full list...

Help | Feedback

Previous in Search

Next in Search

>> **Forum**: alt.politics.media

>> **Thread**: AN OPEN CALL TO SHEIKH OSAMA BIN LADEN

>> **Message 9 of 19**

Subject:        **AN OPEN CALL TO SHEIKH OSAMA BIN LADEN**
Date:           1999/07/16
Author:         **Anonymous** <nobody@replay.com>
                Posting History

        AN OPEN CALL TO SHEIKH OSAMA **BIN LADEN**
        =====================================
           O' OSAMA LET US HEAR THE GOOD NEWS
        =====================================

To  Sheikh Osama **Bin Laden**,

May Allah (swt) protect you and grant you victory.....
Assalamu Aleikum,

Dear Br. Abu Abdullah,

    The USA and its alliance have declared war against Islam and the Muslims in general and the world-wide Islamic Movements and you in particular but the Islamic movements declare Islam in response and it is Islam which will and has shaken the land beneath them.
    The **Bin Laden** fever in the West, the Billion Dollar ransom the US placed on your head and their aggression against Sudan and Afghanistan in addition to the daily arrests of Islamic activists throughout Europe, upon the request of the FBI, is an indication of how great the strength of the Muslims is when compared to the weakness of the Kuffar.
    The Islamic movements and Muslims are on one side in a war against the governments of the whole world. The military capability of the USA and its allies when compared to the military capabilities of the Islamic movements does not afford the latter the right to be a potential threat to any country let alone a superpower however because of the spiritual strength of the Islamic movements and their unshakeable belief and trust in Allah (SWT), who is the one who gives life and takes life, makes the material strength that they have a real threat in the eyes of any superpower.        Your brothers and sisters in the Islamic Movements are facing the USA led world today behind which lurks countries like Britain, France, Israel, Russia, Serbia and India etc…but despite

Please visit our sponsor

Please visit our sponsor

Please visit our sponsor

**Explore More:**

Search for Jobs!
**JobOptions**

This Week's Specials at
**BrandsForLess.com**

Free personalized email
**Signup now! Mail.com**

Find Company Information
**at Hoover's Online.**

SAVE $15 on any purchase
**over $100 @ Staples.com!**

Trade Now with Datek
**Datek Online.**

5¢ long distance!
**Save $$$$$.**

Find any book, video, CD

**Deja Forums**
alt.news-media
Media and politics
Media watch (Australia)
Media (Chicago, IL)
Media (Wash. DC)

**Deja Communities**

Start your own community in **Media**.

**My Deja**
Please login!

SHOP AMAZON.COM!

facing the most advanced technology, artillery and vast resources of wealth, experts and media the Islamic Movements continue to surprise the known world both enemies and allies with their continual victories and achievements. Some of these victories are listed below:

   1- The continuous painful attack by the Islamic Movements against the enemy of God and the aggressors and occupying forces in Afghanistan, Palestine, Lebanon, Bosnia, Somalia, Arabia, Tanzania, Kenya, Eritrea, The USA, Chechenya, Philippines, Burma, China, Kashmir, Uzbekistan and others is a victory which America and its alliance never expected.

   2- The decision to confront the American alliance by the world-wide Islamic Movements on their own is a victory since the US and its alliance was under the impression that no one would dare challenge them, yet with the favour of Allah and co-operation between Muslims world-wide the Islamic Movements challenged America intellectually, politically and even militarily. This confrontation has elevated the Islamic Nation from psychological humiliation to a stand of dignity and confidence and is a victory.

   3-The acknowledgment of the threat of the Islamic Movements headed by you as public enemy number one against the interests of the USA by the USA is a victory.

   4- The firm and uncompromising resistance of the Islamic Movements with their limited material capability in every field with the enemy whether it be against their economy, political process, media distortion or against the most destructive military forces known to human beings today is a victory.

   5- The failure of the American alliance to face Muslims in a land battle whether in Iraq, Afghanistan or Sudan by using long range missiles from their bases far away in the oceans is a victory.

   6- Breaking the psychological fear built up by the media in the hands of Arab puppets that America is an undefeatable force and Israel is an inevitable fact and reality has fallen down because of the resistance of the Muslims and Islamic Movements against America, Israel and its alliance which is a fatal blow to this fear and this is a victory.

   7- Indeed the Islamic Movements have succeeded in reviving and crystalising the true meaning of Jihad, Martyrdom and sacrifice within the body of the Ummah and this is a victory.

   8- The Continuous call for Islam and struggle against the regimes in Muslim countries has succeeded to destroy the back bone of these non Islamic corrupted dictatorships and forced them to adopt a new rotten weapon called 'democracy' but their weapon has failed because the Islamic Movements took the majority vote in Algeria and Turkey etc…But when this deception turned against these liars they discarded their farce of democracy showed their ugly face by starting to use violence against innocent women and children and they started to fill the prisons with the educated scholars and activists and this is a victory.

   9- The fascist trial and brutal American verdicts against Sheikh **Omar** Abdul Rahman and other activists and the continuous propaganda and international conferences, summits and agreements to discuss and counter the dangers of Islamic Movements and so-called 'Militants' and 'Fundamentalists' beside the inherent Western phobia about Islam and Muslims is a victory.     10- An immense victory is the co-operation and co-ordination between the Islamic groups and Movements. This has been imposed upon them by their belief and the gathering of the enemy against them e.g. the occupation of Arabia by American forces, the occupation of Palestine, the occupation of Kashmir, the embargo against Iraq and Libya, the attacks against Sudan and Afghanistan and the discrimination and arrest of Muslims. Co-operation is then transferred into a powerful driving force and forms between the Islamic Movements an international Islamic Front with different economic, military and intellectual nuances all bonded by the same belief and gathered around a unified strategy to achieve the same goal i.e. the destruction of the Kufr regimes to be replaced by the Khilafah i.e. one world wide Islamic State, and the liberation of Muslim Land by Jihad from the infidel forces.     11- What about Israel…the Islamic Movements such as the Izz-ud-deen Al-Qassam movement and the military wing of Hamas, the Islamic Jihad movement of Palestine, Hizbollah and UAK in South Lebanon have proved that Israel is nothing because the one who challenges a super power like America will not fear from a small Jewish entity and this has destroyed the illusionary power which Israel has surrounded itself with.

   Indeed these are great victories which are all steps towards the elevation of the entire Islamic Nation and if the Islamic Movements achieve nothing more it is still enough honour for them however the victories still come with the will of God and the Islamic Movements have not used the real weapon yet. This is because most Muslims world wide have  not yet entered the struggle to fulfil their duty to fight Jihad and the Muslims in the armies who are eager to support their Muslim brothers in the Islamic Movements against America and Israel and their alliance have not yet engaged in organised military combat.

   O Sheikh Osama, O Mujahideen, O Muslim Armies and Activists wherever you are. Hold firm to the book of Allah and depend on none but him and fight the enemy of Islam and Muslims for the sake of none but him and do not aim your weapons at your Muslim brothers and do not target civilians  rather aim your weapons at the occupying forces.

   Let us salute the Muslim Ummah for its brave and generous stand, it has produced people like As-Siddique, Al-Farouq, Sahib Al-Haya, Haydar

Asadullah, Saifullah Al-Masslul, Salahudeen, Al-Fateh, Al-Qassam, Al-Qutb, Al-Istambuli and you. Salutations are due for the hands

of the Mujahideen and the Islamic army. May Allah support you with patience, victory, dignity, power to establish the Khilafah and let the Deen of Islam dominate, indeed you and your brothers are now breathing life and dignity into the body of the Ummah.

Our main mission as Muslims is to carry the Islamic message to the entire world, we are an Ummah which lives so that we can carry the message unlike other Nations who survive without any mission. Indeed we are an Ummah of Jihad and beyond doubt we have been chosen by God to lead the whole world if we hold to his command i.e. His revelation. And Allah (swt) said that "you are best Nation ever Raised for mankind"

We as Muslims must not be attached to life nor run from death. Life's pleasures will come to us inevitably because God has granted us all the treasures of the world; we have oil, gold, water, resources, land, people, history and more importantly we have the Qur'an and we are the grand-children of an Ummah (Islamic Nation) which was the superpower for over a thousand years.

We must return back to our roots, support the Mujahideen wherever they are, support you and Muslims like you verbally, financially and militarily before the enemy enslave us and humiliate us more. This matter a very dangerous one for it requires us to sacrifice life, wealth and blood for its sake.

Remember that the dignity of a Nation cannot be measured with land or wealth because the dignity of a Nation is not goods to trade with, therefore we must stand and engage in Jihad or support the Mujahideen for death is better then humiliation in front of the disbelievers..

The opportunity is here and we must not pass it by. The battle is tense and our Muslim brothers are firm in their Jihad so we must not lose time aimlessly and act now. The Ummah is our Ummah, the war is our war, the enemy is our enemy, the Mujahideen are our brothers, the victory or defeat is our victory or defeat and the Khilafah is our Khilafah.

O Osama, The Book of our Lord calls us, The Ummah cries for us and Paradise awaits us, Let us hear the good news from you and your brothers, for a new dawn is near at hand.

Sheikh **Omar Bakri Muhammad**
Spokesman For The International Islamic Front
15th July **1999**

ISF - P.O.Box 349, London N9 7RR, Tel 0956 920006

**Track this thread for me**

Subscribe to **alt.politics.media**
Mail this message to a friend
View original Usenet format
Create a custom link to this message from your own Web site

<< **Previous in search**   ·   **Next in search** >>

| **Search Discussions** | For a more detailed search go to Power Search |
|---|---|
| **Search only in:** | alt.politics.media |
| | All Deja.com |
| **Search for:** | |
| | Search       Messages |

**Arts & Entertainment**   **Automotive**   **Computing & Tech**   **Consumer Electronics**   **Health & Fitness**
**Home & Family**   **Lifestyles**   **Money**   **Politics & Media**   **Recreation**   **Sports**   **Travel**

SHOPPING - FREE Internet Access - FREE STUFF - Trade with Datek - GET IT NOW @ NECX - MTV VMA Winners - eBay Auctions - MAIL.COM - Up to 50% off now at Amazon.com! - BUY AT COST at eCOST.com -
Search for Jobs! JobOptions - The BEST Music Online - Onsale Auctions

Copyright © 1999 Deja.com, Inc. All rights reserved.

Trademarks · Terms & Conditions of Use · Site Privacy Statement.

**Advertise with Us!**  |  **About Deja.com**