# Exhibit 19

# FBI TEN MOST WANTED FUGITIVE

**MURDER OF U.S. NATIONALS OUTSIDE THE UNITED STATES;
CONSPIRACY TO MURDER U.S. NATIONALS OUTSIDE THE UNITED STATES;
ATTACK ON A FEDERAL FACILITY RESULTING IN DEATH**

## USAMA BIN LADEN



Date of Photograph Unknown

**Aliases:** Usama Bin Muhammad Bin Ladin, Shaykh Usama Bin Ladin, the Prince, the Emir, Abu Abdallah, Mujahid Shaykh, Hajj, the Director

## DESCRIPTION

| | | | |
|---|---|---|---|
| **Date of Birth:** | 1957 | **Hair:** | Brown |
| **Place of Birth:** | Saudi Arabia | **Eyes:** | Brown |
| **Height:** | 6' 4" to 6' 6" | **Complexion:** | Olive |
| **Weight:** | Approximately 160 pounds | **Sex:** | Male |
| **Build:** | Thin | **Nationality:** | Saudi Arabian |
| **Occupation(s):** | Unknown | | |
| **Remarks:** | He is the leader of a terrorist organization known as Al-Qaeda "The Base." He walks with a cane. | | |

## CAUTION

**USAMA BIN LADEN IS WANTED IN CONNECTION WITH THE AUGUST 7, 1998, BOMBINGS OF THE UNITED STATES EMBASSIES IN DAR ES SALAAM, TANZANIA AND NAIROBI, KENYA. THESE ATTACKS KILLED OVER 200 PEOPLE.**

**CONSIDERED ARMED AND EXTREMELY DANGEROUS**

IF YOU HAVE ANY INFORMATION CONCERNING THIS PERSON, PLEASE CONTACT YOUR LOCAL FBI OFFICE OR THE NEAREST U.S. EMBASSY OR CONSULATE.

## REWARD

The United States Government is offering a reward of up to $5 million for information leading directly to the apprehension or conviction of Usama Bin Laden.

www.fbi.gov

May 1999