UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | MDL No. 1570<br>ECF case |

*This document relates to:*

| | |
|---|---|
| THOMAS BURNETT, SR., *et al.*<br>        Plaintiffs<br>- against -<br>AL BARAKA INVESTMENT & DEVELOPMENT CORP., *et al.*,<br>        Defendants. | Civil Action No. 03 CV 9849<br>(RCC) |

## AFFIRMATION OF ANDREA BIERSTEIN IN OPPOSITION TO MOTION TO DISMISS OF ABDULLAH BIN ABDUL MOHSEN AL-TURKI

Andrea Bierstein, Esq., affirms as follows:

I am an attorney admitted to practice in New York and in this Court and am a member of the law firm Hanly Conroy Bierstein & Sheridan LLP, co-counsel for the *Burnett* plaintiffs. I submit this affirmation to transmit to the Court the following documents submitted in opposition to the motion to dismiss filed by defendant Abdullah Bin Abdul Mohsen Al-Turki:

1. Exhibit 1 is a true and accurate copy of a letter (bearing page numbers SPA033561-62) produced to the *Burnett* plaintiffs by officials in Spain.

2. Exhibit 2 is a true and accurate copy of a check provided to the *Burnett* plaintiffs by officials in Spain.

3. Exhibit 3 is a true and accurate copy of the Testimony of Matt Epstein and Evan Kohlmann before the House Committee on Financial Services Subcommittee on Oversight and

Investigations, entitled "Arabian Gulf Financial Sponsorship of Al-Qaida via US-Based Banks, Corporations and Charities," dated 3/11/03.

Affirmed in New York, New York on June 30, 2004

_____
Andrea Bierstein