# EXHIBIT 1

# PROL & ASOCIADOS
ABOGADOS

EDUARDO DEL PALACIO, 4  
28002 MADRID

TEL.91 563 0601  
FAX.91 563 0020

## FAX

**From:** Francisco G. Prol

**To:** Waleed O. Houssainy

**Fax Number:** 00 966 1 465 92 34

**Date:** October 21, 1999

**Ref.:** PROPERTY PURCHASE IN SPAIN

**Number of Pages (including this cover-sheet):** 2

*If any page is missing or illegible or if you are not the intended recipient, please contact us either by phone (34 91 563 0601) or fax (34 91 563 0020).*

### MESSAGE:

Dear Mr. Houssainy,

Following our today's telephone conversation, I herewith set out the summary of the schedule regarding the legal steps proposed by our law firm in order to proceed with Mr. Al-Turki commercial interests within the Spanish territory:

1° Purchase of 100% of the shares of the company PROYECTOS Y PROMOCIONES PARADAIS S.L. We herewith also send you a draft of legal power which will be necessary to authorise a specific person to purchase in Spain the shares on Mr. Al-Turki (or his son's) behalf. This legal power should be legalised at any Spanish consulate of Saudi Arabia.
If you decide to authorise some of PROL Y ASOCIADOS LAW FIRM attorneys for the acquisition of the shares, please fill the corresponding paragraphs with the following data:

Mr. Francisco G. Prol Pérez with professional office address in Madrid (Spain), calle Eduardo del Palacio, 4, holder of 1.487.632. passport number.

Mr. Manuel Moreno with professional office address in Madrid (Spain), calle Eduardo del Palacio, 4, holder of 50.404.129 passport number.

Mrs. Marta Mariño Regueiro with professional office address in Madrid (Spain), calle Eduardo del Palacio, 4, holder of 36.098.599 passport number.

Mr. Al-Turki (or his son) will then be the sole shareholder of the Spanish company PROYECTOS Y PROMOCIONES PARADAIS S.L.

SPA033561

PROL & ASOCIADOS

ABOGADOS

513

The sole shareholder will then name a specific person to act as the sole Director of the company. Instead of appointing an specific person, he may appoint various members of the Board of Directors.

2° Capital increase (for the amount of the land which is to be purchased plus expenses) carried out by the sole shareholder of the company.
The tax burden for this operation under Spanish law will be of the 1% of the capital increase, which will be assumed by the company.

3° Acquisition of the land by PROYECTOS Y PROMOCIONES PARADAIS S.L.
The tax burden for this operation under Spanish law will be of the 6% of the real acquisition value, which will be assumed by the company. Madrid autonomous authorities have a special service in order to find out the real acquisition value of real state property, as it is understood by the mentioned authorities. This would save any possible discrepancy with the tax authorities regarding the declared value on the acquisition of the land.

4° Entry of Mr. Kalaje in the company, by means of capital increase in the amount necessary for the construction of the building and in order to acquire the 50% of the company value. This capital increase could be made by a sole capital increase operation or by several capital increases.
Again, the tax burden for this operation under Spanish law will be of the 1% of the capital increase, which will be assumed by the company.

Please confirm if you agree with our proposed schedule in order to start with the preliminary activities regarding the purchasing of the shares and the calculation of the amounts of money which will be needed to start with the mentioned operations.

Mr. Kalaje has also informed us that the sellers of the first land are getting impatient and are trying to force the issue in order to conclude the agreement as soon as possible.

We await your instructions. In the meantime, please receive our very best regards,

Francisco G. Prol

C.C. M. Ghaleb Kalaje