# EXHIBIT 2

**Banco Sabadell**

MADRID, AG.CUZCO - TEL. 91-556 57 11 FAX. 91-556 63 83
SOR ANGELA DE LA CRUZ, 9

Código Cuenta Cliente (C.C.C.)

| Entidad | Oficina | D.C. | N.º de cuenta |
|---|---|---|---|
| 0081 | 0144 | 63 | 0001257727 |

Páguese por este cheque a  D. ABDULA ABDUL MUHSEN AL TURKY     Pts. // 191.000.000 //

Pesetas  CIENTO NOVENTA Y UNO MILLONES .- - - - - - - - - - - - - - - - -

MADRID  QUINCE DE SEPTIEMBRE. - - - - - - - - - - - - - - - - - - - de 1.999

(La fecha debe consignarse en letra)

CO   3.048.356-3

PROYECTOS Y PROMOCIONES ISO, S.L.
C/ Sor Angela de la Cruz, 43
C.I.F.: B-81865728

Garantia 2.000

PROYECTOS Y PROMOCIONES ISO, S.L. p.p.

#3048356#0081# 0144### 0001257727#