# Exhibit 3

**FLORIDA** DEPARTMENT OF STATE

**Company Name: BENEVOLENCE INTERNATIONAL** FOUNDATION, INC.

**Mailing Address:**
  P.O. BOX 450891
  SUNRISE, **FL** 33345

**Type:** FOREIGN NON PROFIT

**Status:** INACTIVE

**Filing Date:** 2/12/1993

**State or Country of Incorporation:** ILLINOIS

**Registered Agent:** ADHAM HASSOUN

**Registered Office:**
  150 S. UNIVERSITY DRIVE
  PLANTATION, **FL** 33324

**Federal Employer ID Number:** 363823186

**Filing Number:** F93000000648

**Officers, Directors:**
  ADEL A BATTERJEE
  PCD
  150 SOUTH UNIVERSITY DRIVE
  PLANTATION, **FL** 33324

  SHAHIR A BATTERJEE
  SD
  150 SOUTH UNIVERSITY DRIVE
  PLANTATION, **FL** 33324

  MAZIN M BAHARETH
  TD
  150 SOUTH UNIVERSITY DRIVE
  PLANTATION, **FL** 33324

**History:**
  File Date: 8/26/1994
  Type: REVOKED FOR ANNUAL REPORT