UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | MDL No. 1570<br>ECF case |

*This document relates to:*

| | |
|---|---|
| THOMAS BURNETT, SR., *et al.*<br>      Plaintiffs<br> - against –<br>AL BARAKA INVESTMENT & DEVELOPMENT CORP., *et al.*,<br>      Defendants. | Civil Action No. 03 CV 9849<br>(RCC) |

## AFFIRMATION OF ANDREA BIERSTEIN IN OPPOSITION TO MOTION TO DISMISS OF SAUDI ARABIAN RED CRESCENT SOCIETY

Andrea Bierstein, Esq., affirms as follows:

I am an attorney admitted to practice in New York and in this Court and am a member of the law firm Hanly Conroy Bierstein & Sheridan LLP, co-counsel for the *Burnett* plaintiffs. I submit this affirmation to transmit to the Court the following documents submitted in opposition to the motion to dismiss filed by defendant Saudi Arabian Red Crescent Society:

1. Exhibit 1 is a document written in Arabic (bearing numbers BOS000416-419) recovered from Bosnia, preceded by an English translation.

2. Exhibit 2 is a document written in Arabic (bearing numbers BOS000067-69) recovered from Bosnia, preceded by an English translation.

3. Exhibit 3 is a true and accurate copy of a document (bearing numbers B05000022 - B05000027) presented as an exhibit to "Government's Evidentiary Proffer Supporting the Admissibility of Co-conspirator Statements" in *U.S. v. Arnaout*, Case No. 02-CR-892, (N.D. Ill.) filed on January 29, 2003. According to the government, the document was seized by the Bosnian police during searches of the offices of the Defendant Benevolence International

1

Foundation in Sarajevo, Bosnia and Herzegovina in March 2002. The government exhibit contained both the original Arabic document and its English translation, both of which are included in Exhibit 1.

4. Exhibit 4 is a true and accurate copy of the written testimony presented by Jean-Charles Brisard to the Senate Committee on Banking, Housing And Urban Affairs on October 22, 2003.

5. Exhibit 5 is a true and accurate copy of a document dated January 4, 2002, received by counsel for the *Burnett* Plaintiffs from the government of Switzerland.

6. Exhibit 6 is a true and accurate copy of a document dated November 29, 2001, along with a cover transmittal letter dated May 7, 2004, received by counsel for the *Burnett* Plaintiffs from the government of Switzerland.

7. Exhibit 7 is a true and accurate copy of a document received by counsel for the *Burnett* Plaintiffs from the Federal Republic of Germany. (The original document was produced in English.)

Affirmed in New York, New York on June 30, 2004

_____
Andrea Bierstein


Foundation in Sarajevo, Bosnia and Herzegovina in March 2002. The government exhibit contained both the original Arabic document and its English translation, both of which are included in Exhibit 1.

4. Exhibit 4 is a true and accurate copy of the written testimony presented by Jean-Charles Brisard to the Senate Committee on Banking, Housing And Urban Affairs on October 22, 2003.

5. Exhibit 5 is a true and accurate copy of a document dated January 4, 2002, received by counsel for the *Burnett* Plaintiffs from the government of Switzerland.

6. Exhibit 6 is a true and accurate copy of a document dated November 29, 2001, along with a cover transmittal letter dated May 7, 2004, received by counsel for the *Burnett* Plaintiffs from the government of Switzerland.

7. Exhibit 7 is a true and accurate copy of a document received by counsel for the *Burnett* Plaintiffs from the Federal Republic of Germany. (The original document was produced in English.)

Affirmed in New York, New York on June 30, 2004

_____
Andrea Bierstein