# Exhibit 1

*(Parenthetical remarks in Italic are the translator's)*
*(Document name: MIX,News/5/MIX, News 97a)*

In the name of God, the most Compassionate, the most Merciful

## JOURNEY OF MAKTAB KHADAMAT AL-MUJAHIDEEN
### (Office of Mujahideen's Services)

Thanks be to God alone, and peace and prayer be upon His prophet

While we were taking our first steps in this blessed journey, I could not foresee that God's *(watchful)* eye will protect us to such an extent, and will support us along the path which we are proceeding in. It did not occur to us that success will be our ally throughout our painful and wrenching existence and to this beautiful chant that was our sweet charge along the bitter and bloody road.

I realized after a long period of time that the name was inspired by God and that it was uttered by Abi Akram's tongue, who participated with us in placing the foundation cornerstone for this blessed and towering structure. Yes, the name of the Maktab Al-Khadamat *(Services Office)* was a success from God because it is our honor to serve those who write history with blood, construct the fortresses of its glory, and build its castles with skulls and body parts. As predestined by God, it was inevitable that the Moslem youth find an outlet for the burning fire within; and that the lions of the jungle who were shackled with chains *(illegible)* destroy their chains and proceed with the deception of men and in the fields of battle. The hands of the righteous must find their way to rescue *(illegible)* and to tend to the wounds of the *(illegible)* who have gone forward.

And the Maktab *(office)* was the compliment of the persistent instinct, and it was necessitated by a specific need.

Therefore it is unjust for the issue of Afghanistan to be limited between the Hindu Kush and Suleiman Mountains. It is an international Islamic issue, and the Jihad of a Muslim nation, and the Maktab participated in transforming the issue from being a local one to being an international one, where the precious blood was shed of the chosen sons of the East and from all of the Arab countries and some Islamic nations and these *(illegible)* lions did not gather but under the shadows of the Maktab Al-Khadamat *(Services Office)*, for it mobilized, housed, trained, indoctrinated, and directed them among the raging volcanos atop the pure ground, and the bureau has sacrificed nearly eighty Arab martyrs.

And what has the Maktab contributed? Prior to answering, we say

that grace is God's, in the beginning and in the end, and thanks be to God before and after:

1. It has contributed in transforming the issue of the Islamic Jihad in Afghanistan into an international Islamic one.

2. It has contributed in publicizing the issue of Jihad through Al-Jihad magazine, Laheeb Al-Maaraka *(The flame of battle)*, the audio department, Miraat Al-Jihad *(The mirror of Jihad)*, the Al-Jihad press, and its leaflets and books.

3. In the field of education: Establishment of educational courses for commanders, opening of schools inside the trenches, and thus far two hundred and fifty schools have been opened. Establishment of educational centers on the battle field, opening holy Quraan centers under the shelling of cannons, and printing of books, for four hundred thousand copies were printed in 1988, and most of them were introduced into schools in Afghanistan.

4. Lighting the flame of battle and increasing its intensity through the introduction of Islamic hawks which flutter with the wings of death and which fly in the pursuit of the highest paradise while singing:

*(A poetry verse, meaning is unclear)*

And if I grow old I shall make war its father, the *(illegible)* a brother, and the Orient a father

5. Raising the morale of the Afghan Mujahideen brothers (you shall strengthen yourself with your brother).

6. Assumption of the greater issue of jihad by supplying the convoys, and facilitating their movement, and the Movement Department at the Maktab has supervised the movement of (twenty thousand, one hundred and thirty convoys) which carried everything that the Mujahideen need of ammunition, food, clothing, and bedding. This is a massive undertaking which contributed to intensifying the battle, and this undertaking has consumed hundreds of millions of Rupees which was contributed by many Islamic foundations.

7. Melting the Jihadist energies into one pot of Arabs and Afghans.

8. Caring for the war's victims and wounded through the establishment of five hospitals inside Afghanistan, Jaji, Takhar *(phonetic)*, Qaryab *(phonetic)*, Ghazni *(phonetic)*, and Panjshir, in addition to the establishment of the Mecca Al-Mukarrama Hospital, the Central Laboratory, and a holistic medicine clinic, and this group was a solid rock facing the Crusaders advance and a thorn in its throat, and the Lajnat Al-Birr had the lion's share in its contribution.

BOS000417

9. Halting the raging flood of immigration: through the sponsorship of scholars and commanders who wait among the falling lava.

10. Caring for the sons of martyrs through the opening of a widows and orphans sponsorship department inside Afghanistan, and the construction of orphanages.

11. Awakening the zeal and mobilizing the Muslims throughout the world to stand by this blessed Jihad, and to save the Muslim nation from the abyss of helplessness and the chasm of destruction.

12. Equipping the raiders and sponsoring their families.

13. Forming a committee of scholars to issue legal opinion, arouse the ambitions, and refute the decaying views.

And we ask God to grant us acceptance, assistance, relevance, integrity, loyalty and awareness.

Thanks and gratitude: All of the Islamic foundations contributed in the Jihadist arena through the financial support of the fronts and of the Arab lions in the Maktab Al-Khadamat. At the forefront were: Lajnat Al-Ighata Al-Saudiyya *(Saudi Relief Committee)*, Lajnat Al-Birr Al-Islamiyya *(Islamic Benevolence Committee)*, the Saudi *(Red)* Crescent, the Kuwaiti *(Red)* Crescent.

May God reward all with ample goodness for this blessed Jihad.


*(signature)*

Dr./ Abdallah Azzam


Dr. Abdallah Azzam, Tel. 43708, Peshawar-Pakistan, P.O. Box 977

