# Exhibit 2

*(Parenthetical remarks in Italic are the translator's)*

*(Document name:* **TAREEKHOSAMA/29/Tareekh Osama.91**)

In the name of God, the most Compassionate, the most Merciful

1.  The families stay as they are.

2.  The camps remain as they are.

3.  Urging the brethren to benefit from the training.

4.  Urging the leaders to go inside.  Media

5.  Identifying the brethren, among everyone, who are ready to go inside.

6.  Holding a mass-media event to collect in-kind and financial donations.

7.  Clarifying the Mujahideen's situation to the world and keeping the spirit of Jihad alive.

8.  Sending brethren during this month to prepare bases for the Arab brethren.

9.  Forming an advisory council for the Arab brethren and using it as the leadership.

10. Forming a committee to receive donations and maintain an account and the spending

    __ the Crescent *(most likely, the Saudi Red Crescent)*, the Rabita *(the Muslim World League)*, Sheikh Abdallah, the Relief Agency *(Hayaat Al-Ighata)*, and Abu Mazin.

11. Urging the Islamic agencies to bring in all of what they have.

12. Halting expansion.

13. Unifying the administration (presenting strong leadership for Peshawar, Suda, Warsak, and Al-Maasada.

14. Consulting with a lawyer regarding financial accounts and affairs.

15. Discussing with the Suda group their capability to provide provisions for the inside, and researching the ways which will lead to that.  Abu Al-Jood, Sheikh Abdallah, and Abu Abdallah *(the names were written in green ink, and it is*

BOS000067

*unclear which paragraph they were intended for)*

16.  Reducing the number of the working brethren, except for those who are needed urgently.

17.  Discussing the present situation with the Al-Jamaa Al-Islamiyya *(the Islamic Group)*, and the possibility of cooperation (Abu el-Jood).

*(Text continues in **TAREEKHOSAMA/29/Tareekh Osama.92**)*

BOS000068

بسم الله الرحمن الرحيم

١- تبقى المعادلة كما هي
٢- = المعسكرات كما هي
٣- تحريض الأخوة على الاستفادة من التدريب
٤- تحريض القادة على الدخول المراحل
٥- معرفة الأخوة المتعهدين للدخول من الجميع
٦- القيام بعمل إعلامية واسعة لجمع التبرعات
٧- توضيح موقف المجاهدين للعالم وإذكار وواجب
٨- إرسال أخوة في هذا الشهر لتسمية قواعد للقوة العرب
٩- تشكيل مجلس شورى للأخوة العرب وإنزاء قيادة
١٠- تشكيل لجنة لجمع كل استقبال التبرعات من المتبرعين
— البيلي والرابطة والشيخ عبد الله وهيئة المنات
١١- هيئة السيارات أبو سلمى مع عبد الله ما عندنا عالية
١٢- إيقا في التوسع

ثالثاً- تجديد إدارة لبرامج قيادة قوية لكل من بيناد
هيداً ورسالة وهمة.

رابعاً- استفادة من نلبيا الأمور وأثبت أن عالية
خامساً: البحث مع جماعة جدهم أن إمكانية يتهم للتجديد
البلد أول وبعث التطور الخوف به المالك

سادساً- تقليل عدد أفراد العاملين إلا للأمور الهامة
سابعاً: لما رسم على الجمعية أبو سلم بعض الأمور وما جاء البيد
هو المكان لبد التعاون أبو سلم

BOS000069