# Exhibit 3

*(Parenthetical remarks in Italic are the translator's)*

*(Document name:* **TAREEKHOSAMA/49/Tareekh Osama.121***)*

Number 1, خ:ش *(The Arabic characters Khaa and Sheen)*

In the name of God, the most Compassionate, the most Merciful

Muslim World League

International Islamic Relief Organization

No: *(left blank)*

Date: *(left blank)*

1.    A meeting between Abu Abdallah/Dr. Abdallah Naseef/Sheikh Abdel Majeed Zindani

and Dhiaul Haq

|_____The situation was explained to him, and he was made aware of his responsibility in front of God, and his continued support, and permitting the support, meaning - giving us an open license fr the borders, and if he is being subjected to any pressures, let it be a secret *(agreement)*, in a way that League offices will be opened as *(illegible)* for the Pakistanis, and the attacks will be launched from them *(these offices)*, and that there are no gatherings inside the cities which will attract attention, or ay other suitable method which you *(plural)* will agree upon and of which you *(singular)* are convinced without any concessions, and what is meant by concessions, is that you will not be ashamed of anything

2.    The removal of all of the brothers from Peshaw *(most likely, Peshawar)* as soon as possible, and the houses will be ready for the arrivals and for any emergency which may occur.

3.    The brothers will be transported directly to Miran Shah (Khost) because it is the only open point at the present time.

4.    The brothers who are at Warsak *(phonetic)* will also be sent to Khost and its surroundings.

5.   All of the brothers' passports are to be kept with the strong organizations, in order to avoid any search action due to pressuring from the embassies, or *(due to)* anything else which may occur.

6.   That the passports should not be kept with the Saudi *(Red)* Crescent in anticipation of the recall of Abu Al-Hasan by Saudi Arabia, and the changing of the director.

7.   In Khost, the absence of the brothers in Miran Shah *(meaning unclear)*. Everyone is at the front at several centers, in Miran Shah only the person in charge and whomever he wants as an assistant.

8.   Assigning a car to secure what the brothers need at the front.

9.   After these *(follow)* the steps that are mentioned in Adel's paper which you have

*(text continues in document* TAREEKHOSAMA/49/Tareekh Osama.121a)

*(Parenthetical remarks in Italic are the translator's)*

*(Document name: TAREEKHOSAMA/49/Tareekh Osama.121a, continuation of document TAREEKHOSAMA/49/Tareekh Osama.121)*

10.    I ask all of those who are in charge of people, to be good-natured, kind, compassionate, patient, and not too demanding of the brothers because the situation is not comforting for some individuals; more correctly the new ones, therefore the brothers need someone who will support them and be as a father and as a mother, and be a refuge for their sorrows so that he can assist them.

---

11.    To examine the brothers' situation, meaning that not everyone who gets close to you is what is desired, because individuals differ when idle, and when tasked with a responsibility.

*(illegible)* in the selection.

---

12.    I ask you to be good towards Sheikh Sayyaf, for he is known by all with agreement, and specifically you and the extent of his cooperation, and specifically you, and he is your brother *(meaning of this paragraph is unclear)*.

---

After this, *(continue)* in accordance with Adel's paper, and if anything new comes up I will inform you          .18952410

---

Saleh Khan says that his tribe's land is close to Jaji Maidan and that it is in your hands, and the government can not interfere with this.

---

You must pursue finding an umbrella which you can stay under, other than the Crescent *(most likely, the Saudi Red Crescent)* because I expect that Abu Al-Hasan will be replaced, because he is known by them especially after Abu Mazin left the arena, and I prefer the name of the League *(most likely, Muslim World League)* because Dr. Naseef is one of the brothers, and the government knows who Abu Al-Hasan is and who the ones in the arena are, and this is not a decision, and the change may not happen now, and it may not be the intention, however precaution *(precaution dictates that we do this)*.

Your brother

BOS000024

Abu Anees

*(signature)*

BOS000025

D:/BIF/SINGLECD/TAREEKHOSAMA/49/Tareekh Osama 121

Page 1

MUSLIM WORLD LEAGUE

INTERNATIONAL ISLAMIC RELIEF
ORGANIZATION

No _____

Date _____

رابطـة العالـم الإسلامي
بـكـن ـ سعوديـة
هيئة الإغاثـة الإسلامية العالمية

تربم _____
تاريخ _____

بسم الله الرحمن الرحيم

© السيد القائم بأعمال ـ مكتب الإغاثة / السيد/عبدالله زناني

مع صبا و الحب

تسلمنا الوصول واستمرار المسولية باسم الله ونرجو أن دعم خبر لاحاجم إلى العلم

© بعد ـ اعطائنا اجازة عنوة منه عمرو زادا أمان علم نجموعا

فلكم _____ يحمده بجميعنا وراكن لقراءة عمرنا للمكاتبر

وعبا تطلب البطالات وذلك وتكون في مبالغ خيريات بلدنا المطر أول بلدن
الأخرى خربنا ناسمه علموحلو وتنتشر ممالأخت بعرب ناراونه ودالعظمر

© فريق ببشلون أسرع ترميمه مراجعة وتكون البيوت حاضرة

للتمييز وأنني هاله بأورد بكم غيب.

© بتم نظر أبوعرة رأسلا أم بين ستأتي ونما النظر العنوب منه بانك

© البوعرة الاربع وتسله بطاحيم إسلام أجنبي و لا م سوست بناورنا

© جميع بزاءات الأعرة يحتفظ بها في بطاء المؤسسات المدينة تقادما لارجالة
فتشيم واحد لخط لهسارات أو أن ستباتنك سيمل

© أمو يحتفظ باجزارة في المال السعودي نخستا لطلب أبراهيم فرلسعودمن
وتقير البر

© تو سوست عم نواجا أمر تنمير أ ستأه ـ اكل والجسم غدوة راكر
غيرأ باء بنا السرل وسريك تنم سطرة ط

© ومع سبارك نقرم تأسمر بالبرم الأعرة و البية

© بعد دلاج الخطوات المذكور في رؤمه عادل لئن معلك

BOS000026

٦) اوصي جميع ... تأثيرهم الناس بالحلم و ازالة الحملات
و اظهر مصر الضعف ... ... لذا الوطني عنير ... ...
... فيذلك يختار الاخوة ال ... ... يلتزم ركيزة أهمها واية
... ونارب اجراءهم ليعنهم
_____

١١) النظرا ... ام الامر ... ليس سلاس يتقرب الثلث ... ...
... لبعض ... ... ... ... ... المسؤليـــــة
... بام ...

١٢) اوصيك الشيخ سيان ...
... ... ... و ... ...

٠٢٨٩٦٠٠٠

... ... ... ... ... ... ... ...
... ...

... ... يدخل ... ...
... تزيبة ...
... ... ... ... ...
... ...

... ... ... ... ...
... ...
... ... ... ... ...
... ... ... ... ...
... ... ... ... ...
... ... ... ... ...