# Exhibit 7

BFV (GERMAN INTERNAL INTELLIGENCE SERVICE)
SUMMARY OF FINDINGS
INVESTIGATION ON YASSIN QADI AND MUWAFAQ

DATE UNKNOWN /
ENGLISH TRANSLATION /

---

YASSIN QUADI AND MUWAFAG

Police findings and background

1. The Saudi Arabian authorities investigated Khalid bin Mahfooz in 1997 --
within the dossier there was information about links to charities/fronts for terrorist groups. One route was thr transfer of large sums from the National Commercial Bank to Islamic 'charities'. These included Muwafag el Kheiriya and Islamic Relief. There are institutional links between Muwafag and Usama bin Laden's network.

2. Khalid bin Mahfooz was a director of Banque al Saoudi, which the Banque de France helped to avoid bankruptcy in 1989. Salim bin Laden and Sheikh Bogshan were also directors and Banque al Saoudi's honorary Chairman was Prince Mohamed bin Fahad. It was apparently 'partly taken over' by Banque Indo-Suez (formerly Francaise pour l'Orient) and which is now merged with the Mediterranean Group, owned by Lebanese tycoon and politician Rafiq Hariri.

3. Senior members of the Bin Mahfooz family worked with the CIA in Saudi Arabia. Khalid bin Mahfooz took a 30 per cent holding in Bank of Credit and Commerce International which was used party to finance the Afghan anti-Soviet mujahideen. This brought the Bin Mahfooz close to the Bin Laden family, which had also helped the Mujahideen during and after the war with the Soviet Union. Since then relations between the CIA and senior members of the Bin Mahfouz and Bin laden families have declined sharply. CIA investigations showed evidence of links between Khalid bin Mahfouz and Usama bin Laden operations; these investigations were broadened to include Islamic charity fronts. The CIA provided the German authorities with information on Muwafag and Mercy International.

4. Mercy International operates as a front for the Muslim Brotherhood. Mercy Int. It has several branches in the United-Kingdom and is headquartered in Ireland. It is linked to Muwafag through Yassin Quadi's family. The three key individuals are:

* Yassin Abdullah Aziz el Din Quadi, a Saudi Arabian citizen.

* Issam Quadi, a Saudi Arabian citizen works for Usama bin Laden and is based in Bosnia Herzegovina

* Omer al Quadi, director of Mercy International in the United States.

5. The three Quadis control a number of charities and companies used as fronts for illegal financial transfers and arms shipments. Two of these fronts are reported to be Muwafag and Europe Invest. Muwafag specialises in arms shipments to Bosnia (where there is an Islamist miliria known as the Muwafag Brigade). There is a German-registered section called Mouwafaq Foundation based in Stuttgart and Munich. Europe does import-export and logistics deals and banking transfers etc.

6. Yassin Quadi uses the following companies to make financial transfers for Muwafaq operations: for logistics and arms for the Muwafag Brigade militia in Bosnia and Kosovo:

Abrar Group International SDN BHD
24, Jalan 1/76D
Desa Pandan
55100 Kuala Lumpur
Malaysia.
Telephone: 39811187
Fax Number: 39831577

Directors of this company are listed as:
Jamil Bidin, Managing Director
Jamil Bidin
Wan Muhamad Hasni Wan Sulaiman
Sheikh Yassin AA Kadi
Ajmal Hameed
Wan Annuar Wan Mohd Noor
Jalaluddin Mohd Jarjis
Ahmed M.O Ba Sudan
Wan Mohd Azizi Wan Sulaiman
Norhelza Ujang
Nohamin

Trading operations began in 1993 and the company currently employs 300 individuals.

BIM Birlesik Magazalar AS
Adurrahman Gazi Mahallesi
289 Ebubekir Caddesi
Istanbul
Turkey
Telephone: 2163117974
Cable Telex: 902163116479

Directors:
Abdulaziz Geylan Zapsu, Chairman
Mustafa Latif Topbas
Yassin Abdullah Kadi
Mehmet Fatih Sarac
Vedat Diriker

Uzeyir Kidik

The company began operations in 1995 and employs a total of 1704 people.

Loxall SH PK
Address: 9 Rruga Pjeter Boganinov
Pall 1, Shk 1
Tirana
Albania
Cable Telex: 3554232538
Yasin Kadi is the sole director of this company which employs 10 people.

Medicare
Medicare SH PK
Address: Apt B
6 Pall Shallvare
Tirana
Albania
Cable Telex: 3554232538

The only two directors of this company are Yasin Kadi, President, and M Nedalghanim who is company executive. This company employs a total of 8 individuals. This company bears the same cabletelex number as Loxall, and both are based in Tirana, although the company addresses are different.

7. Muwafag and Europe Invest are both used by Usama bin laden's network. Muwafag's director in Munich, Germany, was Shafik [Chafiq] bin Mohamed al Ayyadi, a Bosnian from Lebanon, probably from Tripoli (Tarablus). His successor was Nurdi Sidikay. Muwafag has a house at Helene-Meyer-Ring 10 1415 80809 Munich. Ayyadi told German police that Yassin Qadi was his partner in Muwafag in Germany. Ayyadi recieved money from the following sources:

i) Muwafag's bank accounts in Stuttgart (286,000 Deutsche Mark on 15 September 1995) from Yassin A.A. Kadi Sarmny Ltd. Istanbul.

ii) Sahi Q. Qabbani, Jeddah.

iii) Muwafag had two bank accounts in the name of Mouwafaq Foundation, at 76137 35 Karlsruhe C/O El Talla Abdul Salam.

iv) Muwafag also held funds in account numbers 90-196185 and 90-198177 at the Munich <Savings Fund> (Sparkasse) opened by Chafiq Ben Mohamed al-Ayyadi with the Helene-Meyerring address.

v) Ayyadi also opened an account at the Deutsche Bank in Karlsruhe, giving these addresses: C/O Abdul Salam Talla, Kreutzstrasse 35, 76133 Karsruhe and C/O Abderrazak Arroum, Winterstr. 38, Karlsruhe and Am Steeb 27, 21485 Reinbek.

8. Chafiq later moved to Britain to 129 Park Road, London NW8, [a block of flats known as a centre for Islamists, especially Algerian and Tunisian ones]. Ayyadi said Muwafag's German operation also runs branches in Belgium, at Moscron, and in Vienna.

9. Another close associate is Brahim ben Mohamed Hachicha, a Tunisian in his mid-30s. Another associate is said to be Osman el Haidar (Abu Adel), a Kuwaiti of Palestinian origin living in Bosnia. He was a major funder of 'Mujahideen' in the Balkans and runs a number of 'charities' in Bosnia.

10. Osman el Haider is also conected to the Sudanese 'Hassanein brothers', El Fatih Hassanein (known to us) and Sukarno. El Fatih was an advisor to Bosnian President Alia Izabegovitch and was involved in arms dealing for the Sarajevo government, working with Defence Minister Hassan Sendjik. El Fatih runs the Third World Relief Agency the subject of a scandal in Austria in 1995. El Fatih commutes between Khartoum, Vienna and Bosnia. He is close to the Sudan government and is also a commercial arms dealer.