UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
IN RE: TERRORIST ATTACKS
OF SEPTEMBER 11, 2001            :   03 MDL No. 1570 (RCC)
                                 :   <u>ORDER</u>
-------------------------------------------------------X
*This Document Relates to*: All Actions    :
-------------------------------------------------------X
Richard Conway Casey, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-1-04

    The Court shall hold a status conference in the above-captioned multi-district cases on July 20, 2004, at 2:00 p.m. in the Ceremonial Courtroom at 500 Pearl Street.

    The topic of the conference will be whether the Supreme Court's June 28, 2004 decisions in <u>Hamdi v. Rumsfeld</u> and <u>Rasul v. Bush</u> relate to pending motions to serve by publication certain defendants who are allegedly in U.S. custody. Specifically, the Court would like to hear the government's position on these cases.

Dated: July 1, 2004
       New York, New York

SO ORDERED.

_____
Richard Conway Casey, U.S.D.J.