**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | **03 MDL 1570 (RCC)** **(ECF CASE)** |
| This document relates to: THOMAS BURNETT, *et al*, v. AL BARAKA INVESTMENT & DEVELOPMENT CORP., *et al.* | 03 CV 9849 (RCC) **DECLARATION OF THOMAS P. STEINDLER** |

THOMAS P. STEINDLER under penalty of perjury deposes and says:

1.      I am a member of the firm of McDermott Will & Emery LLP, attorneys herein for defendant Yassin Abdullah Al Kadi.  I submit this Affidavit in support of Mr. Kadi's motion for a Protective Order quashing the subpoena *duces tecum* issued by Plaintiffs to Citibank FSB on June 23, 2004 (the "Citibank Subpoena") to the extent that it seeks documents relating to Mr. Kadi.  A true and correct copy of the Citibank Subpoena is attached hereto as Exhibit A.

2.      Plaintiffs and Mr. Kadi have agreed that Mr. Kadi's time to respond to the Third Amended Complaint in the above-captioned action (the "Third Amended Complaint") has been extended to July 16, 2004, and such extension has been approved by the Court.  Attached hereto as Exhibit B is a true and correct copy of the Court's memorandum endorsement of a letter memorializing the extension.

3.      Mr. Kadi intends to move to dismiss the Third Amended Complaint on July 16, 2004 on a variety of grounds, including lack of personal jurisdiction.

I swear under penalty of perjury that the foregoing is true and correct.

_____/s/ Thomas P. Steindler_____
Thomas P. Steindler

WDC99 942948-1.064622.0011