Exhibit 1

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE OFFICE OF THE VIRGINIA SECRETARY OF STATE ***

VIRGINIA SECRETARY OF STATE, CORPORATE RECORD

Name: SANA-BELL, INC., THE

Business Address: 555 GROVE ST SUITE 116
HERNDON, VA 20170

Type: CORPORATION

Status: REVOKED-AUTOMATIC

Status Date: 7/31/2001

Filing Date: 3/7/2000

Duration: PERPETUAL

State of Incorporation: DISTRICT OF COLUMBIA

Registered Agent: JAMES M TOWARNICKY

Registered Office: 555 GROVE ST STE 116
HERNDON, VA 20170

Agent Status: ACTIVE

Additional Information: INDUSTRY: GENERAL

Number: F141478

Officers/Directors/Partners/Members:

AL NOSHAN, ABDULLAH M
TREASURER

BAHAFZALLAH, HASSAN M
VICE PRESIDENT

MIRZA, M YAQUB
SECRETARY

OBAD, BIN SALEH L
PRESIDENT

CALL LEXIS DOCUMENT SERVICES FOR ALL YOUR CORPORATE NEEDS.
800-634-9738

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE OFFICE OF THE VIRGINIA SECRETARY OF STATE ***

VIRGINIA SECRETARY OF STATE, CORPORATE RECORD

Name: SANABEL AL KHEER, INC.

Business Address: 555 GROVE STREET SUITE 116
HERNDON, VA 20170

Type: CORPORATION

Status: ACTIVE

Status Date: 8/14/2000

Filing Date: 8/14/2000

Duration: PERPETUAL

State of Incorporation: VIRGINIA

Date of Incorporation: 8/14/2000

Registered Agent: M YAQUB MIRZA

Registered Office: 555 GROVE ST SUITE 116
HERNDON, VA 20170

Agent Status: ACTIVE

Additional Information: INDUSTRY: GENERAL

Number: 544858

Officers/Directors/Partners/Members:

AL OBAID, DR ABDULLAH BIN SALEH
PRESIDENT

BAHAFZALLAH, DR HASSAN A A
VICE PRESIDENT

MIRZA, DR M YAQUB
SECRETARY/TREASURER

CALL LEXIS DOCUMENT SERVICES FOR ALL YOUR CORPORATE NEEDS.
800-634-9738