UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

In re Terrorist Attacks on September 11, 2001        03 MDL 1570 (RCC)

------------------------------------------------------------------x

This document relates to:

*Thomas E. Burnett, Sr., et al. vs. Al Baraka Investment and Development Corp., et al.*
**03 CV 9849 (RCC); 03 CV 5738 (RCC)**

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to F.R.C.P. 41(a)(1), Plaintiffs in the above-referenced actions hereby voluntarily dismiss the following Defendant without prejudice from *Burnett, et al. v. Al Baraka Investment & Development Corp., et al.*, No. 03-CV-5738 & No. 03-CV-9849:

Abdul Rahman Al Swailem  (D95)


Dated:  New York, New York           Respectfully submitted,
        July 1, 2004


                                     /s/ Harry Huge
                                     Harry Huge, Esquire
                                     HARRY HUGE LAW FIRM, LLP
                                     Market Square North
                                     401 Ninth Street, N.W., Suite 450
                                     Washington, DC 20004
                                     Phone: (202) 824-6046
                                     Fax:  (202) 318-1261