USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-7-04

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL No. 1570 (RCC) |
| FEDERAL INSURANCE COMPANY, et al., Plaintiffs, | |
| v. | C.A. No. 03 CV 6978 (RCC) |
| AL-QAEDA ISLAMIC ARMY, et al., Defendants. | |

### DISMISSAL OF DR. SOLIMAN J. KHUDEIRA

PLEASE TAKE NOTICE that, through counsel, the *Federal Insurance* plaintiffs and defendant Dr. Soliman J. Khudeira have agreed to and hereby stipulate to the dismissal of defendant Dr. Soliman J. Khudeira, with prejudice, each side to bear its own attorneys' fees, costs, and expenses.

Respectfully submitted,

J. Scott Tarbutton, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103-3508
(215) 665-2000
Counsel for Plaintiffs

Lynne Bernabei, Esquire
Bernabei & Katz, PLLC
1773 T Street, N.W.
Washington, D.C. 20009-7139
(202) 745-1942
Counsel for Defendant Dr. Soliman J. Khudeira

SO ORDERED:

Richard Conway Casey
U.S. District Judge

July 6, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on July 2nd, 2004, I caused the foregoing to be served electronically on counsel of record by the Court's Electronic Case Filing (ECF) System.

/s/ Alan R. Kabat
_____
Alan R. Kabat