T. Barry Kingham (TBK-1219)
Daria M. Ciaputa (DC-0490)
Jesse Clarke (JC-4410)
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178
(212) 696-6000
Fax (212) 697-1559

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-8-04
```

Attorneys for HRH Prince Abdullah Al Faisal Bin Abdulaziz Al Saud
and Alfaisaliah Group

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                       )
IN RE: TERRORIST ATTACKS ON            )
SEPTEMBER 11, 2001                     )
                                       )
_____ )

**STIPULATION AND ORDER**

03 MDL 1570 (RCC)
ECF Case

*This document relates to: Burnett v. Al Baraka*
*Investment & Development Corp., 03 CIV 9849 (RCC);*
*Burnett v. Al Baraka Investment & Development Corp., 03 CIV 5738 (RCC)*

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

attorneys for plaintiffs and for defendants HRH Prince Abdullah Al Faisal Bin Abdulaziz Al

Saud and Alfaisaliah Group, that the time for defendants to answer, move or otherwise respond

to the extant complaint in this action is extended to July 30, 2004. In the event defendants file

motions to dismiss, as anticipated, plaintiffs' opposition shall be filed on or before September 15,

2004, and defendants' reply, if any, shall be filed on or before October 1, 2004.

Dated: New York, New York
June 17, 2004

| | |
|---|---|
| HANLY CONROY BIERSTEIN & SHERIDAN LLP | CURTIS, MALLET-PREVOST, COLT & MOSLE LLP |
| By: /s/ Paul J. Hanly, Jr. (PH-5486) Andrea Bierstein (AB-4618) 415 Madison Avenue New York, New York 10017 (212) 401-7600 | By: /s/ T. Barry Kingham (TBK-1219) Daria M. Ciaputa (DC-0490) 101 Park Avenue New York, New York 10178 (212) 696-6000 |
| Counsel for Plaintiffs | Counsel for HRH Prince Abdullah Al Faisal Bib Abdulaziz Al Saud and Alfaisaliah Group |

SO ORDERED: /s/ Richard Casey

Honorable Richard C. Casey

7/8/04