# HANLY CONROY BIERSTEIN & SHERIDAN LLP

415 MADISON AVENUE
NEW YORK, NEW YORK 10017-1111
www.hanlyconroy.com

ANDREA BIERSTEIN (NY & MA)
(212) 401-7556
JAYNE CONROY (NY, DC & MA)
(212) 401-7555
CLINTON B. FISHER (NY & DC)
(212) 401-7557
PAUL J. HANLY, JR. (NY & TX)
(212) 401-7550
THOMAS I. SHERIDAN, III (NY)
(212) 401-7602

TELEPHONE (MAIN)
(212) 401-7600

TELECOPIER
(212) 401-7635

EMAIL
abierstein@hanlyconroy.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-14-04

BY HAND

July 12, 2004

Hon. Richard Conway Casey
United States District Judge, Southern District of New York
United States Courthouse
500 Pearl Street, Room 1350
New York, New York 10007-1312

Re: *In re Terrorist Attacks of September 11, 2001*, MDL 1570

Dear Judge Casey:

I write on behalf of the *Burnett* plaintiffs to request an extension, until July 16, 2004, of plaintiffs' time to respond to the Motion of Yassin Abdullah Al Kadi for a Protective Order and to Quash Subpoena Served on Citibank FSB. We have spoken to Thomas Steindler, counsel for Mr. Kadi, and he has consented to this extension. Accordingly, plaintiffs request that the Court so-order the parties' agreement.

Respectfully,

Andrea Bierstein

cc: All counsel of record (via email)

Application granted

Richard Conway Casey

7/16/04