UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL 1570 (RCC)<br>ECF CASE |
| This document relates to:<br><br>THOMAS BURNETT, *et al*,<br><br>v.<br><br>AL BARAKA INVESTMENT & DEVELOPMENT CORP., *et al.* | 03 CV 9849 (RCC) |
| THOMAS BURNETT, *et al*,<br><br>v.<br><br>AL BARAKA INVESTMENT & DEVELOPMENT CORP., *et al.* | 03 CV 5738 (RCC) |
| KATHLEEN ASHTON, *et al*,<br><br>v.<br><br>AL QAEDA ISLAMIC ARMY, *et al.* | 02 CV 6977 (RCC) |

**DEFENDANT YASSIN ABDULLAH AL KADI'S MOTION TO DISMISS OR IN THE ALTERNATIVE FOR A MORE DEFINITE STATEMENT**

Defendant Yassin Abdullah Al Kadi (D91), hereby moves for an order dismissing the complaints as to him in the above-captioned cases. In the alternative, Mr. Kadi moves for an order requiring a more definite statement under Fed.R.Civ.P. 12(c). A memorandum of law accompanies this Motion.

Dated: July 15, 2004

Respectfully submitted,

MCDERMOTT WILL & EMERY LLP

By: /s/ Thomas P. Steindler
    Thomas P. Steindler (TS-6620)
    Stanton D. Anderson (SA-1511)
    600 Thirteenth Street, N.W.
    Washington, D.C. 20005
    Telephone: (202) 756-8000

*Attorneys for Defendant*
*Yassin Abdullah Al Kadi*

# CERTIFICATE OF SERVICE

I hereby certify that, on this 15th day of July, 2004, I caused copies of Defendant Yassin Abdullah Al Kadi's Motion to Dismiss or in the Alternative for a More Definite Statement, and Defendant Yassin Abdullah Al Kadi's Memorandum In Support of Motion to Dismiss or in the Alternative for a More Definite Statement to be served electronically pursuant to the Court's ECF system.

                                            /s/ Thomas P. Steindler
                                            Thomas P. Steindler