# EXHIBIT D

**Al-Beraik**     In the name of God the most gracious, most merciful

587/Q/270<br>
Date:  15/05/1425<br>
[July 3, 2004]

RE: **Saudi Law and Service of Court Summons**

**May Peace be on you, with God's Mercy and Blessings**

We thank you for your letter dated June 28, 2004 with the questions. Following are the service of court summons guidelines according to Saudi regulations.

Service should be carried out by the Court Agents or by the Plaintiff himself. Article 12 of the law regulating court proceedings issued in the Royal Decree (M/21) dated 20/05/1421 [August 20, 2000].

The Court Agent must deliver a copy of service to the Defendant at his residence or, if any, to his place of employment or to the residence of any member of his family, relatives or in-laws who live with him or to those who work for him (Article 15 of the above Decree).

If there is no one to deliver the service to or the service is refused, a copy of the service shall, according to circumstances, be delivered in consecutive order to the Mayor of the District, the police station, the head of the police station or the chief of the tribe whose power covers the area of the residence of the Defendant. And within 24 hours of the delivery of the copy of service to any of the above authorities, the Agent shall send to the Defendant either to his residence or place of work, a recorded delivery letter informing him that a copy of the service was delivered to one of the above authorities.

When necessary, the Judge may list an announcement of the service for the Defendant through a local newspaper (Article 18/3).

If the Defendant lives in a foreign community, a copy of the service should be sent to the Saudi Foreign Ministry for delivery through diplomatic channels (Article 20).

Lastly, methods of service are confirmed to the Plaintiff, Court Agents and the Foreign Ministry (for those living abroad) and when necessary by publication in local newspapers. But mail is not used in service itself. It is used only to notify the Defendant that there is a service of the section of Court Agents before the Court which has competence over the case.

Al-Beraik Law Office

/s/ _____
Saad Al-Beraik

Oleye – Al Taqussual Street Al Riyadh P.O. Box 55358 Al Riyadh 11534
Tel.: 4825051((6 Line)) Fax: 4820118

بسم الله الرحمن الرحيم

*Page two of three*

الرقم / ٥٨٧/ق/٢٧٠
التاريخ / ١٥/٠٥/١٤٢٥هـ

سعادة الأستاذ / سعد جبار المحامي

السلام عليكم ورحمة الله وبركاته .. وبعد

نشكركم على خطابكم لنا المؤرخ في ٢٠٠٤/٦/٢٨م وعلى سؤالكم عنا جزاكم الله خير الجزاء .

أما بخصوص استفساركم عن تبليغ الدعوى في القانون السعودي ما إذا كان يتم التبليغ بالبريد المسجل أحد وسائل التبليغ المعتد بها .

نفيدكم أنه طبقاً للمادة الثانية عشرة من نظام المرافعات الشرعية الصادر بموجب المرسوم الملكي الكريم رقم ( م / ٢١ ) وتاريخ ١٤٢١/٥/٢٠هـ يتم التبليغ بواسطة المحضرين أو صاحب الدعوى نفسه .

وطبقاً للمادة الخامسة عشرة من النظام المذكور يسلم المحضر صورة التبليغ إلى من وجهت إليه في محل إقامته أو عمله إن وجد وإلاّ فيسلمها إلى من يوجد في محل إقامته من الساكنين معه من أهله وأقاربه وأصهاره أو من يوجد ممن يعمل في خدمته .

فإذا لم يوجد أحد أو امتنع من وجد عن التسلم فيسلم الصورة حسب الأحوال إلى عمدة الحي أو قسم الشرطة أو رئيس المركز أو شيخ القبيلة الذي يقع في محل إقامة الموجه إليه التبليغ في نطاق اختصاصهم حسب الترتيب السابق ، وعلى المحضر خلال أربع وعشرين ساعة من تسليم الصورة للجهة الإدارية أن يرسل إلى الموجه إليه التبليغ في محل إقامته أو عمله خطاباً مسجلاً مع إشعار التسلم - يخبره فيه أن الصورة سلمت إلى الجهة الإدارية .

أما المادة ( ١٨/٣ ) لقد نصت على : للقاضي عند الاقتضاء أن يعلن عن طلب الموجه إليه التبليغ في إحدى الصحف المحلية ، وقد نصت المادة العشرون على أنه إذا كان محل إقامة الموجه إليه التبليغ في بلد أجنبي فترسل صورة التبليغ إلى وزارة الخارجية لتوصيلها بالطرق الدبلوماسية .

العليا - شارع التخصصي - ص.ب ٥٥٣٥٨ الرياض ١١٥٣٤  هاتف : ٤٨٢٥٠٥١ (٦ خطوط)  فاكس : ٤٨٢٠١١٦
Olaya - Al Taqessusi Street  Al Riyadh P.O.Box :55358 Al Riyadh 11534 Tel. :4825051(( 6 Line )) Fax :4820116
البريد الإلكتروني : Albraik_cons@hotmail.com

— ٢ —

مـن هنا نجد أن طرق التبليغ تنحصر في الشخص نفسه والمحضرين ووزارة الخارجية لمن إقامتهم خارج المملكة والصحف عند الاقتضاء أما البريد فلا يستعمل في التبليغ ذاته وإنما يستعمل للإفادة بأن هناك تبليغ لدى قسم المحضرين بالمحكمة المنظور أمامها الدعوى .

من كل ما سبق نرى أن التبليغ بواسطة البريد لا يعتبر من الوسائل النظامية المعتد بها ما لم ينص نظام الإجراءات بالدولة مكان إقامة الدعوى على ذلك .

نـأمل أن نكـون قد أجبنا على إستفساركم ونحن على استعداد دائماً للإجابة عن أي استفسارات أخرى ترونها ولمزيد من التعاون المثمر البناء .

والله يحفظكم ويرعاكم ،،،

مكتب البريك محامون ومستشارون

العليا - شارع التخصصي - ص.ب ٥٨٣٥٨ الرياض ١١٥٣٤   هاتف: ٤٨٢٥٠٥١ (٦ خطوط)   فاكس: ٤٨٢٠١١٦
Oleya - Al Taqussusi Street Al Riyadh P.O.Box : 58358 Al Riyadh 11534 Tel. : 4825051 (( 6 Line ))   Fax : 4820116
Albraik_csrc@hotmail.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL 1570 (RCC)<br>ECF CASE |
| This document relates to:<br><br>THOMAS BURNETT, *et al*,<br><br>v.<br><br>AL BARAKA INVESTMENT & DEVELOPMENT CORP., *et al.* | 03 CV 9849 (RCC) |
| THOMAS BURNETT, *et al*,<br><br>v.<br><br>AL BARAKA INVESTMENT & DEVELOPMENT CORP., *et al.* | 03 CV 5738 (RCC) |
| KATHLEEN ASHTON, *et al*,<br><br>v.<br><br>AL QAEDA ISLAMIC ARMY, *et al.* | 02 CV 6977 (RCC) |

### DECLARATION OF ATIF QARNI

I, Atif Qarni, hereby declare that the foregoing is, to the best of my knowledge and belief, a true and accurate English translation of the attached Arabic Memorandum of Law of Saad Al-Beraik regarding Saudi Law and Service of Court Summons.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: July 14, 2004

_____
Atif Qarni