# EXHIBIT

# I

### SIGNING STATEMENT
#### P.L. 102-572

## STATEMENT BY PRESIDENT OF THE UNITED STATES

### STATEMENT BY PRESIDENT GEORGE BUSH UPON SIGNING S. 1569

28 Weekly Compilation of Presidential Documents 2212, November 2, 1992

Today I am signing into law S. 1569, the "Federal Courts Administration Act of 1992." I am pleased that the bill explicitly authorizes an American national to file suit in the United States for the recovery of treble damages against the perpetrators of international terrorism. This will ensure that, if needed, a remedy will be available for Americans injured abroad by senseless acts of terrorism.

My approval of this bill also enacts a number of recommendations made by the Federal Courts Study Committee and contains a number of other important provisions for the judicial branch and its personnel. In addition, the bill makes certain important amendments to the Contract Disputes Act—amendments that will serve to provide a more efficient and fair resolution of contract disputes for many of those who do business with the Federal Government.

S. 1569 abolishes the Temporary Emergency Court of Appeals (TECA), which was established in 1970 to rule on appeals of certain oil price control cases. TECA's appellate jurisdiction will be transferred to the U.S. Court of Appeals for the Federal Circuit. I hope and expect that the Federal Circuit will adopt TECA precedent, just as the Federal Circuit earlier adopted Court of Claims precedent when its appellate jurisdiction was transferred to the Federal Circuit. Adoption of TECA precedent would reduce any uncertainty prompted by the change of appellate jurisdiction, reducing delay in resolution of these matters and assisting the Department of Energy's efforts to bring these petroleum cases to a proper conclusion.

Although I have signed S. 1569, I will also withhold my approval of H.R. 6185. While both bills contain many of the same provisions, the amendments to the Contract Disputes Act contained in S. 1569 will better serve the public interest of improving the resolution of contract claim disputes between the Federal Government and its contractors.

GEORGE BUSH

The White House,
*October 29, 1992.*