COZEN O'CONNOR  
STEPHEN A. COZEN, ESQUIRE  
ELLIOTT R. FELDMAN, ESQUIRE  
SEAN P. CARTER, ESQUIRE  
LISA HAAS, ESQUIRE  
J. SCOTT TARBUTTON, ESQUIRE  
COZEN O'CONNOR  
1900 Market Street  
Philadelphia, PA 19103  
(215) 665-2000

Attorneys for Plaintiffs  
Federal Insurance Co., et al

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACK | CIVIL ACTION NO. 03-MD-1570 (RCC) |
| FEDERAL INSURANCE COMPANY, et al. | |
| | CIVIL ACTION NO. 03-CV-6978 (RCC) |
| Plaintiffs, | |
| v. | **STIPULATION EXTENDING TIME TO ANSWER** |
| AL-QAIDA, et al., | |
| Defendants. | |

It is HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendant, by and through their respective undersigned counsel, that:

1. The undersigned Defendant's counsel will accept service of the Amended Complaint on behalf of defendant Abdurahman M. Alamoudi.

2. Defendant Abdurahman M. Alamoudi will answer or otherwise move against the Amended Complaint on or before July 30, 2004.

3. Defendant Abdurahman M. Alamoudi will execute a waiver of service of summons thereby waiving all affirmative defenses, objections and arguments relating to service of process during the course of this litigation.

4. Plaintiffs will respond to Defendant Abdurahman M. Alamoudi's responsive pleading within sixty days of receipt of same from Defendant's counsel.

Dated: June 29, 2004

COZEN O'CONNOR, PC
Attorneys for Plaintiffs

By: _____
J. Scott Tarbutton
1900 Market Street
Philadelphia, PA 19103

HANANIA & KHEDER
Counsel for Defendant
Abdurahman M. Alamoudi

By: _____
Maher Hanania, Esquire
6066 Leesburg Pike, Suite 101
Falls Church, VA 22041

So Ordered

_____
S.D.N.Y.

Phila1\2083436\1 117430.000

2

## Waiver of Service of Summons

TO: J. Scott Tarbutton, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

I acknowledge receipt of your request that I waive service of summons in the action of <u>Federal Insurance Company, et al. v. al Qaida, et al.</u>, which is case number <u>1:03CV6978</u> in the United States District Court for the Southern District of New York. I have also received a copy of the amended complaint in the action, two copies of this instrument, and a means by which I can return the signed wavier to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the amended complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you on or before July 30, 2004.

_____          _/s/ Maher Hanania_____
Date                 Signature
                     Printed/typed name: Maher Hanania
                     [as Counsel                              ]
                     [for Abdurahman M. Alamoudi              ]

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and amended complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the amended complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the amended complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against the defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.