**EXHIBIT "B"**

**RICO STATEMENT**

| *Federal Insurance Company, et al. v. al Qaida et al.,* 03cv6978 Plaintiffs | Paid to Date |
|---|---|
| ALLSTATE INSURANCE COMPANY | $12,945,647.78 |
| AMERICAN ALTERNATIVE INSURANCE CORPORATION | $2,590,862.56 |
| AMERICAN EMPLOYERS' INSURANCE COMPANY | $325,421.23 |
| AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY | $44,407,749.17 |
| AMERICAN ZURICH INSURANCE COMPANY | $2,365,183.61 |
| AMLIN UNDERWRITING, LTD. | $66,991,142.12 |
| ASSURANCE COMPANY OF AMERICA | $2,417,600.19 |
| BOSTON OLD COLONY INSURANCE COMPANY | $5,100.00 |
| CHUBB CUSTOM INSURANCE COMPANY | $612,585.00 |
| CHUBB INDEMNITY INSURANCE COMPANY | $3,771,622.01 |
| CHUBB INSURANCE COMPANY OF CANADA | $44,547,557.24 |
| CHUBB INSURANCE COMPANY OF NEW JERSEY | $410,681.69 |
| CNA CASUALTY OF CALIFORNIA | $25,771.00 |
| COLONIAL AMERICAN CASUALTY AND SURETY INS. COMPANY | $21,400.00 |
| COMMERCIAL INSURANCE COMPANY OF NEWARK, NJ | $141,343.00 |
| CONTINENTAL INSURANCE COMPANY | $542,627.00 |
| CONTINENTAL INSURANCE COMPANY OF NEW JERSEY | $39,073.00 |
| CRUM & FORSTER INDEMNITY COMPANY | $44,300.08 |
| FEDERAL INSURANCE COMPANY | $1,310,819,537.70 |
| FIDELITY AND CASUALTY COMPANY OF NEW YORK | $79,856.00 |
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND | $7,636,903.02 |
| GLENS FALLS INSURANCE COMPANY | $36,239.00 |
| GREAT LAKES REINSURANCE U.K. PLC | $57,682,223.62 |
| GREAT NORTHERN INSURANCE COMPANY | $598,520,989.15 |
| HISCOX DEDICATED CORPORATE MEMBER, LTD. | $228,774,228.62 |
| HOMELAND INSURANCE COMPANY OF NEW YORK | $210,670.75 |
| MARYLAND CASUALTY COMPANY | $448,063.19 |
| NATIONAL BEN FRANKLIN INSURANCE COMPANY OF ILLINOIS | $6,442.00 |
| NORTH RIVER INSURANCE COMPANY | $3,405,966.77 |
| NORTHERN INSURANCE COMPANY OF NEW YORK | $1,288,908.39 |
| ONE BEACON AMERICA INSURANCE COMPANY | $85,101.50 |
| ONE BEACON INSURANCE COMPANY | $185,924,621.93 |
| PACIFIC INDEMNITY COMPANY | $20,917,471.59 |
| SENECA INSURANCE COMPANY, INC. | $4,039,407.18 |
| STEADFAST INSURANCE COMPANY | $392,783.63 |
| THE CAMDEN FIRE INSURANCE ASSOCIATION | $76,620.00 |
| THE PRINCETON EXCESS & SURPLUS LINES INSURANCE COMPANY | $3,796,292.50 |
| UNITED STATES FIRE INSURANCE COMPANY | $75,434,277.11 |
| VALIANT INSURANCE COMPANY | $3,500.00 |
| VIGILANT INSURANCE COMPANY | $41,781,107.08 |
| ZURICH AMERICAN INSURANCE COMPANY | $783,686,766.26 |