EXHIBIT "A"

RICO STATEMENT

QUESTION # 2

| DEFENDANT | MISCONDUCT | BASIS OF LIABILITY |
|---|---|---|
| Bin Mahfouz | Bin Mahfouz is a wealthy Saudi national and is identified on the "Golden Chain" as one of al Qaida's principal individual financiers.  For many years, bin Mahfouz owned a controlling interest in National Commercial Bank ("NCB"), and served as President and CEO of that institution.  While under his control, NCB provided extensive financial services and other forms of material support to al Qaida.  Bin Mahfouz also endowed the Blessed Relief Foundation, established to serve as a vehicle for funding and otherwise supporting terrorist organizations, including al Qaida, and  designated as a Foreign Terrorist Organization under Executive Order 13224 based on its extensive involvement in al Qaida's global operations.  Bin Mahfouz is also intimately associated with the International Development Foundation, another charity operating within al Qaida's support infrastructure.  Bin Mahfouz this participates and conspires in al Qaida's operations with full knowledge that his funds would be used to support al Qaida's operations and terrorist attacks, which culminated in the Attack. | 1962(c)<br><br>1962(d) |
| IDF | IDF is one of the charities operating within al Qaida's support infrastructure, through which Bin Mahfouz contributed to the Enterprise, including al Qaida.  IDF was named in a 2001 French parliamentary report as a financial front for al Qaida. | 1962(c)<br>1962(d) |
| Sedco | Sedco is a holding company controlled by Bin Mahfouz, through which he generates funds that are contributed to and/or laundered for the Enterprise.  Sedco was named in a 2001 French parliamentary report as a financial front for al Qaida. | 1962(c)<br>1962(d) |