# Exhibit 1



850 Third Avenue, New York, NY 10022 Phone (212) 752 3890 Fax (212) 755 8785

DECLARATION OF PUBLICATION

**9/11 Families United to Bankrupt Terrorism**

The undersigned says:

I am over the age of 18 years and a citizen of the United States. I am not a party to and have no interest in this matter. I am a principal of the International Herald Tribune, a newspaper published in Paris, France and circulated in major cities in Europe, North Africa, the Middle East, Far East and the Americas. This attached circulation statement reflects the countries in which the International Herald Tribune is available. The notice, a true copy of which is attached, was published on the following date(s):

May 23, 30
June 6, 13, 20, 27

I declare under penalty that the forgoing is true and correct.

Executed in New York, N.Y. on June 30, 2003

Judith King Legal Notice Manager

Customer Account #8011463
Sworn before me on this 30th day of June 2003 in the state of New York.

Notary Public

NELLIE L. LEWIS
Notary Public, State of New York
No. 01LE6080109
Qualified in Kings County
Commission Expires Sept 9, 20 06

# Full Year 2002
# Worldwide Circulation

CIRCULATION

**245,222**

Audited by OJD

| Europe | 150,058 |
|---|---|
| Austria | 3,593 |
| Belgium | 4,797 |
| Czech Republic | 1,590 |
| Denmark | 3,463 |
| Eire | 429 |
| Finland | 979 |
| France | 32,520 |
| Germany | 24,655 |
| Greece | 4,008 |
| Hungary | 727 |
| Israel | 7,207 |
| Italy | 12,608 |
| Luxembourg | 929 |
| Netherlands | 10,247 |
| Norway | 850 |
| Poland | 392 |
| Portugal | 1,077 |
| Russia | 423 |
| Spain | 6,613 |
| Sweden | 2,026 |
| Switzerland | 15,467 |
| Turkey | 801 |
| UK | 12,148 |

| Middle East/ Africa | 5,846 |
|---|---|
| Abu Dhabi | 94 |
| Algeria | 86 |
| Bahrain | 63 |
| Dubai | 68 |
| Egypt | 622 |
| Iran | 10 |
| Jordan | 297 |
| Kuwait | 139 |
| Lebanon | 2,589 |
| Libya | 104 |
| Morocco | 281 |
| Oman | 68 |
| Qatar | 40 |
| Saudi Arabia | 199 |
| Sharjah | 6 |
| Syria | 163 |
| Tunisia | 110 |
| Sub-Saharan | 889 |

| Asia/Pacific | 80,803 |
|---|---|
| Australia | 122 |
| China | 2,623 |
| Hong Kong | 9,007 |
| India | 667 |
| Indonesia | 3,191 |
| Japan | 27,164 |
| Korea | 15,639 |
| Malaysia | 1,837 |
| Nepal | 84 |
| Pakistan | 94 |
| Philippines | 2,410 |
| Singapore | 7,506 |
| Sri Lanka | 144 |
| Taiwan | 2,985 |
| Thailand | 4,599 |
| Others | 732 |

| Americas | 8,281 |
|---|---|
| USA | 7,265 |
| Canada | 281 |
| Latin america/ Caribbean | 735 |

**Atlantic Edition**
164,185

**Pacific Edition**
80,803

**Worldwide Edition**
245,222

Herald Tribune

Case 1:03-md-01570-GBD-SN Document 314-3 Filed 07/16/04 Page 4 of 16

## LEGAL NOTICE

To Named Defendants:

ABDUL RAHMAN AL SWAILEM, ABDULLAH BIN ABDUL MUHSEN AL TURKI, ABDULLAH BIN SALEH AL OBAID, ABDULLAH SULAIMAN AL-RAJHI, ABDULRAHMAN BIN KHALID BIN MAHFOUZ, ADEL ABDUL BATTERJEE, AHMED ALI JUMALE, AL BARAKAAT EXCHANGE, AL HARAMAIN FOUNDATION a/k/a AL HARAMAIN ISLAMIC FOUNDATION, AQUEEL AL AQUEEL, BAKR M. BIN LADEN, DELTA OIL COMPANY, HASSAN BAHFZALLAH, KHALID SULAIMAN AL-RAJHI, KHALID SALIM BIN MAHFOUZ, a/k/a SHEIK KHALID BIN MAHFOUZ, MOHAMMED JAMAL AL KHALIFA, MUSLIM WORLD LEAGUE a/k/a RABITA AL-ALAM AL-ISLAMI a/k/a ISLAMIC WORLD LEAGUE, NATIONAL COMMERCIAL BANK, SHAHIR ABDULRAOOF BATTERJEE, TADAMON ISLAMIC BANK, TARIK BIN LADEN, WA'EL HAMZA JALAIDAN, OMAR BIN LADEN, OSAMA BIN LADEN, SALEH ABDUL AZIZ AL RAJHI, SAUDI BIN LADIN GROUP, a/k/a BIN LADEN CORP., SULAYMAN BIN ABDUL AZIZ AL RAJHI, YASSIN ABDULLAH AL KADI, YOUSEF JAMEEL, IBRAHIM MUHAMMAD AFANDI, MOHAMMED BIN ABDULLAH AL-JOMAIH, ABDULRAHMAN HASSAN SHARBATLY, SALAHUDDIN ABDULJAWAD, AHMAD AL HARBI, MOHAMMED AL-ISSAI, HAMAD HUSSAINI, ABU RIDA AL SURI, a/k/a MOHAMED LOAY BAYAZID, SAUDI RED CRESCENT, AHMED BRAHIM, MOHAMMED ALI HASAN AL MOAYAD, ABU MUSAB AL ZARQAWI, AYMAN AL-ZAWAHIRI, ABU IBRAHIM AL-MASRI, SULIMAN AL-ODA, SAFAR AL-HAWALI, SALEH AL-HUSSAYEN, MUHAMMAD AL-FAKIHI

9/11 Families United to Bankrupt Terrorism
Market Street North
401 Ninth Avenue, NW, #450
Washington, DC 20004
(202) [illegible]

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, CIVIL DIVISION, Thomas E. Burnett, Sr., et al. v. Al Baraka Investment and Development Corporation, et al., Case No. 1:02cv01616-JR, Judge James Robertson issued an order for service by publication on March 25, 2003. It was ordered that notice of the above-captioned action should be published once a week for six consecutive weeks in The International Herald Tribune (in English) and Al Quds Al-Arabi (in Arabic) as well as posted on the Internet at www.[illegible].com. Notice is hereby served on Defendants listed above. Defendants are hereby summoned and required to serve upon The Clerk of the Court, United States District Court for the District of Columbia, 333 Constitution Avenue, N.W., Washington, D.C. 20001 and 9/11 Families United to Bankrupt Terrorism, Market Street North, 401 Ninth Avenue, N.W., #450, Washington, DC 20004, an Answer to the Complaint within sixty (60) days after service of the summons, exclusive of the day of service. If Defendants fail to do so, judgment by default may be taken against Defendants for relief demanded in the Complaint. The Complaint was filed for wrongful death, conspiracy and actions for compensatory and punitive damages pursuant to 28 U.S.C. § 1605(a)(5) and 18 U.S.C. § 2605(a), survival actions, negligent and/or intentional infliction of emotional distress, 28 U.S.C. § 1350, and 18 U.S.C. § 2333.

# French envoy ta

The New York Times

**ATLANTA:** The French ambassador to the United States has arrived here on a dual mission: Soothe diplomatic nerves and restate that France is not an enemy.

"We are old friends and allies," the ambassador Jean-David Levitte told a luncheon audience Wednesday at the Capital City Club, calling the friendship between the two countries "a real treasure."

Levitte has his work cut out for him in Atlanta. In recent months, as debate raged over inspections and war in Iraq, the consulate here was the object of some of the nastiest anti-French feeling, including dozens of angry calls and hundreds of e-mail messages. Also, the French flag was stolen — four times.

In Tomorrow's IHT, Don't

at Home Abroad
A monthly guide to expat l

Every month, **At Home Abroad** covers the [illegible]

In 2003, [illegible] At Home Abroad on the following Saturdays:

May 24 June 21 July 26
Aug. 23 Sept. 27 Oct. 25
Nov. 22 Dec. 13

**Next issue: June 21**

**www.iht.com/athome.htm**

Herald Tribun
THE WORLD'S DAILY NEWSPAPER

list, J. Wes Yoder. The article should have carried Yoder's byline with Bragg's."

the reporting on a feature article.

The New York Times

going to be agents-letters.

The New York Times

# volunteers

"It had nothing to do with his views of the death penalty," McCaughey said.

It could not be determined why Arguelles had chosen a firing squad. Expressing a desire to die, he has declined legal representation, and Ford, the corrections spokesman, said Arguelles had neither articulated a reason for his choice nor agreed to explain his views in any interviews.

In any event, the request of the two men has so far not caused much reaction in Utah, which has provided for the death penalty since its days as a territory. Back then, laws allowed for the condemned to be hanged, beheaded or shot, according to research by L. Kay Gillespie, chairman of the department of criminal justice at Weber State University, who has written extensively about Utah capital punishment.

Gillespie says beheading was never used and was dropped as an option in 1888, eight years before statehood. But death by hanging and firing squad remained on the books until 1980, when lethal injection replaced hanging.

Over the years, more than 40 men have been executed by Utah firing squads.

Sheryl Allen, a Republican state lawmaker who favors the death penalty, drafted a bill in 1996 that would have banned firing squads. But after failing to gain support from party leaders, she never introduced it, and no similar measure has been proposed since.

"It's a spectacle," Allen said of death by gunfire. "I don't know why we do it."

"I might try again," she said, "but if I do, I want to make sure I have strong support. It's a very unpleasant subject."

The New York Times

## LEGAL NOTICE

To Named Defendants: MUHSEN AL TURKI,
ABDUL RAHMAN AL SWAILEM, ABDULLAH BIN ABDUL ABDULRAH-
ABDULLAH BIN SALEH AL OBAID, ABDULLAH SULAIMAN AL-RAJHI, AHMED AL JUNAI-
MAN BIN KHALID BIN MAHFOUZ, ADEL ABDUL BATTERJEE AL HARAMAIN
AL BARAKAAT EXCHANGE, AL HARAMAIN FOUNDATION a/k/a BIN LADEN, DELTA OIL
ISLAMIC FOUNDATION, AQEEL AL AQEEL, BAKR M. AL-RAJHI, KHALID
COMPANY, HASSAN BAHFZALLAH, KHALID SULAIMAN AL-RAJHI, MOHAMMED JAMAL
SALIM BIN MAHFOUZ, a/k/a SHEIK KHALID BIN MAHFOUZ, MOHAMMED JAMAL
AL KHALIFA, MUSLIM WORLD LEAGUE, a/k/a RABITA AL-ALAM AL-ISLAMI, a/k/a
ISLAMIC WORLD LEAGUE, NATIONAL COMMERCIAL BANK, SHAHIR ABDUL-
RAOOF BATTERJEE, TADAMON ISLAMIC BANK, TARIK BIN LADEN, WA'EL
HAMZA JALAIDAN, OMAR BIN LADEN, OSAMA BIN LADEN, SALEH ABDUL AZIZ
AL RAJHI, SAUDI BIN LADIN GROUP, a/k/a BIN LADEN CORP., SULAIMAN BIN
ABDUL AZIZ AL RAJHI, YASSIN ABDULLAH AL KADI, YOUSEF JAMEEL, IBRAHIM
MUHAMMAD AFANDI, MOHAMMED BIN ABDULLAH AL-JOMAIH, ABDULRAH-
MAN HASSAN SHARBATLY, SALAHUDDIN ABDULJAWAD, AHMAD AL HARBI,
MOHAMMED AL-ISSAI, HAMAD HUSSAINI, ABU RIDA AL SURI, a/k/a MOHAMED
LOAY BAYAZID, SAUDI RED CRESCENT, AHMED BRAHIM, MOHAMMED ALI
HASAN AL MOAYAD, ABU MUSAB AL-ZARQAWI, AYMAN AL-ZAWAHIRI, ABU
IBRAHIM AL-MASRI, SULMAN AL-OUDA, SAFAR AL-HAWALI, SALEH AL-HUS-
SAYEN, MUHAMMAD J. FAKIHI, FAISAL ISLAMIC BANK

9/11 Families United To Bankrupt Terrorism
Market Street North
401 Ninth Avenue, NW, #450
Washington, DC 20004
(202) 824-6060

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, CIVIL DIVISION, Thomas E. Burnett, Sr., et al. v. Al Baraka Investment and Development Corporation, et al., Cause No. 1:02-01616-JR, Judge James Robertson issued an order for service by publication on March 25, 2003. It was ordered that notice of the above-captioned action should be published once a week for six consecutive weeks in The International Herald Tribune (in English) and Al-Quds Al-Arabi (in Arabic) as well as posted on the Internet at www.saudisuit.com. Notice is hereby served on Defendants listed above. Defendants are hereby summoned and required to serve upon The Clerk of the Court, United States District Court for the District of Columbia, 333 Constitution Avenue, N.W., Washington, D.C. 20001 and 9/11 Families United To Bankrupt Terrorism, Market Street North, 401 Ninth Avenue, NW, #450, Washington, DC 20004, an Answer to the Complaint within sixty (60) days after service of the summons, exclusive of the day of service. If Defendants fail to do so, judgment by default may be taken against Defendants for relief demanded in the Complaint. The Complaint was filed for wrongful death, conspiracy and actions for compensatory and punitive damages pursuant to 28 U.S.C. § 1605(a)(5) and 28 U.S.C. § 1605(a)(7), survival actions, negligent and/or intentional infliction of emotional distress, 28 U.S.C. § 1350, and 18 U.S.C. § 2331.

4 | International Herald Tribune
Friday, June 6, 2003

budget to Parliament. (Reuters)

ing. Franjo Tudjman, the nationalist have lost their grip.

## LEGAL NOTICE

To Named Defendants:

ABDUL RAHMAN AL SWAILEM, ABDULLAH BIN ABDUL MUHSEN AL TURKI, ABDULLAH BIN SALEH AL OBAID, ABDULLAH SULAMAIN AL-RAJHI, ABDULRAHMAN BIN KHALID BIN MAHFOUZ, ADEL ABDUL BATTERJEE, AHMED ALI JUMALE, AL BARAKAAT EXCHANGE, AL HARAMAIN FOUNDATION a/k/a AL HARAMAIN ISLAMIC FOUNDATION, AQUEEL AL AQUEEL, BAKR M. BIN LADEN, DELTA OIL COMPANY, HASSAN BAHFZALLAH, KHALID SULAMAIN AL-RAJHI, KHALID SALIM BIN MAHFOUZ a/k/a SHEIK KHALID BIN MAHFOUZ, MOHAMMED JAMAL AL KHALIFA, MUSLIM WORLD LEAGUE a/k/a RABITA AL-ALAM AL-ISLAMI, a/k/a ISLAMIC WORLD LEAGUE, NATIONAL COMMERCIAL BANK, SHAHIR ABDULRAOOF BATTERJEE, TADAMON ISLAMIC BANK, TARIK BIN LADEN, WA'EL HAMZA JALAIDAN, OMAR BIN LADEN, OSAMA BIN LADEN, SALEH ABDUL AZIZ AL RAJHI, SAUDI BIN LADIN GROUP a/k/a BIN LADEN CORP., SULAMAIN BIN ABDUL AZIZ AL RAJHI, YASSIN ABDULLAH AL KADI, YOUSEF JAMEEL, IBRAHIM MUHAMMAD AFANDI, MOHAMMED BIN ABDULLAH AL-JOMAIH, ABDULRAHMAN HASSAN SHARBATLY, SALAHUDDIN ABDULJAWAD, AHMAD AL HARBI, MOHAMMED AL-ISSAI, HAMAD HUSSAINI, ABU RIDA AL SURI a/k/a MOHAMED LOAY BAYAZID, SAUDI RED CRESCENT, AHMED BRAHIM, MOHAMMED ALI HASAN AL MOAYAD, ABU MUSAB AL-ZARQAWI, AYMAN AL-ZAWAHIRI, ABU IBRAHIM AL-MASRI, SULMAN AL-OUDA, SAFAR AL-HAWALI, SALEH AL-HUSSAYEN, MUHAMMAD J. FAKIHI, FAISAL ISLAMIC BANK

9/11 Families United To Bankrupt Terrorism
Market Street North
401 Ninth Avenue NW #450
Washington, DC 20004
(202) 524-0646

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, CIVIL DIVISION, Thomas E. Burnett, Sr., et al. v. Al Baraka Investment and Development Corporation, et al., Cause No. 1-02-0616-JR, Judge James Robertson issued an order for service by publication on March 25, 2003. It was ordered that notice of the above-captioned action should be published once a week for six consecutive weeks in The International Herald Tribune (in English) and Al-Quds Al-Arabi (in Arabic) as well as posted on the internet at www.saudisuit.com. Notice is hereby served on Defendants listed above. Defendants are hereby summoned and required to serve upon The Clerk of the Court, United States District Court for the District of Columbia, 333 Constitution Avenue, N.W. Washington, D.C. 20001 and 9/11 Families United To Bankrupt Terrorism, Market Street North, 401 Ninth Avenue, NW, #450, Washington, DC 20004, an Answer to the Complaint within sixty (60) days after service of the summons, exclusive of the day of service. If Defendants fail to do so, judgment by default may be taken against Defendants for relief demanded in the Complaint. The Complaint was filed for wrongful death, conspiracy and actions for compensatory and punitive damages pursuant to 28 U.S.C. § 1605(a)(5) and 28 U.S.C. § 1605(a)(7), survival actions, negligent and/or intentional infliction of emotional distress, 28 U.S.C. § 1350, and 18 U.S.C. § 2331.

**Business Travel?** Read Roger Collis on **www.iht.com**

# French prosecut

The Associated Press

**PARIS:** The French state prosecutor on Thursday demanded a five-year prison term for the former president of the state-run oil giant Elf Aquitaine, Loïk Le Floch-Prigent, saying he and two other former ranking officials were "at the heart" of a vast corruption network.

The prosecutor, Catherine Pignon, sought eight-year prison terms for the former No. 2 man at Elf, Alfred Sirven, and for the company's former Africa chief, Andre Tarallo.

The pr €380,000 Prigent a Sirven at Pignor tences sl tance of t question. person in curring the parti Le Floc five-year and Tara years in p

In 2003,
**Don't miss**

at Home abroad

**A monthly guide to expat living**

Every month, **At Home Abroad** covers the issues that matter most to people living and working outside their native land.

In 2003, look for At Home Abroad on the following Saturdays:

June 21, July 26, Aug. 23, Sept. 27, Oct. 25, Nov. 22, Dec. 13

**Next issue: June 21**

www.iht.com/athome.html

CROSSW

**Edited by Will Shortz**

**ACROSS**

1 Turkeys
5 Check in the mold
9 Teatro Costanzi premiere of 1900
14 Something might suit to this
15 Prince of India
16 Super Bowl XXXIII M.V.P.
17 "What would you like in your imported coffee?" " "
19 Piece maker
20 Campaign
21 Battle groups
23 Immunology st's concern
24 Hospitality area

**Solution to Ju**

| | | | | | | |
|---|---|---|---|---|---|---|
| A | L | L | E | G | E | S |
| R | O | O | T | O | U | T |
| I | S | T | H | E | R | E |
| | T | H | E | R | O | P | E |
| A | F | A | R | | | S | A |
| P | A | R | S | E | | U | R |
| I | C | I | | G | A | P | |
| G | E | O | R | G | E | | |
| | | A | S | T | I | | |
| C | D | E | F | | N | L | E |
| R | E | X | | G | A | L | L |
| O | S | T | E | O | | B | O |
| W | O | R | D | F | O | R | |
| E | T | A | G | E | R | E | |
| R | O | S | E | R | E | D | |

4 | International Herald Tribune
Friday, June 20, 2003

WORLD NEWS | EUROP

# EU weighs more activist foreign polic

By Thomas Fuller

PORTO CARRAS, Greece ... In some places the document echoes the tough ... of catharsis following ...

To discuss with you

In association with naseba, Hoovers invites you to a free trial. Log in at: http://www.hoovers.com/uk
Username: naseba Password: forum

To benefit from:
return this coupon before June 30
Phone ... 33 493 070 733 - Fax ... 33 493 072 712 -
Please visit www.naseba.com

evenements

at ... abroad
Articles. Links. International resources.
And more... Visit us at
www.iht.com/athome.html

## LEGAL NOTICE

To Named Defendants:

ABDUL RAHMAN AL SWAILEM, ABDULLAH BIN ABDUL MUHSEN AL TURKI, ABDULLAH BIN SALEH AL OBAID, ABDULLAH SULAIMAN AL-RAJHI, ABDULRAHMAN BIN KHALID BIN MAHFOUZ, ADEL ABDUL BATTERJEE, AHMED ALI JUMALE, AL BARAKAAT EXCHANGE, AL HARAMAIN FOUNDATION a.k.a AL HARAMAIN ISLAMIC FOUNDATION, AQUEEL AL AQUEEL, BAKR M. BIN LADEN, DELTA OIL COMPANY, HASSAN BAHFZALLAH, KHALID SULAIMAN AL-RAJHI, KHALID SALIM BIN MAHFOUZ, a.k.a SHEIK KHALID BIN MAHFOUZ, MOHAMMED JAMAL AL KHALIFA, MUSLIM WORLD LEAGUE, a.k.a RABITA AL-ALAM AL-ISLAMI, a.k.a ISLAMIC WORLD LEAGUE, NATIONAL COMMERCIAL BANK, SHAHIR ABDUL-RAOOF BATTERJEE, TADAMON ISLAMIC BANK, TARIK BIN LADEN, WA'EL HAMZA JALAIDAN, OMAR BIN LADEN, OSAMA BIN LADEN, SALEH ABDUL AZIZ AL RAJHI, SAUDI BIN LADIN GROUP, a.k.a BIN LADEN CORP., SULAIMAN BIN ABDUL AZIZ AL RAJHI, YASSIN ABDULLAH AL KADI, YOUSEF JAMEEL, IBRAHIM MUHAMMAD AFANDI, MOHAMMED BIN ABDULLAH AL-JOMAIH, ABDULRAHMAN HASSAN SHARBATLY, SALAHUDDIN ABDULJAWAD, AHMAD AL HARBI, MOHAMMED AL-ISSAI, HAMAD HUSSAINI, ABU RIDA AL SURI, a.k.a MOHAMED LOAY BAYAZID, SAUDI RED CRESCENT, AHMED BRAHIM, MOHAMMED ALI HASAN AL MOAYAD, ABU MUSAB AL-ZARQAWI, AYMAN AL-ZAWAHIRI, ABU IBRAHIM AL-MASRI, SULIMAN AL-OUDA, SAFAR AL-HAWALI, SAFER AL-HUSSAYEN, MUHAMMAD J. FAKIHI, FAISAL ISLAMIC BANK.

9/11 Families United To Bankrupt Terrorism
Market Street North
401 Ninth Avenue, N.W. #450
Washington, DC 20004
(202) 624-4646

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, CIVIL DIVISION, Thomas E. Burnett, Sr., et al. v. Al Baraka Investment and Development Corporation, et al., Cause No. 02-1616-JR, Judge James Robertson issued an order for service by publication on March 25, 2003. It was ordered that notice of the above-captioned action should be published once a week for six consecutive weeks in The International Herald Tribune (in English) and Al-Quds Al-Arabi (in Arabic) as well as posted on the Internet at www.saudiinfo.com. Notice is hereby served on Defendants listed above. Defendants are hereby summoned and required to serve upon The Clerk of the Court, United States District Court for the District of Columbia, 333 Constitution Avenue, N.W. Washington, D.C. 20001 and 9/11 Families United to Bankrupt Terrorism Market Street North, 401 Ninth Avenue, NW, #450, Washington, DC 20004, an Answer to the Complaint within sixty (60) days after service of the summons, exclusive of the day of service. If Defendants fail to do so, judgment by default may be taken against Defendants for relief demanded in the Complaint. The Complaint was filed for wrongful death, conspiracy and actions for compensatory and punitive damages pursuant to 28 U.S.C. §§ 1605, 1651 and 28 U.S.C. § 1605(a)(7), survival actions, negligent and/or intentional infliction of emotional distress, 28 U.S.C. § 1350 and 18 U.S.C. § 2331.

# ...st EU policies

Collectively, the countries of the European bloc are Cuba's largest source of trade and tourism.

Using tough language usually reserved for Washington, Foreign Minister Felipe Perez Roque lashed out Wednesday at the 15-member bloc, singling out Spain in particular with charges of funding dissident groups supported by the United States.

Perez Roque also criticized Italy for cutting numerous cultural and cooperation programs with Cuba to protest a recent crackdown on the opposition and the firing-squad executions of three men who had tried to hijack a passenger-filled ferry to the United States.

In Brussels on Wednesday, an EU spokesman, Diego de Ojeda, declined to specifically address Cuba's charges. Instead, he repeated the bloc's desire "to integrate Cuba back into the community of democratic and market economy nations."

## LEGAL NOTICE

To Named Defendants:

ABDUL RAHMAN AL SWAILEM, ABDULLAH BIN ABDUL MUHSEN AL TURKI, ABDULLAH BIN SALEH AL OBAID, ABDULLAH SULAIMAN AL-RAJHI, ABDULRAHMAN BIN KHALID BIN MAHFOUZ, ADEL ABDUL BATTERJEE, AHMED ALI JUMALE, AL BARAKAAT EXCHANGE, AL HARAMAIN FOUNDATION a.k.a AL HARAMAIN ISLAMIC FOUNDATION, AQUEEL AL AQUEEL, BAKR M. BIN LADEN, DELTA OIL COMPANY, HASSAN BAHFZALLAH, KHALID SULAIMAN AL-RAJHI, KHALID SALIM BIN MAHFOUZ, a.k.a SHEIK KHALID BIN MAHFOUZ, MOHAMMED JAMAL AL KHALIFA, MUSLIM WORLD LEAGUE, a.k.a RABITA AL-ALAM AL-ISLAMI, a.k.a ISLAMIC WORLD LEAGUE, NATIONAL COMMERCIAL BANK, SHAHIR ABDUL-RAOOF BATTERJEE, TADAMON ISLAMIC BANK, TARIK BIN LADEN, WA'EL HAMZA JALAIDAN, OMAR BIN LADEN, OSAMA BIN LADEN, SALEH ABDUL AZIZ AL RAJHI, SAUDI BIN LADIN GROUP, a.k.a BIN LADEN CORP., SULAIMAN BIN ABDUL AZIZ AL RAJHI, YASSIN ABDULLAH AL KADI, YOUSEF JAMEEL, IBRAHIM MUHAMMAD AFANDI, MOHAMMED BIN ABDULLAH AL-JOMAIH, ABDULRAHMAN HASSAN SHARBATLY, SALAH UDDIN ABDUL JAWAD, AHMAD AL HARBI, MOHAMMED AL-ISSAI, HAMAD HUSSAINI, ABU RIDA AL SURI a.k.a MOHAMED LOAY BAYAZID, SAUDI RED CRESCENT, AHMED BRAHIM, MOHAMMED ALI HASAN AL MOAYAD, ABU MUSAB AL-ZARQAWI, AYMAN AL-ZAWAHIRI, ABU IBRAHIM AL-MASRI, SULMAN AL-OUDA, SAFAR AL-HAWALI, SALEH AL-HUSSAYEN, MUHAMMAD GALAKHIL, FAISAL ISLAMIC BANK.

9/11 Families United To Bankrupt Terrorism
Market Street North
401 Ninth Avenue, NW, #450
Washington, DC 20004
(202) 824-6346

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA CIVIL DIVISION, Thomas E. Burnett, Sr., et al. v. Al Baraka Investment and Development Corporation, et al., Case No. 1:02-9616-JR, Judge James Robertson issued an order for service by publication on March 25, 2003. It was ordered that notice of the above-captioned action should be published once a week for six consecutive weeks in The International Herald Tribune (in English) and Al-Quds Al Arabi (in Arabic) as well as posted on the Internet at www.saudisuit.com. Notice is hereby served on Defendants listed above. Defendants are hereby summoned and required to serve upon The Clerk of the Court, United States District Court for the District of Columbia, 333 Constitution Avenue, N.W. Washington, D.C. 20001 and 9/11 Families United To Bankrupt Terrorism, Market Street North, 401 Ninth Avenue, NW, #450, Washington, DC 20004, an Answer to the Complaint within sixty (60) days after service of the summons, exclusive of the day of service. If Defendants fail to do so, judgment by default may be taken against Defendants for relief demanded in the Complaint. The Complaint was filed for wrongful death, conspiracy and actions for compensatory and punitive damages pursuant to 28 U.S.C. § 1605(a)(5) and 28 U.S.C. § 1605(a)(7), survival actions, negligent and/or intentional infliction of emotional distress, 28 U.S.C. § 1350, and 18 U.S.C. § 2331.

## Arts & Antiques

In the Americas:
In France:
In the UK:
In Asia Pacific:

Herald Tribune

4 | International Herald Tribune
Friday, June 27, 2003

WORLD NEWS | EUROPE

## LEGAL NOTICE

To Named Defendants:

ABDUL RAHMAN AL SWAILEM, ABDULLAH BIN ABDUL MUHSEN AL TURKI, ABDULLAH BIN SALEH AL OBAID, ABDULLAH SULAIMAN AL-RAJHI, ABDUL RAHMAN BIN KHALID BIN MAHFOUZ, ADEL ABDUL BATTERJEE, AHMED ALI JUMALE, AL BARAKAAT EXCHANGE, AL HARAMAIN FOUNDATION a/k/a AL HARAMAIN ISLAMIC FOUNDATION, AQUEEL AL AQUEEL, BAKR M. BIN LADEN, DELTA OIL COMPANY, HASSAN BAHFZALLAH, KHALID SULAIMAN AL-RAJHI, KHALID SALIM BIN MAHFOUZ a/k/a SHEIK KHALID BIN MAHFOUZ, MOHAMMED JAMAL AL KHALIFA, MUSLIM WORLD LEAGUE a/k/a RABITA AL-ALAM AL-ISLAMI, a/k/a ISLAMIC WORLD LEAGUE, NATIONAL COMMERCIAL BANK, SHAHIR ABDUL RAOOF BATTERJEE, TADAMON ISLAMIC BANK, TAREK BIN LADEN, WA'EL HAMZA JALAIDAN, OMAR BIN LADEN, OSAMA BIN LADEN, SALEH ABDUL AZIZ AL RAJHI, SAUDI BIN LADIN GROUP a/k/a BIN LADIN CORP., SULAMAIN BIN ABDUL AZIZ AL RAJHI, YASSIN ABDULLAH AL KADI, YOUSEF JAMEEL, IBRAHIM MUHAMMAD AFANDI, MOHAMMED BIN ABDULLAH AL-JOMAIH, ABDULRAHMAN HASSAN SHARBATLY, SALAHUDDIN ABDULJAWAD, AHMAD AL HARBI, MOHAMMED AL-ISSAI, HAMAD HUSSAINI, ABU RIDA AL SURI a/k/a MOHAMED LOAY BAYAZID, SAUDI RED CRESCENT, AHMED BRAHIM, MOHAMMED ALI HASAN AL MOAYAD, ABU MUSAB AL-ZARQAWI, AYMAN AL-ZAWAHIRI, ABU IBRAHIM AL-MASRI, SULMAN AL-OUDA, SAFAR AL-HAWALI, SALEH AL-HUSSAYEN, MUHAMMAD J. FAKIHI, FAISAL ISLAMIC BANK

9-11 Families United To Bankrupt Terrorism
Market Street North
401 Ninth Avenue, NW, #430
Washington, DC 20004
(202) 524-6646

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA CIVIL DIVISION, Thomas E. Burnett, Sr., et al. v. Al Baraka Investment and Development Corporation, et al., Cause No. 1:02-cv-1616-JR, Judge James Robertson issued an order for service by publication on March 25, 2003. It was ordered that notice of the above-captioned action should be published once a week for six consecutive weeks in The International Herald Tribune (in English) and Al-Quds Al-Arabi (in Arabic) as well as posted on the Internet at www.[illegible].com. Notice is hereby served on Defendants listed above. Defendants are hereby summoned and required to serve upon The Clerk of the Court, United States District Court for the District of Columbia, 333 Constitution Avenue, N.W., Washington, D.C., 20001 and 9-11 Families United To Bankrupt Terrorism, Market Street North, 401 Ninth Avenue, NW, #430, Washington, DC 20004, an Answer to the Complaint within sixty (60) days after service of the summons, exclusive of the day of service. If Defendants fail to do so, judgment by default may be taken against Defendants for relief demanded in the Complaint. The Complaint was filed for wrongful death, conspiracy and actions for compensatory and punitive damages pursuant to 28 U.S.C. § 1605(a)(5) and 28 U.S.C. § 1605(a)(7), survival actions, negligent and/or intentional infliction of emotional distress, 28 U.S.C. § 1350, and 18 U.S.C. § 2331.

OBITUARY

# Denis Thatcher

By Lizette Alvarez

**LONDON:** Sir Denis Thatcher, 88, steadfast husband of former Prime Minister Margaret Thatcher and a man who embraced his role as second fiddle with aplomb and humor, died Thursday in a London hospital.

Sir Denis died with his wife, now Lady Thatcher, and two children by his side, five months after he underwent heart bypass surgery.

Once described by Lady Thatcher as her "golden thread," Sir Denis was hailed Thursday by friends and admirers for the unswerving loyalty he showed his wife and the sage advice he offered her, when asked.

But he was also celebrated for the charm and

The European perspective
global management issues.

Gather insights from
EBF's recent debate:

'Is it too risky t
run a company

To subscribe to the magazine, call +44 20 7213 3471

www.ebfonline.co

25/07 '03 17:27 FAX 02087418902 AL-QUDS 001

AL-QUDS AL-ARABI

July 25th, 2003

Amy Ficklin DeBrota
YOUNG RILEY DUDLEY & DeBROTA
3815 River Crossing Parkway
Suite 340
Indianapolis, Indiana 46240

(317) 848-7939
(317) 848-7831 Fax
E-Mail: yrclaw@att.net

Dear Ms Debrota

I write to confirm that the legal notice regarding the Burnett case was printed in our newspaper AL-QUDS AL ARABI on the following days:

June 3, 1[illegible], 18 and 24 2003

July 12 and 14 2003

I have sent the above copies to you confirming publication by courier

If you require any further information please let me know

Best regards

Pat Sundram

PAT SUNDRAM

BUSINESS MANAGER

AL-QUDS AL-ARABI PUBLISHING & ADVERTISING (OVERSEAS) LIMITED
TEL: 0208-741 8008 • FAX: 0208-741- 8902 • 0208-748 7637 • E mail: alquds@alquds.co.uk • Website: www.alquds.co.uk
REGISTERED ADDRESS: 164-166 KING STREET • HAMMERSMITH • LONDON W6 0QU • REGISTERED NUMBER: 2604233• VAT REG NO: 538 9427 04

# تبليغ عبر النشر

## إلى الأطراف المدعى عليها المذكورة:

عبد الرحمن السويلم
عبد الله بن عبد المحسن التركي
عبد الله بن صالح العبيد
عبد الله سليمان الراجحي
عبد الرحمن بن خالد بن محفوظ
عادل عبد الباطرجي
أحمد علي جملي
البركات للصرف
مؤسسة الحرمين المعروفة أيضاً
بمؤسسة الحرمين الاسلامية
عقيل العقيل
بكر م. بن لادن
شركة دلتا للنفط
حسن با حفظ الله
خالد سليمان الراجحي
خالد سليم بن محفوظ المعروف أيضاً
بالشيخ خالد بن محفوظ
محمد جمال آل خليفة

رابطة العالم الاسلامي المعروفة أيضاً
برابطة العالم المسلم
البنك التجاري الوطني
شهير عبد الرؤوف باطرجي
بنك التضامن الاسلامي
طارق بن لادن
وائل حمزة جليدان
عمر بن لادن
أسامة بن لادن
صالح عبد العزيز الراجحي
مجموعة بن لادن السعودية المعروفة
أيضاً بمؤسسة بن لادن
سليمان بن عبد العزيز الراجحي
ياسين عبد الله القاضي
يوسف جميل
إبراهيم محمد أفندي
محمد بن عبد الله الجمعة
عبد الرحمن حسن شربتلي

صلاح الدين عبد الجواد
أحمد الحربي
محمد العيسى
حمد حسيني
إبو رضا السوري المعروف أيضاً
بمحمد لؤي با يزيد
الهلال الأحمر السعودي
أحمد إبراهيم
محمد علي حسن المؤيد
إبو مصاب الزرقاوي
أيمن الظواهري
إبو إبراهيم المصري
سلمان العدى
صفار الهوالي
صالح الحسين
محمد ج. فقيهي
بنك فيصل الاسلامي

**أسر 9/11 المتحدة لافلاس الارهاب**
9/11 Families United To Bankrupt Terrorism
Market Street North
401 Ninth Avenue, NW, #450
Washington, DC 20004
(202) 824-6046

في محكمة المقاطعات الأميركية لمقاطعة كولومبيا، القسم المدني، توماس بورنيت الأب وغيره ضد مؤسسة البركة للاستثمار والتنمية وغيرها، القضية رقم JR_0616_02_1، أصدر القاضي جيمس روبرتسون أمراًبالتبليغ عبر النشر في 25 مارس/آذار 2003 . ولقد صدر الأمر بنشر التبليغ بالدعوى المذكورة أعلاه مرة واحدة أسبوعياً خلال ستة أسابيع المتتالية في صحيفة International Herald Tribune (بالانجليزية) وصحيفة «القدس العربي» (بالعربية) بالاضافة إلى نشرها عبر الانترنت على العنوان www.saudisuit.com وتعتبر الأطراف المدعى عليها المدرجة أعلاه مبلغة بموجب هذا البيان الذي يكلف الأطراف المدعى عليها بالحضور ويشترط عليها أن تسلم لكاتب المحكمة على العنوان التالي: The Clerk of the Court, United States District Court for the District of Columbia, 333 Constitution Avenue, N.W. Washington, D.C. 20001 ولمؤسسة أسر 11/9 المتحدة لإفلاس الارهاب على العنوان التالي: 9/11 Families United To Bankrupt Terrorism, Market Street North, 401 Ninth Avenue, NW, #450, Washington, DC 20004 رداًعلى صحيفة الدعوى في غضون ستين (60) يوماًبعد استلام هذا التكليف بالحضور بإستثناء يوم الإستلام. وإذا تخلفت الأطراف المدعى عليها عن القيام بذلك، سيتم إصدار حكم غيابي ضد الأطراف المدعى عليها بالتعويضات المطالب بها في صحيفة الدعوى. ولقد رفعت هذه الدعوى بسبب القتل الغاشم والتآمر للمطالبة بالتعويض عن الأضرار المعادلة والتاديبية وفقاً للجزء 1605(أ)(5) من العنوان 28 من القانون الأميركي والجزء 1605(أ)(7) من العنوان 28 من القانون الأميركي، وأعمال البقاء على قيد الحياة والتسبب المهمل و/أو المتعمد بالضيق النفسي، وفقاً للجزء 1350 من العنوان 28 من القانون الأميركي والجزء 2331 من العنوان 18 من القانون الأميركي.

البريطانيين المشتبه في
بالارهاب المحتجزين في جو
لمحاكمتهم ضمانا لعدم الح
بالاعدام، وقال زعيم
الديمقراطي الحر تشارلز ك
لندن «اعتقد ان العلاقة ا
ينبغي ان تكون شارعا ذا ا
وما نراه فيما يبدو في هذه ا
الى حد بعيد حركة في اتجاه

## السعودية ز

لندن-من حسين اله

تستعد العلاقات بين ال
وروسيا لتدشين مرحلة تاري
تطورها منتقلة من مرحلة ا
التاريخي الى الصداقة في اط
اصطفاف جذرية في تحالف
الاقليمية والدولية فرضتها أ
ايلول (سبتمبر) بالنسب
والاطاحة بنظام الرئيس العرا
حسين بالنسبة للثاني، في
التعاون الاقتصادي لا سيم
وحده البوابة الممكنة أمام
باتجاه النجاح في ذلك.

فبعد الزيارة التي قام به
(مايو) الماضي الى موس
الخارجية السعودي الأمير
الفيصل اعلن اخيرا ان ولي
السعودي الأمير عبد الله بن عب
سيقوم على رأس وفد كبي
رسمية الى موسكو في ايلول (س
المقبل تستغرق عدة أيام يوقع خ
الرئيس الروسي فلاديمير بوتين
مهمة للتعاون الاقتصادي.

وتتعزز اهمية هذا التق
السعودية وروسيا بكون ال
الاقتصادية بينهما ظلت ضعي
رغم انهيار الاتحاد السوفييتي ا
ومعه انتهاء النظام الشيوعي
الباردة وغيرها من الاسباب، ال
تمنع الرياض من التعاون الو
موسكو، حيث لم يتجاوز حجم
التجاري بينهما 130 مليون دولا
حرمت روسيا من أي حص
الاستثمارات السعودية الضخ
الخارج، اذ لم تتجاوز مبلغ ثلاثا
دولار قيمة المشروعات المشتر
البلدين اللذين يتمتعان بنفوذ
في عموم منطقة الشرق الاوسط
كبير في السوق النفطية الدولية.

وتطمح الشركات الروسي
مشاركة نظيرتها الامريكية في
مشاريع النفط والغاز على
السعودية، وهي مهتمة خصو
مشاركة الشركة الحكومية الم
(غازبروم) في تنفيذ مشاريع الغ
وعدت بطرحها الرياض مؤخر
الدخول مع الجهات السعودية في
مشاريع في بلدان اخرى بشكل م

# الملحـــق (أ)

# تبليغ عبر النشر

## إلى الأطراف المدعى عليها المذكورة:

عبد الرحمن السويلم
عبد الله بن عبد المحسن التركي
عبد الله بن صالح العبيد
عبد الله سليمان الراجحي
عبد الرحمن بن خالد بن محفوظ
عادل عبد الباطرجي
أحمد علي جملي
البركات للصرف
مؤسسة الحرمين المعروفة أيضاً
بمؤسسة الحرمين الاسلامية
عقيل العقيل
بكر م. بن لادن
شركة دلتا للنفط
حسن با حفظ الله
خالد سليمان الراجحي
خالد سليم بن محفوظ المعروف أيضاً
بالشيخ خالد بن محفوظ
محمد جمال آل خليفة

رابطة العالم الاسلامي المعروفة أيضاً
برابطة العالم المسلم
البنك التجاري الوطني
شهير عبد الرؤوف باطرجي
بنك التضامن الاسلامي
طارق بن لادن
وائل حمزة جليدان
عمر بن لادن
أسامة بن لادن
صالح عبد العزيز الراجحي
مجموعة بن لادن السعودية المعروفة
أيضاً بمؤسسة بن لادن
سليمان بن عبد العزيز الراجحي
ياسين عبد الله القاضي
يوسف جميل
إبراهيم محمد أفندي
محمد بن عبد الله الجمعة
عبد الرحمن حسن شربتلي

صلاح الدين عبد الجواد
أحمد الحربي
محمد العيسى
حمد حسيني
أبو رضا السوري المعروف أيضاً
بمحمد لؤي با يزيد
الهلال الأحمر السعودي
أحمد إبراهيم
محمد علي حسن المؤيد
أبو مصاب الزرقاوي
أيمن الظواهري
أبو إبراهيم المصري
سلمان العدى
صفار الهوالي
صالح الحسين
محمد ج. فقيهي
بنك فيصل الاسلامي

أسر 9/11 المتحدة لافلاس الارهاب
9/11 Families United To Bankrupt Terrorism
Market Street North
401 Ninth Avenue, NW, #450
Washington, DC 20004
(202) 824-6046

في محكمة المقاطعات الأميركية لمقاطعة كولومبيا، القسم المدني، توماس بورنيت الأب وغيره ضد مؤسسة البركة للاستثمار والتنمية وغيرها، القضية رقم JR_0616_02_1، أصدر القاضي جيمس روبرتسون أمراًبالتبليغ عبر النشر في 25 مارس/آذار 2003. ولقد صدر الأمر بنشر التبليغ بالدعوى المذكورة أعلاه مرة واحدة أسبوعياً خلال ستة أسابيع المتتالية في صحيفة International Herald Tribune (بالانجليزية) وصحيفة «القدس العربي» (بالعربية) بالاضافة إلى نشرها عبر الانترنت على العنوان www.saudisuit.com وتعتبر الأطراف المدعى عليها المدرجة أعلاه مبلغة بموجب هذا البيان الذي يكلف الأطراف المدعى عليها بالحضور ويشترط عليها أن تسلم لكاتب المحكمة على العنوان التالي: The Clerk of the Court, United States District Court for the District of Columbia, 333 Constitution Avenue, N.W. Washington, D.C. 20001 ولمؤسســة أسر 11/9 المتحدة لإفلاس الارهاب على العنوان التالي: 9/11 Families United To Bankrupt Terrorism, Market Street North, 401 Ninth Avenue, NW, #450, Washington, DC 20004 رداًعلى صحيفة الدعوى في غضون ستين (60) يوماًبعد استلام هذا التكليف بالحضور بإستثناء يوم الإستلام. وإذا تخلفت الأطراف المدعى عليها عن القيام بذلك، سيتم إصدار حكم غيابي ضد الأطراف المدعى عليها بالتعويضات المطالب بها في صحيفة الدعوى. ولقد رفعت هذه الدعوى بسبب القتل الغاشم والتآمر للمطالبة بالتعويض عن الأضرار المعادلة والتاديبية وفقاًللجزء 1605(أ)(5) من العنوان 28 من القانون الأميركي والجزء 1605(أ)(7) من العنوان 28 من القانون الأميركي، وأعمال البقاء على قيد الحياة والتسبب المهمل و/أو المتعمد بالضيق النفسي، وفقاًللجزء 1350 من العنوان 28 من القانون الأميركي والجزء 2331 من العنوان 18 من القانون الأميركي.

مكافحة الإرهاب في المملكة مستوى مكافحة الإرهاب في وأضاف «انه من اجل الت التعاون معا ضد الإرهاب، ذلك في المملكة أو الولايات ا الأمريكية أو في أي مكان العالم».

وأشار الى انه بعد أحد (مايو) قامت الولايات الم خبراء الى المملكة للمس حيث قاموا بزيارة المواق تعرضت للتفجيرات»، مؤ الخبراء وجدوا أن نظراءه قد انجزوا عملا رائعا وا التحقيقات، معبرا عن سر هؤلاء الخبراء بتقديم المسا السعوديين في مجال والمعلومات وإكمال الأعمال

## قوى المع

الخرطوم-«القدس
-من كمال حسن بخيت:

خلفت الحملة الإعلامية ال ضد إعلان القاهرة عاصفة من قبل القوى السياسية المعارض معظم القيادات السياسية هجو على الحكومة وإتهمتها بشكل بأنها تسعى لفصل الجنوب عن ودعت أحزاب الأمة، الاتح الشيوعي، وحزب يوساب الم الحكوميين لإلتزام سياسة ا والإبتعاد عن المزايدات السياس وقال الامين العام للتجمع المعارض جوزيف اكليو إن ق العاصمة الخرطوم لابد أن تتمتع

## السودان:

الخرطوم-«القدس ال

في الوقت الذي تترقب فيه مبعوث ايقاد الجنرال لازاروس الثلاثاء الى الخرطوم، أصدر مج التوصيات والقرارات بشان مسير التي تمر بمنحنى عاصف في ظل التفاوض. وبينما اتهمت الحكو بخرقها الواضح والصريح لإت مطالبتها بعلمانية العاصمة اشت بين طرفي النزاع السوداني وشن الجمهورية للسلام د. غازي صلاح على زعيم الحركة د. جون قرنق الشعبية ادركت ان مشاكوس ق علاقة الدين بالدولة الذي كانت ت الغرب وشعرت حاليا بالحاجة التنازلات بإثارة أمر علمانية العاص وأبلغ د. غازي في مؤتمر صحا ستقوم بإخطار المبعوث فورو وتذكره بإتفاق مشاكوس الإط مشيراً الى أن إثارة علمانية الخرط

# تبليغ عبر النشر

## إلى الأطراف المدعى عليها المذكورة:

عبد الرحمن السويلم
عبد الله بن عبد المحسن التركي
عبد الله بن صالح العبيد
عبد الله سليمان الراجحي
عبد الرحمن بن خالد بن محفوظ
عادل عبد الباطرجي
أحمد علي جملي
البركات للصرف
مؤسسة الحرمين المعروفة أيضاً
بمؤسسة الحرمين الاسلامية
عقيل العقيل
بكر م. بن لادن
شركة دلتا للنفط
حسن با حفظ الله
خالد سليمان الراجحي
خالد سليم بن محفوظ المعروف أيضاً
بالشيخ خالد بن محفوظ
محمد جمال آل خليفة

رابطة العالم الاسلامي المعروفة أيضاً
برابطة العالم المسلم
البنك التجاري الوطني
شهير عبد الرؤوف باطرجي
بنك التضامن الاسلامي
طارق بن لادن
وائل حمزة جليدان
عمر بن لادن
أسامة بن لادن
صالح عبد العزيز الراجحي
مجموعة بن لادن السعودية المعروفة
أيضاً بمؤسسة بن لادن
سليمان بن عبد العزيز الراجحي
ياسين عبد الله القاضي
يوسف جميل
إبراهيم محمد أفندي
محمد بن عبد الله الجمعة
عبد الرحمن حسن شربتلي

صلاح الدين عبد الجواد
أحمد الحربي
محمد العيسى
حمد حسيني
إبو رضا السوري المعروف أيضاً
بمحمد لؤي با يزيد
الهلال الأحمر السعودي
أحمد إبراهيم
محمد علي حسن المؤيد
إبو مصاب الزرقاوي
أيمن الظواهري
إبو إبراهيم المصري
سلمان العدى
صفار الهوالي
صالح الحسين
محمد ج. فقيهي
بنك فيصل الاسلامي

**أسر 9/11 المتحدة لافلاس الارهاب**
9/11 Families United To Bankrupt Terrorism
Market Street North
401 Ninth Avenue, NW, #450
Washington, DC 20004
(202) 824-6046

في محكمة المقاطعات الأميركية لمقاطعة كولومبيا، القسم المدني، توماس بورنيت الأب وغيره ضد مؤسسة البركة للاستثمار والتنمية وغيرها، القضية رقم JR‐0616‐02‐1، أصدر القاضي جيمس روبرتسون أمراًبالتبليغ عبر النشر في 25 مارس/آذار 2003. ولقد صدر الأمر بنشر التبليغ بالدعوى المذكورة أعلاه مرة واحدة أسبوعياً خلال ستة أسابيع المتتالية في صحيفة International Herald Tribune (بالانجليزية) وصحيفة «القدس العربي» (بالعربية) بالاضافة إلى نشرها عبر الانترنت على العنوان www.saudisuit.com وتعتبر الأطراف المدعى عليها المدرجة أعلاه مبلغة بموجب هذا البيان الذي يكلف الأطراف المدعى عليها بالحضور ويشترط عليها أن تسلم لكاتب المحكمة على العنوان التالي: The Clerk of the Court, United States District Court for the District of Columbia, 333 Constitution Avenue, N.W. Washington, D.C. 20001 ولمؤسسة أسر 11/9 المتحدة لإفلاس الارهاب على العنوان التالي: 9/11 Families United To Bankrupt Terrorism, Market Street North, 401 Ninth Avenue, NW, #450, Washington, DC 20004 رداً على صحيفة الدعوى في غضون ستين (60) يوماً بعد استلام هذا التكليف بالحضور باستثناء يوم الإستلام. وإذا تخلفت الأطراف المدعى عليها عن القيام بذلك، سيتم إصدار حكم غيابي ضد الأطراف المدعى عليها بالتعويضات المطالب بها في صحيفة الدعوى. ولقد رفعت هذه الدعوى بسبب القتل الغاشم والتآمر للمطالبة بالتعويض عن الأضرار المعادلة والتأديبية وفقاً للجزء 1605(أ)(5) من العنوان 28 من القانون الأميركي والجزء 1605(أ)(7) من العنوان 28 من القانون الأميركي، وأعمال البقاء على قيد الحياة والتسبب المهمل و/أو المتعمد بالضيق النفسي، وفقاً للجزء 1350 من العنوان 28 من القانون الأميركي والجزء 2331 من العنوان 18 من القانون الأميركي.

## الامير تركو

لندن ـ «القدس العر
ـ من سمير ناصيف:

اكد السير تيموثي غارد
المسلحة البريطانية الساب
كلية كينغز في جامعة لند
الدفاعية) ان محاولة اسر
الكبير في حركة حماس ف
الرنتيسي تندرج في الفلس
المجال التي تعتبر ان العن
لمكافحة الارهاب، وان مثل
في العراق وهي برأيه لا
الطويل.
واضاف في رد على «القـ
تشارك في الحديث فيها مـ
مي يماني والدكتورة مهى
الملكي للشؤون الدولية»
خطط بعيدة المدى لمكافـ
لامريكا يزداد يوما فيوما ف
واسرائيل تمارس سياسة ا
الفلسفة الامريكية في هذا الم
وكان عنوان الندوة «الن
والامن الدولي» وحضره
العرب، بينهم السفير الس
الفيصل وحشد من الاختصا

### الامير تركي

وعلق الامير تركي الفيصـ
الشأن الفلسطيني ـ الاسر
طرح عن تأثير التطورات في
«القاعدة» والارهاب بقـ
الفلسطينية ـ الاسرائيلية
منظمة القاعدة لان هذه المنـ
اسباب لارتكاب العمليات الا
المشكلة الفلسطينية. وهذ
الضروري حل هذه المشكلة».
اما عزام فقالت ان اسـ
الفلسطينية الاسرائيلية لا
الجماهير العربية والاسلام
كالقاعدة. وان محاولة اغتي
من محاولات اسرائيل اغتيا
ستؤدي الى نسبة اكبر من ا
وفي ايقاف حدة الاوضـ
المحاسبة بالنسبة الى اعمال
وقال الامير تركي ان حـ
موجهة ضد امريكا وحدها
كالسعودية والمغرب. ولم
الدكتورة يماني عن وجود
ادارة الامور في السعودية ب
الله بن عبد العزيز (ولي العهـ
وزير الداخلية الامير نايف

## الملحـــق (أ)

# تبليغ عبر النشر

## إلى الأطراف المدعى عليها المذكورة:

عبد الرحمن السويلم
عبد الله بن عبد المحسن التركي
عبد الله بن صالح العبيد
عبد الله سليمان الراجحي
عبد الرحمن بن خالد بن محفوظ
عادل عبد الباطرجي
حمد علي جملي
البركات للصرف
مؤسسة الحرمين المعروفة أيضاً
بمؤسسة الحرمين الاسلامية
عقيل العقيل
بكر م. بن لادن
شركة دلتا للنفط
حسن با حفظ الله
خالد سليمان الراجحي
خالد سليم بن محفوظ المعروف أيضاً
بالشيخ خالد بن محفوظ
محمد جمال آل خليفة

رابطة العالم الاسلامي المعروفة أيضاً
برابطة العالم المسلم
البنك التجاري الوطني
شهير عبد الرؤوف باطرجي
بنك التضامن الاسلامي
طارق بن لادن
وائل حمزة جليدان
عمر بن لادن
أسامة بن لادن
صالح عبد العزيز الراجحي
مجموعة بن لادن السعودية المعروفة
أيضاً بمؤسسة بن لادن
سليمان بن عبد العزيز الراجحي
ياسين عبد الله القاضي
يوسف جميل
إبراهيم محمد أفندي
محمد بن عبد الله الجمعة
عبد الرحمن حسن شربتلي

صلاح الدين عبد الجواد
أحمد الحربي
محمد العيسى
حمد حسيني
إبو رضا السوري المعروف أيضاً
بمحمد لؤي با يزيد
الهلال الأحمر السعودي
أحمد إبراهيم
محمد علي حسن المؤيد
إبو مصاب الزرقاوي
أيمن الظواهري
إبو إبراهيم المصري
سلمان العدى
صفار الهوالي
صالح الحسين
محمد ج. فقيهي
بنك فيصل الاسلامي

**أسر 9/11 المتحدة لافلاس الارهاب**
9/11 Families United To Bankrupt Terrorism
Market Street North
401 Ninth Avenue, NW, #450
Washington, DC 20004
(202) 824-6046

في محكمة المقاطعات الأميركية لمقاطعة كولومبيا، القسم المدني، توماس بورنيت الأب وغيره ضد مؤسسة البركة للاستثمار والتنمية وغيرها، القضية رقم JR_0616_02_1، أصدر القاضي جيمس روبرتسون أمراًبالتبليغ عبر النشر في 25 مارس/آذار 2003 . ولقد صدر الأمر بنشر التبليغ بالدعوى المذكورة أعلاه مرة واحدة أسبوعياً خلال ستة أسابيع المتتالية في صحيفة International Herald Tribune (بالانجليزية) وصحيفة «القدس العربي» (بالعربية) بالاضافة إلى نشرها عبر الانترنت على العنوان www.saudisuit.com وتعتبر الأطراف المدعى عليها المدرجة أعلاه مبلغة بموجب هذا البيان الذي يكلف الأطراف المدعى عليها بالحضور ويشترط عليها أن تسلم لكاتب المحكمة على العنوان التالي: The Clerk of the Court, United States District Court for the District of Columbia, 333 Constitution Avenue, N.W. Washington, D.C. 20001 ولمؤسســة أسر 11/9 المتحدة لإفلاس الارهاب على العنوان التالي: 9/11 Families United To Bankrupt Terrorism, Market Street North, 401 Ninth Avenue, NW, #450, Washington, DC 20004 رداًعلى صحيفة الدعوى في غضون ستين (60) يوماًبعد استلام هذا التكليف بالحضور بإستثناء يوم الإستلام. وإذا تخلفت الأطراف المدعى عليها عن السيام بذلك، سيتم إصدار حكم غيابي ضد الأطراف المدعى عليها بالتعويضات المطالب بها في صحيفة الدعوى. ولقد رفعت هذه الدعوى بسبب القتل الغاشم والتآمر للمطالبة بالتعويض عن الأضرار المعادلة والتاديبية وفقاًللجزء 1605(أ)(5) من العنوان 28 من القانون الأميركي والجزء 1605(أ)(7) من العنوان 28 من القانون الأميركي، وأعمال البقاء على قيد الحياة والتسبب المهمل و/أو المتعمد بالضيق النفسي، وفقاًللجزء 1350 من العنوان 28 من القانون الأميركي والجزء 2331 من العنوان 18 من القانون الأميركي.

«دي الديبلوماسي... الصحيفة ان الوثيقة تشكل بالنسبة لتوني بلير وسيلة لتبرير التدخل في العراق حتى وان لن يتم العثور في هذ البلد على اسلحة دمار شامل اتخذت ذريعة لتبرير العمل العسكري ضد نظا صدام حسين. وقال بلير بحسب الصحيف «عندما يتعرض شعب لمعاناة جدية ناتج مثلا عن حرب داخلية او فتنة او عج الدولة وان لا تشـــا هذه الدولة او ا تستطيع وضع حــد او تفــادي هذ الاوضاع، فمن الضروري التخلي عن مبد عدم التدخل لفسح المجال امام توفير الحماية من قبل المجتمع الدولي». وذكر الصحيفة ان توزيع هذا النص اثار جد حادا بين بلير والمستشار الالماني غيرهار شرودر الذي يشارك في المؤتمر وكان ق عارض شن الحرب على العراق في غياب قرار من الامم المتحدة يجيز استخدا القوة. وتاتي مداخلة توني بلير في الوق الذي تتصاعد فيه الانتقادات في بريطان ضده لاتهامه «بتضخيم» التهديد النا عن اسلحة الدمار الشامل العراقية لتبر التدخل العسكري وخصوصا باعلا خلافا لرأي اجهزة الاستخبارات، ا العراق قادر على نشر اسلحة دمار شا خلال 45 دقيقة. وفي تصريح للصحيا نفسها قال السويدي هانس بليكس الذ ترأس فريق المفتشين الدوليين : الاسلحة العراقية قبل التحرك العسكر الامريكي ـ البريطاني، «لا اعرف كي حسبوا رقم الـ45 دقيقة الوارد في الم الذي قدم في ايلول (سبتمبر) من الع الماضي».

## الصحف ا... وتتح...

■ دبي ـ (اف ب): توقف عدد كب الخليجية الصادرة يوم السبت عند القوات الامريكية في العراق لهجمات امريكي ومشككة باستقلالية مجلـ المزمع اعلانه. وكتبت صحيفة «الجز «الولايات المتحدة بدأت تدرك ابع واهمية التعجيل باقامة شكل من ال ذلك في اقامة مجلس الحكم الانتقالي» وذكرت ان واشنطن تواجه مصا عدد قتلاها في العراق الى «الفضيحة الاستخبارات الامريكية بشان اسلحة ان «تشكيل الحكم الوطني العراقي و ذلك يبدو الطريق الاسلم لواشنطن وا وقالت صحيفة «الوطن» ان «الو على الرئيس الامريكي (جورج بوش) مشيرة الى ان مسألة تعرض الجيش يوميا لحوالي 25 هجوما، كما قال الا العسكرية الامريكي الوسطى تومي القتلى يوميا «لا يمكن ان تكون نتائ يعني ما يعنيه في الترجمة السياسية ورأت ان واشنطن «تعيش مازا «خروجها من مازقها يستوجد التباهي»، مشيرة الى ان «هذا لن يد المؤسسات الدولية».

## الملحـــق (أ)

# تبليغ عبر النشر

## إلى الأطراف المدعى عليها المذكورة:

عبد الرحمن السويلم
عبد الله بن عبد المحسن التركي
عبد الله بن صالح العبيد
عبد الله سليمان الراجحي
عبد الرحمن بن خالد بن محفوظ
عادل عبد الباطرجي
أحمد علي جملي
البركات للصرف
مؤسسة الحرمين المعروفة أيضاً
بمؤسسة الحرمين الاسلامية
عقيل العقيل
بكر م. بن لادن
شركة دلتا للنفط
حسن با حفظ الله
خالد سليمان الراجحي
خالد سليم بن محفوظ المعروف أيضاً
بالشيخ خالد بن محفوظ
محمد جمال آل خليفة

رابطة العالم الاسلامي المعروفة أيضاً
برابطة العالم المسلم
البنك التجاري الوطني
شهير عبد الرؤوف باطرجي
بنك التضامن الاسلامي
طارق بن لادن
وائل حمزة جليدان
عمر بن لادن
أسامة بن لادن
صالح عبد العزيز الراجحي
مجموعة بن لادن السعودية المعروفة
أيضاً بمؤسسة بن لادن
سليمان بن عبد العزيز الراجحي
ياسين عبد الله القاضي
يوسف جميل
إبراهيم محمد أفندي
محمد بن عبد الله الجمعة
عبد الرحمن حسن شربتلي

صلاح الدين عبد الجواد
أحمد الحربي
محمد العيسى
حمد حسيني
إبو رضا السوري المعروف أيضاً
بمحمد لؤي با يزيد
الهلال الأحمر السعودي
أحمد إبراهيم
محمد علي حسن المؤيد
إبو مصاب الزرقاوي
أيمن الظواهري
إبو إبراهيم المصري
سلمان العدى
صفار الهوالي
صالح الحسين
محمد ج. فقيهي
بنك فيصل الاسلامي

أسر 9/11 المتحدة لافلاس الارهاب
9/11 Families United To Bankrupt Terrorism
Market Street North
401 Ninth Avenue, NW, #450
Washington, DC 20004
(202) 824-6046

في محكمة المقاطعات الأميركية لمقاطعة كولومبيا، القسم المدني، توماس بورنيت الأب وغيره ضد مؤسسة البركة للاستثمار والتنمية وغيرها، القضية رقم JR_0616_02_1، أصدر القاضي جيمس روبرتسون أمراً بالتبليغ عبر النشر في 25 مارس/آذار 2003. ولقد صدر الأمر بنشر التبليغ بالدعوى المذكورة أعلاه مرة واحدة أسبوعياً خلال ستة اسابيع المتتالية في صحيفة International Herald Tribune (بالانجليزية) وصحيفة «القدس العربي» (بالعربية) بالاضافة إلى نشرها عبر الانترنت على العنوان www.saudisuit.com وتعتبر الأطراف المدعى عليها المدرجة أعلاه مبلغة بموجب هذا البيان الذي يكلف الأطراف المدعى عليها بالحضور ويشترط عليها أن تسلم لكاتب المحكمة على العنوان التالي: The Clerk of the Court, United States District Court for the District of Columbia, 333 Constitution Avenue, N.W. Washington, D.C. 20001 ولمؤسسة أسر 11/9 المتحدة لإفلاس الارهاب على العنوان التالي: 9/11 Families United To Bankrupt Terrorism, Market Street North, 401 Ninth Avenue, NW, #450, Washington, DC 20004 رداً على صحيفة الدعوى في غضون ستين (60) يوماً بعد استلام هذا التكليف بالحضور بإستثناء يوم الإستلام. وإذا تخلفت الأطراف المدعى عليها عن القيام بذلك، سيتم إصدار حكم غيابي ضد الأطراف المدعى عليها بالتعويضات المطالب بها في صحيفة الدعوى. ولقد رفعت هذه الدعوى بسبب القتل الغاشم والتآمر للمطالبة بالتعويض عن الأضرار المعادلة والتاديبية وفقاً للجزء 1605(أ)(5) من العنوان 28 من القانون الأميركي والجزء 1605(أ)(7) من العنوان 28 من القانون الأميركي، وأعمال البقاء على قيد الحياة والتسبب المهمل و/أو المتعمد بالضيق النفسي، وفقاً للجزء 1350 من العنوان 28 من القانون الأميركي والجزء 2331 من العنوان 18 من القانون الأميركي.

■ نواكشوط ـ يو بي آي:
الملك محمد السادس الذي
والرئيس الموريتاني معـا
الاثنين التعاون بين بلديهما
الاعتبار المحاولة الانقلاب
بالنظام الحاكم في نواكشوط
واكد مصدر مقرب من الوف
التي عقدها زعيما البلدي
«مناقشة ودية ومفتوحة ل
استقرار في موريتانيا والمنـ
عام».
وكان العاهل المغربي وصل
امس الاول في زيارة تضام
المحاولة الانقلابية للاطاحة
الشهر الجاري.
ولاحظ مراقبون ان الوفد
ضم قائد اركان الدرك الملك
سليمان مما اعتبروا انه ي
للزيارة، وهي الثانية التي ي
موريتانيا، كما يؤكد اتجا
منظومة امنية تستفيد مور
المغربية الطويلة.
يذكر ان تقاربا قويا نشأ
والرئيس معاوية ولد الطا
محمد السادس للعرش خل
الثاني، وقد ساهم هذا التقار
طويل بين الملك المغربي الرا
الطايع، في تحسين العلاقات
وكان الملك محمد السادس
الطايع عقب فشل محاولة الا
اول دولة في استقبال ال

# بلجيكا

■ بروكسل ـ اف ب: بعد
على اصدارها قانوناً كاد ي
«قاضي العالم»، قررت بلج
قانون «الاختصاص العالمي»
يشكل معضلة دبلوماسية.
وكتبت صحيفة «دي ستاند
الاثنين على صدر صفحتها
يعد لقانون الاختصاص العا
في حين اكدت صحيفة «
الصادرة بالفرنسية ان بلجي
«للضغوط الاميركية لتجر
فريد في العالم من جزء
جوهره». وكان البرلمان البل
بالاجماع قانون الاختصاص
1993 الرامي الى السماح ا
البلجيكية بالبت في جرا
وجرائم ضد الانسانية
الجماعية ايا كان المكان ال
فيه.
واتاح هذا القانون الذي
منظمات الدفاع عن حقوق
بادانة قبل عامين في بروك
روانديين شاركوا في ابادة
ارتكبت في بلادهم في 1994.

## الملحــق (أ)

# تبليغ عبر النشر

## إلى الأطراف المدعى عليها المذكورة:

عبد الرحمن السويلم
عبد الله بن عبد المحسن التركي
عبد الله بن صالح العبيد
عبد الله سليمان الراجحي
عبد الرحمن بن خالد بن محفوظ
عادل عبد الباطرجي
أحمد علي جملي
البركات للصرف
مؤسسة الحرمين المعروفة أيضاً
بمؤسسة الحرمين الاسلامية
عقيل العقيل
بكر م. بن لادن
شركة دلتا للنفط
حسن با حفظ الله
خالد سليمان الراجحي
خالد سليم بن محفوظ المعروف أيضاً
بالشيخ خالد بن محفوظ
محمد جمال آل خليفة

رابطة العالم الاسلامي المعروفة أيضاً
برابطة العالم المسلم
البنك التجاري الوطني
شهير عبد الرؤوف باطرجي
بنك التضامن الاسلامي
طارق بن لادن
وائل حمزة جليدان
عمر بن لادن
أسامة بن لادن
صالح عبد العزيز الراجحي
مجموعة بن لادن السعودية المعروفة
أيضاً بمؤسسة بن لادن
سليمان بن عبد العزيز الراجحي
ياسين عبد الله القاضي
يوسف جميل
إبراهيم محمد أفندي
محمد بن عبد الله الجمعة
عبد الرحمن حسن شربتلي

صلاح الدين عبد الجواد
أحمد الحربي
محمد العيسى
حمد حسيني
إبو رضا السوري المعروف أيضاً
بمحمد لؤي با يزيد
الهلال الأحمر السعودي
أحمد إبراهيم
محمد علي حسن المؤيد
إبو مصاب الزرقاوي
أيمن الظواهري
إبو إبراهيم المصري
سلمان العدى
صفار الهوالي
صالح الحسين
محمد ج. فقيهي
بنك فيصل الاسلامي

**أسر 9/11 المتحدة لافلاس الارهاب**
9/11 Families United To Bankrupt Terrorism
Market Street North
401 Ninth Avenue, NW, #450
Washington, DC 20004
(202) 824-6046

في محكمة المقاطعات الأميركية لمقاطعة كولومبيا، القسم المدني، توماس بورنيت الأب وغيره ضد مؤسسة البركة للاستثمار والتنمية وغيرها، القضية رقم JR-0616-02-1، أصدر القاضي جيمس روبرتسون أمراً بالتبليغ عبر النشر في 25 مارس/آذار 2003 . ولقد صدر الأمر بنشر التبليغ بالدعوى المذكورة أعلاه مرة واحدة أسبوعياً خلال ستة أسابيع المتتالية في صحيفة International Herald Tribune (بالانجليزية) وصحيفة «القدس العربي» (بالعربية) بالاضافة إلى نشرها عبر الانترنت على العنوان www.saudisuit.com وتعتبر الأطراف المدعى عليها المدرجة أعلاه مبلغة بموجب هذا البيان الذي يكلف الأطراف المدعى عليها بالحضور ويشترط عليها أن تسلم لكاتب المحكمة على العنوان التالي: The Clerk of the Court, United States District Court for the District of Columbia, 333 Constitution Avenue, N.W. Washington, D.C. 20001 ولمؤسســة أسر 11/9 المتحدة لإفلاس الارهاب على العنوان التالي: 9/11 Families United To Bankrupt Terrorism, Market Street North, 401 Ninth Avenue, NW, #450, Washington, DC 20004 رداً على صحيفة الدعوى في غضون ستين (60) يوماً بعد استلام هذا التكليف بالحضور بإستثناء يوم الإستلام. وإذا تخلفت الأطراف المدعى عليها عن القيام بذلك، سيتم إصدار حكم غيابي ضد الأطراف المدعى عليها بالتعويضات المطالب بها في صحيفة الدعوى. ولقد رفعت هذه الدعوى بسبب القتل الغاشم والتآمر للمطالبة بالتعويض عن الأضرار المعادلة والتأديبية وفقاً للجزء 1605(أ)(5) من العنوان 28 من القانون الأميركي والجزء 1605(أ)(7) من العنوان 28 من القانون الأميركي، وأعمال البقاء على قيد الحياة والتسبب المهمل و/أو المتعمد بالضيق النفسي، وفقاً للجزء 1350 من العنوان 28 من القانون الأميركي والجزء 2331 من العنوان 18 من القانون الأميركي.

## السودان: حزا

الخرطوم- «القدس ا
- من كمال حسن بخيت:

اكد الن قولتي المبعوث ا
السودان الذي واصل لقاءاته
اجتماعه بالدكتور رياك قاي رئ
بلاده مستعدة لتقديم مساعد
اتفاقية السلام في مجالات التن
السلام يتم تنفيذه هذه احدى
من اننا سننجح». وحسب ريا
ضمان تنفيذ الاتفاق بين الحك
باجراء حوار «جنوبي- جنوبي
مع طرف جنوبي دون الآخر لن
وقال قاي في تصريحات ه
خروقات الحركة الشعبية لا
باكوبو ولفت نظره الى ان هذ
للحوار «الجنوبي- الجنوبي»
الصراع المسلح الذي سيكون ا
وابلغ قاي المبعوث البريه
الحركة من اكوبو قبل تحرك ال
لاخذ زمام مبادرة استرداد
المبعوث اكد له ان الوسطاء
التحقق من وقف الاعتداءات

## فندق
## خطة ليهود عر

عمان- «القدس الع

تحدثت مصادر سياسية
وعمان عن مشاعر قلق وغ
العراقي من خطة ليهود عرا
بعد التاسع من نيسان اب
عقارات وأراض في بغداد وب
وأبلغ عاملون في مكاتب ا
في منطقة الدورة والسيدية
لشراء عشرات المساكن وا
التي يقطنها مسيحيون قد ت
السابق.
واشار هؤلاء الى ان المش

## القوات الامر

■ بغداد- رويترز: نة
الثلاثاء ان القوات الامري
عربيا اصيلا من خيول الس
صدام حسين واعادتها ا
لرعايتها. وقال احمد خاز
لرعاية الحيوانات في بيان
كان يهتم بهذه الحيوانات ت
بها». وقال الصندوق ان ال
الفروسية قبل الحرب التي
بفترة قصيرة الى مضم
سلامتها ربما بمعرفة ا
الحرب احتجز عراقيون