**Exhibit 2**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

THOMAS BURNETT, SR., ET Al.,    )
             )
    Plaintiffs,      )
             )
    v.         ) **Civ. Action No. 02-1616 (JR)**
             )
AL BARAKA INVESTMENT & DEVELOPMENT )
CORPORATION, ET AL.,    )
             )
    Defendants.     )
             )
             )

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to Rule 83.6 of the Local Rules of the United

States District Court for the District of Columbia, Thomas P. Steindler, hereby enters his

appearance as counsel of record for Defendant Yassin Abdullah Al Kadi (D91).

Dated: September 12, 2003    Respectfully submitted,

            MCDERMOTT, WILL & EMERY

            Thomas P. Steindler (D.C. Bar No. 404071)
            Stanton D. Anderson (D.C. Bar No. 63990)
            600 Thirteenth Street, N.W.
            Washington, D.C. 20005
            Telephone: (202) 756-8000

            *Counsel for Defendant*
            *Yassin Abdullah Al Kadi*

## **CERTIFICATE OF SERVICE**

I, James E. Smith, do hereby certify that on this 12th day of September, 2003, I

caused a copy of the foregoing Notice of Appearance to be served via First Class United

States Mail upon the attached service list.

James E. Smith

WDC99 809479-1.064622.0011

## SERVICE LIST

*Burnett, et al v. Al Baraka Inv. and Dev. Corp., et al.,* U.S. District Court for the District of Columbia, 1:02CV1616 (Judge James Robertson)

### Plaintiffs' Counsel

Ronald L. Motley, Esq.
Joseph F. Rice, Esq.
Jodi Westbrook Flowers, Esq.
Donald Migliori, Esq.
Michael Elsner, Esq.
Anne McGinness Kearse, Esq.
Elizabeth Smith, Esq.
MOTLEY RICE LLC
28 Bridgeside Boulevard, P.O. Box 1792
Mount Pleasant, SC 29465

Alan Gerson, Esq.
ATTORNEY AT LAW
4221 Lenore Lane
Washington, DC 20008

Harry Huge, Esq.
ATTORNEY AT LAW
Market Street North
401 Ninth Street, N.W., Suite 450
Washington, DC 20004

John D'Amato, Esq.
Guy Molinari, Esq.
RUSSO, SCARNARDELLA & D'AMATO, P.C.
1001 Forest Avenue
Staten Island, NY 10310

William N. Riley, Esq.
R. Douglas Hailey, Esq.
Mark K. Dudley, Esq.
Amy Ficklin DeBrota, Esq.
Mary Beth Ramey, Esq.
ATTORNEYS AT LAW
3815 River Crossing Parkway, Suite 340
Indianapolis, IN 46240

Jack Cordray, Esq.
CODRAY LAW FIRM
40 Calhoun Street

Charleston, SC 29401

Paul J. Hanly, Jr., Esq.
HANLY & CONROY, LLP
415 Madison Avenue
New York, NY 10017-1111

Thomas E. Mellon, Jr., Esq.
John A. Corr, Esq.
Stephen A. Corr, Esq.
MELLON, WEBSTER & SHELLY
87 North Broad Street
Doylestown, PA 18901

Don Howarth, Esq.
Suzelle M. Smith, Esq.
Robert D. Brian, Esq.
HOWARTH & SMITH
800 Wilshire Boulevard, Suite 750
Los Angeles, CA 90017

Samuel L. Davis, Esq.
DAVIS, SAPERSTEIN & SALOMON, P.C.
375 Cedar Lane
Teaneck, NJ 07666

Sanford Rubenstein, Esq.
RUBENSTEIN AND RYNECKI
16 Court Street
Brooklyn, NY 11241

Michael N. Block, Esq.
SULLIVAN, PAPAIN, BLOCK,
MCGRATH & CANNAVO, P.C.
120 Broadway Avenue, 18th Floor
New York City, NY 10271

Vincent F. Pitta, Esq.
Milton Mollen, Esq.
HERRICK, FEINSTEIN, LLP
2 Park Avenue
New York City, NY 10016

Robert Conason, Esq.
GAIR, GAIR, CONASON, STEIGMAN &
MACKAUF
80 Pine Street
New York City, NY 10005

J.D. Lee, Esq.
LEE, LEE & LEE
422 S. Gay Street
Knoxville, TN 27902

Gary O Galiher, Esq.
GAILHER, DEROBERTIES,
NAKAMURA, ONO & TAKITANI
610 Ward Avenue, Suite 200
Honolulu, Hawaii 96814

Anthony M. Sellitto, Jr., Esq.
OLIVER & SELLITTO
205 Bond Street
Asbury Park, NY 07712

Kenneth Sacks, Esq.
SACKS AND SACKS, LLP
150 Broadway, 4th Floor
New York, NY 10038

Clare Sproule, Esq.
EPSTEIN BECKER & GREEN, P.C.
250 Park Avenue
New York, NY 10177-1211

George P. Blakely, Esq.
Notre Dame Law School
One Notre Dame Circle
Notre Dame, IN 46556

Edward D. Robertson, Esq.
Mary D. Winter, Esq.
ROBERTSON, FRICKELTON,
ROBERTSON & OBETZ
200 Madison Street
Suite 100
Jefferson City, MO 65101

**Defendants' Counsel**

Martin McMahon, Esq.

Christopher Smith, Esq.
MARTIN F. MCMAHON & ASSOCIATES
1150 Connecticut Avenue, N.W.
Suite 900
Washington, D.C. 20036

*Counsel to Saleh Abdullah Kamel*
*Al Baraka Investment & Development*
*Corporation*

Roger C. Simmons, Esq.
Matthew H. Simmons, Esq.
Victor E. Cretella, III, Esq.
GORDON & SIMMONS L.L.C.
131 West Patrick Street
P.O. Box 430
Frederick, MD 21705-0430

*Counsel for Zahir H. Kazmi*

Alan R. Kabat, Esq.
Lynne Bernabei, Esq.
BERNABEI & KATZ, PLLC
1773 T Street, N.W.
Washington, D.C. 20009-7139

*Counsel for Soliman J. Khudeira*
*Al Haramain Islamic Foundation, Inc.*

Christopher M. Curran, Esq.
Frank Panopoulos, Esq.
Nicole Erb, Esq.
WHITE & CASE LLP
601 Thirteenth Street, N.W.
Washington, DC 20005

*Counsel to Al Rajhi Banking & Investment*
*Corporation*

Maher Hanania, Esq.
Kamal Nawash, Esq.
HANANIA, KHEDER & NAWASH
6066 Leesburg Pike #101
Falls Church, VA 22041

*Counsel for Abdul Rahman Al-Amoudi*
*Tarik Hamdi*
*World Assembly of Muslim Youth*

WDC99 807322-1.066902.0011

*Mohammed Hussein Al-Almoudi*

Nancy Luque, Esq.
Donna M. Scheinbach
LUQUE SHEINBACH LLP
818 Connecticut Avenue, Suite 857
Washington, DC 20006

*Counsel for Grove Corporate Inc.*
*SAFA Trust*
*Reston Investments, Inc.*
*York Foundation*
*Heritage Education Trust*
*MAR-JAC Investments, Inc.*
*International Institute of Islamic Thought*
*African Muslim Agency*

John D. Skahow, Esq.
KING & SPALDING LLP
1730 Pennsylvania Avenue, N.W.
Washington, DC 20006-4706

*Counsel for Arab Bank PLC*

Michael Hadeed, Jr., Esq.
BACKER HADEED KELLOGG AND
BERRY, P.C.
5501 Backlick Road, Suite 220
Springfield, VA 22151

*Counsel for Al Haramain Islamic*
*Foundation, Inc.*
*Muslim World League Offices-NY*
*Muslim World League*
*Success Foundation, Inc.*
*Mohamed S. Omeish*

William H. Jeffries, Esq.
Christopher R. Cooper, Esq.
Sara Kropf, Esq.
BAKER BOTTS L.L.P.
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400

*Counsel for HRH Prince Sultan bin*
*Abdulaziz Al-Saud*

Louis R. Cohen, Esq.
Gregory S. Chernack, Esq.
WILMER, CUTLER & PICKERING
2445 M Street, N.W.
Washington, D.C. 20037

David P. Donovan, Esq.
WILMER, CUTLER & PICKERING
1600 Tysons Boulevard
10th Floor
McLean, VA 22102

*Counsel for HRH Prince Mohamed al Faisal*
*al Saud*

Mark C. Hansen, Esq.
Michael K. Kellogg, Esq.
Michael J. Guzman, Esq.
KELLOGG, HUBER, HANSEN, TODD &
EVANS, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036-3209

*Counsel for HR Prince Turki Al-Faisal bin*
*Abdulaziz Al-Saud*

Henry S. Weisburg, Esq.
Brian H. Polovoy, Esq.
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069

Jonathan L. Greenblatt, Esq.
SHEARMAN & STERLING LLP
801 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20004-2604

*Counsel for Saudi American Bank*

Roger E. Warin, Esq.
Christopher T. Lutz, Esq.
STEPTOE & JOHNSON L.L.P.
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036.

*Counsel for Mohammad Adbullah Aljomaih*

-3-

Ronald S. Liebman, Esq.
Mitchell R. Berger, Esq.
Ugo A. Colella, Esq.
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, DC  20037

*Counsel for National Commercial Bank*

Matthew H. Kirkland
FULBRIGHT & JAWORSKI
801 Pennsylvania Avenue, N.W.
Washington, DC  20004

*Counsel for Nimir Petroleum, LLC*

WDC99 807322-1.066902.0011