**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*     Federal Insurance Co. v. al Qaida
                                03 CV 06978 (RCC)


**[PROPOSED] ORDER**

UPON CONSIDERATION OF African Muslim Agency, Grove Corporate, Inc., Heritage Education Trust, International Institute of Islamic Thought, Mar-Jac Investments, Inc., Mena Corporation, Reston Investments, Safa Trust, Sana-Bell, Inc., Sterling Charitable Gift Fund, Sterling Management Group, Inc., and York Foundation's Motion to Dismiss the First Amended Complaint of Plaintiffs Federal Insurance Company, et al., and Federal Insurance Company's opposition thereto, it is hereby

ORDERED that said Motion is DENIED.


Dated: _____          _____
       New York, NY            RICHARD CONWAY CASEY
                               United States District Judge