UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*   Federal Insurance Co. v. al Qaida
                              03 CV 06978 (RCC)

**[PROPOSED] ORDER**

UPON CONSIDERATION OF Arab Bank, PLC's Motion to Dismiss the First Amended Complaint of Plaintiffs Federal Insurance Company, et al., and Federal Insurance Company's opposition thereto, it is hereby

ORDERED that said Motion is DENIED.


Dated: _____          _____
       New York, NY            RICHARD CONWAY CASEY
                               United States District Judge