UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*   Federal Insurance Co. v. al Qaida
                              03 CV 06978 (RCC)

**[PROPOSED] ORDER**

UPON CONSIDERATION OF Prince Mohamed Al-Faisal Al-Saud's Motion to Dismiss the First Amended Complaint of Plaintiffs Federal Insurance Company, et al., and Federal Insurance Company's opposition thereto, it is hereby

ORDERED that said Motion is DENIED.

Dated: _____        _____
       New York, NY          RICHARD CONWAY CASEY
                             United States District Judge