(AJET, S,

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------)
In Re TERRORIST ATTACKS on    )    03 MDL 1570 (RCC)
SEPTEMBER 11, 2001            )    ECF Case
                              )
---------------------------------------)

*This document relates to:*
  *Federal Insurance Co. v. Al Qaida,* 03 CV 6978 (RCC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-22-04

### STIPULATION AND ORDER SETTING SCHEDULE FOR THE NATIONAL COMMERCIAL BANK TO RESPOND TO THE FIRST AMENDED COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for Plaintiffs and for Defendant The National Commercial Bank ("NCB"), subject to the approval of the Court, as follows:

1. Plaintiffs shall serve their RICO Statement concerning NCB, as required by Paragraph 7 of the Court's Standing Rules of Practice and in Paragraph 14 of Case Management Order No. 2, not later than July 30, 2004.

2. NCB shall have until and including August 30, 2004 to move to dismiss the First Amended Complaint.

3. Plaintiffs shall have 60 days thereafter, or until and including October 29, 2004, to respond to NCB's motion to dismiss.

4. NCB shall have 30 days thereafter, or until and including November 29, 2004, to reply to Plaintiffs' opposition.

5. The foregoing schedule is without waiver of any of NCB's defenses, including the defense of lack of personal jurisdiction, except that NCB does not challenge the sufficiency of Plaintiffs' service of process on NCB in this case.

1

Dated: Washington, D.C.
July 16, 2004

PATTON BOGGS LLP

_____
Ronald S. Liebman (admitted *pro hac vice*)
Mitchell R. Berger (MB4112)
Ugo Colella (admitted *pro hac vice*)
2550 M Street, N.W.
Washington, DC 20037
Phone: (202) 457-6000
Fax:    (202) 457-6315

*Counsel for Defendant
The National Commercial Bank*

Dated: New York, New York
July 20, 2004

Respectfully submitted,

COZEN O'CONNOR

J. Scott Tarbutton (by permission Ugo Colella)

Steven A. Cozen
Elliott R. Feldman
Sean P. Carter
J. Scott Tarbutton
1900 Market Street
Philadelphia, PA 19103
Phone: (215) 665-2000
Fax:    (215) 701-2467

*Counsel for the Federal Insurance Plaintiffs*

SO ORDERED:

_____
Richard C. Casey
U.S.D.J.

2