COZEN O'CONNOR
STEPHEN A. COZEN, ESQUIRE
ELLIOTT R. FELDMAN, ESQUIRE
SEAN P. CARTER, ESQUIRE
LISA C. HAAS, ESQUIRE
J. SCOTT TARBUTTON, ESQUIRE
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000

Attorneys for Plaintiffs, Federal
Insurance Co, et al.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-22-04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re Terrorist Attack on September 11, 2001 | : : : : : : : | Civil Action No. 03 MD 1570 (RCC) |
| *This document relates to:* | : : | Civil Action No. 03 CV 6978 (RCC) |
| Federal Insurance Company, et. al. v. al Qaida, et al. | : : : : : : | |

**ORDER**

THIS MATTER having come before the Court on Motion of Plaintiffs, Federal Insurance

Company, et. al., for an Order authorizing Plaintiffs to supplement the Joint Motion For Leave to

Serve Specified Defendants by Publication with defendants specified in Attachment A, and the

Court having determined that good cause exists for the relief sought;

IT IS hereby ORDERED that Plaintiffs' Motion to Supplement the Joint Motion For Leave to Serve Specified Defendants by Publication Pursuant to Fed. R. Civ. Pro. 4(f)(3), filed by the <u>Federal Insurance Co.</u>, <u>Ashton</u> and <u>Burnett</u> Plaintiffs, is GRANTED.

**SO ORDERED:**

DATED: _July 20, 2004_

_____
U.S.D.J.

2

## ATTACHMENT A

Abd al-Hadi al-Iraqi
Abd Al-Rahim Al-Nashri
Abu Anas Al-Liby
Abu Zubaydah
Bensayah Belkacem
Ibn al-Shaykh al-Libi
Jamil Qasim Saeed
Khalid Shaikh Mohammed
Mohamed Bayazid
Nurjaman Riduan Ismuddin
Ramzi Binalshibh
Sabir Lamar
Umar al-Faruq

Al Qaida
Egyptian Islamic Jihad
Jemaah Islamiyah
Ansar Al-Islam

Advice and Reformation Committee
Ahmed Totonji
Barakaat Boston
Barakaat North America, Inc.
Makhtab Al-Khidamat
Mohammed Salim Bin Mahfouz
Nada Management Organization
SNCB Securities Limited
Tarek Ayoubi
Youssef M. Nada & Co. Gesellschaft MBH

PHILA1\2086549\1 117430.000