DOC #319

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

Civil Action No.
03 MDL 1570 (RCC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/04

**NOTICE OF MOTION**

This document relates to:

Thomas E. Burnett, Sr., et al. v. Al Baraka Investment and Development Corp., et al., 03 CV 9849 (RCC)

Thomas E. Burnett, Sr., et al. v. Al Baraka Investment and Development Corp., et al., 03 CV 5738 (RCC)



RECEIVED JUL 20 2004 CHAMBERS OF RICHARD CONWAY CASEY U.S.D.J.

PLEASE TAKE NOTICE that pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, and upon the annexed Declaration of Kenneth A. Caruso, dated July 16, 2004, including the exhibits attached thereto, the undersigned will move this Court, before the Honorable Richard C. Casey, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an order admitting Viet D. Dinh, Esq., *pro hac vice*, as co-counsel for defendant Yousef Jameel for the purposes of the above captioned case.

Dated: New York, New York
July 16, 2004

Application granted
pending approval of
attorney admissions office

*[signature]* Richard Conway Casey
7/20/04

TO: All Counsel of Record (via Email)

CHADBOURNE & PARKE LLP

By *[signature]*
Kenneth A. Caruso (KC-7769)
A Member of the Firm
30 Rockefeller Plaza
New York, New York 10112
(212) 408-5100

Attorneys for Defendant Yousef Jameel