UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

Civil Action No.
03 MDL 1570 (RCC)

-----------------------------------------------------------x

This document relates to:

*Thomas E. Burnett, Sr., et al. vs. Al Baraka Investment and Development Corp., et al.*
03 CV 9849 (RCC)

-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

## MOTION FOR ADMISSION *PRO HAC VICE*

PLEASE TAKE NOTICE that, upon the annexed Affidavit, Certificate of Good Standing and Proposed Order, Plaintiffs hereby move this Court for an Order pursuant to Local Civil Rule 1.3(c) admitting Allan Gerson *pro hac vice* to appear as counsel for the Plaintiffs.

Dated: July 16, 2004

Respectfully submitted,

HANLY CONROY BIERSTEIN
& SHERIDAN LLP

By: _____
Paul J. Hanly, Jr. (PH-5486)
Jayne Conroy (JC-8611)
Andrea Bierstein (AB-4618)
415 Madison Avenue
New York, NY 10017-1111
Tel: (212) 401-7600

Counsel for Plaintiffs

*[Handwritten annotation: Application granted pending approval of attorney Admission. Richard [illegible] 7/20/04]*