*(A165, S.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-22-04
```

In Re TERRORIST ATTACKS on ) 03 MDL 1570 (RCC)
SEPTEMBER 11, 2001 ) ECF Case
)

*This document relates to:*
*Federal Insurance Co. v. Al Qaida*, 03 CV 6978 (RCC)
*Kathleen Ashton v. Al Qaeda Islamic Army*, 02 CV 6977 (RCC)

### STIPULATION AND ORDER SETTING SCHEDULE FOR SNCB CORPORATE FINANCE LTD. AND SNCB SECURITIES LTD. (LONDON) TO RESPOND TO THE *FEDERAL INSURANCE* AND *ASHTON* COMPLAINTS

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for the *Federal Insurance* and *Ashton* Plaintiffs (collectively "Plaintiffs"), and for Defendants SNCB Corporate Finance Ltd. and SNCB Securities Ltd. (London) (collectively "SNCB"), subject to the approval of the Court, as follows:

1. The *Federal Insurance* Plaintiffs shall serve their RICO Statement concerning SNCB, as required by Paragraph 7 of the Court's Standing Rules of Practice and in Paragraph 14 of Case Management Order No. 2, not later than July 30, 2004.

2. SNCB shall have until and including August 30, 2004 to file a consolidated motion to dismiss the First Amended Complaint in *Federal Insurance* and the Fourth Amended Consolidated Master Complaint in *Ashton*. The memorandum of law in support of SNCB's consolidated motion shall not exceed 25 pages in length.

3. Plaintiffs shall have 60 days thereafter, or until and including October 29, 2004, to file their consolidated response to SNCB's motion to dismiss. Plaintiffs' consolidated memorandum of law in response to SNCB's consolidated motion shall not exceed 25 pages in length.

1

4.  SNCB shall have 30 days thereafter, or until and including November 29, 2004, to file a consolidated reply to Plaintiffs' opposition. SNCB's consolidated reply memorandum of law shall not exceed 10 pages in length.

5.  The foregoing schedule is without waiver of any of SNCB's defenses, including the defense of lack of personal jurisdiction, except that SNCB does not challenge the sufficiency of Plaintiffs' service of process on SNCB in this case.

Dated: Washington, D.C.
July 16, 2004

Respectfully submitted,

PATTON BOGGS LLP

Ronald S. Liebman (admitted *pro hac vice*)
Mitchell R. Berger (MB4112)
Ugo Colella (admitted *pro hac vice*)
2550 M Street, N.W.
Washington, DC 20037
Phone: (202) 457-6000
Fax: (202) 457-6315

*Counsel for SNCB Corporate Finance Ltd.
and SNCB Securities Ltd. (London)*

COZEN O'CONNOR

J. Scott Tarbutton / by permission / J. Colella

Steven A. Cozen
Elliott R. Feldman
Sean P. Carter
J. Scott Tarbutton
1900 Market Street
Philadelphia, PA 19103
Phone: (215) 665-2000
Fax: (215) 701-2467

*Counsel for the Federal Insurance Plaintiffs*

KREINDLER & KREINDLER

Andrew J. Maloney III /
by permission Mitchell R. Berger

James P. Kreindler (JK7084)
Marc S. Moller (MM0143)
Justin T. Green (JG0318)
Andrew J. Maloney, III (AM8684)
100 Park Avenue
New York, NY 10017-5590
Phone: (212) 687-8181
Fax: (212) 972-9432

*Counsel for the Ashton Plaintiffs*

2

Dated: New York, New York
July 2̲0̲, 2004

SO ORDERED:

*Richard Casey*

Richard C. Casey
U.S.D.J.

3