# EXHIBIT

# A

# MOTLEY RICE LLC
## ATTORNEYS AT LAW

July 1, 2004

**Via Fax**

Thomas P. Steindler, Esq.
McDermott Will & Emery
600 Thirteenth Street, N.W., Suite 1200
Washington, DC 20005
Fax #202-756-8087

Re: *Burnett v. Qadi*, et al.

Dear Mr. Steindler:

Justin Kaplan advised me of your position on our Citibank subpoena. I have reviewed with Justin your request. I have just returned from a trip to Europe and need to discuss your request with those in our group vested principally with legal matters related to discovery. I should be able to have you a written response by next Wednesday or Thursday.

Yours truly,

*Ronald L. Motley*

Ronald L. Motley

RLM/ds/001

cc: Jodi Flowers, Esq.
Justin Kaplan, Esq.
Andrea Bierstein, Esq.

Ronald L. Motley, (SC)
Joseph F. Rice, (SC)
Ann K. Ritter, (SC,TN)
John J. McConnell, Jr., (RI,MA,SC,DC)
William H. Narwold, (CT)
Allard A. Allston, III, (SC)
John E. Herrick, (SC,MD)
Edward B. Cottingham, Jr., (SC)
Robert J. McConnell, (RI,MA)
Frederick C. Baker, (SC,NY)
Fred Thompson, III, (SC)
Jodi Westbrook Flowers, (SC)
Paul J. Doolittle, (SC)
Donald A. Migliori, (RI,MA,MN)
Anne McGinness Kearse, (SC)
Jeffrey S. Thompson, (TX)
Mary F. Schiavo, (MO,DC,MD)
Samuel R. Guiteras, Jr., (SC,NC), (General Counsel)
Miles Loadholt, (SC)
L. Terry Poole, (SC)
Laurie J. Loveland, (1958-2002)
J.B. Harris, (FL, DC)
Daniel E. Young, (LA)
Robert T. Haefele, (NJ,PA)
Sheryl A. Moore, (SC,VA)
V. Brian Bevon, (SC)
James M. Hughes, (SC)
Rhett D. Klok, (SC,DC,LA,TX,NM)
Frederick J. Jekel, (SC)
Theodore H. Huge, (SC,VA,DC)
John E. Guerry, III, (SC)
Fidelma L. Fitzpatrick, (RI,MA,NY,DC)
Christy Trenwerol, (SC,IL,CO)
Suzanne LaFleur Klok, (SC,DC,LA,TX,NM)
Cindi Anne Solomon, (SC)
Wm. Michael Grumloh, (SC)
David P. Kevon, (SC)
Michael E. Elsner, (VA,NY)
Vincent L. Greene, IV, (RI)
Marlon E. Kimpson, (SC)
Stacie F. Taylor, (AL,MS)
Ingrid L. Moll, (CT)
Caroline A. Bernard, (SC)
Scott M. Galante, (LA)
Kimberly D. Barone, (SC,CA)
Elizabeth Smith, (SC)
James W. Ledlie, (SC)
Michael G. Rousseau, (CA,MA)
Lynn Setthel Jekel, (SC)
Badge Humphries, (TX)
Aileen L. Sprague, (RI)
John A. Baden, IV, (SC)
R. Claire Kidd, (SC,NY,DC)
William E. Applegate, IV, (SC)
Justin B. Kaplan, (TN)
Adam Marchuk, (IL)

www.motleyrice.com

MT. PLEASANT
28 BRIDGESIDE BLVD.
P.O. Box 1792
MT. PLEASANT, SC 29465
843-216-9000
843-216-9450 FAX

BARNWELL
1750 JACKSON St.
P.O. Box 365
BARNWELL, SC 29812
803-259-8800
803-259-7048 FAX

PROVIDENCE
321 SOUTH MAIN ST.
P.O. Box 6067
PROVIDENCE, RI 02940
401-457-7700
401-457-7708 FAX

NEW ORLEANS
1555 POYDRAS ST.
SUITE 1700
NEW ORLEANS, LA 70112
504-636-3480
504-636-3499 FAX