THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL 1570 (RCC) |
| Relates to: | |
| Thomas Burnett, *et al.*, | 03 CV 5738 (RCC) |
| v. | 03 CV 9849 (RCC) |
| Al Baraka Investment & Development Corp., *et al.* | |

### NOTICE OF MOTION OF DEFENDANT
### SAMI OMAR AL-HUSSAYEN TO DISMISS COMPLAINT

PLEASE TAKE NOTICE THAT pursuant to Fed. R. Civ. P. 12, Defendant Sami Omar Al-Hussayen, through his attorneys, will move this Court, before the Honorable Richard Conway Casey, on such date as the Court directs, for an order dismissing the claims asserted against him in the above captioned proceeding. A Memorandum of Law in support of this Motion is contemporaneously filed.

DATED this 23rd day of July, 2004.

| | |
|---|---|
| Joshua L. Dratel | |
| Marshall A. Mintz | David Z. Nevin (DN2615) |
| JOSHUA L. DRATEL, P.C. | Scott McKay (SM3530) |
| 14 Wall Street, 28th Floor | Dean Arnold (DA6178) |
| New York, NY 10005 | NEVIN, BENJAMIN & MCKAY LLP |
| Telephone: 212-732-0707 | 303 West Bannock |
| Facsimile: 212-571-6341 | P.O. Box 2772 |
| | Boise, ID 83701 |
| | Telephone:  208-343-1000 |
| | Facsimile: 208-345-8274 |

*Attorneys for Defendant Sami Omar Al-Hussayen*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 23RD day of July, 2004, I caused copies of the **Notice of Motion of Defendant Sami Omar Al-Hussayen to Dismiss Complaint and Memorandum of Law in Support of Motion to Dismiss of Sami Omar Al-Hussayen** to be served electronically pursuant to the Court's ECF system.

_____

Joshua L. Dratel