US COURTS

2004 JUL -1 PM 2:25

RECD____FILED____
CAMERON S. BURKE
CLERK, IDAHO

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

UNITED STATES OF AMERICA,           )   Cr. No. 03-048-C-EJL
                                    )
                 Plaintiff,         )
                                    )
vs.                                 )   ORDER GRANTING UNITED
                                    )   STATES' MOTION TO DISMISS
SAMI OMAR AL-HUSSAYEN,              )
                                    )
                 Defendant.         )
                                    )
                                    )
                                    )

Based upon the United States' Motion to Dismiss Counts Six through Fourteen of the Second Superseding Indictment, and good cause appearing, now therefore,

IT IS HEREBY ORDERED THAT the Counts Six through Fourteen of the Second Superseding Indictment are DISMISSED.

IT IS SO ORDERED this 1st day of July, 2004.

EDWARD J. LODGE
UNITED STATES DISTRICT JUDGE

684

ja

United States District Court
for the
District of Idaho
July 1, 2004

* * CLERK'S CERTIFICATE OF MAILING * *

Re: 3:03-cr-00048

I certify that I caused a copy of the attached document to be mailed or faxed to the following named persons:

    Kim R Lindquist, Esq.    1-208-334-1413
    US ATTORNEY'S OFFICE
    Box 32
    Boise, ID  83707

    David Z Nevin, Esq.    1-208-345-8274
    NEVIN BENJAMIN & MCKAY
    PO Box 2772
    Boise, ID  83701

    Scott McKay, Esq.    1-208-345-8274
    NEVIN BENJAMIN & MCKAY
    PO Box 2772
    Boise, ID  83701

    Charles F Peterson, Esq.    1-208-336-2059
    PETERSON LAW OFFICE
    913 W River St #420
    Boise, ID  83702

    Joshua L Dratel, Esq.
    14 Wall St, 28th Floor
    New York, NY  10005

    U.S. Marshal
    HAND DELIVERED

    Probation
    HAND DELIVERED

    \_\_\_\_ Chief Judge B. Lynn Winmill
    ✓ Judge Edward J. Lodge
    \_\_\_\_ Chief Magistrate Judge Larry M. Boyle
    \_\_\_\_ Magistrate Judge Mikel H. Williams

    Visiting Judges:
    \_\_\_\_ Judge David O. Carter
    \_\_\_\_ Judge John C. Coughenour
    \_\_\_\_ Judge Thomas S. Zilly

Cameron S. Burke, Clerk

Date: __7-1-04__    BY: _____
                          (Deputy Clerk)