**Exhibit 2**

Reply Brief in Support of Salman Al-Oadah's
Motion to Dismiss the Third Amended Complaint

03 MDL No. 1570 (RCC) / C.A. No. 03-CV-9849 (RCC)

# Alan Kabat

| | |
|---|---|
| From: | <dcd_ElectronicFiling@dcd.uscourts.gov> |
| Sent: | Tuesday, March 25, 2003 2:00 PM |
| Subject: | Activity in Case 1:02-cv-01616-JR BURNETT et al v. AL BARAKA INVESTMENT AND DEVELOPMENT CORPORATION e "Order" |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

## U.S. District Court

## District of Columbia

Notice of Electronic Filing

The following transaction was received from MT, entered on 3/25/2003 at 2:00 PM EDT and filed on 3/25/2003

**Case Name:** BURNETT et al v. AL BARAKA INVESTMENT AND DEVELOPMENT CORPORATION e
**Case Number:** 1:02-cv-1616
**Filer:**
**Document Number:**

**Docket Text:**
MINUTE ENTRY: Court grants plaintiffs' motion for extension of time to June 30, 2003 for service of process and grants leave to provide service by publication. [95]. Signed by Judge James Robertson on March 25, 2003. (MT)

The following document(s) are associated with this transaction:

**1:02-cv-1616 Notice will be electronically mailed to:**

Lynne A. Bernabei    lbernabei@aol.com

Christopher R. Cooper    casey.cooper@bakerbotts.com, casey.cooper@bakerbotts.com

Christopher M. Curran    ccurran@whitecase.com,

Nicole Erb    nerb@whitecase.com,

Michael J. Guzman    mguzman@khhte.com,

Michael Hadeed    mhadeed@beckerhadeed.com, sali@beckerhadeed.com

Maher H. Hanania    mhanania@hknlaw.com

Harry Huge    harryhuge@comcast.net,
jflowers@nessmotley.com;rmotley@nessmotley.com;melsner@nessmotley.com;lboone@nessmotley.co

3/25/03

William H. Jeffress !    william.jeffress@bakerbotts.com

Alan Robert Kabat    Kabat@bernabeiandkatz.com

Michael K. Kellogg    mkellogg@khhte.com,

Frank Panopoulos    fpanopoulos@whitecase.com,

Matthew Henry Simmons    msimmons@gordonsimmons.com

Roger C. Simmons    pasaad@gordonsimmons.com

**1:02-cv-1616 Notice will not be electronically mailed to:**

Mark C. Hansen
KELLOGG, HUBER, HANSEN, TODD & EVANS, P.L.L.C.
1615 M Street, N.W.
Sumner Square, Suite 400
Washington, DC 20036-3209

Nancy Luque
REED SMITH
1301 K Street,NW
Suite 1100
Washington, DC 20005

Edward D. Robertson
BARTIMUS, FRICKLETON, ROBERTSON & OBETZ
200 Madison Street
Suite 1000
Jefferson City, MO 65101

Mary Doerhoff Winter
BARTIMUS, FRICKLETON, ROBERTSON & OBETZ
200 Madison Street
Suite 1000
Jefferson City, MO 65101