**Exhibit 4**

Reply Brief in Support of Salman Al-Oadah's
Motion to Dismiss the Third Amended Complaint

03 MDL No. 1570 (RCC) / C.A. No. 03-CV-9849 (RCC)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THOMAS E. BURNETT, SR., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No.: No. 1:02CV01616(JR) |
| | ) | |
| AL BARAKA INVESTMENT AND DEVELOPMENT CORPORATION, *et al.*, | ) | |
| | ) | |
| Defendants | ) | |

**PLAINTIFFS' SECOND ADDITION AND REMOVAL OF DEFENDANTS PURSUANT TO CASE MANAGEMENT ORDER NO. 1. AND FEDERAL RULE OF CIVIL PROCEDURE 15(d)**

Pursuant to Case Management Order No. 1 and Federal Rules of Civil Procedure 15(d) and 41(a)(1), the Defendant listed on Attachment A is hereby dismissed without prejudice from this civil action.

Pursuant to Case Management Order No. 1 and Federal Rule of Civil Procedure 15(d), the Defendants listed on Attachment B are hereby added as Defendants in this civil action.

Dated: May 2, 2003                           Respectfully submitted,

/S/ Harry Huge
HARRY HUGE
Market Street North
401 Ninth Street, N.W., Suite 450
Washington, DC 20004
Phone:   (202) 824-6045
Fax:       (202) 824-6010

# Attachment A
## Withdrawn Defendants

- **DAR AL MAAL AL ISLAM** (D6)

# Attachment B
### Additional Defendants

- **MOHAMMED ALI HASAN AL MOAYAD** (D199)

- **AL FAROOQ MOSQUE** (D200)

- **YOUSEF JAMEEL** (D201)

- **IBRAHIM MUHAMMAD AFANDI** (D202)

- **MOHAMMED BIN ABDULLAH AL-JOMAITH** (D203)

- **ABDULRAHMAN HASSAN SHARBATLY** (D204)

- **SALAHUDDIN ABDULJAWAD** (D205)

- **AHMED ZAKI YAMANI** (D206)

- **AHMAD AL HARBI** (D207)

- **MOHAMMED AL-ISSAI** (D208)

- **HAMAD HUSSAINI** (D209)

- **ABU RIDA AL SURI,** a/k/a MOHAMED LOAY BAYAZID (D210)

- **SAUDI RED CRESCENT** (D211)

- **AHMED BRAHIM** (D212)

- **ABU MUSAB AL-ZARQAWI** (D213)

- **AYMAN AL-ZAWAHIR** (D214)

- **ABU IBRAHIM AL-MASRI** (D215)

- **SADDAM HUSSEIN** (D216)

- **DAR AL MAAL AL ISLAMI TRUST** (D217)

- **DMI ADMINISTRATIVE SERVICES S.A.** (D218)

- **ISLAMIC ASSEMBLY OF NORTH AMERICA** (D219)

- **SALMAN AL-OUDA** (D220)

- **SAFAR AL-HAWALI** (D221)

- **SALEH AL-HUSSAYEN** (D222)

- **SAMI OMAR AL-HUSSAYEN** (D223)

- **MUHAMMAD J. FAKIHI** (D224)

- **YOUSSEF M. NADA & CO. GESELLSCHAFT M.B.H.** (D225)

## Alan Kabat

| | |
|---|---|
| **From:** | <dcd_ElectronicFiling@dcd.uscourts.gov> |
| **Sent:** | Friday, May 02, 2003 5:18 PM |
| **Subject:** | Activity in Case 1:02-cv-01616-JR BURNETT et al v. AL BARAKA INVESTMENT AND DEVELOPMENT CORPORATION e "Notice (Other)" |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### District of Columbia

Notice of Electronic Filing

The following transaction was received from Huge, Harry entered on 5/2/2003 at 5:18 PM and filed on 5/2/2003

| | |
|---|---|
| **Case Name:** | BURNETT et al v. AL BARAKA INVESTMENT AND DEVELOPMENT CORPORATION e |
| **Case Number:** | 1:02-cv-1616 |
| **Filer:** | ALL PLAINTIFFS |
| **Document Number:** | 139 |

**Docket Text:**
NOTICE by ALL PLAINTIFFS *Plaintiffs' Second Addition and Removal of Defendants Pursuant to Case Management Order No. 1 and Federal Rule of Civil Procedure 15(d)* (Attachments: # (1) Attachment A# (2) Attachment B)(Huge, Harry)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**P:\FACT1\All\911 Litigation\Burnett v Al Baraka\Pleadings\Plaintiff\Motions\COMPLAINT\Plaintiffs Addition and Removal of Defendants (5_2_03).pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=5/2/2003] [FileNumber=112285-0] [
2b9cfa8abe0e9d3edba2d13491807b9dea51502d902b528e11c304bfe749bd63c05bbb
45adf4f0c30ca5c83b85c43f71fff3dc71bc31bb9a6d635fba39d5b933]]
**Document description:** Attachment A
**Original filename:**P:\FACT1\All\911 Litigation\Burnett v Al Baraka\Pleadings\Plaintiff\Motions\COMPLAINT\Plaintiffs Addition_Removal of Names (Attachment A) (5_2_03).pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=5/2/2003] [FileNumber=112285-1] [
8d168fea3cbe7c8314a9f9989d34b0c823e4ba3e6d4200f7855273485de1020cde94ae
ae02e17ca6a4a2e1f9d0bab0d1761881b82b2021c8b4991b5d51975293]]
**Document description:** Attachment B
**Original filename:**P:\FACT1\All\911 Litigation\Burnett v Al Baraka\Pleadings\Plaintiff\Motions\COMPLAINT\Plaintiffs Addition_Removal of Names (Attachment

5/2/03

B) (5_2_03).pdf

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=5/2/2003] [FileNumber=112285-2] [ 80b7bfc7e4dd0b6ab8b2cf8960efad547c7e311ce671b1afd1ccd099681a269e891498 ab2443fca4b15f749e9be2a0337d66edd7a494f808976f14801fe86c03]]

**1:02-cv-1616 Notice will be electronically mailed to:**

Lynne A. Bernabei     lbernabei@aol.com

Christopher R. Cooper     casey.cooper@bakerbotts.com, casey.cooper@bakerbotts.com

Christopher M. Curran     ccurran@whitecase.com,

Nicole Erb     nerb@whitecase.com,

Michael J. Guzman     mguzman@khhte.com,

Michael Hadeed     mhadeed@beckerhadeed.com, sali@beckerhadeed.com;anubani@beckerhadeed.com


Maher H. Hanania     mhanania@hknlaw.com, knawash@hknlaw.com

Harry Huge     harryhuge@comcast.net,
jflowers@nessmotley.com;rmotley@nessmotley.com;melsner@nessmotley.com;lboone@nessmotley.co
orldnet.att.net

William H. Jeffress     william.jeffress@bakerbotts.com

Alan Robert Kabat     Kabat@bernabeiandkatz.com

Michael K. Kellogg     mkellogg@khhte.com,

Matthew H. Kirtland     mkirtland@fulbright.com,

Nancy Luque     nluque@elink-mail.net,

Frank Panopoulos     fpanopoulos@whitecase.com,

James F. Peterson     judicialwatchinc@hotmail.com,

John David Shakow     jshakow@kslaw.com,

Matthew Henry Simmons     MHSimmons@hotmail.com!

Roger C. Simmons     pasaad@gordonsimmons.com

**1:02-cv-1616 Notice will not be electronically mailed to:**

Jonathan L. Greenblatt
SHEARMAN & STERLING

801 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004-2604

Mark C. Hansen
KELLOGG HUBER HANSEN TODD & EVANS, PLLC
1615 M Street, NW
Suite 400
Washington, DC 20036

Edward D. Robertson
BARTIMUS, FRICKLETON, ROBERTSON & OBETZ
200 Madison Street
Suite 1000
Jefferson City, MO 65101

Mary Doerhoff Winter
BARTIMUS, FRICKLETON, ROBERTSON & OBETZ
200 Madison Street
Suite 1000
Jefferson City, MO 65101

5/2/03