**Exhibit 6**

Reply Brief in Support of Hamad Al-Husaini's
Motion to Dismiss the Third Amended Complaint

03 MDL No. 1570 (RCC) / C.A. No. 03-CV-9849 (RCC)

STACKS
J80
. A283
2

PUBLIC PAPERS OF THE PRESIDENTS
OF THE
UNITED STATES

# Ronald Reagan



# 1987

(IN TWO BOOKS)

## BOOK II—JULY 4 TO DECEMBER 31, 1987

---

UNITED STATES GOVERNMENT PRINTING OFFICE
WASHINGTON : 1989

## Nomination of Anthony M. Kennedy To Be an Associate Justice of the Supreme Court of the United States
*November 11, 1987*

President Reagan announced today that he would nominate Judge Anthony M. Kennedy to be an Associate Justice of the United States Supreme Court. The President believes that Judge Kennedy's distinguished legal career, which includes over a decade of service as a Federal appellate judge, makes him eminently qualified to sit on our nation's highest court.

Judge Kennedy, who is 51 years old, was born in Sacramento, CA. He received his undergraduate degree at Stanford University in 1958, attending the London School of Economics during his senior year. He received his law degree from Harvard University in 1961. He has also served in the California Army National Guard.

From 1961 to 1963, Judge Kennedy was an associate at the firm of Thelen, Marrin, Johnson & Bridges in San Francisco, CA. He then returned to Sacramento to pursue a general litigation, legislative, and business practice, first as sole practitioner and then, from 1967 to 1975, as a partner with the firm of Evans, Jackson & Kennedy. Since 1965 he has taught constitutional law parttime at the McGeorge School of Law at the University of the Pacific.

In 1975 President Ford appointed Judge Kennedy to sit on the United States Court of Appeals for the Ninth Circuit, where he now ranks among the most senior active judges on the bench. Judge Kennedy has participated in over 1,400 decisions and authored over 400 opinions, earning a reputation for fairness, openmindedness, and scholarship. He has been an active participant in matters of judicial administration. Judge Kennedy has earned the respect of colleagues of all political persuasions.

Judge Kennedy and his wife Mary reside in his hometown of Sacramento. They have three children, Justin, Gregory, and Kristin.

Judge Kennedy represents the best traditions of America's judiciary. The President urges the Senate to accept this nomination in the spirit in which it is being made, and fill the vacancy that continues to handicap the vital work of the Supreme Court.

## Remarks Following a Meeting With Afghan Resistance Leaders and Members of Congress
*November 12, 1987*

Well, we've just held a very useful and, I might say, brief but also, I'll add, a very moving discussion with Chairman Yunis Khalis of the Islamic Union of Mujahidin of Afghanistan and other members of his distinguished delegation. I expressed our nation's continued strong support for the resistance and our satisfaction with the large step the Afghan resistance took toward unity in choosing a chairman for the first time. This new political milestone demonstrates that the people of Afghanistan speak with one voice in their opposition to the Soviet invasion and occupation of their homeland.

This increasing unity has already made itself felt on the battlefield. During the past 18 months, the Mujahidin fighting inside the country have improved their weapons, tactics, and coordination. The result has been a string of serious defeats for the Soviet elite units as well as many divisions from the Kabul army.

Chairman Khalis and his delegation are visiting Washington, following the November 10th U.N. General Assembly vote, which with a record vote, once again, called overwhelmingly for the withdrawal of all foreign troops from Afghanistan. This is the

eighth time since the December 1979 invasion that the General Assembly has decisively called upon the Soviet Union to pull its forces out of Afghanistan. And let there be no mistake about it: The withdrawal of Soviet forces is the key to resolving the Afghan crisis. Other issues that have been raised to divert attention from this fact only extend the combat and prolong the suffering of the Afghan people.

General Secretary Gorbachev has publicly stated a Soviet readiness to withdraw. Both in April and September of 1987, I asked the Soviet Union to set a date this year when that withdrawal would begin. I also stated that when the Soviet Union showed convincingly that it was ready for a genuine political settlement the United States would be helpful. After all, the Soviet presence in Afghanistan is a major impediment to improved U.S.-Soviet relations, and we would like to remove it. The Soviets should want to do so, as well.

Unfortunately, the Soviet answer on a date for rapid withdrawal has been silence. Instead we've seen the Kabul regime announce a phantom cease-fire and propose a transitional government, one that would leave this discredited and doomed group in control. These gambits have been rejected by the only voice that really counts: that of the Afghan people, speaking through their resistance representatives. Any proposal unacceptable to the resistance is destined to fail.

And as the resistance continues the fight, we and other responsible governments will stand by it. The support that the United States has been providing the resistance will be strengthened, rather than diminished, so that it can continue to fight effectively for freedom. The just struggle against foreign tyranny can count upon worldwide support, both political and material.

The goal of the United States remains a genuinely independent Afghanistan, free from external interference, an Afghanistan whose people choose the type of government they wish, an Afghanistan to which the four million refugees from Soviet aggression may return in safety and, yes, in honor.

On behalf of the American people, I salute Chairman Khalis, his delegation, and the people of Afghanistan themselves. You are a nation of heroes. God bless you.

*Note: The President spoke at 10:16 a.m. in the Roosevelt Room at the White House.*

## Proclamation 5741—National Arts Week, 1987
*November 12, 1987*

*By the President of the United States of America*

*A Proclamation*

The arts lie at the heart of our Nation and of the heritage we cherish. The freedom we enjoy allows our arts to breathe the spirit of liberty and to ennoble, inspire, and nourish us. During National Arts Week, when we celebrate the arts and thank the artists, patrons, and audiences who give them life, we salute a precious dimension of America.

From our early days as a Nation, countless public-minded citizens have considered support of culture and the arts their joy and their responsibility. Their efforts have brought about an American partnership among individuals, corporations, foundations, and taxpayers that sustains the arts and makes them accessible throughout our land.

Across America the arts are flourishing. Everywhere, individual artists are at work, and symphony orchestras, museums, theaters, dance and opera companies, and folk arts groups are busy in cities and towns alike. As we express our gratitude to these Americans we also renew our commitment to the partnership that supports them and brings their work, and that of the rest of the world, to American audiences—and we reaffirm our devotion to the life of the

STACKS
J80
.R283
1

PUBLIC PAPERS OF THE PRESIDENTS
OF THE
UNITED STATES

# Ronald Reagan



# 1988

(IN TWO BOOKS)

## BOOK I—JANUARY 1 TO JULY 1, 1988

UNITED STATES GOVERNMENT PRINTING OFFICE
WASHINGTON : 1990

sues. In Gaucher's disease, a specific lipid builds up in body tissues, causing enlargement of the spleen and liver, bone pain, and fractures. In severe cases, serious neurological disorders may occur.

NINCDS scientists and other investigators supported by both public and private funds have narrowed the search for effective management and treatment of this disease. It is now possible to identify carriers of Gaucher's disease. The gene responsible for producing the needed enzyme has been cloned and its structure in normal individuals and Gaucher's disease patients is being studied. Scientists are continuing to refine techniques for replacing the missing enzyme as a useful form of therapy. They are also examining methods that may eventually allow them to replace the defective gene and provide a permanent cure.

Gaucher's patients are further encouraged and sustained by the work of dedicated voluntary health agencies such as the National Gaucher Foundation. These groups provide information and services to patients and their families and work closely with the NINCDS to promote research. When Gaucher's disease is finally conquered, it will be thanks to the cooperative efforts of both private and Federal agencies.

To enhance public awareness of Gaucher's disease, the Congress, by Public Law 100–254, has designated the week beginning October 16, 1988, as "Gaucher's Disease Awareness Week" and authorized and requested the President to issue a proclamation in observance of that week.

*Now, Therefore, I, Ronald Reagan,* President of the United States of America, do hereby proclaim the week beginning October 16, 1988, as Gaucher's Disease Awareness Week, and I call upon the people of the United States to observe that week with appropriate ceremonies and activities.

*In Witness Whereof,* I have hereunto set my hand this thirteenth day of April, in the year of our Lord nineteen hundred and eighty-eight, and of the Independence of the United States of America the two hundred and twelfth.

RONALD REAGAN

[*Filed with the Office of the Federal Register, 12:09 p.m., April 14, 1988*]

## Remarks at the Annual Convention of the American Society of Newspaper Editors
*April 13, 1988*

*The President.* Thank you all, and let me say a special thank you to your chairman, David Lawrence, and your president, the distinguished editor of one of America's great newspapers, Katherine Fanning. For just a minute there, I thought I was still at the Gridiron. [*Laughter*]

When he stood before this group almost 27 years ago, President Kennedy said that, "The President of a great democracy such as ours and the editors of great newspapers such as yours owe a common obligation to the people to present the facts with candor and in perspective." Well, I certainly agree. Whether one is working in the Oval Office or in the newsrooms of America, whether one is putting together the Nation's policies or the next day's edition, the purpose is the same: the continuing purpose of defending America's liberties and passing them on to the next generation. And truth be told, in the greater scheme of things, you are—I hesitate to say this—more essential to that common pursuit than I am. And that's why freedom of the press is, and must always be, above politics—something all jurists and all legislators and all Presidents agree on. As Jefferson said—and he was right: "When the press is free and every man able to read, all is safe."

Now, not all Presidents have been that generous. I've told this story before, and if you've heard it, I hope you'll just bear with me. That's the nice thing about this job; you get to quote yourself shamelessly—and if

449

than a century ago: "It is a newspaper's duty to print the news and raise hell." Now, do that half as well with the Soviet leaders as you do with me—[*laughter*]—and you can make *glasnost* mean something. [*Laughter*]

Let me suggest some first steps you might join me in, in encouraging the Soviet leaders to take. Mr. Gorbachev and I addressed each other's people on television. This was helpful. But now we should move even further and see the Soviet Union open more fully to Western media. Western newspapers and journals, for example, should be freely available to Soviet citizens—books, too. And here, let me repeat a challenge I made recently. Mr. Gorbachev, open the Soviet Union to the works of a great man and historic author. Open the Soviet Union to the works of Solzhenitsyn.

The struggle between the pen and the sword is worldwide, and despite the moral force of freedom and the disadvantages of totalitarianism, the final outcome is by no means certain. And wherever the battle is joined, you, willingly or unwillingly, are in the field. During the period leading up to the cease-fire negotiations in Nicaragua, the Sandinistas acknowledged that they were going forward with internal reforms because they wanted the aid vote in Congress to go their way. They were playing to you in the press and through you to the country and Congress.

I don't often quote from Washington Post editorials. [*Laughter*] I won't say the Post is aggressive, but the first thing I hear each morning is the paper hitting the front door of the White House. Ben Bradlee has it delivered by cruise missile. [*Laughter*] Yet after the Nicaraguan cease-fire agreement, the Post observed that "The cease-fire accord has the superficial appearance of an agreement between equals. But with the war, the Sandinistas were hurting badly, while with the aid cutoff, the *contras* were collapsing." And the Post continued, "It has been argued by the anti-*contra* left that the Sandinistas could not reasonably be expected to democratize while facing a mortal threat. It follows that, being no longer under the gun, they can reasonably be expected to honor their pledges to democratize." And the editors concluded, "Those

Americans who have repeatedly urged others to 'give peace a chance' now have an obligation to turn their attention and their passion to ensuring democracy a chance."

Well, the Post is not alone in this view. Costa Rican President Arias has said that "There can be no peace without democracy in Central America." Now the question is: Are we taking steps toward democracy in Nicaragua, or are the Sandinistas biding their time, waiting for the attention to wander, whereupon they will crush the disarmed opposition? I support democracy in Nicaragua. If the cease-fire brings democracy, I'm for it. If it does not, we will ask what will. To advance democracy has been my policy for 7 years. It hasn't changed.

Last week the opposition newspaper, La Prensa, had to stop publishing for several days because it was denied newsprint, in direct violation of the Central American peace agreement. La Prensa is no friend of the Sandinistas. This January, its editor and publisher said that "In 8 years we have gone from Somoza to a dictatorship that is even worse, with a Marxist-Leninist ideology." Well, perhaps this denial of newsprint was a one-time thing. Perhaps it won't happen again. We hope it's not a sign that the Sandinistas are starting, as we warned they might, to revert to oppression now that pressure from the democratic resistance is off.

What a contrast between what's happened in Nicaragua and the course of events, and American policy, in Afghanistan. The freedom fighters are on the verge of a great victory over tyranny and aggression. The United States will continue unchanged its support for the freedom fighters and their fierce struggle for what is rightfully theirs: the right to determine their own country's future.

If success comes in Afghanistan—and I am confident it will—it will remind us of an enduring truth: Peace and justice in these kinds of conflicts do not come just by wishing for them, but by helping those willing to fight for them. The brave people of Afghanistan will have succeeded because of their own heroism and also because they had substantial and consistent international support, not the here-today-gone-tomorrow

backing Congress has given the *contras*. No one has insisted that we strangle the Mujahidin in order to give peace a chance. Ask yourself: Where would the negotiations over Afghanistan be today if we had taken that line? On the contrary, the Senate in a unanimous vote urged the opposite—that we maintain our support for the Mujahidin. And they were right.

The question of democracy in Central America will not die and will not fade away. We will be judged on how we address it not merely by voters and readers but by our grandchildren and great-grandchildren. Yes, we are engaged in a great struggle to determine if this hemisphere will be free, whether millions will be ruled by the sword or will rule themselves with the pen. And more than in the Halls of Congress, more than in the Oval Office, more than in the jungles or at the bargaining tables of Latin America, this struggle will be won or lost in your newsrooms and editorial offices. If you do not forget the cause of democracy, neither will the American people. So, this is my message and appeal to you today: Remember that not only are you the guardians of the American people's right to know, you are in a larger sense guardian of the hopes of people all over the world. They look to you to tell their story.

Now, before I finish, let me turn to another matter of great concern. In the last few weeks, we've seen cover stories, television specials, and front page articles on the war against drugs. One frequent refrain has been, as the New York Times this Sunday wrote: "No administration has signed—or spent more money to stem the flow of drugs into this country. But we are losing ground." Well, let me offer a slightly different view. Yes, we've done more than ever before, and right now we're holding our own. We've stopped America's free-fall into the drug pit. We're getting our footing to climb out. We're paying now for the indifference of the seventies.

But to just take two of many signs of progress—the number of drug users has leveled off and may be dropping, and almost all high school seniors now say it's wrong even to try cocaine—these are big changes from just a few years ago. We've gone after smugglers and dealers as never before. The

big international arrests of the last few weeks are just one result of this. And we've enlisted the military. And let me say, if you want to see effective leadership, take a look at Vice President Bush's role in this. While others talked about leading the military into the fray against drugs, the Vice President has led. And the result: Last year the Navy steamed some 2,600 ship days, while military planes flew more than 16,000 hours in the fight against illicit drugs. But in the end, this effort will be won not on foreign battlefields but on the homefront. When all of us insist that drug abuse is not only not for us but intolerable in family, friends, neighbors, acquaintances—anywhere by anybody—then we'll win. We're not there yet, but we're on our way.

Thank you. God bless you.

*Ms. Fanning.* President Reagan has agreed to take questions. I want to remind you that questions should be asked only by ASNE members. Would you please come to a microphone, state your name and the name of your paper, and I'll recognize you from here. I think I'll take the prerogative of asking the first question, if I may, Mr. President.

### Larry M. Speakes

You spoke eloquently of the free flow of information, and yet, as you referred in jest, your former press spokesman, Larry Speakes, has confessed that he manufactured quotes for you. Would you tell us, please, did you approve of that process, and will you continue to allow that to happen in your White House?

*The President.* I was not aware of that and just learned it recently, as all the rest of you did, in the words in his book. And I can tell you right now that I have no affection for these kiss-and-tell books that are being written, and I find them entirely fiction.

### President's Agenda

*Q.* Jimmy Denley, Birmingham Post Herald, in Alabama. Mr. President, as you near the end of two terms in the White House, what is the one thing you want the public to remember you most for as President, and do you expect to take any specific action in the next few months to enhance

Ms. Ryan entered the Foreign Service of the United States in 1966 and was first assigned as a consular and administrative officer in Naples, Italy, 1966–1969. She was assigned as personnel officer at the American Embassy in Tegucigalpa, Honduras, 1970–1971, and subsequently served as a consular officer at the American consulate general in Monterrey, Mexico. In 1973 she returned to Washington and was assigned as administrative officer in the Bureau of African Affairs from 1973 to 1975, and as a post management officer in the Bureau of African Affairs, 1975–1977. From 1977 to 1980, she was a career development officer in the Bureau of Personnel. In 1980 Ms. Ryan received French language training, followed by assignments as administrative counselor in Abidjan, Cote d'Ivoire, 1980–1981, and Khartoum, Sudan, 1981–1982. From 1982 to 1983, she served as an inspector in the Office of the Inspector General in the Department of State, and Executive Director of the Bureau of European and Canadian Affairs, 1983–1985. Since 1985 Ms. Ryan has been the Executive Assistant to the Under Secretary of State for Management.

Ms. Ryan graduated from St. John's University (B.A., 1963; M.A., 1965). She was born October 1, 1940, in New York, NY, and currently resides in Washington, DC.

## Remarks to the World Affairs Council of Western Massachusetts in Springfield
*April 21, 1988*

Mark Cohen and Sue Root, reverend clergy, Mr. Mayor, members of the Council here—the World Affairs Council—it's great to be here in Springfield, to get out of Washington, and to find out what people are really thinking. Nobody writes me anymore since they raised the postal rates. [*Laughter*] Actually, though, coming here today violates one of Washington's most important rules: Nobody in government likes to appear in public this soon after April 15th. [*Laughter*] But I do know all about Springfield—the fact basketball was invented here and that tremendous Hall of Fame you have. In fact, Tip O'Neill always tried to get me to come to Springfield. [*Laughter*] "Believe me, Mr. President," he used to say, "you'll love Springfield. They have a Hall of Fame there for people who only work a few hours a day." [*Laughter*]

But I'm delighted to be here with you, and especially in the State where America's own struggle for freedom began. "I'm well aware," John Adams wrote in 1776, "of the toil and blood and treasure that it will cost us to support and defend these States. Yet through all the gloom, I can see the rays of ravishing light and glory." Historians have wondered ever since what it was that made men like Adams and that outnumbered band of colonists believe they could overthrow the power of the mightiest empire on Earth. How appropriate it seemed, 5 years later, when the British band played at Yorktown, "The World Turned Upside Down." Truly, the predictions of the wiser heads in Europe had been proven wrong. The boldness, the vision, and yes, the gift for dreaming of a few farmers, merchants, and lawyers here on these shores had started a revolution that today reaches into every corner of the world, a revolution that still fires men's souls with the ravishing light and glory of human freedom.

As members of the World Affairs Council, as active students of global politics, all of you here today can testify to how unlikely the prospects for freedom seemed at the start of this decade. You can recall democracy on the defensive in country after country, an unparalleled buildup of nuclear arms, hostages in Iran, the Soviet invasion of Afghanistan, predictions of economic contraction, and global chaos, ranging from food and fuel shortages to environmental disaster. All of these were the unrelenting themes of so much of what we read and heard in the media.

a full agenda that put the real differences between us on the table—has borne fruit. Just as we look at leading indicators to see how the economy is doing, we know the global momentum of freedom is the best leading indicator of how the United States is doing in the world. When we see a freely elected government in the Republic of Korea; battlefield victories for the Angolan freedom fighters; China opening and liberalizing its economy; democracy ascending in Latin America, the Philippines, and on every other continent—where these and other indicators are strong, so too is America and so too are our hopes for the future.

And yet even while freedom is on the march, Soviet-American relations have taken a dramatic turn into a period of realistic engagement. In a month I will meet Mr. Gorbachev in Moscow for our fourth summit since 1985. Negotiations are underway between our two governments on an unparalleled number of issues. The INF treaty is reality, and now the Senate should give its consent to ratification. The START treaty is working along. And I know that on everyone's mind today is this single, startling fact: The Soviets have pledged that next month they will begin withdrawing from Afghanistan. And if anyone had predicted just a few years ago that by the end of this decade a treaty would be signed eliminating a whole class of nuclear weapons, that discussions would be moving along toward a 50-percent reduction in all strategic nuclear arms, and that the Soviets had set a date certain for pulling out of Afghanistan, that individual would have faced more than a little skepticism. But that, on the eve of the fourth summit, is exactly where we are.

So, let me now summarize for you some of the issues that need crucial definition as we approach this summit. Let's begin with Afghanistan. History records few struggles so heroic as that of the Afghan people against the Soviet invasion. In 8 years more than a million Afghans have been killed; more than 5 million have been driven into exile. And yet, despite all this suffering, the Afghan people have fought on—a determined patriotic resistance force against one of the world's most powerful and sophisticated armies. Yes, their land has been occu-

pied, but they have not been conquered. Now the Soviets have said they've had enough. The will for freedom has defeated the will for power, as it always has, and I believe, always will.

But let me say here that the next few months will be no time for complacency, no time to sit back and congratulate ourselves. The Soviets have rarely before, and not at all in more than three decades, left a country once occupied. They have often promised to leave, but rarely in their history, and then only under pressure from the West, have they actually done it. Afghanistan was a critical, strategic prize for the Soviets. The development of air bases near Afghanistan's border with Iran and Pakistan would have dramatically increased the Soviet capability to project their power to the Strait of Hormuz and to threaten our ability to keep open that critical passage. We believe that they still hope to prop up their discredited, doomed puppet regime, and they still seek to pose a threat to neighboring Pakistan, to whom we have a longstanding defense commitment.

So, we ask have the Soviets really given up these ambitions? Well, we don't know. We can't know until the drama is fully played. We must make clear that any spreading of violence on the part of the Soviets or their puppets could undo the good that the Geneva accords promised for East-West relations.

The Soviets are now pledged to withdraw their forces totally from Afghanistan by next February 15th at the latest. In the meantime, they know that as long as they're aiding their friends in Kabul we will continue to supply the Mujahidin by whatever means necessary. Let me repeat: We will continue to support the Mujahidin for as long as the Soviets support the Kabul regime. The Soviets understand that this is our position and that we wouldn't have entered into this agreement without it. And it's more than a position. This is a hard and fast commitment on my part, backed up by a unanimous resolution of the United States Senate.

From the start, our policy in Afghanistan has, of course, been directed at restoring that country to an independent, nonaligned

clude the issue of fisheries and plans for dealing with emergency pollution spills. So, yes, the Coast Guard's concerns are the Moscow agenda.

It's been a great honor to be here with all of you. And you can be sure that when I'm in Moscow I'll think of all of you here today. You represent the best of America and carry in your hearts the values that are the source of our liberty and our spiritual strength. This is reflected in the path of the service that you've chosen. We're a nation of free men and women, who use our God-given liberty to serve our country because we love her and all that she represents. It's our earnest prayer to serve America in peace. It is our solemn commitment to defend her in time of war.

I believe that America is standing before the brightest future the world has ever known, and that future is yours. And prop-

erly so, because you've chosen to wear the uniform of your country and risk all that you have and all that you are in her defense. I wish not only to congratulate you on your graduation, but as your Commander in Chief, I salute you! Thank you, and God bless you all.

*Note: The President spoke at 1:11 p.m. at Nitchem Field. In his opening remarks, he referred to Rear Adm. Richard Cueroni, Superintendent; James H. Burnley IV, Secretary of Transportation; Adm. Paul A. Yost, Commandant; and Senators Christopher J. Dodd and Lowell P. Weicker, Jr., of Connecticut. Prior to his remarks, the President visited the USCG "Vigorous" for briefings and demonstrations of procedures used for the interdiction of vessels. Following his remarks, the President returned to Washington, DC.*

## Interview With Foreign Television Journalists
### *May 19, 1988*

*Helsinki Accords*

*Q.* This is the Oval Office in the White House. First, Mr. President, let me thank you for this opportunity to give us an interview before the Moscow summit. And my name is Mikko Valtasaari. I'm from the YLE, Finland. And I'm here with Edward Stourton, ITN, Britain; Antonello Marescalchi, RAI, Italy; Kenichi Iida, NHK, Japan; Wolf von Lojewski, ARD, West Germany, and Jacques Abouchar, Antenne-2, France.

And, Mr. President, you are soon in Helsinki, and next Friday you will speak from the very same stage where the Helsinki document was signed in 1975. And at that time, President Gerald Ford was criticized by going there and signing on to something that was cause of détente, which only served the Soviet interest, as it was said. How do you evaluate the document now?

*The President.* Well, I value it very much because it specified the agreement of a number of governments to recognize those basic rules of freedom for people. And since our country, this country here, is the first

one that ever declared that government is the servant of the people, not the other way around, we heartily endorsed it.

Right now our concern, as I'm sure the concern of a great many other people is that there has not been a complete keeping of those pledges in that agreement by some of the participants—by the Soviet Union, particularly—in recognizing the fundamental rights of people to leave a country, return to a country, worship as they will, and so forth.

*Q.* Do you think that the Soviet Union has moved that way?

*The President.* That what?

*Q.* ——has moved that direction after this document——

*The President.* I am, I think, reasonably optimistic in view of the summit meetings that we've had, and the meeting we're going to have, that we have made progress with the Soviet Union on a number of those things under the present leader.

610

under the international rules of freedom of the seas. And it is Iran that has been trying to close that off and shut down an international waterway, and we don't think that that should be allowed. And that's what we're intending to do, is to try and keep it open.

### Afghanistan

*Q.* Mr. President, you're going to certainly talk about Afghanistan while in Moscow. Is it United States policy now to support the rebels or give the Soviet Union a hand by trying to calm down the situation?

*The President.* We feel that as long as the Soviet Union has provided support and arms and so forth and advisers to the Afghan force of their puppet government, that even though they go, we must continue to support the Mujahidin so that the people of Afghanistan can now, without the absence of the Soviet Union—I mean without the presence of the Soviet Union, that they can bring about a government that is a government chosen by the people of Afghanistan. And we do not recognize that the government there in Kabul is anything but a puppet government established by the Soviet Union. And so, yes, as long as weapons are being supplied to that other side, we're going to do whatever is necessary to support the Mujahidin.

### General Noriega of Panama

*Q.* Mr. President, the Vice President yesterday broke publicly with you over the negotiations with Panama's General Noriega. He said he wouldn't negotiate with a drug dealer. Isn't his stand rather more consistent with the administration's hard line on drugs than your own?

*The President.* Well, I think that I have not changed my mind about the hard line on drugs. But you have me now in a situation in which I can't comment on what has been going on because there has been no resolution as yet. And I've never believed that when, say, negotiations are going on that you go public and tell what's being debated and negotiated. So, I can't comment there.

I can see why the Vice President said what he said because the impression has been given, based not on information from us but based on rumors and news leaks and so forth, that we are in negotiation somehow over—or with a participant in the drug trade and all. And I think he was making himself plain that you don't negotiate with people of that kind with regard to their activity in drugs.

Our goal, what we're trying to achieve, is the restoration of democracy in Panama. Right now we have a situation where, not legally but just through custom and tradition and started by a previous general, that you have a military dictatorship, in effect, in which even if the people elect a President, the dictator, using force, maintains control. And our goal is a democratic Panama with a government chosen by the people.

### Strategic Defense Initiative

*Q.* When you speak about—I know you hate the word, the name, but they are Star Wars in Moscow—but at what stage are we? Could you elaborate a little bit about the Star Wars?

*The President.* On?

*Q.* The American——

*The President.* Well, yes, our SDI. Well, this started a number of years ago when I first came here and I met with the military of our own country and asked, is it possible, can you foresee that our science and technology is such that we could create a defensive weapon against nuclear missiles, ballistic missiles, that could literally make them obsolete because there would be so much doubt as to whether, if they were once employed, they could ever get through that defense? And a few days later, they came back and told me that, yes, they believed such a weapon could be designed. And I said, go to it! And so the Strategic Defense Initiative was adopted. It has made such great progress—some scientific breakthroughs—that the people involved believe that not only can we have such a system but that it will come much earlier than we had believed was possible. There have been a number of breakthroughs that have advanced the timing on this.

And then, once you have such a weapon, I believe that that is when we could then really move worldwide, even if it meant

5TH
FLOOR
J80
A283
2

PUBLIC PAPERS OF THE PRESIDENTS
OF THE
UNITED STATES

# Ronald Reagan



# 1988–89

(IN TWO BOOKS)

## BOOK II—JULY 2, 1988 TO JANUARY 19, 1989

UNITED STATES GOVERNMENT PRINTING OFFICE
WASHINGTON : 1991

ing bravery of the people of Leninakan and Spitak as they ready themselves for the task of going on. And, yes, they will go on, for the Armenian people are made of hardy stuff. As Hazel Barsamian, an American of Armenian descent, says, and I quote: "We have a history of this kind of tragedy. We are fighters. We are survivors. We stand together, and we will survive."

And at a time of such terrible calamity, something happens in the world, something worth thinking about at Christmastime. For a time, the real differences that divide us— and will continue to divide us—fall away. Closed borders open. Friends and enemies alike share the burden and hope to help. From Israel and war-torn Lebanon alike, supplies and aid have been sent to Soviet Armenia. And from the United States the response has been staggering: relief workers, tens of millions of dollars in private contributions, food, clothing, a cascade of good will and fellow feeling. Christmas is

the time of the Prince of Peace, and we are therefore reminded yet again that our differences are not with common people but with political systems.

In Armenia the birth of our Lord is not celebrated until January 6th. It is an Armenian tradition that priests travel to the homes of their flock and there make a special blessing with bread, water, and salt, representing life and substance. This season, more than ever, may the blessings of the priests over the bread and water and the salt provide the Armenian people with the strength to persevere and triumph.

Nancy joins me in wishing all of you a safe, sound, and, of course, a very Merry Christmas! Until next week, thanks for listening, and may God bless you.

*Note: The President recorded the address on December 22 in the Oval Office at the White House for broadcast at 12:06 p.m. on December 24.*

## Statement on the Ninth Anniversary of the Soviet Invasion of Afghanistan
### December 27, 1988

This has been an historic year for Afghanistan. For the Afghan people, years of determination in the face of great adversity have been rewarded by the promise of peace. On April 14 in Geneva, the Soviet Union formally agreed to withdraw all of its troops from Afghanistan by February 15, 1989. The agreement required that in the first stage the U.S.S.R. remove half of its forces from Afghanistan within 90 days—a task they met. I fully expect them to honor their obligation to withdraw completely by February 15.

Nine years ago today, the Soviet Union invaded Afghanistan in a brutal attempt to prop up an unpopular and authoritarian regime. Today we all know the outcome of this tragic mistake. Rather than achieving its aim, the Soviet action resulted only in destruction and continued suffering for the Afghan people. More than 1 million people are thought to have died or been injured,

while at least one-third of the population was forced to take refuge in neighboring Pakistan and Iran or to flee to the large cities of Afghanistan to escape the carnage in the countryside. Even today, as February 15 approaches, the Soviets continue offensive military operations in Afghanistan. The introduction of new weapons and the escalation in the use of Soviet warplanes in bombing raids against Afghanistan call into question the Soviet commitment to a peaceful solution.

At every turn, it is the determination of the Afghan people and the valiant freedom fighters, the Mujahidin, that stays the advance of tyranny in Afghanistan. We are proud to have supported their brave struggle to regain their freedom, and our support for this noble cause will continue as long as it is needed.

Self-determination, the right to freely choose one's own destiny, has been the cen-

tral point of the Afghan struggle. The Afghan people have clearly demonstrated that they will resist any effort by outsiders to impose a leadership on them. We have held that any decision about the government in a free Afghanistan will be—must be—the free choice of the Afghan people alone. With the end of foreign occupation, I am confident that the Afghan people will be able to take charge of their own affairs and get on with the formidable task of rebuilding their country.

This will be my last statement as President marking the occasion of the anniversary of the Soviet invasion of Afghanistan.

Nonetheless, the date will long be remembered not as yet another anniversary in a continuing occupation but, God willing, as a reminder that the Afghan people are determined to be free, regardless of the odds. The men and women of Afghanistan are an example to those anywhere in the world who would call themselves free. If liberty comes with a price, the Afghan people have more than paid it for themselves and for the future generations. In the name of the free people of the United States, I, again salute the resolute people of Afghanistan and wish them Godspeed on the tasks still before them.

## Proclamation 5928—Territorial Sea of the United States
*December 27, 1988*

*By the President of the United States of America*

*A Proclamation*

International law recognizes that coastal nations may exercise sovereignty and jurisdiction over their territorial seas.

The territorial sea of the United States is a maritime zone extending beyond the land territory and internal waters of the United States over which the United States exercises sovereignty and jurisdiction, a sovereignty and jurisdiction that extend to the airspace over the territorial sea, as well as to its bed and subsoil.

Extension of the territorial sea by the United States to the limits permitted by international law will advance the national security and other significant interests of the United States.

*Now, Therefore, I, Ronald Reagan,* by the authority vested in me as President by the Constitution of the United States of America, and in accordance with international law, do hereby proclaim the extension of the territorial sea of the United States of America, the Commonwealth of Puerto Rico, Guam, American Samoa, the United States Virgin Islands, the Commonwealth of the Northern Mariana Islands, and any other territory or possession over which the United States exercises sovereignty.

The territorial sea of the United States henceforth extends to 12 nautical miles from the baselines of the United States determined in accordance with international law.

In accordance with international law, as reflected in the applicable provisions of the 1982 United Nations Convention on the Law of the Sea, within the territorial sea of the United States, the ships of all countries enjoy the right of innocent passage and the ships and aircraft of all countries enjoy the right of transit passage through international straits.

Nothing in this Proclamation:

(a) extends or otherwise alters existing Federal or State law or any jurisdiction, rights, legal interests, or obligations derived therefrom; or

(b) impairs the determination, in accordance with international law, of any maritime boundary of the United States with a foreign jurisdiction.

*In Witness Whereof,* I have hereunto set my hand this twenty-seventh day of December, in the year of our Lord nineteen hundred and eighty-eight, and of the Independence of the United States of America the two hundred and thirteenth.

RONALD REAGAN

1657