**Exhibit 9**

Reply Brief in Support of Hamad Al-Husaini's
Motion to Dismiss the Third Amended Complaint

03 MDL No. 1570 (RCC) / C.A. No. 03-CV-9849 (RCC)



# US DEPARTMENT OF STATE
# DISPATCH
## BUREAU OF PUBLIC AFFAIRS

INT'L
REFERENCE
K
25
64
2:37

GEORGETOWN UNIVERSITY LAW LIBRARY

S 1.3/5:2/37
0864
OCT 28 1991
DS 93 A

| | |
|---|---|
| **Democracy's Season**  Secretary Baker | **679** |
| **International Covenant on Civil and Political Rights** | **680** |
| **New Opportunities in US-Soviet Relations**  Secretary Baker, President Gorbachev, President Yeltsin | **681** |
| **US-Soviet Joint Statement on Afghanistan** | **683** |
| **US Efforts To Promote Progress and Democracy in the Baltic States**  President Bush | **684** |
| **UN Security Council Resolutions on the Baltic States** | **684** |
| **US-Mexico Binational Commission Meeting**  Secretary Baker, Joint Statement | **685** |
| **The US and Senegal: Sharing A Common Commitment to Peace**  President Bush, President Diouf | **690** |
| **US Deplores Liberia-Sierra Leone Border Clashes** | **690** |
| **US-Senegal: A Special Relationship** | **691** |
| *Country Profile:* **Senegal** | **692** |
| *Fact Sheet:* **Protecting the Antarctic Environment** | **693** |
| *Fact Sheet:* **Economic Policy Coordination: The G-7 and the Dollar** | **694** |



September 16, 1991 • Volume 2, Number 37



Volume 2, Number 37     September 16, 1991

**James A. Baker, III**
Secretary of State

**Margaret DeB. Tutwiler**
Assistant Secretary for Public Affairs

**Anthony A. Das**
Director, Office of Public Communication

**Colleen A. Elliott**
Deputy Director/Editor in Chief

---

The weekly *US Department of State Dispatch* (ISSN 1051-7693) provides a diverse compilation of major speeches, congressional testimony, policy statements, fact sheets, and other foreign policy information from the State Department. It is published by the Office of Public Communication, Bureau of Public Affairs. Inquiries relating to editorial matters should be addressed to: Editor in Chief, *US Department of State Dispatch*, PA/PC, Washington, DC 20520-6810 USA. Subscription orders, single copy purchase requests, etc., should be directed to the appropriate address at left.

*Dispatch* is on file for public reference at the Library of Congress, many Federal Depository Libraries, as well as many public and university libraries throughout the United States. It is indexed in the *Readers' Guide to Periodical Literature*.

*Dispatch* and timely State Department transcripts, fact sheets, and major reports to the Congress are carried on the Computer Information Delivery Service (CIDS), an electronic federal bulletin board network. For subscription information, call 703-802-5700. The LEXIS-NEXIS services of Mead Data Central now offer Volumes I and II of *Dispatch*, along with other Department of State information, in their new DSTATE file. DSTATE is found in the EXEC political library as well as the WORLD, ASIAPC, MDEAFR, NSAMER, and EUROPE international libraries.

**To order annual subscriptions and single copies of *Dispatch*:**

**Third- or First-Class Postage:** Superintendent of Documents, US Government Printing Office, Washington, DC 20402-9371. Third-class postage: $75 domestic. First-class postage: $142 domestic, $93.75 foreign. To order subscriptions: specify *Dispatch* and list ID–USDSD. Payments by check (made payable to the Superintendent of Documents), GPO Deposit Account (include account number), VISA, or Mastercard (include account number, expiration date, and authorized signature). You may FAX your credit card order using (202) 275-0019. *Single copy prices vary: call (202) 783-3238.* GPO subscriptions include 6-month indexes. Supplemental issues containing special documents (such as major treaty texts) are not included in the GPO subscription price. Publication descriptions and purchasing information for such issues will be provided in the regular edition of *Dispatch*.

**First-Class Postage or Overnight Delivery:** National Technical Information Service, 5285 Port Royal Road, Springfield, VA 22161-2171. Telephone: (703) 487-4630. First-class postage: $142 domestic. Overnight delivery: $430 domestic. Microfiche will be offered as a 6-month collection with index. To order subscriptions: specify *Dispatch* and publication number PB90-923500ACT. Payments by check, money order (made payable to NTIS), NTIS Deposit Account (include account number), or American Express, VISA, and Mastercard (include account number, expiration date, and authorized signature). *Single copy prices vary: call (703) 487-4650.* NTIS subscriptions include 6-month indexes and all supplemental issues.

US Government offices may obtain subscriptions to *Dispatch* at no charge through their sponsoring organizations. For additional information or assistance, call or write: PA/PC, Room 6805, US Department of State, Washington, DC 20520-6810. Telephone: (202) 647-8195. Department of Defense consumers must submit requests through appropriate command validation channels to DIA, RTS-2C, Washington, DC 20340-3340. (Telephone: 202-373-3771, Autovon: 243-3771.)

Contents of this publication are not copyrighted unless indicated. If not copyrighted, the material may be reproduced without consent; citation of the *US Department of State Dispatch* as the source is appreciated. Permission to reproduce any copyrighted material (including photos or graphics) must be obtained from the original source.

Text printed on recycled paper.

including the cessation of arms deliveries—have I listed twenty? Well, I've had at least 10 to list, and you can do the other 10.

**Secretary Baker:** For the benefit of our American colleagues, Mr. President, let me quickly summarize, if I can, what you've said. You've said that we've covered a wide range of subjects. We talked about 20 different, specific items, and you're quite right. You've listed a number of them: relations between the union and the republics, and between the republics themselves; economic cooperation; the transformation that's going on here in the Soviet Union, politically and economically; a number of different foreign policy problems, including questions of Afghanistan, Cuba, the Northern Territories, the Middle East.

We talked at length, as you just mentioned, about the central control—that is, one central control point for nuclear weapons within the Soviet Union. We talked about the future of consultations between the United States and the Soviet Union, and the republics of the Soviet Union, particularly, of course, the Russian Republic.

I should say, for the benefit of our traveling American press, Mr. President, that I told you, and I want to repeat right here, that it's the view of the American people, and the view of President Bush and all of us, that the recent attempt at unconstitutional overthrow of the duly constituted Government of the Soviet Union might well have succeeded but for your courageous leadership in mounting the defense right here outside the White House, and that the United States, and, indeed, the world as a whole—those who believe in freedom and in democracy and in human rights and in the benefits of a free market economic program—owe you a vast debt of gratitude.

Beyond that, I would simply say that we have had a very, very full and productive dialogue across a very broad range of subjects, and the ones I have just mentioned are not all of them. ■

## US-Soviet Joint Statement on Afghanistan

*Text of Joint statement and commentary released by Secretary Baker and Soviet Foreign Minister Pankin, Moscow, September 13, 1991.*

**Joint Statement:** The United States and the USSR, consistent with the UN General Assembly resolutions adopted at the 43rd, 44th, and 45th sessions and with their commitment to the Geneva accords on Afghanistan, recognize the fundamental right of the Afghan people to determine their own destiny free from outside interference. In this regard, they support the statement of the UN Secretary General dated May 21, 1991, and reaffirm the need for a political settlement in Afghanistan that ensures an independent and non-aligned Afghanistan at peace with its neighbors and that establishes a new, broad-based government through an electoral process that respects Afghan political and Islamic traditions. The United States and the USSR agree that a transition period is required to reach these goals.

To this end, they call for and pledge to support a democratic and free electoral process that is not subject to manipulation or interference by anyone. The results of the electoral process must be respected and fully implemented by all. They request the United Nations, with the support of concerned governments, including those of Islamic countries, to work with the Afghans to convene a credible and impartial transition mechanism whose functions would include directing and managing a credible electoral process fully consistent with these principles. This transition mechanism, working closely with the UN and others as necessary, would have independent authority with all powers required to prepare for, conduct, and implement the results of this electoral process leading to the establishment of a new government that will have the broad support of the Afghan people. The details of these and other powers and functions would be decided through an intra-Afghan dialogue.

The United States and the USSR agree that a cessation of hostilities is essential for the peaceful conduct of elections during the transition period and for a lasting political settlement. To facilitate this cessation, they agree to discontinue their weapons deliveries to all Afghan sides. They also agree that a cease-fire and a cutoff of weapons deliveries from all other sources should follow this step. They agree further to work toward withdrawal of major weapons systems from Afghanistan.

The United States and the USSR also reiterate their commitment to support an international humanitarian assistance effort to promote the prompt repatriation of refugees and reconstruction of Afghanistan.

To these ends, they reaffirm their willingness to promote in every way possible the efforts of the UN Secretary General to contribute in practical ways to the early settlement of this conflict.

**Commentary:** Today, the USSR and the United States issued a joint statement on Afghanistan specifying agreed approaches of the sides to a political settlement in that country along the lines of the UN Secretary General's statement of May 21, 1991.

Settlement of the issue of "negative symmetry," that is discontinuation of Soviet and US arms supplies to the conflicting Afghan sides, is one of the crucial elements of this agreement. The USSR and the United States agreed to cut off such supplies beginning January 1, 1992. They further agreed that neither the USSR nor the US will intensify arms supplies to any Afghan side in the interim. It is also hoped that during the remaining time the issue of the Soviet POWs will be settled. The United States pledges its best efforts to resolve this important humanitarian question.

It is also expected that other countries involved in the Afghan conflict should also follow the USSR and the United States in limiting their assistance to Afghanistan to humanitarian assistance only.

We expect that our joint steps will facilitate launching an intra-Afghan negotiating process and should lead to a pause followed by a complete cessation of military operations. ❑