**Exhibit 1**

Reply Brief in Support of Shahir A. Batterjee's
Motion to Dismiss the Third Amended Complaint

03 MDL No. 1570 (RCC) / C.A. No. 03-CV-9849 (RCC)

| | ANNUAL REPORT | | |
|---|---|---|---|
| FOR 1994 | GENERAL NOT FOR PROFIT CORPORATION ACT | FILE NO. | N 5677-845-4 |
| FILE PRIOR TO 03-01-94 ADD $3.00 PENALTY FOR LATE FILING | SECRETARY OF STATE OF ILLINOIS FILING FEES Annual Report $ 5.00 | DO NOT WRITE IN THIS SPACE | |

1.) BENEVOLENCE INTERNATIONAL FOUNDATION
% ENAAM M ARNAOUT     122393     016
9051 W 161ST PL
ORLAND HILLS, IL. ~~60402~~ 60477X      04X

2.) CHANGES ONLY: Registered Agent
Registered Office
City, County, IL Zip Code

COOK

The above change was duly authorized by resolution of the board of directors. The address of the registered office and the address of the office of the registered agent, as changed, will be identical. THE ADDRESS OF THE REGISTERED OFFICE MUST INCLUDE A STREET NUMBER. A P.O. BOX MAY ONLY BE USED IN ADDITION THERETO.

3.) The above corporation organized under the laws of the state of ILLINOIS, pursuant to the provisions of "The General Not for Profit Corporation Act" of the State of Illinois, hereby makes the following report:

4.) The names and respective residential addresses of its officers and directors are:

| NAME | OFFICE | NUMBER & STREET | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Enaam Arnaout | President | 9051 W. 161st Pl | Orland Hills | IL | 60477 |
| Jamil Nyrabeh | Secretary | 9965 S. Hill Terrace | Palos Hills | IL | 60465 |
| Jamil Nyrabeh | Treasurer | 9965 S. Hill Terrace | Palos Hills | IL | 60465 |
| Enaam Arnaout | Director | 9051 W. 161st Pl | Orland Hills | IL | 60477 |
| Jamil Nyrabeh | Director | 9965 S. Hill Terrace | Palos Hills | IL | 60465 |
| Zakaria Khudeira | Director | 7810 S. Mayfield Ave | Burbank | IL | 60459 |

NOTE: List all directors above or list them on an additional sheet: Illinois corporations must have three directors.

5.) The following is a brief statement of the character of the affairs which the corporation is actually conducting: Humanitarian
A nonprofit organization working to relieve human suffering all over the world     Non-Profit

6.) Is this corporation a Condominium Association as established under the Condominium Property Act?
Yes ☐   No ☑   (Check One)

Is this corporation a Cooperative Housing Corporation defined in Section 216 of the Internal Revenue Code of 1954?
Yes ☐   No ☑   (Check One)

Is this a Homeowner's Association which administers a common-interest community as defined in subsection (c) of Section 9-102 of the Code of Civil Procedure?
Yes ☐   No ☑   (Check One)

7.) If a foreign corporation, the address of its principal office in the state of its incorporation is:

N/A
(Number and Street)     (State or Country)

(Please read reverse side of this report before signing below)

8.) BY _____ President 2-2-94
(Authorized Officer's Signature) (Title) (Date)

Under the penalty of perjury and as an authorized officer, I declare that this annual report and, if applicable, the statement of change of registered agent and/or office, pursuant to provisions of the General Not For Profit Corporation Act, has been examined by me and is, to the best of my knowledge and belief, true, correct, and complete.

C54 17

**ITEM 8 MUST BE SIGNED**

## NOTICE

Under the General Not For Profit Corporation Act this Annual Report must be properly executed and filed in the Office of the Secretary of State prior to the first day of the corporation's anniversary month each year. If filed on time, a filing fee of $5.00 only is required by statute. If filed later, a statutory penalty of $3.00 must be added.

This pre-addressed Report must be properly completed and submitted to the Office of the Secretary of State.

* Paragraph 1: If any portion of the preprinted information does not agree with your records, you must complete Paragraph 2 or file appropriate amendment in event of corporation name change. The corporation cannot act as its own registered agent. The registered office may be, but need not be, the same as its principal office, but the registered office and the address of the registered agent must be the same and must be located in the State of Illinois. Any subsequent change in the registered office or agent must be reported to the Secretary of State on blanks furnished for that purpose.

* The information requested must be given as the date of the execution of this report.

* This report must be signed by an authorized officer of the corporation.

* If this report is not filed, the corporation, if domestic, is subject to dissolution or if foreign, is subject to having its authority revoked

## DEFINITIONS

"Anniversary" means that day each year excatly one year or more years after:
   (1) The date on the certificate of incorporation issued under Section 102.15 of this Act, in the case of a domestic corporation;
   (2) The date on the certificate of authority issued under Section 113.20 of this Act, in the case of a foreign corporation.

"Anniversary month" means the month in which the anniversary of the corporation occurs.

## NOTICE
QUESTION NUMBER 6 MUST BE ANSWERED!
Failure to answer any question may result in late penalty, involuntary diosolution or revocation.

RETURN TO:
Department of Business Services
Secretary of State
Springfield, IL 62756
Telephone (217) 782-7808

Make checks payable to Secretary of State

**STATE OF ILLINOIS**
Office of the Secretary of State
I hereby certify that this is a true and correct copy, consisting of (2) pages, as taken from the original on file in this office.

*Jesse White*

JESSE WHITE
SECRETARY OF STATE

DATED: NOV 19 2002

BY: *[signature]*