**Exhibit 4**

Reply Brief in Support of Safer Al-Hawali's
Motion to Dismiss the Third Amended Complaint

03 MDL No. 1570 (RCC) / C.A. No. 03-CV-9849 (RCC)

U.S. COURTS

2004 JUL -2 PM 12: 20

REC'D_____FILED
CAMERON S. BURKE
CLERK, IDAHO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | CASE NO: CR03-048-C-EJL |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| SAMI OMAR AL-HUSSAYEN, | |
| Defendant. | |

On June 10, 2004, the jury in the above-entitled matter returned a verdict of not guilty on some counts but was unable to reach a verdict on other counts. The remaining counts have now been dismissed and there are no further charges pending against Mr. Al-Hussayen. Therefore, the United States Marshal's Service is hereby directed to release Mr. Al-Hussayen into the custody of the Department of Homeland Security, Bureau of Immigration and Customs Enforcement.

IT IS SO ORDERED this 2nd day of July, 2004.

_____
EDWARD J. LODGE
UNITED STATES DISTRICT JUDGE

ORDER-Page 1

685

ja

United States District Court
for the
District of Idaho
July 2, 2004

\* \* CLERK'S CERTIFICATE OF MAILING \* \*

Re:  3:03-cr-00048

I certify that I caused a copy of the attached document to be mailed or faxed to the following named persons:

    Kim R Lindquist, Esq.    1-208-334-1413
    US ATTORNEY'S OFFICE
    Box 32
    Boise, ID  83707

    David Z Nevin, Esq.    1-208-345-8274
    NEVIN BENJAMIN & MCKAY
    PO Box 2772
    Boise, ID  83701

    Scott McKay, Esq.    1-208-345-8274
    NEVIN BENJAMIN & MCKAY
    PO Box 2772
    Boise, ID  83701

    Charles F Peterson, Esq.    1-208-336-2059
    PETERSON LAW OFFICE
    913 W River St #420
    Boise, ID  83702

    Joshua L Dratel, Esq.
    14 Wall St, 28th Floor
    New York, NY  10005


U.S. Marshal
HAND DELIVERED

Probation
HAND DELIVERED

    _____ Chief Judge B. Lynn Winmill
    __✓__ Judge Edward J. Lodge
    _____ Chief Magistrate Judge Larry M. Boyle
    _____ Magistrate Judge Mikel H. Williams

Visiting Judges:
    _____ Judge David O. Carter
    _____ Judge John C. Coughenour
    _____ Judge Thomas S. Zilly

Date: 7-2-04

Cameron S. Burke, Clerk

BY: _____
 (Deputy/Clerk)