**Exhibit 2**

Reply Brief in Support of Saleh Al-Hussayen's
Motion to Dismiss the Third Amended Complaint

03 MDL No. 1570 (RCC) / C.A. No. 03-CV-9849 (RCC)



[ Home ] [ Service Guaranteed ] [ INTERNATIONAL ] [ Translations ] [ Legal Resources ] [ FAQ ]
[ Join the Network ] [ News Articles ] [ Books & Materials ] [ All About Us ] [ Small Claims Court ]
[ Process Server Software ]

# Process Service Guaranteed *

### We Serve *Anywhere* in the *World!*





"Parlez-vous, Summons?"

**We specialize in the one thing they forget to teach in law school. . . .**

## International Service of Process



If you need:

➤ To **serve** someone in Europe, Asia, South America, Africa, North America or anywhere

➤ To **verify an address** in Australia, Greenland, India or anywhere

➤ To **depose a witness** in Antarctica, or anywhere

➤ Any other **international** assignment

## *Lowest Rates Guaranteed!* [1]

✵ Call us and we will FAX or E-MAIL a *specific proposal* to you within one hour for your review Toll free **800-417-7623**

✵ You can click on details for a specific country HERE



## Here's All We Will Need:

1.  **3 copies of the documents to be served (we do not need originals; only copies of the same documents you would serve locally)**

2.  **A brief letter of instructions with service address**

3.  **A check for the service - we will send you a statement for any required translation costs**

---

# Got a Case Involving a Foreign Defendant?

## We can solve *all* of your problems

### Here is what we can do:

- **Serve** documents in any country

- Hire an **attorney** for you anywhere in the world

- Obtain **evidence** and arrange **depositions** globally

- **Translation** in 88 languages

- Local **contact** available in any nation

- Local **interpreters** for depositions

- Foreign **corporation** research

- **Locate** anyone – anywhere

- Research **laws** and **local rules** in foreign jurisdiction

- Lawsuit **search** on defendant

- **Embassy**/Consulate support in any nation

- **News** search on any defendant

Case 1:03-md-01570-GBD-SN   Document 335-4   Filed 07/23/04   Page 4 of 6

- Surveillance/Stake-out/**investigations**

- Any other legal support assignment you may have

# Specializing in International Service of Process



## About International Service of Process

There are two general methods of service abroad:

## Formal Methods:

   The "formal method" of service is the generally recommended method of service, particularly in countries that are signatories to an international treaty, such as the *Hague Service Convention.* This method is needed if it is anticipated that enforcement of judgment will be required.

   The *Hague Service Convention* set forth the international rules related to service of process outside the originating country.  Each nation that belongs to the *Hague Service Convention* agrees to abide by these international rules.

   *Letters Rogatory* is the formal method to be used in countries that are not signers of the Hague Service Convention. In addition, the I*nter-American Convention on Letters Rogatory* controls the same issues between countries in North and South America.  *Letters Rogatory* is also used when taking the deposition of a person in another jurisdiction.

   The timeframe for service pursuant to formal methods can range from 1 to 5 months since proper procedures and/or diplomatic channels must be followed (typical turnaround time in most nations is 2-3 months).  Costs are significantly *lower* than in informal service in most countries.

   Generally, we recommend the formal method of service to insure a valid judgment.

   No matter which method you choose, **we handle the paperwork and logistics in completing the service** in a timely and efficient manner.  **We do everything** from preparing the letter of transmittal to the translation of your filed documents, as required.

## Informal Methods:

   Informal methods of service are available in most areas of the world where service by a non-attorney or private process server are .  In general, if the country is not a signatory of an international treaty, service may be made by informal methods (similar to service in the United States).  However, some countries such as Germany, Japan, Korea, China, Switzerland and Italy do not allow service by private process server and impose serious civil and criminal sanctions on those who violate their national sovereignty.

   The advantage to utilizing informal service, in nations where it is available, is often the timeframe for completing service.

Call us and we will fax you an up-dated information sheet on the various available methods of service and our fees.

Call (800)417-7623  or  800-4-1-PROCESS    Fax:  (818)772-4798 or e-mail 

We routinely serve legal documents throughout the world.  As a matter of fact,  we've been doing it for the past 25 years.  The process is simple since we do all the legwork and follow-up.    Service does, however, generally take longer than in the United States due to varying customs and practices in other countries.

We also welcome documents from all countries for service in the United States and Canada......or anywhere in the world!   Our network of experienced and efficient Process Servers will complete your assignment in a timely manner.

**Oh yes, you won't find a lower rate!**

Note:  These descriptions of service options are presented in general terms.  **We will be pleased to provide specific information regarding service in a particular country.**

## Translation Services:

We offer translation in all foreign languages  -  **Call us for discounted rate.**

Don't forget:  We can serve anyone. . .*anywhere in the world. . .* and just around the corner!

**Call us at (800)417-7623**   or



[1] Lowest rate of any top 10 international service company. Guaranteed service means we will serve the documents at the address provided, if service is legally possible. Dated documents may require a re-set of the court date if unable to serve in time, in which case there will <u>not</u> be an additional charge  Additional charge will apply for additional addresses. In rare cases, some countries may impose additional fees that have not been announced prior to service.  Such fees will be the responsibility of the attorney requesting service.

**E-mail**  SEND  **Us**



**Process Service Network**™ is a registered trademark. Copyright @1998- 2004.   All rights reserved.



**Phone:** (800)4-1-PROCESS  **or**  **(800)417-7623**  **or**  (818)772-4795

**Fax:**   (818)772-4798

**Mailing address:**   **10010 Canoga Avenue #B6,  Chatsworth, CA  91311-0959**

**E-mail:**  processnet@sbcglobal.net



*Specializing in International Service and "hard-to-serve" cases*



\* Guaranteed service means we will serve the documents at the address provided, if service is legally possible. Dated documents may require a re-set of the court date if unable to serve in time.  Additional charge will apply for additional addresses and attempts on dated documents after re-set.  Guarantee does not apply to investigations, out-of-area process service, small claims cases, or international service of process due to circumstances that may occur beyond our control in certain nations and we cannot be responsible for such circumstances. No refunds will be made after institution of any assignment, for any reason.  All fees are due and payable upon demand. Our fees cover all known governmental fees in foreign nations and our fee to handle the service; in rare cases, extra charges may apply to cover governmental agency fees.  Note:  We've been doing it for 26 years, so we must be doing it right.

*Celebrating 26 years of service to the legal profession*



pro                                              cess servers Los           Angeles, process servers Quebec, process servers Montreal, process servers
Last modified: Tuesday February 10, 2004. ess servers Sacramento, process servers Arkansas, process servers Alaska, process servers Colorado, process servers Connecticut, process servers Calgary, process servers District of Columbia, process servers Delaware, process server Florida, process servers Georgia, process servers Hawaii, process servers Idaho, process servers Illinois, process servers Mississippi, process servers Montana, process servers Nebraska, process servers New Hampshire, process servers New Jersey, process servers New Mexico, process servers Mexico, process servers North Carolina, process servers North Dakota, process servers Ohio, process servers Oklahoma, process servers Oregon, process servers Pennsylvania, process servers Indiana, process servers Iowa, process servers Kansas, process servers Kentucky, process servers Louisiana, process servers Maine, process servers Maryland, process servers Massachusetts, process servers Missouri, process servers Michigan, process servers Minnesota, process servers, Rhode Island, process servers South Carolina, process servers South Dakota, process servers Tennessee, process servers Texas, process servers Utah, process servers Utah, process servers Vermont, process servers Virginia, process servers Washington, process servers Washington, DC, process servers West Virginia, process servers Wisconsin, process servers Wyoming, process servers Chatsworth