

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

IN RE TERRORIST ATTACKS ON               Civil Action No.
SEPTEMBER 11, 2001                       03 MDL 1570 (RCC)

-------------------------------------------------------x

This document relates to:

    *Thomas E. Burnett, Sr., et al. vs. Al Baraka*
    *Investment and Development Corp., et al.*
    03 CV 9849 (RCC)

    *Thomas E. Burnett, Sr., et al. vs. Al Baraka*
    *Investment and Development Corp., et al.*
    03 CV 5738 (RCC)

## MOTION FOR ADMISSION *PRO HAC VICE*

    PLEASE TAKE NOTICE that, upon the annexed Affidavits, with exhibits, Plaintiffs hereby move this Court for an Order pursuant to Local Civil Rule 1.3(c) admitting Justin B. Kaplan *pro hac vice* to appear as counsel for the Plaintiffs.

Dated: July 21, 2004              Respectfully submitted,

                                   HANLY CONROY BIERSTEIN
                                       &SHERIDAN LLP

                                   By: _____
                                      Paul J. Hanly, Jr. (PH-5486)
                                      Jayne Conroy (JC-8611)
                                      Andrea Bierstein (AB-4618)
                                      415 Madison Avenue
                                      New York, NY 10017-1111
                                      Tel: (212) 401-7600

                                      Counsel for Plaintiffs

UNITED STATES DISTRICT COURT        )        **AFFIDAVIT**
SOUTHERN DISTRICT OF NEW YORK  )

      **PERSONALLY APPEARED BEFORE ME**, Justin B. Kaplan, who being duly sworn and cautioned states as follows:

1. I am an attorney at Motley Rice LLC, located at 28 Bridgeside Boulevard, P.O. Box 1792, Mount Pleasant, South Carolina 29465.

2. I am a 2002 graduate of the University of Texas at Austin, School of Law, Austin, Texas.

3. I am admitted to practice before all courts in the State of Tennessee, having been admitted to the Tennessee Bar in December of 2003 and having been sworn in by the Supreme Court of the State of Tennessee on April 23, 2004.

4. I am a member in good standing of the Tennessee Bar. I am also a member of the Tennessee Bar Association, the American Bar Association, and the Association of Trial Lawyers of America.

6. I am not currently suspended or disbarred by any jurisdiction in which I have been admitted.

7. I have not been the subject of disciplinary action by the bar of courts of any jurisdiction during the preceding five (5) years, or at any time in my practice.

8. I seek admission to this Court *pro hac vice* for the purpose of assisting in the preparation of trial of the present action. Further, I request to be admitted *pro hac vice* to work with a duly qualified attorney who is licensed to practice in the courts of this state.

**FURTHER, THE AFFIANT SAYETH NOT.**

                                            Justin B. Kaplan, Esq.
                                            MOTLEY RICE LLC
                                            28 Bridgeside Boulevard

Sworn to before me this 21st day of July, 2004.
                                            P.O. Box 1792
                                            Mt. Pleasant, SC 29465
                                            (843) 216-9109
                                            (843) 216-9680 fax

Notary Public for South Carolina
My Commission Expires: 10-18-2011

# CLERK OF THE SUPREME COURT

# STATE OF TENNESSEE

I, Michael W. Catalano, Clerk of the Supreme Court, do hereby certify that JUSTIN BRAUN KAPLAN is a licensed and practicing attorney of the Courts of this State, having taken the oath as prescribed by law, is enrolled as an attorney of this Court, and is in good standing. The Supreme Court is the Court of last resort in Tennessee.

Date of Enrollment:   April 23, 2004.

In testimony whereof, I have set my hand and affixed the seal of the Court on this the 14th day of July, 2004.

Michael W. Catalano, Clerk

By _Kimberly A. McCombs_ D.C.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

Civil Action No.
03 MDL 1570 (RCC)

-----------------------------------------------------------x

This document relates to:

*Thomas E. Burnett, Sr., et al. vs. Al Baraka Investment and Development Corp., et al.*
03 CV 9849 (RCC)

*Thomas E. Burnett, Sr., et al. vs. Al Baraka Investment and Development Corp., et al.*
03 CV 5738 (RCC)

-----------------------------------------------------------x

## [PROPOSED] ORDER ADMITTING COUNSEL *PRO HAC VICE*

Upon consideration of the Motion for Admission *Pro Hac Vice* of Justin B. Kaplan (JK-9922), dated July 21, 2004, and the accompanying Affidavit of Justin B. Kaplan, sworn to on July 21, 2004, it is hereby:

**ORDERED** that, pursuant to Local Civil Rule 1.3(c) of the Local Rules of this Court, Justin B. Kaplan is hereby admitted *pro hac vice* to the bar of this Court for the purpose of representing plaintiffs in the above-captioned proceeding and consolidated cases.

_____
United States District Judge

Dated: July_____,2004

## CERTIFICATE OF SERVICE

I hereby certify that, on this 22nd day of July 2004, I caused copies of the Motion for Admission *Pro Hac Vice* and accompanying Exhibits for Justin B. Kaplan to be served on all counsel of record via Email.

Andrea Bierstein, Esq. (AB-4618)