UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL 1570 (RCC) |
| Relates to: | |
| Thomas Burnett, *et al.,* | |
| v. | 03 CV 5738 (RCC) <br> 03 CV 9849 (RCC) |
| Al Baraka Investment & Development Corp., *et al.* | |

STATE OF NEW YORK      )
                                              )ss:
COUNTY OF NEW YORK  )

  JOSHUA L. DRATEL, pursuant to 28 U.S.C. §1746, hereby affirms under penalty of perjury:

  1.  I am an attorney, and as local counsel to Nevin, Benjamin & McKay, LLP, I represent defendant Sami Omar Al-Hussayen (D223) in the above-captioned case.  I make this Declaration in support of Mr. Al-Hussayen's Motion to Dismiss the Complaint.

  2.  The facts and circumstances underlying this Motion are set forth fully in the accompanying Memorandum of Law and will not be repeated here.

  3.  Instead, it is respectfully submitted that those facts set forth in the accompanying Memorandum of Law are incorporated by reference herein.

  4.  Prior application for this relief has not been made.

WHEREFORE, it is respectfully submitted that the Court grant defendant Sami Omar Al-Hussayen's motion in its entirety, and enter an Order Dismissing the Complaint against him; and for any such other and further relief as to this Court seems just and proper.

I declare under penalty of perjury that the foregoing is true to and correct to the best of my knowledge and belief. 28 U.S.C. §1746. July 23, 2004.

_____
JOSHUA L. DRATEL