LAW OFFICES
# BERNABEI & KATZ, PLLC
1773 T STREET, N.W.
WASHINGTON, D.C. 20009-7139

LYNNE BERNABEI
DEBRA S. KATZ °
LISA J. BANKS
ARI M. WILKENFELD +
ALAN R. KABAT +
GENA E. WILTSEK °
AVI L. KUMIN *
RASHIDA A. ADAMS

(202) 745-1942
TELECOPIER: (202) 745-2627
E-MAIL: BERKATZLAW@AOL.COM
WEBSITE: WWW.BERNABEIANDKATZ.COM

OF COUNSEL:
DAVID J. MARSHALL
ELAINE D. KAPLAN

+ADMITTED IN MD ALSO
° ADMITTED IN NY ALSO
* ADMITTED IN CA ALSO

By Federal Express
July 21, 2004

Honorable Richard Conway Casey
U.S. District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street, Room 1350
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-29-04

Re:   *In re* Terrorist Attacks on Sept. 11, 2001, No. 03 MDL 1570 (RCC);
      Burnett, *et al.* v. Al Baraka Inv. & Dev. Corp., *et al.*, No. 03-CV-9840 (RCC)

Dear Judge Casey:

We are writing to request your Honor's permission for an extension of the briefing schedule set by this Court. The undersigned counsel and Plaintiffs' counsel have jointly agreed to an extension of the briefing schedule for the reply briefs in support of the motions to dismiss filed by four defendants, i.e., Dr. Abdullah Al-Turki, Dr. Abdullah Al-Obaid, Mohammed Mushayt, and the Saudi Arabian Red Crescent Society.

Counsel for the *Burnett* plaintiffs and the aforementioned defendants have agreed to an one-week extension of time from July 23, 2004 to July 30, 2004, for the reply briefs. We respectfully request your Honor's endorsement of this agreement.

Application granted
July 26, 2004 [signed] Ruuard Cuusley

Sincerely,

Lynne Bernabei /pc

Lynne Bernabei
Counsel for Defendants Dr. Abdullah M. Al Turki,
Dr. Abdullah Al Obaid, Mohammed Ali Sayed Mushayt, and
the Saudi Arabian Red Crescent Society.

cc: *MDL-1570* Counsel (by e-mail)