T. Barry Kingham (TBK-1219)
Daria M. Ciaputa (DC-0490)
Jesse Clarke (JC-4410)
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178
(212) 696-6000

*Attorneys for*
*HRH Prince Abdullah Al Faisal Bin Abdulaziz Al Saud*
*and Alfaisaliah Group (a/k/a Faisal Group Holding Co.)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————
                                                  )
IN RE: TERRORIST ATTACKS ON   )        03 MDL 1570 (RCC)
SEPTEMBER 11, 2001                    )        ECF Case
                                                  )
————————————————————)

***This document relates to: Burnett v. Al Baraka***
***Investment & Development Corp., 03 CIV 9849 (RCC);***
***Burnett v. Al Baraka Investment & Development Corp., 03 CIV 5738 (RCC)***

### NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, defendants HRH Prince Abdullah Al Faisal Bin Abdulaziz Al Saud and Alfaisaliah Group (a/k/a Faisal Group Holding Co.), by their undersigned counsel, and pursuant to Federal Rules of Civil

Procedure 12(b)(2) and 12(b)(6), hereby move this Court to dismiss with prejudice all claims against them in the Third Amended Complaint.

Dated: New York, New York
July 29, 2004

                              Respectfully submitted,

                              CURTIS, MALLET-PREVOST,
                                COLT & MOSLE LLP


                            By:_____/s/_____
                                T. Barry Kingham (TBK-1219)
                                Daria M. Ciaputa (DC-0490)
                                Jesse Clarke (JC-4410)
                                101 Park Avenue
                                New York, New York  10178
                                (212) 696-6000

                            Attorneys for
                            *HRH Prince Abdullah Al Faisal Bin Abdulaziz Al Saud and Alfaisaliah Group (a/k/a Faisal Group Holding Co.)*