T. Barry Kingham (TBK-1219)
Daria M. Ciaputa (DC-0490)
Jesse Clarke (JC-4410)
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178
(212) 696-6000

*Attorneys for*
*HRH Prince Abdullah Al Faisal Bin Abdulaziz Al Saud,*
*Mohammed Bin Abdulrahman Al Ariefy*
*and Alfaisaliah Group (a/k/a Faisal Group Holding Co.)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――
                                                    )
IN RE: TERRORIST ATTACKS ON     )    03 MDL 1570 (RCC)
SEPTEMBER 11, 2001                        )    ECF Case
                                                    )
―――――――――――――――――――――

*This document relates to: Federal Insurance Company*
*v. Al Qaida, 03 CIV 6978 (RCC)*

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, defendants HRH Prince Abdullah Al Faisal Bin Abdulaziz Al Saud, Mohammed Bin Abdulrahman Al Ariefy and Alfaisaliah Group (a/k/a Faisal Group Holding Co.), by their undersigned counsel, and pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6),

hereby move this Court to dismiss with prejudice all claims against them in the First Amended Complaint.

Dated: New York, New York
July 29, 2004

Respectfully submitted,

CURTIS, MALLET-PREVOST,
 COLT & MOSLE LLP

By:_____/s/_____
T. Barry Kingham (TBK-1219)
Daria M. Ciaputa (DC-0490)
Jesse Clarke (JC-4410)
101 Park Avenue
New York, New York  10178
(212) 696-6000

Attorneys for
*HRH Prince Abdullah Al Faisal Bin Abdulaziz Al Saud, Mohammed Bin Abdulrahman Al Ariefy and Alfaisaliah Group (a/k/a Faisal Group Holding Co.)*