**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001<br><br>This document relates to:<br><br>FEDERAL INSURANCE COMPANY, et al,<br>                    Plaintiffs,<br>          v.<br><br>AL QAIDA, et al.,<br>                    Defendants. | **MDL No. 03 MD 1570 (RCC)**<br><br>NO. 03 CV 6978 (RCC) |

PLEASE TAKE NOTICE, that pursuant to Rule 12(b)(1) and (6), the undersigned will move the Court, before the Honorable Richard C. Casey, U.S.D.J., at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an order dismissing the First Amended Complaint against Saleh Kamel ("Kamel) and Al Baraka Investment and Development Corporation ("ABIDC") for lack of subject matter jurisdiction and failure to state a claim upon which relief may be granted.

As detailed in the accompanying Memorandum of Law, the Complaint must be dismissed against Defendants Kamel and ABIDC because Plaintiffs have failed to plead that this Court has subject matter jurisdiction over these defendants. Moreover, as a matter of law, Plaintiffs have failed to state any cause of action against these defendants.

WHEREFORE, Defendants Kamel and ABIDC respectfully request that the Court grant their motion to dismiss.

Dated: Washington, DC
       July 30, 2004                        **MARTIN MCMAHON & ASSOCIATES**

                                                  By:_____/s/_____
                                                  Martin F. McMahon, Esq., M.M., 4389
                                                  Christopher R. Smith, Esq., C.S., 5455
                                                  Martin McMahon & Associates
                                                  1150 Connecticut Ave., N.W.
                                                  Ste. 900
                                                  Washington, D.C.  20036
                                                  (202) 862-4343

                                                  *Attorneys for Defendants Saleh Abdullah Kamel and Al Baraka Investment and Development Corporation*