**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 |
| This document relates to: |
| FEDERAL INSURANCE COMPANY, et al, |
| Plaintiffs, |
| v. |
| AL QAIDA, et al., |
| Defendants. |

**MDL No. 03 MD 1570 (RCC)**

**NO. 03 CV 6978 (RCC)**

**PROPOSED ORDER**

It is hereby **ORDERED** that the Defendants Saleh Kamel and Al Baraka Investment and Development Corporation's Motion to Dismiss is **GRANTED**, and it is

**FURTHER ORDERED** that the Plaintiffs' lawsuit against Saleh Kamel and Al Baraka Investment and Development Corporation is dismissed with prejudice.

_____
The Honorable Richard C. Casey

Date:

.