**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 |
| This document relates to: |
| FEDERAL INSURANCE COMPANY, et al, |
|                 Plaintiffs, |
|           v. |
| AL QAIDA, et al., |
|                 Defendants. |

MDL No. 03 MD 1570 (RCC)

NO. 03 CV 6978 (RCC)

**PROPOSED ORDER**

It is hereby **ORDERED** that the Defendant Rabita Trust's Motion to Dismiss is **GRANTED**, and it is

**FURTHER ORDERED** that the Plaintiffs' lawsuit against Rabita Trust is dismissed with prejudice.

_____
The Honorable Richard C. Casey

Date: