UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001<br><br>This document relates to:<br><br>FEDERAL INSURANCE COMPANY, et al,<br>                Plaintiffs,<br>      v.<br><br>AL QAIDA, et al.,<br>                Defendants. | MDL No. 03 MD 1570 (RCC)<br><br>NO. 03 CV 6978 (RCC) |

**PROPOSED ORDER**

It is hereby **ORDERED** that the Defendant Wael Jelaidan's Motion to Dismiss is **GRANTED**, and it is

**FURTHER ORDERED** that the Plaintiffs' lawsuit against Wael Jelaidan is dismissed with prejudice.

 

_____
The Honorable Richard C. Casey

Date: