**PRIVILAGED INFORMATION.**
**CLIENT-ATTORNEY CORRESPONDENCE**

# DECLARATION OF WAEL HAMZAH JELAIDAN, AN INDIVIDUAL DEFENDANT

IN THE NAME OF GOD, THE MERCIFUL, THE COMPASSIONATE, I, Wael Hamzah Jelaidan, state as follows:

1. I am the Secretary-General of the Rabita Trust.
2. Rabita Trust is a charitable organization with its headquarters located in Islamabad, Pakistan.
3. I reside at Al-Salama District, Jeddah and my principal place of business is located at Beshawari Building, Madinah Road, Sari Road intersection, Jeddah, Kingdom of Saudi Arabia.
4. Rabita Trust is an Islamic charitable organization created to organize the repatriation and rehabilitation of Pakistanin (Bihari) refugees who were stranded in Bangladesh during the 1971 Indo-Pak war. The objective of the Rabita Trust is to construct approximately 40,000 housing units, and transport and rehabilitate around 40,000 families.
5. I understand that this declaration may be submitted to an American court in connection with a lawsuit that has been filed against Rabita Trust.
6. I do not engage in any business with any person or entity located in the United States of America.
7. I do not own any property, or have any investments or bank accounts located in the United States of America.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 16th day of September 2003.

_____
Wael Hamzah Jelaidan

3