**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| I<small>N</small> R<small>E</small> T<small>ERRORIST</small> A<small>TTACKS ON</small> S<small>EPTEMBER</small> 11, 2001 | ) ) ) | 03 MDL No. 1570 (RCC)<br>ECF Case |

This document relates to:

C.A. No. 03-CV-9849 (RCC)
T<small>HOMAS</small> E. B<small>URNETT</small>, S<small>R</small>., *et al.* v. A<small>L</small> B<small>ARAKA</small> I<small>NVESTMENT</small> & D<small>EVELOPMENT</small> C<small>ORP</small>., *et al.*

**DECLARATION OF ALAN R. KABAT
IN SUPPORT OF DEFENDANT DR. AL-TURKI'S
MOTION TO DISMISS THE THIRD AMENDED COMPLAINT**

I am an attorney licensed to practice in the District of Columbia and am admitted *pro hac vice* in this matter. I am with the law firm of Bernabei & Katz PLLC, counsel to Dr. Abdullah Bin Abdul Mohsen Al-Turki. I submit this declaration to transmit to the Court the following documents submitted in support of Dr. Al-Turki's motion to dismiss (Apr. 8, 2004) and his reply brief submitted in support of his motion to dismiss (July 30, 2004):

1. Exhibit 1 to Dr. Al-Turki's motion to dismiss is a copy of the Declaration of Dr. Abdullah Bin Abdul Mohsen Al-Turki (March 31, 2004), and authenticated translation, with the Declaration of Bassim Alim (April 4, 2004) thereto.

2. Exhibit 2 to Dr. Al-Turki's motion to dismiss is a copy of the Declaration of Abdulaziz H. Al Fahad (April 6, 2003).

3. Exhibit 3 to Dr. Al-Turki's motion to dismiss is a copy of P. Mendenhall, "Seeking bin Laden in the Classifieds," MSNBC, online at http://www.msnbc.msn.com/id/3340393 (Oct. 24, 2003).

4. Exhibit 1 to Dr. Al-Turki's reply brief is a copy of excerpts from the <u>Civil Code</u>

of Spain, §§ 1261-79 (Spanish law) (J. Romanach transl., 1994).

5. Exhibit 2 to Dr. Al-Turki's reply brief is a copy of excerpts of the transcript of the Motions Hearing held on June 24, 2003, before Judge Robertson, in Burnett, *et al.* v. Al Baraka Invest. & Devel. Corp., *et al.*, No. 02-CV-1616 (JR) (D.D.C.).

6. Exhibit 3 to Dr. Al-Turki's reply brief is a copy of U.S. Department of the Treasury, "Treasury Department Statement on the Designation of Wa'el Hamza Julidan," online at http://www.treas.gov/press/releases/po3397.htm (Sept. 6, 2002).

7. Exhibit 4 to Dr. Al-Turki's reply brief is a copy of U.S. Department of the Treasury, "Treasury Department Releases List of 39 Additional Specially Designated Global Terrorists," online at http://www.treas.gov/press/releases/po689.htm (Oct. 12, 2001).

I declare under the penalties of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on July 30, 2004.

/s/ Alan R. Kabat
_____
ALAN R. KABAT