**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*

*Ashton v. Al Qaeda Islamic Army*, 02 CV 6977 (RCC)
*Thomas Burnett, Sr. v. Al Baraka Investment & Develop. Corp.*, 03 CV 9849 (RCC)
*Federal Insurance Co. v. Al Qaida*, 03 CV 6978 (RCC)
*Salvo v. Al Qaeda Islamic Army*, 03 CV 5071 (RCC)

**AFFIRMATION OF ANDREA BIERSTEIN IN OPPOSITION TO MOTION TO DISMISS OF NAIF BIN ABDULAZIZ AL-SAUD**

Andrea Bierstein, Esq., affirms as follows:

I am an attorney admitted to practice in New York and in this Court and am a member of the law firm Hanly Conroy Bierstein & Sheridan LLP, co-counsel for the *Burnett* plaintiffs. I submit this affirmation to transmit to the Court the following documents submitted in opposition to the motion to dismiss filed by defendant Naif bin Abdulaziz al-Saud:

1.      Exhibit 1 is a true and accurate copy of an article from the Fort Worth *Star-Telegram* dated October 6, 1994 and titled "Saudi Arabian king sets up council on Islamic affairs," as it appears on Westlaw.

2.      Exhibit 2 is at true and accurate copy of an article from the *Saudi Economic Survey*, dated April 26, 2000 and titled "Royal Donation to Chechen Refugees," as it appears on Westlaw.

3.     Exhibit 3 is at true and accurate copy of an article from *Arab News*, dated December 27, 1999 and titled "Telethon raises SR47m for Chechnya; King Fahd donates SR18.775 million."

4.     Exhibit 4 is a true and accurate copy of an article from *The Guardian* (Manchester, U.K.), dated May 5, 1993 and titled "Saudi curb on alms targets radicals' cash; Gifts to charity have funded militant groups in other countries."

5.     Exhibit 5 consists of copies of (a) a letter dated July 31, 2003 from Senator Charles Schumer to Prince Bandar Bin Sultan Bin Abdul Aziz, Ambassador of Saudi Arabia to the United States; (b) an article from *The Weekly Standard* dated May 20, 2002 and titled "The Saudi Terror Subsidy"; and (c) an article from *Ain-Al-Yaqeen* dated December 7, 2001 and titled "The Kingdom of Saudi Arabia and Palestine: Facts and Achievements."

Affirmed in New York, New York on July 30, 2004

Andrea Bierstein