

4/26/00 MIDESTN (No Page)                                                  Page 1


4/26/00 Middle East Newsfile (Pg. Unavail. Online)
2000 WL 9190639

                  Middle East Newsfile: Saudi Economic Survey
    Copyright (C) 2000 Moneyclips Middle East Newsfile; Source: World Reporter (TM)

                           Wednesday, April 26, 2000

                      ROYAL DONATION TO CHECHEN REFUGEES

   Prince **Naif** Ibn Abdul Aziz, Interior Minister and **General Supervisor** of the Saudi Joint Committees for the Rescue of Kosova and **Chechnya**, has given directions for the allocation of this amount for the purchase of 2,000 tents to provide lodging to Chechen refugees at the Ingotia border, who are in dire need for them, the President of the Saudi Red Crescent Society, Dr. Abdul Rahman Ibn Abdul Aziz Al-Suwailem, has announced.


                           ---- INDEX REFERENCES ----


KEY WORDS:         GOVERNMENT NEWS; RUSSIA, COMMONWEALTH OF INDEPENDENT STATESRU; SAUDI ARABIA, ARABIAN STATESSA; COMMONWEALTH OF INDEPENDENT STATES; FORMER USSR; ARABIAN STATES; GULF STATES; MIDDLE EAST; KOSOVO; **CHECHNYA**


NEWS SUBJECT:      Asylum and Immigration; POLITICAL and GENERAL NEWS (GIMM GCAT)


INDUSTRY:          Consumer Products & Services; Consumer & Household Services (HOU CSV)

PRODUCT:           European News/Features; Asian/Pacific News/Features (DEE DAA)


SIC:               9111; 8399


REGION:            Russia; Saudi Arabia; Commonwealth of Independent States; Arabian Peninsula; Middle East; **Chechnya**; Eastern Europe; Europe; Asia; Far East (RS SA UR ARA ML CHE EEU EU ASI FE)

Language:  EN
SOURCE REGION:     ARA ML SA


Word Count: 72

4/26/00 MIDESTN (No Page)

END OF DOCUMENT


                Copr. © West 2004 No Claim to Orig. U.S. Govt. Works