

**TOPICS**

Latest News

Press Release Archive

Special Reports

Photo Downloads

Schumer Around NY

About Chuck | Senate Floor | Press Room | Services for New Yorkers | Kids' Page | Contact | Home

## Letter

 Printer-friendly Version

July 31, 2003

Prince Bandar Bin Sultan Bin Abdul Aziz

Ambassador of Saudi Arabia

601 New Hampshire Avenue, NW

Washington, DC 20037

Dear Prince Bandar:

I am writing to request that Prince Nayef bin Abdel Aziz, the Interior Minister of Saudi Arabia, be relieved immediately of his responsibilities for overseeing Saudi Arabia's efforts to investigate and apprehend terrorists and people who support them.

According to numerous statements made by Saudi public officials, your nation is apparently one of the United States' strongest partners in the war on terror. Senior Saudi Foreign Policy Advisor Abdel al-Jubeir has said that when it comes to fighting terrorism, Saudi Arabia and the United States are "in this together." You have echoed his comments, saying that Saudi Arabia "has nothing to hide" about 9-11.

Unfortunately, the actions taken by your nation's government seem to undermine this strident public diplomacy. There is perhaps no better example of this than Prince Nayef, the top counterterror official in Saudi Arabia, who has a well documented history of suborning terrorist financing and ignoring the evidence when it comes to investigating terrorist attacks on Americans.

As you are aware, Prince Nayef oversees the Saudi Committee for the Support of the Al Quds Intifadah, which, like Saddam Hussein, has provided families of Palestinian suicide bombers with millions of dollars through specially designated bank accounts. According to the Saudi daily the Arab News, a single telethon held last year raised about $112 million for this purpose. Last November, Prince Nayef told Ain-Al-Yageen, another Saudi newspaper, that Zionists were responsible for the 9-11 attacks despite that fact that Saudi Arabia has admitted that 15 of the 19 hijackers were Saudis. In addition, Prince Nayef has single-handedly prevented the trial of 13 Saudis indicted for killing 19 Americans in the bombing of the Khobar Towers by refusing to turn the men over to the United States.

If we are to defeat the extremists that target our two nations, we must work together as equal partners. Prince Nayef's previous behavior and comments does not inspire American confidence and undermines any

credibility he and Saudi Arabia have as allies in the war on terror. I request that he be removed from any involvement in this endeavor immediately.

Sincerely,
Charles Schumer
U.S. Senator

# The Saudi terror subsidy

*The Weekly Standard*
Washington
May 20, 2002

| | |
|---|---|
| **Authors:** | David Tell |
| **Volume:** | 7 |
| **Issue:** | 35 |
| **Pagination:** | 9-10 |
| **ISSN:** | 10833013 |
| **Subject Terms:** | Royalty |
| | Families & family life |
| | Murders & murder attempts |
| | Government |
| **Geographic Names:** | Saudi Arabia |
| | United States |
| | US |

## Abstract:

The Saudi royal family has just recently paid a hefty cash prize for the murder of a US citizen. No US government official has managed to utter a peep of complaint about it. The Saudis must think Americans are fools.

*Copyright Weekly Standard May 20, 2002*

## Full Text:

### EDITORIAL

At 7:53 A.M. local time on August 21, 1995, a Number 26 bus filled with Monday morning commuters slowed to a stop in front of Rene Kassem High School in the northern Ramat Eshkol suburb of Jerusalem. Rene Kassem just happened to be out of session that day; its students owe their lives to a fluke of the academic calendar. But passengers on the Number 26 were not so lucky, for sitting with them was Sufian Jabarin, a recent Hamas recruit, who chose that moment to blow himself up. The force of the explosion was enough to set adjacent traffic on fire and blow in windows hundreds of feet away. Witnesses reported seeing two small girls walk away from the immediate wreckage, covered in blood but without their clothes or hair and crying for their mother. Few of their fellow passengers could walk at all, however. One body was left suspended from a shard of metal on what had been the bus's roof. Others remained in their seats-mutilated, blackened by the flames, at least one of them ! decapitated.

Among the dead was 47-year-old schoolteacher Joan Davenny, an American from Woodbridge, Connecticut, who had just begun a fellowship sabbatical at Hebrew University. Today, almost seven years later, our State Department's Diplomatic Security Service still offers a reward of up to $5 million dollars for "information" leading to the arrest or conviction of "those persons responsible" for Davenny's murder.

Which is rather peculiar, since "information" is not what's needed to close the case. The bomber himself, Sufian Jabarin, is dead, of course. The mastermind of Jabarin's Hamas cell, Yahya Ayyash, the infamous "Engineer," was assassinated in January 1996. The man who gave Jabarin his explosives, Muhhi a-Din Sharif, killed himself by accident with another such device in 1998. Abdel Nasser Issa, who manufactured Jabarin's bomb, and Abd al-Majid Dudin, who trained him in the art of "martyrdom," are both in Israeli prisons. Only Muhammad Dief, the Hamas commander who authorized the attack that killed Joan Davenny, is still alive and free.

And where is Dief, exactly? THE WEEKLY STANDARD has "learned"-because it has been a publicly acknowledged fact for years and years already; the State Department can keep its $5 million-that Yasser Arafat has him. Denying news reports that he has actually set the man loose on the sly, Yasser Arafat insists that Muhammad Dief remains in Palestinian Authority custody, at an undisclosed location, so as to protect him from arrest by the Israelis. In other words: Yasser Arafat, who the American government officially pretends is "indispensable to Middle East peace," is shielding a fugitive wanted in connection with the murder of a U.S. citizen. In fact, Yasser Arafat, who pretended to condemn that murder at the time, later threw a full state funeral for the murderer, suicide bomber Sufian Jabarin, after his body was returned by the Israelis in June of 2000. As thousands of Palestinians watched and cheered, Arafat's personal guard detail gave Jabarin a 21-gun hero's salute.

Arafat must think we Americans are fools.

And then there is the governing royal family of Saudi Arabia, which provides a handsome financial bounty to the surviving relatives of "martyrs" like Jabarin. Oh, sure, the Saudis reject the accusation. Just last week, responding to Israel's latest and best-yet effort to document the practice, Prince Bandar bin Sultan, the kingdom's ambassador to the United States, denounced as "baseless" any suggestion that Saudi money "goes to evildoers." The Israelis, Prince Bandar complained, are engaged in a "shameful and counterproductive" attempt to discredit his family, "which has been a leading voice for peace." Any charge "that Saudi Arabia is paying suicide bombers," he reiterated, is "totally false."

The ambassador was lying. And he has so far gotten away with it. Nearly a week has gone by and still no major American newspaper has noticed-just as the hapless Saudi functionaries who posted Bandar's indignant statement on their Washington embassy website apparently failed to notice-that the very same website's archives contain some quite elaborate and extensive boasting, helpfully translated into English, about exactly what the prince now denies is true. An embassy press release from January 2001

describes how the "Saudi Committee for Support of the Al-Quds Intifada," chaired and administered by Prince Nayef bin Abdulaziz, the kingdom's interior minister, has distributed $33 million to "deserving Palestinians," including "the families of 2,281 prisoners and 358 martyrs." An embassy press release from March 2001 quotes Saudi finance minister Ibrahim al-Assaf reporting on the kingdom's $50 million contribution to an international, pan-Arab fund designed "to educate the so! ns of martyrs and rehabilitate the injured"-this in addition to Prince Nayef's separate support committee, which has "pledged a sum of SR 20,000 ($5,333) to each family that has suffered from martyrdom." An embassy press release from April 2001 announces that "Prince Sultan Affirms [the] Kingdom's Support" for the Palestinian intifada, to the tune of $40 million already disbursed "to the families of those martyred" and other worthies.

As it happens, all this talk of "martyrs" and "martyrdom" is not at all uncommon in Saudi Arabia. Less than a month ago, for example, the government-controlled daily Al-Jazirah published a hymn of praise to two recent Palestinian "martyrs"-both suicide bombers, one of them a 16year-old girl: "May Allah have mercy on you, oh beloved of the Arab nation ... you restored life that had begun to expire," et cetera. So, then: If suicide bombers are martyrs, and the Saudi royal family is proudly distributing cash to the relatives of martyrs, an ordinary person would conclude-would he not?-that the Saudi royal family is proudly distributing cash to the relatives of suicide bombers. But that is a logic the United States and other Western governments, desperate to preserve their "friendship" with the "moderate" House of Saud, have so far refused to accept. Instead, they have wished the evidence away: "troubling," they've mumbled, but "unconfirmed" and therefore "inconclusive."

Yes, well. Now the evidence is such that none of those terms even remotely applies, not even "troubling"appalling being much the better word for it.

Three months ago, you see, on February 18, an outfit called the "Psychological and Social Research Center for the Wounded Palestinian" ran a notice in Ramallah's Al Hayyat Al Jedida newspaper addressed to "families of the fatalities" scheduled to receive contributions from the "tenth payment cycle" of the Saudi Committee for Support of the Al-Quds Intifada. Those families, the notice advised, should "apply to the Arab Bank branch near their residence" to receive payments of $5,216.06 apiece-"in accordance with the instructions of the Emir Nayef bin Abdulaziz, Minister of the Interior and General Supervisor of the Committee."

And early last week, Israel made public a cache of documents, lately captured by its soldiers during Operation Defensive Shield, that clarify exactly what the emir's instructions entail and who those "families of the fatalities" might be. According to Saudi government spreadsheets bearing the logo of the Saudi Committee for Support of the Al-Quds Intifada, that committee's aforementioned "tenth payment cycle" included among its beneficiaries the relatives of eight Palestinian terrorist bombers, all of them specifically and explicitly singled out by Saudi bookkeepers for their participation in amaliah istishadiah: "suicide operations."

Oh, and one other thing: The Israelis have also captured and now made public similar Saudi spreadsheets exhaustively chronicling an earlier, "third payment cycle" of the Interior Ministry's intifada "charity." During which payment cycle, these documents establish in deadpan bureaucratese, that slush fund provided one of its standard rewards-again, for their martyred loved one's performance of amaliah istishadiah-to the family of . . . Sufian Jabarin, the man who blew up the Number 26 bus in Jerusalem on August 21, 1995, killing Joan Davenny.

There you have it. The Saudi royal family, according to its own internal records, has just recently paid a hefty cash prize for the murder of a U.S. citizen.

Neither the New York Times nor the Washington Post has bothered to report this astonishing little detail. And no U.S. government official has managed to utter a peep of complaint about it.

The Saudis, too, must think we Americans are fools. Surely it would behoove our president to disabuse them of this notion?

--David Tell, for the Editors

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.



**STANDS:**

**THE KINGDOM OF SAUDI ARABIA AND PALESTINE:**
**FACTS AND ACHIEVEMENTS.**

The annual report of the Saudi Committee for the Support of Al-Quds Intifada announced that it had donated SR 178,943,995 to the Palestinians up to the month of Rajab, 1422.

The report stated that financial assistance had been extended to Palestinians killed in the Intifada. The annual report on the committee's achievements and activities noted that the Palestinian issue retains a prominent place in Saudi foreign policy.

It quoted King Abdul Aziz, the Kingdom's unifier, as saying: "I pray to Almighty God to enable me to help the Palestinians".

King Abdul Aziz's sons have been adopting the same policy as regards extending support to the Palestinian cause.

The Custodian of the Two Holy Mosques King Fahd Ibn Abdul Aziz and Crown Prince Abdullah Ibn Abdul Aziz have frequently confirmed their support to the Palestinian cause and said they would continue to help the Palestinian people until they regain their usurped rights.

Crown Prince Abdullah was quoted as saying: "It is high time that Israel realised that the Palestinian jihad will continue until they regain their legitimate rights, including the right to return to their homeland and establish an independent state."

Meanwhile, Prince Naif Ibn Abdul Aziz, the Interior Minister and Head of the Executive Committee of Al-Quds Intifada, while introducing the report, said the Kingdom of Saudi Arabia is keen to ease the suffering of the Palestinians caused by Israeli aggression.

Despite the siege imposed on the Palestinian people, the Committee of the Al-Quds Intifada was still able to extend assistance to the Palestinians. Furthermore, the Kingdom has opened hospitals for injured Palestinians so as to provide them with the medical treatment they require, the report said.

The Kingdom of Saudi Arabia always maintained its support to the Intifada. In Agust 2001 it has deposited $40 million in the account of Al-Aqsa's and Al-Quds intifada's funds within the framework of their commitments toward the two funds, which were established by the Arab Extraordinary Summit Conference held in Cairo last October. This was announced by Dr. Ahmed Mohammed Ali, the President of the Islamic Development Bank, who lauded the Saudi and UAE support to the Palestinian people

In July 2001 the Palestine Liberation Organization (PLO) has received an amount of SR 2,225,464 as the second instalment this year from the revenues of the Popular Committee to help the Palestinian Mujahideen. The amount is extended to the PLO in line with directives of the Governor of Riyadh region, Prince Salman Ibn Abdul Aziz, who is also the Chairman of the Popular Committee.

In a statement to the Saudi Press Agency, the Committee's Director General in the Kingdom, Abdul Rahim Mahmoud Gamoos expressed thanks and appreciation to the Custodian of the Two Holy Mosques King Fahd Ibn Abdul Aziz, Crown Prince Abdullah Ibn Abdul Aziz, the Deputy Prime Minister and Commander of the National Guard, Prince Sultan Ibn Abdul Aziz, the Second Deputy Prime Minister, Minister of Defence, Aviation and Inspector General, for their constant support to the Palestinian people.

He hailed the efforts of Prince Naif Ibn Abdul Aziz, the Minister of Interior and the supervisor General of the Saudi Committee to support al Quds Intifada (uprising) and Prince Salman Ibn Abdul Aziz. Gamoos also praised the continuous support of the Saudi government and people for their support to the Palestinian people and their just cause at Arab, Islamic and international levels.

Also in July 2001 Prince Naif Ibn Abdul Aziz, the Minister of Interior and the General Supervisor of the Saudi Committee for Supporting Al Quds Intifada (uprising) has directed the Committee to disburse an amount of SR 5.57 million to help the needy in Palestine.

The financial assistance was disbursed to 28 families of the martyrs, 248 injured people, 232 families whose houses were demolished by the Israeli occupying forces and 29 Palestinian charitable societies in-charge of distributing food baskets to the needy people.

In June 2001 the Secretary General of the Arab League Amre Moussa received a message from the Permanent Representative of the Kingdom of Saudi Arabia to the Al Faisal Ibn Hassan Trad. The message dealt with the size of assistance provided to Palestinians by Saudi Committee for Supporting al Quds Intifada under the supervision of Prince Naif Ibn Abdul Aziz, the Minister of Interior.

The message noted that part of the assistance at popular level at this stage amounted to SR 154,709,000. It added that the assistance came within the framework of continuous support for all Arab efforts and al Quds Intifada according to the resolutions of Arab summits. It explained that a quarter million of Palestinian families had benefited from the assistance. The message indicated that the families comprised martyrs' families and their relatives, people injured in the Intifada, the handicapped, the needy, orphans, patients, prisoners of war and others.

During the same month Prince Naif Ibn Abdul Aziz, the Interior Minister and Supervisor of the Saudi Committee for supporting Al Quds Intifada, has issued his directives to pay SR 8,625,000 to the victims of the Intifada. Meanwhile, the Saudi Committee for Supporting Al Quds Intifada has urged the citizens and residents to extend all possible support to the Committee so as to enable it perform its mission in a satisfactory manner.

On the other hand the Custodian of the Two Holy Monsques King Fahd Ibn Abdul Aziz said at the opening of the Shoura Council "We will continue to provide all kinds of help to our Palestinian brothers. On this occasion, I'd like to recall that Crown Prince Abdullah Ibn Abdul Aziz, Deputy Prime Minister and Commander of the National Guard as my deputy proposed at the Arab summit held in Cairo the setting up Al-Quds Intifada Fund, with an amount of $200 million, and also proposed the setting up of

Al-Aqsa Fund, with an amount of $800 million to which the Kingdom would contribute 25 per cent to enable our Palestinian brothers to become economically independent. The summit adopted the Saudi proposal. "What we are offering to the Palestinian brothers is our duty towards them. This is only one part of serving Muslims worldwide."

In May 2001 Prince Naif Ibn Abdul Aziz, the Interior Minister and General Supervisor of the Saudi Committee for the support of al Quds Intifada, ordered the disbursement of the sum of 3,090,000 Riyals to help 309 Palestinian families whose houses and farms have been destroyed by Israeli bulldozers and air attacks.

According to the report, every affected family received 10,000 Riyals within the continuing financial assistance to needy Palestinians and heroes of the Intifada.

The Saudi Committee for the Support of al Quds Intifada had collected accurate data on the deserving Palestinians, including names of the victims, their addresses and damage inflicted on every house or farm as a direct result of Israeli aggression.

The report said that the Committee then opened accounts for these victims. Previously, the first and second installments were deposited in the accounts of the 986 beneficiaries with each victim also receiving 10,000 Riyals.

The total sum reached 9,860,000 Riyals, added the report. With this, the total funds raised for Palestinian strugglers by the Saudi Committee for the Support of al Quds Intifada reached more than 160 million Riyals, said the announcement.

The Committee urged citizens and expatriates to make further donations to the afflicted Palestinians via the Committee's main office and branches or by directly depositing the sums in the account number 98 in all domestic banks.

Also in May the Islamic Development Bank (IDB) has deposited $15 million at the account of the Unified Treasury of the National Palestinian Authority.

This sum constitutes the third monthly instalment of the loan approved by the Supreme Council for the Funds of al-Aqsa and al-Quds intifada to support the budget of the Palestinian National Authority, said a press statement issued by Dr Ahmed Mohammed Ali, the President of the IDB.

The Supreme Council for the Funds of al-Aqsa and al-Quds intifada earlier approved two loans amounting to $60 million and $18 million in support of the budget of the Palestinian National Authority.

The loans are to be paid in monthly instalments into the account of the Unified Treasury of the National Palestinian Authority.

This financial support comes in line with the decisions taken at the Extraordinary Arab Summit Conference held in Cairo last October. The Summit decided on the establishment of the Funds of Al-Aqsa and Al-Quds intifada in response to a proposal submitted by Crown Prince Abdullah Ibn Abdul Aziz, the Deputy Prime Minister and Commander of the National Guard who led the Saudi delegation to the Extraordinary Arab Summit.

The two funds aim to assist the families of the Palestinian martyrs, to help to preserve the Arab and

Islamic characteristics of al-Quds and to enable the Palestinian economy to develop and grow.

In April 2001 Prince Naif Ibn Abdul Aziz, the Interior Minister and the Supervisor General of the Saudi Committee for Supporting Al Quds Intifada, issued his directives to pay SR 8,920,000 to 892 Palestinians who have lost their homes and farms. Each will get SR 10,000.

This increased the sum of money extended to the Palestinians by the Saudi Committee for Supporting al Quds Intifada to more than SR150 million.

The financial assistance was extended to the families of the martyrs; the injured, handicapped and persons imprisoned in Israeli jails, as well as to the Palestinians whose houses were demolished and farms destroyed by Israeli soldiers.

The total assistance provided until March 2001 by the Government of the Kingdom of Saudi Arabia to the government and brotherly people of Palestine amounted to SR 8,900,000,000.

The announcement was made by the Minister of Finance and National Economy Dr. Ibrahim Ibn Abdul Aziz Al-Assaf in a press conference in Riyadh to explain the Kingdom's support for the Palestinian intifada (uprising).

He said that the Kingdom was committed to standing by the side of the Palestinians in their ordeal and struggle to regain their legitimate rights. The Minister considered the assistance as one of the firm principles of policy of the Kingdom since its unification by the late King Abdul Aziz.

The Minister explained that this principle was translated into work and support initiatives in various political, economic and social areas and at various local, regional and international levels, making the Saudi support unlimited.

He stated that the sum of SR2,197,084,631 represented assistance, which has been decided after Madrid Conference. This assistance included a sum of SR1,125,000,000 Riyals (equal to 300 million U. S. Dollars), representing the Kingdom's donations announced at the international conferences for the support of the Palestinian Authority, the Minister said.

The Minister added that this assistance was being disbursed by the Saudi Fund for Development on development projects carried out by the Saudi Fund for Development. Part of the assistance was being allocated to support the Palestinian budget, he said.

The Minister said: "In continuation of the Kingdom of Saudi Arabia's support for the Palestinian people and their struggle in their recent intifada, the Kingdom was the first to provide support for their brothers in Palestine." He recalled the adoption by the emergency Arab Summit Conference held in Cairo last October of the proposal by the Crown Prince Abdullah Ibn Abdul Aziz, Deputy Premier and Commander of National Guard, to establish the Fund of Al Quds intifada.

The Minister explained that the resources of the Fund were US$ 200 million and the Kingdom's share in the Fund was US$ 50 million. He noted that the Fund was established to assist the families of the intifada martyrs, to educate their sons and rehabilitate the injured.

The Minister also recalled the Crown Prince's proposal to establish Al Aqsa Fund with resources of US $ 800 million. He explained that the Kingdom's share in Al-Aqsa Fund was US$ 20 million dedicated to

finance projects that would protect the Arab and Islamic identity of al Quds (Jerusalem).

The Minister added that the purposes of the assistance also included support for Palestinian Red Crescent Association, provision of equipments for hospitals and medical institutions, and restoration and rebuilding of damaged houses in Palestine.

He said the program also covered urgent assistance to students of Palestinian universities as well as support of a number of development projects in Palestine.

He noted that the supervising authority of the two Funds had recently decided to respond to a request from the Palestinian Authority to get an interest-free loan of US$ 60 million and a grant of US$ 10 million for the Palestinian Health Ministry.

The Minister explained that Saudi financial support for Palestinian people in their latest ordeal included included the transfer of US$ 30 million to the Palestinian Authority, the transfer of US$ 10 million to the Palestinian Authority in February 2001 and medicine worth SR 11,250, 000 million. He added that the assistance included also sending medical airplanes with their crews to transport 105 injured Palestinians and treat them in the Kingdom's hospitals, he said.

The Minister noted that in addition to Governmental support, the Custodian of the Two Holy Mosques had initiated private donations to contribute to the support for the Palestinian people's struggle.

The Minister highlighted the unlimited response by the Saudi people emanating from their Arab and Islamic empathy with the Palestinian people. Dr. Al-Assaf revealed that, to date, cash donations had reached more than SR 240 million - in addition to donations in kind such as cars, ambulances, real estate, jewellery and medical supplies.

The Minister said donations were still coming to the Committee formed to raise funds under the supervision of the Minister of Interior. Dr. Al-Assaf noted that the Committee had sent a number of ambulances and medical supplies and allocated SR 20,000 for each of the families of the intifada martyrs. As much as SR 124,000,000 had been transferred for the needy among the families of the martyrs, the injured and others, he added.

The Minister said: "As part of its continuing stand in support of the struggle of the Palestinian people, the Kingdom, using its influence in regional and international financial institutions, has worked to ensure the Palestinian Authority's demands for the development of the Palestinian economy are met."

In this context, the Minister of Finance and National Economy highlighted the Kingdom's exemption of Palestinian products from customs duties before the resolution of the emergency Arab Summit. Thus, the Kingdom had given the Palestinian products an advantage, giving them access to the Arab world's largest economy, he said.

This was important support contributing to the development of the Palestinian economy's own capabilities, he said. The Minister noted that the Saudi Development Fund has helped in the hiring of international organizations to execute development projects in the Palestinian territories.

Also in March 2001 the Administrative Committee of Funds of Al-Aqsa and Al-Quds Intifada concluded its third meeting at the headquarters of the Islamic Development Bank (IDB) under the chairmanship of the representative of the Kingdom of Saudi Arabia to the Committee, Yosef Ibrahim Al-Bassam.

In a press statement, the Committee said the Higher Council of Funds has approved an amount of $60 million to support the budget of the Palestinian Authority. The first instalment of $15 million has been transferred to the treasury of the Authority. The Council also approved a grant of $10 million to the Palestinian Health Ministry in addition to $92 million to support the sectors that have been affected by the current situation in the Palestinian territories.

On the other hand The Custodian of the Two Holy Mosques King Fahd Ibn Abdul Aziz has donated a 1,000-Saudi-Riyal bursary for each of the 15,000 Palestinian pilgrims performing Hajj.

Prince Naif Ibn Abdul Aziz, Interior Minister and General Supervisor of the Saudi Committee for the Support of al-Quds Intifada (uprising), said that he had been instructed by the Monarch to pay one thousand Saudi Riyals to each of the 15,000 Palestinian pilgrims as his contribution to the expenses they have incurred in performing the Hajj.

More than 1,000 Palestinians who are relatives of Palestinians receiving treatment in Saudi hospitals following injuries during -Al Quds Intifada were hosted by the Kingdom, as guests of the Custodian of the Two Holy Mosques to perform Hajj.

"This generous gesture stems from the continual care being extended by the Custodian of the Two Holy Mosques King Fahd Ibn Abdul Aziz to Muslims and Islamic causes all around the world, especially the Holy City of Al Quds issue," Prince Naif said.

Prince Naif also applauded the response of the Saudi people and the residents of Saudi Arabia in helping their brothers in Palestine in their struggle against the Israeli aggression.

In January 2001 and in line with the directives of Prince Naif Ibn Abdul Aziz, the Interior Minister, the Saudi Committee for the Support of Al-Quds Intifada extended assistance to the families of Palestinian martyrs, as well as injured and handicapped Palestinians. SR 10,000 were handed over to Palestinian POWS, SR 20,000 to the family of each martyr, SR 20,000 to each handicapped Palestinian, and SR 15,000 to each injured Palestinian.

The Committee distributed the second batch of the food basket to the Palestinian families in the West Bank and Gaza in collaboration with the working team in the Palestinian territories and some Palestinian charitable societies nominated by the Saudi Relief Committees, the Muslim World League, the Islamic Development Bank and the World Assembly for Muslim Youth.

The Committee reiterated its determination to provide the Palestinians with assistance despite the unfair siege being imposed by the Israeli authorities against the Palestinian people. The Committee said it has been receiving, on a daily basis, donations from the various parts of the Kingdom of Saudi Arabia, in collaboration with the local committees set up for this purpose.

Also in January 2001 Prince Naif Ibn Abdul Aziz, the Minister of Interior and the Supervisor General of the Saudi Committee for supporting Al-Quds Intifada (uprising), announced that an amount of SR123, 750,000 has been disbursed in assistance to the families of martyrs, prisoners, the wounded, the handicapped of Al-Quds Intifada and needy Palestinian families.

Prince Naif expressed his appreciation to the Saudi people for their response in supporting their brothers in Palestine and in remaining resolute in the face of the blatant Israeli aggression against

them. Prince Naif praised the efforts of local committees that have been collecting contributions in various regions under the supervision of the Saudi Committee for Supporting al-Quds Intifada.

He explained that the assistance had been disbursed in the form of aid 2,218 prisoners, 358 martyrs' families, the 8000 wounded in the Palestinian territories and 1,000 handicapped. One hundred and two who had been injured received treatment in the Hospitals of the Kingdom. Food baskets were dispatched for 200,000 families.

In December 2000 the Interior Minister and Supervisor General of the Saudi Committee for supporting Aal-Quds Intifada, issued directives to pay SR99,350,000 to the families of the martyrs of Al-Quds Intifada as well as to the Palestinian injured, handicapped and POWs.

The Saudi Committee for Supporting Al-Quds Intifada carried out the directives of Prince Naif and accordingly each of the families of the 179 martyrs received SR 20,000, each of the 8000 injured Palestinians received SR5,000, each of the 1,500 families of the POWs received SR10,000, and each of the 1,000 handicapped Palestinians received SR20,000.

In addition, 150,000 food baskets, the value of each basket is $40, were distributed. Moreover, SR1.85 million were paid to a number of charitable societies inside the Palestinian territories to support their relief programs.

The Saudi Committee for Supporting Al-Quds Intifada paid SR11 million to the families of 122 martyrs and 27 injured Palestinians, who were treated in Saudi hospitals. In addition, the Committee distributed 50,000 food baskets, valued at $40, to them.

The Committee delivers the stipulated assistance directly to the families of the martyrs, and injured and handicapped Palestinians as well as to the families of the POWs in collaboration with its sub-committees inside the Palestinian territories and charitable societies.

In November 2000 the Saudi authorities were busy disbursing financial assistance to casualties and relatives of martyrs of Al-Quds intifada in Palestine.

The Executive Committee, an affiliate of the Saudi Committee for the Support of Al-Quds Intifada, disbursed money to the deserving families of Palestinian martyrs and to the injured who received medical treatment in Saudi Arabia and Palestine.

The Committee, led by Prince Naif Ibn Abdul Aziz, Interior Minister, decided to disburse SR20,000 to each martyr's family and SR15,000 to each injured Palestinian who was receiving medical treatment in the Saudi hospitals .

Also in November 2000 and in line with directives by Prince Naif Ibn Abdul Aziz, the Interior Minister and General Supervisor of the Saudi Committee for the Support of Al Quds intifada, a sum of SR15,000 has been given to each of the fifteen injured Palestinians, who left the Kingdom of Saudi Arabia on completion of their hospital treatment in the Kingdom.

The Committee and its sub-committees have been following up the cases of the injured Palestinians who have come to the Kingdom for medical treatment. In addition, the Saudi Committee for the support of Al Quds intifada gave support to the sons and families of the martyrs of the blessed Al Aqsa intifada.

In October 2000 the local committee of fund raising to support Al-Quds intifada, headed by Prince Salman Ibn Abdul Aziz, Governor of Riyadh region, received donations to support the Palestinian brothers in response to the campaign organized by the Kingdom in this regard. The total of those donations in Riyadh region was 150,000,00 Saudi Riyals, in addition to the jewelry and real estate ownership documents received previously by the committee. The money was deposited in the unified account number 98.

Prince Salman then expressed thanks and appreciation to all those who had provided donations for their brothers in the occupied territories and urged everyone to donate what they could to help their brothers who are resisting Israeli injustice and arrogance.