

# KREINDLER & KREINDLER LLP

Harry E. Kreindler (1919-1984)
Lee S. Kreindler (1949-2003)
Marc S. Moller
Steven R. Pounian
James P. Kreindler
David C. Cook
David Beekman
Blanca I. Rodriguez
Noah H. Kushlefsky
Robert J. Spragg
Brian J. Alexander
Justin T. Green
Gretchen M. Nelson*
Stuart R. Fraenkel*

Francis G. Fleming
Paul S. Edelman
Milton G. Sincoff
Andrew J. Maloney, III
   Counsel

100 Park Avenue
New York, NY 10017-5590
(212) 687-8181
Fax: (212) 972-9432
www.kreindler.com

Susan A. Friery, M.D.**
Daniel O. Rose
Jacqueline M. James
Brendan S. Maher
Susan D. Bainnson
Dennis J. Nolan
Myrna Ocasio
Vincent I. Parrett
William O. Angelley

California Office
707 Wilshire Boulevard
Suite 5070
Los Angeles, CA 90017-3613
(213) 622-6469
Fax: (213) 622-6019

*Admitted in CA only
**Admitted in MA & DC only

July 29, 2004

**VIA HAND DELIVERY**
The Honorable Richard C. Casey
United States District Court for the
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1950
New York, New York 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-30-04
```

    Re:    In Re: Terrorist Attack on September 11, 2001
            MDL No. 1570
            Ashton, Burnett & Federal Ins. Co., et al. v. al Qaeda, et al.

Dear Judge Casey:

       As the Court is aware, to promote efficiency and prevent the Court from having to read seventy-five pages of similar material on each motion, tomorrow the *Ashton, Burnett* and *Federal* plaintiffs are filing a consolidated brief in opposition to motions to dismiss filed by defendant, Salman bin Abdul Aziz al-Saud. However, addressing the issues raised in three separate complaints and incorporating the ideas of the different law firms involved requires slightly more than the twenty-five pages per brief allowed under the Court's rules.

       Plaintiffs respectfully request leave of Court to submit a thirty page consolidated brief in opposition to Prince Salman's motion to dismiss. We have asked counsel for Prince Salman to agree to a page extension and counsel does not oppose the request as long as plaintiffs consent to an additional five pages for his reply, which we do.

Honorable Richard C. Casey
July 28, 2004
Page Two

                                                  Respectfully submitted,

                                                  Kreindler & Kreindler LLP

                                                  By: James P. Kreindler

cc:    All Counsel of Record (via e-mail)

Dated: July 29, 2004

BY THE COURT:

_____
Richard C. Casey           J.