IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACK ON SEPTEMBER 11, 2001 | CASE NO. 03 MD 1570 (RCC) |

*This document relates to*:   Federal Insurance Co. v. al Qaida
Case No. 03-CV-6978

### [PROPOSED] ORDER

UPON CONSIDERATION OF the Notice of Motion and Memorandum of Law in Support of African Muslim Agency, Grove Corporate, Inc., Heritage Education Trust, International Institute of Islamic Thought, Mar-Jac Investments, Inc., Mena Corporation, Reston Investments, Inc., Safa Trust, Sana-Bell, Inc., Sterling Charitable Gift Fund, Sterling Management Group, Inc., and York Foundation's Motion To Strike Portions of Plaintiffs' Opposition Briefs, any opposition thereto, and any reply, it is hereby

ORDERED that the Motion to Strike is GRANTED; and it is further

ORDERED that all references to matters outside the First Amended Complaint of Plaintiffs Federal Insurance Company, et al. shall be stricken from the record.

Dated: _____
       New York, NY                         _____
                                            RICHARD CONWAY CASEY
                                            United States District Judge

Gray Cary\DC\14008945.1
2103638-6