**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

IN RE TERRORIST ATTACK                         CASE NO. 03 MD 1570 (RCC)
ON SEPTEMBER 11, 2001

*This document relates to*:      Federal Insurance Co. v. al Qaida
                                 Case No. 03-CV-6978

## [PROPOSED] ORDER

UPON CONSIDERATION OF the Notice of Motion and Memorandum of Law in

Support of Taha Al-Alwani, Jamal Barzinji, M. Omar Ashraf, Muhammad Ashraf, M. Yaqub

Mirza, and Iqbal Unus's Motion To Strike Portions of Plaintiffs' Opposition Briefs, any

opposition thereto, and any reply, good cause having been shown, it is hereby

ORDERED that the Motion to Strike is GRANTED; and it is further

ORDERED that all references to matters outside the First Amended Complaint of

Plaintiffs Federal Insurance Company, et al. shall be stricken from the record.

Dated: _____          _____
          New York, NY                RICHARD CONWAY CASEY
                                      United States District Judge