(A1675.

T. Barry Kingham (TBK-1219)
Daria M. Ciaputa (DC-0490)
Jesse Clarke (JC-4410)
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178
(212) 696-6000
Fax (212) 697-1559

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-3-04
```

Attorneys for HRH Prince Abdullah Al Faisal Bin Abdulaziz Al Saud, Alfaisaliah Group, Faisal Group Holding Co., and Mohammed Bin Abdulrahman Al Ariefy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE: TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

**STIPULATION AND ORDER**

03 MDL 1570 (RCC)
ECF Case

*This document relates to: Federal Insurance Company v. Al Qaida, 03 CIV 6978 (RCC)*

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for plaintiffs and for defendants HRH Prince Abdullah Al Faisal Bin Abdulaziz Al Saud, Alfaisaliah Group, Faisal Group Holding Co., and Mohammed Bin Abdulrahman Al Ariefy (the "defendants"), as follows:

    1.    The time for defendants to answer, move or otherwise respond to the extant complaint in this action is extended to July 30, 2004.

    2.    In the event defendants file motions to dismiss, as anticipated, plaintiffs' response shall be filed within sixty days of receipt of same from defendants' counsel.

    3.    Defendants will reply to plaintiffs' response within fifteen days of receipt of same from plaintiffs' counsel.

    4.    Defendants HRH Prince Abdullah Al Faisal Bin Abdulaziz Al Saud, Alfaisaliah Group, Faisal Group Holding Co., and Mohammed Bin Abdulrahman Al Ariefy



hereby waive all affirmative defenses, objections and arguments relating to service of process during the course of this litigation.

Dated: New York, New York
     July 2(, 2004

| COZEN O'CONNOR | CURTIS, MALLET-PREVOST, COLT & MOSLE LLP |
|---|---|
| By: _____<br>Elliott Feldman<br>Sean Carter<br>Admitted *pro hac vice*<br>1900 Market Street<br>Philadelphia, PA 19103<br>(215) 665-2071<br><br>Counsel for Plaintiffs | By: _____<br>T. Barry Kingham (TBK/1219)<br>Daria M. Ciaputa (DC-0490)<br>101 Park Avenue<br>New York, New York 10178<br>(212) 696-6000<br><br>Counsel for HRH Prince Abdullah Al Faisal Bib Abdulaziz Al Saud and Alfaisaliah Group, Faisal Group Holding Co., and Mohammed Bin Abdulrahman Al Ariefy |

SO ORDERED: _____  8/2/04
                 Honorable Richard C. Casey