# EXHIBIT A



PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES

# COZEN
# O'CONNOR
## ATTORNEYS

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com

Sean P. Carter
Direct Phone  215.665.2105
Direct Fax    215.701.2105
scarter@cozen.com

June 16, 2004

**VIA FACSIMILE**

Louis Cohen, Esquire
Wilmer Cutler Pickering, LLP
2445 M Street
Washington, DC 20037

Re:   Federal Insurance Co., et al. v. al Qaida, et al.
      Our File No.: 117430

Dear Mr. Cohen:

In accordance with the requirements of Rule 11, I am writing to respond to your request that the *Federal Insurance* plaintiffs withdraw certain allegations asserted against Prince Mohamed al-Faisal al-Saud in their Amended Complaint. In particular, you have requested that the *Federal Insurance* plaintiffs withdraw the allegation within Paragraph 473 of the Complaint that Prince Mohamed "chairs ... the al-Shamal Bank" of the Sudan, as well as the allegations of Paragraphs 475 and 476 of the Complaint relating to Prince Mohamed's alleged contributions to specified charitable organizations.

After further review, we have concluded that the allegation that Prince Mohamed chaired the al-Shamal Bank was based on inaccurate information. The inaccuracy arose from an error in the translation of a document referencing Prince Mohamed's position in Shamil Bank of Bahrain. Accordingly, we will be withdrawing the allegation that Prince Mohamed chaired the al-Shamal Bank of Sudan.

In addition, while the allegations of paragraphs 475 and 476 of the Complaint were based on information obtained through reasonable inquiry, we have decided that the underlying evidence lacks sufficient credibility to maintain these allegations at this time. Therefore, we agree to withdraw the allegations of those paragraphs as well, but reserve the right to reassert those claims should further discovery warrant.

Louis Cohen, Esquire
June 16, 2004
Page 2

---

At your earliest opportunity, please call me so that we may discuss the terms of the stipulation to effect the withdraw of the foregoing allegations.

I look forward to hearing from you in the immediate future.

Very truly yours,

COZEN O'CONNOR

*Sean P. Carter/bdw*

BY:   SEAN P. CARTER

SPC/bdw