

# KREINDLER & KREINDLER LLP

Harry E. Kreindler (1919-1984)
Lee S. Kreindler (1949-2003)
Marc S. Moller
Steven R. Pounian
James P. Kreindler
David C. Cook
David Beekman
Blanca I. Rodriguez
Noah H. Kushlefsky
Robert J. Spragg
Brian J. Alexander
Justin T. Green
Gretchen M. Nelson*
Stuart R. Fraenkel*
───
Francis G. Fleming
Paul S. Edelman
Milton G. Sincoff
Andrew J. Maloney, III
Counsel

100 Park Avenue
New York, NY 10017-5590
(212) 687-8181
Fax: (212) 972-9432
www.kreindler.com

Susan A. Friery, M.D.**
Daniel O. Rose
Jacqueline M. James
Brendan S. Maher
Susan D. Bainnson
Dennis J. Nolan
Myrna Ocasio
Vincent I. Parrett
William O. Angelley

California Office
707 Wilshire Boulevard
Suite 5070
Los Angeles, CA 90017-3613
(213) 622-6469
Fax: (213) 622-6019

*Admitted in CA only
**Admitted in MA & DC only

July 30, 2004



**VIA HAND DELIVERY**
The Honorable Richard C. Casey
United States District Court for the
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1950
New York, New York 10007-1312

    Re:    In Re: Terrorist Attack on September 11, 2001
           MDL No. 1570
           Ashton, Burnett & Federal Ins. Co., et al. v. al Qaeda, et al.

Dear Judge Casey:

        As the Court is aware, to promote efficiency and prevent the Court from having to read seventy-five pages of similar material on each motion, tomorrow the *Ashton, Burnett* and *Federal* plaintiffs are filing a consolidated brief in opposition to motions to dismiss filed by defendant, Naif bin Abdulaziz al-Saud. However, addressing the issues raised in three separate complaints and incorporating the ideas of the different law firms involved requires slightly more than the twenty-five pages per brief allowed under the Court's rules.

        Plaintiffs respectfully request leave of Court to submit a thirty page consolidated brief in opposition to Naif bin Abdulaziz al-Saud's motion to dismiss. We have asked counsel for Naif bin Abdulaziz al-Saud to agree to a page extension and counsel does not oppose the request as long as plaintiffs consent to an additional five pages for his reply,

Honorable Richard C. Casey
July 28, 2004
Page Two

which we do.

Respectfully submitted,

Kreindler & Kreindler LLP

By /s/ James P. Kreindler
James P. Kreindler

cc:   All Counsel of Record (via e-mail)

Dated: July August 2, 2004

BY THE COURT:

_____
Richard C. Casey        J.