**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | **Civil Action No. 03 MDL 1570 (RCC)** |
| This document relates to: | |
| FEDERAL INSURANCE CO., et al., *Plaintiffs*, v. AL QAIDA, et al., *Defendants*. | **Civil Action No. 03 CV 6978 (RCC)** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 12(b), defendant the Kingdom of Saudi Arabia, by and through undersigned counsel, hereby makes a limited appearance for the purpose of moving the Court, before the Honorable Richard C. Casey, United States District Judge, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an order dismissing all of the claims asserted against the Kingdom of Saudi Arabia for want of jurisdiction. A memorandum of law in support of this Motion is annexed hereto.

Dated:  August 4, 2004

                                      Respectfully submitted,

                                      KELLOGG, HUBER, HANSEN,
                                        TODD & EVANS, P.L.L.C.

                                                      /s/
                                      Mark C. Hansen (MH0359)
                                      Michael K. Kellogg (MK4579)
                                      David C. Frederick (DF4906)
                                      Michael J. Guzman (MG9623)
                                      J.C. Rozendaal (JR1430)

                                      Sumner Square
                                      1615 M Street, N.W., Suite 400
                                      Washington, D.C. 20036-3209
                                      Telephone:    (202) 326-7900
                                      Facsimile:    (202) 326-7999

                                      *Attorneys for the Kingdom of Saudi Arabia*