UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | ) ) ) ) | **Civil Action No. 03 MDL 1570 (RCC)** |

This document relates to:

|  |  |  |
|---|---|---|
| FEDERAL INSURANCE CO., et al., *Plaintiffs*, v. AL QAIDA, et al., *Defendants*. | ) ) ) ) ) ) ) ) ) | **Civil Action No. 03 CV 6978 (RCC)** |

## ORDER

This matter is before the Court upon the motion of the Kingdom of Saudi Arabia to dismiss the complaint of Plaintiffs Federal Insurance Co., *et al.*, filed on August 4, 2004. Upon consideration of said motion, the opposition, the supporting materials and arguments, and for good cause shown,

**IT IS HEREBY ORDERED** this _____ day of _____ 2004 that all claims against the Kingdom of Saudi Arabia are **DISMISSED**.

_____
United States District Judge