**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | **Civil Action No. 03 MDL 1570 (RCC)** |

This document relates to:

|  |  |
|---|---|
| FEDERAL INSURANCE CO., et al., *Plaintiffs*, v. AL QAIDA, et al., *Defendants*. | **Civil Action No. 03 CV 6978 (RCC)** |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 12(b) and the Diplomatic Relations Act of 1978, 22 U.S.C. § 254d, defendant HRH Prince Bandar bin Sultan bin Abdulaziz ("Prince Bandar"), by and through undersigned counsel, hereby makes a limited appearance for the purpose of moving the Court, before the Honorable Richard C. Casey, United States District Judge, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an order both dismissing all of the claims asserted against Prince Bandar for want of jurisdiction and quashing service of process upon him on grounds of diplomatic immunity. A memorandum of law (with exhibits) in support of this Motion is annexed hereto.

-2-

Dated: August 4, 2004

                                                  Respectfully submitted,

                                                  KELLOGG, HUBER, HANSEN,
                                                    TODD & EVANS, P.L.L.C.

                                                                  /s/
                                                Mark C. Hansen (MH0359)
                                                Michael K. Kellogg (MK4579)
                                                David C. Frederick (DF4906)
                                                Michael J. Guzman (MG9623)
                                                J.C. Rozendaal (JR1430)

                                                Sumner Square
                                                1615 M Street, N.W., Suite 400
                                                Washington, D.C. 20036-3209
                                                Telephone:    (202) 326-7900
                                                Facsimile:     (202) 326-7999

                                                *Attorneys for HRH Prince Bandar bin*
                                                *Sultan bin Abdulaziz*