# EXHIBIT A



To Whom It May Concern:

This is to certify that I, Lawrence Dunham, Assistant Chief of Protocol of the United States Department of State, am responsible for registering and maintaining the official records of diplomatic and consular officers, and other employees of foreign governments and international organizations in the United States and its territories.

A review of the official records of the Department of State indicates that His Royal Highness Prince Bandar Bin Sultan presented his credentials to the President of the United States on October 24, 1983, as Ambassador Extraordinary and Plenipotentiary of the Kingdom of Saudi Arabia. He continues to serve in that capacity. At the time of Prince Bandar's appointment, Her Royal Highness Haifa Al-Faisal, his spouse and not a citizen of the United States, was notified to the Department as a member of his family forming part of his household.

The privileges and immunities which diplomatic agents enjoy in the United States are set forth in the Vienna Convention on Diplomatic Relations (23 UST 3227; TIAS 7502; 500 UNTS 95). Article 29 of the Convention states: "The person of a diplomatic agent shall be inviolable. He shall not be liable to any form of arrest or detention. The receiving State shall treat him with due respect and shall take all appropriate steps to prevent any attack on his person, freedom or dignity."

Article 31 of the Convention further provides:

04024623-1

# United States of America



## DEPARTMENT OF STATE

*To all to whom these presents shall come, Greetings:*

Certify That Lawrence Dunham, whose name is subscribed to the document hereunto annexed, was at the time of subscribing the same Assistant Chief, Office of Protocol, Department of State, United States of America, and that full faith and credit are due to his acts as such.

In testimony whereof, I, Colin L. Powell, Secretary of State, have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this thirtieth day of July, 2004.

_____
Secretary of State

By _____
Assistant Authentication Officer,
Department of State

*Issued pursuant to CHPter date of Sept 1789, 1 Stat 9; 22 USC 7; 22USC 262 USC 30 USE 1733 et. s USC 14 RULE 44 Feder s of Ci edure.*

*This ificate is not valid if it is removed or altered in any way whatsoever*

- 2 -

1. A diplomatic agent shall enjoy immunity from the criminal jurisdiction of the receiving State. He shall also enjoy immunity from its civil and administrative jurisdiction, except in the case of:

> (a) a real action relating to private immovable property situated in the territory of the receiving State, unless he holds it on behalf of the sending State for the purposes of the mission;
>
> (b) an action relating to succession in which the diplomatic agent is involved as executor, administrator, heir or legatee as a private person and not on behalf of the sending State;
>
> (c) an action relating to any professional or commercial activity exercised by the diplomatic agent in the receiving State outside his official functions.

2. A diplomatic agent is not obliged to give evidence as a witness.

*******************

Finally, Article 37(1) of the Vienna Convention accords to members of the family of a diplomatic agent forming part of his household, if they are not nationals of the receiving State, the same privileges and immunities as the diplomatic agent.

_____
Lawrence Dunham
Assistant Chief of Protocol

Department of State,
Washington, July 19, 2004.