UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE:  TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | **Civil Action No. 03 MDL 1570 (RCC)** |
| This document relates to: | |
| FEDERAL INSURANCE CO., et al.,     *Plaintiffs*, v. AL QAIDA, et al.,     *Defendants*. | **Civil Action No. 03 CV 6978 (RCC)** |

**ORDER**

This matter is before the Court upon the motion of HRH Prince Bandar bin Sultan bin Abdulaziz to dismiss the complaint of Plaintiffs Federal Insurance Co., *et al.*, and to quash service of process, filed on August 4, 2004.  Upon consideration of said motion, the opposition, the supporting materials and arguments, and for good cause shown,

**IT IS HEREBY ORDERED** this _____ day of _____ 2004 that all claims against Prince Bandar are **DISMISSED**.

_____
United States District Judge