# Exhibit 1

## Summary of Excerpted Final Findings of the
## National Commission on Terrorist Attacks Upon the United States

- In August 1996, bin Laden "condemned the Saudi monarchy for allowing the presence of any army of infidels in a land with the sites most sacred to Islam." Final Report of the Nat'l Comm'n on Terrorist Attacks Upon the U.S., at 48.

- Following denouncement by bin Laden and several Islamic clerics for allowing U.S. forces into the Kingdom, "[t]he Saudi government exiled the clerics and undertook to silence Bin Ladin." Id. at 57.

- Bin Laden believed the Saudis were at least partially responsible for an attempted assassination on his life. Id. at 63.

- When a chief al Qaeda operative sought to leave the organization, he "turned himself over to the Saudi government." Id. at 68.

- The Saudi government was responsible, in 1998, for disrupting bin Laden cells and arresting scores of individuals. Id. at 115.

- "The Saudi government . . . was already pressing [Pakistani Prime Minister] Sharif with regard to the Taliban and Bin Ladin. A senior State Department official concluded that Saudi Crown Prince Abdullah put 'a tremendous amount of heat' on the Pakistani prime minister during the prince's October 1998 visit to Pakistan." Id. at 123.

- In 1994, the Saudi government "froze the proceeds" of the sale of Osama bin Laden's share of the family company, "divesting Bin Ladin of what otherwise might indeed have been a large fortune." Id. at 170.

- "[W]e have found no evidence that the Saudi government as an institution or senior Saudi officials individually funded the organization." Id. at 171.

- "[W]e have seen no evidence that any foreign government—or foreign government official—supplied any funding." Id. at 172.

- September 11 conspirator Ramzi Binalshibh argues that so many of the 9/11 hijackers were Saudi because "al Qaeda wanted to send a message to the government of Saudi Arabia about its relationship with the United States." Id. at 232.

- The 9/11 Commission found that the "goal of violent jihad also extends to overthrowing Sunni governments (such as the House of Saud) that are not living up the ideals of the Islamic extremists." Id. at 372.

- "The Kingdom of Saudi Arabia is now locked in mortal combat with al Qaeda." Id. at 373.