KING & SPALDING LLP
Richard A. Cirillo  (RC 7472)
Richard T. Marooney, Jr.  (RM 0276)
Jeanette M. Viggiano  (JV 0802)
1185 Avenue of the Americas
New York, NY  10036-4003
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222

*Attorneys for Defendant Arab Bank Plc*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
                                                                   :
**In re Terrorist Attacks on September 11, 2001**                  :   03 MDL 1570 (RCC)
                                                                   :
------------------------------------------------------------------ x

This Document Relates To:                                          :
*Federal Insurance Co., et al. v. Al-Qaida, et al.*;               :   03 CV 6978 (RCC)
                                                                   :   **ORAL ARGUMENT**
                                                                   :   **REQUESTED**
                                                                   :
------------------------------------------------------------------ x

## CERTIFICATE OF SERVICE

I hereby certify that, on this 10th day of August 2004, I caused a true and correct copy of ARAB BANK PLC's REPLY MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS to be filed with the United States District Court for the Southern District of New York pursuant to the Court's Electronic Case Filing ("ECF") system, which constitutes service upon all parties who are Filing Users in the above-captioned action, pursuant to Procedure 9 of the Court's Procedures for ECF.

                                                         /s/ Jeanette M. Viggiano
                                                          Jeanette M. Viggiano