THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | ) ) ) ) | **Civil Action No. 03MDL1570 (RCC)** |

This document relates to:

|  |  |  |
|---|---|---|
| THOMAS BURNETT, SR., et al., Plaintiffs, v. AL BARAKA INVESTMENT & DEVELOPMENT CORP., et al., Defendants. | ) ) ) ) ) ) ) ) ) ) | **Civil Action No. 03 CV 9849 (RCC)** |

## ORDER

This matter is before the Court upon the motion of the Burnett Plaintiffs to reconsider the Order Dismissing All Claims Against His Royal Highness Prince Turki Al-Faisal bin Abdulaziz Al-Saud. Upon consideration of said motion, the opposition, the supporting materials, and arguments, and for good cause shown,

**IT IS HEREBY ORDERED** this _____ day of _____ 2004 that the Plaintiffs' motion is **DENIED**.

_____
United States District Judge