COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION
RICHMOND

04-06-01-0612

June 2, 2004

File Number      : 03CV6978RCC
Adversary Number :

Received of:

J SCOTT TARBUTTON
COZEN O'CONNOR
1900 MARKET ST
PHILADELPHIA, PA  19103

This is your receipt for $30.00 on account of service of process on the Clerk of the Commission in the case of:

FEDERAL INSURANCE COMPANY, ET AL

VS

AL QAIDA, ET AL

Service was made by Federal Express in Richmond, Virginia on May 28, 2004.

The process was sent today by First Class mail to:

TAIBAH INTERNATIONAL AID ASSOCIATION
360 S WASHINGTON ST #104
FALLS CHURCH, VA  220460000

Sincerely,

Joel H. Peck
Clerk of the Commission

SERVOP
CIS0317