

**U.S. Department of Justice**

**Federal Bureau of Prisons**

---

Office of the Warden                    Phoenix, Arizona 85086

June 17, 2004

**MEMORANDUM FOR MIKE EGAN**

**FROM:** Dave Morales

**SUBJECT:** A. Rossam Reg #29638-086

In accordance with your request, I delivered the copy of the law suit to inmate A. Rossam Reg# 29638-086 on 6/14/04.



AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

| SOUTHERN | DISTRICT OF | NEW YORK |

IN RE TERRORIST ATTACK
ON SEPTEMBER 11, 2001

Federal Insurance Company, et al.

V.

al-Qaida, et al.

SUPPLEMENTAL
## SUMMONS IN A CIVIL CASE

CASE NUMBER: 03 MD 1570
03CV6978 RCC

TO: (Name and address of defendant)

ALL DEFENDANTS ON ATTACHED RIDER

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael J. Sommi, Esq.
Cozen O'Connor
45 Broadway Atrium
Suite 1600
New York, NY 10006

an answer to the complaint which is herewith served upon you, within _____twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

MAR 10 2004

CLERK

*Jessica Ross* (signature)

(BY) DEPUTY CLERK

DATE



AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 6/17/04 |
| NAME OF SERVER (PRINT) MICHAEL EGAN | TITLE CHIEF, WITNESS SECURITY |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): INMATE ROSSAM PROVIDED A COPY OF THE MATERIAL THIS DATE.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/17/04
           Date

Signature of Server: Michael Egan

Address of Server: Federal Bureau of Prisons
320 First Street, NW
Room 524
Washington, DC 20534

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.