UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
                                                                   :
In re Terrorist Attacks on September 11, 2001    :    03 MD 1570 (RCC)
                                                                   :    ECF Case
------------------------------------------------------------------ x

This document relates to: *Federal Insurance Company, et al. v. Al Qaida, et al.*, 03 CV 6978 (RCC)

STIPULATION EXTENDING TIME TO RESPOND

It is HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendant Saudi American Bank by and through their respective undersigned counsel, that:

1. The undersigned Defendant's counsel will execute a waiver of service of summons on behalf of defendant Saudi American Bank with respect to the First Amended Complaint in the above-captioned litigation.

2. Defendant Saudi American Bank will answer or otherwise move against the First Amended Complaint on or before August 27, 2004.

3. If Saudi American Bank moves against the First Amended Complaint, it is agreed that Plaintiffs' response shall be served within sixty days of service of the motion. It is further agreed that Defendant Saudi American Bank's reply papers shall be served within twenty-one days after service of plaintiffs' opposing papers.

Dated: August 12, 2004

COZEN O'CONNOR, PC
Attorneys for Plaintiffs

By: _____
J. Scott Tarbutton
1900 Market Street
Philadelphia, PA 19103

SHEARMAN & STERLING LLP
Counsel for Defendant Saudi American Bank

By: _____
Henry Weisburg (HW 9820)
Brian H. Polovoy (BP 06752)
Daniel M. Segal (DS 2106)
599 Lexington Avenue
New York, NY 10022-6069

So Ordered:

_____
Richard Conway Casey, U.S.D.J.