# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

_____
                                                  )
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001     )       03 MDL No. 1570 (RCC)
_____)          ECF Case


This document relates to:

C.A. No. 03-CV-9849 (RCC)
THOMAS E. BURNETT, SR., *et al.* v. AL BARAKA INVESTMENT & DEVELOPMENT CORP., *et al.*


## DEFENDANT SOLIMAN H.S. AL-BUTHI'S
## ANSWER TO THIRD AMENDED COMPLAINT

Defendant Soliman H.S. Al-Buthi (D59) ("Al-Buthi"), through undersigned counsel, and

pursuant to Rule 12, Fed. R. Civ. P., hereby submits his Answer to the *Burnett* Plaintiffs' Third

Amended Complaint ("Complaint").

### Introduction

Pages 199-220 of the Complaint set forth general allegations as to the nature of this case

to which no response is required.  To the extent that a response is required, Mr. Al-Buthi does

not possess sufficient information to admit or deny the allegations contained in the Introduction,

other than to deny that there is any basis for this action against him or that plaintiffs are entitled

to any relief against him.

### Jurisdiction and Venue

1.      Mr. Al-Buthi denies that this court has subject matter jurisdiction over him under

28 U.S.C. §§ 1331 and 1367, 18 U.S.C. § 1350 (Alien Tort Claims Act), and 18

U.S.C. §§ 2334 and 2338 (Anti-Terrorism Act).  Mr. Al-Buthi denies that

jurisdiction over plaintiffs' claims against him is proper under 28 U.S.C. §§

1330(a), 1332(a)(2), and 1605, because those provisions apply solely to actions against foreign states.

2. Mr. Al-Buthi denies that jurisdiction over plaintiffs' claims against him is proper under 28 U.S.C. §§ 1605(a)(5) and 1605(a)(7), because those provisions apply solely to actions against foreign states.

3. Mr. Al-Buthi denies that venue is proper under "28" [sic, 18] U.S.C. § 2334 (Anti-Terrorism Act).  Mr. Al-Buthi denies that venue is proper under 28 U.S.C. §§ 1391(d) and 1391(f)(4), because those provisions apply solely to actions against foreign states.

## Parties — Plaintiffs

4. Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 4.

## Factual Allegations Against Defendants

5. Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 5.

6. Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 6.

7. Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 7.

8. Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 8.

9.      Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 9.

10.      Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 10.

11.      Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 11.

12.      Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 12.

13.      Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 13.

14.      Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 14.

15.      Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 15.

16.      Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 16.

17.      Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 17.

18.      Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 18.

19.      Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 5.

20.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 20.

21.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 21.

22.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 22.

23.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 23.

24.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 24.

25.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 25.

26.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 26.

27.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 27.

28.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 28.

29.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 29.

30.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 30.

31.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 31.

32.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 32.

33.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 33.

34.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 34.

35.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 35.

36.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 36.

37.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 37.

38.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 38.

39.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 39.

40.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 40.

41.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 41.

42.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 42.

43.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 43.

44.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 44.

45.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 45.

46.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 46.

47.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 47.

48.     Mr. Al-Buthi denies the allegations in paragraph 48 insofar as they refer to him. Mr. Al-Buthi does not possess sufficient information to admit or deny all other allegations contained in paragraph 48.

49.     Mr. Al-Buthi denies the allegations in paragraph 49 insofar as they refer to him. Mr. Al-Buthi does not possess sufficient information to admit or deny all other allegations contained in paragraph 49.

50.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 50.

51.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 51.

52.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 52.

53.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 53.

54.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 54.

55.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 55.

56.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 56.

57.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 57.

58.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 58.

59.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 59.

60.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 60.

61.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 61.

62.    Mr. Al-Buthi denies the allegations in paragraph 62 insofar as they refer to him. Mr. Al-Buthi does not possess sufficient information to admit or deny all other allegations contained in paragraph 62.

63.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 63.

64.    Mr. Al-Buthi denies the allegations in paragraph 64 insofar as they refer to him. Mr. Al-Buthi does not possess sufficient information to admit or deny all other allegations contained in paragraph 64.

65.    Mr. Al-Buthi denies the allegations in paragraph 65 insofar as they refer to him. Mr. Al-Buthi does not possess sufficient information to admit or deny all other allegations contained in paragraph 65.

66.    Mr. Al-Buthi denies the allegations in paragraph 66 insofar as they refer to him. Mr. Al-Buthi does not possess sufficient information to admit or deny all other allegations contained in or contemplated by reference in paragraph 66.

67.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 67.

68.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 68.

69.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 69.

70.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 70.

71.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 71.

72.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 72.

73.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 73.

74.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 74.

75.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 75.

76.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 76.

77.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 77.

78.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 78.

79.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 79.

80.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 80.

81.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 81.

82.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 82.

83.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 83.

84.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 84.

85.     Mr. Al-Buthi denies the allegations in paragraph 85 insofar as they refer to him. Mr. Al-Buthi does not possess sufficient information to admit or deny all other allegations contained in paragraph 85.

86.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 86.

87.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 87.

88.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 88.

89.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 89.

90.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 90.

91.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 91.

92.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 92.

93.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 93.

94.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 94.

95.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 95.

96.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 96.

97.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 97.

98.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 98.

99.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 99.

100.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 100.

101.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 101.

102.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 102.

103.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 103.

104.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 104.

105.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 105.

106.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 106.

107.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 107.

108.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 108.

109.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 109.

110.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 110.

111.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 111.

112.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 112.

113.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 113.

114.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 114.

115.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 115.

116.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 116.

117.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 117.

118.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 118.

119.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 119.

120.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 120.

121.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 121.

122.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 122.

123.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 123.

124.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 124.

125.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 125.

126.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 126.

127.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 127.

128.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 128.

129.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 129.

130.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 130.

131.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 131.

132.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 132.

133.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 133.

134.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 134.

135.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 135.

136.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 136.

137.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 137.

138.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 138.

139.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 139.

140.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 140.

141.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 141.

142.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 142.

143.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 143.

144.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 144.

145.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 145.

146.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 146.

147.    Mr. Al-Buthi denies the allegations in paragraph 147 insofar as they refer to him. Mr. Al-Buthi does not possess sufficient information to admit or deny all other allegations contained in paragraph 147.

148.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 148.

149.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 149.

150.    Mr. Al-Buthi denies the allegations in paragraph 150 insofar as they refer to him. Mr. Al-Buthi does not possess sufficient information to admit or deny all other allegations contained in paragraph 150.

151.    Mr. Al-Buthi denies the allegations in paragraph 151 insofar as they refer to him. Mr. Al-Buthi does not possess sufficient information to admit or deny all other allegations contained in paragraph 151.

152.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 152.

153.    Mr. Al-Buthi denies the allegations in paragraph 153 insofar as they refer to him. Mr. Al-Buthi does not possess sufficient information to admit or deny all other allegations contained in paragraph 153.

154.    Mr. Al-Buthi denies the allegations in paragraph 154 insofar as they refer to him. Mr. Al-Buthi does not possess sufficient information to admit or deny all other allegations contained in paragraph 154.

155.   Mr. Al-Buthi denies the allegations in paragraph 155 insofar as they refer to him. Mr. Al-Buthi does not possess sufficient information to admit or deny all other allegations contained in paragraph 155.

156.   Mr. Al-Buthi denies the allegations in paragraph 156 insofar as they refer to him. Mr. Al-Buthi does not possess sufficient information to admit or deny all other allegations contained in paragraph 156.

157.   Mr. Al-Buthi denies the allegations in paragraph 157 insofar as they refer to himself.  Mr. Al-Buthi does not possess sufficient information to admit or deny all other allegations contained in paragraph 157.

158.   Mr. Al-Buthi denies the allegations in paragraph 158 insofar as they refer to him. Mr. Al-Buthi does not possess sufficient information to admit or deny all other allegations contained in paragraph 158.

159.   Mr. Al-Buthi denies the allegations in paragraph 159 insofar as they refer to him. Mr. Al-Buthi does not possess sufficient information to admit or deny all other allegations contained in paragraph 159.

160.   Mr. Al-Buthi denies the allegations in paragraph 160 insofar as they refer to him. Mr. Al-Buthi does not possess sufficient information to admit or deny all other allegations contained in paragraph 160.

161.   Mr. Al-Buthi denies the allegations in paragraph 161 insofar as they refer to him. Mr. Al-Buthi does not possess sufficient information to admit or deny all other allegations contained in paragraph 161.

162. Mr. Al-Buthi denies the allegations in paragraph 162 insofar as they refer to him. Mr. Al-Buthi does not possess sufficient information to admit or deny all other allegations contained in paragraph 162.

163. Mr. Al-Buthi denies the allegations in paragraph 163 insofar as they refer to him. Mr. Al-Buthi does not possess sufficient information to admit or deny all other allegations contained in paragraph 163.

164. Mr. Al-Buthi denies the allegations in paragraph 164 insofar as they refer to him. Mr. Al-Buthi does not possess sufficient information to admit or deny all other allegations contained in paragraph 164.

165. Mr. Al-Buthi denies the allegations in paragraph 165 insofar as they refer to him. Mr. Al-Buthi does not possess sufficient information to admit or deny all other allegations contained in paragraph 165.

166. Mr. Al-Buthi denies the allegations in paragraph 166 insofar as they refer to him. Mr. Al-Buthi does not possess sufficient information to admit or deny all other allegations contained in paragraph 166.

167. Mr. Al-Buthi denies the allegations in paragraph 167 insofar as they refer to him. Mr. Al-Buthi does not possess sufficient information to admit or deny all other allegations contained in paragraph 167.

168. Mr. Al-Buthi denies the allegations in paragraph 168 insofar as they refer to him. Mr. Al-Buthi does not possess sufficient information to admit or deny all other allegations contained in paragraph 168.

169.     Mr. Al-Buthi denies the allegations in paragraph 169 insofar as they refer to him. Mr. Al-Buthi does not possess sufficient information to admit or deny all other allegations contained in paragraph 169.

170.     Mr. Al-Buthi denies the allegations in paragraph 170 insofar as they refer to him. Mr. Al-Buthi does not possess sufficient information to admit or deny all other allegations contained in paragraph 170.

171.     Mr. Al-Buthi denies the allegations in paragraph 171 insofar as they refer to him. Mr. Al-Buthi does not possess sufficient information to admit or deny all other allegations contained in paragraph 171.

172.     Mr. Al-Buthi denies the allegations in paragraph 172 insofar as they refer to him. Mr. Al-Buthi does not possess sufficient information to admit or deny all other allegations contained in paragraph 172.

173.     Mr. Al-Buthi admits that Aqeel al-Aqeel and Mansour al-Kadi were formerly officers of the Al Haramain Islamic Foundation, Inc. (U.S.A.).  Mr. Al-Buthi does not possess sufficient information to admit or deny all other allegations contained in paragraph 173, to the extent an additional response is required.

174.     Mr. Al-Buthi denies the allegations in paragraph 174 insofar as they refer to him. Mr. Al-Buthi does not possess sufficient information to admit or deny all other allegations contained in paragraph 174, to the extent an additional response is required.

175.  Mr. Al-Buthi denies the allegations in paragraph 175 insofar as they refer to him. Mr. Al-Buthi does not possess sufficient information to admit or deny all other allegations contained in paragraph 175.

176.  Mr. Al-Buthi denies the allegations in paragraph 176 insofar as they refer to him. Mr. Al-Buthi does not possess sufficient information to admit or deny all other allegations contained in paragraph 176.

177.  Mr. Al-Buthi denies the allegations in paragraph 177 insofar as they refer to him. Mr. Al-Buthi does not possess sufficient information to admit or deny all other allegations contained in paragraph 177.

178.  Mr. Al-Buthi denies the allegations in paragraph 178 insofar as they refer to him. Mr. Al-Buthi does not possess sufficient information to admit or deny all other allegations contained in paragraph 178.

179.  Mr. Al-Buthi denies the allegations in paragraph 179 insofar as they refer to him. Mr. Al-Buthi does not possess sufficient information to admit or deny all other allegations contained in paragraph 179.

180.  Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 180.

181.  Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 181.

182.  Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 182.

183.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 183.

184.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 184.

185.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 185.

186.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 186.

187.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 187.

188.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 188.

189.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 189.

190.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 190.

191.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 191.

192.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 192.

193.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 193.

194.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 194.

195.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 195.

196.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 196.

197.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 197.

198.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 198.

199.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 199.

200.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 200.

201.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 201.

202.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 202.

203.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 203.

204.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 204.

205.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 205.

206.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 206.

207.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 207.

208.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 208.

209.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 209.

210.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 210.

211.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 211.

212.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 212.

213.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 213.

214.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 214.

215.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 215.

216.    Mr. Al-Buthi does not possess sufficient information to admit or deny the
        allegations contained in paragraph 216.

217.    Mr. Al-Buthi does not possess sufficient information to admit or deny the
        allegations contained in paragraph 217.

218.    Mr. Al-Buthi does not possess sufficient information to admit or deny the
        allegations contained in paragraph 218.

219.    Mr. Al-Buthi does not possess sufficient information to admit or deny the
        allegations contained in paragraph 219.

220.    Mr. Al-Buthi does not possess sufficient information to admit or deny the
        allegations contained in paragraph 220.

221.    Mr. Al-Buthi does not possess sufficient information to admit or deny the
        allegations contained in paragraph 221.

222.    Mr. Al-Buthi does not possess sufficient information to admit or deny the
        allegations contained in paragraph 222.

223.    Mr. Al-Buthi does not possess sufficient information to admit or deny the
        allegations contained in paragraph 223.

224.    Mr. Al-Buthi does not possess sufficient information to admit or deny the
        allegations contained in paragraph 224.

225.    Mr. Al-Buthi does not possess sufficient information to admit or deny the
        allegations contained in paragraph 225.

226.    Mr. Al-Buthi does not possess sufficient information to admit or deny the
        allegations contained in paragraph 226.

227. Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 227.

228. Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 228.

229. Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 229.

230. Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 230.

231. Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 231.

232. Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 232.

233. Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 233.

234. Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 234.

235. Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 235.

236. Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 236.

237. Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 237.

238.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 238.

239.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 239.

240.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 240.

241.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 241.

242.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 242.

243.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 243.

244.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 244.

245.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 245.

246.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 246.

247.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 247.

248.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 248.

249.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 249.

250.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 250.

251.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 251.

252.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 252.

253.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 253.

254.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 254.

255.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 255.

256.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 256.

257.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 257.

258.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 258.

259.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 259.

260.  Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 260.

261.  Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 261.

262.  Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 262.

263.  Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 263.

264.  Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 264.

265.  Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 265.

266.  Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 266.

267.  Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 267.

268.  Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 268.

269.  Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 269.

270.  Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 270.

271.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 271.

272.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 272.

273.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 273.

274.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 274.

275.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 275.

276.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 276.

277.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 277.

278.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 278.

279.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 279.

280.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 280.

281.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 281.

282.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 282.

283.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 283.

284.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 284.

285.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 285.

286.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 286.

287.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 287.

288.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 288.

289.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 289.

290.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 290.

291.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 291.

292.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 292.

293. Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 293.

294. Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 294.

295. Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 295.

296. Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 296.

297. Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 297.

298. Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 298.

299. Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 299.

300. Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 300.

301. Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 301.

302. Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 302.

303. Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 303.

304.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 304.

305.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 305.

306.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 306.

307.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 307.

308.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 308.

309.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 309.

310.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 310.

311.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 311.

312.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 312.

313.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 313.

314.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 314.

315.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 315.

316.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 316.

317.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 317.

318.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 318.

319.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 319.

320.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 320.

321.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 321.

322.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 322.

323.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 323.

324.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 324.

325.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 325.

326. Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 326.

327. Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 327.

328. Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 328.

329. Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 329.

330. Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 330.

331. Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 331.

332. Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 332.

333. Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 333.

334. Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 334.

335. Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 335.

336. Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 336.

337.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 337.

338.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 338.

339.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 339.

340.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 340.

341.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 341.

342.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 342.

343.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 343.

344.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 344.

345.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 345.

346.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 346.

347.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 347.

348.　　Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 348.

349.　　Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 349.

350.　　Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 350.

351.　　Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 351.

352.　　Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 352.

353.　　Mr. Al-Buthi denies the allegations in paragraph 353 insofar as they refer to him. Mr. Al-Buthi does not possess sufficient information to admit or deny all other allegations contained in paragraph 353.

354.　　Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 354.

355.　　Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 355.

356.　　Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 356.

357.　　Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 357.

358.    Mr. Al-Buthi does not possess sufficient information to admit or deny the
        allegations contained in paragraph 358.

359.    Mr. Al-Buthi denies the allegations in paragraph 359 insofar as they refer to him.
        Mr. Al-Buthi does not possess sufficient information to admit or deny all other
        allegations contained in paragraph 359.

360.    Mr. Al-Buthi does not possess sufficient information to admit or deny the
        allegations contained in paragraph 360.

361.    Mr. Al-Buthi does not possess sufficient information to admit or deny the
        allegations contained in paragraph 361.

362.    Mr. Al-Buthi does not possess sufficient information to admit or deny the
        allegations contained in paragraph 362.

363.    Mr. Al-Buthi does not possess sufficient information to admit or deny the
        allegations contained in paragraph 363.

364.    Mr. Al-Buthi does not possess sufficient information to admit or deny the
        allegations contained in paragraph 364.

365.    Mr. Al-Buthi does not possess sufficient information to admit or deny the
        allegations contained in paragraph 365.

366.    Mr. Al-Buthi does not possess sufficient information to admit or deny the
        allegations contained in paragraph 366.

367.    Mr. Al-Buthi does not possess sufficient information to admit or deny the
        allegations contained in paragraph 367.

368.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 368.

369.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 369.

370.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 370.

371.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 371.

372.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 372.

373.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 373.

374.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 374.

375.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 375.

376.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 376.

377.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 377.

378.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 378.

379.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 379.

380.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 380.

381.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 381.

382.   Mr. Al-Buthi denies the allegations in paragraph 382 insofar as they refer to him. Mr. Al-Buthi does not possess sufficient information to admit or deny all other allegations contained in paragraph 382.

383.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 383.

384.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 384.

385.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 385.

386.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 386.

387.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 387.

388.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 388.

389.    Mr. Al-Buthi does not possess sufficient information to admit or deny the
        allegations contained in paragraph 389.

390.    Mr. Al-Buthi does not possess sufficient information to admit or deny the
        allegations contained in paragraph 390.

391.    Mr. Al-Buthi does not possess sufficient information to admit or deny the
        allegations contained in paragraph 391.

392.    Mr. Al-Buthi does not possess sufficient information to admit or deny the
        allegations contained in paragraph 392.

393.    Mr. Al-Buthi does not possess sufficient information to admit or deny the
        allegations contained in paragraph 393.

394.    Mr. Al-Buthi does not possess sufficient information to admit or deny the
        allegations contained in paragraph 394.

395.    Mr. Al-Buthi does not possess sufficient information to admit or deny the
        allegations contained in paragraph 395.

396.    Mr. Al-Buthi does not possess sufficient information to admit or deny the
        allegations contained in paragraph 396.

397.    Mr. Al-Buthi does not possess sufficient information to admit or deny the
        allegations contained in paragraph 397.

398.    Mr. Al-Buthi does not possess sufficient information to admit or deny the
        allegations contained in paragraph 398.

399.    Mr. Al-Buthi does not possess sufficient information to admit or deny the
        allegations contained in paragraph 399.

400. Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 400.

401. Mr. Al-Buthi denies the allegations in paragraph 401 insofar as they refer to him. Mr. Al-Buthi does not possess sufficient information to admit or deny all other allegations contained in paragraph 401.

402. Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 402.

403. Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 403.

404. Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 404.

405. Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 405.

406. Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 406.

407. Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 407.

408. Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 408.

409. Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 409.

410.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 410.

411.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 411.

412.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 412.

413.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 413.

414.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 414.

415.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 415.

416.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 416.

417.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 417.

418.    Mr. Al-Buthi denies the allegations in paragraph 418 insofar as they refer to him. Mr. Al-Buthi does not possess sufficient information to admit or deny all other allegations contained in paragraph 418.

419.    Mr. Al-Buthi denies the allegations in paragraph 419 insofar as they refer to him. Mr. Al-Buthi does not possess sufficient information to admit or deny all other allegations contained in paragraph 419.

420.    Mr. Al-Buthi denies the allegations in paragraph 420 insofar as they refer to him. Mr. Al-Buthi does not possess sufficient information to admit or deny all other allegations contained in paragraph 420.

421.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 421.

422.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 422.

423.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 423.

424.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 424.

425.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 425.

426.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 426.

427.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 427.

428.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 428.

429.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 429.

430.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 430.

431.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 431.

432.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 432.

433.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 433.

434.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 434.

435.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 435.

436.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 436.

437.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 437.

438.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 438.

439.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 439.

440.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 440.

441.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 441.

442.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 442.

443.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 443.

444.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 444.

445.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 445.

446.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 446.

447.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 447.

448.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 448.

449.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 449.

450.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 450.

451.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 451.

452.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 452.

453.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 453.

454.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 454.

455.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 455.

456.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 456.

457.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 457.

458.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 458.

459.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 459.

460.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 460.

461.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 461.

462.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 462.

463.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 463.

464.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 464.

465.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 465.

466.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 466.

467.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 467.

468.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 468.

469.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 469.

470.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 470.

471.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 471.

472.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 472.

473.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 473.

474.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 474.

475.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 475.

476.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 476.

477.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 477.

478.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 478.

479.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 479.

480.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 480.

481.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 481.

482.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 482.

483.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 483.

484.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 484.

485.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 485.

486.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 486.

487.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 487.

488.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 488.

489.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 489.

490.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 490.

491.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 491.

492.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 492.

493.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 493.

494.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 494.

495.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 495.

496.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 496.

497.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 497.

498.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 498.

499.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 499.

500.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 500.

501.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 501.

502.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 502.

503.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 503.

504.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 504.

505.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 505.

506.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 506.

507.  Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 507.

508.  Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 508.

509.  Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 509.

510.  Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 510.

511.  Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 511.

512.  Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 512.

513.  Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 513.

514.  Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 514.

515.  Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 515.

516.  Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 516.

517.  Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 517.

518.  Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 518.

519.  Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 519.

520.  Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 520.

521.  Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 521.

522.  Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 522.

523.  Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 523.

524.  Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 524.

525.  Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 525.

526.  Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 526.

527.  Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 527.

528.  Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 528.

529.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 529.

530.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 530.

531.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 531.

532.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 532.

533.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 533.

534.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 534.

535.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 535.

536.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 536.

537.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 537.

538.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 538.

539.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 539.

540.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 540.

541.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 541.

542.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 542.

543.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 543.

544.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 544.

545.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 545.

546.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 546.

547.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 547.

548.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 548.

549.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 549.

550.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 550.

551.   Mr. Al-Buthi denies the allegations in paragraph 551 insofar as they refer to him. Mr. Al-Buthi does not possess sufficient information to admit or deny all other allegations contained in paragraph 551.

552.   Mr. Al-Buthi denies the allegations in paragraph 552 insofar as they refer to him. Mr. Al-Buthi does not possess sufficient information to admit or deny all other allegations contained in paragraph 552.

553.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 553.

554.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 554.

555.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 555.

556.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 556.

557.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 557.

558.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 558.

559.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 559.

560.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 560.

561.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 561.

562.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 562.

563.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 563.

564.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 564.

565.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 565.

566.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 566.

567.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 567.

568.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 568.

569.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 569.

570.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 570.

571.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 571.

572.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 572.

573.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 573.

574.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 574.

575.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 575.

576.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 576.

577.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 577.

578.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 578.

579.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 579.

580.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 580.

581.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 581.

582.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 582.

583.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 583.

584.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 584.

585.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 585.

586.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 586.

587.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 587.

588.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 588.

589.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 589.

590.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 590.

591.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 591.

592.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 592.

593.     Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 593.

594. Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 594.

595. Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 595.

596. Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 596.

597. Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 597.

598. Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 598.

599. Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 599.

600. Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 600.

601. Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 601.

602. Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 602.

603. Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 603.

604. Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 604.

605.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 605.

606.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 606.

607.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 607.

608.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 608.

609.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 609.

610.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 610.

611.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 611.

612.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 612.

613.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 613.

614.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 614.

615.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 615.

616.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 616.

617.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 617.

618.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 618.

619.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 619.

620.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 620.

621.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 621.

622.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 622.

623.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 623.

624.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 624.

625.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 625.

626.   Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 626.

627.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 627.

628.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 628.

629.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 629.

630.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 630.

631.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 631.

632.    To the extent that allegations in paragraph 632 refer to Mr. Al-Buthi, he denies them.  Mr. Al-Buthi does not possess sufficient information to admit or deny all other allegations contained in paragraph 632.

633.    To the extent that allegations in paragraph 633 refer to Mr. Al-Buthi, he denies them.  Mr. Al-Buthi does not possess sufficient information to admit or deny all other allegations contained in paragraph 633.

634.    Mr. Al-Buthi does not possess sufficient information to admit or deny the allegations contained in paragraph 634.

## CLAIMS

### Count One — Foreign Sovereign Immunities Act

635.    Count One only applies to plaintiffs' claims against foreign states; Mr. Al-Buthi is not a defendant under the Foreign Sovereign Immunities Act.  The allegations

of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

636. Count One only applies to plaintiffs' claims against foreign states; Mr. Al-Buthi is not a defendant under the Foreign Sovereign Immunities Act. The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

637. Count One only applies to plaintiffs' claims against foreign states; Mr. Al-Buthi is not a defendant under the Foreign Sovereign Immunities Act. The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

638. Count One only applies to plaintiffs' claims against foreign states; Mr. Al-Buthi is not a defendant under the Foreign Sovereign Immunities Act. The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

639. Count One only applies to plaintiffs' claims against foreign states; Mr. Al-Buthi is not a defendant under the Foreign Sovereign Immunities Act. The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

640. Count One only applies to plaintiffs' claims against foreign states; Mr. Al-Buthi is not a defendant under the Foreign Sovereign Immunities Act. The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

## Count Three — Anti-Terrorism Act

645.    The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

646.    The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

647.    The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

648.    The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

649.    The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

650.    The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

651.    The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

652.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

REQUESTED RELIEF (Count Three).  Mr. Al-Buthi denies that plaintiffs are entitled to any of the relief requested in their prayer for relief under Count Three against him, or that they are entitled to any relief in this action against him.

## Count Four — Alien Tort Claims Act

653.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

654.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

655.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

656.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

657.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

65

REQUESTED RELIEF (Count Four).  Mr. Al-Buthi denies that plaintiffs are entitled to any of the relief requested in their prayer for relief under Count Four against him, or that they are entitled to any relief in this action against him.

### Count Five — Wrongful Death

658. The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

659. The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

660. The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

661. The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

662. The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

663. The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

664.    The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

REQUESTED RELIEF (Count Five).  Mr. Al-Buthi denies that plaintiffs are entitled to any of the relief requested in their prayer for relief under Count Five against him, or that they are entitled to any relief in this action against him.

## Count Seven — Survival

668.    The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

669.    The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

670.    The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

REQUESTED RELIEF (Count Seven).  Mr. Al-Buthi denies that plaintiffs are entitled to any of the relief requested in their prayer for relief under Count Seven against him, or that they are entitled to any relief in this action against him.

## Count Eight — Intentional Infliction of Emotional Distress

671. The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

672. The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

673. The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

674. The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

675. The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

676. The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

REQUESTED RELIEF (Count Eight). Mr. Al-Buthi denies that plaintiffs are entitled to any of the relief requested in their prayer for relief under Count Eight against him, or that they are entitled to any relief in this action against him.

## Count Nine — Conspiracy

677.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

678.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

679.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

680.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

681.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

682.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

REQUESTED RELIEF (Count Nine).  Mr. Al-Buthi denies that plaintiffs are entitled to any of the relief requested in their prayer for relief under Count Nine against him, or that they are entitled to any relief in this action against him.

## Count Ten — Aiding and Abetting

683. The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

684. The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

685. The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

686. The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

687. The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

688. The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

REQUESTED RELIEF (Count Ten). Mr. Al-Buthi denies that plaintiffs are entitled to any of the relief requested in their prayer for relief under Count Ten against him, or that they are entitled to any relief in this action against him.

## Count Fourteen — Punitive Damages

715.    The allegations of this paragraph constitute a conclusion of law to which no
response is required.  To the extent a response is required, the allegations are
denied.

716.    The allegations of this paragraph constitute a conclusion of law to which no
response is required.  To the extent a response is required, the allegations are
denied.

717.    The allegations of this paragraph constitute a conclusion of law to which no
response is required.  To the extent a response is required, the allegations are
denied.

REQUESTED RELIEF (Count Fourteen).  Mr. Al-Buthi denies that plaintiffs are entitled
to any of the relief requested in their prayer for relief under Count Fourteen against him, or that
they are entitled to any relief in this action against him.

### Count Fifteen — Punitive Damages:  Agencies and Instrumentalities of the Foreign State Defendant

718.    Count Fifteen only applies to plaintiffs' claims against foreign states; Mr. Al-
Buthi is not a defendant under the Foreign Sovereign Immunities Act.  The
allegations of this paragraph constitute a conclusion of law to which no response
is required.  To the extent a response is required, the allegations are denied.

719.    Count Fifteen only applies to plaintiffs' claims against foreign states; Mr. Al-
Buthi is not a defendant under the Foreign Sovereign Immunities Act.  The
allegations of this paragraph constitute a conclusion of law to which no response
is required.  To the extent a response is required, the allegations are denied.

720.   Count Fifteen only applies to plaintiffs' claims against foreign states; Mr. Al-Buthi is not a defendant under the Foreign Sovereign Immunities Act.  The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

721.   Count Fifteen only applies to plaintiffs' claims against foreign states; Mr. Al-Buthi is not a defendant under the Foreign Sovereign Immunities Act.  The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

722.   Count Fifteen only applies to plaintiffs' claims against foreign states; Mr. Al-Buthi is not a defendant under the Foreign Sovereign Immunities Act.  The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

**Common Issues Requiring Consolidation**

723.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

**FIRST AFFIRMATIVE DEFENSE**

**(Failure to State a Claim)**

Plaintiffs' claims fail to state a claim against Mr. Al-Buthi for which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

### (Causation)

There is no causal connection between any of Mr. Al-Buthi's activities and plaintiffs' injuries.

## THIRD AFFIRMATIVE DEFENSE

### (Causation)

No act or omission of any agent, servant, or employee of Mr. Al-Buthi proximately caused any harm or damage to plaintiffs.

## FOURTH AFFIRMATIVE DEFENSE

### (Causation)

Mr. Al-Buthi's activities were not the proximate cause of any harm or damage to plaintiffs.

## FIFTH AFFIRMATIVE DEFENSE

### (Other Tortfeasors)

Plaintiffs' damages and injuries were caused by other individuals or entities who are, or are not, named as parties to this action.

## SIXTH AFFIRMATIVE DEFENSE

### (Improper Venue)

This Court is not the proper venue for plaintiffs' claims against Mr. Al-Buthi.

## SEVENTH AFFIRMATIVE DEFENSE

### (Subject Matter Jurisdiction)

This Court does not have subject matter jurisdiction over plaintiffs' claims against Mr. Al-Buthi.

## EIGHTH AFFIRMATIVE DEFENSE

### (Personal Jurisdiction)

This Court does not have personal jurisdiction over plaintiffs' claims against Mr. Al-Buthi.

## NINTH AFFIRMATIVE DEFENSE

### (Insufficient Service of Process)

Plaintiffs have failed to serve Mr. Al-Buthi as required by the Federal Rules of Civil Procedure.

## TENTH AFFIRMATIVE DEFENSE

### (Estoppel)

Plaintiffs are estopped from receiving the relief requested against Mr. Al-Buthi.

## ELEVENTH AFFIRMATIVE DEFENSE

(Statute of Limitations)

Plaintiffs' claims against Mr. Al-Buthi are barred, in whole or in part, by the applicable statute of limitation(s).

## TWELFTH AFFIRMATIVE DEFENSE

(Punitive Damages)

Plaintiffs' claims for punitive damages against Mr. Al-Buthi are barred because his activities, as alleged by plaintiffs, were not committed with intent, malice, willful and outrageous conduct aggravated by evil motive, or reckless indifference, and none of his activities in any way were intended to, or did harm, the plaintiffs in this action.

## THIRTEENTH AFFIRMATIVE DEFENSE

(No Double Recovery)

Plaintiffs' claims for compensatory and punitive damages are barred to the extent that some plaintiffs are also seeking recovery against Mr. Al-Buthi, for the same or similar claims, in the civil action styled _Ashton, et al._ v. Al-Qaeda Islamic Army, _et al._, No. 02-CV-6977 (RCC), and in other civil actions consolidated under _In re_ Terrorist Attacks on Sept. 11, 2001, No. 03 MDL No. 1570 (RCC), pending in the United States District Court for the Southern District of New York.

## FOURTEENTH AFFIRMATIVE DEFENSE

In response to plaintiffs' claims, Mr. Al-Buthi intends to invoke any other defenses, including affirmative defenses, as they may become apparent through discovery, and reserve the right, in accordance with the Federal Rules of Civil Procedure and the Local Civil Rules of the United States District Court for the Southern District of New York, to assert such defenses.

Mr. Al-Buthi requests that the Plaintiffs' Third Amended Complaint be dismissed with prejudice as to him, and that the Court award attorney's fees and costs to Mr. Al-Buthi in defending against a case with no factual or legal basis against Mr. Al-Buthi, and award any other relief that the Court deems just under the circumstances.

Respectfully submitted,

/S/ Lynne Bernabei

_____
Lynne Bernabei   D.C. Bar No. 938936
Alan R. Kabat   D.C. Bar No. 464258
Bernabei & Katz, PLLC
1773 T Street, N.W.
Washington, D.C. 20009-7139
(202) 745-1942

Attorneys for Defendant
          Soliman H.S. Al-Buthi (D59)

Dated:  August 20, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2004, I caused the foregoing to be served

electronically on counsel of record by the Court's Electronic Case Filing (ECF) System, pursuant

to ¶ 9(a) of Case Management Order No. 2 (June 16, 2004).


/s/ Alan R. Kabat
_____

Alan R. Kabat