**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

)
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001    )        03 MDL No. 1570 (RCC)
_____)        ECF Case

This document relates to:

C.A. No. 03-CV-9849 (RCC)
THOMAS E. BURNETT, SR., *et al.* v. AL BARAKA INVESTMENT & DEVELOPMENT CORP., *et al.*

**DEFENDANT PEROUZ SEDAGHATY'S
ANSWER TO THIRD AMENDED COMPLAINT**

      Defendant Perouz Sedaghaty (D60) ("Sedaghaty"), through undersigned counsel, and

pursuant to Rule 12, Fed. R. Civ. P., hereby submits his Answer to the *Burnett* Plaintiffs' Third

Amended Complaint ("Complaint").

**Introduction**

      Pages 199-220 of the Complaint set forth general allegations as to the nature of this case

to which no response is required.  To the extent that a response is required, Mr. Sedaghaty does

not possess sufficient information to admit or deny the allegations contained in the Introduction,

other than to deny that there is any basis for this action against him or that plaintiffs are entitled

to any relief against him.

**Jurisdiction and Venue**

1.     Mr. Sedaghaty denies that this court has subject matter jurisdiction over him

       under 28 U.S.C. §§ 1331 and 1367, 18 U.S.C. § 1350 (Alien Tort Claims Act),

       and 18 U.S.C. §§ 2334 and 2338 (Anti-Terrorism Act).  Mr. Sedaghaty denies

       that jurisdiction over plaintiffs' claims against him is proper under 28 U.S.C. §§

1330(a), 1332(a)(2), and 1605, because those provisions apply solely to actions against foreign states.

2.      Mr. Sedaghaty denies that jurisdiction over plaintiffs' claims against him is proper under 28 U.S.C. §§ 1605(a)(5) and 1605(a)(7), because those provisions apply solely to actions against foreign states.

3.      Mr. Sedaghaty denies that venue is proper under "28" [sic, 18] U.S.C. § 2334 (Anti-Terrorism Act).  Mr. Sedaghaty denies that venue is proper under 28 U.S.C. §§ 1391(d) and 1391(f)(4), because those provisions apply solely to actions against foreign states.

## Parties — Plaintiffs

4.      Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 4.

## Factual Allegations Against Defendants

5.       Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 5.

6.       Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 6.

7.       Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 7.

8.       Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 8.

9.      Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 9.

10.      Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 10.

11.      Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 11.

12.      Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 12.

13.      Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 13.

14.      Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 14.

15.      Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 15.

16.      Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 16.

17.      Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 17.

18.      Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 18.

19.      Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 5.

20.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 20.

21.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 21.

22.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 22.

23.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 23.

24.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 24.

25.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 25.

26.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 26.

27.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 27.

28.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 28.

29.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 29.

30.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 30.

31.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 31.

32.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 32.

33.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 33.

34.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 34.

35.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 35.

36.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 36.

37.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 37.

38.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 38.

39.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 39.

40.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 40.

41.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 41.

42.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 42.

43.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 43.

44.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 44.

45.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 45.

46.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 46.

47.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 47.

48.     Mr. Sedaghaty denies the allegations in paragraph 48 insofar as they refer to him. Mr. Sedaghaty does not possess sufficient information to admit or deny all other allegations contained in paragraph 48.

49.     Mr. Sedaghaty denies the allegations in paragraph 49 insofar as they refer to him. Mr. Sedaghaty does not possess sufficient information to admit or deny all other allegations contained in paragraph 49.

50.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 50.

51.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 51.

52.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 52.

53.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 53.

54.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 54.

55.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 55.

56.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 56.

57.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 57.

58.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 58.

59.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 59.

60.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 60.

61.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 61.

62. Mr. Sedaghaty denies the allegations in paragraph 62 insofar as they refer to him. Mr. Sedaghaty does not possess sufficient information to admit or deny all other allegations contained in paragraph 62.

63. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 63.

64. Mr. Sedaghaty denies the allegations in paragraph 64 insofar as they refer to him. Mr. Sedaghaty does not possess sufficient information to admit or deny all other allegations contained in paragraph 64.

65. Mr. Sedaghaty denies the allegations in paragraph 65 insofar as they refer to him. Mr. Sedaghaty does not possess sufficient information to admit or deny all other allegations contained in paragraph 65.

66. Mr. Sedaghaty denies the allegations in paragraph 66 insofar as they refer to him. Mr. Sedaghaty does not possess sufficient information to admit or deny all other allegations contained in or contemplated by reference in paragraph 66.

67. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 67.

68. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 68.

69. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 69.

70. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 70.

71.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 71.

72.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 72.

73.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 73.

74.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 74.

75.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 75.

76.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 76.

77.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 77.

78.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 78.

79.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 79.

80.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 80.

81.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 81.

82.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 82.

83.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 83.

84.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 84.

85.     Mr. Sedaghaty denies the allegations in paragraph 85 insofar as they refer to him. Mr. Sedaghaty does not possess sufficient information to admit or deny all other allegations contained in paragraph 85.

86.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 86.

87.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 87.

88.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 88.

89.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 89.

90.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 90.

91.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 91.

92.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 92.

93.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 93.

94.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 94.

95.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 95.

96.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 96.

97.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 97.

98.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 98.

99.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 99.

100.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 100.

101.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 101.

102.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 102.

103.  Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 103.

104.  Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 104.

105.  Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 105.

106.  Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 106.

107.  Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 107.

108.  Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 108.

109.  Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 109.

110.  Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 110.

111.  Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 111.

112.  Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 112.

113.  Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 113.

114.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 114.

115.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 115.

116.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 116.

117.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 117.

118.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 118.

119.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 119.

120.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 120.

121.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 121.

122.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 122.

123.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 123.

124.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 124.

125.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 125.

126.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 126.

127.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 127.

128.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 128.

129.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 129.

130.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 130.

131.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 131.

132.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 132.

133.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 133.

134.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 134.

135.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 135.

136.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 136.

137.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 137.

138.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 138.

139.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 139.

140.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 140.

141.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 141.

142.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 142.

143.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 143.

144.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 144.

145.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 145.

146.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 146.

147.    Mr. Sedaghaty denies the allegations in paragraph 147 insofar as they refer to him. Mr. Sedaghaty does not possess sufficient information to admit or deny all other allegations contained in paragraph 147.

148.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 148.

149.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 149.

150.    Mr. Sedaghaty denies the allegations in paragraph 150 insofar as they refer to him.  Mr. Sedaghaty does not possess sufficient information to admit or deny all other allegations contained in paragraph 150.

151.    Mr. Sedaghaty denies the allegations in paragraph 151 insofar as they refer to him.  Mr. Sedaghaty does not possess sufficient information to admit or deny all other allegations contained in paragraph 151.

152.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 152.

153.    Mr. Sedaghaty denies the allegations in paragraph 153 insofar as they refer to him. Mr. Sedaghaty does not possess sufficient information to admit or deny all other allegations contained in paragraph 153.

154.    Mr. Sedaghaty denies the allegations in paragraph 154 insofar as they refer to him. Mr. Sedaghaty does not possess sufficient information to admit or deny all other allegations contained in paragraph 154.

155.   Mr. Sedaghaty denies the allegations in paragraph 155 insofar as they refer to him.  Mr. Sedaghaty does not possess sufficient information to admit or deny all other allegations contained in paragraph 155.

156.   Mr. Sedaghaty denies the allegations in paragraph 156 insofar as they refer to him. Mr. Sedaghaty does not possess sufficient information to admit or deny all other allegations contained in paragraph 156.

157.   Mr. Sedaghaty denies the allegations in paragraph 157 insofar as they refer to himself.  Mr. Sedaghaty does not possess sufficient information to admit or deny all other allegations contained in paragraph 157.

158.   Mr. Sedaghaty denies the allegations in paragraph 158 insofar as they refer to him. Mr. Sedaghaty does not possess sufficient information to admit or deny all other allegations contained in paragraph 158.

159.   Mr. Sedaghaty denies the allegations in paragraph 159 insofar as they refer to him. Mr. Sedaghaty does not possess sufficient information to admit or deny all other allegations contained in paragraph 159.

160.   Mr. Sedaghaty denies the allegations in paragraph 160 insofar as they refer to him. Mr. Sedaghaty does not possess sufficient information to admit or deny all other allegations contained in paragraph 160.

161.   Mr. Sedaghaty denies the allegations in paragraph 161 insofar as they refer to him. Mr. Sedaghaty does not possess sufficient information to admit or deny all other allegations contained in paragraph 161.

162.    Mr. Sedaghaty denies the allegations in paragraph 162 insofar as they refer to him. Mr. Sedaghaty does not possess sufficient information to admit or deny all other allegations contained in paragraph 162.

163.    Mr. Sedaghaty denies the allegations in paragraph 163 insofar as they refer to him.  Mr. Sedaghaty does not possess sufficient information to admit or deny all other allegations contained in paragraph 163.

164.    Mr. Sedaghaty denies the allegations in paragraph 164 insofar as they refer to him. Mr. Sedaghaty does not possess sufficient information to admit or deny all other allegations contained in paragraph 164.

165.    Mr. Sedaghaty denies the allegations in paragraph 165 insofar as they refer to him. Mr. Sedaghaty does not possess sufficient information to admit or deny all other allegations contained in paragraph 165.

166.    Mr. Sedaghaty denies the allegations in paragraph 166 insofar as they refer to him. Mr. Sedaghaty does not possess sufficient information to admit or deny all other allegations contained in paragraph 166.

167.    Mr. Sedaghaty denies the allegations in paragraph 167 insofar as they refer to him. Mr. Sedaghaty does not possess sufficient information to admit or deny all other allegations contained in paragraph 167.

168.    Mr. Sedaghaty denies the allegations in paragraph 168 insofar as they refer to him. Mr. Sedaghaty does not possess sufficient information to admit or deny all other allegations contained in paragraph 168.

169.    Mr. Sedaghaty denies the allegations in paragraph 169 insofar as they refer to him. Mr. Sedaghaty does not possess sufficient information to admit or deny all other allegations contained in paragraph 169.

170.    Mr. Sedaghaty denies the allegations in paragraph 170 insofar as they refer to him. Mr. Sedaghaty does not possess sufficient information to admit or deny all other allegations contained in paragraph 170.

171.    Mr. Sedaghaty denies the allegations in paragraph 171 insofar as they refer to him. Mr. Sedaghaty does not possess sufficient information to admit or deny all other allegations contained in paragraph 171.

172.    Mr. Sedaghaty denies the allegations in paragraph 172 insofar as they refer to him. Mr. Sedaghaty does not possess sufficient information to admit or deny all other allegations contained in paragraph 172.

173.    Mr. Sedaghaty admits that Aqeel al-Aqeel and Mansour al-Kadi were formerly officers of the Al Haramain Islamic Foundation, Inc. (U.S.A.), but they resigned on March 27, 2003 and February 22, 2003, respectively, at the request of Mr. Sedaghaty.  Mr. Sedaghaty does not possess sufficient information to admit or deny all other allegations contained in paragraph 173, to the extent an additional response is required.

174.    Mr. Sedaghaty denies the allegations in paragraph 174 insofar as they refer to him.  Mr. Sedaghaty does not possess sufficient information to admit or deny all other allegations contained in paragraph 174, to the extent an additional response is required.

175.   Mr. Sedaghaty denies the allegations in paragraph 175 insofar as they refer to him. Mr. Sedaghaty does not possess sufficient information to admit or deny all other allegations contained in paragraph 175.

176.   Mr. Sedaghaty denies the allegations in paragraph 176 insofar as they refer to him. Mr. Sedaghaty does not possess sufficient information to admit or deny all other allegations contained in paragraph 176.

177.   Mr. Sedaghaty denies the allegations in paragraph 177 insofar as they refer to him. Mr. Sedaghaty does not possess sufficient information to admit or deny all other allegations contained in paragraph 177.

178.   Mr. Sedaghaty denies the allegations in paragraph 178 insofar as they refer to him. Mr. Sedaghaty does not possess sufficient information to admit or deny all other allegations contained in paragraph 178.

179.   Mr. Sedaghaty denies the allegations in paragraph 179 insofar as they refer to him. Mr. Sedaghaty does not possess sufficient information to admit or deny all other allegations contained in paragraph 179.

180.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 180.

181.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 181.

182.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 182.

183. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 183.

184. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 184.

185. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 185.

186. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 186.

187. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 187.

188. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 188.

189. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 189.

190. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 190.

191. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 191.

192. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 192.

193. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 193.

194.     Mr. Sedaghaty does not possess sufficient information to admit or deny the
         allegations contained in paragraph 194.

195.     Mr. Sedaghaty does not possess sufficient information to admit or deny the
         allegations contained in paragraph 195.

196.     Mr. Sedaghaty does not possess sufficient information to admit or deny the
         allegations contained in paragraph 196.

197.     Mr. Sedaghaty does not possess sufficient information to admit or deny the
         allegations contained in paragraph 197.

198.     Mr. Sedaghaty does not possess sufficient information to admit or deny the
         allegations contained in paragraph 198.

199.     Mr. Sedaghaty does not possess sufficient information to admit or deny the
         allegations contained in paragraph 199.

200.     Mr. Sedaghaty does not possess sufficient information to admit or deny the
         allegations contained in paragraph 200.

201.     Mr. Sedaghaty does not possess sufficient information to admit or deny the
         allegations contained in paragraph 201.

202.     Mr. Sedaghaty does not possess sufficient information to admit or deny the
         allegations contained in paragraph 202.

203.     Mr. Sedaghaty does not possess sufficient information to admit or deny the
         allegations contained in paragraph 203.

204.     Mr. Sedaghaty does not possess sufficient information to admit or deny the
         allegations contained in paragraph 204.

205.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 205.

206.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 206.

207.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 207.

208.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 208.

209.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 209.

210.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 210.

211.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 211.

212.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 212.

213.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 213.

214.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 214.

215.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 215.

216.  Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 216.

217.  Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 217.

218.  Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 218.

219.  Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 219.

220.  Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 220.

221.  Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 221.

222.  Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 222.

223.  Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 223.

224.  Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 224.

225.  Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 225.

226.  Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 226.

227. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 227.

228. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 228.

229. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 229.

230. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 230.

231. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 231.

232. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 232.

233. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 233.

234. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 234.

235. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 235.

236. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 236.

237. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 237.

238. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 238.

239. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 239.

240. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 240.

241. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 241.

242. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 242.

243. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 243.

244. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 244.

245. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 245.

246. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 246.

247. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 247.

248. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 248.

249.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 249.

250.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 250.

251.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 251.

252.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 252.

253.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 253.

254.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 254.

255.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 255.

256.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 256.

257.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 257.

258.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 258.

259.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 259.

260.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 260.

261.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 261.

262.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 262.

263.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 263.

264.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 264.

265.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 265.

266.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 266.

267.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 267.

268.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 268.

269.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 269.

270.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 270.

271.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 271.

272.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 272.

273.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 273.

274.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 274.

275.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 275.

276.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 276.

277.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 277.

278.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 278.

279.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 279.

280.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 280.

281.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 281.

282.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 282.

283.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 283.

284.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 284.

285.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 285.

286.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 286.

287.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 287.

288.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 288.

289.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 289.

290.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 290.

291.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 291.

292.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 292.

293.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 293.

294.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 294.

295.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 295.

296.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 296.

297.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 297.

298.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 298.

299.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 299.

300.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 300.

301.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 301.

302.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 302.

303.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 303.

304.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 304.

305.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 305.

306.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 306.

307.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 307.

308.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 308.

309.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 309.

310.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 310.

311.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 311.

312.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 312.

313.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 313.

314.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 314.

315.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 315.

316.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 316.

317.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 317.

318.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 318.

319.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 319.

320.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 320.

321.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 321.

322.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 322.

323.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 323.

324.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 324.

325.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 325.

326.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 326.

327.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 327.

328.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 328.

329.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 329.

330.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 330.

331.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 331.

332.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 332.

333.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 333.

334.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 334.

335.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 335.

336.     Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 336.

337.    Mr. Sedaghaty does not possess sufficient information to admit or deny the
        allegations contained in paragraph 337.

338.    Mr. Sedaghaty does not possess sufficient information to admit or deny the
        allegations contained in paragraph 338.

339.    Mr. Sedaghaty does not possess sufficient information to admit or deny the
        allegations contained in paragraph 339.

340.    Mr. Sedaghaty does not possess sufficient information to admit or deny the
        allegations contained in paragraph 340.

341.    Mr. Sedaghaty does not possess sufficient information to admit or deny the
        allegations contained in paragraph 341.

342.    Mr. Sedaghaty does not possess sufficient information to admit or deny the
        allegations contained in paragraph 342.

343.    Mr. Sedaghaty does not possess sufficient information to admit or deny the
        allegations contained in paragraph 343.

344.    Mr. Sedaghaty does not possess sufficient information to admit or deny the
        allegations contained in paragraph 344.

345.    Mr. Sedaghaty does not possess sufficient information to admit or deny the
        allegations contained in paragraph 345.

346.    Mr. Sedaghaty does not possess sufficient information to admit or deny the
        allegations contained in paragraph 346.

347.    Mr. Sedaghaty does not possess sufficient information to admit or deny the
        allegations contained in paragraph 347.

348.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 348.

349.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 349.

350.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 350.

351.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 351.

352.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 352.

353.    Mr. Sedaghaty denies the allegations in paragraph 353 insofar as they refer to him. Mr. Sedaghaty does not possess sufficient information to admit or deny all other allegations contained in paragraph 353.

354.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 354.

355.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 355.

356.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 356.

357.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 357.

358.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 358.

359.   Mr. Sedaghaty denies the allegations in paragraph 359 insofar as they refer to him. Mr. Sedaghaty does not possess sufficient information to admit or deny all other allegations contained in paragraph 359.

360.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 360.

361.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 361.

362.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 362.

363.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 363.

364.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 364.

365.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 365.

366.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 366.

367.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 367.

368.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 368.

369.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 369.

370.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 370.

371.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 371.

372.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 372.

373.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 373.

374.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 374.

375.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 375.

376.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 376.

377.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 377.

378.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 378.

379.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 379.

380.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 380.

381.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 381.

382.   Mr. Sedaghaty denies the allegations in paragraph 382 insofar as they refer to him. Mr. Sedaghaty does not possess sufficient information to admit or deny all other allegations contained in paragraph 382.

383.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 383.

384.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 384.

385.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 385.

386.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 386.

387.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 387.

388.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 388.

389.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 389.

390.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 390.

391.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 391.

392.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 392.

393.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 393.

394.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 394.

395.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 395.

396.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 396.

397.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 397.

398.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 398.

399.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 399.

400.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 400.

401.   Mr. Sedaghaty denies the allegations in paragraph 401 insofar as they refer to him. Mr. Sedaghaty does not possess sufficient information to admit or deny all other allegations contained in paragraph 401.

402.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 402.

403.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 403.

404.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 404.

405.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 405.

406.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 406.

407.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 407.

408.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 408.

409.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 409.

410.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 410.

411.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 411.

412.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 412.

413.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 413.

414.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 414.

415.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 415.

416.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 416.

417.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 417.

418.    Mr. Sedaghaty denies the allegations in paragraph 418 insofar as they refer to him. Mr. Sedaghaty does not possess sufficient information to admit or deny all other allegations contained in paragraph 418.

419.    Mr. Sedaghaty denies the allegations in paragraph 419 insofar as they refer to him. Mr. Sedaghaty does not possess sufficient information to admit or deny all other allegations contained in paragraph 419.

420.   Mr. Sedaghaty denies the allegations in paragraph 420 insofar as they refer to him. Mr. Sedaghaty does not possess sufficient information to admit or deny all other allegations contained in paragraph 420.

421.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 421.

422.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 422.

423.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 423.

424.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 424.

425.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 425.

426.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 426.

427.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 427.

428.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 428.

429.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 429.

430.　Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 430.

431.　Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 431.

432.　Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 432.

433.　Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 433.

434.　Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 434.

435.　Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 435.

436.　Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 436.

437.　Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 437.

438.　Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 438.

439.　Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 439.

440.　Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 440.

441.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 441.

442.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 442.

443.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 443.

444.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 444.

445.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 445.

446.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 446.

447.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 447.

448.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 448.

449.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 449.

450.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 450.

451.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 451.

452.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 452.

453.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 453.

454.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 454.

455.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 455.

456.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 456.

457.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 457.

458.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 458.

459.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 459.

460.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 460.

461.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 461.

462.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 462.

463.  Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 463.

464.  Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 464.

465.  Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 465.

466.  Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 466.

467.  Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 467.

468.  Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 468.

469.  Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 469.

470.  Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 470.

471.  Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 471.

472.  Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 472.

473.  Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 473.

474.    Mr. Sedaghaty does not possess sufficient information to admit or deny the
allegations contained in paragraph 474.

475.    Mr. Sedaghaty does not possess sufficient information to admit or deny the
allegations contained in paragraph 475.

476.    Mr. Sedaghaty does not possess sufficient information to admit or deny the
allegations contained in paragraph 476.

477.    Mr. Sedaghaty does not possess sufficient information to admit or deny the
allegations contained in paragraph 477.

478.    Mr. Sedaghaty does not possess sufficient information to admit or deny the
allegations contained in paragraph 478.

479.    Mr. Sedaghaty does not possess sufficient information to admit or deny the
allegations contained in paragraph 479.

480.    Mr. Sedaghaty does not possess sufficient information to admit or deny the
allegations contained in paragraph 480.

481.    Mr. Sedaghaty does not possess sufficient information to admit or deny the
allegations contained in paragraph 481.

482.    Mr. Sedaghaty does not possess sufficient information to admit or deny the
allegations contained in paragraph 482.

483.    Mr. Sedaghaty does not possess sufficient information to admit or deny the
allegations contained in paragraph 483.

484.    Mr. Sedaghaty does not possess sufficient information to admit or deny the
allegations contained in paragraph 484.

485.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 485.

486.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 486.

487.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 487.

488.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 488.

489.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 489.

490.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 490.

491.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 491.

492.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 492.

493.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 493.

494.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 494.

495.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 495.

496.    Mr. Sedaghaty does not possess sufficient information to admit or deny the
        allegations contained in paragraph 496.

497.    Mr. Sedaghaty does not possess sufficient information to admit or deny the
        allegations contained in paragraph 497.

498.    Mr. Sedaghaty does not possess sufficient information to admit or deny the
        allegations contained in paragraph 498.

499.    Mr. Sedaghaty does not possess sufficient information to admit or deny the
        allegations contained in paragraph 499.

500.    Mr. Sedaghaty does not possess sufficient information to admit or deny the
        allegations contained in paragraph 500.

501.    Mr. Sedaghaty does not possess sufficient information to admit or deny the
        allegations contained in paragraph 501.

502.    Mr. Sedaghaty does not possess sufficient information to admit or deny the
        allegations contained in paragraph 502.

503.    Mr. Sedaghaty does not possess sufficient information to admit or deny the
        allegations contained in paragraph 503.

504.    Mr. Sedaghaty does not possess sufficient information to admit or deny the
        allegations contained in paragraph 504.

505.    Mr. Sedaghaty does not possess sufficient information to admit or deny the
        allegations contained in paragraph 505.

506.    Mr. Sedaghaty does not possess sufficient information to admit or deny the
        allegations contained in paragraph 506.

507.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 507.

508.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 508.

509.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 509.

510.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 510.

511.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 511.

512.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 512.

513.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 513.

514.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 514.

515.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 515.

516.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 516.

517.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 517.

518.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 518.

519.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 519.

520.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 520.

521.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 521.

522.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 522.

523.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 523.

524.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 524.

525.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 525.

526.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 526.

527.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 527.

528.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 528.

529.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 529.

530.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 530.

531.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 531.

532.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 532.

533.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 533.

534.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 534.

535.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 535.

536.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 536.

537.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 537.

538.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 538.

539.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 539.

540.     Mr. Sedaghaty does not possess sufficient information to admit or deny the
         allegations contained in paragraph 540.

541.     Mr. Sedaghaty does not possess sufficient information to admit or deny the
         allegations contained in paragraph 541.

542.     Mr. Sedaghaty does not possess sufficient information to admit or deny the
         allegations contained in paragraph 542.

543.     Mr. Sedaghaty does not possess sufficient information to admit or deny the
         allegations contained in paragraph 543.

544.     Mr. Sedaghaty does not possess sufficient information to admit or deny the
         allegations contained in paragraph 544.

545.     Mr. Sedaghaty does not possess sufficient information to admit or deny the
         allegations contained in paragraph 545.

546.     Mr. Sedaghaty does not possess sufficient information to admit or deny the
         allegations contained in paragraph 546.

547.     Mr. Sedaghaty does not possess sufficient information to admit or deny the
         allegations contained in paragraph 547.

548.     Mr. Sedaghaty does not possess sufficient information to admit or deny the
         allegations contained in paragraph 548.

549.     Mr. Sedaghaty does not possess sufficient information to admit or deny the
         allegations contained in paragraph 549.

550.     Mr. Sedaghaty does not possess sufficient information to admit or deny the
         allegations contained in paragraph 550.

551.  Mr. Sedaghaty denies the allegations in paragraph 551 insofar as they refer to him. Mr. Sedaghaty does not possess sufficient information to admit or deny all other allegations contained in paragraph 551.

552.  Mr. Sedaghaty denies the allegations in paragraph 552 insofar as they refer to him. Mr. Sedaghaty does not possess sufficient information to admit or deny all other allegations contained in paragraph 552.

553.  Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 553.

554.  Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 554.

555.  Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 555.

556.  Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 556.

557.  Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 557.

558.  Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 558.

559.  Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 559.

560.  Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 560.

561. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 561.

562. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 562.

563. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 563.

564. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 564.

565. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 565.

566. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 566.

567. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 567.

568. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 568.

569. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 569.

570. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 570.

571. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 571.

572. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 572.

573. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 573.

574. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 574.

575. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 575.

576. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 576.

577. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 577.

578. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 578.

579. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 579.

580. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 580.

581. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 581.

582. Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 582.

583.    Mr. Sedaghaty does not possess sufficient information to admit or deny the
        allegations contained in paragraph 583.

584.    Mr. Sedaghaty does not possess sufficient information to admit or deny the
        allegations contained in paragraph 584.

585.    Mr. Sedaghaty does not possess sufficient information to admit or deny the
        allegations contained in paragraph 585.

586.    Mr. Sedaghaty does not possess sufficient information to admit or deny the
        allegations contained in paragraph 586.

587.    Mr. Sedaghaty does not possess sufficient information to admit or deny the
        allegations contained in paragraph 587.

588.    Mr. Sedaghaty does not possess sufficient information to admit or deny the
        allegations contained in paragraph 588.

589.    Mr. Sedaghaty does not possess sufficient information to admit or deny the
        allegations contained in paragraph 589.

590.    Mr. Sedaghaty does not possess sufficient information to admit or deny the
        allegations contained in paragraph 590.

591.    Mr. Sedaghaty does not possess sufficient information to admit or deny the
        allegations contained in paragraph 591.

592.    Mr. Sedaghaty does not possess sufficient information to admit or deny the
        allegations contained in paragraph 592.

593.    Mr. Sedaghaty does not possess sufficient information to admit or deny the
        allegations contained in paragraph 593.

594.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 594.

595.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 595.

596.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 596.

597.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 597.

598.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 598.

599.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 599.

600.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 600.

601.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 601.

602.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 602.

603.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 603.

604.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 604.

605.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 605.

606.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 606.

607.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 607.

608.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 608.

609.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 609.

610.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 610.

611.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 611.

612.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 612.

613.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 613.

614.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 614.

615.   Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 615.

616.     Mr. Sedaghaty does not possess sufficient information to admit or deny the
         allegations contained in paragraph 616.

617.     Mr. Sedaghaty does not possess sufficient information to admit or deny the
         allegations contained in paragraph 617.

618.     Mr. Sedaghaty does not possess sufficient information to admit or deny the
         allegations contained in paragraph 618.

619.     Mr. Sedaghaty does not possess sufficient information to admit or deny the
         allegations contained in paragraph 619.

620.     Mr. Sedaghaty does not possess sufficient information to admit or deny the
         allegations contained in paragraph 620.

621.     Mr. Sedaghaty does not possess sufficient information to admit or deny the
         allegations contained in paragraph 621.

622.     Mr. Sedaghaty does not possess sufficient information to admit or deny the
         allegations contained in paragraph 622.

623.     Mr. Sedaghaty does not possess sufficient information to admit or deny the
         allegations contained in paragraph 623.

624.     Mr. Sedaghaty does not possess sufficient information to admit or deny the
         allegations contained in paragraph 624.

625.     Mr. Sedaghaty does not possess sufficient information to admit or deny the
         allegations contained in paragraph 625.

626.     Mr. Sedaghaty does not possess sufficient information to admit or deny the
         allegations contained in paragraph 626.

627.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 627.

628.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 628.

629.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 629.

630.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 630.

631.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 631.

632.    To the extent that allegations in paragraph 632 refer to Mr. Sedaghaty, he denies them.  Mr. Sedaghaty does not possess sufficient information to admit or deny all other allegations contained in paragraph 632.

633.    To the extent that allegations in paragraph 633 refer to Mr. Sedaghaty, he denies them.  Mr. Sedaghaty does not possess sufficient information to admit or deny all other allegations contained in paragraph 633.

634.    Mr. Sedaghaty does not possess sufficient information to admit or deny the allegations contained in paragraph 634.

## CLAIMS

### Count One — Foreign Sovereign Immunities Act

635.    Count One only applies to plaintiffs' claims against foreign states; Mr. Sedaghaty is not a defendant under the Foreign Sovereign Immunities Act.  The allegations

of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

636.    Count One only applies to plaintiffs' claims against foreign states; Mr. Sedaghaty is not a defendant under the Foreign Sovereign Immunities Act.  The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

637.    Count One only applies to plaintiffs' claims against foreign states; Mr. Sedaghaty is not a defendant under the Foreign Sovereign Immunities Act.  The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

638.    Count One only applies to plaintiffs' claims against foreign states; Mr. Sedaghaty is not a defendant under the Foreign Sovereign Immunities Act.  The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

639.    Count One only applies to plaintiffs' claims against foreign states; Mr. Sedaghaty is not a defendant under the Foreign Sovereign Immunities Act.  The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

640.    Count One only applies to plaintiffs' claims against foreign states; Mr. Sedaghaty is not a defendant under the Foreign Sovereign Immunities Act.  The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

## Count Three — Anti-Terrorism Act

645.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

646.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

647.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

648.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

649.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

650.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

651.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

652.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

REQUESTED RELIEF (Count Three).  Mr. Sedaghaty denies that plaintiffs are entitled to any of the relief requested in their prayer for relief under Count Three against him, or that they are entitled to any relief in this action against him.

## Count Four — Alien Tort Claims Act

653.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

654.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

655.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

656.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

657.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

REQUESTED RELIEF (Count Four).  Mr. Sedaghaty denies that plaintiffs are entitled to any of the relief requested in their prayer for relief under Count Four against him, or that they are entitled to any relief in this action against him.

## Count Five — Wrongful Death

658.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

659.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

660.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

661.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

662.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

663.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

664. The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

REQUESTED RELIEF (Count Five).  Mr. Sedaghaty denies that plaintiffs are entitled to any of the relief requested in their prayer for relief under Count Five against him, or that they are entitled to any relief in this action against him.

## Count Seven — Survival

668. The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

669. The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

670. The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

REQUESTED RELIEF (Count Seven).  Mr. Sedaghaty denies that plaintiffs are entitled to any of the relief requested in their prayer for relief under Count Seven against him, or that they are entitled to any relief in this action against him.

## Count Eight — Intentional Infliction of Emotional Distress

671.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

672.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

673.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

674.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

675.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

676.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

REQUESTED RELIEF (Count Eight).  Mr. Sedaghaty denies that plaintiffs are entitled to any of the relief requested in their prayer for relief under Count Eight against him, or that they are entitled to any relief in this action against him.

## Count Nine — Conspiracy

677.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

678.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

679.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

680.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

681.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

682.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

REQUESTED RELIEF (Count Nine).  Mr. Sedaghaty denies that plaintiffs are entitled to any of the relief requested in their prayer for relief under Count Nine against him, or that they are entitled to any relief in this action against him.

## Count Ten — Aiding and Abetting

683.  The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

684.  The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

685.  The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

686.  The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

687.  The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

688.  The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

REQUESTED RELIEF (Count Ten).  Mr. Sedaghaty denies that plaintiffs are entitled to any of the relief requested in their prayer for relief under Count Ten against him, or that they are entitled to any relief in this action against him.

## Count Fourteen — Punitive Damages

715.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

716.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

717.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

REQUESTED RELIEF (Count Fourteen).  Mr. Sedaghaty denies that plaintiffs are entitled to any of the relief requested in their prayer for relief under Count Fourteen against him, or that they are entitled to any relief in this action against him.

### Count Fifteen — Punitive Damages:  Agencies and Instrumentalities of the Foreign State Defendant

718.   Count Fifteen only applies to plaintiffs' claims against foreign states; Mr. Sedaghaty is not a defendant under the Foreign Sovereign Immunities Act.  The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

719.   Count Fifteen only applies to plaintiffs' claims against foreign states; Mr. Sedaghaty is not a defendant under the Foreign Sovereign Immunities Act.  The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

720.   Count Fifteen only applies to plaintiffs' claims against foreign states; Mr.
       Sedaghaty is not a defendant under the Foreign Sovereign Immunities Act.  The
       allegations of this paragraph constitute a conclusion of law to which no response
       is required.  To the extent a response is required, the allegations are denied.

721.   Count Fifteen only applies to plaintiffs' claims against foreign states; Mr.
       Sedaghaty is not a defendant under the Foreign Sovereign Immunities Act.  The
       allegations of this paragraph constitute a conclusion of law to which no response
       is required.  To the extent a response is required, the allegations are denied.

722.   Count Fifteen only applies to plaintiffs' claims against foreign states; Mr.
       Sedaghaty is not a defendant under the Foreign Sovereign Immunities Act.  The
       allegations of this paragraph constitute a conclusion of law to which no response
       is required.  To the extent a response is required, the allegations are denied.

**Common Issues Requiring Consolidation**

723.   The allegations of this paragraph constitute a conclusion of law to which no
       response is required.  To the extent a response is required, the allegations are
       denied.


**FIRST AFFIRMATIVE DEFENSE**

**(Failure to State a Claim)**

Plaintiffs' claims fail to state a claim against Mr. Sedaghaty for which relief may be

granted.

## SECOND AFFIRMATIVE DEFENSE

(Causation)

There is no causal connection between any of Mr. Sedaghaty's activities and plaintiffs' injuries.

## THIRD AFFIRMATIVE DEFENSE

(Causation)

No act or omission of any agent, servant, or employee of Mr. Sedaghaty proximately caused any harm or damage to plaintiffs.

## FOURTH AFFIRMATIVE DEFENSE

(Causation)

Mr. Sedaghaty's activities were not the proximate cause of any harm or damage to plaintiffs.

## FIFTH AFFIRMATIVE DEFENSE

(Other Tortfeasors)

Plaintiffs' damages and injuries were caused by other individuals or entities who are, or are not, named as parties to this action.

## SIXTH AFFIRMATIVE DEFENSE

(Improper Venue)

This Court is not the proper venue for plaintiffs' claims against Mr. Sedaghaty.

## SEVENTH AFFIRMATIVE DEFENSE

(Subject Matter Jurisdiction)

This Court does not have subject matter jurisdiction over plaintiffs' claims against Mr. Sedaghaty.

## EIGHTH AFFIRMATIVE DEFENSE

(Personal Jurisdiction)

This Court does not have personal jurisdiction over plaintiffs' claims against Mr. Sedaghaty.

## NINTH AFFIRMATIVE DEFENSE

(Insufficient Service of Process)

Plaintiffs have failed to serve Mr. Sedaghaty as required by the Federal Rules of Civil Procedure.

## TENTH AFFIRMATIVE DEFENSE

(Estoppel)

Plaintiffs are estopped from receiving the relief requested against Mr. Sedaghaty.

## ELEVENTH AFFIRMATIVE DEFENSE

(Statute of Limitations)

Plaintiffs' claims against Mr. Sedaghaty are barred, in whole or in part, by the applicable statute of limitation(s).

## TWELFTH AFFIRMATIVE DEFENSE

(Punitive Damages)

Plaintiffs' claims for punitive damages against Mr. Sedaghaty are barred because his activities, as alleged by plaintiffs, were not committed with intent, malice, willful and outrageous conduct aggravated by evil motive, or reckless indifference, and none of his activities in any way were intended to, or did harm, the plaintiffs in this action.

## THIRTEENTH AFFIRMATIVE DEFENSE

(No Double Recovery)

Plaintiffs' claims for compensatory and punitive damages are barred to the extent that some plaintiffs are also seeking recovery against Mr. Sedaghaty, for the same or similar claims, in the civil action styled Ashton, *et al.* v. Al-Qaeda Islamic Army, *et al.*, No. 02-CV-6977 (RCC), and in other civil actions consolidated under *In re* Terrorist Attacks on Sept. 11, 2001, No. 03 MDL No. 1570 (RCC), pending in the United States District Court for the Southern District of New York.

## FOURTEENTH AFFIRMATIVE DEFENSE

In response to plaintiffs' claims, Mr. Sedaghaty intends to invoke any other defenses, including affirmative defenses, as they may become apparent through discovery, and reserve the right, in accordance with the Federal Rules of Civil Procedure and the Local Civil Rules of the United States District Court for the Southern District of New York, to assert such defenses.

Mr. Sedaghaty requests that the Plaintiffs' Third Amended Complaint be dismissed with prejudice as to him, and that the Court award attorney's fees and costs to Mr. Sedaghaty in defending against a case with no factual or legal basis against Mr. Sedaghaty, and award any other relief that the Court deems just under the circumstances.

Respectfully submitted,

/S/ Lynne Bernabei

_____
Lynne Bernabei   D.C. Bar No. 938936
Alan R. Kabat   D.C. Bar No. 464258
Bernabei & Katz, PLLC
1773 T Street, N.W.
Washington, D.C. 20009-7139
(202) 745-1942

Attorneys for Defendant
        Perouz Sedaghaty (D60)

Dated:  August 20, 2004

76

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2004, I caused the foregoing to be served

electronically on counsel of record by the Court's Electronic Case Filing (ECF) System, pursuant

to ¶ 9(a) of Case Management Order No. 2 (June 16, 2004).


/s/ Alan R. Kabat

_____

Alan R. Kabat