LAW OFFICES OF
**JOSHUA L. DRATEL, P.C.**
14 WALL STREET, 28TH FLOOR
NEW YORK, NEW YORK 10005
TEL (212) 732-0707
FAX (212) 571-6341
E-MAIL: JDratel@aol.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-23-04
```

JOSHUA L. DRATEL

MARSHALL A. MINTZ

ELIZABETH BESOBRASOW
*Paralegal*
STEVEN WRIGHT
*Administrative Assistant*

August 16, 2004

The Honorable Richard Conway Casey
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

RECEIVED
AUG 19 2004
CHAMBERS OF
RICHARD CONWAY CASEY
U.S.D.J.

Re:   *Burnett, et al. v. Al Baraka, et al.*,
         1:03-CV-09849 (RCC)

Dear Judge Casey:

This letter is submitted in regard to the remaining briefing schedule for the motion to dismiss previously filed on behalf of defendant Sami Omar Al-Hussayen (D233), whom my office represents, as local counsel to Nevin, Benjamin & McKay, LLP, in the above-referenced action. By agreement with Plaintiffs' counsel (Justin Kaplan, Esq., of Motley Rice LLC), we propose the following schedule:

   Plaintiffs' Response:   September 24, 2004

   Defendant's Reply:      October 22, 2004

Oral argument would be at a time convenient for the Court in the context of oral argument on other motions pending in the case. Accordingly, it is respectfully requested that the Court grant the joint application to set the above-listed schedule.

Application granted
8/19/04 [signature]

Respectfully submitted,

Joshua L. Dratel

JLD/eb

cc: All Counsel