# EXHIBIT 7

   



# Saudi Network Information Center

## Entities under org.sa category

Home

About SaudiNIC

Terms & Conditions

Registration Services

Tools

- SaudiNIC Whois
- SaudiNIC Directory
- Statistics
- RIPE Whois
- DNS checker
- Host Checker

Domains in Arabic

IP Addresses

Help

for any comments or suggestions please use this form

- **ARAB SPORTS PRESS ASSOCIATION**
- **AbdulRahman Al-sudairy Est.**
- Al-Ber Society
  www.aljaeza.org.sa
  www.hssc.org.sa
- **Al-Ber Society in the Eastern Region**
- **Al-Butain Agricultural Cooperative Association**
- **Al-Imam Muhammad Ibn Saud Islamic University**
- **Al-Jamiyah Al-Khairyah Letahfeez Al-Quraan**
- **Al-Jouf Chamber Of Commerce & Industry**
- **Al-Madinah Al-Munawarah Reseach Center**
- **Al-Madinah Bir Organization**
- **Al-Madionah Al-Munwwarah Research & Study Center**
- **Al-Qassim Chamber of Commerce & Industry**
- **Al-Qassim Chamber of Commerce and Industry**
- **Al-Safa Club of Safwa**
- **Al-Salhia Charity Organisation In Unaiza**
- **Albr Organization in Riyadh**
- **Aleshraf Office for Qouran**
- **Almsajed Organization**
- **Ambassade De France / French Embassy**
- **American Businessmen of Jeddah**
- **Austrian Consulate, Commercial Section**
- **Bosanian Embassy**
- Boy Scout Association
  www.scout.org.sa
  www.scouts.org.sa
- **British Consulate-General**
- **Capital Advisory Group**
- **Chamber Of Commerce & Industry - Najran -K.S.A**
- **Chamber of Commerce & Industry**
- **Chamber of Commerce & Industry In Najran**
- **Chamber of Commerce & Industry, Eastern Province**
- **Chamber of Commerce and Industry - Eastern Province**
- **Chamber of Commerce and Industry Al Baha**
- **Charitable Anti-Smoking Association**
- **Charitable society for Social Services in Madina**
- **Charity Society In eastern region**
- **Charity Society for Holy Quran In Makkah**
- **Children Center Development**
- **Chinese Embassy**
- **Chrity Society (AlBer Organization )**
- **College of engineering-King Saud University**
- **Commtee for Deans and Directors of Colleges of Technology in GCC**

- **Computer Horizons for The Muslim World League**
- **Consulate General of the Repbulic of Srilanka**
- **Consult General De France**
- **Cooperative Health Insurance Council**
- **Council of Saudi Chambers of Commerce & Indusrty**
  www.saudiinvest.org.sa
  www.sauditrade.org.sa
- **Council of Saudi Chambers of Commerce & Industry**
  www.saudi-conf.org.sa
  www.saudihalalfood.org.sa
  www.saudichambers.org.sa
- **Council of saudi Chambers of Commerce & Industry**
- **Dar Al-Khair/Eastern Province Charity Society**
- **Dept. of BLDG. Mousques and Donation projects**
- **Deutsche Gesellschaft fuer Technische Zusammenarbeit (GTZ)**
- **Diabetic Education and Evaluation Center**
- **Directorate General for Joint Training**
- **Disabled Children Association**
- **Emabssy of Venezuela**
- **Embassy of Finland**
- **Embassy of Sweden**
- **Embassy of the Republic of Poland in Riyadh**
- **Engineering Committee**
- **Etablissement Public National Francais**
- **Executive Office For Teh Site Of The Mofti Of The Kingdom**
- **Executive Office For The Site Of The Mofti Of The Kingdom**
- **Executive Office For The Site Of the Mofti Of The Kingdom**
- **Federation of GCC Chambers**
- **General Administration of Education in Makkah**
- **General Organization for Social Insurance.**
- **General Presidency of Youth Wefare**
- **General Presidency of Youth Welfare**
  www.kfcc.org.sa
  www.riyadh.org.sa
- **German Embassy**
- **HIGH COMMISSION FOR RELEAVING BOSNIA & HERTSOCNIA**
- **HRH Prince Mohammed Award**
- **Hail Chamber of Commerce & Industry**
- **Health Ministry for Gulf Cooperation Council**
- **Health Outreach and Business Affairs Takhasusi Hospital**
- **Heritage and Folk Culture Festival**
- **Higher Education Fund**
- **Holy Quran Memorization Int'l Org.**
- **Human Resources Dept Fund**
- **Indonesian Consulate General**
- **Indonesian Embassy in Riyadh**
- **Information Security Center - ISU**
- **Internet Services Unit**
- **Irshad**
- **Islamic Cultural Center**
- **Islamic Development Bank**
  www.idb.org.sa
  www.isdb.org.sa
- **Islamic Fiqh Academy Of The OIC**
- **Islamic Propagation Office In Rabwah**
- **Islamic Propagation Office in Rabwah**
- **Islamic Studies and Research Center**

- **Jamait Taiba Al-Khaireya-Al-Nisaya**
- **Jameat Albirr Alkhayriah**
- **Jameyat Fatat Alkhalig**
- **Jeddah Chamber of Commerce & Industry**
  www.jcci.org.sa
  www.jeddah-chamber.org.sa
- **Jetro**
- KACST - National Traffic Safety Committee
  www.ntsc.org.sa
  www.trafficsafety.org.sa
- **King Abdul Aziz University Hospital**
- **King Abdul Aziz Woman Charity Committee in Gassim**
- **King Abdul-Aziz Public Library**
- **King Abdulaziz & His Companions Foundation for Gifted**
- **King Abdulaziz & his Companions Foundation for the Gifted**
- King Abdulaziz Foundation for Research and Archives
  www.addiriyah.org.sa
  www.darah.org.sa
  www.saudiarabia-100years.org.sa
  www.saudiarabia-centennial.org.sa
- King Abdulaziz Public Library
  www.kapl.org.sa
  www.nationaldialoge.org.sa
- **King Abdulaziz University/Scientific Research Council**
- **King Abdulaziz acc. for Social Services**
- **King Fahd Printing Complex for Holy Quran**
- **King Fahd W.W Institute Jazan**
- **King Fahed National Library**
- King Faisal Foundation
  www.daralfaisal.org.sa
  www.kfcris.org.sa
  www.kff.org.sa
  www.kfip.org.sa
  www.kfs.org.sa
  www.kingfaisalfoundation.org.sa
- **King Faisal Specialist Hospital Research Center**
- **King Faisal Specialist Hospital and Research**
- King Khalid Charity Foundation
  www.kkcf.org.sa
  www.kkf.org.sa
- **King Khalid University**
- **Korea Trade-Investment Ppomotion**
- **Labanese Embassy**
- Liyah Quran Society
  www.qk.org.sa
  www.lqs.org.sa
- **MODA-Presidency of Meteorology and Environment PME**
- **MOE-General Directorate of Education Economies**
- **MOE-General Directorate of Education in Makkah Region-Jeddah Edu**
- **MOE-General Directorate of Education in Riyadh Region-Computer Center**
- **MOE-Teacher card Program**
- MOIA-Ministry of Islamic Affairs Endowments Daw'ah and Guidance
  www.islam.org.sa
  www.quran.org.sa
- **MOL-Ministry of Labor and Social Affairs-Handi Capped Center**
- **Madina Chamber Of Commerce & Industry**
- **Makkah for Development and Social Services**
- **Meteorological & Env. Protection**
- **Mexican Embassy**

- **Ministry Of Commerce**
- **Ministry of Post, Telephone and Telegram.**
- **Ministry of Haj**
- **Ministry of Islamic Affairs**
- **Ministry of Islamic Affairs, Islamic studies and Research Center**
  www.dawah.org.sa
  www.islamicdawah.org.sa
- **Nadi Makkah**
- **Naif Bin Abdul Aziz Al-Saud International Prize**
- **National Commission for Wildlife Conservation and Develpment**
- **National Information Technology Plan**
- **Organization of quran memorization in madianh mwnawarah**
- **Palestinian Public Supporting Committee**
- **Pan Arab Journal of Neurosurgery**
- **Patent Office of the Cooperation council for the Arab states of**
- **Present Faisal Program**
- **Prince Abduallah Foundation for His Parents for the Charitable Housing**
- **Prince Mohammad Bin Fahad Program for Employing Saudi Youths**
- **Prince Mohammad Bin Fahd Excellence Award**
- **Prince Salman Center For Disability Research**
- **Prince Salman Science Oasis**
  www.prince-salman-science-oasis.org.sa
  www.psso.org.sa
  www.princesalmanscienceoasis.org.sa
- **Prince Salman Social Center**
- **Prince Sultan Ibn AbdulAziz Special Committee for Relief**
- **Prisoners Care**
  www.pcare.org.sa
  www.prisoners-care.org.sa
- **Public Investment Fund (PIF)**
- **Qafelah AlKhair**
- **Real Estate Development Fund (Aqarea)**
- **Rehab Society**
  www.disabledkidsfriends.org.sa
  www.rehabsociety.org.sa
- **Riyadh Armed Forces hospitalc**
- **Riyadh Chamber of Commerce**
- **Riyadh Chamber of Commerce & Industry**
  www.e-commerce.org.sa
  www.rdcci.org.sa
- **Riyadh Literature Clup**
- **Royal Netherlands Embassy**
- **Royal Norwegian Embassy Riyadh**
- **SAMA**
- **SAUDI CONSULTING HOUSE**
- **SAUDI PHYSIOTHERAPY GROUP**
- **Samc**
- **Saudi Accounting Association**
- **Saudi Advisory Group Against Stroke**
- **Saudi Arabia Equestrian Federation**
- **Saudi Arabia Football Federation**
  www.saff.org.sa
  www.sff.org.sa
- **Saudi Arabian Judo and Taekwondo Federation**
- **Saudi Arabian Olympic Committee**
- **Saudi Arabian Standards Organization**
- **Saudi Arabian Swimming Federation**
- **Saudi Arabian Volley Ball Fed.**

- **Saudi Aramco**
  www.aramco.org.sa
  www.saudiaramco.org.sa
- **Saudi Cancer Foundation**
- **Saudi Cancer Support Society**
- **Saudi Center for Organ transplantation**
- **Saudi Chapter of Epilespy**
- **Saudi Computer Society**
  www.aci.org.sa
  www.computers.org.sa
  www.edocument.org.sa
  www.security.org.sa
  www.tadreeb.org.sa
  www.computer.org.sa
  www.govit.org.sa
  www.itgov.org.sa
  www.linux.org.sa
  www.net4arab.org.sa
  www.opensource.org.sa
  www.oss.org.sa
  www.saudijobs.org.sa
  www.scs.org.sa
  www.taheel.org.sa
- **Saudi Council for Health Specialties**
- **Saudi Educational Psychological Association**
- **Saudi Export Development Center.**
- **Saudi Geological Survey**
- **Saudi Geological Survey (sgs)**
- **Saudi Geological Survy**
- **Saudi Handball Federation**
- **Saudi International Conference on E-Business and E-Government**
- **Saudi Joint Relief Committee for Kosova and chechnya**
- **Saudi Library and Information Association**
- **Saudi MS Advisory Board ( Serono )**
- **Saudi Management Association**
- **Saudi Medical Journal**
- **Saudi Ophthalmological Society**
- **Saudi Organization for Public Account**
- **Saudi Oto-Rhino--Laryngology Society**
- **Saudi Pediatric Gastroenterology Group Association**
- **Saudi Pediatric association**
- **Saudi Physical Therapy Association SPTA**
- **Saudi Railways Organization**
  www.sro.org.sa
  www.saudirailways.org.sa
- **Saudi Red Crescent Society**
  www.997.org.sa
  www.helalmadina.org.sa
  www.srcs.org.sa
- **Saudi Societ For Rehabilitation and Education**
- **Saudi Society for Technology Development**
- **Saudi Society of Agricultural Sciences**
- **Saudi Society of Civil Engineer**
- **Saudi Sports Federation for Special Needs**
- **Saudi Sports Medicine**
- **Saudi Table Tennis Federation**
  www.table-tennis.org.sa
  www.tabletennis.org.sa
- **Saudi Telecommunications Regularity Authority**
- **Saudi karate Fedration**

- Sheikh Abdulaziz Bin Baz
- Sleep Disorders Center - KKUH
- Society of Benevolence
- Specialist Study Center - National Guard
- Standardization & Metrology Organization for GCC (GSMO)
- Sudan Embassy, Riyadh - Saudi Arabia
- Sultan Bin Abdulaziz Humanitarian City
- Supreme Commission for industrial security
- Suwti Summer Center
- Tabuk Chamber of Commerce and Industry
- Tahfiz Quran Karim
- Taif Chamber of Commerce & Industry
- Taif Computer Club
- Taif Talented Students Center
- The Arab Open University
- The Cooperative Office For Call Guidance
- The National Anti-Smoking Campaign
- The National Committee for Air Transportation Agencies
- The National Genetic And Birth Defects Registry
- The National Home Health Care Foundation
- The Public Corporation for Artistic Education and Vocational Training-General Directorate for Trainees Affairs
- The Saudi Umran Society
- **The Supreme Comission for Tourism**  
  www.sct.org.sa  
  www.tourism.org.sa
- The Supreme Commision for Tourism
- **The Supreme Commission for Tourism**  
  www.exploresaudi.org.sa  
  www.sauditourism.org.sa  
  www.travel.org.sa
- The World Bank, Resident Mission in Saudi Arabia
- **Undp**  
  www.un.org.sa  
  www.undp.org.sa
- United Nations High Commissioner
- Urban Development in Arid Regions and Associated Problem
- WHO
- World Assembly of Muslims Youth
- alith Dawah
- consulate general of the republic of south africa
- onaiza computer club
- sacs
- saudi commanitty for supply starguel alquds
- special needs sports fedration
- the saudi dental society

[Home] + [About SaudiNIC] + [Terms & Conditions] + [Registration Services] + [Tools] + [Domains in Arabic] + [IP Addresses] + [Help]

*Please direct comments and suggestions to: Webmaster*

*(C) 2001 Internet Services Unit. All Rights Reserved.*