**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | ) ) ) ) ) ) ) ) ) ) | 03 MDL No. 1570 (RCC)<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>This document relates to:<br>Civil Action No. 1:03-cv-9848 (RCC)<br>Civil Action No. 1:03-cv-9849 (RCC) |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the attorneys for Plaintiffs will change their business location, effective September 1, 2004, from the below-listed address to the following address:

>HOWARTH & SMITH
>
>523 West Sixth Street, Suite 728
>
>Los Angeles, California 90014

04:P511003.023                                                    1

Dated: August 25, 2004  
      Los Angeles, California

Respectfully submitted,

    /s/
---
Don Howarth, Esq. (DH 0930)

HOWARTH & SMITH  
DON HOWARTH (DH 0930)  
SUZELLE M. SMITH (SMS 4865)  
ROBERT D. BRAIN (RDB 3792)  
800 Wilshire Blvd., Suite 750  
Los Angeles, California 90017  
(213) 955-9400 Phone  
(213) 622-0791 Fax

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that, on this 25th day of August, 2004, I caused copies of the Notice Of Change Of Address to be served electronically pursuant to the Court's ECF system.

.

_____/s/_____
Jason Sickler

04:P511003.023