# EXHIBIT 1

Case 1:03-md-01570-GBD-SN   Document 401-2   Filed 08/27/04   Page 1 of 3

In the name of God, the Compassionate, the Merciful

No. 7/B/1863

Date: 3/2/1420

*(Saudi Emblem)*

Kingdom of Saudi Arabia
    Enclosures:
Diwan of Presidency of Council of Ministers

Urgent

Telegram

    His Royal Highness the Minister of Interior

CC:    His Royal Highness the Second Deputy President of Council of Ministers, Minister of Defense and Aviation and Inspector General.
CC:    His Royal Highness the Deputy President of the National Guard
CC:    His Royal Highness the Minister of Foreign Affairs
CC:    His Royal Highness the President of General Intelligence
CC:    His Excellency the Minister of Islamic, Endowment, Call and Guidance Affairs
CC:    His Excellency the Minister of Health and President of the Board of Directors of the Saudi Red Crescent Society
CC:    His Excellency the Minister of Information
CC:    His Excellency the Minister of Labor and Social Affairs
CC:    His Excellency the Minister of Finance and National Economy
CC:    His Excellency the Secretary General of the Muslim World League

    We have reviewed Ministerial Committee minutes of meeting No. (81) dated 2/2/1420 hg concerning the study of the subject of relief that is given by the Kingdom of Saudi Arabia, at the governmental and public levels, to Albanian refugees from Kosova, which contained the following recommendations:

    First, to restrict relief work for Kosova refugees to the Saudi Red Crescent Society and to form a Committee under the chairmanship of his excellency the President of the Society and the membership of representatives of high rank from the Presidency of the National Guard, the Ministry of Defense and Aviation, the Ministry of Interior, the Presidency of General Intelligence, the Ministry of Finance and National Economy, the

Ministry of Information, the Ministry of Labor and Social Affairs and a representative from each Saudi society or charitable foundation that participates in relief work, namely:
- International Islamic Relief Organization
- World Assembly of Muslim Youth
- Al- Haramain Charitable Foundation
- Islamic Endowment Foundation

Second, this Committee shall be under the supervision of His Royal Highness the Minister of Interior.

Third, the objectives and responsibilities of this Committee shall be as follows:
1. To oversee the collection of assistance and inkind and cash contributions, their receipt according to manifests from the sources, coordination of receipt, determination of type, organization of delivery, method of distribution and the taking of all necessary arrangements for the foregoing.
2. To make known the role played by the Kingdom in relief and humanitarian work outside the Kingdom and to contract with a public relations firm to undertake this task and publicize this role through the media so that citizens know that their contributions are delivered to the intended beneficiaries.
3. To document the assistance that is provided by the Kingdom with International Organization and Commissions.

Fourth, that this Committee shall have authority to decide all matters relating to relief to Kosova refugees, and report to the Presidency of the Council of Ministers what it sees necessary in this regard so that it may receive appropriate instructions.

Since we approve these recommendations we ask that you do what is necessary accordingly. A copy of this Order has been provided to concerned parties for observance.

Fahad bin Abdulaziz

President of Council of Ministers