# EXHIBIT 2



المملكة العربية السعودية
وزارة العدل
مكتب الوزير

الرقم :
التاريخ :
المرفقات :



I , the Minister of Justice of the Kingdom of Saudi Arabia , confirm that the Saudi Joint Relief Committee is an agency of the Kingdom of Saudi Arabia , created by High Order of the President of the Council of Ministers , the Custodian of the Two Holy Mosques , King Fahad Ben Abdul Aziz Al-Saud , No.7/B/1863 dated 3/2/1420 H.(19/5/1999). In the High order creating the Saudi Joint Relief Committee , it was given discretion to donate funds on behalf of the Kingdom for charitable relief efforts. As an agency of the Kingdom , the Saudi Joint Relief Committee operates in accordance with the laws and regulations of the Kingdom.

IN WITNESS WHEROF, in my capacity as Minister of Justice , the foregoing has been executed in Riyadh on this ___/___/1425H.( / /2004)

Minister of Justice, the Kingdom of Saudi Arabia
Name : Abdullah Mohammed Ibrahim Al Sheikh

Signature

Stamp

أنا وزير العدل بالمملكة العربية السعودية أؤكد أن اللجنة السعودية المشتركة للإغاثة جهاز من أجهزة الدولة السعودية كونت بالأمر السامي رقم ٧/ب/١٨٦٣ وتاريخ ١٤٢٠/٢/٣ هـ.( الموافق ١٩٩٩/٥/١٩م) من رئيس مجلس الوزراء وخادم الحرمين الشريفين الملك فهد بن عبد العزيز آل سعود. وفي الأمر السامي نص على تكوينها أعطيت اللجنة السعودية المشتركة للإغاثة السلطة التقديرية لتقديم العون باسم المملكة لأعمال الإغاثة. وكجهاز من أجهزة الدولة السعودية. فإن اللجنة السعودية المشتركة للإغاثة تعمل وفقا للقوانين والأنظمة السعودية.

إشهادا بذلك ، فإني بصفتي وزيرا للعدل ،
تم التوقيع على هذا في الرياض في يوم  /  / ١٤٢٥هـ. الموافق /--/٢٠٠٤م
وزير العدل بالمملكة العربية السعودية
الاسم: عبدالله بن محمد بن إبراهيم آل الشيخ
التوقيع:
الختم: