# MOTLEY RICE LLC
ATTORNEYS AT LAW

Ronald L. Motley (SC)
Joseph F. Rice (SC)
Ann K. Ritter (SC, TN)
John J. McConnell, Jr. (RI, MA, SC, DC)
William H. Narwold (CT)
Allard A. Allston III (SC)
John E. Herrick (SC, MD)
Edward B. Cottingham Jr. (SC)
Robert J. McConnell (RI, MA)
Frederick C. Baker (SC, NY)
Fred Thompson III (SC)
Jodi Westbrook Flowers (SC)
Paul J. Doolittle (SC)
Donald A. Migliori (RI, MA, MN)
Anne McGinness Kearse (SC)
Jeffrey S. Thompson (TX)
Mary F. Schiavo (MO, DC, MD)
Samuel B. Cothran Jr. (SC, NC) (General Counsel)
Miles Loadholt (SC)
J. Terry Poole (SC)
M. Eric Boiter (SC)
Laurie J. Loveland (1958-2000)
J.B. Harris (FL, DC)
Donni E. Young (LA)
Robert T. Haefele (NJ, PA)
Sheryl A. Moore (SC, VA)
V. Brian Bevon (SC)
James M. Hughes (SC)
Rhett D. Klok (SC, DC, LA, TX, NM)
Frederick J. Jekel (SC)
Theodore H. Huge (SC, VA, DC)
John E. Guerry III (SC)
Fidelma L. Fitzpatrick (RI, MA, NY, DC)
Christy M. DeLuca (SC, IL, CO)
Suzanne LaFleur Klok (SC, DC, LA, TX, NM)
Cindi Anne Solomon (SC)
Wm. Michael Gruenloh (SC)
David P. Bevon (SC)
Walter F. Harris III (SC)
Laura N. Khare (SC)
Michael E. Elsner (SC, VA, NY)
Vincent L. Greene IV (RI)
Marlon E. Kimpson (SC)
Stacie F. Taylor (AL, MS)
Ingrid L. Moll (CT)
Caroline A. Bernard (SC, LA)
Elizabeth C. Ward (SC, NC)
Scott M. Galante (LA)
Kimberly D. Barone (SC, CA)
Elizabeth Smith (SC)
James W. Ledlie (SC)
Michael G. Rousseau (RI, CA, MA)
Lynn Seithel Jekel (SC)
Badge Humphries (SC, TX)
Aileen L. Sprague (RI)
John A. Baden IV (SC)
E. Claire Xidis (SC, NY, DC)
William E. Applegate IV (SC)
Justin B. Kaplan (TN)
Abigail B. Walsh (SC)

MEMO ENDORSED

August 24, 2004

Via FedEx

[RECEIVED AUG 25 2004 CHAMBERS OF RICHARD CONWAY CASEY U.S.D.J.]

Hon. Richard Conway Casey
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1350
New York, New York 10007-1312

Re: *In re Terrorist Attacks of September 11, 2001*, MDL No. 1570 (RCC); *Burnett v. Al Baraka Investment & Development, et al.*, 03 CV 9849 (RCC)

Dear Judge Casey:

We represent the plaintiffs in the *Burnett* action. Per your instructions in Case Management Order #2, the undersigned and counsel for defendant Yassin Abdullah Al Kadi have agreed upon a briefing schedule regarding his Motion to Dismiss. Both parties have agreed that the plaintiffs' response to Mr. Kadi's Motion to Dismiss in the *Burnett* case shall be submitted on or before October 15, 2004, and Mr. Kadi's reply shall be submitted on or before November 15, 2004. Accordingly, we respectfully request that Your Honor memorandum endorse this letter.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-27-04

Respectfully Submitted,

Justin B. Kaplan

APPLICATION GRANTED

HON. RICHARD CONWAY CASEY  8/27/04

www.motleyrice.com

**Mt. Pleasant**
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465
843-216-9000
843-216-9450 FAX

Barnwell
1750 Jackson St.
P.O. Box 365
Barnwell, SC 29812
803-224-8800
803-259-7048 FAX

Providence
321 South Main St.
P.O. Box 6067
Providence, RI 02940
401-457-7700
401-457-7708 FAX

New Orleans
9701 Lake Forest Blvd.
New Orleans, LA 70127
504-245-1612
504-245-1816 FAX

Hartford
One Corporate Center
20 Church St., 17th Floor
Hartford, CT 06103
860-882-1681
860-882-1682 FAX