UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————x
                                        :
                                        :      03 MD 1570 (RCC)
In re Terrorist Attacks on September 11, 2001   :      ECF Case
                                        :
                                        :
———————————————————————x

This document relates to:  All Actions

## SUPPLEMENTAL RULE 7.1 STATEMENT OF DEFENDANT SAUDI AMERICAN BANK

Defendant Saudi American Bank, by its undersigned attorneys, Shearman &

Sterling LLP, hereby states, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, that (1)

it has no parent corporation and (2) no publicly-held company owns more than 10% of Saudi

American Bank stock.

Dated: New York, NY
       August 27, 2004

                              SHEARMAN & STERLING LLP

                              By: _____
                                   Henry Weisburg (HW 9820)
                                   Brian H. Polovoy (BP 4723)
                                   Daniel M. Segal (DS 2106)

                              599 Lexington Avenue
                              New York, NY 10022-6069
                              Telephone:  (212) 848-4000
                              Facsimile:  (212) 848-7179

                              Attorneys for Defendant Saudi American Bank

## CERTIFICATE OF SERVICE

I, Daniel M. Segal, one of the attorneys for defendant Saudi American Bank, hereby certify that on August 27, 2004, I caused a true and correct copy of the foregoing Supplemental Rule 7.1 Statement of Defendant Saudi American Bank to be served by the Court's Electronic Case Filing System.

Dated: New York, NY
      August 27, 2004

Daniel M. Segal, Esq.
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069
Telephone: (212) 848-4000