# EXHIBIT C

Embassy of Bosnia and Herzegovina – Riyadh

Number: 01-268-189/96
Rijad, August 26, 1996

## MINISTRY OF FOREIGN AFFIARS OF BOSNIA AND HERZEGOVINA

Subject:   Diplomatic status for the Head of Saudi High Commission Relief
Ref.: Our letter No: 01-508-179/96 from August 05, 1996.

With regards to your letter, date and time reference, once again we suggest that Head of European Office of Saudi High Commission Relief for Bosnia and Herzegovina, sheikh Nasir Al Said, be recognized diplomatic status in our country.

As we have emphasized in our previous letter, Saudi High Commission Relief for BiH was established by King's decree from 1992, in order to organize, collect and distribute material and humanitarian aid for BiH. Entire aid from Kingdom of Saudi Arabia intended for our country was distributed through this Commission mostly.

Taking into consideration that this is government organization, and bearing in mind aid that was forwarded so far and aid that we expect to receive in the future from this Commission, as well as the fact that reports that Head, Sheikh Nasir Al Said provides to the Government of its country, are considered with due attention, we propose once again that his diplomatic status be recognized, in order to facilitate his work and recognize the work of Saudi High Commission Relief for BiH.

Signature
Senahid Bristric
Ambassador

Official seal attached

I, Marima Erkočević, re-nominated Official Court Interpreter for English language, by the Ministry of Justice and Administration, of the Federation of Bosnia and Herzegovina, Decision No.:03-04-11-14069/02, of July 23, 2002, do hereby certify with my signature and seal that this is a true translation, to the best of my ability of the original document prepared in the Bosnian language.

Sarajevo, August 16, 2004

Erkočević
Marinma Erkočević
Official Court Interpreter for English Language

Embassy of Bosnia and Herzegovina - Riyadh          المملكة العربية السعودية - الرياض

Broj: 01-268-189/96
Rijad, 26. 08. 1996.

**MINISTARSTVO VANJSKIH POSLOVA
BOSNE I HERCEGOVINE**

Predmet: Diplomatski status za predsjednika Visokog saudijskog komiteta
Veza: Naš dopis broj: 01-508-179/96, od 05. 06. 1996. godine

Pozivom na naš dopis, broj i datum veze, ponovo predlažemo da se predsjedniku Ureda za Evropu Visokog saudijskog Komiteta za pomoć Bosni i Hercegovini, šejhu Nasiru Al Saidu, prizna diplomatski status u našoj zemlji.

Kako smo u našem ranijem dopisu istakli, Visoki saudijski komitet za pomoć BiH je osnovan kraljevim ukazom 1992.godine, s ciljem da organizira, prikuplja i distribuira materijalnu i humanitarnu pomoć za BiH. Preko ovog Komiteta do sada je, uglavnom, išla sva pomoć Kraljevine Saudijske Arabije za našu zemlju.

S obzirom da se radi o vladinoj organizaciji, a imajući u vidu pomoć koja je do sada upućena i koju očekujemo u budućnosti od ovog Komiteta, kao i činjenicu da se izvještaji koje predsjednik, šejh Nasir Al Said, dostavlja Vladi svoje zemlje uzimaju veoma ozbiljno, još jednom predlažemo da mu se prizna diplomatski status, kako bi mu se na taj način olakšao rad a Visokom saudijskom komitetu za pomoć BiH odalo priznanje.

Senahid Bristrić,
ambasador