# ATTACHMENT 2

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re Terrorist Attacks on September 11, 2001 ) | 03-MDL-1570<br>ECF Case |

*Relates to:*
*Ashton v. Al Qaeda Islamic Army*, 02-CV-6977 (RCC)
*Burnett v. Al Baraka Investment & Development Corp.*, 03-CV-5738 (RCC)
*Federal Insurance Co. v. Al Qaida*, 03-CV-6978 (RCC)
*Barrera v. Al Qaeda Islamic Army*, 03-CV-7036 (RCC)
*Salvo v. Al Qaeda Islamic Army*, 03-CV-5071 (RCC)
*Burnett v. Al Baraka Investment & Development Corp.*, 03-CV-9849 (RCC)

## DECLARATION OF MENSUR DELIJA

I, Mensur Delija, declare as follows:

1. This declaration is given at the request of United States counsel for His Royal Highness Prince Salman bin Abdulaziz, with the purpose of attesting to the accuracy of translations of another declaration and its attachments filed in this case.

2. I am a licensed translator in Sarajevo. My license is from the Federal Ministry of Justice and Administration as a "Permanent Court Interpreter for English Language." My license number is 03-04-II-14150/02 dated July 23, 2002.

3. I have reviewed the original and the English translation of the declaration of Mr Hajrudin to be filed in this case. Based on my qualifications described in Paragraph 2, I attest that the English translation is a true and accurate representation of the original document.

4. I have also reviewed the two Saudi High Commission registration certificates from 1993 and 2004 (Exhibits A and B) and the Donation Agreement of 1995 (Exhibit D) which are referenced in Mr. Hajrudin's declaration. Based on my qualifications described in Paragraph 2, I attest that the English translations are true and accurate representations of the original documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 25, 2004 in (location) SARAJEVO.

_____
Mensur Delija