UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| )<br>In Re TERRORIST ATTACKS on           )<br>SEPTEMBER 11, 2001                              )<br>                                                              ) | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*
   *Federal Insurance Co. v. Al Qaida,* 03 CV 6978 (RCC)

## RULE 7.1 STATEMENT OF DEFENDANT
## THE NATIONAL COMMERCIAL BANK

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, undersigned counsel of record for The National Commercial Bank hereby certify that the Kingdom of Saudi Arabia owns the majority of the shares of stock in The National Commercial Bank ("NCB"), and NCB has no parent corporations.

Dated: August 30, 2004
      Washington, D.C.

/s/ Ronald S. Liebman
Ronald S. Liebman (admitted *pro hac vice*)
Mitchell R. Berger (MB-4112)
Ugo Colella (admitted *pro hac vice*)
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037
Phone: 202-457-6000
Fax:     202-457-6315

*Attorneys for Defendant*
*The National Commercial Bank*