UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In Re TERRORIST ATTACKS on SEPTEMBER 11, 2001 | 03 MDL 1570 (RCC) ECF Case |

*This document relates to:*
  *Federal Ins. Co. v. Al Qaida*, 03 CV 6978 (RCC)
  *Kathleen Ashton v. Al Qaeda Islamic Army*, 02 CV 6977 (RCC)

### RULE 7.1 STATEMENT OF DEFENDANTS
### SNCB CORPORATE FINANCE LTD. AND SNCB SECURITIES LTD.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, undersigned counsel of record for SNCB Corporate Finance Ltd. ("SNCB Corporate") and SNCB Securities Ltd. ("SNCB Securities") hereby certify as follows. SNCB Corporate was incorporated under the laws of England and was dissolved in November 2000. Prior to its dissolution, The National Commercial Bank ("NCB") was its parent corporation, and no publicly held corporation owned 10% or more of its stock. SNCB Securities is incorporated under the laws of England, and it ceased doing all business in February 2003. When it was operational, NCB was its parent corporation, and no publicly held corporation owned 10% or more of its stock.

Dated: August 30, 2004
    Washington, D.C.

/s/ Ronald S. Liebman
Ronald S. Liebman (admitted *pro hac vice*)
Mitchell R. Berger (MB-4112)
Ugo Colella (admitted *pro hac vice*)
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037
Phone: 202-457-6000
Fax:    202-457-6315

*Attorneys for Defendants*
*SNCB Corporate Finance Ltd. and*
*SNCB Securities Ltd.*