# Exhibit 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re TERRORIST ATTACKS on         )    03 MDL 1570 (RCC)
SEPTEMBER 11, 2001                 )    ECF Case
                                   )
_____)

*This document relates to:*
    *Federal Ins. Co. v. Al Qaida*, 03 CV 6978 (RCC)
    *Kathleen Ashton v. Al Qaeda Islamic Army*, 02 CV 6977 (RCC)

## DECLARATION OF JORGE JUCO

1.    My name is Jorge Juco and I am employed by The National Commercial Bank ("NCB") in Jeddah, Kingdom of Saudi Arabia as a legal advisor. I submit this Declaration in support of the motion by SNCB Corporate Finance Ltd. (London) ("SNCB Corporate") to dismiss these lawsuits. I am advised by SNCB Corporate's United States legal counsel that this Declaration is not intended to waive in any way SNCB Corporate's jurisdictional defenses, and is not intended to be a general appearance by SNCB Corporate in these lawsuits. I understand and believe the following matters to be true, through the date of this Declaration, based both on my personal knowledge and on inquiries made of others with knowledge about specific matters addressed in this Declaration. I have been assisted by SNCB Corporate's United States legal counsel in the phrasing of this Declaration.

2.    The purpose of this Declaration is to explain that SNCB Corporate is not "doing business" in or from the United States of America in light of the factors that I understand U.S. courts apply in determining jurisdiction over a foreign defendant.

3.    SNCB Corporate was established in November 1992. SNCB Corporate's only business was to administer and collect outstanding loans issued by NCB's London branch after that branch closed. SNCB Corporate was incorporated and headquartered in England, and had its principal place of business in London. When SNCB Corporate was operational, NCB owned all but one of SNCB Corporate's outstanding shares. SNCB Corporate was dissolved in November 2000.

1

A true and correct copy of the Return of Final Meeting in a Members' Voluntary Winding Up is attached to this Declaration as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, based on my knowledge, information, and belief.

Executed this 9th day of June 2004 (A.D.) in Jeddah, Kingdom of Saudi Arabia.

_____
Jorge Juco

**Exhibit A**

Section 94

The Insolvency Act 1986
**Return of Final Meeting in a Members' Voluntary Winding Up**
Pursuant to Section 94 of the Insolvency Act 1986

To the Registrar of Companies

Form 4.71

# S.94

For Official Use

Company Number
02104907

Name of Company

(a) Insert full name of company

(a) SNCB CORPORATE FINANCE LIMITED

(b) Insert full name(s) and address(es)

I (b) David John Pallen
Ernst & Young
Rolls House
7 Rolls Buildings
Fetter Lane
London
EC4A 1NH

(c) Delete as applicable
(d) Insert date
(e) The copy account must be authenticated by the written signature(s) of the liquidator(s)

give notice that a general meeting of the company was duly (c) summoned for (d) 3 November 2000 pursuant to section 94 of the Insolvency Act 1986, for the purpose of having an account (of which a copy is attached) (e) laid before it showing how the winding up of the company has been conducted, and the property of the company has been disposed of and (c) no quorum was present at the meeting

Signed  d/—                 Date  8 November 2000

Presenter's name, address and reference (if any):

E A Bingham
Ernst & Young
Rolls House
7 Rolls Buildings
Fetter Lane
London
EC4A 1NH
FL4/LTTM/EAB/DJP/LO392

For Official Use

Liquidat.

Section 94                                                                                     Form 4.71 contd.

## Liquidator's statement of account: members' voluntary winding up

Statement showing how winding up has been conducted and the property of the company has been disposed of
Name of company  SNCB CORPORATE FINANCE LIMITED

From 12 October 1999 (commencement of winding up) to 3 November 2000 (close of winding up)

| | Statement of assets and liabilities | Receipts | | | Payments |
|---|---|---|---|---|---|
| **Receipts** | | | | | |
| Cash at Bank | | | Costs of Solicitor to Liquidator | | |
| Cash in Hand | | | Other Law Costs | | |
| Marketable Securities | | | Liquidator's remuneration | £ | |
| Sundry Debtors | | | Where (% on £ realised | | |
| Stock in Trade | | | applicable (% on £ | | |
| Work in Progress | | | distributed) | | |
| Freehold Property | | | By whom fixed ___ | | |
| Leasehold Property | | | | | |
| Plant and Machinery | | | Auctioneer's and Valuer's charges | | |
| Furniture, Fittings, Utensils etc | | | Costs of possession and maintenance of estate | | |
| Patents, Trademarks etc | | | | | |
| Investments other than marketable securities | | | Costs of notices in Gazette and newspaper | | |
| Surplus from securities | | | Incidental outlay | | |
| Unpaid calls at commencement of winding up | | | Total Costs and Charges | £ | Nil |
| Amount received from calls on contributories made in the winding up | | | (i) Debenture holders: Payment of £ per £ debenture Payment of £ per £ debenture Payment of £ per £ debenture | £ | |
| Receipts per trading account | | | | | |
| Other property viz.: | | | | | |
| | | | | £ | |
| | | | (ii) Creditors *Preferential *Unsecured Dividends of p in £ on £ | | |
| Loss: | £ | £ | | | |
| Payments to redeem securities | | | (The estimate of amount expected to rank for dividend was £   ) | | |
| Costs of Execution | | | | | |
| Payments per Trading Account | | | (iii) Returns to Contributories: per £ † share per £ † share per £ † share | £ | |
| Net realisations £ | Nil | Nil | | | |
| | | | BALANCE | £ | Nil |

Form 4.71 contd.

(1) Assets, including nil shown in the statement of assets and liabilities and estimated to be of the value of £ nil have proved to be unrealisable.

(2) State amount paid into the Insolvency Services account in respect of:
   (a) unclaimed dividends payable to creditors in the winding up     £nil
   (b) other unclaimed dividends in the winding up     £nil
   (c) moneys held by the company in trust in respect of dividends or other sums due before commencement of the winding up to any person as a member of the company     £nil

(3) Add here any special remarks the Liquidator thinks desirable:
A distribution of £83,794 has been made to The National Commercial Bank, the beneficial shareholder of the company. This distribution has been offset against the amount of £83,794 owed by The National Commercial Bank to the company. The costs and expenses of the liquidation are to be met by another group company.

Dated    8 November 2000

Signed (by the Liquidator)

Name and address of Liquidator (IN BLOCK LETTERS) DAVID JOHN PALLEN
ERNST & YOUNG, ROLLS HOUSE, 7 ROLLS BUILDINGS, FETTER LANE, LONDON, EC4A 1NH

Notes
* State number. Preferential creditors need not be separately shown if all creditors have been paid in full.
† State nominal value and class of share.