# AUTHORITIES

1. Salomon v Salomon [1897] AC 22 (HL)

2. The Albazero [1977] AC 774 (headnote and p.807)

3. Adams v. Cape Industries [1991] 1 Ch 433 (CA)

4. Companies Act 1985, s13(3), s.227, s.651

5. Gore-Browne on Companies at paras. 1.3, 1.5.2, 2.5, 34.8.2

6. Finance Act 1986, ss.75-77

7. Gilford v. Horne [1933] 1 Ch 935 (CA)

8. Merchandise v. British Transport [1962] 2 QB 173 (CA)

9. Jones v. Lipman [1962] 1 WLR 832

10. Re Polly Peck [1996] 1 BCLC 428

11. Re H [1996] 2 All ER 391 (CA)

12. The Tjaskemolen [1997] 2 Lloyd's Rep 465

13. The Rialto [1998] 1 Lloyds Rep 322

14. Ord v Belhaven [1998] 2 BCLC 447 (CA)

15. Trustor v Smallbone [2001] 3 All ER 987

16. Smith Stone v. City of Birmingham [1939] 4 All ER 116

17. In re FG (Films) [1953] 1 WLR 483

18. Firestone v. Lewellin [1957] 1 WLR 464 (HL)

19. Insolvency Act 1986, s.94, s.201(2)

20. Halsbury's Laws Vol.7(3) at para.2691

21. Smith v. Mainwaring [1986] BCLC 342 (CA)

22. Morris v. Harris [1927] AC 252

23. Salton v. New Beeston [1900] 1 Ch 43

24. Stanhope Pension Trust v. Registrar of Companies [1994] 1 BCLC 628 (CA)

25. Limitation Act 1980, s.11, s.33

26. <u>Smith v. White Knight Laundry</u> [2002] 1 WLR 616 (CA)

27. <u>Palmer's Company Law</u> Vol.3 at para.15-486.

28. Third Parties (Rights Against Insurers) Act 1930.