**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | ) | |
| In Re TERRORIST ATTACKS on | ) | 03 MDL 1570 (RCC) |
| SEPTEMBER 11, 2001 | ) | ECF Case |
| | ) | |

*This document relates to:*
    *Federal Ins. Co. v. Al Qaida*, 03 CV 6978 (RCC)

<u>**NOTICE OF MOTION TO DISMISS**</u>

      PLEASE TAKE NOTICE that, pursuant to the Stipulation and Order endorsed by the Court on July 22, 2004, and upon the accompanying Memorandum of Law in Support of Motion to Dismiss of The National Commercial Bank ("NCB"), upon the Affidavit of Mitchell R. Berger dated August 26, 2004, upon all exhibits annexed thereto, and upon the First Amended Complaint filed in this action, NCB shall seek an order dismissing with prejudice all claims against it for lack of subject matter jurisdiction (FRCP 12(b)(1)), lack of personal jurisdiction (FRCP 12(b)(2)), and failure to state a claim upon which relief may be granted (FRCP 12(b)(6)).

Dated:  August 30, 2004
        Washington, D.C.

                                        Respectfully submitted,

                                        /s/ Ronald S. Liebman
                                        Ronald S. Liebman (admitted *pro hac vice*)
                                        Mitchell R. Berger (MB-4112)
                                        Ugo Colella (admitted *pro hac vice*)
                                        PATTON BOGGS LLP
                                        2550 M Street, N.W.
                                        Washington, D.C. 20037
                                        Phone: 202-457-6000
                                        Fax:    202-457-6315

                                        *Attorneys for Defendant*
                                        *The National Commercial Bank*