# Exhibit 3



**United States Department of State**

*Washington, D.C. 20520*

Dear Mr. Chairman:

It is our understanding that the United States House of Representatives is considering including a provision to the fiscal year 2004 Foreign Operations, Export Financing and Related Programs Appropriations bill which would add the Kingdom of Saudi Arabia to Section 507, the list of countries prohibited from receiving direct assistance from the United States.

Saudi Arabia was among the first countries to condemn the September 11 attacks and has worked closely with the United States since then in the global war against terrorism. Particularly since the recent al-Qaeda bombings in Riyadh, our cooperation with Saudi law enforcement and intelligence agencies has been increasingly effective and mutually beneficial. Saudi Arabia is now taking aggressive steps to combat terrorists at home, and to choke off financing for terrorist entities being channeled through charities overseas.

The Administration strongly opposes efforts to add the Kingdom of Saudi Arabia to this list of state sponsors of terrorism and urges that the House reject the amendment offered by Representative Weiner, which would severely undermine our counter-terrorism cooperation with Saudi Arabia at precisely the moment when it is moving to a new level of effectiveness. This amendment would also undermine our important interests in cooperating with Saudi Arabia on other critical issues in the region, including the pursuit of Palestinian-Israeli peace.

We would appreciate your support in defeating Representative Weiner's amendment.

Sincerely,

William J. Burns
Assistant Secretary of State

The Honorable
    Jim Kolbe, Chairman
        Sub-Committee on Foreign Operations
            United States House of Representatives