# Exhibit 4

*In the Name of God, the Merciful, the Compassionate*

**(Ministry of Finance Emblem)**

| | |
|---|---|
| **The Kingdom of Saudi Arabia** | **No:** |
| **Ministry of Finance** | **Date:** |
| **Riyadh 11177** | **Encl:** |

---

## United States of America District Court

### For the District of Columbia

| | | |
|---|---|---|
| **Thomas Burnett, SR, et al** | ) | |
| **Plaintiffs** | ) | |
| | ) | |
| **VS** | ) | **Civil Action No. 02-CV-01616 (JR)** |
| | ) | |
| **Albaraka Investment and** | ) | |
| **Development Corporation, et al** | ) | |
| **Defendants** | ) | |

1

## AFFIDAVIT OF ABDALLAH BIN HAMAD AL-WOHAIBI

In the Name of God, the Merciful, the Compassionate, I, Abdallah Bin Hamad Al-Wohaibi, state the following:

1- I am the Director of the Legal Department of the Ministry of Finance ("Ministry of Finance") of the Government of the Kingdom of Saudi Arabia ("Kingdom of Saudi Arabia"). I submit this affidavit in support of the Motion to dismiss the lawsuit filed by the National Commercial Bank ("National Bank"). I am competent to make this affidavit, which I have prepared and executed in the Arabic language with the understanding that it will be translated into English for submission to a U.S. court.

2- The Public Investment Fund ("PIF") of Saudi Arabia is an administrative department of the Ministry of Finance. The fund owns on behalf of the Ministry of Finance 69.3% of the common stock shares of the National Bank.

3- PIF was established pursuant to Royal Decree No. M/24 dated 25/6/1391H corresponding to August 17, 1971. The PIF Charter was approved by the same Royal Decree. The Council of Ministers resolution No. 508 dated 2/4/1394H corresponding to May 2, 1974

2

includes further description of the functions of the PIF. I enclose with this affidavit a true and identical copy of the Royal Decree, the Charter of the PIF, and Council of Minister's resolution No. 508, together with an English translation thereof as Exhibits A, B, and C, respectively.

4- The PIF, as an administrative department of the Ministry of Finance, has no separate legal status from the Ministry itself. PIF's Board of Directors ("the Board") is composed entirely of officials of the Government of Saudi Arabia. Its membership includes: the Minister of Finance (who is the chairman of the board); two members from the Council of Ministers ("Council of Ministers") named by the President of the Council of Ministers; the head of the central authority for planning (currently the Minister of Economy and Planning); and the Governor of the Saudi Arabian Monetary Agency ("SAMA"), which is Saudi Arabia's Central Bank (Exhibit B, Article 4). The Secretary General of the PIF (its chief executive) is appointed by a resolution from the Council of Ministers upon nomination by the Board of Directors of PIF (Exhibit B, Article 5).

5- PIF finances investments in business enterprises on behalf of the Government of the Kingdom of Saudi Arabia in order to reinforce and expand the development of the Kingdom's national economy

3

(Exhibit B, Article 2; Exhibit C, Preamble, and Articles 1,2). The Board is responsible for formulating the general policy of the PIF, determining the projects in which the PIF will invest, proposing the funding required for such projects from the Budget of the Government of the Kingdom of Saudi Arabia, approving the PIF's annual financial accounts, and preparing annual reports on PIF's activities during the preceding year for submission to the Council of Ministers (Exhibit B, Article 4 and 10).

6-  In general, the procedures followed by the PIF in investing on behalf of the Government of the Kingdom of Saudi Arabia are: After reviewing investment proposals, PIF decides the nature, terms, and amount of Government investment (if any) and whether the investment should be through contribution to the Capital or through provision of loans or both (Exhibit B, Articles 2, 4 and 8). If PIF does make an investment, then it monitors that investment on behalf of the Government of the Kingdom of Saudi Arabia (Exhibit B, Article 8; Exhibit C, Article 3). According to Saudi law, PIF, through its officials, generally (Exhibit C) represents the Government's ownership (by membership in the board of directors) in companies where the Government has stocks and/or shares. The Council of Ministers may delegate to any other Government

4

department, the authority to represent Government ownership in entities in which PIF has invested.

7- When PIF was established in 1971, the Government allocated one Billion Saudi Riyal (SR1,000,000,000) to be made available to PIF over three fiscal years starting FY 91/92 in accordance with Article 3 of the PIF Charter. The Government has continued to provide funds to the PIF throughout the years. The proceeds generated from loans and ownership investments revolve back to the PIF and hence to the Ministry of Finance which is entitled to withdraw these funds at any time with due regard to PIF's loan commitments and disbursement obligations (Exhibit B, Article 3). The PIF account, where revenues and disbursement of funds are entered or made, is held at SAMA (Exhibit B, Article 7).

8- The Ministry of Finance pays, out of its own allocated budget, the administrative and operational costs of the PIF including salaries and administrative expenses. PIF offices are physically located within the Ministry of Finance building. PIF does not pay rent for these offices.

9- The PIF holds two types of property: (a) shares in corporations; and (b) operational assets such as vehicles and office equipments. PIF generally holds shares and/or stocks in corporations on behalf

5

of the Ministry of Finance whereas the Ministry owns the operational assets. All PIF's possessions are owned by the Government of Saudi Arabia through the Ministry of Finance.

10-    The employees of the PIF are government employees and part of the Saudi civil service.

11-    In addition to Board of Directors' supervision, PIF is also subject to monitoring by the General Audit Bureau, a government entity charged with financial oversight of Government departments and corporations where the government has investments. PIF is also subject to review by the Oversight and Investigation Commission, a government entity responsible for administrative oversight of departments within the Government of Saudi Arabia.

12-    The PIF may be sued as a department of the Ministry of Finance before the Board of Grievances, a Saudi court responsible, among other things, for adjudicating compensatory claims brought against departments of the Government of Saudi Arabia by reason of their actions. In such claims, the defendant would be the Ministry of Finance.

I affirm that the information provided above in this affidavit is true and correct based on my knowledge, belief and information. Executed

6

on 26/6/1424H, corresponding to August 24, 2003 in Riyadh, Kingdom of Saudi Arabia.

Abdallah Bin Hamad Al-Wohaibi

(Signed)

Notary Public: Mohamed Bin Saad Al-Kharji, Notary Public at first Notary public office in Riyadh.

We certify that Abdallah Bin Hamad Al-Wohaibi appeared before us on this day 26/6/1424 H, corresponding to August 24, 2003 and signed this affidavit.

President of first Notary Public office in Riyadh

(Signed)

Mohamad Bin Saad Al- Kharji

(Seal titled "Ministry of Justice/First Notary public office" is stamped on all pages of original Arabic affidavit)

7

المملكة العربية السعودية
وزارة المالية
الرياض ١١١٧٧

الرقـــم :
التاريخ :
المرفقات :

<div dir="rtl">

## محكمة الولايات المتحدة الامريكية الاقليمية
## لاقليم مقاطعة كولومبيا

توماس بيرنت ، سينيور ، وآخرون          (

مدعون                                      (

ضد                                         (    دعوى مدنية رقم *02-CV-01616 (JR)*

شركة البركة للاستثمار والتنمية ، وآخرون    (

مدعى عليهم                                  (

---

### بيان من عبدالله بن حمد الوهيبي

بسم الله الرحمن الرحيم ، انا عبدالله بن حمد الوهيبي اقرر ما يلي :

(١)    انــا مديــر الادارة القانونـية بــوزارة المالية ("وزارة المالية") لحكومة المملكة العربية السعودية ("المملكة العربية السعودية") . اقدم هذا البيان لتأييد الدفع برفض الدعوى الذي تقدم به البنك الاهلي الــتجاري (البنك الاهلي) . واتمتع بالصلاحية لتقديم هذا البيان الذي اعددته ووقعته باللغه العربية مدركا انه سيترجم الى اللغة الانجليزية لتقديمة الى محكمة امريكية .

(٢)    ان صندوق الاستثمارات العامة (الصندوق) دائرة ادارية في وزارة المالية . ويملك الصندوق نيابة عن وزارة المالية ٦٩,٣% من اسهم راس مال البنك الاهلي .

(٣)    انشــأ الصـــندوق بموجـب المرسـوم الملكي رقم م/٢٤ وتاريخ ١٣٩١/٦/٢٥هـــ ، الموافق ١٧ اغســطس ١٩٧١م . وقد قضى المرسوم الملكي المذكور بالموافقه على نظام الصندوق . ويتضمن قــرار مجلس الوزراء رقم ٥٠٨ بتاريخ ١٣٩٤/٤/٢هـــ ، الموافق ١٩٧٤/٥/٢م ، وصفا إضافيا لوظيفه الصـــندوق ، وقد ارفقت بهذا البيان نسخ صحيحة ومطابقه للواقع من المرسوم الملكي ،

</div>



المملكة العربية السعودية
وزارة المالية
الرياض ١١١٧٧

الرقــم :
التاريخ :
المرفقات :

ونظــام الصــندوق ، وقــرار مجلــس الوزراء رقم ٥٠٨ ، مع ترجمة لها باللغه الانجليزية وهي المستندات (أ) و (ب) و (ج) على الترتيب .

(٤)    ولـيس للصــندوق بإعتباره دائره ادارية في وزارة المالية صفه قانونية منفصله عن وزارة المالية ويــتكون مجلس ادارة الصندوق (المجلس) بأكمله من الموظفين الرسميين لحكومة المملكة العربية الســعودية وهــم : وزيــر المالية (وهو رئيس المجلس) ، وعضوين من أعضاء مجلس الوزراء (مجلس الوزراء) يسميهما رئيس مجلس الوزراء ، ورئيس الهيئة المركزية للتخطيط (حاليا وَزارة الاقتصـاد والتخطيط) ومحافظ مؤسسة النقد العربي السعودي (مؤسسة النقد) وهي البنك المركزي للمملكـة العربية السعودية (المستند ب ، فقره ٤) ، ويُعَين الامين العام للصندوق (رئيسه التنفيذي) بقرار من مجلس الوزراء بناء على ترشيح مجلس الادارة (المستند السابق ، فقره ٥) .

(٥)    ويقــوم الصندوق بتمويل الاستثمارات في المشاريع ذات الطابع التجاري نيابة عن حكومة المملكة العربــية السعودية من اجل دعم وتوسيعه تنمية الاقتصاد الوطني للمملكة (المستند ب ، الفقره ٢ ، والمســتند ج ، التمهيد ، والفقرتان ١، ٢) . ويتولى المجلس رسم السياسة العامة للصندوق ويقرر المشاريع التي يقوم الصندوق بالاستثمار فيها ، ويقترح الاعتمادات المطلوبة لها من ميزانية حكومة المملكة العربية السعودية ، ويقر الحسابات المالية السنويه للصندوق ، كما يقوم بإعداد تقرير سنوي عن نشاط الصندوق عن العام السابق لتقديمة الى مجلس الوزراء (المستند ب الفقرتان ٤ و ١٠) .

(٦)    وان الاجــراءات التــي يتــبعها الصــندوق في القيام بالاستثمار نيابة عن حكومة المملكة العربية السعودية هي عموما كالتالي : بعد النظر في اقتراحات الاستثمار ، يقرر الصندوق طبيعه وشروط ومــبلغ إستثمار الحكومة (اذا وجد) وما اذا كان الاستثمار عن طريق المساهمة في رأس المال او القروض او كليهما (المستند ب ، الفقرات ٢ و ٤ و ٨) واذا قام الصندوق بالاستثمار فإنه يقوم نيابة عــن حكومة المملكة بمتابعته الاستثمار (المستند السابق الفقره ٨ ، والمستند ج ، الفقره ٣) ، وطبقا للقانون السعودي عموما (المستند ج) يقوم الصندوق عن طريق مندوبيه بتمثيل ملكية الحكومة (عن طريق عضويه مجالس الادارة) في الشركات التي تساهم فيها الحكومة عن طريق الصندوق ، وقد يعهـد مجلس الوزراء الى ادارة اخرى في الحكومة بسلطة تمثيل ملكية الحكومة في جهات تكون الحكومة قد استثمرت فيها عن طريق الصندوق .







بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة المالية
الرياض ١١١٧٧

(٧)   حين انشأ الصندوق في عام ١٩٧١م ، اعتمدت له الحكومة مبلغ الف مليون (١,٠٠٠,٠٠٠,٠٠٠) ريال سعودي نص على ان يتم تأمينها خلال ثلاث سنوات مالية تبدأ من السنه الماليه ٩٢/٩١هـ ، طبقا للمـادة ٣ مـن نظام الصندوق . وقد استمرت الحكومة في تقديم دفعات الى الصندوق عبر السـنين . وتـؤول مبالغ العوائد من القروض والاستثمارات في الملكية الى الصندوق ومن ثم الى وزارة المالية التـي يحق لها سحب هذه المبالغ في أي وقت مع مراعاة القروض التي التزم بها الصــندوق والـتزاماته بالصـرف فـي ظلهـا (المستند ب ، الفقره ٣) وتقيد ايرادات الصندوق ومصروفاته في حساب في مؤسسة النقد (المستند السابق ، الفقره ٧) .

(٨)   وتقـوم وزارة المالـية بدفع التكاليف الادارية والتشغيلية للصندوق ، بما في ذلك تكاليف الموظفين والميزانـية الاداريــة ، من الاعتمادات المخصصه للوزارة في الميزانية ، ويقع مقر الصندوق في مقر وزارة المالية ، ولايدفع الصندوق ايجارا لمكاتبه .

(٩)   ويحـتفظ الصندوق بنوعين من الملكية : (أ) اسهم الشركات ، و(ب) الاصول التشغيلية كالسيارات والتجهـيزات المكتبـيه وما شابه ذلك . وعموما يحتفظ الصندوق بأسهم الشركات نيابه عن وزارة المالية . وتملك وزارة المالية الاصول التشغيلية وتعتبر جميع الممتلكات التي يحتفظ بها الصندوق مملوكة لحكومة المملكة العربية السعودية عن طريق وزارة المالية .

(١٠)   ان موظفـي الصـندوق موظفيـن في حكومة المملكة العربية السعودية يشكلون جزءا من الخدمة المدنية .

(١١)   وبالاضافة الى اشراف مجلس الادارة ، يخضع الصندوق ايضا لرقابه ديوان المراقبة العامة ، وهو هيـئة حكومـية مسئولة عن الرقابة المالية على الادارات الحكومية والمؤسسات التي تستثمر فيها الحكومة ، ويخضع الصندوق ايضا لرقابة هيئة الرقابة والتحقيق وهي هيئة حكومية تختص بالرقابة على ادارات حكومة المملكة العربية السعودية .

(١٢)   وتجوز مقاضاه الصندوق بإعتباره ادارة من ادارات وزارة المالية امام ديوان المظالم ، وهو محكمة ســعودية تخـتص –ضـمن امور اخرى– بالفصل في دعاوى التعويض ضد الادارات الحكومية للمملكة العربية السعودية بسبب اعمالها وفي هذه الحالة فإن المدعى عليه هو وزارة المالية .





| | |
|---|---|
| الرقـــم : | المملكة العربية السعودية |
| التاريــخ : | وزارة المالية |
| المرفقات : | الرياض ١١١٧٧ |

وأؤكــد ان المعلومـــات الـــواردة بهـــذا الإعلان صحيحة وصادقه حسب علمي واعتقادي وحسب المعلومات المـتوفرة لدي ، تم التوقيع في٢٦/ ٦ /١٤٢٤هـ ، الموافق٨٨/٣/٢٠٠٣م ، في الرياض ، المملكة العربية السعودية .

عبدالله بن حمد الوهيبي

كاتب العدل : محمد بن سعد الخرجي كاتب العدل بكتابة العدل الأولى بالرياض

نصادق بأن عبدالله بن حمد الوهيبي قد مثل أمامنا في هذا اليوم٢٦/ ٦ /١٤٢٤هـ الموافق٨/٣/٢٠٠٣م . ووقع هذا البيان .والله الموفق .



كتابة العدل الأولى بالرياض

محمد بن سعد الخرجي

وزارة العدل
كتابة العدل الأولى بالرياض

١١٢٤

Exhibit A

*IN THE NAME OF GOD, THE MERCIFUL, THE COMPASSIONATE*

Kingdom of Saudi Arabia          Number: M/24
Diwan of Presidency of the Council of Ministers    Date: 25/6/1391 H

With the help of God Almighty,

We, Faisal bin Abdul Aziz Al-Saud

King of the Kingdom of Saudi Arabia

After reviewing Article 19 of the Council of Ministers' Law

promulgated by Royal Decree No. (38) dated 22/10/1377 H.

And after reviewing Resolution No. (468) of the Council of

Ministers dated 24-25/6/1391 H.

We decree the following:

Firstly:      Approving the Charter of the Public Investment Fund, attached hereto.

Secondly:    The Deputy President of the Council of Ministers and Minister of Finance and National Economy shall implement this decree.

Honorable Signature

Faisal

بسم الله الرحمن الرحيم

المملكة العربية السعودية
ديوان رئاسة مجلس الوزراء

الرقم ٢٤/م
التاريخ ١٣٩١/٦/٢٥ ه

بعون الله تعالى

**نحن فيصل بن عبد العزيز آل سعود**

**ملك المملكة العربية السعودية**

بعد الاطلاع على المادة التاسعة عشر من نظام مجلس الوزراء ،
الصادر بالمرسوم الملكي رقم ( ٣٨ ) وتاريخ ١٣٧٧/١٠/٢٢ ه .

وبعـــد الاطلاع على قرار مجلس الوزراء رقـــم ( ٤٦٨ )
وتاريخ ١٣٩١/٦/٢٥-٢٤ ه .

رسمنا بما هو آت :

اولاً ـ الموافقة على نظام صندوق الاستثمارات العامة المرافق لهذا
المرسوم .

ثانياً ـ على نائب رئيس مجلس الوزراء ، ووزير المالية والاقتصاد
الوطني تنفيذ مرسومنا هذا . ،،،

التوقيع الكريم

فيصل

*IN THE NAME OF GOD, THE MERCIFUL, THE COMPASSIONATE*

Kingdom of Saudi Arabia                                    Number: 13847/3/I

Diwan of Presidency of the Council of Ministers     Date: 26/6/1391 H

His Royal Highness Minister of Finance and National Economy:

Greetings:

With reference to your letter No. 197/S/91 dated 24/6/1391 H requesting approval for the Charter of the Public Investment Fund. The Council of Ministers decided per its resolution No. 468 dated 24-25/6/1391 H the following:

The Council of Ministers:

After reviewing the letter submitted by His Highness the Minister of Finance and National Economy No. 197/S/91 dated 24/6/1391 H which states that the Council of Ministers had issued its Resolution No. 285 dated 21/4/1391H approving the submission of the Ministry of Finance and National Economy for the establishment of the Public Investment Fund, that the reason for the proposal to establish this Fund was that the Government had established in recent years various productive projects of a commercial nature due to their importance in developing the national

1

economy and because of the presence of the essential prerequisites for their establishment, when it determined that the private sector could not undertake this task alone either due to lack of expertise or capital or both. To that end, the Government established the Public Corporation for Petroleum and Minerals - which in turn formed several similar projects - the Saudi Arabian Airlines Corporation and the Railways Corporation. There are still other possibilities for the creation of similar projects either in the petroleum and mineral sector or in other sectors - and since these investments have a distinctive nature different from undertakings designed for general budgetary expenditure, and for the government to always have the financial resources for the creation of and/or participation in such projects when favorable conditions arise.

For all the above, it was determined that the establishment of this Fund is the suitable conduit for the achievement of such objectives. Accordingly, I am enclosing herewith a draft of the Charter for this Fund for your consideration.

[The Minister of Finance] further stated that, as is provided in the draft Charter, it was named 'Public Investment Fund' so that its title reflects its purpose. The Second article of the Charter spells out the objective of the

2

Fund and states that it is only for productive projects of a commercial nature. The Charter also specifies the composition of a Board of Directors to assume the responsibility of receiving and studying applications as well as reviewing studies for the proposed project conducted by the government entity or public corporation to ensure its feasibility and profitability to the national economy. When the proposed project meets the economic prerequisites, the Board of Directors will allocate the necessary funds.

To ensure the proper utilization of the Fund's resources, the draft Charter requires that its funds be held at the [Saudi] Monetary Authority, and that any funds allocated for any project shall not be disbursed until needed. The Charter also stipulates that the Board of Directors be informed about how such allocated funds are utilized by the beneficiaries whether government departments or public corporations. The Charter also provides for the preparation of an annual financial report and financial accounts to be presented to the Council of Ministers for its approval. Through this medium the Council of Ministers will be made aware of how the Fund resources are invested so that the Council of Ministers may issue directives to the Board with respect to policies followed in administering the Fund's affairs. Since the annual budget is no more than

a work program that should include sufficient details of all government expenditures and investments, and for the budget statements to reflect accurately this program, the draft Charter provides for the need to include the statements reflecting the Fund's investments in the financial statements of the general budget.

<div align="center">Resolves the following:</div>

1- The Draft Charter of the Public Investment Fund is approved as worded in the attached enclosure.

2- A draft Royal Decree has been prepared for this purpose, a copy of which is enclosed.

The foregoing is the written record of what transpired. Enclosed are the following:

1- Copy of the said Charter.

2- Copy of the Royal Decree No. M/24 dated 24/6/1391H approving the Charter.

Kindly act on this accordingly, with my best regards to your Highness.

<div align="center">Head of the Diwan of the Presidency of the Council of Ministers

Saleh Al-Abad</div>

<div align="center">4</div>

بسم الله الرحمن الرحيم

الرقم ١٣٨٤٧/٢/ع
التاريخ ١٣٩١/٦/٢٦ ه

المملكة العربية السعودية
ديوان رئاسة مجلس الوزراء

صاحب السمو وزير المالية والاقتصاد الوطني

بعد التحية : ـ بالاشارة الى خطابكم رقم ١٩٧/س/٩١ وتاريخ ١٣٩١/٦/٢١
حول طلب الموافقة على نظام مشروع صندوق الاستثمارات العامة . لقد قرر
مجلس الوزراء، بقراره رقم ١٦٨ في ٢٤ـ٢٥/٦/١٣٩١ مايلي : ـ

ان مجلس الوزراء :

بعد الاطلاع على الخطاب المرفوع من سمو وزير المالية والاقتصاد
الوطني برقم ١٩٧/س/٩١ في ١٣٩١/٦/٢٤م المتضمن أنه سبق ان اصدر مجلس
الوزراء، قراراً برقم ٢٨٥ في ١٣٩١/٤/٢١ بالموافقة على اقتراح وزارة المالية
والاقتصاد الوطني انشاء صندوق للاستثمارات العامــة ، وكان الباعث على
اقتراح انشاء هذا الصندوق هو أن الحكومة قد قامت خلال السنوات الماضية
بانشاء بعض المشروعات الانتاجية ذات الطابع التجاري لاتصافها بالأهمية
الكبيرة لتنمية الاقتصاد الوطني وتوفر المقومات الأساسية لقيامهـا عندما
رأت أن القطاع الخاص لايستطيع القيام بهـا منفرداً اما لقلة الخبرة أو رأس
المال أو كليها وفي سبيل ذلك انشأت الحكومة المؤسسة العامـة البترول
والمعادن والتي قامت بدورها في انشاء عدة مشاريع من هذا النوع كذلـك
مؤسسة الخطوط الجوية السعودية ومؤسسة السكك الحديدية ولايزال هنـاك
امكانيات لقيام مشروعات مماثلة سواء في قطاع البترول والمعادن أو قطاعات

اخرى .. ولما كانت هذه الاستثمارات تتصف بطبيعة متميزة عن الاعمال التي تخصص للمصروفات العامة في الميزانية وحتى تتوفر لدى الحكومة دائماً الامكانيات المالية للمضي في انشاء هذه المشروعات ، أو المشاركة في انشائها عندما تظهر الظروف المناسبة لذلك . لذلك كله رؤى أن انشاء هذا الصندوق هو الوسيلة المناسبة لتحقيق هذه الاهداف ولذا أتقدم بمشروع نظام لهـــذا الصندوق بيان خطابي هذا وراجياً النظر فيه .

وافادته انه كما هو واضح من مشروع النظام ، فقد اطلق عليـــه اسم ( صندوق الاستثمارات العامـــة ) لتدل التسمية على الغرض منه ، وحددت المادة الثانية غرض الصندوق فذكرت أنه يخصص فقط للمشاريع الانتاجية ذات الطابع التجاري تحديداً للغرض . كما تضمن النظام تشكيل مجلس ادارة يتولى تلقي الطلبات وفحصها وبراجع الدراسات التي أجرتها الجهة الحكومية أو المؤسسة العامـــة للمشروع المقترح لزيادة التأكد من جدوى المشروع وعائده على الاقتصاد الوطني حتى اذا توفرت للمجلس القناعة بتوفر الشروط الاقتصادية لتأسيس المشروع قرر تخصيص المبالغ اللازمـــة له . . ولغرض التأكد من حسن استغلال الاموال المرصودة في الصندوق ، فقد تضمن مشروع النظام النص على الاحتفاظ بهذه الاموال في مؤسسة النقـــد وأن لا تصرف الاموال التي تخصص لأي مشروع الا عند الحاجة اليها ، كما اشترط النظام اطلاع الادارة على كيفيـــة التصرف بالاموال المخصصة من قبل الأجهزة الحكومية أو المؤسسات العامة المستفيدة ، كما نص النظام على اعـــداد تقرير مالي سنوي وحساب ختامي يعرض على مجلس الوزراء للمصادقة عليه ، وبهذه الواسطة يكون مجلس الوزراء على اطلاع بكيفية استثمار أموال الصندوق وليوجه مجلس ادارة الصندوق بما براه من توجيهات بالنسبة السياسة الـــتي أتبعت في ادارة شؤون الصندوق ولما كانت الميزانية السنوية ما هي الا برنامج عمل يجب ان يتضمن بيانات كافية بكامل مصروفات الحكومة واستثماراتهــا وحتى تكون بيانات الميزانية تصور بدقة هذا البرنامج . فقد تضمن مشروع

النظـــام ضرورة ادراج بيانات استثمارات الصندوق ضمن البيانات الماليـــة للميزانية العامــة .

(يقـرر مـا يلي)

١ ــ الموافقـة على مشروع نظام صندوق الاستثمارات العامــــة بالصيغة المرافقة لهـذا .

٢ ــ وقد نظم مشروع مرسوم ملكي لذلك صورته مرافقة لهذا .

ولما ذكر حرر . وتجدون عليه مايلي :ـ

١ ــ صورة من ذلك النظام .

٢ ــ صورة من المرسوم الملكي رقم م / ٢٤ وتاريـخ ١٣٩١/٦/٢٥ هـ . بالتصديق على ذلك .

ارجو اكمال مايلزم بموجبه ولسموكم تحياتي .

رئيس ديوان رئاسة مجلس الوزراء
صالح العباد

**Exhibit B**

The Kingdom of Saudi Arabia

Ministry of Finance and National Economy

Charter

Public Investment Fund

Promulgated by Royal Decree No. M/24 dated 25/6/1391H based on

Council of Ministers resolution No. 468 dated 24-25/6/1391 H.

Cost

Two Saudi Riyals

Government Security Prints – Riyadh

1401 H

## Charter of the Public Investment Fund

1-Pursuant to this Charter, a fund shall be established under the name (Public Investment Fund).

2- This Fund shall be dedicated to the financing of investments in productive projects of a commercial nature whether they belong to the Government or the industrial lending institutions connected to it or to its public corporations and whether these projects are undertaken independently or in partnership between these administrative parties and private institutions. Funding by the Fund shall be carried out through loans or guarantees and in special cases through allocation of funds required for a specific project, always in accordance with the terms and conditions delineated by the Board of Directors of the Fund.

3- An amount of one billion Saudi Riyals shall be allocated to this Fund, to be made available over three fiscal years starting FY 91/92 H. This amount may be increased by a resolution of the Council of Ministers.

4- The Fund shall be managed by a Board of Directors composed of

- The Minister of Finance and National Economy as Chairman
- Two members from the Council of Ministers to be named by the President of the Council of Ministers .
- The Head of the Central Authority for Planning.
- The Governor of the Saudi Arabian Monetary Agency.

1

The Board shall be responsible, subject to the provisions of this Charter, for formulating the general policy of the Fund and reviewing and deciding on requests for financing submitted to it by the concerned authorities after the Board conducts the necessary studies in order to determine the economic feasibility of the project. The Board of Directors shall also propose appropriations to be allocated in the annual general budget for funding the Fund and shall certify the annual financial position of the Fund and its final statement of accounts in preparation for their submittal to the Council of Ministers for its approval.

5- The Board of Directors shall nominate a Secretary-General for the Board to be appointed by a resolution of the Council of Ministers. The Ministry of Finance and National Economy shall, within its budget, provide the office of the Secretary-General with the necessary services and the necessary staff, whether experts, researchers, economic analysts, clerks and others. Upon a decision by the Board of Directors, the Fund may enter into contracts, with suitable terms and conditions, with individuals or entities to provide consulting services or studies as needed.

6- The General Secretariat of the Board shall prepare the agenda for the Board of Directors, studies needed for the investment projects, applications for loans and guarantees, necessary reports, financial position and final statement of accounts. It shall also present a semi-

2

annual report reflecting the Fund's activities throughout the period of the report.

7- A segregated account for the Fund shall be established with the Saudi Arabian Monetary Agency in which all its transactions shall be recorded, its revenues shall be deposited and from which disbursements of funds shall be made through the Saudi Arabian Monetary Authority pursuant to the directives issued by the Board of Directors of the Fund. The Saudi Arabian Monetary Authority shall present to the Board an annual account reflecting the Fund's transactions during the period of the report.

8- The Fund shall not process any request to finance projects unless accompanied by comprehensive studies including the economic feasibility of the project, statement of cost in local currency and costs to be incurred in foreign currency, completion period, the suggested method of financing, and other details and information that the Board of Directors may require be attached to the request. The Ministry, Government department, or public corporation whose project was funded by the Fund shall present to the Fund an annual financial report reflecting the funds allocated by the Fund, how these funds were disbursed and their impact on the progress of the project, as well as other details that the Board of Directors may require be included in the annual financial report.

3

9- No withdrawals from the funds, allocated by the Fund for a specific project, are permitted except to the extent required to meet current needs of the project.

10- The Government general budget shall include financial statements reflecting the Fund's investments. The Board of Directors of the Fund shall submit to the Council of Ministers a detailed annual report indicating, in addition to the financial position of the Fund and its final statement of account, a summary of its major operations during the period covered in the report.

4

المملكــة العــربيـة السعوديـة
وزارة المالية والاقتصاد الوطني

نظـــــام

صندوق الاستثمارات العـامــــة

صــدر المرسوم الملكي رقم م/٢٤ وتاريخ ١٣٩١/٦/٢٥ هـ

بالموافقـة عليـه بناء على قرار مجلس الوزراء رقـم ( ٤٦٨ )

وتاريخ ٢٤-٢٥/٦/ ١٣٩١ هـ

القيمـة
ريـالان

مطابع الحكومة الأمنيـة ـ الرياض
١٤٠١ هـ

( نظـام صندوق الاستثمارات العـامـــة )

١ ــ ينشأ بموجب هذا النظام صندوق يسمى (صندوق الاستثمارات العامة) .

٢ ــ يخصص هذا الصندوق لتمويل الاستثمار من المشاريـع الانتاجية ذات الطابع التجاري سواء كانت تابعة للحكومـة أو مؤسسات الأقراض الصناعي المرتبطة بها أو المؤسسات العامة وسواء كانت هذه المشاريع تنفذ استقلالا أوعن طريق مشاركة الجهات الادارية المذكورة لمؤسسات خاصة وبتم هــــذا التمويل عن طريق الاقراض أو الضمان ويجوز في حالات خاصة ان يتم التمويل عن طريق تخصيص مبالـغ يحتـــاجها مشروع معين . . كل ذلك بالشروط والاوضاع التي يحددها مجلس ادارة الصندوق .

٣ ــ يعتمد لهذا الصندوق مبلغ الف مليون ريال يجري تأمينه خلال ثلاث سنوات ماليـة تبدأ من السنة الماليــــة ٩٢/٩١ هـ . ويجوز بقرار من مجلس الوزراء زيادة هذا المبلغ .

٤ ــ يقوم بادارة الصندوق مجلس ادارة مكون من :ــ

وزير المالية والاقتصاد الوطني                 رئيسـا .

وعضوية :ــ

اثنين من أعضاء مجلس الوزراء
يسميها رئيس مجلس الوزراء
رئيس الهيئة المركزية للتخطيط
محافظ مؤسسة النقد العربي السعودي .

ويتولى المجلس في حدود احكام هــذا النظام رسم السياسـة العامـــة للصندوق والنظر والبت في طلبات التمويل التي تقــدم له من الجهـــات المختصة بعد ان يجري المجلس بمعرفته الدراسات اللازمــــة ــ لتحديد

مدى الجـــدوى الاقتصادية للمشروع كما يقترح المجلس الاعتمادات التي ترصد في الميزانية العامـة سنويا لتمويل الصندوق ويقوم بإقرار المركز المالي السنوي للصندوق وحسابه الختامي تمهيداً لرفعه الى مجلس الوزراء لاعتماده .

٥ _ يرشح مجلس الادارة امينا عاما للمجلس يصدر بتعيينه قرار من مجلس الوزراء وتقوم وزارة المالية والاقتصــاد الوطني ضمن ميزانيتها بتوفير الخدمات اللازمة لمكتب الامين العـــام والموظفين اللازمين سواء من الخبراء أو الباحثين أو المحللين الاقتصاديين أو الكتبــة وغيرهم ويجوز بقرار من مجلس ادارة الصندوق التعاقد بالشروط وبالكيفية التي يراها مناسبة مع اشخاص أو هيئات لتقديم خدمات استشارية أو دراسات لازمة للصندوق .

٦ _ تقوم الامانة العامـــة للمجلس بإعـداد لاجحــة اعمال مجلس الادارة والدراسات اللازمة لمشروعات الاستثمار وطلبات القروض والضمان والتقارير الضرورية وإعـــداد المركز المالي وتقرير الحســاب الختامي ويقدم _ تقريرا نصف سنوي شاملا لنشاط الصندوق في الفترة المقدم عنها التقرير .

٧ _ يفتح في مؤسسة النقد العربي السعودي حساب مستقل للصندوق تقيد فيـه عمليات وتحول اليه ايراداته ويجري الصرف منه بواسطة مؤسسة النقد العربي السعودي طبقا للتعليمات التي يصدرها مجلس ادارة الصندوق وتقدم مؤسسة النقد العربي السعودي الى مجلس ادارة الصندوق حسابا سنويا بعملياته خلال الفترة المختصة .

٨ _ لا ينظر الصندوق في طلبـات التمويل للمشاريع الا اذا ارفقت بهـــا دراسات وافية تشمل الجدوى _ الاقتصادية للمشروع وبيانا بالتكاليف موضحا التكاليف المتعلقة بالعملة المحليــــة والتكاليف المتعلقة بالعملة

الاجنبية ومدة التنفيذ والكيفية المقترحة للتمويل الى غـير ذلك من البيـانات والماومـات التي يقرر بجلس ــ الادارة وجوب ارفـاقها بالطلب . . ويجب على الوزارة أو المصلحة الحكومية أو المؤسسة العامة التي مول ــ الصندوق مشروعا تابعا لها ان ــ تقــدم للصندوق تقرير ماليا سنويا بالمبالغ المخصصة من الصندوق للمشروع وكيفيــة صرفها وآثارها في تقدم المشروع ، الى غير ذلك من البيانات التي يقرر بجلس الادارة وجوب تضمن . الحساب السنوي لها .

٩  ــ لا يجوز السحب على المبالغ الموافق على اعتمادها من الصنـدوق للمشروع معين الا بقدر ما تدعو الى ذلك الحاجة الآتية للمشروع .

١٠ ــ تضمن بيانات الميزانية العامـــة للدولة بياثا ماليا باستثمارات الصندوق وبقــدم بجلس ادارة الصندوق تقرير سنويا مفصلا لمجلس الوزراء يبين بالاضافة للمركز المالي للصندوق وحسابه الختامي ملخصا لعملياته الرئيسية في الفترة المقدم عنها التقرير .

Exhibit C

*IN THE NAME OF GOD, THE MERCIFUL, THE COMPASSIONATE*

Kingdom of Saudi Arabia                               No.      10651/3/f
General Secretariat of the Council of Ministers       Date:    9/4/1394 H.
                                                      Encl:

<div align="center">"Circular"</div>

His Royal Highness the Minister of Interior

Greetings:

The esteemed Council of Ministers decided per its resolution No. 508

dated 2/4/1394H the following:-

The Council of Ministers

Based on the presentation of His Royal Highness, the Second Deputy

President of the Council of Ministers, and whereas the country is

embarking on a major industrial and agricultural development leading to

the creation of many industrial, agricultural or commercial joint stock

companies or companies that operate in the services sector whether to be

established by the private sector or by the government or public

corporations;

<div align="center">1</div>

And whereas it is imperative that economic and social development be complimentary to each other and this requires that serious consideration be given to the equitable distribution of income;

And whereas it is desirable that the Government provide investment opportunities in joint stock companies to a large segment of its citizens who have limited income or limited saving capability, as these opportunities will familiarize those citizens with saving and strengthen their relations with national productive institutions besides improving their income. This to be done without disrupting the policy of government noninterference in the realm of private investment;

Has resolved the following:

1- The Government shall, when deemed appropriate, participate in joint stock companies to be established in the future and the Board of the Directors of the Public Investment Fund shall determine this participation and its percentage.

2- After the companies in which the Government invests start production and their shares begin to earn meaningful profits, the Government shall sell all or part of its shares at their nominal price

2

and on easy terms to Saudi nationals with limited income or limited saving capability in accordance with the procedures delineated in a Regulation to be issued by the Council of Ministers.

3- The General Secretariat of the Fund shall assume the responsibility of the management of these shares, representing the government in all matters related to these shares as well as supervising the implementation of the rules and procedures governing the selling of the shares pursuant to this Resolution.

4- The arrangement relating to the managing of the shares shall be revisited in two years' time from now in order to determine whether or not it would be appropriate to establish an independent entity or institution to manage these shares.

The foregoing is a written record of what transpired.

Since His Majesty has approved the above, kindly act accordingly, with my best regards to your Highness.

Head of the Diwan of the Presidency of the Council of Ministers

Saleh Al-Abad

3

Copy to every Ministry, Government Department and Public Corporation.
Original copy/Financial Committee
Original copy/Administrative Committee
Original copy/Rules Committee
Original copy/Joint Committee
Original copy/Contracts Committee
Original copy/Financial Department

4

بسم الله الرحمن الرحيم

المملكة العربية السعودية

الامانة العامة لمجلس الوزراء

الرقم : ٥١٠١/٣/١٠/ف

التاريخ : ٩/٤/١٣٩٤هـ

المرفقات :

" تعميـــــــــــــــم "

صاحب السمو الملكي وزير الداخليــــة

بعد التحيـــة :-

لقد قرر مجلس الوزراء الموقر بقراره رقم ٥٠٨ وتاريخ ٢/٤/١٣٩٤هـ مايلـــــــي :-

أن مجلس الــــــــــوزراء

بناء على ماعرضه صاحب السمو الملكي النائب الثاني لرئيس مجلس الوزراء ، ونظرا لان البلاد مقبلة على نهضة صناعية وزراعية كبيرة ستنشأ بسببها اعداد من الشركات المساهمة الصناعية والزراعية والتجارية والتي تعمل في قطاع الخدمات سواء الشركات التي بوسسها القطاع الاهلي او تنشئها الحكومة والمؤسسات العامة .

ونظرا لان من الواجب تحقيق التكامل بين التنمية الاقتصادية والتنمية الاجتماعية مايوجب صرف اهتمام اكبر للتوزيع العادل للدخل .

وحيث ان من الملائم أن تقوم الحكومة بتوفير امكانية حصول قطاع كبير من المواطنين ذوي الدخــل المحدود او ذوي المقدرة الادخارية المحدودة على فرص الاستثمار في الشركات المساهمة ، ولان فــي ذلك الى جانب تحسين دخولهم تعويد لهم على الادخار وتوثيق صلتهم بالمؤسسات الانتاجيـــــة الوطنية وكل ذلك من غير اخلال بالاتجاه في عدم تدخل الدولة بصفة مباشرة في مجال الاستثمار الخــــاص .

يقرر مايأتـــــي

١ ) تشترك الحكومة متى رأت ذلك مناسبا في الشركات المساهمة التي توسس في المستقبل وتقـــرر مجلس ادارة صندوق الاستثمارات العامة اشتراك الحكومة ومقدار النسب التي تشترك فيهـــا .

٢ ) بعد بدء الشركات التي تساهم فيها الحكومة في الانتاج وحصول الاسهم فعلا على ارباح مجزية ، تقوم الحكومة ببيع اسهمها كلها اوجزءا منها بقيمتها الاسمية وبطريقة ميسرة للمواطنين السعودين من ذوي الدخل المحدود او ذوي المقدرة الادخارية المحدودة وذلـك وفقــــا للقواعد والاجراءات التي تصدر بها لائحة من مجلس الـــــــــوزراء .

٣ ) تتولى الامانة العامة لصندوق الاستثمارات ادارة هذه الاسهم وتشغيل الحكمية فيما يتعلــق بها والاشراف على تنفيذ قواعد واجراءات بيع الاسهم طبقا لهذا القرار .

( ص ـ ٢ ـ )

٤ ) يعاد النظر في الترتيبات المتعلقة بادارة هذه الاسهم بعد سنتين من الآن لتقرر ماذا كان
من الملائم تأسيس جهاز مستقل او مؤسسة لادارة هذه الاسهم او غير ذلك .

ولهذا كرمتـــــــوز ،،،

وحيث وافق جلالة مولاي على ذلك ـ ارجو اكمال مايلزم بموجبه .

ولسموكم تحياتـــــــــي ،،،،

رئيس ديوان رئاسة مجلس الـــــــــوزرا •

صالح العبـــــــاس

نسخة لكل وزارة وادارة حكومية ومؤسسة عامة •

صورة طبق الاصل / للجنة المالية •

صورة طبق الاصل / للجنة الادارية •

صورة طبق الاصل / لجنة الانظمـــة

صورة طبق الاصل / للجنة المشتركة

صورة طبق الاصل / لجنة العقـــــود

صورة طبق الاصل / للادارة الماليـــــــة

ع.س/

## Certificate of Accuracy

I, Ismat K. Gabbani, the undersigned, being duly sworn, deposes and declares:

That I am familiar with both English and Arabic languages, and that I have made the attached translation from the annexed documents (the original of which is written in Arabic language) relating to (PIF affidavit and Exhibits) and hereby certify that the same is a true and complete translation to the best of my knowledge, ability and belief.

Signature :

Address: 10616 Pennydog Lane.
Silver Spring, Md. 20902

District of Columbia : SS
Subscribed and Sworn to before me
this _8th_ day of _October_ _2003_

Notary Public, D.C.
My commission expires _10/14/2007_

Ahmed Elhillali
Notary Public, District of Columbia
My Commission Expires 10-14-2007