# Exhibit 10




I , the Minister of Justice of the Kingdom of Saudi Arabia confirm that , the following organizations are legally established in the Saudi Arabia and are permitted to operate under its laws and regulations ;
A. Muslim World League
B. World Assembly of Muslim Youth
C. Al-Haramain Islamic Foundation
D. International Islamic Relief Organization; and

IN WITNESS WHEROF, in my capacity as Minister of Justice , the foregoing has been executed in Riyadh on this ___/___/1425H ( ___ / ___ /2004)

Minister of Justice of the Kingdom of Saudi Arabia

Name : Abdullah Mohammed Ibrahim Al Sheikh

Signature

21/3/2004

Stamp