# Exhibit 11



I, the Minister of Justice of the Kingdom of Saudi Arabia, confirm that the Saudi Joint Relief Committee is an agency of the Kingdom of Saudi Arabia, created by High Order of the President of the Council of Ministers, the Custodian of the Two Holy Mosques, King Fahad Ben Abdul Aziz Al-Saud, No. 7/B/1863 dated 3/2/1420 H (19/5/1999) In the High order creating the Saudi Joint Relief Committee, it was given discretion to donate funds on behalf of the Kingdom for charitable relief efforts. As an agency of the Kingdom, the Saudi Joint Relief Committee operates in accordance with the laws and regulations of the Kingdom.

IN WITNESS WHEROF, in my capacity as Minister of Justice, the foregoing has been executed in    Riyadh    on    this ___/___/1425H.(___/___/2004)
Minister of Justice, the Kingdom of Saudi Arabia
Name : Abdullah Mohammed Ibrahim Al Sheikh

Signature

Stamp

21/5/2004