UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------

                                                    NOTICE OF
                                                    APPEARANCE

In re Terrorist Attacks on September 11, 2001

                                                    03 MDL 1570 (RCC)
                                                    ECF Case

--------------------------------------------------------------

This document relates to:
   *Kathleen Ashton, et al. v. Al Qaida Islamic Army, et al.*, 02-CV-6977 (RCC), ECF Case
   *Federal Ins. Co., et al. v. Al Qaida, et al.*, 03-CV-6978 (RCC), ECF Case

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

        PLEASE TAKE NOTICE that DAVID W. BOWKER of the law firm of WILMER

CUTLER PICKERING HALE AND DORR LLP hereby enters an appearance as counsel in this

case for Defendant Prince Mohamed Al-Faisal Al-Saud.  All notices that are required to be given

and all pleadings and orders that are required to be served in this case should be served at the

following address:

        David W. Bowker
        WILMER CUTLER PICKERING HALE AND DORR LLP
        399 Park Avenue
        New York, NY 10022

Dated:  New York, New York
        September 1, 2004

                            David W. Bowker (DB 3029)
                            WILMER CUTLER PICKERING HALE
                            AND DORR LLP
                            399 Park Avenue
                            New York, New York 10022
                            (212) 230-8800
                            Fax: (212) 230-8888
                            David.Bowker@Wilmerhale.com