UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

In re Terrorist Attacks on September 11, 2001

NOTICE OF APPEARANCE

03 MDL 1570 (RCC)
ECF Case

-----------------------------------------------------------

This document relates to:
  *Kathleen Ashton, et al. v. Al Qaida Islamic Army, et al.*, 02-CV-6977 (RCC), ECF Case

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that DAVID P. DONOVAN of the law firm of WILMER CUTLER PICKERING HALE AND DORR LLP hereby enters an appearance as counsel in this case for Defendant Prince Mohamed Al-Faisal Al-Saud. He was admitted *pro hac vice* in this action on July 28, 2003. All notices that are required to be given and all pleadings and orders that are required to be served in this case should be served at the following address:

　　David P. Donovan
　　WILMER CUTLER PICKERING HALE AND DORR LLP
　　1600 Tysons Boulevard
　　Suite 1000
　　McLean, VA 22102

Dated:  Washington, DC
　　　　September 2, 2004

　　　　　　　　　　　　　　　　　　　　　/s/ David P. Donovan by JCA
　　　　　　　　　　　　　　　　　　　　　David P. Donovan
　　　　　　　　　　　　　　　　　　　　　WILMER CUTLER PICKERING HALE
　　　　　　　　　　　　　　　　　　　　　AND DORR LLP
　　　　　　　　　　　　　　　　　　　　　1600 Tysons Boulevard
　　　　　　　　　　　　　　　　　　　　　Suite 1000
　　　　　　　　　　　　　　　　　　　　　McLean, VA 22102
　　　　　　　　　　　　　　　　　　　　　(703) 251-9760
　　　　　　　　　　　　　　　　　　　　　Fax: (703) 251-9797
　　　　　　　　　　　　　　　　　　　　　David.Donovan@Wilmerhale.com