## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | ) | |
| In re: TERRORIST ATTACKS ON | ) | No. 03-MDL-1570 |
| SEPTEMBER 11, 2001 | ) | Judge Richard C. Casey |
| _____ | ) | |

### DECLARATION OF MAX HUFFMAN

I, Max Huffman, hereby swear to the following:

1.  I am an attorney licensed to practice in the District of Columbia and an associate with the law firm of Robbins, Russell, Englert, Orseck & Untereiner LLP, counsel to Defendant Saudi High Commission in this case.  I make this Declaration in support of Defendant Saudi High Commission's Reply in Support of its Motion to Dismiss the complaints consolidated in the above-captioned multi-district litigation.  I have personal knowledge of and am competent to testify to the facts set forth below.

2.  Attachment A to this Declaration is a true and correct copy of the Declaration of Hadzimuratovic Hajrudin (Hajrudin Declaration) and Exhibits A through D to the Declaration.  Mr. Hajrudin is Bosnian counsel to the Saudi High Commission.  The Hajrudin Declaration was made at the requests of my firm and of counsel for Prince Salman bin Abdulaziz Al-Saud, and was translated into the English language for submission to this Court.

3.  Attachment B to this Declaration is a true and correct copy of the Declaration of Mensur Delija, a licensed Bosnian to English translator, attesting to the accuracy of the translations of the Hajrudin Declaration and Exhibits A, B, and D to that Declaration.

4.  Attachment C to this Declaration is a true and correct copy of the Declaration of Merima Erkocevic, a licensed Bosnian to English translator with the title of Official Court Interpreter for English Language, attesting to the accuracy of the translation of Exhibit C to the Hajrudin Declaration.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on September 3, 2004, in Washington, D.C.


_____/S/ [Max Huffman]_____
Max Huffman

# ATTACHMENT A



Lawyer
Hadzimuratovic Hajrudin
SARAJEVO
ul. Mula Mustafe Baseskije 85.
Phone 532-074

## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | **03-MDL-1570** <br> **ECF Case** |

*Relates to:*
*Ashton v. Al Qaeda Islamic Army*, 02-CV-6977 (RCC)
*Burnett v. Al Baraka Investment & Development Corp.*, 03-CV-5738 (RCC)
*Federal Insurance Co. v. Al Qaida*, 03-CV-6978 (RCC)
*Barrera v. Al Qaeda Islamic Army*, 03-CV-7036 (RCC)
*Salvo v. Al Qaeda Islamic Army*, 03-CV-5071 (RCC)
*Burnett v. Al Baraka Investment & Development Corp.*, 03-CV-9849 (RCC)

## DECLARATION OF HADZIMURATOVIC HAJRUDIN

I, Hadzimuratovic Hajrudin, do hereby declare:

1. I serve as outside legal counsel to the Saudi High Commission ("SHC") in the Federation of Bosnia and Herzegovina ("Bosnia-Herzegovina"). In that capacity, I have responsibility for ensuring the SHC's compliance with Bosnian laws and general oversight of any legal issues arising with respect to the SHC. I have been asked by counsel for the SHC and its President, Prince Salman bin Abdulaziz Al-Saud ("Prince Salman") to make this declaration, which I understand will be translated into the English language and submitted in support of any Motion to Dismiss or reply brief that may be filed in these consolidated cases on behalf of the SHC and/or Prince Salman. I have personal knowledge of and am competent to testify to the matters set forth below.

2. I was educated in Sarajevo and am a lawyer by training. I served as a judge of the Administrative Court of Bosnia and Herzegovina from 1955 to 1987, when I was elected to the position of Republic Prosecutor. From December 1990 to October 1993, I served as the Deputy Minister and Minister of Judicial and Administrative Affairs (later the Ministry of Justice) of the Republic of Bosnia and Herzegovina. From 1993 to 1995, I returned to my position as a judge of the Supreme Court. In February 1995, I retired from government service and opened my own law office in Sarajevo. I was initially retained to represent the SHC on September 22, 1997. In

1

Lawyer
Hadzimuratovic Hajrudin
SARAJEVO
ul. Mula Mustafe Baseskije 85.
Phone 532-074

this capacity, I report to the Director of the Regional Office in Sarajevo and to the Director of Financial Affairs. I am not an employee of the SHC.

3. The SHC first registered to operate in Bosnia-Herzegovina in 1993. The registration process at the time was overseen by the Bosnian High Court. The 1993 registration certificate, which I obtained from SHC files, is attached to this declaration as Exhibit A. The "founding purpose" of the SHC, as expressed on the registration certificate, was to help those in needs because of the war in Bosnia-Herzegovina. SHC's latest registration was in 2004. The 2004 registration certificate, also obtained from SHC files, is attached as Exhibit B.

4. The SHC's registration certificates comply with the Law on Humanitarian Activities and Humanitarian Organizations of the Federation of Bosnia and Herzegovina ("Law of Humanitarian Organizations"). The Law of Humanitarian Organizations requires that humanitarian organizations operating in Bosnia-Herzegovina be "nongovernmental." I understand that an argument has been made that this provision means that SHC is not a government organization in the Kingdom of Saudi Arabia. However, the word "nongovernmental" in Article 22 is interpreted to mean that the registered organizations are not considered part of the government of Bosnia-Herzegovina. There is no prohibition against humanitarian organizations that are part of foreign governments operating in Bosnia-Herzegovina.

5. Article 22. of the Law of Humanitarian Organizations also states that foreign humanitarian organizations established by foreign governments are not subject to the other provisions of the law if they are parties to a "special agreement" with the government of Bosnia-Herzegovina. This provision does not require all foreign government-controlled organizations to have such a special agreement. It is an option that these organizations can choose. I have researched this issue and concluded that the SHC did not sign a special agreement with Bosnia-Herzegovina. Because it did not, it must comply with all applicable provisions of the Law of Humanitarian Organizations.

6. The SHC, to the best of my knowledge, is a government organization in the Kingdom of Saudi Arabia. SHC's governmental status has been recognized by the government of Bosnia-Herzegovina as well. Attached as Exhibit C to this declaration is a 1996 letter from the Bosnian Ambassador in Riyadh to the Ministry of Foreign Affairs of Bosnia and Herzegovina. I obtained this letter from SHC files. The letter requests diplomatic status for the head of the European Office of the SHC. The Ambassador's letter states that the SHC "is a government organization." Following this letter, the head of the SHC did receive diplomatic status in Bosnia-Herzegovina. Also attached as Exhibit D to this declaration is a March 17, 1995 agreement under which the SHC provided aid to Bosnia-Herzegovina on behalf of the Kingdom of Saudi Arabia. This

Lawyer
Hadzimuratovic Hajrudin
SARAJEVO
ul. Mula Mustafe Baseskije 85.
Phone 532-074

document states that the Kingdom of Saudi Arabia is "represented by the Saudi High Commission" in making this donation.

7. The SHC has never been in violation of the Law of Humanitarian Organizations. There have been no criminal or civil proceedings against it in Bosnia-Herzegovina. After one investigation into SHC's financial records, the Financial Police of the Federation of Bosnia-Herzegovina concluded that there had been no financial violations. The government did request that, in the future, the SHC keep its financial records in Sarajevo rather than sending them to Riyadh. The SHC immediately complied with this request.

8. The following exhibits are attached to this affidavit. They are true and accurate copies of translations of various documents. The translations were completed by official translators in Sarajevo, Mensur Delija and Merima Erkocevic.

    A. Exhibit A is the registration certificate of the SHC dated October 29, 1993.

    B. Exhibit B is the registration certificate of the SHC dated May 19, 2004.

    C. Exhibit C is a letter dated August 26, 1996 from Senahid Bristric, the Ambassador for Bosnia and Herzegovina in Riyadh, Saudi Arabia to the Ministry of Foreign Affairs of Bosnia and Herzegovina, with a subject line "Diplomatic Status for the Head of Saudi High Commission Relief."

    D. Exhibit D is an agreement dated March 17, 1995 under which the Kingdom of Saudi Arabia, through the SHC, provided aid to Bosnia-Herzegovina in a specified amount.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 25, 2004, in Sarajevo, Federation of Bosnia and Herzegovina.

3

Signed, signature illegible.
Hadzimuratovic Hajrudin
Bosnian Counsel to the Saudi High Commission
Official seal of
Lawyer
Hadzimuratovic Hajrudin
SARAJEVO
ul. Mula Mustafe Baseskije 85.
Phone 532-074

---

I certify herewith that this is a true and faithful rendering of the original of text written in Bosnian language
Register No:144-II-9
Sarajevo , August 25th, 2004

Official translator

STALNI SUDSKI TUMAČ ZA ENGLESKI JEZIK
Mensur Delija
SARAJEVO
PERMANENT COURT INTERPRETER FOR ENGLISH

4

**A D V O K A T**
**HADŽIMURATOVIĆ HAJRUDIN**
**S A R A J E V O**
ul. Mula Mustafe Bašeskije br./85
tel. 532-074

U OKRUŽNOM SUDU ZA JUŽNI OKRUG NEW YORK
SJEDINJENIH AMERIČKIH DRŽAVA

U odnosu na terorističke napade od 11. Septembra 2001.          03-MDL-1570
ECF Slučaj

Odnosi se na:
Ashton v. Al Qaeda Islamic Army 02-CV-6977 (RCC)
Burnett v. AL Baraka Investment & Development Corp., 03-CV-5738 (RCC)
Federal Insurance Co. v. Al Qaida 03-CV-6978 (RCC)
Barrera v. Al Qaeda Islamic Army 03-CV-5071 (RCC)
Burnett v. AL Baraka Investment & Development Corp., 03-CV-9849 (RCC)

IZJAVA HADZIMURATOVIC HAJRUDIN

Ja, Hadzimuratovic Hajrudin se ovim izjašnjavam:

1. Ja služim kao spoljni pravni savjetnik Visokog Saudijskog Komiteta ("VSK") u Federaciji Bosne i Hercegovine (Bosna-Hercegovina). U tom svojstvu, imam odgovornost da se VSK pridržava bosanskih zakona i opšte nadgledanje svih pravnih pitanja koja nastanu u odnosu na VSK. Od strane savjetnika za VSK i njenog Predsjednika Princ Salman bin Abdulaziz Al-Saud (Princ Salman) je od mene zahtjevano da napravim ovu izjavu, koja će kako ja razumijem biti prevedena na Engleski jezik i upućena radi podrške bilo kojeg uputstva premještaja ili otpusta ili odgovora koji mogu biti ubilježeni u ovom utvrđenom slučaju u korist VSK i/ili Princa Salimana. Ja posjedujem lično znanje i kompetentan sam da potvrdim materiju izloženu ispod.

2. Školovan sam u Sarajevu i obučeni sam advokat. Služio sam kao sudija upravnog suda Bosne i Hercegovine od 1955.godine do 1987.godine gdje sam izabran za Republičkog Pravobranioca. Od decembra 1990.godine do oktobra 1993.godine sam služio kao zamjenik ministra i ministar za pravosuđe i upravne poslove (kasnije ministar pravde) Republike Bosne i Hercegovine. Od 1993.godine do 1995.godine vratio sam se na poziciju sudije u Vrhovnom sudu. U februaru 1995.godine penzionisan sam iz državne službe i otvorio sam vlastitu advokatsku kancelariju u Sarajevu. U početku sam bio uzet u službu da predstavljam VSK u 22. septembra 1997.godine. U ovom svojstvu ja sam se javljao Direktoru regionalnog ureda u Sarajevu i Direktoru finansijskih poslova. Nisam uposlenik VSK.

3. VSK se prvi put registrovao za rad u Bosni i Hercegovini u 1993. godini. Potvrda o registraciji iz 1993.godine, koju sam ja dobio iz arhive VSK, je u prilogu ovog izjašnjenja kao eksponat A. "Svrha registracije" VSK, kao što je izraženo u potvrdi o registraciji, jeste da se pruži pomoć onim kojima je potrebna zbog rata u Bosni i Hercegovini. Kasnija registracija VSK je bila u 2004.godine. Potvrda o registraciji iz 2004.godine, koju sam ja takođe dobio iz arhive VSK, je u prilogu ovog izjašnjenja kao eksponat B.

A D V O K A T
HADŽIMURATOVIĆ HAJRUDIN
S A R A J E V O
ul. Mula Mustafe Bašeskije 165  55
tel. 532-074

4. Potvrde o registraciji VSK su u skladu sa Zakonom o humanitarnim aktivnostima i humanitarnim organizacijama Federacije Bosne i Hercegovine ("Zakon o humanitarnim organizacijama"). Zakon o humanitarnim organizacijama zahtjeva da humanitarne organizacije koje rade u Bosni i Hercegovini budu "nevladine". Razumio sam da postoji argument da ova odredba znači da VSK nije vladina organizacija Kraljevine Saudijske Arabije. Takođe, riječ nevladina u članu 22. se tumači da ima značenje da se registrovane organizacije ne smatraju kao dio vlade Bosne i Hercegovine. Ne postoji zabrana protiv humanitarnih organizacija koje su dio stranih vlada koje rade u Bosni i Hercegovini.

5. Član 22. Zakona o humanitarnim organizacijama takođe formuliše da humanitarne organizacije uspostavljene od strane stranih vlada nisu predmet ostalih odredbi zakona ako su stranke u "posebnim ugovorima" sa vladom Bosne i Hercegovine. Ove odredbe ne zahtjevaju da sve organizacije koje su kontrolisane od strane vlade imaju takav poseban ugovor. Postoji opcija da ove organizacije mogu birati. Istraživao sam ovu odluku i zaključio sam da VSK nije potpisao poseban ugovor sa Bosnom i Hercegovinom. Zato što nije, mora se povinovati svim primjenjivim odredbama Zakona o humanitarnim organizacijama.

6. VSK, po mom najboljem znanju, je vladina organizacija Kraljevine Saudijske Arabije. Status vladine organizacije VSK-a priznat je isto i od strane Vlade Bosne i Hercegovine. Priložen kao eksponat C ovog izjašnjenja je pismo bosanskog ambasadora 1996.godine iz Rijada za Ministarstvo Inostranih poslova Bosne i Hercegovine. Dobio sam ovo pismo iz arhive VSK. Pismom se zahtjeva diplomatski status Direktora evropskog ureda VSK. U pismu ambasadora se izjavljuje da je VSK "vladina organizacija". Nakon ovog pisma, Direktor VSK je primio diplomatski status u Bosni i Hercegovini. Takođe u prilogu ovog izjašnjenja je eksponat D Ugovor od 17. marta 1995.godine po kojem VSK obezbjeđuje pomoć Bosni i Hercegovini u ime Kraljevine Saudijske Arabije. Ovim se dokumentom izjavljuje da je Kraljevina Saudijske Arabije u donacijama "predstavljena pomoću Visokog Saudijskog Komiteta".

7. VSK nije nikada učinio prekršaj Zakona o humanitarnim organizacijama. Ne postoje krivični ili građanski postupci pokrenuti protiv njega u Bosni i Hercegovini. Nakon inspekcije finansijske evidencije od strane finansijske policije Federacije Bosne i Hercegovine zaključeno je da nema finansijskih prekršaja. Vlada je zahtjevala, da VSK zadržava svoju finansijsku evidenciju u Sarajevu radije nego da je šalje u Rijad. VSK se odmah povinovao ovom zahtjevu.

2

8. Sljedeći eksponati su priloženi ovoj pismenoj izjavi. Oni su istinita i tačna kopija prijevoda različitih dokumenata. Prijevodi su izvršeni od strane službenih prevodilaca u Sarajevu, Mensur Delija i Merima Erkocevic.

A. Eksponat A je potvrda o registraciji VSK sa datumom 29 oktobar 1993.godine
B. Eksponat B je potvrda o registraciji VSK sa datumom 19 maj 2004.godine.

ADVOKAT
HADŽIMURATOVIC HAJRUDIN
S A R A J E V O
ul. Mala Mustafe Bašeskije br. 06
tel. 532-074

C. Eksponat C je pismo sa datumom 26 avgust 1996.godine od Senahid
   Bristic, ambasador Bosne i Hercegovine u Rijadu, Saudijska Arabija,
   prema Ministarstvu inostranih poslova Bosne i Hercegovine, sa
   predmetom "diplomatski status Direktora Visokog Saudijskog Komiteta
   za pomoć".

D. Eksponat D je Ugovor sa datumom 17 mart 1995.godine pod kojim je
   Kraljevina Saudijska Arabija, preko VSK obezbjedila pomoć Bosni i
   Hercegovini u određenom iznosu.

Izjavljujem pod krivičnom odgovornošću za krivokletstvo pod zakonima
Sjedinjenih Američkih Država da je prethodno istinito i tačno. Izvršeno na
avgust __25____,2004., u Sarajevu, Federacija Bosne i Hercegovine.

Hadžimuratovic Hajrudin
Bosanski savjetnik za Visoki Saudijski Komiteta

HADŽIMURATOVIC HAJRUDIN
S A R A J E V O
ul. Mala Mustafe Bašeskije br. 06
tel. 532-074

# EXHIBIT A

HIGHER COURT IN SARAJEVO
NUMBER: R-IV-29/93
Sarajevo, October 29th, 1993.

HIGHER COURT IN SARAJEVO, as the Board consisted of the judges
Pilav Salko as a Chairman of the Board, the judges Babić Suljo
and Dodik Ignjaca as the Board members, deciding in extra
judicial proceeding according to the request of the
INTERNATIONAL ASSOCIATION SAUDI HIGH COMMISSION RELIEF FOR-
Office in Sarajevo for record in a register of this court, at
October 29th, 1993. brought following

D E C I S I O N

1. INTERNATIONAL ASSOCIATION SAUDI HIGH COMMISSION RELIEF FOR-
   Office in Sarajevo, with its main office in Sarajevo, M.Tita
   35 street, is recorded at this court International
   Associations register.

   The record is done under register number R-IV-29/93, book
   four, at October 29th, 1993.

2. The Goals and tasks of the INTERNATIONAL ASSOCIATION SAUDI
   HIGH COMMISSION RELIEF FOR- Office in Sarajevo are:

- providing of food, clothes, footwear, medicines and other
  humanitarian items to the war victims, the children
  without parents, the persons that become exhausted and other
  citizens of Republic Bosnia and Herzegovina that need help,
- providing writing, printing and publishing of the free
  distribution of reports, journals, books, leaflets,
  pamphlets, and other documents with religious contents,
- giving of humanitarian help and services to Republic Bosnia
  and Herzegovina Islamic community,
- issuing of the money resources,
- implementation and building or helping for founding,
  building and work of the school centers, schools, hospitals,
  clinics, enterprises and similar, conducting of land
  drainage or irrigation, as well as other activities by which
  are directly or indirectly satisfied needs of the poor, the
  refugees, the population and the victims of the natural
  disasters,
- organization, enabling or participating in organization of
  the meetings, speaker's platforms, lectures and exhibits, as
  well as performing of other public manifestation in
  accordance with the law,
- advancing, inducing or organizing of the research and
  experimental works and publishing of the research results,
- employing of the employees and support personal that are
  necessary according to the nature of the office job,

Case 1:03-md-01570-GBD-SN   Document 1234-12   Filed 09/07/24   Page 12 of 34

- the founding purpose of the INTERNATIONAL ASSOCIATION SAUDI HIGH COMMISSION RELIEF FOR- Office in Sarajevo is to help to the persons that need help provoked by the aggression at Bosnia and Herzegovina.

3. INTERNATIONAL ASSOCIATION SAUDI HIGH COMMISSION RELIEF FOR- Office in Sarajevo, in purpose of gaining the funds, will perform activities foreseen by its Statute and in accordance with the law.

4. INTERNATIONAL ASSOCIATION SAUDI HIGH COMMISSION RELIEF FOR- Office in Sarajevo works at the territory of Bosnia and Herzegovina, and acquires the characteristic of the civil judicial person at the day of record in this court register.

5. INTERNATIONAL ASSOCIATION SAUDI HIGH COMMISSION RELIEF FOR- Office in Sarajevo is obliged, in the time limit of 15 days, to report every change of the Statute and the Work Program that arises after this decision, and it is obliged to act in accordance with Article 15. Paragraph 3. The Law of Citizen Associations.

6. Persons authorized for representation and presentations are:

- Farhan Bin Siban Aldosori
- Salah Bin Mohd Alhutian

## E X P L A N A T I O N

INTERNATIONAL ASSOCIATION SAUDI HIGH COMMISSION RELIEF FOR- Office in Sarajevo submitted to this court, at October 29th, 1993., request for registration and record in the international association register at this court. With the request is enclosed the documentation foreseen by the Law of Citizen Associations and the Regulation of the unique register of the Associations.

In executed proceeding the Court established that all law assumptions for registration of the above quoted association are fulfilled and accordance to application of the regulations of Article 12. and 13. of the Law of association of the citizens decided as in the saying of this decision.

PRESIDENT OF THE BOARD
J U D G E
Pilav Salko

Copy of the signature exist, illegible.

Copy of the official seal.

PRECEPT: The submitter of the request and the Higher Public
Prosecutor can submit the appeal to the Higher Court of RBiH
in the limits of 15 days, and the same is to be submitted to
this court in three copies.

I certify herewith that this is a true and faithful rendering
of the copy of text written in Bosnian language.
Register No.: 142-II/04
Sarajevo, August 14th, 2004                    Official translator

Mensur Delija
SARAJEVO

VIŠI SUD U SARAJEVU
BROJ: R-IV-29/93
Sarajevo, 29.10.1993. godine

VIŠI SUD U SARAJEVU, u vijeću sastavljenom od sudije Pilav Salke kao predsjednika vijeća, sudija Babić Šulje i Dodik Ignjeca kao članova vijeća, odlučujući u vanparničnom postupku po zahtjevu MEDJUNARODNOG UDRUŽENJA SAUDI HIGH COMMISSION RELIEF FOR - Ured u Sarajevu za upis u registar kod ovoga suda, dana 29.10.1993. godine, donio je slijedeće

R J E Š E NJ E

1. UPISUJE SE u registar medjunarodnih udruženja kod ovoga suda MEDJUNARODNO UDRUŽENJE SAUDI HIGH COMMISSION RELIEF FOR - Ured u Sarajevu, sa sjedištem u Sarajevu, ul. M.Tita 35.

   Upis je izvršen pod reg.brojem R-IV-29/93, knjiga četvrta, dana 29.10.1993. godine.

2. Ciljevi i zadaci MEDJUNARODNOG UDRUŽENJA SAUDI HIGH COMMISSION RELIEF FOR - Ured u Sarajevu su:
   - obezbjedjivanje hrane, odjeće, obuće, lijekova i ostalih humanitarnih artikala žrtvama rata, djeci bez roditelja iznemoglim licima i ostalim gradjanima Republike Bosne i Hercegovine kojima je pomoć potrebna,
   - obezbjedjivanje pisanje, štampanje, izdavanje i besplatne distribucije izvještaja, časopisa, knjiga, letaka, brošura i ostalih dokumenata sa vjerskom sadržinom,
   - pružanje humanitarne pomoći i usluga Islamskoj zajednici Republike Bosne i Hercegovine,
   - davanje novčanih sredstava,
   - ostvarivanje i izgradjivanje ili pomaganje osnivanje, izgradnje i rad školskih centara, škola, bolnica, klinika, preduzeća i slično, obavljanje izučivanja ili unapredjivanja zemljišta, kao i ostale djelatnosti koma se neposredno ili posredno zadovoljavaju potrebe siromašnih, izbjeglica, stanovništva, kao i žrtava prirodnih nesreća,
   - organizovanje, omogućavanje ili učestvovanje u organizaciji sastanaka, tribina, predavanja i izložbi, kao i vršenje drugih javnih manifestacija u skladu sa zakonom,
   - unapredjivanje, podsticanje ili organizovanje istraživačkih i eksperimentacionih radova i objavljivanje rezultata istraživanja,
   - zapošljavanje neophodnih službenika i pomoćnog osoblja, koje zahtijeva priroda posla Ureda,
   - svrha osnivanja SAUDI HIGH COMMISSION RELIEF FOR - Ureda u Sarajevu je pomoć licima kojima je potrebna, izazvana agresijom na Bosnu i Hercegovinu.

3. MEDJUNARODNO UDRUŽENJE SAUDI HIGH COMMISSION RELIEF FOR - Ured u Sarajevu u cilju sticanja sredstava za vršenje svoje aktivnosti obavljaće djelatnost predvidjenu svojim Statutom a u skladu sa zakonom.

- 2 -

4. MEDJUNARODNO UDRUZENJA SAUDI HIGH COMMISSION RELIEF FOR - URED U
   Sarajevu djeluje na teritoriji Republike Bosne i Hercegovine, a
   danom upisa u registar kod ovoga suda stiče svojstvo gradjanskog
   pravnog lica.

5. MEDJUNARODNO UDRUZENJE SAUDI HIGH COMMISSION RELIEF FOR - Ured u
   u Sarajevu dužno je u roku od 15 dana prijaviti ovome sudu svaku
   promjenu Statuta i Programa rada koje nastanu nakon donošenja ovo-
   ga rješenja, odnosno dužan je postupiti u skladu sa članom 19 stav 5
   Zakona o udruženju gradjana.

6. Lica ovlaštena za zastupanje i predstavljanje su:

   - Parhan Bin Giban Aldoseri
   - Saleh Bin Mohd Alhutian.

### O B R A Z L O Ž E N J E

MEDJUNARODNO UDRUZENJE SAUDI HIGH COMMISSION RELIEF FOR - Ured u Sara-
jevu podnijelo je ovome sudu dana 25.10.1993. godine zahtjev za regi-
straciju i u iz u registar medjunarodnih udruženja kod ovoga suda. Uz
zahtjev je priložena dokumentacija predvidjena Zakonom o udruživanju
gradjana i Pravilnikom o jedinstvenom registru udruženja.

U provedenom postupku sud je utvrdio da su ispunjene sve zakonske
pretpostavke za registraciju napred navedenog udruženja pa je pri-
mjenom odredaba člana 12 i 13 Zakona o udruživanju gradjana odlučio
kao u izreci ovoga rješenja.



POUKA: Podnosilac zahtjeva i Više javno tužilaštvo mogu izjaviti
       žalbu Vrhovnom sudu R BiH u roku od 15 dana, a ista se pod-
       nosi ovome sudu u tri primjerka.



# EXHIBIT B

Bosnia and Herzegovina
FEDERATION OF BOSNIA AND HERZEGOVINA
FEDERAL MINISTRY OF JUSTICE
SARAJEVO

Number: 04-05-2-681/ 03
Sarajevo, May 19, 2004.

Federal Ministry of Law, deciding under the request for record of changes in the Register of foreign and international non-govermental organisation "SAUDI HIGH COMMISSION RELIEF FOR BIH- VISOKI SAUDIJSKI KOMITET ZA POMOĆ BIH", on the basis of Article 33. paragraph 2. The Law on Associations and Fondations ("Official Gazette of the Federation of BiH", No. 45/02) brings

## DECISION

1. It is recorded in the Register of foreign and international non-governmental organizations by Federal Ministry of Justice with the date of May 19th, 2004, change of record of the Presidency of the humanitarian organisation "SAUDI HIGH COMMISSION RELIEF FOR BIH, VISOKI SAUDIJSKI KOMITET ZA POMOĆ BIH", that is recorded in the Register of foreign and international non-governmental organisations with this ministry under the number 119. Book of I register, by June 10th, 2003. and that:

1) Change of main office Presidency address so instead of the previous address in Samira Frašte Street bb, it is recorded the current address in Samira Frašte street 12a.

2) Change of the authorized person for representing and presenting of the Presidency that instead of FABAD N. ALZAKARI previous authorized person for represanting, it is recorded NASSER A.O. AL-SAEED the current authorized person.

2. Other records into the Register conducted according to the Decision No.: 04-05-2-681/03 from June, 10th, 2003 remain unchanged.

## E X P L A N A T I O N

The foreign humanitarian organization "SAUDI HIGH COMMISSION RELIEF FOR BIH- VISOKI SAUDIJSKI KOMITET ZA POMOĆ BIH" submited a request for record of changes, which are: change of the Presidency main office address and change of the person authorized for representation and presentation of the Presidency.

Presidency of humanitarian organization is recorded in the Register of foreign and international organizations maintained at this ministry under the Decision, No.:04-05-2-681/03 from June 10th, 2003.

With the request for registration changes it is enclosed the Decision, No. S/99/2004 from May 14th, 2004 about change of the Presidency main office address and change of the person authorized for representation and presentation of the Presidency.

After insight into the enclosed documantation, it is established that record of the new authorized person for representing and presenting the Presidency, as well as the new Presidency main office address, is performed according to Article 33. of the Law on Assosiations and Foundations, so according to quoted it is decided as in the dispozitive of this Decision.

Preceipt:

This Decision is final in the administrative procedure, so it is not allowed any appeal against it, but it can be brought the administrative dispute. Administrative dispute is brought by the bringing charges to the Supreme Court of Federation of Bosnia nd Hercegovina in Sarajevo, within 30 days from the recieing of this Decision. The charges is brought in two identical copies, together with this Decision in original and copy.

Deliver:
1. Association
2. Register of the documents
3. Archive

MINISTER
BORJANA KRIŠTO
Copy of signature, illegible.

Copy of official seal.

I certify herewith that this is a true and faithful
rendering of the copy of original text written in Bosnian
language.
Register No.: 144-II/04
Sarajevo, July 16th, 2004

Official translator

Bosna i Hercegovina
**FEDERACIJA BOSNE I HERCEGOVINE**
**FEDERALNO MINISTARSTVO PRAVDE**
**S A R A J E V O**

Broj: 04-05-2-681/03
Sarajevo, 19.05.2004. godine

Federalno ministarstvo pravde, rješavajući po zahtjevu za upis promjena u Registar stranih i međunarodnih nevladinih organizacija "SAUDI HIGH COMMISSION RELIEF FOR BIH - VISOKI SAUDIJSKI KOMITET ZA POMOĆ BIH", temeljem članka 33. stavak 2. Zakona o udruženjima i fondacijama ("Službene novine Federacije BiH", broj 45/02), d o n o s i

## RJEŠENJE

1. Upisuje se u Registar stranih i međunarodnih nevladinih organizacija kod Federalnog ministarstva pravde sa danom, 19.05.2004. godine, promjena upisa za Predstavništvo humanitarne organizacije "SAUDI HIGH COMMISSION RELIEF FOR BIH - VISOKI SAUDIJSKI KOMITET ZA POMOĆ BIH", upisano u Registar stranih i međunarodnih nevladinih organizacija kod ovog ministarstva pod registarskim brojem 119. knjiga I registra, dana 10.06.2003. godine, i to:

1) Promjena adrese u sjedištu Predstavništva tako da se umjesto dosadašnje adrese u ulici Semira Frašte bb upisuje ulica Semira Frašte broj 12a.

2) Promjena osobe ovlaštene za zastupanje i predstavljanje Predstavništva na način da se umjesto FAHAD N. ALZAKARI dosadašnje osobe ovlaštene za zastupanje i predstavljanje upisuje NASSER A.O. AL-SAEED.

2. Ostali upisi u registru izvršeni po Rješenju broj: 04-05-2-681/03 od 10.06.2003. godine, ostaju nepromijenjeni.

## Obrazloženje

Strana humanitarna organizacija "SAUDI HIGH COMMISSION RELIEF FOR BIH - VISOKI SAUDIJSKI KOMITET ZA POMOĆ BIH", podnijela je zahtjev za upis promjena, i to: promjenu adrese u sjedištu Predstavništva i promjenu osobe ovlaštene za zastupanje i predstavljanje Predstavništva.

Predstavništvo humanitarne organizacije upisano je u Registar stranih i međunarodnih nevladinih organizacija koji se vodi kod ovog ministarstva Rješenjem, broj: 04-05-2-681/03 od 10.06.2003. godine.

Uz zahtjev za upis promjena u Registar priložena je Odluka, broj S/99/2004 od 14.05.2004. godine o promjeni adrese u sjedištu Predstavništva i Odluka o promjeni osobe ovlaštene za zastupanje i predstavljanje Predstavništva.

Uvidom u priloženu dokumentaciju utvrđeno je da je upis nove osobe ovlaštene za zastupanje i predstavljanje Predstavništva, kao i nova adresa u sjedištu Predstavništva, izvršena sukladno članku 33. Zakona o udruženjima i fondacijama, pa je slijedom navedenog riješeno kao u dispozitivu ovog rješenja.

## POUKA O PRAVNOM LIJEKU:

Ovo rješenje je konačno u upravnom postupku, te protiv njega nije dopuštena žalba, ali se može pokrenuti upravni spor. Upravni spor se pokreće tužbom kod Vrhovnog suda Federacije Bosne i Hercegovine u Sarajevu, u roku od 30 dana od dana prijema ovog rješenja. Tužba se podnosi u dva istovjetna primjerka, a uz istu se prilaže i ovo rješenje u orginalu ili prijepisu.

Dostaviti:
1. Udruženje,
2. Zbirka isprava,
3. A r h i v a



M I N I S T R I C A

Borjana Krišto

# EXHIBIT C

Embassy of Bosnia and Herzegovina – Riyadh

Number: 01-268-189/96
Rijad, August 26, 1996

## MINISTRY OF FOREIGN AFFAIRS
## OF BOSNIA AND HERZEGOVINA

Subject:     Diplomatic status for the Head of Saudi High Commission Relief
             Ref.: Our letter No: 01-508-179/96 from August 05, 1996.

With regards to your letter, date and time reference, once again we suggest that Head of
European Office of Saudi High Commission Relief for Bosnia and Herzegovina, sheikh
Nasir Al Said, be recognized diplomatic status in our country.

As we have emphasized in our previous letter, Saudi High Commission Relief for BiH
was established by King's decree from 1992, in order to organize, collect and distribute
material and humanitarian aid for BiH. Entire aid from Kingdom of Saudi Arabia
intended for our country was distributed through this Commission mostly.

Taking into consideration that this is government organization, and bearing in mind aid
that was forwarded so far and aid that we expect to receive in the future from this
Commission, as well as the fact that reports that Head, Sheikh Nasir Al Said provides to
the Government of its country, are considered with due attention, we propose once again
that his diplomatic status be recognized, in order to facilitate his work and recognize the
work of Saudi High Commission Relief for BiH.


Signature
Senahid Bristric
Ambassador

Official seal attached

I, Merima Erkočević, re-nominated Official Court Interpreter for English language, by the Ministry of
Justice and Administration, of the Federation of Bosnia and Herzegovina, Decision No.:03-04-11-
14069/02, of July 23, 2002, do hereby certify with my signature and seal that this is a true translation, to the
best of my ability of the original document prepared in the Bosnian language.

Sarajevo, August 16, 2004

Merima Erkočević
Official Court Interpreter for English Language

Embassy of Bosnia and Herzegovina - Riyadh

المملكة العربية السعودية -- الرياض

Broj: 01-268-189/96
Rijad, 26. 03. 1996.

**MINISTARSTVO VANJSKIH POSLOVA**
**BOSNE I HERCEGOVINE**

Predmet: Diplomatski status za predsjednika Visokog saudijskog komiteta
Veza: Naš dopis broj: 01-508-179/96, od 05. 06. 1996. godine

Pozivom na naš dopis, broj i datum veze, ponovo predlažemo da se predsjedniku Ureda za Evropu Visokog saudijskog komiteta za pomoć Bosni i Hercegovini, šejhu Nasiru Al Saidu, prizna diplomatski status u našoj zemlji.

Kako smo u našem ranijem dopisu istakli, Visoki saudijski komitet za pomoć BiH je osnovan kraljevim ukazom 1992.godine, s ciljem da organizira, prikuplja i distribuira materijalnu i humanitarnu pomoć za BiH. Preko ovog Komiteta do sada je, uglavnom, išla sva pomoć Kraljevine Saudijske Arabije za našu zemlju.

S obzirom da se radi o vladinoj organizaciji, a imajući u vidu pomoć koja je do sada upućena i koju očekujemo u budućnosti od ovog Komiteta, kao i činjenicu da se izvještaji koje predsjednik, šejh Nasir Al Said, dostavlja Vladi svoje zemlje uzimaju veoma ozbiljno, još jednom predlažemo da mu se prizna diplomatski status, kako bi mu se na taj način olakšao rad a Visokom saudijskom komitetu za pomoć BiH odalo priznanje.

Senahid Bristrić,
ambasador

# EXHIBIT D

The Kingdom of Saudi Arabia has decided to help Republic of Bosnia and Hercegovina with donation in amount of 3.00.00 KM which would be used for supplying equipment, materials and spare parts for reconstruction of train trails Pazaric- Ploce ( 169 km ) and according to public invitation, and with Republic Bosnia and Hercegovina on the date 17/03/1995 sign:

## DONATION AGREEMENT

Article 1
AGREEMENT  SIDES

The Kingdom of Saudi Arabia which is represented by the Saudi High Commission Relief for Bih, the authorized representative of Saudi High Commission for Europe is the main manager Sheiih Nasser Al Saeed- in further text the DONATOR.

Republic of Bosnia and Hercegovina which is represented by the Government of Federation of Bosnia and Hercegovina, Ministry of traffic and communications, the authorazied representative is minister mr. Ibrahim Koluder- in the further text – DONATION USER

Article 2
AGREEMENT SUBJECT

Agreement subject is supplement of equipment, materials and spare parts according to the public invitation, and  in harmony with conditions and content of seven projects programes which are the part of this Agreement.

Article3
WAY OF REALISATION

Agreement sides have agreed to form mutual commission which would perform as supervisors and technical-financial control for realization of this donation with works according to the description:

- control of all phases and  details in implementation of the project
- supervision of all agreement
- approval of all paying
- approval of the most favorable bidder

Agreement sides have agreed that the holder of the technical menagment and technical service works would be ZBH- "Zeljeznica Bosne i Hercegovine " Bosnia and Hercegovina Railway" according to the description :

- develop public invitation
- announce the auction
- collect the offers
- analyze the offers and suggest the most favorable bidder
- give the suggestion of the Agreement text and deliver currently reports to mutual commission

Article 4
AGREEMENT VALUE

Agreement value will be defined after the announcement of auction which means after the mutual commission agree about the most favorable bidder.

Mutual commission will develop financial dynamics of Agreement realization, which according to the decision of the mutual commission will follow some of the business banks from Republic of Bosnia and Hercegovina ( Sarajevo).

Article 5
AGREEMENT FORM

Donation user gives some benefits in train transport of goods according to the request and needs of the donator.

Agreement sides have agreed that the mutual commission has the authority to state precisely all other rights and obligations according to the Agreement, which will be regulated by its annexs

THE DONATOR

SAUDI HIGH COMMISSION

DONATION USER

MINISTRY OF TRAFFIC AND

COMMUNICATIONS

Kraljevina Saudijske Arabije je odlučila da pomogne Republiku Bosnu i Hercegovinu sa donacijom u okvirnom iznosu od 3.000.000 DM koja će biti upotrijebljena za nabavku opreme, materijala i rezervnih dijelova u okviru obnove željezničke pruge Pazarić - Ploče (169 km) a prema programskom elaboratu - tenderu, te sa Vladom Republike Bosne i Hercegovine dana 17.03.1995 godine potpisuju:

## UGOVOR O DONACIJI

Član 1
UGOVORNE STRANE

Kraljevina Saudijska Arabija koju zastupa Visoki Saudijski Komitet za pomoć Bosni i Hercegoivini, ovlašteni predstavnik Visokog Saudijskog Komiteta za Evropu - direktor Šeik Nasser Al Said - u daljem tekstu DONATOR.

Republika Bosna i Hercegovina koju zastupa u ime Vlade R/F BiH Ministarstvo prometa i komunikacija, ovlašteni predstavnik ministar g. Ibrahim KOLUDER - u daljem tekstu KORISNIK DONACIJE.

Član 2
PREDMET UGOVORA

Predmet ugovora je nabavka opreme, materijala i rezervnih dijelova prema programskom elaboratu - tenderu, a u skladu sa uslovima i sadržajem sedam programskih projekata koji čine sastavni dio ovog ugovora.

Član 3
NAČIN REALIZACIJE

Ugovorne strane su se sporazumjele da formiraju zajedničku
komisiju koja će obavljati poslove supervizora i tehničko-
finansijske kontrole realizacije ove donacije sa poslovima
prema opisu:

- kontrola svih faza i svih detalja u implementaciji
projekta.
- supervizija svih ugovora.
- odobravanje svih plaćanja.
- odobravanje najpovoljnijeg ponudjača - isporučioca,

Ugovorne strane su se sporazumjele da će nosilac tehičkog
menadjmenta i tehničko-servisnih poslova biti ŽBH -
Željeznice Bosne i Hercegovine prema opisu kako slijedi:

- razrada programskog elaborata - tendera
- raspisuje licitacije
- prikuplja ponude
- analizira ponude i predlaže najpovoljnijeg ponudjača -
isporučioca
- daje prijedlog teksta ugovora i po ovlaštenju zajedničke
komisije potpisuje ugovore
- vrši realizaciju po ugovoru i dostavlja redovno izvještaje
zajedničkoj komisiji

Član 4
VRIJEDNOST UGOVORA

Vrijednost ugovora će biti definisana nakon obavljene
licitacije odnosno odabira najpovoljnijeg ponudjača -
isporučioca po dobivenoj saglasnosti zajedničke komisije.

Zajednička komisija će izraditi finansijsku dinamiku
realizacije ugovora, koji će prema odluci zajedniče komisije
pratiti neka od poslovnih banaka iz Republike Bosne i
Hercegovine (Sarajeva).

Član 4
ZAVRŠNE ODREDBE

Korisnik Donacije daje povlastice u željezničkom transportu
roba prema zahtjevu i potrebama Donatora.

Ugovorne strane su saglasne da zajednička komisija ima
ovlaštenje za preciziranje svih ostalih prava i obaveza
prema ovom ugovoru, što će biti regulisano njegovim
Aneksima.

ZA DONATORA                          ZA KORISNIKA DONACIJE

VISOKI SAUDIJSKI KOMITET             MINISTARSTVO PROMETA I
                                     KOMUNIKACIJA



# ATTACHMENT B

## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re Terrorist Attacks on September 11, 2001 )<br>) | **03-MDL-1570**<br>**ECF Case** |

*Relates to:*
*Ashton v. Al Qaeda Islamic Army, 02-CV-6977 (RCC)*
*Burnett v. Al Baraka Investment & Development Corp., 03-CV-5738 (RCC)*
*Federal Insurance Co. v. Al Qaida, 03-CV-6978 (RCC)*
*Barrera v. Al Qaeda Islamic Army, 03-CV-7036 (RCC)*
*Salvo v. Al Qaeda Islamic Army, 03-CV-5071 (RCC)*
*Burnett v. Al Baraka Investment & Development Corp., 03-CV-9849 (RCC)*

## DECLARATION OF MENSUR DELIJA

I, Mensur Delija, declare as follows:

1. This declaration is given at the request of United States counsel for His Royal Highness Prince Salman bin Abdulaziz, with the purpose of attesting to the accuracy of translations of another declaration and its attachments filed in this case.

2. I am a licensed translator in Sarajevo. My license is from the Federal Ministry of Justice and Administration as a "Permanent Court Interpreter for English Language." My license number is 03-04-II-14150/02 dated July 23,2002.

3. I have reviewed the original and the English translation of the declaration of Mr Hajrudin to be filed in this case. Based on my qualifications described in Paragraph 2, I attest that the English translation is a true and accurate representation of the original document.

4. I have also reviewed the two Saudi High Commission registration certificates from 1993 and 2004 (Exhibits A and B) and the Donation Agreement of 1995 (Exhibit D) which are referenced in Mr. Hajrudin's declaration. Based on my qualifications described in Paragraph 2, I attest that the English translations are true and accurate representations of the original documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 25, 2004 in (location) SARAJEVO .

Mensur Delija

# ATTACHMENT C

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 ) ) ) ) ) | 03-MDL-1570<br>ECF Case |

Relates to:
Ashton v. Al Qaeda Islamic Army, 02-CV-6977 (RCC)
Burnett v. Al Baraka Investment & Development Corp., 03-CV-5738 (RCC)
Federal Insurance Co. v. Al Qaida, 03-CV-6978 (RCC)
Barrera v. Al Qaeda Islamic Army, 03-CV-7036 (RCC)
Salvo v. Al Qaeda Islamic Army, 03-CV-5071 (RCC)
Burnett v. Al Baraka Investment & Development Corp., 03-CV-9849 (RCC)

## DECLARATION OF MERIMA ERKOCEVIC

I, Merima Erkocevic, declare as follows:

1. This declaration is given at the request of United States counsel for His Royal Highness Prince Salman bin Abdulaziz, with the purpose of attesting to the accuracy of translations of a declaration's attachment filed in this case.

2. I am a licensed translator in Sarajevo. My license is from the Federal Ministry of Justice and Administration as a "Official Court Interpreter for English Language." My license number is 03-04-11-14069/02, dated July 23, 2002.

3. I have reviewed the original and the English translation of the 1996 letter from the Bosnian embassy referenced in Mr. Hajrudin's declaration to be filed in this case (Exhibit C). Based on my qualifications described in Paragraph 2, I attest that the English translation is a true and accurate representation of the original document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 24, 2004 in (location) Saraj vo .

_____
Merima Erkocevic