UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                                :
In Re Terrorist Attacks on September 11, 2001   :   03 MDL 1570 (RCC)
                                                                :   ECF Case
---------------------------------------------------------------x
                                                                :
FEDERAL INSURANCE CO., et al.,                    :
                                                                :
                            Plaintiffs,                         :
                                                                :
        v.                                                      :
                                                                :   Case No. 03-CV-6978 (RCC)
AL QAIDA et al.,                                        :   ECF Case
                                                                :
                            Defendants.                    :
---------------------------------------------------------------x

## CONSENT MOTION AND STIPULATION AS TO FURTHER EXTENSION OF TIME

WHEREAS, on or about July 27, 2004, plaintiffs and defendants Islamic Investment Company of the Gulf (Sharjah) ("IICGS") and DMI Administrative Services S.A. ("DMI S.A.") stipulated to an extension of time for DMI S.A. and IICGS to respond to the First Amended Complaint until September 10 and September 15, 2004, respectively; and

WHEREAS, on or about July 27, 2004, the Court ordered such extension of time to respond, the parties having conferred hereby move the Court to adopt this Stipulation as to Further Extension of Time to Respond.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between counsel to the respective parties, that the time for IICGS to answer or otherwise respond to the First Amended Complaint shall be extended to and through October 8, 2004.

IT IS FURTHER HEREBY STIPULATED AND AGREED that the time for DMI S.A. to answer or otherwise respond to the First Amended Complaint shall be extended to and through October 15, 2004.

NEWYORK 4296067 v1 (2K)

IT IS FURTHER HEREBY STIPULATED AND AGREED that plaintiffs' response to DMI S.A.'s and IICGS' responsive pleadings, if any, shall be served within sixty days of receipt of same from defendant's counsel; and that defendants shall file reply papers within fourteen days of receipt of plaintiffs' opposing papers, if any.

IT IS FURTHER HEREBY STIPULATED AND AGREED that this Stipulation is entered into without prejudice to the ability of IICGS to move the Court for an additional extension of time upon or prior to October 8, 2004, to the ability of DMI S.A. to move the Court for an additional extension of time upon or prior to October 15, 2004, and/or to any objections that plaintiffs may make to such a motion.

IT IS FURTHER HEREBY STIPULATED AND AGREED that the parties hereto reserve all rights and defenses not specifically addressed hereby.

Dated:  New York, New York
        September 7, 2004

Respectfully submitted,

COZEN O'CONNOR

By: _____
Elliott R. Feldman
J. Scott Tarbutton
1900 Market Street
Philadelphia, PA 19103

*Attorneys for Plaintiffs*

WHITE & CASE LLP

By: _____
James J. McGuire (JM 5390)
Timothy J. McCarthy (TM 2118)
1155 Avenue of the Americas
New York, N.Y. 10036

*Attorneys for Defendants
DMI Administrative Services S.A. and Islamic
Investment Company of the Gulf (Sharjah)*