IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | MDL No: 03-1570 (RCC) <br> Relates to C.A. Nos.: <br> 03-CV-9849 (RCC) <br> 03-CV-6977 (RCC) <br> 03-CV-6978 (RCC) |

MOTION FOR ADMISSION *PRO HAC VICE*

Defendants Saleh Abdullah Kamel, Al Baraka Investment & Development Corp., International Islamic Relief Organization of Saudi Arabia, Muslim World League, Wa'el Juladain, and Rabita Trust, through the undersigned counsel and upon the annexed Affadavit and exhibit, hereby moves this Court for an Order pursuant to Local Civil Rule 1.3 (c) admitting James Vann *pro hac vice* to appear as their counsel.

Respectfully submitted,

/s/
Martin McMahon,
  Esq. (MM4389)
James Vann
  (JV4064)
Martin F.
  McMahon &
  Associates
1150 Connecticut
  Ave., N.W.
Suite 900
Washington D.C.
  20036
(202) 862-4343

Dated: September 8, 2004