IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 ) ) ) ) | MDL No: 03-1570 (RCC)<br>Relates to C.A. Nos.:<br>03-CV-9849 (RCC)<br>03-CV-6977 (RCC)<br>03-CV-6978 (RCC) |

### AFFIDAVIT OF JAMES VANN

James Vann, pursuant to Local Civil Rule 3.1 (c), submits this affidavit for admission *Pro Hac Vice* and states under oath:

1. This affidavit is submitted in support of the Motion of Defendants Saleh Abdullah Kamel, Al Baraka Investment & Development Corp., International Islamic Relief Organization of Saudi Arabia, Muslim World League, Wa'el Juladain, and Rabita Trust for an order permitting to appear and participate in this case *Pro Hac Vice*.

2. I am associated with the law firm of Martin McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036, which represents Defendants Saleh Abdullah Kamel, Al Baraka Investment & Development Corp., International Islamic Relief Organization of Saudi Arabia, Muslim World League, Wa'el Juladain, and Rabita Trust.

3. I am a member of good standing of the Virginia State Bar, as evidenced by attached certificate of good standing.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

WHEREFORE, James Vann prays this Court allow him to be entered *Pro Hac Vice*.

Dated: September 8, 2004

_____
James Vann (JV4064)

Sworn to before me this
8th day of September, 2004

_____
Notary Public

Patricia B. Martin
Notary Public, District of Columbia
My Commission Expires 3-31-2009



David P. Bobzien, President
P.O. Box 8695
Reston, Virginia 20195-8695
Telephone: (703) 324-2603

Phillip V. Anderson, President-elect
Frith, Anderson & Peake, P.C.
29 Franklin Road
P.O. Box 1240
Roanoke, VA 24006-1240
Telephone: (540) 772-4600

Jeannie P. Dahnk, Immediate Past President
P.O. Box 207
Fredericksburg, Virginia 22404-0207
Telephone: (540) 373-8600

Barbara Ann Williams
Bar Counsel

## Virginia State Bar

**Eighth and Main Building**
**707 East Main Street, Suite 1500**
**Richmond, Virginia 23219-2800**
**Telephone: (804) 775-0500**

Facsimile: (804) 775-0501   TDD: (804) 775-0502

Thomas A. Edmonds
Executive Director and
Chief Operating Officer

Mary Yancey Spencer
Deputy Executive Director

Elizabeth L. Keller
Assistant Executive Director
for Bar Services

Susan C. Busch
Assistant Executive Director
for Administration

*September 7, 2004*

### CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **JAMES PATRICK VANN** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING.  MR. VANN WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 14, 1998**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

SINCERELY,

THOMAS A. EDMONDS
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER