**Exhibit 4**

Defendants' Motion to Strike

03 MDL No. 1570 (RCC) / C.A. No. 03-CV-9849 (RCC)

LAW OFFICES
BERNABEI & KATZ, PLLC
1773 T STREET, N.W.
WASHINGTON, D.C. 20009-7139

(202) 745-1942
TELECOPIER: (202) 745-2627
E-MAIL: BERKATZLAW@AOL.COM
WEBSITE: WWW.BERNABEIANDKATZ.COM

LYNNE BERNABEI
DEBRA S. KATZ °
LISA J. BANKS
ARI M. WILKENFELD +
ALAN R. KABAT +
GENA E. WILTSEK °
AVI L. KUMIN *
RASHIDA A. ADAMS

OF COUNSEL:
DAVID J. MARSHALL
ELAINE D. KAPLAN

+ADMITTED IN MD ALSO
°ADMITTED IN NY ALSO
*ADMITTED IN CA ALSO

By Hand Delivery or Electronic Mail
July 26, 2004

Ronald L. Motley, Esquire
Michael E. Elsner, Esquire
Motley Rice, P.A.
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, S.C. 29465 (*by e-mail*)

Paul J. Hanly, Jr., Esquire
Jane Conroy, Esquire
Andrea Bierstein, Esquire
Hanly Conroy Bierstein & Sheridan, LLP
415 Madison Avenue, 15th Floor
New York, NY 10017-1111 (*by e-mail*)

Harry Huge, Esquire
Harry Huge Law Firm LLP
1401 Ninth Street, N.W., Suite 450
Washington, D.C. 20004-2142 (*by hand*)

Re: *In re* Terrorist Attacks on Sept. 11, 2001, No. 03 MDL 1570 (RCC);
Burnett, *et al.* v. Al Baraka Inv. & Dev. Corp., *et al.*, No. 03-CV-9840 (RCC)

Dear Counsel:

Pursuant to Rule 11(c)(1)(A), Fed. R. Civ. P., enclosed please find the draft Notice of Defendants' Motion for Rule 11 Sanctions Against Plaintiffs' Counsel, and a memorandum of law thereto, with Exhibits 1-5 attached.

Sincerely,

Lynne Bernabei
Attorney for Defendants
Saudi Arabian Red Crescent Society (D211),
Hamad Al-Husaini (D209), Salman Al-Oadah (D220),
Safer Al-Hawali (D221), and Saleh Al-Hussayen (D222)

Enc.

cc: *MDL-1570* Counsel (by e-mail)