UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*
Federal Insurance Co. v. al Qaida, 03 CV 06978 (RCC)


**RULE 7.1 DISCLOSURE OF INTERESTED PARTIES TO PLAINTIFFS'
SUPPLEMENTAL PLEADING IDENTIFYING ADDITIONAL PLAINTIFFS
PURSUANT TO F.R.C.P. 15(d) AND PARAGRAPH 12 OF
<u>CASE MANAGEMENT ORDER NO. 2</u>**

      I, Elliott R. Feldman, Esquire, attorney for the above-captioned plaintiffs, having identified additional plaintiffs pursuant to Federal Rule of Civil Procedure 15(d) and Paragraph 12 of Case Management Order No. 2 in the above-referenced action hereby aver as follows:

      1.      Plaintiffs AIU Insurance Company, American Global Insurance Company, American Home Assurance Company, American Home Assurance Company (Canada), American International Specialty Lines Insurance Company, Birmingham Fire Insurance Company of Pennsylvania, China American Insurance Company, Commerce and Industry Insurance Company, Commerce and Industry Insurance Company of Canada, Granite State Insurance Company, Illinois National Insurance Company, Insurance Company of the State of Pennsylvania, Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, Pennsylvania and New Hampshire Insurance Company are members of the American International Group. A copy of the corporate tree for American International Group from 2003 Best's Insurance Reports – Property/Casualty is attached hereto as Exhibit "A."

      2.      TIG Insurance Company is a member of TIG Holdings, Inc. A copy of the corporate tree for TIG Holdings from corporateaffiliations.com is attached hereto as Exhibit "B."

      3.    Plaintiffs ACE American Insurance Company, ACE Capital V Ltd for itself and as representative of all subscribing underwriters for ACE Global Markets Syndicate 2488, ACE Bermuda Insurance Ltd, ACE INA (Canada), ACE Indemnity Insurance Company, ACE Insurance SA-NV, ACE Property & Casualty Insurance Company, Atlantic Employers Insurance Company, Bankers Standard Insurance Company, Indemnity Insurance Company of North America, Insurance Company of North America, Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company are members of ACE INA Group.  A copy of the corporate tree for ACE INA Group from 2003 Best's Insurance Reports – Property/Casualty is attached hereto as Exhibit "C."

      4.    Woburn Insurance Ltd. is a captive insurance company, wholly owned by Viacom Inc.

Dated:  September 10, 2004          Respectfully submitted,

                                      COZEN O'CONNOR

                                      By:_____/s/_____
                                          STEPHEN A. COZEN, ESQUIRE
                                          ELLIOTT R. FELDMAN, ESQUIRE
                                          SEAN P. CARTER, ESQUIRE
                                          MARK T. MULLEN, ESQUIRE
                                          LISA C. HAAS, ESQUIRE
                                          J. SCOTT TARBUTTON, ESQUIRE
                                          1900 Market Street
                                          Philadelphia, PA  19103
                                          Tel.:   (215) 665-2000
                                          Fax:    (215) 665-2013

                                          Attorneys for Plaintiffs

PHILA1\2132583\1 117430.000

# EXHIBIT A

institutional, retail and direct investment fund asset management on a global basis as well as real estate investment management.

On January 1, 1999, American International Group acquired SunAmerica Inc. The SunAmerica companies are among the largest U.S. issuers of tax-deferred fixed and variable annuities and guaranteed investment contracts, with strong brand identification and distribution capabilities. The transaction enhanced AIG's earnings and growth prospects in this important market, where it had historically not been well represented, providing growth opportunities both domestically and abroad. SunAmerica continues to operate autonomously retaining key management and separate corporate offices. The transaction was accounted for as a pooling of interests which imposed no material financial impact to the insurance group, except for the assumption of an additional $1.1 billion in long term debt obligations.

On November 22, 2000, American International Group Inc. completed the acquisition of HSB Group. Inc. in a stock transaction valued at approximately $1.2 billion. The acquisition was accounted for as a purchase transaction. The acquisition included HSB Group's subsidiary Hartford Steam Boiler Inspection and Insurance Company, which provides specialty insurance coverages that complement AIG's specialty insurance operations for its large commercial and industrial clients. Hartford Steam Boiler was the largest insurance company in the US providing these specialty property coverages. Hartford Steam Boiler operate as a stand-alone company retaining its management team. As a part of AIG, Hartford Steam Boiler has access to AIG's financial strength, global network and worldwide relationships, creating new marketing opportunities for its products

On August 29, 2001, American General Corporation (AGC), was acquired by AIG. In connection with this acquisition, AIG issued approximately 290 million shares of its common stock in exchange for all outstanding common stock of AGC. The acquisition was accounted for as a pooling of interests. The acquisition o of American General further enhanced AIG's life product offerings along with retirement savings and investment products in the US and abroad. Following this transaction, AIG is the second largest life insurer in the US.

A.M. Best assigns three domestic primary property/casualty ratings to AIG operations. The first rating applies to AIG's primary domestic commercial lines pool, which is led by National Union Fire Insurance Company of Pittsburgh, Pa. and includes its ten pool member affiliates plus several group member affiliates. The second rating applies to the eight member personal lines pool, established in 1997 and led by American International Insurance Company. The third rating applies to the Lexington Insurance Pool, the nation's largest excess and surplus lines underwriter, and is based on the performance of its three member pool.

## CORPORATE STRUCTURE

| AMB | COMPANY NAME | DOMICILE | % OWN |
|---|---|---|---|
| 58702 | *American Intern Group Inc* | DE | |
| 11984 | AIG Global Trade & Pol. Risk | NJ | 100.00 |
| 06809 | AIG Life Insurance Company | DE | 100.00 |
| 66835 | AIG Life Insurance Co Canada | Canada | 100.00 |
| 06073 | AIG Life Insurance Co of PR | PR | 100.00 |
| 85459 | AIG Star Life Insurance Co Ltd | Japan | 100.00 |
| 02389 | AIU Insurance Company | NY | 52.00 |
| 58006 | *American General Corporation* | TX | 100.00 |
| 09199 | AGC Life Insurance Company | MO | 100.00 |
| 07235 | AIG Annuity Insurance Company | TX | 100.00 |
| 06015 | All American Life Ins Co | IL | 100.00 |
| 02103 | American General Property Ins | TN | 51.85 |
| 04308 | American General Prop Ins FL | FL | 100.00 |
| 06788 | American General Lf & Accident | TN | 100.00 |
| 06058 | American General Life Ins Co | TX | 100.00 |
| 06898 | American Genl Life Ins Co NY | NY | 100.00 |
| 07208 | Variable Annuity Life Ins Co | TX | 100.00 |
| 06430 | Franklin Life Ins Co | IL | 100.00 |
| 09061 | American Franklin Life Ins | IL | 100.00 |
| 06836 | North Central Life Ins Co | MN | 100.00 |
| 06859 | Old Line Life Ins Co of Amer | WI | 100.00 |
| 07192 | United States Life Ins of NY | NY | 100.00 |
| 50385 | *American General Finance Inc* | IN | 100.00 |
| 50386 | *American General Finance Corp* | IN | 100.00 |
| 50387 | *American General Finance Group* | DE | 100.00 |
| 50388 | *American General Fin Serv Inc* | DE | 100.00 |
| 06703 | Merit Life Insurance Co | IN | 100.00 |
| 09542 | National L & A Ins Co | TX | 100.00 |
| 03222 | Yosemite Insurance Company | IN | 100.00 |
| 10687 | American General Indemnity Co | NE | 100.00 |
| 07024 | American General Life of PA | PA | 100.00 |
| 58114 | *USLIFE Corporation* | DE | 100.00 |
| 06989 | American General Assurance Co | IL | 100.00 |
| 68108 | USLIFE Credit Life of AZ | AZ | 100.00 |
| 02034 | American Home Assurance Co | NY | 100.00 |
| 02784 | AIG Hawaii Insurance Co Inc | HI | 100.00 |
| 12039 | American Pacific Ins Co, Inc | HI | 100.00 |
| 68477 | *Transatlantic Holdings Inc* | DE | 33.86 |
| 03126 | Transatlantic Reinsurance Co | NY | 100.00 |
| 03727 | Putnam Reinsurance Company | NY | 100.00 |
| 86500 | Trans Re Zurich | Switzerland | 100.00 |
| 11109 | American Intern Ins Co of DE | DE | 100.00 |
| 06072 | American Intern Life Assur NY | NY | 77.52 |
| 85197 | American Intern Reins Co Ltd | Bermuda | 100.00 |
| 85862 | AIG Mexico Seguros Interamer | Mexico | 100.00 |
| 85102 | American Intern Assur Co Ltd | Hong Kong | 100.00 |
| 85386 | American Intern Assur Bermuda | Bermuda | 100.00 |
| 85111 | American Intern Undrs Overseas | Bermuda | 100.00 |
| 03536 | American Intern Ins Co of PR | PR | 100.00 |
| 87416 | Landmark Insurance Company Ltd | United Kingdom | 100.00 |
| 06081 | American Life Ins Co DE | DE | 100.00 |
| 87980 | AIG Life Companhia de Seguros | Brazil | 50.00 |
| 50524 | *AIG Participacoes do Brasil SA* | Brazil | 100.00 |
| 86356 | Unibanco AIG Seguros S.A. | Brazil | 47.80 |
| 02349 | Birmingham Fire Ins Co of PA | PA | 100.00 |
| 50502 | *China America Holding Company* | China | 100.00 |
| 10587 | China America Ins Co Ltd | DE | 50.00 |
| 04000 | Commerce and Industry Ins Co | NY | 100.00 |
| 03641 | American Intern Ins Co | NY | 50.00 |
| 11402 | American Intern Ins Co of CA | CA | 100.00 |
| 12021 | American Intern Ins Co of NJ | NJ | 100.00 |
| 11587 | Minnesota Insurance Company | MN | 100.00 |
| 85727 | Commerce and Industry Ins CA | Canada | 100.00 |
| 06305 | Delaware American Life Ins Co | DE | 100.00 |
| 58390 | *HSB Group Inc* | CT | 100.00 |
| 00465 | Hartford Steam Boiler I & I | CT | 100.00 |
| 72388 | Allen Insurance Co Ltd | Bermuda | 100.00 |
| 50051 | *EIG, Co.* | | 100.00 |
| 86999 | HSB Engineering Ins Ltd | United Kingdom | 100.00 |
| 85707 | Boiler Inspection & Ins of Can | Canada | 100.00 |
| 11074 | Hartford Steam Boiler I & I CT | CT | 100.00 |
| 02035 | Insurance Co of the State PA | PA | 100.00 |
| 03756 | Landmark Insurance Company | CA | 100.00 |
| 02351 | National Union Fire Ins Co PA | PA | 100.00 |
| 03535 | American Intern Specialty Lns | AK | 70.00 |
| 02350 | Lexington Insurance Company | DE | 70.00 |
| 85863 | JI Accident & Fire Ins Co Ltd | Japan | 50.00 |
| 10725 | National Union Fire Ins of LA | LA | 100.00 |
| 12244 | Starr Excess Liability Ins Ltd | DE | 100.00 |
| 87105 | Starr Excess Liab Ins Intl Ltd | Ireland | 100.00 |
| 58300 | *21st Century Insurance Group* | CA | 33.14 |
| 10614 | 21st Century Casualty Co | CA | 100.00 |
| 03247 | 21st Century Insurance Co | CA | 100.00 |
| 11877 | 21st Century Ins Co of AZ | AZ | 100.00 |
| 50479 | *United Guaranty Corporation* | NC | 45.88 |
| 11344 | United Guaranty Insurance Co | NC | 100.00 |
| 11345 | United Guaranty Mtge Ins Co | NC | 100.00 |
| 11346 | United Guaranty Mtge Ins Co NC | NC | 100.00 |
| 04816 | United Guaranty Residential NC | NC | 100.00 |
| 04817 | United Guaranty Residential | NC | 75.00 |
| 04821 | United Guaranty Comm Ins Co NC | NC | 100.00 |
| 01721 | United Guaranty Credit Ins Co | NC | 100.00 |
| 03587 | United Guaranty Mtge Indem Co | NC | 100.00 |
| 50480 | *NHIG Holding Corporation* | DE | 100.00 |
| 00180 | Audubon Insurance Company | LA | 100.00 |
| 04121 | Audubon Indemnity Company | MI | 100.00 |
| 02363 | New Hampshire Insurance Co | PA | 100.00 |
| 02359 | American Intern Pacific Ins Co | CO | 100.00 |
| 02833 | American Intern South Ins Co | PA | 100.00 |
| 02360 | Granite State Insurance Co | PA | 100.00 |
| 02361 | Illinois National Insurance Co | IL | 100.00 |
| 00577 | New Hampshire Indemnity Co | PA | 100.00 |
| 03786 | AIG National Ins Co Inc | NY | 100.00 |
| 84311 | Philippine Amer Life & Gen Ins | Philippines | 99.78 |
| 06921 | Pacific Union Assurance Co | CA | 100.00 |
| 84310 | Philippine Amer Gen Ins Co Ltd | Philippines | 100.00 |
| 84309 | Philam Insurance Company Inc | Philippines | 100.00 |
| 58101 | *SunAmerica Inc* | CA | 100.00 |
| 07102 | SunAmerica Life Ins Co | AZ | 100.00 |
| 06115 | AIG SunAmerica Life Assurance | AZ | 100.00 |
| 09023 | First SunAmerica Life Ins Co | NY | 100.00 |

Other affiliates shown in the Corporate Structure own the rest of AIG Life Insurance Company, AIU Insurance Company, American General Property Insurance Company, American International Insurance Company, American International Life Assurance Company, American International Specialty Lines Insurance Company, Lexington Insurance Company, United Guaranty Corporation and United Guaranty Residential Insurance Company. An additional 17.84% of Transatlantic Holdings, Inc. and 29.6% of 21st Century Insurance Group is owned by other affiliates.

# EXHIBIT B



PRINT

**To send this page by E-mail: select File -> Send -> Page By E-mail**

- **Fairfax Financial Holdings Ltd.** - Toronto, Canada
  - Crum & Forster Holdings Corp. (Subsidiary) - Morristown, NJ
    - Crum & Forster Managers Corporation (NY) (Subsidiary) - New York, NY
    - The North River Insurance Company (Subsidiary) - Morristown, NJ
    - Seneca Insurance Company Inc. (Subsidiary) - New York, NY
    - United States Fire Insurance Company (Subsidiary) - New York, NY
  - Odyssey Re Holdings Corp. (Subsidiary) - New York, NY
    - Hudson Insurance Co. (Subsidiary) - New York, NY
    - Odyssey America Reinsurance Corp. (Subsidiary) - Stamford, CT
    - Odyssey Holdings Latin America, Inc. (Subsidiary) - Stamford, CT
    - Odyssey Latin America Inc. (Subsidiary) - Stamford, CT
    - Odyssey UK Holdings Corp. (Subsidiary) - Stamford, CT
    - Odyssey Reinsurance EuroAsia Division (Division) - Paris, France
    - First Capital Insurance Ltd. (Subsidiary) - Singapore, Singapore
  - Newline Holdings UK Ltd. (Subsidiary) - London, United Kingdom
    - Newline Corporate Name Ltd. (Subsidiary) - London, United Kingdom
    - Newline Underwriting Ltd. (Subsidiary) - London, United Kingdom
    - Newline Underwriting Management Ltd. (Subsidiary) - London, United Kingdom
  - TIG Holdings, Inc. (Subsidiary) - Irving, TX
    - TIG Insurance Co. (Subsidiary) - Irving, TX

# EXHIBIT C

## ACE GUARANTY CORP.
Baltimore, MD
1325 Avenue of the Americas, 18th Floor, New York, NY 10019
Tel: 212-974-0100    Fax: 212-581-3268
AMB#: 10916    NAIC#: 30180
FEIN#: 52-1533088

### BEST'S RATING
The company is assigned the classification of NR-1 (Insufficient Data) as A.M. Best does not have sufficient financial information required to assign a rating opinion. Refer to the Preface for a complete explanation of Best's Rating system and procedure.

### FIVE YEAR RATING HISTORY
Rating as of July 22, 2003: NR-1

| Date | Best's Rating | Date | Best's Rating |
|---|---|---|---|
| 06/05/03 | NR-1 | 06/22/00 | NR-1 |
| 06/11/02 | NR-1 | 07/06/99 | NR-1 |
| 06/13/01 | NR-1 | | |

### KEY FINANCIAL INDICATORS ($000)
———Statutory Data———

| Period Ending | Direct Premiums Written | Net Premiums Written | Pretax Operating Income | Net Income | Total Admitted Assets | Policy-holders' Surplus |
|---|---|---|---|---|---|---|
| 1998 | ... | 75,113 | 33,643 | 29,733 | 801,473 | 322,831 |
| 1999 | ... | 53,709 | 62,567 | 41,987 | 791,947 | 295,541 |
| 2000 | ... | 79,484 | 71,812 | 60,487 | 876,349 | 323,401 |
| 2001 | 1,829 | 87,718 | 58,208 | 44,896 | 948,763 | 334,023 |
| 2002 | 16,419 | 123,274 | 59,514 | 46,232 | 1,042,666 | 286,960 |

———Profitability———  ———Leverage———  ———Liquidity———

| Period Ending | Comb. Ratio | Inv. Yield (%) | Pretax ROR (%) | NA Inv Lev | NPW to PHS | Net Lev. | Overall Liq. (%) | Oper. Cash-flow (%) |
|---|---|---|---|---|---|---|---|---|
| 1998 | 93.5 | 6.2 | 87.8 | ... | 0.2 | ... | 167.4 | ... |
| 1999 | 79.7 | 5.9 | 107.2 | ... | 0.2 | ... | 159.6 | ... |
| 2000 | 46.0 | 6.3 | 124.9 | ... | 0.2 | ... | 158.6 | ... |
| 2001 | 69.2 | 5.5 | 87.7 | ... | 0.3 | ... | 154.3 | ... |
| 2002 | 81.2 | 5.0 | 56.7 | ... | 0.4 | ... | 138.5 | ... |
| 5Yr | 71.8 | 5.8 | 87.7 | ... | ... | ... | ... | ... |

(*) Financial data was obtained from the NAIC; however, company management has not reviewed the data reflected in this company report.

———◆———

## ACE INA GROUP
1601 Chestnut Street, Philadelphia, PA 19103
Web: www.ace-ina.com
Tel: 215-640-1000    Fax: 215-640-5592
AMB#: 18498

### KEY FINANCIAL INDICATORS ($000)
———Statutory Data———

| Period Ending | Direct Premiums Written | Net Premiums Written | Pretax Operating Income | Net Income | Total Admitted Assets | Policy-holders' Surplus |
|---|---|---|---|---|---|---|
| 1998 | 2,709,844 | 1,758,515 | 38,433 | 61,179 | 10,657,056 | 1,967,459 |
| 1999 | 2,685,835 | 1,920,567 | -338,954 | -265,293 | 9,149,859 | 1,677,616 |
| 2000 | 3,096,716 | 1,582,425 | -58,840 | -53,530 | 7,602,955 | 1,382,780 |
| 2001 | 4,039,849 | 1,918,110 | 149,672 | 85,166 | 9,063,704 | 1,577,790 |
| 2002 | 5,486,032 | 2,748,349 | 70,645 | -139,791 | 10,187,810 | 1,556,254 |

### CORPORATE STRUCTURE

| AMB | COMPANY NAME | DOMICILE | % OWN |
|---|---|---|---|
| 58303 | ACE Limited | Cayman Islands | |
| 50192 | ACE (Barbados) Holdings Ltd | Barbados | 100.00 |
| 58336 | ACE Financial Services Inc | DE | 100.00 |
| 10916 | ACE Guaranty Corp. | MD | 100.00 |
| 12268 | ACE Risk Assurance Company | MD | 100.00 |
| 86361 | ACE Bermuda Insurance Ltd | Bermuda | 100.00 |
| 86834 | ACE European Markets Reins Ltd | Ireland | 100.00 |
| 86833 | ACE European Markets Ins Ltd | Ireland | 100.00 |
| 86156 | Corp Officers & Directors Assr | Bermuda | 100.00 |
| 73741 | Paget Reinsurance Int'l Ltd | Bermuda | 100.00 |
| 50096 | ACE Prime Holdings Inc | DE | 100.00 |
| 50095 | ACE INA Holdings Inc | DE | 80.00 |
| 50160 | INA Corporation | PA | 100.00 |
| 50161 | ACE INA International Holdings | DE | 100.00 |
| 50162 | ACE INA G.B. Holdings Ltd | DE | 100.00 |
| 87275 | Brandywine Reins Co (UK) Ltd | United Kingdom | 100.00 |
| 73132 | ACE INA Overseas Ins Co Ltd | Bermuda | 100.00 |
| 50163 | ACE INA Overseas Holdings Inc | DE | 100.00 |
| 85979 | ACE Insurance S.A.-N.V. | Belgium | 99.9 |
| 84177 | ACE Insurance Company Ltd | Japan | 100.00 |
| 10652 | ACE Insurance Company (PR) | PR | 100.00 |
| 86391 | ACE Insurance Limited | Australia | 100.00 |
| 84399 | ACE Insurance Limited (HK) | Hong Kong | 100.00 |
| 86353 | ACE Insurance Limited | New Zealand | 100.00 |
| 84400 | ACE Seguros S.A. (Columbia) | Colombia | 99.76 |
| 50164 | AFIA Finance Corporation | DE | 100.00 |
| 86727 | P.T. ACE INA Insurance | Indonesia | 53.51 |
| 50165 | INACAN Holdings Ltd | Canada | 100.00 |
| 85760 | ACE INA Insurance | Canada | 100.00 |
| 50166 | INA Financial Corp | DE | 100.00 |
| 50167 | Brandywine Holdings Corp | DE | 100.00 |
| 04047 | Century Indemnity Company | PA | 100.00 |
| 04460 | ACE American Reinsurance Co | DE | 100.00 |
| 85537 | Brandywine Reins Co S.A.-N.V. | Belgium | 100.00 |
| 03742 | Century Reinsurance Company | PA | 100.00 |
| 72483 | Century Intern Reins Co Ltd | Bermuda | 100.00 |
| 50168 | INA Holdings Corporation | DE | 100.00 |
| 02257 | ACE American Insurance Company | PA | 100.00 |
| 02262 | Pacific Employers Ins Co | PA | 100.00 |
| 02261 | ACE Insurance Company of Texas | TX | 100.00 |
| 03510 | Illinois Union Insurance Co | IL | 100.00 |
| 01996 | ACE Property & Casualty Ins Co | PA | 100.00 |
| 02831 | ACE Employers Insurance Co | PA | 100.00 |
| 02109 | ACE Fire Underwriters Ins Co | PA | 100.00 |
| 04376 | ACE Insurance Company of IL | IL | 100.00 |
| 04837 | ACE Insurance Company of Ohio | OH | 100.00 |
| 04854 | ACE Insurance Co of the Mdwst | IN | 100.00 |
| 50169 | ALIC Inc | TX | 100.00 |
| 04659 | ACE American Lloyds Ins Co | TX | 100.00 |
| 02670 | Atlantic Employers Ins Co | NJ | 100.00 |
| 01973 | INA Surplus Insurance Company | PA | 100.00 |
| 04333 | Bankers Standard Ins Co | PA | 100.00 |
| 02353 | Bankers Standard Fire & Mar Co | PA | 100.00 |
| 01793 | Indemnity Insurance Co of NA | PA | 100.00 |
| 03368 | ACE Indemnity Insurance Co | PA | 100.00 |
| 03805 | Allied Insurance Company | CA | 100.00 |
| 02259 | Insurance Co of North America | PA | 100.00 |
| 86198 | ACE Tempest Reins Ltd | Bermuda | 100.00 |
| 50170 | ACE US Holdings Inc | DE | 100.00 |
| 50171 | ACE USA Inc | DE | 100.00 |
| 02256 | Industrial Underwriters Ins Co | TX | 100.00 |
| 02137 | Westchester Fire Ins Co | NY | 100.00 |
| 04433 | Westchester Surplus Lines Ins | GA | 100.00 |

———◆———

### ACE INA Group
## ACE INDEMNITY INSURANCE COMPANY
1601 Chestnut Street, Philadelphia, PA 19103
Web: www.ace-ina.com
Tel: 215-640-1000    Fax: 215-640-5592
AMB#: 03368    NAIC#: 10030
FEIN#: 92-0040526

### BEST'S RATING
Based on our opinion of the consolidated Financial Strength of the members of ACE American Pool, which operate under a business pooling arrangement, each pool member is assigned a Best's Rating of A (Excellent). The company is assigned the Financial Size Category of Class XII, which is the Financial Size Category of the pool. Refer to the Preface for a complete explanation of Best's Rating system and procedure.

### RATING RATIONALE
For a detailed discussion of the rating rationale, refer to the report of ACE American Pool.