UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

IN RE TERRORIST ATTACKS ON
SEPTEMBER 11, 2001                                    MDL No. 1570

------------------------------------------------------------------x

THOMAS BURNETT, SR., *ET AL*.                         Civ. Action No.

                                                      03 CV 9849 (RCC)
**Plaintiffs,**

-   **against**   -

AL BARAKA INVESTMENT & DEVELOPMENT
CORP., *ET AL.*,

                        **Defendants.**
------------------------------------------------------------------x

### PLAINTIFFS' SEPTEMBER 10, 2004 ADDITION OF PARTIES PURSUANT TO CASE MANAGEMENT ORDER NO. 2 AND FEDERAL RULE OF CIVIL PROCEDURE 15(d)

Pursuant to Federal Rule of Civil Procedure 15(d) and Paragraph 12 of Case Management Order No. 2, the Plaintiffs listed on Attachment A are hereby added as additional Plaintiffs in this civil action.

Dated:  September 10, 2004            Respectfully submitted,

                                       __/S/_____
                                       Ronald L. Motley, Esq. (SC-4123)
                                       Jodi Westbrook Flowers, Esq. (SC-66300)
                                       Donald A. Migliori, Esq. (RI-4936; MA-567562; MN-0245951)
                                       Michael E. Elsner, Esq. (NY & VA-ME8337)
                                       Robert T. Haefele, Esq. (NJ-58293; PA-57937)
                                       Elizabeth Smith, Esq.
                                       Justin B. Kaplan, Esq. (TN-022145)
                                       MOTLEY RICE LLC
                                       28 Bridgeside Boulevard
                                       P.O. Box 1792
                                       Mount Pleasant, South Carolina 29465
                                       Telephone:  (843) 216-9000

                      Jayne Conroy, Esq. (NY-JC8611)
                      Paul J. Hanly, Jr., Esq. (NY-PH5486)
                      Andrea Bierstein, Esq. (NY-AB4618)
                      HANLY CONROY BIERSTEIN
                        & SHERIDAN, LLP
                      415 Madison Avenue
                      New York, NY 10017-1111
                      Telephone:  (212) 401-7600