# Attachment A
## Additional Plaintiffs

**CELSO J. ABREU** (P5310)

**ALBERTO AGUILAR** (P5311)

**NEIL ALPER** (P5312)

**DOUGLAS ANDERSON** (P5313)

**ADOLFO MARTIN ARZU** (P5314)

**DIANA BAEZ** (P5315)

**FAVEUR BAZILME** (P5316)

**CHRISTIAN BEDIAKO** (P5317)

**MICHAEL J. BELL** (P5318)

**LOURDES BENNETT O'CONNOR** (P5319)

**JULIETTE BERGMAN** (P5320)

**LUIS BONILLA** (P5321)

**ROBERT BROOME** (P5322)

**JOSEPH L. BUDA** (P5323)

**MARY ELLEN MCNULTY** (P5324)

**BARRY L. BUSS** (P5325)

**RICHARD BYLICKI** (P5326)

**COLLEEN CAHILL** (P5327)

**JAMES CAHILL** (P5328)

**EVELYN CAHILL** (P5329)

**DENISE TROISE** (P5330)

**KATHLEEN CAPPERS** (P5331)

**COLETTE CARDOZA** (P5332)

**DOMINICK J. CAROLEI** (P5333)

**MICHAEL CIOFFI** (P5334)

**RICHARD L. COLLINS** (P5335)

**SANDRA DAHL** (P5336), previously **SPOUSE DOE #83** (AP176)

**FLORY DANISH** (P5337)

**JEAN L. DAVIS** (P5338)

**ANTHONY DE VITA** (P5339)

**EVELENA DOCTOR** (P5340)

**WILLIAM L. DOCTOR** (P5341)

**SHELTON DOCTOR** (P5342)

**JOANN DOCTOR** (P5343)

**EVON BAUMGARDNER** (P5344)

**ELAINE DOCTOR MCGRAW** (P5345)

**KENNETH DONOVON** (P5346)

**PATRICK D. DUIGNAN** (P5347)

**JOSEPH EIVERS** (P5348)

**MARIA LUISA BEY** (P5349)

**ROBERT FARLEY** (P5350)

**EDGAR FELIX** (P5351)

**FERN L. FELLER** (P5352)

**JENNY FERNANDEZ** (P5353)

**MARY BRACKEN** (P5354)

**GREGORY A. FORSYTH** (P5355)

**EMMA F. GAITAN** (P5356)

**ROBERT C. GARRETT** (P5357)

**JOSEPH M. GAVITT** (P5358)

**GETACHEW GEDFE** (P5359)

**BONNIE JEAN GEIBFRIED** (P5360)

**THOMAS GILLAM** (P5361)

**RAYMOND L. GILLIGAN** (P5362)

**ALBERT GREENE** (P5363)

**FRED GREENE** (P5364)

**EDGAR GUTIERREZ** (P5365)

**SCOTT W. HAWKINS** (P5366)

**ROBERT J. HELLMERS** (P5367)

**JOHN A. HINCHEY** (P5368)

**ALICIA T. HOWARD** (P5369)

**VINCENT F. HUBNER** (P5370)

**ANDREA HURST** (P5371)

**MAY MARCONET** (P5372)

**WALTER IWACHIW** (P5373)

**JOHN JACKSON** (P5374)

**DEBORAH B. JACOBSON** (P5375)

**RACHEL JACOBSON** (P5376)

**MATTHEW R. JAMES** (P5377)

**JAMES A. KADNAR** (P5378)

**BRENDA VANDEVER** (P5379)

**HOWARD KATZMAN** (P5380)

**DEREK T. KELLY** (P5381)

**LISA ANN KENNEDY** (P5382)

**MAUREEN KENNEDY** (P5383)

**CATHERINE KENNEDY MILLER** (P5384)

**MEREDITH ANDREWS** (P5385)

**DAVID KLETSMAN** (P5386)

**AUBREY J. LAFRANCE** (P5387)

**MADELYN LAFRANCE** (P5388)

**BIRTHER LAURENCIN-BANNISTER** (P5389)

**JERCIENNE LAURENCIN** (P5390)

**MICHAEL J. LAVIN** (P5391)

**MI YONG LEE** (P5392)

**MARIO LOPEZ** (P5393)

**ALFRED LUCHETTI** (P5394)

**KENNETH LUCIANIN** (P5395)

**JANE LUTHER-UMSTADTER** (P5396)

**MICHAEL P. LYNCH** (P5397)

**MICHAEL A. MACKO** (P5398)

**FRANK MALERBA** (P5399)

**RAFAELA MARTINEZ** (P5400)

**JAYSEN J. MAYO** (P5401)

**DANIELLE MCGUIRE** (P5402)

**JAMES MCHUGH** (P5403)

**GOPAL MEHTA** (P5404)

**KENNETH G. MICCIO** (P5405)

**HOLLY ANN MILLER** (P5406)

**EDWIN MORALES** (P5407)

**MARL J. MORELLO** (P5408)

**MATTHEW S. MULHAN** (P5409)

**THOMAS J. MUNDY** (P5410)

**JENNIFER MURAWSKI** (P5411)

**JAMES F. MURPHY, III** (P5412)

**HELEN MARIE MURPHY** (P5413)

**KATHLEEN MARIE MURPHY** (P5414)

**HELEN MARIE SWEENEY** (P5415)

**KRISTIN M. MURPHY** (P5416)

**ELIZABETH MURPHY COOKE** (P5417)

**JOSEPH J. MURPHY** (P5418)

**RICHARD E. NOGAN** (P5419)

**FRANCISCO ORTIZ** (P5420)

**ERNESTO OTERO** (P5421)

**ANNIE GUERRERO** (P5422)

**RYAN PACHECO** (P5423)

**LARRIE PLACIDE** (P5424)

**JOHN PRENTY** (P5425)

**MARILYN RAINES** (P5426)

**VIGITA RAMNATH** (P5427)

**JOHN RENNA** (P5428)

**ALFRED W. RETUNDIE** (P5429)

**EDWIN RIVERA** (P5430)

**GRACE RIVERA** (P5431)

**JOSE RIVERA** (P5432)

**VINCENT RIVERA** (P5433)

**MICHAEL J. ROSSELLO** (P5434)

**JOSEPH C. ROTONDI** (P5435)

**MAUREEN MURPHY** (P5436)

**STEVEN RUGGIERO** (P5437)

**MARSHALL RYAN** (P5438)

**SUSAN S. RYAN** (P5439)

**AUDREY J. SAMMIS** (P5440)

**MANISH RAI** (P5441)

**ROBERT SCALLY** (P5442)

**PHILIP J. SCARFI** (P5443)

**DANIEL SEAMAN** (P5444)

**DANIEL SEAMAN** (P5445)

**ANTHONY E. SERCIA** (P5446)

**MARILYN JOY SHEPARD** (P5447)

**ROXANNE SOLIWODA** (P5448)

**KATHERINE A. SOULAS** (P5449)

**ANTHONY E. SUCHON** (P5450)

**SOUDABEH TABATABAI** (P5451)

**CAROL TANNENBAUM** (P5452)

**EXPEDITO TAVAREZ** (P5453)

**ROXANNE TAYLOR** (P5454)

**EDWARD THOMPSON** (P5455)

**VIOLET THOMPSON** (P5456)

**SCOTT M. THOMPSON** (P5457)

**CHRISTINE E. THOMPSON** (P5458)

**LLOYD THOMPSON** (P5459)

**JOHN A. TISKA** (P5460)

**GABRIEL TORRES** (P5461)

**ELIAN JARAMILLO** (P5462)

**ASHLEY JORDAN WALLENS** (P5463)

**ROMUALD WASZIELEWICZ** (P5464)

**GREGG WEISENBURGER** (P5465)

**MICHAEL WELSH** (P5466)

**YAENO WHITE** (P5467)

**MURNA T. WILLIAMS** (P5468)

**CHARLES MAZZOTTA** (P5469)