UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

IN RE TERRORIST ATTACKS ON
SEPTEMBER 11, 2001                                          MDL No. 1570

-----------------------------------------------------------------x

THOMAS BURNETT, SR., *ET AL.*                               Civ. Action No.
                                                            03 CV 9849 (RCC)
**Plaintiffs,**

- **against** -

AL BARAKA INVESTMENT & DEVELOPMENT
CORP., *ET AL.*,

                **Defendants.**
-----------------------------------------------------------------x

## PLAINTIFFS' SEPTEMBER 10, 2004 ADDITION AND REMOVAL OF DEFENDANTS PURSUANT TO CASE MANAGEMENT ORDER NO. 2 AND FEDERAL RULE OF CIVIL PROCEDURE 15(d)

     Pursuant to Federal Rules of Civil Procedure 15(d) and 41(a)(1) and Paragraph 12 of Case Management Order No. 2, the Defendants listed on Attachment A are hereby dismissed without prejudice from this civil action.

     Pursuant to Federal Rule of Civil Procedure 15(d) and Paragraph 12 of Case Management Order No. 2, the Defendants listed on Attachment B are hereby added as additional Defendants in this civil action.

Dated:  December 19, 2003               Respectfully submitted,

                                          __/S/_____
                                          Ronald L. Motley, Esq. (SC-4123)
                                          Jodi Westbrook Flowers, Esq. (SC-66300)
                                          Donald A. Migliori, Esq. (RI-4936; MA-567562; MN-0245951)
                                          Michael E. Elsner, Esq. (NY & VA-ME8337)
                                          Robert T. Haefele, Esq. (NJ-58293; PA-57937)
                                          Elizabeth Smith, Esq.
                                          Justin B. Kaplan, Esq. (TN-022145)

MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, South Carolina 29465
Telephone: (843) 216-9000

Jayne Conroy, Esq. (NY-JC8611)
Paul J. Hanly, Jr., Esq. (NY-PH5486)
Andrea Bierstein, Esq. (NY-AB4618)
HANLY CONROY BIERSTEIN
  & SHERIDAN, LLP
415 Madison Avenue
New York, NY 10017-1111
Telephone: (212) 401-7600