# Attachment A
## Withdrawn Defendants

**MOHAMED ALBANNA** (D191)

**QUEEN CITY CIGARETTES AND CANDY** (D192)