# Attachment B
## Additional Defendants

**QATAR CHARITABLE SOCIETY** (D227)

**MOHAMED BEN MOHAMED ABDELHEDI** (D228)

**KAMEL DARRAJI** (D229)

**IMED BEN BECHIR JAMMALI** (D230)

**HABIB BEN AHMED LOUBIRI** (D231)

**CHABAANE BEN MOHAMED TRABELSI** (D232)

**SWAR AL DHAHAB** (D233)

**ISLAMIC CALL ORGANIZATION** (D234)

**MUWAFAQ FOUNDATION** (D235)

**JAMAL AHMED AL FADL** (D236)

**GLOBAL JIHAD FUND** (D237)

**MOHAMMED AL MASSARI** (D238)

**SAAD BIN LADEN** (D239)

**AL MUHAJIROUN GROUP** (D240)

**SYRIA** (D241)

**AL AKHTAR TRUST INTERNATIONAL** (D242)

**MOHAMMED BIN RASHID AL MAKTOUM** (D243)

**HABIB BANK** (D244)

**MASHREQ BANK** (D245)

**KALIA FOREIGN EXCHANGE** (D246)

**GLAXY FOREIGN EXCHANGE,** A.K.A. GALAXY FOREIGN EXCHANGE (D247)

**GHAITH PHARAON** (D248)

**ABU HAMZA AL MASRI** (D249)

**RAMZI AHMED YOUSEF** (D250)

**SAUDI HALLANDI BANK** (D251)

**NATIONAL BANK OF KUWAIT** (D252)

**STANDARD CHARTER BANK** (D253)

**AL JAZIRA BANK** (D254)

**VAKUFSKA BANKA** (D255)

**ABU BAKAR BASHIR** (D256)

**FAISAL FINANCE S.A.** (D257)

**ABDUL HAKIM MURAD** (D258)

**TAWFIQ BIN ATTASH,** A.K.A. KHALLAD (D259)