**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*       *Federal Insurance Co. v. al Qaida*
                                            03 CV 06978 (RCC)

                                            *Burnett v. al Baraka Investment & Development Corp.,*
                                            No. 03 CV 5738 (RCC)

                                            *Burnett v. al Baraka Investment & Development Corp.*
                                            No. 03 CV 9849 (RCC)

                                            *Ashton v. al Qaida Islamic Army*
                                            No. 02 CV 6977 (RCC)

                                            *Barrera v. al Qaeda Islamic Army*
                                            No. 03 CV 7036 (RCC)

                                            *Salvo v. al Qaeda Islamic Army*
                                            No. 03 CV 5071 (RCC)

**SUPPLEMENTAL AFFIRMATION OF SEAN P. CARTER IN**
**IN OPPOSITION TO THE MOTION TO DISMISS**
**FILED BY PRINCE TURKI AL-FAISAL BIN ABDULAZIZ AL-SAUD**

Sean P. Carter, Esq., affirms as follows:

1.       I am an attorney admitted to practice *pro hac vice* in the above-captioned proceedings, and a member of the law firm Cozen O'Connor.  I submit this affirmation to transmit to the court the following documents submitted in opposition to the Motion to Dismiss filed by Defendant, Prince Turki Al-Faisal Bin Abdulaziz Al-Saud.

2.       Attached as Exhibit 1 hereto is a true and correct translation of an August 7, 2001 article that appeared on the internet site of Al-Bayan, a Saudi Arabian printing and publishing house.

3.       Attached as Exhibit 2 is a true and correct translation of an article that appeared on September 25, 2002 from *The Saudi News Agency* from the internet site Al-Yaum.

Affirmed in Philadelphia, Pennsylvania on September 13, 2004.

Respectfully submitted:

COZEN O'CONNOR

BY: _____/s/_____
                    Sean P. Carter

PHILA1\2133779\1 117430.000

2

*Tuesday 17 Jumada Al-Ula 1422 A.H., corresponding to 7 August 2001*

## Saudi Arabia calls for looking into ways to unify Moslems During the Fast and the Holidays

The Kingdom of Saudi Arabia called on Islamic countries to eliminate the disagreement over the sighting of the Crescent during the month of Ramadan, and the two holidays of Eid Al-Fitr and Eid Al-Adha, and to look into possible ways to unify Moslems in the practice of the Fast and the Holidays.

Yesterday's Saudi press reported that the Kingdom's Supreme Council for Islamic Affairs, which is headed by the Minister of Defense Prince Sultan Bin Abdel Aziz, discussed at its meeting the day before yesterday "eliminating the disagreement among Islamic countries regarding the sighting of the Crescent in the month of Ramadan and during the two Holidays (Eid Al-Fitr and Eid Al-Adha), and looking into possible ways to unify Moslems in the practice of the Fast and the Holidays".

According to the newspapers, the Acting Secretary General of the Council, Saleh Al-Ayed, stated after the meeting that the Council also discussed a number of Islamic issues. Al-Ayed said that "the Council made a number of recommendations on the subjects listed on its agenda, which will be submitted to King Fahd Bin Abdel Aziz for his approval".

The Supreme Council for Islamic Affairs includes among its members the Minister of the Interior, Prince Nayef Bin Abdel Aziz; the Head of General Intelligence, Prince Turki Al-Faysal; the Minister of Justice, Sheikh Dr. Abdullah Bin Mohammad Al-Sheikh, the Minister of Islamic Affairs, Mission and Guidance, Sheikh Saleh Bin Abdel Aziz Al-Sheikh; the Secretary General of the Islamic World League, Dr. Abdullah Bin Abdel Mohsen Al-Turki; and the Head of the Supreme Judicial Council, Sheikh Saleh Al-Luhaidan. – *D. B. A.*

Web page sections, headings and links translate as follows:
- A tour of Al-Bayan
- Information Center
- Marketing and Advertisements
- Distribution and Subscriptions

- Al-Bayan Culture
- The Modern Family
- The Emirates Today
- Home Page – Economy – Opinions – Local News – Politics – Miscellaneous – Sports

*Copyright – All rights reserved - The Al-Bayan Printing and Publishing House*

*Click here for more information*

# His Highness the Vice-Deputy Prime Minister Chairs the Meeting of the Supreme Council for Islamic Affairs
## Meets with the Chairman of the Chiefs of Staff and the Senior Military Leadership
## In the Presence of his Military Affairs Advisor

Riyadh
Saudi News Agency

His Royal Highness Prince Sultan Bin Abdel Aziz, Vice-Deputy Prime Minister, Minister of Defense and the Airforce, Inspector General and Chairman of the Supreme Council for Islamic Affairs, yesterday chaired a meeting of the Supreme Council for Islamic Affairs in his office in Al-Maazar.

Attending the meeting were His Royal Highness Prince Nayef Bin Abdel Aziz, Minister of the Interior; His Royal Highness Prince Saud Al-Faysal, Minister of Foreign Affairs; His Royal Highness Prince Saud Bin Fahd Bin Abdel Aziz, Deputy Chief of General Intelligence; His Excellency the Minister of Finance and National Economy, Dr. Ibrahim Al-Assaf; His Excellency the Minister of Higher Education, Dr. Khalid Al-Anqari; His Excellency the Minister of Labor and Social Affairs and Acting Minister of Justice, Dr. Ali Al-Namlah; His Excellency the Minister of Islamic Affairs, Endowments, Mission and Guidance, Sheikh Saleh Al-Sheikh, and His Excellency the Secretary General of the Islamic World League, Dr. Abdullah Bin Abdel Mohsen Al-Turki,

In a statement after the meeting, the Acting Secretary General of the Supreme Council for Islamic Affairs, Dr. Saleh Al-Ayed, said that the Council, under the chairmanship of His Royal Highness Prince Sultan Bin Abdel Aziz – may God protect him– discussed a number of Islamic issues, the most important of which being a discussion of the campaign of distortion confronting Islam, the True Religion. Also discussed were the best approaches that Moslems ought to follow in order to rectify the image of the True Religion and remove the remaining suspicions lingering from the latest events, which were exploited by the media in order to attack Islam and the Kingdom for its application of the Divine Law (Sharia).

In concluding his statement, Dr. Al-Ayed said that as part of its agenda for the meeting the Council also discussed other topics, including the new organizational chart of the Supreme Council for Islamic Affairs and its Secretariat.

In other related news, His Highness the Minister of Defense met yesterday in his palace in Al-Aziziyyah, in the presence of His Royal Highness the Assistant to the Minister of Defense and the Airforce and Inspector General for Military Affairs Prince Khalid Bin Sultan Bin Abdel Aziz, His Excellency the Chairman of the General Chiefs of Staff, Lieutenant General Saleh Bin Ali Al-Muhaya; the Deputy Chairman of the General Chiefs of Staff, Lieutenant General Sultan Bin Aadi Al-Muteiri; the Commander of Ground Forces, Lieutenant General Officer Hussein Bin Abdullah Al- Qubeel; and the Military Zone Commanders . All the meeting attendees took note of the recommendations of His Highness for the progress and development of the Armed Forces. His Highness also discussed with the attendees the situation at large, as well as existing and future plans to achieve the

aspirations of this nation's judicious leadership under the direction of the Custodian of the Two Noble Sanctuaries and Commander-in-Chief of the Military Forces, King Fahd Bin Abdel Aziz and His Highness the loyal Crown Prince, to advance the Armed Forces to their highest level in order to achieve the goal of defending the religion, then the King and the nation.

*(Bottom of page web page links translate as follows):*
-   Top of Page
-   Send this article to a friend
-   Print
-   Display this article in a separate page