UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*
Federal Insurance Co. v. al Qaida, 03 CV 06978 (RCC)

**RULE 7.1 DISCLOSURE OF INTERESTED PARTIES TO
PLAINTIFFS' SUPPLEMENTAL PLEADING IDENTIFYING
ADDITIONAL PLAINTIFFS PURSUANT TO F.R.C.P. 15(d) AND
PARAGRAPH 12 OF CASE MANAGEMENT ORDER NO. 2**

I, Elliott R. Feldman, Esquire, attorney for the above-captioned plaintiffs, having identified additional plaintiffs pursuant to Federal Rule of Civil Procedure 15(d) and Paragraph 12 of Case Management Order No. 2 in the above-referenced action hereby avers as follows:

1.      Plaintiffs AXA Corporate Solutions Assurance, AXA Corporate Solutions Insurance Company, AXA Corporate Solutions Assurance UK Branch, AXA Corporate Solutions Assurance (Canada), AXA RE Asia Pacific Pte. Limited, AXA RE, AXA RE Canadian Branch, AXA RE UK Plc., AXA Corporate Solutions Reinsurance Company, AXA Art Insurance Corporation, SPS Reassurance, AXA Re Madeira Branch, Compagnie Gererale de Reinsurance de Monte Carlo, AXA Versicherung AG, AXA Cessions and AXA Global Risks UK, Ltd. are members of the AXA Group.  Copies of the corporate tree for the AXA Group are attached collectively as Exhibit "A" and consist of a listing of the corporate organizational structure for AXA from Corporate Affiliations and the AXA website, and corporate filings from Global Securities.

2

Dated: September 10, 2004
Philadelphia, PA

        Respectfully submitted,

        COZEN O'CONNOR

        By: /s/
            STEPHEN A. COZEN, ESQUIRE
            ELLIOTT R. FELDMAN, ESQUIRE
            SEAN P. CARTER, ESQUIRE
            1900 Market Street
            Philadelphia, PA  19103
            Tel.:   (215) 665-2000
            Fax:   (215) 665-2013

        Attorneys for Plaintiffs

PHILA1\2133295\1 117430.000