UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*
Federal Insurance Co. v. al Qaida, 03 CV 06978 (RCC)


**RULE 7.1 DISCLOSURE OF INTERESTED PARTIES TO
PLAINTIFFS' SUPPLEMENTAL PLEADING IDENTIFYING
ADDITIONAL PLAINTIFFS PURSUANT TO F.R.C.P. 15(d) AND
<u>PARAGRAPH 12 OF CASE MANAGEMENT ORDER NO. 2</u>**

  I, Elliott R. Feldman, Esquire, attorney for the above-captioned plaintiffs, having identified additional plaintiffs pursuant to Federal Rule of Civil Procedure 15(d) and Paragraph 12 of Case Management Order No. 2 in the above-referenced action hereby avers as follows:

  1. Plaintiffs AXA Corporate Solutions Assurance, AXA Corporate Solutions Insurance Company, AXA Corporate Solutions Assurance UK Branch, AXA Corporate Solutions Assurance (Canada), AXA RE Asia Pacific Pte. Limited, AXA RE, AXA RE Canadian Branch, AXA RE UK Plc., AXA Corporate Solutions Reinsurance Company, AXA Art Insurance Corporation, SPS Reassurance, AXA Re Madeira Branch, Compagnie Gererale de Reinsurance de Monte Carlo, AXA Versicherung AG, AXA Cessions and AXA Global Risks UK, Ltd. are members of the AXA Group.  Copies of the corporate tree for the AXA Group are attached collectively as Exhibit "A" and consist of a listing of the corporate organizational structure for AXA from Corporate Affiliations and the AXA website, and corporate filings from Global Securities.

Dated:  September 10, 2004
Philadelphia, PA

                    Respectfully submitted,

                    COZEN O'CONNOR


                    By:   /s/
                            STEPHEN A. COZEN, ESQUIRE
                            ELLIOTT R. FELDMAN, ESQUIRE
                            SEAN P. CARTER, ESQUIRE
                            1900 Market Street
                            Philadelphia, PA  19103
                            Tel.:   (215) 665-2000
                            Fax:   (215) 665-2013

                            Attorneys for Plaintiffs


PHILA1\2133295\1 117430.000

[PRINT]

**To send this page by E-mail: select File -> Send -> Page By E-mail**

- **AXA Group** - Paris, France
  - **Axa Assistance S.A.** (Subsidiary) - Issy-les-Moulineaux, France
    - **AXA Assistance France** (Subsidiary) - Issy-les-Moulineaux, France
      - Axa Assistance Services (Subsidiary) - Issy-les-Moulineaux, France
      - Delta Services (Subsidiary) - Saint Cloud, France
      - Pluridis (Subsidiary) - Paris, France
    - Inter Partner Assistance S.A (Subsidiary) - Brussels, Belgium
  - AXA Assurances (Subsidiary) - Paris, France
  - AXA Banque (Subsidiary) - Levallois-Perret, France
  - AXA Conseil (Subsidiary) - Paris, France
  - AXA Corporate Solutions (Subsidiary) - Paris, France
  - AXA Courtage (Subsidiary) - Paris, France
  - AXA Credit (Subsidiary) - Paris, France
  - AXA France Assurance (Subsidiary) - Paris, France
  - **AXA Investment Managers** (Subsidiary) - Paris, France
    - AXA Investment Managers Paris (Subsidiary) - Paris, France
    - **AXA Private Equity** (Subsidiary) - Paris, France
      - **Tokheim s.a.s.** (Subsidiary) - Tremblay, France
        - Tokheim GmbH (Division) - Munich, Germany
        - Tokheim Ltd. (Division) - Randburg, South Africa
  - **AXA Re** (Subsidiary) - Paris, France
    - Compagnie Generale De Reassurance De Monte Carlo (Subsidiary) - Monte Carlo, Monaco
  - AXA Re Finance (Subsidiary) - Paris, France
  - Direct Assurance (Subsidiary) - Nanterre, France
  - Juridica (Subsidiary) - Versailles, France
  - Mutuelle Saint-Christophe (Subsidiary) - Paris, France
  - **Maxis S.A.S.** (Joint Venture) - Paris, France
    - Maxis (Branch) - Brussels, Belgium
  - Alliance Capital Management Corp. (Division) - New York, NY
  - AXA Advisors LLC (Division) - New York, NY
  - AXA America Corporate Solutions (Division) - New York, NY
  - AXA Assistance USA (Holding) - Chicago, IL
  - Axa Corporate Solutions Life Reinsurance Company (Holding) - New York, NY
  - **AXA Financial Inc.** (Holding) - New York, NY
    - AXA Corporate Solutions (Subsidiary) - New York, NY
    - AXA Corp. Solutions Insurance Company (Subsidiary) - New York, NY
    - **Equitable Holding Corp.** (Subsidiary) - Secaucus, NJ
      - AXA Distributors, LLC. (Subsidiary) - New York, NY

- Equitable Investment Corp. (Subsidiary) - New York, NY
  - Alliance Capital Management Holding L.P. (Subsidiary) - New York, NY
    - Sanford C. Bernstein & Co., LLP (Unit) - New York, NY
- The Equitable Life Assurance Society (Subsidiary) - New York, NY
- AXA Re Latin America (Holding) - Miami, FL
- AXA Re United States (Holding) - New York, NY
- AXA Space (Holding) - Bethesda, MD
- AXA Insurance Canada (Division) - London, Canada
- AXA Services Financiers Incorporated (Division) - Saint-Lambert, Canada
- Asuransi AXA Indonesia (Subsidiary) - Jakarta, Indonesia
- AXA Asia Pacific Holdings Ltd. (Subsidiary) - Melbourne, Australia
  - National Mutual International Pty Ltd (Subsidiary) - Melbourne, Australia
    - AXA China Region Ltd. (Subsidiary) - Hong Kong, Hong Kong
    - AXA Life Insurance (Subsidiary) - Singapore, Singapore
    - Krungthai AXA Life Insurance (Joint Venture) - Bangkok, Thailand
  - National Mutual Life Association of Australia Ltd. (Subsidiary) - Melbourne, Australia
- AXA Assicurazioni (Subsidiary) - Milan, Italy
- AXA Assurance Maroc (Subsidiary) - Casablanca, Morocco
- AXA Assurances (Subsidiary) - Montreal, Canada
- AXA Assurances (Subsidiary) - Montreal, Canada
- AXA Assurances Agricoles Incorporated (Subsidiary) - Montreal, Canada
- Axa Assurances Cameroun (Subsidiary) - Douala, Cameroon
- AXA Assurances Gabon (Subsidiary) - Libreville, Gabon
- AXA Assurances Iard (Subsidiary) - Taipei, Taiwan
- AXA Assurances IARD (Subsidiary) - Taipei, Taiwan
- AXA Assurances Luxembourg S.A. (Subsidiary) - Luxembourg, Luxembourg
- AXA Assurances Senegal (Subsidiary) - Dakar, Senegal
- AXA Assurances Vie Luxembourg (Subsidiary) - Luxembourg, Luxembourg
- AXA Aurora S.A. (Subsidiary) - Madrid, Spain
  - AXA Aurora Iberica S.A. de Seguros y Reaseguros (Subsidiary) - Madrid, Spain
  - Hilo Direct Seguros y Reaseguros S.A. (Subsidiary) - Madrid, Spain
- AXA Beijing Representative Office (Subsidiary) - Beijing, China
- AXA Canada Inc. (Subsidiary) - Montreal, Canada
- AXA Colonia Insurance Limited (Subsidiary) - Dublin, Ireland
- AXA Cote d'Ivoire (Subsidiary) - Abidjan, Cote d'Ivoire
- AXA Direkt Versicherung (Subsidiary) - Dreieich, Germany
- AXA General Insurance Hong Kong (Subsidiary) - Quarry Bay, Hong Kong
- AXA Holdings Belgium (Subsidiary) - Brussels, Belgium
  - AXA Bank Belgium S.A. (Subsidiary) - Antwerp, Belgium
  - AXA Belgium S.A. (Subsidiary) - Brussels, Belgium
- AXA Insurance (Subsidiary) - Riyadh, Saudi Arabia

- AXA Insurance (Canada) (Subsidiary) - North York, Canada
- AXA Insurance E.C. (Subsidiary) - Dubai, United Arab Emirates
- AXA Insurance Holding Co. (Subsidiary) - Tokyo, Japan
  - AXA Life Insurance Company Limited (Subsidiary) - Tokyo, Japan
- AXA Insurance pcl (Subsidiary) - Bangkok, Thailand
- AXA Insurance Singapore (Subsidiary) - Singapore, Singapore
- AXA Investment Managers (Subsidiary) - London, United Kingdom
- AXA Assurances (Subsidiary) - Lausanne, Switzerland
- AXA Konzern AG (Subsidiary) - Cologne, Germany
- AXA Leven (Subsidiary) - Utrecht, Netherlands
- AXA Life Insurance Company Limited (Subsidiary) - Tokyo, Japan
- AXA Nederland B.V. (Subsidiary) - Utrecht, Netherlands
- AXA New Zealand (Subsidiary) - Wellington, New Zealand
- AXA Oyak Hayat Sigorta (Subsidiary) - Istanbul, Turkey
- AXA Pacific Insurance (Subsidiary) - Vancouver, Canada
- Axa Portugal - Companhia de Seguros S.A. (Subsidiary) - Lisbon, Portugal
- AXA Re (Subsidiary) - Montreal, Canada
- AXA Re Asia (Subsidiary) - Singapore, Singapore
- AXA Seguros (Subsidiary) - Buenos Aires, Argentina
- AXA Seguros Brazil (Subsidiary) - Rio de Janeiro, Brazil
- AXA Seguros Uruguay SA (Subsidiary) - Montevideo, Uruguay
- AXA Sun Life Plc (Subsidiary) - Bristol, United Kingdom
- AXA UK plc (Subsidiary) - London, United Kingdom
  - AXA PPP Healthcare Group PLC (Division) - Tunbridge Wells, United Kingdom
    - Denplan Limited (Subsidiary) - Winchester, United Kingdom
  - AXA Insurance PLC (Subsidiary) - London, United Kingdom
- AXA Vie Cote d'Ivoire (Subsidiary) - Abidjan, Cote d'Ivoire
- AXA Vie Gabon (Subsidiary) - Libreville, Gabon
- Insurance Corp. of Newfoundland Limited (Subsidiary) - Saint John's, Canada
- UAP Bangui (Subsidiary) - Bangui, Central African Republic
- UAT (Subsidiary) - Lome, Togo
- UGAR (Subsidiary) - Conakry, Guinea
- The MONY Group Inc. (Subsidiary) - New York, NY
  - 1740 Advisers, Inc. (Subsidiary) - New York, NY
  - 1740 Ventures, Inc. (Subsidiary) - New York, NY
  - The Advest Group, Inc. (Subsidiary) - Hartford, CT
    - Advest Bank & Trust Company (Subsidiary) - Hartford, CT
    - Advest, Inc. (Subsidiary) - Hartford, CT
    - Boston Advisors, Inc. (Subsidiary) - Boston, MA
  - Enterprise Capital Management, Inc. (Subsidiary) - Atlanta, GA
    - Enterprise Fund Distributors (Subsidiary) - Atlanta, GA

- Matrix Capital Markets Group (Subsidiary) - Richmond, VA
- MONY Assets Corp. (Subsidiary) - New York, NY
  - MONY Assets Corp. (Division) - Syracuse, NY
  - MONY Benefits Management Corp. (Subsidiary) - New York, NY
- MONY Brokerage, Inc. (Subsidiary) - Harrisburg, PA
- MONY Foundation (Subsidiary) - New York, NY
- MONY Life Insurance Co. (Subsidiary) - New York, NY
- MONY Life Insurance Co. of America (Subsidiary) - New York, NY
- MONY Realty Capital, Inc. (Subsidiary) - Littleton, CO
- MONY Realty Partners, Inc. (Subsidiary) - New York, NY
- MONY Securities Corporation (Subsidiary) - New York, NY
- Trusted Securities Advisors Corp. (Subsidiary) - Minneapolis, MN
- MONY Life Insurance Company of the Americas, Ltd. (Subsidiary) - Grand Cayman, Cayman I:





AXA RE - EUROPE - MARCH 18, 2004

(a) In run off.
(b) No longer underwrites business.



AXA RE - AMERICA - ASIA/PACIFIC - JANUARY 1, 2004

(a) In run off.
(b) No longer underwrites business.
(c) Management agreement.

# GERMANY - "ART INSURANCE" SUBSIDIARIES - JANUARY 1st, 2004



(a) 0.35% owned by AXA Versicherung AG.

| Parent and Holding Companies | Change in Scope | 2003 Voting rights | 2003 Ownership interest | 2002 Voting rights | 2002 Ownership interest |
|---|---|---|---|---|---|
| **France** | | | | | |
| AXA | | Parent company | | Parent company | |
| AXA China | | 100.00 | 76.31 | 100.00 | 76.31 |
| AXA France Assurance | | 100.00 | 100.00 | 100.00 | 100.00 |
| Colisée Excellence | | 100.00 | 100.00 | 100.00 | 100.00 |
| AXA Participations II (formerly Financière Mermoz) | | 100.00 | 100.00 | 100.00 | 100.00 |
| Jour Finance | Merger with *AXA France Vie* | – | – | 100.00 | 99.94 |
| Mofipar | | 99.90 | 99.90 | 100.00 | 99.90 |
| Société Beaujon | | 99.99 | 99.99 | 99.99 | 99.99 |
| AXA Technology Services | | 100.00 | 99.99 | 100.00 | 99.99 |
| **United States** | | | | | |
| AXA Financial, Inc. | | 100.00 | 100.00 | 100.00 | 100.00 |
| **United Kingdom** | | | | | |
| Guardian Royal Exchange Plc | | 100.00 | 99.99 | 100.00 | 99.99 |
| AXA UK Holdings Limited | | 100.00 | 100.00 | 100.00 | 100.00 |
| AXA UK Plc | | 100.00 | 99.99 | 100.00 | 99.99 |
| AXA Equity & Law Plc | | 99.95 | 99.95 | 99.95 | 99.95 |
| **Asia / Pacific** | | | | | |
| National Mutual International Pty Ltd | | 100.00 | 51.66 | 100.00 | 51.66 |
| AXA Insurance Holdings Co. Japan | | 96.42 | 96.42 | 96.42 | 96.42 |
| AXA Asia Pacific Holdings Ltd | | 51.66 | 51.66 | 51.66 | 51.66 |
| **Germany** | | | | | |
| GRE Continental Europe Holding Gmbh | | 100.00 | 91.05 | 100.00 | 90.17 |
| Kölnische Verwaltungs AG für Versicherungswerte | | 99.56 | 97.50 | 99.56 | 97.30 |
| AXA Konzern AG | | 91.69 | 91.05 | 90.86 | 90.17 |
| **Belgium** | | | | | |
| AXA Holdings Belgium | | 100.00 | 99.92 | 99.98 | 99.88 |
| Royale Belge Investissement | | 100.00 | 99.92 | 100.00 | 99.88 |
| **Luxembourg** | | | | | |
| AXA Luxembourg SA | | 100.00 | 99.92 | 100.00 | 99.88 |
| **Austria** | | | | | |
| AXA Nordstern Holding | Disposal | – | – | 100.00 | 90.17 |
| **The Netherlands** | | | | | |
| &bsp;   AXA Verzekeringen | | 100.00 | 99.92 | 100.00 | 99.88 |
| Gelderland | | 100.00 | 99.92 | 100.00 | 99.88 |
| Vinci BV | | 100.00 | 100.00 | 100.00 | 100.00 |
| **Spain** | | | | | |
| AXA Aurora SA | | 100.00 | 100.00 | 100.00 | 100.00 |
| **Italy** | | | | | |
| AXA Italia SpA | | 100.00 | 100.00 | 100.00 | 100.00 |
| **Morocco** | | | | | |
| AXA Ona | | 51.00 | 51.00 | 51.00 | 51.00 |

/F-23

| Life & Savings and Property & Casualty | Change in Scope | 2003 Voting rights | 2003 Ownership interest | 2002 Voting rights | 2002 Ownership interest |
|---|---|---|---|---|---|
| **France** | | | | | |
| AXA France IARD | | 99.92 | 99.92 | 99.92 | 99.92 |
| Direct Assurances IARD | | 100.00 | 100.00 | 100.00 | 100.00 |
| AXA France Vie | | 99.77 | 99.77 | 100.00 | 99.95 |
| AXA France Collectives | Merger with *AXA France Vie* | – | – | 99.40 | 99.39 |
| Juridica | | 98.51 | 98.51 | 98.51 | 98.51 |
| **United States** | | | | | |
| The Equitable Life Assurance Society of the United States | | 100.00 | 100.00 | 100.00 | 100.00 |
| **Canada** | | | | | |
| AXA Canada Inc. | | 100.00 | 100.00 | 100.00 | 100.00 |
| **United Kingdom** | | | | | |
| AXA Insurance Plc | | 100.00 | 99.99 | 100.00 | 99.99 |
| AXA Sun Life Plc | | 100.00 | 99.99 | 100.00 | 99.99 |
| GREA Insurance (Discontinued activity) | | 100.00 | 99.99 | 100.00 | 99.99 |
| PPP Group Plc | | 100.00 | 99.99 | 100.00 | 99.99 |
| PPP Healthcare Ltd | | 100.00 | 99.99 | 100.00 | 99.99 |
| **Ireland** | | | | | |
| Guardian PMPA Group Ltd | | 100.00 | 99.99 | 100.00 | 99.99 |
| **Asia / Pacific** | | | | | |
| AXA Group Life Insurance (Japan) | | 100.00 | 96.42 | 100.00 | 96.42 |
| AXA Insurance Co. (Japan) | | 100.00 | 96.42 | 100.00 | 96.42 |
| AXA Life Insurance Singapore | | 100.00 | 51.66 | 100.00 | 51.66 |
| AXA Non Life Insurance Co Ltd (Japan) | | 100.00 | 100.00 | 100.00 | 100.00 |
| AXA Australia New Zealand | | 100.00 | 51.66 | 100.00 | 51.66 |
| AXA China Region Limited | | 100.00 | 51.66 | 100.00 | 51.66 |
| **Germany** | | | | | |
| AXA Versicherung AG | | 100.00 | 91.05 | 100.00 | 90.17 |
| AXA Leben Versicherung AG | | 100.00 | 91.05 | 100.00 | 90.17 |
| Die Alternative Versicherung AG | | 100.00 | 100.00 | 100.00 | 100.00 |
| AXA Kranken Versicherung AG | | 99.42 | 90.31 | 99.42 | 89.43 |

/F-24

| Life & Savings and Property & Casualty | Change in Scope | 2003 Voting rights | 2003 Ownership interest | 2002 Voting rights | 2002 Ownership interest |
|---|---|---|---|---|---|
| **Hungary** | | | | | |
| AXA Biztosito Rt | Disposal | – | – | 100.00 | 90.17 |
| **Austria** | | | | | |
| AXA Versicherung | Disposal | – | – | 100.00 | 90.17 |
| **Belgium** | | | | | |
| Ardenne Prévoyante | | 100.00 | 99.92 | 100.00 | 99.88 |
| AXA Belgium SA | | 100.00 | 99.92 | 100.00 | 99.88 |
| UAB | | 100.00 | 99.92 | 100.00 | 99.88 |
| **Luxembourg** | | | | | |
| AXA Assurances Luxembourg | | 100.00 | 99.92 | 100.00 | 99.88 |
| AXA Assurances Vie Luxembourg | | 100.00 | 99.92 | 100.00 | 99.88 |
| **The Netherlands** | | | | | |
| AXA Leven N.V. | | 100.00 | 99.92 | 100.00 | 99.88 |
| AXA Schade N.V. | | 100.00 | 99.92 | 100.00 | 99.88 |
| AXA Zorg N.V. | | 100.00 | 99.92 | 100.00 | 99.88 |
| Unirobe Groep B.V. | | 100.00 | 99.92 | 100.00 | 99.88 |
| **Spain** | | | | | |
| Ayuda Legal SA de Seguros y Reaseguros | | 100.00 | 99.69 | 100.00 | 99.68 |
| AXA Aurora SA Iberica de Seguros y Reaseguros | | 99.69 | 99.69 | 99.68 | 99.68 |
| AXA Aurora SA Vida de Seguros y Reaseguros | | 99.69 | 99.69 | 99.68 | 99.68 |
| AXA Aurora SA Vida | | 99.96 | 99.66 | 99.96 | 99.65 |
| **Italy** | | | | | |
| AXA Interlife | | 100.00 | 100.00 | 100.00 | 100.00 |
| UAP Vita | | 100.00 | 100.00 | 100.00 | 100.00 |
| AXA Assicurazioni | | 100.00 | 99.99 | 100.00 | 99.98 |
| **Switzerland** | | | | | |
| AXA Compagnie d'Assurances sur la Vie | | 100.00 | 100.00 | 100.00 | 100.00 |
| AXA Compagnie d'Assurances | | 100.00 | 100.00 | 100.00 | 100.00 |
| **Portugal** | | | | | |
| AXA Portugal Companhia de Seguros SA | | 99.61 | 99.37 | 99.61 | 99.36 |
| AXA Portugal Companhia de Seguros de Vida SA | | 95.09 | 94.89 | 95.09 | 95.05 |
| **Morocco** | | | | | |
| AXA Assurance Maroc | | 100.00 | 51.00 | 100.00 | 51.00 |
| Epargne Croissance | | 99.59 | 50.79 | 99.59 | 50.79 |

/F-25

| International Insurance (entities having worldwide activities) | Change in Scope | 2003 Voting rights | 2003 Ownership interest | 2002 Voting rights | 2002 Ownership interest |
|---|---|---|---|---|---|
| AXA RE (sub-group) (a) | | 100.00 | 100.00 | 100.00 | 100.00 |
| AXA Corporate Solutions Assurance (sub-group) (a) | | 98.75 | 98.75 | 98.49 | 98.49 |
| AXA Cessions (a) | | 100.00 | 100.00 | 100.00 | 99.99 |
| AXA Assistance SA (sub-group) | | 100.00 | 100.00 | 100.00 | 100.00 |
| English & Scottish | | 100.00 | 100.00 | 100.00 | 100.00 |
| Créalux | | 100.00 | 99.92 | 100.00 | 99.88 |
| Futur Ré | | 100.00 | 98.75 | 100.00 | 98.49 |
| Saint-Georges Ré | | 100.00 | 100.00 | 100.00 | 100.00 |

*(a) A part of AXA Corporate Solutions in 2002.*

| Asset Management (entities having worldwide activities) | Change in Scope | 2003 Voting rights | 2003 Ownership interest | 2002 Voting rights | 2002 Ownership interest |
|---|---|---|---|---|---|
| AXA Investment Managers (sub-group) | | 95.61 | 93.23 | 95.56 | 93.11 |
| Alliance Capital (sub-group) | | 55.51 | 55.51 | 55.72 | 55.72 |
| National Mutual Funds Management (sub-group) | | 100.00 | 51.66 | 100.00 | 51.66 |

&sp;

| Financial Services | Change in Scope | 2003 Voting rights | 2003 Ownership interest | 2002 Voting rights | 2002 Ownership interest |
|---|---|---|---|---|---|
| **France** | | | | | |
| AXA Banque | | 100.00 | 99.92 | 100.00 | 99.98 |
| AXA Crédit | | 65.00 | 64.95 | 65.00 | 64.99 |
| Colisée Suresnes | Transfer to *SCI Vendôme Tridor* | – | – | 96.33 | 96.30 |
| Compagnie Financière de Paris | | 100.00 | 100.00 | 100.00 | 100.00 |
| Holding Soffim | | 100.00 | 100.00 | 100.00 | 100.00 |
| Sofapi | | 100.00 | 100.00 | 100.00 | 100.00 |
| Sofinad | | 100.00 | 100.00 | 100.00 | 100.00 |
| **Germany** | | | | | |
| AXA Vorsorgebank | | 100.00 | 91.05 | 100.00 | 90.17 |
| AXA Bausparkasse AG | | 99.69 | 90.77 | 99.69 | 89.89 |
| **Belgium** | | | | | |
| AXA Bank Belgium | | 100.00 | 99.92 | 100.00 | 99.88 |
| IPPA Vastgoed | | 100.00 | 99.92 | 100.00 | 99.88 |
| **Hungary** | | | | | |
| AXA Biztosito Pension Fund | Disposal | – | – | 100.00 | 90.17 |

/F-26

**PROPORTIONALLY CONSOLIDATED COMPANIES**

| Life & Savings and Property & Casualty | Change in Scope | 2003 Voting rights | 2003 Ownership interest | 2002 Voting rights | 2002 Ownership interest |
|---|---|---|---|---|---|
| **France** | | | | | |
| Natio Assurances | | 50.00 | 49.96 | 50.00 | 49.96 |
| NSM Vie | | 40.30 | 40.30 | 40.07 | 40.07 |
| Vendôme Haussmann | Entry in 2003 | 50.00 | 42.70 | – | – |
| Fonds immobiliers Paris Office Funds | | 50.00 | 49.91 | 50.00 | 49.89 |
| **Belgium** | | | | | |
| Assurances de la Poste | | 50.00 | 49.96 | 50.00 | 49.94 |
| Assurances de la Poste Vie | | 50.00 | 49.96 | 50.00 | 49.94 |

**INVESTMENTS IN AFFILIATED COMPANIES (EQUITY METHOD)**

| Financial Services | Change in Scope | 2003 Voting rights | 2003 Ownership interest | 2002 Voting rights | 2002 Ownership interest |
|---|---|---|---|---|---|
| **France** | | | | | |
| Compagnie Financière de Paris Crédit | 2002 (a) | 100.00 | 100.00 | 100.00 | 100.00 |
| Argovie | 2002 (a) | 94.47 | 94.25 | 94.03 | 93.46 |
| Banque de Marchés et d'Arbitrages | | 27.71 | 27.70 | 27.71 | 27.70 |
| **Germany** | | | | | |
| Colonia Re (General Re J.V.) | Disposal | – | – | 49.90 | 44.99 |
| **Asia / Pacific** | | | | | |
| AXA General Insurance Hong Kong Ltd | 2002 (a) | 100.00 | 100.00 | 100.00 | 100.00 |
| AXA Insurance Investment Holding | 2002 (a) | 100.00 | 100.00 | 100.00 | 100.00 |
| AXA Insurance Hong Kong Ltd | 2002 (a) | 100.00 | 100.00 | 100.00 | 100.00 |
| AXA Insurance Singapore | 2002 (a) | 100.00 | 100.00 | 100.00 | 100.00 |
| National Mutual Home Loans Origination Fund No. 1 | | 100.00 | 51.66 | 100.00 | 51.66 |
| Members Equity Pty Ltd | Disposal | – | – | 50.00 | 25.83 |
| Ticor | | 28.62 | 14.98 | 28.62 | 14.98 |
| **Spain** | | | | | |
| Hilo Direct SA de Seguros y Reaseguros | 2002 (a) | 50.00 | 50.00 | 50.00 | 50.00 |
| **Turkey** | | | | | |
| AXA Oyak Holding AS | 2002 | 50.00 | 50.00 | 50.00 | 50.00 |
| AXA Oyak Hayat Sigorta AS | 2002 (a) | 100.00 | 50.00 | 100.00 | 50.00 |
| AXA Oyak Sigorta AS | 2002 | 70.91 | 35.45 | 70.91 | 35.45 |

(a) AXA entities have more than a 50% ownership in those companies. These entities are accounted for under the equity method of accounting since January 1, 2002, as their contribution to revenues income, and net assets was not significant to the Group.

## 4. Business Combinations

**GOODWILL**

An analysis of goodwill by principal acquisition and by segment is presented in the table below.

| *(in euro millions)* | 2003 | 2002 | 2001 |
|---|---|---|---|
| **Gross amount of goodwill, at January 1,** | 17,490 | 18,273 | 17,417 |
| Accumulated amortization, at January 1, | (3,083) | (2,394) | (1,552) |
| **Net carrying value, at January 1,** | 14,407 | 15,879 | 15,865 |
| Goodwill arising from new acquisition | 18 | 159 | 584 |
| Goodwill amortization in the period | (844) | (879) | (789) |
| Other variation (excluding foreign exchange) | (31) | 142 | 185 |
| Foreign exchange translation adjustments | (676) | (895) | 34 |
| **Net carrying value, at December 31,** | 12,874 | 14,407 | 15,879 |
| Accumulated amortization, at December 31, | 3,686 | 3,083 | 2,394 |
| **Gross amount of goodwill, at December 31,** | 16,561 | 17,490 | 18,273 |
| **Net carrying value analysed by reportable segment:** | | | |
| Life & Savings | 7,041 | 7,758 | 8,171 |
| Property & Casualty | 2,076 | 2,061 | 2,168 |
| International Insurance | 15 | 16 | 48 |
| Asset Management | 3,668 | 4,497 | 5,412 |
| Other | 74 | 76 | 79 |
| **Net carrying value, at December 31,** | 12,874 | 14,407 | 15,879 |

SIGNIFICANT ACQUISITIONS IN 2003

No significant acquisitions undertaken in 2003.

SIGNIFICANT ACQUISITIONS IN 2002

No significant acquisitions undertaken in 2002.

SIGNIFICANT ACQUISITIONS IN 2001

AXA UK (2001) – Financial reorganisation of AXA Equity & Law

In July 2000, AXA Equity & Law proposed a plan for its financial reorganization ("the Plan") to its eligible participating (With-Profit) policyholders. The Plan addressed principally the attribution of the "inherited estate" (assets in excess of the amount required to meet the policyholders reasonable expectations) held in the With-Profit fund of AXA Equity & Law. Approximately 74% of eligible policyholders (by policy value) elected in favor of the Plan. In December 2000,

/F-28