UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*
Federal Insurance Co. v. al Qaida, 03 CV 06978 (RCC)

**RULE 7.1 DISCLOSURE OF INTERESTED PARTIES TO PLAINTIFFS' SUPPLEMENTAL PLEADING IDENTIFYING ADDITIONAL PLAINTIFFS PURSUANT TO F.R.C.P. 15(d) AND PARAGRAPH 12 OF CASE MANAGEMENT ORDER NO. 2**

The above-captioned plaintiffs, by and through their attorneys, Cozen O'Connor, hereby supplement their First Amended Complaint identifying additional plaintiff pursuant to Federal Rule of Civil Procedure 15(d) and Paragraph 12 of Case Management Order No. 2, and do hereby allege the following:

1.    Plaintiff, Transatlantic Reinsurance Company, is a member of the AIG Group. Copies of the AIG corporate structure from A.M. Best Company, as well as the corporate structure for the AIG Group, including Transatlantic Reinsurance Company, as found in Corporate Affiliations are attached as "Exhibit A."

        Respectfully submitted,

        COZEN O'CONNOR

        By: _____/s/_____
            STEPHEN A. COZEN, ESQUIRE
            ELLIOTT R. FELDMAN, ESQUIRE
            SEAN P. CARTER, ESQUIRE
            1900 Market Street
            Philadelphia, PA  19103

(215) 665-2000

NEWYORK\119447\1 117430.000

Case 1:03-md-01570-GBD-SN   Document 440   Filed 09/13/04   Page 3 of 14

Best's Insurance Reports - Life Health, US, 2004 Edition (2003 Annual Data Version 2004.1)                                    Page 1
70342 - AIG Life Group

# AIG LIFE GROUP

### New York, New York, United States

AMB#: 70342

The figures shown throughout this report reflect the combined results for the entire year of 2003 for AGC Life Insurance Company, AIG Annuity Insurance Company, AIG Life Insurance Company, AIG Life Insurance Company of Puerto Rico, AIG SunAmerica Life Assurance Company, American General Assurance Company, American General Life and Accident Insurance Company, American General Life Insurance Company, American International Life Assurance Company of New York, American Life Insurance Company, Delaware American Life Insurance Company, First SunAmerica Life Insurance Company, Merit Life Insurance Company, Pacific Union Assurance Company, SunAmerica Life Insurance Company, The United States Life Insurance Company of New York, USLIFE Credit Life Insurance Company of Arizona and Variable Annuity Life Insurance Company.

## KEY FINANCIAL INDICATORS
### (in thousands of dollars)

| Year | Assets | Total Capital Capital Surplus Funds | Condit'l Reserve Funds | Net Premiums Written | Net Invest Income | Net Income |
|---|---|---|---|---|---|---|
| 2003    | 277,820,086 | 17,819,026 | 1,357,850 | 27,526,617 | 11,506,250 | 2,209,772 |
| 03/2003 | 247,412,473 | 15,588,182 | 1,017,114 |  8,710,977 |  2,727,334 |   569,359 |
| 03/2004 | 302,696,991 | 18,625,073 | 2,513,622 |  7,171,353 |  3,003,140 |   856,433 |

## CORPORATE STRUCTURE

| AMB # | COMPANY NAME | DOMICILE | %OWN |
|---|---|---|---|
| 58702 | *American Intern Group Inc* | DE | |
| 11984 | AIG Global Trade & Pol. Risk | NJ | 100.00 |
| 06809 | AIG Life Insurance Company | DE | 78.90 |
| 66835 | AIG Life Insurance Co Canada | Canada | 100.00 |
| 06073 | AIG Life Insurance Co of PR | PR | 100.00 |
| 85459 | AIG Star Life Insurance Co Ltd | Japan | 100.00 |
| 02389 | AIU Insurance Company | NY | 52.00 |
| 58006 | *American General Corporation* | TX | 100.00 |
| 09199 | AGC Life Insurance Company | MO | 100.00 |
| 07235 | AIG Annuity Insurance Company | TX | 100.00 |
| 06788 | American General Lf & Accident | TN | 100.00 |
| 06058 | American General Life Ins Co | TX | 100.00 |
| 07208 | Variable Annuity Life Ins Co | TX | 100.00 |
| 02103 | American General Property Ins | TN | 51.85 |
| 04308 | American General Prop Ins FL | FL | 100.00 |
| 07192 | United States Life Ins of NY | NY | 100.00 |
| 06989 | American General Assurance Co | IL | 100.00 |
| 10687 | American General Indemnity Co | NE | 100.00 |
| 68108 | USLIFE Credit Life of AZ | AZ | 100.00 |
| 50385 | *American General Finance Inc* | IN | 100.00 |
| 50386 | *American General Finance Corp* | IN | 100.00 |

Copyright © 2004, A.M. Best Company. All Rights Reserved.
Reproduction and distribution of A.M. Best data to third parties is strictly
prohibited without express written consent. Visit the A.M. Best website at
http://www.ambest.com for the latest Best's Ratings and Best's Company Reports.

| | | | |
|---|---|---|---:|
| 06703 | Merit Life Insurance Co | IN | 100.00 |
| 03222 | Yosemite Insurance Company | IN | 100.00 |
| 02034 | American Home Assurance Co | NY | 100.00 |
| 02784 | AIG Hawaii Insurance Co Inc | HI | 100.00 |
| 12039 | American Pacific Ins Co, Inc | HI | 100.00 |
| 58477 | *Transatlantic Holdings Inc* | DE | 33.86 |
| 03126 | Transatlantic Reinsurance Co | NY | 100.00 |
| 03727 | Putnam Reinsurance Company | NY | 100.00 |
| 86500 | Trans Re Zurich | Switzerland | 100.00 |
| 58300 | *21st Century Insurance Group* | CA | 33.14 |
| 10614 | 21st Century Casualty Co | CA | 100.00 |
| 03247 | 21st Century Insurance Co | CA | 100.00 |
| 11877 | 21st Century Ins Co of AZ | AZ | 51.00 |
| 85386 | American Intern Assur Bermuda | Bermuda | 100.00 |
| 11109 | American Intern Ins Co of DE | DE | 100.00 |
| 06072 | American Intern Life Assur NY | NY | 77.52 |
| 85197 | American Intern Reins Co Ltd | Bermuda | 100.00 |
| 85102 | American Intern Assur Co Ltd | Hong Kong | 100.00 |
| 85111 | American Intern Undrs Overseas | Bermuda | 100.00 |
| 03536 | American Intern Ins Co of PR | PR | 100.00 |
| 87416 | Landmark Insurance Company Ltd | United Kingdom | 100.00 |
| 06081 | American Life Ins Co DE | DE | 100.00 |
| 50524 | *AIG Participacoes do Brasil SA* | Brazil | 100.00 |
| 86356 | Unibanco AIG Seguros S.A. | Brazil | 50.00 |
| 02349 | Birmingham Fire Ins Co of PA | PA | 100.00 |
| 50502 | *China America Holding Company* | China | 100.00 |
| 10587 | China America Ins Co Ltd | DE | 100.00 |
| 04000 | Commerce and Industry Ins Co | NY | 100.00 |
| 03641 | American Intern Ins Co | NY | 50.00 |
| 11402 | American Intern Ins Co of CA | CA | 100.00 |
| 12021 | American Intern Ins Co of NJ | NJ | 100.00 |
| 11587 | Minnesota Insurance Company | MN | 100.00 |
| 85727 | Commerce and Industry Ins CA | Canada | 100.00 |
| 06305 | Delaware American Life Ins Co | DE | 100.00 |
| 58390 | *HSB Group Inc* | CT | 100.00 |
| 00465 | Hartford Steam Boiler I & I | CT | 100.00 |
| 50051 | *EIG, Co.* | | 100.00 |
| 86999 | HSB Engineering Ins Ltd | United Kingdom | 100.00 |
| 85707 | Boiler Inspection & Ins of Can | Canada | 99.47 |
| 11074 | Hartford Steam Boiler I & I CT | CT | 100.00 |
| 02035 | Insurance Co of the State PA | PA | 100.00 |
| 03756 | Landmark Insurance Company | CA | 100.00 |
| 02351 | National Union Fire Ins Co PA | PA | 100.00 |
| 03535 | American Intern Specialty Lns | AK | 70.00 |
| 02350 | Lexington Insurance Company | DE | 70.00 |
| 00876 | AIG Centennial Insurance Co | PA | 100.00 |
| 02796 | AIG Preferred Insurance Co | PA | 100.00 |
| 02123 | AIG Premier Insurance Co | PA | 100.00 |
| 11768 | AIG Indemnity Insurance Co | PA | 100.00 |
| 11684 | Bayside Casualty Insurance Co | NJ | 100.00 |
| 85863 | JI Accident & Fire Ins Co Ltd | Japan | 50.00 |
| 10725 | National Union Fire Ins of LA | LA | 100.00 |
| 12244 | Starr Excess Liability Ins Ltd | DE | 100.00 |
| 87105 | Starr Excess Liab Ins Intl Ltd | Ireland | 100.00 |
| 50480 | *NHIG Holding Corporation* | DE | 100.00 |

Copyright © 2004, A.M. Best Company. All Rights Reserved.
Reproduction and distribution of A.M. Best data to third parties is strictly
prohibited without express written consent. Visit the A.M. Best website at
http://www.ambest.com for the latest Best's Ratings and Best's Company Reports.

| | | | |
|---|---|---|---|
| 00180 | Audubon Insurance Company | LA | 100.00 |
| 04121 | Audubon Indemnity Company | MI | 100.00 |
| 02363 | New Hampshire Insurance Co | PA | 100.00 |
| 02359 | American Intern Pacific Ins Co | CO | 100.00 |
| 02833 | American Intern South Ins Co | PA | 100.00 |
| 02360 | Granite State Insurance Co | PA | 100.00 |
| 02361 | Illinois National Insurance Co | IL | 100.00 |
| 00577 | New Hampshire Indemnity Co | PA | 100.00 |
| 03786 | AIG National Ins Co Inc | NY | 100.00 |
| 50479 | *United Guaranty Corporation* | NC | 16.95 |
| 11344 | United Guaranty Insurance Co | NC | 100.00 |
| 11345 | United Guaranty Mtge Ins Co | NC | 100.00 |
| 11346 | United Guaranty Mtge Ins Co NC | NC | 100.00 |
| 04816 | United Guaranty Residential NC | NC | 100.00 |
| 04817 | United Guaranty Residential | NC | 75.00 |
| 04821 | United Guaranty Comm Ins Co NC | NC | 100.00 |
| 01721 | United Guaranty Credit Ins Co | NC | 100.00 |
| 03587 | United Guaranty Mtge Indem Co | NC | 100.00 |
| 84311 | Philippine Amer Life & Gen Ins | Philippines | 99.78 |
| 06921 | Pacific Union Assurance Co | CA | 100.00 |
| 84310 | Philippine Amer Gen Ins Co Ltd | Philippines | 100.00 |
| 84309 | Philam Insurance Company Inc | Philippines | 100.00 |
| 58101 | *SunAmerica Inc* | CA | 100.00 |
| 07102 | SunAmerica Life Ins Co | AZ | 100.00 |
| 06115 | AIG SunAmerica Life Assurance | AZ | 100.00 |
| 09023 | First SunAmerica Life Ins Co | NY | 100.00 |

## BUSINESS REVIEW

American International Group, Inc. (AIG) is a major U.S. based international insurance holding company. In addition to life insurance interests, overall operations include property and casualty insurance, in which the company ranks as the largest provider of commercial coverages, financial services and aircraft leasing. These businesses are conducted in approximately 130 countries throughout the world.

## FINANCIAL INFORMATION

### BALANCE SHEET - December 31, 2003
(in thousands of dollars)

Copyright © 2004, A.M. Best Company. All Rights Reserved.
Reproduction and distribution of A.M. Best data to third parties is strictly prohibited without express written consent. Visit the A.M. Best website at http://www.ambest.com for the latest Best's Ratings and Best's Company Reports.

| Assets | | Liabilities | |
|---|---:|---|---:|
| *Total bonds | 173,409,988 | +Net policy reserves | 136,143,513 |
| *Total preferred stocks | 282,877 | Policy claims | 949,250 |
| *Total common stocks | 9,508,012 | Deposit type contracts | 42,827,065 |
| Mortgage loans | 11,456,644 | Interest maint reserve | 1,236,886 |
| Real estate | 275,154 | Comm taxes expenses | 2,353,568 |
| Contract loans | 3,674,601 | Asset val reserve | 1,357,850 |
| Cash & short-term inv | 3,247,496 | Other funds | 5,939,056 |
| Other invested assets | 7,369,606 | Other liabilities | 9,672,299 |
| Prems and consids due | 533,899 | | |
| Accrued invest income | 2,523,897 | Tot liab w/o sep accts | 200,479,488 |
| Other assets | 5,442,652 | Separate account bus | 59,521,572 |
| | | Total Liabilities | 260,001,059 |
| Tot assets w/o sep accts | 217,724,826 | Common stock | 32,763 |
| Separate account bus | 60,095,260 | Preferred stock | 250,013 |
| | | Treas stock preferred | -4 |
| | | Surplus notes | 2,533,206 |
| | | Paid in & contrib surpl | 7,543,364 |
| | | Group cont reserve | 49,570 |
| | | Contingency reserve | 1,124 |
| | | Unassigned surplus | 7,444,519 |
| | | Other surplus | -35,529 |
| Assets | 277,820,086 | Total | 277,820,086 |

*Securities are reported on the bases prescribed by the National Association of Insurance Commissioners. + Analysis of reserves; Life $33,635,351; annuities $97,671,896; supplementary contracts with life contingencies $549,130; accidental death benefits $53,746; disability active lives $81,672; disability disabled lives $327,566; miscellaneous reserves $649,878; accident & health $3,174,274.

## SUMMARY OF OPERATIONS
### (in thousands of dollars)

| | | | |
|---|---:|---|---:|
| Premiums: | | Death benefits | 1,917,953 |
| Ordinary life | 8,711,434 | Matured endowments | 194,396 |
| Individual annuities | 10,543,087 | Annuity benefits | 2,574,076 |
| Credit life | 144,792 | Disability benefits | 20,299 |
| Group life | 661,559 | Coup endow/similar ben | 254 |
| Group annuities | 4,923,056 | Surrender benefits | 13,511,222 |
| Acc & health group | 676,762 | Group conversion | -261 |
| Acc & health credit | 77,624 | Acc & health benefits | 1,037,230 |
| Acc & health other | 1,776,539 | Int on policy funds | 1,637,401 |
| Industrial | 11,766 | Supplementary contracts | 168,821 |
| Total premiums | 27,526,617 | Incr life reserves | 15,241,141 |
| Supplementary contracts | 47,764 | Incr a & h reserves | 275,839 |
| Net investment income | 11,506,250 | Res adj reins assumed | 59,273 |
| Amort interest maint res | 142,201 | Commissions | 2,954,983 |
| Net gain from sep acct | 49,402 | Comm exp reins assumed | 211,608 |
| Comm & exp reins ceded | 1,252,275 | Interest expenses | 1,370 |
| Res adj on reins ceded | 7,512,309 | Insur taxes lic & fees | 260,294 |
| Reinsurance income | 107,327 | General ins expenses | 2,091,072 |

Copyright © 2004, A.M. Best Company. All Rights Reserved.  
Reproduction and distribution of A.M. Best data to third parties is strictly prohibited without express written consent. Visit the A.M. Best website at http://www.ambest.com for the latest Best's Ratings and Best's Company Reports.

Best's Insurance Reports - Life Health, US, 2004 Edition (2003 Annual Data Version 2004.1)  Page 5
70342 - AIG Life Group

Case 1:03-md-01570-GBD-SN   Document 440   Filed 09/13/04   Page 7 of 14

| | | | |
|---|---:|---|---:|
| Other income | 665,939 | Net transf to sep acct | 2,476,916 |
| Mgt and/or service fee | 155,876 | Other expenses | 49,786 |
| | | Misc operating expense | 5,348 |
| | | Other disbursements | 37,602 |
| Total | 48,965,958 | Total | 44,726,622 |

| | |
|---|---:|
| Gain from operations before FIT & div to policyholders | 4,239,336 |
| Dividends to policyholders: life | 78,293 |
| Gains from operations after dividends to policyholders | 4,161,042 |
| Federal income taxes incurred | 1,020,701 |
| Net gain from operations after FIT and dividends | 3,140,342 |

## INTERIM BALANCE SHEET
### (in thousands of dollars)

| Assets | 03/31/2004 | | |
|---|---:|---|---|
| Total bonds | 181,727,577 | … | … |
| Total preferred stocks | 342,130 | … | … |
| Total common stocks | 10,890,952 | … | … |
| Mortgage loans | 11,361,016 | … | … |
| Real estate | 273,258 | … | … |
| Contract loans | 3,706,753 | … | … |
| Cash & short-term inv | 6,005,861 | … | … |
| Rec for securities | 7,845,813 | … | … |
| Other invested assets | 9,611,408 | … | … |
| Accrued invest income | 2,675,541 | … | … |
| Other assets | 5,812,629 | … | … |
| Tot assets w/o sep accts | 240,252,939 | | |
| Separate account bus | 62,444,052 | … | … |
| Assets | 302,696,991 | | |

| Liabilities | 03/31/2004 | | |
|---|---:|---|---|
| Net policy reserves | 139,835,299 | … | … |
| Liab for deposit-type contracts | 44,613,969 | … | … |
| Policy claims | 973,076 | … | … |
| Interest maint reserve | 1,296,777 | … | … |
| Comm taxes expenses | 2,879,280 | … | … |
| Funds held coinsur | 4,766,438 | … | … |
| Payable for securities | 11,187,362 | … | … |
| Other funds | 8,131,972 | … | … |
| Other liabilities | 5,996,899 | … | … |
| Tot liab w/o sep funds | 222,194,693 | | |
| Separate account bus | 61,877,225 | … | … |

Copyright © 2004, A.M. Best Company. All Rights Reserved.
Reproduction and distribution of A.M. Best data to third parties is strictly
prohibited without express written consent. Visit the A.M. Best website at
http://www.ambest.com for the latest Best's Ratings and Best's Company Reports.

|  |  |  |  |
|---|---:|---|---|
| Total liabilities | 284,071,918 |  |  |
| Common stock | 33,294 | ... | ... |
| Preferred stock | 250,009 | ... | ... |
| Surplus notes | 2,542,322 | ... | ... |
| Paid in & contrib surpl | 7,853,150 | ... | ... |
| Group cont reserve | 52,280 | ... | ... |
| Contingency reserve | 1,124 | ... | ... |
| Unassigned surplus | 7,928,591 | ... | ... |
| Other surplus | -35,697 | ... | ... |
| Total | 302,696,991 |  |  |

## INTERIM SUMMARY OF OPERATIONS

|  | Period Ended 3/31/2004 | Period Ended 3/31/2003 | Increase/ (Decrease) |
|---|---:|---:|---:|
| Prems & ann consid | 7,171,353 | 8,710,977 | -1,539,624 |
| Total premiums | 7,171,353 | 8,710,977 | -1,539,624 |
| Supplementary contracts | 10,284 | 9,702 | 582 |
| Net investment income | 3,003,140 | 2,727,334 | 275,806 |
| Amort interest main res | 40,174 | 47,907 | -7,733 |
| Net gain from sep acct | 5,779 | 18,642 | -12,863 |
| Comm & exp reins ceded | 423,930 | 112,601 | 311,329 |
| Res adj on reins ceded | 1,819,435 | -58,005 | 1,877,440 |
| Other income | 300,430 | 169,335 | 131,095 |
| Total | 12,774,523 | 11,738,493 | 1,036,031 |
| Death benefits | 538,864 | 473,011 | 65,853 |
| Matured endowments | 84,856 | 35,395 | 49,461 |
| Annuity benefits | 674,346 | 633,358 | 40,988 |
| Coup endow/similar ben | 56 | -111 | 167 |
| Surrender benefits | 4,449,812 | 3,319,369 | 1,130,443 |
| Disability and A&H ben | 253,816 | 275,421 | -21,604 |
| Group conversions | ... | 3 | -3 |
| Int on policy funds | 245,249 | 390,134 | -144,885 |
| Supplementary contracts | 39,838 | 42,968 | -3,130 |
| Change in reserves | 3,623,970 | 4,155,211 | -531,241 |
| Commissions | 770,931 | 653,459 | 117,473 |
| Comm exp reins assumed | 61,075 | 47,881 | 13,194 |
| Insur taxes lic & fees | 62,198 | 51,001 | 11,198 |
| General ins expenses | 669,701 | 444,143 | 225,558 |
| Net transf to sep acct | 39,962 | 325,522 | -285,560 |
| Other disbursements | 28,552 | 112,494 | -83,942 |

Copyright © 2004, A.M. Best Company. All Rights Reserved.  
Reproduction and distribution of A.M. Best data to third parties is strictly prohibited without express written consent. Visit the A.M. Best website at http://www.ambest.com for the latest Best's Ratings and Best's Company Reports.

|  |  |  |  |
|---|---:|---:|---:|
| Total | 11,543,226 | 10,959,259 | 583,967 |
| Gain from operations before FIT & div to policyholders | 1,231,297 | 779,234 | 452,064 |
| Dividends to policyholders | 18,132 | 18,537 | -406 |
| Gain from operations after dividends to policyholders | 1,213,166 | 760,696 | 452,469 |
| Federal income taxes incurred | 277,602 | 146,218 | 131,385 |
| Net gain from operations after FIT and dividends | 935,563 | 614,479 | 321,084 |

Copyright © 2004, A.M. Best Company. All Rights Reserved.
Reproduction and distribution of A.M. Best data to third parties is strictly
prohibited without express written consent. Visit the A.M. Best website at
http://www.ambest.com for the latest Best's Ratings and Best's Company Reports.



**search results**

**company 1 of 1**

Overview   Personnel   Hierarchy

**Transatlantic Reinsurance Company** (Public)        Reportage Level: 2

80 Pine St
New York, NY 10005-1702

State of Inc.: NY

Percent Ownership: 100%

Tel: (212) 770-2000
Fax: (212) 269-6801
E-Mail:
  webmaster@transre.com
  rorlich@transre.com
Web Site: www.transre.com

Year Founded: 1977

No. of Employees: 200

Business Description:
Provider of Treaty & Facultative Reinsurance Products
SIC Code/Desc:
6331/Fire, Marine & Casualty Insurance
6321/Accident & Health Insurance

Overview   Personnel   Hierarchy

**company 1 of 1**

[ Back to Search Results ]

**contents**

Home/Logout

Subscriber Search
  Inquire
  Quick Search
  Advanced Search
  Search Instructions

Newly Added Records
  Parents
  Subsidiaries
  Personnel
  M & A Activity

  About Us
  FAQ's
  Contact Us
  Feedback

*Click here to enhance your CRM, sales lead management, or in-house database with data from Corporate Affiliations*

[PRINT]

**To send this page by E-mail: select File -> Send -> Page By E-mail**

- **American International Group, Inc.** - New York, NY
  - AIU Insurance Company (Subsidiary) - New York, NY
  - **American Home Assurance Company (Subsidiary)** - New York, NY
    - AIG Hawaii Insurance Company, Inc. (Subsidiary) - Honolulu, HI
  - American International Underwriters Corporation (Subsidiary) - New York, NY
  - Birmingham Fire Insurance Company of Pennsylvania (Subsidiary) - New York, NY
  - **HSB Group, Inc. (Subsidiary)** - Hartford, CT
    - **The Hartford Steam Boiler Inspection and Insurance Company (Subsidiary)** - Hartford, CT
      - HSB Reliability Technologies (Subsidiary) - Hartford, CT
      - Polytechnic Club Inc. (Subsidiary) - Hartford, CT
      - Professional Loss Control (Subsidiary) - Kingston, TN
      - **HSB Engineering Insurance Limited (Subsidiary)** - London, United Kingdom
        - The Boiler Inspection and Insurance Company of Canada (Subsidiary) - Toronto,
      - Hartford Steam Boiler Inspection & Insurance Co. (Branch) - Hartford, CT
      - HSB Associates Inc. (Branch) - Hartford, CT
      - HSB Reliability Technology Corp. (Division) - Alexandria, VA
      - HSB Soloman L.L.C (Division) - Dallas, TX
  - The Insurance Company of the State of Pennsylvania (Subsidiary) - New York, NY
  - **National Union Fire Insurance Company of Pittsburgh, Pa. (Subsidiary)** - New York, NY
    - International Lease Finance Corporation (Subsidiary) - Los Angeles, CA
    - **Lexington Insurance Company (Subsidiary)** - Boston, MA
      - South East Risk Specialty Properties (Division) - Atlanta, GA
    - United Guaranty Corporation (Subsidiary) - Greensboro, NC
  - **Transatlantic Holdings Inc. (Subsidiary)** - New York, NY
    - **Transatlantic Reinsurance Company (Subsidiary)** - New York, NY
      - Trans Re Zurich (Subsidiary) - Zurich, Switzerland
  - AIG Risk Management, Inc. - New York, NY
  - AIG Russia Insurance Company (Subsidiary) - Moscow, Russia
  - **American International Underwriters Overseas, Ltd. (Subsidiary)** - Pembroke, Bermuda
    - American International Insurance Company of Puerto Rico (Branch) - San Juan, PR
    - AIG Europe (Ireland) Limited (Subsidiary) - Dublin, Ireland
    - AIG Europe (U.K.) Limited (Subsidiary) - London, United Kingdom
  - Louisiana Risk Specialists (Division) - New Orleans, LA
  - New England Risk Specialists (Division) - Boston, MA
  - Nexlington Insurance Co. (Division) - Boston, MA
  - **21st Century Insurance Group (Subsidiary)** - Woodland Hills, CA
    - 21st Century Insurance Co. (Subsidiary) - Woodland Hills, CA
  - AIG Life Insurance Company (Subsidiary) - Philadelphia, PA

- AIG Life Insurance Company of Puerto Rico (Subsidiary) - San Juan, PR
- AIU Personal Lines (Subsidiary) - New York, NY
- American International Group Inc. (Subsidiary) - Denver, CO
- American International Group Inc. (Subsidiary) - Saint Louis, MO
- American International Life Assurance Company of New York (Subsidiary) - New York, NY
- American Life Insurance Company (Subsidiary) - Wilmington, DE
- Delaware American Life Insurance Company (Subsidiary) - Wilmington, DE
- Hawaii Insurance Consultants, Ltd. (Subsidiary) - Honolulu, HI
- Risk Specialists Companies, Inc. (Subsidiary) - Boston, MA
    - Eastern Risk Specialists Inc. (Division) - Philadelphia, PA
- Southeastern Risk Specialists (Subsidiary) - Atlanta, GA
- SunAmerica Inc. (Subsidiary) - Los Angeles, CA
    - A1 Network Corporation (Subsidiary) - Alpharetta, GA
    - Sunamerica Affordable Housing Partners (Subsidiary) - Bethesda, MD
    - SunAmerica Investments, Inc. (Subsidiary) - Los Angeles, CA
        - Advantage Capital Corp. (Subsidiary) - Atlanta, GA
        - Sentra Securities Corp. (Subsidiary) - San Diego, CA
        - SunAmerica Financial Network, Inc. (Subsidiary) - New York, NY
        - SunAmerica Securities, Inc. (Subsidiary) - Phoenix, AZ
    - SunAmerica Life Insurance Company (Subsidiary) - Los Angeles, CA
        - First SunAmerica Life Insurance Company (Subsidiary) - New York, NY
            - Royal Alliance Associates, Inc. (Subsidiary) - New York, NY
            - SunAmerica Asset Management Corp. (Subsidiary) - Jersey City, NJ
            - SunAmerica Capital Services, Inc. (Subsidiary) - Jersey City, NJ
- AIG Life Insurance Company of Canada (Subsidiary) - Toronto, Canada
- AIG Life Insurance Company (Switzerland) Ltd. (Subsidiary) - Breganzona, Switzerland
- American International Assurance Company, Limited (Subsidiary) - Hong Kong, China (Hong Kong)
- American Security Life Insurance Company (Subsidiary) - Schaan, Liechtenstein
- Nan Shan Life Insurance Company, Ltd. (Subsidiary) - Taipei, Taiwan
- The Philippine American Life and General Insurance Company (Subsidiary) - Manila, Philippines
    - Pacific Union Assurance Company (Subsidiary) - New York, NY
- America General Financial Service (Division) - Evansville, IN
- A.I. Credit Corp. (Subsidiary) - New York, NY
- AIG (Subsidiary) - Houston, TX
- AIG American General Corporation (Subsidiary) - Houston, TX
    - American General Life Brokerage Group (Division) - Milwaukee, WI
    - American General Life Division (Division) - Houston, TX
    - United States Life Corp. (Division) - New York, NY
    - AGC Life Insurance Company (Subsidiary) - Nashville, TN
        - AIG American General (Subsidiary) - Springfield, IL
            - AIG American General (Subsidiary) - Springfield, IL

```
                                    ├── AIG American General (Subsidiary) - Springfield, IL
                                    ├── American General Life & Accident Insurance Company (Subsidiary) - Nashville, TN
                                    ├── American General Life Insurance Company (Subsidiary) - Houston, TX
                                    │       ├── American General Securities Incorporated (Subsidiary) - Houston, TX
                                    │       └── AIG American General Assurance Company (Subsidiary) - Schaumburg, IL
                                    ├── American General Property Insurance Company (Subsidiary) - Nashville, TN
                                    └── The Variable Annuity Life Insurance Company (Subsidiary) - Houston, TX
                                            └── The Variable Annuity Marketing Company (Subsidiary) - Houston, TX
                            ├── American General Finance Advisors (Subsidiary) - Houston, TX
                            ├── American General Finance, Inc. (Subsidiary) - Evansville, IN
                            │       ├── American General Auto Finance, Inc. (Subsidiary) - Evansville, IN
                            │       ├── American General Bank, FSB (Subsidiary) - Santa Ana, CA
                            │       ├── American General Finance Corporation (Subsidiary) - Evansville, IN
                            │       │       ├── Merit Life Insurance Co. (Subsidiary) - Evansville, IN
                            │       │       └── Yosemite Insurance Company (Subsidiary) - Evansville, IN
                            │       ├── HSA Residential Mortgage Services of Texas, Inc. (Subsidiary) - Houston, TX
                            │       └── Wilmington Finance, Inc. (Subsidiary) - Independence, OH
                            ├── USLIFE Corporation (Subsidiary) - New York, NY
                            │       ├── America General Insurance Company (Subsidiary) - Schaumburg, IL
                            │       ├── American General Assurance Company (Subsidiary) - Schaumburg, IL
                            │       ├── North Central Life Insurance Company (Subsidiary) - Neptune, NJ
                            │       ├── The Old Line Life Insurance Company of America (Subsidiary) - Milwaukee, WI
                            │       ├── The United States Life Insurance Company in the City of New York (Subsidiary) - New Y
                            │       ├── USLIFE Advisers, Inc. (Subsidiary) - New York, NY
                            │       ├── USLIFE Equity Sales Corp. (Subsidiary) - New York, NY
                            │       ├── USLIFE Financial Institution Marketing Group, Inc. (Subsidiary) - New York, NY
                            │       ├── USLIFE Insurance Services Corporation (Subsidiary) - Dallas, TX
                            │       ├── USLIFE Real Estate Services Corp. (Subsidiary) - Dallas, TX
                            │       └── USLIFE Systems Corporation (Subsidiary) - Dallas, TX
                            └── Financial Life Assurance Co. of Canada (Holding) - Etobicoke, Canada
            ├── Imperial AI Credit Corp. (Subsidiary) - New York, NY
            │       └── Imperial AI Credit Corporation (Division) - Los Angeles, CA
            ├── AIG Marketing, Inc. (Division) - New York, NY
            ├── AIG Aviation, Inc. (Subsidiary) - Atlanta, GA
            ├── AIG Consultants, Inc. (Subsidiary) - New York, NY
            ├── AIG Financial Securities Corp. (Subsidiary) - Wilton, CT
            ├── AIG Global Investment Central Eastern Europe (Subsidiary) - New York, NY
            ├── AIG Global Real Estate Investment (Subsidiary) - New York, NY
            ├── AIG Highstar Capital LP (Subsidiary) - New York, NY
            │       └── Southern Star Central Corp. (Subsidiary) - Owensboro, KY
            │               └── Southern Star Central Gas Pipeline, Inc. (Subsidiary) - Independence, KS
```

- Southern Star Central Gas Pipeline, Inc. (Subsidiary) - Rawlins, WY
- Southern Star Central Gas Pipeline, Inc. (Subsidiary) - Stafford, KS
- Southern Star Central Gas Pipeline, Inc. (Subsidiary) - Drumright, OK
- Southern Star Central Gas Pipeline, Inc. (Subsidiary) - Owensboro, KY
- AIG Investment Corporation (Subsidiary) - New York, NY
  - AIG Global Investment Corp. (Subsidiary) - New York, NY
    - AIG Global Investment Corp. Canada (Subsidiary) - Toronto, Canada
  - BTS Company (Subsidiary) - Dallas, TX
- AIG Trading Group Inc. (Subsidiary) - Greenwich, CT
  - AIG International Inc. (Branch) - Greenwich, CT
- American International Adjustment Company (Subsidiary) - Livingston, NJ
- American International Realty Corp. (Subsidiary) - New York, NY
- American International Recovery, Inc. (Subsidiary) - Alpharetta, GA
- Mt. Mansfield Company, Inc. (Subsidiary) - Stowe, VT
  - Stowe Country Club Corporation (Division) - Stowe, VT
- NHIG Holding Corp. (Subsidiary) - New York, NY
  - American Global Insurance Co. (Division) - Manchester, NH
  - Morefar Marketing Inc. (Division) - Wilmington, DE
  - Audubon Insurance Group (Subsidiary) - Baton Rouge, LA
    - Agency Management Corporation (Subsidiary) - Baton Rouge, LA
      - Gulf Agency, Inc. (Subsidiary) - Montgomery, AL
    - Audubon Indemnity Company (Subsidiary) - Baton Rouge, LA
  - New Hampshire Insurance Company (Subsidiary) - New York, NY
    - American International Group Inc. (Subsidiary) - Chicago, IL
    - Granite State Insurance Company (Subsidiary) - New York, NY
- 21st Century Insurance Company of Arizona (Joint Venture) - Phoenix, AZ
- AIG Europe, SA (Subsidiary) - Paris, France
- Commerce and Industry Insurance Company of Canada (Subsidiary) - Toronto, Canada
- AIG Private Bank Limited (Holding) - Zurich, Switzerland
- AIU Canada Ltd. (Holding) - Toronto, Canada
- American International Company Ltd. (Holding) - Pembroke, Bermuda
- Allied World Assurance Company, Ltd. (Joint Venture) - Hamilton, Bermuda