UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, et al.) ) Plaintiffs, ) ) v. ) ) ABDUL RAHMAN ALAMOUDI ) ) Defendant. ) ) | 03 MD 1570 03 CV 6978 RCC |

**DEFENDANT HAMDI'S MOTION TO DISMISS**

COMES NOW, Defendant Abdul Rahman Alamoudi, though Counsel Maher H. Hanania and requests that this honorable Court dismiss this cause of action pursuant to F. R. Civ. P. 12(b) for lack of subject matter jurisdiction, lack of personal jurisdiction, failure to state a claim upon which relief can be granted.

Respectfully submitted

_____
Maher H. Hanania, Esq.
6066 Leesburg Pike
Suite 101
Falls Church, VA 22041
703-778-2400