UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____
                                    )
In re Terrorist Attacks on September 11, 2001 )   03 MDL No. 1570 (RCC)
                                    )
                                    )   ECF Case
                                    )
_____ )

This Document Relates to:  All Cases

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), the undersigned, attorneys for the estate of Mohammad Abdullah Aljomaih, suggest upon the record the death during the pendency of these proceedings of Mr. Aljomaih, who is named as a defendant in several of the consolidated cases.[1]

                                  Respectfully Submitted,

                                  _____/s/_____
                                  Christopher T. Lutz (D.C. Bar No. 204008)
                                  Roger E. Warin (D.C. Bar No. 090241)
                                  Steptoe & Johnson L.L.P.
                                  1330 Connecticut Avenue NW
                                  Washington D.C. 20036
                                  202-429-3000

                                  Anthony L. Cotroneo (AC-0361)
                                  Rosner Nocera & Ragone, LLP
                                  40 Wall Street, 24th Floor
                                  New York, New York 10005

Dated: September 15, 2004

---

[1] Mr. Aljomaih was not properly served, or was not served at all, in any of the cases in which he was named. This submission is not a general appearance, nor is it a waiver of any basis for dismissal (including improper service or lack of jurisdiction) in any consolidated case.