Exhibit 3

Home  |  E-mail  |  User Login

Tuesday, September 21 - 2004



Middle East Finance and Economy

**Daily News Wires**
Company News
Event News
Education
Energy, Oil and Gas
Executive Motoring
Finance and Economy
Healthcare
Media and Advertising
Telco, Internet and IT
Travel and Aviation
Personal Finance
Real Estate
Retail and Leisure

**Video Content**
Features and Events
Industry Talk
FlipCast (BETA)

**Financial Markets**
Arab Capital Markets
Dr. Marc Faber
Equity Research
HSBC Currency Weekly
Northern Levant
Offshore Investment
Syria Business Review

**News & Comment**
SCB Economic Update
Dubai Property
Editorial Column
German Trade Review
News Feature
CNNArabic.com

**Business Extra**
Appointments
Business Features
E-Business
Enterprise Solutions
Executive Interview
Financial Planning
Focus on CRM
Working & Living Abroad

**Industry Focus**
6th Sense of Business
Arabian Environment
Disaster Recovery
Executive Education
HR and Training
Leadership
Linux
Mobile World

**Additional Services**
AME Info Toolbar
Business Intelligence
Currency Converter
Current World Time



Company Profiles - With Peter J. Cooper, Editor-in-Chief

Index : Company Profiles

Browse articles in this category:   << Previous article    Next article >>

Watch | Save | E-mail | Print

Wednesday, January 22 - 2003 at 15:23

# National Commercial Bank

The recent increase in the state shareholding in National Commercial Bank from 50 to 80 per cent might seem to fly in the face of privatization.

But nothing could be further from the truth, as the share acquisition marks an acceleration of plans for an initial public offering.

NCB is the largest commercial bank in Saudi Arabia in terms of assets and equity, and was originally owned by the Bin Mahfouz family. The government first bought shares in NCB in 1999 with the acquisition of a 50 per cent interest from Khalid bin Mahfouz for the Public Investment Fund.

The main obstacle to an IPO at NCB has been the requirement for at least two years of financial statements, and NCB has not published its full figures since 1998.

With the PIF now in the driving seat the NCB is expected to produce audited figures within the next few months. That would allow the government to move ahead with plans for an IPO for the only unlisted bank in the kingdom.

According to MEED around $1.8 billion was paid for the 30 per cent stake by the PIF, putting a value of $6 billion on NCB. Doubtless there would be great international interest in buying into this bank if the government was to allow foreign ownership.

Since the PIF bought into NCB in 1999 the management and ownership of the bank have been completely separate, and a detailed review of the loan portfolio has been completed. Massive one-hit provisions of $1.3 billion for 1999 are believed to have cleaned up the loan book and to have been followed by smaller amounts in subsequent years.

Within the bank there has been a change of management culture and a shift towards creating a premium retail bank, albeit one with a strong Islamic flavour. And the IT department has been completely modernized.

Indeed, the prospectus for the IPO may prove to hold some welcome surprises for prospective shareholders. All the signs are that the NCB has modernized its structure from top to bottom and rebuilt its balance sheet. But it would still be nice to see the figures.

**The news you choose**
Add Company Profiles to your personal Watchlist and get notified when new articles are posted here.
Log in | Why register?

**Business Directory**
Enter keyword(s)
Advanced Search
Search our database of 183,172 companies from 14 Middle East countries.

**News and Articles**
Enter keyword(s)
Advanced Search
Most Read Articles
Latest Articles Posted
Newsletter Subscription
Submit Press Releases

**Exhibitions & Events**
Enter keyword(s)
Advanced Search
Search our database of 1,235 events from 14 Middle East countries.

**Advertisement**

Discussion Forum
E-mail Alerts
Networking Event
**Property Inquiry**
Online Parcel Tracking
RSS Newsfeed 
Wireless Services
**Weather Forecast**

**Country Guides »**

| Bahrain | Oman |
| Egypt | Palestine |
| Iran | Qatar |
| Iraq | Saudi Arabia |
| Jordan | Syria |
| Kuwait | UAE |
| Lebanon | Yemen |

**Also consider reading:**
- National Car Rental
- HSBC Amanah Finance
- Dubai International Financial Centre
- Canon Middle East
- Avaya
- National/Panasonic
- Emaar Properties
- Tabreed
- Qatar Telecom (Q-Tel)
- Abu Dhabi Shipbuilding Company

 **With Peter J. Cooper, Editor-in-Chief**
Wednesday, January 22 - 2003 at 15:23 UAE local time (GMT+4)

Replication or redistribution in whole or in part is expressly prohibited without the prior written consent of AME Info FZ LLC.

Index : Company Profiles

 Browse articles in this category:    <<  Previous article         Next article  >>

**People who read this article also read:**
- CREDAI's Indian Real Estate and Housing Finance Exhibition begins December 12th
- NCB, next big Saudi privatization?
- War fears drag down the US dollar
- Al Sham launches its second ship

**Today's most read articles:**
- Dubai is the new Monaco
- MTC-Vodafone super data GSM
- UAE negative list for cards
- Westside, Dubai Marina, 40pc sold
- Yukos halts China oil supplies

**Most read articles the past week:**
- New Dubai property website
- Comparing Dubai and UK house prices
- Dubai's first real estate and lifestyle portal now online at dubaipropertycentre.com
- Dubai property market booms
- Marina Quays now on sale

**Disclaimer:**
The information comprised in this section is not, nor is it held out to be, a solicitation of any person to take any form of investment decision.





© 1996 - 2004 AME Info FZ LLC. All rights reserved.
Home  |  Corporate  |  Contributors  |  Contact  |  Advertising  |  Content Licensing  |  Feedback  |  Legal Notice & Terms of Use           version 2.2.0

http://www.ameinfo.com/news/Detailed/16806.html (2 of 2)9/20/2004 1:37:49 PM