(ANET, 5,

KING & SPALDING LLP
Richard A. Cirillo (RC 7472)
Richard T. Marooney, Jr. (RM 0276)
Jeanette M. Viggiano (JV 0802)
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

*Attorneys for Defendant Arab Bank Plc*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9-23-04
```

-------------------------------------------------------------------- X

| | | |
|---|---|---|
| In re Terrorist Attacks on September 11, 2001 | : | 03 MDL 1570 (RCC) |

-------------------------------------------------------------------- X

This Document Relates To:                          :

| | | |
|---|---|---|
| *Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al.;* | : | 03 CV 5738 (JR) |
| *Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al.;* | : | 03 CV 9849 (RCC) |
| *Federal Insurance Co., et al. v. Al-Qaeda, et al.;* | : | 03 CV 6978 (RCC) |
| *O'Neill, et al. v. Republic of Iraq, et al.* | : | 04 CV 1923 (RCC) |

-------------------------------------------------------------------- X

## ORDER

Upon consideration of the request by King & Spalding LLP, attorneys for defendant Arab

Bank Plc, to remove John D. Shakow and Deborah S. Burstein as two of the attorneys of record

for defendant Arab Bank Plc in this case, and good cause having been shown,

It is hereby ORDERED that John D. Shakow and Deborah S. Burstein of King &

Spalding are RELIEVED as two of the attorneys of record for defendant Arab Bank Plc, and

It is FURTHER ORDERED that defendant Arab Bank Plc shall continue to be

represented in this matter by counsel of record Richard A. Cirillo, Richard T. Marooney, Jr. and

Jeanette M. Viggiano of the New York office of King & Spalding LLP.

Dated: Sept 2 2 , 2004

_____
U.S.D.J.