IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| _____ ) | MDL No: 03-1570 (RCC) |
| IN RE: TERRORIST ATTACKS ) | Relates to C.A. Nos.: |
| ON SEPTEMBER 11, 2001 ) | 03-CV-9849 (RCC) |
| _____ ) | 03-CV-6977 (RCC) |
|  | 03-CV-6978 (RCC) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Defendants Saleh Abdullah Kamel, Al Baraka Investment & Development Corp., International Islamic Relief Organization of Saudi Arabia, Muslim World League, Wa'el Juladain, and Rabita Trust, through the undersigned counsel and upon the annexed Affadavit and exhibit, hereby moves this Court for an Order pursuant to Local Civil Rule 1.3 (c) admitting Jason Dzubow *pro hac vice* to appear as their counsel.

          Respectfully submitted,

          _____/s/_____
          Martin McMahon, Esq. (MM4389)
          Jason Dzubow, Esq. (JD5421)
          Martin F. McMahon & Associates
          1150 Connecticut Ave., N.W.
          Suite 900
          Washington D.C. 20036
          (202) 862-4343

Dated: September 23, 2004