IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 ) ) ) ) | MDL No: 03-1570 (RCC) Relates to C.A. Nos.: 03-CV-9849 (RCC) 03-CV-6977 (RCC) 03-CV-6978 (RCC) |

### AFFIDAVIT OF JASON DZUBOW

Jason Dzubow, pursuant to Local Civil Rule 3.1 (c), submits this affidavit for admission *Pro Hac Vice* and states under oath:

1. This affidavit is submitted in support of the Motion of Defendants Saleh Abdullah Kamel, Al Baraka Investment & Development Corp., International Islamic Relief Organization of Saudi Arabia, Muslim World League, Wa'el Juladain, and Rabita Trust for an order permitting to appear and participate in this case *Pro Hac Vice*.

2. I am associated with the law firm of Martin McMahon & Associates, 1150 Connecticut Ave., N.W., Suite 900, Washington, D.C. 20036, which represents Defendants Saleh Abdullah Kamel, Al Baraka Investment & Development Corp., International Islamic Relief Organization of Saudi Arabia, Muslim World League, Wa'el Juladain, and Rabita Trust.

3. I am a member of good standing of the Washington, DC Bar, as evidenced by attached certificate of good standing.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

WHEREFORE, Jason Dzubow prays this Court allow him to be entered *Pro Hac Vice*.

Dated: September 23, 2004

Jason Dzubow (JD5421)

Sworn to before me this
23rd day of September, 2004

Deborah Silverstein
Notary Public
My Commission Expires April 30, 2005



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

Jason A. Dzubow

was on the 8th day of January, 2001 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 21, 2004.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk