ECF

# HANLY CONROY BIERSTEIN & SHERIDAN LLP
415 MADISON AVENUE
NEW YORK, NEW YORK 10017-1111
www.hanlyconroy.com

ANDREA BIERSTEIN (NY & MA)
(212) 401-7556
JAYNE CONROY (NY, DC & MA)
(212) 401-7555
CLINTON B. FISHER (NY & DC)
(212) 401-7557
PAUL J. HANLY, JR. (NY & TX)
(212) 401-7550
THOMAS I. SHERIDAN, III (NY)
(212) 401-7602

TELEPHONE (MAIN)
(212) 401-7600

TELECOPIER
(212) 401-7635

EMAIL
abierstein@hanlyconroy.com





BY HAND

September 27, 2004

Hon. Richard Conway Casey
United States District Judge, Southern District of New York
United States Courthouse
500 Pearl Street, Room 1350
New York, New York 10007-1312

Re: *In re Terrorist Attacks of September 11, 2001*, MDL No. 1570 (RCC):
*Ashton v. Al Qaeda Islamic Army*, 02 Civ. 6977 (RCC)
*Burnett v. Al Baraka Investment & Devel. Corp.*, 02 Civ. 9849 (RCC)
*Burnett v. Al Baraka Investment & Devel. Corp.*, 03 Civ. 5738 (RCC)
*Federal Insurance Co. v. Al Qaeda*, 03 Civ. 6978 (RCC)

Dear Judge Casey:

I write to request an extension of time for the plaintiffs in the *Ashton*, *Burnett*, and *Federal Insurance* cases to file their opposition papers to the motions to dismiss filed in these cases by defendants Abdullah Al Faisal Bin Abdulaziz Al Saud, Alfaisaliah Group, and (in the *Ashton* and *Federal Insurance* cases) Mohammed Bin Abdulrahman Al Ariefy (collectively, the "AFG Defendants"). On Friday, I spoke to Daria Ciaputa, counsel for the AFG Defendants and she agreed that plaintiffs papers, which otherwise would be due on September 27, could instead be filed on October 4, 2004. Ms. Ciaputa and I further agreed that the AFG Defendants would have until October 29, 2004 to file their reply papers. I respectfully request Your Honor's approval of the parties' agreement by endorsement of this letter.

Sincerely,

Andrea Bierstein

Application granted
[signature]
9/29/04

cc:     All Counsel of Record (via email)