```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-28-04
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001        03 MDL 1570 (RCC)
                                                     ECF Case

*This document relates to:*

Kathleen Ashton, *et al.*                            02 CV 6977 (RCC)
   -against-
Al Qaeda Islamic Army, *et al.*,
_____/

## STIPULATION AND ORDER

It is hereby stipulated and agreed, by and between the undersigned, that the time in which Defendant Faisal Islamic Bank (Sudan) must answer, move against, or otherwise respond to the complaint herein shall be on or before September 24, 2004.

Dated: August 30, 2004
       New York, NY

_____         _____
Andrew J. Maloney, III, Esq.            John F. Lauro, Esq. (JFL 2635)
Kreindler & Kreindler                   John F. Lauro, P.A.
100 Park Avenue                         101 E. Kennedy Blvd.
New York, NY 10017                      Suite 2180
Phone: 212-687-8181                     Tampa, FL 33602
Fax: 212-972-9432                       Phone: 813-222-8990
E-mail: amaloney@kreindler.com          Fax: 813-222-8991
Attorney for Plaintiffs                 E-mail: Laulaw1@aol.com
                                        Attorney for Defendant Faisal Islamic
                                        Bank (Sudan)

                                        300 Park Avenue, Suite 1700
                                        New York, NY 10022

So ordered this ___ day of September, 2004.

_____
Hon. Richard C. Casey
United States District Court Judge