UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re TERRORIST ATTACKS on SEPTEMBER 11, 2001 | 03 MDL 1570 (RCC) |
| VIRGINIA BAUER, Individually and as Executrix of the Estate of W. DAVID BAUER, deceased, and on behalf of all survivors of W. DAVID BAUER, et al., | **Civil Action No. 02 CV 7236 (RCC)** <br> ECF CASE |
| Plaintiffs, <br> v. <br> AL QAEDA ISLAMIC ARMY et al., <br> Defendants. | USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #: _____ <br> DATE FILED: 9-30-04 |

### ORDER

**THIS MATTER** having come before the Court on Motion of Plaintiffs in *Bauer, et al. v. Al Qaeda Islamic Army, et al.,* for an Order voluntarily dismissing, without prejudice, the defendants listed in the attached Schedule A,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to voluntarily dismiss the defendants named in Schedule "A" of the *Bauer* complaint be GRANTED.

SO ORDERED:

Dated: Sept 30, 2004

_____
U.S.D.J.

## SCHEDULE "A"

ESTATE OF MUHAMMAD ATEF
ABDULLAH AHMED ABDULLAH
ESTATE OF ABU HAFS a/k/a Khaled Al Shanguiti,
a/k/a Mafuz Ould Al Walid, "THE MAURITANIAN"
ESTATE OF ABU SALAH AL-YEMENI
ESTATE OF ABU JAFFER AL-JAZIRI
a/k/a OMAR CHEBBANI
MUHSIN MUSA MATWALLI ATWAH
ANAS AL LIBY
FAZUL ABDULLAH MOHAMMED
AHMED MOHAMED HAMED ALI
MOHAMED SULEIMAN AL NALFI
MUSTAFA MOHAMED FADHIL
AHMED KHALFAN GHAILANI
FAHID MOHAMMED ALLY MSALAM
SHEIKH AHMED SALIM SWEDAN
FATHA ADBUL RAHMAN
YASSER AL-AZZANI
JAMAL BAKHORSH
AHMAD AL-SHINNI
ABU ABDUL RAHMAN
ABU SAYEF GROUP (ASG)
JEMAAH ISLAMIYA a/k/a Jam'yah Ta'awun Al Islamia
ALGERIAN ARMED ISLAMIC GROUP (GIA)
EGYPTIAN GAMA'A AL-ISLAMIYA

**Co-Conspirators**
ABD AL-MUSHIN AL-LIBI
ABDUL RAHMAN YASIN
ABDULLA AL OBAID
ADVICE AND REFORMATION COMMITTEE
AFGHAN SUPPORT COMMITTEE (ASC)
AHMED NUR ALI JUMALE a/k/a Ahmed Nur Ali Jim'ale
AL KHALEEJIA FOR EXPERT PROMOTION AND MARKETING COMPANY
AL-BARAKAAT GROUP OF COMPANIES SOMALIA LIMITED
BARAKAAT GROUP OF COMPANIES
AL-GAMMAAH AL ISLAMIAH
ISLAMIC ARMY FOR THE LIBERATION OF HOLY PLACES
ISLAMIC CULTURAL INSTITUTE OF MILAN
ISLAMIC RESCUE ORGANIZATION
MOHAMMED SALIM BIN MAHFOUZ
MUHAMMAD SALAH,
RABIH HADDAH
SAFIQ AYADI
SAUDI SUDANESE BANK
SHEIKH ABU ABDUL AZIZ NAGI
TABA INVESTMENTS
TANZANITE KING

ULEMA UNION OF AFGHANISTAN  
WADI AL AQIQ  
WAFA HUMANITARIAN ORGANIZATION  
WORLD ASSEMBLY OF ISLAMIC YOUTH  
YOUSAF AHMED ALI  
INFOCUS TECH OF MALAYSIA  
YAZID SUFAAT OF KUALA LUMPUR MALAYSIA;  
AL-SHAYKH AL-IRAQI  
ABU HAJER AL IRAQI  
SAUDI DALLAH AL BARAKA GROUP LLC.  
AL BARAKA INVESTMENT AND DEVELOPMENT  
ISLAMIC INVESTMENT COMPANY OF THE GULF  
MOHAMMAD S. MOHAMMAD  
NATIONAL ISLAMIC FRONT PARTY  
MAMDOUH MAHMUD SALIM  
MUSTASIM ABDEL-RAHIM  
ABDEL WAHAB OSMAN  
SUDANESE GOVERNMENT OF NORTHERN STATE  
NATIONAL FUND FOR SOCIAL INSURANCE  
RAHMAN ABDUL SIRAL-KHATIM  
ABDUL-RAHIM MOHAMMED HUSSEIN  
AL AMN AL-DAKHILI  
AL AMN AL-KHARIJI  
ABD AL SAMAD AL-TA'ISH  
MOHAMED SADEEK ODEH  
ABDEL BARRY  
AHMED THE GERMAN  
IRAQI SECRET SERVICE  
MOHAMMED SARKAWI  
AL TAWHID  
HAJI MOHAMAD AKRAM  
UMAR FARUQ  
IBN SHEIK AL-LIBI  
MULLAH KREKAR  
ABDULAZIS BIN ABDUL RAHMAN AL SAUD  
ARAFAT EL-ASAHI  
MOHAMMED BIN ABDUL RAHMAN AL ARIEFY  
FAISAL GROUP HOLDING CO.  
BASHSH HOSPITAL  
MUSHAYT FOR TRADING ESTABLISHMENT  
HELP AFRICAN PEOPLE  
MERCY INTERNATIONAL RELIEF AGENCY  
ISLAMIC MOVEMENT OF UZBEKISTAN (IMU)  
SAUDI BIN LADEN INTERNATIONAL COMPANY  
TALAL MOHAMMED BADKOOK  
MOHAMAN ALI ELGARI  
M.M. BADKOOK CO. FOR CATERING & TRADING  
AL-MUSTAQBAL GROUP  
NATIONAL MANAGEMENT CONSULTANCY CENTER (NMCC)  
AL-WATANIA POULTRY

SAUDI ECONOMIC AND DEVELOPMENT COMPANY
ZAKAT COMMITTEE
ABDULKARIM KHALED UUSUF ABDULLAH
HISHAM (BROTHER OF ENAAM ARNANOUT)
SAIF AL ISLAM EL MASRY
BENEVOLENCE INTERNATIONAL FOUNDATION - U.S.A.
BENEVOLENCE INTERNATIONAL FOUNDATION - CANADA
BENEVOLENCE INTERNATIONAL FUND
SYED SULEMAN AHMER
MUZAFFAR KHAN
SOLIMAN J. KHUDEIRA
JAMAL NYRABEH
AMERICAN MUSLIM FOUNDATION (AMF)
MOHAMMED OMEISH
MAHMOUD JABALLAH
ARAFAT EL-ASHI
MORO ISLAMIC LIBERATION FRONT (MILF)
MAHMOUD JABALLAH
MOHAMMED KHATIB
ISLAMIC AFRICAN RELIEF AGENCY
FAZEH AHED
KHALED NOURI
ABDULLAH M. AL-MAHDI
TAREQ M. AL-SWAIDAN
ABDUL AL-MOSLAH
IHAB ALI
SAMIR SALAH
IBRAHIM HASSABELLA
ABU SULAYMAN
AFRICAN MUSLIM AGENCY
HERITAGE EDUCATION TRUST
MENA CORPORATION
RESTON INVESTMENTS, INC.
STERLING CHARITABLE GIFT FUND
STERLING MANAGEMENT GROUP
YORK FOUNDATION
NATIONAL DEVELOPMENT BANK
AHMED IBRAHIM AL NAJJAR
SAUDI CEMENT COMPANY IN DAMMAN
ARAB CEMENT COMPANY
MOHAMMED CHEHADE
HAZEM RAGAB
MOHAMMED ALCHURBAJI
MUSTAFA AL-KADIR
ABU AL-MAID
THIRWAT SHIHATA
ISLAMIC ARMY OF ADEN
MOHAMMED IQBAL ABDURRAHMAN a/k/a ABNU JIBRIL
FOUNDATION SECOURS MONDIAL
ABDELKADIR MAHMOUD ES SAYED

KHALID AL FAWAZ
ABU HAMZA AL MASRI
MOHAMED BEN BELGACEM AOUADI
MOKHTAR BOUCHOUCHA
TAREK CHARAABI
SAMI BEN KHEMAIS ESSID
LASED BEN HENI
SALAFIST GROUP FOR CALL AND COMBAT
AL-HAMATI SWEETS BAKERIES
AL-HUR HONEY PRESS SHOPS a/k/a AL-NUR HONEY CENTER
AL SHIFA' HONEY PRESS FOR INDUSTRY AND COMMERCE
SAQAR AL JADAWI
AHMAD IBRAHIM AL-MUGHASSIL
AL ITIHAAD AL ISLAMIYA (AIAI)
AMIN AL HAQ a/k/a MUHAMMAD AMIN a/k/a AMIN UL HAQ
ANSAR AL ISLAM a/k/a JUND AL ISLAM
AHMAD SA'ID AL KADR
ABDUL AZIZ AL IBRAHIM (or "AL IBRAHIM")
INTERNATIONAL DEVELOPMENT FOUNDATION
AKIDA COMMODITY LIMITED
AKIDA INVESTMENT COMPANY LIMITED
AKIDA MANAGEMENT AND TRUST a/k/a/AKIDA ISLAMIC
BANKERS' TRUSTEE AND MANAGEMENT
ALI HIMMAT
AL TAQWA TRADE PROPERTY AND INDUSTRY COMPANY LIMITED,
a/k/a AL TAQWA TRADE PROPERTY AND INDUSTRY
ESTABLISHMENT, a/k/a HIMMAT ESTABLISHMENT
AL TAQWA ZAKA ESTABLISHMENT
BA TAQWA FOR COMMERCE AND REAL ESTATE COMPANY LIMITED,
a/k/a BA TAQWA FOR COMMERCE AND REAL ESTATE
ESTABLISHMENT, a/k/a BEN M. NADA ESTABLSIHMENT, a/k/a
YOUSSEF M. NADA ESTABLISHMENT
CEMSTEEL IMPEX ESTABLSIHMENT
GULF CENTER S.R.L.
IKSIR LIMITED HOLDING
MIGA – MALAYSIAN SWISS, GULF AND AFRICAN CHAMBER,
a/k/a CAMERA DI COMMERCIO, INDUSTRIA E TURISMO PER GLI
STATI ARABI DEL GOLFO E LA SVIZZERA
MOHAMED MANSOUR, a/k/a MOHAMED AL-MANSOUR
NADA INTERNATIONAL ANSTALT, a/k/a NADA GROUP
INTERNATIONAL ANSTALT
NASCO BUSINESS RESIDENCE CENTER SAS
DI NASREDDIN AHMED IDRIS ED
NASCOSERVICE S.R.L.
NASCOTEX S.A., a/k/a INDUSTRIE GENERALE DE FILATURE ET
TISSAGE, A/K/A INDUSTRIE GENERALE DE TEXTILE
NASREDDIN CHARITABLE FOUNDATION
NASREDDIN COMPANY NASCO SAS DI AHMED
IDRIS NASSNEDDIN EC
NASREDDIN FOUNDATION, a/k/a NASREDDIN STIFTUNG

NASREDDIN GROUP INTERNATIONAL HOLDING LIMITED
NASREDDIN INTERNATIONAL GROUP LIMITED HOLDING a/k/a
MIDDLE EAST AND TURKEY INVESTMENT HOLDING LIMITED
RAW MAT SERVICE AND MANAGEMENT SA
YOUSSEF M. NADA ESTABLISHMENT,
a/k/a YOUSSEF M. NADA ANSTALT
YOUSSEF M. NADA & CO. GESELLSCHAFT MBH
AL TIKRITI, BARZAN IBRAHIM
ISLAMIC CENTER OF TUCSON
ISLAMIC SOCIETY OF NORTH AMERICA
ISMAIL, HAQI
NORTH AMERICAN ISLAMIC TRUST
SOCIETY OF ISLAMIC COOPERATION (Afghanistan)