Case 1:03-md-01570-GBD-SN   Document 472-11   Filed 10/01/04   Page 1 of 4

 

- Qur'an
- Calendar
- Greeting cards
- Feedback
- Free e-mail
- Prayer times

| The Holy Qur'an | Hadith | Magazine | Dictionary | Zakah | Inheritance | Hajj and `Umrah |

## Islamic Organizations Guide

**Guide Of Da'wa Centers working under the supervision of the Ministry of Islamic Affairs, Endowments, Da'wah and Guidance.**

**1. Islamic organizations guide:**

| Organization Name | Address |
|---|---|
| Organization of Islamic Conference. | P.O Box 178, Jeddah 21411, Saudi Arabia.<br>Tel. 02-6874858<br>02-6873880<br>02-6800800 (Central)<br>Telex. 601366<br>Fax. 02-6873568 |
| Islamic Countries Broadcasting Org. | P.O Box 6351, Jeddah 21442, Saudi Arabia.<br>Tel. 02-6721121(Central)<br>02-6722269<br>SJ 60144<br>Fax. 02-67222600 |
| King Faisal Center for Researches and Islamic Studies. | King Fahad Road – King Faisal Foundation building.<br>P.O Box. 51049, Riyadh 11543, Saudi Arabia.<br>Tel. 4652255<br>4631613 (direct)<br>Off. 4546024/4641400<br>Telex. 405470<br>Fax. 4659993 |
| Muslim world League (Makkah). | P.O Box 537 Makkah, Saudi Arabia.<br>Tel. 02-5422733 (6 lines)<br>5444787/5445335 (direct)<br>Telex. 540009/540390<br>Fax. 02-5436619<br>5431488 |
| International Islamic Relief Organization. | P.O Box 14843 Jeddah 21434, Saudi Arabia.<br>Tel. 02-6512333<br>02-6515411<br>02-6519035<br>Telex. 606754 SJ<br>Fax. 02-6518491 |
| International Islamic News Agency. | P.O Box 5054, Jeddah 21422, Saudi Arabia.<br>Tel. 02-6652056<br>02-6658561<br>02-6656359)<br>Telex. 601251/601090 |

**Articles - Main Page**

### Books
- Fundamentals of Islam
- The Qur'an and modern science

### Services
- Prayer Times
- Date Converter
- Calculation of Zakah
- Islamic Cards

### Islamic Magazine
▸ Today's Verse
▸ Today's Hadith

▸ The Holy Qur'an
▸ Hadith
▸ Islamic Dictionary
▸ Zakah
▸ Hajj and `Umrah

| Center Name | Address |
|---|---|
| | Fax. 02-6659358 |
| Islamic Universities League. | Cairo- AZAR University, Naser City, Saleh Kamel Islamic Economy Center<br>Tel. 00202-4015565<br>Secretary General<br>Fax. 4015541 |
| Social Guidance and Reform Society. | P.O Box 4663, Dubai 21422, United Emirates.<br>Tel. 00971-4-665654<br>00971-4-693627<br>Telex/Fax 662071<br>Fax. 00971-4-626900 |
| Islamic Fiqh Academy | P.O BOX 13971, Jeddah, Saudi Arabia<br>Tel. 6672288<br>6671664<br>6609329<br>Fax. 6670873 |
| Islamic Development Bank | P.O BOX 5925, Jeddah, Saudi Arabia<br>Tel. 3661400<br>Telex. 601945 (ENG)<br>601975 (Arabic)<br>Fax. 6371334<br>6377980<br>6378927 |
| Islamic Educational, Scientific, and Cultural Organization (ISESCO). | 16 Omar bin Khatab street<br>P.O Box 755 Akdal, Ar-Rubait Morocco<br>Tel. 002127-772433<br>725305<br>Fax. 002127-772058<br>777459 |
| Research center of History, Arts and Islamic Culture. | P.O BOX 24 Besiktas, Istanbul, Turkey.<br>Tel. 90212-2591742<br>Telex. 26484 (isam tr)<br>Fax. 90212-2584365 |

**2. Guide Of Da'wa Centers working under the supervision of the Ministry of Islamic Affairs, Endowments, Da'wah and Guidance.**

| Center Name | Address |
|---|---|
| Da'wa Office, Bahrain. | P.O BOX 5807<br>Key of the city 00973<br>Tel. 294779/294550<br>Fax. 294787 |
| Da'wa Office, Qatar. | P.O BOX 2482 Doha<br>Key of the city 00974<br>Tel. 871181/871182<br>Fax. 864737 |
| Da'wa Office, Dubai. | P.O BOX 5152<br>Key of the city 009714<br>Tel. 690812/666509<br>Fax. 668753 |

| | |
|---|---|
| Da'wa Office, Om Quean. | P.O BOX762<br>Key of the city 009716<br>Tel. 655034<br>Fax. 655134 |
| Da'wa Office, Fujyra. | P.O BOX764<br>Key of the city 009719<br>Tel. 223101<br>Fax. 239270 |
| The Religious Attache In Jordan. | P. O Box 925744<br>Key of the City 00962<br>Tel. 699066<br>Fax. 6826154 |
| The Islamic Councilor, Malaysia. | P.O Box 12099, K.L50768, Malaysia<br>Post Code 50678<br>Key of the city 00603<br>Tel. 4579588<br>Fax. 4579833 |
| Da'wah Office Manager Pakistan. | House No. 262 Street NO. 53 Sector F-1014, Islamabad. Pakistan<br>Tel. 00951/256372<br>00951/282793 |
| The Religious Attache, Jakarta. | Jakarta 10001, Indonesia, P.O Box 4124<br>Code 10001<br>Tel. 006221/7221827<br>Fax. 006221/2709823 |
| The Religious Attache, Bangladesh. | House No. 17 Road, No. 14 Baridhara, Dhaka, Bangladesh,<br>Tel. 008802/870478<br>Fax. 008802/870479 |
| The Religious Attache, India | India D12 South Extension part 11, NewDelhi, India-10049<br>Tel. 009111/6445419<br>Fax. 009111/6449423 |
| Da'wa Office, Djibouti. | B.P. 199 Djibouti<br>P.O BOX 199 Djibouti<br>Tel. 00253/351877<br>Fax. 00253/350051 |
| Da'wa Office, Sudan. | P.O BOX 8258 Al-Emarat – Khartoum<br>Tel. 00249/11/451127 |
| Da'wa Office, Kenya. | P.O BOX 677971 Nairobi<br>Tel. 002542/330900<br>Fax. 002542/330910 |
| Da'wa Office, Mauritania. | P.O BOX 11 Nouakchott-Mauritania<br>Tel. 002222/53499<br>Fax. 00222/52993 |
| Da'wa Office, Nigeria. | P.O BOX 72085<br>Victoria Island- Lagos<br>Tel. 002341/611672<br>Fax. 002341/616007 |
| The Religious Attache, Zambia. | Royal Embassy of Saudi Arabia. 5th |

| | |
|---|---|
| | floor, Premrm house no epenobnoe avenue. P.O Box 34411 Lusaka-Zambia. |
| Da'wa Office, USA. | Royal Embassy of Saudi Arabia- Islamic Affairs- 601, New Hampshire- Avent Washington D.C 20037, USA<br>Tel. 001202/9443547<br>Fax. 0012/9443192 |
| Da'wah Office, Britain | Goodge street London. Wip, 1fl-U.K, 46<br>Tel. 0044171/6362080<br>Fax. 0044171/4362038 |
| Da'wah Office, Australia | P.O Box 722,Mawson Act2607,Canbera, Australia<br>Tel. 006162907612<br>Fax. 006162861777 |
| Da'wah Office, Germany. | Gooesberger Allee, 40-42<br>43175,Bonn,Germany<br>Tel. 004922/8109138<br>Fax. 004922/8312097 |
| Propagators Supervisor, France. | 29 rue Desgraviers, Neuilly sur siene, 92200,France<br>Tel. 00331/474776263<br>Fax. 00331/47471697 |
| Ministry' representative, Mosquo. | Tel. 007095/3166254<br>Fax. 007095/2452310<br>Saudi Embassy road in Mosquo |
| Da'wah Office, Canada. | Abdul Aziz Al-Metrik<br>Da'wah Office Manager<br>Royal Embassy of Saudi Arabia<br>Bank Street, Suite 901, 99<br>Ottawa Ontario, Kip 6b9, Canada<br>Tel. 0016137389071<br>Fax. 0016137387292 |



Qur'an | Hadith | Magazine | Dictionary | Prayer Times | Zakah | Mawareeth | Hajj and `Umrah

**Developed by Harf Information Technology**
Copyright © 2004 All Rights Reserved
e-mail address:info@al-islam.com