# Exhibit 4

## HANLY CONROY BIERSTEIN & SHERIDAN LLP
### 415 MADISON AVENUE
### NEW YORK, NEW YORK 10017-1111
### www.hanlyconroy.com

ANDREA BIERSTEIN (NY & MA)
(212) 401-7556
JAYNE CONROY (NY, DC & MA)
(212) 401-7555
CLINTON B. FISHER (NY & DC)
(212) 401-7557
PAUL J. HANLY, JR. (NY & TX)
(212) 401-7550
THOMAS I. SHERIDAN, III (NY)
(212) 401-7602

TELEPHONE (MAIN)
(212) 401-7600

TELECOPIER
(212) 401-7635

EMAIL
abierstein@hanlyconroy.com

VIA EMAIL AND MAIL

September 9, 2004

Lynne Bernabei, Esq.
Bernabei & Katz, PLLC
1773 T Street, N.W.
Washington, D.C. 20009-7139

Re: *In re Terrorist Attacks of September 11, 2001*, MDL 1570

Dear Lynne:

Your contention in your letter dated September 1, 2004 that outright dismissal of plaintiffs' claims against your clients is the appropriate remedy for our mistakenly attaching the wrong document to a filing is absurd and we reject it. Your insistence on filing a Rule 11 motion addressed to this error, despite our filing of corrected papers, is improper. Moreover, any expenses that you incurred in drafting your Rule 11 motion were, as you well know, the result of your preference for "gotcha" tactics over the simple expedient of a phone call to alert us to our mistake. Your repeated accusations of dishonesty and fraud and your refusal to accept the possibility of genuine error are unprofessional and striking examples of an effort to distract the Court from your clients' culpability and your own distressing dishonesty. We take exception, as well, to your delivery to all parties in the case of a letter concerning a matter solely between us, which serves no purpose other than harassment. Should you actually file your threatened Rule 11 motion, we will have no choice but to bring to the attention of the Court your own unprofessional conduct, especially your misrepresentations to the Court concerning Al Haramain's Oregon offices. For our part, we would prefer to focus on the merits of the case rather than trade personal accusations, an activity we find both distasteful and unproductive. Nonetheless, if you insist on bringing your unfounded accusations to the Court's attention, we are confident that the record, with respect both to our own admitted and corrected error and with respect to your conduct (which has neither been admitted, corrected, nor explained), will support and vindicate us.

Sincerely,

Andrea Bierstein