# Exhibit 1

## Memo in Support of Mtn for Service by Publicat... Properties

**General** | Security | Summary

📄 | upport of Mtn for Service by Publication (Exhibit A)

Type of file: Adobe Acrobat Document

Opens with: Adobe Acrobat 6.0 [Change...]

Location: P:\FACT1\All\911 Litigation\Burnett v Al Baraka\Pl
Size: 97.5 KB (99,906 bytes)
Size on disk: 100 KB (102,400 bytes)

Created: Monday, March 24, 2003, 3:02:13 PM
Modified: Wednesday, May 07, 2003, 2:41:17 PM
Accessed: Today, September 22, 2004, 1:51:02 PM

Attributes: ☐ Read-only  ☐ Hidden  [Advanced...]

[ OK ]  [ Cancel ]  [ Apply ]