Stacey A. Saiontz (SS 1705)
DICKSTEIN SHAPIRO MORIN
  & OSHINSKY LLP
1177 Avenue of the Americas
New York, New York  10036
Tel: (212) 835-1400
Fax: (212) 997-9880
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

CANTOR FITZGERALD & CO, ET AL.         :   04 CIV. 07065
                                       :   MDL No. 1570
             Plaintiffs,               :
                                       :   ECF Case
        -against-                      :
                                       :
AKIDA BANK PRIVATE LIMITED, ET AL.     :   **NOTICE OF APPEARANCE**
                                       :
             Defendants.               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**PLEASE TAKE NOTICE THAT** Stacey A. Saiontz, Esq. of the law firm Dickstein Shapiro Morin & Oshinsky LLP, an attorney duly admitted to practice law in this Court, hereby appears on behalf of Plaintiffs Cantor Fitzgerald & Co., Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald Brokerage, L.P., Cantor Fitzgerald Europe, Cantor Fitzgerald International, Cantor Fitzgerald Partners, Cantor Fitzgerald Securities, Cantor Fitzgerald, L.P., Cantor Index Limited, CO2e.com, LLC, eSpeed Government Securities, Inc., eSpeed, Inc., eSpeed Securities, Inc., TradeSpark, L.P., Port Authority of New York and New Jersey, Port Authority Trans-Hudson Corporation, and WTC Retail LLC in the above captioned matter.

Dated: New York, New York                    DICKSTEIN SHAPIRO MORIN
       October 5, 2004                         & OSHINSKY LLP
                                             By: _____/S_____
                                                 Stacey A. Saiontz (SS 1705)
                                             1177 Avenue of the Americas
                                             New York, New York  10036
                                             (212) 835-1400
                                             Attorneys for Plaintiffs

123599 v1; 2NDB01!.DOC