Christopher T. Leonardo (CL 3043)
DICKSTEIN SHAPIRO MORIN
  & OSHINSKY LLP
2101 L Street N.W.
Washington, DC 20037
Tel: (202) 785-9700
Fax: (202) 887-0689

1177 Avenue of the Americas
New York, New York 10036
Tel: (212) 835-1400
Fax: (212) 997-9880

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- X
CANTOR FITZGERALD & CO, ET AL.           :   04 CIV. 07065
                                         :   MDL No. 1570
                  Plaintiffs,            :   ECF Case
                                         :
         -against-                       :
                                         :   **NOTICE OF APPEARANCE**
AKIDA BANK PRIVATE LIMITED, ET AL.       :
                                         :
                  Defendants.            :
------------------------------------------- X

**PLEASE TAKE NOTICE THAT** Christopher T. Leonardo, Esq. of the law firm Dickstein Shapiro Morin & Oshinsky LLP, an attorney duly admitted to practice law in this Court, hereby appears on behalf of Plaintiffs Cantor Fitzgerald & Co., Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald Brokerage, L.P., Cantor Fitzgerald Europe, Cantor Fitzgerald International, Cantor Fitzgerald Partners, Cantor Fitzgerald Securities, Cantor Fitzgerald, L.P., Cantor Index Limited, CO2e.com, LLC, eSpeed Government Securities, Inc., eSpeed, Inc., eSpeed Securities, Inc., TradeSpark, L.P., Port Authority of New York and New Jersey, Port

Authority Trans-Hudson Corporation, and WTC Retail LLC in the above captioned matter.

Dated: New York, New York
October 5, 2004

DICKSTEIN SHAPIRO MORIN
  & OSHINSKY LLP
By: _____/S_____
    Christopher T. Leonardo (CL 3043)
2101 L Street N.W.
Washington, DC  20037
Tel: (202) 785-9700
Fax: (202) 887-0689

1177 Avenue of the Americas
New York, New York  10036
Tel: (212) 835-1400
Fax: (212) 997-9880

Attorneys for Plaintiffs