IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____x

In re Terrorist Attacks on September 11, 2001         MDL 1570
_____x

*This filing applies to the Estate of John P. O'Neill, Sr., et al. v. Al Baraka Investment and Development Corporation, et al. - 04-CV-01923 (RCC)*
_____ x
:
THE ESTATE OF JOHN PATRICK O'NEILL, SR.,: :
ON BEHALF OF JOHN PATRICK O'NEILL, SR., :
DECEASED AND ON BEHALF OF          :
DECEDENT'S HEIRS-AT-LAW, *et al.*,      :
                    Plaintiffs     :     **CASE NO.:  04-CV-01923 (RCC)**
                                        :
                 v.          :     **Entry of Appearance**
                                        :
AL BARAKA INVESTMENT AND           :
DEVELOPMENT CORPORATE, *et al.*         :
                Defendants    :
_____x

To The Clerk of the District Court:

      Kindly enter my appearance on behalf of the Plaintiffs in the above referenced matter.

Dated:  October 1, 2004

                                  Respectfully submitted,

                                  LAW OFFICES OF JERRY S. GOLDMAN
                                        & ASSOCIATES, P.C.

                            By: _____
                                  GINA M. MAC NEILL, ESQUIRE (GM0581)
                                  Attorney for the Plaintiffs
                                  Two Penn Center Plaza
                                  1500 JFK Blvd., Ste. 1411
                                  Philadelphia, PA 19102
                                  Tel: 215.569.4500
                                  Fax: 215.569.8899

To: All counsel of Record via Electronic Filing