IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____x

In re Terrorist Attacks on September 11, 2001        MDL 1570

_____x

*This filing applies to the Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et al. - 04-CV-0176 (RCC)*

_____ x
:
THE ESTATE OF JOHN PATRICK O'NEILL, SR.,:
ON BEHALF OF JOHN PATRICK O'NEILL, SR., :
DECEASED AND ON BEHALF OF                       :
DECEDENT'S HEIRS-AT-LAW, *et al.*,              :
            Plaintiffs        :        **CASE NO.: 04-CV-1076 (RCC)**
:
      v.                                   :        **Entry of Appearance**
:
THE REPUBLIC OF IRAQ, *et al.*,                 :
            Defendants        :
_____ x

To The Clerk of the District Court:

    Kindly enter my appearance on behalf of the Plaintiffs in the above referenced matter.

Dated: October 1, 2004

                    Respectfully submitted,

                    LAW OFFICES OF JERRY S. GOLDMAN
                      & ASSOCIATES, P.C.

      By: _____
           GINA M. MAC NEILL, ESQUIRE (GM0581)
           Attorney for the Plaintiffs
           Two Penn Center Plaza
           1500 JFK Blvd., Ste. 1411
           Philadelphia, PA 19102
           Tel: 215.569.4500
           Fax: 215.569.8899

To: All counsel of Record via Electronic Filing

X:\Clients\ONeill v. Saudi arabia\Documents\Entry_Iraq_GM.lwp