# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

_____x

In re Terrorist Attacks on September 11, 2001         **MDL 1570**

_____x

*This filing applies to the Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al. - 04-CV-01922 (RCC)*

_____ x
:
THE ESTATE OF JOHN PATRICK O'NEILL, SR.,:
ON BEHALF OF JOHN PATRICK O'NEILL, SR., :
DECEASED AND ON BEHALF OF              :
DECEDENT'S HEIRS-AT-LAW, *et al.*,       :
               Plaintiffs       :       **CASE NO.:  04-CV-01922 (RCC)**
:
          v.                     :       **Entry of Appearance**
:
KINGDOM OF SAUDI ARABIA, *et al.*        :
              Defendants       :
_____x

To The Clerk of the District Court:

      Kindly enter my appearance on behalf of the Plaintiffs in the above referenced matter.

Dated:  October 1, 2004

                                  Respectfully submitted,

                                  LAW OFFICES OF JERRY S. GOLDMAN
                                      & ASSOCIATES, P.C.

                  By: _____
                         GINA M. MAC NEILL, ESQUIRE (GM0581)
                         Attorney for the Plaintiffs
                         Two Penn Center Plaza
                         1500 JFK Blvd., Ste. 1411
                         Philadelphia, PA 19102
                         Tel: 215.569.4500
                         Fax: 215.569.8899

To: All counsel of Record via Electronic Filing

X:\Clients\ONeill v. Saudi arabia\Documents\Entry_Kingdom_GM.lwp