IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

*IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001    )    03 MDL No. 1570 (RCC)
                                                  )    ECF Case

This document relates to:

C.A. No. 03-CV-9849 (RCC)
THOMAS E. BURNETT, SR., *et al.* v. AL BARAKA INVESTMENT & DEVELOPMENT CORP., *et al.*

### DECLARATION OF ALAN R. KABAT
### IN SUPPORT OF DEFENDANTS' REPLY BRIEF IN
### SUPPORT OF DEFENDANTS' MOTION TO STRIKE

I am an attorney licensed to practice in the District of Columbia and am admitted *pro hac vice* in this matter. I am with the law firm of Bernabei & Katz PLLC, counsel to defendants Saudi Arabian Red Crescent Society (D211), Hamad Al-Husaini (D209), Salman Al-Oadah (D220), Safer Al-Hawali (D221), Saleh Al-Hussayen (D222), and Shahir A. Batterjee (D67). Pursuant to the Procedures for Electronic Case Filing, No. 7, "Retention Requirements" (S.D.N.Y.) (Mar. 6, 2003), and Local Civil Rule 5.4(b)(5) (D.D.C.) (as amended on April 14, 2003), I am responsible for maintaining the electronic and paper copies of the pleadings in this matter. I submit this declaration to transmit to the Court the following document submitted in support of the Reply Brief in Support of Defendants' Motion to Strike the *Burnett* Plaintiffs' Oppositions to Defendants' Motions to Dismiss and Plaintiffs' Sur-reply ("Corrected") Briefs and Affidavit (Oct. 7, 2004):

1.   Exhibit 1 to the defendants' reply brief is a true scanned copy of the Electronic Case Filing notification issued by the U.S. District Court for the Southern District of New York,

for the Plaintiffs' Memorandum of Law in Opposition to Motions to Dismiss of Defendant Shahir A. Batterjee (June 30, 2004) (Docket No. 276). Exhibit 4, the last document listed on page 2, comprises 16 pages and is plaintiffs' altered version of their March 24, 2003 motion for service by publication.

I declare under the penalties of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on October 7, 2004.

*Alan R. Kabat*

ALAN R. KABAT

## Alan Kabat

**From:** NYSD_ECF_Pool@nysd.uscourts.gov
**Sent:** Wednesday, June 30, 2004 10:54 PM
**To:** Courtmail@nysd.uscourts.gov
**Subject:** Activity in Case 1:03-md-01570-RCC In Re: Terrorist Attacks on September 11, 2001 "Memorandum of Law in Oppisition to Motion"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### Southern District of New York

Notice of Electronic Filing

The following transaction was received from Elsner, Michael entered on 6/30/2004 at 10:52 PM EDT and filed on 6/30/2004
**Case Name:**       In Re: Terrorist Attacks on September 11, 2001
**Case Number:**     1:03-md-1570
**Filer:**           Burnett Plaintiffs
**Document Number:** 276

**Docket Text:**
MEMORANDUM OF LAW in Opposition re: [86] MOTION to Dismiss for Lack of Jurisdiction *the Third Amended Complaint (Burnett). Plaintiffs' Memorandum of Law In Opposition to Motions to Dismiss of Defendant Shahir A. Batterjee.* Document filed by Burnett Plaintiffs. (Attachments: # (1) Affirmation of Andrea Bierstein In Opposition to Motion to Dismiss of Shahir Batterjee# (2) Exhibit 1# (3) Exhibit 2 - Part 1 of 3# (4) Exhibit 2 - Part 2 of 3# (5) Exhibit 2 - Part 3 of 3# (6) Exhibit 3# (7) Exhibit 4)(Elsner, Michael)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=6/30/2004] [FileNumber=482898-0]
[5448c4b961852236bde63d754c42bb6c9d211b527b5377ee964dc163ee6610b3032d
e49e8ff3c9c8b7c98386d82e9299f6f56ab028849e1657bd2815c596027f]]
**Document description:** Affirmation of Andrea Bierstein In Opposition to Motion to Dismiss of Shahir Batterjee
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=6/30/2004] [FileNumber=482898-1]
[5e1212c212ed2d80282553467528d78d976ab47e184145d3c997b83a2b2c05b85bcf
2820a9f537097ebe1d2f4830594d4c4259e910a01312703ffd9f2ba34d7b]]
**Document description:** Exhibit 1
**Original filename:** n/a

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=6/30/2004] [FileNumber=482898-2]
[8ca0fa7adbb79a18f5afb0b648a39cd16b31a346337e5a99f04c78813c1ffc582d2c
c7326b24b40e0587f00fb2e2898ba64b248a6dbdb3c6668bc095200e92a3]]
**Document description:** Exhibit 2 - Part 1 of 3
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=6/30/2004] [FileNumber=482898-3]
[b4f2dc4792020d251b4b3ac16f5c8da1ece199123845c0f1e595c7e423c60efb1228
fad1d60666123627f55d762297f9ee5ab9e80e9a0053d979c98e9f11f44d]]
**Document description:** Exhibit 2 - Part 2 of 3
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=6/30/2004] [FileNumber=482898-4]
[43d99c71cf070df52dae06ba01f5e3bedabc01e25a91b039c5af5d575a9e14371f14
ad3953756e8d5e454ec1a0e2e2dcea10d962dff90d1ea81154cc4dbfedfd]]
**Document description:** Exhibit 2 - Part 3 of 3
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=6/30/2004] [FileNumber=482898-5]
[05e7034e4f2a64a74595b865be7bd42702f2869fc48d3145eb403df1f6de8b7abdac
dc1ba0f66664bb62bb9a9bb75031af59f246c54199d5985dfea1afdcb487]]
**Document description:** Exhibit 3
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=6/30/2004] [FileNumber=482898-6]
[75166b4bb4067a9fbd3fdeb8a82511b8b7dbee3d779b74e59d853ee2eb95a0168eec
6a2f88ec17d9745e7ffaf34f3dcb07ba982ce9f8277344063d355b7c7559]]
**Document description:** Exhibit 4
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=6/30/2004] [FileNumber=482898-7]
[95423939b6edb794ddc93697c02a732b5f61ffe851413bc33052a146b13cd7056e06
dfed6b09c8c6fcf545316ee3bf70119ab9bdc3b85871cbd9581ba1b6c92e]]

**1:03-md-1570 Notice will be electronically mailed to:**

Stanton D. Anderson     MDLNo1570Group@mwe.com

Michel F. Baumeister    mbaumeister@baumeisterlaw.com

William Louis Bellotti  wbellotti@chadbourne.com

Mitchell Rand Berger    mberger@pattonboggs.com, bthomas@pattonboggs.com

Lynne A. Bernabei       lbernabei@aol.com

Andrea B. Bierstein     abierstein@hanlyconroy.com, mpalmer@hanlyconroy.com

E. Michael Bradley      embradley@jonesday.com, dpjacobson@jonesday.com

Robert D. Brain     mdl1570@howarth-smith.com

Stephen Joseph Brogan     JonesDayMDL1570@jonesday.com

Dorothea M. Capone &nb! sp   tcapone@baumeisterlaw.com

Kenneth Andrew Caruso     kcaruso@Chadbourne.com

Louis Richard Cohen     louis.cohen@wilmer.com,

James Michael Cole     jmcole@bryancave.com, mldix@bryancave.com

Ugo Alfredo Colella     ucolella@pattonboggs.com, bthomas@pattonboggs.com

Jayne Conroy     jconroy@hanlyconroy.com

David C. Cook     dcook@kreindler.com

Christopher R. Cooper     casey.cooper@bakerbotts.com,

Jack D. Cordray     jack@cordraylawfirm.com,

John A. Corr     jcorr@me! llonwebster.com,

Stephen A. Corr     scorr@mellonwebster.com,

Christopher Mark Curran     ccurran@whitecase.com

Joshua Lewis Dratel     jdratel@aol.com

Nancy H. Dutton     DuttonDC@aol.com,

William Christopher Edgar     wedgar@bryancave.com,

Michael Edward Elsner     melsner@motleyrice.com, MDL1570@motleyrice.com

Nicole Erb     nerb@whitecase.com

Elliot R. Feldman     efeldman@cozen.com, scarter@cozen.com

Jodi Westbrook Flowers     Jflowers@motleyrice.com

David ! Charles Frederick     dfrederick@khhte.com,

Felice Beth Galant     fgalant@fulbright.com

John Brian Galligan     jgalligan@cozen.com

Justin Timothy Green     JGreen@kreindler.com,

Michael John Guzman     mguzman@khhte.com, kthompson@khhte.com;amckeon@khhte.com

Robert Turner Haefele    rhaefele@motleyrice.com,

Mark Charles Hansen    mhansen@khhte.com,

Don Howarth    mdl1570@howarth-smith.com

Harry Huge    harryhuge@comcast.net,

! William Horace Jeffress    william.jeffress@bakerbotts.com, carrie.cimino@bakerbotts.com

Alan Robert Kabat    Kabat@bernabeiandkatz.com

Peter Jonathan Kahn    pkahn@wc.com, kfoster@wc.com

Jean Engelmayer Kalicki    jean_kalicki@aporter.com

Michael K. Kellogg    mkellogg@khhte.com,

Jamie Steven Kilberg    jamie.kilberg@bakerbotts.com,

T. Barry Kingham    bkingham@cm-p.com, jclyne@cm-p.com;dciaputa@cm-p.com

James P. Kreindler    jkreindler@kreindler.com,

Sara Elizabeth Kropf !    sara.kropf@bakerbotts.com,

Marvin Robert Lange    mlange@chadbourne.com

John Davis Lee    JDLEE@JDLEE.com, MARRANTS@JDLEE.COM

Ronald Stanley Liebman    rliebman@pattonboggs.com, bthomas@pattonboggs.com;cthorp@pattonboggs.com

Nancy Luque    nluque@graycary.com,

Christopher Talbot Lutz    clutz@steptoe.com

Steven A, Maddox    smaddox@graycary.com,

Andrew Joseph Maloney    amaloney@kreindler.com,

Richard T. Marooney    RMarooney@KSLAW.com, jcmccullough@kslaw.com

Timothy James McCarthy    tmccarthy@whitecase.co! m

Martin Francis McMahon    lawmfm@aol.com,

Michael D. McNeely    mmcneely@graycary.com,

Donald A. Migliori    Dmigliori@motleyrice.com

Omar T. Mohammedi    omohammedi@otmlaw.com

Marc S. Moller    mmoller@kreindler.com,

Marc S. Moller    ,

Ronald L. Motley    Rmotley@motleyrice.com

Mark T. Mullen    mmullen@cozen.com

James Joseph Murphy    jjmurphy@bryancave.com,

Donald J. Nolan !    mm@nolan-law.com

Sarah Sheive Normand    sarah.normand@usdoj.gov, mona.leung2@usdoj.gov

Ashraf Wajih Nubani    anubani@rbanlaw.com, asimg@agcgweb.com

Wilmer Parker    bparker@gcpwlaw.com, bparker@gcpwlaw.com

Brian Howard Polovoy    bpolovoy@shearman.com, dan.segal@shearman.com;john.carpenter@shearman.com

Lawrence Saul Robbins    lrobbins@robbinsrussell.com,

John Christopher Rozendaal    jrozendaal@khhte.com,

Donna M. Sheinbach    dsheinbach@graycary.com, jperry@graycary.com

Christopher Robert Smith    lawcrs77@aol.com,

Elizabeth Smith    es! mith@motleyrice.com,

Suzelle M Smith    ssmith@howarth-smith.com

Michael J. Sommi    msommi@cozen.com

Thomas P. Steindler    tsteindler@mwe.com

Chryssa V. Valletta    cvalletta@mwe.com,

Jeanette M. Viggiano    JViggiano@KSLAW.com, jcmccullough@kslaw.com

Thomas Charles Viles    tviles@wc.com, kscheer@wc.com;sshah@wc.com

John Joseph Walsh    walsh@clm.com

Jeffrey Ian Wasserman    jwasserman@chadbourne.com

Henry Sabath Weisburg    hweisburg@shearman.com

**1:03-md-1570 Notice will not be electronically mailed to:**

Al Shamal Islamic Bank
,

Habib Faris Abdullah Al-Mamouri
,

Brian J. Alexander
Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590

Joshua M. Ambush
600 Reisterstown Road
Suite 200 A
Baltimore, MD 21208

Dean Arnold
Nevin, Benjamin & McKay, L.L.P.
P.O. Box 2772
Boise, ID 83701

Ba Taqwa For Commerce an Real Estate Company Limit
,

Michael Barasch
Barasch McGarry Salzman Penson & Lim
11 Park Place
New York, NY 10007

David Beekman
Kreindler & Kreindler
100 Park Ave.
New York, NY 10017

David Beekman
Kreindl! er & Kreindler
100 Park Avenue
New York, NY 10017-5590

Yeslam Binladin
Rue Francois-le-Fort, 2
Geneva,

George R. Blakey
One Notre Dame Circle
Notre Dame, IN 46556

Richard D. Burbridge

139 E. South Temple
Salt Lake City, UT 84111

Christopher Talbott Lutz
,

James M. Cole
Bryan Cave LLP
700 Thirteenth Street, N.W.
Suite 700
Washingto, DC 20005

Brian Arthur Coleman
1500 K Street, NW
Suite 1100
Washington, DC 20005

Jayne Conroy
Coblence & Warner
415 Madison Avenue
New York, NY 10017

Jayne H. Conroy
Hanly & Conroy, L.L.P.
415 Madison Avenue
15th Floor!
New York, NY 10017

Joseph A. Cullen
87 North Broad Street
Doylestown, PA 18901

Jones Day
51 Louisiana Avenue, NW
Washington, DC 20001-2113

H. Patrick Donohue
Armstrong, Donohue, Ceppos & Vaughn, Chartered
204 Monroe Street
#101
Rockville, MD 20854

Paul S. Edelman
Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590

Roy T. Englert
Robbins, Russell, Englert, Orseck & Untereiner, L.L.P.
1801 K Street, NW
Suite 411

Washington, DC 20006

Gerald A. Feffer
Willliams & Connolly LLP
725 Twelfth Stret, N.W.
Washington, DC 20005

Elliott R. Feldman
Coz! en and O'Connor
The Atrium - Third Floor
1900 Market Street
Philadelphia, PA 19103

Stephanie Wall Fell
Martin F. McMahon & Associates
1150 Connecticut Avenue, NW Suite 900
Washington, DC 20036

Francis G. Fleming
Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590

John Brian Galligan
Cozen & O'Connor
45 Broadway
New York, NY 10006

Paul G. Gaston
Law Offices of Paul G. Gaston
1120 19th Street, N.W.
Suite 750
Washington, DC 20036

David P. Gersch
Arnold & Porter, L.L.P.
555 Twelfth St., N.W.
Washington, DC 20004

Jerry S Goldman
Jerry S. Goldman & Associates
111 Broadway
13th Floor
Ne! w York, NY 10006

Michael Hadeed
Becker, Hadeed, Kellogg & Berry
5501 Backlick Road
Suite 220
Springfield, VA 22151

Robert T. Haefele
Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464

Maher H. Hanania
6066 Leesburg Pike
Suite 101
Falls Church, VA 22041

Max Huffman
Robbins, Russell, Englert, Orseck & Untereiner, L.L.P.
1801 K Street, NW
Suite 411
Washington, DC 20006

Harry Huge
Harry Huge Law Firm, L.L.P.
1001 Pennsylvania Avenue, NW
7th Floor
Washington, DC 20004

William H. Jeffress
Baker, Botts, L.L.P.
1299 Pennsylvania Avenue, NW
The Warner
Washington, DC 20004

Alan ! Kahn
Res.
134 East 22nd Street
New York, NY 10010

Anne McGinness Kearse
Ness & Motley, P.A.
28 Bridgeside Boulevard
Mount Pleasant, SC 29465

Matthew H. Kirtland
Fulbright & Jaworski, L.L.P.
801 Pennsylvania Avenue, NW
Washington, DC 20004

James P. Kreindler
Kreindler & Kreindler
100 Park Avenue
New York, NY 10017

James P. Kreindler
Kreindler & Kreindler
100 Park Avenue

New York, NY 10017-5590

Lee S. Kreindler
Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590

Noah H. Kushlefsky
Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590

Davi! d C. Lee
Law Offices of J D Lee
422 S.Gay Street
Knoxville, TN 37902

David John Lee
David John Lee, Esq.
530 Fifth Ave., Ste. 430
New York, NY 10036

Nancy Luque
Gray Cary Ware and Friedenrich LLP (DC)
1625 Massachusetts Avenue N.W. Ste 300
Washington, DC 20036

Patrick A. Malone
Stein, Mitchell & Mezines
1100 Connecticut Avenue NW
Suite 1100
Washington, DC 20036

Scott David McKay
Campbell & Denes
6100 S.W. 76th Street
Miami, FL 33143

Martin F. McMahon
Reilly, Like, Tenety & Ambrosino
179 Little East Neck Road North
P.O. Box 818
Babylon, NY 11702

Michael J. McManus !
Drinker, Biddle & Reath, L.L.P.
1500 K Street NW
Suite 1100
Washington, DC 20005-1209

John C. Millian

Gibson, Dunn & Crutcher, L.L.P.
1050 Connecticut Avenue, NW
Washington, DC 20036

Robert F. Muse
Stein, Mitchell & Mezines, L.L.P.
1100 Connecticut Avenue, NW
Suite 1100
Washington, DC 20036

David Nevin
Nevin, Benjamin & McKay LLP
P.O. Box 2772
Boise, ID 83701

David J. O'Brien
20 Vesey Street
New York, NY 10007

Paul J. Orfanedes
501 School Street, SW
Suite 700
Washington, DC 20024

Frank Panopoulos
White & Case, LLP
601 Thirteenth Street, N.W.
Suite 600 S,
Washington, DC

James! F. Peterson
501 School Street, NW
Washington, DC 20024

Steven R. Pounian
Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590

Blanca I. Rodriguez
Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590

Edward H. Rubenstone
Four Greenwood Square
Suite 200
Bensalem, PA 19020

John David Shakow
1730 Pennsylvania Avenue, NW

Washington, DC 20006

Milton G. Sincoff
Kreindler & Kreindler
100 Park Avenue
New York, NY 10017

Robert J. Spragg
Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590

Robert James Spragg !
Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590

Jeffrey Scott Thompson
Motley Rice, L.L.C.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464

Alan E. Untereiner
Robbins, Russell, Englert, Orseck & Untereiner LLP
1801 K Street, N.W.
Suite 411
Washington, DC 20006

Chryssa V. Valletta
McDermott, Will & Emery
50 Rockefeller Plaza
New York, NY 10020

Khurrum Wahid
2201 NE 52nd Street
Suite 205
Lighthouse Point, FL 33064

Roger E. Warin
Steptoe & Johnson, L.L.P.
1330 Connecticut Avenue, N.W.
Washington, DC 20036

Donald J. Winder
Winder & Haslam
175 West 200 South #400
Salt Lake City,! UT 84111

Floyd A. Wisner
Nolan Law Group
20 North Clark Street

Chicago, IL 60602

Shirley C. Woodward
Wilmer Cutler Pickering, L.L.P.
2445 M Street NW
Washington, DC 20037