UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re TERRORIST ATTACKS on   )   03 MDL 1570 (RCC)
SEPTEMBER 11, 2001           )   ECF Case
                             )

*This document relates to:*
*Thomas Burnett v. Al Baraka Inv. & Dev. Corp.*, 03 CV 9849 (RCC)
*Kathleen Ashton v. Al Qaeda Islamic Army*, 02 CV 6977 (RCC)

### AFFIDAVIT OF MITCHELL R. BERGER

1.  I am a member of the law firm of Patton Boggs LLP, attorneys for Defendant The National Commercial Bank ("NCB") and am a member of the bar of this Court. I respectfully submit this Affidavit in support of NCB's Response to the Supplemental Affidavits of David K. Draper and John Fawcett. This Affidavit is based upon personal knowledge of the facts set forth herein.

2.  Exhibit 1 is a certified copy of the English translation of the Second Supplemental Affidavit of Abdullah bin Hamad Al-Wohaibi (together with the Arabic original of the Second Supplemental Affidavit), dated October 5, 2004.

3.  Exhibit 2 is a true and correct copy of the Declaration of Abdulaziz Al-Fahad and accompanying exhibits (together with true and correct copies of the Arabic originals of the accompanying exhibits), dated October 4, 2004.

_____
Mitchell R. Berger

Sworn to before me this 7th day of October 2004

_____
Notary Public

Anne C. Stumpe
Notary Public, District of Columbia
My Commission Expires 12-14-2006