# Exhibit 1
# Part 4 of 7

of the per share purchase price. However, in so doing, the minutes discuss what the Ministry of Finance views as confidential matters of Saudi government policy. The Ministry of Finance does not generally, and will not in these circumstances, authorize the disclosure of state documents like these minutes that reveal deliberations over matters of government policy.

I affirm that the information provided above in this supplemental affidavit is true and correct based on my knowledge, belief, and information. Executed on 21/08/1425H, corresponding to October 05, 2004 in Riyadh, Kingdom of Saudi Arabia.

_____[Signature]_____
Abdullah Bin Hamad Al-Wohaibi

Notary:
We Certify that Abdallah bin Hamad Al-Wohaibi has appeared before us on this day 21/08/1425H corresponding to 05/10/2004G and signed this affidavit,

President of First Notary Department in Riyadh
[Signature]
Mohammad bin Saad Al-Kharji

[Stamp of Ministry of Justice, First Notary Department in Riyadh]

