# Exhibit 1
# Part 5 of 7



Kingdom of Saudi Arabia
Ministry of Finance
Minister Office
Riyadh 11177

المملكة العربية السعودية
وزارة المالية
مكتب الوزير
الرياض ١١١٧٧

محكمة الولايات المتحدة الأمريكية الإقليمية
الإقليم الجنوبي في نيويورك

| بشأن : الهجمات الإرهابية | 03MDL1570 (RCC) |
| في ١١ سبتمبر ٢٠٠١م | |

تتعلق هذه الوثيقة بالآتي :

توماس بيرنت ، سينيور ضد شركة البركة للإستثمار والتنمية 03CV9849(RCC)
آشتون ضد القاعدة ، وآخرون ، 02 CV6977(RCC)

بيان إلحاقي ثاني من عبد الله بن حمد الوهيبي :

بسم الله الرحمن الرحيم ، أنا عبد الله بن حمد الوهيبي ، أقرر ما يلي :

١ - أنا مدير الإدارة القانونية في وزارة المالية ( " وزارة المالية " ) لحكومة المملكة العربية السعودية . وهذا بيان يكمل البيانين السابقين ، الأول ( " البيان الأساس " ) الذي وقعته بتاريخ ١٤٢٤/٦/٢٦هـ الموافق ٢٤ أغسطس ٢٠٠٣م ، والثاني ( " البيان الإلحاقي " ) الذي وقعته بتاريخ ١٤٢٤/١٢/٢٤هـ الموافق ١٥ فبراير ٢٠٠٤م . أنني أقدم هذا البيان الإلحاقي الثاني لمواصلة تأييد الدفع برفض الدعوى المقامة ضد البنك الأهلي التجاري ( " البنك الأهلي " أو "NCB" ) وللرد على إدعاءات تم تقديمها في بيانين قدما من المدعين : ( ١ ) "بيان إلحاقي [ ديفيد ك . دريبر ] لمواصلة معارضة طلب البنك الأهلي التجاري رفض الدعوى " ( " بيان دريبر " ) و ، ( ٢ ) " بيان إلحاقي من جون فوست بتأييد معارضة مدعى آشتون لطلب البنك الأهلي التجاري رفض الدعوى " ( " بيان فوست الإلحاقي " ) . وأنا أتمتع بالصلاحية لتقديم هذا البيان الذي أعددته ووقعته باللغة العربية مدركاً أنه سيترجم إلى اللغة الإنجليزية لتقديمه إلى محكمة أمريكية .

٢ - لقد علمت أن كلاً من بيان دريبر وبيان فوست الإلحاقي يعتمدان على مواقع في الشبكة العنكبوتية ومصادر إنتر نت أخرى للإدعاء بأن صندوق الإستثمارات العامة لم يكن يملك نيابة عن وزارة المالية ، في تاريخ تقديم هذين الدعويين ( ١٥ أغسطس ٢٠٠٢ و ٤ سبتمبر ٢٠٠٢ تباعاً ) جل الأسهم في البنك الأهلي . إن هدف هذا البيان الإلحاقي الثاني هو إعلان موقف وزارة المالية ، بما في ذلك صندوق الإستثمارات العامة ، بخصوص التاريخ الذي حازت فيه على جل الملكية في البنك الأهلي .

١