# Exhibit 1
# Part 6 of 7

Kingdom of Saudi Arabia
Ministry of Finance
Minister Office
Riyadh 11177




٣ - نصت الفقرة ٢ من البيان الأساس الذي قدمته أن صندوق الإستثمارات العامة يملك " نيابة عن وزارة المالية ٦٩,٣ % من أسهم رأس مال البنك الأهلي " . لقد حصل صندوق الإستثمارات العامة على نسبة ٦٩,٣ % من ملكية البنك الأهلي من خلال عقود تم توقيعها في سنة ١٩٩٩ وسنة ٢٠٠١ مع مساهمين في البنك ذوي صفة خاصة . في ذاك الوقت وفي الوقت الحالي ، ليس للبنك الأهلي فئات أخرى من الحصص سوى الأسهم.

٤ - كان هناك عدد من عقود البيع تم تحديد تاريخ جميعها وتوقيعها في ٢ رمضان ١٤٢٢هـ الموافق ١٧ نوفمبر ٢٠٠١ ( " عقود بيع سنة ٢٠٠١ " ) مع أفراد من المساهمين في البنك الأهلي تملك صندوق الإستثمارات العامة ، نيابة عن وزارة المالية ، بواسطتها ما مجموعة ١٧,٥٧٧,٠٠ سهم من أسهم البنك الأهلي ، وهو ما أوصل مجموع ملكية صندوق الإستثمارات العامة في البنك الأهلي إلى ٤١,٥٧٦,٨٠٠ سهم أو ٦٩,٣ % من أسهم البنك الأهلي الصادرة والمتداولة . ( لقد تم في وقت لاحق تجزئة الأسهم ولكن مجموع حصص صندوق الإستثمارات العامة ظلت تعادل ٦٩,٣ % من الأسهم الصادرة والمتداولة ) . وقد تضمنت الفقرة " ثانياً " من جميع عقود بيع سنة ٢٠٠١ النص ذاته بأن الأطراف إتفقوا على أن المساهم ذا الصفة الخاصة " باع " لصندوق الإستثمارات العامة نيابة عن وزارة المالية العدد المحدد من أسهم البنك الأهلي.

٥ - بتاريخ ١٧ نوفمبر ٢٠٠١ ، وبتزامن مع توقيع عقود بيع ٢٠٠١ كتب المساهمون البائعون خطابات ( " خطابات نوفمبر ٢٠٠١ " ) لرئيس مجلس إدارة البنك الأهلي تشير لعقود بيع ٢٠٠١ وترفقها معها . وقد أرفقت خطابات نوفمبر ٢٠٠١ كذلك شهادات أسهم في البنك الأهلي ، أو تضمنت ما يفيد بتنازل البائع عنها ، تساوي عدد الأسهم المباعة لصندوق الإستثمارات العامة . ونصت خطابات نوفمبر ٢٠٠١ بأن " ذلك لإتخاذ اللازم بشأن هذه المبايعة وإثباتها بسجلات المساهمين بالبنك وموافاتي بصورة من خطابكم لصندوق الإستثمارات العامة الذي يفيد تسليمه شهادات الأسهم بعد التنفيذ للحفظ " . لقد تم إرفاق مع خطابات نوفمبر ٢٠٠١ جميع الأسهم المباعة أو التنازل عنها وعددها ١٧,٥٧٧,٠٠ لصندوق الإستثمارات العامة نيابة عن وزارة المالية في معاملة ٢٠٠١.

٦ - لقد نصت عقود بيع ٢٠٠١ على أن الأطراف عقدوا النية على بيع ١٧,٥٧٧,٠٠٠ من أسهم البنك الأهلي لصندوق الإستثمارات العامة نيابة عن وزارة المالية بتاريخ ١٧ نوفمبر ٢٠٠١ عندما تم توقيع العقود . وفي خطابات نوفمبر ٢٠٠١ ، أعلن البائعون نيتهم بنقل "الأسهم المباعة للصندوق" والتنازل عنها له ونفذوا ذلك في التاريخ

٢