# Exhibit 1
# Part 7 of 7

Kingdom of Saudi Arabia
Ministry of Finance
Minister Office
Riyadh 11177





المملكة العربية السعودية
وزارة المالية
مكتب الوزير
الرياض ١١١٧٧

المذكور . لذلك ، فإن موقف وزارة المالية ( بما في ذلك صندوق الإستثمارات العامة )
هو أنه وفقاً للقانون السعودي فإن صندوق الإستثمارات العامة والبائعين عقدوا النية
على نقل ملكية ١٧,٥٧٧,٠٠٠ من أسهم البنك الأهلي لصندوق الإستثمارات العامة
نيابة عن وزارة المالية بتاريخ ١٧ نوفمبر ٢٠٠١ ، وفعلوا ذلك . ونتيجة لهذا ، فقد
تملك صندوق الإستثمارات العامة نيابة عن وزارة المالية ٦٩,٣ % من أسهم البنك
الأهلي إبتداءاً من تاريخ ١٧ نوفمبر ٢٠٠١.

٧  -  تنص الفقرة " خامساً " من عقود بيع ٢٠٠١ بأن البيع " يصبح نافذاً " بمجرد تسديد
ثمن البيع ، دون أن تحدد موعداً للتسديد . ( تم دفع ثمن البيع بتاريخ ٢٨ ديسمبر
٢٠٠٢ وفي التاريخ نفسه تم إصدار ١٧,٥٧٧,٠٠٠ سهم وتسجيلها باسم صندوق
الإستثمارات العامة ) . ونظراً لأن العقود لم تحدد موعد الدفع ، فإن الفقرة " خامساً "
لاغية وفقاً للقانون السعودي . وفي كل الأحوال ، فعندما تم الدفع ، فإن القانون
السعودي يقضي بأن نقل ملكية ١٧,٥٧٧,٠٠٠ من أسهم البنك الأهلي أصبحت نافذه
بتاريخ ١٧ نوفمبر ٢٠٠١ عندما وقع الأطراف على عقود بيع ٢٠٠١.

٨  -  عندما حددت الفقرة " ثالثاً " ثمن البيع للسهم الواحد بمبلغ ٤٠٠ ريال سعودي أشارت
إلى أن هذا الثمن " كما هو وارد بمحضر الإجتماع الذي تم بتاريخ ١٤٢٢/٨/٥هـ
الموافق ٢٠٠١/١٠/٢١م " . وعند إعدادي لهذا البيان الإلحاقي الثاني قمت بمراجعة
هذا المحضر . والمحضر لا يشير إلى تاريخ إنتقال ملكية أسهم البنك الأهلي وإنما فقط
إلى إحتساب ثمن بيع السهم الواحد . إنما ، في معرض ذلك ، يتناول المحضر أموراً
تعدها وزارة المالية من الشؤون السياسية للحكومة السعودية التي تخضع للسرية .
ووزارة المالية عموماً لا تسمح بالكشف عن وثائق الدولة ، مثل هذا المحضر الذي
يتضمن مداولاتي في السياسة الحكومية ، ولن تفعل ذلك في هذه الحالة.

أؤكد أن البيانات الواردة في هذا البيان الإلحاقي صحيحة وصادقة حسب علمي وإعتقادي
والمعلومات المتوفرة لدي . تم التوقيع في ٢١ / ٨ / ١٤٢٥ هـ الموافق ٥ / ١٠ / ٢٠٠٤ م
في الرياض ، المملكة العربية السعودية.

عبد الله بن حمد الوهيبي

كاتب العدل :
نصادق بأن عبد الله بن حمد الوهيبي قد مثل أمامنا في هذا اليوم ٢١ / ٢ / ١٤٢٥ هـ
الموافق ٥ / ١٠ / ٢٠٠٤ م ، ووقع هذا البيان .. والله الموفق ،،

٣