**Exhibit A, part 1 of 2**

Sale Agreement

On this day Saturday, 2 Ramadan, 1422H corresponding to 17 November, 2001G, each of:

- His Excellency Mr. Khalid Salem Bin Mahfooz, a Saudi national, I.D. number 38986 dated 4/6/1389H, issued in Jeddah, First Party ("Seller"); and

2- Public Investment Fund represented herein by his Excellency the Minister of Finance and National Economy Dr. Ibraheem Abdulaziz Al-Assaf, Second Party ("Buyer");

Agreed;

Introduction

That the First Party was one of the founders of the National Commercial Bank (a Saudi Joint Stock Company) registered in the Commercial Register in the city of Jeddah under number 1588, and owns a number of its shares,

Whereas, the Second Party expressed its desire to purchase a number of the shares in the capital of this Bank owned by the First Party and the First Party expressed its agreement to this.

The two parties have agreed, therefore, while in possession of their full legal capacity and in the presence of witnesses to this Agreement, on the following:

        The Introduction is an integral part of this Agreement.

Second:    The First Party sold to the Second Party, who agrees to this, 600,000 shares (six hundred thousand shares only) of the National Commercial Bank (a Saudi Joint Stock Company) registered in his name.

Third:    It was agreed that the price for one share shall be 400 Saudi Riyals (four hundred Saudi Riyals only per share) as is indicated in the minutes of meeting on 5/8/1422H corresponding to 2/10/2001AD, and for a total amount of 240 million Saudi Riyals (two hundred and forty million Saudi Riyals only).

Fourth:    The Second Party shall pay the price by transfer to account number 50010092010107 at the National Commercial Bank in Jeddah.

        This sale shall become effective immediately upon the Second Party's payment of the amount stated in Third above to the account referred to.

Sixth:     In event that any dispute, God forbid, should emerge over the interpretation of the articles of this Agreement, [the dispute] shall be resolved amicably by the two Parties.

Seventh    This Agreement is executed in three counterparts, one for each party and a [third] counterpart for the National Commercial Bank to record in its books.


First Party (Seller)                        Second Party (Buyer)
(signature)                                 (signature)


Witnesses to the Agreement


Witness                                     Witness
(signature)                                 (signature)


Shafeeq Othman                              Mohammed bin Hamoud Al-Mazyad

اتفاقيه بيع

إنه في يوم السبت   مصان   هـ  الموافق   نوفمبر   أتفق كل

سعادة الأستاذ حالد سالم بــن محفــوظ سعودي الجنسيه بطاقــة قــم ٣ ٩٨
بتاريخ ٤/٦/٩   هـ صادر من حدة طرف أول   بائع
صندوق الاستثمار العامة ويمثله في هذا الاتفاق معالي وزيــر الماليــة والاقتصــاد
الوطني الدكتور إبراهيم   عبد العزيز العساف طرف ثاني   مشتري

مقدمه

علي أنه كان الطرف الأول أحد موسسي البنك الأهلي التجاري (شركة مساهمه سعودية)
مقيده بالسجل التجاري بمدينه حدة برقم ٥٨٨ ومالكا لعدد مــن اسهمــه وحيــث أن
الطرف الثاني أبدى غبه في شر عدد من الأسهم التي يمتلكها الطرف الأول فــي رأس
مال هذا البنك   أبدى الطرف الأول موافقته علي ذلك فقد أتفق الطرفان وهما بكامل أهلنــهما
المعتبر شرعا وبحضور شهود الاتفاق علي ما يلي

أولا   تعتبر المقدمة جز لا يتجزء من هذا الاتفاق

ثانيا   باع الطرف الأول للطرف الثاني القابل لذلك   سهم (فقط ســتمائه
ألف سهم لاغير) من أسهم البنك الأهلي التجاري (شــركة مساهمه ســعودية) المسجله
باسمه

ثالثا   اتفق على تحديد سعر البيع للسهم الواحد بمبلــــغ   ريــال ســعودي فقــط
أربعمائة ريال سعودي لا غير للسهم الواحد   كما هو وار. بمحضر الاجتمــاع الــذي
بتاريخ ٨/٥/   الموافق ٢/   وبقيمه اجماليــه   مليــون ريــال
سعودي   فقط مأتان أربعون مليون ريال سعودي لاغير

رابعا   يقوم الطرف الثاني بســداد القيمــه عــن طريــق الحوالــة إلــي الحســاب
لدي البنك الأهلي التجاري بجدة

يتبعه صفحة ٢)

صفحه (٢)

خامسا   بصبح هذا البيع نافذا بمجر  تسديد الطرف الثاني للقيمه المشار إليها في (ثالثا) أعلاه بالحساب المشار إليه

سادسا   في حالة نشو  أي خلاف لا قدر الله في تفسير بـــود هــذا الاتفــاق يتــم إنهائــه بالتراضي بين الطرفين

سابعا   حرر هذا الاتفاق من ثلاث نسخ بيد كل طرف       ونسخة للبنك الأهلي التجــــاري لإثبات ذلك بسجلاته

الطرف الثاني  المشتري )                                   الطر الأول  البائع

شهود الاتفاق

شاهـــــد                                               شاهـــــد

## Sale Agreement

On this day Saturday, 2 Ramadan, 1422H corresponding to 17 November, 2001G, each of:

- Miss Naylah Abd al-Aziz Kaaki, a Saudi national, First Party ("Seller"); and

2- Public Investment Fund represented herein by his Excellency the Minister of Finance and National Economy Dr. Ibraheem Abdulaziz Al-Assaf, Second Party ("Buyer");

Agreed;

## Introduction

That the First Party was one of the founders of the National Commercial Bank (a Saudi Joint Stock Company) registered in the Commercial Register in the city of Jeddah under number 1588, and owns a number of its shares,

Whereas, the Second Party expressed its desire to purchase a number of the shares in the capital of this Bank owned by the First Party and the First Party expressed its agreement to this.

The two parties have agreed, therefore, while in possession of their full legal capacity and in the presence of witnesses to this Agreement, on the following:

|         | The Introduction is an integral part of this Agreement. |
| --- | --- |
| Second: | The First Party sold to the Second Party, who agrees to this, 12,000,000 shares (twelve million shares only) of the National Commercial Bank (a Saudi Joint Stock Company) registered in his name. |
| Third: | It was agreed that the price for one share shall be 400 Saudi Riyals (four hundred Saudi Riyals only per share) as is indicated in the minutes of meeting on 5/8/1422H corresponding to 2/10/2001AD, and for a total amount of 4,800 million Saudi Riyals (four thousand eight hundred million Saudi Riyals only). |
| Fourth: | The Second Party shall pay the price by transfer to account number 50010092010107 at the National Commercial Bank in Jeddah. |
|         | This sale shall become effective immediately upon the Second Party's payment of the amount stated in Third above to the account referred to. |

Sixth: In event that any dispute, God forbid, should emerge over the interpretation of the articles of this Agreement, [the dispute] shall be resolved amicably by the two Parties.

Seventh: This Agreement is executed in three counterparts, one for each party and a [third] counterpart for the National Commercial Bank to record in its books.

First Party (Seller)
(signature)

Second Party (Buyer)
(signature)

Witnesses to the Agreement

Witness
(signature)

Witness
(signature)

Shafeeq Othman

Mohammed bin Hamoud Al-Mazyad

<div dir="rtl">

## اتفاقية بيع

إنه في يوم السبت ٢ رمضان ١٤٢٢هـ الموافق ١٧ نوفمبر ٢٠٠١م أتفق كل من :-

١ ــ السيدة نائلة بنت عبدالعزيز كعكي سعودية الجنسية طرف أول ( بائعة ) .
٢ ــ صندوق الاستثمارات العامة ويمثله في هذا الاتفاق معالي وزير المالية والاقتصاد الوطني الدكتور إبراهيم بن عبد العزيز العساف طرف ثاني ( مشتري ) .

### مقدمة

علي أنه كانت الطرف الأول أحد مؤسسي البنك الأهلي التجاري (شركه مساهمة سعودية) مقيدة بالسجل التجاري بمدينة جدة برقم ١٥٨٨ ومالكة لعدد من أسهمه ، وحيث أن الطرف الثاني أبدي رغبته في شراء عدد من الأسهم التي تمتلكها الطرف الأول في رأس مال هذا البنك وأبدت الطرف الأول موافقتها علي ذلك فقد أتفق الطرفان وهما بكامل أهليتهما المعتبرة شرعا وبحضور شهود الاتفاق علي ما يلي : ـ

أولا : تعتبر المقدمة جزء لا يتجزأ من هذا الاتفاق

ثانيا : باعت الطرف الأول للطرف الثاني القابل لذلك عدد ( ١٢,٠٠٠,٠٠٠ ) سهما (فقط اثنا عشر مليون سهم لاغير) من أسهم البنك الأهلي التجاري (شركة مساهمة سعودية) والمسجلة بإسمها .

ثالثا : اتفق على تحديد سعر البيع للسهم الواحد بمبلغ ( ٤٠٠ ) ريال سعودي ( فقط أربعمائة ريال سعودي لا غير للسهم الواحد ) كما هو وارد بمحضر الإجتماع الذي تم بتاريخ ١٤٢٢/٨/٥هـ الموافق ٢٠٠١/١٠/٢١م ، وبقيمة إجمالية ٤,٨٠٠ مليون ريال سعودي ( فقط أربعة آلاف وثمانمائة مليون ريال سعودي لاغير ) .

رابعا : يقوم الطرف الثاني بسداد القيمة عن طريق الحوالة إلي الحساب رقم ٥٠٠١٠٠٩٢٠١٠١٠٧ لدي البنك الأهلي التجاري بجدة .

يتبعه صفحة (٢)

</div>




صفحة (٢)

خامسا يصبح هذا البيع نافذا بمجرد تسديد الطرف الثاني للقيمه المشار إليها في (ثالثـــا) أعلاه بالحساب المشار اليه

سادسا في حاله شو أي خلاف لا قدر الله في تفسير بنـــود هـــذا الاتفـــاق يتـــم إنهائـــه بالتراضي بين الطرفين

سابعا حرر هذا الاتفاق من ثلاث نسخ بيد كل طرف نسخة ونسخة للبنك الأهلي التجــــاري لإثبات ذلك بسجلاته

الطرف الثاني ( المشتري )                                           الطرف الأول البائعة

                                                                    ائل عبد العزيز لعكي

                                    شهود الاتفاق

شاهـــــد                           شاهـــــد

## Sale Agreement

On this day Saturday, 2 Ramadan, 1422H corresponding to 7 November, 2001G, each of:

1- His Excellency Mr. Abdulrahman Khalid Bin Mahfouz, as Saudi national, I.D. number 90547 dated 8/3/1407H, issued in Jeddah, First Party ("Seller"); and

2- Public Investment Fund represented herein by his Excellency the Minister of Finance and National Economy Dr. Ibraheem Abdulaziz Al-Assaf, Second Party ("Buyer");

Agreed;

### Introduction

That the First Party was one of the founders of the National Commercial Bank (a Saudi Joint Stock Company) registered in the Commercial Register in the city of Jeddah under number 1588, and owns a number of its shares,

Whereas, the Second Party expressed its desire to purchase a number of the shares in the capital of this Bank owned by the First Party and the First Party expressed its agreement to this.

The two parties have agreed, therefore, while in possession of their full legal capacity and in the presence of witnesses to this Agreement, on the following:

The Introduction is an integral part of this Agreement.

Second: The First Party sold to the Second Party, who agrees to this, 1,177,000 shares (one million one hundred seventy seven thousand shares only) of the National Commercial Bank (a Saudi Joint Stock Company) registered in his name.

It was agreed that the price for one share shall be 400 Saudi Riyals (four hundred Saudi Riyals only per share) as is indicated in the minutes of meeting on 5/8/1422H corresponding to 2/10/2001AD, and for a total amount of 470,800,000 million Saudi Riyals (four hundred and seventy million and eight hundred thousand Saudi Riyals only).

Fourth: The Second Party shall pay the price by transfer to account number 50010092010107 at the National Commercial Bank in Jeddah.

This sale shall become effective immediately upon the Second Party's payment of the amount stated in Third above to the account referred to.

Sixth:      In event that any dispute, God forbid, should emerge over the interpretation of the articles of this Agreement, [the dispute] shall be resolved amicably by the two Parties.

Seventh:    This Agreement is executed in three counterparts, one for each party and a [third] counterpart for the National Commercial Bank to record in its books.

First Party (Seller)  
(signature)

Second Party (Buyer)  
(signature)

Witnesses to the Agreement

Witness  
(signature)

Witness  
(signature)

Shafeeq Othman

Mohammed bin Hamoud Al-Mazyad

اتفاقية بيع

إنه في يوم السبت مضان هـ الموافق نوفمبر أتفق كل من

ــ سعادة لأستاذ عبد الرحمن خالد بن محفوظ سعودي الجنسية بطاقة قـم
بتاريخ هـ صادر من جدة طرف ل بائع

ــ صندوق الاستثمار العامة ويمثله في هذا لاتفاق معالي وزير المالية والاقتصاد
الوطني الدكتور إبراهيم بن عبد العزيز العساف طرف ثاني مشتري

مقدمة

على أنه كان الطرف الأول احد مؤسسي البنك الأهلي التجاري (شركة مساهمة سعودية
مقيد بالسجل التجاري بمدينة جدة برقم        مالكا لعدد من أسهمه  حيث ن
الطرف الثاني ابدى غبته في شر        من لأسهم التي يمتلكها الطرف الأو في أس
مال هذا البنك ابدي الطرف الأو موافقته على لك فقد أتفق الطرفان وهما بكامل اهليتهما
المعتبر شرعا وبحضو شهو. لاتفاق على ما يلي

أولا   تعتبر المقدمة جز. لا يتجز. من هذا الاتفاق

ثانيا با لطرف الأول للطرف الثاني القابل لذلك        سهم (فقط مليون
ائة سبعة سبعون ألف سهم لاغير من اسهم البنك الأهلي التجاري (شركة مساهمة
سعودية المسجلة اسمه

ثالثا   اتفق على تحديد سعر البيع للسهم الواحد بمبلغ        ريال سعودي فقط
أربعمائة ريال سعودي لا غير للسهم الواحد  كما هو وار. بمحضر الإجتما الذي تم
بتاريخ هـ الموافق           وبقيمة الية        ريال
سعودي  فقط بعملة سبعون مليون وثمانمائة ألف ريال سعودي لاغير

ابعا   يقو الطرف الثاني بسداد لقيمة عن طريق الحوالة الي الحساب قـم
لدي البنك الأهلي التجاري بجدة



يتبعه صفحة

صفحه (٢)

خامسا   يصبح هذا البيع نافذا بمجرد سديد الطرف الثاني للقيمه المشار إليها فـي (ثالثًا) أعلاه بالحساب المشار اليه

سادسا   في حاله نشو أي خلاف لا قدر الله في تفسير بنود هـذا الاتفـاق يتـم انهائـه بالتراضي بين الطرفين

سابعا   حرر الاتفاق   ثلاث نسخ بيد كل طرف نسخه ونسخه للبنك الأهلي التجـاري لإثبات ذلك بسجلاته

الطرف الأول   البائع

الطرف الثاني   المشتري

شهود الاتفاق

شاهــــــد

شاهــــــد