Exhibit A, part 2 of 2

Sale Agreement

On this day Saturday, 2 Ramadan,  422H corresponding to 17 November, 2001G, each of:

- His Excellency Mr. Sultan Salem Bin Mahfouz, as Saudi national,  .D. number 104566 dated 4/6/1410H, issued in Jeddah, First Party ("Seller"); and

2- Public Investment Fund represented herein by his Excellency the Minister of Finance and National Economy Dr. Ibraheem Abdulaziz Al-Assaf, Second Party ("Buyer");

Agreed

Introduction

That the First Party was one of the founders of the National Commercial Bank (a Saudi Joint Stock Company) registered in the Commercial Register in the city of Jeddah under number 1588, and owns a number of its shares,

Whereas, the Second Party expressed its desire to purchase a number of the shares in the capital of this Bank owned by the First Party and the First Party expressed its agreement to this.

The two parties have agreed, therefore, while in possession of their full legal capacity and in the presence of witnesses to this Agreement, on the following:

The Introduction is an integral part of this Agreement.

Second:   The First Party sold to the Second Party, who agrees to this, 600,000 shares (six hundred thousands shares only) of the National Commercial Bank (a Saudi Joint Stock Company) registered in his name.

It was agreed that the price for one share shall be 400 Saudi Riyals (four hundred Saudi Riyals only per share) as is indicated in the minutes of meeting on 5/8/1422H corresponding to 2/10/2001AD, and for a total amount of 240 million Saudi Riyals (two hundred and forty million Saudi Riyals only).

Fourth   The Second Party shall pay the price by transfer to account number 50010092010107 at the National Commercial Bank in Jeddah.

This sale shall become effective immediately upon the Second Party's payment of the amount stated in Third above to the account referred to.

Sixth:   In event that any dispute, God forbid, should emerge over the interpretation of the articles of this Agreement, [the dispute] shall be resolved amicably by the two Parties.

Seventh:   This Agreement is executed in three counterparts, one for each party and a [third] counterpart for the National Commercial Bank to record in its books.

First Party (Seller)
(signature)

Second Party (Buyer)
(signature)

Witnesses to the Agreement

Witness
(signature)

Witness
(signature)

Shafeeq Othman

Mohammed bin Hamoud Al-Mazyad

اتفاقية بيع

**إنه في يو السبت** مضان **هــ المو.فق ٧ نوفمبر** م أتفق كل من

سعاد الأستا سلطان خالد بن محفوظ سعودي الجنسية بطاقة قم **بتــاريخ**
**صادر** من **جد طرف** أول بائع
صندوق لاستثمار**ات** العامة ويمثله في لاتفاق معالي **زيـــر** المالبــة لاقتصــاد
**الوطني** الدكتور إبر.هيم بن عبد العزيز العساف **طرف ثاني** مشتري
مقدمة

**علي أنه كان الطرف** لأول **مؤسسي** البنك **الأهلي** التجاري **(شركه مســــاهمة ســعودية**
مقيد بالسحل التجاري بمدينة **جد برقم** مالكا لعد **مـــــن أســـهمه** حيــث أن
**الطرف** النائي ايدي غيته **في شر،** من الأسهم التي يمتلكها **الطـــرف** لأول **فـــي أس**
**مال هد** البنك **أبدي الطرف** الأول مو.فقته علي ذلك فقد تفق **الطرفان وهما** بكامل هليتـهما
المعتبر **شرعا** بحضور شهو لاتفاق **علي ما يلي**

**.لا** تعتبر المقدمةً حز يدمج من هذ لاتفاق

ثائنا **با** الطرف الأول للطرف **الثاني** القابل لذلك **سهم (فقط ســـــتمائة**
**ألف سهم لاغير، من أسهم** البنك 'لهني التجا.ي **(شـــركة مســـاهمة ســـعودية)** المســـجلة
باسمه

ثالثا اتفق على تحديد سعر البيع للسهم **الواحد بمبلــــغ ربـــال ســـعو.ي فقــط**
بعمائة ريـل سعو.ي **لا غير للسهم الو،** كما هو و، بمحصــر **الاجتمــا الــذي تــم**
بتاريخ **هــ المو.فق** بقيمة إجمالبـــة مليــون **ريـــا**
سعو.ي فقط مأتان بجون **مليون ربال سعو. غير**

**ابعا** يقو الطرف الثاني **بســـداد** القيمـــة عـــن طريـــق الحوالــة الـــي الحســـاب قـــم
لد البنك **الأهلي** التجاري بجد

يتبعه صفحة

صفحه (٢)

خامسا   يصبح هذا البيع نافذا بمجر   سديد الطرف الثاني للقيمه المشار إليها فــى (ثالثـا)
أعلاه بالحساب المسار إليه

سادسا   فى حالة نشو   أي خلاف لا قدر الله في نفسير بنـــود هـــذا الاتفـــاق يتـــم إنهانـــه
بالتراضى بين الطرفين

سابعا   حرر هذا الاتفاق من ثلاث نسح بيد كل طرف نسخة ونسخه نلبنك الاهلي التجـــــار
لاثبات ذلك بسجلاته

الطرف الثاني  المسرى

الطر   الأول   البائع

سهو  الاتفاق

شاهـــــد

شاهـــــد

Sale Agreement

On this day Saturday, 2 Ramadan, 1422H corresponding to 17 November, 2001G, each of:

- Miss Iman bint Khalid Salem Bin Mahfooz, a Saudi national, First Party ("Seller"); and

2- Public Investment Fund represented herein by his Excellency the Minister of Finance and National Economy Dr. Ibraheem Abdulaziz Al-Assaf, Second Party ("Buyer");

Agreed:


Introduction

That the First Party was one of the founders of the National Commercial Bank (a Saudi Joint Stock Company) registered in the Commercial Register in the city of Jeddah under number 1588, and owns a number of its shares,

Whereas, the Second Party expressed its desire to purchase a number of the shares in the capital of this Bank owned by the First Party and the First Party expressed its agreement to this.

The two parties have agreed, therefore, while in possession of their full legal capacity and in the presence of witnesses to this Agreement, on the following:

First        The Introduction is an integral part of this Agreement.

Second:      The First Party sold to the Second Party, who agrees to this, 1,800,000 shares (one million eight hundred thousand shares only) of the National Commercial Bank (a Saudi Joint Stock Company) registered in her name.

Third:       It was agreed that the price for one share shall be 400 Saudi Riyals (four hundred Saudi Riyals only per share) as is indicated in the minutes of meeting on 5/8/1422H corresponding to 2/10/2001AD, and for a total amount of 720 million Saudi Riyals (seven hundred and twenty million Saudi Riyals only).

Fourth       The Second Party shall pay the price by transfer to account number 50010092010107 at the National Commercial Bank in Jeddah.

Fifth:       This sale shall become effective immediately upon the Second Party's payment of the amount stated in Third above to the account referred to.

Sixth:       In event that any dispute, God forbid, should emerge over the interpretation of the articles of this Agreement, [the dispute] shall be resolved amicably by the two Parties.

Seventh:    This Agreement is executed in three counterparts, one for each party and a [third] counterpart for the National Commercial Bank to record in its books.

First Party (Seller)                         Second Party (Buyer)
(signature)                                  (signature)

Witnesses to the Agreement

Witness                                      Witness
(signature)                                  (signature)

Shafeeq Othman                               Mohammed bin Hamoud Al-Mazyad

## اتفاقية بيع

إنه في يوم السبت   رمضان      هـ الموافق    نوفمبر      ٢م أتفق كل من

ـ السيدة إيمان بنت خالد سالم بن محفوظ سعودية الجنسية طرف أول    بائعة

ـ صندوق الاستثمارات العامة ويمثله في هذا الاتفاق معالي وزيــــر الماليــــة والاقتصـــاد الوطني الدكتور إبراهيم بن عبد العزيز العساف طرف ثاني   مشتري

### مقدمة

علي أنه كانت الطرف الأول أحد مؤسسي البنك الأهلي التجاري (شركه مســـاهمه ســـعودية) مقيدة بالسجل التجاري بمدينة جدة برقم   ١٥٨٨ ومالكة لعدد مـــــن أســـهمه   وحيـــث أن الطرف الثاني أبدى رغبته في شراء عدد من الأسهم التي تمتلكها الطـــرف الأول فــــي   أس مال هذا البنك وأبدت الطرف الأول موافقتها علي ذلك فقد أتفـــــق الطرفـــان وهمـــا بكـــامل أهليتهما المعتبرة شرعا وبحصور شهود الاتفاق علي ما يلي ـ

أولا   تعتبر المقدمة جز   لا يتجز   من هذا الاتفاق

ثانيا   باعت الطرف الأول للطرف الثاني القابل لذلك عـــدد (٠      ٨,      ســـهم (فقـــط مليون وثمانمائة ألف سهم لاغير) من أسهم البنك الأهلي التجاري (شركة مساهمة ســـعودية) والمسجلة بإسمها

ثالثًا   اتفق على تحديد سعر البيع للسهم الواحد بمبلـــــغ (٠      ريـــال ســـعودي ( فقـــط أربعمائة ريال سعودي لا غير للسهم الواحد   كما هو وارد بمحضــر الإجتمـــاع الـــذي تـــم بتاريخ /٨/٥      هـ الموافق ٢/ ١/      ٢م وبقيمة إجماليـــة   ٧٢ مليـــون ريـــال سعودي   فقط سبعمائة وعشرون مليون ريال سعودي لاغير

رابعا   يقوم الطرف الثاني بســـداد القيمـــة عـــن طريـــق الحوالـــة إلـــى الحســـاب رقـــم لدي البنك الأهلي التجاري بجدة      ٢      ٠٧

يتبعه صفحة (٢)



صفحة (٢)

**خامسا**   يصبح هذا البيع **نافذا بمجر**   **سديد الطر**   الثاني للقيمه المشار إليها فـــي (ثالثـــا) أعلاه بالحساب المشار اليه

**سادسا**   في حالة نشو   أي **خلاف لا** قدر الله **في** تفسير بنـــود هـــذا الاتفـــاق يتـــم انهانـــه بالنراضي بين الطرفين

**سابعا**   **حرر** هذا الاتفاق من **ثلاث** نسخ بيد كل **طرف** نسحه ونسحة للبنك الأهلي التجـــــار لإثبات ذلك بسجلاته

الطرف الثاني ( المشتري

الطرف الأول   البائعه

شهود الاتفاق

**شاهـــــــــد**

**شاهـــــــد**

Sale Agreement

On this day Saturday, 2 Ramadan, 1422H corresponding to 17 November, 2001G, each of:

- Miss Umayyah bin Yasin Abd al-Aziz Kaaki, a Saudi national, First Party ("Seller"); and

2- Public Investment Fund represented herein by his Excellency the Minister of Finance and National Economy Dr. Ibraheem Abdulaziz Al-Assaf, Second Party ("Buyer");

Agreed:


Introduction

That the First Party was one of the founders of the National Commercial Bank (a Saudi Joint Stock Company) registered in the Commercial Register in the city of Jeddah under number 1588, and owns a number of its shares,

Whereas, the Second Party expressed its desire to purchase a number of the shares in the capital of this Bank owned by the First Party and the First Party expressed its agreement to this.

The two parties have agreed, therefore, while in possession of their full legal capacity and in the presence of witnesses to this Agreement, on the following:

First:          The Introduction is an integral part of this Agreement.

Second:         The First Party sold to the Second Party, who agrees to this, 1,400,000 shares (one million four hundred thousand shares only) of the National Commercial Bank (a Saudi Joint Stock Company) registered in his name.

Third:          It was agreed that the price for one share shall be 400 Saudi Riyals (four hundred Saudi Riyals only per share) as is indicated in the minutes of meeting on 5/8/1422H corresponding to 2/10/2001AD, and for a total amount of 560 million Saudi Riyals (five hundred and sixty million Saudi Riyals only).

Fourth:         The Second Party shall pay the price by transfer to account number 50010092010107 at the National Commercial Bank in Jeddah.

Fifth:          This sale shall become effective immediately upon the Second Party's payment of the amount stated in Third above to the account referred to.

| Sixth | In event that any dispute, God forbid, should emerge over the interpretation of the articles of this Agreement, [the dispute] shall be resolved amicably by the two Parties. |
|---|---|
| Seventh | This Agreement is executed in three counterparts, one for each party and a [third] counterpart for the National Commercial Bank to record in its books. |

First Party (Seller)                          Second Party (Buyer)
(signature)                                        (signature)

Witnesses to the Agreement

Witness                                            Witness
(signature)                                        (signature)

Shafeeq Othman                                Mohammed bin Hamoud Al-Mazyad

اتفاقية بيع

إنه في يوم السبت   رمضان    ٤  هـ الموافق ٧  نوفمبر    ٢م أتفق كل من

ـ السيدة أمية بنت ياسين عبدالعزيز كعكي سعودية الجنسية طرف أول   بائعة
٢ ـ صندوق الاستثمارات العامة ويمثله في هذا الاتفاق معالي وزيـــر المائيـــة والاقتصــاد
الوطني الدكتور إبراهيم بن عبد العزيز العساف طرف ثاني ( مشتري

مقدمه

علي أنه كانت الطرف الأول أحد مؤسسي البنك الأهلي التجاري (شركه مســاهمة ســعودية)
مقيدة بالسجل التجاري بمدينة جدة برقم   ٥٨٨  ومالكة لعدد مـــن أســهمه  وحيـــث أن
الطرف الثاني أبدي رغبته في شراء    من الأسهم التي تمتلكها الطـــرف الأول فـــي رأس
مال هذا البنك وأبدت الطرف الأول موافقتها علي ذلك فقد أتفـــق الطرفـــان وهمـــا بكـــامل
أهليتهما المعتبرة شرعا وبحضور شهود الاتفاق علي ما يلي

أولا  تعتبر المقدمة جز   يتجزأ من هذا الاتفاق

ثانيا  باعت الطرف الأول للطرف الثاني القابل لذلك عـــدد (٠     ســهم (فقـــط
مليون واربعمائة ألف سهم لاغير) من أسهم البنك الأهلي التجاري (شركة مساهمة ســعودية)
والمسجلة بإسمها

ثالثا  اتفق على تحديد سعر البيع للسهم الواحد بمبلـــغ (٠   ريــال ســعودي  فقـــط
أربعمائة ريال سعودي لا غير للسهم الواحد  كما هو وارد بمحصـــر الإجتمـــاع الــذي تــم
بتاريخ ٨/٥/   هـ الموافق ٢/ ١/   ٢م وبقيمة إجماليـــة   مليـــون ريـــال
سعودي ( فقط خمسمائة وستون مليون ريال سعودي لاغير

رابعا  يقوم الطرف الثاني بســـداد القيمـــه عـــن طريـــق الحوالـــة إلـــي الحســاب رقـــم
لدي البنك الأهلي التجاري بجدة   ٧٠

يتبعه صفحة (٢)

صفحه (٢)

خامسا  يصبح هذا البيع نافذا بمجر  تسديد الطرف الثاني للقيمة المسار إليها فـــي (ثالثـــا) أعلاه بالحساب المشار إليه

سادسا  في حاله نقمو  أي خلاف لا قدر الله في تفسير بــــود هـــذا الاتفـــاق يتــم انهائـــه بالتراضي بين الطرفين

سابعا  حر,  الاتفاق من ثلاث نسخ بيد كل طرف نسخة ونسخة للبنك الأهلي التجـــــــاري لإثبات ذلك بسجلاته

الطرف الثاني  (المشتري )                        الطرف الأول   البائعه

تسهود الاتفاق

شاهـــــــــد                                        شاهـــــــد