# EXHIBIT - B

[Letterhead of Khalid Salem bin Mahfooz]

Jeddah on: 2 Ramadan 1422H
Corresponding to: 17 November 2001G

Esteemed Brother Abdullah Salem Bahamdan　　　　　　　　　With Respect.
Chairman of the Board and Managing Director
National Commercial Bank, Jeddah

Greetings,

Based on the understanding reached with you, we enclose for you the following:
1- The original Stock Certificate number (39) representing 599,900 shares of the National Commercial Bank.
2- A copy of a sale agreement for 600,000 shares executed with the Public Investment Fund.

We remind you that the Bank has in its possession a Stock Certificate in my name, number (2), representing 100 shares ( only one hundred shares ) as guarantee for my [Board] membership making the total number of shares of the two certificates equal to the shares sold to the Fund. This is so that you may take the steps necessary with respect to this sale agreement and its recording in the Bank's shareholder register and to provide me with a copy of your letter to the Public Investment Fund, confirming the delivery of shares thereto, for our record keeping.

With my regards.


[Signature]
Khalid Salem bin Mahfooz

خالد سالم بن محفوظ

جدة في : ٢ رمضان ١٤٢٢هـ
الموافق : ١٧ نوفمبر ٢٠٠١م

المكرم الأخ عبدالله سالم باحمدان          المحترم
رئيس مجلس الإدارة العضو المنتدب
البنك الأهلي التجاري جدة

بعد التحية ،،،

بناء على التفاهم الذي تم معكم نرفق لكم طي هذا ما يلي : ـــ

١ ــ أصل شهادة أسهم رقم (٣٩) بعدد ٥٩٩,٩٠٠ سهم من أسهم البنك الأهلي التجاري .
٢ ــ نسخة من مبايعة لعدد ٦٠٠,٠٠٠ سهم موقعة مع صندوق الاستثمارات العامة .

ونذكركم بأنه يوجد لدى البنك شهادة أسهم باسمي برقم (٢) بعدد ١٠٠ سهم (فقــــط مائـــة سهم لاغير) أسهم تأمين العضوية ليكون عدد أسهم الشهادتين موافـــــق للأســــهم المباعـــة للصندوق ، وذلك لاتخاذ اللازم بشأن هذه المبايعة وإثباتها بســـجلات المســاهمين بـالبنك وموافاتي بصورة من خطابكم لصندوق الاستثمارات العامة الذي يفيــــد تســـليمه شـــهادات الأسهم بعد التنفيذ للحفظ لدينا .

وتقبلوا تحياتي ،،،

خالد سالم بن محفوظ

[Letterhead of Naylah Abd al-Aziz Kaaki]

Jeddah on: 2 Ramadan 1422H
Corresponding to: 17 November 2001G

Esteemed Brother Abdullah Salem Bahamdan   With Respect.
Chairman of the Board and Managing Director
National Commercial Bank, Jeddah

Greetings,

Based on the understanding reached with you, we enclose for you the following:
1- The original Stock Certificates numbers (52, 53, 54 and 58) totaling 7,200,000 shares of the National Commercial Bank.
2- A copy of a sale agreement for 12,000,000 shares executed with the Public Investment Fund.

We remind you that the original of Stock Certificate number (45) representing 4,800,000 shares was delivered to you enclosed with the letter of his Excellency the Governor of the [Saudi Arabian Monetary] Agency, whose original was sent to you, making the total number of shares of the two certificates equal to the shares sold to the Fund. This is so that you may take the steps necessary with respect to this sale agreement and its recording in the Bank's shareholder register and to provide me with a copy of your letter to the Public Investment Fund, confirming the delivery of shares thereto, for our record keeping.

With my regards.


[Signature]
Naylah Abd al-Aziz Kaaki

[P.O.Box 52558 Jeddah 21573 Telephone: 6995555- Fax 6990449]

# نائلة عبدالعزيز كعكي

---

| | | | |
|---|---|---|---|
| جدة في | مصان | هـ | |
| الموافق | نوفمبر | م | |

المكرم   ح عبدالله سالم با. ان                              المحترم
ئيس مجلس الإدا   العصو المنتدب
البنك الأهلي التجاري جد

التحية

بنا. على التفاهم الذي تم معكم نرفق لكم طي ما يلي ـــ

اصو شهادات الأسهم قـــــام                والتــي يبلــغ محموعـــها
سهم من أسهم البنك  هلي التحار
ــ نسخة من مبايعة لعدا                    سهم موقعة مع صندوق لاستثمارات العامة

ونذكركم بأنه قد   اليكم اصل شها  لأسهم قم   بعدد    ســهم التــي ورا   لكم  ڤق خطاب معالي محافظ المؤسسة والمرسل اساسه لكـــم ليكـــون عـــدد اسـهم الشهادتين موافق للأسهم المباعة للصندوق    ذلك لاتخاذ اللازم بشأن هذ المبايعة اثباتها بسجلات المساهمين بالبنك  موافاتى بصور من خطابكم لصندوق الاستثما ت العامة الـذي يفيد تسليمه شهادات الأسهم بعد التنفيذ للحفظ لدينا

تقبلو تحياتي

نائلة عبدالعزيز كعكي

---

[Letterhead of Abdulrahman K. S. bin Mahfouz]

Jeddah on: 2 Ramadan 1422H
Corresponding to: 17 November 2001G

Esteemed Brother Abdullah Salem Bahamdan                    With Respect.
Chairman of the Board and Managing Director
National Commercial Bank, Jeddah

Greetings,

Based on the understanding reached with you, we enclose for you the following:
1- The original Stock Certificate number (60) representing 600,000 shares of the National Commercial Bank.
2- A copy of a sale agreement for 1,177,000 shares executed with the Public Investment Fund.

We remind you that the Bank has in its possession Stock Certificate in my name, number (5), representing 100 shares (only one hundred shares) as guarantee for my [Board] membership, in addition to Stock Certificate number (41) representing 659,900 shares which was delivered to you enclosed with the letter of his Excellency the Governor of the [Saudi Arabian Monetary] Agency, whose original was sent to you. This is so that you may take the steps necessary with respect to this sale agreement and its recording in the Bank's shareholder register and to provide me with a copy of your letter to the Public Investment Fund, confirming the delivery of shares thereto, for our record keeping. As for the remaining shares totaling 83 thousand shares, these are to be issued in certificates as follows:
A- A certificate for 3,000 shares (three thousand shares).
B- A certificate for 80,000 shares (eighty thousand shares)

With my regards.


[Signature]
Abdulrahman K. S. bin Mahfouz


[P.O.Box 52558 Jeddah 21573 Tel.699-5555 Fax.699-2222 Malik Road near Hajrain Village Compound]

*Abdulrahman K. S. Bin Mahfouz* عبدالرحمن خالد السالم بن محفوظ

جدة في : ٢ رمضان ١٤٢٢هـ
الموافق : ١٧ نوفمبر ٢٠٠١م

المكرم الأخ عبدالله سالم باحمدان       المحترم
رئيس مجلس الإدارة العضو المنتدب
البنك الأهلي التجاري جدة

بعد التحية،،،

بناء على التفاهم الذي تم معكم نرفق لكم طي هذا ما يلي : ـ

١ ــ أصل شهادة أسهم رقم (٦٠) بعدد ٦٠٠,٠٠٠ سهم من أسهم البنك الأهلي التجاري .
٢ ــ نسخة من مبايعة لعدد ١,١٧٧,٠٠٠ سهم موقعة مع صندوق الاستثمارات العامة .

ونذكركم بأنه يوجد لدى البنك شهادة أسهم بإسمي برقم (٥) بعدد ١٠٠ سهم (فقط مائة سهم لاغير) أسهم تأمين العضوية ، إضافة إلى الشهادة رقم (٤١) بعدد ٦٥٩,٩٠٠ سهم التي وردت لكم رفق خطاب معالي محافظ المؤسسة والمرسل أساسه لكم ، وذلك لاتخاذ اللازم بشأن هذه المبايعة وإثباتها بسجلات المساهمين بالبنك وموافاتي بصورة من خطابكم لصندوق الاستثمارات العامة الذي يفيد تسليمه شهادات الأسهم بعد التنفيذ للحفظ لدينا ، أما بخصوص الأسهم المتبقية من هذه الشهادات والبالغة ٨٣ ألف سهم يتم إصدار شهادات بها على النحو التالي : ـ

ـ شهادة بعدد ٣,٠٠٠ سهم (ثلاثة آلاف سهم)
ب ــ شهادة بعدد ٨٠,٠٠٠ سهم (ثمانون ألف سهم)

وتقبلوا تحياتي،،،

عبدالرحمن خالد بن محفوظ

[Letterhead of Sultan Khalid bin Mahfouz Office]

Jeddah on: 2 Ramadan 1422H
Corresponding to: 17 November 2001G

Esteemed Brother Abdullah Salem Bahamdan               With Respect.
Chairman of the Board and Managing Director
National Commercial Bank, Jeddah

Greetings,

Based on the understanding reached with you, we enclose for you a copy of a sale agreement for 600,000 shares executed with the Public Investment Fund.

We remind you that the Bank has in its possession a Stock Certificate in my name, number (7), representing 100 shares ( only one hundred shares ) as guarantee for my [Board] membership, in addition to Stock Certificate number (43) representing 599,900 shares which was delivered to you enclosed with the letter of his Excellency the Governor of the [Saudi Arabian Monterey ] Agency, whose original was sent to you, making the total number of shares of the two certificates equal to the shares sold to the Fund. This is so that you may take the steps necessary with respect to this sale agreement and its recording in the Bank's shareholder register and to provide me with a copy of your letter to the Public Investment Fund, confirming the delivery of shares thereto, for our record keeping.

With my regards.


[Signature]
Sultan Khalid bin Mahfooz



[P.O.Box 52558 Jeddah 21573 Tel.699-5555 Fax.699-2222]

# سلطان خالد بن محفوظ
## Sultan Khalid Bin Mahfouz
### OFFICE

جدة في : ٢ رمضان ١٤٢٢هـ
الموافق : ١٧ نوفمبر ٢٠٠١م

المكرم الأخ عبدالله سالم باحمدان          المحترم
رئيس مجلس الإدارة العضو المنتدب
البنك الأهلي التجاري جدة

بعد التحية،،،

بناء على التفاهم الذي تم معكم نرفق لكم طي هذا نسخة من مبايعة لعدد ٦٠٠,٠٠٠ سهم موقعة مع صندوق الاستثمارات العامة .

ونذكركم بأنه يوجد لدى البنك شهادة أسهم بإسمي برقم (٧) بعدد ١٠٠ سهم (فقـــط مائـــة سهم لاغير) أسهم تأمين العضوية إضافة ، إلى الشهادة رقم (٤٣) بعدد ٥٩٩,٩٠٠ ســـهم التي وردت لكم رفق خطاب معالي محافظ المؤسسة والمرسل أساسه لكم ليكون عدد أســـهم الشهادتين موافق للأسهم المباعة للصندوق ، وذلك لاتخاذ اللازم بشأن هذه المبايعة وإثباتها بسجلات المساهمين بالبنك وموافاتي بصورة من خطابكم لصندوق الاستثمارات العامة الـذي يفيد تسليمه شهادات الأسهم بعد التنفيذ للحفظ لدينا .

وتقبلوا تحياتي،،،

سلطان خالد بن محفوظ

[Letterhead of Iman Khalid bin Mahfouz]

Jeddah on: 2 Ramadan 1422H
Corresponding to: 17 November 2001G

Esteemed Brother Abdullah Salem Bahamdan                    With Respect.
Chairman of the Board and Managing Director
National Commercial Bank, Jeddah

Greetings,

Based on the understanding reached with you, we enclose for you a copy of a sale agreement for 1,800,000 shares executed with the Public Investment Fund.

We remind you that the original Stock Certificate number (8) representing 1,800,000 shares was delivered to you enclosed with the letter of his Excellency the Governor of the [Saudi Arabian Monetary ] Agency, whose original was sent to you. This is so that you may take the steps necessary with respect to this sale agreement and its recording in the Bank's shareholder register and to provide me with a copy of your letter to the Public Investment Fund, confirming the delivery of shares thereto, for our record keeping.

With my regards.


[Signature]
Iman Khalid bin Mahfooz

إيمان خالد بن محفوظ

جدة فى   رمضان
الموافق   ٧  نوفمبر   ٢م

المكرم الأخ عبدالله سالم باحمدان     المحترم
رئيس مجلس الإدارة العضو المنتدب
البنك الأهلي التجاري جدة

بعد التحية،،،

بناء على التفاهم الذي تم معكم نرفق لكم طيه نسخة من مبايعة لعدد ٨,   سهم
موقعه مع صندوق الاستثمارات العامه

ونذكركم بأنه قد    إليكم أصل سهاده الأسهم رقم (٨) بعدد    سهم التي
ور    لكم فق خطاب معالي محافظ المؤسسه المرسل أساسه لكم وذلك لاتخاذ اللاز
بشأن هذه المبايعة وإثباتها بسجلات المساهمين بالبنك وموافاتي بصور من خطابكم
لصندوق الاستثمارات العامة الذي يفيد تسليمه شهادات الأسهم بعد التنفيذ للحفظ لدينا

وتقبلوا تحياتي،،،

إيمان خالد   محفوظ

[Letterhead of Umayyah Yasin Kaaki]

Jeddah on: 2 Ramadan 1422H
Corresponding to: 17 November 2001G

Esteemed Brother Abdullah Salem Bahamdan                With Respect.
Chairman of the Board and Managing Director
National Commercial Bank, Jeddah

Greetings,

Based on the understanding reached with you, we enclose for you the following:
1- The original Stock Certificate number (62) representing 200,000 shares of the National Commercial Bank.
2- A copy of a sale agreement for 1,400,000 shares executed with the Public Investment Fund.

We remind you that the original of Stock Certificate number (9) representing 1,200,000 shares was delivered to you enclosed with the letter of his Excellency the Governor of the [Saudi Arabian Monetary] Agency, whose original was sent to you, making the total number of shares of the two certificates equal to the shares sold to the Fund. This is so that you may take the steps necessary with respect to this sale agreement and its recording in the Bank's shareholder register and to provide me with a copy of your letter to the Public Investment Fund, confirming the delivery of shares thereto, for our record keeping.

With my regards.


[Signature]
Umayyah Yasin Kaaki


[P.O.Box 52558 Jeddah 21573 Telephone: 6995555- Fax 6990449]

# أمية ياسين كعكي

|  |  |  |
|---|---|---|
| جدة في | رمضان | هـ |
| الموافق | نوفمبر | ٢م |

المكرم الأخ عبدالله سالم باحمدان المحترم
رئيس مجلس الإدارة العضو المنتدب
البنك الأهلي التجاري جدة

بعد التحية،،،

بناءً على التفاهم الذي تم معكم نرفق لكم طي ما يلي

— أصل شهادة الأسهم رقم        بعدد        سهم من أسهم البنك الأهلي التجاري

— نسخه من مبايعة لعدد        سهم موقعة مع صندوق الاستثمار العامة

ونذكركم بأنه قد ورد اليكم أصل شهادة الأسهم رقم ( ٩ بعدد        سهم التي ور   لكم فق خطاب معالي محافظ المؤسسة المرسل أساسه لكم ليكون عدد أسهم الشهادتين موافق للأسهم المباعة للصندوق وذلك لاتخاذ اللازم بشأن هذه المبايعة وإثباتها بسجلات المساهمين بالبنك وموافاتي بصور من خطابكم لصندوق الاستثمارات العامة الذي يفيد تسليمه شهادات الأسهم بعد التنفيذ للحفظ لدينا

وتقبلو تحياتي،،،

أمية ياسين عبدالعزيز كعكي

ص ب ٥٢٥٥٨ جدة ٥٧٣   السعودية تليفون ٩٥٥٥٥   فاكس