## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2004, the foregoing Response of The National Commercial Bank to the Supplemental Affidavits of David K. Draper and John Fawcett, and the Affidavit of Mitchell R. Berger (and accompanying Exhibits), were filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Ugo Colella
Ugo Colella