# LAW OFFICES OF
# JERRY S. GOLDMAN & ASSOCIATES, P.C.

A NEW YORK PROFESSIONAL CORPORATION DULY QUALIFIED TO TRANSACT BUSINESS WITHIN THE COMMONWEALTH OF PENNSYLVANIA

TWO PENN CENTER PLAZA • SUITE 1411
1500 JFK BOULEVARD
PHILADELPHIA, PA 19102
TEL: 215.569.4500 • FAX: 215.569.8899

111 BROADWAY • 13TH FLOOR
NEW YORK, NY 10006
TEL: 212.242.2232 • FAX: 212.346.4665

JERRY S. GOLDMAN
DIRECT DIAL: 215.569.4500 ext. 12
jgoldman@goldmanlawyers.com
Admitted to: NY, PA & MASS
LLM in Taxation

3109 STIRLING ROAD • SUITE 101
FORT LAUDERDALE, FL 33312
TEL: 954.981.6533 • FAX: 954.989.8068

ECF

Reply To:  New York

October 4, 2004

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-8-04

**OVERNIGHT MAIL**

Honorable Richard Conway Casey
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
Room 1950
New York, NY 10007

     **Re:** *In re Terrorist Attacks of September 11, 2001*
       **MDL 1570**
       *O'Neill, et. al.  v. Kingdom of Saudi Arabia et. al.*
       **04-CV-1922 (RCC)**
       *O'Neill, et. al. v. Al Baraka, et. al.*
       **04 CV-01923 (RCC)**
       *O'Neill et. al. v. Republic of Iraq, et. al.*
       **04 CV- 1076 (RCC)**
       **PERTAINING TO PUBLICATION**

Dear Judge Casey:

   I have received Mr. Motley's letter to the court dated September 28, 2004, sent in apparent response to our letters of September 24, 2004 and September 27, 2004 pertaining to O'Neill, et al. v. Kingdom of Saudi Arabia, et al., case number 04-cv-01922 (RCC) ("Kingdom"), and O'Neill, et al. v. Al Baraka, et al., case number 04-cv-01923 (RCC) ("Al Baraka") and O'Neill, et al. v. Republis of Iraq, et al., case number 04-cv-1076 (RCC) ("Iraq"), respectively.  Apparently, as a matter of oversight, Mr. Motley omitted one of the already designated multi district cases, namely our Iraq case, which was the subject of our September 27, 2004 letter, in listing the cases for which publication was being sought.

   We are most respectfully requesting that, as set forth in our September 27, 2004 letter, the publication order be amended to include the O'Neill-Iraq case as well as our Al Baraka and Kingdom cases.

X:\Clients\ONeill v. Saudi arabia\Correspondence\l-Judge Casey 10.4.04.lwp

**LAW OFFICES OF JERRY S. GOLDMAN & ASSOCIATES, P.C.**

October 4, 2004
Page 2

We request your Honor's endorsement of this request.

Respectfully submitted,

LAW OFFICES OF JERRY S. GOLDMAN &
ASSOCIATES, P.C.

By: _____
JERRY S. GOLDMAN, ESQUIRE
Attorneys for the Plaintiffs

Application granted, provided the only Defendants to be served by publication are those Plaintiffs have listed in the Sept. 30 order. Further, Mr. Abdulrahman Bin Mahfuz is to be removed from the list of Defendants to be served by publication & is to be served by mail.

So Ordered this 7 day of October, 2004

_____
RICHARD CONWAY CASEY,
United States District Court Judge

JSG:ck
Enc. a/s
cc: Counsel of Record via email

X:\Clients\ONeill v. Saudi arabia\Correspondence\l-Judge Casey 10.4.04.lwp