**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
:
**IN RE TERRORIST ATTACKS ON**                :
**SEPTEMBER 11, 2001**                         :          **03 MD 1570 (RCC)**
:          **ECF Case**
------------------------------------------------------------x
:
**FEDERAL INSURANCE CO., et al.,**             :
:
       **Plaintiffs,**          :          **03 CV 6978 (RCC)**
:          **ECF Case**
    **v.**                                       :
:
**AL QAIDA, et al.,**                           :
:
       **Defendants.**          :
:
------------------------------------------------------------x

**NOTICE OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(2) and 12(b)(6) BY ISLAMIC INVESTMENT COMPANY OF THE GULF (SHARJAH)**

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law submitted in support of this motion, and all prior pleadings and proceedings here, Defendant Islamic Investment Company of the Gulf (Sharjah), by their attorneys Sheppard Mullin Richter & Hampton LLP, will move this Court on _____, 2004, at _____ a.m., or as soon thereafter as counsel may be heard, before the Honorable Richard C. Casey, United States District Judge, United States District Court for the Southern District of New York, at the United States Court House, 500 Pearl Street, New York, New York, for an Order pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing all claims against

Defendant Islamic Investment Company of the Gulf (Sharjah) in the First Amended Complaint with prejudice, and for such other and further relief as the Court may deem just and proper.

Dated:  New York, New York          Respectfully submitted,
       October 8, 2004          SHEPPARD MULLIN RICHTER & HAMPTON LLP

                                     By:_____/s/_____
                                          James J. McGuire (JM-5390)

                                         30 Rockefeller Plaza
                                         Suite 4250
                                         New York, New York 10112
                                         (212) 332-3800

                                         *Attorneys for Defendant*
                                          *Islamic Investment Company of the Gulf (Sharjah)*

Timothy J. McCarthy
Mark A. Berube
Of Counsel