## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that he has this 8th day of October, 2004, served the foregoing **NOTICE OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(2)and 12(b)(6) BY ISLAMIC INVESTMENT COMPANY OF THE GULF (SHARJAH)** and **MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS OF DEFENDANT ISLAMIC INVESTMENT COMPANY OF THE GULF (SHARJAH)** by filing the same with the United States District Court for the Southern District of New York via the Court's Electronic Case Filing system, which constitutes service upon all parties who are Filing Users in the above captioned matter(s), pursuant to Procedure 9 of the Court's Procedures for Electronic Case Filing.

Dated: New York, New York
      October 8, 2004

Respectfully submitted,

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By:_____/s/_____
   Timothy J. McCarthy (TM-2118)

30 Rockefeller Plaza
Suite 4250
New York, New York 10112
(212) 332-3800

*Attorneys for Defendant*
*Islamic Investment Company of the Gulf (Sharjah)*

Timothy J. McCarthy
Mark A. Berube
Of Counsel

W02-NY:1ESC1\120000104.1