```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-12-04
```

*(AJER, 5)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*                    Federal Insurance Co. v. al Qaida
                                               03 CV 06978 (RCC)

### STIPULATION OF VOLUNTARY DISMISSAL OF THE FEDERAL INSURANCE COMPANY PLAINTIFFS' FIRST AMENDED COMPLAINT AGAINST DEFENDANT HRH PRINCE BANDAR BIN SULTAN BIN ABDULAZIZ

IT HEREBY IS STIPULATED by and between counsel for the *Federal Insurance*

plaintiffs, and counsel for defendant HRH Prince Bandar bin Sultan bin Abdulaziz, that the

*Federal Insurance* plaintiffs' First Amended Complaint against defendant Prince Bandar shall be

and hereby is voluntarily dismissed, without prejudice, each side to bear its own attorneys' fees,

costs and expenses.

Dated: *October 8*, 2004

Respectfully Submitted,

COZEN O'CONNOR, PC                          KELLOGG, HUBER, HANSEN,
Attorneys for Federal Insurance Company     TODD & EVANS, PLLC
Plaintiffs                                  Attorneys for HRH Prince Bandar bin Sultan
                                            bin Abdulaziz

By: Elliott R. Feldman, Esquire             By: Michael K. Kellogg, Esquire
    1900 Market Street                          1615 M Street, N.W. Suite 400
    Philadelphia, PA 19103                      Washington, D.C. 20036

SO ORDERED:

_____
U.S.D.J.                          12/12/04