**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
:
**IN RE TERRORIST ATTACKS ON** :
**SEPTEMBER 11, 2001** :  **03 MD 1570 (RCC)**
: **ECF Case**
------------------------------------------------------------x
:
**FEDERAL INSURANCE CO., et al.,** :
:
        Plaintiffs, : **03 CV 6978 (RCC)**
: **ECF Case**
   v. :
:
**AL QAIDA, et al.,** :
:
        Defendants. :
:
------------------------------------------------------------x

### NOTICE OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(2) and 12(b)(6) BY DMI ADMINISTRATIVE SERVICES S.A.

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law submitted in support of this motion, and all prior pleadings and proceedings here, Defendant DMI Administrative Services S.A., by their attorneys Sheppard Mullin Richter & Hampton LLP, will move this Court on _____, 2004, at _____ a.m., or as soon thereafter as counsel may be heard, before the Honorable Richard C. Casey, United States District Judge, United States District Court for the Southern District of New York, at the United States Court House, 500 Pearl Street, New York, New York, for an Order pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing all claims against

Defendant DMI Administrative Services S.A. in the First Amended Complaint with prejudice, and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York  
       October 15, 2004

Respectfully submitted,  
SHEPPARD MULLIN RICHTER & HAMPTON LLP

By:_____/s/_____  
   James J. McGuire (JM-5390)

30 Rockefeller Plaza  
Suite 4250  
New York, New York 10112  
(212) 332-3800

*Attorneys for Defendant*  
*DMI Administrative Services S.A.*

Timothy J. McCarthy  
Mark A. Berube  
Of Counsel