## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has this 15th day of October, 2004, served the foregoing **NOTICE OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(2) and 12(b)(6) BY DMI ADMINISTRATIVE SERVICES S.A.** and **MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS OF DEFENDANT DMI ADMINISTRATIVE SERVICES S.A.** by filing the same with the United States District Court for the Southern District of New York via the Court's Electronic Case Filing system, which constitutes service upon all parties who are Filing Users in the above captioned matter(s), pursuant to Procedure 9 of the Court's Procedures for Electronic Case Filing.

Dated: New York, New York        Respectfully submitted,
       October 15, 2004        SHEPPARD MULLIN RICHTER & HAMPTON LLP

                                 By:_____/s/_____
                                    Timothy J. McCarthy (TM-2118)

                                  30 Rockefeller Plaza
                                  Suite 4250
                                  New York, New York 10112
                                  (212) 332-3800

                                  *Attorneys for Defendant*
                                   *DMI Administrative Services S.A.*

Timothy J. McCarthy
Mark A. Berube
Of Counsel