Attachment 6

State of Delaware



## Office of Secretary of State

I, MICHAEL RATCHFORD, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF INCORPORATION OF "MUWAFAQ FOUNDATION" FILED IN THIS OFFICE ON THE THIRD DAY OF FEBRUARY, A.D. 1992, AT 9 O'CLOCK A.M.

* * * * * * * * * *

_Richard Ratchford_

SECRETARY OF STATE

672034004

AUTHENTICATION:  *3332856

DATE:  02/03/1992

CERTIFICATE OF INCORPORATION
A NON-STOCK CORPORATION

FIRST: The name of this Corporation is _____ MUWAFAQ FOUNDATION.

SECOND: Its Registered Office in the State of Delaware is to be located at _____
'10 Yorklyn Rd., _____ Street, in the City of _____ Hockessin

County of _____ New Castle _____ Zip Code _____ 19707 _____. The Registered Agent in charge

hereof is _____ Registered Agents Ltd.

THIRD: The purpose of the corporation is to engage in any lawful act or activity for which corporations may be organized under the General Corporation Law of Delaware. (If the corporation is to be a nonprofit corporation, please add "This corporation shall be a nonprofit corporation.")

This Corporation shall be a Non Profit Corporation

FOURTH: The corporation shall not have any capital stock, and the conditions of membership shall be (in lieu of setting out the conditions of membership in the Certificate of Incorporation, a statement may be inserted that the conditions of membership shall be stated in the By-Laws.) as follows:

The "Original Members" of the foundation Board of Directors

1. Mr. Yassin A. Kadi, Chairman    Members of the Board:

Mr. Talal M. M. Badkook, Dr. Mohaman Ali Elgari,

Mr. Abdulghani Abdulla Alkhiriji

FIFTH: The name and mailing address of the incorporator are as follows:

Name _____ Mr. Yassin A. Kadi

Mailing Address _____ P.O. Box 214, Jeddah 21411, Saudi Airhia.

_____ Zip Code _____

I, THE UNDERSIGNED, being the incorporator hereinbefore named, for the purpose of forming a corporation pursuant to Chapter 1 of Title 8 of the Delaware Code, do make this Certificate, hereby declaring and certifying that the facts herein stated are true, and accordingly have hereunto set my hand this

_____ 14th _____ day of _____ January _____, A.D. 19 92.

_____ Incorporator