

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES

# COZEN
## O'CONNOR
ATTORNEYS

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215 665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com



October 7, 2004

**Elliott R. Feldman**
Direct Phone 215.665.2071
Direct Fax    215.701.2071
efeldman@cozen.com



The Honorable Richard C. Casey
United States District Court for the
District of New York
United States Courthouse
500 Pearl Street, Room 1950
New York, NY 10007-1312

Re:   In Re: Terrorist Attack on September 11, 2001, MDL No. 1570 (RCC)
      *Federal Insurance Company, et al. v. al Qaida, et al.*, 03 CV 6978 (RCC)

Dear Judge Casey:

    I am writing on behalf of the *Federal Insurance* plaintiffs respectfully to request Your Honor to schedule oral argument on the Motion to Dismiss filed by the Kingdom of Saudi Arabia on October 28. I believe Your Honor previously indicated that that date was available for additional oral argument, if required. Counsel for the Kingdom of Saudi Arabia has indicated that they are prepared to argue the Kingdom's Motion to Dismiss at the earliest convenient date for the Court.

    As counsel for the *Federal Insurance* plaintiffs, I respectfully submit that the KSA's Motion raises legal issues unique to The Kingdom, some of which are premised on the FSIA, but which also include separate, important legal issues and principles which warrant oral argument before the Court at this time.

The Honorable Richard C. Casey
October 7, 2004
Page 2

---

   Thank you for your kind attention to this matter.

Very truly yours,

COZEN O'CONNOR

By: Elliott R. Feldman

ERF/rd
cc: All Counsel of Record (Via Email or Fax))

---

October 28 is no longer available on the Court's calendar.

Oral argument will be held on the Kingdom's motion to dismiss on November 9, 2004 at 11am Courtroom 14C

Counsel is to provide the Court with a schedule of counsel to argue by November 1, 2004.

October 14, 2004    Rae [signature]