Exhibit 3

Musanadat Aljehad LBI 58
In the name of God, the most compassionate, the most merciful
Islamic Benevolence Committee                  Internal Memo
In---Date---No.---Subject---To---Division---From---Division---

| | |
|---|---:|
| I received in person at the time brother Abul Bara'a traveled | 10,000 |
| I received from Sajjad, owner of Abul Bara'a house for the price of two (UI-PH) | 21,000 |
| I received from Abul Ridha-a debt he took from Abul Bara'a | 27,000 |
| I received from Asif-a debt he took from Abul Bara'a | 4,000 |
| I received from brother Abul Bara'a at the time of his trip for tickets (balance of 39,000) | 6,600 |

68,600

| | |
|---|---:|
| I received from Asif-balance of ticket price for Dr. Mustapha's ticket | 1,400 |

70,000

Expenditures:

| | | |
|---|---:|---:|
| On the House of Friday, the Friday/balancing account | | 17,979 |
| Al-Fitr alms | | 1,000 |
| Sacrifice during EID vigil, 30 Ramadhan by Abdul Malik    #1 | (1) | 1,500 |
| With Reedy Gul and Shair in moving the House/ | | 1,000 |
| On Abul Ridha given by Abdul Sabir/ will be paid by Abu hajir | | 3,000 |
| (The whole item above is crossed throughout. Nos. in () indicate (3) sacrifices. Trans. Note.) | | |
| I paid to Mohammed Al-faith on April 30, 1990 | | 38,000 |
| A loan from brother Abul Bara'a (UI-PH) | | |
| Sacrifice for a martyr in Sada on 4th. Shawal (month following Ramadhan) by Abdul Ghaffar #2 | (2) | 950 |
| Sacrifice at the camp by me    #3 | (3) | 1,400 |
| Feast thrown by Haji Gul Afreedi-house owner | | 2,000 |
| He withdrew from me in person on April 30 | | 5,000 |

                              (is crossed out)---------63,829
                              (" " " " " ")--------- 45,850
1171 (this # is circled) 58,754 (this # " " ")---------68,829
-500                     20,754 (" " " " " ")
 671 will be expenses for Shair and Reedy Gul
Six hundred seventy one

Copy to:

BOS000394



Musanadat Aljehad LBI 59
In the name of God, the most compassionate and the most merciful

In:--------- Date:----------No.-----------------Subject---------
To:--------- Division------------From----------Division--------

Islamic Benevolence Committee                    Internal Memo

I have received 50,000 from brother Abu Al-Bara'a in two installments (24,000/26,000) at the beginning of founding the House of Friday, the Friday.

Expenditures:

| | |
|---|---:|
| Spent on Friday, the Friday old expenses from the old house that was taken by Abu Firas | 4,204 |
| Shaikh Adil took from me at the airport | 500 |
| Three-month wages beginning April 1, 1990 | 24,000 |
| Wages for Shair for the month of April | 1,500 |
| Expenses of Shair for the month of April | 500 |
| Expenses of Shair for the month of April | 100 |
| New National air conditioner for guest room | 14,800 |
| Small washing machine | 1,150 |
| Kitchen utensils | 18,500 |
| Expenses of Shair for the month of May | 525 |
| " " " " " " " " " " " " " " " " " "    600 | |
| " " " " " " " " " " " " " " " " " " | 100 |
| Wages for Shair for the month of May | 1,500 |
| (Scribbles UI) " " " " " " | (Scribbles UI) |
| Paid Shair in person around June 6, 1990 | 500 |
| | 68,479 |
| A number that is crossed out----------------------- | 67,979 |

Copy to:

BOS000396



لجنة البر الإسلامية

مذكرة داخلية

| في : | للرقم: | الى : |
|---|---|---|
| رقم : | | قسم : |
| الموضوع : | | من : |
| | | قسم : |

الفقر :   50,000   تستعين مع أخي أبو البراء في دفتين ...... ......
              وذلك بداية تأسيس بيت لجنة الجير .

المصروفات :
4 . 5 . 4    بي جبة الجمعية معدنين قرية مع البيت القديمي الذي أخذه أبو راس
000      أخذها في بلج عادل مع المضاف
44 ...    دفعة أجرة الورشة أ سشهر وذلك من آخر كانون 1999
15 ...    ما بقي سبعة اشهر ج
0 ..      نصفها
1 ..
248 ..   مكتبة أبو سمير ناستوناد لفرقة العنيف
115 .    عمال لحت صيرة
185 ..   عدة مطبخ
055      معدن شهر لم شهد ج
6 ..     معدن شهر عمر شهد ج
1 ..     معدن شهر عمر شهد ج
15 ...   عشرة شهر مراشد ج
         ....... ........
5 ..     بيسمر في 1 - 1 / 6 / 96

                              امضاء
                              7847

صورة الى :

*(Parenthetical remarks in Italic are the translator's)*

*(Document name: **Musadat Aljehad LBI/36/Musanadat Aljehad LBI 60**)*

In the name of God, the most Compassionate, the most Merciful

Islamic Al-Birr Committee
(The World Assembly of Muslim Youth)

Internal Memo

| On: Corresponding with: | To: |
|---|---|
| Number: | Section: |
| Subject: | From: |
|  | Section: |

Text: 100,000 a payment from Abu Al-Baraa to the Jihad Department:

Expenses:

| | |
|---|---|
| 70,000 | Seventy Thousand for Abu Asim the Yemenis' Camp with coordination with Sheikh Adel |
| 5000 | Jlebeeb purchasing tents with the knowledge of Abu Al-Baraa |
| 4000 | For Abu Wael, " " " " " " " " |
| 3400 | Truck rental and it's expenses to Cooz *(or, Coz, phonetic)* for the blankets " " " *(with the knowledge of Abu AL-Baraa)* |
| 1500 | Sheer's salary month 3 |
| 3200 | Abdel Saboor Wounded and transportation |
| 2700 | Expenses in Abdel Ghafar's possession in two payments 1500 1200 |
| 2100 | Abdel Ghafar's salary in addition to three other days for month 3 |
| 650 | The cost of transporting the blankets to the warehouse |
| 500 | Miram Kul (on Usama's *(illegible)* account) *(crossed out)* |
| 3421 | Expenses of the Al-Khiyam *(the tents)* trip |

2724   Martyr's funeral from our project in Abdel Saboor's possession 6 Shawwal (10th month in the Islamic calendar)

-99195
Copy to: *(number is illegible, crossed-out)*

BOS000399

D:/BIF/SINGLECD/MUSADATALJEHADLBI/36/Musanadat ALjehad LBI 60    Page 1



لجنة البر الإسلامية

مذكرة داخلية

| | المؤرخ: | | الى: |
| --- | --- | --- | --- |
| رقم: | | | قسم: |
| الموضوع: | | | من: |
| | | | قسم: |

قمنا : ۱،۰۰۰،۰۰۰ دفعت بواسطة أبو البراء لإدارة الجهاد:

المصروفات :

- ۷،۱۰۰ سبعين ألف استرجعناهم مسكن الحسنين بتسميته الشيخ عادل
- ۵،۰۰۰ جليس شراء خيم مرتبة أخذ ح أبو البراء
- ٤،۰۰ لترويل = = = =
- ۲٤،۰۰ أجرة شاحنة ونصفه بنا حوز الكفر =
- ۱۵،۰۰ معاش سمير شهري
- ۲٤،۰۰ عبد الصبور حركة وتنقلات
- ۷۰،۰۰ معاش بو علاء العقاري ع دفعتي ستة ...
- ٤۱،۰۰ عما شريكه المنار دع كلارستنايج نفرتا و زلت شهر شركة
- ۶۰،۵ تكلفت نقل الفت إلا المستودع
- (سحب مبلغ دين حسب أحمد ... ديكي)
- ۲٤٤،٤ معينة سنوية الخيم
- ٤٤٤،٧ فائدة شهم مشروع بو عبد الصبور ج شوال

- ۹۹،۱۳۵

صورة الى :