Exhibit 3

Musanadat Aljehad LBI 58
In the name of God, the most compassionate, the most merciful
Islamic Benevolence Committee                    Internal Memo
In---Date---No.---Subject---To---Division---From---Division---

| | |
|---|---:|
| I received in person at the time brother Abul Bara'a traveled | 10,000 |
| I received from Sajjad, owner of Abul Bara'a house for the price of two (UI-PH) | 21,000 |
| I received from Abul Ridha-a debt he took from Abul Bara'a | 27,000 |
| I received from Asif-a debt he took from Abul Bara'a | 4,000 |
| I received from brother Abul Bara'a at the time of his trip for tickets (balance of 39,000) | 6,600 |

68,600

| | |
|---|---:|
| I received from Asif-balance of ticket price for Dr. Mustapha's ticket | 1,400 |
| | 70,000 |

Expenditures:

| | | |
|---|---:|---:|
| On the House of Friday, the Friday/balancing account | | 17,979 |
| Al-Fitr alms | | 1,000 |
| Sacrifice during EID vigil, 30 Ramadhan by Abdul Malik   #1 | (1) | 1,500 |
| With Reedy Gul and Shair in moving the House/ | | 1,000 |
| On Abul Ridha given by Abdul Sabir/ will be paid by Abu hajir | | 3,000 |

(The whole item above is crossed throughout.
Nos.in ()indicate (3) sacrifices.Trans. Note.)

| | | |
|---|---:|---:|
| I paid to Mohammed Al-faith on April 30, 1990 | | 38,000 |
| A loan from brother Abul Bara'a (UI-PH) | | |
| Sacrifice for a martyr in Sada on 4th. Shawal (month following Ramadhan) by Abdul Ghaffar #2 | (2) | 950 |
| Sacrifice at the camp by me          #3 | (3) | 1,400 |
| Feast thrown by Haji Gul Afreedi-house owner | | 2,000 |
| He withdrew from me in person on April 30 | | 5,000 |

```
                         (is crossed out)---------63,829
                         (" " " " " ")---------- 45,850
1171 (this # is circled) 58,754 (this # " " ")---------68,829
 -500                    20,754 (" " " " " " )
  671 will be expenses for Shair and Reedy Gul
Six hundred seventy one
```

Copy to:

BOS000394



لجنة البر الإسلامية

مذكرة داخلية

| في : | الوضع : | إلى : |
|---|---|---|
| رقم : | | قسم : |
| الموضوع : | | من : |
| | | قسم : |

[النص مكتوب بخط اليد باللغة العربية — غير واضح للقراءة الكاملة]

Musanadat Aljehad LBI 59
In the name of God, the most compassionate and the most merciful

In:--------- Date:----------No.-----------------Subject---------
To:--------- Division------------From----------Division--------

Islamic Benevolence Committee                    Internal Memo

I have received 50,000 from brother Abu Al-Bara'a in two installments (24,000/26,000) at the beginning of founding the House of Friday, the Friday.

Expenditures:

| | |
|---|---:|
| Spent on Friday, the Friday old expenses from the old house that was taken by Abu Firas | 4,204 |
| Shaikh Adil took from me at the airport | 500 |
| Three-month wages beginning April 1, 1990 | 24,000 |
| Wages for Shair for the month of April | 1,500 |
| Expenses of Shair for the month of April | 500 |
| Expenses of Shair for the month of April | 100 |
| New National air conditioner for guest room | 14,800 |
| Small washing machine | 1,150 |
| Kitchen utensils | 18,500 |
| Expenses of Shair for the month of May | 525 |
| " " " " " " " " " " " " " " " " " " " | |
| 600 | |
| " " " " " " " " " " " " " " " " " " | 100 |
| Wages for Shair for the month of May | 1,500 |
| (Scribbles UI) " " " " " " | (Scribbles UI) |
| Paid Shair in person around June 6, 1990 | 500 |
| | 68,479 |
| A number that is crossed out----------------------- | 67,979 |

Copy to:

D:/BIF/SINGLECD/MUSADATALJEHADLBI/35/Musanadat ALjehad LBI 59 — Page 1



لجنة البر الإسلامية

مذكرة داخلية

| في : | للرقم : | الى : |
| --- | --- | --- |
| رقم : | | قسم : |
| الموضوع : | | من : |
| | | قسم : |

فقر : 50,000 تسلمت من الأخ أبو البراء في دفعتين ... ...
روانك برايت تأسيس بيت جنة الحب .

المصروفات :
- 4,500 بني جبة المجيد معدنين شرعية مع البيت القديمي الذي نزله أبو براء
- 500 أخذها في بلج عادل مع المنقار
- 44,000 دفعة أجرة الورشة أشهر والمنقص أمر كـ 1999
- 15,000 ما دفع سيد لج شهر
- 50 نصفها
- 100 
- 28,000 مكتب احمد أبو بيه ناس شيوخ لشراء المصرف الشريف
- 150 عمل لحم صنرة
- 185,000 عدة ملج
- 525 معدن شير لم شهر ع
- 600 معدن شير عم شهر ع
- 100 معدن شير عم شهر ع
- 150 دفعتها شير امر شهر ع
- 500 ببينك في 1-6/99

7847

*(Parenthetical remarks in Italic are the translator's)*

*(Document name: **Musadat Aljehad LBI/36/Musanadat Aljehad LBI 60**)*

In the name of God, the most Compassionate, the most Merciful

Islamic Al-Birr Committee
(The World Assembly of Muslim Youth)

Internal Memo

| On: | Corresponding with: | To: |
|---|---|---|
| Number: | | Section: |
| Subject: | | From: |
| | | Section: |

Text: 100,000 a payment from Abu Al-Baraa to the Jihad Department:

<u>Expenses:</u>

| | |
|---|---|
| 70,000 | Seventy Thousand for Abu Asim the Yemenis' Camp with coordination with Sheikh Adel |
| 5000 | Jlebeeb purchasing tents with the knowledge of Abu Al-Baraa |
| 4000 | For Abu Wael, "   "   "   "   "   "   "   " |
| 3400 | Truck rental and it's expenses to Cooz *(or, Coz, phonetic)* for the blankets   "   "   " *(with the knowledge of Abu AL-Baraa)* |
| 1500 | Sheer's salary month <u>3</u> |
| 3200 | Abdel Saboor Wounded and transportation |
| 2700 | Expenses in Abdel Ghafar's possession in two payments<br>1500<br>1200 |
| 2100 | Abdel Ghafar's salary in addition to three other days for month <u>3</u> |
| 650 | The cost of transporting the blankets to the warehouse |
| 500 | Miram Kul (on Usama's *(illegible)* account) *(crossed out)* |
| 3421 | Expenses of the Al-Khiyam *(the tents)* trip |

2724    Martyr's funeral from our project in Abdel Saboor's possession 6 Shawwal (10th month in the Islamic calendar)

-99195
Copy to: (number is illegible, crossed-out)

BOS000399



لجنة الــبر الإســلامية

مذكرة داخلية

| الى : | الموضـوع : | في : |
|---|---|---|
| قسم : |  | رقـم : |
| من : |  | الموضوع : |
| قسم : |  |  |

فـي : ١٠٠٠,٠٠٠  دفعـة مـن أبو البـراء لإدارة الجهاد :

المصروفات :

- ٧٠,١٠٠   سبعين ألف استديو عام مسكن المجاهدين بتسميه الشيخ عادل
- ٥٠,٠٠٠   جليس شراء خيم مبرمة اشترى أبو البراء
- ٤,٠٠٠   نثريات
- ٢٤,٠٠٠   أجرة شاحنة وبعض الحوائج للصف
- ١٥,٠٠٠   معاش سيف شهري
- ٢٣,٠٠٠   عبد الصبور جرحى وتقديرات
- ٧٠,٠٠٠   مساعدة بو علي السفارات دفعتين ...
- ٢١,٠٠٠   ما صرفه الصبار مع كراسته يخرجنا ودفعناها شرعي
- ٦٠   تكلفة نقل الخف الى المستودع
- عـينـــل دين حـــب أحــساء ابو اليطي
- ٢٤٤١   صبينا سنة الخيم
- ٢٧٤٤   قائمة شهيد مشروع ابو عبد الصبور جمال

٩٩ ١٣٠

صورة الى :