Exhibit 6

 TRANSPERFECT | TRANSLATIONS

City of New York, State of New York, County of New York

ATLANTA
BOSTON
BRUSSELS
CHICAGO
DALLAS
DETROIT
FRANKFURT
HOUSTON
LONDON
LOS ANGELES
MIAMI
MINNEAPOLIS
NEW YORK
PARIS
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
SEATTLE
WASHINGTON, DC

I, Warren Merkel, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the attached documents from Bosnian to English.

Warren Merkel

Sworn to before me this

5th day of November, 2002

Signature, Notary Public

PAUL D. RALSTON
Notary Public, State of New York
No. 01RA6023867
Qualified in Queens County
Commission Expires May 3, 2003

Stamp, Notary Public

Bosna i Hercegovina
Federacija Bosne i Hercegovine
FEDERALNO MINISTARSTVO UNUTRAŠNJIH POSLOVA
FEDERALNO MINISTARSTVO UNUTARNJIH POSLOVA
SARAJEVO
UPRAVA POLICIJE



Bosnia and Herzegovina
Federation of Bosnia and Herzegovina
FEDERATION MINISTRY OF INTERNAL AFFAIRS
SARAJEVO
Administration of Police

Broj: 09-12/5-04-3-1483
Datum: 11.04.2002. godine

**VRHOVNI SUD FEDERACIJE BIH**
 -Istražnom sudiji –

**S A R A J E V O**

| Bosna i Hercegovina Federacija Bosne i Hercegovine VRHOVNI SUD FEDERACIJE BOSNE I HERCEGOVINE | | | |
|---|---|---|---|
| Primljeno: | 16 . 4 . 2002 | | |
| Org. jedin. | B r o j | Prilozi | Vrijednost |
| | | | |

**FEDERALNO TUŽILAŠTVO**

**S A R A J E V O**

**KANTONALNO TUŽILAŠTVO**

**S A R A J E V O**

V E Z A: Naredbe Vrhovnog suda FBiH br. Kri: 02/02 od 19.03.2002.g.
                                          Kri: 03/02 od 19.03.2002.g.
                                          Kri: 04/02 od 19.03.2002.g.
                                          Kri: 05/02 od 19.03.2002.g.
                                          Kr: 06/02 od 19.03.2002.g.
                                          Kri: 07/02 od 19.03.2002.g.
                                          Kri: 08/02 od 19.03.2002.g.

## POSEBAN IZVJEŠTAJ
o pretresu uredskih prostorija HO"BOSANSKA IDEALNA FUTURA",
kao i stanova lica zaposlenih u navedenoj humanitarnoj organizaciji

Postupajući po naredbama Vrhovnog suda FBiH, broj i datum veze, kojim se naređuje pretres uredskih prostorija HO „BOSANSKA IDEALNA FUTURA" i stanova odgovornih lica zaposlenih u njoj, ovlašteni radnici ovog Ministarstva, dana 19.03.2002.g., izvršili su:

I - Pretres uredskih prostorija humanitarne organizacije „BOSANSKA IDEALNA FUTURA" u Zenici, ul. Hadžije Mazića br. 16-F;

II - Pretres stana i drugih prostorija koje joristi ĆOSIĆ ALEN, u Zenici, ul. Prve zeničke brigade br. 5-B;

2

III – Foto-dokumentacija br. 12/9-3-37 koja se odnosi na pretres stana koji je koristio Bajraktarević Husejn u Zenici ul. Zeničke brigade br. 5-A (pretres izvršen po vašoj naredbi br. Kri. 08/02 od 19.03.2002.g.

IV – Foto-dokumentacija broj 12/9-04-3-1483 koja se odnosi na pretres uredskih prostorija humanitarne organizacije „BOSANSKA IDELNA FUTURA" u Sarajevu ul. Salke Lagumdžije br. 12 (pretres izvršen po vašoj naredbi br. Kri. 04/02 od 19.03.2002.g.).

V – Foto-dokumentacija br. O.R. 547/02 koja se odnosi na pretres stana vlasništvo Enaam Arnaouta, koji koristi njegova supruga Bajraktarević Aida u Sarajevu ul. Grada Kalgarija br. 6. (pretres izvršen po vašoj naredbi br. Kri. 07/02 od 19.03.2002.g.)

Takođe vam dostavljamo foto-dokumentaciju br. 12/9-04-3-1483 koja se odnosi na sadržaj aktovke – kofera koji je pronađen u podrumskim prostorijama stana vlasništvo Enaama Arnaouta a koji je zapisnički otvoren i pregledan. (Zapisnik o otvaranju i pregledanju sadržaja br. 12/5-5/3-1 od 19.03.2002. g. dostavljen je u prilogu posebnog izvještaja broj i datum veze.

VI – Foto-dokumentacija br. O.R. 553/2002, koja se odnosi na pretres stana i drugih prostorija Zahiragić Hasana, oca Zahiragić Muniba u Sarajevu ulica Rogina br. 30 i br. 32. (pretres izvršen po vašoj naredbi br. Kri. 05/02 od 19.03.2002.g.).

VII – Foto-dokumentacija koja se odnosi na pretres stana i drugih prostorija koje je koristio Zahiragić Munib u Sarajevu u ul. Aleja Lipa br. 50, zbog tehničkih problema još uvijek nije izrađena i istu ćemo vam naknadno dostaviti.

S poštovanjem,

PRILOG:
- kao u tekstu.-

Dostavljeno:
- 1x Federalno tužilaštvo – bez priloga
- 1x Kantonalno tužilaštvo Sarajevo - sa prilozima (fco. foto-dokumentacije)

AV/MS

V.D. DIREKTORA
P.O.
Dragan Lukač

3

Bosnia and Herzegovina
Federation of Bosnia and Herzegovina
FEDERAL MINISTRY OF INTERNAL AFFAIRS
SARAJEVO
POLICE HEADQUARTERS

[National Emblem]

Bosnia and Herzegovina
Federation of Bosnia and Herzegovina
FEDERAL MINISTRY OF INTERNAL AFFAIRS
SARAJEVO
POLICE HEADQUARTERS

No. 09-12/5-04-3-1483
Date: 4/11/2002

Attn: Investigative Judge
SUPREME COURT OF THE FEDERATION OF BOSNIA AND HERZEGOVINA
SARAJEVO

[stamp]
Bosnia and Herzegovina
Federation of Bosnia and Herzegovina
SUPREME COURT OF THE FEDERATION OF BOSNIA AND HERZEGOVINA
Received: 11/[illegible]/02

| Organizational Unit | Number | Enclosures | Value |
|---|---|---|---|

OFFICE OF THE FEDERAL PROSECUTOR
SARAJEVO

OFFICE OF THE CANTONAL PROSECUTOR
SARAJEVO

RE: Orders of the Supreme Court of the Federation of Bosnia and Herzegovina No. Kri. 02/02 of 3/19/2002
Kri. 03/02 of 3/19/2002
Kri. 04/02 of 3/19/2002
Kri. 0502 of 3/19/2002
Kri. 06/02 of 3/19/2002
Kri. 07/02 of 3/19/2002
Kri. 08/02 of 3/19/2002

## SPECIAL REPORT
### Regarding the Search of the Business Premises of HO [Humanitarian Organization] BOSANSKA IDEALNA FUTURA [BOSNIAN IDEAL FUTURE] as well as of the Apartments of the Individuals Employed in Said Humanitarian Organization

Acting in accordance with the orders of the Supreme Court of the Federation of Bosnia and Herzegovina, numbers and dates as indicated above, which order the search of the business premises of HO BOSANSKA IDEALNA FUTURA and of the apartments of its employees in charge, on 3/18/2002, the authorized agents of this Ministry carried out the following:

I – Search of the business premises of the Humanitarian Organization of BOSANSKA IDEALNA FUTURA at 16-F Hadzija Mazic Street in Zenica;

II – Search of the apartment and other premises used by ALEN COSIC located at 5-B Prve zenicke brigade Street in Zenica;

III – Photo documentation No. 12/9-3-37 related to the search of the apartment used by Husejn Bajraktarevic located at 5-A Zelenicke brigade Street in Zenica (search conducted pursuant to your Order No. Kri. 08/02 of 3/19/2002).

IV – Photo documentation No. 12/9-04-3-1483 related to the search of the business premises of humanitarian organization of BOSANSKA IDEALNA FUTURA located at 12 Salko Lagumdzija Street in Sarajevo (search conducted pursuant to your Order No. Kri. 04/02 of 3/19/2002).

V – Photo documentation No. OR 547/02 related to the search of the apartment owned by Enaam Arnaout used by his wife, Aida Bajraktarevic, located at 6 Grada Kalgarija Street in Sarajevo (search conducted pursuant to your Order No. Kri. 07/02 of 3/19/2002)

We are also submitting to you photo documentation No. 12/9-04-3-1483 related to the contents of the travel bag that was found in the basement of the apartment owned by Enaam Arnaout and was opened and inspected on the record. (Record No. 12/5-5/3-1 dated 3/19/2002 regarding the opening and inspection of the contents has been enclosed with the special report, number and date as indicated above.

VI – Photo documentation No. O.R. 553/2002 related to the search of the apartment and other premises of Hasan Zahiragic, father of Munib Zahiragic, located at 30 and 32 Rogina Street in Sarajevo (search conducted pursuant to your Order No. Kri. 05/02 of 3/19/2002)

VII – Due to technical difficulties, the photo documentation related to the search of the apartment and other premises used by Munib Zahiragic located at 50 Aleja Lipa Street in Sarajevo has not been produced yet and will be submitted to you additionally.

[Round Seal:] Bosnia and Herzegovina, Federation of Bosnia and Herzegovina, Supreme Court of the Federation of
Bosnia and Herzegovina
[handwritten] Copy true to the original.
[signature]

Sincerely,

**ENCLOSURES**
- as indicated above

Copies:
1 – to the Office of the Federal Prosecutor – without enclosures
1 – to the Office of the Cantonal Prosecutor in Sarajevo – with enclosures (photocopies of the photo documentation)

AV/MS

[signature]
Dragan Lukac
Acting Director
[round seal]