Exhibit 7

Bosna i Hercegovina
Federacija Bosne i Hercegovine
FEDERALNO MINISTARSTVO UNUTRAŠNJIH POSLOVA
FEDERALNO MINISTARSTVO UNUTARNJIH POSLOVA
SARAJEVO
UPRAVA POLICIJE

Bosnia and Herzegovina
Federation of Bosnia and Herzegovina
FEDERATION MINISTRY OF INTERNAL AFFAIRS
SARAJEVO
Administration of Police



Broj: 09-12/5-04-3-1483
Datum: 26.06.2002. godine

**VRHOVNI SUD F BiH**
Istražnom sudiji

**S A R A J E V O**

**PREDMET:** Foto-dokumentacija, dostavlja se.-

**V E Z A:** Vaše naredbe br. Kri: 02/02 od 19.03.2002.g.
Kri: 03/02 od 19.03.2002.g.
Kri: 04/02 od 19.03.2002.g.
Kri: 05/02 od 19.03.2002.g.
Kr: 06/02 od 19.03.2002.g.
Kri: 07/02 od 19.03.2002.g.
Kri: 08/02 od 19.03.2002.g.
Naš poseban izvještaj broj: 09-12/5-04-3-1483 od 11.04.2002.g.

Posebnim izvještajem, broj i datum veze, obavijestili smo vas da smo dana 19.03.2002. g., postupajući po vašim naredbama broj Kri: 02/02 do 08/02 od 19.03.2002. g. izvršili pretrese uredskih prostorija HO „BOSANSKA IDEALNA FUTURA" i pretrese stanova lica zaposlenih u istoj. Uz dostavljenu dokumentaciju, obavijestili smo vas da ćemo foto-dokumentaciju o izvršenim pretresima dostaviti po izradi iste.

S tim u vezi, u prilogu izvještaja dostavljamo vam foto-dokumentacije sa pretresa uredskih prostorija „BOSANSKA IDEALNA FUTURA" i stanova odgovornih lica, kako slijedi:

I – Foto-dokumentcija br. 08-3/2-4-2-45/02 koja se odnosi na pretres uredskih prostorija humanitarne organizacije „BOSANSKA IDEALNA FUTURA" u Zenici, ul. Hadžije Mazića br. 16-F (pretres izvršen po vašoj naredbi br. Kri: 02/02 od 19.03.2002.g.).

II – Foto-dokumentacija br. 08-3/2-4-2-43/02 koja se odnosi na pretres stana koji je koristio Ćosić Alen u Zenici ul. Zeničke brigade br. 5-A (pretres izvršen po vašoj naredbi br. Kri. 03/02 od 19.03.2002.g.

6

*III – Pretres stana i drugih prostorija koje joristi Bajraktarević Husejn, u Zenici, ul. Prve zeničke brigade br. 5-A;*

*IV – Pretres uredskih prostorija humanitarne organizacije „BOSANSKA IDEALNA FUTURA" u Sarajevu, ul. Salke Lagumdžije br. 12;*

*V – Pretres stana vlasništvo Enaam Arnaouta, u Sarajevu, ul. Grada Kalgarija br. 6;*

*VI – Pretres stana i drugih prostorija vlasništvo Zahiragić Hasana, u Sarajevu, ul. Rogina br. 30 i 32;*

*VII – Pretres stana i drugih prostorija koji koristi Zahiragić Munib, u Sarajevu, ul. Aleja Lipa br. 50;*

*VIII – Vizuelni pregled napuštenih skladišnih prostorija koje koristi HO „BOSANSKA IDEALNA FUTURA" u Zenici, ul. 22. decembra br. 1, (dio grada pod nazivom „Kanal")*

*I*

**Pretres uredskih prostorija HO"BOSANSKA IDEALNA FUTURA"**
**u Zenici, ul. Hadžije Mazića br. 16-F**

*Dana 19.03.2002.g. postupajući po naredbi broj Kri:02/02 od 19.03.2002.g. izvršen je pretres uredskih prostorija HO "BOSANSKA IDEALNA FUTURA", u Zenici, ul. Hadžije Mazića br. 16-F.*

*Pretresu je, uz dva punoljetna svjedoka, kao ovlaštena osoba ispred HO „BOSANSKA IDEALNA FUTURA", prisustvovao Ćosić Alen, sin Seada, rođen 22.07.1968.g. u Zenici.*

*Pretres uredskih prostorija izvršen je u skladu sa članom 195.-198. ZKP-a FBiH, te je o istom sačinjen:*
- *zapisnik o pretresu na tipskom obrascu;*
- *foto i video-dokumentacija;*
- *službeni izvještaj o izvršenom pretresu, a za privremeno oduzete predmete izdata je*
- *potvrda u kojoj su pobrojani svi privremeno oduzeti predmeti.*

*Zapisnik o pretresu stana i potvrda o privremeno oduzetim predmetima dostavljeni su Federalnom tužilaštvu uz naš akt br. 09-12/5-04-3-1483 od 20.03.2002.g., a foto i video-dokumentaciju dostavit ćemo Vam naknadno, po završetku izrade iste.*

*Pretresom uredskih prostorija oduzeti su predmeti za koje se smatralo da mogu biti od koristi za dalje vođenje postupka. Isti su deponovani u službene prostorije FMUP-a, gdje se na osnovu odobrenja tog suda broj Kri:02/02 od 21.03.2002.g. vrši preliminarni pregled, o čemu će se sačiniti poseban zapisnik i uz izvještaj dostaviti na dalju nadležnost.*

7

II

**Pretres stana koji koristi Ćosić Alen, ovlašteni predstavnik HO „BOSANSKA IDEALNA FUTURA", u Zenici, ul. Zeničke brigade br 5-B**

Dana 19.03.2002.g. postupajući po naredbi broj Kri:03/02 od 19.03.2002.g. izvršen je pretres stana koji koristi Ćosić Alen, u Zenici, ul. Zeničke brigade br 5-B.

Pretresu je, uz dva punoljetna svjedoka, prisustvovao držalac stana Ćosić Alen, ostali podaci naprijed navedeni.

Pretres stana izvršen je u skladu sa članom 195.-198. ZKP-a FBiH, te je o istom sačinjen:
- zapisnik o pretresu na tipskom obrascu;
- foto i video-dokumentacija;
- službeni izvještaj o izvršenom pretresu, a za privremeno oduzete predmete izdata je
- potvrda u kojoj su pobrojani svi privremeno oduzeti predmeti.

Zapisnik o pretresu stana i potvrda o privremeno oduzetim predmetima dostavljeni su Fereralnom tužilaštvu uz naš akt br. 09-12/5-04-3-1483 od 20.03.2002.g., a foto i video-dokumentaciju dostavit ćemo Vam naknadno, po završetku izrade iste.

Pretresom stana oduzeti su predmeti za koje se smatralo da mogu biti od koristi za dalje vođenje postupka. Isti su deponovani u službene prostorije FMUP-a, gdje se na osnovu odobrenja tog suda broj Kri:03/02 od 21.03. vrši preliminarni pregled, o čemu će se sačiniti poseban zapisnik i uz izvještaj dostaviti na dalju nadležnost.

III

**Pretres stana i drugih prostorija koje koristi Bajraktarević Husejn, u Zenici, ul. Prve zeničke brigade br. 5-A**

Dana 19.03.2002.g. postupajući po naredbi broj Kri:08/02 od 19.03.2002.g. izvršen je pretres stana i drugih prostorija koje koristi Bajraktarević Husejn, otac Bajraktarević Aide, supruge Arnaout Enaama, u Zenici, ul. Zeničke brigade br 5-A.

Pretresu je, uz dva punoljetna svjedoka, prisustvovao držalac stana Bajraktarević Husejn, sin Rame, rođen 21.07.1941.g.

Pretres stana izvršen je u skladu sa članom 195.-198. ZKP-a FBiH, te je o istom sačinjen:
- zapisnik o pretresu na tipskom obrascu;
- foto i video-dokumentacija;
- službeni izvještaj o izvršenom pretresu, a za privremeno oduzete predmete izdata je
- potvrda u kojoj su pobrojani svi privremeno oduzeti predmeti.

8

Zapisnik o pretresu stana i potvrda o privremeno oduzetim predmetima dostavljeni su Fereralnom tužilaštvu uz naš akt br. 09-12/5-04-3-1483 od 20.03.2002.g., a foto i video-dokumentaciju dostavit ćemo Vam naknadno, po završetku izrade iste.

Pretresom stana oduzeti su predmeti za koje se smatralo da mogu biti od koristi za dalje vođenje postupka. Isti su deponovani u službene prostorije FMUP-a, gdje se na osnovu odobrenja tog suda broj Kri:08/02 od 21.03. vrši preliminarni pregled, o čemu će se sačiniti poseban zapisnik i uz izvještaj dostaviti na dalju nadležnost.

### IV

**Pretres stna koji koristi Zahiragić Munib, direktor HO „BOSANSKA IDEALNA FUTURA", U Sarajevu, ul. Aleja lipa br. 50**

Dana 19.03.2002.g. postupajući po naredbi broj Kri:06/02 od 19.03.2002.g. izvršen je pretres stana koji koristi Zahiragić Munib, direktor HO „BOSANSKA IDEALNA FUTURA", u Sarajevu, ul. Aleja lipa br. 50.

Pretresu je, uz dva punoljetna svjedoka, prisustvovao držalac stana Zahiragić Munib, sin Hasana, rođen 03.01.1953.g. u mjestu Novoseoci, općina Sokolac.

Pretres stana izvršen je u skladu sa članom 195.-198. ZKP-a FBiH, te je o istom sačinjen:
- zapisnik o pretresu na tipskom obrascu;
- foto i video-dokumentacija;
- službeni izvještaj o izvršenom pretresu, a za privremeno oduzete predmete izdata je
- potvrda u kojoj su pobrojani svi privremeno oduzeti predmeti.

Zapisnik o pretresu stana i potvrda o privremeno oduzetim predmetima dostavljeni su Federalnom tužilaštvu uz naš akt br. 09-12/5-04-3-1483 od 20.03.2002.g., a foto i video-dokumentaciju dostavit ćemo Vam naknadno, po završetku izrade iste.

Pretresom stana oduzeti su predmeti za koje se smatralo da mogu biti od koristi za dalje vođenje postupka. Isti su deponovani u službene prostorije FMUP-a, gdje se na osnovu odobrenja tog suda broj Kri:06/02 od 21.03. vrši preliminarni pregled, o čemu će se sačiniti poseban zapisnik i uz izvještaj dostaviti na dalju nadležnost.

### V

**Pretres kuće vlasništvo Zahiragić Hasana, u Sarajevu, ul. Rogina br. 30 i br. 32**

Dana 19.03.2002.g. postupajući po naredbi broj Kri:05/02 od 19.03.2002.g. izvršen je pretres garažnih prostorija i stana, korisnika Zahiragić Hasana, njegovih sinova Zahiragić Muniba, direktora HO „BOSANSKA IDEALNA FUTURA" i Zahiragić Munira.

*Pretresu je, uz dva punoljetna svjedoka, prisustvovao vlasnik kuće – držalac prostorija, Zahiragić Hasan, sin Mehmeda, rođen 09.10.1926.g.*

*Pretres je izvršen u skladu sa članom 195.-198. ZKP-a FBiH, te je o istom sačinjen:*
- *zapisnik o pretresu na tipskom obrascu;*
- *foto i video-dokumentacija;*
- *službeni izvještaj o izvršenom pretresu, a za privremeno oduzete predmete izdata je*
- *potvrda u kojoj su pobrojani svi privremeno oduzeti predmeti.*

*Zapisnik o pretresu stana i potvrda o privremeno oduzetim predmetima dostavljeni su Federalnom tužilaštvu uz naš akt br. 09-12/5-04-3-1483 od 20.03.2002.g., a foto i video-dokumentaciju dostavit ćemo Vam naknadno, po završetku izrade iste.*

*Pretresom stana oduzeti su predmeti za koje se smatralo da mogu biti od koristi za dalje vođenje postupka. Isti su deponovani u službene prostorije FMUP-a, gdje se na osnovu odobrenja tog suda broj Kri:05/02 od 21.03. vrši preliminarni pregled, o čemu će se sačiniti poseban zapisnik i uz izvještaj dostaviti na dalju nadležnost.*

### VI

**Pretres uredskih prostorija HO"BOSANSKA IDEALNA FUTURA"
u Sarajevu, ul. Salke Lagumdžije br.12**

*Dana 19.03.2002.g. postupajući po naredbi broj Kri:04/02 od 19.03.2002.g. izvršen je pretres uredskih prostorija HO "BOSANSKA IDEALNA FUTURA", u Sarajevu, ul. Salke Lagumdžije br. 12.*

*Pretresu je, uz dva punoljetna svjedoka, kao ovlaštena osoba ispred HO „BOSANSKA IDEALNA FUTURA", prisustvovao Zahiragić Munib, ostali podaci naprijed navedeni.*

*Pretres uredskih prostorija izvršen je u skladu sa članom 195.-198. ZKP-a FBiH, te je o istom sačinjen:*
- *zapisnik o pretresu na tipskom obrascu;*
- *foto i video-dokumentacija;*
- *službeni izvještaj o izvršenom pretresu, a za privremeno oduzete predmete izdata je*
- *potvrda u kojoj su pobrojani svi privremeno oduzeti predmeti.*

*Zapisnik o pretresu stana i potvrda o privremeno oduzetim predmetima dostavljeni su Federalnom tužilaštvu uz naš akt br. 09-12/5-04-3-1483 od 20.03.2002.g., a foto i video-dokumentaciju dostavit ćemo Vam naknadno, po završetku izrade iste.*

*Pretresom uredskih prostorija oduzeti su predmeti za koje se smatralo da mogu biti od koristi za dalje vođenje postupka. Isti su deponovani u službene prostorije FMUP-a, gdje se na osnovu odobrenja tog suda broj Kri:04/02 od 21.03. vrši preliminarni pregled, o čemu će se sačiniti poseban zapisnik i uz izvještaj dostaviti na dalju nadležnost.*

10

## VII

*Pretres stana vlasništvo Enaam Arnaouta, u Sarajevu, ul. Grada Kalgarija br. 6*

*Dana 19.03.2002.g. postupajući po vašoj naredbi broj Kri:07/02 od 19.03.2002.g. izvršen je pretres stana vlasništvo Enaam Arnaouta, a koji koristi njegova supruga Bajraktarević Aida, u Sarajevu, ul. Grada Kalgarija br.6.*

*Prilikom vršenja pretresa, uz dva punoljetna svjedoka, istom je prisustvovala držalac stana Bajraktarević Aida, kći Husejna, rođena 20.05.1975.g. u Doboju.*

*Pretres stana izvršen je u skladu sa članom 195.-198. ZKP-a FBIH, te je o istom sačinjen:*
- *zapisnik o pretresu na tipskom obrascu;*
- *foto i video-dokumentacija;*
- *službeni izvještaj o izvršenom pretresu, a za privremeno oduzete predmete izdate su*
- *potvrde u kojima su pobrojani svi privremeno oduzeti predmeti.*

*Zapisnik o pretresu stana i potvrda o privremeno oduzetim predmetima dostavljeni su Federalnom tužilaštvu uz naš akt br. 09-12/5-04-3-1483 od 20.03.2002.g., a foto i video-dokumentaciju dostavit ćemo Vam naknadno, po završetku izrade iste.*

*Pretresom stana oduzeti su predmeti za koje se smatralo da mogu biti od koristi za dalje vođenje postupka. Isti su deponovani u službene prostorije FMUP-a, gdje se na osnovu odobrenja tog suda broj Kri:07/02 od 21.03. vrši preliminarni pregled, o čemu će se sačiniti poseban zapisnik i uz izvještaj dostaviti na dalju nadležnost.*

*Prilikom vršenja pretresa, između ostalih predmeta, pronađen je i privremeno oduzet kofer-tašna sa šifrovanim otvaranjem, koji se nije mogao otvoriti na licu mjesta. Nakon izvršenog pretresa, u prostorijama FMUP-a, u prisustvu Aide Bajraktarević, držaoca stana u kojem je predmet pronađen, izvršeno je otvaranje istog, kao i pregled i popis predmeta koji se u koferu nalaze, a o čemu je sačinjen zapisnik br. 12/5-5/3-1 od 19.03.2002.g., koji dostavljamo u prilogu izvještaja.*

## VIII

*Po naredbi Vrhovnog suda FBIH, broj Kri:01/02 od 19.03.2002.g. koja se odnosi na pretres uredskih prostorija koje koristi HO „BOSANSKA IDEALNA FUTURA" u Zenici, ul. 22. decembra br.1 (dio grada pod nazivom „Kanal"), kao i naredba br. Kri:04/02 od 19.03.2002.g. koja se odnosi na pretres uredskih prostorija koje koristi HO „BOSANSKA IDEALNA FUTURA"/"Benevolence International Foundation" u Zenici, ul. 22. decembra br.1 (dio grada pod nazivom „Kanal"), nije postupano iz razloga što su prostorije na navedenoj adresi bile napuštena i prazne, o čemu je sačinjena službena zabilješka br. 12/5-33 od 20.03.2002.g. koju Vam dostavljamo u prilogu izvještaja.*

## IX

*Prilikom vršenja pretresa kuće u ul. Rogina br. 30 i 32, vlasništvo Zahiragić Hasana, u zajedničkim garažnim prostorijama koje koriste Zahiragić Hasan, Muinib i Munir, a u kojima su, pored njihovih ličnih stvari bili i predmeti HO „BENOVALENCE INTERNATIONAL FOUNDATION", koja je nadalje egzistirala kao „BOSANSKA IDEALNA FUTURA", između ostalih predmeta pronađena je i privremeno oduzeta dokumentacija (126 dokumenata i drugih spisa) vlasništvo Agencije za istraživanje i dokumentaciju BiH, na kojima su bile oznake „Tajna", „Državna tajna", „Službena tajna" i „Strogo povjerljivo". Također, prilikom vršenja pretresa stana koji koristi Zahiragić Munib u ul. Aleja Lipa br. 50, između ostalih predmeta, pronađene su i privremeno oduzete četiri flopi diskete sa sadržajem službene dokumentacije AID-a BiH, prezentiranih oznaka tajnosti i povjerljivosti.*

*Nakon konsultacija obavljenih sa federalnim i kantonalnim tužiocima, Kantonalnom tužilaštvu Sarajevo, zbog postojanja osnova sumnje da je počinio krivično djelo iz čl. 147 stav 4. KZ FBiH (špijunaža), protiv Muniba Zahiragića podnešena je krivična prijava broj 09-12/5-KU: 4 od 22.03.2002.g.*

*Uz krivičnu prijavu podnešenu Kantonalnom tužilaštvu Sarajevo, dostavljeni su dokazi i prilozi, naznačeni u krivičnoj prijavi i predmeti pobrojani u priloženoj specifikaciji.*

## X

*Nakon izvršenih pretresa, u službenim prostorijama FMUP-a i na terenu, obavljen je intervju sa licima koja su bila zaposlena ili se dovode u vezu sa HO "BIF". Radi se o sljedećim licima: Zahiragić Munib, Šut Ešref, Ćosić Alen, Zahiragić Munir, Isaković Ahmed, Šljivo Admir, Bosno Kemal, Okanović Edmira, Arnaout Aidom, Begić Hikmeta, Buljubašić Emira, Halilović Zuhdija, Softić Rešad, Selimović Melća i Avdukić Seadom.*

*FMUP-a i dalje intenzivno radi na preliminarnom pregledu privremeno oduzetih predmeta i prikupljanju podataka na terenu, a o rezultatima će se blagovremeno i permanentno dostaviti poseban izvještaj.*

*U prilogu izvještaja, dostavljamo vam službene zabilješke sačinjene o razgovoru sa navedenim licima i zapisnike o prikupljanju izvještaja od lica.*

*Izvještaj se dostavlja na dalju nadležnost.*

S poštovanjem,

**PRILOG:**

I
- *Fco.naredbe br.Kri: 02/02 od 19.03.2002.g.*
- *Službeni izvještaj br. 12/5-35 od 20.03.2002.g.*

12

**II**
- Fco.naredbe br. Kri: 03/02 od 19.03.2002.g.
- Službeni izvještaj br.12/5-36 od 20.03.2002.g

**III**
- Fco.naredbe br. Kri: 08/02 od 19.03.2002.g.
- Službeni izvještaj br. 12/5-37 od 20.03.2002.g.

**IV**
- Fco.naredbe br. Kri: 06/02 od 19.03.2002.g.
- Službeni izvještaj br. 12/5-38 od 20.03.2002.g.

**V**
- Fco.naredbe br. Kri: 05/02 od 19.03.2002.g.
- Službeni izvještaj br. 12/5-39 od 20.03.2002.g.

**VI**
- Fco.naredbe br. Kri: 04/02 od 19.03.2002.g.
- Službeni izvještaj br. 12/5-16/02 od 20.03.2002.g.

**VII**
- Fco.naredbe br. Kri: 07/02 od 19.03.2002.g.
- Službeni izvještaj br. 12/5-5-sl. od 20.03.2002.g.
- Zapisnik br. 12/5-5/3-1

**VIII**
- Službena zabilješka br. 15/5-33 od 20.03.2002.g.
- Naredba br. Kri: 01/02 od 19.03.2002.g. (4x)

**IX**
- Fco. krivične prijave br. 09-12/5-KU:-4 od 22.03.2002.g.
- Specifikacija privremeno oduzetih predmeta

**X**
- Službena zabilješka br.12/5-sl od 21.03.2002.g.
- Službena zabilješka br.12/5-51 od 20.03.2002.g.
- Službena zabilješka br.12/5-34 od 21.03.2002.g.
- Zapisnik o prikupljanju izvještaja br. 12/5-48 od 08.04.2002.g.
- Zapisnik o prikupljanju izvještaja br. 12/5-49 od 04.04.2002.g.
- Zapisnik o prikupljanju izvještaja br. 12/5-50 od 08.04.2002.g
- Zapisnik o prikupljanju izvještaja br. 12/5-45 od 01.04.2002.g.
- Zapisnik o prikupljanju izvještaja br. 12/5-46 od 29.03.2002.g.
- Službena zabilješka br. 12/5-42 od 27.03.2002.g.
- Službena zabilješka br. 12/5-43 od 27.03.2002.g.
- Službena zabilješka br. 12/5-44 od 01.04.2002.g.
- Službena zabilješka br. 12/5-40 od 20.03.2002.g.
- Službena zabilješka br. 12/5-04-3-1483/02 od 25.03.2002.g.
- Službena zabilješka br. 12/5-41 od 21.03.2002.g.
- Službena zabilješka br. 12/5-14 od 21.03.2002.g.

**Dostavljeno:**

1 x Vrhovni sud FBiH, sa prilozima
1 x Federalno tužilaštvo bez priloga
1 x Kantonalno tužilaštvo Sarajevo, sa prilozima

**AK/MS**



V.D. DIREKTORA
Dragan Lukač

13

Bosnia and Herzegovina
Federation of Bosnia and Herzegovina
FEDERAL MINISTRY OF INTERNAL AFFAIRS
SARAJEVO
POLICE HEADQUARTERS

[National Emblem]

Bosnia and Herzegovina
Federation of Bosnia and Herzegovina
FEDERAL MINISTRY OF INTERNAL AFFAIRS
SARAJEVO
POLICE HEADQUARTERS

No. 09-12/5-04-3-1483
Date: 6/26/2002

[stamp]
Bosnia and Herzegovina
Federation of Bosnia and Herzegovina
SUPREME COURT OF THE FEDERATION OF BOSNIA AND HERZEGOVINA
Received: 6/28/02
[illegible]   [illegible]   [illegible]   [illegible]
KRI – 03/02 [illegible]

Attn: Investigative Judge
SUPREME COURT OF THE FEDERATION OF BOSNIA AND HERZEGOVINA
SARAJEVO

[Round Seal:] Bosnia and Herzegovina, Federation of Bosnia and Herzegovina, Supreme Court of the Federation of Bosnia and Herzegovina
[Handwritten:] Copy true to the original.
[Signature]

**SUBJECT:** Photo documentation, to be delivered.

**IN CONNECTION WITH:** Your Orders No. Kri. 02/02 of 3/19/2002
Kri. 03/02 of 3/19/2002
Kri. 04/02 of 3/19/2002
Kri. 0502 of 3/19/2002
Kri. 06/02 of 3/19/2002
Kri. 07/02 of 3/19/2002
Kri. 08/02 of 3/19/2002
Our Special Report No. 09-12/5-04-3-1483 of 4/11/2002

In a special report, number and date as indicated above, we informed you that, on 3/19/2002, acting upon your Orders No. Kri. 02/02 to 08/02 of 3/19/2002, we conducted searches of the business premises of HO BOSANSKA IDEALNA FUTURA as well as searches of the apartments of individuals employed in said organization. In addition to the documentation submitted, we informed you that we were to deliver the photo documentation regarding the searches conducted after it has been produced.

In relation to the above, enclosed with the report please find the photo documentation from the searches of the business premises of BOSANSKA IDEALNA FUTURA and of the apartments of individuals in charge, as follows:

I – Photo documentation No. 08-3/2-4-2-45/02 related to the search of the business premises of the humanitarian organization of BOSANSKA IDEALNA FUTURA located at 16-F Hadzija Mazic Street in Zenica (search conducted pursuant to your Order No. Kri. 02/02 of 3/19/2002).

II – Photo documentation No. 08-3/2-4-2-43/02 related to the search of the apartment used by Alen Cosic located at 5-A Zelenicke brigade Street in Zenica (search conducted pursuant to your Order No. Kri. 03/02 of 3/19/2002).

14

III – Search of the apartment and other premises used by Husejn Bajraktarevic, located at 5-A Prve zenicke brigade Street in Zenica;

IV – Search of the business premises of the Humanitarian Organization of BOSANSKA IDEALNA FUTURA located at 12 Salko Lagumdzija Street in Sarajevo;

V – Search of the apartment owned by Enaam Arnaout located at 6 Grada Kalgarija Street in Sarajevo;

VI – Search of the apartment and other premises owned by Hasan Zahiragic located at 30 and 32 Rogina Street in Sarajevo;

VII – Search of the apartment and other premises used by Munib Zahiragic located at 50 Aleja Lipa Street in Sarajevo;

VIII – Visual inspection of the abandoned storage facilities used by HO BOSANSKA IDEALNA FUTURA at 1 22nd of December Street in Zenica (city quarter known as "Kanal")

[round seal] Bosnia and Herzegovina, Federation of Bosnia and Herzegovina, Supreme Court of the Federation of Bosnia and Herzegovina
[Handwritten:] Copy [illegible]
[Signature]

I

**Search of the Business Premises of the Humanitarian Organization of BOSANSKA IDEALNA FUTURA Located at 16-F Hadzija Mazic Street in Zenica**

On 3/19/2002, acting in accordance with Order No. Kri. 02/02 of 3/19/2002, the business premises of HO BOSANSKA IDEALNA FUTURA located at 16-F Hadzija Mazic Street in Zenica were searched.

In addition to two adult witnesses, the search was conducted in the presence of Alen Cosic, son of Sead, born on 7/22/1968 in Zenica, in his capacity as a person authorized by HO BOSANSKA IDEALNA FUTURA.

The search of the business premises was conducted in accordance with Art. 195 – 198 of the Code of Criminal Procedure of the Federation of Bosnia and Herzegovina and the following were prepared as a result of the search:
- Search record prepared on a form;
- Photo and video documentation;
- Official report regarding the search conducted, and
- Receipt listing all temporarily seized items was issued for all temporarily seized items.

The apartment search record and the receipt for temporarily seized items were submitted to the Office of the Federal Prosecutor along with our Document No. 09-12/5-04-3-1483 dated 3/20/2002 and we will additionally submit to you the photo and video documentation upon the completion of the investigation of said documentation.

The search of the business premises lead to the seizure of items that were considered of possible use to the further procedure. Said items have been deposited on the premises of the Federal Ministry of Internal Affairs where, pursuant to this court's approval No. Kri. 02/02 of 3/21/2002, a preliminary review is being carried out of which a separate record will be prepared and submitted along with the report for further consideration.

15

## II
**Search of the Apartment Used by Alen Cosic, Authorized Representative of HO BOSANSKA IDEALNA FUTURA, Located at 5-B Zenicke Brigade Street in Zenica**

On 3/19/2002, acting in accordance with Order No. Kri. 03/02 of 3/19/2002, the apartment used by Alen Cosic, located at 5-B Zenicke brigade Street in Zenica was searched.

In addition to two adult witnesses, the search was conducted in the presence of the apartment's occupant, Alen Cosic, rest of information as given above.

The search of the apartment was conducted in accordance with Art. 195 – 198 of the Code of Criminal Procedure of the Federation of Bosnia and Herzegovina and the following were prepared as a result of the search:
- Search record prepared on a form;
- Photo and video documentation;
- Official report regarding the search conducted, and
- Receipt listing all temporarily seized items was issued for all temporarily seized items.

The apartment search record and the receipt for temporarily seized items were submitted to the Office of the Federal Prosecutor along with our Document No. 09-12/5-04-3-1483 dated 3/20/2002 and we will additionally submit to you the photo and video documentation upon the completion of the investigation of said documentation.

The search of the business premises lead to the seizure of items that were considered of possible use to the further procedure. Said items have been deposited on the premises of the Federal Ministry of Internal Affairs where, pursuant to this court's approval No. Kri. 03/02 of 3/21, a preliminary review is being carried out of which a separate record will be prepared and submitted along with the report for further consideration.

[round seal] Bosnia and Herzegovina, Federation of Bosnia and Herzegovina, Supreme Court of the Federation of Bosnia and Herzegovina
[handwritten] Copy [illegible]
[signature]

## III
**Search of the Apartment and Other Premises Used by Husejn Bajraktarevic, located at 5-A Prve zenicke brigade Street in Zenica**

On 3/19/2002, acting in accordance with Order No. Kri. 08/02 of 3/19/2002, the apartment and other premises used by Husejn Bajraktarevic, father of Aida Bajraktarevic, wife of Arnaout Enaam, located at 5-B Zenicke brigade Street in Zenica, were searched.

In addition to two adult witnesses, the search was conducted in the presence of the apartment's occupant, Husejn Bajraktarevic, son of Ramo, born on 7/21/1941.

The search of the apartment was conducted in accordance with Art. 195 – 198 of the Code of Criminal Procedure of the Federation of Bosnia and Herzegovina and the following were prepared as a result of the search:
- Search record prepared on a form;
- Photo and video documentation;
- Official report regarding the search conducted, and
- Receipt listing all temporarily seized items was issued for all temporarily seized items.

16

The apartment search record and the receipt for temporarily seized items were submitted to the Office of the Federal Prosecutor along with our Document No. 09-12/5-04-3-1483 dated 3/20/2002 and we will additionally submit to you the photo and video documentation upon the completion of the investigation of said documentation.

The search of the business premises lead to the seizure of items that were considered of possible use to the further procedure. Said items have been deposited on the premises of the Federal Ministry of Internal Affairs where, pursuant to this court's approval No. Kri. 08/02 of 3/21, a preliminary review is being carried out of which a separate record will be prepared and submitted along with the report for further consideration.

## IV
### Search of the Apartment Used by Munib Zahiragic, Director of HO BOSANSKA IDEALNA FUTURA, located at 50 Aleja Lipa Street in Sarajevo

On 3/19/02, acting in accordance with Order No. Kri. 06/02 of 3/19/2002, the apartment used by Munib Zahiragic, Director of HO BOSANSKA IDEALNA FUTURA, located at 50 Aleja Lipa Street in Sarajevo, was searched.

In addition to two adult witnesses, the search was conducted in the presence of the apartment's occupant, Munib Zahiragic, son of Hasan, born on 1/3/1953 in Novoseoci, Municipality of Sokolac.

The search of the apartment was conducted in accordance with Art. 195 – 198 of the Code of Criminal Procedure of the Federation of Bosnia and Herzegovina and the following were prepared as a result of the search:
- Search record prepared on a form;
- Photo and video documentation;
- Official report regarding the search conducted, and
- Receipt listing all temporarily seized items was issued for all temporarily seized items.

[round seal] Bosnia and Herzegovina, Federation of Bosnia and Herzegovina, Supreme Court of the Federation of Bosnia and Herzegovina
[handwritten] Copy [illegible]
[signature]

The apartment search record and the receipt for temporarily seized items were submitted to the Office of the Federal Prosecutor along with our Document No. 09-12/5-04-3-1483 dated 3/20/2002 and we will additionally submit to you the photo and video documentation upon the completion of the investigation of said documentation.

The search of the business premises lead to the seizure of items that were considered of possible use to the further procedure. Said items have been deposited on the premises of the Federal Ministry of Internal Affairs where, pursuant to this court's approval No. Kri. 06/02 of 3/21, a preliminary review is being carried out of which a separate record will be prepared and submitted along with the report for further consideration.

## V
### Search of the House owned by Hasan Zahiragic, located at 30 and 32 Rogina Street in Sarajevo

On 3/19/2002, acting in accordance with Order No. Kri. 05/02 of 3/19/2002, the garage and apartment used by Hasan Zahiragic, and his sons, Munib Zahiragic, Director of HO BOSANSKA IDEALNA FUTURA, and Munir Zahiragic, were searched.

17

In addition to two adult witnesses, the search was conducted in the presence of the house's owner – occupant of the premises, Hasan Zahiragic, son of Mehmed, born on 10/9/1926.

The search was conducted in accordance with Art. 195 – 198 of the Code of Criminal Procedure of the Federation of Bosnia and Herzegovina and the following were prepared as a result of the search:
- Search record prepared on a form;
- Photo and video documentation;
- Official report regarding the search conducted, and
- Receipt listing all temporarily seized items was issued for all temporarily seized items.

The apartment search record and the receipt for temporarily seized items were submitted to the Office of the Federal Prosecutor along with our Document No. 09-12/5-04-3-1483 dated 3/20/2002 and we will additionally submit to you the photo and video documentation upon the completion of the investigation of said documentation.

The search of the business premises lead to the seizure of items that were considered of possible use to the further procedure. Said items have been deposited on the premises of the Federal Ministry of Internal Affairs where, pursuant to this court's approval No. Kri. 05/02 of 3/21, a preliminary review is being carried out of which a separate record will be prepared and submitted along with the report for further consideration.

**VI**
**Search of the Business Premises of HO BOSANSKA IDEALNA FUTURA, located at 12 Salko Lagumdzija Street in Sarajevo**

On 3/19/2002, acting in accordance with Order No. Kri. 04/02 of 3/19/02, the Business Premises of HO BOSANSKA IDEALNA FUTURA, located at 12 Salko Lagumdzija Street in Sarajevo, were searched.

In addition to two adult witnesses, the search was conducted in the presence of Munib Zahiragic, in his capacity as the person authorized by HO BOSANSKA IDEALNA FUTURA, rest of information already presented.

The search of the business premises was conducted in accordance with Art. 195 – 198 of the Code of Criminal Procedure of the Federation of Bosnia and Herzegovina and the following were prepared as a result of the search:
- Search record prepared on a form;
- Photo and video documentation;
- Official report regarding the search conducted, and
- Receipt listing all temporarily seized items was issued for all temporarily seized items.

[round seal] Bosnia and Herzegovina, Federation of Bosnia and Herzegovina, Supreme Court of the Federation of Bosnia and Herzegovina
[handwritten] Copy [illegible]
[signature]

The apartment search record and the receipt for temporarily seized items were submitted to the Office of the Federal Prosecutor along with our Document No. 09-12/5-04-3-1483 dated 3/20/2002 and we will additionally submit to you the photo and video documentation upon the completion of the investigation of said documentation.

The search of the business premises lead to the seizure of items that were considered of possible use to the further procedure. Said items have been deposited on the premises of the Federal Ministry of Internal Affairs where, pursuant to this court's approval No. Kri. 04/02 of 3/21, a preliminary review is being carried out of which a separate record will be prepared and submitted along with the report for further consideration.

## VII
### Search of the Apartment Owned by Enaam Arnaout located at 6 Grada Kalgarija Street in Sarajevo

On 3/19/2002, acting in accordance with your Order No. Kri. 07/02 of 3/19/2002, the apartment owned by Enaam Arnaout used by his wife, Aida Bajraktarevic, located at 6 Grada Kalgarija Street in Sarajevo was searched.

In addition to two adult witnesses, the search was conducted in the presence of the apartment's occupant, Aida Bajraktarevic, daughter of Husejn, born on 5/20/1975 in Doboj.

The search of the apartment was conducted in accordance with Art. 195 – 198 of the Code of Criminal Procedure of the Federation of Bosnia and Herzegovina and the following were prepared as a result of the search:
- Search record prepared on a form;
- Photo and video documentation;
- Official report regarding the search conducted, and
- Receipt listing all temporarily seized items was issued for all temporarily seized items.

The apartment search record and the receipt for temporarily seized items were submitted to the Office of the Federal Prosecutor along with our Document No. 09-12/5-04-3-1483 dated 3/20/2002 and we will additionally submit to you the photo and video documentation upon the completion of the investigation of said documentation.

The search of the apartment lead to the seizure of items that were considered of possible use to the further procedure. Said items have been deposited on the premises of the Federal Ministry of Internal Affairs where, pursuant to this court's approval No. Kri. 07/02 of 3/21, a preliminary review is being carried out of which a separate record will be prepared and submitted along with the report for further consideration.

During the search, among other items, a travel bag with a coded lock that could not be opened on the spot was found and temporarily seized. Upon completion of the search, on the premises of the Federal Ministry of Internal Affairs, in the presence of Aida Bajraktarevic, occupant of the apartment where the item was found, said item was opened and the items contained in the travel bag were inspected and inventoried of which Record No. 12/5-5/3-1 of 3/19/2002 was prepared and is submitted as an attachment to the report.

[round seal] Bosnia and Herzegovina, Federation of Bosnia and Herzegovina, Supreme Court of the Federation of Bosnia and Herzegovina
[handwritten] Copy [illegible]
[signature]

## VIII

Pursuant to Order No. Kri. 01/02 of 3/19/2002 of the Supreme Court of the Federation of Bosnia and Herzegovina regarding the search of the business premises used by HO BOSANSKA IDEALNA FUTURA that are located at 1 22nd of December Street in Zenica (city quarter known as "Kanal") as well as pursuant to Order No. Kri. 01/02 of 3/19/2002 regarding the search of the business premises used by HO BOSANSKA IDEALNA FUTURA ("Benevolence International Foundation") that are located at 1 22nd of December Street in Zenica (city quarter known as "Kanal"), no action was taken in light of the fact that the premises at the above address were abandoned and empty of which an Memorandum No. 12/5-33 dated 3/20/2002 was prepared and is submitted as an attachment to the report.

19

## IX

During the search of the house located at 30 and 32 Rogina Street, owned by Hasan Zahiragic, in the common garage area used by Hasan, Munib and Munir Zahiragic in which items of HO BENEVOLENCE INTERNATIONAL FOUNDATION that has further existed as BOSANSKA IDEALNA FUTURA were found among their personal belongings, among the other items, documentation (126 documents and other papers) owned by the Agency for Research and Documentation [AID] of Bosnia and Herzegovina marked as "Secret," "State secret," "Official business," and "Strictly confidential" was found and temporarily seized. Also, during the search of the apartment used by Munib Zahiragic and located at 50 Aleja Lipa Street, four floppy disks containing official documentation of AID of Bosnia and Herzegovina marked as secret and confidential were found among the rest of the items and temporarily seized.

After consultations with the federal and cantonal prosecutors, Criminal Charges No. 09-12/5-KU: 4 of 3/22/2002 were filed with the Office of the Cantonal Prosecutor against Munib Zahiragic on the basis of a suspicion that he had committed a crime under Article 147, Par. 4 of the Penal Code of the Federation of Bosnia and Herzegovina (espionage).

The evidence and attachments indicated in the Criminal Charges and the items listed in the attached specification were submitted along with the Criminal Charges filed with the Office of the Cantonal Prosecutor in Sarajevo.

## X

After the completion of the searches, an interview with the individuals who have been employed or have been related to HO BIF was conducted on the premises of the Federal Ministry of Internal Affairs and in the field. The individuals in question are as follows: Munib Zahiragic, Esref Sut, Alen Cosic, Munir Zahiragic, Ahmed Isakovic, Admir Sljivo, Kemal Bosno, Edmira Okanovic, Aida Arnaout, Hikmeta Begic, Emira Buljibasic, Zuhdija Halilovic, Resda Softic, Melca Selimovic and Sead Avdukic.

The Federal Ministry of Internal Affairs continues its intensive work on the preliminary inspection of the temporarily seized items and the collection of information on the field and the results will be presented in time and permanently in a separate report.

Enclosed with the report are the memorandums prepared regarding the conversations with the above individuals as well as the records regarding the collection of statements from the individuals.

This report is hereby submitted for further consideration.

Sincerely,

[round seal] Bosnia and Herzegovina, Federation of Bosnia and Herzegovina, Supreme Court of the Federation of Bosnia and Herzegovina
[handwritten] Copy [illegible]
[signature]

**ENCLOSURES:**

I
- Photocopy of Order No. Kri. 02/02 of 3/19/2002
- Official Report No. 12/5-35 of 3/20/2002

II
- Photocopy of Order No. Kri. 03/02 of 3/19/2002
- Official Report No. 12/5-36 of 3/20/2002

III
- Photocopy of Order No. Kri. 08/02 of 3/19/2002
- Official Report No. 12/5-37 of 3/20/2002

IV
- Photocopy of Order No. Kri. 06/02 of 3/19/2002
- Official Report No. 12/5-38 of 3/20/2002

V
- Photocopy of Order No. Kri. 05/02 of 3/19/2002
- Official Report No. 12/5-39 of 3/20/2002

VI
- Photocopy of Order No. Kri. 04/02 of 3/19/2002
- Official Report No. 12/5-16/02 of 3/20/2002

VII
- Photocopy of Order No. Kri. 07/02 of 3/19/2002
- Official Report No. 12/5-5-sl. of 3/20/2002
- Record No. 12/5-5/3-1

VIII
- Memorandum No. 15/5-33 of 3/20/2002
- Order No. Kri. 01/02 of 3/19/02 (4 copies)

IX
- Photocopy of Criminal Charges No. 09-12/5-KU:-4 of 3/22/2002
- Specification of temporarily seized items

X
- Memorandum No. 12/5-sl of 3/21/2002
- Memorandum No. 12/5-51 of 3/20/2002
- Memorandum No. 12/5-34 of 3/21/2002
- Record of collection of statements No. 12/5-48 of 4/8/2002
- Record of collection of statements No. 12/5-49 of 4/4/2002
- Record of collection of statements No. 12/5-50 of 4/8/2002
- Record of collection of statements No. 12/5-45 of 4/1/2002
- Record of collection of statements No. 12/5-46 of 3/29/2002
- Memorandum No. 12/5-42 of 3/27/2002
- Memorandum No. 12/5-43 of 3/27/2002
- Memorandum No. 12/5-44 of 4/1/2002
- Memorandum No. 12/5-40 of 3/20/2002
- Memorandum No. 12/5-04-3-1483 of 3/25/2002
- Memorandum No. 12/5-41 of 3/21/2002
- Memorandum No. 12/5-14 of 3/21/2002

[round seal] Bosnia and Herzegovina, Federation of Bosnia and Herzegovina, Supreme Court of the Federation of Bosnia and Herzegovina
[handwritten] Copy [illegible]
[signature]

**Copies:**
1 – to the Supreme Court of the Federation of Bosnia and Herzegovina, with enclosures
1 – to the Office of the Federal Prosecutor, without enclosures
1 – to the Office of the Cantonal Prosecutor, with enclosures
AK/MS
[signature]
Dragan Lukac
Acting Director [round seal] Bosnia and Herzegovina, Federation of Bosnia and Herzegovina, Federal Ministry of Internal Affairs, Police Headquarters, Sarajevo

21