Exhibit 8

26/02 '03 15:14 FAX                                                    ☒001

*Bosna i Hercegovine*
**FEDERACIJA BOSNE I HERCEGOVINE**
**VRHOVNI SUD**
**FEDERACIJE BOSNE I HERCEGOVINE**
*Broj-Su-562/02*
*Sarajevo, 25.2.2003.godine*

**FEDERALNO MINISTARSTVO UNUTARNJIH POSLOVA**
- *Uprava policije* –
- *N/r direktora* -

**<u>S A R A J E V O</u>**

*Na Vaš broj: 09-12/5-04-3-1483*

<u>PREDMET</u>: HO «BOSANSKA IDEALNA FUTURA»

Na temelju odobrenja ovog suda broj: Kri-01-08/02 od 17.9.2002. godine, ustupili ste predstavnicima Ambasade SAD-a u Sarajevu privremeno oduzete predmete, koji su oduzeti nakon pretresa uredskih prostorija HO «BOSANSKA IDEALNA FUTURA» i stanova osoba uposlenih u istoj.

Prednje odobrenje izdato je u cilju vođenja daljnjeg istražnog postupka koji vode nadležni organi SAD-a protiv Enaama Amaouta i HO «BENOVALENCE INTERNATIONAL FOUNDATION», pa je tako ustupljena fotodokumentacija sa pretresa uredskih prostorija HO «BOSANSKA IDEALNA FUTURA» i stanova osoba uposlenih u istoj.

Putem Ministarstva civilnih poslova i komunikacija dostavljena je zamolnica Federalnom ministarstvu pravde od strane Okružnog suda SAD-a za teritorij Kolumbije u predmetu Burnett et al v. Al Baraka Investment, ET. AL. Cv 1:02-01616-jr kojom se zahtijeva od ovog suda ustupanje fotodokumentacije sa pretresa uredskih prostorija HO «BOSANSKA IDEALNA FUTURA» i stanova osoba uposlenih u istoj kao i druga dokumentacija oduzeta prilikom pretresa po odobrenju ovog suda (Kri-01-08/02).

Suglasni smo da zahtijevate od Ambasade SAD-a u Sarajevu ustupljenu fotodokumentaciju i druga dokumenta sačinjena odnosno izuzeta prilikom pretresa uredskih prostorija HO «BOSANSKA IDEALNA FUTURA» i stanova osoba uposlenih u istoj (fotokopije ili orginale) a potom da se isti ustupe na uvid gos. Jan – Charles Brisard Glavni istražitelj Ko-branitelj Slučaj br. 9-11.

S poštovanjem.



Predsjednik suda,
Sadudin Kratović

1

42

*Bosnia and Herzegovina*
*FEDERATION OF BOSNIA AND HERZEGOVINA*
*SUPREME COURT*
*FEDERATION OF BOSNIA AND HERZEGOVINA*
*Number-Su-562/02*
*Sarajevo, 2/25/2003*

***FEDERAL MINISTRY OF INTERNAL AFFAIRS***
*- Police direction -*
*- Att: Director -*

<u>**SARAJEVO**</u>

To Your number: 09-12/5-04-3-1483

<u>**SUBJECT**</u>: HO "BOSANSKA IDEALNA FUTURA"

Based on the approval of this court number: Kri-01-08/02 from 9.17.2002, you have relinquished to the US Embassy representatives the temporarily confiscated objects, which were confiscated after the offices of HO "BOSANSKA IDEALNA FUTURA" and the apartments of its employees were searched.
The above approval was issued with the goal of undertaking further investigative proceedings conducted by the competent US bodies against Enaama Amaouta and HO "BENOVALENCE INTERNATIONAL ORGANIZATION," and therefore the photo documentation from the search of the offices of HO "BOSANSKA IDEALNA FUTURA" and of the apartments of its employees was relinquished.
A petition was served through the Ministry of Civil Affairs and Communications to the Federal Ministry of Justice, by the District Court for the District of Columbia, USA, in the matter of Burnett et al v. Al Baraka Investment, ET. AL Cv 1:02-01616-jr, in which it is motioned that the Court relinquish the photo documentation from the search of the offices of HO "BOSANSKA IDEALNA FUTURA" and of the apartments of its employees as well as any other documentation confiscated during the search ordered by this court ([order] Kri-01-08/02).
We agree that you demand from the US Embassy in Sarajevo the relinquished documentation and other documents put together, i.e., confiscated during the search of the offices of HO "BOSANSKA IDEALNA FUTURA" and of the apartments of its employees (photocopies or originals) and that the same thereafter be turned over to Mr. Jan-Charles Brisard, the Principal Examiner and Co-defense Counsel for Case no. 9-11.

Sincerely,

*President of the Court*
[signature]
*Sadudin Kratović*

[stamp]
Bosnia and Herzegovina - Federation of Bosnia and Herzegovina
SUPREME COURT OF THE FEDERATION OF BOSNIA AND HERZEGOVINA

43



Bosna i Hercegovina
FEDERACIJA BOSNE I HERCEGOVINE
**VRHOVNI SUD**
FEDERACIJE BOSNE I HERCEGOVINE
SARAJEVO

*Broj: Su:91/03*
*Sarajevo, 06.03.2003. godine*

*Onome na kog se odnosi*

    *Urgiram da Veleposlanstvo SAD-a ili Drugo relevantno tijelo vlasti SAD-a omogući pristup dokumentaciji u vezi HAO "Bosanska idealna futura", g-dinu Jean-Charles Brisard u skladu sa aktom Federalnog ministarstva pravde Sarajevo broj 01-367/02 od 29.11.2002. godine, a u cilju poštivanja moje naredbe broj Su.562/02 od 25.02.2003. godine.*
    *S poštovanjem,*

*Dostaviti: Patrick Fitzgerald*
          *Tužitelj za Sjevernu*
          *oblast Illinois*



Predsjednik suda
Kar... vić Sadudin

44

Bosnia and Herzegovina
FEDERATION OF BOSNIA AND HERZEGOVINA
SUPREME COURT
FEDERATION OF BOSNIA AND HERZEGOVINA
Number –Su-91/03
Sarajevo, 03/06/2003

To whom it may concern

We urge the US Embassy and any other relevant authority in the United States that access to the documentation regarding the HO "BOSANSKA IDEALNA FUTURA" be granted to Jean-Charles Brisard, in accordance with the Federal Ministry of Justice order 01-367/02 of November 29, 2002 and our own order 562/02 of February 25, 2003.
Sincerely,

Recipient: Patrick Fitzgerald
US Attorney for the
Northern District of Illinois

President of Court
[Signature]
Sadudin Kratovic
[Stamp]
Bosnia and Herzegovina – Federation of Bosnia and Herzegovina
SUPREME COURT OF THE FEDERATION OF BOSNIA AND HERZEGOVINA

45



Bosna i Hercegovina
**FEDERACIJA BOSNE I HERCEGOVINE**
**VRHOVNI SUD**
**FEDERACIJE BOSNE I HERCEGOVINE**
SARAJEVO

*Broj: Su:91/03*
*Sarajevo, 06.03.2003. godine*

Jean-Charles Brisard
Glavni istražiitelj
Ko-savjetnik
Slučaj 9-11

    Urgiram da Veleposlanstvo SAD-a ili Drugo relevantno tijelo vlasti SAD-a omogući pristup dokumentaciji u vezi HAO "Bosanska idealna futura", g-dinu Jean-Charles Brisard u skladu sa aktom Federalnog ministarstva pravde Sarajevo broj 01-367/02 od 29.11.2002. godine, a u cilju poštivanja moje naredbe broj Su.562/02 od 25.02.2003. godine.
    S poštovanjem,



Predsjednik suda
Kratović Sadudin

46

Bosnia and Herzegovina
FEDERATION OF BOSNIA AND HERZEGOVINA
SUPREME COURT
FEDERATION OF BOSNIA AND HERZEGOVINA
Number –Su-91/03
Sarajevo, 03/06/2003

Jean-Charles Brisard
Lead Investigator
Co Counsel
Saudi 911 Case

We urge the US Embassy and any other relevant authority in the United States that access to the documentation regarding the HO "BOSANSKA IDEALNA FUTURA" be granted to Jean-Charles Brisard, in accordance with the Federal Ministry of Justice order 01-367/02 of November 29, 2002 and our own order 562/02 of February 25, 2003.
Sincerely,

President of Court
[Signature]
Sadudin Kratovic
[Stamp]
Bosnia and Herzegovina – Federation of Bosnia and Herzegovina
SUPREME COURT OF THE FEDERATION OF BOSNIA AND HERZEGOVINA

47