Exhibit 9



**U. S. Department of Justice**

United States Attorney
Northern District of Illinois

| | | |
|---|---|---|
| John C. Kocoras<br>Assistant United States Attorney | Dirksen Federal Building<br>219 South Dearborn Street, Fifth Floor<br>Chicago, Illinois 60604 | (312) 353-7602 Direct Line<br>(312) 353-4324 Facsimile |

March 10, 2003

**VIA FEDERAL EXPRESS**
Mr. Jean-Charles Brisard
c/o Mr. Ronald L. Motley
Law Offices of Ness, Motley
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29464

Re: <u>United States v. Enaam Arnaout</u>, 02 CR 892

Dear Mr. Brisard:

Pursuant to the letters rogatory issued by the United States District Court for the District of Columbia, and the subsequent instructions from the Supreme Court of Bosnia-Herzegovina, enclosed are photocopies of items recovered by Bosnian authorities in Bosnia-Herzegovina corresponding to the government's *Santiago* proffer in the above matter. While no U.S. court order requires us to produce these materials to you, we believe that their production is consistent with the intent of the courts in Washington D.C. and in Bosnia-Herzegovina.

As I advised you on March 7, 2003, I am on trial in the United States District Court for the Northern District of Illinois and therefore unable to meet with you at this time. In accordance with your express instructions in your letter to me on March 7, 2003, I am sending these by Federal Express to you care of Ron Motley.

Very truly yours,

PATRICK J. FITZGERALD
United States Attorney

By: _____
JOHN C. KOCORAS
Assistant United States Attorney

Enc.

cc: Patrick J. Fitzgerald, U.S. Attorney

170