# Exhibit 10

TAREEKHOSAMA/50/Tareekh Osama 122 - 123

8/11/1988

Between Abu Al Ridha and the Sheikh, a discussion regarding the establishment of the new military work --> general camp
GROUP --> special camp
--> Qaida (base)

Abu Al Ridha:

a. Did you take the opinion of Sheikh Abdullah --> knowing that the Sheikh's military gang has ended.

b. This future project is in the interest of the Egyptian brothers.

c. Our foreign thoughts come in a different stage of the year --> disagreement is present
--> weapons are plenty

I suggest that the Army's forces are present in Afghanistan (here), and I see that we should think in the origin of the idea we came for from the beginning. } All this to start a new fruit from below zero.

* After a year has passed in the history of Al Maasada, we were unable to step new steps, and has returned to start the same step, and you, Sheikh, has returned to the same idea, but from (Illegible) to (Illegible).

Educating the youth is very important, but not on the account of the stage and time.

Why is the Arab element being secluded, and not being with the Afghans.

(Why are we leaving the drawing and returning to defection) the drawing is present in Afghanistan.

---

(Illegible)

The Sheikh: I am one person. We have not started an organization or and Islamic group.

It was a period of one year and a half, it was a period of education, building energy, and testing the brothers who came, and period of proving existence of the Islamic World. I, starting all these matters, in the darkest of circumstances, and the period is very short, we took very huge gains from the country's people in Saudi = we were able to give a political power to the Mujahideen = gathering donations in very large amounts = restoring power. The period is basically a correct situation to do the work.

- As for our Egyptian brothers, if they meant it, they are not to blame. Between us and them are the fundamental promises and accords for Afghanistan. Initially, in a place that looks personal to me and we are convinced of as a group. Their standing with us in the darkest of circumstances cannot be ignored, when the others (Illegible).

Abu Al Ridha: during planning, there could happen:
We did not reach the primary goal and we did not follow the drawn plan.
We did not expect the events that happened.
* Our work moves according to capability = we lost a lot of time.

The Sheikh: Who (Illegible) a goal that most movements are incapable of (very huge), but we have progressed well.
Trained, obedient, and faithful youth, the needed can be carried out with it, but the priority remains for the talk (arrow pointing upward).
* The work gave gains, a lot more than we expected.

In conclusion:

Abu Al Ridha: a. Establishing a staged plan.
b. Establishing a time-frame for this stage.

Question: does it need specialized people.
Answer: is there a specialized person amongst us.

- Initial estimate, within 6 months of Al Qaida (the Base), 314 brothers will be trained and ready.

١١ - ٨ - ١٩٨٨

بين أبو الرضا والشيخ مناقشة حول تشكيل العمل العسكري الجديد [illegible]

أبو الرضا: هل أجد شيء من رأي الشيخ [illegible]

أ - ٦٠ [illegible] الأفغان المصريين [illegible] المستقبل

ب - [illegible] أخرى في العالم [illegible]

[illegible] موجودة في أفغانستان (صدا)

[illegible] الذين [illegible]

* [illegible] تاريخ [illegible] جديدة [illegible]

[illegible]

تربية [illegible] ضرورية [illegible]

[illegible] العنصر العربي [illegible]

(الملا [illegible])

الشيخ: أما [illegible]

[illegible]

[illegible]

[illegible]

- [illegible] المصريين [illegible] اليهود [illegible]

[illegible]

أبو الرضا: [illegible]

[illegible]

[illegible] أضعنا وقتاً كثيراً

* [illegible]

الشيخ: [illegible]

[illegible]

[illegible]

* [illegible] =

أبو الرضا: [illegible]

[illegible] المرحلة

[illegible]

[illegible]

*(Parenthetical remarks in Italic are the translator's)*

*(Document name:* ***TAREEKHOSAMA/50/Tareekh Osama.123****, continuation of document* ***TAREEKHOSAMA/50/Tareekh Osama.122****)*

-An initial estimate, within 6 months for Al-Qaida *(the Base)*, 314 brothers will be trained and ready.

D:/BIF/SINGLECD/TAREEKHOSAMA/50/Tareekh Osama 123

Page 1

[illegible]

BOS000088