# Exhibit 12

*(Parenthetical remarks in Italic are the translator's)*

*(Document name: **TAREEKHOSAMA/19/Tareekh Osama 79**)*

In the name of God, the most Compassionate, the most Merciful

Generous brother Abu Al-Rida

Peace and God's mercy and blessing be upon you:

We send you a fragrant greeting from the Al-Maasada *(Lions' Habitat)* and we reassure you with it that our situation is good, and thanks be to God.

The brother who comes from our side and is carrying this letter would like to travel to Saudi Arabia. Therefore, give him a one way ticket and may God reward you with goodness.

*(four lines are crossed-out)*

And may God reward you with goodness, our regards to all and our greetings to all of the brothers in the hospital with our prayers for their quick recovery.

His name is brother Omar Lutfee

Your brother Abu Al-Qaaqaa

*He is far away from me and he
authorized me through a communication
to sign on his behalf, my apology.

Abu Mahmood

*(signature)*

Case 1:03-md-01570-GBD-SN Document 507-14 Filed 10/18/04 Page 3 of 21

بسم الله الرحمن الرحيم

الشيخ الكريم أبو الرضا ،

السلام عليكم ورحمة الله وبركاته :

في غمرة من الأحداث [illegible] نرسلها إليكم ونطمئنكم عنه عن أوضاعنا التي
هي بخير ولله الحمد .
وإليك مرسولنا الأخ حامل هذه الرسالة يريد السفر إلى السعودية
فأعطه تذكرة سفر ذهاب وجزاك الله كل خير .

[illegible]

وجزاكم الله كل خير تحياتنا للجميع وسلامنا لجميع الأخوة في المستشفى مع تمنياتنا
لهم بالشفاء العاجل

أخيكم أبو [illegible]

[illegible]

* [illegible]

[illegible]

Tareekh Osama\19\Tareekh Osama 79.jpg

BOS000019

*(Parenthetical remarks in Italic are the translator's)*

*(Document name:* ***TAREEKHOSAMA/33/Tareekh Osama.99****)*

In the name of God, the most Compassionate, the most Merciful

Dear brother Abu Al Rida, may God protect him

God's peace, mercy, and blessings be upon you

I hope that you and all of the brothers are well and enjoying the approval of God the Almighty. It disappoints me that your news reached us very late, knowing that travelers come to us frequently, so I hope that you tell me about Abu Mohamed Al-Shamali's subject, through Abu Hamza. I also hope that after Abu Anees reaches you that you move toward us immediately in anticipation of the attack on the Russians as the time has come, and I hope that you tell me about Usama and Ameen and their status. One of the brothers whose name is Abu Abdel Lateef is with Abu Al-Nasr, and if he wants to come tonight, take care of him so that he comes to us tomorrow, for his plane is *(departs)* on Thursday from Karachi to Yemen. I request that you ask the Yemeni embassy if a Saudi needs a visa to enter Yemen. If so, I hope you work on a visa for me so I can go with him. I ask that you communicate my greetings to Abu Al-Hasan Al-Madani and I hope that he will visit us if he has returned from Hijaz, and I also hope that you bring 500,000 Rupees at a minimum.

And God's peace, mercy, and blessings be upon you. Do not forget us in your prayers

Your brother

*(Usama Bin Laden's signature)*

9/8/07 *(1407 Hijriyya)*

Note: Abu Al-Nasr is sick and I urge visiting him and conveying my regards to him, I think he is in the hospital

بسم الله الرحمن الرحيم

الأخ العزيز أبو الرضا حفظه الله
السلام عليكم ورحمة الله وبركاته

وبعد
أرجو أن تكونوا وجميع الإخوة بخير ومن الله سبحانه وتعالى [illegible] أن أخباركم تأخرت علينا كثيراً علماً أننا فرحنا بأخبار [illegible] كثيراً ونرجوا إخبار [illegible] أبو محمد الشامي عن طريق أبو حمزة كما أرجو بعد أن يصلكم أبو أنيس أن تشعروه لينا فوراً باستعدادنا للخروج [illegible] حيث أن الوقت [illegible] وأرجو أن تأخذوا رأي أبي أسامة و[illegible] كما أن أحد الإخوة اسمه أبو عبد اللطيف موجود عند أبو النصر إذا عزم على الخروج [illegible] الليلة فقد قرر [illegible] عندنا للخروج لينا حيث أن [illegible] من [illegible] إلى اليمن وأرجو [illegible] السفارة اليمنية هل يحتاج السعودي إلى فيزة لدخول اليمن فإن كان كذلك فأرجو [illegible] فيزة [illegible] الذهب معه إليها [illegible] أن تبلغ سلامي أبو الحسن المدني وأرجوه [illegible] إن كان من الحجاز [illegible] كما أرجو أن [illegible] ألف روبية [illegible]
والسلام عليكم ورحمة الله وبركاته
[illegible]

أخوكم
[illegible] محمد

[illegible] هـ

ملاحظة
أبو النصر مريض فأرجو زيارته
وإبلاغه سلامي وأطمئنه [illegible]

*(Parenthetical remarks in Italic are the translator's)*

*(Document name:* **TAREEKHOSAMA/12/Tareekh Osama.68***)*

In the name of God, the most Compassionate, the most Merciful

Brother Abu Al-Rida, may God protect him

God's peace, mercy, and blessings be upon you, and may God make you happy

We request that you send us 500,000 Rupees, five hundred thousand Rupees, with some trustworthy brothers from your end, as well as giving the bearer of this paper (Sabir) the amount of 100,000, one hundred thousand only, on an urgent basis, and the remainder *(can be sent)* with the visiting brothers.

Give our best regards to brother Abu Al-Hasan, may God protect him. All of the brothers send you their regards.

On behalf of/your brother Abu Al-Qaaqaa

Abu Muath

*(signature)*

4.3.87

*(Text continues in* **TAREEKHOSAMA/12/Tareekh Osama.68a***)*

بسم الله الرحمن الرحيم .

الى الأخ / أبو الرضا حفظه الله

السلام عليكم ورحمة الله وبركاته وبعد أدامكم

نرجو تسليم ايصال مبلغ 500,000 روبية خمسمائة ألف

روبية لنا عن طريق الأخ حمزة الأفغاني من طرفكم ،

مع اعطاء حامل هذه الورقة (مجاهد) مبلغ 100,000

مئة ألف فقط استعمل والباقي مع الأخ حمزة الغامدي .

وسلم كثيرا السلام على الأخ أبو الحسن حفظه الله .

هديتنا الأخ حمزة معنا وعليكم السلام .

عبد الرحمن ابو التقفاء

ابو معاذ

4.3.87.

*(Parenthetical remarks in Italic are the translator's)*

*(Document name:* ***TAREEKHOSAMA/36/Tareekh Osama.102****)*

In the name of God, the most Compassionate, the most Merciful

Brother Abu Al-Rida, may God protect him

God's peace, mercy, and blessings be upon you

Please give brother Abu Ubaida, the butcher (Jaafar) the amount of five thousand Riyals, or their equivalent, from my account, to take care of some matters, and may God reward you with goodnes.

Your brother

Usama Bin Mohamed Bin Laden

*(signature)*

9/25/1407 *(Hijriyya)*

*(endorsed in green ink)*

I received from Abu Al-Rida the amount of five thousand Riyals, and may God reward you with goodness

Abu Ubaida Al-Masri (Jaafar)

*(signature)*

27th of Ramadhan 1407 *(Hijriyya)*

بسم الله الرحمن الرحيم

الأخ أبو الرضا حفظه الله
السلام عليكم ورحمة الله وبركاته

وبعد
أرجو تسليم الأخ أبو عبيدة اللحام (جمعة)
مبلغ خمسة آلاف ريال أو ما يعادلها من حسابي
لبعض الأمور وجزاكم الله خيرا

أخوكم
أسامة بن محمد بن لادن
٢٥/٩/١٤٠٧هـ

استلمت من أبو الرضا خمسة آلاف ريال

وجزاكم الله خيراً
أبو عبيدة المصري (جمعة)

٢٧/رمضان/١٤٠٧

*(Parenthetical remarks in italic are the translator)*

**Tareekh Osama 80**

**tehad Islami Afghanistan** ***(Afganistan Islamic Union)***

Date / /1407

Quantity ( )
Command ( )
Duty ( )
Department ( )

Number

In The name of God the most compassionate, The most Merciful.
Generous brother Abu hafz
Peace be upon you and God's mercy and blessing.
The bearer of this paper *(document)* is from the Hezbe Islami *(Islamic Party)* he loaned us an Egyptian Howitzer and I think it is still available on *(UI)* bader as it was set by brother Shafeeq ten days ago so please return it to them because they requested it many times and they are in need of it because they will take it *(UI)* to kabul as they say

may God Reward you with goodness
your brother

Abu Mahmoud (Sign by Mohammed osama bin laden)

Hijra 07/10/18

Text continues in document (Tareekh Osama 80a)



اتحاد اسلامی افغانستان

کمیته ( )

لویت ( )

مدیریت ( ) تاریخ / / ۱۴۰۷

نمبر ـــــــ

ماموریت ( )

بسم الله الرحمن الرحيم

الأخ الكريم أبو [illegible]

السلام عليكم ورحمة الله وبركاته

حامل هذه الورقة الأخ [illegible]

[illegible]

[illegible]

[illegible]

[illegible]

والله أكبر [illegible]

أخوكم

أبو محمد

١٨/٨/٠٧

Tareekh Osama\20\Tareekh Osama 80.jpg

BOS000060

*(Parenthetical remarks in Italic are the translator's)*

*(Document name:* ***TAREEKHOSAMA/38/Tareekh Osama.105****)*

In the name of God, the most Compassionate, the most Merciful.

Dear Brother Abu Mahmood, may God protect him

Peace and God's mercy be upon you.

Please consult with the Prince *(commander)* Abu Hafs Al-Masri about locating Commander Kakojan's group, which is composed of 22 individuals, as camp guards, from the middle of the field to Bader.

He is one of the good commanders whom we like to honor, so leave three of the brothers with them at the contact points, and may God reward you with goodness.

Your brother

Abu Al-Qaaqaa

*(Usama Bin Laden's signature)*

2/Al-Eid *(a Muslim festival)*

بسم الله الرحمن الرحيم

الأخ العزيز أبو محمود حفظه الله

السلام عليكم ورحمة الله

وبعد

أرجو استشارة الشيخ أبو حفص المصري في وضع
مجموعة الرقابة لكوهات والمكونة من ٢٢ شخص في
حراسة المعسكر من ٩ منتصف الساعة إلى بدر
وهو من القادة المجاهدين فيما نحسب ولا أزكيهم وإبعاد
ثلاثة من الأفغان بحسم على نقاط التماس مع جلال
آباد

أخوك

أبو القعقاع

[illegible] محمد

٢/١ الحميد

Tareekh Osama\38\Tareekh Osama 105.jpg

*(Parenthetical remarks in Italic are the translator's)*

*(Document name:* ***TAREEKHOSAMA/39/Tareekh Osama.106****)*

In the name of God, the most Compassionate, the most Merciful

Brother Abu Mahmood

Peace and God's mercy and blessings be upon you

- I have been trying to contact you since the morning, at the number 650, on the black device, to no avail, because the device is not as it should be.

- God willing brother Abu Al-Qaaqaa and those with him have reached you safely.

- Brother Muzammil from the Party came here and asked me to inform you that he is coming to you with a group (to the Al-Maasada) *(Lions' Habitat)*.

- Brother Abu Al-Qaaqaa requested that the brothers who are with Abu Yasir, along with the mortar and 82, *(to go)* to Noor Agha.

May God strengthen and make you triumphant.

The wounded and bruised brothers went with the Afghan Engineer to Parachinar and he will return, and brother Abdel Wahab is here with us, along with the car, and we are awaiting any *(request for)* service.

Your brother, Abu Abdallah



Tareekh Osama\39\Tareekh Osama 106.jpg

*(Parenthetical remarks in Italic are the translator's)*

*(Document name:* ***TAREEKHOSAMA/34/Tareekh Osama.100)***

In the name of God, the most Compassionate, the most Merciful.

Brother Abu Al-Rida

Peace be upon you

Please arrange the statuses of brother Abu Ubaidah Al-Banjsheeri, and brother Abu Hafs Al-Masri, as married, and on a monthly basis, and peace and God's mercy be upon you.

*(Illegible)* Both are to be treated like Maktab Al-Khadamat *(The Services Office)*

Usama Bin Laden

*(Signature)*

9000 RS. Monthly
Starting with month (1) 1987

4500 to each of them

بسم الله الرحمن الرحيم

الأخ أبو الرضا

السلام عليكم

وبعد

أرجو ترتيب موضوع الأخ أبو عبيدة البنجشيري والأخ أبو حفص المصري كمتزوجين وبصفة شهرية والسلام عليكم

(5) كاملاً مثل مكتب الخدمات وجماعة

أسامة بن لادن

محمد

R5 9000

لشهر (4) 1987

4500

IMF

Tareekh Osama\34\Tareekh Osama 100.jpg

Tareekh, AlMusadat 41

(Translator's note: The following page contains 3 paragraphs, 2 of which are signed)

Association of Saudi Red Crescent
Peshawar
Phone 41488 - 74264

Brother Abu Al Ridha
God Protect you
Peace be with you and God's Forgiveness and Blessings

I wish that all weapons we have in MiranShah be inventoried, and establishing Ahmad's front we want it to be a permanent base for us.

Signature unclear

Saudi Red Crescent for Afghan Refugees in Pakistan Peshawar
Tele:74264/41488

Brother Abu Al Hasan we have an extreme need for weapons so I urge that you not provide them with more than 25% of the existing weapons and Peace

Signed
Osama Bin Laden
7/22/08 H (Hijri calendar)

Tareekh, AlMusadat 41a

1- Brother Abu Osama God Protect Him
Peace be with you
It is advised handing brother Ahmad more of the Seminovs and R.P.G., medium mortar, heavy Goryunov.



جمعية الهلال الأحمر السعودي
بشاور
تلفون ٧٤٣٦٤ - ٤١٤٨٨

Saudi Red Crescent for Afghan Refugees Pakistan Peshawar

الأخ أبو الحسن نحن بحاجة ماسة لها للأسلحة فأرجو أن لا يتجاوز
استخدامهم بأكثر من ٢٠٪ من الموجود والسلام

٢٢/١١/٠٨هـ

الاخ ابو اسامة حفظه الله

السلام عليكم .

يرجى تسليم الاخ احمد مزيد من السيمنوفات و RPG و

هاون وبيكا ودكترنوف ثقيل