# Exhibit 13

*(Parenthetical remarks in Italic are the translator's)*

*(Document name:* **TAREEKHOSAMA/49/Tareekh Osama.121***)*

Number 1, خ:ش *(The Arabic characters Khaa and Sheen)*

In the name of God, the most Compassionate, the most Merciful

Muslim World League

International Islamic Relief Organization

No: *(left blank)*

Date: *(left blank)*

1. A meeting between Abu Abdallah/Dr. Abdallah Naseef/Sheikh Abdel Majeed Zindani

and Dhiaul Haq

| ______________________ The situation was explained to him, and he was made aware of his responsibility in front of God, and his continued support, and permitting the support, meaning - giving us an open license fr the borders, and if he is being subjected to any pressures, let it be a secret *(agreement)*, in a way that League offices will be opened as *(illegible)* for the Pakistanis, and the attacks will be launched from them *(these offices)*, and that there are no gatherings inside the cities which will attract attention, or ay other suitable method which you *(plural)* will agree upon and of which you *(singular)* are convinced without any concessions, and what is meant by concessions, is that you will not be ashamed of anything

2. The removal of all of the brothers from Peshaw *(most likely, Peshawar)* as soon as possible, and the houses will be ready for the arrivals and for any emergency which may occur.

3. The brothers will be transported directly to Miran Shah (Khost) because it is the only open point at the present time.

4. The brothers who are at Warsak *(phonetic)* will also be sent to Khost and its surroundings.



5. All of the brothers' passports are to be kept with the strong organizations, in order to avoid any search action due to pressuring from the embassies, or *(due to)* anything else which may occur.

---

6. That the passports should not be kept with the Saudi *(Red)* Crescent in anticipation of the recall of Abu Al-Hasan by Saudi Arabia, and the changing of the director.

---

7. In Khost, the absence of the brothers in Miran Shah *(meaning unclear)*. Everyone is at the front at several centers, in Miran Shah only the person in charge and whomever he wants as an assistant.

---

8. Assigning a car to secure what the brothers need at the front.

---

9. After these *(follow)* the steps that are mentioned in Adel's paper which you have

*(text continues in document* **TAREEKHOSAMA/49/Tareekh Osama.121a***)*

*(Parenthetical remarks in Italic are the translator's)*

*(Document name:* **TAREEKHOSAMA/49/Tareekh Osama.121a**, *continuation of document* **TAREEKHOSAMA/49/Tareekh Osama.121**)

10. I ask all of those who are in charge of people, to be good-natured, kind, compassionate, patient, and not too demanding of the brothers because the situation is not comforting for some individuals; more correctly the new ones, therefore the brothers need someone who will support them and be as a father and as a mother, and be a refuge for their sorrows so that he can assist them.

---

11. To examine the brothers' situation, meaning that not everyone who gets close to you is what is desired, because individuals differ when idle, and when tasked with a responsibility.

*(illegible)* in the selection.

---

12. I ask you to be good towards Sheikh Sayyaf, for he is known by all with agreement, and specifically you and the extent of his cooperation, and specifically you, and he is your brother *(meaning of this paragraph is unclear).*

---

After this, *(continue)* in accordance with Adel's paper, and if anything new comes up I will inform you .18952410

---

Saleh Khan says that his tribe's land is close to Jaji Maidan and that it is in your hands, and the government can not interfere with this.

---

You must pursue finding an umbrella which you can stay under, other than the Crescent *(most likely, the Saudi Red Crescent)* because I expect that Abu Al-Hasan will be replaced, because he is known by them especially after Abu Mazin left the arena, and I prefer the name of the League *(most likely, Muslim World League)* because Dr. Naseef is one of the brothers, and the government knows who Abu Al-Hasan is and who the ones in the arena are, and this is not a decision, and the change may not happen now, and it may not be the intention, however precaution *(precaution dictates that we do this).*

Your brother

Abu Anees

*(signature)*

BOS000025

D:/BIF/SINGLECD/TAREEKHOSAMA/49/Tareekh Osama 121

Page 1

بسم الله الرحمن الرحيم

MUSLIM WORLD LEAGUE

INTERNATIONAL ISLAMIC RELIEF ORGANIZATION

رابطة العالم الإسلامي
باكستان - بشاور
هيئة الإغاثة الإسلامية العالمية

No ______

Date ______

الرقم ______

التاريخ ______

(1) ~~[illegible]~~ لقاء الدكتور [illegible] - د/ عبد الله عزام / شيخ عبد المجيد زنداني
مع ضياء ومحمد

ومشروع [illegible] واستعارة المسؤولية امام الله [illegible]
بعض - اعطائنا اجازة مفتوحة [illegible] [illegible]
للعسكريين بحيث تشمل مراكز الرابطة [illegible] الباكستانية
وعندما تطلب السلطات [illegible] [illegible] المنطقة [illegible]
[illegible]

(2) ✓ تفريغ [illegible] اسبوع [illegible] الاخوة وتكون البيوت جاهزة
للقادمين والذي [illegible] مكانه [illegible].

(3) ✓ يتم نقل الاخوة رأساً الى ميران شاه لان المنطقة المفتوحة [illegible]

(4) الاخوة الذين [illegible] يتم ارسالهم [illegible] الى بيوت [illegible]

(5) جميع جوازات الاخوة يحتفظ بها في احد المؤسسات العربية تفادياً لاحالة
تفتيش وعند الضبط [illegible] السفارات [illegible]

(6) أن لا يحتفظ بالجوازات في الهلال السعودي خشية [illegible] لطلب [illegible]
وتغيير المدير

(7) ~~[illegible]~~

(7) [illegible] عدم تواجد الاخوة في ميران شاه . الكل في الجبهة [illegible]
[illegible] ميران شاه [illegible] [illegible]

(8) وضع سيارة [illegible] تأمين [illegible] الاخوة في الجبهة

(9) بعد ذلك الخطوات المذكورة [illegible] عادل [illegible]

Kindly quote reference number and date in your reply
يرجى في حالة الاجابة الاشارة الى الرقم والتاريخ
Phone: 43306 Cable: Rubita, Peshawar. Telex: 52779 IIRO-PK P.O. Box 951
هاتف ٤٣٣٠٦ TIMA-PK ٥٢٧٧٩ ص . ب ٩٥١ برقياً: رابطة بشاور باكستان

BOS000026

D:/BIF/SINGLECD/TAREEKHOSAMA/49/Tareekh Osama 121a

Page 1

(١٠) اوصي جميع من تأثر من الناس المخلصين بالرفق والحنان
والصبر وعدم الضغط على الاخوة لان الاخوة خير من ربح النفوس [illegible]
فبذلك يحتاج الاخوة الى من يسايرهم ويكون أباً وأخاً
ومأوى احزانهم لبعضهم

(١١) النظر في امر الاخوة الذين ليس كل من يقترب الملف هو المطلوب
لان النفوس تختلف بأمزجتها وحسب تحملها المسؤولية
تعلمك بالانتشار .

(١٢) اوصلت الشيخ سيارات جيب
وهي [illegible] وبنات امش
[illegible] جوانتش وبنات امش وهو اخذ

-٢٨٩٥٢٤١.

[illegible] بالتوريث عادل
[illegible]

صالح خان يقول ارضها فيلها
ه تربية من جابر ميدان
[illegible] بيديك ولا تستطيع الوكرمة
التجارة ذلك

لابد أن تستعد بوجود ظلام
فيها تحتها دون الهلال
لان ابو الحسن الزهر غيره لانه
معروف لديهم و معروف عند أن ذهب ابو حازم
من باكستان وأفضل اسم الراجعين لانه د/ نصيف
[illegible] الهجرة ، والكويت تعرف محمد ابو الحسن
[illegible] وليس فقط جيزم .

الهوال
البراز

حرق لو يكون الان المتغير وقد لا يكون المبعث
[illegible] المحطة

BOS000027