# MOTLEY RICE LLC
### ATTORNEYS AT LAW

Ronald L. Motley (SC)
Joseph F. Rice (SC)
Ann K. Ritter (SC, TN)
John J. McConnell, Jr. (RI, MA, SC, DC)
William H. Narwold (CT)
Allard A. Allston III (SC)
John E. Herrick (SC, MD)
Edward B. Cottingham Jr. (SC)
M. Eric Boller (SC)
Robert J. McConnell (RI, MA)
Frederick C. Baker (SC, NY)
Fred Thompson, III (SC)
Jodi Westbrook Flowers (SC)
Paul J. Doolittle (SC)
Donald A. Migliori (RI, MA, MN)
Anne McGinness Kearse (SC)
Jeffrey S. Thompson (TX)
Mary F. Schiavo (MO, DC, MD)
Samuel B. Cothran, Jr. (SC, NC) (General Counsel)
Miles Loadholt (SC)
J. Terry Poole (SC)
Laurel J. Loveland (1958-2002)
Donni E. Young (LA)
Robert T. Haefele (NJ, PA)
Sheryl A. Moore (SC, VA)
V. Brian Bevon (SC)
James M. Hughes (SC)
Rhett D. Klok (SC, DC, LA, TX, NM)
Frederick J. Jekel (SC)
Theodore H. Huge (SC, VA, DC)
John E. Guerry, III (SC)
Fidelma L. Fitzpatrick (RI, MA, NY, DC)
Christy Thouvenot (SC, IL, CO)
Suzanne Lafleur Klok (SC, DC, LA, TX, NM)
Cindi Anne Solomon (SC)
Wm. Michael Grutnloh (SC)
David P. Bevon (SC)
Michael E. Elsner (VA, NY)
Vincent L. Greene, IV (RI)
Marlon E. Kimpson (SC)
Stacie F. Taylor (AL, MS)
Ingrid L. Moll (CT)
Scott M. Galante (LA)
Kimberly D. Barone (SC, CA)
Elizabeth Smith (SC)
James W. Ledlie (SC)
Michael G. Rousseau (CA, MA)
Lynn Setzer Jekel (SC)
Badge Humphries (TX)
Aileen L. Sprague (RI)
John A. Baden, IV (SC)
E. Claire Xidis (SC, NY, DC)
William E. Applegate, IV (SC)
Justin B. Kaplan (TN)
Adam L. Marchuk (IL)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-19-04

Ecf

October 15, 2004

Via Hand Delivery

Hon. Richard Conway Casey
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1350
New York, New York 10007-1312

Re: *In re* Terrorist Attacks of September 11, 2001, MDL No. 1570 (RCC);
**Burnett v. Al Baraka Investment & Development, et al. (03 CV 9849 (RCC))**

We are writing to request your Honor's permission for an extension of time for the plaintiffs to file their opposition to Defendant Yousef Jameel's Motion to Dismiss. The undersigned along with counsel for the Defendant have jointly agreed to an extension of time for three days until October 18, 2004. The Defendant's Reply will then be filed on or before December 20, 2004.

We respectfully request your Honor's endorsement of this agreement.

Respectfully submitted,

*Justin Kaplan /mp*

Justin B. Kaplan, Esquire
Motley Rice LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465
(843) 216-9109
Counsel for Plaintiffs

SO ORDERED:

_____ 10/15/04
Richard Conway Casey
U.S. District Judge

www.motleyrice.com

MT. PLEASANT
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465
843-216-9000
843-216-9450 FAX

BARNWELL
1750 Jackson St.
P.O. Box 365
Barnwell, SC 29812
803-224-8800
803-259-7048 FAX

PROVIDENCE
321 South Main St.
P.O. Box 6067
Providence, RI 02940
401-457-7700
401-457-7708 FAX

NEW ORLEANS
1555 Poydras St.
Suite 1700
New Orleans, LA 70112
504-636-3480
504-636-3499 FAX