UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

This document relates to:

*Federal Insurance Co. v. al Qaida*, 03 CV 06978 (RCC)

### AFFIRMATION OF SEAN P. CARTER IN OPPOSITION TO THE NATIONAL COMMERCIAL BANK'S MOTION TO DISMISS

Sean P. Carter, Esq., affirms as follows:

1. I am an attorney admitted to practice *pro hac vice* in the above-captioned matter, and a member of the law firm Cozen O'Connor. I submit this Affirmation to transmit to the Court the following documents submitted in opposition to the Motion to Dismiss filed by defendant, National Commercial Bank.

2. Exhibit 1 of this Affirmation is a true and accurate copy of the transcript of a hearing entitled *Al-Qaeda and the Global Reach of Terrorism,* conducted by the Committee on International Relations of the House of Representatives on October 3, 2001.

3. Exhibit 2 to this Affirmation is a true and accurate copy of the Description of the Office of Terrorism Analysis of the Central Intelligence Agency's Counter-Terrorism Center, available at http://www.cia.gov/cia/di/organizationt_ota_page.html.

4. Exhibit 3 to this Affirmation is a true and accurate copy of the Written Testimony of Lee S. Wolosky to the Senate Committee on Governmental Affairs, June 15, 2004.

5. Exhibit 4 to this Affirmation is a true and accurate copy of a November 29, 2001 Letter from U.S. Department of the Treasury General Counsel David Aufhauser to Swiss Substitut du Procureur General Claud Nicati.

2

6. Exhibit 5 to this Affirmation is a true and accurate copy of the Government's Evidentiary Proffer Supporting the Admissibility of Co-Conspirator Statements, <u>United States v. Enaam Arnaout</u>, No. 02-CR-892 (N.D. Ill. filed Jan. 6, 2003).

Affirmed in Philadelphia, Pennsylvania on October 29, 2004.

_____/s/_____
Sean P. Carter

PHILA1\2161564\1 117430.000