

# DIRECTORATE OF INTELLIGENCE

CIA Home | CIA Career Director | CIA Career FAQs | How to Apply | Search

**Life in the DI** — **Organization**

- What We Do
- A Host of Opportunities
- Career Specialties
- Who We Are
- DI FAQs

**About the DI**

- Organization
- Products
- Training Resources
- History & Key Events
- DI Home

**The Office of Terrorism Analysis (OTA)** is the analytic component of the DCI Counterterrorism Center. OTA analysts concentrate on informing policymakers and supporting the intelligence, law enforcement, homeland security, and military communities by:

- Tracking terrorists and the activities of states that sponsor them, and assessing terrorist vulnerabilities by analyzing their ideology and goals, capabilities, associates, and locations.

- Analyzing worldwide terrorist threat information and patterns to provide warnings aimed at preventing terrorist attacks.

- Monitoring worldwide terrorism trends and patterns, including emerging and nontraditional terrorist groups, evolving terrorist threats or operational methods, and possible collusion between terrorist groups.

- Identifying, disrupting, and preventing international financial transactions that support terrorist networks and operations.

**Back To DI Organization**