IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | MDL No. 1570<br>ECF Case |

This document relates to:
ASHTON, et al. v. AL QAEDA ISLAMIC ARMY, et al., Case No. 1:02-6977.

### STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINTS

It is hereby stipulated, between undersigned counsel for the *Ashton* plaintiffs and undersigned counsel for defendants Dr. Abdullah M. Al-Turki and Dr. Adnan Basha, that:

(1) Defendants Dr. Al-Turki and Dr. Basha will answer or otherwise move against the operative complaint in *Ashton* by December 15, 2004,

(2) If Dr. Al-Turki and Dr. Basha move to dismiss the operative complaint in *Ashton*, it is agreed that plaintiffs' oppositions shall be served within sixty (60) days of service of the motion. It is further agreed that defendants' reply briefs shall be served within sixty (60) days of the service of plaintiffs' oppositions.

Respectfully submitted,

Andrew Maloney, Esquire
Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590
(212) 687-8181
Counsel for *Ashton* Plaintiffs

Lynne Bernabei, Esquire
Bernabei & Katz, PLLC
1773 T Street, N.W.
Washington, D.C. 20009-7139
(202) 745-1942
Counsel for Defendants Dr. Abdullah M. Al-Turki
and Dr. Adnan Basha

SO ORDERED:

_____
Richard Conway Casey
U.S. District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2004, I caused the foregoing to be served electronically on counsel of record by the Court's Electronic Case Filing (ECF) System, pursuant to ¶ 9(a) of Case Management Order No. 2 (June 16, 2004).

/s/ Alan R. Kabat
_____
Alan R. Kabat