UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re TERRORIST ATTACKS on SEPTEMBER 11, 2001 | 03 MDL 1570 (RCC) |
| KATHLEEN ASHTON *et al.*, Plaintiffs, v. AL QAEDA ISLAMIC ARMY, *et al.*, Defendants. | 02 CV 6977 (RCC) |
| ERNESTO BARRERA, *et al.*, Plaintiffs, v. AL QAEDA ISLAMIC ARMY, *et al.*, Defendants. | 03 CV 7036 (RCC) |
| FEDERAL INSURANCE CO., *et al.*, Plaintiffs, v. AL QAEDA, *et al.*, Defendants. | 03 CV 6978 (RCC) |

## STIPULATION AND ORDER

PLEASE TAKE NOTICE that, through undersigned counsel, the *Ashton*, *Barrera*

and *Federal* plaintiffs and defendants SNCB Corporate Finance Ltd., SNCB Securities Ltd.

(London), and  SNCB Securities Ltd. (New York) have agreed and hereby stipulate to the

dismissal of defendants SNCB Corporate Finance Ltd., SNCB Securities Ltd. (London), and

SNCB Securities Ltd. (New York) without prejudice, each side to bear its own attorneys' fees,

costs, and expenses.

Dated: November 4, 2004
       New York, New York

___/s/ Andrew J. Maloney_____
Andrew J. Maloney, III (AM 8684)
KREINDLER & KREINDLER LLP
100 Park Avenue
New York, New York 10017
(212) 687-8181
Counsel for *Ashton* and *Barrera* Plaintiffs

___/s/ Sean P. Carter_____
Sean P. Carter (admitted *pro hac vice*)
Cozen O'Connor LLP
1900 Market Square
The Atrium
Philadelphia, PA 19103
(215) 665-2091
Counsel for *Federal* Plaintiffs

___/s/ Ronald S. Liebman_____
Ronald S. Liebman (admitted *pro hac vice*)
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037
(202) 457-6000
Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2004, the foregoing Stipulation and Order was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing (ECF) system. Parties may access this filing through the Court's ECF system.

/s/ Andrew J. Maloney
Andrew J. Maloney, III (AM 8684)
KREINDLER & KREINDLER LLP
100 Park Avenue
New York, New York 10017
(212) 687-8181