KELLOGG, HUBER, HANSEN, TODD & EVANS, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3209

(202) 326-7900

FACSIMILE:
(202) 326-7999




October 27, 2004

***VIA US MAIL***

The Honorable Richard Conway Casey
United States District Court for the
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1950
New York, New York 10007

    Re:  *In re Terrorist Attacks of September 11, 2001*,
          03 MDL 1570 (RCC); Relates to: *Federal Insurance Co.,
          et al. v. Al Qaida, et al.*, Case No. 03-CV-6978 (RCC)

Dear Judge Casey:

    I represent the Saudi Joint Relief Committee for Kosovo and Chechnya (the "SJRC") in this matter. Pursuant to Your Honor's Case Management Order, the parties have agreed to a schedule for the SJRC's motion to dismiss the Federal Insurance complaint. We jointly propose that the SJRC's motion to dismiss will be filed on January 15, 2005; Plaintiffs' Opposition will be filed on March 15, 2005; and the SJRC's Reply will be filed on April 15, 2005.

    The parties request that Your Honor endorse this letter to confirm the proposed schedule.

Application granted
11/4/04

Respectfully Submitted,

Michael K. Kellogg

cc: Elliott R. Feldman