

| Harry E. Kreindler (1919-1984)<br>Lee S. Kreindler (1949-2003)<br>Marc S. Moller<br>Steven R. Pounian<br>James P. Kreindler<br>David C. Cook<br>David Beekman<br>Blanca I. Rodriguez<br>Noah H. Kushlefsky<br>Robert J. Spragg<br>Brian J. Alexander<br>Justin T. Green<br>Gretchen M. Nelson*<br>Stuart R. Fraenkel*<br><br>Francis G. Fleming<br>Paul S. Edelman<br>Milton G. Sincoff<br>Andrew J. Maloney, III<br>Counsel | **KREINDLER & KREINDLER** LLP<br>100 Park Avenue<br>New York, NY 10017-5590<br>(212) 687-8181<br>Fax: (212) 972-9432<br>www.kreindler.com    ECF | Susan A. Friery, M.D.**<br>Daniel O. Rose<br>Jacqueline M. James<br>Brendan S. Maher<br>Susan D. Bainnson<br>Dennis J. Nolan<br>Myrna Ocasio<br>Vincent I. Parrett<br>William O. Angelley<br><br>California Office<br>707 Wilshire Boulevard<br>Suite 5070<br>Los Angeles, CA 90017-3613<br>(213) 622-6469<br>Fax: (213) 622-6019<br><br>*Admitted in CA only<br>**Admitted in MA & DC only |

November 4, 2004

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-5-04



RECEIVED NOV 04 2004 CHAMBERS OF RICHARD CONWAY CASEY U.S.D.J.

**VIA HAND DELIVERY**
Hon. Richard Conway Casey
United States District Court Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1350
New York, New York 10007-1312

  Re: *In re Terrorist Attacks on September 11, 2001*, **03-MDL-1570 (RCC)**
    *Ashton v. Al Qaeda Islamic Army, et al.*, **02-CV-6977 (RCC)**
    *Burnett v. Al Baraka Investment & Development Corp.*, **03-CV-5738 (RCC)**
    *Burnett v. Al Baraka Investment & Development Corp.*, **03-CV-9849 (RCC)**

Dear Judge Casey:

  We are writing to request your Honor's permission for an extension of time for the *Ashton* plaintiffs to file their brief in opposition to defendant Yassin al Qadi's Motion to Dismiss. The undersigned along with counsel for defendant al Qadi have jointly agreed to extension of time until November 8, 2004. With the consent of the *Burnett* plaintiffs, it is further agreed between all parties that defendant al Qadi will file a consolidated reply on or before December 3, 2004.

We respectfully request your Honor's endorsement of this agreement.

Respectfully submitted,

Andrew J. Maloney, III (AM 8684)
KREINDLER & KREINDLER LLP
100 Park Avenue
New York, New York 10017
(212) 687-8181
Counsel for *Ashton* Plaintiffs

cc: All Counsel via E-mail

Application granted
11/4/04