```
*************** -COMM. JOURNAL- ******************** DATE NOV-04-2004 ***** TIME 03:40 *** P.01

            MODE = MEMORY TRANSMISSION              START=NOV-04 03:38      END=NOV-04 03:40

               FILE NO.= 239

    STN NO.    COM    ABBR NO.    STATION NAME/TEL.NO.    PAGES    DURATION

     001       OK       â          0355                  005/005  00:01'17"

                                                      -JUDGE RICHARD CASEY     -

    ******************************* -              - ***** -    212 805 7939- *********
```

# JONES DAY

51 LOUISIANA AVENUE, N.W. • WASHINGTON, D.C. 20001-2113
TELEPHONE: 202-879-3939 • FACSIMILE: 202-626-1700

Direct Number: 202-879-3700
dmccaffrey@jonesday.com

Mike
for 0355

October 28, 2004


RECEIVED
NOV 01 2004
CHAMBERS OF
RICHARD CONWAY CASEY
U.S.D.J.

Mr. Michael Brantley
United States District Court for the
   Southern District of New York
United States Court House
500 Pearl Street, Room 1950
New York, New York 10007

Re: In re Terrorist Attacks of September 11, 2001, 03 MDL 1570 (RCC): Technical
    Corrections to October 12 and October 14 Hearing Transcripts

Dear Mr. Brantley:

   On October 12 and 14, 2004, Jones Day made appearances on behalf of the Saudi
Binladin Group, Bakr Binladin, Omar Binladin, and Tariq Binladin in the above captioned
proceedings before Judge Casey. In accordance with your instructions, I am requesting your
assistance in correcting an error in the transcripts of the proceedings conducted on those dates,
which were prepared by Southern District Reporters, P.C. The Court Reporter has erroneously
noted that Jones Day appeared on behalf of the "Defendants Bin Laden." Jones Day does not
represent all such defendants. Could you please direct the Court Reporter to change the
appearances to read "Saudi Binladin Group, Bakr Binladin, Omar Binladin, and Tariq Binladin."
I have enclosed the transcript pages on which we request the corrections indicated.

                                              Yours truly,

                                              G. Daniel McCaffrey

                                              G. Daniel McCaffrey
                                              Legal Assistant

Enclosure          **APPLICATION GRANTED**

                   [signature]
                   HON. RICHARD CONWAY CASEY
                   11-1-04

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-5-04

WAI-2136295v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MENLO PARK • MILAN • MUNICH • NEW DELHI • NEW YORK • PARIS
PITTSBURGH • SAN DIEGO • SAN FRANCISCO • SHANGHAI • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON