**KELLOGG, HUBER, HANSEN, TODD & EVANS, P.L.L.C.**

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3209

(202) 326-7900

FACSIMILE:
(202) 326-7999

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-5-04

ECF

October 29, 2004

*VIA OVERNIGHT MAIL*



RECEIVED
NOV 01 2004
CHAMBERS OF
RICHARD CONWAY CASEY
U.S.D.J.

The Honorable Richard Conway Casey
United States District Court for the
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1950
New York, New York 10007

Re: *In re Terrorist Attacks of September 11, 2001*,
03 MDL 1570 (RCC); Relates to: *Federal Insurance Co.,
et al. v. Al Qaida, et al.*, Case No. 03-CV-6978 (RCC)

Dear Judge Casey:

The Court has scheduled oral argument on the Kingdom of Saudi Arabia's Motion to Dismiss the Federal Insurance plaintiffs' complaint for 11 a.m. on Friday November 5, 2004. The Court also directed the parties to provide a schedule of counsel to argue.

I will present the Kingdom's argument in support of the motion to dismiss. Messrs. Stephen A. Cozen and Sean P. Carter will argue in opposition on behalf of the Federal Insurance plaintiffs.

The Kingdom believes that 30 minutes per side for the argument, including rebuttal, will be sufficient. The Federal Insurance plaintiffs request 45 minutes per side.

Respectfully Submitted,

Michael Kellogg

Michael K. Kellogg

cc: Stephen A. Cozen
    Sean P. Carter

11/4/04
The court has allotted 60 minutes total for the argument

MEMO ENDORSED
IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing a copy to all counsel and retaining verification of such in case file. Do not fax such verification to Chambers.