

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES

**COZEN O'CONNOR**
ATTORNEYS

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com

**J. Scott Tarbutton**
Direct Phone   215.665.7255
Direct Fax      215.701.2467
starbutton@cozen.com

October 22, 2004



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-5-04

CHAMBERS OF
RICHARD CONWAY CASEY
U.S.D.J.

**VIA FEDERAL EXPRESS**

Judge Richard C. Casey
United States District Court for the
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1950
New York, NY 10007-1312

Re:   *In Re: Terrorist Attack on September 11, 2001*, MDL No. 1570;
        *Federal Insurance Company et al. v. al Qaida, et al.*, 03 CV 6978

Dear Judge Casey:

As Your Honor is aware, this firm represents the Plaintiffs in Federal Insurance Co., et al. v. al Qaida, et al., 03 CV 6978, one of the consolidated cases comprising In Re: Terrorist Attack of September 11, 2001, 03 MDL 1570. On September 15, 2004, this Court authorized plaintiffs in the Ashton, Burnett and Federal Insurance actions to serve specified defendants by publication. It has recently come to our attention that two defendants Federal Plaintiffs are seeking to serve by publication were inadvertently left off that publication list. Those defendants are Ayadi Chafiq Bin Muhammed and Mohammed Omeish. Federal Plaintiffs respectfully request that these two defendants be added to the publication list.

By way of background, on June 4, 2004, plaintiffs in Ashton, Burnett and Federal Insurance filed a joint Motion to Serve Specified Defendants by Publication Pursuant to Fed. R. Civ. Pro. 4(f)(3). Plaintiffs subsequently submitted an updated publication list on September 13, 2004, which this Court granted. During the three months leading up to the updated publication list, Federal Plaintiffs were still attempting to serve a number of defendants for whom addresses were available, as well as trying to find working addresses to attempt service on others. Having successfully served some defendants and exhausting efforts to locate and serve others (including Messieurs Bin Muhammed and Omeish), Federal Plaintiffs worked with the Ashton and Burnett

Judge Richard C. Casey
October 22, 2004
Page 2

---

plaintiffs to produce an updated publication list for the Court's consideration. During our discussions with the <u>Ashton</u> and <u>Burnett</u> plaintiffs, several drafts of the revised publication list, consisting of approximately 486 defendants, exchanged hands between the parties. Unfortunately, in the course of those exchanges, Ayadi Chafiq Bin Muhammed and Mohammed Omeish were mistakenly removed from the publication list.

Therefore, Federal Plaintiffs respectfully request that Ayadi Chafiq Bin Muhammed and Mohammed Omeish be added to the publication list which this Court granted on September 15, 2004. In the event that Your Honor has any questions regarding the proposed additions to the publication list, please do not hesitate to have a member of your staff contact me directly.

*Application granted*
*11/4/04*

Respectfully submitted,

COZEN O'CONNOR

By:   J. Scott Tarbutton

JST

cc:   Elliott R. Feldman, Esquire
      Mark T. Mullen, Esquire
      Sean P. Carter, Esquire

PHILA1\2156177\1 117430.000