```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-8-04
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re TERRORIST ATTACKS on ) 03 MDL 1570 (RCC)
SEPTEMBER 11, 2001 ) ECF Case

*This document relates to:*
*Cantor Fitzgerald & Co. et al. v. Akida Bank Private Ltd.*, 04-CV-7065 (RCC)

### STIPULATION AND ORDER SETTING SCHEDULE FOR THE NATIONAL COMMERCIAL BANK TO RESPOND TO THE FIRST AMENDED COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for Plaintiffs and for Defendant The National Commercial Bank ("NCB"), subject to the approval of the Court, as follows:

1. Plaintiffs shall serve their RICO Statement concerning NCB, as required by Paragraph 7 of the Court's Standing Rules of Practice and in Paragraph 14 of Case Management Order No. 2, not later than thirty (30) days from the date the Court approves this Stipulation and Order.

2. NCB shall have forty-five (45) days from the date on which the Court decides NCB's pending motions to dismiss in *Burnett* (03-CV-9849) and *Ashton* (02-CV-6977) to move to dismiss or otherwise respond to Plaintiffs' First Amended Complaint.

3. Plaintiffs shall serve their opposition to NCB's motion to dismiss within forty-five (45) days from the date on which NCB serves such motion on Plaintiffs.

4. NCB shall have thirty (30) days from the date on which NCB is served with Plaintiffs' opposition to reply to that opposition.

5. The foregoing schedule is without waiver of any of NCB's defenses, including the defense of lack of personal jurisdiction, except that NCB does not challenge the sufficiency of Plaintiffs' service of process on NCB.

Dated: Washington, D.C.
October 26, 2004

Respectfully submitted,

PATTON BOGGS LLP

DICKSTEIN SHAPIRO MORIN &
OSHINSKY LLP

_____
Ronald S. Liebman (admitted *pro hac vice*)
Mitchell R. Berger (MB4112)
Ugo Colella (admitted *pro hac vice*)
2550 M Street, N.W.
Washington, DC 20037
Phone: (202) 457-6000
Fax: (202) 457-6315
*Counsel for Defendant*
*The National Commercial Bank*

_____
Kenneth L. Adams (*pro hac vice* pending)
Richard W. Fields
Jonathan M. Goodman (JG 3031)
Stacey Saiontz (SS 1705)
1177 Avenue of the Americas
41" Floor
New York, New York 10036-2714
Phone: (212) 835-1400
Fax: (212) 997-9880
*Counsel for Plaintiffs The Port Authority of New*
*York and New Jersey, Cantor Fitzgerald & Co., et al.*

Dated: New York, New York
October 29, 2004

**SO ORDERED:**

_____
Richard C. Casey
U.S.D.J.         10/5/04