(AJE, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | MDL No. 1570 (RCC) |

This document relates to:

NO. 04 CV 07065 (RCC)

CANTOR FITZGERALD ASSOCIATES, et al,
                              Plaintiffs,
          v.

AKIDA INVESTMENT CO., LTD., et al.,
                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-8-04

**STIPULATION**

It is hereby stipulated and agreed by Plaintiffs and Defendants, International Islamic Relief Organization, Saleh Abdullah Kamel, Al Baraka Investment and Development Corporation, Dallah Al Baraka Group, LLC, and the Muslim World League ("Defendants"), by and through their respective attorneys that:

1. Defendants agree to accept service of process through their attorney Martin F. McMahon, Esq. of Martin F. McMahon & Associates.

2. Defendants agree to waive any and all objections to service but preserve any and all objections related to other issues.

3. Plaintiffs agree to extend the time for Defendants to move, answer, or otherwise respond to the Complaint until December 6, 2004.

DATED this 31 day of October 2004.

FOR PLAINTIFFS

*/s/ Johnathan M. Goodman/*

Johnathan M. Goodman, Esq.
Dickstein, Shapiro, Morin & Oshinsky, LLP
1177 Avenue of the Americas
New York, NY 10036-2714

FOR DEFENDANTS

_____
Martin F. McMahon, Esq.
Martin F. McMahon & Associates
1150 Connecticut Ave., NW
Suite 900
Washington, DC 20036
(202) 862-4343

Date: October 25, 2004

**SO ORDERED:**

_____
11/5/04      **U.S.D.J.**