UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re TERRORIST ATTACKS on SEPTEMBER 11, 2001 | 03 MDL 1570 (RCC) |
| KATHLEEN ASHTON *et al.*, Plaintiffs, v. AL QAEDA ISLAMIC ARMY, *et al.*, Defendants. | 02 CV 6977 (RCC) |

**AFFIRMATION OF JAMES P. KREINDLER IN OPPOSITION TO DEFENDANT YASSIN ABDULLAH AL QADI'S MOTION TO DISMISS**

James P. Kreindler affirms the following:

I hereby submit this Affirmation to provide this Court the following documents submitted in opposition to Defendant Yassin Abdullah al Qadi's Motion to Dismiss:

(1) **Exhibit A** is a true and accurate copy of the March 18, 2003 judicial Order of U.S. District Court Judge Allan G. Schwartz.

(2) **Exhibit B** is a true and accurate copy of the registered mail receipt of June 28, 2003 evidencing service of process of Defendant al Qadi at his address in Saudi Arabia.

(3) **Exhibit C** is a true and accurate copy of the October 12, 2001 U.S. Department of Treasury Press Release of Specially Designated Global Terrorists, which includes Defendant al Qadi.

(4) **Exhibit D** is a true and accurate copy of the October 19, 2001, United Nations Security Council Press Release which recognizes Defendant al Qadi as a designated associate of

Al Qaeda and Usama Bin Laden.

(5) **Exhibit E** is a true and accurate copy of the Muwafaq Foundation Certificate of Incorporation in the State of Delaware, dated January 14, 1992.

(6) **Exhibit F** is a true and accurate copy of a November 29, 2001 Letter from U.S. Department of Treasury General Counsel David Aufhauser to Swiss Sabstitut du Procureur General Claud Nicati.

Affirmed in New York, New York on November 8, 2004.

      /s/ James P. Kreindler
James P. Kreindler
KREINDLER & KREINDLER LLP

100 Park Avenue
New York, New York 10017
(212) 687-8181