USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-10-04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) ECF Case |
|---|---|

*This document relates to:*  *Federal Insurance Co. v. Al Qaida*
03 CV 06978

### STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFFS' FIRST AMENDED COMPLAINT AGAINST DEFENDANTS HRH PRINCE ABDULLAH AL FAISAL BIN ABDULAZIZ AL SAUD, MOHAMMED BIN ABDULRAHMAN AL ARIEFY, AND ALFAISALIAH GROUP (A/K/A FAISAL GROUP HOLDING CO.)

IT HEREBY IS STIPULATED AND AGREED by and between counsel for the plaintiffs and counsel for defendants HRH Prince Abdullah Al Faisal Bin Abdulaziz Al Saud, Mohammed Bin Abdulrahman Al Ariefy, and Alfaisaliah Group (a/k/a Faisal Group Holding Co.) (the "AFG defendants") that the *Federal Insurance* plaintiffs' First Amended Complaint against the AFG defendants shall be and hereby is voluntarily dismissed pursuant to Fed. R. Civ. P. 41(a)(a), without prejudice, each side to bear its own attorneys' fees, costs, and expenses.

Dated: November 5, 2004

COZEN O'CONNOR, PC
Attorneys for Federal Insurance Co.
Plaintiffs

By: _____
Sean P. Carter
1900 Market Street
Philadelphia, PA 19103

CURTIS, MALLET-PREVOST,
 COLT & MOSLE LLP
Attorneys for HRH Prince Abdullah Al Faisal Bin Abdulaziz Al Saud, Mohammed Bin Abdulrahman Al Ariefy, and Alfaisaliah Group (a/k/a Faisal Group Holding Co.)

By: _____
T. Barry Kingham
101 Park Avenue
New York, NY 10178

SO ORDERED
_____  11/8/04
U.S.D.J.