UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re TERRORIST ATTACKS on ) 03 MDL 1570 (RCC)
SEPTEMBER 11, 2001             ) ECF Case
                                                )

*This document relates to:*
*Cantor Fitzgerald & Co. et al. v. Akida Bank Private Ltd.*, 04-CV-7065 (RCC)

### STIPULATION AND ORDER SETTING SCHEDULE FOR PRINCE MOHAMED AL FAISAL AL SAUD TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for Plaintiffs and for Defendant Prince Mohamed al Faisal Al Saud ("Prince Mohamed"), subject to the approval of the Court, as follows:

1. Plaintiffs shall serve their RICO Statement concerning Prince Mohamed, as required by Paragraph 7 of the Court's Standing Rules of Practice and in Paragraph 14 of Case Management Order No. 2, not later than thirty (30) days from the date the Court approves this Stipulation and Order.

2. Prince Mohamed shall have sixty (60) days from the date on which the Court decides Prince Mohamed's pending motions to dismiss in *Federal Insurance* (03-CV-6978) and *Ashton* (02-CV-6977) to move to dismiss or otherwise respond to Plaintiffs' First Amended Complaint.

3. Plaintiffs shall serve their opposition to Prince Mohamed's motion to dismiss within forty-five (45) days from the date on which Prince Mohamed serves such motion on Plaintiffs.

4. Prince Mohamed shall have thirty (30) days from the date on which Prince Mohamed is served with Plaintiffs' opposition to reply to that opposition.

5. The foregoing schedule is without waiver of any of Prince Mohamed's defenses, including the defense of lack of personal jurisdiction, except that Prince Mohamed does not challenge the sufficiency of Plaintiffs' service of process on Prince Mohamed.

DOCSNY.126152.1                                  1

Dated: Washington, D.C.
      November 1, 2004

Respectfully submitted,

WILMER CUTLER PICKERING
HALE and DORR LLP

DICKSTEIN SHAPIRO MORIN &
OSHINSKY LLP

*Louis R. Cohen by VCA*

Louis R. Cohen (LRC 4012)
2445 M Street NW
Washington, DC 20037
Phone: (202) 663-6700
Fax: (202) 663-6363

David P. Donovan (DPD 7012)
1600 Tysons Blvd.
Suite 1000
McLean, VA 22102
Phone: (703) 251-9760
Fax: (703) 251-9797

David Bowker (DWB 3029)
399 Park Avenue
New York, New York
Phone: (212) 230-8800
Fax: (212) 230-8888

*Counsel for Defendant*
*Prince Mohamed al Faisal Al Saud*

Kenneth L. Adams (*pro hac vice* pending)
Richard W. Fields
Jonathan M. Goodman (JG 3031)
Stacey Saiontz (SS 1705)
1177 Avenue of the Americas
41" Floor
New York, New York 10036-2714
Phone: (212) 835-1400
Fax:   (212) 997-9880

*Counsel for Plaintiffs The Port Authority of New*
*York and New Jersey, Cantor Fitzgerald & Co., et al.*

Dated: New York, New York
November 10, 2004

**SO ORDERED:**

_____
Richard C. Casey
U.S.D.J.