KELLOGG, HUBER, HANSEN, TODD & EVANS, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3209

(202) 326-7900

FACSIMILE:
(202) 326-7999



```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-10-04
```

November 4, 2004

**VIA US MAIL**

The Honorable Richard Conway Casey
United States District Court for the
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1950
New York, New York 10007

    Re:  *In re Terrorist Attacks of September 11, 2001*, 03 MDL 1570 (RCC); Relates to: *Cantor Fitzgerald & Co., et al. v. Akida Private Bank Limited, et al.*, Case No. 04-CV-7065 (RCC)

Dear Judge Casey:

    I represent the Kingdom of Saudi Arabia and HRH Prince Turki Al-Faisal bin Abdulaziz Al-Saud in this matter. Pursuant to Your Honor's Case Management Order, the parties have agreed to a schedule for these defendants' motions to dismiss the Cantor Fitzgerald and Port Authority complaint.

    Since motions to dismiss on behalf of the Kingdom and Prince Turki are already pending before the Court, we jointly propose that their motions to dismiss the Cantor Fitzgerald and Port Authority complaint be filed 60 days after Your Honor decides the pending motions to dismiss filed by our clients. The Cantor Fitzgerald and Port Authority Plaintiffs will file their oppositions 45 days thereafter, and we will file our replies 30 days later.

    The parties request that Your Honor endorse this letter to confirm the proposed schedule.

Application granted
11/10/04

Respectfully submitted,

Michael Kellogg
Michael K. Kellogg

cc:  Jonathan M. Goodman