UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) |
| Kathleen Ashton, *et al.*,<br>                Plaintiffs,<br>v.<br>Al Qaeda Islamic Army, *et al.*,<br>                Defendants. | 02 CV 6977 (RCC) |

### STIPULATION AND ORDER

IT HEREBY IS STIPULATED AND AGREED by and between counsel for the *Ashton* plaintiffs and counsel for defendants **HRH Prince Abdullah Al Faisal Bin Abdulaziz Al Saud and Alfaisaliah Group** (a/k/a Faisal Group Holding Co.) (the "AFG defendants") that the *Ashton* plaintiffs' Fourth Amended Complaint against the AFG defendants shall be and hereby is voluntarily dismissed pursuant to Fed. R. Civ. P. 41(a)(1) without prejudice, each side to bear its own attorneys' fees, costs, and expenses.

Dated: November 15, 2004

| | |
|---|---|
| KREINDLER & KREINDLER<br>Attorneys for Ashton Plaintiffs | CURTIS, MALLET-PREVOST,<br>COLT & MOSLE LLP<br>Attorneys for HRH Prince Abdullah Al Faisal Bin Abdulaziz Al Saud and Alfaisaliah Group (a/k/a Faisal Group Holding Co.) |
| By: ___/s/ James P. Kreindler___<br>     James P. Kreindler<br>     100 Park Avenue<br>     New York, NY 10017 | By: ___/s/ T. Barry Kingham___<br>     T. Barry Kingham<br>     101 Park Avenue<br>     New York, NY 10178 |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2004, the foregoing Stipulation and Order was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's ECF system.

/s/ James P. Kreindler
James P. Kreindler (JK 7084)
Kreindler & Kreindler LLP
100 Park Avenue
New York, NY 10017-5590
(212) 687-8181
