## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re TERRORIST ATTACKS on SEPTEMBER 11, 2001 | 03-MDL-1570 (RCC) |
| KATHLEEN ASHTON, *et al.*, Plaintiffs, v. AL QAEDA ISLAMIC ARMY, *et al.*, Defendants. | 02-CV-6977 (RCC) |
| FEDERAL INSURANCE CO., *et al.*, Plaintiffs, v. AL QAEDA, *et al.*, Defendants. | 03-CV-6978 (RCC) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiffs in the above-referenced actions hereby voluntarily dismiss the defendants listed in Exhibit A without prejudice from *Ashton, et al. v. Al Qaeda Islamic Army, et al.* (02-CV-6977) and *Federal Insurance, et al. v. Al Qaeda, et al.* (03-CV-6978).

Dated: November 16, 2004
New York, New York

Respectfully submitted,

 /s/ James P. Kreindler
James P. Kreindler (AM 7084)
KREINDLER & KREINDLER LLP
100 Park Avenue
New York, New York 10017
(212) 687-8181
Counsel for *Ashton* Plaintiffs

/s/ Sean P. Carter
Sean P. Carter (admitted *pro hac vice*)
Cozen O'Connor LLP
1900 Market Square
The Atrium
Philadelphia, PA 19103
(215) 665-2091
Counsel for *Federal* Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2004, the foregoing Notice of Voluntary

Dismissal was filed electronically. Notice of this filing will be sent to all parties by operation of

the Court's electronic filing system. Parties may access this filing through the Court's ECF

system.

/s/ James P. Kreindler
James P. Kreindler (JK 7084)
Kreindler & Kreindler LLP
100 Park Avenue
New York, NY 10017-5590
(212) 687-8181

**NOTICE OF VOLUNTARY DISMISSAL:**
**EXHIBIT A**

- Mustafa Muhammed Ahmad
- al Anwa
- Abdulaziz Bin Hamad al Gosaibi
- Rashid M. al Romaizan
- Tarek Ayoubi
- Abdullah Bin Said
- Saleh Gazaz
- Khalil A. Kordi
- Mohammed Nur Rahimi
- Abu Agab
- al Amn al Dakhili
- al Amn al Khariji
- Abdul Rahim Mohammed Hussein
- Noor Jalil
- Maulvi Abdul Kabir
- Jalil Shinwari