UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
In re Terrorist Attacks on September 11, 2001    :   03 MD 1570 (RCC)
                                                                  :   ECF Case
------------------------------------------------------------------x

This document relates to: *Federal Insurance Company, et al. v. Al Qaida, et al.*, 03 CV 6978 (RCC)

STIPULATION EXTENDING TIME TO RESPOND

It is HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendant Saudi American Bank by and through their respective undersigned counsel, that Defendant Saudi American Bank's reply papers in support of its Motion to Dismiss the Claims Against It shall be served and filed on December 15, 2004.

Dated: November 11, 2004

COZEN O'CONNOR, PC
Attorneys for Plaintiffs

By: _____
    J. Scott Tarbutton
    1900 Market Street
    Philadelphia, PA 19103

SHEARMAN & STERLING LLP
Counsel for Defendant Saudi American Bank

By: _____
    Henry Weisburg (HW 9820)
    Brian H. Polovoy (BP 06752)
    Daniel M. Segal (DS 2106)
    599 Lexington Avenue
    New York, NY 10022-6069

So Ordered:

_____
Richard Conway Casey, U.S.D.J.