UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re TERRORIST ATTACKS on SEPTEMBER 11, 2001 | 03 MDL 1570 (RCC) |
| KATHLEEN ASHTON *et al.*, Plaintiffs, v. AL QAEDA ISLAMIC ARMY, *et al.*, Defendants. | 02 CV 6977 (RCC) |
| ERNESTO BARRERA, *et al.*, Plaintiffs, v. AL QAEDA ISLAMIC ARMY, *et al.*, Defendants. | 03 CV 7036 (RCC) |
| FEDERAL INSURANCE CO., *et al.*, Plaintiffs, v. AL QAEDA, *et al.*, Defendants. | 03 CV 6978 (RCC) |

## STIPULATION AND ORDER

PLEASE TAKE NOTICE that, through undersigned counsel, the *Ashton*, *Barrera* and *Federal Insurance* plaintiffs and defendants SNCB Corporate Finance Ltd., SNCB Securities Ltd. (London), and SNCB Securities Ltd. (New York) have agreed and hereby stipulate to the dismissal of defendants SNCB Corporate Finance Ltd., SNCB Securities Ltd. (London), and SNCB Securities Ltd. (New York) without prejudice, each side to bear its own attorneys' fees,

costs, and expenses.

Dated: November 17, 2004
New York, New York

*[signature]*
James P. Kreindler (AM 7084)
KREINDLER & KREINDLER LLP
100 Park Avenue
New York, New York 10017
(212) 687-8181
Counsel for *Ashton* and *Barrera* Plaintiffs

*[signature]*
Sean P. Carter (admitted *pro hac vice*)
Cozen O'Connor LLP
1900 Market Square
The Atrium
Philadelphia, PA 19103
(215) 665-2091
Counsel for *Federal* Plaintiffs

*[signature]*
Ronald S. Liebman (admitted *pro hac vice*)
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037
(202) 457-6000
Counsel for Defendants

**IT IS SO ORDERED.**

_____
The Honorable Richard C. Casey
United States District Court
Southern District of New York

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2004, the foregoing Stipulation and Order were filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's ECF system.

/s/ James P. Kreindler
James P. Kreindler (AM 7084)
KREINDLER & KREINDLER LLP
100 Park Avenue
New York, New York 10017
(212) 687-8181