#15

| UNITED STATES DISTRICT COURT | FILED |
| SOUTHERN DISTRICT OF NEW YORK | U.S. DISTRICT COURT |
| | 2004 NOV 10 P 1: 03 |
| | S.D. OF N.Y. |

O'NEILL et. al.

     Plaintiff,

-V-

KINGDOM OF SAUDI ARABIA et al.

     Defendants..

CERTIFICATE OF MAILING

04 Cv. 1922

I, J. Michael McMahon, Clerk of Court for the Souther District of New York, do hereby certify that on the

**November 10, 2004**

I served the

SUMMONS & COMPLAINT
NOTICE OF SUIT
CERTIFICATE OF AUTHENTICITY FROM THE TRANSLATOR
TRANSLATION INTO ARABIC

Pursuant to the foreign sovereign immunities act (28 U.S.C. §1608(b)(3)(B), filed and issued herein on the
March 10, 2004

by mailing by registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

RB 632 887 115     # RB 632 887 124     # RB632 887 138

(Chinatown Station) that was issued at my request as aforementioned,

*J. Michael McMahon*

CLERK

Dated: New York, NY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Plaintiff,<br><br>-V-<br><br>Defendants.. | **CERTIFICATE OF MAILING** |

I, J. Michael McMahon, Clerk of Court for the Souther District of New York, do hereby certify that on the

2004

I served the

SUMMONS & COMPLAINT

filed and issued herein on the

by mailing by registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

# RB 632 887 141    # RB 632 887 186    # RB 632 887 226

# RB 632 887 155    # RB 632 887 190    # RB 632 887 230

# RB 632 887 169    # RB 632 887 209    #

# RB 632 887 172    # RB 632 887 212    #

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

November 10, 2004

J. MICHAEL MCMAHON
CLERK


Ministry of the Interior
c/o Dr. Mustafa  Osman Ismail
Minister of External Relations
Ministry  of External Relations
P.O. Box 873
Gamma Street
Khartoum, Sudan

        Re: O'Neil et al v. Kingdom of Saudi Arabia et
        al   04 Cv. 1922

Dear Sir/Madam:

  Pursuant to the Foreign Sovereign Immunities Act {28 U.S.C. §1608(b)(3)(B)}, please find one copy of the following documents being served on you on behalf of the plaintiff in the above-referenced action which names your agency, an instrumentality of a Foreign State, as defendants:

        Summons
        Complaint
       Notice of Suit
      Affidavit from Translator

  The above-mentioned documents are in Arabic, your country's official language.

            Respectfully yours,

            *Joe LaMura*
            Joe LaMura
            Chief Deputy

Enc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**OFFICE OF THE CLERK**
**500 PEARL STREET**
**NEW YORK, NEW YORK 10007**

J. MICHAEL MCMAHON
CLERK

Revolutionaray Security Services
c/o Dr. Mustafa Osman Ismail
Minister of External Relations
Ministry  of External Relations
P.O. Box 873
Gamma Street
Khartoum, Sudan

> Re: O'Neil et al v. Kingdom of Saudi Arabia et al   04 Cv. 1922

Dear Sir/Madam:

Pursuant to the Foreign Sovereign Immunities Act {28 U.S.C. §1608(b)(3)(B)}, please find one copy of the following documents being served on you on behalf of the plaintiff in the above-referenced action which names your agency, an instrumentality of a Foreign State, as defendants:

Summons
Complaint
Notice of Suit
Affidavit from Translator

The above-mentioned documents are in Arabic, your country's official language.

Respectfully yours,

Joe LaMura
Chief Deputy

Enc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**OFFICE OF THE CLERK**
**500 PEARL STREET**
**NEW YORK, NEW YORK 10007**

J. MICHAEL MCMAHON
    CLERK


Ministry of Interior
c/o Farouk Al-Shara
Foreign Minister of the Syrian Arab Republic
Ministry of Foreign Affairs
Muhareen Shora Ave.
Damascus, Syria

                    Re: O'Neil et al v. Kingdom of Saudi Arabia et
                    al  04 Cv. 1922

Dear Sir/Madam:

    Pursuant to the Foreign Sovereign Immunities Act {28 U.S.C. §1608(b)(3)(B)}, please find one copy of the following documents being served on you on behalf of the plaintiff in the above-referenced action which names your agency, an instrumentality of a Foreign State, as defendants:

                        Summons
                       Complaint
                     Notice of Suit
                 Affidavit from Translator

    The above-mentioned documents are in Arabic, your country's official language.

                                Respectfully yours,

                                *Joe LaMura* (signature)
                                Joe LaMura
                                Chief Deputy

Enc.

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007**

November 10, 2004

J. MICHAEL MCMAHON
   CLERK


Republic Guard
c/o Farouk Al-Shara
Foreign Minister of the Syrian Arab Republic
Ministry of Foreign Affairs
Muhareen Shora Ave.
Damascus, Syria

                    Re: O'Neil et al v. Kingdom of Saudi Arabia et
                    al   04 Cv. 1922

Dear Sir/Madam:

   Pursuant to the Foreign Sovereign Immunities Act {28 U.S.C. §1608(b)(3)(B)}, please find one copy of the following documents being served on you on behalf of the plaintiff in the above-referenced action which names your agency, an instrumentality of a Foreign State, as defendants:

                    Summons
                    Complaint
                    Notice of Suit
              Affidavit from Translator

   The above-mentioned documents are in Arabic, your country's official language.

                              Respectfully yours,

                              Joe LaMura
                              Joe LaMura
                              Chief Deputy

Enc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

**J. MICHAEL MCMAHON**
CLERK

National Security Directorate
c/o Farouk Al-Shara
Foreign Minister of the Syrian Arab Republic
Ministry of Foreign Affairs
Muhareen Shora Ave.
Damascus, Syria

      Re: O'Neil et al v. Kingdom of Saudi Arabia et al  04 Cv. 1922

Dear Sir/Madam:

  Pursuant to the Foreign Sovereign Immunities Act {28 U.S.C. §1608(b)(3)(B)}, please find one copy of the following documents being served on you on behalf of the plaintiff in the above-referenced action which names your agency, an instrumentality of a Foreign State, as defendants:

      Summons
      Complaint
     Notice of Suit
    Affidavit from Translator

  The above-mentioned documents are in Arabic, your country's official language.

           Respectfully yours,

           *Joe LaMura*
           Joe LaMura
           Chief Deputy

Enc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**OFFICE OF THE CLERK**
**500 PEARL STREET**
**NEW YORK, NEW YORK 10007**

November 10, 2004

**J. MICHAEL MCMAHON**
**CLERK**

Ministry Intelligence Service
c/o Farouk Al-Shara
Foreign Minister of the Syrian Arab Republic
Ministry of Foreign Affairs
Muhareen Shora Ave.
Damascus, Syria

        Re: O'Neil et al v. Kingdom of Saudi Arabia et
        al   04 Cv. 1922

Dear Sir/Madam:

  Pursuant to the Foreign Sovereign Immunities Act {28 U.S.C. §1608(b)(3)(B)}, please find one copy of the following documents being served on you on behalf of the plaintiff in the above-referenced action which names your agency, an instrumentality of a Foreign State, as defendants:

Summons
Complaint
Notice of Suit
Affidavit from Translator

  The above-mentioned documents are in Arabic, your country's official language.

              Respectfully yours,

              Joe LaMura
              Chief Deputy

Enc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**OFFICE OF THE CLERK**
**500 PEARL STREET**
**NEW YORK, NEW YORK 10007**

J. MICHAEL MCMAHON
CLERK

```
Air Force Intelligence
c/o Farouk Al-Shara
Foreign Minister of the Syrian Arab Republic
Ministry of Foreign Affairs
Muhareen Shora Ave.
Damascus, Syria

                    Re: O'Neil et al v. Kingdom of Saudi Arabia et
                    al   04 Cv. 1922

Dear Sir/Madam:

     Pursuant to the Foreign Sovereign Immunities Act {28 U.S.C.
§1608(b)(3)(B)}, please find one copy of the following documents
being served on you on behalf of the plaintiff in the above-
referenced action which names your agency, an instrumentality of a
Foreign State, as defendants:


                            Summons
                            Complaint
                         Notice of Suit
                      Affidavit from Translator


     The above-mentioned documents are in Arabic, your country's
official language.

                                          Respectfully yours,

                                          Joe LaMura
                                          Chief Deputy

Enc.
```

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

J. MICHAEL MCMAHON
CLERK

November 10, 2004

Special Forces
c/o Farouk Al-Shara
Foreign Minister of the Syrian Arab Republic
Ministry of Foreign Affairs
Muhareen Shora Ave.
Damascus, Syria

Re: O'Neil et al v. Kingdom of Saudi Arabia et al   04 Cv. 1922

Dear Sir/Madam:

Pursuant to the Foreign Sovereign Immunities Act {28 U.S.C. §1608(b)(3)(B)}, please find one copy of the following documents being served on you on behalf of the plaintiff in the above-referenced action which names your agency, an instrumentality of a Foreign State, as defendants:

Summons
Complaint
Notice of Suit
Affidavit from Translator

The above-mentioned documents are in Arabic, your country's official language.

Respectfully yours,

Joe LaMura
Chief Deputy

Enc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**OFFICE OF THE CLERK**
**500 PEARL STREET**
**NEW YORK, NEW YORK 10007**

J. MICHAEL MCMAHON
CLERK

Popular Defense Force
c/o Dr. Mustafa Osman Ismail
Minister of External Relations
Ministry of External Relations
P.O. Box 873
Gamma Street
Khartoum, Sudan

> Re: O'Neil et al v. Kingdom of Saudi Arabia et al   04 Cv. 1922

Dear Sir/Madam:

Pursuant to the Foreign Sovereign Immunities Act {28 U.S.C. §1608(b)(3)(B)}, please find one copy of the following documents being served on you on behalf of the plaintiff in the above-referenced action which names your agency, an instrumentality of a Foreign State, as defendants:

Summons
Complaint
Notice of Suit
Affidavit from Translator

The above-mentioned documents are in Arabic, your country's official language.

Respectfully yours,

Joe LaMura
Chief Deputy

Enc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**OFFICE OF THE CLERK**
**500 PEARL STREET**
**NEW YORK, NEW YORK 10007**

November 10, 2004

J. MICHAEL MCMAHON
CLERK

State Security
c/o Dr. Mustafa Osman Ismail
Minister of External Relations
Ministry of External Relations
P.O. Box 873
Gamma Street
Khartoum, Sudan

> Re: O'Neil et al v. Kingdom of Saudi Arabia et al   04 Cv. 1922

Dear Sir/Madam:

Pursuant to the Foreign Sovereign Immunities Act {28 U.S.C. §1608(b)(3)(B)}, please find one copy of the following documents being served on you on behalf of the plaintiff in the above-referenced action which names your agency, an instrumentality of a Foreign State, as defendants:

Summons
Complaint
Notice of Suit
Affidavit from Translator

The above-mentioned documents are in Arabic, your country's official language.

Respectfully yours,

Joe LaMura
Chief Deputy

Enc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**OFFICE OF THE CLERK**
**500 PEARL STREET**
**NEW YORK, NEW YORK 10007**

November 10, 2004

J. MICHAEL MCMAHON
CLERK

Military Intelligence
c/o Dr. Mustafa Osman Ismail
Minister of External Relations
Ministry of External Relations
P.O. Box 873
Gamma Street
Khartoum, Sudan

                Re: O'Neil et al v. Kingdom of Saudi Arabia et al   04 Cv. 1922

Dear Sir/Madam:

    Pursuant to the Foreign Sovereign Immunities Act {28 U.S.C. §1608(b)(3)(B)}, please find one copy of the following documents being served on you on behalf of the plaintiff in the above-referenced action which names your agency, an instrumentality of a Foreign State, as defendants:

                Summons
                Complaint
                Notice of Suit
                Affidavit from Translator

    The above-mentioned documents are in Arabic, your country's official language.

                                        Respectfully yours,

                                        Joe LaMura
                                        Chief Deputy

Enc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**OFFICE OF THE CLERK**
**500 PEARL STREET**
**NEW YORK, NEW YORK 10007**

November 10, 2004

**J. MICHAEL MCMAHON**
**CLERK**


Security of the Revolution
c/o Dr. Mustafa Osman Ismail
Minister of External Relations
Ministry of External Relations
P.O. Box 873
Gamma Street
Khartoum, Sudan

                  Re: O'Neil et al v. Kingdom of Saudi Arabia et al   04 Cv. 1922

Dear Sir/Madam:

      Pursuant to the Foreign Sovereign Immunities Act {28 U.S.C. §1608(b)(3)(B)}, please find one copy of the following documents being served on you on behalf of the plaintiff in the above-referenced action which names your agency, an instrumentality of a Foreign State, as defendants:

                          Summons
                          Complaint
                       Notice of Suit
               Affidavit from Translator

      The above-mentioned documents are in Arabic, your country's official language.

                                       Respectfully yours,

                                       Joe LaMura
                                       Chief Deputy

Enc.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### OFFICE OF THE CLERK
### 500 PEARL STREET
### NEW YORK, NEW YORK 10007

November 10, 2004

**J. MICHAEL MCMAHON**
**CLERK**

Ministry of Defense
c/o Dr. Mustafa Osman Ismail
Minister of External Relations
Ministry  of External Relations
P.O. Box 873
Gamma Street
Khartoum, Sudan

                         Re: O'Neil et al v. Kingdom of Saudi Arabia et
                         al   04 Cv. 1922

Dear Sir/Madam:

     Pursuant to the Foreign Sovereign Immunities Act {28 U.S.C. §1608(b)(3)(B)}, please find one copy of the following documents being served on you on behalf of the plaintiff in the above-referenced action which names your agency, an instrumentality of a Foreign State, as defendants:

                                 Summons
                                 Complaint
                             Notice of Suit
                      Affidavit from Translator

     The above-mentioned documents are in Arabic, your country's official language.

                                          Respectfully yours,

                                          Joe LaMura
                                          Chief Deputy

Enc.