#16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FILED
U.S. DISTRICT COURT
2004 NOV 10  P 1:03
S.D. OF N.Y.

| | |
|---|---|
| O'NEILL, et al.<br><br>Plaintiff,<br><br>-V-<br><br>KINGDOM of SAUDI ARABIA, et al.<br><br>Defendants.. | CERTIFICATE OF MAILING<br><br><br><br>04cv 1922(RCC) |

I, J. Michael McMahon, Clerk of Court for the Souther District of New York, do hereby certify that on the

**November 10, 2004**

I served the

SUMMONS & COMPLAINT
NOTICE OF SUIT, CERTIFICATE OF AUTHENTICITY FROM TRANSLATOR

pursuant to the foreign sovereign immunities Act {28 U.S. C. §1608(a)(4)}, filed and issued herein on the

March 10, 2004

by mailing by registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

# RB 632 887 098    # RB 632 887 107    # _____

(Chinatown Station) that was issued at my request as aforementioned,

J. Michael McMahon
CLERK

Dated: New York, NY

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

J. MICHAEL MCMAHON
CLERK

November 10, 2004

Dr. Mustafa Osman Ismail
Minister of External Relations
Ministry of External Relations
P.O. Box 873
Gamma Street
Khartoum, Sudan

                    Re: O'Neil et al v. Kingdom of Saudi Arabia et al   04 Cv. 1922

Dear Sir/Madam:

    Pursuant to the Foreign Sovereign Immunities Act {28 U.S.C. §1608(a)(4), please find one copy of the following documents being served on you on behalf of the plaintiff in the above-referenced action which names your agency, an instrumentality of a Foreign State, as defendants:

                    Summons
                    Complaint
                 Notice of Suit
            Affidavit from Translator

    The above-mentioned documents are in Arabic, your country's official language.

                                      Respectfully yours,

                                      Joe LaMura
                                      Chief Deputy

Enc.

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

J. MICHAEL MCMAHON
CLERK

November 10, 2004

Farouck Al-Shara
Foreign Minister of the Syrian Arab Republic
Ministry of Foreign Affairs
Muhareen Shora Ave.
Damascus, Syria

Re: O'Neil et al v. Kingdom of Saudi Arabia et al   04 Cv. 1922

Dear Sir/Madam:

Pursuant to the Foreign Sovereign Immunities Act {28 U.S.C. §1608(a)(4), please find one copy of the following documents being served on you on behalf of the plaintiff in the above-referenced action which names your agency, an instrumentality of a Foreign State, as defendants:

Summons
Complaint
Notice of Suit
Affidavit from Translator

The above-mentioned documents are in Arabic, your country's official language.

Respectfully yours,

Joe LaMura
Chief Deputy

Enc.