USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-22-04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) |
| Kathleen Ashton, et al., Plaintiffs, v. Al Qaeda Islamic Army, et al., Defendants. | 02 CV 6977 (RCC) |

## STIPULATION AND ORDER

IT HEREBY IS STIPULATED AND AGREED by and between counsel for the *Ashton* plaintiffs and counsel for defendants **HRH Prince Abdullah Al Faisal Bin Abdulaziz Al Saud and Alfaisaliah Group** (a/k/a Faisal Group Holding Co.) (the "AFG defendants") that the *Ashton* plaintiffs' Fourth Amended Complaint against the AFG defendants shall be and hereby is voluntarily dismissed pursuant to Fed. R. Civ. P. 41(a)(1) without prejudice, each side to bear its own attorneys' fees, costs, and expenses.

Dated: November 17, 2004

KREINDLER & KREINDLER
Attorneys for Ashton Plaintiffs

By: _____
James P. Kreindler
100 Park Avenue
New York, NY 10017

CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP
Attorneys for HRH Prince Abdullah Al Faisal
Bin Abdulaziz Al Saud and Alfaisaliah Group
(a/k/a Faisal Group Holding Co.)

By: _____
T. Barry Kingham
101 Park Avenue
New York, NY 10178

**SO ORDERED:**

11/22/04   _____
U.S.D.J.