(AJET,8

FcF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In Re TERRORIST ATTACKS on SEPTEMBER 11, 2001 | 03 MDL 1570 (RCC) |
| KATHLEEN ASHTON *et al.*, Plaintiffs, v. AL QAEDA ISLAMIC ARMY, *et al.*, Defendants. | 02 CV 6977 (RCC) |
| ERNESTO BARRERA, *et al.*, Plaintiffs, v. AL QAEDA ISLAMIC ARMY, *et al.*, Defendants. | 03 CV 7036 (RCC) |
| FEDERAL INSURANCE CO., *et al.*, Plaintiffs, v. AL QAEDA, *et al.*, Defendants. | 03 CV 6978 (RCC) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-24-04

## STIPULATION AND ORDER

PLEASE TAKE NOTICE that, through undersigned counsel, the *Ashton*, *Barrera* and *Federal Insurance* plaintiffs and defendants SNCB Corporate Finance Ltd., SNCB Securities Ltd. (London), and SNCB Securities Ltd. (New York) have agreed and hereby stipulate to the dismissal of defendants SNCB Corporate Finance Ltd., SNCB Securities Ltd. (London), and SNCB Securities Ltd. (New York) without prejudice, each side to bear its own attorneys' fees,

costs, and expenses.

Dated: November 17, 2004
New York, New York

_____
James P. Kreindler (AM 7084)
KREINDLER & KREINDLER LLP
100 Park Avenue
New York, New York 10017
(212) 687-8181
Counsel for *Ashton* and *Barrera* Plaintiffs

_____
Sean P. Carter (admitted *pro hac vice*)
Cozen O'Connor LLP
1900 Market Square
The Atrium
Philadelphia, PA 19103
(215) 665-2091
Counsel for *Federal* Plaintiffs

_____
Ronald S. Liebman (admitted *pro hac vice*)
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037
(202) 457-6000
Counsel for Defendants

**IT IS SO ORDERED.**

11/23/04

_____
The Honorable Richard C. Casey
United States District Court
Southern District of New York