USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-24-04

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*          Federal Insurance Co. v. al Qaida
03 CV 06978 (RCC)

### STIPULATION OF DISMISSAL OF SALAHUDDIN ABDULJAWAD

PLEASE TAKE NOTICE that, through counsel, the *Federal Insurance* plaintiffs and

defendant, Salahuddin Abduljawad, have agreed to and hereby stipulate to the dismissal of

defendant, Salahuddin Abduljawad, without prejudice, each side to bear its own attorney's fees,

costs, and expenses.

Respectfully submitted,

COZEN O'CONNOR

By: _____
SEAN P. CARTER
J. SCOTT TARBUTTON
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000
Counsel for Plaintiffs

GIBSON, DUNN & CRUTCHER, LLP

By: _____
MICHAEL FLANAGAN
1050 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 955-8500

Counsel for Defendant, Salahuddin Abduljawad

**SO ORDERED:**

_____
RICHARD CONWAY CASEY, U.S.D.J.

Dated: 11/22/04

PHILA1\212673511 117430.000