## CERTIFICATE OF SERVICE

     I hereby certify that on November 29, 2004, the foregoing Reply Memorandum of The National Commercial Bank in Support of its Motion to Dismiss was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                             /s/ Ugo Colella
                                             Ugo Colella