# KELLOGG, HUBER, HANSEN, TODD & EVANS, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3209

────

(202) 326-7900
FACSIMILE:
(202) 326-7999

November 22, 2004

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-1-04

### VIA US MAIL

The Honorable Richard Conway Casey
United States District Court for the
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1950
New York, New York 10007

Re:  *In re Terrorist Attacks of September 11, 2001*, 03 MDL
1570 (RCC); *Estate of John P. O'Neill,  v. Kingdom of
Saudi Arabia, et al.*, Case No. 04-CV-1922 (RCC)

Dear Judge Casey:

I represent the Kingdom of Saudi Arabia and certain
agencies and instrumentalities of the Kingdom (the "defendants")
in this matter.  Pursuant to Your Honor's Case Management Order,
the parties have agreed to a schedule for the defendants' motion
to dismiss the O'Neill complaint.  Since a motion to dismiss on
behalf of the Kingdom is already pending before the Court in
*Federal Insurance Co., et al. v. Al Qaida, et al.,* Case No. 03-
CV-6978 (RCC), we jointly propose that the defendants' motion to
dismiss the O'Neill complaint be filed 45 days after Your Honor
decides the pending motion in the *Federal Insurance* matter.  The
O'Neill plaintiffs will file their oppositions 45 days
thereafter, and we will file our replies 30 days later.

The parties request that Your Honor endorse this letter to
confirm the proposed schedule.

Application granted
11/30/04

*Richard Conway*

Respectfully submitted,

*Michael Kellogg*

Michael K. Kellogg

cc:  Jerry S. Goldman