IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| *IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001 ) | MDL No. 1570 |
| ) | ECF Case |

This document relates to:

C.A. No. 03-CV-9849 (RCC)
THOMAS E. BURNETT, SR., *et al.* v. AL BARAKA INVESTMENT & DEVELOPMENT CORP., *et al.*

## NOTICE OF FILING

PLEASE TAKE NOTICE, that defendant Soliman H.S. Al-Buthe is hereby filing with this Court the License Amendment issued by the Office of Foreign Assets Control, U.S. Department of the Treasury (attached hereto as Exhibit 1).

Respectfully submitted,

/s/ Lynne Bernabei

Lynne Bernabei, Esquire  (LB2489)
Alan R. Kabat, Esquire  (AK7194)
Bernabei & Katz, PLLC
1773 T Street, N.W.
Washington, D.C. 20009-7139
(202) 745-1942

Attorneys for Defendant Soliman H.S. Al-Buthe

DATED: December 3, 2004



DEPARTMENT OF THE TREASURY
WASHINGTON, D.C. 20220

DEC 3 - 2004

**LICENSE No. SDGT-379a**

**Blocking Property and Prohibiting Transactions with Persons who Commit, Threaten to Commit, or Support Terrorism**

**LICENSE AMENDMENT**

(Granted under the authority of 50 U.S.C. §§ 1701 *et seq.*, 22 U.S.C. § 287c, Executive Order 13224, and 31 C.F.R. Parts 501 and 594.)

TO: **Bernabei & Katz, PLLC**
1773 T Street, N.W.
Washington, D.C. 20009-7139

Attn: **Lynne Bernabei, Esquire**

1. Based on the letter dated September 20, 2004 from the Firm of Bernabei & Katz, PLLC, on behalf of Soliman H.S. Al-Buthe to the Office of Foreign Assets Control (the "Application"), License No. SDGT-379 is hereby amended as follows:

Paragraph (a) of SECTION 1 - is amended to read:

**SECTION 1 - AUTHORIZATION**: **(a)** Subject to the conditions and limitations set forth herein, the firm of Bernabei & Katz, PLLC (the "Licensee") is hereby authorized to receive payment for legal fees and reimbursement of incurred expenses for the provision of legal services to Soliman H.S. Al-Buthe **(i)** in connection with Burnett, *et al.* v. Al Baraka Investment & Development Corporation, *et al.*, Case No. 03-CV-09849 (RCC) (S.D.N.Y.), Ashton, *et al.* v. Al Qaeda, *et al.* Case No. 02-CV-06977 (RCC) (S.D.N.Y.), Federal Insurance *et al* v. Al Qaida *et al.*, No. 03-CV-6978 (RCC)(S.D.N.Y.), and cases consolidated under Case No. 03 MDL 1570 (RCC) (S.D.N.Y). and **(ii)** in connection with the designation of Mr. Al-Buthe as a Specially Designated Global Terrorist and U.S. government investigations of Mr. Al-Buthe.

2. All other terms, conditions, provisions and limitations of License No. SDGT-379 remain unaltered by this amendment.

Issued by direction and on behalf of the Secretary of the Treasury:

**OFFICE OF FOREIGN ASSETS CONTROL**

By _Robert W. Werner_  11/30/2004
Robert W. Werner
Director

Attention is directed to 18 U.S.C. § 1001, 50 U.S.C. § 1705 and 31 C.F.R. § 594.701 for provisions relating to penalties.

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 3, 2004, I caused the foregoing to be served electronically on counsel of record by the Court's Electronic Case Filing (ECF) System, pursuant to ¶ 9(a) of Case Management Order No. 2 (June 16, 2004).

                                                                                   /s/ Alan R. Kabat

                                                                                   Alan R. Kabat