## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TERRORIST ATTACK ON SEPTEMBER 11, 2001 | **CIVIL ACTION NO.: 03 MD 1570** |
| *This document relates to:* | |
| CANTOR FITZGERALD & CO., *et al.*, | **CIVIL ACTION NO.: 04 CV 7065** |
| Plaintiffs, | |
| v. | |
| AKIDA BANK PRIVATE LIMITED, *et al.*, | |
| Defendants. | |

PLEASE TAKE NOTICE, that pursuant to Rules 12(b)(2) and 12(b)(6), the undersigned will move this Court, before the Honorable Richard C. Casey, U.S.D.J., at the United States District Court, Southern District of New York, 500 Pearl Street, New York, NY 10007, at a date and time to be determined by the Court, for an order dismissing the Complaint against the International Islamic Relief Organization of Saudi Arabia ("IIROSA") for lack of personal jurisdiction or, in the alternative, for failure to state a claim upon which relief may be granted.

As detailed in the accompanying Memorandum of Law, the Complaint must be dismissed against IIRO because Plaintiffs have failed to plead—and there is no evidence to prove—that IIRO has the necessary minimum contacts with the United States, such

2

that this Court may exercise personal jurisdiction over it.  In the alternative, the Complaint must be dismissed for failure to state a claim upon which relief can be granted.

WHEREFORE, Defendant IIROSA respectfully requests that the Court grant its motion to dismiss.

Respectfully submitted,

_____
Martin F. McMahon (MM 4389)
Martin McMahon & Associates
1150 Connecticut Ave., N.W.
Ste. 900
Washington, D.C.  20036
(202) 862-4343

*Attorneys for Defendant*
*International Islamic Relief*
*Organization of Saudi Arabia*

Dated: December 6, 2004