Kingdom of Saudi Arabia

Ministry of Justice


Deeds Issued

By

The Legal Courts

Ref. No. 25/609/12

Dated: 5/3/1425 (/5/2004)

All praise is due to God.

Peace and benediction be on the Prophet after whom there is no other

Prophet.

On this day, Tuesday 15/1/1425 Hijra (/12/2003), and by virtue of a complaint filed by the International Islamic Relief Organization of Saudi Arabia, which was referred to me by the head of the court under ref. No. 32203/223 dated 5/11/1423 Hijra, and in accordance with a Power of Attorney issued by the second office of the notary public in Jeddah ref. No.44419 dated 8/6/1424 Hijra (/ /20033) to represent His Excellency Dr. Abdullah bin Abdul Mohsin Al-Turki-Secretary General of the Muslim World League, and Chairman of the Board of Directors of the International Islamic Relief Organization of Saudi Arabia, Mr. Sallam Mussallam Al-Qarni Al-Huwaiti, I.D. card No. 10089503895 issued in Jeddah on 7/8/1406, appeared before me, Taiseer bin Mohammed Al-mohaw'was, a judge of the general court, and filed a claim against Sulaiman Ali Sulaiman Al-Ali, a Saudi National holder of ID. Card No. 1001495348 issued in Jeddah on 28/1/1401.

In his file, Mr. Al-Huwaiti said that the International Islamic Relief Organization of Saudi Arabia claims and demands the sum of US one

million six hundred and seventy one thousand Dollars (US $1,671,000), which is the equivalent of Saudi Riyals six million, sixty six thousand and two hundred and fifty (S6R.666251) from the defendant Mr. Sulaiman Al-Ali, which amount the defendant took from the IIRO's funds in the United states of America during his tenure as the in-charge of the Organization's office in America and failed to either return the amount or prove he has used it according to proper instructions from the IIRO, plus an amount of US one hundred thousand dollars (US $100,000) belonging to MBC and the rest of the amount he received from Sana-Bell Inc.

Putting him on question, the defendant replied saying:

"With regard to the lawsuit submitted to your Eminence by the IIRO of Saudi Arabia asking me to refund amounts of money it claims I received from the Organization and disbursed without due right, I shall sum up my response in the following points:

1. The International Relief Organization (IRO) and the International Islamic Relief Organization (IIRO) are two organizations that are incorporated in the US in accordance with the constitution of the United States of America and are therefore American organizations according to the laws and regulations of the US. They do not belong to the IIRO of Saudi Arabia, as is recorded in the incorporation procedure (document No. 1). Hence, the IIRO of Saudi Arabia has no right whatsoever to file a claim as a principal party in the lawsuit. Moreover, the IIROSA's claim is against the essential nature of the reality and lacks documentary evidence.

2. Sana-Bell Inc., whose funds IIRO of Saudi Arabia is now claiming is an American organization according to the Articles of Incorporation and American regulations. It is not owned by the IIRO of Saudi

Arabia, as is quite clear from the Articles of Incorporation signed by the incorporators excluding the IIRO

3. With regard to the amount of one hundred thousand Dollars (US $100,000) belonging to the Middle East Broadcasting Corporation, (MBC), this amount, which was received by the IRO of America was never transferred to the IIRO of Saudi Arabia.

In view of the above, I request the dismissal of the claim on the grounds of lack of the jurisdiction to claim on the part of the IIRO. Besides, I did not use the money for personal purpose, but rather to serve the public interest, even though the IRO of America has no connection whatsoever with the IIRO of Saudi Arabia.

When the defendant's plea was presented to the plaintiff's representative, he said:

I would like to inform your Eminence that:

First of all, records of the Articles of Incorporation show that the two American organizations do not belong to the IIRO of Saudi Arabia, although the latter did donate the sum of US one million Dollars (US $1000,000) to the defendant towards the establishment of an office, which should be affiliated to the IIRO of Saudi Arabia. Accordingly, A decree was issued towards this end. But since the proposed organization was named the International Islamic Relief Organization, the IIRO of Saudi Arabia widely believed that the organization in question was a natural extension to its own existence, only a branch of the parent organization, which is the IIRO. However, since the records of the Articles of Incorporation prove to the contrary, we cannot help but accept it as such.

**Second:** The defendant has testified before your Eminence to the effect that he did not transfer the amount of one hundred thousand (US $100,000) he received from the MBC to the IIRO of Saudi Arabia.

In view thereof, I would like to ask, your Eminence to:

<u>First:</u> Confirm in your verdict, the defendant's responsibility for all the administrative as well as financial activities of the two American organizations, which were established and run by the defendant and to exonerate the IIIRO of Saudi Arabia from any irregularities that may have occurred or committed by the two American organizations, due to lack of legal jurisdiction as claimed by the defendant, and as is recorded in the Articles of Incorporation or incorporation.

**Second:** Confirm in your verdict, the defendant's statement to the effect that he did not transfer the amount of US one hundred thousand (US $100,000) he received from the MBC to the IIRO of Saudi Arabia, and that the latter should thus not bear this amount.

<u>The Verdict:</u>

In view of the above stated claim and response, and the statements made by the two parties, and after examining the Articles of Incorporation of the IRO and IIRO as well as the Articles of Incorporation of Sana-Bell Inc., I have decided to:

<u>First:</u>

Dismiss the IIRO of Saudi Arabia's claim for the said amount of US one million six hundred and seventy one Dollars (US $1671000) due to lack of jurisdiction to claim on the part of the IIRO of Saudi Arabia, which, according to the records, owns neither the IRO nor the IIRO or the Sana-Bell Inc. Corporation of America.

**Second:**    Confirm the defendant's responsibility for all the administrative and financial activities of both the IRO and the IIRO, and for the consequences of those activities.

**Third:**

It has been proved that the amount of US one hundred thousand (US $100,000) belonging to the MBC was never transferred to the International Islamic Relief Organization of Saudi Arabia.

Having presented them with the verdict, and the two parties having confirmed their satisfaction with the verdict, this case has finally come to an end.

May the blessing of God be on our Prophet Muhammad.

**Issued on: 1/3/1425 Hijra.**

Adams/Legal Matters