UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL No. 1570 (RCC) <br><br> Electronically Filed |
| *This Document Relates to: all actions.* | |

## NOTICE OF CHANGE OF ADDRESS

Please take note that effective December 10, 2004, the new address of White & Case LLP's Washington, D.C. office will be:

> White & Case LLP
> 701 Thirteenth Street, N.W.
> Washington, D.C.  20005

All telephone numbers and e-mail addresses will remain the same.

Dated:  December 6, 2004              Respectfully submitted,

**WHITE & CASE** LLP

By: /s/ Christopher M. Curran
    Christopher M. Curran (CC-4779)
    Nicole E. Erb (NE-7104)
    601 Thirteenth Street, N.W.
    Washington, D.C.  20005
    Tel: (202) 626-3600
    Fax: (202) 639-9355

*Attorneys for Defendant*
*Al Rajhi Banking & Investment Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2004 the foregoing Notice of Change of Address was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Nicole E. Erb
Nicole E. Erb