# KREINDLER & KREINDLER LLP

Harry E. Kreindler (1919-1984)
Lee S. Kreindler (1949-2003)
Marc S. Moller
Steven R. Pounian
James P. Kreindler
David C. Cook
David Beekman
Blanca I. Rodriguez
Noah H. Kushlefsky
Robert J. Spragg
Brian J. Alexander
Justin T. Green
Gretchen M. Nelson*
Stuart R. Fraenkel*

Francis G. Fleming
Paul S. Edelman
Milton G. Sincoff
Andrew J. Maloney, III
    Counsel

100 Park Avenue
New York, NY 10017-5590
(212) 687-8181
Fax: (212) 972-9432
www.kreindler.com

ECF

Susan A. Friery, M.D.**
Daniel O. Rose
Jacqueline M. James
Brendan S. Maher
Susan D. Bainnson
Dennis J. Nolan
Myrna Ocasio
Vincent I. Parrett
William O. Angelley

California Office
707 Wilshire Boulevard
Suite 5070
Los Angeles, CA 90017-3613
(213) 622-6469
Fax: (213) 622-6019

*Admitted in CA only
**Admitted in MA & DC only

December 1, 2004

**HAND DELIVERY**

The Honorable Richard Conway Casey
United States District Court Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1350
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-6-04

Re:   *In re Terrorist Attacks on September 11, 2001*, 03-MDL-1570 (RCC)
       *Ashton, et al. v. Al Qaeda Islamic Army, et al.*, 02-CV-6977 (RCC)
       *Barrera, et al., v. Al Qaeda Islamic Army, et al.*, 03-CV-7036 (RCC)

Dear Judge Casey:

We are writing to request your Honor's permission to consolidate the *Barrera* case with *Ashton;* each case contains identical facts, legal issues, and named defendants. The *Barrera* complaint was filed in the Southern District of New York on September 10, 2003 and assigned to your Honor's docket as related to *Ashton* on October 16, 2003. *Barrera* was subsequently consolidated with the MDL action (03-MDL-1570) on March 10, 2004.

In the interest of judicial economy, we respectfully request that all prior and forthcoming docket entries (e.g., motions, orders, stipulations) filed in *Ashton* also apply retroactively and concurrently with *Barrera*. We have circulated this proposal to defense counsel, who have not expressed any objection and/or prejudicial concern.

Accordingly, we respectfully request your Honor's endorsement of this proposed Order of Consolidation.

Respectfully submitted,

*[signature]*

James P. Kreindler (AM 7084)
KREINDLER & KREINDLER LLP
100 Park Avenue
New York, New York 10017
Washington, D.C. 20037
(212) 687-8181
Counsel for *Ashton* and *Barrera* Plaintiffs

cc:  All counsel (via e-mail)

**IT IS SO ORDERED.**

Dec. 6, 2004

*[signature]*

The Honorable Richard C. Casey
United States District Court Judge