UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re TERRORIST ATTACKS on SEPTEMBER 11, 2001 | CASE 4J<br>03 MDL 1570 (RCC) |
| KATHLEEN ASHTON *et al.*,<br>  Plaintiffs,<br>v.<br>AL QAEDA ISLAMIC ARMY, *et al.*,<br>  Defendants. | 02 CV 6977 (RCC) |
| ERNESTO BARRERA, *et al.*,<br>  Plaintiffs,<br>v.<br>AL QAEDA ISLAMIC ARMY, *et al.*,<br>  Defendants. | 03 CV 7036 (RCC) |
| FEDERAL INSURANCE CO., *et al.*,<br>  Plaintiffs,<br>v.<br>AL QAEDA, *et al.*,<br>  Defendants. | 03 CV 6978 (RCC) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-6-04

## ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), plaintiffs in the above-referenced actions hereby submit this motion and proposed Court Order to voluntarily dismiss, without prejudice, the defendants listed in the attached Exhibit A from the *Ashton, et al. v. Al Qaeda Islamic Army, et al.* (02 CV 6977), *Barrera, et al. v. Al Qaeda Islamic Army, et al.* (03 CV 7036), and *Federal Insurance Co., et al. v. Al Qaeda, et al.* (03 CV 6978) cases.

Dated: December 2, 2004  
New York, New York

Respectfully submitted,

*[signature]*

James P. Kreindler (AM 7084)  
KREINDLER & KREINDLER LLP  
100 Park Avenue  
New York, New York 10017  
(212) 687-8181  
Counsel for *Ashton* and *Barrera* Plaintiffs

*[signature]*

Sean P. Carter (admitted *pro hac vice*)  
Cozen O'Connor LLP  
1900 Market Square  
The Atrium  
Philadelphia, PA 19103  
(215) 665-2091  
Counsel for *Federal* Plaintiffs

**IT IS HEREBY ORDERED** that plaintiffs' motion to voluntarily dismiss the defendants listed in Exhibit A from the *Ashton, et al. v. Al Qaeda Islamic Army, et al.* (02 CV 6977), *Barrera, et al. v. Al Qaeda Islamic Army, et al.* (03 CV 7036), and *Federal Insurance Co., et al. v. Al Qaeda, et al.* (03 CV 6978) cases be **GRANTED**.

12/6/04

*[signature]*

The Honorable Richard C. Casey  
United States District Court Judge

JF

## NOTICE OF VOLUNTARY DISMISSAL: EXHIBIT A

- Mustafa Muhammed Ahmad
- al Anwa
- Abdulaziz Bin Hamad al Gosaibi
- Rashid M. al Romaizan
- Tarek Ayoubi
- Abdullah Bin Said
- Salch Gazaz
- Khalil A. Kordi
- Mohammed Nur Rahimi
- Abu Agab
- al Amn al Dakhili
- al Amn al Khariji
- Abdul Rahim Mohammed Hussein
- Noor Jalil
- Maulvi Abdul Kabir
- Jalil Shinwari