UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re TERRORIST ATTACKS on SEPTEMBER 11, 2001 | 03 MDL 1570 (RCC) |
| KATHLEEN ASHTON *et al.*, Plaintiffs, v. AL QAEDA ISLAMIC ARMY, *et al.*, Defendants. | 02 CV 6977 (RCC) |
| ERNESTO BARRERA, *et al.*, Plaintiffs, v. AL QAEDA ISLAMIC ARMY, *et al.*, Defendants. | 03 CV 7036 (RCC) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-6-04

## ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), plaintiffs in the above-referenced actions hereby submit this motion and proposed Court Order to voluntarily dismiss, without prejudice, the defendants listed in the attached Exhibit A from the *Ashton, et al. v. Al Qaeda Islamic Army, et al.* (02 CV 6977) and *Barrera, et al. v. Al Qaeda Islamic Army, et al.* (03 CV 7036) cases.

Dated: December 2, 2004
New York, New York

Respectfully submitted,

*James P. Kreindler*

James P. Kreindler (AM 7084)
KREINDLER & KREINDLER LLP
100 Park Avenue
New York, New York 10017
(212) 687-8181
Counsel for *Ashton* and *Barrera* Plaintiffs

**IT IS HEREBY ORDERED** that plaintiffs' motion to voluntarily dismiss the defendants listed in Exhibit A from the *Ashton, et al. v. Al Qaeda Islamic Army, et al.* (02 CV 6977) and *Barrera, et al. v. Al Qaeda Islamic Army, et al.* (03 CV 7036) cases be **GRANTED**.

12/6/04

_____
The Honorable Richard C. Casey
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2004, the foregoing Notice of Voluntary Dismissal was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's ECF system.

/s/ James P. Kreindler
James P. Kreindler (JK 7084)
Kreindler & Kreindler LLP
100 Park Avenue
New York, NY 10017-5590
(212) 687-8181

## NOTICE OF VOLUNTARY DISMISSAL: EXHIBIT A

- Cemsteel Impex Establishment
- Iksir Limited Holding
- Abu Wa'el, a/k/a Sadoun Abdel Latif
- Habib Faris Abdullah al Mamouri
- IRAQ Intelligence Agency, a/k/a The Mukhabarat, a/k/a The Fedayeen, a/k/a al 'Qare, a/k/a Unit 999, a/k/a M-8 Special Operations
- Muhammed Mahdi Salah
- Salah Suleiman
- Omar Abdullah Kamel
- Intelligence Service, Republic of Sudan
- Ministry of Defense, Republic of Sudan
- Ministry of Interior, Republic of Sudan
- Abdel Wahab Osman
- Rahman Abdul Siral-Khatim
- Muhammad Abu Islam
- Jamal al Badawi
- Khalid Sulaiman al Rajhi
- Omar Sulaiman al Rajhi
- Walid al Sourouri
- Salah Badahdh
- Mazin M.H. Bahareth
- Shahir Abdelraoof Batterjee
- Ibrahim Bin Abdul Aziz
- Adel Muhammad Sadiq Bin Kazem
- Haydar Mohamed Bin Laden
- Saleh Mohamed Bin Laden
- Yeslam M. Bin Laden
- Ghasoub al Abrash Ghalyoun, a/k/a/ Abu Musab
- Ibrahim Bin Abdul Aziz al Ibrahim Foundation
- Abdel Hussein, a/k/a The Ghost
- Sabir Lamar
- Abdullah Qassim
- Jamil Qasim Saeed
- Wali Khan Amin Shah
- Abdul Fattah Zammar