UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*  Federal Insurance Co. v. al Qaida
03 CV 06978 (RCC)

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiffs in the above-referenced action hereby voluntarily dismiss the defendants listed in Exhibit A without prejudice from *Federal Insurance Co., et al. v. al Qaida, et al.*, (03-CV-6978).

Dated: December 9, 2004            Respectfully submitted,


COZEN O'CONNOR

By:  _____
SEAN P. CARTER, ESQUIRE
J. SCOTT TARBUTTON, ESQUIRE
1900 Market Street
Philadelphia, PA  19103
Telephone:   (215) 665-2000
Facsimile:    (215) 665-2013

*Attorneys for the Federal Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2004, the foregoing Notice of Voluntary Dismissal was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's ECF system.

By: _____
SEAN P. CARTER, ESQUIRE
J. SCOTT TARBUTTON, ESQUIRE
1900 Market Street
Philadelphia, PA  19103
Telephone:   (215) 665-2000
Facsimile:    (215) 665-2013
*Attorneys for the Federal Plaintiffs*

## NOTICE OF VOLUNTARY DISMISSAL

## EXHIBIT A

Abd Al Samad Al-Ta'Ish
Abdel Barry
Abdulkarim Khaled Uusuf Abdulla
Abdulaziz Bin Hamad
Abrash Company
Abu Abdul Rahman
Abu Sulayman
Afamia, SL
Ahmad Al Harbi
Ahmad Salah a/k/a Salim
Ahmed Ali Jumale
Ahmed Ibrahi Al Najjar
Ahmed Zaki Yamani
Al Khaleejia for Export Promotion and Marketing Company
Al-Mustaqbal Group
Arab Cement Company
Ary Group
Bakhsh Hospital
Cobis
Contratas Gioma
Eurocovia Obras, S.A.
Garad Jama
Hamad Hussaini
Hani Ramadan
Haydar Mohamed Bin Laden
Ibrahim Bah
Infocus Tech of Malaysia
International Development Foundation
Islamic Cultural Center of Geneva
Iss El-Din El Sayed
Lashkar Redayan-E-Islami
Lujain Al-Iman
M.M. Badkook Company for Catering & Trading
Mohammed Alchurbaji
Mohammed Bin Faris
Mohammed Nur Rahmi
National Fund for Social Insurance
National Management Consultancy Center
Promociones Y Construcciones Tetuan Pricote, S.A.
Proyectos Edispan
Proyectos Y Promociones Iso
Proyectos Y Promociones Pardise, S.L.

Saudi Bin Laden International Company
Saudi Cement Company in Damman
Saudi Economic and Development Company
Sheikh Abdullah Azzam
Tanzanite King
The Committee for the Defense of Legitimate Rights
Yazid Sufaat of Kuala Lumpur Malaysia
Zakat Committee

PHILA1\2176747\1 117430.000