UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*   Federal Insurance Co. v. al Qaida
   03 CV 06978 (RCC)

## STIPULATION OF DISMISSAL OF ABDULAZIZ BIN ABDUL RAHMAN AL SAUD

PLEASE TAKE NOTICE that, through counsel, the *Federal Insurance* plaintiffs and defendant, Abdulaziz Bin Abdul Rahman Al Saud, have agreed to and hereby stipulate to the dismissal of defendant, Abdulaziz Bin Abdul Rahman Al Saud, without prejudice, each side to bear its own attorney's fees, costs, and expenses.

Respectfully submitted,

| COZEN O'CONNOR | KELLOGG, HUBER, HANSEN, TODD & EVANS, PLLC |
|---|---|
| By: _____<br>SEAN P. CARTER<br>J. SCOTT TARBUTTON<br>1900 Market Street<br>Philadelphia, PA 19103<br>(215) 665-2000 | By: _____<br>MICHAEL K. KELLOGG<br>1615 M Street, N.W.<br>Suite 400, Sumner Square<br>Washington, DC 20036<br>(202) 326-7900 |
| Counsel for Plaintiffs | Counsel for Defendant, Abdulaziz Bin Abdul Rahman Al Saud |

**SO ORDERED:**

Dated:_____       _____
                                RICHARD CONWAY CASEY, U.S.D.J.