UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*   Federal Insurance Co. v. al Qaida
                             03 CV 06978 (RCC)

### STIPULATION OF DISMISSAL OF MOHAMMED ALI SAYED MUSHAYT

PLEASE TAKE NOTICE that, through counsel, the *Federal Insurance* plaintiffs and defendant, Mohammed Ali Sayed Mushayt, have agreed to and hereby stipulate to the dismissal of defendant, Mohammed Ali Sayed Mushayt, without prejudice, each side to bear its own attorney's fees, costs, and expenses.

Respectfully submitted,

COZEN O'CONNOR

By: _____
SEAN P. CARTER
J. SCOTT TARBUTTON
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000
Counsel for Plaintiffs

BERNABEI & KATZ, PLLC

By: _____
LYNNE BERNABEI
1773 T Street, N.W.
Washington, DC 20009
(202) 745-1942

Counsel for Defendant, Mohammed Ali Sayed Mushayt

**SO ORDERED:**

Dated:_____

_____
RICHARD CONWAY CASEY, U.S.D.J.