UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*   Federal Insurance Co. v. al Qaida
                              03 CV 06978 (RCC)

## STIPULATION OF DISMISSAL OF PRINCESS HAIFA AL FAISAL

PLEASE TAKE NOTICE that, through counsel, the *Federal Insurance* plaintiffs and defendant, Princess Haifa Al Faisal, have agreed to and hereby stipulate to the dismissal of defendant, Princess Haifa Al Faisal, without prejudice, each side to bear its own attorney's fees, costs, and expenses.

Respectfully submitted,

| COZEN O'CONNOR | KELLOGG, HUBER, HANSEN, TODD & EVANS, PLLC |
|---|---|
| By: *[signature]*<br>SEAN P. CARTER<br>J. SCOTT TARBUTTON<br>1900 Market Street<br>Philadelphia, PA 19103<br>(215) 665-2000 | By: *[signature]*<br>MICHAEL K. KELLOGG<br>1615 M Street, N.W.<br>Suite 400, Sumner Square<br>Washington, DC 20036<br>(202) 326-7900 |
| Counsel for Plaintiffs | Counsel for Defendant, Princess Haifa Al Faisal |

**SO ORDERED:**

Dated:_____          _____
                                   RICHARD CONWAY CASEY, U.S.D.J.