بسم الله الرحمن الرحيم

*Dr. Omar A. Kamel*

د. عمر عبدالله كامل

PRIVILAGED INFORMATION
CLIENT-ATTORNEY CORRESPONDENCE


**DECLARATION OF OMAR ABDULLAH KAMEL
AN INDIVIDUAL DEFENDANT**

IN THE NAME OF GOD, THE MERCIFUL, THE COMPASSIONATE, I, Omar Abdullah Kamel, state as follows:

1. I understand that this declaration may be submitted to an American court in connection with a lawsuit that has been filed against myself and Al Shamal Islamic Bank.
2. I do not engage and never have engaged in any business with any person or entity located in the United States of America.
3. I do not own any property, nor do I have any investments or bank accounts located in the United States of America.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 30th day of November, 2004.

_____
Omar Abdullah Kamel