UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | |
| This document relates to:<br><br>KATHLEEN ASHTON, et al,<br>            Plaintiffs<br><br>v.<br><br>AL-QAEDA ISLAMIC ARMY, et al,<br>            Defendants | 02 CV 6977 |

**PROPOSED ORDER**

It is hereby **ORDERED** that the Defendant Omar Abdullah Kamel's Motion to Dismiss is **GRANTED**, and it is

**FURTHER ORDERED** that the Plaintiffs' lawsuit against Omar Abdullah Kamel is dismissed with prejudice.

_____
The Honorable Richard C. Casey

Date: December 10, 2004