IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001    )    MDL No. 1570
                                                 )    ECF Case

This document relates to:
    ASHTON, et al. v. AL QAEDA ISLAMIC ARMY, et al., Case No. 1:02-6977.

### STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINTS

It is hereby stipulated, between undersigned counsel for the *Ashton* plaintiffs and undersigned counsel for defendants Dr. Abdullah M. Al-Turki and Dr. Adnan Basha, that:

(1) Dr. Al-Turki and Dr. Basha shall have forty-five (45) days from the date on which the Court decides the pending motions to dismiss of Dr. Al-Turki and Hamad Al-Husaini in *Burnett*, No. 03-CV-9849, to move to dismiss, or answer, the operative complaint in *Ashton*.

(2) If Dr. Al-Turki and Dr. Basha move to dismiss the operative complaint in *Ashton*, it is agreed that plaintiffs' oppositions shall be served within forty-five (45) days of service of the motion. It is further agreed that defendants' reply briefs shall be served within forty-five (45) days of the service of plaintiffs' oppositions.

Respectfully submitted,

_____         _____
Andrew Maloney, Esquire            Lynne Bernabei, Esquire
Kreindler & Kreindler              Bernabei & Katz, PLLC
100 Park Avenue                    1773 T Street, N.W.
New York, NY 10017-5590            Washington, D.C. 20009-7139
(212) 687-8181                     (202) 745-1942

Counsel for *Ashton* Plaintiffs    Counsel for Defendants Dr. Abdullah M. Al-Turki
                                   and Dr. Adnan Basha

SO ORDERED:

_____
Richard Conway Casey
U.S. District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2004, I caused the foregoing to be served electronically on counsel of record by electronic mail, pursuant to ¶ 9(b) of Case Management Order No. 2 (June 16, 2004).

/s/ Alan R. Kabat
_____
Alan R. Kabat