UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*   Federal Insurance Co. v. al Qaida
                              03 CV 06978 (RCC)

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiffs in the above-referenced action hereby voluntarily dismiss defendant Mohammed Salim Bin Mahfouz without prejudice from *Federal Insurance Co., et al. v. al Qaida, et al.*, (03-CV-6978).

Dated: December 14, 2004          Respectfully submitted,

                                  COZEN O'CONNOR

                                  By: _____
                                      SEAN P. CARTER, ESQUIRE
                                      J. SCOTT TARBUTTON, ESQUIRE
                                      1900 Market Street
                                      Philadelphia, PA  19103
                                      Telephone:   (215) 665-2000
                                      Facsimile:   (215) 665-2013

                                  *Attorneys for the Federal Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2004, the foregoing Notice of Voluntary Dismissal was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's ECF system.

By: _____
SEAN P. CARTER, ESQUIRE
J. SCOTT TARBUTTON, ESQUIRE
1900 Market Street
Philadelphia, PA  19103
Telephone:	(215) 665-2000
Facsimile:	(215) 665-2013

*Attorneys for the Federal Plaintiffs*

PHILA1\2185381\1 117430.000