USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-15-04

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_In Re_ TERRORIST ATTACKS ON SEPTEMBER 11, 2001 ) MDL No. 1570
) ECF Case

This document relates to:
ASHTON, _et al._ v. AL QAEDA ISLAMIC ARMY, _et al._, Case No. 1:02-6977.

### STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINTS

It is hereby stipulated, between undersigned counsel for the _Ashton_ plaintiffs and undersigned counsel for defendants Dr. Abdullah M. Al-Turki and Dr. Adnan Basha, that:

(1) Dr. Al-Turki and Dr. Basha shall have forty-five (45) days from the date on which the Court decides the pending motions to dismiss of Dr. Al-Turki and Hamad Al-Husaini in _Burnett_, No. 03-CV-9849, to move to dismiss, or answer, the operative complaint in _Ashton_.

(2) If Dr. Al-Turki and Dr. Basha move to dismiss the operative complaint in _Ashton_, it is agreed that plaintiffs' oppositions shall be served within forty-five (45) days of service of the motion. It is further agreed that defendants' reply briefs shall be served within forty-five (45) days of the service of plaintiffs' oppositions.

Respectfully submitted,

Andrew Maloney, Esquire
Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590
(212) 687-8181

Counsel for _Ashton_ Plaintiffs

Lynne Bernabei, Esquire
Bernabei & Katz, PLLC
1773 T Street, N.W.
Washington, D.C. 20009-7139
(202) 745-1942

Counsel for Defendants Dr. Abdullah M. Al-Turki
and Dr. Adnan Basha

SO ORDERED:

_____
Richard Conway Casey
U.S. District Judge

12/14/04