USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 12-15-04

United States District Court
Southern District Of New York

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |
|---|---|

*This Document Relates to:*
*Cantor Fitzgerald & Co., et al. v. Akida Private Bank Ltd., et al., 04-cv-7065 (RCC)*

**STIPULATION AND ORDER SETTING SCHEDULE FOR PRINCE SULTAN BIN ABDULAZIZ AL-SAUD AND PRINCE SALMAN BIN ABDULAZIZ AL-SAUD TO RESPOND TO THE FIRST AMENDED COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for Plaintiffs and Defendants His Royal Highness Prince Sultan bin Abdulaziz Al-Saud and His Royal Highness Prince Salman bin Abdulaziz Al-Saud, subject to the approval of this Court, as follows:

1. Plaintiffs shall serve their RICO Statements concerning Prince Sultan and Prince Salman, as required by Paragraph 7 of the Court's Standing Rules of Practice and Paragraph 14 of Case Management Order No. 2, not later than 30 days after the Court approves this Stipulation and Order.

2. Prince Sultan and Prince Salman shall have sixty (60) days from the date on which the Court decides Prince Sultan's and Prince Salman's respective pending motions to dismiss in these consolidated proceedings to move to dismiss or otherwise respond to Plaintiffs' First Amended Complaint.

3. Plaintiffs shall file and serve their oppositions to Prince Sultan's and Prince Salman's motion to dismiss within forty-five (45) days from the date(s) on which Prince Sultan and Prince Salman serve their respective motions on Plaintiffs.

4. Prince Sultan and Prince Salman shall file and serve any replies to the Plaintiffs' oppositions within thirty (30) days from the date(s) on which the Plaintiffs serve their oppositions.

5. The foregoing schedule is without waiver of any of Prince Sultan's or Prince Salman's defenses, including the defense of lack of personal jurisdiction, except that Prince Sultan and Prince Salman do not challenge the sufficiency of Plaintiffs' service of process on them.

Respectfully submitted,

BAKER BOTTS, L.L.P.

William H. Jeffress, Jr. (admitted *pro hac vice*)
Christopher R. Cooper (admitted *pro hac vice*)
Jamie S. Kilberg (admitted *pro hac vice*)
Sara E. Kropf (admitted *pro hac vice*)
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Phone: (202) 639-7700
Fax: (202) 639-7890

*Counsel for Defendants Prince Sultan bin Abdulaziz Al-Saud and Prince Salman bin Abdulaziz Al-Saud*

Dated in Washington, D.C.: 12/8/04

DICKSTEIN, SHAPIRO, MORIN & OSHINKSY, L.L.P.

Kenneth L. Adams (*pro hac vice* pending)
Richard W. Fields
Jonathan M. Goodman (JG 3031)
Stacey Saiontz (SS 1705)
1177 Avenue of the Americas
41st Floor
New York, New York 10036-2714
Phone: (212) 835-1400
Fax: (212) 997-9880

*Counsel for Plaintiffs Cantor Fitzgerald & Co., et al.*

Dated in New York, NY: 12/13/04

**SO ORDERED:**

Richard C. Casey
U.S.D.J.
Date: 12/14/04

DC01:403783.1