**EXHIBIT "B"**
**RICO STATEMENT**

*Federal Insurance Company, et al. v. al Qaida et al.,*  **03cv6978**

| Plaintiffs | Total Paid Loss |
|---|---|
| ACE AMERICAN INSURANCE COMPANY | $47,868,634.56 |
| ACE BERMUDA INSURANCE LTD | $298,000,000.00 |
| ACE CAPITAL V LTD | $118,454,289.00 |
| ACE INA INSURANCE COMPANY OF CANADA | $15,431,185.61 |
| ACE INDEMNITY INSURANCE COMPANY | $11,853.55 |
| ACE INSURANCE SA-NV | $17,990,692.00 |
| ACE PROPERTY & CASUALTY INSURANCE COMPANY | $34,637.00 |
| AIU INSURANCE COMPANY | $2,240.00 |
| ALLSTATE INSURANCE COMPANY | $13,300,834.13 |
| AMERICAN ALTERNATIVE INSURANCE CORPORATION | $8,949,697.81 |
| AMERICAN EMPLOYERS' INSURANCE COMPANY | $325,421.23 |
| AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY | $45,075,821.53 |
| AMERICAN HOME ASSURANCE COMPANY | $106,952,607.60 |
| AMERICAN HOME-CANADA | $400,468,461.54 |
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY | $15,183,595.31 |
| AMERICAN ZURICH INSURANCE COMPANY | $2,367,662.26 |
| AMLIN UNDERWRITING, LTD. | $66,991,142.12 |
| ASSURANCE COMPANY OF AMERICA | $2,425,967.81 |
| AXA ART INSURANCE CORPORATION | $14,287,543.00 |
| AXA CORPORATE SOLUTIONS ASSURANCE UK BRANCH | $64,609,064.00 |
| AXA CORPORATE SOLUTIONS INSURANCE COMPANY | $72,177,208.00 |
| AXA CORPORATE SOLUTIONS REINSURANCE COMPANY | $87,681,468.00 |
| AXA GLOBAL RISKS UK, LTD. | $10,986,624.00 |
| AXA RE | $102,482,949.00 |
| AXA RE CANADIAN BRANCH | $21,052,888.00 |
| AXA REINSURANCE UK PLC | $18,068,229.00 |
| BANKERS STANDARD INSURANCE COMPANY | $23,250,000.00 |
| BOSTON OLD COLONY INSURANCE COMPANY | $5,100.00 |
| CHINA AMERICA INSURANCE COMPANY LIMITED | $3,590,140.08 |
| CHUBB CUSTOM INSURANCE COMPANY | $612,585.00 |
| CHUBB INDEMNITY INSURANCE COMPANY | $3,791,622.01 |
| CHUBB INSURANCE COMPANY OF CANADA | $44,547,557.24 |
| CHUBB INSURANCE COMPANY OF NEW JERSEY | $410,681.69 |
| CNA CASUALTY OF CALIFORNIA | $25,771.00 |
| COLONIAL AMERICAN CASUALTY AND SURETY INS. COMPANY | $21,400.00 |
| COMMERCE AND INDUSTRY INSURANCE COMPANY | $2,678,408.05 |
| COMMERCE AND INDUSTRY INSURANCE COMPANY OF CANADA | $400,468,461.54 |
| COMMERCIAL INSURANCE COMPANY OF NEWARK, NJ | $141,343.00 |
| CONTINENTAL INSURANCE COMPANY | $542,627.00 |
| CONTINENTAL INSURANCE COMPANY OF NEW JERSEY | $39,073.00 |
| CRUM & FORSTER INDEMNITY COMPANY | $44,300.08 |
| FEDERAL INSURANCE COMPANY | $1,318,199,318.43 |
| FIDELITY AND CASUALTY COMPANY OF NEW YORK | $79,856.00 |
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND | $1,636,903.02 |
| GLENS FALLS INSURANCE COMPANY | $36,239.00 |

**EXHIBIT "B"**
**RICO STATEMENT**

*Federal Insurance Company, et al. v. al Qaida et al.,* **03cv6978**

| Plaintiffs | Total Paid Loss |
|---|---|
| GRANITE STATE INSURANCE COMPANY | $348,071.05 |
| GREAT LAKES REINSURANCE U.K. PLC | $62,682,223.62 |
| GREAT NORTHERN INSURANCE COMPANY | $601,113,592.16 |
| HISCOX DEDICATED CORPORATE MEMBER, LTD. | $230,116,847.86 |
| HOMELAND INSURANCE COMPANY OF NEW YORK | $210,670.75 |
| ILLINOIS NATIONAL INSURANCE COMPANY | $2,229,043.97 |
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA | $7,465,987.17 |
| INSURANCE COMPANY OF NORTH AMERICA | $78,692.00 |
| INSURANCE COMPANY STATE OF PENNSYLVANIA | $114,621.84 |
| LEXINGTON INSURANCE COMPANY | $158,317,791.42 |
| MARYLAND CASUALTY COMPANY | $448,063.19 |
| NATIONAL BEN FRANKLIN INSURANCE COMPANY OF ILLINOIS | $6,442.00 |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH | $26,647,699.78 |
| NEW HAMPSHIRE INSURANCE COMPANY | $2,260,134.91 |
| NORTH RIVER INSURANCE COMPANY | $3,405,966.77 |
| NORTHERN INSURANCE COMPANY OF NEW YORK | $1,319,966.27 |
| ONE BEACON AMERICA INSURANCE COMPANY | $85,101.50 |
| ONE BEACON INSURANCE COMPANY | $185,924,621.93 |
| PACIFIC EMPLOYERS | $4,868,748.19 |
| PACIFIC INDEMNITY COMPANY | $22,123,590.33 |
| SENECA INSURANCE COMPANY, INC. | $4,509,258.43 |
| SPS REASSURANCE | $79,888,622.00 |
| STEADFAST INSURANCE COMPANY | $394,788.46 |
| THE CAMDEN FIRE INSURANCE ASSOCIATION | $76,620.00 |
| THE PRINCETON EXCESS & SURPLUS LINES INSURANCE COMPANY | $3,796,292.50 |
| TIG INSURANCE COMPANY | $76,211,229.00 |
| TRANSATLANTIC REINSURANCE COMPANY | $2,205,773.00 |
| UNITED STATES FIRE INSURANCE COMPANY | $79,258,822.76 |
| VALIANT INSURANCE COMPANY | $3,500.00 |
| VIGILANT INSURANCE COMPANY | $42,016,341.86 |
| WESTCHESTER FIRE INSURANCE COMPANY | $14,079,230.00 |
| WESTCHESTER SURPLUS LINES INSURANCE CO. | $12,705,000.00 |
| WOBURN INSURANCE LTD | $8,750,000.00 |
| ZURICH AMERICAN INSURANCE COMPANY | $828,650,409.08 |