# Exhibit A



HINC LUCEM ET POCULA SACRA

The Guild of Cambridge Benefactors

Programme



## The Guild of Cambridge Benefactors

In recognition of the munificence of major benefactors to the University of Cambridge and its Colleges, The Cambridge Foundation established the Guild of Cambridge Benefactors.

The first ceremony of Admission of Companions to the Guild of Cambridge Benefactors took place in October 1998 at The Old Schools, followed by a reception and dinner at Trinity College.

On admission to the Guild, benefactors are honoured with a Guild of Cambridge Benefactors' gown and a scroll of membership. The names of benefactors are recorded on the Benefactors' Staircase, adjacent to the Dome Room (the Vice-Chancellor's office).

*"Cambridge has been at the forefront of scholarship and advanced education for hundreds of years. This has been achieved by the quality of its members and by the generosity of its many supporters. Its future is equally in your hands."*

HRH The Duke of Edinburgh,
Chancellor of the University of Cambridge
Patron of The Cambridge Foundation

1



Monday 1st November 2004
*Order of Proceedings*

The King's Trumpeters
"Prelude" to Te Deum   Marc-Antoine Charpentier

◆

*Order of Procession*

The Esquire Bedells
The Chancellor
The University Marshal
The Vice-Chancellor – The Chairman of The Cambridge Foundation
The Registrary – The University Orator
The Pro-Vice-Chancellors
The Senior Proctor – The Junior Proctor
The Companions of the Guild of Cambridge Benefactors
The University Constables

◆

Invocation by The Orator

◆

*Ceremony of Admission of Companions to the Guild of Cambridge Benefactors*
(The citations are read by The Registrary)

◆

Instrumental Awards Scheme Wind Ensemble
Adagio from Wind Serenade in B flat major for thirteen winds   W.A. Mozart
(K. 361, 'Gran Partita')

◆

Concluding statement by The Chairman of The Cambridge Foundation

◆

The King's Trumpeters
"Processional"   William Mathias

◆

*The Procession leaves the Senate-House. All guests proceed to the Fitzwilliam Museum for a drinks reception in the Armoury followed by dinner in the Courtyard.*

2



The following are today admitted as Companions of
the Guild of Cambridge Benefactors:

Dennis Avery and Sally Tsui Wong-Avery

Eliza and Canning Fok

The Health Foundation represented by Sir David Carter

Yousef Abdul Latif Jameel

Weslie Janeway

Harvey McGrath

Woco Foundation
represented by Dr Bernard Wolfe and Deanna Wolfe

3



In grateful recognition of their munificent benefactions to the University and its Colleges, the following individuals, companies, foundations and trusts have been welcomed as Companions of the Guild of Cambridge Benefactors, since the establishment of the Cambridge Foundation in 1989:

Tadao Aoi
Mr Dennis Avery and Mrs Sally Tsui Wong-Avery
BAT Industries
Peter and Paula Beckwith
Robert Beldam
BP plc
Bristol-Myers Squibb Company
Dr Rosalie Canney
C N Corfield
The Cripps Foundation
Mr and Mrs Gaylord Donnelley
Nancy, Dowager Countess of Enniskillen
Dr and Mrs M C Faulkes
Eliza and Canning Fok
Bill and Melinda Gates Foundation
The Gatsby Charitable Foundation
Sir Paul Getty KBE
Dr and Mrs Dennis Gillings
Glaxo Wellcome *(now* GlaxoSmithKline plc)
Guinness *(now Diageo plc)*
The Health Foundation
Hitachi Ltd
Dr Alan Howard
Susan Howatch
Hutchison Whampoa and Sir Ka-shing Li
Yousef Abdul Latif Jameel
William and Weslie Janeway
Sir Paul and Lady Judge
Dr Mark Kaplanoff

4

Dr Seng Tee Lee
Hamish Maxwell
Dr and Mrs D M McDonald
Harvey McGrath
The Andrew W Mellon Foundation
Paul Mellon KBE
Merck Sharp & Dohme Ltd
Gianni and Joan Montezemolo
The Monument Trust
Dr Gordon and Mrs Betty Moore
Douglas Myers
Zayed bin Sultan Al Nahayan Charitable and Humanitarian Foundation
HH Dr Sheikh Sultan bin Mohammed Al Qasimi
Dr Lisbet Rausing
The Märit and Hans Rausing Charitable Foundation
Rolls-Royce Group plc
N M Rothschild & Sons
Dr Raymond Sackler KBE and Mrs Beverly Sackler
Dr Robert Sansom
The Schiff Foundation
Schlumberger
Dr Scholl Foundation
Sinyi Cultural Foundation
Dr Herchel Smith
Dr Rosalind Smith
SmithKline Beecham *(now GlaxoSmithKline plc)*
Freydoun Soudavar and family
Dr John Sperling
Baroness Thatcher and The Margaret Thatcher Foundation
Unilever plc
Fred van Eck
The John and Lucille van Geest Foundation
Marie Vergottis
Norman Waddleton
The Wellcome Trust
The Westminster Foundation
Garfield Weston Foundation
Frank Peter Wilson
Woco Foundation
The Wolfson Foundation
Dr F A Zoëllner



# A History of Benefaction

For nearly 800 years, the alliance between visionary philanthropists and scholars has been a driving force of progress at Cambridge. In its earliest days, the University enjoyed the patronage of kings and queens who founded colleges and endowed fellowships. Today, Cambridge's excellence within all the major domains of knowledge, and its contributions to the wider world, owe much to this partnership of academics and benefactors.

The first Cambridge college – Peterhouse – was founded in 1284 by Hugh Balsham, Bishop of Ely. King's Hall was created in 1317 by Edward II, and others soon followed. In the 1440s, King Henry VI conceived of King's College, first on a modest, then on a grand scale, to be graced by a vast and splendid chapel. The College was munificently endowed, with provision for a Provost and "seventy poor scholars," but it was left to Henry VII and Henry VIII to bring their predecessor's greater vision to completion, just over one hundred years after the foundation stone was laid. Henry VIII also founded Trinity College, in 1546, and his endowment of five Regius professorships established a precedent that private donors through the centuries have continued to follow.

In 1704, Thomas Plume bequeathed funds for the building of an observatory and for a Professorship of Astronomy. King George I endowed a Professorship in Modern History in the 1720s, and the generosity of King George II greatly assisted the building of the Senate House, completed in 1730.

The arts and sciences have equally attracted benefactors. In 1816, Richard VIIth, Viscount Fitzwilliam of Merrion, bequeathed to the University £100,000 and his collections of paintings, prints, books and manuscripts "for the purpose of promoting the Increase of Learning and other great Objects of that Nobel Foundation," thus establishing the Fitzwilliam Museum.

In 1870, the first of the great laboratories was funded by the Chancellor of the University, William Cavendish, Duke of Devonshire. In the early

6

twentieth century, Sir William Dunn established the Department of Biochemistry with a new building and an endowed professorship, so enabling the genius of Sir Frederick Gowland Hopkins and his colleagues to flourish; and the Rockefeller Foundation supported many of the human sciences and funded half the cost of the new University Library, now the largest open-access library in Europe.

The years following the Second World War brought increased public funding to the University, but benefactors continued to play a vital role in securing Cambridge's finances. In the 1960s and '70s, The Wolfson Foundation gave funds to build the University Centre, establish the Institute of Criminology, and found a college, subsequently in their name. The Cripps Foundation provided substantial assistance to expand and improve the facilities of several colleges; and Sir David Robinson founded Robinson College, in 1973. In 1989, Dr Daniel McDonald gave funds to establish the McDonald Institute for Archaeological Research, and later bequeathed a magnificent collection of paintings to the Fitzwilliam Museum. By this time it was clear that government funding, though substantial and essential, could not support the necessary capital investment to secure Cambridge's position as a major international university, active across proliferating disciplines.

In response to this challenge, the University established The Cambridge Foundation in 1989, to seek and provide voluntary funds for the support of education, learning and research within the University. It is this partnership with our benefactors that will continue to develop and safeguard the cultural legacy of the University, and ensure its continued pre-eminence as a teaching and research institution across all branches of international scholarship.

We celebrate today all those who have given to the Colleges and University, but particularly those exceptional individuals, companies, trusts and foundations who are members of The Guild of Cambridge Benefactors.

> *"Private donors have always been indispensable to fulfilling Cambridge's mission as one of the world's great universities. Today, the support of benefactors is more vital than ever in guaranteeing Cambridge's independence, its excellence, and capacity to innovate."*

The Rt Hon Lord Simon of Highbury,
Chairman
The Cambridge Foundation



The University received a grant of arms: *gules a cross ermine and four gold leopards with a book gules upon the cross,* from Robert Cooke, Clarencieux, on 9th June 1573 for William Cecil, Lord Burghley, Chancellor of the University. The motto translated can be read as "from here we draw light and sacred draughts." Its source, according to Dr Elisabeth Leedham-Green, former University Archivist, is a hoary old mystery. The shield that appears throughout this programme, incorporating the motto, was designed by the Rev E E Dorling MA (Clare) for the University Press.

# Exhibit B

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x
 3   UNITED STATES OF AMERICA
 4              v.                              S(7) 98 Cr. 1023
 5   USAMA BIN LADEN, et al.,
 6              Defendants.
 7   ------------------------------x
 8
                                                New York, N.Y.
 9                                              February 13, 2001
                                                9:50 a.m.
10
11
12   Before:
13                    HON. LEONARD B. SAND,
14                                         District Judge
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                            APPEARANCES

 2   MARY JO WHITE
          United States Attorney for the
 3        Southern District of New York
     BY:  PATRICK FITZGERALD
 4        KENNETH KARAS
          PAUL BUTLER
 5        Assistant United States Attorneys

 6
     SAM A. SCHMIDT
 7   JOSHUA DRATEL
     KRISTIAN K. LARSEN
 8        Attorneys for defendant Wadih El Hage

 9   ANTHONY L. RICCO
     EDWARD D. WILFORD
10   CARL J. HERMAN
     SANDRA A. BABCOCK
11        Attorneys for defendant Mohamed Sadeek Odeh

12   FREDRICK H. COHN
     DAVID P. BAUGH
13        Attorneys for defendant Mohamed Rashed Daoud Al-'Owhali

14   JEREMY SCHNEIDER
     DAVID STERN
15   DAVID RUHNKE
          Attorneys for defendant Khalfan Khamis Mohamed

16

17

18

19

20

21

22

23

24

25
```

```
12D1BIN2                                                    454
```
                         Al Fadl - cross/Herman

1  A.  Yes.

2  Q.  Okay.  And you told them that there were thirty-one

3  members?

4  A.  Yes.

5  Q.  Okay.  And I have it here that number 23 is Azmarai Alsui.

6  Does that refresh your recollection?

7  A.  If I told them, yeah, yes.  But I don't remember now.

8  Q.  Part of -- withdrawn.  Al Qaeda had many means of

9  communication amongst its members, is that correct?

10 A.  Committee, yes.

11 Q.  Let me -- all right.  What I'm talking about are

12 telephones, radios?

13 A.  Oh, okay, yes.

14          (Witness consults with interpreter)

15 A.  Yes.

16 Q.  I see you're consulting with the interpreter.  Do you

17 understand my question?

18 A.  Yes.

19 Q.  They had radios, telephones?

20 A.  Yes.

21 Q.  Correct?  They had cell phones?

22 A.  Yes.

23 Q.  Apparently Usama Bin Laden had a satellite phone?

24 A.  Yes.

25 Q.  A very expensive phone from Germany?

1    A.   Yeah, I remember he buy some equipment from Germany.

2    Q.   And I think you told the agents that the phone might have

3    cost $80,000?

4    A.   Yes.

5    Q.   And that at some point when they were in the Sudan they

6    had radios that were, had belonged to the Sudanese Army, is

7    that correct?

8    A.   It's a group radio, but we buy it through the Army.

9    Q.   Okay.  And then you had hand-held radios as well, is that

10   right?

11   A.   Yes.

12   Q.   So al Qaeda had, at least when they got to the Sudan,

13   pretty sophisticated means of speaking with each other.  Is

14   that fair to say?

15   A.   Yes, officers, yes.

16   Q.   Now, you told us last week, Mr. Al Fadl, that at some

17   point you were ordered to kill the former president of the

18   Sudan; is that right?

19   A.   Yes.

20   Q.   And that was Sadiq al-Mahdi?

21   A.   Al-Mahdi, yes.

22   Q.   S-A-D-I-Q  AL-M-A-H-D-I?

23   A.   Correct.

24   Q.   This was the person who had been the Prime Minister of the

25   Sudan until 1989, right?