# Exhibit G

Kohlmann Exhibit 1.txt

1100

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | . | Criminal No. 03-296-A |
| vs. | . | Alexandria, Virginia |
| | . | February 13, 2004 |
| MASOUD AHMAD KHAN, | . | 12:00 p.m. |
| SEIFULLAH CHAPMAN, | . | |
| HAMMAD ABDUR-RAHEEM, | . | |
| CALIPH BASHA IBN ABDUR-RAHEEM, | . | |
| | . | |
| Defendants. | . | |

. . . . . . . . . .

TRANSCRIPT OF BENCH TRIAL
BEFORE THE HONORABLE LEONIE M. BRINKEMA
UNITED STATES DISTRICT JUDGE

VOLUME V

APPEARANCES:

FOR THE GOVERNMENT:     GORDON D. KROMBERG, AUSA
                        DAVID H. LAUFMAN, AUSA
                        United States Attorney's Office
                        2100 Jamieson Avenue
                        Alexandria, VA 22314
                          and
                        JOHN T. GIBBS, ESQ.
                        Counterterrorism Section
                        Criminal Division
                        United States Department of Justice
                        601 D Street, N.W.
                        Washington, D.C. 20004

FOR DEFENDANT KHAN:     BERNARD S. GRIMM, ESQ.
                        JENIFER WICKS, ESQ.
                        Grimm & Wieser
                        307 G Street, N.W.
                        Washington, D.C. 20001

(APPEARANCES CONT'D. ON NEXT PAGE)

(Pages 1100 - 1271)

COMPUTERIZED TRANSCRIPTION OF STENOGRAPHIC NOTES

Page 1

Kohlmann Exhibit 1.txt

1101

```
 1   APPEARANCES:   (Cont'd.)

 2   FOR DEFENDANT CHAPMAN:        JOHN K. ZWERLING, ESQ.
                                   LISA BONDAREFF KEMLER, ESQ.
 3                                 Zwerling & Kemler, P.C.
                                   108 North Alfred Street
 4                                 Alexandria, VA 22314

 5
     FOR DEFENDANT HAMMAD          WILLIAM B. CUMMINGS, ESQ.
 6     ABDUR-RAHEEM:               William B. Cummings, P.C.
                                   112 South Pitt Street
 7                                 Alexandria, VA 22314

 8
     FOR DEFENDANT CALIPH BASHA    CHRISTOPHER AMOLSCH, ESQ.
 9     IBN ABDUR-RAHEEM:           Law Office of Christopher Amolsch
                                   221 South Fayette Street
10                                 Alexandria, VA 22314

11
     ALSO PRESENT:                 S.A. WADE AMMERMAN
12                                 S.A. BRIAN BALGAARD
                                   DANIEL GROOMS, SAUSA
13                                 SHEILA MYRICK
                                   BOBBY WILLIAMS
14                                 S.A. JOHN WYMAN

15
     OFFICIAL COURT REPORTER:      ANNELIESE J. THOMSON, RDR, CRR
16                                 U.S. District Court, Fifth Floor
                                   401 Courthouse Square
17                                 Alexandria, VA 22314
                                   (703)299-8595
18

19

20

21

22

23

24

25
```

Kohlmann Exhibit 1.txt

1102

```
 1                              I N D E X

 2                              DIRECT  CROSS   REDIRECT  RECROSS

 3  WITNESSES ON BEHALF OF
    THE GOVERNMENT:
 4
    Monte Salot                  1104   1123    1135      1141
 5                                      1127              1143

 6  Evan F. Kohlmann             1147   1189    1206      1209
                                        1190
 7                                      1193
                                        1195
 8
    Ibrahim Ahmed Al-Hamdi              1212    1249      1267
 9    (Recalled)                        1220
                                        1236
10                                      1239

11

12                              EXHIBITS

13                                      MARKED    RECEIVED

14  GOVERNMENT'S:

15  No.  2C2                                      1146
         4C3                                      1106
16       5A6a                           1174
         7C17                                     1186
17

18

19

20

21

22

23

24

25
```

1147

Kohlmann Exhibit 1.txt

1       MR. KROMBERG: The next witness is Evan Kohlmann, and
2  while Mr. Kohlmann is walking in, Judge, what I'd propose that we
3  do is we will try and pull out individual pages of 2C2 that
4  should not have the problems that you're referring about that
5  seem extraneous. If we find particular pages that were sent to
6  us by the Vesta Technologies people, we'll try and identify that
7  by the end of the day and propose them. Then we'll know by the
8  end of the day whether we need to bring somebody from Vesta in
9  here.
10      THE COURT: Right. I envision that there might be
11 other pages within here that you want, yes.
12      MR. KROMBERG: Thank you, Your Honor.
13      EVAN F. KOHLMANN, GOVERNMENT'S WITNESS, SWORN
14      MR. KROMBERG: Your Honor, in view of the speed at
15 which we've been going and some of the things that have gotten
16 into evidence, we -- and in view of the Court's statements to us,
17 we are no longer offering Mr. Kohlmann as an expert. We are not
18 asking him to testify about the things we had said that he would
19 be an expert on. We're going to try and restrict it to the
20 things that he personally did and that he personally saw.
21      THE COURT: All right.
22      MR. KROMBERG: Thank you, Your Honor.
23                    DIRECT EXAMINATION
24 BY MR. KROMBERG:
25 Q.   Please state your name and spell your last name.

1148

Kohlmann Exhibit 1.txt
```
 1  A.   My name is Evan F. Kohlmann. My last name is spelled
 2  K-o-h-l-m-a-n-n.
 3  Q.   Mr. Kohlmann, you're a third year law student?
 4  A.   That's correct. I'm at the University of Pennsylvania Law
 5  School.
 6  Q.   Okay. In your -- let's move right into this. Can you take
 7  a look -- did you prepare a series of slides for your testimony?
 8  A.   Yes, I did.
 9            MR. KROMBERG: Okay. Can we bring up the first slide?
10            How about the second slide?
11            MR. ZWERLING: Have we seen these?
12            MR. KROMBERG: These are all exhibits you've seen
13  except for this one that says "Witness Testimony by Evan
14  Kohlmann." Everything else is something you've seen.
15            MR. ZWERLING: That fooled me, Your Honor.
16            THE COURT: All right.
17            MR. KROMBERG: Okay. Next slide, please.
18            Judge, could we have our -- our audiovisual person says
19  we have an issue. If I could have just a moment?
20            THE COURT: The witness needs to stay there.
21            AGENT BALGAARD: Is this how it looks, sir?
22            THE WITNESS: No, click on the --
23            THE COURT: All right, Mr. Kohlmann, go quickly and --
24            THE WITNESS: Yes, Your Honor, thank you.
25  BY MR. KROMBERG:
```

1149

```
 1  Q.   Okay. Now, what should be on the screen -- never mind.
```
Page 5

# Exhibit H

| Date | Event | Citation |
|---|---|---|
| 1980s | Throughout 1980s Bin Laden is a leader of the mujahideen closely allied with and supported by the U.S. to end Soviet occupation of Afghanistan. | Overview of the Enemy, Staff Statement No. 15, National Commission on Terrorist Attacks Upon the United States, (2004) at 1; Kenneth Katzman, Afghanistan: Current Issues and U.S. Policy, Congressional Research Service, Aug. 27, 2003, at CRS-2 (providing estimates of U.S. covert funding to the mujahideen through 1991). |
| July 2, 1986 | Congress formally declares U.S. support for the mujahideen. | S.J. Res. 365, 99th Cong., 100 Stat. 756 (1986). |
| 1988 | Date accepted by plaintiffs' lead investigator for the document described by the United States Government in 2003 as "a handwritten draft list of the people referred to within al Qaeda as the 'Golden Chain,' wealthy donors to mujahideen efforts." | Witness Statement of Jean-Charles Brisard, (May 21, 2003), in Bin Mahfouz v. Beaton, et al., UK HCJ No. HC 03X00518, at ¶ 7; Government's Evidentiary Proffer Supporting the Admissibility of Coconspirator Statements in U.S. v. Arnaout, No. 02-CR-892 (N.D. Ill. Jan. 6, 2003), at 30, available at http://news.findlaw.com/-hdocs/docs/bif/usarnaout10603prof.pdf. |
| July 26, 1989 | United Nations report states "[i]n violation of the Geneva accords, both the Soviet Union and the U.S. have been supplying military aid to the Kabul Regime and the mujaheddins [sic] respectively." | U.N. Report, Afghanistan: Questioning the Future, (July 26, 1989) at 3, available at the National Security Archive, Doc. No. AF02302. |
| September 13, 1991 | United States ends support for mujahideen | James A. Baker and Boris D. Pankin, US-Soviet Joint Statement on Afghanistan (Sept. 13, 1991), in Dep't of State Dispatch, Sept. 16, 1991, available at http://dosfan.lib.uic.edu/ERC/-briefing/dispatch/1991/html/Dispatch-v2no37.html; see also Transcript, U.S. v. El Hage, et al., No.98CR1023, (S.D.N.Y. Feb. 14, 2001) at 539 (the U.S. government stipulated that the United States provided economic and military support to the Afghan mujahideen through September 1991). |
| January 23, 1995 | President Clinton signs Executive Order 12947, imposing sanctions on twelve Middle East terrorist groups. Neither al Qaeda nor bin Laden is mentioned. | Ex. Order 12947 (Jan. 23, 1995); Robin Wright, Islam in the '90s: A Study of Diversity, Los Angeles Times, Feb. 7, 1995 at 1 (quoting comment by Philip C. Wilcox, jr., State Department Coordinator for Counter-Terrorism, that "there is little hard evidence of a coordinated international network or command and control apparatus among these groups.") |
| August 23, 1996 | Bin Laden publishes first public fatwa threatening violence against U.S. military interests in the Gulf. | Report of the National Commission on Terrorist Attacks Upon the United States (2004) at 59 ("2004 9/11 Commission Report"); Affirmation of Patrick J. |

|  |  | Fitzgerald, U.S. v. El Hage, et al., No. 98CR1023, (S.D.N.Y.), Dec. 30, 1999 at ¶¶ 12, 15. |
|---|---|---|
| November 27, 1996 | Bin Laden states that he "had thought that the Riyadh and al Khobar blasts were a sufficient signal to U.S. decision-makers to avert a real battle between the Islamic nation and U.S. forces." | Affirmation of Patrick J. Fitzgerald, U.S. v. El Hage, et al., No. 98CR1023, (S.D.N.Y.), Dec. 30, 1999 at ¶ 16 (citing interview given by Bin Laden to the London Arabic Newspaper, *Al Quds Al Arabi*.). |
| May 11, 1997 | CNN airs interview with Bin Laden in which he restates his desire to expel the U.S. military from Saudi Arabia. | Affirmation of Patrick J. Fitzgerald, U.S. v. El Hage, et al., No. 98CR1023, (S.D.N.Y.), Dec. 30, 1999  at ¶ 17. |
| 1997 | 1997 National Intelligence Estimate on terrorism briefly mentions Bin Laden, but no subsequent national estimate would authoritatively evaluate the terrorism danger until after 9/11. | 2004 9/11 Commission Report at 118. |
| February 1998 | Al Qaeda makes general declaration of war against United States. | 2004 9/11 Commission Report at 67 ("the February 1998 fatwa thus seems to be a kind of public launch of a renewed and stronger al Qaeda") |
| August 7, 1998 | Bombings of the U.S. Embassies in Nairobi, Kenya and Dar-es-Salaam, Tanzania. | Remarks by the President, (Aug. 7, 1998), available at http://www.state.gov/www/regions/africa/bombing_clinton.html. |
| August 21, 1998 | President Clinton signs Executive Order blocking assets of bin Laden and al Qaeda, as international terrorists. | Ex. Order 13099 (Aug. 21, 1998). |
| November 4, 1998 | U.S. Government releases Grand Jury indictment of Bin Laden sealed since June 1998. | 2004 9/11 Commission Report at 110; Press Release, U.S. Dep't of Justice (Nov. 4, 1998), available at http://jya.com/usa110498.htm. |
| March or April 1999 | Bin Laden authorizes the 9/11 plot. | 2004 9/11 Commission Report at 154. |
| October 8, 1999 | U.S. publicly designates al Qaeda as Foreign Terrorist Organization. | 64 Fed. Reg 55,112 (Oct. 8, 1999). |
| September 11, 2001 | Attacks on America |  |
| March 11, 2002 | The U.S. first names branches of al-Haramain Islamic Foundation as terrorist financiers. | U.S. Dep't of the Treasury, available at http://www.treas.gov/offices/eotffc/ofac/sdn/sdnew02.txt. |