```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 12-20-04
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
IN RE TERRORIST ATTACKS ON        :
SEPTEMBER 11, 2001                :
                                  :   03-MDL 1570 (RCC)
This document relates to:         :   ECF CASE
                                  :
THOMAS BURNETT, et al,            :
                                  :   03 CV 9849 (RCC)
        v.                        :
                                  :
AL BARAKA INVESTMENT &            :
DEVELOPMENT CORP., et al.         :
----------------------------------X
THOMAS BURNETT, et al,            :
                                  :   03 CV 5738 (RCC)
        v.                        :
                                  :
AL BARAKA INVESTMENT &            :
DEVELOPMENT CORP., et al.         :
----------------------------------X
KATHLEEN ASHTON, et al,           :
                                  :   02 CV 6977 (RCC)
        v.                        :
                                  :
AL QAEDA ISLAMIC ARMY, et al.     :
----------------------------------X

### STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED that Hunton & Williams LLP

shall be and hereby is substituted for McDermott Will & Emery LLP as counsel for

defendant Yassin Abdullah Kadi.

Dated: December 1, 2004

McDERMOTT WILL & EMERY LLP

By _____
       Stanton D. Anderson (SA-1511)
       Thomas P. Steindler (TS-6620)

Former attorneys for defendant
Yassin Abdullah Kadi
600 13th Street, N.W.
Washington, DC 20005
(202) 756-8000


HUNTON & WILLIAMS LLP

By _____Joseph Saltarelli_____
Joseph J. Saltarelli JS-1560

New attorneys for defendant
Yassin Abdullah Kadi
200 Park Avenue, 43rd Floor
New York, New York 10166-0136

AND

David F. Geneson (to be admitted *pro hac vice*)
Bonnie K. Arthur (to be admitted *pro hac vice*)
1900 K Street, NW
Washington, DC 20006
(202) 419-2063
barthur@hunton.com

SO ORDERED

_____ 12/20/04
U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------X
IN RE TERRORIST ATTACKS ON            :
SEPTEMBER 11, 2001                    :
                                      :   03-MDL 1570 (RCC)
This document relates to:             :   ECF CASE
                                      :
THOMAS BURNETT, et al,                :
                                      :   03 CV 9849 (RCC)
           v.                         :
                                      :
AL BARAKA INVESTMENT &                :
DEVELOPMENT CORP., et al.             :
------------------------------X
THOMAS BURNETT, et al,                :
                                      :   03 CV 5738 (RCC)
           v.                         :
                                      :
AL BARAKA INVESTMENT &                :
DEVELOPMENT CORP., et al.             :
------------------------------X
KATHLEEN ASHTON, et al,               :
                                      :   02 CV 6977 (RCC)
           v.                         :
                                      :
AL QAEDA ISLAMIC ARMY, et al.         :
------------------------------X

### AFFIDAVIT OF JOSEPH J. SALTARELLI
### IN SUPPORT OF APPLICATION TO CHANGE
### COUNSEL PURSUANT TO LOCAL CIVIL RULE 1.4

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

JOSEPH J. SALTARELLI, being duly sworn, deposes and says:

1. I am a member of the Bar of this Court and make this affidavit in support of defendant Yassin Abdullah Kadi's application, pursuant to Rule 1.4 of the Local Rules, to

substitute my firm, Hunton & Williams LLP, as counsel of record for Mr. Kadi in this action (the "Action") and replace outgoing counsel, McDermott Will & Emery ("MWE").

2. In connection with its being retained, our firm has consulted with MWE, and the status of the Action is as follows with respect to Mr. Kadi:

a. A motion to dismiss the Action was submitted to the Court on July 15, 2004;

b. Plaintiffs filed oppositions to Mr. Kadi's motion to dismiss on October 15, 2004 and November 8, 2004.

c. Mr. Kadi's response is due Friday December 3, 2004. Hunton & Williams will not be seeking an extension of time.

d. No trial date has yet been set in this matter.

3. It is not anticipated that the proposed substitution of counsel will delay the progress of this case.

4. Accordingly, we respectfully request that the proposed substitution of counsel be approved.

*Joseph Saltarelli*
JOSEPH J. SALTARELLI

Sworn to before me this
2nd day of December, 2004

*Nigeria Q. Rolling*
NOTARY PUBLIC

NIGERIA Q. ROLLING
NOTARY PUBLIC, State Of New York
No. 01RO6055521
Qualified In Bronx County
Commission Expires February 26, 200'

65982.000002 NEW_YORK 194776v1               2