

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES

**COZEN**
**O'CONNOR**
ATTORNEYS

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com

ECF

**Sean P. Carter**
Direct Phone   215.665.2105
Direct Fax     215.701.2105
scarter@cozen.com

December 10, 2004

**VIA FEDERAL EXPRESS**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-22-04
```

The Honorable Richard C. Casey
United States District Court for the District of
New York
United States Courthouse
500 Pearl Street, Room 1950
New York, NY 10007-1312

>    *In Re: Terrorist Attack on September 11, 2001*, **MDL No. 1570 (RCC)**
>    *Federal Insurance Company, et al. v. al Qaida, et al.*, **03 CV 6978 (RCC)**

Dear Judge Casey:

   I write on behalf of all plaintiffs in the cases comprising *In Re: Terrorists Attacks on September 11, 2001*, 03 MDL 1570 (RCC), to request an extension of time within which to serve certain defendants by publication.

   By way of background, on September 15, 2004, this Court granted the joint application of the *Federal Insurance*, *Ashton* and *Burnett* plaintiffs to serve 486 defendants who could not be served by traditional means via publication. While the *Federal Insurance*, *Ashton* and *Burnett* plaintiffs were prepared to immediately move forward with the service by publication, subsequent developments in the case substantially delayed those efforts. As an initial matter, after entry of this Court's Order, a number of defendants approached the plaintiffs about accepting service, in order to avoid having their names appear on the publication list. The negotiations with defendants who came forward to accept service were not concluded until recently, and as a consequence plaintiffs could not finalize the list of defendants to be included in the publication list until recently.

The Honorable Richard C. Casey
December 10, 2004
Page 2

---

Plaintiffs' efforts to move forward with the service by publication were also unavoidably delayed by the applications of other plaintiffs to participate in the publication process. Specifically, on September 28, 2004, Ron Motley wrote to Your Honor to request that the plaintiffs in 10 additional actions be authorized to serve the defendants listed in the Court's September 15, 2004 Order via publication as well. The Court approved that application on September 30, 2004. The participation of those additional plaintiffs in the publication process required the *Federal Insurance*, *Ashton* and *Burnett* plaintiffs to solicit a list of defendants to be served by publication in each of the additional actions, to review those lists to ensure that all defendants submitted were included under the original publication Order, and to reconcile minor discrepancies in the spelling of the names of certain defendants.

The list of defendants to be served by publication has now been finalized, and plaintiffs anticipate that service by publication will begin within the next three weeks.

Pursuant to Paragraph 11 of Case Management Order No. 2, service upon the defendant through alternative means must be made within ninety (90) days of the Court's decision on the Motion for Alternative Service. Due to the developments which have delayed the plaintiffs' efforts to finalize the publication list and initiate the service by publication, plaintiffs do not anticipate that they will be able to make service by publication within ninety (90) days of the Court's Order approving publication. Accordingly, plaintiffs respectfully write to request an extension of the deadline for effecting service via publication up to and including March 1, 2005.

The plaintiffs thank Your Honor in advance for the Court's consideration of this matter.

Respectfully,

COZEN O'CONNOR

*Sean P. Carter*

BY:   SEAN P. CARTER

SPC/bdw
cc:   All Counsel of Record

*Application granted*

*R. [signature]*
12/21/04