Application granted
12/20

*Richard Casey*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------X
IN RE TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

This document relates to:

THOMAS BURNETT, *et al*,

v.

AL BARAKA INVESTMENT &
DEVELOPMENT CORP., *et al*.
------------------------------X
THOMAS BURNETT, *et al*,

v.

AL BARAKA INVESTMENT &
DEVELOPMENT CORP., *et al*.
------------------------------X
KATHLEEN ASHTON, *et al*,

v.

AL QAEDA ISLAMIC ARMY, *et al*.
------------------------------X

03-MDL 1570 (RCC)
ECF CASE

03 CV 9849 (RCC)

03 CV 5738 (RCC)

02 CV 6977 (RCC)

U.S. DISTRICT COURT FILED DEC 22 2004 S.D. OF N.Y.

MICROFILM DEC 2 2 2004

## NOTICE OF MOTION

PLEASE TAKE NOTICE, that pursuant to Rule 1.3(c) of the Local Civil rules of this Court, and on the basis of the affidavits attached hereto, and the exhibit annexed thereto, the undersigned will move the Court, before the Honorable Richard C. Casey, U.S.D.J., at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an order admitting Bonnie K. Arthur, *pro hac vice*, as counsel for defendant Yassin Abdullah Kadi for the purposes of the above-captioned case.

Dated: New York, New York
December 2, 2004

**HUNTON & WILLIAMS LLP**

By: /s/ Joseph Saltarelli

Joseph J. Saltarelli JS-1560
200 Park Avenue, 43rd Floor
New York, New York 10166-0136

Attorney for defendant
Yassin Abdullah Kadi

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------X
IN RE TERRORIST ATTACKS ON    :
SEPTEMBER 11, 2001            :
                              :    **03-MDL 1570 (RCC)**
This document relates to:     :    **ECF CASE**
                              :
THOMAS BURNETT, et al,        :
                              :    03 CV 9849 (RCC)
         v.                   :
                              :
AL BARAKA INVESTMENT &        :
DEVELOPMENT CORP., et al.     :
------------------------------X
THOMAS BURNETT, et al,        :
                              :    03 CV 5738 (RCC)
         v.                   :
                              :
AL BARAKA INVESTMENT &        :
DEVELOPMENT CORP., et al.     :
------------------------------X
KATHLEEN ASHTON, et al,       :
                              :    02 CV 6977 (RCC)
         v.                   :
                              :
AL QAEDA ISLAMIC ARMY, et al. :
------------------------------X

### AFFIDAVIT OF STEVEN P. SOLOW

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

STEVEN P. SOLOW, being duly sworn, deposes and says:

1. I am a member of the Bar of this court and a partner of the law firm of Hunton & Williams LLP, attorneys herein for defendant Yassin Abdullah Kadi. I submit this Affidavit in support of Defendant's motion, pursuant to Local Rule 1.3(c) of the Local Civil Rules of this

Court, to permit Bonnie K. Arthur to appear, *pro hac vice*, as attorney for defendant Yassin Abdullah Kadi.

2. Ms. Arthur is an attorney with the firm Hunton & Williams LLP and resident in Hunton & Williams's Washington, D.C. office, located at 1900 K Street, NW Washington, DC 20006, (202) 419-2063, facsimile (202) 862-3619.

3. As stated in the Affidavit of Bonnie K. Arthur, and the Certificates in Good Standing annexed thereto, Ms. Arthur is admitted to the Bar of the District of Columbia and the Bar of the state of Maryland.

4. Accordingly, defendant Yassin Abdullah Kadi, respectfully requests that Ms. Arthur be permitted to appear in this case as counsel for defendant Yassin Abdullah Kadi, *pro hac vice*.

_____
Steven P. Solow

STATE OF DISTRICT OF COLUMBIA    )    to wit:
                                 )

Subscribed and sworn to before me this 2nd day of December 2004.

_____
Notary Public

My Commission Expires: 4·30·07

2

65982.000002 WASHINGTON 481108v2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------X
IN RE TERRORIST ATTACKS ON        :
SEPTEMBER 11, 2001                :
                                  :   **03-MDL 1570 (RCC)**
This document relates to:         :   **ECF CASE**
                                  :
THOMAS BURNETT, *et al*,          :
                                  :   03 CV 9849 (RCC)
     v.                           :
                                  :
AL BARAKA INVESTMENT &            :
DEVELOPMENT CORP., *et al.*       :
------------------------------X
THOMAS BURNETT, *et al*,          :
                                  :   03 CV 5738 (RCC)
     v.                           :
                                  :
AL BARAKA INVESTMENT &            :
DEVELOPMENT CORP., *et al.*       :
------------------------------X
KATHLEEN ASHTON, *et al*,         :
                                  :   02 CV 6977 (RCC)
     v.                           :
                                  :
AL QAEDA ISLAMIC ARMY, *et al.*   :
------------------------------X

### AFFIDAVIT OF BONNIE K. ARTHUR

BONNIE K. ARTHUR, being duly sworn, deposes and says:

1.   I am an attorney with the firm Hunton & Williams LLP, attorneys herein for defendant Yassin Abdullah Kadi. I submit this Affidavit in support of my application to be admitted to practice before this court and represent defendant Yassin Abdullah Kadi, *pro hac vice*.

2. I am a member in good standing of the Bar of the District of Columbia, having been admitted to practice before that bar in July 1999. A certificate of good standing from that bar is attached.

3. I am also a member in good standing of the bar of the state of Maryland, having been admitted to practice before that bar in December 1998. A certificate of good standing from that bar is also attached.

4. I am not presently nor have I ever been suspended, disbarred, or otherwise disciplined in any of the courts or jurisdictions where I have been admitted to practice.

5. I have obtained a copy of the local rules of the Southern District of New York and am familiar with those rules.

6. I hereby consent to be subject to the jurisdiction and rules of the state of New York governing professional conduct.

*/s/ Bonnie K. Arthur*
Bonnie K. Arthur

STATE OF DISTRICT OF COLUMBIA   )   to wit:
                                )

Subscribed and sworn to before me this 2nd day of December 2004.

*/s/ Barbara M. Butler*
Notary Public

My Commission Expires: August 31, 2009

2



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

BONNIE K. ARTHUR

was on the 9TH day of JULY, 1999 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on December 1, 2004.

GARLAND PINKSTON, JR., CLERK

By: _____
          Deputy Clerk

# Court of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that on the __15th__ day of __December__, 1998,

**BONNIE KAY ARTHUR**

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this __30th__ day of __November__, 2004.

*Alexander L. Cummings*
Clerk of the Court of Appeals of Maryland

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------X
IN RE TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

**03-MDL 1570 (RCC)**
This document relates to:         **ECF CASE**

THOMAS BURNETT, et al,
                                  03 CV 9849 (RCC)
v.

AL BARAKA INVESTMENT &
DEVELOPMENT CORP., et al.
------------------------------X
THOMAS BURNETT, et al,
                                  03 CV 5738 (RCC)
v.

AL BARAKA INVESTMENT &
DEVELOPMENT CORP., et al.
------------------------------X
KATHLEEN ASHTON, et al,
                                  02 CV 6977 (RCC)
v.

AL QAEDA ISLAMIC ARMY, et al.
------------------------------X

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

IT IS HEREBY ORDERED that the motion for admission pro hac vice is granted in all respects. The admitted attorney, Bonnie K. Arthur, Esq. is permitted to argue or try this particular case in whole or in part as counsel or advocate for Defendant Yassin Abdullah Kadi.

An attorney admitted to practice pro hac vice is required to pay a $25 attorney admission fee and to present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee within ten business days.

This Order confirms the above appearance as counsel in this case, and it will be entered on the Court's docket. A notation of the admission pro hac vice for this case will be made on the roll of attorneys.

The attorneys admitted pro hac vice must serve a copy of this Order on all other counsel in this case.

Dated:       This ____ day of December, 2004.

SO ORDERED.


_____
U.S.D.J.