USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/29/04 Application

DICKSTEIN SHAPIRO MORIN
& OSHINSKY LLP
Kenneth L. Adams
Jonathan M. Goodman
Stacey A. Saiontz
1177 Avenue of the Americas
New York, New York 10036
(212) 835-1400

2101 L Street, N.W.
Washington, DC 20037
(202) 785-9700

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Cantor & Fitzgerald & Co., et al.,

                Plaintiffs,

v.

Akida Bank Private Limited, et al.,

                Defendants.

Case No. 04 CV 07065

**NOTICE OF MOTION
FOR ADMISSION
*PRO HAC VICE* OF
KENNETH L. ADAMS**

       PLEASE TAKE NOTICE that, pursuant to Rule 1.3 of the Local Civil Rules for the Southern and Eastern District of New York, upon the annexed Affidavit of Kenneth L. Adams, Esq., sworn to on August 13, 2004, and the Certificate of Good Standing annexed thereto, and the annexed Affidavit of Jonathan M. Goodman, Esq., sworn to on September 7, 2004, the undersigned will move this Court before the Honorable Richard Conway Casey at the United States Courthouse, 500 Pearl Street, Room 1350, New York, New York, 10007 on the 22th day of September, 2004, at 2:00 p.m., or as soon thereafter as counsel may be heard, for an Order, in the form attached, allowing the admission of

DOCSNY.116617.1

Kenneth L. Adams, Esq., a partner with the law firm of Dickstein Shapiro Morin & Oshinsky LLP of Washington, D.C., as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Cantor Fitzgerald.

Counsel for defendant has no opposition to this motion.

Dated: New York, New York
September 7, 2004

Respectfully submitted,

DICKSTEIN SHAPIRO MORIN &
OSHINSKY LLP
Attorneys for Plaintiff

By: _____
Jonathan M. Goodman (JG 3031)
Stacey A. Saiontz
1177 Avenue of the Americas
New York, New York 10036
(212) 835-1400
2101 L Street
Washington, DC 20037

DICKSTEIN SHAPIRO MORIN
  & OSHINSKY LLP
Kenneth L. Adams
Jonathan M. Goodman
Stacey A. Feldman
1177 Avenue of the Americas
New York, New York 10036
(212) 835-1400

2101 L Street, N.W.
Washington, DC 20037
(202) 785-9700

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Cantor Fitzgerald & Co.,<br>Cantor Fitzgerald Associates, L.P.,<br>Cantor Fitzgerald Brokerage, L.P.,<br>Cantor Fitzgerald Europe,<br>Cantor Fitzgerald International,<br>Cantor Fitzgerald Partners,<br>Cantor Fitzgerald Securities,<br>Cantor Fitzgerald, L.P.,<br>Cantor Index Limited,<br>CO2e.com, LLC,<br>eSpeed Government Securities, Inc.,<br>eSpeed, Inc.,<br>eSpeed Securities, Inc.,<br>TradeSpark, L.P.,<br><br>              Plaintiffs,<br>    v.<br><br>Akida Bank Private Limited,<br>Akida Investment Co. Ltd.,<br>Al Baraka,<br>Al Baraka Bancorp, Inc.,<br>Al Baraka Bank,<br>Al Baraka Investment and Development,<br>Al Baraka Investment and Development Corporation,<br>Al-Barakaat Exchange LLC,<br>Al-Barakaat Finance Group (Dubai, U.A.E.),<br>Al-Barakaat Financial Company (Dubai, U.A.E.),<br>Al-Barakaat Group,<br>Al-Barakaat Group of Companies (Dubai, U.A.E.),<br>Al-Barakaat International a.k.a. BARACO Co. (Dubai, | Civil Action No.: 04 CV 07065<br><br>**AFFIDAVIT OF KENNETH L. ADAMS IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

U.A.E.),
Al-Barakaat Wiring Service (Minneapolis, Minnesota),  )
Al-Haramain (Oregon & Missouri),  )
Al-Haramain Foundation,  )
Al-Haramain Foundation (Bosnia),  )
Al-Haramain Foundation (Indonesia),  )
Al-Haramain Foundation (Pakistan),  )
Al-Haramain Foundation (Somalia),  )
Al-Haramain Foundation (Tanzania),  )
Al-Haramain Foundation, Inc.,  )
Al-Haramain Islamic Foundation, Inc.,  )
Al-Haramayn Foundation (Kenya),  )
Al Qaeda,  )
Al-Rahji Banking and Investment Corporation,  )
Al Shamal Bank,  )
Al Taqwa Trade, Property and Industry Company,  )
Ltd.,  )
Asat Trust Reg.,  )
Ayman al Zawahiri,  )
Bank al-Taqwa,  )
Bank al-Taqwa, Ltd.,  )
Barakaat (Alexandria, Virginia),  )
Barakaat (Boston, Massachusetts),  )
Barakaat International (Hallybacken, Sweden),  )
Barakaat International Companies a.k.a. BICO (Dubai,  )
U.A.E.),
Barakaat International Foundation (Spanga, Sweden),  )
Barakaat International, Inc.,  )
Barakaat North America, Inc.,  )
Ba Taqwa for Commerce and Real Estate Company  )
Limited,
Dallah AlBaraka Group LLC,  )
Dar al Maal al Islami,  )
DMI Administrative Services SA,  )
DMI Trust,  )
Dubai Islamic Bank,  )
Faisal Islamic Bank (Sudan),  )
Gulf Center S.R.L.,  )
Human Concern International,  )
Ibrahim Afandi,  )
International Islamic Relief Organization,  )
International Relief Organization,  )
Islamic Investment Company of the Gulf (Bahrain)  )
EC,
Islamic Relief Organization,  )
Khalid (a/k/a Khlid) bin Mahfouz,  )
Kingdom of Saudi Arabia,  )
Mercy International Relief Agency,  )
Mercy International-Canada,  )

2

| | |
|---|---|
| Mercy International-USA, | ) |
| Miga-Malaysian Organization SA Guld and African Chamber, | ) ) |
| Muslim World League, | ) |
| Muslim World League Offices, | ) |
| Nada International Anstalt, | ) |
| Nada Management Organization SA, | ) |
| Nasco Sas di Ahmed Idris Nadsreddin EC, | ) |
| Nascoservice S.R.L., | ) |
| Nascotex SA, | ) |
| Nasreddin Company, | ) |
| Nasreddin Foundation, | ) |
| Nasreddin Group International Holding Limited, | ) |
| Nasreddin International Group Limited Holding, | ) |
| National Commercial Bank, | ) |
| Osama bin Laden, | ) |
| Prince Mohamed (a/k/a Mohammad) al Faisal al Saud, | ) ) |
| Prince Naif bin Abdulaziz al Saud, | ) |
| Prince Salman bin Abdul Aziz al Saud, | ) |
| Prince Sultan Bin Abdulaziz al Saud, | ) |
| Prince Turki al Faisal al Saud, | ) |
| Saleh Abdullah Kamel, | ) |
| Sanabel al-Kheer, Inc., | ) |
| Sana-Bell, Inc., | ) |
| Saudi High Commission for Relief, | ) |
| Shaykh Adil Abdul Galil Betargy, | ) |
| Success Foundation, | ) |
| Success Foundation, Inc., | ) |
| Sulaiman Abdulaziz al-Rajhi, | ) |
| Tadamon Bank, | ) |
| Vazir, | ) |
| Youssef M. Nada & Co. Gessellschaft M.B.H., Defendants. | ) ) |

### AFFIDAVIT OF KENNETH L. ADAMS, ESQ. IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

KENNETH L. ADAMS, ESQ., being duly sworn, deposes and says:

1. I am an attorney at law duly licensed to practice law in the District of Columbia.

3

DOCSNY.116620.1

2. I am a partner with the law firm of Dickstein Shapiro Morin & Oshinsky LLP, 2101 L Street N.W., Washington, D.C. 20037, Telephone: 202-785-9700, Facsimile: 202-887-0689. I and other attorneys of the firm represent Cantor Fitzgerald & Co., Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald Brokerage, L.P., Cantor Fitzgerald Europe, Cantor Fitzgerald International, Cantor Fitzgerald Partners, Cantor Fitzgerald Securities, Cantor Fitzgerald, L.P., Cantor Index Limited, CO2e.com, LLC, eSpeed Government Securities, Inc., eSpeed, Inc., eSpeed Securities, Inc., TradeSpark, L.P. (collectively "Cantor Fitzgerald"), in the above-captioned matter.

3. I make this affidavit in support of Cantor Fitzgerald's motion for my *pro hac vice* admission to this Court, to enable me to represent Cantor Fitzgerald in this matter.

4. Since 1971, I have been a member in good standing of the Bar of the District of Columbia. Attached hereto as Exhibit A is a current Certificate of Good Standing issued by the District of Columbia Court.

5. I also am admitted to practice before the following federal courts: the United States Supreme Court; the Court of Appeals for the District of Columbia Circuit; the United States District Court for the District of Maryland; and the United States District Court for the District of Columbia.

6. I have never been held in contempt of court, nor have I ever been censured, suspended or disbarred by any court.

4

DOCSNY.116620.1

7. I have read and am familiar with (a) the provisions of the Judicial Code (Title 28 U.S.C.) that pertain to the jurisdiction of, and practice in, the United States District Courts; (b) the Federal Rules of Civil Procedure; (c) the Federal Rules of Evidence; (d) the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York; (e) the New York State Lawyer's Code of Professional Responsibility as adopted from time to time by the Appellate Divisions of the State of New York; and (f) the Code of Professional Responsibility of the American Bar Association.

8. If admitted to practice before this Court, I will faithfully adhere to all rules applicable to my conduct in connection with my activities representing Cantor Fitzgerald in this Court.

9. No prior motion to admit me has been made in this matter.

10. I respectfully submit to this Court that I meet all of the requirements for *pro hac vice* admission to practice before this Court in this matter and, for all of the foregoing reasons, should be so admitted to represent Cantor Fitzgerald in this matter.

_____
Kenneth L. Adams

Sworn to and subscribed
Before me this 13 day of August, 2004

_____
Notary Public

my commission expires: **Gloria L. Pfeiffer**
**Notary Public District of Columbia**
**My Commission Expires 10-14-06**

5

DOCSNY.116620.1



# District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

KENNETH L. ADAMS

was on the 20TH day of DECEMBER, 1971 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 11, 2004.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

DICKSTEIN SHAPIRO MORIN
 & OSHINSKY LLP
Kenneth L. Adams
Jonathan M. Goodman
Stacey A. Saiontz
1177 Avenue of the Americas
New York, New York 10036
(212) 835-1400

2101 L Street, N.W.
Washington, DC 20037
(202) 785-9700

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Cantor Fitzgerald & Co., et al., <br><br> Plaintiffs, <br><br> v. <br><br> Akida Bank Private Limited, et al. <br><br> Defendants. | Case No. 04 CV 07065 <br><br> **AFFIDAVIT OF JONATHAN M. GOODMAN IN SUPPORT OF MOTION FOR ADMISSION _PRO HAC VICE_** |

**AFFIDAVIT OF JONATHAN M. GOODMAN IN SUPPORT
OF MOTION FOR ADMISSION _PRO HAC VICE_**

JONATHAN M. GOODMAN, being duly sworn, deposes and says:

1. I am an attorney admitted to practice before this Court and am associated with Dickstein Shapiro Morin & Oshinsky LLP, 1177 Avenue of the Americas, New York, New York 10036-2714, counsel to plaintiffs Cantor Fitzgerald & Co., Cantor Fitzgerald

DOCSNY.116619.1

Associates, L.P., Cantor Fitzgerald Brokerage, L.P., Cantor Fitzgerald Europe, Cantor Fitzgerald International, Cantor Fitzgerald Partners, Cantor Fitzgerald Securities, Cantor Fitzgerald, L.P., Cantor Index Limited, CO2e.com, LLC, eSpeed, Inc., TradeSpark, L.P. (collectively "Cantor Fitzgerald"), in the above-captioned case. I submit this affidavit in support of the motion by Cantor Fitzgerald for admission, *pro hac vice,* of Kenneth L. Adams. I am fully familiar with the facts and circumstances set forth herein.

2. Kenneth L. Adams is a partner with the law firm of Dickstein Shapiro Morin & Oshinsky LLP, 2101 L Street N.W., Washington, D.C. 20037, Telephone: 202-785-9700, which serves as counsel to Cantor Fitzgerald. Mr. Adams seeks to be admitted to practice on a *pro hac vice* basis in order to take any and all necessary actions on Cantor Fitzgerald's behalf in this case.

3. Mr. Adams has been admitted to practice and is in good standing with the the Bar of the District of Columbia. The Affidavit of Kenneth L. Adams with an attached Certificate of Good Standing from the Bar of the District of Columbia has been filed simultaneously herewith.

4. I have known with Mr. Adams since 1999. Mr. Adams' performance and ethical standards have always been of the highest quality.

WHEREFORE, the undersigned respectfully requests that this Court enter an order (i) granting this motion in all respects; (ii) admitting, on a *pro hac vice* basis, Kenneth L. Adams to practice before this Court in this case; and (iii) granting such order and further relief as is just and proper.

2

DOCSNY.116619.1

Jonathan M. Goodman

Sworn to and subscribed
Before me this 2nd day of September, 2004

Notary Public

my commission expires:_____

KENNETH H. FRENCHMAN
Notary Public, State of New York
No. 02FR6052773
Qualified in Westchester County
Commission Expires 12/26/ 2️⃣

3

DICKSTEIN SHAPIRO MORIN
  & OSHINSKY LLP
Kenneth L. Adams
Jonathan M. Goodman
Stacey A. Saiontz
1177 Avenue of the Americas
New York, New York 10036
(212) 835-1400

2101 L Street, N.W.
Washington, DC 20037
(202) 785-9700

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Cantor Fitzgerald & Co, et al., | Case No. 04 CV 07065 |
| Plaintiffs, | |
| v. | |
| Akida Bank Private Limited, et al. | |
| Defendants. | |

## ORDER

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The admitted attorney, Kenneth L. Adams, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

116855 v1; 2$5Z01!.DOC

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

The attorney *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Date:   New York, New York
~~September ___, 2004~~
December 20, 2004

_____
Richard Conway Casey
United States District Judge

cc:   All Counsel of Record

2

116855 v1; 2$5Z01!.DOC

DICKSTEIN SHAPIRO MORIN
 & OSHINSKY LLP
Jonathan M. Goodman
Stacey A. Saiontz
1177 Avenue of the Americas
New York, New York 10036
(212) 835-1400

2101 L Street, N.W.
Washington, DC  20037
(202) 785-9700

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Cantor Fitzgerald & Co.,<br>Cantor Fitzgerald Associates, L.P.,<br>Cantor Fitzgerald Brokerage, L.P.,<br>Cantor Fitzgerald Europe,<br>Cantor Fitzgerald International,<br>Cantor Fitzgerald Partners,<br>Cantor Fitzgerald Securities,<br>Cantor Fitzgerald, L.P.,<br>Cantor Index Limited,<br>CO2e.com, LLC,<br>eSpeed Government Securities, Inc.,<br>eSpeed, Inc.,<br>eSpeed Securities, Inc.,<br>TradeSpark, L.P.,<br>     Plaintiffs,<br>v.<br><br>Akida Bank Private Limited,<br>Akida Investment Co. Ltd.,<br>Al Baraka,<br>Al Baraka Bancorp, Inc.,<br>Al Baraka Bank,<br>Al Baraka Investment and Development,<br>Al Baraka Investment and Development Corporation,<br>Al-Barakaat Exchange LLC,<br>Al-Barakaat Finance Group (Dubai, U.A.E.),<br>Al-Barakaat Financial Company (Dubai, U.A.E.),<br>Al-Barakaat Group,<br>Al-Barakaat Group of Companies (Dubai, U.A.E.),<br>Al-Barakaat International a.k.a. BARACO Co. (Dubai, U.A.E.),<br>Al-Barakaat Wiring Service (Minneapolis, Minnesota), | Civil Action No.:  04 CV 07065<br><br>**CERTIFICATE OF SERVICE** |

Al-Haramain (Oregon & Missouri),                )
Al-Haramain Foundation,                          )
Al-Haramain Foundation (Bosnia),                 )
Al-Haramain Foundation (Indonesia),              )
Al-Haramain Foundation (Pakistan),               )
Al-Haramain Foundation (Somalia),                )
Al-Haramain Foundation (Tanzania),               )
Al-Haramain Foundation, Inc.,                    )
Al-Haramain Islamic Foundation, Inc.,            )
Al-Haramayn Foundation (Kenya),                  )
Al Qaeda,                                        )
Al-Rahji Banking and Investment Corporation,     )
Al Shamal Bank,                                  )
Al Taqwa Trade, Property and Industry Company,   )
Ltd.,                                            )
Asat Trust Reg.,                                 )
Ayman al Zawahiri,                               )
Bank al-Taqwa,                                   )
Bank al-Taqwa, Ltd.,                             )
Barakaat (Alexandria, Virginia),                 )
Barakaat (Boston, Massachusetts),                )
Barakaat International (Hallybacken, Sweden),    )
Barakaat International Companies a.k.a. BICO (Dubai, )
U.A.E.),                                         )
Barakaat International Foundation (Spanga, Sweden), )
Barakaat International, Inc.,                    )
Barakaat North America, Inc.,                    )
Ba Taqwa for Commerce and Real Estate Company    )
Limited,                                         )
Dallah AlBaraka Group LLC,                       )
Dar al Maal al Islami,                           )
DMI Administrative Services SA,                  )
DMI Trust,                                       )
Dubai Islamic Bank,                              )
Faisal Islamic Bank (Sudan),                     )
Gulf Center S.R.L.,                              )
Human Concern International,                     )
Ibrahim Afandi,                                  )
International Islamic Relief Organization,       )
International Relief Organization,               )
Islamic Investment Company of the Gulf (Bahrain) )
EC,                                              )
Islamic Relief Organization,                     )
Khalid (a/k/a Khlid) bin Mahfouz,                )
Kingdom of Saudi Arabia,                         )
Mercy International Relief Agency,               )
Mercy International-Canada,                      )
Mercy International-USA,                         )

| | |
|---|---|
| Miga-Malaysian Organization SA Guld and African Chamber, | ) ) |
| Muslim World League, | ) |
| Muslim World League Offices, | ) |
| Nada International Anstalt, | ) |
| Nada Management Organization SA, | ) |
| Nasco Sas di Ahmed Idris Nadsreddin EC, | ) |
| Nascoservice S.R.L., | ) |
| Nascotex SA, | ) |
| Nasreddin Company, | ) |
| Nasreddin Foundation, | ) |
| Nasreddin Group International Holding Limited, | ) |
| Nasreddin International Group Limited Holding, | ) |
| National Commercial Bank, | ) |
| Osama bin Laden, | ) |
| Prince Mohamed (a/k/a Mohammad) al Faisal al Saud, | ) ) |
| Prince Naif bin Abdulaziz al Saud, | ) |
| Prince Salman bin Abdul Aziz al Saud, | ) |
| Prince Sultan Bin Abdulaziz al Saud, | ) |
| Prince Turki al Faisal al Saud, | ) |
| Saleh Abdullah Kamel, | ) |
| Sanabel al-Kheer, Inc., | ) |
| Sana-Bell, Inc., | ) |
| Saudi High Commission for Relief, | ) |
| Shaykh Adil Abdul Galil Betargy, | ) |
| Success Foundation, | ) |
| Success Foundation, Inc., | ) |
| Sulaiman Abdulaziz al-Rajhi, | ) |
| Tadamon Bank, | ) |
| Vazir, | ) |
| Youssef M. Nada & Co. Gessellschaft M.B.H., | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Motion for Admission Pro Hac Vice of Kenneth L. Adams, Affidavit of Kenneth L. Adams and Affidavit of Jonathan M. Goodman in the above-captioned matter was served upon the following counsel of record in *MDL 1570 In Re Terrorist Attacks of September 11, 2001 (RCC)* to which Plaintiffs assert this case is related on the 8th day of September 2004 by United States Mail, first class, postage pre-paid.

120253 v1; 2KSD01!.DOC

Please see attached service list.

By: /s/ *signature*
Jonathan M. Goodman (JG 3031)
Stacey A. Saiontz
Dickstein Shapiro Morin & Oshinsky LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 835-1400

## SERVICE LIST

Lynne A. Bernabei, Esq.
Bernabei & Katz PLLC
1773 T Street, NW
Washington, DC 20009-7139

Louis R. Cohen, Esq.
Wilmer Cutler Pickering Hale & Dorr
2445 M Street N.W.
Washington, D.C. 20037

James M. Cole
Bryan Cave, LLP
700 Thirteenth Street, N.W.
Suite 700
Washington, D.C. 20005

Christopher M. Curran, Esq.
White & Case LLP
601 Thirteenth Street, NW
Washington, DC 20005

Michael Hadeed, Jr., Esq.
Becker Hadeed Kellogg & Berry
5501 Backlick Rd., Suite 220
Springfield, VA 22151

Mark C. Hansen
Kellogg, Huber, Hansen, Todd & Evans
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036-3209

William H. Jeffress, Jr., Esq.
Baker Botts, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400

John F. Lauro, Esq.
John F. Lauro, P.A.
Bank of America Plaza
101 East Kennedy Boulevard, Suite 2180
Tampa, Florida 33602

Ronald S. Liebman, Esq.
Patton Boggs LLP
2550 M Street, NW
Washington, DC 20037

Timothy McCarthy, Esq.
White & Case LLP
601 Thirteenth Street, NW
Washington, DC 20005-3807

Martin F. McMahon, Esq.
Martin F. McMahon & Associates
1150 Connecticut Ave., NW
Suite 900
Washington, DC 20036

Ashraf Nubani, Esq.
Busch & Nubani, P.C.
5029 Backlick Road, Suite A
Annandale, VA 22003

Michael Nussbaum, Esq.
Bonner, Kiernan, Trebach & Crociata
1250 Eye Street, NW
Washington, DC 20005

Lawrence S. Robbins, Esq.
Robbins, Russell, Englert, Orseck, Untereiner LLP
1801 K Street, NW
Suite 411
Washington, DC 20006

Donna Sheinbach, Esq.
Gray Cary Ware & Freidenrich LLP
1625 Massachusetts Ave., NW
Suite 300
Washington, DC 20026