**United States District Court**
**Southern District Of New York**

| | |
|---|---|
| **In re Terrorist Attacks on September 11, 2001** | **03 MDL 1570 (RCC)**<br>**ECF Case** |

*This Document Relates to:*
    *Cantor Fitzgerald & Co., et al. v. Akida Private Bank Ltd., et al., 04-cv-7065 (RCC)*

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE THAT William H. Jeffress, Jr., Esq., of the law firm Baker

Botts, LLP, an attorney duly admitted *pro hac vice* in this Court for purposes of these

consolidated proceedings, hereby appears on behalf of defendant Prince Naif bin Abdulaziz Al-

Saud, in the above captioned underlying action only.

Dated: December 30, 2004

                           Respectfully submitted,

                           BAKER BOTTS, L.L.P.

                           William H. Jeffress, Jr. (admitted *pro hac vice*)
                           1299 Pennsylvania Avenue, N.W.
                           Washington, D.C.  20004-2400
                           Phone: (202) 639-7700
                           Fax:    (202) 639-7890

                           *Counsel for Defendant Prince Naif bin Abdulaziz*
                           *Al-Saud*