**United States District Court**
**Southern District Of New York**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This Document Relates to:*
<u>Cantor Fitzgerald & Co., et al. v. Akida Private Bank Ltd., et al.</u>, 04-cv-7065 (RCC)

<u>**NOTICE OF APPEARANCE**</u>

PLEASE TAKE NOTICE THAT Christopher R. Cooper, Esq., of the law firm Baker Botts, LLP, an attorney duly admitted *pro hac vice* in this Court for purposes of these consolidated proceedings, hereby appears on behalf of defendant Prince Naif bin Abdulaziz Al-Saud, in the above captioned underlying action only.

Dated: December 30, 2004                   Respectfully submitted,

                                           BAKER BOTTS, L.L.P.

                                           _____
                                           Christopher R. Cooper (admitted *pro hac vice*)
                                           1299 Pennsylvania Avenue, N.W.
                                           Washington, D.C. 20004-2400
                                           Phone: (202) 639-7700
                                           Fax:    (202) 639-7890

                                           *Counsel for Defendant Prince Naif bin Abdulaziz Al-Saud*

DC01:406653.1