**United States District Court**
**Southern District Of New York**

| | |
|---|---|
| **In re Terrorist Attacks on September 11, 2001** | **03 MDL 1570 (RCC)**<br>**ECF Case** |

*This Document Relates to:*
> *Cantor Fitzgerald & Co., et al. v. Akida Private Bank Ltd., et al., 04-cv-7065 (RCC)*

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT Jamie S. Kilberg, Esq., of the law firm Baker Botts,

LLP, an attorney duly admitted *pro hac vice* in this Court for purposes of these consolidated

proceedings, hereby appears on behalf of defendant Prince Naif bin Abdulaziz Al-Saud, in the

above captioned underlying action only.

Dated: December 30, 2004                    Respectfully submitted,

                                            BAKER BOTTS, L.L.P.

                                            _____
                                            Jamie S. Kilberg (admitted *pro hac vice*)
                                            1299 Pennsylvania Avenue, N.W.
                                            Washington, D.C.  20004-2400
                                            Phone: (202) 639-7700
                                            Fax:    (202) 639-7890

                                            *Counsel for Defendant Prince Naif bin Abdulaziz*
                                            *Al-Saud*

DC01:406653.1