**United States District Court**
**Southern District Of New York**

| | |
|---|---|
| **In re Terrorist Attacks on September 11, 2001** | **03 MDL 1570 (RCC)**<br>**ECF Case** |

*This Document Relates to:*
 *Cantor Fitzgerald & Co., et al. v. Akida Private Bank Ltd., et al., 04-cv-7065 (RCC)*

## NOTICE OF APPEARANCE

  PLEASE TAKE NOTICE THAT Sara E. Kropf, Esq., of the law firm Baker Botts, LLP,

an attorney duly admitted *pro hac vice* in this Court for purposes of these consolidated

proceedings, hereby appears on behalf of defendant Prince Naif bin Abdulaziz Al-Saud, in the

above captioned underlying action only.

Dated: December 30, 2004      Respectfully submitted,

            BAKER BOTTS, L.L.P.

            _____
            Sara E. Kropf (admitted *pro hac vice*)
            1299 Pennsylvania Avenue, N.W.
            Washington, D.C.  20004-2400
            Phone: (202) 639-7700
            Fax:  (202) 639-7890

            *Counsel for Defendant Prince Naif bin Abdulaziz*
            *Al-Saud*