UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

IN RE TERRORIST ATTACKS ON
SEPTEMBER 11, 2001                                                    MDL No. 1570

-------------------------------------------------------------------x

THOMAS BURNETT, SR., *ET AL*.                                         Civ. Action No.
                                                                     03 CV 9849 (RCC)
**Plaintiffs,**

-   **against**   -

AL BARAKA INVESTMENT & DEVELOPMENT
CORP., *ET AL.*,

                         **Defendants.**
-------------------------------------------------------------------x

## PLAINTIFFS' STATEMENT REGARDING DELAYED FILING OF NOTICE OF ADDITION/REMOVAL OF PARTIES

      Pursuant to Paragraph 12 of Case Management Order No. 2 and the Court's Electronic Case Filing procedures, Plaintiffs attempted to file a Notice of Addition/Removal of Parties with the Court on December 30, 2004.  Upon entering the Court's Electronic Case Filing System, Plaintiffs received notice that the Court's system would be unavailable from December 30, 2004 through January 3, 2005, in order to accommodate a software upgrade. (See attached).

      Wherefore, Plaintiffs respectfully request that the Court allow Plaintiffs to file this Notice of Addition/Removal of Parties today, January 3, 2005.

Dated:  January 3, 2005                Respectfully submitted,

                                                  ___/S/_____
                                                  Ronald L. Motley, Esq. (SC-4123)
                                                  Jodi Westbrook Flowers, Esq. (SC-66300)
                                                  Donald A. Migliori, Esq. (RI-4936; MA-567562; MN-0245951)
                                                  Michael E. Elsner, Esq. (NY & VA-ME8337)
                                                  Robert T. Haefele, Esq. (NJ-58293; PA-57937)
                                                  Elizabeth Smith, Esq.
                                                  Justin B. Kaplan, Esq. (TN-022145)

MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, South Carolina 29465
Telephone: (843) 216-9000

Jayne Conroy, Esq. (NY-JC8611)
Paul J. Hanly, Jr., Esq. (NY-PH5486)
Andrea Bierstein, Esq. (NY-AB4618)
HANLY CONROY BIERSTEIN
   & SHERIDAN, LLP
415 Madison Avenue
New York, NY 10017-1111
Telephone: (212) 401-7600