

Welcome to the U.S. District Court for the Southern District of New York

# YOU HAVE REACHED THE ECF SYSTEM FOR THE SOUTHERN DISTRICT OF NEW YORK

# THE SERVER IS DOWN AT THIS TIME.
# PLEASE TRY LATER

**In order to accommodate a software upgrade, the ECF system will be down**
from Thursday December 30 at about 7am
until Monday January 3 at 9:00am
Please adjust your routine for use of the ECF system. We apologize for any inconvenience.