UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

IN RE TERRORIST ATTACKS ON
SEPTEMBER 11, 2001                                                          MDL No. 1570

------------------------------------------------------------------x

THOMAS BURNETT, SR., *ET AL.*                                    Civ. Action No.
                                                                                    03 CV 9849 (RCC)
**Plaintiffs,**

- **against** -

AL BARAKA INVESTMENT & DEVELOPMENT
CORP., *ET AL.*,

                      **Defendants.**
------------------------------------------------------------------x

## PLAINTIFFS' DECEMBER 30, 2004, ADDITION/REMOVAL OF PARTIES PURSUANT TO CASE MANAGEMENT ORDER NO. 2 AND FEDERAL RULE OF CIVIL PROCEDURE 15(d)

      Pursuant to Case Management Order No. 2 and Federal Rule of Civil Procedure 15(d), the Plaintiffs listed on Attachment A are hereby dismissed without prejudice from this civil action.

      Pursuant to Case Management Order No. 2 and Federal Rule of Civil Procedure 15(d), the Plaintiffs listed on Attachment B are hereby added as additional Plaintiffs in this civil action.

      Pursuant to Case Management Order No. 2 and Federal Rules of Civil Procedure 15(d) and 41(a)(1), the Defendants listed on Attachment C are hereby dismissed without prejudice from this civil action.

      Pursuant to Case Management Order No. 2 and Federal Rule of Civil Procedure 15(d), the Defendants listed on Attachment D are hereby added as Defendants in this civil action.

Dated:  January 3, 2005                              Respectfully submitted,

                                                                                     /S/
                                          Ronald L. Motley, Esq. (SC-4123)
                                          Jodi Westbrook Flowers, Esq. (SC-66300)
                                          Donald A. Migliori, Esq. (RI-4936; MA-567562; MN-0245951)
                                          Michael E. Elsner, Esq. (NY & VA-ME8337)
                                          Robert T. Haefele, Esq. (NJ-58293; PA-57937)
                                          Elizabeth Smith, Esq.
                                          Justin B. Kaplan, Esq. (TN-022145)
                                          MOTLEY RICE LLC
                                          28 Bridgeside Boulevard
                                          P.O. Box 1792
                                          Mount Pleasant, South Carolina 29465
                                          Telephone:  (843) 216-9000

                                          Jayne Conroy, Esq. (NY-JC8611)
                                          Paul J. Hanly, Jr., Esq. (NY-PH5486)
                                          Andrea Bierstein, Esq. (NY-AB4618)
                                          HANLY CONROY BIERSTEIN
                                             & SHERIDAN, LLP
                                          415 Madison Avenue
                                          New York, NY 10017-1111
                                          Telephone:  (212) 401-7600