# ATTACHMENT A

**ALBERTO AGUILAR** (P5311)

**FRED GREENE** (P5364)

**ERNESTO OTERO** (P5421)

**SISTER DOE #16** (AP34)