## ATTACHMENT B

**ROBERT W BEATTY** (P5471)

**DONALD S BIGI** (P5472)

**CORINNE BUNIN** (P5473)

**KITTY BUNIN** (P5474)

**MICHAEL J CARLISI** (P5475)

**FRANK CASTROGIOVANNI** (P5476)

**EVELYN DIAZ** (P5477)

**IRENE ARGUELLES** (P5478)

**ANTHONY CIARNELLA** (P5479)

**PATRICIA CIUZIO** (P5480)

**THOMAS CLARKE** (P5481)

**ALAN W DAGISTINO** (P5482)

**JOHN DELANEY** (P5483)

**NICHOLAS FORNARIO** (P5484)

**CHRISTINE HUHN** (P5485)

**DAVID C. HEMSCHOOT** (P5486)

**JEFFREY W. HEMSCHOOT** (P5487)

**MARK D. JOSEPH** (P5488)

**HELEN KRESZ** (P5489)

**JAMES KUVEIKIS** (P5490)

**JAMES W LEWIS** (P5491)

**JOSEPH LIBRETTI** (P5492)

**ADRIANA BELO MALUENDAS** (P5493)

**JUDY MARIA MANALASTAS** (P5494)

**RALPH NEGRON** (P5495)

**JOHN O'BRIEN** (P5496)

**LYNN PESCHERINE** (P5497)

**LORI A PFEIL** (P5498)

**KEVIN J. PRENDERGAST** (P5499)

**DOMINIC J PUOPOLO, JR.** (P5500)

**OMAYRA RIVERA** (P5501)

**GLADYS H. SALVO** (P5502)

**DONALD J SPURRELL** (P5503)

**CHARLES PARKER, III** (P5504)

**MATTHEW LEE STRICKLAND** (P5505)

**MICHAEL SZTEJNBERG** (P5506)

**LINDA PERRY THORPE** (P5507)

**JOHN S VERME** (P5508)

**DAVID R VINCENT** (P5509)

**LUCILLE A VINCENT** (P5510)

**MATTHEW D VINCENT** (P5511)

**CARRIE B VINCENT** (P5512)

**SUSAN WOHLFORTH** (P5513)

**SPOUSE DOE # 47** (AP99)