# ATTACHMENT C

**M. YAQUB MIRZA (D19)**

**TAHA JABER AL-ALWANI (D35)**

**YAQUB MIRZA (D37)**

**KHALID SULAIMAN AL-RAJHI (D90)**

**ABU QATADA AL-FILISTINI (D161)**

**SHEIK ABDULLAH AZZAM (D177)**

**ABDULLAH SALIM BAHAMDAN (D179)**

**OMAR ABU OMAR (D189)**