# ATTACHMENT D

**PROYECTOS Y PROMOCIONES ISO** (D137)

**AFAMIA SL** (D138)

**COBIS** (D139)

**ABRASH COMPANY** (D140)

**PROMOCIONES Y CONSTRUCCIONES TETUAN PRICOTE S.A.** (D141)

**CONTRATAS GIOMA** (D142)

**EUROCOVIA OBRAS SA** (D143)

**MUSHAYT FOR TRADING ESTABLISHMENT** (D144)

**PROYECTOS Y PROMOCIONES PARADISE SL** (D145)

**PROYECTOS EDISPAN** (D146)

**MOHAMMED HUSSEIN AL-AMOUDI** (D160)

**SAUDI COMMISSION FOR RELIEF AND CHARITY WORK ABROAD** (D260)

**YUSUF AL-QARDAWI** (D261)

**SAUDI JOINT RELIEF COMMITTEE** (D262)

**WAFA HUMANITARIAN ORGANIZATION,** a/k/a AL WAQF AL ISLAMI (D263)

**SAMIR SALAH** (D264)

**AYADI CHAFIQ BIN MUHAMMAD** (D265)

**MUHAMMAD ALI HARRATH** (D266)

**ISLAMIC AFRICAN RELIEF AGENCY** (D267)

**AL-BARAKAAT** (D268)

**AL-BARAKAT BANK OF SOMALIA (BSS)** (D269)

**AL-BARAKAT FINANCE GROUP** (D270)

**AL-BARAKAT FINANCIAL HOLDING CO.,** a/k/a AL-BARAKAAT FINANCIAL COMPANY (D271)

**AL-BARAKAT GLOBAL TELECOMMUNICATIONS** (D272)

**AL-BARAKAT GROUP OF COMPANIES SOMALIA LIMITED**, a/k/a AL-BARAKAAT GROUP OF COMPANIES, a/k/a AL-BARAKAAT GROUP (D273)

**AL-BARAKAT INTERNATIONAL**, a/k/a BARACO CO. (D274)

**AL-BARAKAT INVESTMENTS** (D275)

**BARAKAT WIRE TRANSFER COMPANY**, a/k/a AL BARAKAAT WIRE SERVICE (D276)

**AL-BIR SAUDI ORGANIZATION** (D277)

**AL-BIRR** (D278)

**MOUNIR EL-MOTASSADEQ** (D279)

**THE ESTATE OF MARWAN AL-SHEHHI** (D280)

**THE ESTATE OF FAYEZ AHMED**, a/k/a BANIHAMMAD FAYEZ (D281)

**THE ESTATE OF AHMED AL GHAMDI** (D282)

**THE ESTATE OF HAMZA AL GHAMDI** (D283)

**THE ESTATE OF MOHALD AL SHEHRI** (D284)

**THE ESTATE OF SATAM M.A. AL SUQAMI** (D285)

**THE ESTATE OF ABDULAZIZ AL OMARI** (D286)

**THE ESTATE OF WALEED M. AL SHEHRI** (D287)

**THE ESTATE OF WAIL AL SHEHRI** (D288)

**THE ESTATE OF MOHAMMED ATTA** (D289)

**THE ESTATE OF KHALID AL MIDHAR** (D290)

**THE ESTATE OF NAWAF AL HAZMI** (D291)

**THE ESTATE OF HANI HANJOUR** (D292)

**THE ESTATE OF SALEM AL HAZMI** (D293)

**THE ESTATE OF MAJED MOQED** (D294)

**THE ESTATE OF ZIAD SAMIR JARRAH** (D295)

**THE ESTATE OF AHMED IBRAHIM A. AL HAZNAWI** (D296)

**THE ESTATE OF SAEED AL GHAMDI** (D297)

**THE ESTATE OF AHMED AL NAMI** (D298)

**AL QAEDA ISLAMIC ARMY**, a/k/a AL QAIDA (D299)

**THE TALIBAN** (D300)

**MUHAMMAD OMAR** (D301)

**MULLA OMAR** (D302)

**ABU MUHAMMAD AL-MAQDESI**, a/k/a ISSAM AL-BURQAWI (D303)