USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  1·3·05

*A16r, 5.*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*

> *Kathleen Ashton, et al v. Al Qaeda Islamic Army, et al.* Case No. 1:02-6977 (S.D.N.Y.)
> *Thomas E. Burnett, Sr., et al. v. Al Baraka Investment & Development Corp., et al.,*
> Case No. 03-CV-9849 (S.D.N.Y.)
> *Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.*, Case No. 04-CV-
> 05970-UA (S.D.N.Y.)
> *Euro Brokers, Inc., et al. v. Al Baraka Investment and Development Corp., et al.*, Case
> No. 04-CV-07279-UA (S.D.N.Y.)
> *New York Marine and General Insurance Co. v. Al Qaida, et al.*, Case No. 04-CV-6105
> (S.D.N.Y.)
> *World Trade Center Properties, LLC, et al. v. Al Baraka Investment and Development
> Corporation, et al.*, Case No. 04-CV-7280 (S.D.N.Y.)

### STIPULATION AS TO SERVICE OF PROCESS AND EXTENSION OF TIME
### TO RESPOND TO COMPLAINTS CONSOLIDATED UNDER MDL 1570

It is HEREBY STIPULATED AND AGREED, by and between Plaintiffs in all of the

above-referenced cases consolidated under 03 MDL 1570 and Defendant Mohammed Jaghlit, by

and through their undersigned counsel, that the undersigned Defendant's counsel hereby accepts

service of the Complaint in each of the cases referenced above, on behalf of Mr. Jaghlit.

IT IS FURTHER HEREBY STIPULATED AND AGREED that Plaintiffs pursuing

claims for relief under the Racketeer Influenced and Corrupt Organizations Act ("RICO") shall

serve their respective RICO Statements concerning Mr. Jaghlit, on or before February 25, 2005.

IT IS FURTHER HEREBY STIPULATED AND AGREED that the time for Mr. Jaghlit

to answer or otherwise respond to the Complaint in each of the cases referenced above, shall be

on or before March 28, 2005.

IT IS FURTHER HEREBY STIPULATED AND AGREED that the Plaintiffs' response
to Mr. Jaghlit's responsive pleadings, if any, shall be served within sixty days of receipt of same
from defendant's counsel, and that defendant's counsel shall file reply papers, if any, within
fourteen days of receipt of plaintiffs' opposing papers.

IT IS FURTHER HEREBY STIPULATED AND AGREED that Mr. Jaghlit hereby
waives any and all affirmative defenses, objections, privileges, immunities and arguments
relating to service of process in each of the cases referenced above, but preserves any and all
other defenses, objections, privileges, immunities and arguments available to it.

IT IS FURTHER HEREBY STIPULATED AND AGREED that Plaintiffs shall not
include Mr. Jaghlit in any notice of service by publication in any language and shall provide
counsel for Mr. Jaghlit with a copy of any such notice, in all languages in which such notice shall
appear, in advance of publication.

Respectfully submitted.

COZEN O'CONNOR

By: _____
    Sean P. Carter
    J. Scott Tarbutton
    1900 Market Street
    Philadelphia, PA 19103

*Attorneys for Plaintiffs*

GRAY CARY WARE & FREIDENRICH

By: _Christopher J. Beal_
    Christopher J. Beal
    4365 Executive Drive
    Suite 1100

2

San Diego, CA 92121

*Attorneys for Defendant*

**SO ORDERED:**

_____
RICHARD CONWAY CASEY, U.S.D.J.

Dated:_____

PHILA1\2183593\1 117430.000

3