UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-10-05
```

In Re TERRORIST ATTACKS on ) 03 MDL 1570 (RCC)
SEPTEMBER 11, 2001 ) ECF Case
)

*This document relates to:*
   *Continental Casualty Co. et al. v. Al Qaeda Islamic Army*, 04-CV-5970 (RCC)

## STIPULATION AND ORDER

PLEASE TAKE NOTICE that, through undersigned counsel, plaintiffs and defendants SNCB Corporate Finance Ltd., SNCB Securities, Ltd. (London), and SNCB Securities, Inc. (Delaware), wrongly sued herein as SNCB Securities Ltd. in New York, have agreed and hereby stipulate to the dismissal of defendants SNCB Corporate Finance Ltd., SNCB Securities, Ltd. (London), and SNCB Securities, Inc. (Delaware) without prejudice, each side to bear their own attorneys' fees, costs, and expenses.

Dated: December 17, 2004
       New York, New York

_____
Robert M. Kaplan (RK 1418)
FERBER FROST CHAN &
ESSNER, LLP
530 Fifth Avenue, 23rd Floor
New York, New York 10036-5101
Phone: (212) 944-2200

*Counsel for Plaintiffs*
*Continental Casualty Co. et al.*

_____
Ronald S. Liebman (admitted *pro hac vice*)
PATTON BOGGS LLP
2550 M Street, NW
Washington, D.C. 20037
Phone: (202) 457-6000
Fax:    (202) 457-6315

*Counsel for Defendants*
*SNCB Corporate Finance, Ltd.; SNCB Securities,*
*Ltd.; and, SNCB Securities, Inc.*

Dated: New York, New York
       ~~December~~ January 7, 2004

SO ORDERED:

_____
Richard C. Casey
U.S.D.J.

MICROFILM
JAN 10 2005
-3 00 PM

1