UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORISTS ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

This document relates to:  All Actions

# NOTICE OF NAME AND ADDRESS CHANGE AND
# MOTION TO WITHDRAW AS CO-COUNSEL

Now comes DLA Piper Rudnick Gray Cary US LLP, formerly Gray Cary Ware & Freidenrich LLP, to notify the Court of the firm's name and address change, and pursuant to Local Civil Rule 1.4 of the United States District Court for the Southern District of New York, respectfully request this Court to allow Donna Sheinbach to withdraw as co-counsel in the above-captioned case because Ms. Sheinbach left Gray Cary Ware & Freidenrich LLP (Gray Cary) in August 2004, and is no longer representing any of its clients.

Please take notice that effective January 1, 2005, the law firm of Gray Cary Ware & Freidenrich LLP has changed its name to DLA Piper Rudnick Gary Cary US LLP.  All future pleadings and correspondence should be addressed as follows:

DLA Piper Rudnick Gray Cary US LLP
1625 Massachusetts Avenue, NW, Suite 300
Washington, DC  20036

GT\6430365.1
2103638-6

In addition, on January 28, 2005, DLA Piper Rudnick Gray Cary US LLP will be relocating its DC office. All pleadings and correspondence after this date should be sent to:

> DLA Piper Rudnick Gary Cary US LLP
> 1200 19th Street, NW
> Washington, DC  20036

For the foregoing reasons, undersigned counsel respectfully requests this Court to grant Ms. Sheinbach's request to withdraw as co-counsel in the above-captioned matter.

Respectfully submitted,

Dated:  January 12, 2005

s/ Christopher J. Beal
Jay D. Hanson (JDH-4454)
Christopher J. Beal (CJB-1580)
**DLA Piper Rudnick Gray Cary US LLP**
4365 Executive Drive, Suite 1100
San Diego, CA  92121-2133
(858) 677-6769
F:  (858) 677-1401

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORISTS ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL 1570 (RCC) ECF Case |

## ORDER

Upon consideration of the motion of DLA Piper Rudnick Gray Cary US LLP to have Donna Sheinbach withdrawn as co-counsel for Defendant Gwendolyn M. Hemphill in the above-captioned matter, it is this _____ day of _____, 2005 **ORDERED** that said motion is hereby **GRANTED**.

Dated: _____

_____
United States District Court Judge

GT\6430365.1
2103638-6