UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 03 MDL 1570 (RCC)<br>**NOTICE OF APPEARANCE** |

This document relates to:  All Actions

    PLEASE TAKE NOTICE that undersigned is properly admitted and in good standing of the Bar in this Court, and the undersigned hereby appears on behalf of defendants African Muslim Agency, Grove Corporate, Inc., Heritage Education Trust, International Institute of Islamic Thought, Mar-Jac Investments, Inc., Mena Corporation, Reston Investments, Inc., Safa Trust, Sterling Charitable Gift Fund, Sterling Management Group, York Foundation, Taha Jaber Al-Alwani, Muhammad Ashraf, M. Omar Ashraf, Jamal Barzinji, Mohammed Jaghlit, M. Yaqub Mirza, Ahmed Totonji, and Iqbal Unus.

Dated: January 14, 2005　　　　　　　　　　Respectfully submitted,

                                                  DLA PIPER RUDNICK GRAY CARY US LLP
                                                  1625 Massachusetts Avenue NW, Suite 300
                                                  Washington, DC  20036-2247
                                                  (202) 238-7700

                                                  By: /s/ Steven K. Barentzen
                                                        Steven  K. Barentzen (SB 8777)

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 14th day of January, 2005, I caused an electronic copy of the foregoing Notice of Appearance to be served by the Court's electronic filing system upon all parties scheduled for electronic notice.

      /s/  Steven K. Barentzen
Steven K. Barentzen (SB 8777)