UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-14-05
```

IN RE TERRORISTS ATTACKS ON
SEPTEMBER 11, 2001

03 MDL 1570 (RCC)
ECF Case

## ORDER

Upon consideration of the motion of DLA Piper Rudnick Gray Cary US LLP to have Donna Sheinbach withdrawn as co-counsel for Defendants Ahmed Totonji, Iqbal Yunus, Jamal Barzinji, Mohammed Jaghlit, Mena Corporation, Sterling Management Group, Inc., African Muslim Agency, Grove Corporate, Inc., Heritage Education Trust, International Institute of Islamic Thought, Mar-Jac Investments, Inc., Reston Investments, Inc., Safa Trust, York Foundation, Sterling Charitable Gift Fund, Muhammad Ashraf, M. Omar Ashraf, Taha Jaber Al-Alwani, M. Yaqub Mirza, in the above-captioned matter, it is this 14 day of January, 2005 **ORDERED** that said motion is hereby **GRANTED**.

Dated: January 14, 2005

_____
United States District Court Judge

GT\6430365.1
2103638-6