## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | **Civil Action No. 03 MDL 1570 (RCC)** |
| This document relates to: | |
| FEDERAL INSURANCE CO., et al., Plaintiffs, v. AL QAIDA, et al., Defendants. | **Civil Action No. 03 CV 6978 (RCC)** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 12(b), defendant the Saudi Joint Relief Committee, by and through undersigned counsel, hereby makes a limited appearance for the purpose of moving the Court, before the Honorable Richard C. Casey, United States District Judge, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an order dismissing all of the claims asserted against the Saudi Joint Relief Committee for want of jurisdiction. A memorandum of law in support of this Motion is annexed hereto.

2

Dated: January 17, 2005

                                        Respectfully submitted,

                                        KELLOGG, HUBER, HANSEN,
                                          TODD, EVANS & FIGEL, P.L.L.C.

                                                      /s/
                                        _____
                                        Mark C. Hansen (MH0359)
                                        Michael K. Kellogg (MK4579)
                                        David C. Frederick (DF4906)

                                        Sumner Square
                                        1615 M Street, N.W., Suite 400
                                        Washington, D.C. 20036-3209
                                        (202) 326-7900

                                        *Attorneys for the Saudi Joint Relief*
                                        *Committee*