# EXHIBIT A

# PERSONAL RESUME



Dr. Abdulrahman A. Al-Swailem
President
Saudi Red Crescent Society &
Saudi Joint Relief Committee

*Name:*
  Abdulrahman Abdulaziz Al-Swailem

*Date of birth:*
  February 12, 1938

*Marital Status:*
  Married ( Have 2 sons & 4 daughters )

*Citizenships:*
  Saudi

*Mailing Address:*
  Saudi Red Crescent Society
  Salahuddin Street, Riyadh 11129
  Kingdom of Saudi Arabia
  Tels.: 4740925, 4740654
  Fax: 4740430
  E-Mail : alswailem@kfshrc.edu.sa

*Educational Ataintment:*

| Degree | Year | Institution | Country |
|---|---|---|---|
| MBBS | 1966 | Munich University | W. Germany |
| DCH | 1974 | Cairo University | Egypt |
| MRCP | 1982 | Royal College of Physicians, Edinburgh | UK |
| FRCP | 1984 | Royal College of Physicians, Edinburgh | UK |

*Current Specialization:*
  Pediatrics

*Special Skills/Interests:*
  Community Pediatrics

*Other Concurrent Position:*

| Position | Year |
|---|---|
| President of the Saudi Joint Relief Committee for Kosova | 1999 |
| Executive Director for Gulf Co-operation Council for Health Ministers, Riyadh | 1992-Present |

*Previous Employment:*

| Position | Year |
|---|---|
| Deputy Minister for executive Affairs Ministry of Health Riyadh 11176, K.S.A. | 1988-1997 |
| Head of Saudi Centre for Organ Transplantation SCOT | 1985-1997 |

▲ ▲ ▲

PERSONAL

| | |
|---|---|
| Assistant Deputy Minister for Curative Medicine, Ministry of Health, K.S.A. | 1982-1988 |
| Head of General Medical Committee, Riyadh | 1982 |
| Director General, Eastern Province | 1977-1983 |
| Head of Pediatric Department Maternity and Children's Hospital, Riyadh, K.S.A. | 1974-1982 |

*Other Responsibilites :*

### International Organizations :

| Position | Year |
|---|---|
| Member, Board of Trustees International Centre for Diarhoeal Diseases Research, Bangladesh | 1983-1989 |
| Member, Scientific Working Group Eastern Mediteranian Regional Office, World Health Organization | 1985-1987 |
| Member, Advisory Group for Diarrhoeal Diseases, World Health Organization, Geneva | 1985-1987 |
| Member, Advisory Group in Scientific Research, EMRO | 1985-1987 |

### National Organizations :

| | |
|---|---|
| President, Saudi Paedriatic Assosciation | Present |
| Vice President, Board of Trustees, Saudi Handicapped Children's Assosciation | Present |
| Member, Board of Trustees of Prince Salman Research Centre for Handicapped | Present |

*Editorial Experience :*

General Supervisor, ( SAHAT AL-KHALEEJ ) Magazines Issued by the Executive office for the Ministers of health in the Gulf Cooperation Council ( GCC )

General Supervisor, ( Al-ISAAF Magazine ) Issued by the Saudi Red Crescent Society

Editor, Acta Paediatrica Scandinavica, Supplement 346, 1988, K.S.A.

▲ ▲ ▲

# PERSONAL RESUME

Member, Editorial Board, Paediatrics, Arab World Edition official publication of American Academy Paediatreics

Editor, Saudi Journal of Kidney Diseases and Transplantation Issued by Saudi centre for Organ Transplantation in 1984 till date

### Awards :

- United Arab Emirates Health Foundation Prize
- Certificate of Prince Salman Centre for Handicapped Research
- Certificate from Saudi Handicapped Children's Assosciation
- Shield of Edinburg University in appreciation for the Pediatric Diploma Program in Riyadh
- A number of Shields from different governmental and non governmental agencies in appreciation for contribution and participations.

### Book Published :

Al-Swailem AR and Eberley R
Poliomyellitis in Children
Ministry Of Education

### Publications :

Thirty two various articles and researhes in the medical and health fields related to Child-Health and nutritional status, Renal Diseases and Organ Transplantation in general such as follows:

- Al-Swailem AR, A Dream Realized. Saudi Kidney Diseases and Transplant 1994-'95(1):1-2
- Al-Swailem AR Al, 1988. The development of Child Health Services in Saudi Arabia. Acta Paediatrica Scandinavica, Supplement 346; 9-14
- Al-Swailem AR Al, Serenius F. EDressee AW and Ohlson A. 1988. Prenatal Mortality in a Saudi Maternity Hospital. Acta Paediatrica Scandinavica, Supplement 346; 57-69
- Serenius F and Al-Swailem AR Al, 1988 Growth and nutrional status of less priviledged Urban Children in Saudi Arabia, Acta Paediatrica Scandinavica, Supplement 346; 93-103
- Mitwali AH, Al-Swailem AR, Paul TT, Aziz KMS, Aswad S, Wafa AM. 1992 Acute renal failure in Al-Medina region, Saudi Arabia. Saudi Kid Dis and Trans Bull 3(2); 95-100
- El-Hazmi MA, Al-Swailem A, Al-Fawaz I, Warsy AS, Al-Swailem A. Diabetes mellitus in children suffering from beta-thalassaema. J. Trop Peaedtr 1994;40(5):261-6

Dr. Abdulrahman A. Al-Swailem
President
Saudi Red Crescent Society &
Saudi Joint Relief Committee