# EXHIBIT B

المحامي
حسّان المحاسني

0102

قسم الترجمة (ترخيص رقم ٢٣)

**JEDDAH OFFICE**

P.O. BOX 2258, JEDDAH 21451
TELEPHONE : (966-2) 665-4353
FACSIMILE : (966-2) 669-2996
(Ch. of Commerce No. 63471)

**RIYADH OFFICE**

P.O. BOX 17411, RIYADH 11484
TELEPHONE : (966-1) 464-4006
FACSIMILE : (966-1) 465-1348
KINGDOM OF SAUDI ARABIA

**LAW OFFICE OF HASSAN MAHASSNI**
TRANSLATION DEPARTMENT (LICENSE No. 23)

مكتب جـدة
ص.ب ٢٢٥٨ جــــدة ٢١٤٥١
هــاتـف : ٦٦٥٤٣٥٣ (٢-٩٦٦)
فــاكس : ٦٦٩٢٩٩٦ (٢-٩٦٦)
( غ.ت ٦٣٤٧١ )
مكتب الرياض
ص.ب ١٧٤١١ الـريـاض ١١٤٨٤
هــاتـف : ٤٦٤٤٠٠٦ (١-٩٦٦)
فــاكس : ٤٦٥١٣٤٨ (١-٩٦٦)
المملكة العربية السعودية

## Certificate

## شهادة

The Translation Department of the Law Office of Hassan Mahassni, hereby certifies that it is an office licensed to perform translation work from and into English and Arabic, and that the translation of the attached copies of documents, from Arabic into English, is full and correct translation.

بهـذا يشهد "قسم الترجمـة – مكتـب المحامي حسان المحاسني" انـه مكتب مرخص له بالقيام بأعمـال الترجمـة مـن و إلى اللغـتين الإنكـليزيـة والعربيـة، وأن ترجمته لصور الوثائق المرفقة، من اللغـة العربيـة إلى اللغـة الإنكليزيـة، ترجمـة كاملة وصحيحة.

dah on:                    **1 5 JAN 2005**

جـــدة في :

Translation Department

قسم الترجمة



حسان المحاسني
Hassan Mahassni

بالتـــعــــاون مع وايت آند كـــيس المحـــدودة

ألماني – أنقرة – بانكوك – برلين – بومباي / مباي – بوسطن / مباي – براتسلافيا – بروكسل – بودابست – دريزدن – دوسلدروف – فرانكفورت – هامبورغ – هلـ ... ينة هوشي ...
هونغ كونغ – اسطنبول – جاكرتا – جوهانسبيرغ – لندن – لوس انجلوس – مكسيكو سيتي – ميامي – ميلان – موسكو – نيويورك – بالوآلتو ...
سان فرانسيسكو – ساباولو – شانغهاي – سنغافورة – ستكهولم – طوكيو – وارسو – واشنطن دي سي .

IN ASSOCIATION WITH **WHITE & CASE LLP**

..., (R&k)...KOK, BERLIN, BOMBAY/MUMBAI, BRATISLAVIA, BRUSSELS, BUDAPEST, DRESDEN, DUSSELDORF, FRANKFURT, HAMBURG,
...KI, HO C... CITY, HONG KONG, ISTANBUL, JAKARTA, JOHANNESBURG, LONDON, LOS ANGELES, MEXICO CITY, MIAMI, MILAN, MOSCOW,
...RK, PALO... ...ARIS, PRAGUE, ROME, SAN FRANCISCO, SÃO PAULO, SHANGHAI, SINGAPORE, STOCKHOLM, TOKYO, WARSAW, WASHINGTON, D.C.

In the name of God, the Compassionate, the Merciful

No. 7/B/1863

Date: 3/2/1420

*(Saudi Emblem)*

Kingdom of Saudi Arabia

Enclosures:

Diwan of Presidency of Council of Ministers

Urgent Telegram

His Royal Highness the Minister of Interior

CC:   His Royal Highness the Second Deputy President of Council of Ministers, Minister of Defense and Aviation and Inspector General.

CC:   His Royal Highness the Deputy President of the National Guard

CC:   His Royal Highness the Minister of Foreign Affairs

CC:   His Royal Highness the President of General Intelligence

CC:   His Excellency the Minister of Islamic, Endowment, Call and Guidance Affairs

CC:   His Excellency the Minister of Health and President of the Board of Directors of the Saudi Red Crescent Society

CC:   His Excellency the Minister of Information

CC:   His Excellency the Minister of Labor and Social Affairs

CC:   His Excellency the Minister of Finance and National Economy

CC:   His Excellency the Secretary General of the Muslim World League

We have reviewed Ministerial Committee minutes of meeting No. (81) dated 2/2/1420 H. concerning the study of the subject of relief that is given by the Kingdom of Saudi Arabia, at the government and public levels, to Albanian refugees from Kosovo, which contained the following recommendations:

First, to restrict relief work for Kosovo refugees to the Saudi Red Crescent

Society and to form a Committee under the chairmanship of his Excellency the President of the Society and a membership of representatives of high rank from the Presidency of the National Guard, the Ministry of Defense and Aviation, the Ministry of Interior, the Presidency of General Intelligence, the Ministry of Finance and National Economy, the Ministry of Information, the Ministry of Labor and Social Affairs and a representative from each Saudi society or charitable foundation that participates in relief work, namely:

- International Islamic Relief Organization
- World Assembly of Muslim Youth
- Al-Haramain Charitable Foundation
- Islamic Endowment Foundation

Second, this Committee shall be under the supervision of His Royal Highness the Minister of Interior.

Third, the objectives and responsibilities of this Committee shall be as follows:

1- To oversee the collection of assistance and in kind and cash contributions, their receipt according to manifests from the sources, coordination of receipt, determination of type, organization of delivery, method of distribution and the taking of all necessary arrangements for the foregoing.

2- To make known the role played by the Kingdom in relief and humanitarian work outside the Kingdom and to contract with a public relations firm to undertake this task and publicize this role through the media so that citizens know that their contributions are delivered to the intended beneficiaries.

3- To document the assistance that is provided by the Kingdom with International Organizations and Commissions.

Fourth, that this Committee shall have the authority to decide all matters relating to relief to Kosovo refugees, and report to the Presidency of the Council of Ministers as it sees necessary in this regard so that it may receive appropriate instructions.

Since we approve these recommendations we ask that you do what is necessary accordingly. A copy of this Order has been provided to concerned parties for observance.

Fahad bin Abdulaziz

President of Council of Ministers



Law Office of Hassan Mahassni - Translation Department - Translation Licence No. 23



المملكة العربية السعودية

ديوان رئاسة مجلس الوزراء

الرقم ......................

التاريخ ..................

المرفقات ...............

برقيـــــه

"" عاجلة ""

صاحب السمو الملكي وزير الداخلية

نسخة لصاحب السمو الملكي النائب الثاني لرئيس مجلس الوزراء

ووزير الدفاع والطيران والمفتش العام

نسخة لصاحب السمو الملكي نائب رئيس الحرس الوطني

نسخة لصاحب السمو الملكي وزير الخارجية

نسخة لصاحب السمو الملكي رئيس الاستخبارات العامة

نسخة لمعالي وزير الشؤون الإسلامية والأوقاف والدعوة والإرشاد

نسخة لمعالي وزير الصحة ورئيس مجلس إدارة جمعية الهلال الأحمر السعودي

نسخة لمعالي وزير الإعلام

نسخة لمعالي وزير العمل والشؤون الاجتماعية

نسخة لمعالي وزير المالية والاقتصاد الوطني

نسخة لمعالي الأمين العام لرابطة العالم الإسلامي

اطلعنا على محضر اللجنة الوزارية العليا رقم (٨١) وتاريخ ٢/٢/١٤٢٠هـ المتخذ
بشأن دراسة موضوع الإغاثة التي تقدم من المملكة العربية السعودية على المستويين
الحكومي والشعبي للاجئين الالبان من كوسوفا.. والمتضمن التوصيات التالية : ـ

أولاً : حصر أعمال الإغاثة للاجئي كوسوفا في جمعية الهلال الأحمر السعودي وتكوين
لجنة برئاسة معالي رئيس الجمعية وعضوية مندوبين على مستوى رفيع من رئاسة الحرس
الوطني ووزارة الدفاع والطيران ووزارة الداخلية ووزارة الخارجية ورئاسة الاستخبارات العامة
ووزارة المالية والاقتصاد الوطني ووزارة الاعلام ووزارة العمل والشؤون الاجتماعية ومندوب
عن كل جمعية ومؤسسة من الجمعيات والمؤسسات الخيرية السعودية المشاركة في أعمال
الإغاثة وهي :

ـ جمعية الاغاثة الاسلامية العالمية.

ـ الندوة العالمية للشباب الاسلامي.



605  14:00

الرقم ..........
التاريخ ..........
المرفقات ..........

برقيـــــه

المملكة العربية السعودية

ديوان رئاسة مجلس الوزراء

ـ مؤسسة الحرمين الخيرية.

ـ مؤسسة الوقف الإسلامي.

ثانيا : تكون هذه اللجنة تحت إشراف صاحب السمو الملكي وزير الداخلية.

ثالثاً : تكون مهمة ومسؤولية هذه اللجنة على النحو التالي : ـ

١ ـ الإشراف على استحصال المساعدات والتبرعات النقدية والعينية واستلامها وفـق بيانات من جهاتها، وتنسيق استقبالها وتحديد نوعيتها وترتيب إرسالها وأسـلوب توزيعها واتخاذ كافة الإجراءات اللازمة لذلك.

٢ ـ ابراز دور المملكة إعلامياً خارج المملكة لإيضاح دورها الاغاثي والانسـاني والتعاقد لهذا الغرض مع شركة إعلامية تتولى هذا الدور مع ابراز هـذا الـدور إعلامياً للمواطن داخل المملكة ليطمئن إلى أن تبرعاته تصل إلى مستحقيها.

٣ ـ توثيق المساعدات التي تقدمها المملكة لدى المنظمات والهيئات الدولية.

رابعاً : أن تكون لهذه اللجنة صلاحية البت في كافة الأمور المتعلقة بالمسـاعدات للاجئي كوسوفا، وترفع للمقام السامي ماتراه ضرورياً في ذلك لأخذ التوجيه اللازم.

ولموافقتنا على تلك التوصيات .. نرغب إليكم إكمال الـلازم بموجبه. وقـد زودت الجهات المعنية بنسخة من أمرنا هذا للإعتماد.،،،

فهد بن عبدالعزيز



رئيس مجلس الوزراء



