# EXHIBIT C



0106

**LAW OFFICE OF HASSAN MAHASSNI**
TRANSLATION DEPARTMENT (LICENSE No. 23)

**JEDDAH OFFICE**
P.O. BOX 2256, JEDDAH 21451
TELEPHONE : (966-2) 665-4353
FACSIMILE : (966-2) 669-2996
(Ch. of Commerce No. 63471)

**RIYADH OFFICE**
P.O. BOX 17411, RIYADH 11484
TELEPHONE : (966-1) 464-4006
FACSIMILE : (966-1) 465-1348
KINGDOM OF SAUDI ARABIA

Certificate   شهادة

The Translation Department of the Law Office of Hassan Mahassni, hereby certifies that it is an office licensed to perform translation work from and into English and Arabic, and that the translation of the attached copies of documents, from Arabic into English, is a full and correct translation.

بهـذا يشـهد "قسـم الترجمـة – مكتـب المحـامي حسـان المحاسـني" انـه مكتب مرخص لـه بالقيام بأعمـال الترجمـة مـن و إلى اللغـتين الإنكلـيزية والعربيـة، وأن ترجمتـه لصـور الوثائـق المرفقـة، من اللغـة العربيـة إلى اللغـة الإنكليزيـة، ترجمة كاملة وصحيحة.

...ddah on:   1 5 JAN 2005   جـــدة في :

Translation Department   قسم الترجمة

حسان المحاسني
Hassan Mahassni



بالتــــعــــاون مع وايت آنـد كــيـس المحــدودة

IN ASSOCIATION WITH **WHITE & CASE LLP**

BERLIN, BOMBAY/MUMBAI, BRATISLAVIA, BRUSSELS, BUDAPEST, DRESDEN, DUSSELDORF, FRANKFURT, HAMBURG, HO CHI MI... HONG KONG, ISTANBUL, JAKARTA, JOHANNESBURG, LONDON, LOS ANGELES, MEXICO CITY, MIAMI, MILAN, MOSCOW, ...RK, PALO ALTO... RAGUE, ROME, SAN FRANCISCO, SÃO PAULO, SHANGHAI, SINGAPORE, STOCKHOLM, TOKYO, WARSAW, WASHINGTON, D.C.

| | |
|---|---|
| Kingdom of Saudi Arabia | No. 7/B/12089 |
| Diwan of Presidency of Council of Ministers' | Date: 1/8/1420AH |
| | Attachments: |

## Telegraph

To: His Royal Highness Minister of Interior
   Supervisor of Saudi Joint Relief Committee (SJRC) for the Aid of the People of Kosovo

C.C. His Royal Highness Minister of Foreign Affairs

C.C. His Excellency Minister of Information

C.C. His Excellency Minister of Finance and National Economy

We have read your telegraph No. 733/R, Dated 22/7/1420 H. in which Your Highness refers to the repercussions of the war in Chechnya on Muslims, where it displaced more than two hundred thousand people and made them refugees on Chechnya's borders with Angoshia and Dagestan.

Your Highness has also noted in your telegraph that many Saudi nationals and relief agencies have contacted the SJRC to express their desire to provide relief aid to their Muslim brethren there. This fact was supported by His Excellency Minister of Islamic, Endowment, Call & Guidance Affairs and His Excellency Secretary General of the Muslim World League. His Excellency the President of the Board of Directors of the Saudi Red Crescent Society had a meeting with His Excellency the Russian Ambassador to Riyadh at the request of the latter and the consent of Your Highness. In the meeting, the Russian Ambassador emphasized that the Russian government will accept and welcome Saudi relief aid, adding that this would underline the bright image of Saudi humanitarian relief aid and dismiss attempts in the media to distort the Saudi image and its ties with Russia. In fact, relief agencies have started to provide relief aid to the displaced Chechnyans. We noted the suggestion of Your Highness to send relief aid and assign the SJRC to oversee the relief work and underline the contributions of Saudi Arabia in the media and in the international arena.
Please be advised of our consent in this regard and you may proceed.

Abdullah bin Abdulaziz Al-Saud
Deputy Prime Minister

> Official Seal
> Diwan of Presidency Council of Ministers
> Telegraphs



1/15/2005 1:40 PM (2K)
Jeddah 42959 v1 [42959_1.DOC]

-11-

FAX 00966 1 4651348   LOHM - W&C LLP RIYADH

بسم الله الرحمن الرحيم



المملكة العربية السعودية
ديوان رئاسة مجلس الوزراء

الرقم ٧/ب/س/٨٩/د.م
التاريخ ١٨/١٠/....هـ
المرفقات ........

## برقيه

صاحب السمو الملكي وزير الداخلية
المشرف العام على اللجنة السعودية المشتركة لاغاثة شعب كوسوفا
نسخة لصاحب السمو الملكي وزير الخارجية
نسخة لمعالي وزير الأعــــــلام
نسخة لمعالي وزير المالية والاقتصاد الوطني

اطلعنا على برقية سموكم الخطية رقم ٧٣٣/ر وتاريخ ١٤٢٠/٧/٢٢ هـ المشار فيها إلى ماخلفته الحرب في الشيشان من آثار على المسلمين هناك إذ تركت وراءها أكثر من مائتي ألف لاجئ على الحدود الشيشانية مع انفوشيا وداغستان.

ومأوضحتموه - سموكم - من أنه قد اتصل باللجنة السعودية المشتركة لاغاثة شعب كوسوفا العديد من المواطنين والمؤسسات الاغاثية يؤكدون رغبتهم في تقديم المساعدات لإخوانهم المسلمين هناك، وقد أيد ذلك كل من معالي وزير الشؤون الاسلامية والاوقاف والدعوة والارشاد ومعالي الأمين العام لرابطة العالم الاسلامي.. كما أن معالي رئيس جمعية الهلال الأحمر السعودي اجتمع مع سعادة السفير الروسي بالمملكة بناءً على طلبه وموافقة سموكم على ذلك، وقد أكد السفير الروسي بأن الحكومة الروسية سوف ترحب بقبول المساعدات السعودية بل أنها ستؤكد على الصورة المشرقة لعطاء المملكة واسهاماتها الاغاثية الانسانية وتبدد الصورة التي تثيرها بعض وسائل الاعلام في تشويه سمعة المملكة وعلاقاتها مع روسيا، كما أن المؤسسات الاغاثية قد بدأت تتواجد في الساحة لتقديم المعونات والمساعدات للمشردين الشيشان.. واقترح سموكم السماح بتقديم المساعدات وأن يناط باللجنة السعودية المشتركة الإشراف على أعمال الاغاثة هذه وإبراز ماتقدمه المملكة اعلامياً وتوثيق هذه المساعدات دولياً..

ونخبركم بموافقتنا على ذلك.. فأكملوا مايلزم بموجبه..،،،

عبدالله بن عبدالعزيز
نائب رئيس مجلس الوزراء




15-JAN-2005 13:55   00966 1 4651348   96%   P.06