# EXHIBIT D

المحامي
حسّان المحاسني

0103

قسم الترجمة (ترخيص رقم ٢٣)

**LAW OFFICE OF HASSAN MAHASSNI**
TRANSLATION DEPARTMENT (LICENSE No. 23)

مكــتب جـــدة

**JEDDAH OFFICE**
P.O. BOX 2256, JEDDAH 21451
TELEPHONE : (966-2) 665-4353
FACSIMILE : (968-2) 669-2996
(Ch. of Commerce No. 63471)

**RIYADH OFFICE**
P.O. BOX 17411, RIYADH 11484
TELEPHONE : (966-1) 464-4006
FACSIMILE : (966-1) 465-1348
KINGDOM OF SAUDI ARABIA

ص.ب ٢٢٥٦ جـــــــدة ٢١٤٥١
هـــــاتــف : ٦٦٥٤٣٥٣ (٢-٩٦٦)
فـــــــاكس : ٦٦٩٢٩٩٦ (٢-٩٦٦)
( غ.ت ٦٣٤٧١ )

مكتب الريــاض
ص.ب ١٧٤١١ الــريـــاض ١١٤٨٤
هـــــاتــف : ٤٦٤٤٠٠٦ (٩٦٦-١)
فـــــــاكس : ٤٦٥١٣٤٨ (٩٦٦-١)
المملكة العـربيــة الســعوديـة

## Certificate

## شهادة

The Translation Department of the Law Office of Hassan Mahassni, hereby certifies that it is an office licensed to perform translation work from and into English and Arabic, and that the translation of the attached copies of documents, from Arabic into English, is full and correct translation.

بهـذا يشـهد "قسم الترجمـة – مكتب المحامي حسـان المحاسـني" انـه مكتب مرخص له بالقيام بأعمـال الترجمـة مــن و إلى اللغـتين الإنكلــيزية والعربية، وأن ترجمته لصور الوثائق المرفقة، من اللغة العربية إلى اللغة الإنكليزية، ترجمة كاملة وصحيحة.

dah on:

**1 5 JAN 2005**

جـــــدة في :

Translation Department

*Mahassni*

قسم الترجمة

حسان المحاسني
Hassan Mahassni



بالتــــــــــعاون مع وايت انـد كـــــيس المحـــــدودة

ألماتي – أنقرة – بانكوك – برلين – بومباي / مباي – بوميابي – براتسلافيا – بروكسل – بودابست – دريزدن – دوسلدروف – فرانكفورت – هامبورغ – هلـ    مدينة هوشي
هونغ كونغ – اسطنبول – جاكرتا – جوهانسبيرغ – لندن – لوس انجلوس – مكسيكو سيتي – ميامي – ميلان – موسكو – نيويورك – بالو التـ    – براغ – رو
سان فرانسيسكـو – ساوباولو – شانغهاي – سنغافورة – ستكهولم – طوكيو – وارسو – واشنطن دي سي .

IN ASSOCIATION WITH **WHITE & CASE LLP**

ATY, (RdA)#2(    K, BERLIN, BOMBAY/MUMBAI, BRATISLAVIA, BRUSSELS, BUDAPEST, DRESDEN, DUSSELDORF, FRANKFURT, HAMBURG,
SINKI, HO CHI    Y, HONG KONG, ISTANBUL, JAKARTA, JOHANNESBURG, LONDON, LOS ANGELES, MEXICO CITY, MIAMI, MILAN, MOSCOW,
W YORK, PALO A    PRAGUE, ROME, SAN FRANCISCO, SÃO PAULO, SHANGHAI, SINGAPORE, STOCKHOLM, TOKYO, WARSAW, WASHINGTON, D.C.

# Kingdom of Saudi Arabia

# Saudi Joint Relief Committee (SJRC) for the Aid of the People of Kosovo

## Secretariat-General

# Organizational Charter of the SJRC for the Aid of the People of Kosovo

Law Office of Hassan Mahassni - Translation Department - Translation Licence No. 23

1/15/2005 1:40 PM (2K)
Jeddah 42959 v1 [42959_1.DOC]

# Contents

## First: Establishment of SJRC
- Membership of SJRC
- Secretariat-General

## Second: Objectives

## Third: Means [of Achieving Objectives]

## Fourth: Organizational Charter of the SJRC
- Mission and Functions of the SJRC
- SJRC Meetings
- Financial Rules
- General Rules

## Fifth: Internal Bylaws of the SJRC
- SJRC Meetings
- Secretariat-General
- Meetings of Executive Committees
- General Rules

## Sixth: Management and Organizational Structure of the SJRC

Law Office of Hassan Mahasni - Translation Department - Translation Licence No. 23



# First:   Establishment of SJRC

The SJRC was established by High Order No. 7/B/1863, dated 3/2/1420 H., which included the approval of the Ministerial Committee minutes of meeting No. (81), dated 2/2/1420 H., regarding the study of the matter of aid from Saudi Arabia, including government agencies and individuals alike, for Albanian refugees from Kosovo.  It included: constituting a committee under the chairmanship of His Excellency the President of the Board of Directors of the Saudi Red Crescent Society; membership of high-ranking officials from a number of government sectors; membership of representatives from each charitable organization (as named in the order); and, that the SJRC shall be under the supervision of His Royal Highness the Minister of Interior, in accordance with the specified responsibilities and objectives outlined in the order.

## A.    Membership

SJRC membership shall include representatives from each of the following:

1. **Presidency of National Guard**
2. **Ministry of Defense and Aviation**
3. **Ministry of the Interior**
4. **Ministry of Foreign Affairs**
5. **Presidency of General Intelligence**
6. **Ministry of Finance and National Economy**
7. **Ministry of Information**
8. **Ministry of Labor and Social Affairs**

   and a representative from each of the following charitable organizations:
9. **International Islamic Relief Organization**
10. **World Assembly of Muslim Youth**
11. **Al-Haramain Charitable Foundation**
12. **Islamic Endowment Foundation**

The SJRC shall meet under the chairmanship of his Excellency [President of the Board of Directors of the] Saudi Red Crescent Society.

## B.    Secretariat-General

The Secretariat-General of SJRC shall be headquartered in Riyadh. It shall be attached in its activities to His Excellency the President of the Board of Directors of the Saudi Red Crescent Society. The Secretariat-General shall have sufficient staff to perform its duties.



Law Office of Hassan Mahassni - Translation Department - Translation Licence No. 23

# Second: Objectives

[The SJRC aims to:]

1. unify Saudi aid efforts, on the government and popular (individuals and companies) level, and make optimal use of resources;

2. promote and coordinate Saudi aid activities;

3. Highlight Saudi Arabia's efforts in providing the people of Kosovo with relief and humanitarian aid;

4. generally provide refugees and the displaced with medical care and relief aid;

5. provide refuges with their basic needs, including: food, clothes, equipment…etc.;

6. comforting refugees and guiding them religiously and culturally.

# Third: Means [of Achieving Objectives]

[To achieve its objectives, the SJRC will:]

1. establish a secretariat-general for the SJRC, headquartered in Riyadh. It shall be attached in its activities with His Excellency the President of the Board of Directors of the Saudi Red Crescent Society and the Chairman of the SJRC;

2. set up executive offices abroad as necessary;

3. collect information and statistics on the numbers and circumstances of refugees and the displaced and their needs;

4. formulate a media strategy at national and international levels;

5. commence relief work.

# Fourth: Organizational Charter

## Mission and Functions of the SJRC

**Article I:**    The SJRC shall plan and oversee relief work in Kosovo and shall examine pertinent obstacles thereto.

**Article II:**    study, suggestion of direction of relief aid, either official or popular.

**Article III:**    formulation of relief programs and plans in Kosovo, and determination of the best methods of implementing them.

**Article IV:**    setting of general rules to hire employees abroad, and determining [their proper] credentials, training and preparation. And whatever is connected to that from appointment, secondment, transfer and compensation.

**Article V:**    setting of general rules for cooperation and coordination with organizations and individuals working in the area of [humanitarian] aid.

**Article VI:**    The SJRC may request any information, studies or data from any government bodies for the purpose of review or benefits therefrom in fulfilling its obligations.

**Article VII:**    The SJRC may [enter into] agree[ments] with universities, institutes, corporations and individuals to conduct studies or research to benefit therefrom in [the SJRC's] areas of competence.

1/15/2005 1:40 PM (2K)
Jeddah 42959 v1 [42959_1.DOC]

Law Office of Hassan Mahassni - Translation Department - Translation Licence No. 23

## SJRC Meetings

**Article VIII:**   The SJRC shall hold weekly meetings under the chairmanship of His Excellency the President of the Board of Directors of the Saudi Red Crescent Society, or whomever is designated in his absence, with the attendance of the majority of [SJRC's] members.  Extraordinary meetings may be held at the request of the Chairman or by a written request addressed to the Chairman by at least three members. Meetings shall be held in Riyadh, and they may be held at other venues as determined by the Chairman when deemed necessary.

**Article IX:**   SJRC resolutions shall be passed by the absolute majority of present votes. If there are an equal number of votes, the Chairman shall have the casting vote.

**Article X:**   The SJRC shall report its major decisions to the General Supervisor. It shall also submit a regular report of its activities, signed by the General Supervisor, to the President of Council of Ministers.

## Financial Rules

**Article XI:**   The SJRC shall be designated with an annual budget for administrative and technical expenditures. The budget shall be overseen by the Chairman and shall conform to the rules of *Sharia*.

**Article XII:**   Each Member of the SJRC shall be paid an honorarium of (500) Saudi Riyals for each meeting attended, ordinary or extraordinary, provided that honorariums for each member do not exceed (20,000) Saudi Riyals per annum. Representatives of charity organization shall be paid by their respected organizations.

**Article XIII:**   The Secretary-General, if hired on a part-time basis, shall receive a monthly honorarium of (          ) Saudi Riyals in exchange for his role as Secretary-General  of the SJRC, to be paid out from the budget of SJRC.

## General Rules

**Article XIV:**   The Chairman shall select a Secretary-General who will be assisted by technical and administrative staff whose salaries shall be paid out from the annual budget.

**Article XV:**   The SJRC shall formulate its own internal bylaws.

**Article XVI:**   This Organizational Charter shall go into effect on the day of its approval.

# Fifth: Internal Bylaws of the SJRC

## [SJRC Meetings]

**Article I:**   An agenda shall be prepared for each meeting.  The agenda shall set the matters for study after pre-approval by the Chairman.

**Article II:**   Emergency issues suggested by a member may be discussed, after approval of the Chairman and a majority of the members.

**Article III:**   Members shall be notified of an ordinary meeting by fax at least three days prior to the meeting. Letters of notification shall include date and venue of the meeting. A copy of the meeting's agenda shall be attached to the letter of notification.

**Article IV:**   Minutes shall be taken at each meeting which shall include decisions taken at the meeting and shall be signed by the Chairman and present members.

**Article V:**   Meetings shall only be held if attended by a majority of members.

**Article VI:**   Members shall not be entitled to represent other members in meetings or vote for them in the absence of an official proxy.

## Secretariat-General

**Article VII:**   The Secretariat-General shall make all arrangements for the meetings. In particular, the Secretariat-General shall:

- arrange for meetings, write down discussions, summarize proposals, take minutes and get them signed;

- prepare agendas of meetings and notify members of time and venue of such meeting;

- propose setting up specialized committees to examine certain issues, or assign one specialist or more to conduct a study in a certain area of interest and determine his honorarium;

- follow-up and carry out decisions taken by the SJRC;

- oversee administrative and financial aspects of the SJRC and its Secretariat-General;

- contact public and private entities through standard channels in order to facilitate the mission of the SJRC and its Secretariat-General. Reporting and executing decisions shall be coordinated with the Chairman;

- provide the media with news about the SJRC, its meetings and decisions., except for certain events in it which it would be best not to disclose, according to the discretion of the Chairman;

- prepare follow-up reports and studies and submit them to the Chairman;

- the Secretariat-General may be assigned by the SJRC or its Chairman to carry out other duties.

**Article VIII:** Experts and employees seconded from government agencies to the SJRC hall be governed by the public service bylaws. However, the bylaws of the SJRC shall govern non-government employees.

**Article IX:**   The Chairman shall issue a resolution concerning the administrative and financial authorities of the Secretary-General.

## Meetings of Executive Committees

**Article X:**   The head of each executive committee shall chair the weekly meeting of his committee.

**Article XI:**   The Secretariat-General shall do the following on behalf of the executive committees:



- make all arrangements for meetings of executive committees, prepare for meetings, take down discussions and proposals, take minutes and get them signed;

- prepare agendas for meetings of executive committees and notify concerned members of time and venue of meetings;

- submit minutes of meetings of executive committees and related recommendations to the Secretariat-General and subsequently to the Joint Committee;

- prepare follow-up reports and studies and submit them to the Secretary-General;

- hire a full-time rapporteur (affiliated to the Secretary-General) to follow-up on meetings of executive committees;

**Article XII:** Executive committees may hire experts or specialists or enter into agreements with agencies to conduct studies, as per bylaws and at the discretion of the Chairman or the Secretary-General.

**Article XIII:** Heads and members of executive committees shall receive an honorarium of ( ) Saudi Riyals per annum. The honorarium shall be paid out from the budget of the SJRC and may be paid in four installments.

## General Rules

**Article XIV:** Executive committees shall be affiliated, as far as their administrative affairs are concerned, with the Secretary-General as detailed in the bylaws.

**Article XV:** Wherever these bylaws are silent, the Organizational Charter of the SJRC shall be in force.

**Article XVI:** The bylaws shall go into effect when approved by the SJRC.



Law Office of Hassan Mahassni - Translation Department - Translation Licence No. 23



i Joint Relief
ittee For Kosova

اللجنة السعودية المشتركة
لإغاثة شعب كوسوفـا

الموضوع : ...........

الرقم : ...........
التاريخ : ...........

المملكة العربية السعودية

اللجنة السعودية المشتركة لإغاثة شعب كوسوفا

الأمانة العامة

اللائحة التنظيمية

للجنة السعودية المشتركة

لإغاثة شعب كوسوفا



جمعيـــة الهـــلال الأحـــمر الـــعودي - فيـــة الإغـاثة الاســلامـــية العـالمـية - الندوة العـالمية للشـباب الاســلامي
مؤسـسة الحرمين الخيـرية - مؤسـسة الوقف الإسـلامي - الرقم المجاني ٨٨٨:١٢٤١هـ - ٨٠٠ - البريد الالكتروني redcresent@zajil.net
المملكة العربية السـعودية - الرياض - الرمز البريدي ١١١٢٩

FAX 00966 1 4651348    LOHM - W&C LLP RIYADH.    @009



Joint Relief
tee For Kosova

اللجنة السعودية المشتركة
لإغاثة شعب كوسوفا

الموضوع : ............

الرقم : ........................

التاريخ : ........................



**أولاً:** تشكيل اللجنة السعودية المشتركة:

(عضوية اللجنة – الأمانة العامة).

**ثانياً:** الأهداف.

**ثالثاً:** الوسائل.

**رابعاً:** اللائحة التنظيمية للجنة:

(مهام اللجنة واختصاصاتها – اجتماعات اللجنة – أحكام مالية –
أحكام عامة)

**خامساً:** اللائحة الداخلية للجنة:

(جلسات اللجنة – الأمانة العامة – اجتماعات اللجان التنفيذية –
أحكام عامة).

**سادساً:** الهيكل الإداري والتنظيمي للجنة المشتركة.



جمعية الهلال الأحمر السعودي – هيئة الإغاثة الإسلامية العالمية – الندوة العالمية للشباب الإسلامي
مؤسسة الحرمين الخيرية – مؤسسة الوقف الإسلامي – الرقم الجاني ١٢٤٥٨٨٨ – ٨٠ – البريد الالكتروني redcresent@zajil.net
المملكة العربية السعودية – الرياض – الرمز البريدي ١١١٢٩



oint Relief
e For Kosova

اللجنة السعودية المشتركة
لإغاثة شعب كوسوفـا

الموضوع : ..............

الرقم : ..............................
التاريخ : ..............................

١

## ★ أولاً: تشكيل اللجنة:

تـم تشكيـل اللجنـة بنـاء علـى برقيـة المقـام السـامي ذي الرقـم
٧/ب/١٨٦٣، وتـاريخ ١٤٢٠/٢/٣هـ، المتضمنـة الموافقـة علـى محضـر
محضـر اللجنـة الوزاريـة العليـا رقـم (٨١)، وتاريخ ١٤٢٠/٢/٢هـ، بشـأن
دراسـة موضـوع الإغاثـة التـي تقـدم مـن المملكـة العربيـة السـعودية علـى
المستويين الحكومـي والشعبـي للاجئين الألبان من كوسوفا، والمتضمن: تكوين
لجنـة برئاسـة معالـي رئيـس جمعيـة الهـلال الأحمـر السـعودي، وعضويـة
مندوبيـن علـى مسـتوى رفيـع مـن عـدد مـن القطاعـات الحكوميـة، ومنـدوب عـن
كل مـن المؤسسات الخيريـة السعودية (تمت تسميتها فـي القرار)، وأن تكـون
هـذه اللجنـة تحـت إشـراف صاحـب السمـو الملكـي وزيـر الداخليـة، وفـق مهمـات
ومسئوليات محددة في القرار.

## أ– عضوية اللجنة:

تضم اللجنة في عضويتها مندوبين، عن كل من:

١). رئاسة الحرس الوطني.

٢). وزارة الدفاع والطيران.

٣). وزارة الداخلية.

٤). وزارة الخارجية.

٥). رئاسة الاستخبارات العامة.

٦). وزارة المالية والاقتصاد الوطني.



جمعيـــة الهــلال الأحمــر الســـعودي – هيئـــة الإغـاثـة الاســلاميـــة العـالميـــة – النـدوة العـالميـة للشبـاب الاسـلامي
مؤسـسـة الحرمين الخيريـة – مؤسسـة الرنف الإسـلامي – الرقم المجانـي ٣٤٥٨٨٨هـ – ٨٠٠ – البريد الالكترونـي redcresent@zajil.net
المملكة العربية السـعودية – الرياض – الرمز البريدي ١١١٢٩



Joint Relief
ttee For Kosova

اللجنة السعودية المشتركة
لإغاثة شعب كوسوفــا

الموضوع : ...................

الرقم : ...................

التاريخ : ...................

٣

٧). وزارة الإعلام.

٨). وزارة العمل والشؤون الإجتماعية.

**ومندوب عن كل من الجمعيات الخيرية التالية:**

٩). هيئة الإغاثة الإسلامية العالمية.

١٠). الندوة العالمية للشباب الإسلامس.

١١). مؤسسة الحرمين الخيرية.

١٢). مؤسسة الوقف الإسلامي.

وتعقد اللجنة اجتماعاتها برئاسة معالي جمعية الهلال الأحمر السعودي.

<u>ب – الأمانة العامة:</u>

يكون مقر أمانة اللجنة في مدينة الرياض، وترتبط في أعمالها بمعالي رئيس جمعية الهلال الأحمر السعودي ويخصص لها العدد الكافي مـن الوظائف التي تفي بحاجتها.



جمعية الهلال الأحمر السعودي – هيئة الإغاثة الاسلامية العالمية – الندوة العالمية للشباب الاسلامي
مؤسسة الحرمين الخيرية – مؤسسة الوقف الإسلامي – الرقم المباني ١٢٤٥٨٨٨–٨٠٠ – البريد الالكتروني redcresent@zajil.net
المملكة العربية السعودية – الرياض – الرمز البريدي ١١١٢٩

5 FAX 00968 1 4651348          LOHM - W&C LLP RIYADH.          ☑012



/ Joint Relief
ttee For Kosova

اَللجنة السعودية المشتركة
لإغاثة شعب كوسوفـــا

الموضوع : .......................

الرقم : ...........................
التاريخ : ..........................

٣

## \* ثانياً: الأهداف:

١). توحيد الجهود الإغاثية السعودية على المستوى الحكومــي والشـعبي (الأفراد والمؤسسات)، وتوجيه الموارد لدى الأعضاء.

٢). تفعيل أنشطة الإغاثة السعودية، وتنسيق جهودها.

٣). إبراز جهود المملكة العربية السعودية في المساعدات الإغاثية والإنسانية لشعب كوسوفا.

٤). توفير الرعاية الطبية والإغاثية بوجه عام للاجئين والمهجرين.

٥). توفير المتطلبات الضرورية للاجئين مـن: (المـواد الغذائيـة، الملابس، والأدوات، وغيرها).

٦). بث روح الطمأنينة بينهم، وتوجيههم دينياً وثقافياً.

## \* ثالثاً: الوسائل:

١). إنشاء أمانة عامة للجنة، مقرها مدينة الرياض، وترتبط بعملهـا بمعالـي رئيس جمعية الهلال الأحمر السعودي، رئيس اللجنة.

٢). إنشاء مكاتب خارجية تنفيذية حسب الحاجة.

٣). جمـع المعلومـات والبيانـات عن أحـوال وأعـداد اللاجئيـن والمهجريـن واحتياجاتهم.

٤). وضع خطة إعلامية (استراتيجية) على المستويين الداخلي والخارجي.

٥). مباشرة تنفيذ الأعمال الإغاثية.

جمعيـة الهـلال الأحـمر السـعـودي – هيــئة الإغـاثة الاسـلامية العالمية – الندوة العـالميـة للشـبـاب الاسـلامي
مؤسسـة الحرمين الخيرية – مؤسسـة الرفق الإسلامي – الرقم المجاني ١٢٤٥٨٨٨ـ٨٠٠ – البريد الالكتروني redcresent@zajil.net
المملكة العربية السعودية – الرياض – الرمز البريدي ١١١٢٩

6 FAX 00986 1 4851348      LOHM - W&C LLP RIYADH.      ☑013

**Joint Relief**
**ee For Kosova**



اللجنة السعودية المشتركة
لإغاثة شعب كوسوفـا

الموضوع : ...............................

الرقم : ...............................

٤

تاريخ : ...............................

**\* رابعاً: اللجنة التنفيذية**

مهام اللجنة المشتركة واختصاصاتها:

- **المـادة (١):** تتولى اللجنة التخطيط والإشـراف فيمـا يتصـل بالأعمـال الإغاثية في كوسوفا، ودراسة المشكلات المتعلقة بذلك.

- **المـادة (٢):** دراسـة واقتـراح المسـاعدات الإغاثيـة، سـواء الرسـمية أو الشعبية، وتوجيهها.

- **المـادة (٣):** وضـع بـرامـج إغاثـة فـي كوسوفا وخططها وتحديد وسـائـل تنفيذها.

- **المـادة (٤):** تحديد القواعد العامة لاختيار العاملين في الخـارج، وصفـاتهم وتدريبهم وتأهيلهم، وما يتصل بذلك من التعيين والإيفاد والنقل والمكافآت.

- **المـادة (٥):** تحديد القواعد العامة للتعاون مع الجهات والأفراد العاملين في مجالات الإغاثة، والتنسيق في ذلك.

- **المادة (٦):** للجنة أن تطلب أية معلومات، أو دراسات، أو بيانات مـن أيـة جهة حكومية لغرض الاطلاع عليها أو الاستفادة منها في تأدية مهامها.

- **المـادة (٧):** للجنـة أن تتفـق مـع الجامعـات والمعـاهد والمؤسسـات والأشخاص، لإجراء دراسات أو القيـام ببحوث للاستفادة منها فيمـا هـو داخل في حدود اختصاصها.

اجتماعات اللجنة:

- **المـادة (٨):** تعقد اللجنـة جلسـاتيا برئاسـة معـالي رئيس جمعيـة الهـلال الأحمر السعودي، أو من ينيبه عند غيابه وبحضور أغلبية أعضائها وذلك

جمعيــة الهــلال الأحمــر الســعودي – ميــنـة الإغــاثة الاسـلاميــة العالميــة – الندوة العالميـة للشبـاب الاسـلامي –
مؤسسـة الحرمين الخيرية – مؤسسـة الوقف الإسلامي – الرقم المجاني ٢٤٥٨٨٨ ١هـ – ٨٠٠ – البريد الالكتروني redcresent@zajil.net
المملكة العربية السعودية – الرياض – الرمز البريدي ١١١٢٩

8 FAX 00966 1 4651348          LOHM - W&C LLP RIYADH.                    ☑014



oint Relief
ee For Kosova

اللجنة السعودية المشتركة
لإغاثة شعب كوسوفــا

الموضوع : ................

الرقم : ...............................
التاريخ : ...........................

بصفة دوريـة أسبوعية، ويجوز عقد جلسات استثنائية بدعوة مـن الرئيس،
أو بناء على طلب مكتوب يقدم إلى الرئيس مـن ثلاثـة أعضـاء، وتعقـد
جلسات اللجنة فـي مدينـة الريـاض، ويجوز عقدهـا فـي أي مكـان يحـدده
الرئيس حسب مقتضى الحاجة.

– المادة (٩): تصدر قرارات اللجنة بالأغلبية المطلقة لأصـوات الحـاضرين،
وعند تساوي الأصوات يرجح الجانب الذي فيه الرئيس.

– المادة (١٠): ترفع اللجنة قراراتها ذات الأهمية للمشرف العام، كما ترفـع
تقريراً دورياً عن أعمالها إلـى رئيس مجلس الـوزراء، بتوقيـع المشرف
العام على اللجنة.

أحكام مالية:

– المادة (١١): يخصـص للجنـة ميزانيـة سنوية للصـرف الإداري والفنـي،
تحت إشراف رئيس اللجنة السعودية المشتركة في حـدود النسبة الموافـق
عليها شرعاً.

– المادة (١٢): تصرف لكل عضو من أعضاء اللجنة مكافأة مقطوعة قدرهـا
(٥٠٠) ريـال عـن كـل جلسـة يحضرهـا خـلال الـدورات العاديـة أو
الاستثنائية، على أن لا يتجاوز مجموع المكافأة السنوية عشرين ألف ريال
لكل عضو وتتحمل كل جهة صرف مكافأت ممثليها.

FAX 00966 1 4651348    LOHM - W&C LLP RIYADH.    ☑015



Joint Relief
ee For Kosova

اللجنة السعودية المشتركة
لإغاثة شعب كوسوفـــا

الرقم : ...................          الوضوع : ...................

التاريخ : ...................

٦

- **المادة (١٣):** تصرف للأمين العام للجنة إذا كان غير متفرغ مكافأة شهرية مقطوعة قدرها (          ) ألف ريال لقاء قيامه بأعمال الأمانة العامة للجنة أثناء إنعقاد الدورات وخارجها، وتصرف هذه المكافأة من ميزانية اللجنة.

**أحكام عامة:**

- **المادة (١٤):** يختار رئيس اللجنة أميناً عاماً، ويعاونه في ممارسة اختصاصاته أجهزة فنية وإدارية يعين موظفوها ضمن ميزانية اللجنة.

- **المادة (١٥):** تضع اللجنة اللائحة الداخلية لعملها.

- **المادة (١٦):** يعمل بهذا النظام من تاريخ اعتماده.



جمعية الهلال الأحمر السعودي – هيئة الإغاثة الاسلامية العالمية – الندوة العالمية للشباب الاسلامي
مؤسسة الحرمين الخيرية – مؤسسة الوقف الإسلامي – الرقم المجاني ١٢٤٥٨٨٨١هـ ٨٠٠ – البريد الالكتروني redcresent@zajil.net
المملكة العربية السعودية – الرياض – الرمز البريدي ١١١٢٩

15-JUN-2005  17:55          00966 1 4651348          96%          P.15

FAX 00966 1 4651348     LOHM - W&C LLP RIYADH.     ☑016



int Relief
For Kosova

اللجنة السعودية المشتركة
لإغاثة شعب كوسوفـا

الموضوع : ............

الرقم : ............
التاريخ : ............

٧

## خامساً - اللائحة الداخلية للجنة السعودية المشتركة:

– **المادة (١)**: ينظم لكل جلسة جدول عمل تحدد فيه الموضوعات محل الدراسة بعد اعتمادها من رئيس اللجنة.

– **المادة (٢)**: يجوز بحث الموضوعات الطارئة المقترحة من أحد الأعضاء بعد موافقة الرئيس وأغلبية الأعضاء.

– **المادة (٣)**: توجه الدعوة لكل عضو لحضور اجتماع اللجنة، يحدد فيها موعد الاجتماع ومكانه، مرفق معها نسخة من جدول الأعمال قبل موعد الجلسة بثلاثة أيام على الأقل عن طريق الفاكس في الدورات العادية.

– **المادة (٤)**: يحرر محضر لكل جلسة، تدون فيه قرارات اللجنة ويوقع من الرئيس والأعضاء الحاضرين.

– **المادة (٥)**: تعقد اجتماعات اللجنة إذا حضرها أغلبية الأعضاء.

– **المادة (٦)**: لا تجوز إنابة عضو عن عضو آخر في حضور الجلسات ولا في التصويت، إلا بتعميد رسمي من القطاع الذي يمثله العضو.

## الأمانة العامة:

– **المادة (٧)**: تقوم الأمانة العامة بتوفير كافة الترتيبات لاجتماعات اللجنة، وهي مسؤولة على وجه الخصوص عن الأمور التالية:

أ– التحضير والإعداد لاجتماعات اللجنة، وتدوين المناقشات، وتلخيص المقترحات، وإعداد المحاضر ومتابعة توقيعها.

جمعية الهلال الأحمر السعودي – هيئة الإغاثة الاسلامية العالمية – الندوة العالمية للشباب الاسلامي
مؤسسة الحرمين الخيرية – مؤسسة الوقف الاسلامي – الرقم المجاني ١٢٤٥٨٨٨-٨٠٠ – البريد الالكتروني redcresent@zajil.net
المملكة العربية السعودية – الرياض – الرمز البريدي ١١١٢٩

di Joint Relief
nittee For Kosova



اللجنة السعودية المشتركة
لإغاثة شعب كوسوفـــا

الرقم : ............................

الموضوع : ............................

التاريخ : ............................

٨

ب- إعداد جدول أعمال اجتماعات اللجنة، وإبلاغـه لأعضائهـا ودعـوة الأعضاء للاجتماعات وإبلاغهم بمكانها وزمانها.

جـ- اقتراح تشكيل لجان متخصصة لدراسة موضوعات معينة، أو تكليف شخص أو أكثر لإعداد بحث أو دراسة في مجال معين مع اقتراح المكافأة لذلك.

د- متابعة تنفيذ قرارات اللجنة.

هـ- الإشراف على الأعمال الإدارية والمالية للجنة وأمانتها.

و- الاتصال بالجهات والهيئات الحكومية والخاصة وفق الأصول الإدارية المتبعة في كل ما من شأنه تسهيل مهمات عمل اللجنة وأمانتها، فيما عدا إبلاغ القرارات أو تنفيذها فيتم بالتفاهم مع رئيس اللجنة.

ز- تزويد وسائل الإعلام بأخبار اجتماعات اللجنة ومقراراتها باستثناء ما تكون المصلحة في عدم نشره حسب ما يراه رئيس اللجنة.

ح- إعداد تقارير المتابعة والدراسات ورفعها لرئيس اللجنة.

ط- المهام التي ترى اللجنة أو رئيسها تكليف الأمانة بها.

- المادة (٨): يجوز الاستعانة بخبراء وموظفين يتم تكليفهم بالندب أو الإعارة أو بالمكافأة، وفق أنظمة الدولة، وغير موظفي الدولة يعاملون بموجب لائحة اللجنة.

- المادة (٩): يصدر رئيس اللجنة قراراً بتحديد صلاحيات الأمين العام الإدارية والمالية.

جـــمـــعـــة الهـــلال الأحـــــــر الـــــعـــودي - هـيـــئـة الإغـــاثة الاـــلامـــيـــة العـــالـــيـــة - الـندوة العـــالـمـيـة للـشـــباب الاـــلامي
مـؤسـسـة المحرمين الخيـريـة - مـطـــبـة الوقف الإـــلامي - الرقم المجاني ٨٨٨ ٢٤٥٠ ١هـ - ٨ . . - البريد الالكتروني redcresent@zajil.net
المملكة العربية السعودية - الرياض - الرمز البريدي ١١١٢٩

**Joint Relief**
**tee For Kosova**

اللجنة السعودية المشتركة
لإغاثة شعب كوسوفـا

الرقم : ............................

الموضوع : .....................

التاريخ : ............/............

٩

اجتماعات اللجان التنفيذية:

- **المادة (١٠):** تعقد اللجان التنفيذية اجتماعاً كل أسبوع مرة، برئاسة رئيس اللجنة التنفيذية.

- **المادة (١١):** تقوم سكرتارية الأمانة العامة بمهمة سكرتارية اللجان، **وتعنى على وجه الخصوص بالآتي:**

أ‌- توفير كافة الترتيبات لاجتماعات اللجان التنفيذية، والإعداد والتحضير لذلك، وتدوين المناقشات والمقترحات وإعداد والمحاضر ومتابعة توقيعها.

ب‌- إعداد جدول أعمال اجتماعات اللجان التنفيذية وإبلاغها لأعضائها ودعوتهم للاجتماع حسب الزمان والمكان المقررين.

جـ‌- رفع محاضر اجتماعات اللجان التنفيذية وما تتضمنها من توجيهات إلى الأمانة العامة تمهيداً لعرضها على اللجنة المشتركة.

د‌- إعداد تقارير المتابعة والدراسات ورفعها للأمين العام.

و‌- تكليف مقرر متفرغ لاجتماعات اللجان التنفيذية، يرتبط بالأمين العام، ويتولى متابعة أعمال اللجان.

- **المادة (١٢):** للجان التنفيذية أن تستعين بخبراء أو مختصين أو جهات أخرى للقيام بدراسات معينة، وفق الأنظمة المعمول بها، وبعد موافقة الرئيس أو الأمين العام.

- **المادة (١٣):** تصرف من ميزانية اللجنة لكل عضو من أعضاء اللجنة التنفيذية بما فيهم رؤساء اللجان مكافآت مقطوعة قدرها (      ) لكل عضو في العام، ويجوز صرفها على أربع دفعات.

جمعيـة الهـلال الأحمـر السعـودي - فبنـة الإغـاثـة الإسـلامـيـة العـالميـة - النـدوة العـالميـة للشبـاب الإسـلامي
مؤسسـة الحرمين الخيرية - مؤسسـة الرتف الإسلامي - الرقم المجاني ١٢٤٥٨٨٨هـ - ٨٠٠ - البريد الالكتروني redcresent@zajil.net
المملكة العربية السعودية - الرياض - الرمز البريدي ١١١٢٩

FAX 00966 1 4851348     LOHM - W&C LLP RIYADH.                    Ø019



joint Relief
ee For Kosova

اللجنة السعودية المشتركة
لإغاثة شعب كوسوفـــا

الموضوع : ..................

الرقم : ..........................
التاريخ : ..........................

۱۰

## أحكام عامة:

– **المادة (١٤):** ترتبط اللجان التنفيذية في أعمالها وشؤونها الإدارية بـالأمين العام وفق التفصيل الوارد في هذه اللائحة.

– **المادة (١٥):** مالم ينص عليه في هذه اللائحة يرجع فيه للائحـة التنظيميـة للجنة السعودية المشتركة.

– **المادة (١٦):** يعمل بهذه اللائحة من تاريخ اعتمادها من اللجنة المشتركة.



جــــمـعـيــة الهــلال الأحــــمـر الــــمـعـــودي – هيـئـة الإغــاثـة الاسـلامـيـة الـعـالـمـيـة – النـدوة الـعـالـمـيـة للشـــبـاب الاسـلامـي
مـؤسـسـة الحرمين الخيريـة – مـؤسـسـة الوقف الإسلامي – الرقم المجاني ٢٤٥٨٨٨ هـ ٨٠٠ – البـريد الالكترونـي redcresent@zajil.net
المملكة العربية الـسعودية – الرياض – الرمز البريدي ١١١٢٩