# EXHIBIT E

حسّان المحاسني

0107

قسم الترجمة (ترخيص رقم ٢٣)

## LAW OFFICE OF HASSAN MAHASSNI
### TRANSLATION DEPARTMENT (LICENSE No. 23)

**JEDDAH OFFICE**
P.O. BOX 2256, JEDDAH 21451
TELEPHONE : (966-2) 665-4353
FACSIMILE : (966-2) 669-2996
(Ch. of Commerce No. 63471)

**RIYADH OFFICE**
P.O. BOX 17411, RIYADH 11484
TELEPHONE : (966-1) 464-4006
FACSIMILE : (966-1) 465-1348
**KINGDOM OF SAUDI ARABIA**

مكتب جدة
ص.ب ٢٢٥٦ جدة ٢١٤٥١
هاتف : ٦٦٥٤٣٥٣ (٢-٩٦٦)
فاكس : ٦٦٩٢٩٩٦ (٢-٩٦٦)
(غ.ت ٦٣٤٧١)

مكتب الرياض
ص.ب ١٧٤١١ الرياض ١١٤٨٤
هاتف : ٤٦٤٤٠٠٦ (١-٩٦٦)
فاكس : ٤٦٥١٣٤٨ (١-٩٦٦)
المملكة العربية السعودية

### Certificate

شهادة

The Translation Department of the Law Office of Hassan Mahassni, hereby certifies that it is an office licensed to perform translation work from and into English and Arabic, and that the translation of the attached copies of documents, from Arabic into English, is full and correct translation.

بهذا يشهد "قسم الترجمة - مكتب المحامي حسان المحاسني" انه مكتب مرخص له بالقيام بأعمال الترجمة من و إلى اللغتين الإنكليزية والعربية، وأن ترجمته لصور الوثائق المرفقة، من اللغة العربية إلى اللغة الإنكليزية، ترجمة كاملة وصحيحة.

...ddah on:

15 JAN 2005

جدة في :

Translation Department

قسم الترجمة

حسان المحاسني
Hassan Mahassni



بالتعاون مع وايت آند كيس المحدودة

ألماتي - أنقرة - بانكوك - برلين - بومباي / ممباي - براتسلافيا - بروكسل - بودابست - دريزدن - دوسلدروف - فرانكفورت - هامبورغ - ... مدينة هوشي
هونغ كونغ - اسطنبول - جاكرتا - جوهانسبيرغ - لندن - لوس المجلوس - مكسيكو سيتي - ميامي - ميلان - موسكو - نيويورك - بالوآل... - براغ - ر
سان فرانسيسكو - ساوباولو - شانغهاي - سنغافورة - ستكهولم - طوكيو - وارسو - واشنطن دي سي .

IN ASSOCIATION WITH **WHITE & CASE LLP**

BERLIN, BOMBAY/MUMBAI, BRATISLAVIA, BRUSSELS, BUDAPEST, DRESDEN, DUSSELDORF, FRANKFURT, HAMBURG,
HONG KONG, ISTANBUL, JAKARTA, JOHANNESBURG, LONDON, LOS ANGELES, MEXICO CITY, MIAMI, MILAN, MOSCOW,
PRAGUE, ROME, SAN FRANCISCO, SÃO PAULO, SHANGHAI, SINGAPORE, STOCKHOLM, TOKYO, WARSAW, WASHINGTON, D.C.

Copy

To: **His Excellency Minister of Finance and National Economy**

We refer to the Letter of His Royal Highness the Second Deputy President of Council of Ministers and Chairman of the Supreme Council for Islamic Affairs No. 107/20/S, dated 28/7/1420AH and the minutes of the meeting of the Supreme Council for Islamic Affairs ("Council") No. 50/HT, dated 22/3/1420 and in particular to Clause 11 of the minutes concerning the financial support of Kosovan Albanians studying *shari' a* sciences abroad and the recommendation of the Preparatory Committee of the Council that this issue be passed to the Saudi Joint Relief Committee (SJRC) for the Aid of the People of Kosovo and that a sum of 5,000,000 Saudi Riyals be donated by the Saudi government and put at SJRC's disposal noting that this sum shall be used to support Kosovan Albanians studying abroad and their families (wives and children) and reunite Kosovan Albanians studying at Saudi universities with their families throughout their period of study; we also refer to the recommendation of the Ministry's representative in the Preparatory Committee that this sum be taken from donations collected by SJRC inside the Kingdom of Saudi Arabia.

We instruct the Ministry of Finance [and National Economy] to provide a sum of 5,000,000 Saudi Riyals as recommended by the Preparatory Committee of the Supreme Council for Islamic Affairs in the minutes of its meeting. You may take all steps deemed necessary in this regard⊙

**President of Council of Ministers**

CC:
- Supreme Council for Islamic Affairs
- Saudi Joint Relief Committee (SJRC) – (Ministry of the Interior)
- Ministry of Foreign Affairs
- Ministry of Higher Education
- Ministry of Islamic, Endowment, Call & Guidance Affairs

Stamps:
- **President of Council of Ministers**
  True Copy
- **Ministry of the Interior**
  Office of the Minister/Communications
  No. 7165
  Date: 5/12/1420 AH
  Attachments:



1/15/2005 1:40 PM (2K)
Jeddah 42959 v1 [42959_1.DOC]

-10-

37 FAX 00966 1 4651348   LOHM - W&C LLP RIYADH.
14:00                                       NO.069   P.1
RECEIVED 05 JAN 2005

بسم الله الرحمن الرحيم

المملكة العربية السعودية
ديوان رئاسة مجلس الوزراء

الرقم: ٨٠٦٢١٨٨/ب
التاريخ: ٢/١٢/١٤٢٠هـ
المرفقات: .......

— صورة —

صاحب المعالي وزير المالية والاقتصاد الوطني
بعد التحية:

نشير إلى خطاب صاحب السمو الملكي النائب الثاني لرئيس مجلس الوزراء رئيس المجلس الأعلى للشؤون الإسلامية رقم ٢٠/١٠٧/س وتاريخ ١٤٢٠/٧/٢٨هـ ومشفوعه محضر المجلس الأعلى للشؤون الإسلامية رقم ٥٠/ح ت وتاريخ ١٤٢٠/٣/٢٢هـ المتضمن في الفقرة الحادية عشرة منه مايتعلق بموضوع دعم الطلاب الدارسين للعلوم الشرعية وغيرها من البان كوسوفا في خارج كوسوفا ليستمروا في دراستهم حيث أوصت اللجنة التحضيرية للمجلس بإحالة الموضوع إلى اللجنة السعودية المشتركة لإغاثة شعب كوسوفا وتقديم دعم مالي قدره (٥,٠٠٠,٠٠٠ر) خمسة ملايين ريال من حكومة المملكة يوضع تحت تصرف اللجنة المشتركة للصرف منه على الطلاب وأسرهم (زوجاتهم وأطفالهم) الذين انقطعت بهم السبل في خارج كوسوفا، وإلحاق زوجات وأطفال الطلاب الدارسين في جامعات المملكة بهم مدة دراستهم ورأي ممثل الوزارة في اللجنة التحضيرية أن يكون المبلغ المقترح مما لدى اللجنة المشتركة من التبرعات التي جمعتها من المحسنين في المملكة.

ونرغب إليكم صرف المبلغ الذي أوصت به اللجنة التحضيرية للمجلس الأعلى للشؤون الإسلامية في محضرها المشار إليه وقدره خمسة ملايين ريال من المالية. فأكملوا مايلزم بموجبه،،،،

رئيس مجلس الوزراء

نسخة للجنة السعودية المشتركة لإغاثة شعب كوسوفا (وزارة الداخلية)
نسخة لوزارة الخارجية
نسخة لوزارة التعليم العالي
نسخة لوزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد

المستشار جابر الحارثي