# EXHIBIT F



**LAW OFFICE OF HASSAN MAHASSNI**
TRANSLATION DEPARTMENT (LICENSE No. 23)

0101

**JEDDAH OFFICE**
P.O. BOX 2256, JEDDAH 21451
TELEPHONE : (966-2) 665-4353
FACSIMILE : (966-2) 669-2996
(Ch. of Commerce No. 63471)

**RIYADH OFFICE**
P.O. BOX 17411, RIYADH 11484
TELEPHONE : (966-1) 464-4006
FACSIMILE : (966-1) 465-1348
KINGDOM OF SAUDI ARABIA

## Certificate

The Translation Department of the Law Office of Hassan Mahassni, hereby certifies that it is an office licensed to perform translation work from and into English and Arabic, and that the translation of the attached copies of documents, from Arabic into English, is full and correct translation.

Jeddah on: **15 JAN 2005**

Translation Department



Hassan Mahassni



IN ASSOCIATION WITH **WHITE & CASE LLP**

BANGKOK, BERLIN, BOMBAY/MUMBAI, BRATISLAVIA, BRUSSELS, BUDAPEST, DRESDEN, DUSSELDORF, FRANKFURT, HAMBURG, HO CHI MINH CITY, HONG KONG, ISTANBUL, JAKARTA, JOHANNESBURG, LONDON, LOS ANGELES, MEXICO CITY, MIAMI, MILAN, MOSCOW, NEW YORK, PALO ALTO, PARIS, PRAGUE, ROME, SAN FRANCISCO, SÃO PAULO, SHANGHAI, SINGAPORE, STOCKHOLM, TOKYO, WARSAW, WASHINGTON, D.C.

Number:     A/1
Dated:      6/1/1425 H.

With Allah's grace, We, Fahad Bin Abdulaziz Al-Saud, King of the Kingdom of Saudi Arabia, after review of the bylaw for the National Committee for Aid and Charitable Work Abroad, and based on what was presented to us by His Royal Highness the Crown Prince, Deputy President of Council of Ministers and President of the National Guard, order as follows:

**First**:     Approval of the establishment of a charitable organization named the "Saudi National Committee for Aid and Charitable Work Abroad" in accordance with its bylaws, as attached.

**Second**:     The activities of all charitable organizations, corporations and societies as well as committees and foundations, whether public, private or of Saudi individuals, which participate in charitable activities abroad shall be stopped; and, unification of all those activities with the Saudi National Committee for Aid and Charitable Work Abroad, so that the Committee will commence those activities from the date of establishment of its council in accordance with a program that it prepares for this purpose. The council may, with the consent of the Specialized Committee, establish a sub-committee with participation from some of the workers at those [charitable] organizations, corporations, societies, committees and foundations in order for important current activities abroad to continue.

**Third:**     The Specialized Committee shall prepare a list of names of the Saudi supervisors of the activities of the organizations, corporations, societies, committees and foundations that are currently active and that engage in charitable activities abroad, as well as other Saudi individuals that contribute in charitable activities and who can be trusted. In addition, it shall nominate directors for the Committee from those mentioned [in the list].

**Fourth:**     Governmental authorities shall be prohibited from contributing donations, assistance or any other charitable activity abroad without first seeking proper direction.

**Fifth**:     All in-kind and cash (both transferable and non-transferable) assets and connected properties abroad that are associated with the activities of the organizations, corporations, societies, committees and foundations shall be transferred to the Committee. Likewise, all Saudi employees shall be transferred in accordance with the needs of the Committee.

**Sixth:**     The use of collection boxes inside [Saudi Arabia] shall be prohibited. All individuals, of personal or juristic status, shall be prohibited from collecting contributions for abroad [causes] without consent and an official license from the Committee, and after approval from the Specialized Committee. Additionally, any private or individual entity shall be prohibited from participating in any charitable activity abroad or supplying in-

kind or cash contributions or assistance to foreign parties except through the Committee. The necessary authorities shall strictly and deliberately punish any violators of the above.

**Seventh:** The Specialized Committee shall enforce what is referred to in the Fifth Article (above) and shall place the proper infrastructure to correct the affairs of the organizations, corporations, societies, committees and foundations that are currently active in charitable activities abroad and to merge their activities to the Committee in accordance with what is referenced above. The [Specialized] Committee may engage the help of a legal accountant or more.

**Eighth:** All unlicensed organizations, corporations, societies, committees and foundations shall be dissolved. The Specialized Committee shall institute the proper arrangements for [such dissolution].

**Ninth:** The Specialized Committee – which is referred to in the Committee bylaws and this order – shall consist of:

1. Presidency of General Intelligence
2. Ministry of Interior
3. Ministry of Foreign Affairs
4. Ministry of Finance [and National Economy]
5. Ministry of Islamic, Endowment, Call and Guidance Affairs

**Tenth:** Our order herein here shall be forwarded to the proper parties for its observance and execution.

Fahd Bin Abdulaziz
[Signature]



5 13:38 FAX 00966 1 4651348    LOHM - W&C LLP RIYADH.
AL-QANUNIYAH
☒023
☒001

RECEIVED 0 7 DEC 2004

بسم الله الرحمن الرحيم

الرقم : ١ / أ / ١
التاريخ : ١٤٢٥/١/٦

بعون الله تعالى

نحن فهد بن عبدالعزيز آل سعود

ملك المملكة العربية السعودية

بعد الاطلاع على مشروع النظام الأساسي للهيئة السعودية الأهلية للإغاثة والأعمال الخيرية في الخارج .

وبناء على ما عرضه علينا صاحب السمو الملكي ولي العهد نائب رئيس مجلس الوزراء رئيس الحرس الوطني :

أمرنا بما هو آت :-

أولاً : الموافقة على تأسيس هيئة خيرية تسمى " الهيئة السعودية الأهلية للإغاثة والأعمال الخيرية في الخارج " طبقاً لنظامها الأساسي المرفق بأمرنا هذا .

ثانياً : إيقاف أعمال جميع الهيئات والمؤسسات والجمعيات الخيرية واللجان والمبرات سواء الحكومية أو الأهلية أو الفردية السعودية التي تمارس نشاطات خيرية في الخارج ، وتوحيد جميع تلك الأعمال في الهيئة السعودية الأهلية للإغاثة والأعمال الخيرية ، على أن تباشر الهيئة تلك الأعمال من تاريخ تشكيل مجلسها ، وذلك وفق برنامج تعده في هذا الشأن ، وللمجلس تشكيل لجنة يشترك فيها بعض العاملين بهذه الهيئات والمؤسسات والجمعيات واللجان والمبرات ، لتسيير الأعمال الضرورية القائمة حالياً في الخارج ، وذلك بعد موافقة اللجنة المختصة .

ثالثاً : قيام اللجنة المختصة بإعداد قائمة بأسماء المشرفين السعوديين على أعمال الهيئات والمؤسسات والجمعيات واللجان والمبرات القائمة حالياً التي تمارس أنشطة خيرية في الخارج ، وغيرهم من الأشخاص السعوديين المشهود لهم بالإسهام في الأعمال الخيرية وممن يتمتعون بالثقة ، وترشيح أعضاء مجلس الهيئة من هؤلاء المذكورين ، والرفع عن ذلك .

رابعاً : منع أي جهة حكومية من تقديم تبرعات أو مساعدات أو أي نشاط خيري في الخارج إلا بعد الرفع لأخذ التوجيه اللازم .

ص(٢)

خامسا : تنقل إلى الهيئة جميع الأصول والممتلكات المتعلقة بممارسة نشاطات والمؤسسات والجمعيات واللجان والمبرات العينية والنقدية (المنقولة وغير المنقولة) الخارج ، ونقل حساباتها وجمعها في حساب واحد باسم الهيئة المذكورة ، وكذلك العاملين من السعوديين فيها بحسب احتياجات الهيئة ..

سادسا : منع استخدام صناديق جمع التبرعات في الداخل نهائياً ، ومنع أي شخص ذي طبيعية أو اعتبارية من جمع التبرعات للخارج إلا بإذن من الهيئة وبترخيص رسمي منها ، ويعد موافقة اللجنة المختصة ، وكذلك منع أي جهة أهلية أو فردية من ممارسة نشاط خيري في الخارج أو تقديم تبرعات أو مساعدات عينية أو نقدية لجهات خارجية إلا عن طريق الهيئة ، وتحاسب الجهات المختصة كل من يخالف أياً من ذلك بحزم وشدة .

سابعا : تتولى اللجنة المختصة تنفيذ ما ورد في المادة (خامسا) أعلاه ، ووضع آلية معينة لتسوية أوضاع الهيئات والمؤسسات والجمعيات واللجان والمبرات القائمة حالياً التي تمارس نشاطات خيرية في الخارج ، وضم تلك الأعمال للهيئة ، وذلك وفقاً لما أشير إليه سابقاً ، على أن يشترك مع هذه اللجنة عند بحث موضوع كل هيئة أو مؤسسة أو جمعية أو لجنة أو مبرة معنية بالأمر المسؤول عنها ، ولهذه اللجنة الاستعانة بمحاسب قانوني أو أكثر .

ثامناً : إلغاء جميع الهيئات والمؤسسات والجمعيات الخيرية واللجان والمبرات غير المرخص بإنشائها نظاماً ، على أن تتولى اللجنة المختصة وضع الترتيبات اللازمة لذلك .

تاسعا : تتكون اللجنة المختصة ـ المنصوص عليها في النظام الأساسي للهيئة وهذا الأمر ـ من :
١- رئاسة الاستخبارات العامة .
٢- وزارة الداخلية .
٣- وزارة الخارجية .
٤- وزارة المالية .
٥- وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد .

عاشرا : يبلغ أمرنا هذا للجهات المختصة لاعتماده وتنفيذه ،،،

- فهد بن عبدالعزيز

