UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Civil Action No. 03 MDL 1570 (RCC) |

This document relates to:

| | |
|---|---|
| FEDERAL INSURANCE CO., et al., Plaintiffs, v. AL QAIDA, et al., Defendants. | Civil Action No. 03 CV 6978 (RCC) |

### DECLARATION OF HASSAN M. S. MAHASSNI

**Hassan M.S. Mahassni** declares as follows:

1. This declaration is made at the request of United States counsel for the Saudi Joint Relief Committee (the "SJRC") to attest to the accuracy of the translated exhibits accompanying the declaration of Dr. Adbulrahman A. Al-Suwailem filed in this matter. I have been retained by the SJRC to represent its interests in this matter, and have been compensated for my work.

2. I am a citizen and resident the Kingdom of Saudi Arabia where I have practiced law since 1966. I am the proprietor and senior partner of the Law Office of Hassan Mahassni in association with White & Case LLP. I am admitted to practice before all Saudi

Arabian courts of all grades and jurisdictions. I am a licensed Arabic to English translator, having been issued license number 23 by the Ministry of Commerce of the Kingdom of Saudi Arabia.

3.   I have reviewed the original and translated exhibits accompanying the declaration of Dr. Adbulrahman A. Al-Suwailem filed in this matter and attest that the English translations are true and accurate representations of the original Arabic documents.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of January 2005, in Jeddah, Kingdom of Saudi Arabia.



Hassan M. S. Mahassni