UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | **Civil Action No. 03 MDL 1570 (RCC)** |

This document relates to:

| | |
|---|---|
| FEDERAL INSURANCE CO., et al., Plaintiffs, v. AL QAIDA, et al., Defendants. | **Civil Action No. 03 CV 6978 (RCC)** |

## ORDER

This matter is before the Court upon the motion of the Saudi Joint Relief Committee to dismiss the complaint of Plaintiffs Federal Insurance Co., et al., filed on March 10, 2004. Upon consideration of said motion, the opposition, the supporting materials and arguments, and for good cause shown,

IT IS HEREBY ORDERED this _____ day of _____ 2005 that all claims against the Saudi Joint Relief Committee are DISMISSED.

_____
United States District Judge