UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF NEW YORK

| | |
|---|---|
| In Re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*   Salvo, et. al. v. Al Qaeda Islamic Army, et.al.
03-CV-5071

### ORDER

*THIS MATTER* having come before the Court on Motion of Plaintiffs in *Salvo, et. al. v. Al Qaeda Islamic Army, et. al.*, for an Order voluntarily dismissing without prejudice the defendats listed in the attached Exhibit A.

*IT IS HEREBY ORDERED* that Plaintiffs' Motion to voluntarily dismiss the defendants named in Exhibit "A" of the *Salvo* complaint be GRANTED.

Dated: _____, 2005          SO ORDERED:


                                     _____
                                     U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF NEW YORK

| | |
|---|---|
| In Re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*   Salvo, et. al. v. Al Qaeda Islamic Army, et.al.
                              03-CV-5071

## MOTION TO VOLUNTARILY DISMISS
## CERTAIN DEFENDANTS

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiffs in the above-referenced action hereby voluntarily dismiss the defendants listed in Exhibit A without prejudice from *Salvo., et. al. v. al Qaeda, Islamic Army, et al.*, (03-CV-5071).

Dated: January 19, 2005                    Respectfully submitted,

                                           NOLAN LAW GROUP

                                    BY:    _____
                                           Floyd A. Wisner
                                           20 N. Clark St., 30th Floor
                                           Chicago, IL 60602
                                           Telephone: (312) 630-4000
                                           Facismile: (312) 630-4011

## Certificate of Service

I hereby certify that on January 19, 2005, the foregoing Notice of Voluntary Dismissal was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's ECF system.

BY: /s/ Floyd A. Wisner
Floyd A. Wisner
20 N. Clark St., 30th Floor
Chicago, IL 60602
Telephone: (312) 630-4000
Facismile: (312) 630-4011

## NOTICE OF VOLUNTARY DISMISSAL

## Exhibit A

Estate of Muhammad Atef
Abdullah Ahmed Abdullah
Estate of Abu Hafs a/k/a Khaled Al Shanguiti, a/k/a Mafuz Ould Al Walid, "The Mauritanian"
Estate of Abu Salah Al-Yemeni
Estate of Abus Jaffer Al-jaziri, a/k/a Omar Chebbani
Muhsin Musa Matwalli Atwah
Anas Al Liby
Fazul Abdullah Mohammed
Ahmed Mohamed Hamed Ali
Mohamed Suleiman Al Nalfi
Mustafa Mohamed Fadhil
Ahmed Khalfan Ghailani
Fahid Mohamed Ally Msalam
Sheikh Ahmed Salim Swedan
Muhammad Ab-Islam
Abdullah Qassim
Abdullah Azzam
Jamal Al-Badawi
Walid Al-Sourouri
Fatha Adbul Rahman
Yasser Al-Azzani
Jamal Bakhorsh
Ahmad Al-Shinni
Jamil Qasim Saeed
Abu Abdul Rahman
Abdul Fattah Zammar
Ghasoub Al Abrash Ghalyuoun a/k/a Abu Musab
Sabir Lamar
Wali Khan Amin Shah
Abu Sayef Group (ASG)
Jemaah Islamiya
Algerian Armed Islamic Group (GIA)
Egyptian Gama'a Al-Islamiya
Maulvi Abdul Kabir
Jalil Shinwari
Noor Jalil
Iraqi Intelligence Agency a/k/a The Mukhabarat, a/k/a The Fedayeen a/k/a Al-"Qare a/k/a" "Unit 999", a/k/a ""M-8 Special Operations"
Muhammed Mahdi Salah
Salah Suleiman

Habib Faris Abdullah Al-Mamouri
Abdel Hussein a/k/a The Ghost
Abu Agab
The Republic of Sudan Ministry of Defense
The Republic of Sudan Ministry of Interior
Abdul Rahim Mohammed Hussein, Interior Minister
Abdel Wahab Osman, former Sudanese Minister of Industry
Rahman Abdul Siral-Khatim, Minister of Defense
Al Amn Al-Dakhili, Intelligence
Al Amn Al-Khariji, Intelligence
Lashkar Redayan-E-Islami (Islamic Martyrs Brigade)
Ahmad Salah (Salim), member of committee of three of Int'l Hezbollah
Abd Al-Mushin Al-libi
Abdul Rahman Yasin
Abdulla Al Obaid
Advice and Reformation Committee
Afghan Support Committee (ASC)
Ahmed Nur Ali Jumale a/k/a Ahmed Nur Ali jim'ale
Al Khaleejia for Expert Promotion and Marketing Company, Al Rashid Trust
Al Taqwa Trade, Property and Industry, LTD.
Al-Barakaat Group
Al-Gammaah Al Islamiah
Ali Ghaleb Himmat
International Development Foundation
Islamic Army for the Liberation of Holy Places
Islamic Cultural Institute of Milan
Mohamed Mansour
Mohammed Salim Bin mahfouz
Muhammad Salah
Rabih Haddah
Safiq Ayadi
Saudi Sudanese Bank
Taba Investments
Tanzanite King
Ulema Union of Afghanistan
Wadi Al Aqiq
Wafa Humanitarian Organization
World Assembly of Muslim Youth
Yousef. Nada & Co. Gesellschaft M.B.H.
Yusaf Ahmed Ali
Infocus Tech of Malaysia
Yazid Sufaat of Kuala Lumpur Malaysia
Al-Shaykh Al-Iraqi
Abu Hajer Al Iraqi
Ministry of Intelligence and Security Republic of Sudan

Omar Abudllah Kamel
Al Baraka Investment and Development
Dallah Al Baraka Group LLC
Islamic Investment Company of the Gulf
Mohammad S. Mohammad
National Islamic Front Party
Mamdouh Mahamud Salim
Mustasim Abdel Rahim
Abdel Wahab Osman
Sudanese Government of Northern State
Iss El-Din El Sayed
National Fund for Social Insurance
Rahman Abdul Siral-Khatim
Abdul-Rahim Mohammed Hussein
Al Amn Al-Dakhili
Al Amn Al-Khariji
Abd Al Samad Al-Ta'ish
Mohamed Sadeek Odeh
Abdel Barry
Ahmed the German
Iraqi Secret Service
Mohammed Sarkawi
Al Tawhid
Haji Mohamad Akram
Umar Faruq
Ibn Sheik Al-libi
Prince Abdullah Al-Faisal Bin Abdulaziz Al Saud (Prince Abdullah)
Abdulazis Bin Abdul Rahman Al Saud
Arafat El-Asahi
Haydar Mohamed bin Laden
Mohammed bin Abdulrahman Al Ariefy
Faisal Group Holding Co.
Alfaisaliah Group
Bashsh Hospital
Mushayt
Tarek Ayoubi
Al Anwa
Help African People
Ibrahim bin Abdul Aziz Al Ibrahim Foundation
Mercy International Relief Agency
Islamic Movement of Uzbekistan (IMU)
Saleh Gazaz
Abdullah bin Said
Mohamed Nur Rahmi
Saudi Binladin International Company

Yeslam M. Bin Laden
Talal Mohammed Badkook
Dr. Mohaman Ali Elgari
M.M. Badkook Co. for Catering & Trading
Al-Mustaqbal Group
National Management Consultancy Center (NMCC)
Khalid Sulaiman Al-Rajhi
Al-Watania Poultry
SNCB Corporate Finance Ltd.
SNCB Securities Ltd. in New York
SNCB Securities Ltd. in London
Saudi Economic and Development Company
Zakat Committee
Abdulkarim Khaled Uusuf Abdulla
Hisham (Brother of Enaam Arnaout)
Saif Al Islam El Masry
Benevolence International Foundation - U.S.A.
Benevolence International Foundation - Canada
Syed Suleman Ahmer
Shahir Abdulraoof Batterjee
Muzaffar Khan
Soliman J. Khudeira
Jamal Nyrabeh
Mohammed Omeish
Mahmoud Jaballah
Arafat El-Ashi
Moro Islamic Liberation Front (MILF)
Mohmous Jaballah
Mohammed Khatib
Islamic African Relief Agency
Fazeh Ahed
Shaled Nouri
Abdullah M. Al-Mahdi
Tareq M. Al-Swaidan
Abdul Al-Moslah
Salah Badahdh
Ihab Ali
Samir Salah
Ibrahim Hassabella
Abu Sulayman
African Muslim Agency
Heritage Education Trust
Mena Corporation
Reston Investments Inc.
Sterling Charitable Gift Fund

Sterling Management Group
York Foundation
National Development Bank
Ahmed Ibrahim Al Najjar
Adel Muhammad Sadiq Bin Kazem
Abdulaziz bin Hamad
Khalil A. Kordi
Rashid M. Al Romaizan
Abdulaziz bin Hamad Al Gosaibi
Saudi Cement Company in Damman
Omar Sulaiman Al Rajhi
Arab Cement Company
Mohammed Chehade
Hazem Ragab
Mohammed Alchurbaji
Mustafa Al-Kadir
Abu Al-Maid

## NOTICE OF VOLUNTARY DISMISSAL

## Exhibit A

Estate of Muhammad Atef
Abdullah Ahmed Abdullah
Estate of Abu Hafs a/k/a Khaled Al Shanguiti, a/k/a Mafuz Ould Al Walid, "The Mauritanian"
Estate of Abu Salah Al-Yemeni
Estate of Abus Jaffer Al-jaziri, a/k/a Omar Chebbani
Muhsin Musa Matwalli Atwah
Anas Al Liby
Fazul Abdullah Mohammed
Ahmed Mohamed Hamed Ali
Mohamed Suleiman Al Nalfi
Mustafa Mohamed Fadhil
Ahmed Khalfan Ghailani
Fahid Mohamed Ally Msalam
Sheikh Ahmed Salim Swedan
Muhammad Ab-Islam
Abdullah Qassim
Abdullah Azzam
Jamal Al-Badawi
Walid Al-Sourouri
Fatha Adbul Rahman
Yasser Al-Azzani
Jamal Bakhorsh
Ahmad Al-Shinni
Jamil Qasim Saeed
Abu Abdul Rahman
Abdul Fattah Zammar
Ghasoub Al Abrash Ghalyuoun a/k/a Abu Musab
Sabir Lamar
Wali Khan Amin Shah
Abu Sayef Group (ASG)
Jemaah Islamiya
Algerian Armed Islamic Group (GIA)
Egyptian Gama'a Al-Islamiya
Maulvi Abdul Kabir
Jalil Shinwari
Noor Jalil
Iraqi Intelligence Agency a/k/a The Mukhabarat, a/k/a The Fedayeen a/k/a Al-"Qarc a/k/a" "Unit 999", a/k/a ""M-8 Special Operations"
Muhammed Mahdi Salah
Salah Suleiman
Habib Faris Abdullah Al-Mamouri

Abdel Hussein a/k/a The Ghost
Abu Agab
The Republic of Sudan Ministry of Defense
The Republic of Sudan Ministry of Interior
Abdul Rahim Mohammed Hussein, Interior Minister
Abdel Wahab Osman, former Sudanese Minister of Industry
Rahman Abdul Siral-Khatim, Minister of Defense
Al Amn Al-Dakhili, Intelligence
Al Amn Al-Khariji, Intelligence
Lashkar Redayan-E-Islami (Islamic Martyrs Brigade)
Ahmad Salah (Salim), member of committee of three of Int'l Hezbollah
Abd Al-Mushin Al-libi
Abdul Rahman Yasin
Abdulla Al Obaid
Advice and Reformation Committee
Afghan Support Committee (ASC)
Ahmed Nur Ali Jumale a/k/a Ahmed Nur Ali jim'ale
Al Khaleejia for Expert Promotion and Marketing Company, Al Rashid Trust
Al Taqwa Trade, Property and Industry, LTD.
Al-Barakaat Group
Al-Gammaah Al Islamiah
Ali Ghaleb Himmat
International Development Foundation
Islamic Army for the Liberation of Holy Places
Islamic Cultural Institute of Milan
Mohamed Mansour
Mohammed Salim Bin mahfouz
Muhammad Salah
Rabih Haddah
Safiq Ayadi
Saudi Sudanese Bank
Taba Investments
Tanzanite King
Ulema Union of Afghanistan
Wadi Al Aqiq
Wafa Humanitarian Organization
World Assembly of Muslim Youth
Yousef . Nada & Co. Gesellschaft M.B.H.
Yusaf Ahmed Ali
Infocus Tech of Malaysia
Yazid Sufaat of Kuala Lumpur Malaysia
Al-Shaykh Al-Iraqi
Abu Hajer Al Iraqi
Ministry of Intelligence and Security Republic of Sudan
Omar Abudllah Kamel

Al Baraka Investment and Development
Dallah Al Baraka Group LLC
Islamic Investment Company of the Gulf
Mohammad S. Mohammad
National Islamic Front Party
Mamdouh Mahamud Salim
Mustasim Abdel Rahim
Abdel Wahab Osman
Sudanese Government of Northern State
Iss El-Din El Sayed
National Fund for Social Insurance
Rahman Abdul Sirat-Khatim
Abdul-Rahim Mohammed Hussein
Al Amn Al-Dakhili
Al Amn Al-Khariji
Abd Al Samad Al-Ta'ish
Mohamed Sadeek Odeh
Abdel Barry
Ahmed the German
Iraqi Secret Service
Mohammed Sarkawi
Al Tawhid
Haji Mohamad Akram
Umar Faruq
Ibn Sheik Al-libi
Prince Abdullah Al-Faisal Bin Abdulaziz Al Saud (Prince Abdullah)
Abdulazis Bin Abdul Rahman Al Saud
Arafat El-Asahi
Haydar Mohamed bin Laden
Mohammed bin Abdulrahman Al Ariefy
Faisal Group Holding Co.
Alfaisaliah Group
Bashsh Hospital
Mushayt
Tarek Ayoubi
Al Anwa
Help African People
Ibrahim bin Abdul Aziz Al Ibrahim Foundation
Mercy International Relief Agency
Islamic Movement of Uzbekistan (IMU)
Saleh Gazaz
Abdullah bin Said
Mohamed Nur Rahmi
Saudi Binladin International Company
Yeslam M. Bin Laden

Talal Mohammed Badkook
Dr. Mohaman Ali Elgari
M.M. Badkook Co. for Catering & Trading
Al-Mustaqbal Group
National Management Consultancy Center (NMCC)
Khalid Sulaiman Al-Rajhi
Al-Watania Poultry
SNCB Corporate Finance Ltd.
SNCB Securities Ltd. in New York
SNCB Securities Ltd. in London
Saudi Economic and Development Company
Zakat Committee
Abdulkarim Khaled Uusuf Abdulla
Hisham (Brother of Enaam Arnaout)
Saif Al Islam El Masry
Benevolence International Foundation - U.S.A.
Benevolence International Foundation - Canada
Syed Suleman Ahmer
Shahir Abdulraoof Batterjee
Muzaffar Khan
Soliman J. Khudeira
Jamal Nyrabeh
Mohammed Omeish
Mahmoud Jaballah
Arafat El-Ashi
Moro Islamic Liberation Front (MILF)
Mohmous Jaballah
Mohammed Khatib
Islamic African Relief Agency
Fazeh Ahed
Shaled Nouri
Abdullah M. Al-Mahdi
Tareq M. Al-Swaidan
Abdul Al-Moslah
Salah Badahdh
Ihab Ali
Samir Salah
Ibrahim Hassabella
Abu Sulayman
African Muslim Agency
Heritage Education Trust
Mena Corporation
Reston Investments Inc.
Sterling Charitable Gift Fund
Sterling Management Group

York Foundation
National Development Bank
Ahmed Ibrahim Al Najjar
Adel Muhammad Sadiq Bin Kazem
Abdulaziz bin Hamad
Khalil A. Kordi
Rashid M. Al Romaizan
Abdulaziz bin Hamad Al Gosaibi
Saudi Cement Company in Damman
Omar Sulaiman Al Rajhi
Arab Cement Company
Mohammed Chehade
Hazem Ragab
Mohammed Alchurbaji
Mustafa Al-Kadir
Abu Al-Maid