UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| IN RE: TERRORIST ATTACKS OF SEPTEMBER 11, 2001 | ) ) ) ) ) | 03-MDL-1570 (RCC) |
| *This Document Relates to:*   02-CV-6977 (RCC)   02-CV-1616 (RCC) | ) ) ) ) ) | |

## NOTICE OF MOTION
### FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD

Pursuant to Local Rule 1.4, undersigned counsel of record for Saudi Binladin Group, Inc. ("SBG"), Bakr Binladin, Omar Binladin, Tariq Binladin, and Khalid Bin Mahfouz hereby move for an Order relieving E. Michael Bradley as an attorney of record. This motion is based upon the attached affidavit of Michael P. Gurdak. In addition, a Proposed Order is also attached hereto.

Dated: January 24, 2005

Respectfully Submitted,

Stephen J. Brogan
Timothy J. Finn
Jonathan C. Rose
James E. Gauch
Michael P. Gurdak
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
(202) 879-3939

*Counsel for Defendants SBG,*
*Bakr Binladin, Omar Binladin,*
*Tariq Binladin, and Khalid Bin Mahfouz*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: TERRORIST ATTACKS OF SEPTEMBER 11, 2001 | 03-MDL-1570 (RCC) |
| *This Document Relates to:*   02-CV-6977 (RCC)<br>02-CV-1616 (RCC) |  |

### AFFIDAVIT IN SUPPORT OF MOTION
### FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD

Michael P. Gurdak, an attorney at law admitted Pro Hac Vice before the United States District Court for the Southern District of New York, affirms as follows, under the penalties of perjury:

1. I am a partner with Jones Day, counsel of record for Saudi Binladin Group, Inc. ("SBG"), Bakr Binladin, Omar Binladin, Tariq Binladin, and Khalid Bin Mahfouz. My business address is 51 Louisiana Avenue, N.W., Washington, D.C. 20001.

2. I am fully familiar with the facts and circumstances as set forth herein and make this Affidavit in support of Jones Day's application to relieve E. Michael Bradley as one of the attorneys of record for SBG, Bakr Binladin, Omar Binladin, Tariq Binladin, and Khalid Bin Mahfouz.

3. E. Michael Bradley is no longer affiliated with Jones Day.

4. The withdrawal of E. Michael Bradley will not affect the posture of the case or the calendar of the proceedings in any way.

5. For the foregoing reasons, I respectfully request that this Court grant Jones Day leave to relieve E. Michael Bradley as one of the attorneys of record for SBG, Bakr Binladin,

Omar Binladin, Tariq Binladin, and Khalid Bin Mahfouz in all related consolidated actions. A proposed Order is attached for the Court's convenience.

Dated: January 24, 2005                                  Respectfully Submitted,

                                                         Michael P. Gurdak
                                                         JONES DAY
                                                         51 Louisiana Avenue, N.W.
                                                         Washington, D.C. 20001
                                                         (202) 879-3939

                                                         *Counsel for Defendants SBG,*
                                                         *Bakr Binladin, Omar Binladin,*
                                                         *Tariq Binladin, and Khalid Bin Mahfouz*

Sworn to me this 24th day of January, 2005

Notary Public
My Commission Expires March 31, 2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| IN RE: TERRORIST ATTACKS OF SEPTEMBER 11, 2001 | ) ) ) ) ) | 03-MDL-1570 (RCC) |
| *This Document Relates to:* 02-CV-6977 (RCC) 02-CV-1616 (RCC) | ) ) ) ) |  |

## ORDER

This matter came before the Court on motion by Jones Day to remove E. Michael Bradley as one of the attorneys of record for Saudi Binladin Group, Inc. ("SBG"), Bakr Binladin, Omar Binladin, Tariq Binladin, and Khalid Bin Mahfouz in all actions.

Based upon Jones Day's motion, it is hereby ORDERED that E. Michael Bradley is relieved as one of the attorneys of record for SBG, Bakr Binladin, Omar Binladin, Tariq Binladin, and Khalid Bin Mahfouz in connection with the above entitled consolidated actions.

It is further ORDERED that appearances of Stephen J. Brogan, Geoffrey S. Stewart, Timothy J. Finn, Jonathan C. Rose, James E. Gauch, Michael P. Gurdak, Michael R. Shumaker, Melissa D. Stear, and Jennifer A. Shumaker for SBG, Bakr Binladin, Omar Binladin, Tariq Binladin, and Khalid Bin Mahfouz will remain unchanged.

SO ORDERED:

_____
Richard Conway Casey
United States District Judge

Dated: _____, 2005