# ROBBINS, RUSSELL, ENGLERT, ORSECK & UNTEREINER LLP

1801 K STREET, N.W., SUITE 411
WASHINGTON, D.C. 20006
PHONE (202) 775-4500
FAX (202) 775-4510
www.robbinsrussell.com

ECF

Lawrence S. Robbins

(202) 775-4501
lrobbins@robbinsrussell.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-24-05

January 21, 2005

*By Express Delivery*

The Honorable Richard Conway Casey
United States District Judge
United States Court House
Southern District of New York
500 Pearl Street
Room 1350
New York, New York 10007-1312

> Re:  *In re Terrorist Attacks on September 11, 2001*, 03-MDL-1570
> *Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, No. 04-CV-5071

Dear Judge Casey:

The Saudi High Commission (SHC) has been served in accordance with the requirements of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608, in the above-captioned matter. SHC has agreed with plaintiffs in this matter to the following proposed briefing schedule for a motion to dismiss filed by SHC: Any motion to dismiss and supporting documents will be filed by SHC within 60 days after the date on which this Court decides SHC's pending motion to dismiss six of the consolidated cases (MDL Docket No. 262); plaintiffs' opposition will be filed within 45 days of the motion to dismiss; and SHC's reply will be due within 30 days of the opposition brief. SHC and the plaintiffs respectfully request that the Court order the proposed briefing schedule.

ROBBINS, RUSSELL, ENGLERT, ORSECK & UNTEREINER LLP

The Honorable Richard Conway Casey
January 21, 2005
Page 2

      Additionally, plaintiffs respectfully request permission to file their RICO statement regarding SHC within 30 days of any entry of an Order on this stipulation. SHC respectfully requests that the Court waive its usual requirement of a pre-motion conference in this case.

      Very truly yours,

Lawrence S. Robbins
*Counsel for the Saudi High Commission*

Jonathan M. Goodman
*Counsel for Plaintiffs in 04-CV-7065*

cc:    All counsel (by electronic mail)

Endorsement:

      Upon application of counsel for the Saudi High Commission and counsel for plaintiffs in 04-CV-5071, it is hereby ORDERED that the Saudi High Commission will respond to the complaint, by responsive pleading or other filing, within 60 days after the date on which this Court decides the Saudi High Commission's pending motion to dismiss six of the consolidated cases in this MDL proceeding (Docket No. 262). If the Saudi High Commission moves to dismiss, plaintiffs' opposition will be due 45 days thereafter, and the Saudi High Commission's reply will be due 30 days thereafter. The Court's requirement of a pre-motion conference is hereby waived. It is further ORDERED that Plaintiffs will serve and file their RICO statement with respect to the Saudi High Commission within 30 days of the date of this Order.

Signed: _____ Jan. 24, 2005
The Honorable Richard Conway Casey
United States District Judge