USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-25-05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re TERRORIST ATTACKS on
SEPTEMBER 11, 2001

03 MDL 1570 (RCC)
ECF Case

*This document relates to:*
*O'Neill v. Al Baraka Inv. & Dev. Corp.*, 04-CV-1923 (RCC)

## STIPULATION AND ORDER FOR SERVICE OF PROCESS AND SETTING SCHEDULE FOR ARAB BANK TO RESPOND TO THE FIRST AMENDED COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for Plaintiffs and for Defendant Arab Bank, that undersigned counsel for Arab Bank will accept service of the First Amended Complaint on behalf of Arab Bank in the case of *O'Neill et al v. Al Baraka et al, 1923 (RCC)(S.D.N.Y.)*, subject to the approval of the Court, according to the following terms:

1. A copy of the summons and First Amended Complaint, in English, shall be served via Federal Express on counsel for Arab Bank at the following address:

> Richard T. Marooney, Esquire
> King & Spalding LLP
> 1185 Avenue of the Americas
> New York, NY 10036-4003

2. Plaintiffs shall serve their RICO Statement concerning Arab Bank, as required by Paragraph 7 of the Court's Standing Rules of Practice and in Paragraph 14 of Case Management Order No. 2, not later than thirty (30) days from the date the Court approves this Stipulation and Order.

3. Arab Bank shall have sixty (60) days from the date on which the Court decides Arab Bank's pending motions to dismiss in *Burnett* (03-CV-9849) and *Federal Insurance* (03-CV-6978) to move to dismiss, answer or otherwise respond to the First Amended Complaint.

4. Plaintiffs shall have sixty (60) days from the date on which it is served with Arab Bank's motion to dismiss to file an opposition, or response if required, to the answer.

5. Arab Bank shall have thirty (30) days from the date on which Arab Bank is served with Plaintiffs' opposition to a motion to dismiss to reply to that opposition.

6. The foregoing schedule is without waiver of any of Arab Bank's defenses, except that Arab Bank does not challenge the sufficiency of process or the sufficiency of Plaintiffs' service of process on Arab Bank in this case if made in compliance with Paragraphs 1-5 above. Arab Bank hereby waives all affirmative defenses, objections and arguments relating to the sufficiency of process and the sufficiency of service of process during the course of this litigation.

Respectfully submitted,

KING & SPALDING LLP

_____
Richard T. Marooney
1185 Avenue of the Americas
New York, NY 10036-4003
Phone: (212) 556-2242
Fax:   (212) 556-2222

Dated: December 17, 2004

*Counsel for Defendant*
*Arab Bank*

LAW OFFICES OF JERRY S. GOLDMAN & ASSOCIATES, P.C.

_____
Jerry S. Goldman
111 Broadway
13th Floor
New York, New York 10006
Phone: (212) 242-2232
Fax:   (212) 346-4665

Dated: 12/20/0 , 2004

*Counsel for Plaintiffs*

Dated: New York, New York
~~December~~ ___, 200~~4~~ 5
January 25

SO ORDERED:

_____
Richard C. Casey
U.S.D.J.

2