## KREINDLER & KREINDLER LLP

Harry E. Kreindler (1919-1984)
Lee S. Kreindler (1949-2003)
Marc S. Moller
Steven R. Pounian
James P. Kreindler
David C. Cook
David Beekman
Blanca I. Rodriguez
Noah H. Kushlefsky
Robert J. Spragg
Brian J. Alexander
Justin T. Green
Gretchen M. Nelson*
Stuart R. Fraenkel*

Francis G. Fleming
Paul S. Edelman
Milton G. Sincoff
Andrew J. Maloney, III
   Counsel

100 Park Avenue
New York, NY 10017-5590
(212) 687-8181
Fax: (212) 972-9432
www.kreindler.com

Susan A. Friery, M.D.**
Daniel O. Rose
Jacqueline M. James
Brendan S. Maher
Susan D. Bainnson
Dennis J. Nolan
Myrna Ocasio
Vincent I. Parrett
William O. Angelley

California Office
707 Wilshire Boulevard
Suite 5070
Los Angeles, CA 90017-3613
(213) 622-6469
Fax: (213) 622-6019

*Admitted in CA only
**Admitted in MA & DC only

ECF

December 14, 2004

**VIA MAIL DELIVERY**
Hon. Richard Conway Casey
United States District Court Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1350
New York, New York 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-26-05
```

Re:   *In re Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (RCC)
       *Ashton v. Al Qaeda Islamic Army, et al.*, 02 CV 6977 (RCC)

Dear Judge Casey:

With regard to defendant Omar Abdullah Kamel's Motion to Dismiss (MDL Docket No. 571) that was filed on December 10, 2004, we respectfully bring your Honor's attention to the fact that Omar Abdullah Kamel was voluntarily dismissed, per Court Order (MDL Docket No. 563), from *Ashton* on December 6, 2004. Accordingly, *Ashton* plaintiffs will not file an opposition brief.

*The Clerk of the court is instructed to remove the motion (docket #571) from the docket in 03MD1570.*

1/25/05   *Richard Conway Casey*

Respectfully submitted,

/s/ Justin T. Green
Justin T. Green (JG 0318)
KREINDLER & KREINDLER LLP
100 Park Avenue
New York, New York 10017
Washington, D.C. 20037
(212) 687-8181
*Counsel for Ashton Plaintiffs*

cc:   Martin F. McMahon, Esq.
      *Attorney for Defendant Omar Abdullah Kamel*