UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-26-05
```

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |
|---|---|

*This document relates to:*          *Federal Insurance Co. v. al Qaida*
                                     03 CV 06978 (RCC)

## STIPULATION WITHDRAWING CERTAIN ALLEGATIONS OF THE *FEDERAL* PLAINTIFFS' FIRST AMENDED COMPLAINT AND RICO STATEMENT PERTAINING TO PRINCE MOHAMED AL FAISAL AL SAUD

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for plaintiffs and for defendant Prince Mohamed al Faisal al Saud ("Prince Mohamed") as follows:

1.  The allegation that Prince Mohamed chairs the al-Shamal Bank of the Sudan, contained in Paragraphs 473 and 474 of the *Federal* plaintiffs' First Amended Complaint, is hereby withdrawn, without prejudice. The remaining allegations of Paragraphs 473 and 474 of the Amended Complaint are unaffected by this Stipulation.

2.  The allegation that Prince Mohamed chairs the al-Shamal Bank of the Sudan, contained in Exhibit A to the *Federal* plaintiffs' RICO Statement Applicable to the Saudi Princes, is hereby withdrawn, without prejudice.

3.  Paragraphs 475 and 476 of the *Federal* plaintiffs' First Amended Complaint are hereby withdrawn, without prejudice.

4.  The allegation that "Prince Mohamed has made significant personal contribution to Saudi-based charities that he knew to be sponsors of al Qaida's global operations, knowing and intending that those contributions would be used to fund al Qaida's global operations and

acts of terror, the foreseeable culmination of which was the Attack," contained in Exhibit A to the *Federal* plaintiffs' RICO Statement Applicable to the Saudi Princes, is hereby withdrawn, without prejudice.

5.   Nothing herein shall preclude the *Federal* plaintiffs from reasserting the allegations withdrawn above, or in asserting additional allegations, should further investigation or discovery warrant.

Dated: August 26, 2004
Philadelphia, Pennsylvania

Respectfully submitted,

| COZEN O'CONNOR | WILMER CUTLER PICKERING HALE AND DORR, LLP |
|---|---|
| By: _____<br>STEPHEN A. COZEN, ESQUIRE<br>ELLIOTT R. FELDMAN, ESQUIRE<br>SEAN P. CARTER, ESQUIRE<br>MARK T. MULLEN, ESQUIRE<br>1900 Market Street<br>Philadelphia, PA 19103<br>(215) 665-2000 - Telephone<br>(215) 665-2013 – Fax<br>*Counsel for Federal Plaintiffs* | _____<br>Louis R. Cohen, Esquire<br>2445 M Street, NW<br>Washington, DC 20037<br>202-663-6700 - Telephone<br>202-663-6363 – Fax<br>*Counsel for Prince Mohamed al Faisal al Saud* |

SO ORDERED:

Dated: Jan 25, 2005
New York, NY

_____
RICHARD CONWAY CASEY
United States District Judge