USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-27-05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------)
In re Terrorist Attacks on September 11, 2001   )   03 MDL 1570 (RCC)
                                                )   ECF Case
----------------------------------------------------------)

This document relates to:

    *Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-CV-6978
    *Kathleen Ashton, et al v. Al Qaeda Islamic Army, et al.* Case No. 1:02-6977
    *Thomas E. Burnett, Sr., et al. v. Al Baraka Investment & Development Corp., et al.*, Case No. 03-CV-9849
    *Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.*, Case No. 04-CV-05970
    *Euro Brokers, Inc., et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 04-CV-07279
    *New York Marine and General Insurance Co. v. Al Qaida, et al.*, Case No. 04-CV-6105
    World Trade Center Properties, LLC, et al. v. Al Baraka Investment and Development Corporation, et al., Case No. 04-CV-7280

## ORDER ADMITTING ATTORNEY *PRO HAC VICE*

Pursuant to Local Rule 1.3 of the United States District Court for the Southern District of New York and upon the affidavit of Karla J. Letsche, Esq., it is

ORDERED that Karla J. Letsche, Esq., a member of the Bar of the District of Columbia, be admitted to the Bar of this Court *pro hac vice*.

Dated: New York, New York
      January 27, 2005

SO ORDERED.

_____
Richard Conway Casey, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-27-05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------)
In re Terrorist Attacks on September 11, 2001   )   03 MDL 1570 (RCC)
                                                )   ECF Case
-------------------------------------------------------------)

This document relates to:
    *Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-CV-6978
    *Kathleen Ashton, et al v. Al Qaeda Islamic Army, et al.* Case No. 1:02-6977
    *Thomas E. Burnett, Sr., et al. v. Al Baraka Investment & Development Corp., et al.*, Case No. 03-CV-9849
    *Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.*, Case No. 04-CV-05970
    *Euro Brokers, Inc., et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 04-CV-07279
    *New York Marine and General Insurance Co. v. Al Qaida, et al.*, Case No. 04-CV-6105
    *World Trade Center Properties, LLC, et al. v. Al Baraka Investment and Development Corporation, et al.*, Case No. 04-CV-7280

## MOTION FOR ADMISSION *PRO HAC VICE*

PLEASE TAKE NOTICE that, upon the annexed affidavit of Karla J. Letsche with exhibits, Cherif Sedky, a Defendant in the above-referenced actions, hereby moves this Court for an Order pursuant to Local Civil Rule 1.3(c) admitting Karla J. Letsche, a member of the Bar of the District of Columbia and the Virginia State Bar, to the Bar of this Court *pro hac vice*. A proposed Order is submitted for the Court's consideration.

2

Dated: January 25, 2005

Respectfully submitted,

OLDAKER, BIDEN & BELAIR, LLP

By: /s/ Karla J. Letsche

Karla J. Letsche
Oldaker, Biden & Belair, LLP
818 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20006
Phone: 202-496-3491
Fax:    202-293-6111

*Counsel for Cherif Sedky*

...

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------)
In re Terrorist Attacks on September 11, 2001    )    03 MDL 1570 (RCC)
                                                 )    ECF Case
---------------------------------------------------------------)

This document relates to:
   *Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-CV-6978
   *Kathleen Ashton, et al v. Al Qaeda Islamic Army, et al.* Case No. 1:02-6977
   *Thomas E. Burnett, Sr., et al. v. Al Baraka Investment & Development Corp., et al.*, Case No. 03-CV-9849
   *Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.*, Case No. 04-CV-05970
   *Euro Brokers, Inc., et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 04-CV-07279
   *New York Marine and General Insurance Co. v. Al Qaida, et al.*, Case No. 04-CV-6105
   *World Trade Center Properties, LLC, et al. v. Al Baraka Investment and Development Corporation, et al.*, Case No. 04-CV-7280

## AFFIDAVIT OF KARLA J. LETSCHE

City of Washington    )
                      ) ss:
District of Columbia  )

Karla J. Letsche, being duly sworn, deposes and says:

1. I make this affidavit pursuant to Local Civil Rule 3.1(c) and Case Management Order No. 1 entered by Judge Casey in Docket No. 03 MDL 1570 on March 3, 2004, in support of the motion of Cherif Sedky, for an order permitting me to appear and participate in this case *pro hac vice*.

2. I am a partner in the firm of Oldaker, Biden & Belair, LLP, 818 Connecticut Avenue, NW, Suite 1100, Washington, D.C. 20006, which represents Cherif Sedky.

3. I am a member in good standing of the Bar of the District of Columbia, and a certificate of good standing from the District of Columbia Court of Appeals is attached hereto as Exhibit A. I am also a member in good standing of the Virginia State Bar, and a Certificate of Good Standing from the Virginia State Bar is attached hereto as Exhibit B. I have been admitted to practice before the U.S. Supreme Court, U.S. District Courts for the District of Columbia and the Eastern District of Virginia, and U.S. Courts of Appeals for the First, Third, Fourth and District of Columbia Circuits.

4. There are no pending disciplinary proceedings pending against me in any State or Federal Court. I am familiar with the Federal Rules of Civil Procedure and with the Local Rules of this Court.

Accordingly, I respectfully request that the Court allow me to appear and participate in this multidistrict litigation *pro hac vice*.

_____
Karla J. Letsche

Sworn to before me this 18 day of January, 2005.

_____
Notary Public

My commission expires: July 14, 2007

2



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

**KARLA JAYNE LETSCHE**

was on the 20ᵀᴴ day of APRIL, 1977 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 21, 2005.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

David P. Bobzien, President
P.O. Box 8695
Reston, Virginia 20195-8695
Telephone: (703) 324-2603

Phillip V. Anderson, President-elect
Frith, Anderson & Peake, P.C.
29 Franklin Road
P.O. Box 1240
Roanoke, VA 24006-1240
Telephone: (540) 772-4600

Jeannie P. Dahnk, Immediate Past President
P.O. Box 207
Fredericksburg, Virginia 22404-0207
Telephone: (540) 373-8600

Barbara Ann Williams
Bar Counsel



# Virginia State Bar

Eighth and Main Building
707 East Main Street, Suite 1500
Richmond, Virginia 23219-2800
Telephone: (804) 775-0500

Facsimile: (804) 775-0501   TDD: (804) 775-0502

Thomas A. Edmonds
Executive Director and
Chief Operating Officer

Mary Yancey Spencer
Deputy Executive Director

Elizabeth L. Keller
Assistant Executive Director
for Bar Services

Susan C. Busch
Assistant Executive Director
for Administration

December 28, 2004

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **KARLA JAYNE LETSCHE** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING.  **MS. LETSCHE** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **SEPTEMBER 24, 1976**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

SINCERELY,

*Thomas A. Edmonds*

THOMAS A. EDMONDS
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER