


# Attachment A

# MOTLEY RICE LLC
### ATTORNEYS AT LAW

RONALD L. MOTLEY (SC)
JOSEPH F. RICE (SC)
ANN K. RITTER (SC, TN)
JOHN J. McCONNELL, JR. (RI, MA, SC, DC)
WILLIAM H. NARWOLD (CT)
ALLARD A. ALLSTON III (SC)
JOHN E. HERRICK (SC, MD)
EDWARD B. COTTINGHAM JR. (SC)
M. ERIC BOITER (SC)
ROBERT J. McCONNELL (RI, MA)
FREDERICK C. BAKER (SC, NY)
FRED THOMPSON III (SC)
JODI WESTBROOK FLOWERS (SC)
PAUL J. DOOLITTLE (SC)
DONALD A. MIGLIORI (RI, MA, MN)
ANNE McGINNESS KEARSE (SC)
JEFFREY S. THOMPSON (TX)
MARY F. SCHIAVO (MO, DC, MD)
SAMUEL B. COTHRAN, JR. (SC, NC) (GENERAL COUNSEL)
MILES LOADHOLT (SC)
J. TERRY POOLE (SC)
LAURIE J. LOVELAND (1958-2003)
J. B. HARRIS (FL, DC)
DONNI E. YOUNG (LA)
ROBERT T. HAEFELE (NJ, PA)
SHERYL A. MOORE (SC, VA)
V. BRIAN BEVON (SC)
JAMES M. HUGHES (SC)
RHETT D. KLOK (SC, DC, LA, TX, NM)
FREDERICK J. JEKEL (SC)
THEODORE H. HUGE (SC, VA, DC)
JOHN E. GUERRY, III (SC)
FIDELMA L. FITZPATRICK (RI, MA, NY, DC)
CHRISTY M. DELUCA (SC, IL, CO)
SUZANNE LAFLEUR KLOK (SC, DC, LA, TX, NM)
CINDI ANNE SOLOMON (SC)
WM. MICHAEL GRUENLOH (SC)
DAVID P. BEVON (SC)
WALTER F. HARRIS, III (SC)
LAURA N. KHARE (SC)
MICHAEL E. ELSNER (VA, NY)
VINCENT L. GREENE, IV (RI)
MARLON E. KIMPSON (SC)
STACIE F. TAYLOR (AL, MS)
INGRID L. MOLL (CT)
CAROLINE A. BERNARD (SC, LA)
ELIZABETH C. WARD (SC, NC)
SCOTT M. GALANTE (LA)
KIMBERLY D. BARONE (SC, CA)
ELIZABETH SMITH (SC)
JAMES W. LEDLIE (SC)
MICHAEL G. ROUSSEAU (RI, CA, MA)
LYNN SEITHEL JEKEL (SC)
BADGE HUMPHRIES (TX)
AILEEN L. SPRAGUE (RI)
JOHN A. BADEN, IV (SC)
E. CLAIRE XIDIS (SC, NY, DC)
WILLIAM E. APPLEGATE, IV (SC)
JUSTIN B. KAPLAN (TN)
ABIGAIL B. WALSH (SC)

August 19, 2004

**Via Facsimile**
202-429-3902

Christopher T. Lutz, Esq.
Steptoe & Johnson L.L.P.
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036

Re: Mohammad Abdullah Al Jomaih

Dear Mr. Lutz:

I appreciate your calling me this morning with the update about your client Mohammad Abdullah Al Jomaih. We are currently in the process of evaluating what to do about Mr. Al Jomaih in light of this information. In the meantime, we would greatly appreciate it if you would forward to us a certified copy of Mr. Al Jomaih's death certificate.

In light of your request for us to consider this development we do not think it makes sense to include Mr. Al Jomaih on the list of defendants whose motions should be heard in the first round of oral arguments. Please feel free to contact me if you would like to discuss this further.

Very Truly Yours,

Justin B. Kaplan, Esq.

cc: Jodi Flowers, Esq.

www.motleyrice.com

MT. PLEASANT
28 BRIDGESIDE BLVD.
P.O. BOX 1792
MT. PLEASANT, SC 29465
843-216-9000

BARNWELL
1750 JACKSON ST.
P.O. BOX 365
BARNWELL, SC 29812
803-324-8800

PROVIDENCE
321 SOUTH MAIN ST.
P.O. BOX 6067
PROVIDENCE, RI 02940
401-457-7700

NEW ORLEANS
1555 POYDRAS ST.
SUITE 1700
NEW ORLEANS, LA 70112
504 636-3480

HARTFORD
ONE CORPORATE CENTER
20 CHURCH ST, 17TH FLOOR
HARTFORD, CT 06103
860-882-1681

# Lutz, Christopher

| | |
|---|---|
| **From:** | Lutz, Christopher |
| **Sent:** | Monday, September 27, 2004 4:57 PM |
| **To:** | 'jkaplan@motleyrice.com' |
| **Cc:** | Warin, Roger; 'Ahhf@aol.com' |
| **Subject:** | Mohammad Abdullah Aljomaih |

Mr. Kaplan

On August 19, you sent me a letter asking for a death certificate for our client, Mr. Aljomaih. I now have that document. I have attached a PDF file containing it. The actual certificate is the second document in the file. A translation of it is the first document.

Please let me know if you need more information or have questions.

If your firm decides that, in light of Mr. Aljomaih's death, his name can be dropped from Burnett, I would appreciate knowing as soon as possible, given the approaching mid October date for argument of personal jurisdiction motions, including Mr.. Aljomaih's.

Thank you.

      Chris Lutz

Mohammad A
Ijomaih Death Cert..

1

In the name of God, the Merciful, the Compassionate

[Emblem]

Form no. 25 Death Certificate

Kingdom of Saudi Arabia
Ministry of Interior
General Directorate of Civil Status
Directorate of Civil Status in _____
Office of Civil Status in Riyadh

File No. (Id. Card): 25430
Date: 28/4/1380H
Place: Riyadh

| Certificate No.: 972 | Registration Date: 13/3/1425H | Volume: _____ | ☑ Male  ☐ Female | Date of Birth: / /1333H | Page: _____ |

Full Name of Deceased: Mohammad Abdullah Abdulaziz Aljomaih

Causes of Death (Not to be mentioned unless the party concerned so wishes): _____

| Place of Death | Date of Death | | Hour | Day | Month | Year |
|---|---|---|---|---|---|---|
| Specialist Hospital | Hijri | Numbers | | 9 | 3 | 1425H |
| | | Words | | Ninth | Rabi' I | One thousand four hundred twenty five |
| | Gregorian | Numbers | | 28 | 4 | 2004G |
| | | Words | | Twenty eight | April | Two thousand four |

Deceased Civil Registration Number: 1000874238

Official Seal
[Seal]

Name of Record Writer: [name]
Signature: [signature]

Director of Civil Status Office
Name: [name]
Signature: [signature]
13/3/1425H

This Certificate is issued under Civil Status Law promulgated by Royal Decree no. M/7 dated 20/4/1407H.

بسم الله الرحمن الرحيم

المملكة العربية السورية
وزارة الداخلية
مديرية الأحوال المدنية

شهادة قيد بالسجل المدني

| الزوج | | | | الزوجة | |
|---|---|---|---|---|---|
| الاسم | الشهرة | الأب | الأم | تاريخ الولادة | مكان الولادة |
| | | | | باليوم / بالشهر / بالسنة | |

الواقعة: زواج
تاريخ الواقعة: 
رقم الواقعة:
الاسم الكامل للزوج:
الاسم الكامل للزوجة:
تاريخ تسجيلها:

ذكر ☐   أنثى ☐
تاريخ البلاد /  /

الملاحظات:

مدير مكتب الأحوال المدنية