# Attachment B

## Lutz, Christopher

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **Sent:** | Wednesday, September 15, 2004 6:23 PM |
| **To:** | Courtmail@nysd.uscourts.gov |
| **Subject:** | Activity in Case 1:03-md-01570-RCC In Re: Terrorist Attacks on September 11, 2001 "Suggestion of Death" |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### Southern District of New York

Notice of Electronic Filing

The following transaction was received from Cotroneo, Anthony entered on 9/15/2004 at 6:22 PM EDT and filed on 9/15/2004

**Case Name:** In Re: Terrorist Attacks on September 11, 2001
**Case Number:** 1:03-md-1570
**Filer:** Mohammed Bin Abdullah Al-Jomaith
**Document Number:** 444

**Docket Text:**
SUGGESTION OF DEATH Upon the Record. Document filed by Mohammed Bin Abdullah Al-Jomaith (Cotroneo, Anthony)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=9/15/2004] [FileNumber=652086-0]
[87b8951d2ef5a0880542243325a20ee220780c6835c8e921448ab1d11818f7235885
0b8e1e026b118a332cd82e682247455b783059273a7d08bdc3e523c40227]]

**1:03-md-1570 Notice will be electronically mailed to:**

Joshua M. Ambush   ,

Stanton D. Anderson     MDLNo1570Group@mwe.com

Dean Arnold     dean@nbmlaw.com,

Michel F. Baumeister     mbaumeister@baumeisterlaw.com

William Louis Bellotti     wbellotti@chadbourne.com

1/18/2005