UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001 )    03 MDL No. 1570 (RCC)

ECF Case

This Document Relates to: Vadhan v. Riggs National Corporation et al. Case No. 1:04 cv 7281

## STIPULATION EXTENDING TIME TO RESPOND

It is hereby STIPULATED AND AGREED by and between plaintiffs and defendants Riggs National Corporation and Riggs Bank, N.A. ("Riggs") that Riggs' time to respond to the Complaint in this case is hereby extended to March 4, 2005.

Dated: January 25, 2005

MOTLEY RICE LLC
Attorneys for Plaintiffs

By: Michael E Elsner
28 Bridgeside Blvd
Mt Pleasant S.C. 29464

STEPTOE & JOHNSON LLP
Attorneys for Riggs Bank N.A.
and Riggs National Corporation

By: John D. Lovi
750 7th Avenue -- Suite 1900
New York, New York 10019

Christopher T. Lutz
1330 Connecticut Avenue
Washington D.C. 20036

So Ordered:

Richard Conway Casey U.S.D.J

Dated January 27, 2005