USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-29-05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |
|---|---|

*This document relates to:*
   *Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-CV-6978 (S.D.N.Y.)
   *Kathleen Ashton, et al v. Al Qaeda Islamic Army, et al.* Case No. 1:02-6977 (S.D.N.Y.)
   *Thomas E. Burnett, Sr., et al. v. Al Baraka Investment & Development Corp., et al.*, Case No. 03-CV-9849 (S.D.N.Y.)
   *Thomas E. Burnett, Sr., et al. v. Al Baraka Investment & Development Corp., et al.*, Case No. 03-CV-5738 (S.D.N.Y.)
   *Cantor Fitzgerald & Co., et al. v. Akida Bank Private., Ltd., et al.*, Case No. 04-CV-7065 (S.D.N.Y.)
   *Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.*, Case No. 04-CV-05970-UA (S.D.N.Y.)
   *Euro Brokers, Inc., et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 04-CV-07279-UA (S.D.N.Y.)
   *New York Marine and General Insurance Co. v. Al Qaida, et al.*, Case No. 04-CV-6105 (S.D.N.Y.)
   *Estate of John P. O'Neill, Sr., on behalf John P. O'Neill, Sr., deceased, and on behalf of decedent's heirs-at-law, et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 04-CV-1923 (S.D.N.Y.)
   *World Trade Center Properties, LLC, et al. v. Al Baraka Investment and Development Corporation, et al.*, Case No. 04-CV-7280 (S.D.N.Y.)

### STIPULATION AS TO SERVICE OF PROCESS AND EXTENSION OF TIME TO RESPOND TO COMPLAINTS CONSOLIDATED UNDER MDL 1570

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs in all of the above-referenced cases consolidated under 03 MDL 1570 and Defendants Sulaiman Abdulaziz Al Rajhi, Abdullah Sulaiman Al Rajhi, Omar Sulaiman Al Rajhi, Khalid Sulaiman Al Rajhi, and Saleh Abdulaziz Al Rajhi (collectively, the "Stipulating Defendants"), by and through their undersigned counsel, that the undersigned Defendants' counsel hereby accepts service of the Complaint in each of the cases referenced above on behalf of the Stipulating Defendants who are

named as defendants in such cases and have not been dismissed from such cases as of the time of this Stipulation.

IT IS FURTHER HEREBY STIPULATED AND AGREED that Plaintiffs pursuing claims for relief under the Racketeer Influenced and Corrupt Organizations Act ("RICO") shall serve their respective RICO Statements concerning the Stipulating Defendants, on or before March 31, 2005.

IT IS FURTHER HEREBY STIPULATED AND AGREED that the time for the Stipulating Defendants to answer or otherwise respond to the Complaint in each of the cases referenced above in which they are defendants, shall be on or before April 29, 2005.

IT IS FURTHER HEREBY STIPULATED AND AGREED that the Plaintiffs' response to the Stipulating Defendants' responsive pleadings, if any, shall be served within sixty days of receipt of same from defendant's counsel, and that defendant's counsel shall file reply papers, if any, within fourteen days of receipt of plaintiffs' opposing papers.

IT IS FURTHER HEREBY STIPULATED AND AGREED that the Stipulating Defendants hereby waive any and all affirmative defenses, objections, privileges, immunities and arguments concerning the manner and form of service of process in each of the cases referenced above, but preserves any and all other defenses, objections, rights, privileges, immunities and arguments available to it, including, but not limited to, personal jurisdiction.

IT IS FURTHER HEREBY STIPULATED AND AGREED that Plaintiffs shall not include the Stipulating Defendants in any notice of service by publication in any language and shall provide counsel for the Stipulating Defendants with a copy of any such notice, in all languages in which such notice shall appear, in advance of publication.

Respectfully submitted.

COZEN O'CONNOR

By: _____
Sean P. Carter
J. Scott Tarbutton
1900 Market Street
Philadelphia, PA 19103

*Attorneys for Plaintiffs*

FISH & RICHARDSON P.C.

By: _____
Raymond R. Castello
Citigroup Center—52nd Floor
153 East 53rd Street
New York, N.Y. 10022-4611

*Attorneys for Defendants*

**SO ORDERED:**

_____
RICHARD CONWAY CASEY, U.S.D.J.

Dated: Jan. 27, 2005

PHILA1\2176763\1 117430.000

3