USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-27-05

# MOTLEY RICE LLC
### ATTORNEYS AT LAW

RONALD L. MOTLEY (SC)
JOSEPH F. RICE (SC)
ANN K. RITTER (SC, TN)
JOHN J. McCONNELL, JR. (RI, MA, SC, DC)
WILLIAM H. NARWOLD (CT)
ALLARD A. ALLSTON III (SC)
JOHN E. HERRICK (SC, MD)
EDWARD B. COTTINGHAM JR. (SC)
M. ERIC BOITER (SC)
ROBERT J. McCONNELL (RI, MA)
FREDERICK C. BAKER (SC, NY)
FRED THOMPSON, III (SC)
JODI WESTBROOK FLOWERS (SC)
PAUL J. DOOLITTLE (SC)
DONALD A. MIGLIORI (RI, MA, MN)
ANNE McGINNESS KEARSE (SC)
JEFFREY S. THOMPSON (TX)
MARY F. SCHIAVO (MO, DC, MD)
SAMUEL B. COTHRAN, JR. (SC, NC) (GENERAL COUNSEL)
MILES LOADHOLT (SC)
J. TERRY POOLE (SC)
LAURIE J. LOVELAND (1958-2002)
DONNI E. YOUNG (LA)
ROBERT T. HAEFELE (NJ, PA)
SHERYL A. MOORE (SC, VA)
V. BRIAN BEVON (SC)
JAMES M. HUGHES (SC)
RHETT D. KLOK (SC, DC, LA, TX, NM)
FREDERICK J. JEKEL (SC)
THEODORE H. HUGE (SC, VA, DC)
JOHN E. GUERRY, III (SC)
FIDELMA L. FITZPATRICK (RI, MA, NY, DC)
CHRISTY THOUVENOT (SC, IL, CO)
SUZANNE LAFLEUR KLOK (SC, DC, LA, TX, NM)
CINDI ANNE SOLOMON (SC)
WM. MICHAEL GRUENLOH (SC)
DAVID P. BEVON (SC)
MICHAEL E. ELSNER (VA, NY)
VINCENT L. GREENE, IV (RI)
MARLON E. KIMPSON (SC)
STACIE F. TAYLOR (AL, MS)
INGRID L. MOLL (CT)
SCOTT M. GALANTE (LA)
KIMBERLY D. BARONE (SC, CA)
ELIZABETH SMITH (SC)
JAMES W. LEDLIE (SC)
MICHAEL G. ROUSSEAU (CA, MA)
LYNN SEITHEL JEKEL (SC)
BADGE HUMPHRIES (TX)
AILEEN L. SPRAGUE (RI)
JOHN A. BADEN, IV (SC)
E. CLAIRE XIDIS (SC, NY, DC)
WILLIAM E. APPLEGATE, IV (SC)
JUSTIN B. KAPLAN (TN)
ADAM L. MARCHUK (IL)

January 25, 2005

ECF

**VIA HAND DELIVERY**

Hon. Richard Conway Casey
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1350
New York, NY 10007-1312

> Re:  *In re Terrorist Attacks of September 11, 2001*, MDL No. 1570 (RCC);
> *Burnett v. Al Baraka Investment & Development, et al.*, 03 CV 9849 (RCC); *Ashton v. Al Qaeda Islamic Army*, 02 CIV 6977 (RCC)

Dear Judge Casey:

I write on behalf of the *Burnett* Plaintiffs to request permission from the Court to file an opposition to defendant *pro se* Yeslam Bin Laden's motion to dismiss. Unbeknownst to the *Burnett* Plaintiffs, Yeslam Bin Laden filed with the Court a motion to dismiss in February or March of 2004. At the time this pleading was filed with the Court, it did not appear on the MDL 1570 docket when filed, presumably because the ECF system was not yet in place. The motion papers were not properly served, being sent to only one Plaintiffs' lawyer. (See attached Certificate of Service.)

After being made aware of the existence of this brief, after investigation, Plaintiffs determined that rather than serve the motion upon all Plaintiffs' counsel as is required under the rules and CMO, Defendant Yeslam Bin Laden served the document solely on Plaintiffs' counsel Mr. Harry Huge. At the time, Mr. Huge was caring for his terminally ill mother who has since passed away. Mr. Huge apparently either did not receive or did not forward the Yeslam Bin Laden motion to Plaintiffs' (or other) counsel, and consequently Plaintiffs had no notice that this motion to dismiss had been filed. When Plaintiffs learned of this situation, they wrote to Mr. Bin Laden in an attempt to resolve the matter (*see* attached). To date no response has been received.

Plaintiffs request permission from the Court to respond to the motion out of time.

Application denied. Please provide briefing schedule to the Court & Defendant.

Respectfully Submitted,

Jodi W. Flowers/MP

Jodi Westbrook Flowers

JWF/crh
Attachment  1/27/05
cc:  Yeslam Bin Laden
     All Counsel of Record

*Richard Conway Casey*

www.motleyrice.com

MT. PLEASANT
28 BRIDGESIDE BLVD.
P.O. BOX 1792
MT. PLEASANT, SC 29465
843-216-9000
843-216-9450 FAX

BARNWELL
1750 JACKSON ST.
P.O. BOX 365
BARNWELL, SC 29812
803-224-8800
803-259-7048 FAX

PROVIDENCE
321 SOUTH MAIN ST.
P.O. BOX 6067
PROVIDENCE, RI 02940
401-457-7700
401-457-7708 FAX

NEW ORLEANS
1555 POYDRAS ST.
SUITE 1700
NEW ORLEANS, LA 70112
504-636-3480
504-636-3499 FAX

