UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In Re TERRORIST ATTACKS on SEPTEMBER 11, 2001 | ) ) ) ) ) 03 MDL 1570 (RCC) ECF Case |

*This document relates to:*
    *Burnett v. Al Baraka Inv. & Dev. Corp.*, 03 CV 9849 (RCC)
    *Ashton v. Al Qaeda Islamic Army*, 02 CV 6977 (RCC)

## NOTICE OF MOTION FOR RECONSIDERATION

PLEASE TAKE NOTICE that, pursuant to Local Rule 6.3 and Rule 59(e) of the Federal Rules of Civil Procedure, and upon the accompanying Memorandum of Law in Support of The National Commercial Bank's Motion for Reconsideration, upon all memoranda of law, affidavits, and exhibits previously submitted in support of The National Commercial Bank's ("NCB") motions to dismiss the *Burnett* and *Ashton* complaints, and upon the Court's January 18, 2005 Opinion and Order, NCB shall seek an order reconsidering the Court's denial without prejudice of NCB's motion to dismiss.

Dated: February 1, 2005
       Washington, D.C.

Respectfully submitted,

/s/ Ronald S. Liebman
Ronald S. Liebman (admitted *pro hac vice*)
Mitchell R. Berger (MB-4112)
Ugo Colella (admitted *pro hac vice*)
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037
Phone: 202-457-6000
Fax:    202-457-6315

*Attorneys for Defendant*
*The National Commercial Bank*