## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2005, the foregoing Notice of Motion for Reconsideration and the Memorandum of Law in Support of The National Commercial Bank's Motion for Reconsideration was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Ugo Colella  
Ugo Colella