Thomas M. Melsheimer
Texas Bar No. 13922550
Paul E. Coggins
Texas Bar No. 04504700
John M. Helms
Texas Bar No. 09401001
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Telecopy)
Attorneys for Defendants
Sulaiman Abdul Aziz Al Rajhi, Saleh Abdul Aziz Al Rajhi, Abdullah Sulaiman Al Rajhi, Khalid
Sulaiman Al Rajhi, Omar Sulaiman Al Rajhi

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) |
| v. | ECF Case |

## MOTION FOR ADMISSION *PRO HAC VICE*

Defendants Sulaiman Abdul Aziz Al Rajhi, Saleh Abdul Aziz Al Rajhi, Abdullah
Sulaiman Al Rajhi, Khalid Sulaiman Al Rajhi, and Omar Sulaiman Al Rajhi hereby move under
Local Civil Rule 1.3(c), and based on the attached affidavits, for an order granting admission of
Thomas M. Melsheimer, Matthew E. Yarbrough, and John M. Helms Jr. to appear *pro hac vice*
as defendants' attorneys in this court.

Respectfully submitted,

FISH & RICHARDSON P.C.

Dated:  January 31, 2005

By:   Raymond R. Castello (RC 2106)
153 East 53rd Street, 52nd Floor
New York, NY  10022
(212) 765-5070 (Telephone)
(212) 258-2291 (Facsimile)

Attorneys for Defendants
SULAIMAN ABDUL AZIZ AL RAJHI,
SALEH ABDUL AZIZ AL RAJHI,
ABDULLAH SULAIMAN AL RAJHI,
KHALID SULAIMAN AL RAJHI, OMAR
SULAIMAN AL RAJHI

MOTION FOR ADMISSION PRO HAC VICE
ECF Case☐



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001<br><br>v. | 03 MDL 1570 (RCC)<br>ECF Case |

### AFFIDAVIT OF THOMAS M. MELSHEIMER

Thomas M. Melsheimer, pursuant to Local Civil Rule 3.1(c) of the Local Rules for the United States Courts for the Southern and Eastern Districts of New York, submits this affidavit for admission *pro hac vice* and swears under oath:

1. This affidavit is submitted in support of the motion of defendants Sulaiman Abdul Aziz Al Rajhi, Saleh Abdul Aziz Al Rajhi, Abdullah Sulaiman Al Rajhi, Khalid Sulaiman Al Rajhi, and Omar Sulaiman Al Rajhi motion for an order permitting me to appear in this case *pro hac vice.*

2. I am a member of Fish and Richardson, P.C. at 5000 Bank One Center, 1717 Main St., Dallas, TX 75201.

3. I am a member in good standing of the State Bar of Texas.

4. Attached hereto is a certificate of good standing from the states in which I am admitted to practice.

Dated this 25 day of January, 2005

Thomas M. Melsheimer

Sworn to before me this 25 day of January, 2005

Rebekah Graham
Notary Public



REBEKAH GRAHAM
MY COMMISSION EXPIRES
November 6, 2007

# STATE BAR OF TEXAS



*Office of The Chief Disciplinary Counsel*

January 19, 2005

Re:  **THOMAS M. MELSHEIMER;**
     **State Bar Number- 13922550**

To Whom It May Concern:

This is to certify that THOMAS M. MELSHEIMER was licensed to practice law in Texas on November 7, 1986 and is an active member in good standing with the State Bar of Texas.

"Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

Dawn Miller
Chief Disciplinary Counsel

DM/kmm



*P.O. Box 12487, Capitol Station, Austin, Texas 78711-2487, (512)463-1463*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) |
| v. | ECF Case |

## AFFIDAVIT OF MATTHEW E. YARBROUGH

Matthew E. Yarbrough, pursuant to Local Civil Rule 3.1(c) of the Local Rules for the United States Courts for the Southern and Eastern Districts of New York, submits this affidavit for admission *pro hac vice* and swears under oath:

1.  This affidavit is submitted in support of the motion of defendants Sulaiman Abdul Aziz Al Rajhi, Saleh Abdul Aziz Al Rajhi, Abdullah Sulaiman Al Rajhi, Khalid Sulaiman Al Rajhi, and Omar Sulaiman Al Rajhi motion for an order permitting me to appear in this case *pro hac vice*.

2.  I am a member of Fish and Richardson, P.C. at 5000 Bank One Center, 1717 Main St., Dallas, TX 75201.

3.  I am a member in good standing of the State Bar of Texas.

4.  Attached hereto is a certificate of good standing from the states in which I am admitted to practice.

Dated this 25th day of January, 2005

_____
Matthew E. Yarbrough

Sworn to before me this 25th day of January, 2005

_____
Notary Public



CYNTHIA HART
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 6-11-2005

# STATE BAR OF TEXAS



*Office of The Chief Disciplinary Counsel*

January 19, 2005

Re: **MATTHEW E. YARBROUGH;**
     **State Bar Number- 00789741**

To Whom It May Concern:

This is to certify that MATTHEW E. YARBROUGH was licensed to practice law in Texas on May 6, 1994 and is an active member in good standing with the State Bar of Texas.

"Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

*Dawn Miller*

Dawn Miller
Chief Disciplinary Counsel

DM/kmm



*P.O. Box 12487, Capitol Station, Austin, Texas 78711-2487, (512)463-1463*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001     |     03 MDL 1570 (RCC)
ECF Case

       v.

## <u>AFFIDAVIT OF JOHN M. HELMS</u>

John M. Helms, pursuant to Local Civil Rule 3.1(c) of the Local Rules for the United States Courts for the Southern and Eastern Districts of New York, submits this affidavit for admission *pro hac vice* and swears under oath:

1. This affidavit is submitted in support of the motion of defendants Sulaiman Abdul Aziz Al Rajhi, Saleh Abdul Aziz Al Rajhi, Abdullah Sulaiman Al Rajhi, Khalid Sulaiman Al Rajhi, and Omar Sulaiman Al Rajhi motion for an order permitting me to appear in this case *pro hac vice.*

2. I am a member of Fish and Richardson, P.C. at 5000 Bank One Center, 1717 Main St., Dallas, TX 75201.

3. I am a member in good standing of the State Bar of Texas.

4. Attached hereto is a certificate of good standing from the states in which I am admitted to practice.

Dated this 25 day of January, 2005

_____
John M. Helms

Sworn to before me this 25th day of January, 2005

_____
Notary Public



CYNTHIA HART
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 6-11-2005

# STATE BAR OF TEXAS



*Office of The Chief Disciplinary Counsel*

January 19, 2005

Re:   **JOHN MICHAEL HELMS JR.;**
   **State Bar Number- 09401001**

To Whom It May Concern:

This is to certify that JOHN MICHAEL HELMS JR. was licensed to practice law in Texas on November 2, 1990 and is an active member in good standing with the State Bar of Texas.

"Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

Dawn Miller
Chief Disciplinary Counsel

DM/kmm



## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing MOTION FOR ADMISSION PRO HAC VICE was served on the following individuals by sending copies by first class mail:

Allan Gerson                                    Attorney for Plaintiffs
4221 Lenore Lane, N.W.                          Burnett, et al.
Washington, DC 20008
Facsimile: (202) 966-8557


Michael Barasch                                 Attorneys for Plaintiffs
Barasch McGarry Salzman Penson & Lim            Ashton, et al.
11 Park Place
Nw York, NY 10007
Facsimile: (212) 385-7845


Edward D. Robertson                             Attorneys for Plaintiffs
Mary Winter                                     Burnett, et al.
Bartimus, Frickleton, Robertson & Obetz
200 Madison Ave., Suite 1000
Jefferson City, MO 65101
Facsimile: (573) 659-4460


Michael F. Baumeister                           Attorneys for Plaintiffs
Thea M. Capone                                  Ashton, et al.
Douglas A. Latto
Baumeister & Samuels, P.C.
One Exchange Place, 15th Floor
New York, NY 10006-3008
Facsimile: (212) 363-1346


Aaron J. Broder                                 Attorneys for Plaintiffs
Jonathan C. Reiter                              Ashton, et al.
Broder & Reiter
350 Fifth Ave., Suite 2811
New York, NY 10118
Facsimile: (212) 268-5297

3

MOTION FOR ADMISSION PRO HAC VICE
ECF Case☐

Evan J. Yegelwel
D'Vorah Ben-Moshe
Brown, Terrell, Hogan, Ellis, McClamma,
Yegelwel PA
8th Floor - Blackstone Building
233 East Bay St.
Jacksonville, FL  32202
Facsimile:

Attorneys for Plaintiffs
Havlish, et al.

D. Richard Burbridge
Burbridge and Mitchell
139 E. South Temple, Suite 2001
Salt Lake City, UT  84111
Facsimile: (801) 355-2341

Plaintiffs
Havlish, et al.

Jack D. Cordray
Cordray Law Firm
40 Calhoun Street, Suite 420
P.O. Drawer 22857
Charleston, SC  29413-2857
Facsimile: (843) 853-6330

Attorneys for Plaintiffs
Burnett, et al.

Stephen A. Cozen
Elliott R. Feldman
Sean P. Carter
Cozen O'Connor, P.C.
1900 Market Street
Philadelphia, PA  19103
Facsimile: (215) 665-2013

Attorneys for Plaintiffs
Federal Insurance Co., et al.

Samuel L. Davis
Davis, Saperstein & Salomon, P.C.
375 Cedar Lane
Teaneck, MJ  07666
Facsimile:

Attorneys for Plaintiffs
Burnett, et al.

Clare M. Sproule
Epstein Becker & Green, P.C.
250 Park Avenue
New York, NY  10177-1211
Facsimile: (212) 661-0989

Attorneys for Plaintiffs
Burnett, et al.

4

Robert Conason
Howard Hershenhorn
Gair, Gair, Conason, Steigman & Mackauf
80 Pine Street
New York, NY 10005
Facsimile: (212) 425-7513

Attorneys for Plaintiffs
Burnett, et al.

Gary O. Galiher
Galiher, DeRobertis, Nakamura, Ono &
Takitani
610 Ward Ave., Suite 200
Honolulu, HI 96814
Facsimile: (808) 591-2608

Attorneys for Plaintiffs
Burnett, et al.

Andrea Bierstein
Hanly Conroy Bierstein & Sheridan LLP
415 Madison Avenue
New York, NY 10017
Facsimile: (212) 401-7618

Attorney for Plaintiffs
Burnett, et al.

Robert D. Brain
Don Howarth
Suzelle M. Smith
Howarth & Smith
800 Wilshire Blvd., Suite 750
Los Angeles, CA 90017
Facsimile: (213) 622-0791

Plaintiffs
Burnett, et al., and Havlish, et al.

Harry Huge
The Huge Law Firm PLLC
1001 Pennsylvania Ave., NW
7th Floor
Washington, DC 20004
Facsimile: (202) 318-1261

Attorneys for Plaintiffs
Burnett, et al.

J. David O'Brien
20 Vesey Street, Suite 700
New York, NY 10007
Facsimile: (212) 571-6166

Attorney for Plaintiffs
Tremsky, et al.

David Jaroslawicz
Jaroslawicz & Jaros
150 William Street
New York, NY 10038
Facsimile: (212) 227-5090

Attorneys for Plaintiffs
Ashton, et al.

MOTION FOR ADMISSION PRO HAC VICE
ECF Case☐

5

Paul J. Orfanedes
James F. Peterson
Judicial Watch, Inc.
501 School Street, SW, Suite 725
Washington, DC  20024
Facsimile: (202) 646-5199

Attorneys for Plaintiffs
Burnett, et al.


Justin T. Green
James P. Kreindler
Andrew Maloney
Kreindler & Kreindler LLP
100 Park Avenue
New York, NY  10017
Facsimile: (212) 972-9432

Attorneys for Plaintiffs
Ashton, et al.


Edward H. Rubenstone
Lamm, Rubenstone, Totaro & David, LLC
4 Greenwood Square, Suite 200
P.O. Box 8544
Bensalem, PA  19020-8544
Facsimile: (215) 638-2867

Attorneys for Plaintiffs
Havlish, et al.


Gina Mac Neill
Gina Mac Neill
Law Offices of Jerry S.Goldman &
Associates, P.C.
111 Broadway, 13th Floor
New York, NY  10006
Facsimile: (212) 346-4665

Attorneys for Plaintiffs
Estate of John P. O'Neill, Sr., et al.


Joshua M. Ambush
Helen Louise Hunter
Law Offices of Joshua M. Ambush, LLC
600 Reistertown Rd., Suite 200A
Baltimore, MD  21208
Facsimile: (410) 484-9330

Attorneys for Plaintiffs
Estate of John P. O'Neill, Sr., et al.


Thomas F. Mellon, Jr.
Stephen Corr
Jack Corr
Mellon Webster & Shelly
87 N. Broad Street
Doylestown, PA  18901
Facsimile: (215) 348-0171

Attorneys for Plaintiffs
Havlish, et al.; Burnett, et al.

MOTION FOR ADMISSION PRO HAC VICE
ECF Case☐

J.D. Lee
David Lee
Lee Lee & Lee
422 S. Gay Street
Knoxville, TN 37902
Facsimile: (865) 544-0536

Attorneys for Plaintiffs
Burnett, et al.; Havlish, et al.

Ronald L. Motley
Jodi Westbrook Flowers
Donald A. Migliori
Motley Rice LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC  29465
Facsimile: (843) 216-9450

Attorneys for Plaintiffs
Burnett, et al.; Havlish, et al.

Prof. Paul R. Dubinsky
New York Law School
7 Worth Street
New York, NY  10013
Facsimile: (212) 431-1830

Attorney for Plaintiffs
Estate of John P. O'Neill, Sr., et al.

Floyd Wisner
Paula Jett
Nolan Law Group
20 North Clark Street, 30th Floor
Chicago, IL  60602
Facsimile: (312) 630-4011

Attorneys for Plaintiffs
Salvo, et al.

Anthony M. Sellitto, Jr.
Oliver & Sellitto
205 Bond Street
Asbury Park, NJ  07712
Facsimile: (732) 775-7404

Attorneys for Plaintiffs
Burnett, et al.

Prof. Roger Alford
Pepperdine University School of Law
24255  Pacific Coast Hwy.
Malibu, CA  90263
Facsimile: (310) 506-4063

Attorney for Plaintiffs
Estate of John P. O'Neill, Sr., et al.

7

Vincent F. Pitta
Pryor Cashman Sherman & Flynn LLP
410 Park Avenue, 10th Floor
New York, NY  10022-4441
Facsimile: (212) 326-0806

Attorneys for Plaintiffs
Burnett, et al.

Richard D. Hailey
Ramey & Hailey
3815 River Crossing Parkway, Suite 340
Indianapolis, IN  46240
Facsimile: (317) 848-3259

Plaintiffs
Burnett, et al.,; Havlish, et al

Amy Ficklin DeBrota
William Riley
Riley DeBrota LLP
3815 River Crossing Parkway, Suite 340
Indianapolis, IN  46240
Facsimile: (317) 848-7831

Attorneys for Plaintiffs
Burnett, et al.; Havlish, et al.

Sanford A. Rubenstein
Rubenstein & Rynecki
16 Court Street, Suite 1717
Brooklyn, NY  11241
Facsimile: (718) 522-3804

Attorneys for Plaintiffs
Burnett, et al.

Guy Molinari
John D'Amato
Russo, Scamardella & D'Amato, P.C.
1010 Forest Ave.
Staten Island, NY  10310
Facsimile: (718) 816-8037

Attorneys for Plaintiffs
Burnett, et al.

Paul L. Hoffman
Schonbrun, DeSimone, Seplow, Harris &
Hoffman
723 Ocean Front Walk
Venice, CA  90291
Facsimile: (310) 399-7040

Attorney for Plaintiffs
Burnett, et al.

Kenneth N. Sacks
Sacks & Sacks LLP
150 Broadway
New York, NY  10038
Facsimile: (212) 349-2141

Attorney for Plaintiffs
Burnett, et al.

8

MOTION FOR ADMISSION PRO HAC VICE
ECF Case☐

Silas H. Shultz
Michael Rollins
Shultz & Rollins
1980 E. Fort Lowell Rd., Suite 200
Tucson, AZ 85719
Facsimile:

Attorneys for Plaintiffs
Estate of John P. O'Neill, Sr., et al.

Frank H. Granito, III
Kenneth P. Nolan
Jeanne M. O'Grady
Speiser, Krause, Nolan & Granito
140 E. 45th Street, 34th Floor
New York, NY 10017
Facsimile: (212) 953-6483

Attorneys for Plaintiffs
Ashton, et al.

Michael N. Block
Edward Marcowitz
Andrew Carboy
Sullivan, Papain, Block, McGrath &
Cannavo, P.C.
120 Broadway Ave., 18th Floor
New York, NY 10271
Facsimile: (212) 266-4141

Attorneys for Plaintiffs
Burnett, et al.

Prof. Michael J. Bazyler
Whittier Law School
3333 Harbor Blvd.
Costa Mesa, CA 92626
Facsimile: (714) 444-1854

Attorney for Plaintiffs
Estate of john P. O'Neill, Sr., et al.

Dennis G. Pantazis
Timothy B. Fleming
Lou B. Kisch
Wiggins, Childs, Quinn & Pantazis, PC
7 Dupont Circle, NW, Suite 200
Washington, DC 20036
Facsimile:

Attorneys for Plaintiffs
Havlish, et al.

Donald J. Winder
Winder & Haslam P.C.
175 West 200 South, Suite 4000
P.O. Box 2668
Salt Lake City, UT 84111-2668
Facsimile: (801) 322-2282

Attorney for Plaintiffs
Havlish, et al.

9

David Gersch
Jean E. Kalicki
Brian C. Wilson
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, DC 20004
Facsimile: (202) 942-5999

Attorneys for Defendants
Saudi Economic & Development
Company, International Development
Foundation, and Sheikh Mohammed
Salim bin Mahfouz

Craig Stewart
Arnold & Porter LLP
370 Seventeenth Street
Suite 4500
Denver, Colorado 80202-1370
Facsimile: (212) 715-1399

Attorneys for Defendants
Saudi Economic & Development
Company, International Development
Foundation, and Sheikh Mohammed
Salim bin Mahfouz

Casey Cooper
William Jeffress, Jr.
Jamie Kilberg
Baker Botts LLP
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-7700
Facsimile: (202) 639-7890

Attorneys for Defendants
HRH Prince Sultan Bin Abdulaziz Al-
Saud and HRH Prince Salman Bin
Abdulaziz Al-Saud

Michael Hadeed, Jr.
Becker, Hadeed, Kellogg & Berry
5501 Backlick Road, Suite 220
Springfield, VA 22151
Facsimile: (703) 256-5431

Attorneys for Defendants
Success Foundation, Inc; Muslim World
League Offices-NY; Muslim World
League-VA; and Mohamed S. Omeish

Lynne A. Bernabei
Alan R. Kabat
Bernabei & Katz, PLLC
1773 T Street, N.W.
Washington, DC 20009-7139
Facsimile: (202) 745-2627

Attorneys for Defendants
Dr. Abdullah M. Al-Turki, Dr. Abullah
Naseef; Dr. Abdullah A-Obaid; Dr.
Abdul Rahman Al Swailem, Sheik Saleh
Al-Hussayen, Sheik Shahir Batterjee;
Mushayt for Trading Company;
Mohammed Ali Sayed Mushayt; Sheik
Hamad Al-Husaini, et. al.

Michael Nussbaum
Bonner, Kiernan, Trebach and Crociataa
1250 Eye Street, N.W.
Washington, DC 20005
Facsimile: (202) 712-7100

Attorneys for Defendants
Khalid Bin Mahfouz

10

Michael G. Biggers
Bryan Cave, LLP
1290 Avenue of the Americas
New York, NY 10104-3300
Facsimile: (212) 541-4630

Attorneys for Defendants
Prince Naif bin Abdulaziz Al-Saud

James M. Cole
James J. Murphy
Bryan Cave, LLP
700 Thirteenth Street N.W.
Washington, DC 20005-3960
Facsimile: (202) 508-6200

Attorneys for Defendant
Prince Naif Bin Abdulaziz Al-Saud

Ashraf W. Nubani
Busch & Nubani, P.C.
5029 Backlick Road, Suite A
Annandale, VA 22003
Facsimile: (703) 658-9200

Attorneys for Defendants
AL Haramain Islamic Foundation

Kenneth A. Caruso
Marvin R. Lange
Jeffrey I. Wasserman
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
Facsimile: (646) 710-5581

Attorneys for Defendant
Yousef Jameel

T. Barry Kingham
Daria M. Ciaputa
Jesse Clarke
Curtis Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178
Facsimile:

Attorneys for Defendants
HRH Prince Abdullah Al Faisal Bin
Abdulaziz Al Saud, Alfaisaliah Group,
Faisal Group Holding Co., et. al

Matthew Kirtland
Fulbright & Jaworski LLP
801 Pennsylvania Avenue, N.W.
Washington, DC 20004
Facsimile: (202) 662-4643

Attorneys for Defendants
Nimir Petroleum LLC

11

MOTION FOR ADMISSION PRO HAC VICE
ECF Case☐

John C. Millian
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Facsimile: (202) 530-9566

Attorneys for Defendants
Salamiddin Abduljawad


Wilmer Parker, III
Gillen Parker & Withers LLC
One Securities Centre, Suite 1050
3490 Piedmont Road, NE
Atlanta, GA 30305-1743
Facsimile:

Attorneys for Defendants
Mar-Jac Poultry, Inc.


Roger C. Simmons
Victor E. Cretella, III
Gordon & Simmons, LLC
131 West Patrick Street
P.O. Box 430
Frederick, MD 21705-0430
Facsimile: (301) 698-0392

Attorneys for Defendants
Zahir H. Kazmi


Nancy Luque
Donna Sheinbach
Gray Cary Ware & Freidenrich LLP
1625 Massachusetts Avenue, N.W., Suite 300
Washington, DC 20036
Facsimile: (202) 237-7701

Attorneys for Defendants
African Muslim Agency, Heritage
Education Trust, International Institute
of Islamic Thought, Mar-Jac
Investments, et al


Maher Hanania
Angela Hensley
Hanania & Khader
6066 Leesburg Pike, Suite 101
Falls Church, VA 22041
Facsimile: (703) 778-2407

Attorneys for Defendants
Abdul Rahman Al-Almoudi; Tarik
Handi, World Assembly of Muslim
Youth; Mohammed Hussein Al Almoudi
and Taibah International Aid Association


Stephen J. Brogan
Timothy J. Finn
James E. Gauch
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
Facsimile: (202) 626-1700

Attorneys for Defendants
Saudi Binladin Group, Inc, Bakr M. Bin
Laden, Omar Bin Laden, Tarek M. Bin
Laden and Khalid Bin Mahfouz


12

E. Michael Bradley
Geoffrey S. Stewart
JONES DAY
222 East 41st Street
New York, NY 10017-6702
Facsimile: (212) 755-7306

Attorneys for Defendants
Saudi Binladin Group, Inc., Bakr M. Bin
Laden, Omar Bin Laden, Tarek M. Bin
Laden, Khalid Bin Mahfouz

Joshua L. Dratel, P.C.
Joshua L. Dratel, P.C.
14 Wall Street, 28th Floor
New York, NY 10005
Facsimile: (212) 571-6341

Attorney for Defendant
Sami Omar Al-Hussayen

David C. Frederick
Michael J. Guzman
Mark C. Hansen
Kellogg, Huber, Hansen, Todd & Evans,
P.L.L.C.
Summer Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036-3209
Facsimile:

Attorneys for Defendant
Prince Turki Al-Faisal Bin Abdulaziz
Al-Saud, Prince Bandar bin Sultan bin
Abdulaziz, Princess Haifa Al Faisal and
The Kingdom of Saudi Arabia

Omar T. Mohammedi
Law Firm of Omar T. Mohammedi
200 Madison Avenue, Suite 1901
New York, NY 10016-3903
Facsimile: (212) 725-9160

Attorneys for Defendants
World Assembly of Muslim Youth and
WAMY International

Richard T. Marooney
Jeanette M. Viggiano
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
Facsimile: (212) 556-2222

Attorneys for Defendant
Arab Bank PLC

Khurrum Wahid
Law Firrm of Omar T. Mohammedi
2201 NE 52nd Street, Suite 205
Lighthouse Point, FL 33064
Facsimile:

Attorneys for Defendants
World Assembly of Muslim Youth and
WAMY International

13

MOTION FOR ADMISSION PRO HAC VICE
ECF Case☐

Martin F. McMahon
Christopher Smith
Stephanie Wall Fell
Martin F. McMahon & Associates
1150 Connecticut Avenue, N.W., Suite 900
Washington, DC 20036
Facsimile: (202) 828-4130

Attorneys for Defendants
Saleh Abdullah Kamei, Al Baraka
Investment & Development Corp,
International Islamic Relief
Organization, Rabita Trust, Dallah Al
Baraka Group, LLC, Makkah
Mukarrahman Charity Trust and Wael
Jalaidan

Thomas P. Steindler
Stanton D. Anderson
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC 20005-3096
Facsimile: (202) 756-8087

Attorneys for Defendant
Yassin Abdullah Al Kadi

Ronald S. Liebman
Mitchell Berger
Patton Boggs LLP
2550 M Street, N.W.
Washington, DC 20037
Facsimile: (202) 457-6315

Attorneys for Defendant
National Commercial Bank

Lawrence S. Robbins
Roy T. Englert, Jr.
Robbins, Russell, Englert, Orseck &
Untereiner LLP
1801 K Street, NW, Suite 411
Washington, DC 20006
Facsimile: (202) 775-4510

Attorneys for Defendant
Saudi High Commission

Brian H. Polovoy
Daniel M. Segal
Henry Weisburg
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069
Facsimile: (646) 848-4843

Attorneys for Defendant
Saudi American Bank

Kama Hussein Shoukry
Hussein Shoukry Law Firm
Adham Commercial Center, 9th Floor
Medina Road
P.O. Box 667
Jeddah 21421, Saudi Arabia
Facsimile:

Attorneys for Defendant
HRH Prince Mohamed al Faisal al Saud

14

Christopher T. Lutz
Steptoe & Johnson , L.L.P.
1330 Connecticut Ave., N.W.
Washington, D.C. 20036
Facsimile: (202) 429-3902

Attorneys for Defendant
Mohammad Bin Abdullah Aljomaih


Sarah S. Normand
United States Attorney's Office
86 Chambers Street, Third Floor
New York, NY 10007
Facsimile: (212) 637-2717


Elizabeth J. Shapiro
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Facsimile: (202) 616-8470


Christopher M. Curran
Nicole E. Erb
White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005
Facsimile: (202) 639-9355

Attorneys for Defendants
Al Rajhi Banking & Investment
Corporation


Tim McCarthy
James J. McGuire
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787
Facsimile: (212) 354-8113

Attorneys for Defendant
DMI Administrative Services, S.A.


Gerald A. Feffer
Peter J. Kahn
Thomas C. Viles
Williams & Connolly L.L.P.
725 12th Street, N.W.
Washington, DC 20005
Facsimile: (202) 434-5245

Attorneys for Defendant
Abdul Rahman Bin Kahlid Bin Mafouz


15

David P. Donovan
Wilmer Cutler Pickering Hale and Dorr
LLLP
1600 Tysons Boulevard, 10th Floor
McLean, VA 22102
Facsimile: (202) 663-6363

Attorneys for Defendant
HRH Prince Mohamed Al Faisal Al
Saud


Louis R. Cohen
Shirley Woodward
Wilmer Cutler Pickering Hale and Dorr LLP
2445 M Street, N.W.
Washington, DC 20037
Facsimile: (202) 663-6363

Attorneys for Defendants
HRH Prince Mohamed Al Faisal Al
Saud


Matthew Previn
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
Facsimile: (202) 663-6363

Attorneys for Defendant
HRH Prince Mohamed Al Faisal Al
Saud


Facsimile:


on January 31, 2005.

_____

Valentin Figueroa

90108566.doc