UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――x

In re Terrorist Attacks on September 11, 2001

03 MD 1570 (RCC)
ECF Case

―――――――――――――――――――――――x

This document relates to: *Continental Casualty Co. et al. v. Al Qaeda Islamic Army*, 04-CV-5970 (RCC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-7-05

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to F.R.C.P. 41(a)(1), plaintiffs hereby voluntarily dismiss without prejudice their claims in the above referenced action against defendants International Development Foundation, Mohammed Salim bin Mahfouz, and Saudi Economic and Development Company. All parties will bear their own attorneys' fees, costs, and expenses.

Dated: January 27, 2005
New York, New York

FERBER FROST CHAN & ESSNER, LLP

By:_____
Robert M. Kaplan (RK 1428)
530 Fifth Avenue, 23rd Floor
New York, New York 10036-5101
Telephone: (212) 944-2200

Attorneys for Plaintiffs

**SO ORDERED:**

_____
U.S.D.J.

February 7, 2005

61262