PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES



**COZEN**
**O'CONNOR**  *ECF*
ATTORNEYS

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com

Sean P. Carter
Direct Phone   215.665.2105
Direct Fax      215.701.2105
scarter@cozen.com

January 31, 2005

**VIA FEDERAL EXPRESS**

The Honorable Richard C. Casey
United States District Court for the District
Of New York
United States Courthouse
500 Pearl Street, Room 1950
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-7-05
```

*In Re:  Terrorist Attack on September 11, 2001*, 03 MDL 1570 (RCC)
*Federal Insurance Company, et al. v. Al Qaida, et al.*, 03 CV 6978 (RCC)

Dear Judge Casey:

In accordance with the Court's January 24, 2005 Letter Order, I write to advise the Court that the Federal Insurance plaintiffs withdraw their opposition to the briefing schedule proposed in Al Rajhi Banking & Investment Corporation's December 30, 2004 Letter Motion. At the time the Federal Insurance plaintiffs filed their Opposition to that Motion, the Court had not yet rendered its decision on al Rajhi Bank's Motion to Dismiss the Burnett action. The Federal Insurance plaintiffs did not know when the Court would be able to issue a decision on that Motion, and were concerned that their action would fall needlessly far behind the Burnett case. In view of the issuance of the Court's January 18, 2005 Decision and Order, the briefing schedule proposed in Al Rajhi Bank's December 30, 2004 letter will not substantially delay progress in any of the actions. Accordingly, the Federal Insurance plaintiffs consent to that proposed briefing schedule.

The Honorable Richard C. Casey
January 31, 2005
Page 2

_____

      The undersigned has spoken with counsel for Al Rajhi Bank, and confirmed the consent of the <u>Federal Insurance</u> plaintiffs to the briefing schedule outlined in al Rajhi Bank's December 30, 2004 Letter Motion.

                            Respectfully,

                            COZEN O'CONNOR

                            BY:   SEAN P. CARTER

SPC/bdw
cc:    All Counsel of Record


                MEMO ENDORSED

*[signed] Richard Casey*
2/7/05