**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____
                                              )
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001   )    No. 03 MDL 1570 (RCC)
                                              )    ECF Case
_____)

This document relates to:
    ASHTON, *et al.* v. AL QAEDA ISLAMIC ARMY, *et al.*, Case No. 02-CV-6977;
    BURNETT, *et al.* v. AL BARAKA INVESTMENT & DEVELOPMENT CORP., *et al.*, Case No. 03-CV-5738;
    ESTATE OF O'NEILL, *et al.* v. AL BARAKA INVESTMENT AND DEVELOPMENT CORP., *et al.*, Case No. 04-CV-1923;
    SALVO, *et al.* v. AL QAEDA ISLAMIC ARMY, *et al.*, Case No. 03-CV-5071; and
    TREMSKY, *et al.* v. OSAMA BIN LADEN, *et al.*, Case No. 02-CV-7300.

## ORDER

Upon consideration of Defendant Al Haramain Islamic Foundation, Inc.'s Motion to Dismiss the Consolidated Personal Injury Complaints (Feb. 7, 2005), any response, and the entire record herein, it this _____ day of _____, 2005, hereby

**ORDERED**, that Defendant's Motion to Dismiss the Consolidated Personal Injury Complaints shall be, and hereby is **GRANTED**.

_____
Honorable Richard Conway Casey
United States District Judge