IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THOMAS E. BURNETT SR., *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) C.A. No. 02-CV-01616 (JR) |
| AL BARAKA INVESTMENT AND DEVELOPMENT CORPORATION, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

**DEFENDANT AL HARAMAIN ISLAMIC FOUNDATION, INC.'S**
**NOTICE OF STATUS**

Defendant Al Haramain Islamic Foundation, Inc. (D56) ("AHIF"), through undersigned

counsel, respectfully submit its Notice of Status, which is submitted in connection with its

pending Motion to Dismiss, and to provide updated information to this Court prior to a hearing

on this matter scheduled for June 24, 2003.

Through early 2003, AHIF had four board members: Perouz Sedaghaty, Soliman

Albut'he, Aqeel al-Aqeel and Mansour Al-Kadi. See AHIF Mot. to Dismiss, Ex. 2 (Articles of

Incorporation, Feb. 11, 1999). At the request of the AHIF Board, two of the Saudi members,

who were also on the board of the al-Haramain Islamic Foundation (Saudi Arabia) (D54),

resigned from the board of AHIF. See M. Al-Kadi, Letter of Resignation (effective Feb. 22,

2003); A. Al-Aqeel, Letter of Resignation (effective Mar. 27, 2003) (attached and incorporated

herein as Exhibits 1-2). Therefore, there are no longer any board members of AHIF, who are

also board members of the al-Haramain Islamic Foundation (Saudi Arabia).

**Exhibit 4**

The remaining two board members of AHIF, neither of whom is an officer of the Saudi charity, are now in the process of re-forming the board, to add one or more board members who will be American citizens.

Respectfully submitted,

/S/ Lynne Bernabei

Lynne Bernabei   D.C. Bar No. 938936
Alan R. Kabat   D.C. Bar No. 464258
Bernabei & Katz, PLLC
1773 T Street, N.W.
Washington, D.C. 20009-7139
(202) 745-1942

Attorneys for Defendant
   Al Haramain Islamic Foundation, Inc. (D56)

Dated:  June 23, 2003

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2003, I caused a paper copy of Al Haramain Islamic Foundation, Inc.'s Notice of Status, to be served by first-class mail, postage prepaid, upon:

Edward D. Robertson
Mary Doerhoff Winter
Bartimus, Frickleton, Robertson & Obetz
200 Madison Street
Suite 1000
Jefferson City, MO 65101

William H. Narwold
Cummings & Lockwood, LLC
CityPlace I
185 Asylum Street
Hartford, CT 06103

Andrea Bierstein
Hanly & Conroy, LLP
415 Madison Avenue
New York, NY 10017

/S/ Alan R. Kabat
_____
Alan R. Kabat

3

Resignation from the Board of Directors of Al Haramain Foundation, Inc. an Oregon Non-Profit Corporation

I Mansuor Al-Kadi effectively resigned from Al Haramain foundation Inc.

Effective 22nd day of February 2003 (Dhul Hijjah 20, 1423).


Mansuor Al-Kadi

22/2/2003

**Exhibit 1**
AHIF's Notice of Status

Resignation from the Board of Directors of Al Haramain Foundation, Inc. an Oregon
Non-Profit Corporation
I Ageel Al-Ageel effectively resigned from Al Haramain foundation Inc.

Effective


Ageel Al-Ageel

3  27  2003


Exhibit 2
AHIF's Notice of Status