**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____
                                                    )
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001       )     No. 03 MDL 1570 (RCC)
                                                    )     ECF Case
_____)

This document relates to:
    ASHTON, *et al.* v. AL QAEDA ISLAMIC ARMY, *et al.*, Case No. 02-CV-6977;
    BURNETT*, et al.* v. AL BARAKA INVESTMENT & DEVELOPMENT CORP.*, et al.*, Case No.
        03-CV-5738;
    SALVO*, et al.* v. AL QAEDA ISLAMIC ARMY*, et al.*, Case No. 03-CV-5071; and
    TREMSKY*, et al.* v. OSAMA BIN LADEN*, et al.*, Case No. 02-CV-7300.

## **ORDER**

Upon consideration of Defendant Perouz Sedaghaty's Motion to Dismiss the Consolidated Personal Injury Complaints (Feb. 7, 2005), any response, and the entire record herein, it this _____ day of _____, 2005, hereby

**ORDERED**, that Defendant's Motion to Dismiss the Consolidated Personal Injury Complaints shall be, and hereby is **GRANTED**.

 

_____
Honorable Richard Conway Casey
United States District Judge