CERTIFICATE

# State of Oregon

OFFICE OF THE SECRETARY OF STATE
Corporation Division

I, BILL BRADBURY, Secretary of State of Oregon, and Custodian of the Seal of said State, do hereby certify:

That the attached copy of the
**Articles of Incorporation**
filed on
**September 5, 1989**
for
**QUR'AN FOUNDATION**
is a true copy of the original document that has been filed with this office.



In Testimony Whereof, I have hereunto set my hand and affixed hereto the Seal of the State of Oregon.

BILL BRADBURY, Secretary of State

By _____
Marilyn R. Smith
January 23, 2003

**Exhibit 2**

Come visit us on the internet at http://www.filinginoregon.com
FAX (503) 378-4381

1101

170 551-87

# ARTICLES OF INCORPORATION
## QUR'AN FOUNDATION

IN THE OFFICE OF THE SECRETARY OF STATE OF THE STATE OF OREGON.
SEP 05 1989
CORPORATION DIVISION

The undersigned, in order to form a nonprofit corporation under Chapter 61 of the Oregon Revised Statutes, hereby signs and verifies the following Articles of Incorporation:

### ARTICLE I.

The name of the corporation is Qur'an Foundation.

### ARTICLE II.

The duration of the corporation shall be perpetual.

### ARTICLE III.

The initial registered office of the corporation is 343 S. Grape Street, Medford, Oregon 97501 and the initial registered agent at such address is Raymond R. Smith. The mailing address to which the Corporation Division of the State of Oregon may mail notices is 343 S. Grape Street, Medford, Oregon 97501.

### ARTICLES IV.

**Section 1. Purposes**: To operate exclusively for religious, charitable, scientific, literary, or educational purposes, within the meaning of Section 501(c)(3) of the Internal Revenue Code of 1954 as amended.

To provide education, information, and opportunities for disseminating information regarding the Qur'an. Further to provide Qur'an oriented social services to the community and to conduct seminar, maintain libraries, hold retreats and other

ARTICLES-1

function for the above purposes.

### Section 2. Limitations:

2.1  The corporation shall have no capital stock, and no part of its net earnings shall inure to the benefit of any trustee, officer, or member of the corporation, or any private person.

2.2  No member, trustee or officer of the corporation, nor any private individual shall be entitled to share in the distribution of any of the corporate assets upon dissolution of the corporation, or the winding up of its affairs. Upon such dissolution or winding up, all the remaining assets of the corporation shall be distributed by the Board of Trustees for identical uses and purposes to any other organization which would then qualify for exemption under the provisions of Section 501(c)(3) of the Internal Revenue Code of 1956 as amended.

2.3  No substantial part of the activities of the corporation shall be the carrying on of propaganda, or be prohibited to the corporation under Section 501(c)(3), nor shall the corporation engage in, participate in, or intervene in any political campaign on behalf of any candidate for public office.

2.4  Notwithstanding any other provisions of these Articles, the corporation shall not conduct or carry on activities not permitted to conducted or carried on by an organization exempt under Section 501(c)(3) of the Internal Revenue Code as now stated, or as it may be hereafter amended, or by an organization contributions to which are deductible under Section 170(c)(2) of such Code as now stated, or as it may be hereafter amended.

ARTICLES-2

VOID IF ALTERED OR ERASED
VOID IF ALTERED OR ERASED
VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED

Section 3. Powers: In general and subject to such limitations and conditions which are or may be prescribed by law, or in the corporations Articles of Incorporation or Bylaws, the corporation shall have all the powers which are now or hereafter conferred by law upon a corporation organized for the purpose hereinabove set forth, or necessary or incidental to the powers so conferred, or conducive to the attainment of the purposes of the corporation.

ARTICLE V.

Section 4. Management:

4.1 The management of the corporation will be vested in a board of no less than four (4) trustees, whose manner of election to office and terms of office are as follows.

4.2 Trustees shall be elected to office by the then constituted board of trustees, by a majority vote, commencing with the election of a successor board of trustees in place of those named in these articles at the first annual meeting of the board of trustees, said meeting to occur within one year of the date of commencement of operation of the corporation.

4.3 The terms of office shall be for two years from election save for the first board of trustees named herein who shall serve until the first annual meeting.

4.4 The names and addresses of the trustees who shall first manage the corporation until successors are qualified and elected, as provided by these articles and the bylaws are:

ARTICLES-3

VOID IF ALTERED OR ERASED
VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED

1. Dave Rodgers
   2301 South Pacific Hwy.
   P.O. Box 871
   Ashland, Oregon 97520

2. Robert L. Brown
   321 Bridge Street
   Ashland, Oregon 97520

3. Perouz Sadaghaty
   800 Crain Road
   P.O. Box 1075
   Ashland, Oregon 97520

4. Robab Tavalie
   156 1/2 3rd Street
   P.O. Box 765
   Ashland, Oregon 97520

ARTICLES VI.

The authority to make, alter, amend or repeal the bylaws of the corporation is vested in the board of trustees, and may be exercised at any regular or special meeting of the board of trustees.

IN WITNESS WHEREOF, we have hereto set our hands this 22nd day of August, 1989.

_____
INCORPORATOR/TRUSTEE

_____
INCORPORATOR/TRUSTEE

_____
INCORPORATOR/TRUSTEE

R T
_____
INCORPORATOR/TRUSTEE

ARTICLES-4

VOID IF ALTERED OR ERASED
VOID IF ALTERED OR ERASED
VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED

STATE OF OREGON   )
                  ) ss.
County of Jackson )

   We, the undersigned Incorporators/Trustees having been duly sworn on oath do say:
   We are the incorporators and initial trustees of the above named corporation; we have read the foegoing Articles of Incorporation, of Qur'an Foundation, and know the contents thereof and believe them to be true.

_____
INCORPORATOR/TRUSTEE

_____
INCORPORATOR/TRUSTEE

_____
INCORPORATOR/TRUSTEE

_____
INCORPORATOR/TRUSTEE

   SUBSCRIBED AND SWORN before me this 22nd day of August, 1989.

_____
NOTARY PUBLIC
My comm. exp. 2/27/93.

ARTICLES-5