**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____
                                                            )
*IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001    )    No. 03 MDL 1570 (RCC)
                                                            )    ECF Case
_____)

This document relates to:
    CANTOR FITZGERALD ASSOCIATES, LP*, et al.* v. AKIDA INVESTMENT CO., LTD.*, et al.*,
        Case No. 04-CV-7065;
    CONTINENTAL CASUALTY CO.*, et al.* v. AL QAEDA ISLAMIC ARMY*, et al.*, Case No. 04-
        CV-05970;
    EURO BROKERS, INC.*, et al.* v. AL BARAKA INVESTMENT AND DEVELOPMENT CORP.*, et*
        *al.*, Case No. 04-CV-07279;
    FEDERAL INSURANCE CO.*, et al.* v. AL QAIDA*, et al.*, Case No. 03-CV-6978;
    NEW YORK MARINE AND GENERAL INSURANCE CO. v. AL QAIDA*, et al.*, Case No. 04-
        CV-6105; and
    WORLD TRADE CENTER PROPERTIES LLC*, et al.* v. AL BARAKA INVESTMENT AND
        DEVELOPMENT CORP.*, et al.*, Case No. 04-CV-07280.

## **ORDER**

Upon consideration of Defendant Al Haramain Islamic Foundation, Inc.'s Motion to Dismiss the Consolidated Property Damage and Insurance Complaints (Feb. 7, 2005), any response, and the entire record herein, it this _____ day of _____, 2005, hereby

**ORDERED**, that Defendant's Motion to Dismiss the Consolidated Property Damage and Insurance Complaints shall be, and hereby is **GRANTED**.

 

_____
Honorable Richard Conway Casey
United States District Judge