# CERTIFICATE

# State of Oregon

OFFICE OF THE SECRETARY OF STATE
Corporation Division

I, BILL BRADBURY, Secretary of State of Oregon, and Custodian of the Seal of said State, do hereby certify:

That the attached copy of the
**Articles of Incorporation**
filed on
**February 11, 1999**
for
**AL HARAMIAN ISLAMIC FOUNDATION, INC.**
is a true copy of the original document
that has been filed with this office.



In Testimony Whereof, I have hereunto set my hand and affixed hereto the Seal of the State of Oregon.

BILL BRADBURY, Secretary of State

By _____
Marilyn R. Smith
January 23, 2003

**Exhibit 3**

# ARTICLES OF INCORPORATION
## OF
## Al Haramian Islamic Foundation, Inc.

FEB 1 1 1999

OREGON
SECRETARY OF STATE

The undersigned, in order to form a nonprofit public benefit corporation under Chapter 65 of the Oregon Revised Statutes, hereby sign and verify the following Articles of Incorporation:

### ARTICLE I. NAME AND DURATION

The name of this Nonprofit Corporation is Al Haramian Islamic Foundation, Inc. Its duration shall be perpetual.

### ARTICLE II. PURPOSES

The corporation is organized as a public benefit corporation exclusively for religious humanitarian educational and charitable purposes as defined in Section 501(c)(3) of the Internal Revenue Code, and ORS 65.036 of the Oregon Revised Code. The corporation shall not carry on any activities which are not permitted by the Internal Revenue Code for such corporations which are exempt from federal income tax and to which contributions are deductible for federal income tax purposes.

Al Haramian Islamic Foundation, Inc., stands against terrorism, injustice, or subversive activities in any form, and shall not support any statement or acts of terrorism. Al Haramian Islamic Foundation, Inc., believes such conduct is contrary to Islamic principles.

### ARTICLE III. REGISTERED AGENT; ADDRESS FOR NOTICES

Section 1. Registered Agent:

The registered office and the registered agent are:

Perouz Seda Ghaty, 1257 Siskiyou Blvd. #224, Ashland, OR 97520

Section 2. Address for Notices:

The address to which notices from the Corporation Division and other persons and entities may be mailed is:

1257 Siskiyou Blvd. #224, Ashland, OR 97520

### ARTICLE IV. GOVERNANCE AND LIMITATIONS

Section 1. Governance:

The Corporation shall have no membership or voting members. All powers shall be exercised by its Board of Directors, in accordance with the corporation's duly adopted by-laws. The board of directors may authorize an executive committee to exercise some or all of the powers which would otherwise be exercised by the board, and such committee shall then have the duties and responsibilities of the directors.

Section 2. Limitations:

2.1 The corporation shall have no capital stock, and no part of its net earnings shall inure to the benefit of any director, trustee, officer, or member of the corporation, or any private individual.

541-779-4589

RB
2-11

ARTICLES OF INCORPORATION - PAGE 1

2.2    No director, member, trustee or officer of the corporation, nor any private individual shall be entitled to share in the distribution of any of the corporate assets upon dissolution of the corporation, or the winding up of its affairs. Upon such dissolution or winding up, all the remaining assets of the corporation shall be distributed by the Board of Directors to any other nonprofit organization which would then qualify for tax exemption under the provisions of the Internal Revenue Code.

2.3    No substantial part of the activities of the corporation shall be the carrying on of propaganda, or otherwise attempting to influence legislation except as may be permitted by the Internal Revenue Code, and the corporation shall not participate in, or intervene in (including the publication or distribution of statements) any political campaign on behalf of any candidate for public office.

2.4    Notwithstanding any other provisions of these Articles, the corporation shall not conduct or carry on activities not permitted to be conducted or carried on by a nonprofit organization exempt under the Internal Revenue Code, or by an organization for which contributions are deductible under such Code.

## ARTICLE V.  GENERAL POWERS

In general, and subject to such limitations and conditions which are or may be prescribed by law, or in the corporation's Articles of Incorporation or Bylaws, the corporation shall have all powers which are now or hereafter conferred by law upon a corporation organized for the purpose hereinabove set forth, or necessary or incidental to the powers so conferred, or conducive to the attainment of the purpose of the corporation.

## ARTICLE VI. BOARD OF DIRECTORS AND OFFICERS

### Section 1. Number:

The Board of Directors shall consist of not less than three nor more than five persons in whom all the powers of the Corporation shall be vested.

### Section 2. Names and Addresses:

Ageel Al-Ageel, 1257 Siskiyou Blvd., #212, Ashland, OR 97520, 541-482-1116
Mansuor Al-Kadi, 1257 Siskiyou Blvd., #212, Ashland, OR 97520, 541-482-1116
Soliman H.S. Al-Buthe, 1257 Siskiyou Blvd., #212, Ashland, OR 97520, 541-482-1116
Perouz Seda Ghaty, 1257 Siskiyou Blvd., #224, Ashland, OR 97520, 541-488-8371

Each Director has consented to this appointment

### Section 3. Terms:

Each elected member of the Board shall serve for a maximum initial term of five years, and shall be eligible for re-election as the board shall provide in the corporation's by-laws.

### Section 4. Vacancies:

Vacancies shall be filled by majority vote of the members of the board. Vacancies occur when a Board Member's term expires, when he or she moves out of the service area, dies, resigns, is removed with or without cause, or fails to meet attendance standards for board meetings, subject to the corporation's by-laws.

### Section 5. Officers:

The board of directors may designate Officers in the corporation's by-laws.

VOID IF ALTERED OR ERASED    VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED

## ARTICLE VII. LIMITS OF LIABILITY AND INDEMNITY; CONDUCT

### Section 1. Board Members Not Liable:

The private property of the officers and members of the Board of Directors of this Corporation shall not be subject to the payment of corporate debts or liabilities to any extent whatsoever, regardless of how such debts or liabilities are incurred.

### Section 2. Indemnity and Defense of Board Members:

The Corporation shall defend and indemnify for any liability asserted or established by any person or organization other than this corporation against an officer or board member for acts or omissions alleged to have occurred in the scope of said board member's duties to the Corporation. No indemnification or defense may be provided to any such officer or director for claims based upon his or her taking of any improper personal benefit from this corporation.

### Section 3. Standards of Conduct:

No person shall be indemnified and defended by the corporation, unless otherwise required by law, unless he or she has acted in good faith, with the care of an ordinarily prudent person, in a manner reasonably believed to have been in the best interests of the corporation.

## ARTICLE VIII. AMENDMENT

The authority to make, alter, amend or repeal the by-laws is vested in the Board of Directors, and may be exercised at any regular or special meeting of the Board.

## ARTICLE VIX. PROPERTY DISPOSITION

Upon the dissolution of the organization, assets shall be distributed for one or more exempt purposes within the meaning of section 501(c)(3) of the Internal Revenue Code, or corresponding section of any future federal tax code, or shall be distributed to the federal government, or to a state or local government, for a public purpose. Any such assets not disposed of shall be disposed of by the Court of Common Pleas of the county in which the principal office of the organization is then located, exclusively for such purposes or to such organization or organizations, as said Court shall determine, which are organized and operated exclusively for such purposes.

**WHEREFORE**, I, Perouz Seda Ghaty, declare under penalties of perjury that the undersigned hereby states that I have obtained the consent of each director named to serve, and have examined the foregoing and, to the best of my knowledge and belief, it is true, correct, and complete as adopted by the incorporator at its meeting held on 2-9-99, 1999.

Signed this 9 day of FEBRUARY, 1999.

PEROUZ SEDA GHATY, INCORPORATOR
1257 Siskiyou Blvd. #224, Ashland, OR 97520
541-488-8371

STATE OF OREGON  )
                 ) ss
County of Jackson )

This instrument was acknowledged before me on this 9th day of February, 1999.

K M Smitherman
Notary Public for Oregon - My Commission Expires: 10/26/2002

OFFICIAL SEAL
K M SMITHERMAN
NOTARY PUBLIC - OREGON
COMMISSION NO. 317427
MY COMMISSION EXPIRES OCT. 26, 2002

VOID IF ALTERED OR ERASED
VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED

# CERTIFICATE

# State of Oregon

## OFFICE OF THE SECRETARY OF STATE
### Corporation Division

I, BILL BRADBURY, Secretary of State of Oregon, and Custodian of the Seal of said State, do hereby certify:

That the attached copy of the
**Restated**
**Articles of Incorporation**
filed on
**March 8, 1999**
for
**AL HARAMIAN ISLAMIC FOUNDATION, INC.**
changing the name to
**AL HARAMAIN ISLAMIC FOUNDATION, INC.**
is a true copy of the original document
that has been filed with this office.



In Testimony Whereof, I have hereunto set my hand and affixed hereto the Seal of the State of Oregon.

BILL BRADBURY, Secretary of State

By _____
Marilyn R. Smith
January 23, 2003



Phone: (503) 986-2200
Fax: (503) 378-4381

**Secretary of State**
Corporation Division
255 Capitol St. NE, Suite 151
Salem, OR 97310-1327

**Restated Articles of Incorporation—Business/Professional/Nonprofit**

Check the appropriate box below:

☐ BUSINESS/PROFESSIONAL CORPORATION
(Complete only 1, 2, 3, 4, 6, 7)

☒ NONPROFIT CORPORATION
(Complete only 1, 2, 3, 5, 6, 7)

For office use only

**FILED**

MAR 0 8 1999

OREGON
SECRETARY OF STATE

Registry Number: 674259-84

Attach Additional Sheet if Necessary
Please Type or Print Legibly in Black Ink

1) **NAME OF CORPORATION PRIOR TO AMENDMENT** Al Haramian Islamic Foundation, Inc.

2) **NEW NAME OF THE CORPORATION** (if changed) Al Haramain Islamic Foundation, Inc.

3) **A COPY OF THE RESTATED ARTICLES MUST BE ATTACHED**

### BUSINESS/PROFESSIONAL CORPORATION ONLY

4) **CHECK THE APPROPRIATE STATEMENT**

☐ The restated articles contain amendments which do not require shareholder approval. The date of the adoption of the amendments and restated articles was _____, 19___. These amendments were duly adopted by the board of directors.

☐ The restated articles contain amendments which require shareholder approval. The date of the adoption of the amendments and restated articles was _____, 19___. The vote of the shareholders was as follows:

| Class or series of shares | Number of shares outstanding | Number of votes entitled to be cast | Number of votes cast FOR | Number of votes cast AGAINST |
|---|---|---|---|---|
|  |  |  |  |  |

☐ The corporation has not issued any shares of stocks. Shareholder action was not required to adopt the restated articles. The restated articles were adopted by the incorporators or by the board of directors.

### NONPROFIT CORPORATION ONLY

5) **CHECK THE APPROPRIATE STATEMENT**

☒ The restated articles contain amendments which do not require membership approval. The date of the adoption of the amendments and restated articles was 2/12, 1999. These amendments were duly adopted by the board of directors.

☐ The restated articles contain amendments which require membership approval. The date of the adoption of the amendments and restated articles was _____, 19___. The vote of the members was as follows:

| Class(es) entitled to vote | Number of members entitled to vote | Number of votes entitled to be cast | Number of votes cast FOR | Number of votes cast AGAINST |
|---|---|---|---|---|
|  |  |  |  |  |

6) **EXECUTION**

Printed Name: Perouz Seda Ghaty

Signature: [signature]

Title: Incorporator

7) **CONTACT NAME**: Perouz Seda Ghaty

**DAYTIME PHONE NUMBER**: 541-482-8371

RB
3-8

**FEES**
Make checks for $10 payable to "Corporation Division."

NOTE: Filing fees may be paid with VISA or MasterCard. The card number and expiration date should be submitted on a separate sheet for your protection.

CR114 (Rev 8/96)

**VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED**

# RESTATED ARTICLES OF INCORPORATION
# OF
# Al Haramain Islamic Foundation, Inc.

674259-84

FILED
MAR 0 5 1999
OREGON
SECRETARY OF STATE

The undersigned, in order to form a nonprofit public benefit corporation under Chapter 65 of the Oregon Revised Statutes, hereby sign and verify the following Restated Articles of Incorporation:

## ARTICLE I. NAME AND DURATION

The name of this Nonprofit Corporation is Al Haramain Islamic Foundation, Inc. Its duration shall be perpetual.

## ARTICLE II. PURPOSES

The corporation is organized as a public benefit corporation exclusively for religious humanitarian educational and charitable purposes as defined in Section 501(c)(3) of the Internal Revenue Code, and ORS 65.036 of the Oregon Revised Code. The corporation shall not carry on any activities which are not permitted by the Internal Revenue Code for such corporations which are exempt from federal income tax and to which contributions are deductible for federal income tax purposes.

Al Haramain Islamic Foundation, Inc., stands against terrorism, injustice, or subversive activities in any form, and shall oppose any statement or acts of terrorism. Al Haramain Islamic Foundation, Inc., believes such conduct is contrary to Islamic principles.

## ARTICLE III. REGISTERED AGENT; ADDRESS FOR NOTICES

### Section 1. Registered Agent:

The registered office and the registered agent are:

Perouz Seda Ghaty, 1257 Siskiyou Blvd. #224, Ashland, OR 97520

### Section 2. Address for Notices:

The address to which notices from the Corporation Division and other persons and entities may be mailed is:

1257 Siskiyou Blvd. #224, Ashland, OR 97520

## ARTICLE IV. GOVERNANCE AND LIMITATIONS

### Section 1. Governance:

The Corporation shall have no membership or voting members. All powers shall be exercised by its Board of Directors, in accordance with the corporation's duly adopted by-laws. The board of directors may authorize an executive committee to exercise some or all of the powers which would otherwise be exercised by the board, and such committee shall then have the duties and responsibilities of the directors.

### Section 2. Limitations:

2.1   The corporation shall have no capital stock, and no part of its net earnings shall inure to the benefit of any director, trustee, officer, or member of the corporation, or any private individual.

RESTATED ARTICLES OF INCORPORATION - PAGE 1

VOID IF ALTERED OR ERASED   VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED

2.2  No director, member, trustee or officer of the corporation, nor any private individual shall be entitled to share in the distribution of any of the corporate assets upon dissolution of the corporation, or the winding up of its affairs. Upon such dissolution or winding up, all the remaining assets of the corporation shall be distributed by the Board of Directors to any other nonprofit organization which would then qualify for tax exemption under the provisions of the Internal Revenue Code.

2.3  No substantial part of the activities of the corporation shall be the carrying on of propaganda, or otherwise attempting to influence legislation except as may be permitted by the Internal Revenue Code, and the corporation shall not participate in, or intervene in (including the publication or distribution of statements) any political campaign on behalf of any candidate for public office.

2.4  Notwithstanding any other provisions of these Articles, the corporation shall not conduct or carry on activities not permitted to be conducted or carried on by a nonprofit organization exempt under the Internal Revenue Code, or by an organization for which contributions are deductible under such Code.

## ARTICLE V. GENERAL POWERS

In general, and subject to such limitations and conditions which are or may be prescribed by law, or in the corporation's Articles of Incorporation or Bylaws, the corporation shall have all powers which are now or hereafter conferred by law upon a corporation organized for the purpose hereinabove set forth, or necessary or incidental to the powers so conferred, or conducive to the attainment of the purpose of the corporation.

## ARTICLE VI. BOARD OF DIRECTORS AND OFFICERS

### Section 1. Number:

The Board of Directors shall consist of not less than three nor more than five persons in whom all the powers of the Corporation shall be vested.

### Section 2. Names and Addresses:

Aqeel Al-Aqeel, 1257 Siskiyou Blvd., #212, Ashland, OR 97520, 541-482-1116
Mansuor Al-Kadi, 1257 Siskiyou Blvd., #212, Ashland, OR 97520, 541-482-1116
Soliman H.S. Al-Buthe, 1257 Siskiyou Blvd., #212, Ashland, OR 97520, 541-482-1116
Perouz Seda Ghaty, 1257 Siskiyou Blvd., #224, Ashland, OR 97520, 541-482-8371

Each Director has consented to this appointment.

### Section 3. Terms:

Each elected member of the Board shall serve for a maximum initial term of five years, and shall be eligible for re-election as the board shall provide in the corporation's by-laws.

### Section 4. Vacancies:

Vacancies shall be filled by majority vote of the members of the board. Vacancies occur when a Board Member's term expires, when he or she moves out of the service area, dies, resigns, is removed with or without cause, or fails to meet attendance standards for board meetings, subject to the corporation's by-laws.

### Section 5. Officers:

The board of directors may designate Officers in the corporation's by-laws.

674257-84

## ARTICLE VII. LIMITS OF LIABILITY AND INDEMNITY; CONDUCT

### Section 1. Board Members Not Liable:

The private property of the officers and members of the Board of Directors of this Corporation shall not be subject to the payment of corporate debts or liabilities to any extent whatsoever, regardless of how such debts or liabilities are incurred.

### Section 2. Indemnity and Defense of Board Members:

The Corporation shall defend and indemnify for any liability asserted or established by any person or organization other than this corporation against an officer or board member for acts or omissions alleged to have occurred in the scope of said board member's duties to the Corporation. No indemnification or defense may be provided to any such officer or director for claims based upon his or her taking of any improper personal benefit from this corporation.

### Section 3. Standards of Conduct:

No person shall be indemnified and defended by the corporation, unless otherwise required by law, unless he or she has acted in good faith, with the care of an ordinarily prudent person, in a manner reasonably believed to have been in the best interests of the corporation.

## ARTICLE VIII. AMENDMENT

The authority to make, alter, amend or repeal the by-laws is vested in the Board of Directors, and may be exercised at any regular or special meeting of the Board.

## ARTICLE VIX. PROPERTY DISPOSITION

Upon the dissolution of the organization, assets shall be distributed for one or more exempt purposes within the meaning of section 501(c)(3) of the Internal Revenue Code, or corresponding section of any future federal tax code, or shall be distributed to the federal government, or to a state or local government, for a public purpose. Any such assets not disposed of shall be disposed of by the Court of Common Pleas of the county in which the principal office of the organization is then located, exclusively for such purposes or to such organization or organizations, as said Court shall determine, which are organized and operated exclusively for such purposes.

**WHEREFORE**, I, Perouz Seda Ghaty, declare under penalties of perjury that the undersigned hereby states that I have obtained the consent of each director named to serve, and have examined the foregoing and, to the best of my knowledge and belief, it is true, correct, and complete as adopted by the incorporator at its meeting held on 12 - FEB, 1999.

Signed this 12 day of FEB, 1999.

PEROUZ SEDA GHATY, INCORPORATOR
1257 Siskiyou Blvd. #224, Ashland, OR 97520

**STATE OF OREGON** )
) ss
**County of Jackson** )

This instrument was acknowledged before me on this 12th day of February, 1999.

K M Smitherman
Notary Public for Oregon - My Commission Expires: 10/26/2002

OFFICIAL SEAL
K M SMITHERMAN
NOTARY PUBLIC - OREGON
COMMISSION NO. 317427
MY COMMISSION EXPIRES OCT. 26, 2002

VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED