**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____
                                                                        )
*IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001         )        No. 03 MDL 1570 (RCC)
                                                                        )        ECF Case
_____)

This document relates to:
    CONTINENTAL CASUALTY CO.*, et al.* v. AL QAEDA ISLAMIC ARMY*, et al.*, Case No. 04-CV-05970;
    EURO BROKERS, INC.*, et al.* v. AL BARAKA INVESTMENT AND DEVELOPMENT CORP.*, et al.*, Case No. 04-CV-07279;
    FEDERAL INSURANCE CO.*, et al.* v. AL QAIDA*, et al.*, Case No. 03-CV-6978;
    NEW YORK MARINE AND GENERAL INSURANCE CO. v. AL QAIDA*, et al.*, Case No. 04-CV-6105; and
    WORLD TRADE CENTER PROPERTIES LLC*, et al.* v. AL BARAKA INVESTMENT AND DEVELOPMENT CORP.*, et al.*, Case No. 04-CV-07280.

## **ORDER**

Upon consideration of Defendant Perouz Sedaghaty's Motion to Dismiss the Consolidated Property Damage and Insurance Complaints (Feb. 7, 2005), any response, and the entire record herein, it this _____ day of _____, 2005, hereby

**ORDERED**, that Defendant's Motion to Dismiss the Consolidated Property Damage and Insurance Complaints shall be, and hereby is **GRANTED**.

_____
Honorable Richard Conway Casey
United States District Judge