ABSTRACT OF JUDGMENT

Re: HAVLISH, et al. v. bin Laden, et al.

Case Number: 03-Civ.-9848 (GBD) (FM)

| Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained | Name(s) and Address(es) of Parties in whose favor Judgment(s) have been obtained |
|---|---|
| See attached Exhibit A | See attached Exhibit B |

| Amount of Judgment(s) | Name(s) and Address(es) of Attorney(s) | Entry Date of Judgment(s) |
|---|---|---|
| $6,048,513,805.00 | Dennis G. Pantazis<br>WIGGINS CHILDS PANTAZIS FISHER GOLDFARB LLC<br>The Kress Building<br>301 19th Street North<br>Birmingham, AL 35203<br>(205) 314-0500<br><br>Timothy B. Fleming<br>WIGGINS CHILDS PANTAZIS FISHER GOLDFARB PLLC<br>2202 18th Street, NW, #110<br>Washington, DC 20009-1813<br>(202) 467-4489 | October 16, 2012 |

**UNITED STATES OF AMERICA,**
**CLERK'S OFFICE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

I CERTIFY that the foregoing is a correct Abstract of the Judgment

Dated: New York            , New York

**RUBY J. KRAJICK, Clerk of Court**

_____
By, Deputy Clerk