



**MotleyRice**
Jodi Westbrook Flowers
Licensed in SC
DIRECT DIAL 843.216.9163
DIRECT FAX 843.216.9027
JFlowers@motleyrice.com

EeF

February 8, 2005

**VIA HAND DELIVERY**

Hon. Richard Conway Casey
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1350
New York, NY 10007-1312

    Re:    *In re Terrorist Attacks of September 11, 2001*, MDL No. 1570 (RCC);
            *Burnett v. Al Baraka Investment & Development, et al.*, 03 CV 9849 (RCC)
            Yeslam bin Laden's Motion to Dismiss

Dear Judge Casey:

    Pursuant to this Court's letter endorsement of January 27, 2005, instructing Plaintiffs to propose a briefing schedule in *Burnett* as to Yeslam bin Laden's *Pro Se* Motion to Dismiss, Plaintiffs propose that their response to this motion to dismiss be due March 21, 2005, and any reply by Yeslam bin Laden be due May 2, 2005.

                                    Respectfully submitted,

                                    Jodi W. Flowers/MP

                                    Jodi Westbrook Flowers

JWF/crh
cc:    Yeslam bin Laden
        All Counsel of Record

MEMO ENDORSED

*Richard Casey*
February 9, 2005

Motley Rice LLC
Attorneys at Law

28 BRIDGESIDE BLVD.
P.O. BOX 1792
MT. PLEASANT, SC 29465
843-216-9000
843-216-9450 FAX

1750 JACKSON ST.
P.O. BOX 365
BARNWELL, SC 29812
803-224-8800
803-259-7048 FAX

321 SOUTH MAIN ST.
P.O. BOX 6067
PROVIDENCE, RI 02940
401-457-7700
401-457-7708 FAX

9701 LAKE FOREST BLVD.
NEW ORLEANS, LA 70127
504-245-1612
504-245-1816 FAX

ONE CORPORATE CENTER
20 CHURCH ST., 17TH FLOOR
HARTFORD, CT 06103
860-882-1681
860-882-1682 FAX