



**MotleyRice**

Jodi Westbrook Flowers
Licensed in SC
DIRECT DIAL 843.216.9163
DIRECT FAX 843.216.9027
JFlowers@motleyrice.com



February 8, 2005

**VIA HAND DELIVERY**

Hon. Richard Conway Casey
United States District Judge
United States Court House
Southern District of New York
500 Pearl Street
Room 1350
New York, NY 10007-1312

    Re:    *In re Terrorist Attacks on September 11, 2001*, 03-MDL-1570 (RCC)

Dear Judge Casey:

    Counsel for *Burnett* and *Ashton* Plaintiffs have conferred with counsel for National Commercial Bank and the parties have agreed and consented to a ten-day extension of time for the Plaintiffs to respond to National Commercial Bank's Motion to Reconsider, making Plaintiffs' response due February 21, 2005. Plaintiffs respectfully request that the Court endorse this schedule for Plaintiffs' response.

                                    Respectfully,

                                      Jodi W. Flowers /MP

                                    Jodi Westbrook Flowers

JWF/crh
cc:    All Counsel of Record (via email)
        Ronald S. Liebman, Esquire (via email)

MEMO ENDORSED

*[signature] Richard Conway Casey*
February 9, 2005



Motley Rice LLC
Attorneys at Law

28 BRIDGESIDE BLVD.
P.O. BOX 1792
MT. PLEASANT, SC 29465
843-216-9000
843-216-9450 FAX

1750 JACKSON ST.
P.O. BOX 365
BARNWELL, SC 29812
803-224-8800
803-259-7048 FAX

321 SOUTH MAIN ST.
P.O. BOX 6067
PROVIDENCE, RI 02940
401-457-7700
401-457-7708 FAX

9701 LAKE FOREST BLVD
NEW ORLEANS, LA 70127
504-245-1612
504-245-1816 FAX

ONE CORPORATE CENTER
20 CHURCH ST., 17TH FLOOR
HARTFORD, CT 06103
860-882-1681
860-882-1682 FAX