UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case<br><br>**CERTIFICATE OF SERVICE FOR RICO Statements Applicable to**<br><br>**the Kingdom of Saudi Arabia,**<br>**the Directorate of Intelligence for the Kingdom of Saudi Arabia,**<br>**the General Staff for the Kingdom of Saudi Arabia,**<br>**the Intelligence Section (G-2) for the Kingdom of Saudi Arabia,**<br>**the Ministry of State for Internal Affairs for the Kingdom of Saudi Arabia,**<br>**the Ministry of Interior for the Kingdom of Saudi Arabia,**<br>**the Saudi Committee for Support of the Intifada for the Kingdom of Saudi Arabia,**<br>**the Supreme Council of Islamic Affairs for the Kingdom of Saudi Arabia,**<br>**the Council of Ministers for the Kingdom of Saudi Arabia, and**<br>**the Special Committee of the Council of Ministers.** |

*This document relates to:*   Estate of O'Neill, *et al.* v. Kingdom of Saudi Arabia, *et al.*
04 CV 01922 (RCC)

**CERTIFICATE OF SERVICE**

I hereby certify that the RICO statements Applicable to the following parties were served on counsel of record by way of electronic filing in the Southern District of New York on February 9, 2005:

1) Kingdom of Saudi Arabia;
2) The Directorate of Intelligence for the Kingdom of Saudi Arabia;
3) The General Staff for the Kingdom of Saudi Arabia;
4) The Intelligence Section (G-2) for the Kingdom of Saudi Arabia;
5) The Ministry of State for Internal Affairs for the Kingdom of Saudi Arabia;
6) The Ministry of Interior for the Kingdom of Saudi Arabia;
7) The Saudi Committee for Support of the Intifada for the Kingdom of Saudi Arabia;
8) The Supreme Council of Islamic Affairs for the Kingdom of Saudi Arabia;
9) The Council of Ministers for the Kingdom of Saudi Arabia; and
10) The Special Committee of the Council of Ministers.

Dated: February 10, 2005

BY:_____
GINA M. MAC NEILL, ESQUIRE