UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

This document relates to:

*Federal Insurance Co. v. al Qaida*, 03 CV 06978 (RCC)

### NOTICE OF FILING OF CORRECTED EXHIBIT TO AFFIRMATION OF SEAN P. CARTER IN OPPOSITION TO ABDULRAHMAN ALAMOUDI'S MOTION TO DISMISS

On Friday, February 4, 2005, the Federal Plaintiffs filed an Affirmation of Sean P. Carter in Opposition to Abdulrahman Alamoudi's Motion to Dismiss with Exhibits. The Affidavit included seven (7) Exhibits. The seven (7) Exhibits were attached in accordance with the ECF rules, which require each document or attachment to be no larger than two (2) megabytes in size. Exhibit No. 7, which was over nine (9) megabytes in size, was segregated into five (5) Subparts. The Subparts of Exhibit No. 7 were attached as separate documents, and each Subpart was less than two (2) megabytes in size. The ECF system reflected that Exhibit Nos. 1-6 and each Subpart of Exhibit No. 7 were successfully attached. Further, the ECF notification emailed to all attorneys of record reflected Exhibit Nos. 1-6 and Exhibit No. 7 with Subparts 1-5.

Upon email notification from Stephanie Lockwood of Motley Rice LLC on Tuesday, February 8, 2005 at 1:21 p.m., the Federal Plaintiffs learned that Subpart Nos. 4 and 5 of Exhibit No. 7, although identified in the ECF notification, were not accessible as images through the hyperlink. The Federal Plaintiffs have been unable to determine why the ECF system failed to create viable links to Subpart Nos. 4 and 5 of Exhibit No. 7. However, in an effort to remedy this technical problem, the Federal Plaintiffs are resubmitting Subpart Nos. 4 and 5 of Exhibit

No. 7.  Attached to this Notice as Exhibit A is Subpart No. 4 of Exhibit No. 7.  Attached to this Notice as Exhibit B is Subpart No. 5 of Exhibit No. 7.

Dated: Philadelphia, Pennsylvania  
       February 10, 2005

Respectfully submitted,

COZEN O'CONNOR

By:           /s/
STEPHEN A. COZEN, ESQUIRE
ELLIOTT R. FELDMAN, ESQUIRE
SEAN P. CARTER, ESQUIRE
MARK T. MULLEN, ESQUIRE
1900 Market Street
Philadelphia, PA  19103
Tel.:  (215) 665-2000
Fax:  (215) 665-2013

*Attorneys for the Federal Plaintiffs*