UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
IN RE TERRORIST ATTACKS ON                  :
SEPTEMBER 11, 2001                          :           03 MD 1570 (RCC)
                                            :           ECF Case
------------------------------------------------------------x
:
CONTINENTAL CASUALTY CO., et al.,           :
                                            :
          Plaintiffs,                       :           1:04-CV-05970 (RCC)
                                            :           ECF Case
     v.                                     :
                                            :
AL QAIDA ISLAMIC ARMY, et al.,              :
                                            :
          Defendants.                       :
                                            :
------------------------------------------------------------x

**NOTICE OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(2)and 12(b)(6) BY ISLAMIC INVESTMENT COMPANY OF THE GULF (SHARJAH)**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law submitted in support of this, and all prior pleadings and proceedings here, Defendant Islamic Investment Company of the Gulf (Sharjah), by their attorneys Sheppard Mullin Richter & Hampton LLP, will move this Court on _____, 2004, at _____ a.m., or as soon thereafter as counsel may be heard, before the Honorable Richard C. Casey, United States District Judge, United States District Court for the Southern District of New York, at the United States Court House, 500 Pearl Street, New York, New York, for an Order pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing all claims against

Defendant Islamic Investment Company of the Gulf (Sharjah) in the First Amended Complaint with prejudice, and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
February 14, 2005

        Respectfully submitted,
        SHEPPARD MULLIN RICHTER & HAMPTON LLP

        By:_____/s/_____
          James J. McGuire (JM-5390)

         30 Rockefeller Plaza
         Suite 2400
         New York, New York 10112
         (212) 332-3800

         *Attorneys for Defendant*
         *Islamic Investment Company of the Gulf (Sharjah)*

Timothy J. McCarthy
Eric S. O'Connor
Of Counsel