USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2 - 15 05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

In re Terrorist Attacks on September 11, 2001          03 MDL 1570 (RCC)
                                                       ECF Case
-------------------------------------------------------x

CANTOR FITZGERALD & CO., et al.,

                     Plaintiffs,                       04 CV 7065 (RCC)
                                                       ECF Case

          v.

AKIDA BANK PRIVATE LIMITED, et al.,

                     Defendants.
-------------------------------------------------------x

### STIPULATION WITHDRAWING CERTAIN ALLEGATIONS OF PLAINTIFFS' FIRST AMENDED COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned

counsel for plaintiffs and for defendant Prince Mohamed Al Faisal Al Saud ("Prince

Mohamed"), as follows:

1.      During the relevant period, Prince Mohamed was not an official or agent

of the Kingdom of Saudi Arabia (or any other foreign sovereign) and any conduct he

undertook was performed in his individual or personal capacity.

2.      The Court's order of January 18, 2005, which dismissed claims against

Prince Mohamed for lack of personal jurisdiction, as well as any appellate review of that

order, will be deemed applicable to the above referenced action.

DSMDB.1880857.3

Respectfully submitted,

Louis R. Cohen (LC 4012 )
Wilmer Cutler Pickering Hale and Dorr
LLP
2445 M Street N.W.
Washington, D.C. 20037
Tel.: 202-663-6000
Fax: 202-663-6363

Counsel for Prince Mohamed

Dated: February 11, 2005

Kenneth L. Adams (admitted pro hac vice)
Dickstein Shapiro Morin & Oshinsky LLP
1177 Avenue of the Americas
41st Floor
New York, New York 10036-2714
Tel.: 212-835-1400
Fax: 212-997-9880

Counsel for Plaintiffs

Dated: February 11, 2005

SO ORDERED:

Dated: February 15, 2005
New York, New York

The Honorable Richard Conway Casey
United States District Judge