(AIE~ S.

## FOR THE SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------x
                                   :
In Re Terrorist Attacks on September 11, 2001  :   03 MDL 1570 (RCC)
                                   :   ECF Case
-----------------------------------x
                                   :
CONTINENTAL CASUALTY CO., et al.,  :
                                   :
                    Plaintiffs,    :
         v.                        :
                                   :   Case No. 04-CV-5970 (RCC)
AL QAEDA ISLAMIC ARMY, et al.,     :   ECF Case
                                   :
                    Defendants.    :
-----------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-15-05

### CONSENT MOTION AND STIPULATION AS TO EXTENSION OF TIME

WHEREAS, plaintiffs and Islamic Investment Company of the Gulf (Sharjah) ("IICGS") on December 14, 2004, entered into a Stipulation as to Service of Process and Extension of Time to Respond providing that i) plaintiffs would move to voluntarily dismiss the named defendant "Abdulkarim Khaled Uusuf Abdulla" pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure by no later than January 14, 2005; and ii) the time for IICGS to answer or otherwise respond to the Complaint would be extended to and through January 14, 2005; and

WHEREAS, plaintiffs and Islamic Investment Company of the Gulf (Sharjah) ("IICGS") desire to extend the time for plaintiffs to move to voluntarily dismiss the named defendant "Abdulkarim Khaled Uusuf Abdulla" pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and the time for IICGS to answer or otherwise respond to the Complaint, to and through February 14, 2005;

shall move to voluntarily dismiss the named defendant "Abdulkarim Khaled Uusuf Abdulla" pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure by no later than February 14, 2005; and ii) the time for IICGS to answer or otherwise respond to the Complaint shall be extended to and through February 14, 2005. The parties having conferred hereby move the Court to adopt this Stipulation as to Extension of Time.

IT IS FURTHER HEREBY STIPULATED AND AGREED that plaintiffs' response to IICGS' responsive pleading, if any, shall be served within forty-five days of receipt of same from defendant's counsel; and that IICGS shall file reply papers within thirty days of receipt of plaintiffs' opposing papers, if any.

TOTAL P.04

reserve all rights and defenses not specifically addressed hereby.

Dated: New York, New York
February 2, 2005

Respectfully submitted,

FERBER FROST CHAN & ESSNER LLP

By: _____
Robert M. Kaplan
530 Fifth Avenue, 23rd Floor
New York, N.Y. 10036

*Attorneys for Plaintiffs*

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: _____
James J. McGuire (JM 5390)
Timothy J. McCarthy (TM 2118)
30 Rockefeller Plaza, Ste. 2400
New York, N.Y. 10112.

*Attorneys for Defendants*

SO ORDERED:

_____ Feb 15, 2005
U.S.D.J.