UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ESTATE OF JOHN P. O'NEILL, SR. | : | WAIVER OF SERVICE OF SUMMONS |
| | : | |
| v. | : | |
| | : | |
| AL BARAKA, ET AL | : | CASE NO.: 04 CV 1923 (RCC) |
| | : | |

TO:   JERRY S. GOLDMAN & ASSOCIATES, PC
      111 Broadway, 13th Floor
      New York, NY 10006
      Attn: Jerry S. Goldman, Esquire

     I acknowledge receipt of your request that I waive service of a Summons in the action of Estate of John P. O'Neill, Sr. v. Al Baraka, *et al*, which is Case Number 04 CV 1923 (RCC) in the United States District Court for the Southern District of New York. I have also received two (2) copies of the Complaint, in both English and Arabic, two (2) copies of the First Amended Complaint, in both English and Arabic, two (2) copies of the Second Amended Complaint in the action, in English, two (2) copies of this instrument, and a means by which I can return the signed Waiver to you without cost to me.

     I agree to save the cost of service of a Summons and an additional copy of the Complaint in this lawsuit by not requiring that I be served with judicial process in the manner provided by Federal Rules of Civil Procedure Rule 4.

     I will retain all defenses or objections to the action or to the jurisdiction or venue of the Court except for objections based on a defect in the Summons or in the service of the Summons.

     I understand that a judgment may be entered against me if an answer or motion under the Federal Rules of Civil Procedure Rule 12 is not served upon you within sixty (60) days after January 6, 2005 or within ninety (90) days after that date if the request was sent outside of the United States.

_____          By: _____
Date                                 Mohamed Al Faisal Al Saud