USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___2-17-05___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re TERRORIST ATTACKS on          )          03 MDL 1570 (RCC)
SEPTEMBER 11, 2001                  )          ECF Case
                                    )

This document relates to:
Estate of John P. O'Neill, et al v. Al Baraka Inv. & Dev. Corp., et al, 04-CV-1923 (RCC)

### STIPULATION AND ORDER FOR SERVICE OF PROCESS AND SETTING SCHEDULE FOR MUSLIM WORLD LEAGUE A/K/A RABITA AL-ALAM AL-ISLAMI A/K/A ISLAMIC WORLD LEAGUE TO RESPOND TO THE SECOND AMENDED COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for Plaintiffs and for Defendant, Muslim World League a/k/a Rabita Al-Alam Al-Islami a/k/a Islamic World League ("MWL"), subject to the approval of the Court, according to the following terms:

1.      A copy of the summons and Second Amended Complaint, in English, shall be served via Federal Express on counsel for Muslim World League at the following address:

> **Martin F. McMahon, Esquire**
> **1150 Connecticut Ave., NW**
> **Suite 900**
> **Washington, DC 20036**

2.      Muslim World League shall have sixty (60) days from the date of service of the First Amended Complaint to move to dismiss or answer the Second Amended Complaint.

3.      Plaintiffs shall have sixty (60) days from the date on which it is served with Muslim World League's motion to dismiss to serve its opposition to same or serve its response, if required, to the answer.

4.    Muslim World League shall have thirty (30) days from the date on which Muslim World League is served with Plaintiffs' opposition to a motion to dismiss, or response to an answer, to reply to that opposition.

5.    The foregoing schedule is without waiver of any of Muslim World League's defenses, except that Muslim World League does not challenge the sufficiency of process or the sufficiency of Plaintiffs' service of process on Muslim World League in this case if made in compliance with Paragraphs 1-4 above. Muslim World League hereby waives all affirmative defenses, objections and arguments relating to the sufficiency of process and the sufficiency of service of process during the course of this litigation.

Respectfully submitted,

MARTIN F. MCMAHON & ASSOCIATES

Martin F. McMahon, Esquire
1150 Connecticut Ave., NW
Washington, DC 20035
Phone: 202-862-4343
Fax:  202-862-4302

Dated: February ____, 2005

*Counsel for Defendant*
*Muslim World League*

LAW OFFICES OF JERRY S. GOLDMAN
& ASSOCIATES, P.C.

Jerry S. Goldman, Esquire
111 Broadway
16th Floor
New York, New York 10006
Phone: (212) 242-2232
Fax:    (212) 346-4665

Dated: February ___ 2005

*Counsel for Plaintiffs*

Dated: New York, New York
_____, 2005

SO ORDERED:

Richard C. Casey
U.S.D.J.