```
                                    ┌─────────────────────────────┐
                                    │ USDC SDNY                   │
                                    │ DOCUMENT                    │
                                    │ ELECTRONICALLY FILED        │
                                    │ DOC #: _____        │
                                    │ DATE FILED: 2-17-05         │
UNITED STATES DISTRICT COURT        └─────────────────────────────┘
SOUTHERN DISTRICT OF NEW YORK
```

-------------------------------------------------------------------)
                                             )
In Re TERRORIST ATTACKS on                   )   03 MDL 1570 (RCC)
SEPTEMBER 11, 2001                           )   ECF Case
                                             )
-------------------------------------------------------------------)

*This document relates to:*
   *Estate of John P. O'Neill, et al v. Al Baraka Inv. & Dev. Corp., et al,* 04-CV-1923 (RCC)

## STIPULATION AND ORDER FOR SERVICE OF PROCESS AND SETTING SCHEDULE FOR INTERNATIONAL ISLAMIC RELIEF ORGANIZATION A/K/A ISLAMIC RELIEF ORGANIZATION A/K/A INTERNATIONAL RELIEF ORGANIZATION TO RESPOND TO THE SECOND AMENDED COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for Plaintiffs and for Defendant, International Islamic Relief Organization a/k/a Islamic Relief Organization a/k/a International Relief Organization ("IIRO"), that undersigned counsel for IIRO will accept service of the Second Amended Complaint on behalf of IIRO in the case of *Estate of John P. O'Neill, et al* v. *Al Baraka, et al,* 04-CV-1923(RCC)(S.D.N.Y.), subject to the approval of the Court, according to the following terms:

1. A copy of the summons and Second Amended Complaint, in English, shall be served via Federal Express on counsel for IIRO at the following address:

   > Martin F. McMahon, Esquire
   > 1150 Connecticut Ave., NW
   > Suite 900
   > Washington, DC 20036

2. IIRO shall have sixty (60) days from the date on which the Court decides IIRO's pending motions to dismiss in *Kathleen Ashton, et al v. Al Qaeda Islamic Army, et al* (02-CV-6977), *Burnett, et al. v. Al Baraka Investment, et al.* (03-CV-9849), *Federal Insurance Company, et al v. Al Qaida, et al* (03-CV-6978), and *Cantor Fitzgerald, et al v. Akida Bank Private Limited, et al* (04-CV-7065) to move to dismiss or answer the Second Amended Complaint.

1

3. Plaintiffs shall have sixty (60) days from the date on which it is served with IIRO's motion to dismiss to serve its opposition to same or to respond, if required, to the answer.

4. IIRO shall have thirty (30) days from the date on which IIRO is served with Plaintiffs' opposition to a motion to dismiss, or response to an answer, to reply to that opposition.

5. The foregoing schedule is without waiver of any of IIRO's defenses, except that IIRO does not challenge the sufficiency of process or the sufficiency of Plaintiffs' service of process on IIRO in this case if made in compliance with Paragraphs 1-4 above. IIRO hereby waives all affirmative defenses, objections and arguments relating to the sufficiency of process and the sufficiency of service of process during the course of this litigation.

Respectfully submitted,

MARTIN F. MCMAHON & ASSOCIATES

Martin F. McMahon, Esquire
1150 Connecticut Ave., NW
Washington, DC 20035
Phone: 202-862-4343
Fax: 202-862-4302

Dated: February ___, 2005.

*Counsel for Defendant*
*IIRO*

LAW OFFICES OF JERRY S. GOLDMAN
& ASSOCIATES, P.C.

Jerry S. Goldman, Esquire
111 Broadway
13th Floor
New York, New York 10006
Phone: (212) 242-2232
Fax: (212) 346-4665

Dated: February 10, 2005

*Counsel for Plaintiffs*

Dated: New York, New York
February 19, 2005

SO ORDERED:

Richard C. Casey
U.S.D.J.

2