UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-22-05

---------------------------------x
In re Terrorist Attacks on September 11, 2001

03 MD 1570 (RCC)
ECF Case
---------------------------------x

This document relates to: *Continental Casualty Co. et al. v. Al Qaeda Islamic Army*, 04-CV-5970 (RCC)

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to F.R.C.P. 41(a)(1), plaintiffs hereby voluntarily dismiss without prejudice their claims in the above referenced action against defendants Prince Bandar bin Sultan bin Abdulaziz and Princess Haifa Al-Faisal, who have not answered or filed any responsive pleadings. All parties will bear their own attorneys' fees, costs, and expenses.

Dated: February 8, 2005
New York, New York

FERBER FROST CHAN & ESSNER, LLP

By: _____
Robert M. Kaplan (RK 1428)
530 Fifth Avenue, 23rd Floor
New York, New York 10036-5101
Telephone: (212) 944-2200

Attorneys for Plaintiffs

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-22-05

SO ORDERED:

_____
U.S.D.J.

2/18/05