Casey, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

In re Terrorist Attacks on September 11, 2001

03 MD 1570 (RCC)
ECF Case

---------------------------------------------------------------X

This document relates to: *Continental Casualty Co. et al. v. Al Qaeda Islamic Army*, 04-CV-5970 (RCC)

RECEIVED FEB 23 2005
CHAMBERS OF
RICHARD CONWAY CASEY
U.S.D.J.

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to F.R.C.P. 41(a)(1), plaintiffs hereby voluntarily dismiss without prejudice their claims in the above referenced action against defendant Abdulkarim Khaled Uusuf Abdullah, which has not answered or filed any responsive pleadings. All parties will bear their own attorneys' fees, costs, and expenses.

Dated:  February 18, 2005
        New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-23-05

FERBER FROST CHAN & ESSNER, LLP

By: _____
    Robert M. Kaplan (RK 1428)
530 Fifth Avenue, 23rd Floor
New York, New York 10036-5101
Telephone: (212) 944-2200

Attorneys for Plaintiffs

SO ORDERED:

_____
U.S.D.J.

Feb 23, 2005

61587