



February 22, 2005

Ronald S. Liebman
(202) 457-6310
rliebman@pattonboggs.com

ECF

**VIA FEDERAL EXPRESS**

Hon. Richard Conway Casey
United States District Judge
United States Court House
Southern District of New York
500 Pearl Street
Room 1350
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-23-05

Re: In re Terrorist Attacks on September 11, 2001, 03-MDL-1570 (RCC)
Burnett v. Al Baraka Inv. & Dev. Corp., 03 CV 9849 (RCC)
Ashton v. Al Qaeda Islamic Army, 02 CV 6977 (RCC)

Dear Judge Casey:

Counsel for The National Commercial Bank ("NCB") have conferred with counsel for the *Burnett* and *Ashton* plaintiffs and the parties have agreed and consented to a five-day extension of time for NCB to file a consolidated reply memorandum in support of its Motion for Reconsideration, making NCB's reply due on March 7, 2005. NCB respectfully requests that the Court endorse this schedule for NCB's reply.

Very Truly Yours,

Ronald S. Liebman

cc: All Counsel of Record (via e-mail)
    Jodi Westbrook Flowers, Esquire (via e-mail)
    Andrew Maloney, Esquire (via e-mail)

MEMO ENDORSED
Application granted.

Richard Conway Casey 2/23/05