**EXHIBIT "A"**

**RICO STATEMENT**

**QUESTION #2**

| DEFENDANT | MISCONDUCT | BASIS OF LIABILITY |
|---|---|---|
| Mar-Jac Poultry | A large poultry processor located in Gainesville, Georgia whose principal officers are SAAR Network Executives Dr. Jamal Barzinji, M. Omar Ashraf, and Mirza, Mar-Jac Poultry transferred millions of dollars to the SAAR Network Entities between 1997 and 2000 to fund the Enterprise so that those funds could be forwarded to al Qaida and to other members of the Enterprise. | 1962(a) 1962(c) 1962(d) |
| African Muslim Agency | is a member of the Safa Group and a tax-exempt organization located in Herndon, Virginia which functions as a conduit for funding to terrorist organizations, including al Qaida, and which has committed multiple acts of conspiracy to commit murder and arson, money laundering, tax fraud, filing a false tax return, and impeding and impairing the collecting of federal taxes, all in furtherance of the Enterprise's common goals and ultimate plan of launching an attack on America. | 1962(a) 1962(c) 1962(d) |
| Grove Corporate, Inc. | is a member of the Safa Group located in Leesburg, Virginia which functions as a conduit for funding to terrorist organizations, including al Qaida, and which has committed multiple acts of conspiracy to commit murder and arson, money laundering, tax fraud, filing a false tax return, and impeding and impairing the collecting of federal taxes, all in furtherance of the Enterprise's common goals and ultimate plan of launching an attack on America. | 1962(a) 1962(c) 1962(d) |

| Heritage Education Trust, Inc. | is a member of the Safa Group and a tax-exempt organization located in Leesburg, Virginia which functions as a conduit for funding to terrorist organizations, including al Qaida, and which has committed multiple acts of conspiracy to commit murder and arson, money laundering, tax fraud, filing a false tax return, and impeding and impairing the collecting of federal taxes, all in furtherance of the Enterprise's common goals and ultimate plan of launching an attack on America. | 1962(a)<br>1962(c)<br>1962(d) |
|---|---|---|
| International Institute of Islamic Thought | is a member of the Safa Group and a tax-exempt organization located in Herndon, Virginia which functions as a conduit for funding to terrorist organizations, including al Qaida, and which has committed multiple acts of conspiracy to commit murder and arson, money laundering, tax fraud, filing a false tax return, and impeding and impairing the collecting of federal taxes, all in furtherance of the Enterprise's common goals and ultimate plan of launching an attack on America. | 1962(a)<br>1962(c)<br>1962(d) |
| Mar-Jac Investments, Inc. | a wholly-owned subsidiary of SAAR Foundation, Inc., and which has committed multiple acts of conspiracy to commit murder and arson, money laundering, tax fraud, filing a false tax return, and impeding and impairing the collecting of federal taxes, all in furtherance of the Enterprise's common goals and ultimate plan of launching an attack on America. | 1962(a)<br>1962(c)<br>1962(d) |
| Mena Corporation | is a member of the Safa Group located in Herndon, Virginia which functions as a conduit for funding to terrorist organizations, including al Qaida, and which has committed multiple acts of conspiracy to commit murder and arson, money laundering, tax fraud, filing a false tax return, and impeding and impairing the collecting of federal taxes, all in furtherance of the Enterprise's common goals and ultimate plan of launching an attack on America. | 1962(a)<br>1962(c)<br>1962(d) |

| Reston Investments, Inc. | is a member of the Safa Group located in Herndon, Virginia which functions as a conduit for funding to terrorist organizations, including al Qaida, and which has committed multiple acts of conspiracy to commit murder and arson, money laundering, tax fraud, filing a false tax return, and impeding and impairing the collecting of federal taxes, all in furtherance of the Enterprise's common goals and ultimate plan of launching an attack on America. | 1962(a) 1962(c) 1962(d) |
|---|---|---|
| Safa Trust | is a member of the Safa Group and a tax-exempt organization located in Herndon, Virginia which functions as a conduit for funding to terrorist organizations, including al Qaida, and which has committed multiple acts of conspiracy to commit murder and arson, money laundering, tax fraud, filing a false tax return, and impeding and impairing the collecting of federal taxes, all in furtherance of the Enterprise's common goals and ultimate plan of launching an attack on America. | 1962(a) 1962(c) 1962(d) |
| Sterling Charitable Gift Fund | is a member of the Safa Group and a tax-exempt organization located in Herndon, Virginia which functions as a conduit for funding to terrorist organizations, including al Qaida, and which has committed multiple acts of conspiracy to commit murder and arson, money laundering, tax fraud, filing a false tax return, and impeding and impairing the collecting of federal taxes, all in furtherance of the Enterprise's common goals and ultimate plan of launching an attack on America. | 1962(a) 1962(c) 1962(d) |

| Sterling Management Group, Inc. | is a member of the Safa Group and is the operating name of the Sterling Charitable Gift Fund; functions as a conduit for funding to terrorist organizations, including al Qaida, and which has committed multiple acts of conspiracy to commit murder and arson, money laundering, tax fraud, filing a false tax return, and impeding and impairing the collecting of federal taxes, all in furtherance of the Enterprise's common goals and ultimate plan of launching an attack on America. | 1962(a) 1962(c) 1962(d) |
|---|---|---|
| York Foundation | is a member of the Safa Group and a tax-exempt organization located in Herndon, Virginia which functions as a conduit for funding to terrorist organizations, including al Qaida, and which has committed multiple acts of conspiracy to commit murder and arson, money laundering, tax fraud, filing a false tax return, and impeding and impairing the collecting of federal taxes, all in furtherance of the Enterprise's common goals and ultimate plan of launching an attack on America. | 1962(a) 1962(c) 1962(d) |