USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-1-05

CASEY, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) ECF Case |
|---|---|

*This document relates to:*
*New York Marine and General Insurance Co. v. Al Qaida, et al. Case No.: 04-CV-6105 (S.D.N.Y.)*

### STIPULATION AS TO EXTENSION OF TIME FOR DEFENDANT MOHAMMAD HUSSEIN AL AMOUDI TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff in the above-referenced case consolidated under 03 MDL 1570, and Defendant Mohammad Hussein Al Amoudi, by and through their undersigned counsel, that Mr. Al Amoudi shall have until March 24, 2005 to answer or otherwise move against the Plaintiff's First Amended Complaint.

Respectfully submitted,

BROWN GAVALAS & FROMM LLP

By: _____
Frank J. Rubino, Jr.
355 Lexington Avenue
New York, New York 10017

*Attorneys for Plaintiffs*

AKIN, GUMP, STRAUSS, HAUER
& FELD, LLP

By: _____
Mark J. MacDougall, Esq.
Nicole H. Sprinzen, Esq.
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036

*Attorneys for Defendant*

SO ORDERED:

_____
RICHARD CONWAY CASEY, U.S.D.J.

Dated: March 1, 2005