USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-1-05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re TERRORIST ATTACKS on ) 03 MDL 1570 (RCC)
SEPTEMBER 11, 2001 ) ECF Case
)

*This document relates to:*
*Estate of John P. O'Neill, et al v. Al Baraka Inv. & Dev. Corp., et al,* 04-CV-1923 (RCC)

## STIPULATION AND ORDER
## FOR SERVICE OF PROCESS AND SETTING SCHEDULE FOR
## RABITA TRUST TO RESPOND TO
## THE FIRST AMENDED COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for Plaintiffs and for Defendant, Rabita Trust, that undersigned counsel for Rabita Trust will accept service of the Second Amended Complaint on behalf of Rabita Trust in the case of *Estate of John P. O'Neill, et al* v. *Al Baraka, et al,* 04-CV-1923(RCC)(S.D.N.Y.), subject to the approval of the Court, according to the following terms:

1. A copy of the summons and Second Amended Complaint, in English, shall be served via Federal Express on counsel for Rabita Trust at the following address:

> Martin F. Mc Mahon, Esquire
> 1150 Connecticut Ave., NW
> Washington, DC 20035

2. Rabita Trust shall have sixty (60) days from the date on which the Court decides Rabita Trust's pending motions to dismiss in *Kathleen Ashton, et al v. Al Qaeda Islamic Army, et al* (02-CV-6977), *Burnett, et al. v. Al Baraka Investment and Development Corporation, et al.* (03 CV 9849) and *Federal Insurance Company, et al v. Al Qaida, et al* 903-CV-6978) to move to dismiss or answer the Second Amended Complaint.

1

3.   Plaintiffs shall have sixty (60) days from the date on which it is served with Rabita Trust's motion to dismiss to serve its opposition to same or to respond, if required, to the answer.

4.   Rabita Trust shall have thirty (30) days from the date on which Rabita Trust is served with Plaintiffs' opposition to a motion to dismiss, or response to an answer, to reply to that opposition.

5.   The foregoing schedule is without waiver of any of Rabita Trust's defenses, except that Rabita Trust does not challenge the sufficiency of process or the sufficiency of Plaintiffs' service of process on Rabita Trust in this case if made in compliance with Paragraphs 1-4 above. Rabita Trust hereby waives all affirmative defenses, objections and arguments relating to the sufficiency of process and the sufficiency of service of process during the course of this litigation.

Respectfully submitted,

MARTIN F. MCMAHON & ASSOCIATES

_/s/ Martin McMahon_

Martin F. McMahon, Esquire
1150 Connecticut Ave., NW
Washington, DC 20035
Phone: 202-862-4343
Fax:  202-862-4302

Dated: January 25, 2005

*Counsel for Defendant*
*Rabita Trust*

Dated: New York, New York
\_\_\_March 1_____, 2005

LAW OFFICES OF JERRY S. GOLDMAN & ASSOCIATES, P.C.

_/s/ Jerry Goldman_

Jerry S. Goldman, Esquire
111 Broadway
13th Floor
New York, New York 10006
Phone: (212) 242-2232
Fax:   (212) 346-4665

Dated: January 31, 2005

*Counsel for Plaintiffs*

SO ORDERED:

_/s/ Richard Casey_

Richard C. Casey
U.S.D.J.

2