USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-1-05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*
*Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-CV-6978 (S.D.N.Y.)

### STIPULATION AS TO EXTENSION OF TIME FOR DEFENDANT MOHAMMAD HUSSEIN AL AMOUDI TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs in the above-referenced case consolidated under 03 MDL 1570, and Defendant Mohammad Hussein Al Amoudi, by and through their undersigned counsel, that Mr. Al Amoudi shall have until March 24, 2005 to answer or otherwise move against the Plaintiffs' First Amended Complaint.

Respectfully submitted,

COZEN O'CONNOR

By: _____
Sean P. Carter, Esq.
J. Scott Tarbutton, Esq.
1900 Market Street
Philadelphia, PA 19103

*Attorneys for Plaintiffs*

AKIN, GUMP, STRAUSS, HAUER & FELD, LLP

By: _____
Nicole H. Sprinzen, Esq.
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036

*Attorneys for Defendant*

SO ORDERED:

_____
RICHARD CONWAY CASEY, U.S.D.J.

Dated: March 1, 2005