USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-3-05

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

*In re Terrorist Attacks on September 11, 2001*          03 MDL 1750 (RCC)

-----------------------------------------------------------x

*Ashton, et al. v. al Qaeda Islamic Army, et al.*          03 CV 6977 (RCC)

-----------------------------------------------------------x

## ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), plaintiffs in the above-referenced action hereby submit this motion and proposed Court Order to voluntarily dismiss, without prejudice, the defendants listed in the attached Exhibit A from *Ashton, et al. v. Al Qaeda Islamic Army, et al.* (02 CV 6977).

Dated: March 2, 2005
New York, New York

KREINDLER & KREINDLER LLP

James P. Kreindler (JK7084)
Justin T. Green (JG0318)
Andrew J. Maloney, III (AM8684)
Vincent I. Parrett (VP5092)
100 Park Avenue
New York, NY 10017-5590
Phone: (212) 687-8181
Fax: (212) 972-9432

*Attorneys for Ashton Plaintiffs*

**IT IS HEREBY ORDERED** that plaintiffs' motion to voluntarily dismiss, without prejudice, the defendants listed in Exhibit A from *Ashton, et al. v. Al Qaeda Islamic Army, et al.* (02 CV 6977) be **GRANTED**.

March 3, 2005

_____
The Honorable Richard C. Casey
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2005, the foregoing proposed order was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's ECF system.

_____
James P. Kreindler
Kreindler & Kreindler LLP
100 Park Avenue
New York, NY 10017-5590

-2-

## NOTICE OF VOLUNTARY DISMISSAL:
## EXHIBIT A

- Al Aqsa Islamic Bank
- Al Bir Saudi Organization
- Mohammed Omar Al Harazi
- Al Shamal for Investment and Development
- Omar bin Laden
- Tarek bin Laden
- Hamas
- Raed Hijazi
- Palestine Islamic Jihad
- Saudi American Bank
- Wali Khan Amin Shah