```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-3-05
```

**United States District Court**
**Southern District Of New York**

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) ECF Case |
|---|---|

*This Document Relates to:*
   *Cantor Fitzgerald & Co., et al. v. Akida Private Bank Ltd., et al., 04-cv-7065 (RCC)*

### STIPULATION AND ORDER REGARDING THE SCHEDULE FOR PRINCE SULTAN BIN ABDULAZIZ AL-SAUD, PRINCE SALMAN BIN ABDULAZIZ AL-SAUD, PRINCE NAIF BIN ABDULAZIZ AL-SAUD, AND THE SAUDI HIGH COMMISSION TO RESPOND TO THE FIRST AMENDED COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for Plaintiffs and Defendants His Royal Highness Prince Sultan bin Abdulaziz Al-Saud, His Royal Highness Prince Salman bin Abdulaziz Al-Saud, His Royal Highness Prince Naif bin Abdulaziz Al-Saud, and the Saudi High Commission subject to the approval of this Court, as follows:

1.  If an interlocutory appeal is taken from this Court's January 18, 2005 Memorandum and Opinion, Prince Sultan, Prince Salman, Prince Naif, and the Saudi High Commission shall have sixty (60) days from the date on which any mandate from the Court of Appeals issues to move to dismiss or otherwise respond to Plaintiffs' First Amended Complaint.

2.  Plaintiffs shall file and serve their oppositions to Prince Sultan's, Prince Salman's, Prince Naif's, and the Saudi High Commission's motions to dismiss within forty-five (45) days from the date(s) on which Prince Sultan, Prince Salman, Prince Naif, and the Saudi High Commission serve their respective motions on Plaintiffs.

3.    Prince Sultan, Prince Salman, Prince Naif, and the Saudi High Commission shall file and serve any replies to the Plaintiffs' oppositions within thirty (30) days from the date(s) on which the Plaintiffs serve their oppositions.

4.    The foregoing schedule is without waiver of any of Prince Sultan's, Prince Salman's, Prince Naif's, or the Saudi High Commission's defenses, including the defense of lack of personal jurisdiction, except that Prince Sultan, Prince Salman, Prince Naif, and the Saudi High Commission do not challenge the sufficiency of Plaintiffs' service of process on them.

5.    This stipulation supersedes all previous stipulations as to scheduling between Plaintiffs' counsel and counsel for each of Prince Sultan, Prince Salman, Prince Naif, and the Saudi High Commission.

Respectfully submitted,

Dated in Washington, D.C.: 2/23/05

[signature]

Jamie S. Kilberg (admitted pro hac vice)
BAKER BOTTS LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Phone: (202) 639-7700
Fax:   (202) 639-7890

*Counsel for Defendants Prince Sultan bin Abdulaziz Al-Saud, Prince Salman bin Abdulaziz Al-Saud, and Prince Naif bin Abdulaziz Al-Saud*

Dated in Washington, D.C.: 2/28/05

[signature]

Lawrence S. Robbins (LR 8917)
ROBBINS, RUSSELL, ENGLERT,
ORSECK & UNTEREINER LLP
1801 K Street, N.W., Suite 411

DC01:410426.1

Washington, D.C. 20006
Phone: (202) 775-4500
Fax:    (202) 775-4510

*Counsel for Defendant Saudi High Commission*

Dated in New York, NY: __3/2/05__

__[signature]__
Jonathan M. Goodman (JG 3031)
DICKSTEIN, SHAPIRO, MORIN &
OSHINKSY, L.L.P.
1177 Avenue of the Americas
41st Floor
New York, New York  10036-2714
Phone: (212) 835-1400
Fax:    (212) 997-9880

*Counsel for Plaintiffs Cantor Fitzgerald & Co., et al.*

**SO ORDERED:**

__[signature]__

Richard C. Casey
U.S.D.J.
Date: __March 3, 2005__

DC01:410426.1