

7950 Jones Branch Drive • McLean, Virginia 22108
(703) 854-3400

# VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF ARLINGTON**

Being duly sworn Holly O'Hora says that she is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on Thursday, December 23, 2004, Thursday, December 30, 2004, Thursday, January 6, 2005 and Thursday, January 13, 2005 the following advertisement- LEGAL NOTICE: TO NAMED DEFENDANTS LISTED BELOW was published in **USA TODAY.**

Principal Clerk of USA TODAY
January 13, 2005

Subscribed and sworn to before me
This 14th day of January month
2005 year.

Notary Public

My Commission Expires 3/31/2005

USA TODAY

## LEGAL NOTICE

To named Defendants listed below:

Aaran Money Wire Service Inc.
Abbas Abdi Ali
Abd al-Hadi al-Iraqi
Abd Al Samad Al-Ta'ish
Abd Al-Mushin Al-Libi
Abd Al-Rahim Al-Nashiri
Abdelrahman Alarnout Abu Aljer
a/k/a Abu Obed
Abdel Barry
Abdel Hussein a/k/a Estate of Abdel Hussein
Abdelghani Mzoudi
Abdelhalim Remadna a/k/a Abdel Halim Remadna Hased
Abdelkarim Hussein Mohamed Al-Nasser
Abdul Adulaziz Ali
Abdelrasik Aden
Abdul Aziz Al Ibrahim a/k/a Abdul Aziz Bin Ibrahim Al Ibrahim
Abdul Fattah Zammar
Abdulrahman Alamoudi
Abdul Rahman Yasin
Abdul Rahim Mohammed Hussein
Abdula Bin Laden
Abdulla Al Obaid
Abdulla Bin Khalid Al Thani
Abdullah Ahmed Abdullah
Abdullah Bin Abdul Muhsen Al Turki
Abdullah Bin Said
Abdullah Bin Saleh Al-Obaid
Abdullah M. Al-Mahdi
Abdullah Omar Naseef a/k/a
Abdallah Omar
Abdullah Qassim
Abdullahi Hussein Kahie
Abdulrahman Hassan Sharbatly
Abdulmagne Ali Eldeen
Abdulaash Company
Abu Abdul Rahman a/k/a Abu Abdul Rahman Amin
Abu Agab
Abu Al-Maid
Abu Hafs the Mauritanian
Abu Hajer Al Iraqi
Abu Hamza Al-Masri
Abu Ibrahim Al-Masri
Abu Musab Al-Zarqawi
Abu Qatada Al-Filistini
Abu Rida Al Suri a/k/a Mohammed Loay Bayazid
Abu Sayef Group
Abu Sulayman
Abu Wa'el a/k/a Sadoun Abdul Latif
Abu Zubaydah
Adel Ben Soltane
Adel Muhammad Sadiq Bin Kazem
Adnan Basha
Advice and Reformation Committee
Afamia, SL
Afghan Support Committee
Agus Budiman
Ahmad Ajaj
Ahmad Al Harbi
Ahmad Ibrahim Al-Mughassil
Ahmad Sa'id Al-Kadr
Ahmad Salah a/k/a Salim
Ahmed Hasni Rarrbo

Ahmed Ibrahim Al Najjar
Ahmed Khalfan Ghailani
Ahmed Khalil Ibrahim Samir Al-Ani
Ahmed Mohammed Hamed a/k/a
Ahmed Mohammed Hamed Ali
Ahmed Nur Ali Jim'ale
Ahmed Ressam
Ahmed Zaki Yamani
Akida Bank Private Limited
Akida Investment Co. Ltd.
Al Amn Al-Dakhili
Al Amn Al-Kharliji
Al Anwa a/k/a Al Anwa USA, Inc.
Al Baraka Exchange LLC a/k/a Al Barakaat Exchange LLC
Al Barakaat Bank a/k/a Al Baraka Bank
Al Farooq Mosque
Al Gama'a al-Islamiyya a/k/a Al-Gammah Al Islamiah
Al Khaleejia for Export Promotion and Marketing Company
Al Qaida a/k/a Al Qaeda Islamic Army
Al Shamal For Investment and Development
Al Shamal Islamic Bank a/k/a Al Shamal Bank a/k/a Shamel Bank a/k/a Bank El Shamar
Al Taqwa Trade, Property and Industry Company Limited
Al Taqwa/Nada Group a/k/a Al Taqwa/Nada Management Group
Al Tawhid
Al-Barakaat
Al-Barakat Bank of Somalia (BSS)
Al-Barakat Finance Group
Al-Barakat Financial Holding Co.
a/k/a Al-Barakaat Financial Company
Al-Barakat Global Telecommunications
Al-Barakat Group of Companies Somalia Limited a/k/a Al-Barakaat Group of Companies a/k/a Al-Barakaat Group
Al-Barakat International a/k/a Baraco Co.
Al-Barakat Investments
Al-Bir Saudi Organization
Al-Birr
Al-Hamati Sweets Bakeries
Al-Haramain Islamic Foundation a/k/a Al Haramain a/k/a Al Haramain Foundation a/k/a Vazir
Al-Hijrah Construction and Development Limited
Al-Itihaad al-Islamiya (AIAI)
Al-Mustaqbal Group
Al-Nur Honey Press Shops a/k/a Al-Nur Honey Center
Al-Rashid Trust
Al-Shaykh Al-Iraqi
Al-Shifa' Honey Press for Industry and Commerce
Al-Watania Poultry
Albert Fredrich Armand Huber
Algerian Armed Islamic Group
Ali Atwa

Ali Ghaleb Himmat
Ali Saed Bin Ali El-Hoorie
Amin Al-Haq
Anas Al-Liby a/k/a Anas al-Libi a/k/a Nazim Al-Raghie a/k/a Nazih Abdul Hamed Al-Raghie a/k/a Anas Al-Sabai
Ansar al-Islam
Aqeel Al-Aqeel a/k/a Aqeel Abdulaziz Al Aqeel
Arab Cement Company
Arafat El-Asahi
Ary Group
ASAT Trust
ASAT Trust Registered
Asbat al-Ansar
Ayadi Chafiq Bin Muhammed
Ayman al-Zawahiri
Azzam Service Center
BA Taqwa for Commerce and Real Estate Company Ltd.
Bakr M. Bin Laden
Bank of Taqwa Limited a/k/a Bank Al Taqwa Limited a/k/a Al Taqwa Bank
Baraka Trading Company
Barakaat Boston
Barakaat Construction Company
Barakaat Enterprise
Barakaat Group of Companies
Barakaat North America, Inc.
Barakaat Red Sea Telecommunications
Barakaat Telecommunications Co. Somalia
Barakat Bank and Remittances
Barakat Computer Consulting (BCC)
Barakat Consulting Group (BCG)
Barakat Global Telephone Company
Barakat International Companies (BICO)
Barakat Post Express (BPE)
Barakat Refreshment Company
Barakat Telecommunications Company Limited (BTELCO)
Barakat Wire Transfer Company
a/k/a Al Barakat Wire Service
Barako Trading Company, LLC
Bashsh Hospital
Bassam Dalati Satut
Benevolence International Fund
Benevolence International Foundation a/k/a Al Bir Al Dawalia a/k/a BIF-Canada a/k/a BIF-USA
Bensayah Belkacem
Bilal Bin Marwan
Blessed Relief Foundation
Bosanska Idealna Futura
Bosnia-Herzegovina branch of Al-Haramain Islamic Foundation
Brahim Ben Hedili Hamami
Cemsteel Impex Establishment
Chiheb Ben Mohamed Ayari
Cobis
Contratas Gioma
Dahir Ubeidullahi Aweys
Dallah Avco Trans Arabia Co. Ltd.
Dr. Mahmoud Dakhil
Dr. Mohaman Ali Elgari

Dubai Islamic Bank
Egyptian Islamic Jihad
Essam Al Ridi
Eurocovia Obras, S.A.
Fahad Al-Thumairy
Fahid Mohammed Ally Msalam
Faruq Al-Hijazi
Fazeh Ahed
Fazul Abdullah Mohammed
Fethi Ben Rebai Masri
Fouzi Jendoubi
Garad Jama
Ghasoub Al Abrash Ghalyoun a/k/a Abu Musab
Global Diamond Resource a/k/a Global Diamond Resources Inc.
Global Relief Foundation a/k/a Foundation Secours Mondial
Gulbuddin Hekmatyar
Gulf and African Chamber
Gulf Center S.R.L.
Gum Arabic Company Limited
Habib Faris Abdullah Al-Mamouri
Habib Waddani
Haji Abdul Manan Agha
Haji Mohamad Akram
Hamad Hussaini
Hamas
Hani Ramadan
Hasan Izz-Al-Din
Hashim Abdulrahman
Hassan A.A. Bahfzallah
Hassan Dahir Aweys
Hassan Al Turabi
Haydar Mohamed Bin Laden
Hazem Ragab
Help African People
Heyatul Ulya
Hezb-e-Islami
Hisham Arnaout
Human Concern International
Society a/k/a Human Concern International
Hussein Mahmud Abdullkadir
Ibn al-Shaykh al-Libi
Ibrahim Bah
Ibrahim Bin Abdul Aziz
Ibrahim Bin Abdul Aziz Al Ibrahim Foundation
Ibrahim Hassabella
Ibrahim Muhammed Afandi
Ibrahim S. Abdullah
Ibrahim Salih Mohammed Al-Yacoub
Ihab Ali
Imad Eddin Barakat Yarkas a/k/a Abu Dahdah
Imad Mughniyeh
Infocus Tech of Malaysia
Institute of Milan a/k/a Instituto Culturale Islamico DeMilano
International a/k/a Mercy
Iraqi Intelligence Agency a/k/a The Mukhabarat a/k/a The Fedayeen a/k/a Al-'Qare a/k/a Unit 99 a/k/a M-8 Special Operations
Islamic African Relief Agency
Islamic Army of Aden
Islamic Cultural Center of Geneva

Islamic Cultural Institute of Milan
Islamic International Brigade a/k/a Islamic Peacekeeping International Brigade
Islamic Movement of Uzbekistan
Iss El-Din El Sayed a/k/a Iss El-Din El Sayed Mohamed
Jaish-I-Mohammed
Jalil Shinwari
Jamal Ahmed Mohammed
Jamal Al-Badawi
Jamal Nyrabeh
Jamil Qasim Saeed a/k/a Jamil Qasim Saeed Mohammed
Jam'Yah Ta'Awun Al-Islamia a/k/a Society of Islamic Cooperation
Jemaah Islamiya Organization
Khaled Bin Mahfouz
Khaled Nouri
Khalid Shaikh Mohammed
Khalil Jarraya
Lashkar I Janghvi
Lashkar Redayan-E-Islami
Lashkar-e Tayyiba
Lazhar Ben Mohammed Tilli
Lebanese Hezbollah a/k/a Hezbollah a/k/a Hizballad
Liban Hussein
Lionel Dumont
Lujain Al-Iman
M.M. Badkook Company for Catering & Trading
Mahdi Chamran Savehi
Mahmoud Jaballah
Makhtab al-Khidamat
Mamdouh Mahamud Salim a/k/a Abu Hajer Al Iraqi
Mamoun Darkazanli
Mamoun Darkazanli Import-Export Company
Mansour Thaer
Mansouri Al-Kadi
Masjed Al Madinah Al Munawarah
Maulvi Abdul Kabir
Mazin M.H. Bahareth
Mendi Kammoun
Mercy International Relief Agency
Miga-Malaysian Swiss a/k/a Miga-Malaysian Organization SA Gulf and African Chamber
Mohamed Bayazid
Mohamed Albanna
Mohammad S. Mohammad
Mohammed Al Massari
Mohammed Al-Issai
Mohammed Alchurbali
Mohammed Ali Hasan Al Moayad
Mohammed Ali Sayed Mushayt
Mohammed Amine Akli
Mohammed Bahareth
Mohammed Bin Abdullah Al-Jomaith
Mohammed Bin Faris
Mohammed Bin Laden Organization
Mohammed Chehade
Mohammed Hussein Al-Amoudi
Mohammed Iqbal Abdurrahman
Mohammed Jamal Khalifa
Mohammed Khair Al Saqqa a/k/a

Abu Al Darda
Mohammed Khatib
Mohammed Mansour
Mohammed Nur Rahmi
Mohammed Omeish
Mohammed Omar Al-Harazi
Mohammed Sarkawi
Mohrez Amdouni
Mondher Baazaoui
Moro Islamic Liberation Front
Mounir Ben Habib Jerraya
Mounir El-Motassadeq
Moussa Ben Amor Essaadi
Mufti Mohammed Rashid
Mufti Rashid Ahmad Ladehyanoy
Muhammad Abu-Islam
Muhammad Al-Hamati
Muhammad Atif a/k/a Estate of Muhammed Atef
Muhammad Omar
Muhammad Salah
Muhammed Galeb Kalaje Zouaydi a/k/a Abu Talha
Muhammed J. Fakihi
Muhammed Mahdi Salah
Muhsin Musa Matwalli Atwah
Mullah Kakshar
Mushayt for Trading Establishment
Muslim Brotherhood
Mustafa Ahmed Al-Hisawi a/k/a Sheik Saeed a/k/a Shaykh Sai'id a/k/a Mustafa Muhammed Ahmad
Mustafa Al-Kadir
Mustafa Mohamed Fadhil
Mustasim Abdel-Rahim
Muwaffaq Foundation a/k/a Blessed Relief Foundation
Muzaffar Kahn
Nabil Benattia
Nada International Anstalt
Nada Management Organization
Nada Management Organization, SA
Najib Ouaz
Nascoservice S.R.L.
Nasco Nasreddin Holding A.S.
Nascotex S.A.
Nasreddin Company Nasco SAS Di Ahmed Idris Nasreddin EC
Nasreddin Foundation
Nasreddin Group International Holding Ltd.
Nasreddin International Group Limited Holding
National Development Bank
National Fund for Social Insurance
National Islamic Front
National Management Consultancy Center
Nedal Saleh a/k/a Hitem
New Diamond Holdings
Noor Jalil
Nurjaman Riduan Ismuddin a/k/a Hambali
Omar Abu Omar
Omar Al-Bayoumi
Omar M. Bin Laden
Osama Bassnan
Palestine Islamic Jihad

Parka Trading Company
Piedmont Poultry
Promociones Y Construcciones Tetuan Pricote, S.A.
Proyectos Edispan
Proyectos Y Promociones Iso
Proyectos Y Promociones Pardise, S.L.
Queen City Cigarettes and Candy
Rabih Haddah
Rachid Fehar a/k/a Rachid Fettar
Raed Hijazi
Ramzi Mohammed Abdullah Binalshibh a/k/a Ramzi Mohamed Abdallah Omar
Red Sea Barakat Company Limited
Riyadus-Salikhin Recognizance and Sabotage Battalion of Chechen Martyrs
S.M. Tufail
Saar Foundation
Sabir Lamar
Saddam Hussein
Safar Al-Hawali
Said Bahaji
Saif Al-Adel
Saif Al Islam El Masry
Salafist Group for Call and Combat
Salah Badahdh
Salah Suleiman
Saleh Al-Hussayen
Saleh Gazaz
Saleh Mohamed Bin Laden
Salem Bin Laden
Salman Al-Ouda
Sami Omar Al-Hussayen
Samir Kishk
Samir Salah
Sana-Bell, Inc.
Sanabel Al-Kheer, Inc.
Sanabil Al-Khair
Sanur Salah
Saqar Al-Sadawi
Saudi Bin Laden Group
Saudi Bin Laden International Company
Saudi Cement Company in Damman
Saudi Sudanese Bank
Sayf al-Adl
Sa'd Al-Sharif
Shahir Abdulraoof Batterjee
Shaykh Sai'id a/k/a Mustafa Muhammed Ahmad
Sheik Adil Galil Batargy a/k/a Adel Abdul Jalil Batterjee
Sheikh Abdullah Azzam a/k/a Abu Muhammed
Sheikh Abu Bdul Aziz Nagi
Sheikh Ahmed Salim Swedan
Sheikh Omar Bakri Muhammad
Sheikh Yusuf Al-Qardawi
Soliman H.S. Al-Buthe
Somalia branch of Al Haramain Islamic Foundation
Somalia Internet Company
Special Purpose Islamic Regiment
Success Foundation
Sulaiman Al-Ali
Syed Suleman Ahmer

Taba Investments
Tadamon Islamic Bank a/k/a Tadamon Bank
Taha Yassin Ramadan
Taibah International Aid Association
Talal Mohammed Badkook
Tanzanite King
Tarek Ayoubi
Tarek M. Bin Laden
Tareq M. Al-Swaidan
Tariq Anwar al-Sayyid Ahmad
The Aid Organization of the Ulema
The Committee for the Defense of Legitimate Rights
The Estate of Marwan Al-shehhi
The Estate of Fayez Ahmed a/k/a Banihammad Fayez
The Estate of Ahmed Al Ghamdi
The Estate of Hamza Al Ghamdi
The Estate of Mohald Al Shehri
The Estate of Satam M. A. Al Suqami
The Estate of Abdulaziz Al Omari
The Estate of Waleed M. Al Shehri
The Estate of Wail Al Shehri
The Estate of Mohammed Atta
The Estate of Khalid Al Midhar
The Estate of Nawaf Al Hazmi
The Estate of Hani Hanjour
The Estate of Salem Al Hazmi
The Estate of Majed Moqed
The Estate of Ziad Samir Jarrah
The Estate of Ahmed Ibrahim A. Al Haznawi
The Estate of Saeed Al Ghamdi
The Estate of Ahmed Al Nami
The Estate of Qusay Hussein
The Estate of Uday Hussein
The Taliban
Thirwat Salah Shihata
Turkistan Islamic Movement
Ulema Union of Afghanistan
Umar Faruq
Umma Tameer-E-Nau (UTN)
Usama Bin Laden a/k/a Osama Bin Laden
Wadi Al Aqiq
Wafa Humanitarian Organization
Walid Al-Sourouri
Yasin Al-Qadi
Yassine Chekkouri
Yassir Al-Sirri a/k/a Ammar
Yazid Sufaat of Kuala Lumpur Malaysia
Yeslam M. Bin Laden
Yousef Jameel
Youssef Abdaoui
Youssef M. Nada & Co. Gesellschaft MBH
Youssef M. Nada Establishment
Youssef Nada a/k/a Youssef Mustafa Nada
Yusaf Ahmed Ali
Zacarias Moussaoui
Zahir H. Kazmi
Zakariya Essabar
Zakat Committee
Ziyad Khaleel

**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK, CONSOLIDATED ACTIONS KNOWN AS IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001, 03 MDL 1570 (RCC); NOTICE OF FILING OF COMPLAINTS.** Judge Richard C. Casey issued an Order for service by publication on September 15, 2004. It was Ordered that notice of the above-captioned action be published once a week for four consecutive weeks in English, in the *International Herald Tribune* and the *USA Today*, and in Arabic in at least one Arabic language newspaper circulated widely in the Middle East, as well as posting the relevant complaints on the website www.september11terrorlitigation.com.

Notice is hereby served on the Defendants listed above. Defendants are hereby summoned and required to serve upon **The Clerk of the Court, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, 10007** an Answer to the Complaints within sixty (60) days after notice by publication. If Defendants fail to do so, judgment by default may be taken against Defendants for relief demanded in each of the Complaints consolidated under case number 03 MDL 1570. The Complaints seek compensatory, treble and punitive damages, attorneys' fees, costs, and other relief for wrongful deaths, personal injuries, property damage, business interruption losses, lost profits, trespass, racketeering and other injuries caused by the September 11, 2001 terrorist attack upon the United States.



PUBLISHED BY THE NEW YORK TIMES

229 WEST 43RD STREET, NEW YORK, NY 10036, USA
PHONE: (212) 556-7707 FAX: (212) 556-7706

**DECLARATION OF PUBLICATION**

**NOTICE : of Filing of Complaints**

The undersigned says:

I am over the age of 18 years and a citizen of the United States. I am not a party to and have no interest in this matter. I am a principal of the International Herald Tribune, a newspaper published in Paris, France and circulated in major cities in Europe, North Africa, the Middle East. Far East and the Americas. The notice, a true copy of which is attached, was published on the following date(s):

December 22, 27, 2004
January 5, 10, 2005

I declare under penalty that the forgoing is true and correct.

Executed in New York, N.Y. on February 24, 2005

Judith King, Legal Notice Manager

Sworn before me on this 24th day of February 2005 in the state of New York.

Notary Public

**DANA ROSALES**
**Notary Public, State of New York**
**No. 01RO6059690**
**Qualified in New York County**
**Commission Expires August 29, 2007**

ADVERTISEMENT

Tribune

# LEGAL NOTICE

## To named Defendants listed below:

Aaran Money Wire Service Inc.
Abbas Abdi Ali
Abd al-Hadi al-Iraqi
Abd Al Samad Al-Ta'ish
Abd Al-Mushin Al-Libi
Abd Al-Rahim Al-Nashiri
Abdalrahman Alamout Abu Aljer a/k/a Abu Obed
Abdel Barry
Abdel Hussein a/k/a Estate of Abdel Hussein
Abdelghani Mzoudi
Abdelhalim Remadna a/k/a Abdel Halim Remadna Hased
Abdelkarim Hussein Mohamed Al-Nasser
Abdi Adulaziz Ali
Abdirasik Aden
Abdul Aziz Al Ibrahim a/k/a Abdul Aziz Bin Ibrahim Al Ibrahim
Abdul Fattah Zammar
Abdulrahman Alamoudi
Abdul Rahman Yasin
Abdul Rahim Mohammed Hussein
Abdula Bin Laden
Abdulla Al Obaid
Abdulla Bin Khalid Al Thani
Abdullah Ahmed Abdullah
Abdullah Bin Abdul Muhsen Al Turki
Abdullah Bin Said
Abdullah Bin Saleh Al-Obaid
Abdullah M. Al-Mahdi
Abdullah Omar Naseef a/k/a Abdallah Omar
Abdullah Qassim
Abdullahi Hussein Kahie
Abdulrahman Hassan Sharbatly
Abelmagne Ali Eldeen
Abrash Company
Abu Abdul Rahman a/k/a Abu Abdul Rahman Amin
Abu Agab
Abu Al-Maid
Abu Hafs the Mauritanian
Abu Hajer Al Iraqi
Abu Hamza Al-Masri
Abu Ibrahim Al-Masri
Abu Musab Al-Zarqawi
Abu Qatada Al-Filistini
Abu Rida Al Suri a/k/a Mohammed Loay Bayazid
Abu Sayef Group
Abu Sulayman
Abu Wa'el a/k/a Sadoun Abdul Latif
Abu Zubaydah
Adel Ben Soltane
Adel Muhammad Sadiq Bin Kazem
Adnan Basha
Advice and Reformation Committee
Alamia, SL
Afghan Support Committee
Agus Budiman
Ahmad Ajaj
Ahmad Al Harbi
Ahmad Ibrahim Al-Mughassil
Ahmad Sa'id Al-Kadr
Ahmad Salah a/k/a Salim
Ahmed Hasni Rarrbo
Ahmed Ibrahim Al Najjar
Ahmed Khallan Ghailani
Ahmed Khalil Ibrahim Samir Al-Ani
Ahmed Mohammed Hamed a/k/a Ahmed Mohammed Hamed Ali
Ahmed Nur Ali Jim'ale
Ahmed Ressam
Ahmed Zaki Yamani
Akida Bank Private Limited
Akida Investment Co. Ltd.
Al Amn Al-Dakhili
Al Amn Al-Khariji
Al Anwa a/k/a Al Anwa USA, Inc.
Al Baraka Exchange LLC a/k/a Al Barakaat Exchange LLC
Al Barakaat Bank a/k/a Al Baraka Bank
Al Farooq Mosque
Al Gama'a al-Islamiyya a/k/a Al-Gammah Al Islamiah
Al Khaleejia for Export Promotion and Marketing Company
Al Qaida a/k/a Al Qaeda Islamic Army
Al Shamal For Investment and Development
Al Shamal Islamic Bank a/k/a Al Shamal Bank a/k/a Shamel Bank a/k/a Bank El Shamar
Al Taqwa Trade, Property and Industry Company Limited
Al Taqwa/Nada Group a/k/a Al Taqwa/Nada Management Group
Al Tawhid
Al-Barakaat
Al-Barakat Bank of Somalia (BSS)
Al-Barakat Finance Group
Al-Barakat Financial Holding Co. a/k/a Al-Barakaat Financial Company
Al-Barakat Global Telecommunications
Al-Barakat Group of Companies Somalia Limited a/k/a Al-Barakaat Group of Companies a/k/a Al-Barakaat Group
Al-Barakat International a/k/a Baraco Co.
Al-Barakat Investments
Al-Bir Saudi Organization
Al-Birr
Al-Hamati Sweets Bakeries
Al-Haramain Islamic Foundation a/k/a Al Haramain a/k/a Al Haramain Foundation a/k/a Vazir
Al-Hijrah Construction and Development Limited
Al-Itihaad al-Islamiya (AIAI)
Al-Mustaqbal Group
Al-Nur Honey Press Shops a/k/a Al-Nur Honey Center
Al-Rashid Trust
Al-Shaykh Al-Iraqi
Al-Shifa' Honey Press for Industry and Commerce
Al-Watania Poultry
Albert Fredrich Armand Huber
Algerian Armed Islamic Group
Ali Atwa
Ali Ghaleb Himmat
Ali Saed Bin Ali El-Hoorie
Amin Al-Haq
Anas Al-Liby a/k/a Anas al-Libi a/k/a Nazim Al-Raghie a/k/a Nazih
Abdul Hamed Al-Raghie a/k/a Anas Al-Sabai
Ansar al-Islam
Aqeel Al-Aqeel a/k/a Aqeel Abdulaziz Al Aqeel
Arab Cement Company
Arafat El-Asahi
Ary Group
ASAT Trust
ASAT Trust Registered
Asbat al-Ansar
Ayadi Chafiq Bin Muhammed
Ayman al-Zawahiri
Azzam Service Center
BA Taqwa for Commerce and Real Estate Company Ltd.
Bakr M. Bin Laden
Bank of Taqwa Limited a/k/a Bank Al Taqwa Limited a/k/a Al Taqwa Bank
Baraka Trading Company
Barakaat Boston
Barakaat Construction Company
Barakaat Enterprise
Barakaat Group of Companies
Barakaat North America, Inc.
Barakaat Red Sea Telecommunications
Barakaat Telecommunications Co. Somalia
Barakat Bank and Remittances
Barakat Computer Consulting (BCC)
Barakat Consulting Group (BCG)
Barakat Global Telephone Company
Barakat International Companies (BICO)
Barakat Post Express (BPE)
Barakat Refreshment Company
Barakat Telecommunications Company Limited (BTELCO)
Barakat Wire Transfer Company a/k/a Al Barakaat Wire Service
Barako Trading Company, LLC
Bashsh Hospital
Bassam Dalati Satut
Benevolence International Fund
Benevolence International Foundation a/k/a Al Bir Al Dawalia a/k/a BIF-Canada a/k/a BIF-USA Bensayah
Belkacem
Bilal Bin Marwan
Blessed Relief Foundation
Bosanska Idealna Futura
Bosnia-Herzegovina branch of Al-Haramain Islamic Foundation
Brahim Ben Hedili Hamami
Cemsteel Impex Establishment
Chiheb Ben Mohamed Ayari
Cobis
Contratas Gioma
Dahir Ubeidullahi Aweys
Dallah Avco Trans Arabia Co. Ltd.
Dr. Mahmoud Dakhil
Dr. Mohaman Ali Elgari
Dubai Islamic Bank
Egyptian Islamic Jihad
Essam Al Ridi
Eurocovia Obras, S.A.
Fahad Al-Thumairy
Fahid Mohammed Ally Msalam
Faruq Al-Hijazi
Fazeh Ahed
Fazul Abdullah Mohammed
Fethi Ben Rebai Masri
Fouzi Jendoubi
Garad Jama
Ghasoub Al Abrash Ghalyoun a/k/a Abu Musab
Global Diamond Resource a/k/a Global Diamond Resources Inc.
Global Relief Foundation a/k/a Foundation Secours Mondial
Gulbuddin Hekmatyar
Gulf and African Chamber
Gulf Center S.R.L.
Gum Arabic Company Limited
Habib Faris Abdullah Al-Mamouri
Habib Waddani
Hajj Abdul Manan Agha
Hajj Mohamad Akram
Hamad Hussaini
Hamas
Hani Ramadan
Hasan Izz-Al-Din
Hashim Abdulrahman
Hassan A.A. Bahfzallah
Hassan Dahir Aweys
Hassan Al Turabi
Haydar Mohamed Bin Laden
Hazem Ragab
Help African People
Heyatul Ulya
Hezb-e-Islami
Hisham Arnaout
Human Concern International Society a/k/a Human Concern International
Hussein Mahmud Abdulkadir
Ibn al-Shaykh al-Libi
Ibrahim Bah
Ibrahim Bin Abdul Aziz
Ibrahim Bin Abdul Aziz Al Ibrahim Foundation
Ibrahim Hassabella
Ibrahim Muhammed Afandi
Ibrahim S. Abdullah
Ibrahim Salih Mohammed Al-Yacoub
Ihab Ali
Imad Eddin Barakat Yarkas a/k/a Abu Dahdah
Imad Mughniyeh
Infocus Tech of Malaysia
Institute of Milan a/k/a Instituto Culturale Islamico DeMilano
International a/k/a Mercy
Iraqi Intelligence Agency a/k/a The Mukhabarat a/k/a The Fedayeen a/k/a Al-'Qare a/k/a Unit 99 a/k/a M-8 Special Operations
Islamic African Relief Agency
Islamic Army of Aden
Islamic Cultural Center of Geneva
Islamic Cultural Institute of Milan
Islamic International Brigade a/k/a Islamic Peacekeeping International Brigade
Islamic Movement of Uzbekistan
Iss El-Din El Sayed a/k/a Iss El-Din El Sayed Mohamed
Jaish-I-Mohammed
Jalil Shinwari
Jamal Ahmed Mohammed
Jamal Al-Badawi
Jamal Nyrabeh
Jamil Qasim Saeed a/k/a Jamil Qasim Saeed Mohammed
Jam'Yah Ta'Awun Al-Islamia a/k/a Society of Islamic Cooperation
Jemaah Islamiya Organization
Khaled Bin Mahfouz
Khaled Nouri
Khalid Shaikh Mohammed
Khalil Jarraya
Lashkar I Janghvi
Lashkar Redayan-E-Islami
Lashkar-e Tayyiba
Lazhar Ben Mohammed Tlili
Lebanese Hezbollah a/k/a Hezbollah a/k/a Hizballah
Liban Hussein
Lionel Dumont
Lujain Al-Iman
M.M. Badkook Company for Catering & Trading
Mahdi Chamran Savehi
Mahmoud Jaballah
Makhtab al-Khidamat
Mamdouh Mahamud Salim a/k/a Abu Hajer Al Iraqi
Mamoun Darkazanli
Mamoun Darkazanli Import-Export Company
Mansour Thaer
Mansouri Al-Kadi
Masjed Al Madinah Al Munawarah
Maulvi Abdul Kabir
Mazin M.H. Bahareth
Mendi Kammoun
Mercy International Relief Agency
Miga-Malaysian Swiss a/k/a
Miga-Malaysian Organization SA Gulf and African Chamber
Mohamed Bayazid
Mohamed Albanna
Mohammad S. Mohammad
Mohammed Al Massari
Mohammed Al-Issai
Mohammed Alchurbaji
Mohammed Ali Hasan Al Moayad
Mohammed Ali Sayed Mushayt
Mohammed Amine Akli
Mohammed Bahareth
Mohammed Bin Abdullah Al-Jomaith
Mohammed Bin Faris
Mohammed Bin Laden Organization
Mohammed Chehade
Mohammed Hussein Al-Amoudi
Mohammed Iqbal Abdurrahman
Mohammed Jamal Khalifa
Mohammed Khair Al Saqqa a/k/a Abu Al Darda
Mohammed Khatib
Mohammed Mansour
Mohammed Nur Rahmi
Mohammed Omeish
Mohammed Omar Al-Harazi
Mohammed Sarkawi
Mohrez Amdouni
Mondher Baazaoui
Moro Islamic Liberation Front
Mounir Ben Habib Jerraya
Mounir El-Motassadeq
Moussa Ben Amor Essaadi
Mufti Mohammed Rashid
Mufti Rashid Ahmad Ladehyanoy
Muhammad Abu-Islam
Muhammad Al-Hamati
Muhammad Atif a/k/a Estate of Muhammed Atef
Muhammad Omar
Muhammad Salah
Muhammed Galeb Kalaje Zouaydi a/k/a Abu Talha
Muhammed J. Fakihi
Muhammed Mahdi Salah
Muhsin Musa Matwalli Atwah
Mullah Kakshar
Mushayt for Trading Establishment
Muslim Brotherhood
Mustafa Ahmed Al-Hisawi a/k/a Sheik Saeed a/k/a Shaykh Sai'id a/k/a
Mustafa Muhammed Ahmad
Mustafa Al-Kadir
Mustafa Mohamed Fadhil
Mustasim Abdel-Rahim
Muwaffaq Foundation a/k/a Blessed Relief Foundation
Muzaffar Kahn
Nabil Benattia
Nada International Anstalt
Nada Management Organization
Nada Management Organization, SA
Najib Ouaz
Nascoservice S.R.L.
Nasco Nasreddin Holding A.S.
Nascotex S.A.
Nasreddin Company Nasco SAS Di Ahmed Idris Nassreddin EC
Nasreddin Foundation
Nasreddin Group International Holding Ltd.
Nasreddin International Group Limited Holding
National Development Bank
National Fund for Social Insurance
National Islamic Front
National Management Consultancy Center
Nedal Saleh a/k/a Hitem
New Diamond Holdings
Noor Jalil
Nurjaman Riduan Ismuddin a/k/a Hambali
Omar Abu Omar
Omar Al-Bayoumi
Omar M. Bin Laden
Osama Bassnan
Palestine Islamic Jihad
Parka Trading Company
Piedmont Poultry
Promociones Y Construcciones Tetuan Pricote, S.A.
Proyectos Edispah
Proyectos Y Promociones Iso
Proyectos Y Promociones Pardise, S.L.
Queen City Cigarettes and Candy
Rabih Haddah
Rachid Fehar a/k/a Rachid Fettar
Raed Hijazi
Ramzi Mohammed Abdullah Binalshibh a/k/a Ramzi Mohamed Abdellah Omar
Red Sea Barakat Company Limited
Riyadus-Salikhin Recognizance and Sabotage Battalion of Chechen Martyrs
S.M. Tufail
Saar Foundation
Sabir Lamar
Saddam Hussein
Safar Al-Hawali
Said Bahaji
Saif Al-Adel
Saif Al Islam El Masry
Salafist Group for Call and Combat
Salah Badahdh
Salah Suleiman
Saleh Al-Hussayen
Saleh Gazaz
Saleh Mohamed Bin Laden
Salem Bin Laden
Salman Al-Ouda
Sami Omar Al-Hussayen
Samir Kishk
Samir Salah
Sana-Bell, Inc.
Sanabel Al-Kheer, Inc.
Sanabil Al-Khair
Sanur Salah
Saqar Al-Sadawi
Saudi Bin Laden Group
Saudi Bin Laden International Company
Saudi Cement Company in Damman
Saudi Sudanese Bank
Sayf al-Adl
Sa'd Al-Sharif
Shahir Abdulraoof Batterjee
Shaykh Sai'id a/k/a Mustafa Muhammed Ahmad
Sheik Adil Galil Batargy a/k/a Adel Abdul Jalil Batterjee
Sheikh Abdullah Azzam a/k/a Abu Muhammed
Sheikh Abu Bdul Aziz Nagi
Sheikh Ahmed Salim Swedan
Sheikh Omar Bakri Muhammad
Sheikh Yusuf Al-Qardawi
Soliman H.S. Al-Buthe
Somalia branch of Al Haramain Islamic Foundation
Somalia Internet Company
Special Purpose Islamic Regiment
Success Foundation
Sulaiman Al-Ali
Syed Suleman Ahmer
Taba Investments
Tadamon Islamic Bank a/k/a Tadamon Bank
Taha Yassin Ramadan
Taibah International Aid Association
Talal Mohammed Badkook
Tanzanite King
Tarek Ayoubi
Tarek M. Bin Laden
Tareq M. Al-Swaidan
Tariq Anwar al-Sayyid Ahmad
The Aid Organization of the Ulema
The Committee for the Defense of Legitimate Rights
The Estate of Marwan Al-shehhi
The Estate of Fayez Ahmed a/k/a Banihammad Fayez
The Estate of Ahmed Al Ghamdi
The Estate of Hamza Al Ghamdi
The Estate of Mohald Al Shehri
The Estate of Satam M. A. Al Suqami
The Estate of Abdulaziz Al Omari
The Estate of Waleed M. Al Shehri
The Estate of Wail Al Shehri
The Estate of Mohammed Atta
The Estate of Khalid Al Midhar
The Estate of Nawaf Al Hazmi
The Estate of Hani Hanjour
The Estate of Salem Al Hazmi
The Estate of Majed Moqed
The Estate of Ziad Samir Jarrah
The Estate of Ahmed Ibrahim A. Al Haznawi
The Estate of Saeed Al Ghamdi
The Estate of Ahmed Al Nami
The Estate of Qusay Hussein
The Estate of Uday Hussein
The Taliban
Thirwat Salah Shihata
Turkistan Islamic Movement
Ulema Union of Afghanistan
Umar Faruq
Umma Tameer-E-Nau (UTN)
Usama Bin Laden a/k/a Osama Bin Laden
Wadi Al Aqiq
Wafa Humanitarian Organization
Walid Al-Sourouri
Yasin Al-Qadi
Yassine Chekkouri
Yassir Al-Sirri a/k/a Ammar
Yazid Sufaat of Kuala Lumpur Malaysia
Yeslam M. Bin Laden
Yousef Jameel
Youssef Abdaoui
Youssef M. Nada & Co. Gesellschaft MBH
Youssef M. Nada Establishment
Youssef Nada a/k/a Youssef Mustafa Nada
Yusaf Ahmed Ali
Zacarias Moussaoui
Zahir H. Kazmi
Zakariya Essabar
Zakat Committee
Ziyad Khaleel

**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK, CONSOLIDATED ACTIONS KNOWN AS IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001, 03 MDL 1570 (RCC); NOTICE OF FILING OF COMPLAINTS.**

**Judge Richard C. Casey issued an Order for service by publication on September 15, 2004. It was Ordered that notice of the above-captioned action be published once a week for four consecutive weeks in English, in the International Herald Tribune and the USA Today, and in Arabic in at least one Arabic language newspaper circulated widely in the Middle East, as well as posting the relevant complaints on the website www.september11terrorlitigation.com.**

**Notice is hereby served on the Defendants listed above. Defendants are hereby summoned and required to serve upon The Clerk of the Court, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, 10007 an Answer to the Complaints within sixty (60) days after notice by publication. If Defendants fail to do so, judgment by default may be taken against Defendants for relief demanded in each of the Complaints consolidated under case number 03 MDL 1570. The Complaints seek compensatory, treble and punitive damages, attorneys' fees, costs, and other relief for wrongful deaths, personal injuries, property damage, business interruption losses, lost profits, trespass, racketeering and other injuries caused by the September 11, 2001 terrorist attack upon the United States.**

***Service of all pleadings, motions and discovery that are filed in this case are available on the Internet at http://www.sept11terrorlitigation.com.***

ADVERTISEMENT