## CERTIFICATE OF SERVICE

     I hereby certify that on March 7, 2005, the foregoing Reply Memorandum of The National Commercial Bank in Support of its Motion for Reconsideration was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                /s/ Ugo Colella
                                                Ugo Colella