UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FILED
U.S. DISTRICT COURT
2005 MAR -2 A 11: 21
CERTIFICATE OF MAILING
S.D. OF N.Y.

O'NEIL., et. al.
          Plaintiff,

-V-

KINGDOM OF SAUDI ARABIA, et al.

          Defendants..

04 Cv. 1922(RCC)

I, J. Michael McMahon, Clerk of Court for the Souther District of New York, do hereby certify that on the

### March 2, 2005

I served the

### SUMMONS & COMPLAINT
NOTICE OF SUIT
CERTIFICATE OF AUTHENTICITY FROM THE TRANSLATOR
TRANSLATION INTO ARABIC

Pursuant to the foreign sovereign immunities act (28 U.S.C. §1608(b)(3)(B), filed and issued herein on the
March 10, 2004

by mailing by registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

R632 889 774 #_____     #_____

(Chinatown Station) that was issued at my request as aforementioned,

J. Michael McMahon
CLERK

Dated: New York, NY

## LAW OFFICES OF JERRY S. GOLDMAN & ASSOCIATES, P.C.

February 22, 2005
Page 2

We respectfully request that you serve these documents to the defendant listed below at the following address:

> Air Force Intelligence
> c/o Farouk Al-Shara
> Foreign Minister of the Syrian Arab Republic
> Ministry of Foreign Affairs
> Muhareen Shora Ave.
> Damascus, Syria

Additionally, as required, we have enclosed:

1) An envelope for the defendant sufficient to hold the entire set of papers to be filed with the Clerk's Office;

2) A Summons (Service Form #2865) for the defendant being served;

3) A Registered Mail Service Form (#3806) made out to the Clerk of the Court.

4) A check/money sufficient for postage, registration and return of the receipt.

Should you have any questions, please do not hesitate to contact me. Thank you for your assistance in this matter.

Very truly yours,

LAW OFFICES OF JERRY S. GOLDMAN & ASSOCIATES, P.C.

By: _____
GINA M. MAC NEILL, ESQUIRE

GMM:jf
Enc. a/s
cc: Jerry S. Goldman, Esquire