USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-7-05

/A16/5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |
|---|---|

*This document relates to:*
   *New York Marine and General Insurance Co. v. Al Qaida, et al.*, Case No. 04-CV-6105
   (S.D.N.Y.)

## STIPULATION AS TO SERVICE OF PROCESS AND EXTENSION OF TIME TO RESPOND TO COMPLAINT CONSOLIDATED UNDER MDL 1570

It is HEREBY STIPULATED AND AGREED, by and between Plaintiff in the above-referenced case consolidated under 03 MDL 1570 and Defendants African Muslim Agency, Mar-Jac Investments, Reston Investments, York Foundation, Aradi, Inc., International Institute of Islamic Thought, Mena Corporation, Safa Trust, and Taha Jaber Al-Alwani (collectively, "Defendants"), by and through their undersigned counsel, that the undersigned Defendants' counsel hereby accepts service of the Complaint and the First Amended Complaint in the above-referenced case on behalf of Defendants.

IT IS FURTHER HEREBY STIPULATED AND AGREED that Plaintiff shall serve its respective RICO Statements concerning Defendants, on or before March 4, 2005.

IT IS FURTHER HEREBY STIPULATED AND AGREED that the time for Defendants to answer or otherwise respond to the Complaint and the First Amended Complaint in the above-referenced case shall be on or before March 28, 2005.

IT IS FURTHER HEREBY STIPULATED AND AGREED that Plaintiff's response to Defendants' responsive pleadings, if any, shall be served within sixty days of receipt of same from Defendants' counsel, and that Defendants' counsel shall file reply papers, if any, within fourteen days of receipt of Defendants' opposing papers.

GT\6434918 1
2103638-6

1

IT IS FURTHER HEREBY STIPULATED AND AGREED that Defendants hereby waive any and all affirmative defenses, objections, privileges, immunities and arguments relating to service of process in the above-referenced case, but preserve any and all other defenses, objections, privileges, immunities and arguments available to them.

Respectfully submitted

BROWN GAVALAS & FROMM LLP

By: _____
Frank J. Rubino, Jr.
355 Lexington Avenue
New York, New York 10017

*Attorneys for Plaintiff*

DLA PIPER RUDNICK GRAY CARY US LLP

By: _____
Christopher J. Beal
4365 Executive Drive
Suite 1100
San Diego, CA 92121

*Attorneys for Defendants*

**SO ORDERED:**

_____  Dated: March 4, 2005
RICHARD CONWAY CASEY, U.S.D.J.