Michael J. Sommi, Esq. (MS-7910)
COZEN O'CONNOR
Attorneys for Plaintiffs
45 Broadway, 16th Floor
New York, New York 10006
(212) 509-9400



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In Re Terrorist Attack on September 11, 2001 | : | Civil Action No. 03 MD 1570 (RCC) |
| *This document relates to:* | : | Civil Action No. 03 CV 6978 (RCC) |
| Federal Insurance Company, et. al. v. al Qaida, et. al. | : | |

## ORDER

THIS MATTER comes before me upon the motion of Plaintiffs herein to permit Adam C. Bonin, member in good standing of the Bar of the Commonwealth of Pennsylvania, to appear and conduct proceedings in the above entitled case *Pro Hac Vice*. As it appears from the affirmation submitted in support of this motion and any responses thereto that Mr. Bonin is a duly admitted member in good standing of the Commonwealth of Pennsylvania, and that good cause exists for the relief sought, and as the movant has certified that Mr. Bonin is ready to proceed such that the granting of this motion will not delay this action:

It is hereby Ordered that Adam C. Bonin shall be and hereby is admitted to appear *Pro Hac Vice* in this action.

SO ORDERED:
APPLICATION GRANTED

_____
HON. RICHARD CONWAY CASEY  U.S.D.J.

Dated: March 10, 2005

Michael J. Sommi, Esq. (MS-7910)
COZEN O'CONNOR
Attorneys for Plaintiffs
45 Broadway, 16th Floor
New York, New York 10006
(212) 509-9400

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 10, 2005
```

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re Terrorist Attack on September 11, 2001 | Civil Action No. 03 MD 1570 (RCC) |
| *This document relates to:* | Civil Action No. 03 CV 6978 (RCC) |
| Federal Insurance Company, et. al. v. al Qaida, et. al. | |

### NOTICE FOR MOTION FOR
### ADMISSION OF COUNSEL PRO HAC VICE

PLEASE TAKE NOTICE, that upon the annexed Affidavit of Adam C. Bonin, Esquire, sworn to on the 11th day of February, 2005, the affirmation of Michael J. Sommi, Esquire, and all pleadings and proceedings heretofore that herein, the undersigned will move this Court for an Order granting plaintiffs' motion to admit Adam C. Bonin, Esquire to appear and act as counsel in the above-captioned case *pro hac vice* pursuant to the Rules of the U.S. District Court Southern District of New York, and for such other and further relief as this Court deems just and equitable and in furtherance of the ends of justice.

Dated:   New York, New York
         February 14, 2005

                                            COZEN O'CONNOR

                                            By: /s/ Michael J. Sommi
                                            Michael J. Sommi, Esquire (MS-7910)
                                            COZEN O'CONNOR
                                            45 Broadway, 16th Floor
                                            New York, New York 10006
                                            (212) 509-9400

Michael J. Sommi, Esq. (MS-7910)
COZEN O'CONNOR
Attorneys for Plaintiffs
45 Broadway, 16th Floor
New York, New York 10006
(212) 509-9400

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In Re Terrorist Attack on September 11, 2001 | : : : : : : | Civil Action No. 03 MD 1570 (RCC) |
| *This document relates to:* | : : | Civil Action No. 03 CV 6978 (RCC) |
| Federal Insurance Company, et. al. v. al Qaida, et. al. | : : : | |

### AFFIDAVIT OF ADAM C. BONIN

COMMONWEALTH OF PENNSYLVANIA        :

COUNTY OF PHILADELPHIA        :

I, Adam C. Bonin, Esquire, being duly sworn, depose and say:

1. I am a resident of the Commonwealth of Pennsylvania and was admitted by the Supreme Court of Pennsylvania to the bar of the Commonwealth of Pennsylvania on January 5, 1998.

2. I currently am an associate member of the law firm of Cozen O'Connor, 1900 Market Street, Philadelphia, Pennsylvania.

3. I am a member in good standing of the bar of the Commonwealth of Pennsylvania and am duly licensed and admitted to practice law within the Commonwealth of Pennsylvania, having an Attorney Identification No. 80929. A copy of my Certificate of Good Standing is annexed hereto and marked as Exhibit "A".

4. There are no disciplinary proceedings or criminal charges instituted against me in the Commonwealth of Pennsylvania or in any other state.

5. There is an attorney-client relationship between the plaintiffs and my law firm.

6. My clients specifically have requested that I represent their interests in this matter.

7. The nature of this action involves legal and factual issues in a complex field of law with which I am familiar since I have handled similar cases in the past and have developed expertise in these matters.

8. If the Court shall allow my Motion to Appear *pro hac vice* in the above-captioned matter, I will continue to represent my clients in this proceeding until the final determination thereof, and with reference to all matters, incidents or proceedings, I agree that I shall be subject to the orders and amenable to any disciplinary action and the civil jurisdiction of this Court and the New York state bar in all respects as if I were regularly admitted and a licensed member of the Bar of the State of New York in good standing.

9. The Commonwealth of Pennsylvania grants the privilege of *Pro Hac Vice* admissions to members of the bar of New York in good standing.

10. I am associated and have personally appearing with me in these proceedings, Michael J. Sommi, Esquire, an attorney who is duly and legally admitted to practice both in the State Courts of New York and in the United States District Court for the Southern District of New York, and upon whom service may be had in all matters connected with the above-captioned cause, and with any disciplinary matter arising out of the same, with the same effect as if personally made on me within the Commonwealth of Pennsylvania.

11. I certify that all of the forgoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
ADAM C. BONIN, ESQ.

Sworn to before me on this
____ day of February, 2005

_____
Notary Public

NOTARIAL SEAL
DENISE M. PAGANO, NOTARY PUBLIC
PHILADELPHIA CITY, COUNTY OF PHILADELPHIA
MY COMMISSION EXPIRES AUGUST 7, 2005

3

Michael J. Sommi, Esq. (MS-7910)
COZEN O'CONNOR
Attorneys for Plaintiffs
45 Broadway, 16th Floor
New York, New York 10006
(212) 509-9400

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re Terrorist Attack on September 11, 2001 | : | Civil Action No. 03 MD 1570 (RCC) |
| *This document relates to:* | : | Civil Action No. 03 CV 6978 (RCC) |
| Federal Insurance Company, et. al. v. al Qaida, et. al. | : | |

## AFFIRMATION OF MICHAEL J. SOMMI

Michael J. Sommi, Esquire, being duly sworn, deposes and says as follows:

1.  I am an attorney duly licensed to practice law in the State of New York, and am a senior member with the law firm Cozen O'Connor, attorneys for the plaintiffs in the above-entitled action.

2.  I am fully familiar with the facts and circumstances as hereinafter set forth, and make this Affidavit in support of the plaintiffs' motion to have Adam C. Bonin, Esquire, admitted of counsel, *Pro Hac Vice*, with respect to the above-entitled action.

3.  The above-captioned action was commenced by the plaintiffs against the defendants on September 10, 2003.

4.  I am acting as local counsel with respect to this matter and respectfully request that the Court allow Adam C. Bonin, Esquire to be admitted *Pro Hac Vice* for purposes of serving as counsel for the plaintiffs.

5. Adam C. Bonin, Esquire is an excellent trial attorney who is experienced with respect to issues being presented in the present lawsuit, and is a member in good standing of the Bar of Pennsylvania. (See original Certificate of Good Standing Attached Hereto as Exhibit "A").

6. I respectfully submit to the Court that Mr. Bonin is an excellent trial attorney. The Court is respectfully referred to Mr. Bonin's attached Affidavit regarding his specific qualifications.

7. I respectfully request that Adam C. Bonin, Esquire be admitted *Pro Hac Vice* in the above-entitled action to serve as counsel with respect to the prosecution of the subject claims.

WHEREFORE, Michael J. Sommi, Esquire respectfully requests that the Court grant an Order allowing the admission, *Pro Hac Vice*, of Adam C. Bonin, Esquire to the United States District Court for the Southern District of New York to practice with respect to the above-captioned action, together with such other and further relief as the Court may deem just and proper.

Dated: New York, New York
      February 14, 2005

COZEN O'CONNOR

By: _____
Michael J. Sommi, Esquire (MS-7910)
COZEN O'CONNOR
45 Broadway, 16th Floor
New York, New York 10006
(212) 509-9400



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

### *Adam Craig Bonin, Esq.*

**DATE OF ADMISSION**

*January 5, 1998*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: February 1, 2005

_____
John W. Person Jr.
Deputy Prothonotary

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing "Motion For Admission Of Counsel Pro Hac Vice" in the above-captioned matter was served upon all counsel of record on the 17th day of February, 2005.

COZEN O'CONNOR

BY: _____
J. SCOTT TARBUTTON, ESQUIRE
1900 Market Street
Philadelphia, PA 19103
215-665-2000