**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In Re TERRORIST ATTACKS on<br>SEPTEMBER 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*
*Estate of O'Neill, et al. v. Kingdom of Saudi Arabia, et al., 04-CV-1922 (RCC)*

## Declaration of Service of Summons and Complaint Upon Kingdom of Saudi Arabia, Directorate of Intelligence, General Staff, Intelligence Section (G-2), Ministry of State for Internal Affairs, Ministry of Interior, Saudi Committee for the Support of the Intifada, Supreme Counsel of Islamic Affairs, Council of Ministers, and Special Committee of the Council of Ministers

CHRISTY KINCAID, a legal assistant with the Law Offices of Jerry S. Goldman & Associates, P.C., declares under penalties of perjury that:

1.      I am a legal assistant with the Law Offices of Jerry S. Goldman & Associates, P.C., over eighteen (18) years of age and not a party to this action. I am fully competent to make this declaration and have personal knowledge of the facts stated in this declaration. To the best of my knowledge, all of the facts stated in this declaration are true and correct.

2.      In my capacity as legal assistant I am assigned to the above-captioned matter. I make this declaration as proof that the summons and complaint were duly served in this action on THE KINGDOM OF SAUDI ARABIA, DIRECTORATE OF INTELLIGENCE, GENERAL STAFF, INTELLIGENCE SECTION (G-2), MINISTRY OF STATE FOR INTERNAL AFFAIRS, MINISTRY OF INTERIOR,

-1-

SAUDI COMMITTEE FOR THE SUPPORT OF THE INTIFADA, SUPREME COUNSEL OF ISLAMIC AFFAIRS, COUNCIL OF MINISTERS, AND SPECIAL COMMITTEE OF THE COUNCIL OF MINISTERS, as set forth herein.

3.     By way of a letter dated October 7, 2004, Jerry S. Goldman contacted Michael K. Kellogg, Esquire, Counsel for the Kingdom of Saudi Arabia and certain of its agencies and instrumentalities, inquiring if he was authorized to accept service on behalf of the Kingdom of Saudi Arabia and such agencies and instrumentalities. A true and accurate copy of that letter is attached hereto and incorporated herein as Exhibit 1.

4.     By way of a letter dated October 8, 2004, Jerry S. Goldman, Esquire received correspondence, from Michael K. Kellogg, Esquire regarding a means to effectuate acceptable service of process upon the Kingdom of Saudi Arabia and certain Saudi Arabian agencies and instrumentalities, wherein they would agree not to contest proper service.   A true and accurate copy of that letter is attached hereto and incorporated herein as Exhibit 2.

5.     Mr. Kellogg informed Mr. Goldman in such correspondence that service would be accepted by the Kingdom of Saudi Arabia and those agencies and instrumentalities if they was served pursuant to the Foreign Sovereign Immunities Act and the Federal Rules of Civil Procedure Rule 4, "by sending a copy of the summons, complaint and notice of suit, along with translations of the same to the offices of the Foreign Ministry by Federal Express or registered mail," via the clerk's office.  Mr. Kellogg additionally requested that Plaintiff furnish a copy of these documents, in English, accompanied by an electronic version of the complaint, to be sent to his office with a

copy of the Federal Express or registered mail receipt. (See Exhibit 2).

6.    By way of a letter dated October 12, 2004, Jerry S. Goldman, Esquire requested of Mr. Kellogg that service be made via Federal Express by counsel directly and not by way of the clerk of the District Court. A true and accurate copy of that letter is attached hereto and incorporated herein as Exhibit 3.

7.    By way of a letter dated October 13, 2004, Mr. Kellogg stated that service directly by our office, without utilizing the clerk of the District Court, via Federal Express was acceptable. A true and accurate copy of that letter is attached hereto and incorporated herein as Exhibit 4.

8.    Along with a letter signed by an attorney associated with the Law Office of Jerry S. Goldman & Associates, P.C., Gina M. MacNeill, Esquire, dated October 18, 2004, we caused a package to be sent, via Federal Express, to the Ministry of Foreign Affairs – P.O. Box 55937, Postal Code 11544, Riyadh, Saudi Arabia in accordance with the above-described procedure ("October 2004 Package"). A true and accurate copy of the cover letter included in the October 2004 Package is attached hereto and incorporated herein as Exhibit 5; a true and accurate copy of the Federal Express receipt is attached hereto and incorporated herein as Exhibit 6.

9.    The October 2004 Package contained a separate "service package" for at least each of the following defendants:

   a.   The Kingdom of Saudi Arabia;

   b.   The Directorate of Intelligence;

   c.   General Staff;

    d.   Intelligence Section (G-2);

    e.   Ministry of State for Internal Affairs;

    f.   Saudi Committee for Support of the Intifada;

    g.   The Supreme Council of Islamic Affairs;

    h.   The Council of Ministers; and,

    i.   The Special Committee of the Council of Ministers.

    (See Exhibit 5) [cover letter contained in the October 2004 package]

10.    Each "service package" contained a copy of the Civil Cover Sheet, copies of the Complaint, in both English and Arabic, copies of the Summons, in both English and Arabic, a Notice of Suit, in both English and Arabic, and a Certificate of Accuracy by the translator, in both English and Arabic, as well as the cover letter of October 18, 2004.

11.    A copy of the transmittal with the Complaint in English, and the complaint in an electronic version, along with a copy of the Federal Express receipt, as agreed, was sent to Mr. Kellogg on October 18, 2004.

12.    Based upon Federal Express' request for additional delivery information, we provided them with the additional delivery information based upon the information that we received from Mr. Kellogg, dated October 21, 2004, in response to Mr. Goldman's request of October 18, 2004.  A true and accurate copy of Mr. Kellogg's letter is attached hereto and incorporated herein as Exhibit 7.

13.    The October 2004 Package was delivered by Federal Express to the Ministry of

Foreign Affairs for Saudi Arabia on November 1, 2004.  A true and accurate copy of the tracking results is attached hereto and incorporated herein as Exhibit 8.

14.     By way of a letter dated November 3, 2004, Jerry S. Goldman, Esquire provided Mr. Kellogg with a copy of the confirmation of delivery and sought confirmation that all items which we believed we were obligated to send, and we believed were received, were in fact received. A true and accurate copy of such letter and it's tracking results are attached hereto and incorporated herein as Exhibit 9.  I have been advised by Jerry S. Goldman and Gina M. MacNeill, that we have not received any response indicating a failure to comply with same.

15.     Upon reviewing the status of our service, we realized that a package addressed to the Ministry of Interior of the Kingdom of Saudi Arabia may not have been included in the October, 2004 Package.

16.     Accordingly, by way of a series of ten (10) separate service packages, accompanied by letters dated January 7, 2005, service documents were transmitted to the Defendants via Federal Express from our office (collectively, January 2005 Service Packages).   Each service package contained the Complaint in English and Arabic, the Summons in English and Arabic, the Notice of Suit in English and Arabic, the Certificate of Authenticity, together with a cover letter from Gina M. Mac Neill, Esquire..  Each of the January 2005 service packages were addressed to HRH Prince Saud Al-Faisal, Minister of Foreign Affairs, Ministry of Foreign Affairs – Riyadh, Nasseriya Street, Riyadh 11124. There was a separate service package for each of the following:

-5-

1.  Kingdom of Saudi Arabia;

2.  Directorate of Intelligence;

3.  General Staff;

4.  Intelligence Section (G-2);

5.  Ministry of State for Internal Affairs;

6.  Ministry of Interior;

7.  Saudi Committee for the Support of the Intifada;

8.  Supreme Counsel of Islamic Affairs;

9.  Council of Ministers; and,

10. Special Committee of the Council of Ministers.

17.   True and correct copies of the ten (10) transmittal letters, Federal Express receipts and Summons referred to in Paragraph 16, together with the Federal Express verification referred to in Paragraph 17, are attached hereto and incorporated herein collectively as Exhibit 10.

18.   We have verified with Federal Express that all ten (10) of the January 2005 service packages referred to in Paragraph 16 hereof, were delivered on January 10, 2005.   Copies of same are attached hereto and incorporated herein collectively as Exhibit 11.

19.   By way of a letter dated February 4, 2005, by Gina Mac Neill, Esquire, a copy of such transmittal, together with the air bills, and another disk with a copy of the complaint, was sent and mailed to Michael Kellogg, Esq., by overnight mail.   A copy

-6-

of such transmittal letter is attached hereto and incorporated herein as Exhibit 12.

I declare, under penalty of perjury, pursuant to 28 U.S.C. Sec. 1746, that the foregoing is true and correct, at Philadelphia, Pennsylvania on March 7th, 2005.

CHRISTY KINCAID
2 Penn Center Plaza
1500 JFK Blvd, Ste. 1411
Philadelphia, PA 19102
215.569.4500

## CERTIFICATION OF SERVICE

I hereby certify that on March 7, 2005, I caused the foregoing to be served electronically on counsel of record by the Court's Electronic Case Filing (ECF) system, pursuant to the Case Management Order in *In Re Terrorist Attacks on September 11, 2001,* 03 MDL No. 1570 (RCC).

_____
JERRY S. GOLDMAN, ESQUIRE