## LAW OFFICES OF
## JERRY S. GOLDMAN & ASSOCIATES, P.C.

A NEW YORK PROFESSIONAL CORPORATION DULY QUALIFIED TO TRANSACT BUSINESS WITHIN THE COMMONWEALTH OF PENNSYLVANIA

JERRY S. GOLDMAN
DIRECT DIAL: 215.569.4500 ext. 12
jgoldman@goldmanlawyers.com
Admitted to: NY, PA & MASS
LLM in Taxation

TWO PENN CENTER PLAZA •   SUITE 1411
1500 JFK BOULEVARD
PHILADELPHIA, PA  19102
TEL: 215.569.4500 •   FAX: 215.569.8899

111 BROADWAY •   13ᵀᴴ FLOOR
NEW YORK, NY  10006
TEL: 212.242.2232 •   FAX: 212.346.4665

3109 STIRLING ROAD •   SUITE 101
FORT LAUDERDALE, FL  33312
TEL: 954.981.6533 •   FAX: 954.989.8068

Reply To:  Philadelphia

October 7, 2004

**Original Via First Class Mail**
**Copy Via Email**

Micheal K. Kellogg, Esquire
Kellogg, Huber, Hansen,
 Todd & Evans, P.L.L.C.
Sumner Square
1615 M. Street, N.W.
Suite 400
Washington, D.C. 20036

> **Re: MDL 1570**
> **In Re Terrorist Attacks of September 11, 2001**
> **O'Neill, et. al. vs. Kingdom of Saudi Arabia, et. al.**
> **04-CV-1922 (RCC)**

Dear Mr. Kellogg:

Please be advised that I am one of the attorneys of record with regard to O'Neill, et. al. vs. Kingdom of Saudi Arabia, et. al. ("O'Neill").

I understand that you are representing certain of the Saudi Defendants.

Please advise if you are authorized to accept service with regard to the Kingdom of Saudi Arabia and/or the following alleged instrumentalities of the Kingdom:

1.   Directorate of Intelligence;
2.   General Staff;
3.   Intelligence Section (G-2);
4.   Ministry of State for internal Affairs;
5.   Ministry of Interior;
6.   Saudi Committee for Support of the Intifada;



EXHIBIT 1

X:\Clients\ONeill v. Saudi arabia\Correspondence\l-suadi attorney

**LAW OFFICES OF JERRY S. GOLDMAN & ASSOCIATES, P.C.**

October 7, 2004
Page 2

    7.    The Supreme Council of Islamic Affairs;

    8.    The Council of Ministers; and/or,

    9.    The Special Committee of the Council of Ministers.

If so please advise.

Alternatively, we are prepared to serve in other ways, in accordance with the law, unless otherwise agreed to.

Please contact me so we can discuss this, if you are amenable to any of these alternatives.

Very truly yours,

LAW OFFICES OF JERRY S. GOLDMAN &
ASSOCIATES, P.C.

By: /S/
JERRY S. GOLDMAN, ESQUIRE

JSG:ng

X:\Clients\ONeill v. Saudi arabia\Correspondence\-suadi attorney

## Nicole Gonzalez

**From:** Nicole Gonzalez
**Sent:** Thursday, October 07, 2004 3:07 PM
**To:** 'KellogMDL1570@khhte.com'
**Cc:** Jerry S. Goldman
**Subject:** O'Neill v. Kingdom of Saudi Arabia, et al

Enclosed please find correspondence re O'Neill, et al v. Kingdom of Saudi Arabia, et al.

*************************************************************
Nicole Gonzalez, Legal Assistant
Law Offices of Jerry S. Goldman & Associates, P.C.
2 Penn Center Plaza
1500 JFK Boulevard, Suite 1411
Philadelphia, PA 19102
Tel: 215.569.4500
Fax: 215.569.8899

11/16/2004