### KELLOGG, HUBER, HANSEN, TODD & EVANS, P.L.L.C.
SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3209

(202) 326-7900

FACSIMILE:
(202) 326-7999

October 8, 2004

**VIA OVERNIGHT MAIL**

Jerry S. Goldman
111 Broadway 13th Floor
New York, New York 10036

Re: *In re Terrorist Attacks of September 11, 2001*,
03 MDL 1570 (RCC)

Dear Mr. Goldman:

I write in response to your letter of October 7, 2004 regarding the suit your firm has filed against the Kingdom of Saudi Arabia and various alleged instrumentalities of the Kingdom, and requesting that our clients waive service of process. As a matter of long-standing policy, the Kingdom of Saudi Arabia never waives the Foreign Sovereign Immunities Act requirement of official notice to a foreign sovereign through their Ministry of Foreign Affairs, and therefore requires that service of process be handled in accordance with the traditional practices set forth in Rule 4 of the Federal Rules of Civil Procedure and the Foreign Sovereign Immunities Act.

Service may be accomplished by sending a copy of the summons, complaint and notice of suit, along with translations of the same, to the offices of the Foreign Ministry by Federal Express or registered mail. If you will also send courtesy copies in English to me at this address, accompanied by a searchable (non-scanned) electronic version of the complaint, and a copy of the Federal Express or registered mail receipt, we will agree not to contest proper service.

Finally, I would note that your complaint alleges that an entity entitled "Ministry of State for Internal Affairs" is an



KELLOGG, HUBER, HANSEN, TODD & EVANS, P.L.L.C.

Jerry S. Goldman
October 8, 2004
Page 2

agency or instrumentality of the Kingdom of Saudi Arabia. To the best of our knowledge, no such entity exists within the Kingdom of Saudi Arabia.

Sincerely,

Michael K. Kellogg