# LAW OFFICES OF
# JERRY S. GOLDMAN & ASSOCIATES, P.C.

A NEW YORK PROFESSIONAL CORPORATION DULY QUALIFIED TO TRANSACT
BUSINESS WITHIN THE COMMONWEALTH OF PENNSYLVANIA

TWO PENN CENTER PLAZA • SUITE 1411
1500 JFK BOULEVARD
PHILADELPHIA, PA 19102
TEL: 215.569.4500 •   FAX: 215.569.8899

111 BROADWAY •   13TH FLOOR
NEW YORK, NY 10006
TEL: 212.242.2232 •   FAX: 212.346.4665

3109 STIRLING ROAD •   SUITE 101
FORT LAUDERDALE, FL 33312
TEL: 954.981.6533 •   FAX: 954.989.8068

JERRY S. GOLDMAN
DIRECT DIAL: 215.569.4500 ext. 12
jgoldman@goldmanlawyers.com
Admitted to: NY, PA & MASS
LLM in Taxation

Reply To: Philadelphia

October 12, 2004

**Original Via First Class Mail**
**Copy Via Email and Facsimile**

Micheal K. Kellogg, Esquire
Kellogg, Huber, Hansen,
  Todd & Evans, P.L.L.C.
Sumner Square
1615 M. Street, N.W.
Suite 400
Washington, D.C. 20036

      **Re: MDL 1570**
          **In Re Terrorist Attacks of September 11, 2001**
          **O'Neill, et. al. vs. Kingdom of Saudi Arabia, et. al.**
          **04-CV-1922 (RCC)**

Dear Mr. Kellogg:

    This will acknowledge your prompt response to my letter of October 7, 2004.

    Would the Kingdom of Saudi Arabia (and its Instrumentalitites) be amenable to service via Fed Ex (or registered carrier) to the locations set forth in your letter, directly, and not by way of the clerk?

                Very truly yours,

                LAW OFFICES OF JERRY S. GOLDMAN &
                ASSOCIATES, P.C.

                By:_____
                JERRY S. GOLDMAN, ESQUIRE

JSG:ng

**EXHIBIT 3**

X:\Clients\ONeill v. Saudi arabia\Correspondence\-suadi attorney- Kellogg

## Nicole Gonzalez

**From:** Nicole Gonzalez
**Sent:** Tuesday, October 12, 2004 4:32 PM
**To:** 'KelloggMDL1570@khhte.com'
**Cc:** Jerry S. Goldman; Gina MacNeill; 'joshua@ambushlaw.com'; 'pdubinsky@nyls.edu'; 'Roger.Alford@pepperdine.edu'; 'Hoffpaul@aol.com'
**Subject:** O'Neill

Enclosed please find correspondence regarding O'Neill v. Kingdom of Saudi Arabia.

****************************************************************
Nicole Gonzalez, Legal Assistant
Law Offices of Jerry S. Goldman & Associates, P.C.
2 Penn Center Plaza
1500 JFK Boulevard, Suite 1411
Philadelphia, PA 19102
Tel: 215.569.4500
Fax: 215.569.8899