# KELLOGG, HUBER, HANSEN, TODD & EVANS, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3209
_____
(202) 326-7900
FACSIMILE:
(202) 326-7999

October 13, 2004

**_VIA OVERNIGHT MAIL_**

Jerry S. Goldman
111 Broadway 13th Floor
New York, New York 10036

>        Re:  *In re Terrorist Attacks of September 11, 2001,*
>             03 MDL 1570 (RCC)

Dear Mr. Goldman:

    The mode of service in your letter of October 12, 2004 is
acceptable.  As long as the translated summons, complaint, and
notice of suit are included, the materials may be sent directly
to the offices of the Foreign Ministry by Federal Express or
registered mail rather than by the clerk of the court.

>            Sincerely,

>            Michael K. Kellogg

