# LAW OFFICES OF
# JERRY S. GOLDMAN & ASSOCIATES, P.C.

A NEW YORK PROFESSIONAL CORPORATION DULY QUALIFIED TO TRANSACT BUSINESS WITHIN THE COMMONWEALTH OF PENNSYLVANIA

TWO PENN CENTER PLAZA • SUITE 1411
1500 JFK BOULEVARD
PHILADELPHIA, PA 19102
TEL: 215.569.4500 • FAX: 215.569.8899

111 BROADWAY • 13TH FLOOR
NEW YORK, NY 10006
TEL: 212.242.2232 • FAX: 212.346.4665

3109 STIRLING ROAD • SUITE 101
FORT LAUDERDALE, FL 33312
TEL: 954.981.6533 • FAX: 954.989.8068

GINA M. MAC NEILL
DIRECT DIAL: 215.569.4500 ext. 25
gmacneill@goldmanlawyers.com
Admitted to: PA & NJ

Reply To: PHILADELPHIA

October 18, 2004

**Via Federal Express**

Ministry of Foreign Affairs - Riyadh
P.O. Box 55937
Postal Code 11544
Riyadh, Saudi Arabia

    Re:  03 MDL 1570 (RCC)
           O'Neill *et al* v. Kingdom of Saudi Arabia *et al*
           04-CV-01922

To Whom It May Concern:

Please find enclosed nine (9) copies of the summons, complaint and notice of suit, in both English and Arabic, relating to the above-referenced case. Each copy, along with its Arabic translation, is for each defendant named below:

1) Kingdom of Saudi Arabia;

2) The Directorate of Intelligence;

3) the General Staff

4) the Intelligence Section (G-2);

5) the Ministry of State for Internal Affairs;

6) the Saudi Committee for Support of the Intifada;

7) the Supreme Council of Islamic Affairs;

8) the Council of Ministers;

9) the Special Committee of the Council of Ministers.



**LAW OFFICES OF JERRY S. GOLDMAN & ASSOCIATES, P.C.**

October 18, 2004
Page 2

  We have created individual packages for each defendant containing a copy (in English), and the translation (in Arabic), of the summons, the complaint and the notice of suit, with the applicable defendant listed on the front of each package.

  This service of process is being served as per agreement between counsel representing the Plaintiffs in this matter, Jerry S. Goldman, Esquire, and counsel for the above-listed defendants, Michael K. Kellog, Esquire. A copy of the English version of this complaint, along with a copy of the electronic version, and the receipt for mailing from FedEx will be forwarded to Mr. Kellog as agreed.

          Very truly yours,

          LAW OFFICES OF JERRY S. GOLDMAN &
          ASSOCIATES, P.C.

          By: *Gina M. Mac Neill*
          GINA M. MAC NEILL, ESQUIRE

GMM:jf
Enc. a/s
cc: Michael K. Kellogg, Esquire
  Jerry S. Goldman, Esquire