# FedEx International Air Waybill

**From** *Please print and press hard.*

- Date: 10/18/04
- Sender's FedEx Account Number: 2523-5006-0
- Sender's Name: Gina Mac Neill, Esq.
- Phone: 215 569-4500
- Company: LAW OFFICES OF JERRY S. GOLDMAN
- Address: 1500 JFK BLVD STE 1411
- City: PHILADELPHIA
- State/Province: PA
- ZIP/Postal Code: 19102-1721
- Country: USA

**2 To**

- Recipient's Name:
- Phone: 009661 4055000 or 4067777
- Company: Ministry of Foreign Affairs - Riyadh
- Dept/Floor:
- Address: P.O. Box 55937
- City: Riyadh
- State/Province:
- ZIP/Postal Code: 11544
- Country: Saudi Arabia
- Recipient's Tax I.D. number for Customs purposes:

**3 Shipment Information**
- Total Packages: 1
- Commodity Description: Legal Documents
- Value for Customs: NCV
- Total Value for Customs: NCV

**4 Express Package Service**
- [X] Other

**5 Packaging**
- [X] FedEx Envelope

**7a Payment** Bill transportation charges to:
- [X] Sender

**9 Required Signature**
Signature: [signed] O'Neill
Date: 10/18/04

FedEx Tracking Number: 8456 5684 2082

Form I.D. No. 0402

464

