**KELLOGG, HUBER, HANSEN, TODD & EVANS, P.L.L.C.**

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3209

(202) 326-7900

FACSIMILE:
(202) 326-7999

October 21, 2004

**VIA FAX AND REGULAR MAIL**

Jerry S. Goldman
111 Broadway 13th Floor
New York, New York 10036

    Re:  *In re Terrorist Attacks of September 11, 2001,*
          03 MDL 1570 (RCC)

Dear Mr. Goldman:

    In response to your letter of October 18, 2004, I would note that the web site for the Embassy of the Kingdom of Saudi Arabia lists "Ministry Addresses in Saudi Arabia." The site includes the following listing:

    Ministry of Foreign Affairs
    Nasseriya Street, Riyadh 11124
    TEL: 1-406-7777/1-441-6836
    FAX: 1-403-0159
    Jeddah Office TEL: 2-669-0900
    web address: http://www.mofa.gov.sa

    In addition, the US Postal Service states that they are able to deliver to any P.O. Box in Riyadh, guaranteed delivery with tracking information. I hope this information is helpful.

                                 Sincerely,

                                 Michael K. Kellogg

