**FedEx**®

Package / Envelope Services | Office / Print Services | Freight Services | Expedited Services

Ship | Track | Manage My Account | International Tools

Track Shipments
## Detailed Results

Printable Version    Quick Help

You can also track:
- FedEx Trade Networks shipments
- By Email Track
- By FedEx Wireless Soluti...

| | | | | |
|---|---|---|---|---|
| Tracking number | 845656842082 | Reference | | O NEILL |
| Signed for by | .OUBID ALDOSSARY | Delivery location | | RIYADH SA |
| Ship date | Oct 18, 2004 | Delivered to | | Mailroom |
| Delivery date | Nov 1, 2004 2:35 PM | Service type | | International Priority Service |
| | | Weight | | 20.0 lbs. |

Status                    Delivered

Wrong Address?
Reduce future mistakes by using FedE
Address Checker.

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Nov 1, 2004 | 2:35 PM | Delivered | RIYADH SA | |
| | 9:57 AM | On FedEx vehicle for delivery | RIYADH SA | |
| Oct 31, 2004 | 10:52 PM | At local FedEx facility | RIYADH SA | |
| | 3:07 PM | Delivery exception | RIYADH SA | Customer not available or business closed |
| | 10:21 AM | On FedEx vehicle for delivery | RIYADH SA | |
| Oct 30, 2004 | 10:33 PM | At local FedEx facility | RIYADH SA | |
| | 9:41 PM | Delivery exception | RIYADH SA | Customer not available or business closed |
| | 9:41 PM | On FedEx vehicle for delivery | RIYADH SA | |
| Oct 28, 2004 | 2:52 PM | At local FedEx facility | RIYADH SA | |
| Oct 27, 2004 | 4:37 PM | At local FedEx facility | RIYADH SA | |
| Oct 26, 2004 | 2:16 PM | At local FedEx facility | RIYADH SA | |
| Oct 25, 2004 | 1:44 PM | At local FedEx facility | RIYADH SA | |
| Oct 24, 2004 | 12:17 PM | At local FedEx facility | RIYADH SA | |
| Oct 23, 2004 | 2:13 PM | At local FedEx facility | RIYADH SA | |
| Oct 21, 2004 | 2:12 PM | At local FedEx facility | RIYADH SA | |
| | 2:06 PM | Delivery exception | RIYADH SA | Incorrect address |
| | 2:06 PM | On FedEx vehicle for delivery | RIYADH SA | |
| | 8:22 AM | Int'l shipment release | RIYADH SA | |
| Oct 20, 2004 | 8:11 PM | Int'l shipment release | RIYADH SA | |
| | 8:10 PM | In transit | RIYADH SA | Package available for clearance |
| | 4:07 PM | At dest sort facility | DUBAI AE | |
| | 4:03 AM | In transit | PARIS FR | |
| Oct 19, 2004 | 10:21 PM | Departed FedEx location | PARIS FR | |
| | 8:46 PM | Arrived at FedEx location | PARIS FR | |
| | 8:03 AM | Package data transmitted to FedEx | | |
| | 4:30 AM | Departed FedEx location | INDIANAPOLIS, IN | |
| Oct 18, 2004 | 11:49 PM | Arrived at FedEx location | INDIANAPOLIS, IN | |
| | 11:45 PM | Departed FedEx location | INDIANAPOLIS, IN | |
| | 9:15 PM | Left origin | PHILADELPHIA, PA | |
| | 4:14 PM | Picked up | PHILADELPHIA, PA | |

Shipping Freight?
FedEx has LTL, air freight, surface
air expedited freight, multi piece pa
deliveries, and ocean freight.

Signature Proof | Track more shipments

Email your detailed tracking results (optional)

Enter your email, submit up to three email addresses (separated by commas), add your
message (optional), and click Send email.

From                                      Add a message to this email.

EXHIBIT