# LAW OFFICES OF
# JERRY S. GOLDMAN & ASSOCIATES, P.C.

A NEW YORK PROFESSIONAL CORPORATION DULY QUALIFIED TO TRANSACT
BUSINESS WITHIN THE COMMONWEALTH OF PENNSYLVANIA

JERRY S. GOLDMAN
DIRECT DIAL: 215.569.4500 ext. 12
jgoldman@goldmanlawyers.com
Admitted to: NY, PA & MASS
LLM in Taxation

TWO PENN CENTER PLAZA • SUITE 1411
1500 JFK BOULEVARD
PHILADELPHIA, PA 19102
TEL: 215.569.4500 • FAX: 215.569.8899

111 BROADWAY • 13TH FLOOR
NEW YORK, NY 10006
TEL: 212.242.2232 • FAX: 212.346.4665

3109 STIRLING ROAD • SUITE 101
FORT LAUDERDALE, FL 33312
TEL: 954.981.6533 • FAX: 954.989.8068

Reply To: New York

November 3, 2004

**_ORIGINAL VIA FIRST CLASS MAIL_**

**_COPY VIA FAX: 202-326-7999_**

Michael K. Kellogg, Esquire
Kellogg, Huber, Hansen, Todd & Evans, P.L.L.C.
Sumner Square
1615 M Street, N.W.
Suite 400
Washington, D.C. 20036-3209

      Re:    In re Terrorist Attacks of September 11, 2002
                Case No.: 03 MDL 1570 (RCC)
                O'Neill et al v. Kingdom of Saudi Arabia et al
                04-CV-1922 (RCC)

Dear Mr. Kellogg:

      Enclosed please find a copy of the FedEx proof of delivery on November 1, 2004 at 2:35 p.m. In light of our mailing to the Kingdom of the summons, complaint and notice of suit, in English and Arabic, relating to the case, on October 18, 2004, and the mailing to you of an English version of the complaint, electronic version of the complaint, and the receipt for mailing from FedEx, on October 18, 2004, we believe that we have satisfied the methodology agreed upon in your letter of October 8, 2004, as modified by our letter of October 12, 2004 and your assent of October 13, 2004.

      In the event that you do not believe that we have complied with such methodology, please let me know at once so that we can address same. Otherwise, we will assume that you do not dispute our compliance with same.


EXHIBIT 9

X:\Clients\ONeill v. Saudi arabia\Correspondence\l-Kellogg 11.2.04

Should you have any questions, please feel free to contact me at your convenience.

Very truly yours,

LAW OFFICES OF JERRY S. GOLDMAN & ASSOCIATES, P.C.

By:______________________________
JERRY S. GOLDMAN, ESQUIRE

JSG:jf
cc: Gina Mac Neill, Esquire (via email w/o enc.)
Joshua Ambush, Esquire (via email w/o enc.)
Paul Hoffman, Esquire (via email w/o enc.)
Paul Dubinsky, Esquire (via email w/o enc.)
Roger Alford, Esquire (via email w/o enc.)

# FedEx

## Track Shipments
## Detailed Results

Printable Version | Quick Help

You can also track:
- FedEx Trade Networks shipments
- By Email Track
- By FedEx Wireless Solutio

| | |
|---|---|
| Tracking number | 845656842082 |
| Signed for by | .OUBID ALDOSSARY |
| Ship date | Oct 18, 2004 |
| Delivery date | Nov 1, 2004 2:35 PM |

| | |
|---|---|
| Reference | O NEILL |
| Delivery location | RIYADH SA |
| Delivered to | Mailroom |
| Service type | International Priority Service |
| Weight | 20.0 lbs. |

**Status**: Delivered

Wrong Address? Reduce future mistakes by using FedE Address Checker.

Shipping Freight? FedEx has LTL, air freight, surface air expedited freight, multi piece pa deliveries, and ocean freight.

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Nov 1, 2004 | 2:35 PM | Delivered | RIYADH SA | |
| | 9:57 AM | On FedEx vehicle for delivery | RIYADH SA | |
| Oct 31, 2004 | 10:52 PM | At local FedEx facility | RIYADH SA | |
| | 3:07 PM | Delivery exception | RIYADH SA | Customer not available or business closed |
| | 10:21 AM | On FedEx vehicle for delivery | RIYADH SA | |
| Oct 30, 2004 | 10:33 PM | At local FedEx facility | RIYADH SA | |
| | 9:41 PM | Delivery exception | RIYADH SA | Customer not available or business closed |
| | 9:41 PM | On FedEx vehicle for delivery | RIYADH SA | |
| Oct 28, 2004 | 2:52 PM | At local FedEx facility | RIYADH SA | |
| Oct 27, 2004 | 4:37 PM | At local FedEx facility | RIYADH SA | |
| Oct 26, 2004 | 2:16 PM | At local FedEx facility | RIYADH SA | |
| Oct 25, 2004 | 1:44 PM | At local FedEx facility | RIYADH SA | |
| Oct 24, 2004 | 12:17 PM | At local FedEx facility | RIYADH SA | |
| Oct 23, 2004 | 2:13 PM | At local FedEx facility | RIYADH SA | |
| Oct 21, 2004 | 2:12 PM | At local FedEx facility | RIYADH SA | |
| | 2:06 PM | Delivery exception | RIYADH SA | Incorrect address |
| | 2:06 PM | On FedEx vehicle for delivery | RIYADH SA | |
| | 8:22 AM | Int'l shipment release | RIYADH SA | |
| Oct 20, 2004 | 8:11 PM | Int'l shipment release | RIYADH SA | |
| | 8:10 PM | In transit | RIYADH SA | Package available for clearance |
| | 4:07 PM | At dest sort facility | DUBAI AE | |
| | 4:03 AM | In transit | PARIS FR | |
| Oct 19, 2004 | 10:21 PM | Departed FedEx location | PARIS FR | |
| | 8:46 PM | Arrived at FedEx location | PARIS FR | |
| | 8:03 AM | Package data transmitted to FedEx | | |
| | 4:30 AM | Departed FedEx location | INDIANAPOLIS, IN | |
| Oct 18, 2004 | 11:49 PM | Arrived at FedEx location | INDIANAPOLIS, IN | |
| | 11:45 PM | Departed FedEx location | INDIANAPOLIS, IN | |
| | 9:15 PM | Left origin | PHILADELPHIA, PA | |
| | 4:14 PM | Picked up | PHILADELPHIA, PA | |

Signature proof | Track more shipments

Email your detailed tracking results (optional)

Enter your email, submit up to three email addresses (separated by commas), add your message (optional), and click **Send email**.

Add a message to this email.

From

```
*********************
***  TX REPORT   ***
*********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 0522 |
| CONNECTION TEL | 12023267999 |
| SUBADDRESS | |
| CONNECTION ID | |
| ST. TIME | 11/03 12:29 |
| USAGE T | 01'12 |
| PGS. SENT | 4 |
| RESULT | OK |

# LAW OFFICES OF JERRY S. GOLDMAN & ASSOCIATES, P.C.

A New York Professional Corporation Duly Authorized to Transact Business Within the Commonwealth of Pennsylvania

Two Penn Center Plaza
1500 JFK Blvd.
Suite 1411
Philadelphia, PA 19102

Phone: 215-569-4500
FAX: 215-569-8899
JGoldman@Goldmanlawyers.com

# *Facsimile*

To:     Michael K. Kellogg, Esquire
Fax:    202-326-7999
From:   Jerry S. Goldman
Date:   November 1, 2004
Re:     O'Neill v. Kingdom of Saudi Arabia
Pages:  3, including this

Please see the attached.

**CONFIDENTIALITY NOTE**