# LAW OFFICES OF
# JERRY S. GOLDMAN & ASSOCIATES, P.C.

A NEW YORK PROFESSIONAL CORPORATION DULY QUALIFIED TO TRANSACT
BUSINESS WITHIN THE COMMONWEALTH OF PENNSYLVANIA

TWO PENN CENTER PLAZA • SUITE 1411
1500 JFK BOULEVARD
PHILADELPHIA, PA 19102
TEL: 215.569.4500 • FAX: 215.569.8899

111 BROADWAY • 13ᵀᴴ FLOOR
NEW YORK, NY 10006
TEL: 212.242.2232 • FAX: 212.346.4665

3109 STIRLING ROAD • SUITE 101
FORT LAUDERDALE, FL 33312
TEL: 954.981.6533 • FAX: 954.989.8068

GINA M. MAC NEILL
DIRECT DIAL: 215.569.4500 ext. 25
gmacneill@goldmanlawyers.com
Admitted to: PA & NJ

Reply To: PHILADELPHIA

January 7, 2005

**Via Federal Express**

HRH Prince Saud Al-Faisal
Minister of Foreign Affairs
Ministry of Foreign Affairs - Riyadh
Nasseriya Street, Riyadh 11124
Telephone:  1-406-777/ 1-441-6836

Re:　***In re Terrorist Attacks of September 11, 2001***
　　　**03-MDL-1570(RCC)**
　　　***Estate of John P. O'Neill, et al v. Kingdom of Saudi Arabia, et al***
　　　**04-CV-1922 (RCC)**
　　　**Service of Process on The Kingdom of Saudi Arabia**

To Whom It May Concern:

　　　This service of process is being served on the Kingdom of Saudi Arabia as per agreement between counsel representing the Plaintiffs in this matter, Jerry S. Goldman, Esquire, and counsel for the above-listed defendants, Michael K. Kellogg, Esquire.  A copy of the English version of this complaint, along with a copy of the electronic version, and the receipt for mailing this package from FedEx will be forwarded to Mr. Kellogg, as agreed.

　　　Please find enclosed:

　　　　　1. Complaint - English;

　　　　　2. Complaint - Arabic;

　　　　　3. Summons - English;

　　　　　4. Summons - Arabic;



EXHIBIT
10

X:\Clients\ONeill v. Saudi arabia\Correspondence\service on saudi - kingdom

**LAW OFFICES OF JERRY S. GOLDMAN & ASSOCIATES, P.C.**

January 6, 2005
Page 2

     5.  Notice of Suit - English;

     6.  Notice of Suit - Arabic; and

     7.  Certificate of Authenticity.


          Very truly yours,

          LAW OFFICES OF JERRY S. GOLDMAN &
             ASSOCIATES, P.C.


By: *Gina M. Mac Neill*
        GINA M. MAC NEILL, ESQUIRE

Enc. a/s
cc:  Jerry S. Goldman, Esquire
     Michael Kellogg, Esquire

**FedEx Express**

International Air Waybill
For FedEx services worldwide

**1 From** Please print and press hard.

Date 1/7/05

Sender's FedEx
Account Number

Sender's Name Jerry S. Goldman, Esq. Phone 215 979-4500

Company LAW OFFICES OF JERRY S. GOLDMAN

Address 1500 JFK BLVD STE 1411

Address

City PHILADELPHIA State PA ZIP Postal Code 19102-1731

Country USA

**2 To**

Recipient's Name HRH Prince Saud Al-Faisal Phone 1-406-7777;
1-441-6836

Company Kingdom of Saudi Arabia
ATTN.: Mail/Messenger Dept.
c/o Ministry of Foreign Affairs

Address Nasseriya Street

Address

City Riyadh State Province

Country Saudi Arabia ZIP Postal Code 11124

**3 Shipment Information**

Total Packages 1   Total Weight

Commodity Description

Legal Documents

Total Declared Value   Total Value for Customs

NCV   NCV

Recipient's Tax I.D. number for Customs purposes

**4 Express Package Service** Packages up to 150 lbs./68 kg

☒ FedEx Int'l Priority
☐ FedEx Int'l First
☐ FedEx Int'l Economy

**5 Packaging**

☐ FedEx Envelope
☒ FedEx Pak
☐ FedEx Box
☐ FedEx Tube
☐ Other

**6 Special Handling**

☐ HOLD at FedEx Location
☐ SATURDAY Delivery

**7a Payment** Bill transportation charges to:

☒ Sender Acct. No. in Section 1 will be billed.
☐ Recipient
☐ Third Party
☐ Credit Card
☐ Cash/Check

FedEx Acct. No.
Credit Card No.

**7b Payment** Bill duties and taxes to:

☒ Sender Acct No. in Section 1 will be billed.
☐ Recipient
☐ Third Party

**8 Your Internal Billing Reference**
Estate of O'Neill

**9 Required Signature**

Sender's Signature

Date 1/7/05

FedEx Tracking Number

8456 5684 2152

Form ID No.

Questions? Visit our Web site at fedex.com.
Or in the U.S., call 800.247.4747. Outside the U.S., call your local FedEx office.

RETAIN THIS COPY FOR YOUR RECORDS

PART 137505 Rev. Date 10/01
©1994–2001 FedEx
PRINTED IN U.S.A

0402

464

GBF 01.04

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

Southern _____ DISTRICT OF _____ New York

Estate of John P. O'Neill, Sr., on
behalf of John P. O'Neill, Sr., et al.

**SUMMONS IN A CIVIL CASE**

### V.

CASE NUMBER:

Kingdom of Saudi Arabia
Syrian Arab Republic
Republic of the Sudan
John Does 1-99

04 CV 01922

TO: (Name and address of defendant)

Kingdom of Saudi Arabia

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joshua Ambush
Law Offices of Joshua M. Ambush, LLC
600 Reisterstown Road, Suite 200A
Baltimore, MD 21208

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

MAR 1 0 2004

CLERK

DATE

_Jessica Ross_

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant. Place where served: _____

_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age
and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

_____

☐  Returned unexecuted: _____

_____
_____
_____

☐  Other (specify): _____

_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing
information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
Date                                                        Signature of Server

_____
Address of Server

[1]   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

المحكمة الأمريكية الإقليمية الجنوبية
للإقليم الجنوبي لولاية نيو يورك

تركة جون باتريك أونيل، الأب، بالنيابة عن
جون باتريك أونيل، الأب، وآخرون

تكليف بالحضور في قضية مدنية

ضد
رقم القضية:

المملكة العربية السعودية
الجمهورية العربية السورية
جمهورية السودان
جون دوز 1-99

إلى:

المملكة العربية السعودية،

بموجب هذا الإخطار إنكم مكلفون بالحضور وملزمون بتزويد محامي المدعي

جوشوا أمبوش
مكاتب محاماة جوشوا م أمبوش، شركة ذات مسؤولية محدود
600 Reisterstown Road, Suite 200A
Baltimore, MD 21208

عن الدعوى المبلغة إليكم بموجب هذا الإخطار خلال _____ 20 يوما بعد تسليم هذا
التكليف بالحضور إليكم، باستثناء يوم التبليغ. فإذا أخفقتم في الحضور، سيصدر ضدكم قرار ا
غيابيا بشأن طلب التعويض الذي تضمنته الدعوى. ويتوجب عليكم تسجيل ردكم لدى كاتب
هذه المحكمة خلال فترة معقولة بعد التبليغ.

_____          _____
التاريخ          الكاتب

_____
(من قبل) نائب الكاتب

| بيان التبليغ المرجع | | |
|---|---|---|
| قمت بتبليغ بيان التكليف بالحضور والدعوى[1] | التاريخ | |
| اسم المبلّغ (الرجاء كتابته بخط واضح) | الوظيفة | |

ضع إشارة في مربع واحد أدناه لبيان الطريقة الملائمة للتبليغ

☐   تم التبليغ شخصيا إلى المدعى عليه.   مكان التبليغ: _____

☐   تركت نسخة منه في منزل المدعى عليه أو مكان إقامته الاعتيادية مع شخص ذو عمر وتقدير
     مناسبين كان مقيما هناك في حينه.
     اسم الشخص الذي ترك التكليف بالحضور والدعوى لديه: _____
     _____

☐   أعيد بيان التكليف بالحضور بدون تبليغ: _____
     _____
     _____
     _____

☐   حالة أخرى (حدد): _____
     _____
     _____

| بيان برسوم التبليغ | | |
|---|---|---|
| المجموع | الخدمات | النقل |

**تصريح المبلّغ**

أصرح تحت طائلة عقوبة التزوير بموجب قوانين الولايات المتحدة الأمريكية بان المعلومات الآنفة الذكر
المتضمنة في بيان التبليغ المعاد وبيان رسوم  الخدمة صحيحة وصادقة.

نفذ في _____

_____          _____
التاريخ                                      توقيع المبلّغ

                                      _____
                                      عنوان المبلّغ

[1] يرجى الرجوع إلى القاعدة رقم 4 من القواعد الفدرالية للإجراءات المدنية للاطلاع على معلومات بشأن من يحق له تبليغ التكليف بالحضور

LAW OFFICES OF

JERRY S. GOLDMAN & ASSOCIATES, P.C.

A NEW YORK PROFESSIONAL CORPORATION DULY QUALIFIED TO TRANSACT
BUSINESS WITHIN THE COMMONWEALTH OF PENNSYLVANIA

TWO PENN CENTER PLAZA • SUITE 1411
1500 JFK BOULEVARD
PHILADELPHIA, PA 19102
TEL: 215.569.4500 • FAX: 215.569.8899

111 BROADWAY • 13TH FLOOR
NEW YORK, NY 10006
TEL: 212.242.2232 • FAX: 212.346.4665

3109 STIRLING ROAD • SUITE 101
FORT LAUDERDALE, FL 33312
TEL: 954.981.6533 • FAX: 954.989.8068

GINA M. MAC NEILL
DIRECT DIAL: 215.569.4500 ext. 25
gmacneill@goldmanlawyers.com
Admitted to:  PA & NJ

Reply To:  PHILADELPHIA

January 7, 2005

**Via FedEx**

HRH Prince Saud Al-Faisal
Minister of Foreign Affairs
Ministry of Foreign Affairs - Riyadh
Nasseriya Street, Riyadh 11124
Telephone:  1-406-777/ 1-441-6836

Re:  *In re Terrorist Attacks of September 11, 2001*
**03-MDL-1570(RCC)**
*Estate of John P. O'Neill, et al v. Kingdom of Saudi Arabia, et al*
**04-CV-1922 (RCC)**
**Service of Process on the Directorate of Intelligence of the Kingdom of**
**Saudi Arabia**

To Whom It May Concern:

This service of process is being served on the Directorate of Intelligence of the Kingdom of Saudi Arabia as per agreement between counsel representing the Plaintiffs in this matter, Jerry S. Goldman, Esquire, and counsel for the above-listed defendants, Michael K. Kellogg, Esquire. A copy of the English version of this complaint, along with a copy of the electronic version, and the receipt for mailing this package from FedEx will be forwarded to Mr. Kellogg, as agreed.

Please find enclosed:

1. Complaint - English;

2. Complaint - Arabic;

3. Summons - English;

4. Summons - Arabic;

X:\Clients\ONeill v. Saudi arabia\Correspondence\service on saudi - directorate of intelligence

LAW OFFICES OF JERRY S. GOLDMAN & ASSOCIATES, P.C.

January 6, 2005
Page 2

      5.  Notice of Suit - English;

      6.  Notice of Suit - Arabic; and

      7.  Certificate of Authenticity.


          Very truly yours,

          LAW OFFICES OF JERRY S. GOLDMAN &
             ASSOCIATES, P.C.


      By: _Gina M. Mac Neill_
          GINA M. MAC NEILL, ESQUIRE

GMM:jf
Enc. a/s
cc:  Jerry S. Goldman, Esquire
     Micheal Kellogg, Esquire

X:\Clients\ONeill v. Saudi arabia\Correspondence\-service on saudi - directorate of intelligence

**FedEx Express**

*International Air Waybill*
For FedEx services worldwide.

**1 From** *Please print and press hard.*

Date 1/7/05

Sender's FedEx Account Number

Sender's Name Jerry S. Goldman, Esq.   Phone 215 567-4500

Company LAW OFFICES OF JERRY S. GOLDMAN

Address 1500 JFK BLVD STE 1411

Address

City PHILADELPHIA   State/Province PA   ZIP/Postal Code 19102-1737

Country U.S.A.

**2 To**

Recipient's Name HRH Prince Saud Al Faisal   Phone 1-441-6836

Company Directorate of Intelligence Intelligence
Attn.: Mail/Messenger Dept.
c/o Ministry of Foreign Affairs

Address Nasseriya Street

City Riyadh   State/Province   ZIP/Postal Code 11124

Country Saudi Arabia

Recipient's Tax I.D. number for Customs purposes
e.g. GST/RFC/VAT/EIN, or see reverse reserved

**3 Shipment Information**

Total Packages 1   Total Weight ___ lbs. / kg

Commodity Description: Legal Documents

Total Declared Value for Carriage: NCV

Total Value for Customs: NCV

NCV

**4 Express Package Service**

☒ FedEx Int'l Priority
☐ FedEx Int'l First

FedEx Int'l Economy

**5 Packaging**

☒ FedEx Envelope   ☐ FedEx Pak   ☐ FedEx Box   ☐ FedEx 10kg Box   ☐ FedEx 25kg Box   ☐ Other

**6 Special Handling**

☐ HOLD at FedEx Location
☐ SATURDAY Delivery

**7a Payment** *Bill transportation charges to:*

☒ Sender Acct. No. in Section 1 will be billed

☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check/Cheque

Credit Card No.   Exp. Date

**7b Payment** *Bill duties and taxes to:*

☒ Sender Acct. No. in Section 1 will be billed

☐ Recipient   ☐ Third Party

FedEx Acct. No.

**8 Your Internal Billing Reference**
Estate of O'Neill

**9 Required Signature**

Sender's Signature

FedEx Tracking Number: 8456 5684 2163

Form
ID No.

0402

464

GBF 01 04

For Completion Instructions, see back of fifth page.

**Questions? Visit our Web site at fedex.com.**
Or in the U.S., call 800.247.4747. Outside the U.S., call your local FedEx office.

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____Southern_____ DISTRICT OF _____New York_____

Estate of John P. O'Neill, Sr., on
behalf of John P. O'Neill, Sr., et al.

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER

Kingdom of Saudi Arabia
Syrian Arab Republic
Republic of the Sudan
John Does 1-99

## 04 CV 01922

TO: (Name and address of defendant)

Directorate of Intelligence

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joshua Ambush
Law Offices of Joshua M. Ambush, LLC
600 Reiserstown Road, Suite 200A
Baltimore, MD 21208

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of th
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the reli
demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time aft
service.

J. MICHAEL McMAHON

MAR 1 0 2004

CLERK

_Jessica Klone_

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant. Place where served: _____
_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age
and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐  Returned unexecuted: _____
_____
_____

☐  Other *(specify):* _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing
information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
　　　　　　　　　　Date　　　　　　　　　　　　　　　　　　　Signature of Server

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Address of Server

---

)　　As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

المحكمة الأمريكية الإقليمية الجنوبية
للإقليم الجنوبي لولاية نيو يورك

شركة جون باتريك أونيل، الأب، بالنيابة عن
جون باتريك أونيل، الأب، وأخرون

تكليف بالحضور في قضية مدنية

ضد
المملكة العربية السعودية
الجمهورية العربية السورية
جمهورية السودان
جون دوز 1-99

رقم القضية:

إلى:

مديرية المخابرات

بموجب هذا الإخطار إنكم مكلفون بالحضور وملزمون بتزويد محامي المدعي

جوشوا أمبوش
مكاتب محاماة جوشوا م أمبوش، شركة ذات مسؤولية محدود
600 Reisterstown Road, Suite 200A
Baltimore, MD 21208

عن الدعوى المبلغة إليكم بموجب هذا الإخطار خلال _____ 20 ___ يوما بعد تسليم هذا
التكليف بالحضور إليكم، باستثناء يوم التبليغ. فإذا أخفقتم في الحضور، سيصدر ضدكم قرارا
غيابيا بشأن طلب التعويض الذي تضمنته الدعوى. ويتوجب عليكم تسجيل ردكم لدى كاتب
هذه المحكمة خلال فترة معقولة بعد التبليغ.

_____                    _____
الكاتب                                                    التاريخ

_____
(من قبل) نائب الكاتب

بيان التبليغ المرجع

| | التاريخ | قمت بتبليغ بيان التكليف بالحضور والدعوى! |
|---|---|---|
| | الوظيفة | اسم المبلّغ (الرجاء كتابته بخط واضح) |

ضع إشارة في مربع واحد أدناه لبيان الطريقة الملائمة للتبليغ

☐   تم التبليغ شخصيا إلى المدعى عليه.   مكان التبليغ: _____

☐   تركت نسخة منه في منزل المدعى عليه أو مكان إقامته الاعتيادية مع شخص ذو عمر وتقدير
    مناسبين كان مقيما هناك في حينه.
    اسم الشخص الذي ترك التكليف بالحضور والدعوى لديه: _____
    _____

☐   أعيد بيان التكليف بالحضور بدون تبليغ: _____
    _____
    _____
    _____

☐   حالة أخرى (حدد): _____
    _____
    _____

بيان برسوم التبليغ

| النقل | الخدمات | | المجموع |
|---|---|---|---|
| | | | |

تصريح المبلّغ

أصرح تحت طائلة عقوبة التزوير بموجب قوانين الولايات المتحدة الأمريكية بان المعلومات الآنفة الذكر
المتضمنة في بيان التبليغ المعاد وبيان رسوم الخدمة صحيحة وصادقة.

نفذ في _____

_____                    _____
التاريخ                       توقيع المبلّغ

_____
عنوان المبلّغ

(1) يرجى الرجوع إلى القاعدة رقم 4 من القواعد الفدرالية للإجراءات المدنية للإطلاع على معلومات بشأن من يحق له تبليغ التكليف بالحضور

# LAW OFFICES OF
# JERRY S. GOLDMAN & ASSOCIATES, P.C.

A NEW YORK PROFESSIONAL CORPORATION DULY QUALIFIED TO TRANSACT
BUSINESS WITHIN THE COMMONWEALTH OF PENNSYLVANIA

TWO PENN CENTER PLAZA • SUITE 1411
1500 JFK BOULEVARD
PHILADELPHIA, PA 19102
TEL: 215.569.4500 • FAX: 215.569.8899
————

111 BROADWAY • 13ᵀᴴ FLOOR
NEW YORK, NY 10006
TEL: 212.242.2232 • FAX: 212.346.4665
————

3109 STIRLING ROAD • SUITE 101
FORT LAUDERDALE, FL 33312
TEL: 954.981.6533 • FAX: 954.989.8068
————

GINA M. MAC NEILL
DIRECT DIAL: 215.569.4500 ext. 25
gmacneill@goldmanlawyers.com
Admitted to: PA & NJ

Reply To: PHILADELPHIA

January 7, 2005

**Via FedEx**

HRH Prince Saud Al-Faisal
Minister of Foreign Affairs
Ministry of Foreign Affairs - Riyadh
Nasseriya Street, Riyadh 11124
Telephone: 1-406-777/ 1-441-6836

Re:   *In re Terrorist Attacks of September 11, 2001*
**03-MDL-1570(RCC)**
*Estate of John P. O'Neill, et al v. Kingdom of Saudi Arabia, et al*
**04-CV-1922 (RCC)**
**Service of Process on the General Staff of the Kingdom of
Saudi Arabia**

To Whom It May Concern:

This service of process is being served on the General Staff of the Kingdom of Saudi Arabia as per agreement between counsel representing the Plaintiffs in this matter, Jerry S. Goldman, Esquire, and counsel for the above-listed defendants, Michael K. Kellogg, Esquire. A copy of the English version of this complaint, along with a copy of the electronic version, and the receipt for mailing this package from FedEx will be forwarded to Mr. Kellogg, as agreed.

Please find enclosed:

1. Complaint - English;

2. Complaint - Arabic;

3. Summons - English;

**LAW OFFICES OF JERRY S. GOLDMAN & ASSOCIATES, P.C.**

January 7, 2005
Page 2

      4. Summons - Arabic;

      5. Notice of Suit - English;

      6. Notice of Suit - Arabic; and

      7. Certificate of Authenticity.


            Very truly yours,

            LAW OFFICES OF JERRY S. GOLDMAN &
               ASSOCIATES, P.C.


By: _Gina M. Mac Neill_
     GINA M. MAC NEILL, ESQUIRE

GMM:jf
Enc. a/s
cc:  Jerry S. Goldman, Esquire
     Michael Kellogg, Esquire

FedEx Express® International Air Waybill
For FedEx services worldwide

**1 From** Please print and press hard.

Date 1/7/05

Sender's FedEx
Account Number 5524-5004-0

Sender's Name   Jerry S. Goldman, Esq.   Phone 215 587-4500

Company   LAW OFFICES OF JERRY S. GOLDMAN

Address   1500 JFK BLVD STE 1411

City   PHILADELPHIA   State/Province PA

Country U.S.A.   ZIP/Postal Code 19102-1771

**2 To**

Recipient's Name   HRH Prince
Saud Al Faisal

Company   General Staff
Attn.: Mail/Messenger Dept.
c/o Ministry of Foreign Affairs

Address   Nasseriya Street

City   Riyadh   State/Province

Country   Saudi Arabia   ZIP/Postal Code 11124   Phone 1-405-7777;
1-441-6836;

**3 Shipment Information**

Total Packages | Total Weight | lbs. / kg | Total Declared Value for Carriage

Commodity Description
REQUIRED

Harmonized Code | DIM | in / cm | Country of Manufacture | Value for Customs REQUIRED

Country | NCV

Total Value for Customs (Specify Currency) NCV

**4 Express Package Service**

☒ FedEx Int'l Priority

**5 Packaging**

☒ FedEx Envelope
☐ FedEx Pak
☐ FedEx Box
☐ FedEx 10kg Box
☐ FedEx 25kg Box
☐ Other

**6 Special Handling**

☐ HOLD at FedEx Location
☐ SATURDAY Delivery

**7a Payment** Bill transportation charges to:

☒ Sender   Acct No. in Section 1 will be billed.
☐ Recipient
☐ Third Party
☐ Credit Card
☐ Cash/Check

**7b Payment** Bill duties and taxes to:

☐ Sender
☐ Recipient
☐ Third Party

**8 Your Internal Billing Reference**

Estate of O'Neill

**9 Required Signature**

Sender's Signature  [signature]  1/7/05

FedEx Tracking Number

8456 5684 2174

464

0402

Try Online Shipping at fedex.com.

Questions? Visit our Web site at fedex.com.
Or in the U.S., call 800.247.4747. Outside the U.S., call your local FedEx office.

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

Southern —————— DISTRICT OF —————— New York

Estate of John P. O'Neill, Sr., on
behalf of John P. O'Neill, Sr., et al.

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

Kingdom of Saudi Arabia
Syrian Arab Republic
Republic of the Sudan
John Does 1-99

**04 CV 01922**

TO: (Name and address of defendant)

General Staff

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joshua Ambush
Law Offices of Joshua M. Ambush, LLC
600 Reiserstown Road, Suite 200A
Baltimore, MD 21208

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

MAR 1 0 2004

CLERK

DATE

_Jessica Klose_

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____
_____

☐ Other *(specify)*: _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                            Date                                    Signature of Server

                                                          _____
                                                          Address of Server

---

1    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

المحكمة الأمريكية الإقليمية الجنوبية
للإقليم الجنوبي لولاية نيو يورك

تركة جون باتريك أونيل، الأب، بالنيابة عن
جون باتريك أونيل، الأب، وآخرون

تكليف بالحضور في قضية مدنية

ضد

رقم القضية:

المملكة العربية السعودية
الجمهورية العربية السورية
جمهورية السودان
جون دوز ١-99

إلى:

هيئة الموظفين العامة

**بموجب هذا الإخطار إنكم مكلفون بالحضور وملزمون بتزويد محامي المدعي**

جوشوا أمبوش
مكاتب محاماة جوشوا م أمبوش، شركة ذات مسؤولية محدود
600 Reisterstown Road, Suite 200A
Baltimore, MD 21208

عن الدعوى المبلغة إليكم بموجب هذا الإخطار خلال _____ 20 _____ يوما بعد تسليم هذا التكليف بالحضور إليكم، باستثناء يوم التبليغ. فإذا أخفقتم في الحضور، سيصدر ضدكم قرارا غيابيا بشأن طلب التعويض الذي تضمنته الدعوى. ويتوجب عليكم تسجيل ردكم لدى كاتب هذه المحكمة خلال فترة معقولة بعد التبليغ.

_____          _____
التاريخ                              الكاتب


_____
(من قِبل) نائب الكاتب

| بيان التبليغ المرجع | |
|---|---|
| التاريخ | قمت بتبليغ بيان التكليف بالحضور والدعوى[1] |
| الوظيفة | اسم المبلِّغ (الرجاء كتابته بخط واضح) |

ضع إشارة في مربع واحد أدناه لبيان الطريقة الملائمة للتبليغ

☐   تم التبليغ شخصيا إلى المدعى عليه.   مكان التبليغ: _____
_____

☐   تركت نسخ منه في منزل المدعى عليه أو مكان إقامته الاعتيادية مع شخص ذو عمر وتقدير مناسبين كان مقيما هناك في حينه.
اسم الشخص الذي ترك التكليف بالحضور والدعوى لديه: _____
_____

☐   أعيد بيان التكليف بالحضور بدون تبليغ: _____
_____
_____
_____

☐   حالة أخرى (حدد): _____
_____
_____

| بيان برسوم التبليغ | | |
|---|---|---|
| المجموع | الخدمات | النقل |

## تصريح المبلِّغ

أصرح تحت طائلة عقوبة التزوير بموجب قوانين الولايات المتحدة الأمريكية بان المعلومات الآنفة الذكر المتضمنة في بيان التبليغ المعاد وبيان رسوم  الخدمة صحيحة وصادقة.

نفذ في _____

_____               _____
توقيع المبلِّغ                                        التاريخ

_____
عنوان المبلِّغ

[1] يرجى الرجوع إلى القاعدة رقم 4 من القواعد الفدرالية للإجراءات المدنية للإطلاع على معلومات بشأن من يحق له تبليغ التكليف بالحضور

.W OFFICES OF
ȷERRY S. GOLDMAN & ASSOCIATES, P.C.

A NEW YORK PROFESSIONAL CORPORATION DULY QUALIFIED TO TRANSACT
BUSINESS WITHIN THE COMMONWEALTH OF PENNSYLVANIA

GINA M. MAC NEILL
DIRECT DIAL: 215.569.4500 ext. 25
gmacneill@goldmanlawyers.com
Admitted to:  PA & NJ

TWO PENN CENTER PLAZA • SUITE 1411
1500 JFK BOULEVARD
PHILADELPHIA, PA  19102
TEL: 215.569.4500 • FAX: 215.569.8899

———

111 BROADWAY • 13ᵀᴴ FLOOR
NEW YORK, NY  10006
TEL: 212.242.2232 • FAX: 212.346.4665

———

3109 STIRLING ROAD • SUITE 101
FORT LAUDERDALE, FL  33312
TEL: 954.981.6533 • FAX: 954.989.8068

Reply To:  PHILADELPHIA

January 7, 2005

**Via FedEx**

HRH Prince Saud Al-Faisal
Minister of Foreign Affairs
Ministry of Foreign Affairs - Riyadh
Nasseriya Street, Riyadh 11124
Telephone:  1-406-777/ 1-441-6836

Re:   *In re Terrorist Attacks of September 11, 2001*
       **03-MDL-1570(RCC)**
       *Estate of John P. O'Neill, et al v. Kingdom of Saudi Arabia, et al*
       **04-CV-1922 (RCC)**
       **Service of Process on the Intelligence Section (G-2) of the**
       **Kingdom of Saudi Arabia**

To Whom It May Concern:

       This service of process is being served on the Intelligence Section (G-2) of the Kingdom of Saudi Arabia as per agreement between counsel representing the Plaintiffs in this matter, Jerry S. Goldman, Esquire, and counsel for the above-listed defendants, Michael K. Kellogg, Esquire. A copy of the English version of this complaint, along with a copy of the electronic version, and the receipt for mailing this package from FedEx will be forwarded to Mr. Kellogg, as agreed.

       Please find enclosed:

             1. Complaint - English;

             2. Complaint - Arabic;

             3. Summons - English;

X:\Clients\ONeill v. Saudi arabia\Correspondence\-service on saudi Intelligence Section G2

**LAW OFFICES OF JERRY S. GOLDMAN & ASSOCIATES, P.C.**

January 7, 2005
Page 2

      4.  Summons - Arabic;

      5.  Notice of Suit - English;

      6.  Notice of Suit - Arabic; and

      7.  Certificate of Authenticity.


              Very truly yours,

              LAW OFFICES OF JERRY S. GOLDMAN &
                ASSOCIATES, P.C.


              By: _____
                  GINA M. MAC NEILL, ESQUIRE

GMM:jf
Enc. a/s
cc:  Jerry S. Goldman, Esquire
     Michael Kellogg, Esquire

X:\Clients\ONeill v. Saudi arabia\Correspondencel-service on saudi Intelligence Section G2

**FedEx Express**

International Air Waybill

For FedEx services worldwide

/0015/0050/00272705107/

**1 From** *Please print and press hard.*

Date 1/7/05

Sender's FedEx Account Number 2524-5919-0

Sender's Name I AN OFFICES OF JERRY S GOLDMAN

Company LAW OFFICES OF JERRY S GOLDMAN

Phone 215 545-4830

Address 1500 JFK BLVD STE 1411

City PHILADELPHIA   State/Province PA

Country USA   ZIP Postal Code 19102-1721

**2 To**

Recipient's Name HRH Prince Saud Al Faisal

Phone 1-406-7777; 1-441-6836

Company Intelligence Section (G-2)
Attn.: Mail/Messenger Dept.
c/o Ministry of Foreign Affairs

Address Nasseriya Street

City Riyadh   State/Province

Country Saudi Arabia   ZIP Postal Code 11124

Recipient's Tax I.D. number for Customs purposes e.g. GST/RFC/VAT/EIN or I.D. number (where applicable)

**3 Shipment Information**

Total Packages 1   Total Weight   lbs. / kg

Commodity Description REQUIRED

Legal Documents

Harmonized Code   Country of Manufacture   Total Declared Value for Carriage   Value for Customs REQUIRED   NCV

Total Value for Customs (Specify Currency)   NCV

**4 Express Package Service**

☒ FedEx Int'l Priority
☐ FedEx Int'l First
☐ FedEx Int'l Economy

**5 Packaging**

☒ FedEx Envelope   ☐ FedEx Pak   ☐ FedEx Box   ☐ FedEx 10kg Box   ☐ FedEx 25kg Box   ☐ Other

**6 Special Handling**

☐ HOLD at FedEx Location   ☐ SATURDAY Delivery

**7a Payment** *Bill transportation charges to:*

☒ Sender Acct. No.   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check/Cheque

FedEx Acct. No.

**7b Payment** *Bill duties and taxes to:*

☒ Sender Acct. No.   ☐ Recipient   ☐ Third Party

**8 Your Internal Billing Reference**

Estate of O'Neill

**9 Required Signature**

Sender's Signature

Date Executed: 1/7/05

FedEx Tracking Number   8456 5684 2185

For Completion Instructions, see back of fifth page.

Questions? Visit our Web site at fedex.com.
Or in the U.S., call 800.247.4747. Outside the U.S., call your local FedEx office.

# United States District Court

Southern _____ DISTRICT OF _____ New York

Estate of John P. O'Neill, Sr., on
behalf of John P. O'Neill, Sr., et al.

### SUMMONS IN A CIVIL CASE

V.

Kingdom of Saudi Arabia
Syrian Arab Republic
Republic of the Sudan
John Does 1-99

CASE NUMBER

## 04 CV 01922

TO: (Name and address of defendant)

Intelligence Section (G-2)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joshua Ambush
Law Offices of Joshua M. Ambush, LLC
600 Reiserstown Road, Suite 200A
Baltimore, MD 21208

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of th
summons upon you, exclusive of the day of service  If you fail to do so, judgment by default will be taken against you for the reli
demanded in the complaint  You must also file your answer with the Clerk of this Court within a reasonable period of time aft
service.

J. MICHAEL McMAHON                                      MAR 1 0 2004

CLERK                                                              DATE

_Jessica Klose_

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant. Place where served: _____

_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

_____

☐  Returned unexecuted: _____

_____

_____

☐  Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                        Date                                            Signature of Server

                                                         _____
                                                              Address of Server

[1]   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

المحكمة الأمريكية الإقليمية الجنوبية
للإقليم الجنوبي لولاية نيو يورك

تركة جون باتريك أونيل، الأب، بالنيابة عن
جون باتريك أونيل، الأب، وآخرون

تكليف بالحضور في قضية مدنية

ضد
المملكة العربية السعودية
الجمهورية العربية السورية
جمهورية السودان
جون دوز 1-99

رقم القضية:

إلى:

قسم المخابرات (ج- 2)

**بموجب هذا الإخطار إنكم مكلفون بالحضور وملزمون بتزويد محامي المدعي**

جوشوا أمبوش
مكاتب محاماة جوشوا م أمبوش، شركة ذات مسؤولية محدود
600 Reisterstown Road, Suite 200A
Baltimore, MD 21208

عن الدعوى المبلغة إليكم بموجب هذا الإخطار خلال _____ 20 _____ يوما بعد تسليم هذا
التكليف بالحضور إليكم، باستثناء يوم التبليغ. فإذا أخفقتم في الحضور، سيصدر ضدكم قرار ا
غيابيا بشأن طلب التعويض الذي تضمنته الدعوى. ويتوجب عليكم تسجيل ردكم لدى كاتب
هذه المحكمة خلال فترة معقولة بعد التبليغ.

_____     _____
التاريخ          الكاتب

_____
(من قبل) نائب الكاتب

## بيان التبليغ المرجع

| | التاريخ | قمت بتبليغ بيان التكليف بالحضور والدعوى[1] |
|---|---|---|
| | الوظيفة | اسم المبلّغ (الرجاء كتابته بخط واضح) |

ضع إشارة في مربع واحد أدناه لبيان الطريقة الملائمة للتبليغ

☐   تم التبليغ شخصيا إلى المدعى عليه.   مكان التبليغ: _____

☐   تركت نسخة منه في منزل المدعى عليه أو مكان إقامته الاعتيادية مع شخص ذو عمر وتقدير
مناسبين كان مقيما هناك في حينه.
اسم الشخص الذي ترك التكليف بالحضور والدعوى لديه: _____

☐   أعيد بيان التكليف بالحضور بدون تبليغ: _____
_____
_____
_____

☐   حالة أخرى (حدد): _____
_____
_____

## بيان برسوم التبليغ

| النقل | الخدمات | المجموع |
|---|---|---|
| | | |

## تصريح المبلّغ

أصرح تحت طائلة عقوبة التزوير بموجب قوانين الولايات المتحدة الأمريكية بان المعلومات الآنفة الذكر
المتضمنة في بيان التبليغ المعاد وبيان رسوم  الخدمة صحيحة وصادقة.

نفذ في _____

التاريخ _____   توقيع المبلّغ _____

عنوان المبلّغ _____

(1) يرجى الرجوع إلى القاعدة رقم 4 من القواعد الفدرالية للإجراءات المدنية للإطلاع على معلومات بشان من يحق له تبليغ التكليف بالحضور

## LAW OFFICES OF
## JERRY S. GOLDMAN & ASSOCIATES, P.C.

A NEW YORK PROFESSIONAL CORPORATION DULY QUALIFIED TO TRANSACT
BUSINESS WITHIN THE COMMONWEALTH OF PENNSYLVANIA

TWO PENN CENTER PLAZA • SUITE 1411
1500 JFK BOULEVARD
PHILADELPHIA, PA  19102
TEL: 215.569.4500 • FAX: 215.569.8899

111 BROADWAY • 13ᵀᴴ FLOOR
NEW YORK, NY  10006
TEL: 212.242.2232 • FAX: 212.346.4665

3109 STIRLING ROAD • SUITE 101
FORT LAUDERDALE, FL  33312
TEL: 954.981.6533 • FAX: 954.989.8068

GINA M. MAC NEILL
DIRECT DIAL: 215.569.4500 ext. 25
gmacneill@goldmanlawyers.com
Admitted to:  PA & NJ

Reply To:  PHILADELPHIA

January 7, 2005

**Via FedEx**

HRH Prince Saud Al-Faisal
Minister of Foreign Affairs
Ministry of Foreign Affairs - Riyadh
Nasseriya Street, Riyadh 11124
Telephone:  1-406-777/ 1-441-6836

Re:     *In re Terrorist Attacks of September 11, 2001*
        **03-MDL-1570(RCC)**
        *Estate of John P. O'Neill, et al v. Kingdom of Saudi Arabia, et al*
        **04-CV-1922 (RCC)**
        **Service of Process on the Ministry of State for Internal Affairs of the**
        **Kingdom of Saudi Arabia**

To Whom It May Concern:

This service of process is being served on the Ministry of State for Internal Affairs of the Kingdom of Saudi Arabia as per agreement between counsel representing the Plaintiffs in this matter, Jerry S. Goldman, Esquire, and counsel for the above-listed defendants, Michael K. Kellogg, Esquire.  A copy of the English version of this complaint, along with a copy of the electronic version, and the receipt for mailing this package from FedEx will be forwarded to Mr. Kellogg, as agreed.

Please find enclosed:

1. Complaint - English;

2. Complaint - Arabic;

3. Summons - English;

X:\Clients\ONeill v. Saudi arabia\Correspondence\service on saudi ministry of state for internal affairs

**LAW OFFICES OF JERRY S. GOLDMAN & ASSOCIATES, P.C.**

January 7, 2005
Page 2

> 4. Summons - Arabic;
>
> 5. Notice of Suit - English;
>
> 6. Notice of Suit - Arabic; and
>
> 7. Certificate of Authenticity.

Very truly yours,

LAW OFFICES OF JERRY S. GOLDMAN &
ASSOCIATES, P.C.

By: *Gina M Mac Neill*
GINA M. MAC NEILL, ESQUIRE

GMM:jf
Enc. a/s
cc: Jerry S. Goldman, Esquire
Michael Kellogg, Esquire

/0016/0050/00272706107

RETAIN THIS COPY FOR YOUR RECORDS

464    0402

PART 151284Rev. Date 1/04
© 1994–2001 FedEx
PRINTED IN U.S.A.

**FedEx Express**
**International Air Waybill**
For FedEx services worldwide

**1 From** Please print and press hard.

Date 1/7/05

Sender's FedEx
Account Number  2524-5001-0

Sender's
Name  Jerry S. Goldman, Esq.  Phone  515 569-4500

Company  LAW OFFICES OF JERRY V. GOLDMAN

Address  1500 JFK BLVD STE 1411

City  PHILADELPHIA   State/Province  PA

Country  USA   ZIP/Postal Code  19102-1721

**2 To**

Recipient's
Name  HRH Prince
      Saud Al Faisal  Phone  1-406-7777
                              1-406-6836

Company  Ministry of State for Internal Affairs

Address  Nasseriya Street
Attn.: Mail/Messenger Dept.
c/o Ministry of Foreign Affairs

City  Riyadh   State/Province

Country  Saudi Arabia   ZIP/Postal Code  11124

Recipient's Tax I.D. number for Customs purposes
e.g. GST/RFC/VAT/EIN, or as locally required

**3 Shipment Information**

Total Packages  1   Total Weight  ___ lbs/kg   ___ in/cm   DIM ___

Commodity Description
REQUIRED

Legal Documents

Harmonized Code | Country of Manufacture | Total Declared Value for Carriage | Value for Customs REQUIRED: NCV

Total Value for Customs (Sender's Currency): NCV

**4 Express Package Service**

☒ FedEx Int'l Priority
☐ FedEx Int'l First
☐ FedEx Int'l Economy

*Packages up to 150 lbs./68 kg*

**5 Packaging**

☒ FedEx Envelope   ☐ FedEx Pak   ☐ FedEx Box   ☐ FedEx 10kg Box   ☐ FedEx 25kg Box   ☐ Other

**6 Special Handling**

☐ HOLD at FedEx Location
☐ SATURDAY Delivery

**7a Payment** Bill transportation charges to:

☒ Sender Acct. No. in Section 1 will be billed.   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check/Cheque

FedEx Acct. No. ___   Credit Card No. ___

**7b Payment** Bill duties and taxes to:

☒ Sender Acct. No. in Section 1 will be billed.   ☐ Recipient   ☐ Third Party

FedEx Acct. No. ___

**8 Your Internal Billing Reference**

Estate of O'Neill

**9 Required Signature**

Sender's
Signature  _____

Date Executed  1/7/05

For Completion Instructions, see back of fifth page.

FedEx Tracking Number  8456 5684 2196

Form I.D. No. ___

Questions? Visit our Web site at fedex.com.
Or in the U.S., call 800.247.4747. Outside the U.S., call your local FedEx office.

Try online shipping at fedex.com

# United States District Court

Southern _____ DISTRICT OF _____ New York

Estate of John P. O'Neill, Sr., on
behalf of John P. O'Neill, Sr., et al.

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER

Kingdom of Saudi Arabia
Syrian Arab Republic
Republic of the Sudan
John Does 1-99

## 04 CV 01922

TO: (Name and address of defendant)

Ministry of State for Internal Affairs

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joshua Ambush
Law Offices of Joshua M. Ambush, LLC
600 Reiserstown Road, Suite 200A
Baltimore, MD 21208

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

MAR 1 0 2004

CLERK                                                    DATE

*Jessica Kloss*

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐   Served personally upon the defendant. Place where served: _____
_____

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age
and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐   Returned unexecuted: _____
_____
_____
_____

☐   Other *(specify)*: _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing
information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
          Date                                Signature of Server

                                               _____
                                               Address of Server

[1]   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

المحكمة الأمريكية الإقليمية الجنوبية
للإقليم الجنوبي لولاية نيو يورك

تركة جون باتريك أونيل، الأب، بالنيابة عن
جون باتريك أونيل، الأب، وآخرون

تكليف بالحضور في قضية مدنية

ضد
المملكة العربية السعودية
الجمهورية العربية السورية
جمهورية السودان
جون دوز 1-99

رقم القضية:

إلى:

وزارة الدولة للشؤون الداخلية

**بموجب هذا الإخطار إنكم مكلفون بالحضور وملزمون بتزويد محامي المدعي**

جوشوا أمبوش
مكاتب محاماة جوشوا م أمبوش، شركة ذات مسؤولية محدود
600 Reisterstown Road, Suite 200A
Baltimore, MD 21208

عن الدعوى المبلغة إليكم بموجب هذا الإخطار خلال _____ 20 _____ يوما بعد تسليم هذا التكليف بالحضور إليكم، باستثناء يوم التبليغ. فإذا أخفقتم في الحضور، سيصدر ضدكم قرارا غيابيا بشأن طلب التعويض الذي تضمنته الدعوى. ويتوجب عليكم تسجيل ردكم لدى كاتب هذه المحكمة خلال فترة معقولة بعد التبليغ.

_____          _____
التاريخ                                                     الكاتب

_____
(من قبل) نائب الكاتب

بيان التبليغ المرجع

| | التاريخ | قمت بتبليغ بيان التكليف بالحضور والدعوى[1] |
|---|---|---|
| | الوظيفة | اسم المبلّغ (الرجاء كتابته بخط واضح) |

ضع اشارة في مربع واحد أدناه لبيان الطريقة الملائمة للتبليغ

☐   تم التبليغ شخصيا إلى المدعى عليه.   مكان التبليغ: ــــــــــــــــــــــــــــــ
ـــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــ

☐   تركت نسخ منه في منزل المدعى عليه أو مكان إقامته الاعتيادية مع شخص ذو عمر وتقدير
مناسبين كان مقيما هناك في حينه.
اسم الشخص الذي ترك التكليف بالحضور والدعوى لديه: ــــــــــــــــــــــــــ
ـــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــ

☐   أعيد بيان التكليف بالحضور بدون تبليغ: ــــــــــــــــــــــــــــــــــــــــــ
ـــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــ
ـــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــ

☐   حالة أخرى (حدد): ــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــ
ـــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــــ

بيان برسوم التبليغ

| النقل | الخدمات | المجموع |
|---|---|---|

تصريح المبلّغ

أصرح تحت طائلة عقوبة التزوير بموجب قوانين الولايات المتحدة الأمريكية بان المعلومات الآنفة الذكر
المتضمنة في بيان التبليغ المعاد وبيان رسوم الخدمة صحيحة وصادقة.

نفذ في ــــــــــــــــــــــــــــــــــــــــــــــــــ

ــــــــــــــــــــــــــــــــــ   ــــــــــــــــــــــــــــــــــــ
التاريخ                        توقيع المبلّغ

ــــــــــــــــــــــــــــــــــ
عنوان المبلّغ

[1] يرجى الرجوع إلى القاعدة رقم 4 من القواعد الفدرالية للإجراءات المدنية للاطلاع على معلومات بشأن من يحق له تبليغ التكليف بالحضور