# LAW OFFICES OF
# JERRY S. GOLDMAN & ASSOCIATES, P.C.

A NEW YORK PROFESSIONAL CORPORATION DULY QUALIFIED TO TRANSACT
BUSINESS WITHIN THE COMMONWEALTH OF PENNSYLVANIA

TWO PENN CENTER PLAZA • SUITE 1411
1500 JFK BOULEVARD
PHILADELPHIA, PA 19102
TEL: 215.569.4500 • FAX: 215.569.8899

111 BROADWAY • 13TH FLOOR
NEW YORK, NY 10006
TEL: 212.242.2232 • FAX: 212.346.4665

3109 STIRLING ROAD • SUITE 101
FORT LAUDERDALE, FL 33312
TEL: 954.981.6533 • FAX: 954.989.8068

GINA M. MAC NEILL
DIRECT DIAL: 215.569.4500 ext. 25
gmacneill@goldmanlawyers.com
Admitted to:  PA & NJ

Reply To:  PHILADELPHIA

January 7, 2005

**Via FedEx**

HRH Prince Saud Al-Faisal
Minister of Foreign Affairs
Ministry of Foreign Affairs - Riyadh
Nasseriya Street, Riyadh 11124
Telephone:  1-406-777/ 1-441-6836

> **Re:**   ***In re Terrorist Attacks of September 11, 2001***
> **03-MDL-1570(RCC)**
> ***Estate of John P. O'Neill, et al v. Kingdom of Saudi Arabia, et al***
> **04-CV-1922 (RCC)**
> **Service of Process on the Ministry of Interior of the**
> **Kingdom of Saudi Arabia**

To Whom It May Concern:

   This service of process is being served on the Ministry of Interior of the Kingdom of Saudi Arabia as per agreement between counsel representing the Plaintiffs in this matter, Jerry S. Goldman, Esquire, and counsel for the above-listed defendants, Michael K. Kellogg, Esquire. A copy of the English version of this complaint, along with a copy of the electronic version, and the receipt for mailing this package from FedEx will be forwarded to Mr. Kellogg, as agreed.

   Please find enclosed:

   1. Complaint - English;

   2. Complaint - Arabic;

   3. Summons - English;

   4. Summons - Arabic;

**LAW OFFICES OF JERRY S. GOLDMAN & ASSOCIATES, P.C.**

January 6, 2005
Page 2

     5.  Notice of Suit - English;

     6.  Notice of Suit - Arabic; and

     7.  Certificate of Authenticity.

Very truly yours,

LAW OFFICES OF JERRY S. GOLDMAN &
    ASSOCIATES, P.C.

By: _Gina M. Mac Neill_
    GINA M. MAC NEILL, ESQUIRE

GMM:jf
Enc. a/s
cc:  Jerry S. Goldman, Esquire
    Michael Kellogg, Esquire

FedEx Express®

International Air Waybill
For FedEx Services worldwide

**1 From** Please print and press hard.

Date 1/7/05

Sender's FedEx Account Number

Sender's Name Jerry S. Goldman, Esq.   Phone 215 564-4500

Company LAW OFFICES OF JERRY S. GOLDMAN

Address

Address

Address

Country USA

City PHILADELPHIA   State Province PA   ZIP Postal Code 19444

Phone 215 564-4500

**2 To**

Recipient's Name HRH Prince Saud Al Faisal   Phone 1-406-7777;

Company Ministry of Interior
Attn.: Mail/Messenger Dept.
c/o Ministry of Foreign Affairs

Address Masseriya Street

Address

City Riyadh   State Province   ZIP Postal Code 11124

Country Saudi Arabia

Recipient's Tax I.D. number for Customs purposes

**3 Shipment Information**

Total Packages   Total Weight   Total Declared Value

1

Commodity Description   Harmonized Code   Country of Manufacture   Value for Customs

Legal Documents   NCV   NCV

For EU Only: Tick here if goods are non return free circulation and provide CI.

**4 Express Package Service**   Packages up to 150 lbs./68 kg

☒ FedEx Intl. Priority
☐ FedEx Intl. Priority Freight

☐ FedEx Intl. Economy
☐ FedEx Intl. Economy Freight

Not all services and options are available to all destinations.

**5 Packaging**

☒ FedEx Envelope   ☐ FedEx Pak   ☐ FedEx Box   ☐ FedEx 10kg Box   ☐ FedEx 25kg Box   ☐ Other

**6 Special Handling**

☐ HOLD at FedEx Location

☐ SATURDAY Delivery

**7a Payment** Bill transportation charges to:

☒ Sender Acct No.   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check

**7b Payment** Bill duties and taxes to:

☒ Sender Acct No.   ☐ Recipient   ☐ Third Party   ☐ Credit Card

Credit Card No.

**8 Your Internal Billing Reference**

Estate of O'Neill

**9 Required Signature**

Sender's Signature   [signature]   Date 1/7/05

Try online shipping at fedex.com

FedEx Tracking Number   8456 5684 2200

Form ID No.

For Completion instructions, see back of fifth page.

Questions? Visit our Web site at fedex.com.
Or in the U.S., call 800.247.4747. Outside the U.S., call your local FedEx office.

464

PART 156509 Rev. Date 7/01
0159A-2001 FedEx
PRINTED IN U.S.A

0402

GBF 01-04

# United States District Court

-------- Southern -------- **DISTRICT OF** -------- New York --------

Estate of John P. O'Neill, Sr., on
behalf of John P. O'Neill, Sr., et al.

**SUMMONS IN A CIVIL CASE**

**V.**

CASE NUMBER:

Kingdom of Saudi Arabia
Syrian Arab Republic
Republic of the Sudan
John Does 1-99

04 CV 01922

TO: (Name and address of defendant)

Ministry of Interior

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joshua Ambush
Law Offices of Joshua M. Ambush, LLC
600 Reiserstown Road, Suite 200A
Baltimore, MD 21208

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief
demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after
service.

J. MICHAEL McMAHON

MAR 1 0 2004

CLERK

*Jessica Kloar*

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐   Served personally upon the defendant. Place where served: _____

_____

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

_____

☐   Returned unexecuted: _____

_____

_____

_____

☐   Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
           Date                                         Signature of Server

_____
                                        Address of Server

[1]   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

المحكمة الأمريكية الإقليمية الجنوبية
للإقليم الجنوبي لولاية نيو يورك

تركة جون باتريك أونيل، الأب، بالنيابة عن
جون باتريك أونيل، الأب، وآخرون

تكليف بالحضور في قضية مدنية

رقم القضية:                                              ضد

المملكة العربية السعودية
الجمهورية العربية السورية
جمهورية السودان
جون دوز 1-99

إلى:
وزارة الداخلية

**بموجب هذا الإخطار إنكم مكلفون بالحضور وملزمون بتزويد محامي المدعي**

جوشوا أميوش
مكاتب محاماة جوشوا م أميوش، شركة ذات مسؤولية محدود
600 Reisterstown Road, Suite 200A
Baltimore, MD 21208

عن الدعوى المبلغة إليكم بموجب هذا الإخطار خلال _____ 20 _____ يوما بعد تسليم هذا التكليف بالحضور إليكم، باستثناء يوم التبليغ. فإذا أخفقتم في الحضور، سيصدر ضدكم قرارا غيابيا بشأن طلب التعويض الذي تضمنته الدعوى. ويتوجب عليكم تسجيل ردكم لدى كاتب هذه المحكمة خلال فترة معقولة بعد التبليغ.

_____              _____
التاريخ              الكاتب

_____
(من قبل) نائب الكاتب

| بيان التبليغ المرجع | |
|---|---|
| التاريخ | قمت بتبليغ بيان التكليف بالحضور والدعوى¹ |
| الوظيفة | اسم المبلّغ (الرجاء كتابته بخط واضح) |

ضع إشارة في مربع واحد أدناه لبيان الطريقة الملائمة للتبليغ

☐   تم التبليغ شخصيا إلى المدعى عليه.   مكان التبليغ: _____

_____

☐   تركت نسخة منه في منزل المدعى عليه أو مكان إقامته الاعتيادية مع شخص ذو عمر وتقدير
مناسبين كان مقيما هناك في حينه.
اسم الشخص الذي ترك التكليف بالحضور والدعوى لديه: _____

_____

☐   أعيد بيان التكليف بالحضور بدون تبليغ: _____

_____

_____

☐   حالة أخرى (حدد): _____

_____

_____

| بيان برسوم التبليغ | | |
|---|---|---|
| المجموع | الخدمات | النقل |

| تصريح المبلّغ |
|---|

أصرح تحت طائلة عقوبة التزوير بموجب قوانين الولايات المتحدة الأمريكية بان المعلومات الآنفة الذكر
المتضمنة في بيان التبليغ المعاد وبيان رسوم الخدمة صحيحة وصادقة.

نفذ في

_____        _____
التاريخ                                    توقيع المبلّغ

_____
عنوان المبلّغ

(1) يرجى الرجوع إلى القاعدة رقم 4 من القواعد الفدرالية للإجراءات المدنية للإطلاع على معلومات بشأن من يحق له تبليغ التكليف بالحضور

LAW OFFICES OF
JERRY S. GOLDMAN & ASSOCIATES, P.C.

A NEW YORK PROFESSIONAL CORPORATION DULY QUALIFIED TO TRANSACT
BUSINESS WITHIN THE COMMONWEALTH OF PENNSYLVANIA

TWO PENN CENTER PLAZA • SUITE 1411
1500 JFK BOULEVARD
PHILADELPHIA, PA 19102
TEL: 215.569.4500 • FAX: 215.569.8899

111 BROADWAY • 13ᵀᴴ FLOOR
NEW YORK, NY 10006
TEL: 212.242.2232 • FAX: 212.346.4665

GINA M. MAC NEILL
DIRECT DIAL: 215.569.4500 ext. 25
gmacneill@goldmanlawyers.com
Admitted to:  PA & NJ

3109 STIRLING ROAD • SUITE 101
FORT LAUDERDALE, FL 33312
TEL: 954.981.6533 • FAX: 954.989.8068

Reply To:  PHILADELPHIA

January 7, 2005

**Via FedEx**

HRH Prince Saud Al-Faisal
Minister of Foreign Affairs
Ministry of Foreign Affairs - Riyadh
Nasseriya Street, Riyadh 11124
Telephone:  1-406-777/ 1-441-6836

      Re:    *In re Terrorist Attacks of September 11, 2001*
               **03-MDL-1570(RCC)**
               *Estate of John P. O'Neill, et al v. Kingdom of Saudi Arabia, et al*
               **04-CV-1922 (RCC)**
               **Service of Process on the Saudi Committee for the Support of the**
               **Intifada of the Kingdom of Saudi Arabia**

To Whom It May Concern:

       This service of process is being served on the Saudi Committee for the Support of the Intifada of the Kingdom of Saudi Arabia as per agreement between counsel representing the Plaintiffs in this matter, Jerry S. Goldman, Esquire, and counsel for the above-listed defendants, Michael K. Kellogg, Esquire.  A copy of the English version of this complaint, along with a copy of the electronic version, and the receipt for mailing this package from FedEx will be forwarded to Mr. Kellogg, as agreed.

       Please find enclosed:

           1.  Complaint - English;

           2.  Complaint - Arabic;

           3.  Summons - English;

**LAW OFFICES OF JERRY S. GOLDMAN & ASSOCIATES, P.C.**

January 7, 2005
Page 2

      4.  Summons - Arabic;

      5.  Notice of Suit - English;

      6.  Notice of Suit - Arabic; and

      7.  Certificate of Authenticity.

Very truly yours,

LAW OFFICES OF JERRY S. GOLDMAN &
    ASSOCIATES, P.C.

By: _____
      GINA M. MAC NEILL, ESQUIRE

GMM:jf
Enc. a/s
cc:  Jerry S. Goldman, Esquire
     Michael Kellogg, Esquire

**FedEx Express**

*International Air Waybill*
For FedEx services worldwide

7601590039006767064673

**1 From** *Please print and press hard.*

Date 1/7/05

Sender's FedEx
Account Number 7522-5805-8

Sender's
Name Jerry S. Goldman, Esq. Phone 215 569-4500

Company LAW OFFICES OF JERRY S GOLDMAN

Address 1500 JFK BLVD STE 1411

City PHILADELPHIA State/Province PA

Country USA ZIP Postal Code 19102-1737

**2 To**

Recipient's
Name HRH Prince
Saud Al-Faisal

Company Saudi Committee for Support of the Intifada
Attn.: Mail/Messenger Dept.
c/o Ministry of Foreign Affairs

Address Nasseriya Street

City Riyadh State Province

Country Saudi Arabia ZIP Postal Code 11124

Phone 1-441-6836

**Shipment Information**

Total Packages 1
Total Weight

Commodity description
REQUIRED Legal Documents

Total Declared Value for Carriage NCV

Total Value for Customs REQUIRED NCV

Value for Customs REQUIRED NCV

**4 Express Package Service**

☒ FedEx Int'l. Priority

FedEx Int'l. First

FedEx Int'l. Economy

**5 Packaging**

☒ FedEx Envelope   FedEx Pak   FedEx Box   FedEx Tube   Other

**6 Special Handling**

HOLD at FedEx Location
SATURDAY Delivery

**7a Payment** *Bill transportation charges to:*

☒ Sender   Recipient   Third Party   Credit Card   Cash/Check

FedEx Acct. No.

**7b Payment** *Bill duties and taxes to:*

☒ Sender   Recipient   Third Party

**8 Your Internal Billing Reference**

Estate of O'Neill

**9 Required Signature**

Sender's Signature

Date 1/7/06

FedEx Tracking Number 8456 5684 2211

Form ID No. 0402

**464**

RETAIN THIS COPY FOR YOUR RECORDS

# United States District Court

Southern _____ DISTRICT OF _____ New York

Estate of John P. O'Neill, Sr., on
behalf of John P. O'Neill, Sr., et al.

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

Kingdom of Saudi Arabia
Syrian Arab Republic
Republic of the Sudan
John Does 1-99

## 04 CV 01922

TO: (Name and address of defendant)

Saudi Committee for Support of the Intifada

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joshua Ambush
Law Offices of Joshua M. Ambush, LLC
600 Reiserstown Road, Suite 200A
Baltimore, MD 21208

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

*Jessica Klose*

(BY) DEPUTY CLERK

MAR 1 0 2004

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant. Place where served: _____

_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age
    and discretion then residing therein.
    Name of person with whom the summons and complaint were left: _____

_____

☐  Returned unexecuted: _____

_____

_____

_____

☐  Other *(specify)*: _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing
information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                        Date                                                Signature of Server

                                                         _____
                                                                Address of Server

[1]   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

المحكمة الأمريكية الإقليمية الجنوبية
للإقليم الجنوبي لولاية نيو يورك

تركة جون باتريك أونيل، الأب، بالنيابة عن
جون باتريك أونيل، الأب، وآخرون

تكليف بالحضور في قضية مدنية

ضد                                          رقم القضية:

المملكة العربية السعودية
الجمهورية العربية السورية
جمهورية السودان
جون دوز 99-1

إلى:

اللجنة السعودية لمساندة الانتفاضة

**بموجب هذا الإخطار إنكم مكلفون بالحضور وملزمون بتزويد محامي المدعي**

جوشوا أمبوش
مكاتب محاماة جوشوا م أمبوش، شركة ذات مسؤولية محدود
600 Reisterstown Road, Suite 200A
Baltimore, MD 21208

عن الدعوى المبلغة إليكم بموجب هذا الإخطار خلال _____ 20 _____ يوما بعد تسليم هذا
التكليف بالحضور إليكم، باستثناء يوم التبليغ. فإذا أخفقتم في الحضور، سيصدر ضدكم قرارا
غيابيا بشأن طلب التعويض الذي تضمنته الدعوى. ويتوجب عليكم تسجيل ردكم لدى كاتب
هذه المحكمة خلال فترة معقولة بعد التبليغ.

_____          _____
التاريخ          الكاتب

_____
(من قبل) نائب الكاتب

| بيان التبليغ المرجع | | |
|---|---|---|
| قمت بتبليغ بيان التكليف بالحضور والدعوى[1] | التاريخ | |
| اسم المبلّغ (الرجاء كتابته بخط واضح) | الوظيفة | |

ضع إشارة في مربع واحد أدناه لبيان الطريقة الملائمة للتبليغ

☐   تم التبليغ شخصيا إلى المدعى عليه.   مكان التبليغ: _____
_____

☐   تركت نسخ منه في منزل المدعى عليه أو مكان إقامته الاعتيادية مع شخص ذو عمر وتقدير
مناسبين كان مقيما هناك في حينه.
اسم الشخص الذي ترك التكليف بالحضور والدعوى لديه: _____
_____

☐   أعيد بيان التكليف بالحضور بدون تبليغ: _____
_____
_____

☐   حالة أخرى (حدد): _____
_____
_____

| بيان برسوم التبليغ | | |
|---|---|---|
| النقل | الخدمات | المجموع |

## تصريح المبلّغ

أصرح تحت طائلة عقوبة التزوير بموجب قوانين الولايات المتحدة الأمريكية بان المعلومات الآنفة الذكر
المتضمنة في بيان التبليغ المعاد وبيان رسوم الخدمة صحيحة وصادقة.

نفذ في _____   _____

التاريخ   توقيع المبلّغ

_____

عنوان المبلّغ

[1] يرجى الرجوع إلى القاعدة رقم 4 من القواعد الفدرالية للإجراءات المدنية للإطلاع على معلومات بشان من يحق له تبليغ التكليف بالحضور

## LAW OFFICES OF
## JERRY S. GOLDMAN & ASSOCIATES, P.C.

A NEW YORK PROFESSIONAL CORPORATION DULY QUALIFIED TO TRANSACT
BUSINESS WITHIN THE COMMONWEALTH OF PENNSYLVANIA

TWO PENN CENTER PLAZA • SUITE 1411
1500 JFK BOULEVARD
PHILADELPHIA, PA  19102
TEL: 215.569.4500 • FAX: 215.569.8899

111 BROADWAY • 13TH FLOOR
NEW YORK, NY  10006
TEL: 212.242.2232 • FAX: 212.346.4665

GINA M. MAC NEILL
DIRECT DIAL: 215.569.4500 ext. 25
gmacneill@goldmanlawyers.com
Admitted to:  PA & NJ

3109 STIRLING ROAD • SUITE 101
FORT LAUDERDALE, FL  33312
TEL: 954.981.6533 • FAX: 954.989.8068

Reply To:  PHILADELPHIA

January 7, 2005

**Via FedEx**

HRH Prince Saud Al-Faisal
Minister of Foreign Affairs
Ministry of Foreign Affairs - Riyadh
Nasseriya Street, Riyadh 11124
Telephone:  1-406-777/ 1-441-6836

> Re:   ***In re Terrorist Attacks of September 11, 2001***
> **03-MDL-1570(RCC)**
> ***Estate of John P. O'Neill, et al v. Kingdom of Saudi Arabia, et al***
> **04-CV-1922 (RCC)**
> **Service of Process on the Supreme Counsel of Islamic Affairs**
> **of the Kingdom of Saudi Arabia**

To Whom It May Concern:

This service of process is being served on the Supreme Counsel of Islamic Affairs of the Kingdom of Saudi Arabia as per agreement between counsel representing the Plaintiffs in this matter, Jerry S. Goldman, Esquire, and counsel for the above-listed defendants, Michael K. Kellogg, Esquire.  A copy of the English version of this complaint, along with a copy of the electronic version, and the receipt for mailing this package from FedEx will be forwarded to Mr. Kellogg, as agreed.

Please find enclosed:

1. Complaint - English;

2. Complaint - Arabic;

3. Summons - English;

X:\Clients\ONeill v. Saudi arabia\Correspondence\-service on saudi the supreme counsel of islamic affairs

**LAW OFFICES OF JERRY S. GOLDMAN & ASSOCIATES, P.C.**

January 7, 2005
Page 2

    4.  Summons - Arabic;

    5.  Notice of Suit - English;

    6.  Notice of Suit - Arabic; and

    7.  Certificate of Authenticity.


        Very truly yours,

        LAW OFFICES OF JERRY S. GOLDMAN &
        ASSOCIATES, P.C.


By: _____
        GINA M. MAC NEILL, ESQUIRE

GMM:jf
Enc. a/s
cc:  Jerry S. Goldman, Esquire
    Michael Kellogg, Esquire

**FedEx Express**

*International Air Waybill*

For FedEx services worldwide

**1 From** *Please print and press hard.*

Date 1/7/05

Sender's FedEx
Account Number 2521-5051-1

Sender's
Name Jerry S. Goldman, Esq.   Phone 215 564-4500

Company LAW OFFICES OF JERRY S. GOLDMAN

Address 1500 JFK BLVD STE 1411

City PHILADELPHIA   State PA   ZIP Postal Code 19102

Country USA

**2 To**

Recipient's
Name HRH Prince
Saud Al Faisal   Phone 1-405-7775;
1-441-6836

Company The Supreme Council of Islamic Affairs

Address Attn: Mail/Messenger Dept.
c/o Ministry of Foreign Affairs

Address Nasseriya Street

City Riyadh   State Province   ZIP Postal Code 11124

Country Saudi Arabia

Recipient's Tax I.D. number for Customs purposes
e.g. GST/RFC/VAT/EIN or as required

**3 Shipment Information**

Total Packages 1   Total Weight

Commodity Description
REQUIRED

Legal Documents

Harmonized Code   Country of Manufacture

Total Declared Value for Carriage NCV

Total Value for Customs NCV

**4 Express Package Service**   Packages up to 150 lbs./68 kg

☒ FedEx Int'l Priority

☐ FedEx Int'l First

**5 Packaging**

☒ FedEx Envelope   ☐ FedEx Pak   ☐ FedEx Box   ☐ FedEx Tube   ☐ Other

**6 Special Handling**

☐ HOLD at FedEx Location

☐ SATURDAY Delivery

**7a Payment** *Bill transportation charges to:*

☒ Sender Acct. No. in Section 1 will be billed.

☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check/Cheque

**7b Payment** *Bill duties and taxes to:*

☐ Sender Acct. No. below   ☐ Recipient   ☐ Third Party

**8 Your Internal Billing Reference**

Estate of O'Neill

**9 Required Signature**

Sender's
Signature

Executed 1/7/05

FedEx
Tracking
Number

8456 5684 2222

Form
I.D. No.

0402

464

RETAIN THIS COPY FOR YOUR RECORDS

Questions? Visit our Web site at fedex.com.
Or in the U.S., call 800.247.4747. Outside the U.S., call your local FedEx office.

# United States District Court

Southern ———— DISTRICT OF ———— New York

Estate of John P. O'Neill, Sr., on
behalf of John P. O'Neill, Sr., et al.

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

Kingdom of Saudi Arabia
Syrian Arab Republic
Republic of the Sudan
John Does 1-99

**04 CV 01922**

TO: (Name and address of defendant)

The Supreme Council of Islamic Affairs

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joshua Ambush
Law Offices of Joshua M. Ambush, LLC
600 Reiserstown Road, Suite 200A
Baltimore, MD 21208

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

MAR 1 0 2004

CLERK

DATE

_Jessica Klose_

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐   Served personally upon the defendant. Place where served: _____

_____

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

_____

☐   Returned unexecuted: _____

_____

_____

_____

☐   Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
              Date                          Signature of Server

                                         _____
                                         Address of Server

[1]   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

المحكمة الأمريكية الإقليمية الجنوبية
للإقليم الجنوبي لولاية نيو يورك

شركة جون باتريك أونيل، الأب، بالنيابة عن
جون باتريك أونيل، الأب، وآخرون

تكليف بالحضور في قضية مدنية

ضد
رقم القضية:

المملكة العربية السعودية
الجمهورية العربية السورية
جمهورية السودان
جون دوز I-99

إلى:
المجلس الأعلى للشؤون الإسلامية

**بموجب هذا الإخطار إنكم مكلفون بالحضور وملزمون بتزويد محامي المدعي**

جوشوا أمبوش
مكاتب محاماة جوشوا م أمبوش، شركة ذات مسؤولية محدود
600 Reisterstown Road, Suite 200A
Baltimore, MD 21208

عن الدعوى المبلغة إليكم بموجب هذا الإخطار خلال _____ 20 _____ يوما بعد تسليم هذا التكليف بالحضور إليكم، باستثناء يوم التبليغ. فإذا أخفقتم في الحضور، سيصدر ضدكم قرارا غيابيا بشأن طلب التعويض الذي تضمنته الدعوى. ويتوجب عليكم تسجيل ردكم لدى كاتب هذه المحكمة خلال فترة معقولة بعد التبليغ.

_____          _____
التاريخ            الكاتب

_____
(من قبل) نائب الكاتب

| بيان التبليغ المرجع | | |
|---|---|---|
| التاريخ | قمت بتبليغ بيان التكليف بالحضور والدعوى[1] | |
| الوظيفة | اسم المبلّغ (الرجاء كتابته بخط واضح) | |

ضع إشارة في مربع واحد أدناه لبيان الطريقة الملائمة للتبليغ

☐   تم التبليغ شخصيا إلى المدعى عليه.  مكان التبليغ: _____
_____

☐   تركت نسخ منه في منزل المدعى عليه أو مكان إقامته الاعتيادية مع شخص ذو عمر وتقدير
مناسبين كان مقيما هناك في حينه.
اسم الشخص الذي ترك التكليف بالحضور والدعوى لديه: _____
_____

☐   أعيد بيان التكليف بالحضور بدون تبليغ: _____
_____
_____
_____

☐   حالة أخرى (حدد): _____
_____
_____

| بيان برسوم التبليغ | | |
|---|---|---|
| المجموع | الخدمات | النقل |

## تصريح المبلّغ

أصرح تحت طائلة عقوبة التزوير بموجب قوانين الولايات المتحدة الأمريكية بان المعلومات الآنفة الذكر
المتضمنة في بيان التبليغ المعاد وبيان رسوم الخدمة صحيحة وصادقة.

نفذ في _____      _____
توقيع المبلّغ                              التاريخ

_____
عنوان المبلّغ

[1] يرجى الرجوع إلى القاعدة رقم 4 من القواعد الفدرالية للإجراءات المدنية للإطلاع على معلومات بشأن من يحق له تبليغ التكليف بالحضور

**LAW OFFICES OF**

**JERRY S. GOLDMAN & ASSOCIATES, P.C.**

A NEW YORK PROFESSIONAL CORPORATION DULY QUALIFIED TO TRANSACT
BUSINESS WITHIN THE COMMONWEALTH OF PENNSYLVANIA

TWO PENN CENTER PLAZA • SUITE 1411
1500 JFK BOULEVARD
PHILADELPHIA, PA 19102
TEL: 215.569.4500 • FAX: 215.569.8899

111 BROADWAY • 13TH FLOOR
NEW YORK, NY 10006
TEL: 212.242.2232 • FAX: 212.346.4665

3109 STIRLING ROAD • SUITE 101
FORT LAUDERDALE, FL 33312
TEL: 954.981.6533 • FAX: 954.989.8068

GINA M. MAC NEILL
DIRECT DIAL: 215.569.4500 ext. 25
gmacneill@goldmanlawyers.com
Admitted to: PA & NJ

Reply To: PHILADELPHIA

January 7, 2005

**Via FedEx**

HRH Prince Saud Al-Faisal
Minister of Foreign Affairs
Ministry of Foreign Affairs - Riyadh
Nasseriya Street, Riyadh 11124
Telephone: 1-406-777/ 1-441-6836

**Re:** *In re Terrorist Attacks of September 11, 2001*
**03-MDL-1570(RCC)**
*Estate of John P. O'Neill, et al v. Kingdom of Saudi Arabia, et al*
**04-CV-1922 (RCC)**
**Service of Process on the Council of Ministers of the Kingdom of Saudi Arabia**

To Whom It May Concern:

This service of process is being served on the Council of Ministers of the Kingdom of Saudi Arabia as per agreement between counsel representing the Plaintiffs in this matter, Jerry S. Goldman, Esquire, and counsel for the above-listed defendants, Michael K. Kellogg, Esquire. A copy of the English version of this complaint, along with a copy of the electronic version, and the receipt for mailing this package from FedEx will be forwarded to Mr. Kellogg, as agreed.

Please find enclosed:

1. Complaint - English;

2. Complaint - Arabic;

3. Summons - English;

X:\Clients\ONeill v. Saudi arabia\Correspondence\service on saudi council of ministers

LAW OFFICES OF JERRY S. GOLDMAN & ASSOCIATES, P.C.

January 7, 2005
Page 2

      4.  Summons - Arabic;

      5.  Notice of Suit - English;

      6.  Notice of Suit - Arabic; and

      7.  Certificate of Authenticity.

Very truly yours,

LAW OFFICES OF JERRY S. GOLDMAN &
     ASSOCIATES, P.C.

By: _Gina M. Mac Neill_
    GINA M. MAC NEILL, ESQUIRE

GMM:jf
Enc. a/s
cc:  Jerry S. Goldman, Esquire
     Michael Kellogg, Esquire

RETAIN THIS COPY FOR YOUR RECORDS

**FedEx**
Express
For FedEx services worldwide

*International Air Waybill*

**1 From** *Please print and press hard.*

Date 1/7/05

Sender's FedEx
Account Number 2527-5005-0

Sender's
Name Jerry S. Goldman, Esq. Phone 215 567-4500

Company LAW OFFICES OF JERRY S. GOLDMAN

Address 1500 JFK BLVD STE 1411

City PHILADELPHIA   State/Province PA   ZIP/Postal Code 191027171

Country USA

**2 To**

Recipient's
Name HRH Prince   Phone 1-406-7777;
Saud Al Faisal        1-441-6836

Company The Council of Ministers

Attn.: Mail/Messenger Dept.
Address c/o Ministry of Foreign Affairs

Address Nasseriya Street

City Riyadh   State/Province

Country Saudi Arabia   ZIP/Postal Code 11124

Recipient's Tax I.D. number for Customs purposes
e.g. GST/RFC/VAT/IN# or sixsix maxsend

**3 Shipment Information**

Total Packages 1   Total Weight ___ lbs. ___ kg

Commodity Description: Legal Documents

| Commodity Description | Harmonized Code | Country of Manufacture | Total Declared Value for Carriage | Value for Customs |
|---|---|---|---|---|
| Legal Documents | | | | NCV |

Total Value
for Customs
(specify currency) NCV

**4 Express Package Service**

☒ FedEx Int'l. Priority

☐ FedEx Int'l. First

☐ FedEx Int'l. Economy

**5 Packaging**

☐ FedEx Envelope   ☐ FedEx Pak   ☐ FedEx Box   ☐ FedEx 10kg Box   ☐ FedEx 25kg Box   ☐ Other

**6 Special Handling**

☐ HOLD at FedEx Location

☐ SATURDAY Delivery

**7a Payment** *Bill transportation charges to:*

☒ Sender Acct. No. will be billed

☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check/Cheque

**7b Payment** *Bill duties and taxes to:*

☒ Sender Acct. No. below

☐ Recipient   ☐ Third Party

**8 Your Internal Billing Reference**
Estate of O'Neill

**9 Required Signature**

Sender's
Signature [signature]  Date 1/7/05

For Completion Instructions, see back of fifth page.

FedEx
Tracking
Number 8456 5684 2233

Form
I.D. No. 0402

464

Packages up to 150 lbs./68 kg

Not all services and options are available to all destinations.

Questions? Visit our Web site at fedex.com.
Or in the U.S., call 800.247.4747. Outside the U.S., call your local FedEx office.

AO 440 (Rev 10/93) Summons in a Civil Action

# United States District Court

Southern ——————— DISTRICT OF ——————— New York

Estate of John P. O'Neill, Sr., on
behalf of John P. O'Neill, Sr., et al.

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER

Kingdom of Saudi Arabia
Syrian Arab Republic
Republic of the Sudan
John Does 1-99

**04 CV 01922**

TO: (Name and address of defendant)

The Council of Ministers

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joshua Ambush
Law Offices of Joshua M. Ambush, LLC
600 Reiserstown Road, Suite 200A
Baltimore, MD 21208

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

MAR 1 0 2004

CLERK

DATE

Jessica Mona

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____
_____

☐ Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
Date                                                    Signature of Server

_____
Address of Server

1   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

المحكمة الأمريكية الإقليمية الجنوبية
للإقليم الجنوبي لولاية نيو يورك

تركة جون باتريك أونيل، الأب، بالنيابة عن
جون باتريك أونيل، الأب، وآخرون

تكليف بالحضور في قضية مدنية

ضد                                                              رقم القضية:
المملكة العربية السعودية
الجمهورية العربية السورية
جمهورية السودان
جون دوز 1-99

إلى:                مجلس الوزراء

**بموجب هذا الإخطار إنكم مكلفون بالحضور وملزمون بتزويد محامي المدعي**

جوشوا أمبوش
مكاتب محاماة جوشوا م أمبوش، شركة ذات مسؤولية محدود
600 Reisterstown Road, Suite 200A
Baltimore, MD 21208

عن الدعوى المبلغة إليكم بموجب هذا الإخطار خلال _____20_____ يوما بعد تسليم هذا

التكليف بالحضور إليكم، باستثناء يوم التبليغ. فإذا أخفقتم في الحضور، سيصدر ضدكم قرارا

غيابيا بشأن طلب التعويض الذي تضمنته الدعوى. ويتوجب عليكم تسجيل ردكم لدى كاتب

هذه المحكمة خلال فترة معقولة بعد التبليغ.

_____          _____
التاريخ          الكاتب

_____
(من قبل) نائب الكاتب

| بيان التبليغ المرجع | | |
|---|---|---|
| قمت بتبليغ بيان التكليف بالحضور والدعوى[1] | التاريخ | |
| اسم المبلّغ (الرجاء كتابته بخط واضح) | الوظيفة | |

ضع إشارة في مربع واحد أدناه لبيان الطريقة الملائمة للتبليغ

☐   تم التبليغ شخصيا إلى المدعى عليه.   مكان التبليغ: _____
_____

☐   تركت نسخ منه في منزل المدعى عليه أو مكان إقامته الاعتيادية مع شخص ذو عمر وتقدير مناسبين كان مقيما هناك في حينه.
اسم الشخص الذي ترك التكليف بالحضور والدعوى لديه: _____
_____

☐   أعيد بيان التكليف بالحضور بدون تبليغ: _____
_____
_____
_____

☐   حالة أخرى (حدد): _____
_____
_____

| بيان برسوم التبليغ | | |
|---|---|---|
| النقل | الخدمات | المجموع |

| تصريح المبلّغ |
|---|

أصرح تحت طائلة عقوبة التزوير بموجب قوانين الولايات المتحدة الأمريكية بان المعلومات الآنفة الذكر المتضمنة في بيان التبليغ المعاد وبيان رسوم  الخدمة صحيحة وصادقة.

نفذ في
_____   _____
التاريخ   توقيع المبلّغ

_____
عنوان المبلّغ

[1] يرجى الرجوع إلى القاعدة رقم 4 من القواعد الفدرالية للإجراءات المدنية للاطلاع على معلومات بشأن من يحق له تبليغ التكليف بالحضور

# LAW OFFICES OF
# JERRY S. GOLDMAN & ASSOCIATES, P.C.

A NEW YORK PROFESSIONAL CORPORATION DULY QUALIFIED TO TRANSACT
BUSINESS WITHIN THE COMMONWEALTH OF PENNSYLVANIA

TWO PENN CENTER PLAZA • SUITE 1411
1500 JFK BOULEVARD
PHILADELPHIA, PA 19102
TEL: 215.569.4500 • FAX: 215.569.8899

———

111 BROADWAY • 13ᵀᴴ FLOOR
NEW YORK, NY 10006
TEL: 212.242.2232 • FAX: 212.346.4665

———

3109 STIRLING ROAD • SUITE 101
FORT LAUDERDALE, FL 33312
TEL: 954.981.6533 • FAX: 954.989.8068

———

GINA M. MAC NEILL
DIRECT DIAL: 215.569.4500 ext. 25
gmacneill@goldmanlawyers.com
Admitted to:  PA & NJ

Reply To:  PHILADELPHIA

January 7, 2005

**Via FedEx**

HRH Prince Saud Al-Faisal
Minister of Foreign Affairs
Ministry of Foreign Affairs - Riyadh
Nasseriya Street, Riyadh 11124
Telephone:  1-406-777/ 1-441-6836

Re:     ***In re Terrorist Attacks of September 11, 2001***
         **03-MDL-1570(RCC)**
         ***Estate of John P. O'Neill, et al v. Kingdom of Saudi Arabia, et al***
         **04-CV-1922 (RCC)**
         **Service of Process on the Special Committee of the Council of**
         **Ministers of the Kingdom of Saudi Arabia**

To Whom It May Concern:

This service of process is being served on the Special Committee of the Council of Ministers of the Kingdom of Saudi Arabia as per agreement between counsel representing the Plaintiffs in this matter, Jerry S. Goldman, Esquire, and counsel for the above-listed defendants, Michael K. Kellogg, Esquire.  A copy of the English version of this complaint, along with a copy of the electronic version, and the receipt for mailing this package from FedEx will be forwarded to Mr. Kellogg, as agreed.

Please find enclosed:

1. Complaint - English;

2. Complaint - Arabic;

3. Summons - English;

**LAW OFFICES OF JERRY S. GOLDMAN & ASSOCIATES, P.C.**

January 7, 2005
Page 2

    4. Summons - Arabic;

    5. Notice of Suit - English;

    6. Notice of Suit - Arabic; and

    7. Certificate of Authenticity.

Very truly yours,

LAW OFFICES OF JERRY S. GOLDMAN &
    ASSOCIATES, P.C.

By: _____
    GINA M. MAC NEILL, ESQUIRE

GMM:jf
Enc. a/s
cc:  Jerry S. Goldman, Esquire
    Michael Kellogg, Esquire

**FedEx Express**

# *International Air Waybill*
For FedEx services worldwide

**1 From** Please print and press hard.

Date 1/7/05

Sender's FedEx Account Number

Sender's Name: Jerry S. Goldman, Esq   Phone 215-563-4500

Company: Law Offices of Jerry S. Goldman

Address: 1500 JFK Blvd Ste 1411

City PHILADELPHIA   State/Province PA

ZIP/Postal Code 19102   Country USA

**2 To**

Recipient's Name: HRH Prince Saud Al Faisal   Phone 1-406-7777;   1-441-6836

Company: The Special Committee of the Council of Ministers

Address: Attn.: Mail/Messenger Dept.
c/o Ministry of Foreign Affairs

Address: Nasseriya Street

City Riyadh   State/Province

Country Saudi Arabia   ZIP/Postal Code 11124

Recipient's Tax I.D. number for Customs purposes
e.g. GST/RFC/VAT/EIN or as locally required

**3 Shipment Information**

Commodity Description: Legal Documents   Total Packages 1   Total Weight

Harmonized Code   DIM

Country of Manufacture   Value for Customs REQUIRED   NCV

Total Declared Value for Carriage   Total Value for Customs (Specify Currency) NCV

**4 Express Package Service**
Packages up to 150 lbs./68 kg

- [X] FedEx Intl. Priority
- [ ] FedEx Intl. First
- [ ] FedEx Intl. Economy

**5 Packaging**

- [X] FedEx Envelope
- [ ] FedEx Pak
- [ ] FedEx 10kg Box
- [ ] FedEx 25kg Box
- [ ] Other

**6 Special Handling**

- [ ] HOLD at FedEx Location
- [ ] SATURDAY Delivery

**7a Payment** Bill transportation charges to:

- [X] Sender Acct. No. in Section 1 will be billed.
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

**7b Payment** Bill duties and taxes to:

- [X] Sender Acct. No. in Section 1 will be billed.
- [ ] Recipient
- [ ] Third Party

**8 Your Internal Billing Reference**
Estate of O'Neill

**9 Required Signature**

Sender's Signature: [signature]

Date: 1/7/05

FedEx Tracking Number 8456 5684 2244

Form ID No. 0402

PART #153098 Rev. Date 9/04
©1994-2001 FedEx
PRINTED IN U.S.A.

464

GBF 01-04

# United States District Court

Southern _____ DISTRICT OF _____ New York

Estate of John P. O'Neill, Sr., on
behalf of John P. O'Neill, Sr., et al.

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

Kingdom of Saudi Arabia
Syrian Arab Republic
Republic of the Sudan
John Does 1-99

## 04 CV 01922

TO: (Name and address of defendant)

The Special Committee of the Council of Ministers

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joshua Ambush
Law Offices of Joshua M. Ambush, LLC
600 Reiserstown Road, Suite 200A
Baltimore, MD 21208

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

_Jessica Klane_

(BY) DEPUTY CLERK

DATE

MAR 1 0 2004

AO 440 (Rev. 10/93) Summons In a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐   Served personally upon the defendant. Place where served: _____

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐   Returned unexecuted: _____
_____
_____
_____

☐   Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                Date               Signature of Server

                                        _____
                                        Address of Server

_____

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

المحكمة الأمريكية الإقليمية الجنوبية
للإقليم الجنوبي لولاية نيو يورك

تركة جون باتريك أونيل، الأب، بالنيابة عن
جون باتريك أونيل، الأب، وآخرون

تكليف بالحضور في قضية مدنية

رقم القضية:                    ضد
المملكة العربية السعودية
الجمهورية العربية السورية
جمهورية السودان
جون دوز 1-99

إلى:        اللجنة الخاصة التابعة
لمجلس الوزراء

**بموجب هذا الإخطار إنكم مكلفون بالحضور وملزمون بتزويد محامي المدعي**

جوشوا أمبوش
مكاتب محاماة جوشوا م أمبوش، شركة ذات مسؤولية محدود
600 Reisterstown Road, Suite 200A
Baltimore, MD 21208

عن الدعوى المبلغة إليكم بموجب هذا الإخطار خلال _____ 20 _____ يوما بعد تسليم هذا التكليف بالحضور إليكم، باستثناء يوم التبليغ. فإذا أخفقتم في الحضور، سيصدر ضدكم قرارا غيابيا بشأن طلب التعويض الذي تضمنته الدعوى. ويتوجب عليكم تسجيل ردكم لدى كاتب هذه المحكمة خلال فترة معقولة بعد التبليغ.

_____        _____
التاريخ                                الكاتب

_____
(من قبل) نائب الكاتب

| بيان التبليغ المرجع | |
|---|---|
| التاريخ | قمت بتبليغ بيان التكليف بالحضور والدعوى1 |
| الوظيفة | اسم المبلِّغ (الرجاء كتابته بخط واضح) |

ضع إشارة في مربع واحد أدناه لبيان الطريقة الملائمة للتبليغ

☐   تم التبليغ شخصيا إلى المدعى عليه.   مكان التبليغ: _____

_____

☐   تركت نسخ منه في منزل المدعى عليه أو مكان إقامته الاعتيادية مع شخص ذو عمر وتقدير
مناسبين كان مقيما هناك في حينه.
اسم الشخص الذي ترك التكليف بالحضور والدعوى لديه: _____

_____

☐   أعيد بيان التكليف بالحضور بدون تبليغ: _____

_____

_____

_____

☐   حالة أخرى (حدد): _____

_____

_____

| بيان برسوم التبليغ | | |
|---|---|---|
| المجموع | الخدمات | النقل |

| تصريح المبلِّغ |
|---|

أصرح تحت طائلة عقوبة التزوير بموجب قوانين الولايات المتحدة الأمريكية بان المعلومات الآنفة الذكر
المتضمنة في بيان التبليغ المعاد وبيان رسوم الخدمة صحيحة وصادقة.

نفذ في _____

_____    _____
التاريخ

_____
توقيع المبلِّغ

_____
عنوان المبلِّغ

(1) يرجى الرجوع إلى القاعدة رقم 4 من القواعد الفدرالية للإجراءات المدنية للإطلاع على معلومات بشأن من يحق له تبليغ التكليف بالحضور