United States Home                                          Information Center | Customer Support |

**FedEx**®

Search

| Package / Envelope Services | Office / Print Services | Freight Services | Expedited Services |

| Ship | Track | Manage My Account | International Tools |

Track Shipments
## Detailed Results

Printable Version     Quick Help

You can also track:
- By TCN
- FedEx Trade Networks shipments
- By Email Track
- By FedEx Wireless Soluti

| | | | |
|---|---|---|---|
| **Tracking number** | 845656842152 | **Reference** | estate of o'neill |
| **Signed for by** | .OUBID ALDOSSARY | **Delivery location** | riyadh SA |
| **Ship date** | Jan 7, 2005 | **Delivered to** | Mailroom |
| **Delivery date** | Jan 10, 2005 2:38 PM | **Service type** | Priority Envelope |
| | | **Weight** | 1.2 lbs. |

**Status**          Delivered

Wrong Address?
Reduce future mistakes by using FedE
Address Checker.

Shipping Freight?
FedEx has LTL, air freight, surface
air expedited freight, multi piece pa
deliveries, and ocean freight.

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Jan 10, 2005** | 2:38 PM | **Delivered** | riyadh SA | |
| | 9:04 AM | On FedEx vehicle for delivery | RIYADH SA | |
| | 6:29 AM | Int'l shipment release | RIYADH SA | |
| **Jan 9, 2005** | 7:47 PM | Int'l shipment release | RIYADH SA | |
| | 11:19 AM | At dest sort facility | DUBAI AE | |
| | 1:17 AM | In transit | PARIS FR | |
| **Jan 8, 2005** | 10:35 PM | Departed FedEx location | PARIS FR | |
| | 7:34 PM | Arrived at FedEx location | PARIS FR | |
| | 8:06 AM | Package data transmitted to FedEx | | |
| | 6:48 AM | Departed FedEx location | NEWARK, NJ | |
| | 6:47 AM | Arrived at FedEx location | NEWARK, NJ | |
| | 2:32 AM | Departed FedEx location | NEWARK, NJ | |
| | 12:50 AM | Arrived at FedEx location | NEWARK, NJ | |
| **Jan 7, 2005** | 9:09 PM | Left origin | PHILADELPHIA, PA | |
| | 6:37 PM | Picked up | PHILADELPHIA, PA | |

     

Signature proof          Track more shipments

Email your detailed tracking results (optional)

Enter your email, submit up to three email addresses (separated by commas), add your
message (optional), and click **Send email**.

From

To

Add a message to this email.

Send email

Global Home | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2005 FedEx



EXHIBIT
11

United States Home

Information Center | Customer Support |

**FedEx.**

Search

| Package / Envelope Services | Office / Print Services | Freight Services | Expedited Services |

| Ship | Track | Manage My Account | International Tools |

Track Shipments
## Detailed Results

Printable Version          Quick Help

You can also track:
- By TCN
- FedEx Trade Networks shipments
- By Email Track
- By FedEx Wireless Soluti

| | | | |
|---|---|---|---|
| **Tracking number** | 845656842163 | **Reference** | estate of o'neill |
| **Signed for by** | .OUBID ALDOSSARY | **Delivery location** | riyadah SA |
| **Ship date** | Jan 7, 2005 | **Delivered to** | Mailroom |
| **Delivery date** | Jan 10, 2005 2:38 PM | **Service type** | Priority Envelope |
| | | **Weight** | 1.2 lbs. |

**Status**          Delivered

Wrong Address?
Reduce future mistakes by using FedE
Address Checker.

Shipping Freight?
FedEx has LTL, air freight, surface
air expedited freight, multi piece pa
deliveries, and ocean freight.

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jan 10, 2005 | 2:38 PM | **Delivered** | riyadah SA | |
| | 9:04 AM | On FedEx vehicle for delivery | RIYADH SA | |
| | 6:29 AM | Int'l shipment release | RIYADH SA | |
| Jan 9, 2005 | 7:47 PM | Int'l shipment release | RIYADH SA | |
| | 11:32 AM | At dest sort facility | DUBAI AE | |
| | 1:17 AM | In transit | PARIS FR | |
| Jan 8, 2005 | 10:36 PM | Departed FedEx location | PARIS FR | |
| | 7:54 PM | Arrived at FedEx location | PARIS FR | |
| | 7:58 AM | Package data transmitted to FedEx | | |
| | 6:48 AM | Departed FedEx location | NEWARK, NJ | |
| | 6:47 AM | Arrived at FedEx location | NEWARK, NJ | |
| | 2:33 AM | Departed FedEx location | NEWARK, NJ | |
| | 12:50 AM | Arrived at FedEx location | NEWARK, NJ | |
| Jan 7, 2005 | 9:09 PM | Left origin | PHILADELPHIA, PA | |
| | 6:37 PM | Picked up | PHILADELPHIA, PA | |

          

Signature proof          Track more shipments

Email your detailed tracking results (optional)

Enter your email, submit up to three email addresses (separated by commas), add your
message (optional), and click **Send email**.

. From

To

Add a message to this email.

Send email

Global Home | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy

This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2005 FedEx

United States Home

Information Center | Customer Support |

# FedEx

Search

| Package / Envelope Services | Office / Print Services | Freight Services | Expedited Services |

| Ship | Track | Manage My Account | International Tools |

Track Shipments
## Detailed Results

Printable Version   ?  Quick Help

You can also track:
- By TCN
- FedEx Trade Networks shipments
- By Email Track
- By FedEx Wireless Soluti

| | | | | |
|---|---|---|---|---|
| **Tracking number** | 845656842174 | **Reference** | ESTATE OF O'NEILL | |
| **Signed for by** | .OUBID ALDOSSARY | **Delivery location** | RIYADH SA | |
| **Ship date** | Jan 7, 2005 | **Delivered to** | Mailroom | |
| **Delivery date** | Jan 10, 2005 2:38 PM | **Service type** | Priority Envelope | |
| | | **Weight** | 1.2 lbs. | |

**Status**          Delivered

Wrong Address?
Reduce future mistakes by using FedE
Address Checker.

Shipping Freight?
FedEx has LTL, air freight, surface
air expedited freight, multi piece pa
deliveries, and ocean freight.

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jan 10, 2005 | 2:38 PM | **Delivered** | RIYADH SA | |
| | 9:04 AM | On FedEx vehicle for delivery | RIYADH SA | |
| | 6:29 AM | Int'l shipment release | RIYADH SA | |
| Jan 9, 2005 | 7:47 PM | Int'l shipment release | RIYADH SA | |
| | 11:19 AM | At dest sort facility | DUBAI AE | |
| | 1:17 AM | In transit | PARIS FR | |
| Jan 8, 2005 | 10:35 PM | Departed FedEx location | PARIS FR | |
| | 7:34 PM | Arrived at FedEx location | PARIS FR | |
| | 7:58 AM | Package data transmitted to FedEx | | |
| | 6:48 AM | Departed FedEx location | NEWARK, NJ | |
| | 6:47 AM | Arrived at FedEx location | NEWARK, NJ | |
| | 2:34 AM | Departed FedEx location | NEWARK, NJ | |
| | 12:50 AM | Arrived at FedEx location | NEWARK, NJ | |
| Jan 7, 2005 | 9:09 PM | Left origin | PHILADELPHIA, PA | |
| | 6:37 PM | Picked up | PHILADELPHIA, PA | |

| Signature proof | Track more shipments |

Email your detailed tracking results (optional)

Enter your email, submit up to three email addresses (separated by commas), add your
message (optional), and click **Send email**.





Add a message to this email.

. From

To

Send email

Global Home | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2005 FedEx

United States Home

Information Center | Customer Support |

**FedEx.**

Search

| Package/Envelope Services | Office / Print Services | Freight Services | Expedited Services |

| Ship | Track | Manage My Account | International Tools |

Track Shipments
## Detailed Results

Printable Version    Quick Help

You can also track:
- By TCN
- FedEx Trade Networks shipments
- By Email Track
- By FedEx Wireless Soluti

| | | | |
|---|---|---|---|
| **Tracking number** | 845656842185 | **Reference** | estate of o'neill |
| **Signed for by** | .OUBID ALDOSSARY | **Delivery location** | riyadh SA |
| **Ship date** | Jan 7, 2005 | **Delivered to** | Mailroom |
| **Delivery date** | Jan 10, 2005 2:38 PM | **Service type** | Priority Envelope |
| | | **Weight** | 1.2 lbs. |

**Status**          Delivered

Wrong Address?
Reduce future mistakes by using FedE
Address Checker.

Shipping Freight?
FedEx has LTL, air freight, surface
air expedited freight, multi piece pa
deliveries, and ocean freight.

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jan 10, 2005 | 2:38 PM | **Delivered** | riyadh SA | |
| | 9:04 AM | On FedEx vehicle for delivery | RIYADH SA | |
| | 6:29 AM | Int'l shipment release | RIYADH SA | |
| Jan 9, 2005 | 7:47 PM | Int'l shipment release | RIYADH SA | |
| | 11:33 AM | At dest sort facility | DUBAI AE | |
| | 1:17 AM | In transit | PARIS FR | |
| Jan 8, 2005 | 9:02 PM | Departed FedEx location | PARIS FR | |
| | 7:26 PM | Arrived at FedEx location | PARIS FR | |
| | 8:00 AM | Package data transmitted to FedEx | | |
| | 6:48 AM | Departed FedEx location | NEWARK, NJ | |
| | 6:47 AM | Arrived at FedEx location | NEWARK, NJ | |
| | 2:32 AM | Departed FedEx location | NEWARK, NJ | |
| | 12:50 AM | Arrived at FedEx location | NEWARK, NJ | |
| Jan 7, 2005 | 9:09 PM | Left origin | PHILADELPHIA, PA | |
| | 6:37 PM | Picked up | PHILADELPHIA, PA | |

| Signature proof | Track more shipments |

Email your detailed tracking results (optional)

Enter your email, submit up to three email addresses (separated by commas), add your
message (optional), and click **Send email**.

From

To

Add a message to this email.

Send email

Global Home | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2005 FedEx

United States Home

Information Center | Customer Support |

**FedEx.**

Search

Package / Envelope Services | Office / Print Services | Freight Services | Expedited Services

Track Shipments
## Detailed Results

Printable Version   (?) Quick Help

You can also track:
- By TCN
- FedEx Trade Networks shipments
- By Email Track
- By FedEx Wireless Soluti

| | | | | |
|---|---|---|---|---|
| **Tracking number** | 845656842196 | **Reference** | esate of o'neill | |
| **Signed for by** | .OUBID ALDOSSARY | **Delivery location** | riyadh SA | |
| **Ship date** | Jan 7, 2005 | **Delivered to** | Mailroom | |
| **Delivery date** | Jan 10, 2005 2:38 PM | **Service type** | Priority Envelope | |
| | | **Weight** | 1.2 lbs. | |

**Status**     Delivered

Wrong Address?
Reduce future mistakes by using FedE
Address Checker.

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Jan 10, 2005** | 2:38 PM | **Delivered** | riyadh SA | |
| | 9:04 AM | On FedEx vehicle for delivery | RIYADH SA | |
| | 6:29 AM | Int'l shipment release | RIYADH SA | |
| **Jan 9, 2005** | 7:47 PM | Int'l shipment release | RIYADH SA | |
| | 11:19 AM | At dest sort facility | DUBAI AE | |
| | 1:17 AM | In transit | PARIS FR | |
| **Jan 8, 2005** | 10:35 PM | Departed FedEx location | PARIS FR | |
| | 7:34 PM | Arrived at FedEx location | PARIS FR | |
| | 8:03 AM | Package data transmitted to FedEx | | |
| | 6:48 AM | Departed FedEx location | NEWARK, NJ | |
| | 6:47 AM | Arrived at FedEx location | NEWARK, NJ | |
| | 2:32 AM | Departed FedEx location | NEWARK, NJ | |
| | 12:50 AM | Arrived at FedEx location | NEWARK, NJ | |
| **Jan 7, 2005** | 9:09 PM | Left origin | PHILADELPHIA, PA | |
| | 6:37 PM | Picked up | PHILADELPHIA, PA | |

Shipping Freight?
FedEx has LTL, air freight, surface
air expedited freight, multi piece pa
deliveries, and ocean freight.

Signature proof     Track more shipments

Email your detailed tracking results (optional)

Enter your email, submit up to three email addresses (separated by commas), add your
message (optional), and click **Send email**.

Add a message to this email.

From

To




Send email

Global Home | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2005 FedEx

United States Home

Information Center | Customer Support |

# FedEx.

Search

| Package/Envelope Services | Office / Print Services | Freight Services | Expedited Services |

| Ship | Track | Manage My Account | International Tools |

Track Shipments
## Detailed Results

Printable Version    ?  Quick Help

You can also track:
- By TCN
- FedEx Trade Networks shipments
- By Email Track
- By FedEx Wireless Soluti

| | | | |
|---|---|---|---|
| Tracking number | 845656842200 | Reference | esate of o'neill |
| Signed for by | .OUBID ALDOSSARY | Delivery location | rioyadh SA |
| Ship date | Jan 7, 2005 | Delivered to | Mailroom |
| Delivery date | Jan 10, 2005 2:38 PM | Service type | Priority Envelope |
| | | Weight | 1.1 lbs. |

**Status**      Delivered

Wrong Address?
Reduce future mistakes by using FedE
Address Checker.

Shipping Freight?
FedEx has LTL, air freight, surface
air expedited freight, multi piece pa
deliveries, and ocean freight.

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jan 10, 2005 | 2:38 PM | **Delivered** | rioyadh SA | |
| | 9:03 AM | On FedEx vehicle for delivery | RIYADH SA | |
| | 6:29 AM | Int'l shipment release | RIYADH SA | |
| Jan 9, 2005 | 7:47 PM | Int'l shipment release | RIYADH SA | |
| | 11:33 AM | At dest sort facility | DUBAI AE | |
| | 1:17 AM | In transit | PARIS FR | |
| Jan 8, 2005 | 9:02 PM | Departed FedEx location | PARIS FR | |
| | 7:45 PM | Arrived at FedEx location | PARIS FR | |
| | 8:01 AM | Package data transmitted to FedEx | | |
| | 6:48 AM | Departed FedEx location | NEWARK, NJ | |
| | 6:47 AM | Arrived at FedEx location | NEWARK, NJ | |
| | 2:34 AM | Departed FedEx location | NEWARK, NJ | |
| | 12:50 AM | Arrived at FedEx location | NEWARK, NJ | |
| Jan 7, 2005 | 9:09 PM | Left origin | PHILADELPHIA, PA | |
| | 6:37 PM | Picked up | PHILADELPHIA, PA | |

Signature proof        Track more shipments

Email your detailed tracking results (optional)

Enter your email, submit up to three email addresses (separated by commas), add your
message (optional), and click **Send email**.





Add a message to this email.

. From

To

Send email

Global Home | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2005 FedEx

United States Home

Information Center | Customer Support |

# FedEx.

Search

| Package / Envelope Services | Office / Print Services | Freight Services | Expedited Services |

| Ship | Track | Manage My Account | International Tools |

Track Shipments
## Detailed Results

Printable Version     (?) Quick Help

You can also track:
- By TCN
- FedEx Trade Networks shipments
- By Email Track
- By FedEx Wireless Soluti

| | | | |
|---|---|---|---|
| **Tracking number** | 845656842211 | **Reference** | ESTATE OF O'NEILL |
| **Signed for by** | .OUBID ALDOSSARY | **Delivery location** | RIYADH SA |
| **Ship date** | Jan 7, 2005 | **Delivered to** | Mailroom |
| **Delivery date** | Jan 10, 2005 2:38 PM | **Service type** | Priority Envelope |
| | | **Weight** | 1.2 lbs. |

**Status**        Delivered

Wrong Address?
Reduce future mistakes by using FedE
Address Checker.

Shipping Freight?
FedEx has LTL, air freight, surface
air expedited freight, multi piece pa
deliveries, and ocean freight.

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Jan 10, 2005** | 2:38 PM | **Delivered** | RIYADH SA | |
| | 9:04 AM | On FedEx vehicle for delivery | RIYADH SA | |
| | 6:29 AM | Int'l shipment release | RIYADH SA | |
| **Jan 9, 2005** | 7:47 PM | Int'l shipment release | RIYADH SA | |
| | 11:33 AM | At dest sort facility | DUBAI AE | |
| | 1:17 AM | In transit | PARIS FR | |
| **Jan 8, 2005** | 9:02 PM | Departed FedEx location | PARIS FR | |
| | 7:42 PM | Arrived at FedEx location | PARIS FR | |
| | 7:58 AM | Package data transmitted to FedEx | | |
| | 6:48 AM | Departed FedEx location | NEWARK, NJ | |
| | 6:47 AM | Arrived at FedEx location | NEWARK, NJ | |
| | 2:33 AM | Departed FedEx location | NEWARK, NJ | |
| | 12:50 AM | Arrived at FedEx location | NEWARK, NJ | |
| **Jan 7, 2005** | 9:09 PM | Left origin | PHILADELPHIA, PA | |
| | 6:37 PM | Picked up | PHILADELPHIA, PA | |

| Signature proof | Track more shipments |

Email your detailed tracking results (optional)

Enter your email, submit up to three email addresses (separated by commas), add your
message (optional), and click **Send email**.



Add a message to this email.



· From

To

Send email

Global Home | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2005 FedEx

United States Home

Information Center | Customer Support |

# FedEx.

Search

| Package / Envelope Services | Office / Print Services | Freight Services | Expedited Services |

| Ship | Track | Manage My Account | International Tools |

Track Shipments
## Detailed Results

Printable Version     Quick Help

You can also track:
- By TCN
- FedEx Trade Networks shipments
- By Email Track
- By FedEx Wireless Soluti

| | |
|---|---|
| **Tracking number** | 845656842222 |
| **Signed for by** | .OUBID ALDOSSARY |
| **Ship date** | Jan 7, 2005 |
| **Delivery date** | Jan 10, 2005 2:38 PM |

| | |
|---|---|
| **Reference** | |
| **Delivery location** | ESTATE OF O'NEILL RIYADH SA |
| **Delivered to** | Mailroom |
| **Service type** | Priority Envelope |
| **Weight** | 1.2 lbs. |

**Status**          Delivered

Wrong Address?
Reduce future mistakes by using FedE
Address Checker.

Shipping Freight?
FedEx has LTL, air freight, surface
air expedited freight, multi piece pa
deliveries, and ocean freight.

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jan 10, 2005 | 2:38 PM | **Delivered** | RIYADH SA | |
| | 9:03 AM | On FedEx vehicle for delivery | RIYADH SA | |
| | 6:29 AM | Int'l shipment release | RIYADH SA | |
| Jan 9, 2005 | 7:47 PM | Int'l shipment release | RIYADH SA | |
| | 11:33 AM | At dest sort facility | DUBAI AE | |
| | 1:17 AM | In transit | PARIS FR | |
| Jan 8, 2005 | 9:02 PM | Departed FedEx location | PARIS FR | |
| | 7:30 PM | Arrived at FedEx location | PARIS FR | |
| | 7:59 AM | Package data transmitted to FedEx | | |
| | 6:48 AM | Departed FedEx location | NEWARK, NJ | |
| | 6:47 AM | Arrived at FedEx location | NEWARK, NJ | |
| | 2:32 AM | Departed FedEx location | NEWARK, NJ | |
| | 12:50 AM | Arrived at FedEx location | NEWARK, NJ | |
| Jan 7, 2005 | 9:09 PM | Left origin | PHILADELPHIA, PA | |
| | 6:37 PM | Picked up | PHILADELPHIA, PA | |

Signature proof     Track more shipments

Email your detailed tracking results (optional)

Enter your email, submit up to three email addresses (separated by commas), add your
message (optional), and click **Send email**.



Add a message to this email.



From

To

Send email

Global Home | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2005 FedEx

United States Home

Information Center | Customer Support |

**FedEx**

Search

| Package / Envelope Services | Office / Print Services | Freight Services | Expedited Services |

| Ship | Track | Manage My Account | International Tools |

Track Shipments
## Detailed Results

Printable Version     (?) Quick Help

You can also track:
- By TCN
- FedEx Trade Networks shipments
- By Email Track
- By FedEx Wireless Soluti

| | | | |
|---|---|---|---|
| **Tracking number** | 845656842233 | **Reference** | ESTATE OF O'NEILL |
| **Signed for by** | .OUBID ALDOSSARY | **Delivery location** | RIYADH SA |
| **Ship date** | Jan 7, 2005 | **Delivered to** | Mailroom |
| **Delivery date** | Jan 10, 2005 2:38 PM | **Service type** | Priority Envelope |
| | | **Weight** | 1.2 lbs. |
| **Status** | Delivered | | |

Wrong Address?
Reduce future mistakes by using FedE
Address Checker.

Shipping Freight?
FedEx has LTL, air freight, surface
air expedited freight, multi piece pa
deliveries, and ocean freight.

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Jan 10, 2005** | 2:38 PM | **Delivered** | RIYADH SA | |
| | 9:03 AM | On FedEx vehicle for delivery | RIYADH SA | |
| | 6:29 AM | Int'l shipment release | RIYADH SA | |
| **Jan 9, 2005** | 7:47 PM | Int'l shipment release | RIYADH SA | |
| | 11:33 AM | At dest sort facility | DUBAI AE | |
| | 1:17 AM | In transit | PARIS FR | |
| **Jan 8, 2005** | 9:02 PM | Departed FedEx location | PARIS FR | |
| | 7:34 PM | Arrived at FedEx location | PARIS FR | |
| | 8:01 AM | Package data transmitted to FedEx | | |
| | 6:48 AM | Departed FedEx location | NEWARK, NJ | |
| | 6:47 AM | Arrived at FedEx location | NEWARK, NJ | |
| | 2:32 AM | Departed FedEx location | NEWARK, NJ | |
| | 12:50 AM | Arrived at FedEx location | NEWARK, NJ | |
| **Jan 7, 2005** | 9:09 PM | Left origin | PHILADELPHIA, PA | |
| | 6:37 PM | Picked up | PHILADELPHIA, PA | |

| Signature proof | Track more shipments |

Email your detailed tracking results (optional)

Enter your email, submit up to three email addresses (separated by commas), add your
message (optional), and click **Send email**.





Add a message to this email.

. From

To

Send email

Global Home | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2005 FedEx

United States Home

Information Center | Customer Support |

**FedEx.**

Search

| Package / Envelope Services | Office / Print Services | Freight Services | Expedited Services |

| Ship | Track | Manage My Account | International Tools |

Track Shipments
## Detailed Results

Printable Version     (?) Quick Help

You can also track:
- By TCN
- FedEx Trade Networks shipments
- By Email Track
- By FedEx Wireless Soluti

| | | | |
|---|---|---|---|
| **Tracking number** | 845656842244 | **Reference** | estate of o'meill |
| **Signed for by** | .OUBID ALDOSSARY | **Delivery location** | riyadh SA |
| **Ship date** | Jan 7, 2005 | **Delivered to** | Mailroom |
| **Delivery date** | Jan 10, 2005 2:38 PM | **Service type** | Priority Envelope |
| | | **Weight** | 1.2 lbs. |

**Status**     Delivered

Wrong Address?
Reduce future mistakes by using FedE
Address Checker.

Shipping Freight?
FedEx has LTL, air freight, surface
air expedited freight, multi piece pa
deliveries, and ocean freight.

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Jan 10, 2005** | 2:38 PM | **Delivered** | riyadh SA | |
| | 9:04 AM | On FedEx vehicle for delivery | RIYADH SA | |
| | 6:29 AM | Int'l shipment release | RIYADH SA | |
| **Jan 9, 2005** | 7:47 PM | Int'l shipment release | RIYADH SA | |
| | 11:32 AM | At dest sort facility | DUBAI AE | |
| | 1:17 AM | In transit | PARIS FR | |
| **Jan 8, 2005** | 9:02 PM | Departed FedEx location | PARIS FR | |
| | 7:37 PM | Arrived at FedEx location | PARIS FR | |
| | 8:04 AM | Package data transmitted to FedEx | | |
| | 6:48 AM | Departed FedEx location | NEWARK, NJ | |
| | 6:47 AM | Arrived at FedEx location | NEWARK, NJ | |
| | 2:32 AM | Departed FedEx location | NEWARK, NJ | |
| | 12:50 AM | Arrived at FedEx location | NEWARK, NJ | |
| **Jan 7, 2005** | 9:09 PM | Left origin | PHILADELPHIA, PA | |
| | 6:37 PM | Picked up | PHILADELPHIA, PA | |

| Signature proof | Track more shipments |

Email your detailed tracking results (optional)

Enter your email, submit up to three email addresses (separated by commas), add your
message (optional), and click **Send email**.



. From

To

Add a message to this email.

Send email

Global Home | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2005 FedEx