# LAW OFFICES OF
# JERRY S. GOLDMAN & ASSOCIATES, P.C.

A NEW YORK PROFESSIONAL CORPORATION DULY QUALIFIED TO TRANSACT
BUSINESS WITHIN THE COMMONWEALTH OF PENNSYLVANIA

TWO PENN CENTER PLAZA • SUITE 1411
1500 JFK BOULEVARD
PHILADELPHIA, PA 19102
TEL: 215.569.4500 • FAX: 215.569.8899

111 BROADWAY • 13TH FLOOR
NEW YORK, NY 10006
TEL: 212.242.2232 • FAX: 212.346.4665

GINA M. MAC NEILL
DIRECT DIAL: 215.569.4500 ext. 25
gmacneill@goldmanlawyers.com
Admitted to: PA & NJ

3109 STIRLING ROAD • SUITE 101
FORT LAUDERDALE, FL 33312
TEL: 954.981.6533 • FAX: 954.989.8068

Reply To: PHILADELPHIA

February 4, 2005

**OVERNIGHT MAIL**

Michael K. Kellogg, Esquire
Kellogg, Huber, Hansen, Todd & Evans, P.L.L.C.
Sumner Square
1615 M Street, N.W.
Suite 400
Washington, D.C. 20036-3209

Re:  *In re Terrorist Attacks of September 11, 2001*
     **03-MDL-1570 (RCC)**
     *Estate of John P. O'Neill, et al v. Kingdom of Saudi Arabia, et al.*
     **04-CV-1922 (RCC)**
     **Service of Process on the Kingdom of Saudi Arabia and Its Agencies
     and Instrumentalities**

Dear Mr. Kellogg:

Please find enclosed copies of correspondence, and FedEx air bills, sent to the Kingdom of Saudi Arabia and its Agencies and Instrumentalities, in order to effectuate service on the following defendants:

1. Kingdom of Saudi Arabia;

2. Directorate of Intelligence of the Kingdom of Saudi Arabia;

3. General Staff of the Kingdom of Saudi Arabia;

4. Intelligence Section (G-2) of the Kingdom of Saudi Arabia;

5. Ministry of State for Internal Affairs of the Kingdom of Saudi Arabia;

6. Ministry of Interior of the Kingdom of Saudi Arabia;

**EXHIBIT 12**

X:\Clients\ONeill v. Saudi arabia\Correspondence\-kellog - service on Saudi and agencies and instrumentalities

LAW OFFICES OF JERRY S. GOLDMAN & ASSOCIATES, P.C.

February 3, 2005
Page 2

      7. Saudi Committee for the Support of the Intifada of the Kingdom of Saudi Arabia;

      8. The Supreme Council of Islamic Affairs of the Kingdom of Saudi Arabia;

      9. The Council of Ministers of the Kingdom of Saudi Arabia; and,

      10. The Special Committee of the Council of Ministers of the Kingdom of Saudi Arabia.

We served process again on the Kingdom of Saudi Arabia and its Agencies and Instrumentalities due to the fact that we believe we may have inadvertently failed to serve the Ministry of Interior in our prior package. By resending same, in separate packages, we will have individual confirmation of the receipt, via FedEx tracking, of each package pertaining to each individual defendant. We have, as of this time, confirmed receipt of all of the additional sets.

In our letter of November 12, 2004, we provided you with a copy of the Complaint, in English, a copy of the Complaint in the electronic version on disk, and a copy of the FedEx air bill for the package delivered to Saudi Arabia to effectuate service as per the agreed upon terms.

In this package, I have enclosed a copy of each FedEx air bill for each individual defendant along with the correspondence that was sent to the defendants. I have also enclosed an additional copy of the Complaint, in English and in Arabic, and an electronic version, on disk, of the Complaint.

While the summons indicates that responses should be served upon Joshua Ambush, Esquire, we are advising that you can send same to Jerry S. Goldman, Esquire, at either our New York or Philadelphia office. If you prefer, we can enter into a stipulation to that effect.

Thank you for your cooperation relating to this matter.

Very truly yours,

LAW OFFICES OF JERRY S. GOLDMAN &
ASSOCIATES, P.C.

By: _____
GINA M. MAC NEILL, ESQUIRE

GMM:jf
Enc. a/s
cc: Jerry S. Goldman, Esquire

LAW OFFICES OF JERRY S. GOLDMAN & ASSOCIATES, P.C.

February 3, 2005
Page 3

cc: O'Neill Litigation Team via e-mail