القُدسُ العربي

**AL-QUDS AL-ARABI**

## DECLARATION OF PUBLICATION

**NOTICE :** of Filing of Complaints

The undersigned says:

I am the Business Manager and Company Secretary of Al-Quds Al-Arabi Publishing & Advertising ( Overseas ) Ltd and is duly authorized to make this affidavit.

The Notice , a true copy of which is attached , was published on the following dates : Thursday December 23rd, 2004, Thursday December 30th 2004, Thursday January 6th 2005 and Thursday January 13th 2005.

PAT SUNDRAM ( MRS )
BUSINESS MANAGER
MARCH 11TH 2005

SWORN BEFORE ME ON THIS....... DAY OF ........2005

I THE UNDERSIGNED MANUEL FLOREZ VALCARCEL, Notary Public, practising at 130 King Street, London W6 0QU, England, hereby CERTIFY that the signature written at the end of the preceding document in my presence is the true and authentic signature, of Mrs. PATRICIA SUNDRAM, also known as PAT SUNDRAM as declared by her, of full age, who signed it in my presence having identified her by her British passport No. 094358024 valid until 23.04.2014 produced by her to me for her personal identification. ---------------------------------------------------
IN WITNESS WHEREOF I sign this Certificate in London, England, today the fourteenth day of March two thousand and five.

MANUEL FLOREZ VALCARCEL
Notary Public

L-QUDS AL-ARABI PUBLISHING & ADVERTISING (OVERSEAS) LIMITED
TEL: 0208-741 8008 • FAX: 0208-741- 8902 • 0208-748 7637 • E mail: alquds@alquds.co.uk • Website: www.alquds.co.uk
REGISTERED ADDRESS: 164-166 KING STREET • HAMMERSMITH • LONDON W6 0QU • REGISTERED NUMBER: 2604233 • VAT REG NO: 538 9427 04

السنة السادسة عشرة ـ العدد 4863 الخميس 13 كانون الثاني (يناير) 2005 ـ 2 ذو الحجة 1425 هـ



القدس 15



## إعلان قانوني

# إلى المدعى عليهم المذكورين والمدرجة أسمائهم أدناه:

**الملحق أ**

وكالة آران لخدمات تحويل الأموال، إنك
عباس عبد العلي
عبد الهادي العراقي
عبد الصمد الطائش
عبد الحسن الليبي
عبد الرحيم الناشري
عبد الرحمن الارناؤوط أبو الأجر المعروف أيضاً أبو عبد
عبد الباري
عبد الحسين المعروف أيضاً بتركة عبد الحسين
عبد الغني مزدي
عبد الحليم رمضانة المعروف أيضاً بعبد الحليم رمضانة حاسد
عبد الكريم حسن حسين محمد الناصر
عبد العزيز علي
عبد الرزاق عدن
عبد العزيز إبراهيم المعروف أيضاً بعبد العزيز بن إبراهيم الإبراهيم
عبد الفتاح زمار
عبد الرحمن العمودي
عبد الرحمن ياسين
عبد الرحيم محمد حسن
عبد الله بن لادن
عبد الله العبيد
عبد الله بن خالد الثاني
عبد الله أحمد عبد الله
عبد الله بن عبد الحسن التركي
عبد الله بن سعيد
عبد الله بن صالح العبيد
عبد الله م. المهدي
عبد الله عمر ناصيف المعروف أيضاً بعبد الله
عمر
عبد الله قاسم
عبد الله حسن كاهي
عبد الرحمن حسن شريتلي
أبو الغني علي الدين
شركة إبراهيم
أبو عبد الرحمن المعروف أيضاً أبو عبد الرحمن أمين
أبو عجب
أبو الدلائل
أبو حفص الوريتاني
أبو هاجر العراقي
أبو حمزة المصري
أبو إبراهيم المصري
أبو مصعب الزرقاوي
أبو قتادة الفلسطيني
أبو رضا السوري المعروف أيضاً بمحمد لؤي بايازيد
مجموعة أبو سياف
أبو سليمان
أبو وائل المعروف أيضاً بسعدون عبد اللطيف العقل
أبو زبيدة
عادل بن سلطان
عادل محمد صادق بن كاظم
عتنان ناشا
لجنة الإصلاح والنصح
أفاميا، إس.ل.
لجنة الدعم الأفغانية
أغوس بوديمان
أحمد عجاج
أحمد الحربي
أحمد إبراهيم المغسل
أحمد سعيد القدر
أحمد صلاح المعروف أيضاً بسليم
أحمد حسني راربو
أحمد إبراهيم النجار
أحمد خلفان غيلاني
أحمد خليل إبراهيم سمير العنج
أحمد محمد حامد المعروف أيضاً بأحمد محمد حامد علي
أحمد نور علي جمالي
أحمد رسام
أحمد زكي اليماني
بنك العقيدة الخاص المحدود
شركة العقيدة للاستثمار المحدودة
الأمن الداخلي
الأمن الخارجي
الأنواء المعروفة أيضاً بالأنواء يو إس إي، إنك
البركة للتحويلات إل إل سي، المعروفة أيضاً بالبركة للتحويلات إل إل سي
بنك البركات المعروف أيضاً بنك البركة
مسجد الفاروق

الجماعة الإسلامية المعروفة أيضاً بالجماعة الإسلامية
الشركة الخليجية لترويج الصادرات والتسويق
القاعدة المعروفة أيضاً بـجيش القاعدة الإسلامي
الشمال للاستثمار والتنمية
بنك الشمال الإسلامي المعروف أيضاً بشمال بنك والمعروف بشمال بنك والمعروف أيضاً بنك الشمر
الولايات المتحدة للتجارة والعقارات والصناعة المحدودة
مجموعة التقوى/ندى المعروفة أيضاً مجموعة التقوى/ندى/إدارة الأعمال
بنك البركات الصومالي (بي إس أس)
مجموعة البركات للتمويل
شركة البركات المالية القابضة المعروفة أيضاً بشركة البركات المالية
البركات العالمية للاتصالات السلكية واللاسلكية
مجموعة شركات البركات الصومالية المحدودة المعروفة أيضاً بمجموعة شركات البركات والمعروفة أيضاً بمجموعة البركات
البركات إنترناشيونال المعروفة أيضاً بباراكو
كومانلي
البركات للاستثمار
منظمة البر السعودية
البر
مخابز الحمامي للحلويات
مؤسسة الحرمين الإسلامية المعروفة أيضاً بالحرمين والمعروفة أيضاً بمؤسسة الحرمين والمعروفة بالوزير
الهجرة للتعمير والتنمية المحدودة
الاتحاد الإسلامي AIAI
مجموعة المستقبل
محطات النور لصفاني العسل المعروفة أيضاً بمركز النور للعسل
صندوق الرشيد
مصافي عسل الشفاء للصناعة والتجارة الوطنية للدواجن
ألبرت فريديك لرمان هوبير
الجماعة الإسلامية الجزائرية المسلحة
علي عطوة
علي غالب همات
علي سعيد بن علي الحوري
أمين الحق
أنس الليبي المعروف أيضاً بأنس الليبي والمعروف أيضاً بأناغ الراجحي والمعروف أيضاً بأنس الصبابتي
أنصار الإسلام
عقيل العقيل المعروف أيضاً بعقيل عبد العزيز العقل
شركة الأسمنت العربي
عرفات الأسلامي
مجموعة أري
صندوق أصنت
صندوق أصنت السجل
عصبة الأنصار
عبادي شفيق بن محمد
أيمن الظواهري
مركز عزام للخدمات
با تقوى للتجارة والعقارات المحدودة
بكر م. بن لادن
بنك التقوى للحدود المعروف أيضاً بنك التقوى للحدود والمعروف أيضاً بنك التقوى
شركة بركة للتجارة
بركات يوست
إبراهيم بن عبد العزيز
شركة بركات للبناء
إبراهيم حسب الله
إبراهيم محمد أفندي
إبراهيم س. عبد الله
إبراهيم صالح محمد اليعقوب
إيهاب علي
عماد الدين بركات باركز والمعروف أيضاً أبو دحدح
عماد مغنية
بنك بركات والتحويلات
بركات لاستشارات الكمبيوتر BCC
مجموعة بركات الاستشارية BCC
شركة بركات العالمية للهواتف
شركات بركات الدولية BICO
بركات يوست إكسبرس BPE
شركة بركات للمشروبات
شركة بركات للاتصالات السلكية واللاسلكية

ليمتد BTELCO
شركة بركات للتحويلات السلكية المعروفة أيضاً بخدمات بركات السلكية
شركة باراكو التجارية LLC
بسام دالاتي ستالوت
صندوق البر الدولي
مؤسسة البر الدولية المعروفة أيضاً بالبر الدولية والمعروفة بمؤسسة البر الدولية - كندا والمعروفة أيضاً بمؤسسة البر الدولية - بن مروان
بلال بن مروان
مؤسسة الإغاثة المباركة
بوستا أبيلينا فيوتورا
فرع البوسنة والهرسك لمؤسسة الحرمين الإسلامية
إبراهيم بن هدلي حمامي
مؤسسة سمستيل إمبكس
شهيب بن محمد أياري
كوبيس
ظاهر عبد الله عويس
شركة ذا أفكو ترانس أوربيا المحدودة
الدكتور محمود دخيل
الدكتور محمد علي الجاري
بنك دبي الإسلامي
البركات الإسلامي المصري
عصام الريدي
يوروكوفا أويراس، إس.ا.
فهد الثويني
فهد محمد علي مسلم
فاروق الحجازي
فازية أحد
فزول عبد الله محمد
فتحي بن ربيع مصري
فؤزي جندوبي
جارد جاما
غصوب الأبرش غليون المعروف أيضاً أبو مصعب
المصدر العالي للماس المعروف أيضاً بشركة المصادر العالمية للماس
مؤسسة الإعانة العالمية المعروفة أيضاً بمؤسسة سيكورس مونديال
جاب الدين حكمتيار
الغرفة الخليجية والأفريقية
المركز الخليجي إس، أر، إل.
شركة الصمغ العربي المحدودة
حبيب فارس عبد الله العموري
حبيب وادي
حاج عثمان آغا
حاج محمد أكرم
حمد حسيني
حماس
هاني رمضان
حسن عز الدين
هاشم عبد الرحمن
حسن ا.ا. بحفظ الله
حسن ضاهر عويس
حسن التراي
حيدر محمد بن لادن
حازم رجب
ساعدوا شفيق بن محمد
حياة العليا
هشام ارناؤوط
جمعية الثقل الإنساني الدولية المعروفة أيضاً بالثقل الإنساني الدولي
حسن محمود عبد القادر
ابن الشيخ الليبي
إبراهيم يأه
إبراهيم بن عبد العزيز إبراهيم
إبراهيم خطيب
إبراهيم منصور
إبراهيم بن رحمي
محمد عبيش
محمد عمر الحرازي
محمد شرقاوي
منذر أسووني
صالح زاز
صالح محمد بن لادن
سالم بن لادن
سلمان العودة
سامي عمر الحسن
علتي بن عمر السعدي
علتي محمد رشيد
علتي رشيد أحمد لاديماني
محمد أبو إسلام
محمد الحماتي

وحدة 99 والمعروفة أيضاً بعمليات خاصة م-8
وكالة الإغاثة الإسلامية الأفريقية
جيش عدن الإسلامي
المركز الثقافي الإسلامي في جنيف
المعهد الثقافي الإسلامي بميلان
اللواء الإسلامي الدولي المعروف أيضاً
باللواء الإسلامي الدولي لحفظ السلام
حركة أوزبكستان الإسلامية
عز الدين السيد المعروف أيضاً بعز الدين
السيد محمد
جيش محمد
جليل شنواري
مؤسسة الإغاثة المباركة
جمال أحمد محمد
جمال البدوي
جمال نيربه
جميل قاسم سعيد المعروف أيضاً بجميل
قاسم سعيد محمد
جمعية التعاون الإسلامية المعروفة أيضاً
بسوبلان أوف إسلامك كوويريشن
منظمة الجماعة الإسلامية
خالد بن محفوظ
خالد نوري
خالد شيخ محمد
خليل جراله
لاشكار أي جانجهيل
لاشكار ريدوان الإسلامي
لاشكار الطيبي
لزهار بن محمد تليلي
حزب الله اللبناني المعروف أيضاً بحزب الله
أحمد أدريس نصر الدين المعروف أيضاً بحزب الله
مؤسسة نصر الدين
مجموعة نصر الدين القابضة الدولية المحدودة
مجموعة نصر الدين الدولية القابضة المحدودة
شركة م، م بادكول لخدمات تقديم الطعام والتجارة
مهدي شارمان سافهي
محمود جاب الله
مكتب الخدمات
الجبهة الإسلامية الوطنية
مركز الاستشارات والإدارة والقوى
نضال ايام داودارخزانلي
هاجر العراقي
مأمون دارخزانلي
مؤسسة مأمون دارخزانلي للاستيراد والتصدير
منصوري القاضي
مسجد المدينة المنورة
مولاي عبد الكبير
مازن م. هـ. باحارث
ميدي كمون
الجهاد الإسلامي الفلسطيني
شركة باركا التجارية
دواجن ميجا-الماليزي السويسري، المعروف أيضاً
بمنظمة ميجا-الماليزي السويسري إس، أ،
الخليج والغرفة الإفريقية
بريكوت، إس.ا.
برويكاتو إنفيست
برويكاتو إي برومسونيز ايزو
برويكاتو إي برومسونيز باردايز، إس.
ل.
كوين سيتي للسجائر والحلوى
ربيع حداد
رشيد الهيار المعروف برشيد فيطار
راد حجازي
رمزي محمد عبد الله بن الشيبه المعروف
أيضاً برمزي محمد بن عبد الله عمر
محمد بن عبد الله الجميح
محمد بن فارس
مؤسسة محمد بن لادن
محمد شحادة
محمد الحسني العمودي
محمد إقبال عبد الرحمن
محمد جمال خليفة
محمد خير السقا المعروف أيضاً أبو الدرداء
محمد منصور
محمد رحمي
محمد عبيش
محمد عمر الحرازي
محمد شرقاوي

محمد عاطف المعروف أيضاً بعمليات خاصة
عاطف
محمد عمر
محمد صلاح
محمد غالب خلاجه زويدي المعروف أيضاً
محمد خالد بن طلحة
محمد ج. قليمي
محمد مهدي صلاح
محسن موسى متولي عطوة
اللا كاكشار
مؤسسة مشايخ للتجارة
الأخوة المسلمين
مصطفى أحمد الحيماساوي المعروف أيضاً
بشيخ سعيد والمعروف أيضاً بشيخ سعيد
والمعروف أيضاً بمصطفى محمد أحمد
مصطفى القادر
مصطفى محمد فاضل
معتصم عبد الرحيم
مؤسسة موقل المعروفة أيضاً بمؤسسة
الإغاثة المباركة
مظفر خان
نبيل بن عطية
ندى انترناشونال انسالت
خالد شيخ محمد
منظمة ندى للإدارية، اس.ا.
نجيب عوّاد
ناسكو للخدمات اس، أر، أل.
ناسكو نصر الدين القابضة ا، اس،
ناسكوكس اس، ا،
شركة نصر الدين ناسكو اس، ا، ا، دي، سي
احمد أدريس نصر الدين اس، بي،
مؤسسة نصر الدين
مجموعة نصر الدين القابضة الدولية المحدودة
مجموعة نصر الدين الدولية القابضة المحدودة
بنك التنمية الوطني
الصندوق القومي للتأمين الاجتماعي
غصوب الأبرش غليون
ممدوح محمود سليم المعروف أيضاً أبو
هاجر العراقي
نيو دايامونداز القابضة
نور جليل
نورجمان رضوان اسم الدين المعروف أيضاً
بالحميلي
عمر أبو عمر
عمر البيومي
عمر م، بن لادن
أسامة باستان
الجهاد الإسلامي الفلسطيني
شركة باركا التجارية
دواجن ميجا-الماليزي السويسري، المعروف أيضاً
بمنظمة ميجا-الماليزي السويسري إس، أ،
محمد بايازد
حسن عز الدين
محمد س،، محمد
محمد المصري
محمد العيسى
محمد الشوربجي
محمد علي حسن المؤيد
محمد علي سيد مشيط
محمد أمين علّي
محمد باحارث
محمد بن عبد الله الجميح
محمد بن فارس
مؤسسة محمد بن لادن
محمد شحادة
محمد الحسني العمودي
محمد إقبال عبد الرحمن
محمد جمال خليفة

ستابل الخير
ستور صلاح
صقر الصداوي
مجموعة بن لادن السعودية
شركة بن لادن السعودية الدولية
شركة الأسمنت السعودية بالدمام
البنك السعودي السوداني
سيف العدل
سعد الشريف
شهير عبد الرؤوف باترجي
شيخ سعيد المعروف أيضاً بمصطفى محمد
أحمد
شيخ عادل جليل باترجي المعروف أيضاً
بعادل عبد الجليل باترجي
شيخ عبد الله عزام المعروف أيضاً أبو محمد
شيخ جمال نيزو
شيخ أحمد سليم سويدان
شيخ عمر بكري محمد
شيخ يوسف القرضاوي
سليمان ت. ب. البث
فرع الصومال لمؤسسة الحرمين الإسلامية
الشركة الصومالية للإنترنت
فوج الإسلام للأغراض الخاصة
مؤسسة النجاح
سليمان العلي
سيد سليمان أحمر
طابا للاستثمارات
بنك التضامن الإسلامي المعروف أيضاً ببنك
التضامن
طه ياسين رمضان
مجموعة الطيبة للمعونة الدولية
طلال محمد يادقول
تائزانيت كنج
طارق أيوبي
طارق م، بن لادن
طارق م، السويدان
طارق أنور السيد أحمد
منظمة العلماء للمعونة
لجنة الدفاع عن الحقوق الشرعية
تركة فايز أحمد المعروف أيضاً ببني حماد فاز
تركة أحمد الغدي
تركة حمزة الغدي
تركة مهاد الشهري
تركة صطام م. أ، الصوقامي
تركة عبد العزيز العمري
تركة وليد م. الشهري
تركة وائل الشهري
تركة محمد عطا
تركة خالد المذار
تركة نواف الحزمي
تركة هاني حنجور
تركة سالم الحزمي
تركة ماجد موكد
تركة زايد سمير جراح
تركة أحمد إبراهيم أ. الحزناوي
تركة سعيد الغمدي
تركة أحمد النامي
تركي قصي حسين
تركة عدي حسين
الطالبان
ثروة صلاح شحاتة
حركة تركستان الإسلامية
اتحاد علماء أفغانستان
عمر فاروق
أمة تامير-أ-أناو يوني ان)
أسامة بن لادن المعروف أيضاً بأسامة
بن لادن
وادي العقيق
منظمة الوفاء الإنسانية
وليد الامار
ياسين القاضي
ياسين شكوري
ياسر السري المعروف أيضاً بعمار
يزيد سوفات بكوالالمبور ماليزيا
إسلام م، بن لادن
يوسف جميل
يوسف عبداوي
يوسف م، ندى وشركاه جيزلشافت MBH
مؤسسة يوسف م. ندى
يوسف ندى المعروف أيضاً بيوسف مصطفى
ندى
يوسف أحمد علي
زكريا موساوي
زاهر . أ كاظمي
زكريا الصبار
لجنة الزكاة
زياد خليل

في المحكمة المحلية الأمريكية للمقاطعة الجنوبية لولاية نيويورك، إجراءات قانونية مجمعة كونها معروفة بموضوع الهجمات الإرهابية الواقعة في 11 سبتمبر (أيلول) 2001، قضية رقم (RCC) 1570 MDL 03؛ إعلان تقديم الشكاوى، أصدر القاضي ريتشارد سي. كيزي تبليغاً بالنشر في الصحف في 15 سبتمبر (أيلول)، 2004، ولقد تمّ الأمر بنشر الإجراء القانوني العنون أعلاه في الصحف مرة في الأسبوع لمدة أربعة أسابيع متتالية بالإنجليزية، في جريدتي إنترناشيونال هيرالد تريبيون ويو إس أي توداي، وباللغة العربية في جريدة عربية واحدة على نحو واسع في الشرق الأوسط، تُنشر على نحو واسع على الأقل في الشرق الأوسط، وكذلك إدراج الشكاوى الوثيقة الصلة بالموضوع على موقع الإنترنت www.september11terrorlitigation.com.

ولقد تمّ تبليغ الإعلان بموجب هذه الوثيقة إلى المدعى عليهم المدرجة أسمائهم أعلاه. ويؤمر المدعى عليهم والمدرجة أسمائهم أعلاه، ويطلب منهم بموجب هذه الوثيقة أن يبلغوا كاتب الحكمة، المحكمة المحلية الأمريكية للمقاطعة الجنوبية لولاية نيويورك، 500 بيرل ستريت، نيويورك، نيويورك (The Clerk of the Court, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, 10007) عن الجواب على الشكاوى خلال مدة ستين (60) يوماً من نشر الإعلان، في حال أخفق المدعى عليهم القيام بهذا، سيصدر حكم غيابي ضد المدعى عليهم في كل من الشكاوى المجمعة تحت القضية رقم 1570 MDL 03. تلتمس الشكاوى الحصول على أضرار تعويضية وتأديبية وقيمتها ثلاثة أضعاف حجم الأضرار، أتعاب المحامين، التكاليف، وإعانات أخرى من أجل الوفاة الجائرة، الإصابات الشخصية، أضرار بالممتلكات، خسائر لتوقف الأعمال، خسائر نتيجة في الأرباح، انتهاك حرمة الملكية، ابتزاز الأموال وإصابات أخرى سببها هجوم 11 سبتمبر (أيلول) 2001 الإرهابي على الولايات المتحدة.