PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES



# COZEN
## O'CONNOR
### ATTORNEYS

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com

**Sean P. Carter**
Direct Phone   215.665.2105
Direct Fax   215.701.2105
scarter@cozen.com

ECF

March 11, 2005



RECEIVED
MAR 14 2005
CHAMBERS OF
RICHARD CONWAY CASEY
U.S.D.J.

**VIA FEDERAL EXPRESS**

The Honorable Richard C. Casey
United States District Court for the District
Of New York
United States Courthouse
500 Pearl Street, Room 1950
New York, NY 10007-1312

*In Re: Terrorist Attack on September 11, 2001,* **03 MDL 1570 (RCC)**
*Federal Insurance Company, et al. v. Al Qaida, et al.,* **03 CV 6978 (RCC)**

Dear Judge Casey:

The *Federal Insurance* plaintiffs and Saudi Joint Relief Committee for Kosovo and Chechnya ("SJRC") have agreed and consented to a three (3) day extension of time for the *Federal Insurance* plaintiffs to file their Opposition to the SJRC's Motion to Dismiss, making the *Federal Insurance* plaintiffs' Opposition due on March 18, 2005. The parties have further agreed to extend the deadline for the SJRC to file its Reply to the *Federal Insurance* plaintiffs' Opposition up to and including April 18, 2005. The parties respectfully request that the Court endorse this revised schedule for briefing on the SJRC's Motion to Dismiss.

Application granted

3/16/05   *Richard Conway Casey*

Respectfully,

COZEN O'CONNOR

BY:   SEAN P. CARTER

SPC/bdw
cc:   All Counsel of Record (via email)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-16-05