UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re Terrorist Attacks on September 11, 2001    :   03 MDL 1570 (RCC)
                                                            :   ECF
------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-16-05
```

This document relates to

>    *Kathleen Ashton, et al. v. Al Qaeda Islamic Army, et al.*, No. 02 Civ. 6977 (S.D.N.Y.)
>
>    *Thomas Burnett, Sr., et al. v. Al Baraka Investment & Development Corp., et al.*, 03 Civ. 5738 (S.D.N.Y.)
>
>    *Federal Insurance Co., et al. v. Al Qaida, et al.*, No. 03 Civ. 6978 (S.D.N.Y.)
>
>    *Thomas Burnett, Sr., et al. v. Al Baraka Investment & Development Corp., et al.*, 03 Civ. 9849 (S.D.N.Y.)
>
>    *Estate of John P. O'Neill, Sr., et al. v. Al Baraka Investment & Development Corp., et al.*, No. 04 Civ. 1923 (S.D.N.Y.)
>
>    *Continental Casualty Co., et al. v. Al Qaeda, et al.*, No. 04 Civ. 5970 (S.D.N.Y.)
>
>    *New York Marine & General Insurance Co. v. Al Qaida a/k/a Al Qaeda, et al.*, No. 04 Civ. 6105 (S.D.N.Y.)
>
>    *Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, No. 04 Civ. 7065 (S.D.N.Y.)
>
>    *Euro Brokers Inc., et al., v. Al Baraka Investment & Development Corp., et al.*, No. 04 Civ. 7279 (S.D.N.Y.)
>
>    *World Trade Center Properties LLC, et al. v. Al Baraka Investment & Development Corp., et al.*, No. 04 Civ. 7280 (S.D.N.Y.)

### STIPULATION AS TO EXTENSION OF TIME TO RESPOND TO COMPLAINTS CONSOLIDATED UNDER 03 MDL 1570

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs in all of the above-referenced cases consolidated under 03 MDL 1570 and Defendant Dubai Islamic Bank, by and through their undersigned counsel, that the time for Defendant Dubai Islamic Bank to answer or otherwise respond to the Complaint in each of the cases referenced above shall be on or before May 27, 2005.

IT IS FURTHER HEREBY STIPULATED AND AGREED that the Plaintiffs pursuing claims for relief under Racketeer Influenced and Corrupt Organizations Act ("RICO") shall serve their respective RICO statements concerning Dubai Islamic Bank on or before April 29, 2005.

IT IS FURTHER HEREBY STIPULATED AND AGREED that the Plaintiffs' response, if any, to Dubai Islamic Bank's responsive pleadings or motions shall be served within sixty days after service of same by Defendant's counsel on Plaintiffs' counsel, and that Dubai Islamic Bank shall serve reply papers, if any, within thirty days after service of Plaintiffs' opposing papers.

Respectfully submitted,

KREINDLER & KREINDLER LLP

By: _____
Andrew J. Maloney, III (AM 8684)
100 Park Avenue
New York, NY 10017-5540
212.687.8181

*Attorneys for Plaintiffs*

ZUKERMAN GORE & BRANDEIS, LLP

By: _____
John K. Crossman (JC 7387)
Frank C. Welzer (FW 7159)
875 Third Avenue
New York, New York 10022
212.223.6700

*Attorneys for Dubai Islamic Bank*

SO ORDERED:

_____         Dated: March 16, 2005
RICHARD CONWAY CASEY, U.S.D.J.

2