USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-17-05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) ECF Case |
|---|---|

*This document relates to:*
*Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al.*, Case No. 03-CV-9849 (S.D.N.Y.)

### STIPULATION AS TO EXTENSION OF TIME FOR DEFENDANT MOHAMMAD HUSSEIN AL AMOUDI TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs in the above-referenced case consolidated under 03 MDL 1570, and Defendant Mohammad Hussein Al Amoudi, by and through their undersigned counsel, that Mr. Al Amoudi shall have until April 6, 2005 to answer or otherwise move against the Plaintiffs' Amended Complaint.

Respectfully submitted,

MOTLEY RICE LLC

By: _____
Justin B. Kaplan, Esq.
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, S.C. 29465

*Attorneys for Plaintiffs*

AKIN, GUMP, STRAUSS, HAUER & FELD, LLP

By: _____
Mark J. MacDougall, Esq.
Nicole H. Sprinzen, Esq.
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036

*Attorneys for Defendant*

SO ORDERED:

_____
RICHARD CONWAY CASEY, U.S.D.J.

Dated: March 17, 2005