UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001          03 MDL 1570 (RCC)
                                                       ECF Case

*This document relates to:*
- *Kathleen Ashton, et al v. Al Qaeda Islamic Army, et al.* Case No. 1:02-6977 (S.D.N.Y.)
- *Thomas E. Burnett, Sr., et al. v. Al Baraka Investment & Development Corp., et al.*, Case No. 03-CV-9849 (S.D.N.Y.)
- *Cantor Fitzgerald & Co., et al. v. Akida Bank Private., Ltd., et al.*, Case No. 04-CV-7065 (S.D.N.Y.)
- *Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.*, Case No. 04-CV-05970-UA (S.D.N.Y.)
- *Euro Brokers, Inc., et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 04-CV-07279-UA (S.D.N.Y.)
- *Estate of John P. O'Neill, Sr., on behalf John P. O'Neill, Sr., deceased, and on behalf of decedent's heirs-at-law, et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 04-CV-1923 (S.D.N.Y.)
- *New York Marine and General Insurance Co. v. Al Qaida, et al.*, Case No. 04-CV-6105 (S.D.N.Y.)
- *World Trade Center Properties, LLC, et al. v. Al Baraka Investment and Development Corporation, et al.*, Case No. 04-CV-7280 (S.D.N.Y.)

## NOTICE OF FILING

PLEASE TAKE NOTICE that the undersigned has filed with the Court a copy of a license issued by the Department of the Treasury (License #SU-1374) pursuant to Sudanese Sanctions Regulations, 31 C.F.R. Part 538.

New York, New York
Dated:  March 18, 2005

        John F. Lauro, P.A.

By:    /s/_____
     John F. Lauro, Esq. (JFL 2635)
     John F. Lauro, P.A.
     101 E. Kennedy Blvd.
     Suite 2180
     Tampa, FL  33602
     Phone: 813- 222-8990
     Fax:  813-222-8991
     E-mail: Laulaw1@aol.com

     In New York Reply To:
     300 Park Avenue
     Suite 1700
     New York, NY 10022
     Attorney for Faisal Islamic Bank (Sudan)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Filing has been served upon MDL counsel via email this 18th day of March, 2005.


       /s/_____
     John F. Lauro, Esquire