

# DEPARTMENT OF THE TREASURY
## WASHINGTON, D.C. 20220

License No. SU-1374

Sudanese Sanctions Regulations

## LICENSE

(Granted under the authority of 50 U.S.C. §§ 1601-1651, 1701-1706, Executive Order 13067, and 31 C.F.R. Parts 501 and 538.)

To: Law Offices of John F. Lauro, P.A. (the "Licensees")
c/o John F. Lauro, Esq.
Bank of America Plaza, Suite 2180
101 East Kennedy Boulevard
Tampa, FL 33602

1. Based on the letters of September 10, 2004, October 1, 2004, December 14, 2004, and January 19, 2005 from the Law Offices of John F. Lauro, P.A. to the Office of Foreign Assets Control on behalf of Faisal Islamic Bank (the "Application"), the transactions and activities delineated on the reverse hereof are hereby authorized.

2. This License is granted upon the statements and representations made in the Application, or otherwise filed with or made to the Treasury Department as a supplement to the Application, or based upon information available to the Treasury Department, and is subject to the condition, among others, that the Licensees comply in all respects with all regulations, rulings, orders and instructions issued by the Secretary of the Treasury under the authority of the International Emergency Economic Powers Act (50 U.S.C. § 1701 et seq.), the National Emergencies Act (50 U.S.C. § 1601 et seq.), section 301 of title 3 of the United States Code, and the terms of this License.

3. The Licensees shall furnish and make available for inspection any relevant information, records or reports requested by the Secretary of the Treasury, or any other duly authorized officer or agency.

4. **This License expires on February 16, 2006**, is not transferable, and is subject to the provisions of Executive Order 13067, 31 C.F.R. Parts 501 and 538, any regulations and rulings issued pursuant thereto, and may be revoked or modified at any time in the discretion of the Secretary of the Treasury. If this License was issued as a result of willful misrepresentation, it may, in the discretion of the Secretary of the Treasury, be declared void from the date of its issuance or from any other date.

5. This License does not excuse compliance with any law or regulation administered by the Office of Foreign Assets Control or another agency (including reporting requirements) applicable to the transactions herein licensed, nor does it release Licensees or third parties from civil or criminal liability for violation of any law or regulation.

Issued by direction and on behalf of the Secretary of the Treasury:

OFFICE OF FOREIGN ASSETS CONTROL

By _____  2-7-05
David W. Mills
Chief of Licensing

Attention is directed to 18 U.S.C. § 1001, 50 U.S.C. § 1705, and 31 C.F.R. § 538.701 for provisions relating to penalties.

License No. SU-1374                                          Page 2 of 3

**SECTION 1 - AUTHORIZATION:** (a) Subject to the conditions and limitations stated herein, the Licensees are hereby authorized to receive payment of professional fees and reimbursement of expenses incurred for the provision of legal services authorized in § 538.505(b)(2) of the Sudanese Sanctions Regulations, 31 C.F.R. Part 538 (the "Regulations"), in connection with lawsuits pending with the United States District Court for the Southern District of New York and consolidated under Multi District Case No. (03 MD 1570(RCC)), consisting of the following matters:

Ashton v. Faisal Islamic Bank - Sudan, (Case No. 02-cv-06977),

Burnett v. Faisal Islamic Bank - Sudan, (Case No. 03-cv-05738),

Burnett v. Faisal Islamic Bank - Sudan, (Case No. 03-cv-09849),

O'Neill v. Faisal Islamic Bank - Sudan, (Case No. 04-cv-01923),

Cantor Fitzgerald v. Faisal Islamic Bank (Sudan), (Case No. 04-cv-07065),

Euro Brokers v. Faisal Islamic Bank and Faisal Islamic Bank - Sudan, (Case No. 04-cv-07279),

World Trade Center v. Faisal Islamic Bank - Sudan, (Case No. 04-cv-07280),

Tremsky v. Faisal Islamic Bank, (Case No. 02-cv-07300),

Salvo v. Faisal Islamic Bank, (Case No. 03-cv-05071),

Barrera (Consolidated with Ashton 02-06977 as of 12/1/04), (Case No. 03-cv-07036),

Continental Insurance v. Faisal Islamic Bank, (Case No. 04-cv-05970), and

New York Marine and General Insurance Co. v. Faisal Islamic Bank, (Case No. 04-cv-7280).

(b) Any transfer of funds through the U.S. financial system pursuant to the authorization set forth above should reference the number of this License to avoid the blocking or rejection of the transfer.

**SECTION 2 - CONDITIONS:** (a) It is a condition of this License that payments to the Licensees for professional fees and expenses authorized by this License must not originate from a source within the United States or within the possession or control of a U.S. person, including any overseas branches, and must not be made from a blocked account or from other blocked property.

(b) It is a further condition of this License that a copy of this License be submitted to the relevant court or any other decision-making body or forum.

**SECTION 3 - WARNINGS:** (a) This License does not authorize the transfer of any blocked property, the debiting of any blocked account, the entry of any judgment or order that effects a transfer of blocked property, or the execution of any judgment against property blocked pursuant to any Executive order or Chapter V of Title 31 of the C.F.R., including the Regulations.

(b) Except as expressly authorized by the terms of this License, or otherwise by the Office of Foreign Assets Control, nothing in this License authorizes the receipt of funds or other property, directly or indirectly, from any entity or individual whose property or interests in property are blocked pursuant to any Executive order or Chapter V of Title 31 of the C.F.R., including the Regulations.

(c) Nothing in this License authorizes the provision of services or the receipt of fees or reimbursement of expenses other than for the purposes delineated in **SECTION 1**, above.

**SECTION 4 - REPORTING REQUIREMENTS:** (a) Section 501.601 of the Reporting and Procedures Regulations requires that records on each transaction subject to this License be maintained and available for examination for a minimum of five years following the transaction date.

(b) See 31 C.F.R. § 501.605 regarding reports on litigation, arbitration, and dispute resolution proceedings.

**SECTION 5 - PRECEDENCE:** The authorization contained in this License is limited to the facts and circumstances specific to the Application.
********************************************************************