UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

This document relates to:

*Federal Insurance Co. v. al Qaida*, 03 CV 06978 (RCC)

### AFFIRMATION OF SEAN P. CARTER IN OPPOSITION TO THE SAUDI JOINT RELIEF COMMITTEE FOR KOSOVO AND CHECHNYA'S MOTION TO DISMISS

Sean P. Carter, Esq., affirms as follows:

1. I am an attorney admitted to practice *pro hac vice* in the above-captioned matter, and a member of the law firm Cozen O'Connor. I submit this Affirmation to transmit to the Court the following documents submitted in opposition to the Motion to Dismiss filed by defendant, the Saudi Joint Relief Committee for Kosovo and Chechnya.

2. Exhibit 1 of this Affirmation is a true and accurate copy of an article entitled, *Islamic Fundamentalism in the Balkans*, published by the Partisan Review, in March 2003.

3. Exhibit 2 to this Affirmation is a true and accurate copy of a study entitled, *Saudi Publications on Hate Ideology Fill American Mosques,* published by the Center for Religious Freedom, in 2005.

4. Exhibit 3 to this Affirmation is a true and accurate copy of the Written Testimony Before the Senate Committee on the Judiciary of Alex Alexiev entitled, *Wahhabism: State Sponsored Extremism Worldwide*, submitted on June 26, 2003.

5. Exhibit 4 to this Affirmation is a true and accurate copy of an article entitled, *US Fears Terrorist Attack in Kosovo*, published by the BBC News on April 3, 2000.

6. Exhibit 5 to this Affirmation is a true and accurate copy of the Treasury Department Press Release Regarding the Designation of Wa'el Julaidan, released on September 6, 2002.

7. Exhibit 6 to this Affirmation is a true and accurate copy of a Letter of Treasury Department General Counsel David Aufhauser to Swiss Substitut du Procureur General Claude Nicati, dated November 29, 2001

8. Exhibit 7 to this Affirmation is a true and accurate copy of a report entitled, *Second Report of the Monitoring Group on Al-Qaida*, published by the United Nations Security Council Committee established pursuant to Resolution 1267 (1999) concerning Al-Qaida and the Taliban and associated individuals and entities, published on December 2, 2003.

9. Exhibit 8 to this Affirmation is a true and accurate copy of an article entitled, *Saudis Reform Charities as Antiterror Measure*, which appeared on CNN.com, on June 2, 2004.

10. Exhibit 9 to this Affirmation is a true and accurate copy of an article entitled, *Riyadh to Close Charities Oversees*, which appeared on IslamOnline.net, on March 29, 2004.

11. Exhibit 10 to this Affirmation is a true and accurate copy of a report entitled, *Saudi Arabia: Terrorist Financing Issues*, published by the Congressional Research Service, on December 8, 2004.

12. Exhibit 11 to this Affirmation is a true and accurate copy of the Grand Jury Indictment of Al Haramain Islamic Foundation, Inc., Pirouz Sedaghaty and Soliman Hamd Al-Buthe captioned, <u>United States of America v. Al Haramain Islamic Foundation</u>, 05-CR-___, United States District Court for the District of Oregon.

Affirmed in Philadelphia, Pennsylvania on March 18, 2005.

_____
Sean P. Carter

PHILA1\2237431\1 117430.000