UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001

This document relates to:

CANTOR FITZGERALD ASSOCIATES, et al,
                Plaintiffs,
v.

AKIDA INVESTMENT CO., LTD., et al.,
                Defendants.

MDL No. 1570 (RCC)

NO. 04 CV 07065 (RCC)

ECF

## STIPULATION AND ORDER SETTING SCHEDULE FOR

IT IS HEREBY STIPULATED and agreed by Plaintiffs and Defendants, Dallah Al Baraka Group, LLC ("Defendants"), by and through their respective attorneys that:

1. Defendant, Dallah Al Baraka Group, LLC's time to move, answer or otherwise respond to the Complaint is extended until May 16, 2005.

DATED this 18 day of March 2005.

FOR PLAINTIFFS

_(signature)_
Johnathan M. Goodman, Esq.
Dickstein, Shapiro, Morin & Oshinsky, LLP
1177 Avenue of the Americas
New York, NY 10036-2714

FOR DEFENDANTS

_(signature)_
Martin F. McMahon, Esq.
Martin F. McMahon & Associates
1150 Connecticut Ave., NW
Suite 900
Washington, DC 20036
(202) 862-4343

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-18-05

SO ORDERED:

_(signature)_
U.S.D.J.

1