UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
                                           FILED
                                       U.S. DISTRICT COURT

                                       2005 MAR 18  P 12: 31

                                           S.D. OF N.Y.
```

NEW YORK MARINE AND GENERAL INSURANCE COMPANY, et al.

Plaintiff,

-V-

AL-Qaida, et al.

Defendants..

CERTIFICATE OF MAILING

03 md 1570

04cv 6105(RCC)

I, J. Michael McMahon, Clerk of Court for the Souther District of New York, do hereby certify that on the

**March 18, 2005**

I served the

**SUMMONS & COMPLAINT**
NOTICE OF SUIT, CERTIFICATE OF AUTHENTICITY FROM TRANSLATOR
AND $650 CHECK PAYABLE TO THE U.S. EMBASSY-TAERON

pursuant to the foreign sovereign immunities Act {28 U.S. C. §1608(a)(4)}, filed and issued herein on the

December 23, 2004

by mailing by registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

#7002 2410 0002 6964 #2595

(Chinatown Station) that was issued at my request as aforementioned,

J. Michael McMahon
CLERK

Dated: New York, NY

BROWN GAVALAS & FROMM LLP

United States District Court
March 15, 2005
Page 3

    Thank you for your assistance. If you have any questions or require any additional documents, please do not hesitate to contact us..

Very truly yours,

BROWN GAVALAS & FROMM LLP

Frank J. Rubino, Jr.