UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW YORK MARINE AND GENERAL INSURANCE COMPANY, et al.
    Plaintiff,

-V-

AL Qaida, et al.
    Defendants..

FILED
U.S. DISTRICT COURT
2005 MAR 18 P 12: 36
CERTIFICATE OF MAILING
S.D. OF N.Y.

03 md 1570
04cv 6105(RCC)

I, J. Michael McMahon, Clerk of Court for the Souther District of New York, do hereby certify that on the

March 17, 2005

I served the

**SUMMONS & COMPLAINT**
NOTICE OF SUIT, CERTIFICATE OF AUTHENTICITY FROM TRANSLATOR
AND $650 CHECK PAYABLE TO THE U.S. EMBASSY-DAMASCUS

pursuant to the foreign sovereign immunities Act {28 U.S. C. §1608(a)(4)},filed and issued herein on the

December 23, 2004

by mailing by registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

# 7002 2410 0002 6964 # 2601      #_____

(Chinatown Station) that was issued at my request as aforementioned,

J. Michael McMahon
CLERK

Dated: New York, NY

## BROWN GAVALAS & FROMM LLP

United States District Court
March 15, 2005
Page 3

        Thank you for your assistance. If you have any questions or require any additional documents, please do not hesitate to contact us..

        Very truly yours,

        BROWN GAVALAS & FROMM LLP

        Frank J. Rubino, Jr.