UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY, et al. Plaintiff, -V- AL-Qaida, et al. Defendants.. | CERTIFICATE OF MAILING 1570. 03 md 04cv 6105(RCC) ECF |

FILED
U.S. DISTRICT COURT
2005 MAR 18  P 12: 37

I, J. Michael McMahon, Clerk of Court for the Souther District of New York, do hereby certify that on the

**March 18, 2005**

I served the

**SUMMONS & COMPLAINT**
NOTICE OF SUIT, CERTIFICATE OF AUTHENTICITY FROM TRANSLATOR
AND $650 CHECK PAYABLE TO THE U.S. EMBASSY-RIYADH

pursuant to the foreign sovereign immunities Act {28 U.S. C. §1608(a)(4)}, filed and issued herein on the

December 23, 2004

by mailing by registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

# 7002 2410 0002 6864 2632      #

(Chinatown Station) that was issued at my request as aforementioned,

J. Michael McMahon
CLERK

Dated: New York, NY

BROWN GAVALAS & FROMM LLP

United States District Court
March 15, 2005
Page 3

Please request the Director of Special Consular Services. c/o Edward A. Betancourt, at the U.S. State Department, to transmit the enclosed materials to Saudi Arabia, and once the process is complete, to send to you a certified copy of the [...] receipt. please forward to us a copy of the [a]ddressed, stamped envelope provided for your [...]

[If] you have any questions or require any additional [con]tact us..

Very truly yours,

BROWN GAVALAS & FROMM LLP

Frank J. Rubino, Jr.