UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FILED
S DISTRICT COURT
2005 MAR 18 P 12: 12
S.D. OF N.Y.

FEDERAL INSURANCE COMPANY et. al.
    Plaintiff,

-V-

AL-QAIDA et al.
    Defendants..

CERTIFICATE OF MAILING

03 md 1570
03 Cv. 6978(RCC) ECF

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**March 18, 2005**

I served the

**SUMMONS & COMPLAINT**
NOTICE OF SUIT
CERTIFICATE OF AUTHENTICITY FROM THE TRANSLATOR
TRANSLATION INTO ARABIC

Pursuant to the foreign sovereign immunities act (28 U.S.C. §1608(b)(3)(B), filed and issued herein on the
Sept. 10, 2004

by mailing by registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

RB 632 892 243   # RB 632 892 257   #_____

(Chinatown Station) that was issued at my request as aforementioned,

J. Michael McMahon
CLERK

Dated: New York, NY

J. Michael McMahon
March 11, 2005
Page 2

cate of Authenticity from the
rate in *Federal Insurance Co.* Tr
your use in transmitting *the Federal*
of Foreign Affairs as follows:

broad

stions, please do not hesitate to

)NNOR

at Lachmon

[Two USPS PS Form 3806 Receipt for Registered Mail images, both dated 03/18/05, Clerk: KSJJJP, Unit ID: 0004, Reg. Fee $7.50, Return Receipt $1.75, Postage $20.75]

FROM: USDC Southern District of N.Y.
500 Pearl St.
New York, N.Y. 10007-1312

TO: Saudi Commission for Relief + Charity Abroad
c/o Saudi Ministry of Foreign Affairs
P.O.B. 55937 Postal Code 11544
Riyadh, Saudi Arabia

03CV6978

For delivery information, visit our website at www.usps.com