UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FILED
U.S. DISTRICT COURT

2005 FEB -28 A 8: 57

ESTATE OF JOHN P. O'NEILL, et al.,
    Plaintiff,

-V-

THE REPUBLIC OF IRAQ, et al.,
    Defendants.

CERTIFICATE OF MAILING
S.D. OF N.Y.

04 Cv. 1076(RCC)

I, J. Michael McMahon, Clerk of Court for the Souther District of New York, do hereby certify that on the

**February 28, 2005**

I served the

**SUMMONS & SECONDED COMPLAINT**

filed and issued herein on the

**December 30, 2004**

by mailing by registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

#R632 769 720    # R632 769 680    # R632 769 673

#R632 769 702    # R632 769 716    # R632 769 733

(Chinatown Station) that was issued at my request as aforementioned,

J. Michael McMahon
CLERK

Dated: New York, NY

#R 632 969 747  #R 632 969 778

#R 632 969 755  #

#R 632 967 764  #