UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESTATE OF JOHN P. O'NEILL, et al.
                  Plaintiff,

-V-

THE REPUBLIC OF IRAQ, et al.
                  Defendants.

FILED
U.S DISTRICT COURT
2005 FEB -28 A 8:57

**CERTIFICATE OF MAILING**
S.D. OF N.Y.

04 Cv. 1923 (RCC)

I, J. Michael McMahon, Clerk of Court for the Souther District of New York, do hereby certify that on the

**February 28, 2005**

I served the

SUMMONS & SECONDED COMPLAINT

filed and issued herein on the

December 30, 2004

by mailing by registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

#R632 969 781        #R632 969 804        # R632 969 821

#R632 969 795        #R632 969 818        #R632 969 835

(Chinatown Station) that was issued at my request as aforementioned,

J. Michael McMahon
CLERK

Dated: New York, NY

\# R632 969 849    \# R632 969 870

\# R632 969 866    \#

\# R632 969 (866)    \#