UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

This document relates to:
<u>Burnett v. Al Baraka Investment & Development Corp.</u>, 03-CV-5738 (RCC)
<u>Burnett v. Al Baraka Investment & Development Corp.</u>, 03-CV-9849 (RCC)
<u>Federal Insurance Co. v. Al Qaida</u>, 03-CV-6978 (RCC)
<u>New York Marine and General Insurance Co. v. Al Qaida</u>, 04-CV-6105 (RCC)

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned counsel hereby enters his appearance in this matter on behalf of defendant Mohammed Hussein Al Amoudi, as counsel of record, and requests that all papers be served upon the undersigned.

**PLEASE TAKE FURTHER NOTICE** that the filing of this Notice of Appearance is made without waiver of or prejudice to any defenses that Defendant may have in this action, including, without limitation, defenses based on lack of personal jurisdiction, or insufficiency of service of process, which are expressly reserved.

Dated: March 21, 2005

          AKIN GUMP STRAUSS HAUER & FELD LLP

          By: _____
            James d'Auguste  (JD 7373)
            590 Madison Avenue
            New York, New York  10022
            Tel.: (212) 872-8093
            Fax: (212) 872-1002

          *Attorney for Defendant Mohammed Hussein Al Amoudi*