UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Casey, J

---------------------------------------)
In Re Terrorist Attacks on ) 03 MDL 1570 (RCC)
September 11, 2001 ) ECF Case
---------------------------------------)

*This document relates to:*
 *Estate of John P. O'Neill, Sr. v. Al Baraka Inv. & Dev. Corp.*, 04-CV-1923 (RCC)

## STIPULATION AND ORDER AMENDING THE SCHEDULE FOR ARAB BANK TO RESPOND TO THE SECOND AMENDED COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for Plaintiffs and for Defendant Arab Bank, subject to the approval of the Court, as follows:

1. The *O'Neill* Plaintiffs and Arab Bank executed a Stipulation and Order on December 20, 2004 pursuant to which Arab Bank was to move to dismiss, answer or otherwise respond to the First Amended Complaint within sixty (60) days from the date on which the Court decided Arab Bank's pending motions to dismiss in Burnett (03-CV-9849) and Federal Insurance (03-CV-6978). On December 30, 2004, the *O'Neill Plaintiffs* filed a Second Amended Complaint.

2. The Court granted in their entirety Arab Bank's motions to dismiss in Burnett and Federal Insurance in its January 18, 2005 Opinion and Order. By letters dated March 11, 2005 and March 14, 2005, plaintiffs and defendants set forth their respective positions concerning the future structure of the litigation in light of the Court's January 18, 2005 Opinion and Order.

3. To avoid unnecessary briefing and motion practice and in the interests of judicial economy, the *O'Neill* Plaintiffs and Arab Bank agree to postpone Arab Bank's time to move to dismiss, answer or otherwise respond to the Second Amended Complaint until resolution of the issues addressed in the aforementioned letters. At that time, the *O'Neill* Plaintiffs and Arab Bank will file a separate stipulation and proposed order regarding a new schedule for responding to the

Second Amended Complaint if the Court determines it is necessary for Arab Bank to file a response in light of its January 18, 2005 Opinion and Order.

|  |  |
|---|---|
|  | Respectfully submitted, |
| KING & SPALDING LLP | LAW OFFICES OF JERRY S. GOLDMAN & ASSOCIATES, P.C. |
| Richard T. Marooney | Jerry S. Goldman |
| 1185 Avenue of the Americas | 111 Broadway |
| New York, NY 10036-4003 | 13th Floor |
| Phone: (212) 556-2242 | New York, New York 10006 |
| Fax:    (212) 556-2222 | Phone: (212) 242-2232 |
|  | Fax:    (212) 346-4665 |
| Dated: March 17, 2005 | Dated: March 17, 2005 |
| *Counsel for Defendant Arab Bank* | *Counsel for Plaintiffs* |

Dated: New York, New York
/March 22, 2005

SO ORDERED:

Richard C. Casey
U.S.D.J.