THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL 1570 (RCC) ECF |
| Relates to: Kathleen Ashton, et al., v. Al Qaeda Islamic Army, et al. | 02 CV 6977 (RCC) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-23-05

**STIPULATION CONFIRMING SAMI OMAR AL-HUSSAYEN
IS NOT A DEFENDANT AND WITHDRAWING
MOTION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs in *Kathleen Ashton, et al. v. Al Qaeda Islamic Army, et al*, Case No. 02 CV 6977 (RCC) (hereinafter "Ashton lawsuit") and Sami Omar Al-Hussayen, by and through the undersigned counsel, that Sami Omar Al-Hussayen is not a defendant in the *Ashton* lawsuit as he is not named in the caption of the Third Amended Complaint nor is he described therein as a defendant.

In view of the foregoing paragraph, IT IS FURTHER HEREBY STIPULATED AND AGREED that Sami Al-Hussayen will and hereby does withdraw his Motion to Dismiss filed in the *Ashton* lawsuit (MDL Docket No. 732; Ashton Docket No. 251).

IT IS FURTHER HEREBY STIPULATED AND AGREED that the above parties shall bear their owns costs and fees with respect to the above-described matters.

1

RESPECTFULLY SUBMITTED,

DATED this 16th day of March, 2005.

        KREINDLER & KREINDLER LLP
        James P. Kreindler (JK7084)
        100 Park Avenue
        New York, NY 10017-5590
        Telephone: 212-687-8181
        Facsimile: 212-972-9432

By: _____
    James P. Kreindler

Attorneys for Ashton Plaintiffs

DATED this 17 day of March, 2005.

        NEVIN, BENJAMIN & MCKAY LLP
        David Z. Nevin (DN2615)
        Scott McKay (SM3330)
        303 West Bannock
        P.O. Box 2772
        Boise, ID 83701
        Telephone: 208-343-1000
        Facsimile: 208-345-8274

By: _____
    Scott McKay

Attorneys for Sami Omar Al-Hussayen

**SO ORDERED:**

_____     DATED: March 22, 2005
Richard Conway Casey, U.S.D.J.

2