```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3-23-05
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

This document relates to:
*Burnett v. Al Baraka Investment & Development Corp.*, 03-CV-5738 (RCC)
*Burnett v. Al Baraka Investment & Development Corp.*, 03-CV-9849 (RCC)
*Federal Insurance Co. v. Al Qaida*, 03-CV-6978 (RCC)
*New York Marine and General Insurance Co. v. Al Qaida*, 04-CV-6105 (RCC)

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Civil Rule 1.3(c) of the United States District Court for the Southern District of New York and upon the affidavits of Mark J. MacDougall, Nicole H. Sprinzen and Mara Zusman, it is

ORDERED that Mark J. MacDougall, a member of the Bars of the District of Columbia, Massachusetts and Maryland, be admitted to the Bar of this Court *pro hac vice*.

IT IS FURTHER ORDERED that Nicole H. Sprinzen, a member of the Bars of the District of Columbia and Maryland, be admitted to the Bar of this Court *pro hac vice*.

IT IS FURTHER ORDERED that Mara Zusman, a member of the Bar of Massachusetts, and with an application pending for admission to the Bar of the District of Columbia, be admitted to the Bar of this Court *pro hac vice*.

Dated: 3-23-05, 2005

SO ORDERED.

*[signature]*

United States District Court Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-23-05
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) <br> ECF Case |

This document relates to:
<u>Burnett v. Al Baraka Investment & Development Corp.</u>, 03-CV-5738 (RCC)
<u>Burnett v. Al Baraka Investment & Development Corp.</u>, 03-CV-9849 (RCC)
<u>Federal Insurance Co. v. Al Qaida</u>, 03-CV-6978 (RCC)
<u>New York Marine and General Insurance Co. v. Al Qaida</u>, 04-CV-6105 (RCC)

## <u>MOTION FOR ADMISSION *PRO HAC VICE*</u>

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 1.3(c), and on the basis of the affidavits and certificates of good standing attached hereto, Mohammed Hussein Al Amoudi, a defendant in the above-referenced actions, hereby moves this Court for an Order admitting Mark J. MacDougall, Nicole H. Sprinzen and Mara Zusman, *pro hac vice*, as counsel for Mr. Al Amoudi in such actions. Mr. MacDougall is a member of the Bars of the District of Columbia, Massachusetts and Maryland, as well as other Bars as set forth in his attached Affidavit; Ms. Sprinzen is a member of the Bars of the District of Columbia and Maryland; and Ms. Zusman is a member of the Bar of Massachusetts and her application is pending before the Bar of the

District of Columbia.  A proposed Order is submitted herewith for the Court's consideration.

Dated: March 22, 2005               Respectfully submitted,

*James d' Auguste*
James d'Auguste (JD 7373)
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, New York 10022
(212) 872-1000
(212) 872-1002 (fax)

Attorneys for Defendant Mohammed Hussein
Al Amoudi

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-23-05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

This document relates to:
*Burnett v. Al Baraka Investment & Development Corp.*, 03-CV-5738 (RCC)
*Burnett v. Al Baraka Investment & Development Corp.*, 03-CV-9849 (RCC)
*Federal Insurance Co. v. Al Qaida*, 03-CV-6978 (RCC)
*New York Marine and General Insurance Co. v. Al Qaida*, 04-CV-6105 (RCC)

## AFFIDAVIT OF NICOLE H. SPRINZEN

City of Washington     )
                       ) ss:
District of Columbia   )

Nicole H. Sprinzen, being duly sworn, deposes and says:

1. I make this affidavit pursuant to Local Civil Rule 1.3(c) and Case Management Order No. 1 entered by Judge Casey in Docket No. 03 MDL 1570 on March 3, 2004, in support of the motion of Mohammed Hussein Al Amoudi, for an order permitting me to appear and participate in this case *pro hac vice*.

# Court of Appeals of Maryland

Annapolis, MD



## *CERTIFICATE OF GOOD STANDING*

STATE OF MARYLAND, ss:

I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that on the __15th__ day of __December__, 1999,

**NICOLE H. SPRINZEN**

*having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.*

**In Testimony Whereof,** *I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this* __14th__ *day of* __March__, *2005.*

*Alexander L. Cummings*

*Clerk of the Court of Appeals of Maryland*

2. I am counsel in the law firm of Akin Gump Strauss Hauer & Feld LLP, 1333 New Hampshire Avenue, N.W., Washington, D.C. 20036, which represents Mr. Al Amoudi.

3. I am a member in good standing of the Bar of the District of Columbia, and a certificate of good standing from the District of Columbia Court of Appeals is attached hereto as Exhibit A. I am also a member of the Maryland State Bar, and a certificate of good standing from the Maryland State Bar is attached hereto as Exhibit B. I have been admitted to practice before the United States District Courts for the District of Columbia and the District of Maryland.

4. There are no pending disciplinary proceedings pending against me in any State or Federal Court. I am familiar with the Federal Rules of Civil Procedure and with the Local Rules of this Court.

Accordingly, I respectfully request that the Court allow me to appear and participate in this multidistrict litigation *pro hac vice*.

                                                      Nicole H. Sprinzen

Sworn to before me this 17 day of March, 2005.

Notary Public

Deborah A. Johnson
Notary Public, District of Columbia
My commission expires: My Commission Expires May 14, 2005



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

NICOLE H. SPRINZEN

was on the  10TH  day of  JULY, 2000  duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 14, 2005.

GARLAND PINKSTON, JR., CLERK

By: _____
            Deputy Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

This document relates to:
*Burnett v. Al Baraka Investment & Development Corp.*, 03-CV-5738 (RCC)
*Burnett v. Al Baraka Investment & Development Corp.*, 03-CV-9849 (RCC)
*Federal Insurance Co. v. Al Qaida*, 03-CV-6978 (RCC)
*New York Marine and General Insurance Co. v. Al Qaida*, 04-CV-6105 (RCC)

## AFFIDAVIT OF MARA B. ZUSMAN

City of Washington   )
                     ) ss:
District of Columbia )

Mara B. Zusman, being duly sworn, deposes and says:

1. I make this affidavit pursuant to Local Civil Rule 1.3(c) and Case Management Order No. 1 entered by Judge Casey in Docket No. 03 MDL 1570 on March 3, 2004, in support of the motion of Mohammed Hussein Al Amoudi, for an order permitting me to appear and participate in this case *pro hac vice*.

2. I am an associate in the law firm of Akin Gump Strauss Hauer & Feld LLP, 1333 New Hampshire Avenue, N.W., Washington, D.C. 20036, which represents Mr. Al Amoudi.

3. I am a member in good standing of the Massachusetts State Bar, and a certificate of good standing from the Massachusetts State Bar is attached hereto as Exhibit A. My application for admission to the Bar of the District of Columbia has been submitted and is under consideration.

4.     There are no pending disciplinary proceedings pending against me in any State or Federal Court. I am familiar with the Federal Rules of Civil Procedure and with the Local Rules of this Court.

Accordingly, I respectfully request that the Court allow me to appear and participate in this multidistrict litigation *pro hac vice*.

_____
Mara B. Zusman

Sworn to before me this 21st day of March, 2005.

_____
Notary Public

My commission expires: _____

Gail V. Smith
Notary Public, District of Columbia
My Commission Expires 11-14-2007

# COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **seventeenth** day of **December** A.D. **2004**, said Court being the highest Court of Record in said Commonwealth:

## Mara Zusman

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this fifteenth day of March in the year of our Lord Two thousand and five.

MAURA S. DOYLE, Clerk

---

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

This document relates to:
*Burnett v. Al Baraka Investment & Development Corp.*, 03-CV-5738 (RCC)
*Burnett v. Al Baraka Investment & Development Corp.*, 03-CV-9849 (RCC)
*Federal Insurance Co. v. Al Qaida*, 03-CV-6978 (RCC)
*New York Marine and General Insurance Co. v. Al Qaida*, 04-CV-6105 (RCC)

### AFFIDAVIT OF MARK J. MACDOUGALL

City of Washington    )
                      ) ss:
District of Columbia  )

Mark J. MacDougall, being duly sworn, deposes and says:

1. I make this affidavit pursuant to Local Civil Rule 1.3(c) and Case Management Order No. 1 entered by Judge Casey in Docket No. 03 MDL 1570 on March 3, 2004, in support of the motion of Mohammed Hussein Al Amoudi, for an order permitting me to appear and participate in this case *pro hac vice*.

2. I am partner in the law firm of Akin Gump Strauss Hauer & Feld LLP, 1333 New Hampshire Avenue, N.W., Washington, D.C. 20036, which represents Mr. Al Amoudi.

3. I am a member in good standing of the Bar of the District of Columbia, and a certificate of good standing from the District of Columbia Court of Appeals is attached hereto as Exhibit A. I am also a member of the Massachusetts and Maryland State Bars, and a certificate of good standing from each of those Bars is attached hereto as Exhibits B and C, respectively. I have been admitted to practice before the United States Supreme Court; U.S. Court of Federal

## CERTIFICATE OF SERVICE

I, James E. d'Auguste, hereby certify that true and correct copies of the Motion for Admission Pro Has Vice re: Mark J. MacDougall, Nicole H. Sprinzen and Mara B. Suzman and Notice of Appearance have been furnished to all parties on the attached service list by electronic mail on this 22nd day of March, 2005 and served by mail upon:

Kamal Hussein Houkry
Hussein Shoukry Law Firm
Adham Commercial Center, 9th Floor
Medina Road
PO Box 667
Jeddah 21421, Saudi Arabia

Nancy H. Dutton, Esq.
Dutton & Dutton, P.C.
5017 Tilden NW
Washington, DC 20016

_____
James E. d'Auguste



# District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

MARK J. MACDOUGALL

was on the 11TH day of APRIL, 1986 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 14, 2005.

GARLAND PINKSTON, JR., CLERK

By: _____
       Deputy Clerk

Claims; United States District Courts for the District of Columbia, the District of Massachusetts, Northern District of Illinois, Eastern District of Texas, and District of Arizona; United States Courts of Appeals for the Fourth, Fifth and Seventh, and District of Columbia Circuits.

4. There are no pending disciplinary proceedings pending against me in any State or Federal Court. I am familiar with the Federal Rules of Civil Procedure and with the Local Rules of this Court.

Accordingly, I respectfully request that the Court allow me to appear and participate in this multidistrict litigation *pro hac vice*.

Mark J. MacDougall

District of Columbia

Sworn to before me this 21st day of March, 2005.

Notary Public

My commission expires: _____

Anne H. Smart
Notary Public District of Columbia
My Commission Expires April 30, 2005

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-sixth** day of **March** A.D. **1997**, said Court being the highest Court of Record in said Commonwealth:

**Mark J. MacDougall**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this fifteenth day of March in the year of our Lord Two thousand and five.



MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

# Court of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that on the __20th__ day of __December__, 1985,

**MARK JOSEPH MACDOUGALL**

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this __14th__ day of __March__, 2005.

*Alexander L. Cummings*
Clerk of the Court of Appeals of Maryland