



**MotleyRice**
Jodi Westbrook Flowers
Licensed in SC
DIRECT DIAL 843.216.9163
DIRECT FAX 843.216.9027
JFlowers@motleyrice.com

ECF

March 21, 2005



**VIA FEDERAL EXPRESS**

Hon. Richard Conway Casey
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1350
New York, NY 10007-1312

Re:  *In re Terrorist Attacks of September 11, 2001*, MDL No. 1570 (RCC);
*Burnett v. Al Baraka Investment & Development, et al.*, 03 CV 9849 (RCC)

Dear Judge Casey:

Plaintiffs have filed a More Definite Statement as to Defendant Yeslam Bin Laden. To give the Defendant time to respond to this pleading, the Plaintiffs suggest the following briefing schedule be entered: Mr. Bin Laden be given sixty (60) days to supplement his Motion to Dismiss by May 23, 2005; Plaintiffs' Response to be due June 22, 2005; and Defendant's Reply, if any, due July 22, 2005.

Respectfully submitted,

Jodi Westbrook Flowers

JWF/crh
cc: Yeslam bin Laden
All Counsel of Record

3/24/05   Richard Conway

Motley Rice LLC
Attorneys at Law

28 BRIDGESIDE BLVD.
P.O. BOX 1792
MT. PLEASANT, SC 29465
843-216-9000
843-216-9450 FAX

1750 JACKSON ST.
P.O. BOX 365
BARNWELL, SC 29812
803-224-8800
803-259-7048 FAX

321 SOUTH MAIN ST.
P.O. BOX 6067
PROVIDENCE, RI 02940
401-457-7700
401-457-7708 FAX

ONE CORPORATE CENTER
20 CHURCH ST., 17TH FLOOR
HARTFORD, CT 06103
860-882-1681
860-882-1682 FAX