# FERBER FROST CHAN & ESSNER, LLP

530 FIFTH AVENUE

NEW YORK, NEW YORK 10036-5101

TEL: (212) 944-2200

FAX: (212) 944-7630

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3·24·05

*EcF*

March 22, 2005



BY OVERNIGHT MAIL

Judge Richard Conway Casey
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Room 1950
New York, New York 10007

     Re:    Continental Casualty Co. v. Al Qaeda Islamic Army, 04 Civ. 5970
              In Re Terrorist Attacks on September 11, 2001 03 MDL 1570

Dear Judge Casey:

     This firm represents the plaintiffs in Continental Casualty Co. v. Al Qaeda, 04 Civ. 5970, which has been consolidated in the multi-district litigation In Re Terrorist Attacks on September 11, 2001 03 MDL 1570.  We are writing to join the request of New York Marine and General Insurance Company ("New York Marine"), the plaintiff in the action entitled New York Marine and General Insurance Company v. Al Qaida, et al., 04-CV-6105, for a further extension of time to serve the defendants in this action pursuant to F.R.C.P. 6(b).

     Plaintiffs commenced this action on September 1, 2004, to recover damages resulting from the terrorist attacks on September 11, 2001.  As in the New York Marine action, the amended complaint asserts claims against hundreds of defendants located all over the world and including foreign nations and government officials, terrorist organizations, individual terrorists and other individuals, companies and organizations who aided the terrorist attacks on September 11, 2001.  As in the New York Marine action, plaintiffs have engaged in a diligent and good faith effort to locate and serve each of the defendants.  As in New York Marine action, plaintiffs previously requested and obtained a 90-day extension of time to effectuate service.  However, as in the New York Marine action, we have still not been able to make service on all of the defendants at this time.  As in the New York Marine action, the vast majority of defendants in this action have already been served or have agreed to accept service.  As in the New York

61975

FERBER FROST CHAN & ESSNER, LLP

Marine action, virtually the only defendants upon whom service is not complete are a handful of foreign states and incarcerated defendants.

As in the New York Marine action, this extension of time, if granted, would only be the second extension granted to plaintiffs pursuant to F.R.C.P. 6(b).  Accordingly, we respectfully join in the request of New York Marine for a second 90-day extension to allow plaintiffs to finalize service on the remaining defendants.

Respectfully submitted,

Robert M. Kaplan

SO ORDERED:

_____
U.S.D.J.

*Granted and counsel is asked to provide the court with a list of defendants for whom the extension gives is requested.*

*3/24/05*

cc: All Counsel (by e-mail)