



**MotleyRice**

Jodi Westbrook Flowers
Licensed in SC
DIRECT DIAL 843.216.9163
DIRECT FAX 843.216.9027
JFlowers@motleyrice.com

March 23, 2005

ECF



**VIA FEDERAL EXPRESS**

Hon. Richard Conway Casey
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1350
New York, New York 10007-1312

        Re:    *In re Terrorist Attacks of September 11, 2001*, MDL No. 1570 (RCC);
              *World Trade Center Properties, LLC, et al. v. Al Baraka Investment and
              Development Corporation, et al.*, Case No. 04-CV-7280 (S.D.N.Y.); and
              *Euro Brokers, Inc. v. Al Baraka Investment and Development Corporation, et al.*, Case
              No. 04-CV-7216 (S.D.N.Y.)

Dear Judge Casey:

      We represent the Plaintiffs in the *World Trade Center Properties, LLC* and *Euro Brokers, Inc.* actions. Per your instructions in Case Management Order #2, the undersigned and counsel for Defendant Sami Omar Al-Hussayen have agreed upon a briefing schedule regarding his Motions to Dismiss in these two cases. The parties have agreed that the Plaintiffs' responses to Mr. Al-Hussayen's Motions to Dismiss in the *World Trade Center Properties, LLC* and *Euro Brokers, Inc.* cases shall be submitted on or before May 13, 2005, and Mr. Al-Hussayen's replies shall be submitted on or before June 27, 2005. Accordingly, we respectfully request that Your Honor endorse this letter.



Respectfully Submitted,

Jodi Westbrook Flowers

cc:    Scott McKay, Esquire (via email)
        David Nevin, Esquire (via email)

Motley Rice LLC
Attorneys at Law

28 BRIDGESIDE BLVD.
P.O. BOX 1792
MT. PLEASANT, SC 29465
843-216-9000
843-216-9450 FAX

1750 JACKSON ST.
P.O. BOX 365
BARNWELL, SC 29812
803-224-8800
803-259-7048 FAX

321 SOUTH MAIN ST.
P.O. BOX 6067
PROVIDENCE, RI 02940
401-457-7700
401-457-7708 FAX

ONE CORPORATE CENTER
20 CHURCH ST., 17TH FLOOR
HARTFORD, CT 06103
860-882-1681
860-882-1682 FAX