USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-24-05

*/A/K/~, S.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*
  World Trade Center Properties, LLC, et al. v. Al Baraka Investment and Development Corporation, et al., Case No. 04-CV-7280 (S.D.N.Y.)
  Euro Brokers, Inc. v. Al Baraka Investment and Development Corporation, et al., Case No. 04-CV-7216 (S.D.N.Y.)

### STIPULATION AND ORDER REGARDING SCHEDULE TO RESPOND TO COMPLAINT CONSOLIDATED UNDER MDL 1570

It is HEREBY STIPULATED AND AGREED, by and between Plaintiffs in the above-referenced cases consolidated under 03 MDL 1570 and Defendants Ahmed Totonji, Grove Corporate, Heritage Education Trust, Iqbal Unus, M. Omar Ashraf, M. Yaqub Mirza, Mohammed Jaghlit, Muhammad Ashraf, Sterling Charitable Gift Fund, and Sterling Management Group (collectively, "Defendants"), by and through their undersigned counsel, subject to the approval of the Court, as follows:

1. The Court previously approved Stipulations by and between counsel for Plaintiffs and Defendants to respond to Plaintiffs' complaint on or before March 28, 2005.

2. Currently pending before the Court is a motion to dismiss in *Burnett v. Al Baraka Investment and Development Group, et al.* (Case No. 02-CV-1616), brought by defendants African Muslim Agency, Grove Corporate, Heritage Education Trust, International Institute of Islamic Thought, Mar-Jac Investments, Reston Investments, Safa Trust, and York Foundation (the "Moving Defendants"). That motion is fully briefed and was argued before the Court on October 12 and 14, 2004.

3. Because of the similarity of allegations against Moving Defendants and

Defendants in the above referenced actions, and in the interests of judicial economy and avoiding duplicative motions, it is hereby stipulated and agreed that Defendants shall have thirty (30) days from the date on which the Court decides Moving Defendants' motion to dismiss to answer or otherwise respond to Plaintiffs' complaint in the above-referenced cases.

4. Plaintiffs shall have sixty (60) days from the date on which it is served with Defendants' responsive pleadings to file a response, if any. Defendants shall have twenty-one (21) days thereafter to file a reply to Plaintiffs' opposition.

5. This stipulation supersedes all previous stipulations between Plaintiffs and any Defendant.

Respectfully submitted

MOTLEY RICE LLC

By: _____
John Westbrook Flowers
28 Bridgeside Boulevard
Mount Pleasant, SC 29465

*Attorneys for Plaintiffs*

DLA PIPER RUDNICK GRAY CARY US LLP

By: _____
Christopher J. Beal
4365 Executive Drive
Suite 1100
San Diego, CA 92121

*Attorneys for Defendants*

SO ORDERED:

_____   Dated: March 24, 2005
RICHARD CONWAY CASEY, U.S.D.J.

GTV6434918.1
2103638-6

2