UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*
*Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-CV-6978 (S.D.N.Y.)

## STIPULATION AS TO TIME TO RESPOND TO DEFENDANT SAMI OMAR AL-HUSSAYEN'S MOTION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs in *Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-CV-6978 (S.D.N.Y.), consolidated under 03 MDL 1570, and Defendant Sami Omar Al-Hussayen, by and through their undersigned counsel, that the Plaintiffs' response to Mr. Al-Hussayen's Motion to Dismiss shall be served on or before May 13, 2005.

IT IS FURTHER HEREBY STIPULATED AND AGREED that Mr. Al-Hussayen shall serve reply papers, if any, within forty-five (45) days after service of Plaintiffs' opposing papers.

Respectfully submitted.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-1-05

COZEN O'CONNOR

By: _____
Sean P. Carter
J. Scott Tarbutton
1900 Market Street
Philadelphia, PA 19103

*Attorneys for Plaintiffs*

NEVIN, BENJAMIN & MCKAY, LLP

By: *Scott McKay* [signature]

Scott McKay
303 West Banook
P.O. Box 2772
Boise, Idaho 83701

*Attorney for Defendant*

SO ORDERED:

[signature: Richard Conway Casey]

RICHARD CONWAY CASEY, U.S.D.J.

Dated: April 1, 2005

PHILA1\2402152 117430.000