UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re Terrorist Attacks on September 11, 2001

03 MD 1570 (RCC)
ECF Case

---------------------------------------------------------------x

This document relates to: *Continental Casualty Co. et al. v. Al Qaeda Islamic Army*, 04-CV-5970 (RCC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-1-05

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that plaintiffs' time to respond to the motion to dismiss the amended complaint by defendant Islamic Investment Company of the Gulf (Sharjah) ("IICGS") is extended until April 13, 2005 and that IICGS shall file reply papers within thirty days of receipt of plaintiffs' opposing papers.

Dated: March 29, 2005
New York, New York

FERBER FROST CHAN & ESSNER, LLP

By: _____
Robert M. Kaplan (RK 1428)
530 Fifth Avenue, 23rd Floor
New York, New York 10036-5101
(212) 944-2200

Attorneys for Plaintiffs

62037

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: _____
James J. McGuire (JM 5390)
Timothy J. McCarthy (TM 2118)
30 Rockefeller Plaza, Suite 2400
New York, New York 10112
(212) 332-3800

Attorneys for Defendant
Islamic Investment Company of the Gulf (Sharjah)

SO ORDERED:

_____ April 1, 2005
U.S.D.J.