USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-1-05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |
|---|---|

*This document relates to:*
    *Federal Insurance Co., et al. v. Al Qaida, et al.,* Case No. 03-CV-6978 (S.D.N.Y.)
    *Thomas E. Burnett, Sr., et al. v. Al Baraka Investment & Development Corp., et al.,*
    Case No. 03-CV-9849 (S.D.N.Y.)
    *New York Marine and General Insurance Co. v. Al Qaida, et al.,* Case No. 04-CV-6105
      (S.D.N.Y.)

### STIPULATION AS TO EXTENSION OF TIME TO RESPOND TO COMPLAINTS CONSOLIDATED UNDER MDL 1570

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs in the above-referenced cases consolidated under 03 MDL 1570, and Defendant Mohammad Hussein Al Amoudi, by and through their undersigned counsel, that the time for Mr. Al Amoudi to answer or otherwise respond to the Complaint in each of the cases referenced above, shall be on or before April 6, 2005.

IT IS FURTHER HEREBY STIPULATED AND AGREED that the Plaintiffs' response to Mr. Al Amoudi's responsive pleading, shall be served within sixty (60) days of receipt of same from defendant's counsel, and that defendant shall file reply papers, if any, within thirty (30) days of receipt of Plaintiffs' opposing papers.

Respectfully submitted,

COZEN O'CONNOR

By: _____
Sean P. Carter
J. Scott Tarbutton
1900 Market Street
Philadelphia, PA 19103

*Attorneys for Plaintiffs*

AKIN, GUMP, STRAUSS, HAUER & FELD, LLP

By: *(signature)*
Nicole H. Sprinzen
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036

*Attorneys for Defendant*

SO ORDERED:

*(signature)*
RICHARD CONWAY CASEY, U.S.D.J.

JF

Dated: April 1, 2005

PHILA1\2224618\2 117430.000

2