USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-1-05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re TERRORIST ATTACKS on ) 03 MDL 1570 (RCC)
SEPTEMBER 11, 2001 ) ECF Case

*This document relates to:*
*Estate of John P. O'Neill, et al v. Al Baraka Inv. & Dev. Corp., et al*, 04-CV-1923 (RCC)

### STIPULATION AND ORDER
### FOR SERVICE OF PROCESS AND SETTING SCHEDULE FOR
### SALEH ABDULLAH KAMEL AND AL BARAKA INVESTMENT & DEVELOPMENT
### CORP. TO RESPOND TO
### THE SECOND AMENDED COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for Plaintiffs and for Defendant, Saleh Abdullah Kamel and Al Baraka Investment & Development Corp., that undersigned counsel for Saleh Abdullah Kamel and Al Baraka Investment & Development Corp. will accept service of the Second Amended Complaint on behalf of Saleh Abdullah Kamel and Al Baraka Investment & Development Corp. in the case of *Estate of John P. O'Neill, et al v. Al Baraka Inv. & Dev. Corp, et al*, 04-CV-1923 (RCC)(S.D.N.Y.), subject to the approval of the Court, according to the following terms:

1. A copy of the summons and Second Amended Complaint, in English, shall be served via Federal Express on counsel for Saleh Abdullah Kamel and Al Baraka Investment & Development Corp. at the following address:

    **Martin F. Mc Mahon, Esquire**
    **1150 Connecticut Ave., NW**
    **Washington, DC 20035**

2. Saleh Abdullah Kamel and Al Baraka Investment & Development Corp. shall each have sixty (60) days from the date of receipt of the Second Amended Complaint to move to dismiss or to answer the Second Amended Complaint.

1

3. Plaintiffs shall have sixty (60) days from the date on which it is served with Saleh Abdullah Kamel and Al Baraka Investment & Development Corp.'s response to the Complaint to serve its opposition to same or to respond to the answer.

4. Saleh Abdullah Kamel and Al Baraka Investment & Development Corp. shall have thirty (30) days from the date on which Saleh Abdullah Kamel and Al Baraka Investment & Development Corp. are served with Plaintiffs' opposition to a motion to dismiss, or response to an answer, to reply to that opposition.

5. The foregoing schedule is without waiver of any of Saleh Abdullah Kamel and Al Baraka Investment & Development Corp.'s defenses, except that Saleh Abdullah Kamel and Al Baraka Investment & Development Corp. do not challenge the sufficiency of process or the sufficiency of Plaintiffs' service of process on Saleh Abdullah Kamel and Al Baraka Investment & Development Corp. in this case if made in compliance with Paragraphs 1-4 above. Saleh Abdullah Kamel and Al Baraka Investment & Development Corp. hereby waive all affirmative defenses, objections and arguments relating to the sufficiency of process and the sufficiency of service of process during the course of this litigation.

|  |  |
|---|---|
| MARTIN F. MCMAHON & ASSOCIATES | Respectfully submitted, |
|  | LAW OFFICES OF JERRY S. GOLDMAN & ASSOCIATES, P.C. |
| Martin F. McMahon | Jerry S. Goldman |
| 1150 Connecticut Ave., NW | 111 Broadway |
| Washington, DC 20035 | 13th Floor |
| Phone: 202-862-4343 | New York, New York 10006 |
| Fax: 202-862-4302 | Phone: (212) 242-2232 |
|  | Fax: (212) 346-4665 |
| Dated: March ___, 2005 | Dated: March 17, 2005 |
| *Counsel for Defendant* | *Counsel for Plaintiffs* |
| *Saleh Abdullah Kamel and Al Baraka Investment and* |  |

2

*Development Corp.*

Dated: New York, New York
April 11, 2005

SO ORDERED:

_____
Richard C. Casey
U.S.D.J.

3