**U.S. Department of Justice**
*United States* Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Federal Insurance Co., et a | 03-CV-6978 (SDNY) |
| **DEFENDANT** | **TYPE OF PROCESS** |
| A. iQaida, et al | Personal |

**SERVE** INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Wadih El-Hage

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) C/o &A.,re.a.14 'Pr I~;y

Highway Florence Co 81226

**AT**

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

J. Scott Tarbutton, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

Number of process to be served with this Form - 285: 1

Number of parties to be served in this case: 525

Check for service on U.S.A.

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION** THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:   [X] PLAINTIFF   [ ] DEFENDANT

TELEPHONE NUMBER: 215-665-7255

DATE: 6-2-04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Total Process: 6
District of Origin No.: 54
District to Serve No.: 54
Date: 6/7/04

Date of Service: 10-29-04   Time: 1500 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 90.00 | | 8.00 | 98.00 | | | |

REMARKS: 1 Dusm, 2hrs., see Salim 285 for mileage. JBC

06-24

PRIOR EDITIONS MAY BE USED   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/8(1)