

## Minnesota Secretary of State

## SERVICE OF PROCESS ACKNOWLEDGEMENT

**Plaintiff:** Federal Insurance Company etal

**Defendant:** AL-BARAKAAT WIRING SERVICE, INC.

Statute: 302A.901          File Number: 777

Date Filed: 05/26/2004     **Date Mailed:** 05/26/2004

---

### NOTICE TO ALL PERSONS ATTEMPTING SERVICE THROUGH THE OFFICE OF THE MINNESOTA SECRETARY OF STATE

The Office of the Secretary of State does not determine or attempt to determine if your service of process is valid. It is your responsibility to determine which statute, if any, authorizes the service you are making through this office. Substituted service of process through the Office of the Secretary of State does not guarantee that the service will be sufficient and permit a court to obtain or accept jurisdiction over the business entity against whom service is made.

---

### SELECTED STATUTES AUTHORIZING SUBSTITUTED SERVICE OF PROCESS

| Section Number | Description |
|---|---|
| 221.67 | foreign motor carrier in interstate commerce |
| 302A.901 | Minnesota corporations |
| 303.13 | non-Minnesota corporations |
| 317A.901 | Minnesota nonprofit corporations |
| 322A.761 | limited partnerships and foreign limited partnerships |
| 322B.876 | Minnesota limited liability companies |
| *322B.955* | non-Minnesota limited liability companies |
| 330.11 | auctioneers |
| 540.152 | unions, groups and other associations |
| 543.08 | other Minnesota corporations |