C-3

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT RETURN<br>See Instructions for "Service of Process by the US. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Federal Insurance Co., et a | 03-CV-6978 (SDNY) |
| **DEFENDANT** | **TYPE OF PROCESS** |
| AlQaida, et al | Personal |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

I"lamdouh Mahraua Salim —k—2-"    Li) 54

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)   to Bureau of P   ft

AT                                                          (YTDc
                                                 '7A-n,        Obatli         11 x

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| | |
|---|---|
| J. Scott Tarbutton, Esq.<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103 | Number of process to be served with this Form - 285: **1**<br>Number of parties to be served in this case: **525**<br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS **OR OTHER INFORMATION** THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Altemat Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                                Fold

Sign .    0.•   of  40   ator requesting service on behalf of:   ☐ PLAINTIFF   TELEPHONE NUMBER   li'XTE
4d1  UTI P \                                                     ☐ DEFENDANT   215-665-7255       6-2-04

**SPAC   BE 1 FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>P p | District of Origin<br>No. **51** | District to Serve<br>No. **54** | Signature of Authorized USMS Deputy, or Clerk | Date<br>6/7/04 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company. corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)     A person of suitable age and discretion then residing in the defendant's usual place of abode.

| Address (complete only if different than shown above) | Date of Service | Time | am/pm |
|---|---|---|---|
| | 10-29-04 | 1500 | pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 90.00 | 25.55 | 8.00 | 123.55 | | | |

REMARKS:   l,: a    AT- F(4/0tv,c°e   C,e)                                                               )4

| PRIOR EDITIONS MAY BE USED | I. CLERK OF THE COURT | FORM USM-285 (Rev. 12115/80) |
|---|---|---|