| Form **BCA-5.25**<br>(Rev. Jan. 2003) | AFFIDAVIT OF COMPLIANCE<br>FOR SERVICE ON<br>SECRETARY OF STATE | File # 5667-2389 |
|---|---|---|
| Jesse White<br>Secretary of State<br>Department of Business Services<br>Springfield, IL 62756<br>Telephone (217) 524-6748<br>www.cyberdriveillinois.com | **Ft Lei)**<br><br>MAY 2 2004<br>JESSE WHITE<br>SECRETARY OF STATE | SUBMIT IN DUPLICATE<br>This space for use by Secretary of State<br>Date 5/28/04<br>Filing Fee $10.00<br>Approved: |
| Remit payment in check or money order, payable to "Secretary of State." | | |

1. Title of the case and number of the case:

   Federal Insurance Co., et al      first named plaintiff
             v.                                                        Number  03-CV-6978 (SDNY
   Al Qaida, et al                   first named defendant

2. Name of the corporation being served: __Global Relief Foundation__
3. Title of the court in which an action, suit or proceeding has been commenced: U.S. District Court for Southern District of NY
4. Title of the instrument being served: Summons & Amended Complaint
5. Basis for service on the Secretary of State (Check and complete appropriate box):

   a. [ ]  The corporation's registered agent cannot with reasonable diligence be found at the registered office of record in Illinois.

   b. [X]  The corporation has failed to appoint and maintain a registered agent in Illinois.

   c. [ ]  The corporation was dissolved on _____ (Month & Day) _____ (Year); the conditions of paragraphs (a) or (b) above exist; and the action, suit or proceeding has been instituted against or has affected the corporation within 5 years thereafter.

   d. [X]  The corporation's certificate of authority to transact business in Illinois has been (withdrawn)/(revoked) on _____ (Month & Day) _____ (Year)

   e. [ ]  The corporation is a foreign corporation that has transacted business in Illinois without procuring a certificate of authority, contrary to the provisions of the Business Corporation Act of 1983.

6. Address to which the undersigned has caused a copy of the attached process, notice or demand to be sent, by certified or registered mail: c/o Mohamad Chehade, 9935 S. 76th St., Unit #1, Bridgeview, Illinois 60155

7. The undersigned affirms, under penalties of perjury, that the facts stated herein are true.

   _____      44, a7         a00
   Signature of Affiant          Month  Day      Year

   (210) CTS-7ZS
   Telephone Number

**RETURN TO: PLEASE TYPE OR PRINT CLEARLY**

J. Scott Tarbutton, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
215-665-7255
City/Town        state        ZIP

RECEIVED
MAY 28 2004

C-213.9