| | | |
|---|---|---|
| .o~ **BCA-5.25**<br>(Rev. Jan. 2003)<br>Jesse White<br>Secretary of State<br>Department of Business Services<br>Springfield, IL 62756<br>Telephone (217) 524-6748<br>www.cyberdriveillinois.com<br><br>*Remit payment in check or money order, payable to "Secretary of State."* | **AFFIDAVIT OF COMPLIANCE FOR SERVICE ON SECRETARY OF STATE**<br><br>**FILED**<br><br>MAY 2 8 2004<br>SECRETARY OF STATE | File # 5545-0005<br><br>SUBMIT IN DUPLICATE<br><br>*This space for use by Secretary of tate*<br><br>Date<br>Filing Fee $10.00<br>Approved: |

1. Title of the case and number of the case:

   Federal Insurance Co., et al    *first named plaintiff*    Number 03-CV-6978(SDNn)

   Al Qaida, et al v.    *first named defendant*

2. Name of the corporation being served: __Al Baraka Bancorp, Inc.__

3. Title of the court in which an action, suit or proceeding has been commenced: __U.S. District Court__ for

4. Title of the instrument being served: __Summons & Amended__ Complaint Southern District of Nn

5. Basis for service on the Secretary of State (Check and complete appropriate box):

   a. ☐ The corporation's registered agent cannot with reasonable diligence be found at the registered office of record in Illinois.

   b. ☐ The corporation has failed to appoint and maintain a registered agent in Illinois.

   c. ☐ The corporation was dissolved on _____ (Month & Day) _____ (Year); the conditions of paragraphs (a) or (b) above exist; and the action, suit or proceeding has been instituted against or has affected the corporation within 5 years thereafter.

   d. ☐ The corporation's certificate of authority to transact business in Illinois has been (withdrawn)/ (revoked) on _____ (Month & Day) _____ (Year)

   e. ☐ The corporation is a foreign corporation that has transacted business in Illinois without procuring a certificate of authority, contrary to the provisions of the Business Corporation Act of 1983.

6. Address to which the undersigned has caused a copy of the attached process, notice or demand to be sent, by certified or registered mail: __c/o Chari Aweidah, One Lincoln Center, Suite 970, O2kbrook Torraco, Illinois 60181__

7. The undersigned, under penalties of perjury, that the facts stated herein are true.

   _____ Signature of Affiant    4'   on   /?DD
                                             t lonth & Day   Year

   __(2/C)(~C-7zfS~__
   Telephone Number

**RETURN TO: PLEASE TYPE OR PRINT CLEARLY**

J. Scott Tarbutton, Esq.
Cozen O'Con'Wot
1900 Market Street
Philadelphi; et PA 19103
215-665-7255
City/Town    State    ZIP

RECEIVED

C-213.9