# BROWN GAVALAS & FROMM LLP

355 LEXINGTON AVENUE

NEW YORK, NEW YORK 10017

TEL: (212) 983-8500
FAX: (212) 983-5946
www.browngavalas.com
bgmail@browngavalas.com

NEW JERSEY OFFICE

1118 CLIFTON AVENUE
CLIFTON, NJ 07013
TEL: (973) 779-1116
FAX: (973) 779-0739

HARRY A. GAVALAS
(1976-1999)
ROBERT J. SEMINARA
(1987-1999)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-6-05
```

April 1, 2005

**VIA COURIER AND E-MAIL**
ECF

Hon. Richard Conway Casey
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1350
New York, NY 10007-1312

Re:  *New York Marine and General Insurance Co. v. Al Qaida, et al.*
     Case No.: 04-CV-6105 (RCC)
     An action consolidated in:
     *In Re: Terrorist Attacks on September 11, 2001*
     03 MDL No.: 1570 (RCC)

Dear Judge Casey:

We represent the plaintiff New York Marine and General Insurance Company ("plaintiff") in the above-referenced action. The undersigned and counsel for defendant Sami Omar Al-Hussayen have agreed upon a briefing schedule regarding the motion to Dismiss filed by Mr. Al-Hussayen in this action. The parties have agreed that the plaintiff's response to Mr. Al-Hussayen's Motion to Dismiss shall be submitted on or

**BROWN GAVALAS & FROMM LLP**

Hon. Richard Conway Casey
April 1, 2005
Page 2

before May 20, 2005, and Mr. Al-Hussayen's reply shall be submitted on or before July 5, 2005. Accordingly, we respectfully request that Your Honor endorse this letter.

Very truly yours,

BROWN GAVALAS & FROMM LLP

Frank J. Rubino, Jr.

FJR/dp

SO ORDERED:

Richard C. Casey
U. S. D. J.

April 5, 2005

cc: Scott McKay, Esq. (by electronic delivery)
All Counsel of Record (by electronic delivery)