UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  | 03 MDL 1570 (RCC) ECF Case |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | |

This document relates to:
<u>Burnett v. Al Baraka Investment & Development Corp.</u>, 03-CV-5738 (RCC)
<u>Burnett v. Al Baraka Investment & Development Corp.</u>, 03-CV-9849 (RCC)
<u>Federal Insurance Co. v. Al Qaida</u>, 03-CV-6978 (RCC)
<u>New York Marine and General Insurance Co. v. Al Qaida</u>, 04-CV-6105 (RCC)

**DEFENDANT MOHAMMED HUSSEIN AL AMOUDI'S MOTION
TO DISMISS THE COMPLAINTS OR, IN THE
<u>ALTERNATIVE, FOR MORE DEFINITE STATEMENT</u>**

Defendant Mohammed Hussein Al Amoudi respectfully moves this Court for an order dismissing Plaintiffs' Third Amended Complaint in *Burnett v. Al Baraka Investment & Development Corporation*, the First Amended Complaint in *Federal Insurance Company v. Al Qaida*, and the First Amended Complaint in *New York Marine and General Insurance Company v. Al Qaida* pursuant to Federal Rule of Civil Procedure 12(b)(2), for lack of personal jurisdiction; Federal Rule 12(b)(5), for insufficient service of process; and Federal Rule of Civil Procedure 12(b)(6), for failure to state a claim upon which relief can be granted. In the alternative, Mr. Al Amoudi moves for a more definite statement of the claims against him in all three Complaints pursuant to Federal Rule of Civil Procedure 12(e) and the Court's Case

Management Order No. 2. A memorandum of law accompanies this motion.

Dated: April 6, 2005                              Respectfully submitted,

                                              AKIN GUMP STRAUSS HAUER & FELD LLP

*/s/ James d'Auguste*
James d'Auguste (JD 7373)
590 Madison Avenue
New York, New York 10022
(212) 872-1000
(212) 872-1002 (fax)

Mark J. MacDougall
Matthew A. Rossi
Nicole H. Sprinzen
Mara B. Zusman
1333 New Hampshire Ave., NW
Washington, DC 20036
(202) 887-4000
(202) 887-4288 (fax)

Attorneys for Defendant Mohammed Hussein Al Amoudi

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

This document relates to:
<u>Burnett v. Al Baraka Investment & Development Corp.</u>, *03-CV-5738 (RCC)*
<u>Burnett v. Al Baraka Investment & Development Corp.</u>, *03-CV-9849 (RCC)*
<u>Federal Insurance Co. v. Al Qaida</u>, *03-CV-6978 (RCC)*
<u>New York Marine and General Insurance Co. v. Al Qaida</u>, *04-CV-6105 (RCC)*

## ORDER

Upon consideration of Mohammed Hussein Al Amoudi's Motion to Dismiss the Complaints or in the Alternative for More Definite Statement, good cause having been shown, it is hereby ORDERED on this ____ day of _____, 2005 that the Motion is GRANTED and the claims alleged against Mr. Al Amoudi in the above-referenced cases are dismissed.

                                                                                       _____
                                                                                       Richard Conway Casey
                                                                                       United States District Judge

## CERTIFICATE OF SERVICE

      I, James E. d'Auguste, hereby certify that true and correct copies of the Defendant Mohammed Hussein Al Amoudi's Motion to Dismiss the Complaints or, in the Alternative, for More Definite Statement and Memorandum of Law in Support of Defendant Mohammed Hussein Al Amoudi's Motion to Dismiss the Complaints or, in the Alternative for more Definite Statement and have been furnished to all parties by electronic mail on this 6th day of April, 2005 except for the following counsel which were served by U.S. Mail:

Kamal Hussein Houkry
Hussein Shoukry Law Firm
Adham Commercial Center, 9th Floor
Medina Road
PO Box 667
Jeddah 21421, Saudi Arabia

J.D. Lee, Esq.
David Lee, Esq.
Lee Lee & Lee
422 S. Gay Street
Knoxville, TN 37902

Nancy H. Dutton, Esq.
Dutton & Dutton, P.C.
5017 Tilden NW
Washington, DC 20016

Amy Ficklin DeBrota, Esq.
William Riley, Esq.
3815 River Crossing Parkway, Suite 340
Indiannapolis, In 46240

_____
James E. d'Auguste