```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-8-05
```

(AJENS.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 |
|---|
| This document relates to: <br><br> CANTOR FITZGERALD ASSOCIATES, et al, <br>                               Plaintiffs, <br>     v. <br><br> AKIDA INVESTMENT CO., LTD., et al., <br>                               Defendants. |

MDL No. 1570 (RCC)

ECF

NO. 04 CV 07065 (RCC)

**STIPULATION AND ORDER SETTING SCHEDULE FOR**

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for Plaintiffs and for Defendants, International Islamic Relief Organization, Saleh Abdullah Kamel, Al Baraka Investment and Development Corporation, Dallah Al Baraka Group, LLC, and the Muslim World League (collectively "Defendants"), subject to the approval of the Court, as follows:

1. Plaintiffs shall serve their RICO Statements concerning Defendants, as required by Paragraph 7 of the Court's Standing Rules of Practice and in Paragraph 14 of Case Management Order No. 2, not later than forty-five (45) days from the date the Court approves this Stipulation and Order.

Respectfully submitted,

MARTIN F. MCMAHON & ASSOCIATES

_____
Martin F. McMahon
1150 Connecticut Ave., NW
Suite 900
Phone: (202) 862-4343
*Counsel for Defendants International Islamic Relief Organization Saleh Ahdullah Kamel, Al Baraka Investment and Development Co, Dallah Al Baraka Group, LLC and Muslim World League*

DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP

*[signature]*

Kenneth L. Adams (pro hac vice pending)
Richard W. Fields
Jonathan M. Goodman (JG 3031)
Stacey Saiontz (SS 1705)
1177 Avenue of the Americas
41st Floor
New York, New York 10036-2714
Phone: (212) 835-1400
Fax: (212) 997-9880
*Counsel for Plaintiffs The Port Authority of New York and New Jersey, Cantor Fitzgerald & Co., et al.*

April 7, 2005

SO ORDERED:

*[signature]*

Honorable Richard C. Casey
U.S.D.J.