Apr-07-05   02:18pm   From-Cozen O'Connor        215-665-2013        T-098  P.002/004  F-552

(AJES, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) ECF Case |
|---|---|

*This document relates to:*
   *Federal Insurance Company v. Al Qaida, et al.*, Case No. 03-CV-6978 (S.D.N.Y.)

### STIPULATION AND ORDER REGARDING SCHEDULE TO RESPOND TO COMPLAINT CONSOLIDATED UNDER MDL 1570

It is HEREBY STIPULATED AND AGREED, by and between Plaintiffs in the above-referenced case consolidated under 03 MDL 1570 and Defendants African Muslim Agency, Ahmed Totonji, Grove Corporate, Heritage Education Trust, International Institute of Islamic Thought, Iqbal Unus, Jamal Barzinji, M. Omar Ashraf, M. Yaqub Mirza, Mar-Jac Investments, Mena Corporation, Mohammed Jaghlit, Muhammad Ashraf, Reston Investments, Safa Trust, Sterling Charitable Gift Fund, Sterling Management Group, Taha Jaber Al-Alwani, and York Foundation (collectively, "Defendants"), by and through their undersigned counsel, subject to the approval of the Court, as follows:

1. The Court previously approved Stipulations by and between counsel for Plaintiffs and defendants Ahmed Totonji and Mohammed Jaghlit to respond to Plaintiffs' complaint on March 28, 2005.

2. On January 18, 2005, the Court denied without prejudice the motion to dismiss by African Muslim Agency, Grove Corporate, Heritage Education Trust, International Institute of Islamic Thought, Mar-Jac Investments, Mena Corporation, Reston Investments, Safa Trust, Sterling Charitable Gift Fund, Sterling Management Group, and York Foundation. *See* MDL Dkt. #632.

3. Currently pending before the Court is the motion to dismiss brought by

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-11-05

04/07/2005 THU 11:14  [TX/RX NO 9385] @002

Apr-07-05   02:19pm   From-Cozen O'Connor          215-665-2013          T-098   P.003/004   F-552

defendants Iqbal Unus, Jamal Barzinji, M. Omar Ashraf, M. Yaqub Mirza, Muhamad Ashraf, and Taha Al-Alwani (the "Moving Defendants"). *See* MDL Dkt. #142. That motion is fully briefed and was argued before the Court on October 12 and 14, 2004.

4. In the interests of judicial economy and to avoid duplicative motions, it is hereby stipulated and agreed that Defendants shall have thirty (30) days from the date on which the Court decides Moving Defendants' motion to dismiss to answer or otherwise respond to Plaintiffs' complaint in the above-referenced case.

5. Plaintiffs shall have sixty (60) days from the date on which it is served with Defendants' responsive pleadings to file a response, if any. Defendants shall have twenty-one (21) days thereafter to file a reply to Plaintiffs' opposition.

6. This stipulation supersedes all previous stipulations between Plaintiffs and any Defendant.

Respectfully submitted

COZEN O'CONNOR

By: _____
Sean P. Carter
J. Scott Tarbutton
1900 Market Street
Philadelphia, PA 19103
*Attorneys for Plaintiffs*

/////

/////

/////

/////

/////

/////

/////

GT\6434915.1
2103638-6

2

04/07/2005 THU 11:14 [TX/RX NO 9385] @003

Apr-07-05   02:19pm   From-Cozen O'Connor                     215-665-2013           T-099   P.004/004   F-552

DLA PIPER RUDNICK GRAY CARY US LLP

By: _____
Christopher J. Beal
4365 Executive Drive
Suite 1100
San Diego, CA 92121

*Attorneys for Defendants*

SO ORDERED:

_____   Dated: April 11, 2005
RICHARD CONWAY CASEY, U.S.D.J.

GT\6438917.1
2103638-6

3

04/07/2005 THU 11:14   [TX/RX NO 9385]   ☒004