USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-11-05

ECF



**MotleyRice**
Jodi Westbrook Flowers
Licensed in SC
DIRECT DIAL 843.216.9163
DIRECT FAX 843.216.9027
JFlowers@motleyrice.com

April 6, 2005

**VIA FEDERAL EXPRESS**

Honorable Richard Conway Casey
United States District Court for the
 Southern District of New York
500 Pearl Street, Room 1950
New York, NY 10007

RECEIVED
APR 0 2005
RICHARD        CASEY

Re:  *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (RCC)
     *World Trade Center Properties LLC, et al. v. Al Baraka, et al.*, 04-CV-7280
     *Euro Brokers, et al. v. Al Baraka, et al.*, 04-CV-7279

Dear Judge Casey:

We represent Plaintiffs in the above-referenced actions which are consolidated in the Multi-District Litigation, *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 and write to raise certain housekeeping issues pertaining to service of process.

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, plaintiffs respectfully request an extension of time to serve the defendants in the more recently filed actions, including *World Trade Center Properties* and *Euro-Brokers*. For the reasons stated and adopted by the Court in its February 23, 2005, letter endorsement, and to avoid any further piecemeal requests for the same relief, we ask that the extension on service of process be applied to all of the newly-consolidated actions.

Also on June 10, 2004, Your Honor granted a motion filed by the plaintiffs in the *Federal Insurance* action permitting service by the U.S. government on defendants in U.S. custody. We respectfully request that the Court extend the same relief to all of the other consolidated cases.

Thank for your consideration of these requests.

Respectfully submitted,

Jodi Westbrook Flowers

Application granted
4/11/05

Richard Casey

JWF/crh
cc:  All Counsel of Record (via email)

Motley Rice LLC       28 Bridgeside Blvd.       1750 Jackson St.       321 South Main St.       One Corporate Center
Attorneys at Law      P.O. Box 1792             P.O. Box 365           P.O. Box 6067          20 Church St., 17th Floor
                      Mt. Pleasant, SC 29465    Barnwell, SC 29812     Providence, RI 02940   Hartford, CT 06103
                      843-216-9000              803-224-8800           401-457-7700           860-882-1681
                      843-216-9450 fax          803-259-7048 fax       401-457-7708 fax       860-882-1682 fax