UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

In re Terrorist Attacks on September 11, 2001          03 MDL 1570 (RCC)

------------------------------------------------------------------x

This document relates to:

> *Thomas E. Burnett, Sr., et al. vs. Al Baraka*
> *Investment and Development Corp., et al.*
> **03 CV 9849 (RCC); 03 CV 5738 (RCC)**
>
> *Euro Brokers Inc., et al. vs. Al Baraka*
> *Investment and Development Corp., et al.*
> **04 CV 07279 (RCC)**
>
> *World Trade Center Properties, L.L.C., et al. vs.*
> *Al Baraka Investment and Development Corp., et al.*
> **04 CV 07280 (RCC)**

## NOTICE OF VOLUNTARY DISMISSAL

      Pursuant to F.R.C.P. 41, Plaintiffs in the above-referenced actions hereby voluntarily dismiss the following Defendant with prejudice from *Burnett, et al. v. Al Baraka Investment & Development Corp., et al.*, No. 03-CV-5738 & No. 03-CV-9849; *Euro Brokers Inc., et al. vs. Al Baraka Investment and Development Corp., et al., No.* 04 CV 07279 (RCC); and *World Trade Center Properties, L.L.C., et al. vs. Al Baraka Investment and Development Corp., et al., No.* 04 CV 07280 (RCC):

Mohammed Bin Abdullah Al-Jomaih  (D203)

-2-

Dated: New York, New York
April 13, 2005

Respectfully submitted,

/s/
Ronald L. Motley, Esq. (SC Bar #4123)
Jodi Westbrook Flowers, Esq. (SC Bar #66300)
Donald A. Migliori, Esq. (RI Bar #4936)
Michael Elsner, Esq. (NY & VA Bar #ME-8337)
Ingrid L. Moll, Esq. (IM-3949)
Robert T. Haefele, Esq. (NJ-58293; PA-57937)
Justin B. Kaplan, Esq. (TN-022145)
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, South Carolina 29465
Telephone: (843) 216-9000

-2-

30717578.1