USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-14-05

**MotleyRice**
**Jodi Westbrook Flowers**
Licensed in SC
DIRECT DIAL 843.216.9163
DIRECT FAX 843.216.9027
JFlowers@motleyrice.com

April 11, 2005

**VIA FEDERAL EXPRESS**

Hon. Richard Conway Casey
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1350
New York, New York 10007-1312

Re:    *In re Terrorist Attacks of September 11, 2001*, MDL No. 1570 (RCC);
       *World Trade Center Properties, LLC, et al. v. Al Baraka Investment and
       Development Corporation, et al.*, Case No. 04-CV-7280 (S.D.N.Y.); and
       *Euro Brokers, Inc. v. Al Baraka Investment and Development Corporation, et al.*, Case
       No. 04-CV-7279 (S.D.N.Y.)

Dear Judge Casey:

      This letter is to inform the Court of a clerical error in my letter to the Court dated March 23,
2005, and endorsed on March 24, 2005, docket #770 as to the briefing schedule for defendant Sami
Omar Al-Hussayen.  The "Re" line of our letter referenced an incorrect case number for the *Euro
Brokers* case.  The proper case number for *Euro Brokers* is 04-CV-7279 <u>not</u> 04-CV-7216.

      The parties would appreciate the opportunity to correct this detail for the record, and we
apologize for the inconvenience.

                          Respectfully Submitted,

                          Jodi Westbrook Flowers

cc:    Scott McKay, Esquire (via email)
       David Nevin, Esquire (via email)

9/14/05

Motley Rice LLC
Attorneys at Law

28 BRIDGESIDE BLVD.
P.O. BOX 1792
MT. PLEASANT, SC 29465
843-216-9000
843-216-9450 FAX

1750 JACKSON ST.
P.O. BOX 365
BARNWELL, SC 29812
803-224-8800
803-259-7048 FAX

321 SOUTH MAIN ST.
P.O. BOX 6067
PROVIDENCE, RI 02940
401-457-7700
401-457-7708 FAX

ONE CORPORATE CENTER
20 CHURCH ST. 17TH FLOOR
HARTFORD, CT 06103
860-882-1681
860-882-1682 FAX