UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) |
|  | ECF Case |

This Document Relates to:

**Federal Insurance Co. et al. v. Al Qaida**

03 CV 06978 (RCC) (S.D.N.Y.)

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to F.R.C.P. 41, Plaintiffs in the above referenced action hereby voluntarily dismiss defendant Mohammed Abdullah Aljomaih[1] with prejudice from *Federal Insurance Co. et al v. Al Qaida et al.,* No 03 CV 06978 (RCC).

Each party shall bear its own fees, costs and expenses.

---

[1] Mr. Aljomaih has also sometimes been referred to as Mohammed Bin Abdullah Al-Jomaith.

- 2 -

        Respectfully Submitted,

        COZEN O'CONNOR

           /s/

        _____
        Elliott R. Feldman, Esq.
        Sean P. Carter, Esq.
        Adam C. Bonin, Esq.
        1900 Market Street
        Philadelphia Pa. 19103-3508
        *Attorneys for Plaintiffs*

Dated April 20, 2005