

*(A16-, 5.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

This document relates to:
New York Marine and General Insurance Co. v. Al Qaida, et al., Case No. 04-CV-6105
(S.D.N.Y.)

## STIPULATION AND ORDER REGARDING SCHEDULE TO
## RESPOND TO COMPLAINT CONSOLIDATED UNDER MDL 1570

It is HEREBY STIPULATED AND AGREED, by and between Plaintiffs in the above-
referenced case consolidated under 03 MDL 1570 and Defendant Aradi, Inc., by and through
their undersigned counsel, subject to the approval of the Court, as follows:

1.      Currently pending before the Court are three separate motions to dismiss relating
to the Defendants in other consolidated cases: (1) a motion to dismiss in *Burnett v. Al Baraka
Investment and Development Group, et al.*, brought by defendants African Muslim Agency,
Grove Corporate, Heritage Education Trust, International Institute of Islamic Thought, Mar-Jac
Investments, Reston Investments, Safa Trust, and York Foundation; (2) a motion to dismiss in
*Ashton v. Al Qaeda Islamic Army, et al.* brought by the International Institute of Islamic
Thought; and (3) a motion to dismiss in *Federal Insurance Company v. Al Qaeda, et al.* brought
by Iqbal Unus, Jamal Barzinji, M. Omar Ashraf, M. Yaqub Mirza, Muhammad Ashraf, and Taha
Al-Alwani (the "Pending Motions"). The Court was fully briefed and heard argument on the
Pending Motions on October 12 and 14, 2004, and took them under submission at that time.

2.      In the interests of judicial economy and to avoid duplicative motions involving
similar allegations, it is hereby stipulated and agreed that Defendant shall have thirty (30) days
from the date on which the Court decides the Pending Motions to answer or otherwise respond to

Plaintiffs' complaint in the above-referenced case.

    3.     Plaintiffs shall have sixty (60) days from the date on which it is served with Defendants' responsive pleadings to file a response, if any. Defendant shall have twenty-one (21) days thereafter to file a reply to Plaintiffs' opposition.

    5.     This stipulation supersedes all previous stipulations between Plaintiffs and any Defendant.

Respectfully submitted

BROWN GAVALAS & FROMM LLP

By: _____
Frank J. Rubino, Jr.
355 Lexington Avenue
New York, New York 10017

*Attorneys for Plaintiffs*

DLA PIPER RUDNICK GRAY CARY US LLP

By: _____
Christopher J. Beal
4365 Executive Drive
Suite 1100
San Diego, CA 92121

*Attorneys for Defendants*

**SO ORDERED:**

_____
RICHARD CONWAY CASEY, U.S.D.J.

Dated: April 19, 2005

GT 434918.1
3102638-6

2