UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

In re Terrorist Attacks on September 11, 2001          03 MDL 1570 (RCC)

-------------------------------------------------------x

This document relates to:

*Estate of John P. O'Neill, Sr., et al. v. Al Baraka Investment and Dev. Corp., et al.*
04-CV-1923 (RCC)

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to the Federal Rules of Civil Procedure, Rule 41, Plaintiffs in the above-referenced action hereby voluntarily dismiss the following Defendant without prejudice, and with each party to bear its own fees, costs and expenses, from *Estate of John P. O'Neill, et al. v. Al Baraka Investment and Dev. Corp., et al.*, 04-CV-1923 (RCC):

Khalid Sulaiman Al-Rajhi

Dated: New York, NY                    Respectfully Submitted,
April 21, 2005

                                       LAW OFFICES OF JERRY S. GOLDMAN
                                            & ASSOCIATES, P.C.


                                       BY:__/s/_____
                                            Jerry S. Goldman, Esquire (JG 8445)
                                            111 Broadway, 13th Floor
                                            New York, NY 10006
                                            Telephone: (212) 385-1005
                                            Facsimile:  (212) 346-4663