**CERTIFICATE OF SERVICE**

I hereby certify that the Notice of Voluntary Dismissal of Khalid Al Rajhi was served on all counsel of record by way of electronic filing in the Southern District of New York on April 21, 2005.

Dated: April 21, 2005

BY:\_\_\_\_\_/s/_____
     GINA M. MAC NEILL, ESQUIRE