USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-22-05

(AJE-), S.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____
                              )
In re Terrorist Attacks on September 11, 2001  )         03 MDL 1570 (RCC)
                              )
                              )         ECF Case
                              )
_____)

This Document Relates to:

New York Marine and General Insurance Company v. Al Qaida et al.

04 CV 06105 (RCC) (S.D.N.Y.)

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to F.R.C.P. 41, Plaintiff in the above referenced action hereby voluntarily dismiss defendant Mohammed Abdullah Aljomaih[1] with prejudice from *New York Marine and General Insurance Company v. Al Qaida et al.* No 04 CV 06105 (RCC).

Each party shall bear its own fees, costs and expenses.

Respectfully Submitted,

BROWN GAVALAS & FROMM LLP

_____
Frank J. Rubino, Esq.
355 Lexington Avenue
New York, New York 10017
*Attorneys for Plaintiff*

Dated April 21, 2005

---

[1] Mr. Aljomaih has also sometimes been referred to as Mohammed Bin Abdullah Al-Jomaith.

SO ORDERED:

_____
April 21, 2005                U.S.D.J.