

Thomas M. Melsheimer
Texas Bar No. 13922550
Paul E. Coggins
Texas Bar No. 04504700
John M. Helms
Texas Bar No. 09401001
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Telecopy)
Attorneys for Defendants
Sulaiman Abdul Aziz Al Rajhi, Saleh Abdul Aziz Al Rajhi, Abdullah Sulaiman Al Rajhi, Khalid Sulaiman Al Rajhi, Omar Sulaiman Al Rajhi

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-22-05
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) |
|---|---|
| v. | ECF Case |

## MOTION FOR ADMISSION *PRO HAC VICE*

Defendants Sulaiman Abdul Aziz Al Rajhi, Saleh Abdul Aziz Al Rajhi, Abdullah Sulaiman Al Rajhi, Khalid Sulaiman Al Rajhi, and Omar Sulaiman Al Rajhi hereby move under Local Civil Rule 1.3(c), and based on the attached affidavits, for an order granting admission of Thomas M. Melsheimer, Matthew E. Yarbrough, and John M. Helms Jr. to appear *pro hac vice* as defendants' attorneys in this court.

*Application granted*
*Messrs Melsheimer, Yarbrough + Helms*
*are admitted pro hac vice*

*4/22/05*

*[signature] Richard [Conway?]*

Respectfully submitted,

FISH & RICHARDSON P.C.

Dated: January 31, 2005

By: Raymond R. Castello (RC 2106)
153 East 53rd Street, 52nd Floor
New York, NY 10022
(212) 765-5070 (Telephone)
(212) 258-2291 (Facsimile)

Attorneys for Defendants
SULAIMAN ABDUL AZIZ AL RAJHI,
SALEH ABDUL AZIZ AL RAJHI,
ABDULLAH SULAIMAN AL RAJHI,
KHALID SULAIMAN AL RAJHI, OMAR
SULAIMAN AL RAJHI



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) ECF Case |
|---|---|
| v. | |

### AFFIDAVIT OF THOMAS M. MELSHEIMER

Thomas M. Melsheimer, pursuant to Local Civil Rule 3.1(c) of the Local Rules for the United States Courts for the Southern and Eastern Districts of New York, submits this affidavit for admission *pro hac vice* and swears under oath:

1. This affidavit is submitted in support of the motion of defendants Sulaiman Abdul Aziz Al Rajhi, Saleh Abdul Aziz Al Rajhi, Abdullah Sulaiman Al Rajhi, Khalid Sulaiman Al Rajhi, and Omar Sulaiman Al Rajhi motion for an order permitting me to appear in this case *pro hac vice*.

2. I am a member of Fish and Richardson, P.C. at 5000 Bank One Center, 1717 Main St., Dallas, TX 75201.

3. I am a member in good standing of the State Bar of Texas.

4. Attached hereto is a certificate of good standing from the states in which I am admitted to practice.

Dated this 25 day of January, 2005

_____
Thomas M. Melsheimer

Sworn to before me this 25 day of January, 2005

_____
Notary Public


REBEKAH GRAHAM
MY COMMISSION EXPIRES
November 6, 2007

# STATE BAR OF TEXAS



*Office of The Chief Disciplinary Counsel*

January 19, 2005

Re: **THOMAS M. MELSHEIMER;**
 **State Bar Number- 13922550**

To Whom It May Concern:

This is to certify that THOMAS M. MELSHEIMER was licensed to practice law in Texas on November 7, 1986 and is an active member in good standing with the State Bar of Texas.

"Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

Dawn Miller
Chief Disciplinary Counsel

DM/kmm





UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) |
|---|---|
| v. | ECF Case |

### AFFIDAVIT OF MATTHEW E. YARBROUGH

Matthew E. Yarbrough, pursuant to Local Civil Rule 3.1(c) of the Local Rules for the United States Courts for the Southern and Eastern Districts of New York, submits this affidavit for admission *pro hac vice* and swears under oath:

1. This affidavit is submitted in support of the motion of defendants Sulaiman Abdul Aziz Al Rajhi, Saleh Abdul Aziz Al Rajhi, Abdullah Sulaiman Al Rajhi, Khalid Sulaiman Al Rajhi, and Omar Sulaiman Al Rajhi motion for an order permitting me to appear in this case *pro hac vice*.

2. I am a member of Fish and Richardson, P.C. at 5000 Bank One Center, 1717 Main St., Dallas, TX 75201.

3. I am a member in good standing of the State Bar of Texas.

4. Attached hereto is a certificate of good standing from the states in which I am admitted to practice.

Dated this 25th day of January, 2005

_____
Matthew E. Yarbrough

Sworn to before me this 25th day of January, 2005

_____
Notary Public

CYNTHIA HART
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 6-11-2005

# STATE BAR OF TEXAS



*Office of The Chief Disciplinary Counsel*

January 19, 2005

Re: **MATTHEW E. YARBROUGH;**
**State Bar Number- 00789741**

To Whom It May Concern:

This is to certify that MATTHEW E. YARBROUGH was licensed to practice law in Texas on May 6, 1994 and is an active member in good standing with the State Bar of Texas.

"Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

Dawn Miller
Chief Disciplinary Counsel

DM/kmm





UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)
ECF Case
v.

### AFFIDAVIT OF JOHN M. HELMS

John M. Helms, pursuant to Local Civil Rule 3.1(c) of the Local Rules for the United States Courts for the Southern and Eastern Districts of New York, submits this affidavit for admission *pro hac vice* and swears under oath:

1. This affidavit is submitted in support of the motion of defendants Sulaiman Abdul Aziz Al Rajhi, Saleh Abdul Aziz Al Rajhi, Abdullah Sulaiman Al Rajhi, Khalid Sulaiman Al Rajhi, and Omar Sulaiman Al Rajhi motion for an order permitting me to appear in this case *pro hac vice*.

2. I am a member of Fish and Richardson, P.C. at 5000 Bank One Center, 1717 Main St., Dallas, TX 75201.

3. I am a member in good standing of the State Bar of Texas.

4. Attached hereto is a certificate of good standing from the states in which I am admitted to practice.

Dated this 25 day of January, 2005

John M. Helms

Sworn to before me this 25th day of January, 2005

Notary Public



CYNTHIA HART
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 6-11-2005

# STATE BAR OF TEXAS



*Office of The Chief Disciplinary Counsel*

January 19, 2005

Re: **JOHN MICHAEL HELMS JR.;**
     **State Bar Number- 09401001**

To Whom It May Concern:

This is to certify that JOHN MICHAEL HELMS JR. was licensed to practice law in Texas on November 2, 1990 and is an active member in good standing with the State Bar of Texas.

"Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

*Dawn Miller* (signature)

Dawn Miller
Chief Disciplinary Counsel

DM/kmm

