UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
:
:                           03 MD 1570 (RCC)
In re Terrorist Attacks on September 11, 2001    :      ECF Case
:
:
---------------------------------------------------------x

This document relates to: *Continental Casualty Co. et al. v. Al Qaeda Islamic Army*, 04-CV-5970 (RCC)

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to F.R.C.P. 41(a)(1), plaintiffs hereby voluntarily dismiss without prejudice their claims in the above referenced action against defendants Khalid Sulaiman Al-Rajhi and Omar Sulaiman Al-Rajhi, who have not answered or filed any responsive pleadings. All parties will bear their own attorneys' fees, costs, and expenses.

Dated:  April 19, 2005
        New York, New York

                                        FERBER FROST CHAN & ESSNER, LLP

                                        By: /s/ Robert M. Kaplan
                                              Robert M. Kaplan (RK 1428)
                                        530 Fifth Avenue, 23rd Floor
                                        New York, New York 10036-5101
                                        Telephone:  (212) 944-2200

                                        Attorneys for Plaintiffs

62365