UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001         03 MDL 1570 (RCC)
                                                     ECF Case

This document relates to:

*Federal Insurance v. Al Qaida, 03-CV-6978 (RCC)*

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to F.R.C.P. 41, Plaintiffs  in  the above-referenced action hereby
voluntarily dismiss the following Defendants without prejudice, and with each party to
bear its own fees, costs and expenses, *from Federal Insurance v. Al Qaida, 03-CV-697*
(RCC):

Khalid Sulaiman A1-Rajhi;
Omar Sulaiman Al-Rajhi_

Respectfully submitted,

Dated:  April 14, 2005                    By:

Elliot Feldman
Sean. P. Carter
Cozen O'Connor, P.C.
1900 Market Street
Philadelphia, PA 19103
215-665-2000 (Tel.)
215-665-2013 (Fax)