UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-26-05

In Re TERRORIST ATTACKS on ) 03 MDL 1570 (RCC)
SEPTEMBER 11, 2001 ) ECF Case
)

*This document relates to:*
*Estate of John P. O'Neill, et al v. Al Baraka Inv. & Dev. Corp., et al,* 04-CV-1923 (RCC)

## STIPULATION AND ORDER
## FOR SERVICE OF PROCESS AND SETTING SCHEDULE FOR
## DALLAH AL BARAKA GROUP, LLC TO RESPOND TO
## THE SECOND AMENDED COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for Plaintiffs and for Defendant, Dallah Al Baraka Group, LLC ("Al Baraka"), that undersigned counsel for Al Baraka will accept service of the Second Amended Complaint on behalf of Al Baraka in the case of *Estate of John P. O'Neill, et al v. Al Baraka Inv. & Dev. Corp, et al,* 04-CV-1923 (RCC)(S.D.N.Y.), subject to the approval of the Court, according to the following terms:

1. A copy of the summons and Second Amended Complaint, in English, shall be served via Federal Express on counsel for Al Baraka at the following address:

> Martin F. Mc Mahon, Esquire
> 1150 Connecticut Ave., NW
> Washington, DC 20035

2. Al Baraka shall have sixty (60) days from the date of receipt of the Second Amended Complaint to move to dismiss or to answer the Second Amended Complaint.

3. Plaintiffs shall have sixty (60) days from the date on which it is served with Al Baraka's response to the Complaint, to serve its opposition to same or to respond to the answer.

4. Al Baraka shall have thirty (30) days from the date on which Al Baraka is served with Plaintiffs' opposition to a motion to dismiss, or response to an answer, to reply to that opposition.

1

E:\Martin McMahon & Associates\Al_Baraka_Proposed_Stip_of_Service.doc

5. The foregoing schedule is without waiver of any of Al Baraka's defenses, except that Al Baraka does not challenge the sufficiency of process or the sufficiency of Plaintiffs' service of process on Al Baraka in this case if made in compliance with Paragraphs 1-4 above. Al Baraka hereby waives all affirmative defenses, objections and arguments relating to the sufficiency of process and the sufficiency of service of process during the course of this litigation.

Respectfully submitted,

MARTIN F. MCMAHON & ASSOCIATES

_____
Martin F. McMahon
1150 Connecticut Ave., NW
Washington, DC 20035
Phone: 202-862-4343
Fax: 202-862-4302

Dated: March ___, 2005

*Counsel for Defendant*
*Al Baraka*

Dated: New York, New York
       April 25, 2005

LAW OFFICES OF JERRY S. GOLDMAN
& ASSOCIATES, P.C.

_____
Jerry S. Goldman
111 Broadway
13th Floor
New York, New York 10006
Phone: (212) 242-2232
Fax:   (212) 346-4665

Dated: March __, 2005

*Counsel for Plaintiffs*

SO ORDERED:

_____
Richard C. Casey
U.S.D.J.

2

E:\Martin McMahon & Associates\Al_Baraka_Proposed_Stip_of_Service.doc