UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001      03 MDL 1570 (RCC)
                                                  ECF Case

-------------------------------------------------------------------------x

KATHLEEN ASHTON, *et al.,*                        02 CV 6977 (RCC)
                                                  ECF Case

     Plaintiffs,

v.

AL BARAKA INVESTMENT & DEVELOPMENT
CORP., *et al.,*

     Defendants.
_____/

## NOTICE OF MOTION TO DISMISS OF DEFENDANT
## FAISAL ISLAMIC BANK—SUDAN

Please take notice that Defendant Faisal Islamic Bank—Sudan ("FIBS"), through its attorneys, moves this Court before the Honorable Richard Conway Casey, United States District Judge, at the United States District Court, Southern District of New York, 500 Pearl Street, Room 1950, New York, N.Y. 10007, at a date and time to be determined by the Court, for an order dismissing plaintiffs' complaint under Rules 12 (b)(1), 12(b)(2), and 12(b)(6) of the Federal Rules of Civil Procedure on the grounds that plaintiffs: (1) have failed to provide a "short and plain" statement of facts entitling them to relief; (2) have failed to establish that the Court has personal jurisdiction over FIBS; and (3) have failed to state a claim against FIBS upon which relief can be granted. A memorandum of law in support of this motion has been filed with the Court and is incorporated herein.

Dated: New York, New York
April 27, 2005

                                          Respectfully Submitted,

                                          **JOHN F. LAURO, P.A**.

                                     By: _____/s/_____
                                            John F. Lauro, Esq. (JFL-2635)
                                            Karena L. Nashbar, Esq. (Fla.Bar 697982)
                                            (not admitted in New York)

                                            101 E. Kennedy Blvd., Suite 2180
                                            Tampa, Florida 33602
                                            Phone: (813) 222-8990
                                            Fax: (813) 222-8991
                                            In New York Reply to:
                                            300 Park Avenue, Suite 1700
                                            New York, NY 10022
                                            E-mail: jlauro@laurolawfirm.com

                                            *Attorneys for Defendant*
                                            *Faisal Islamic Bank—Sudan*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 27th day of April, 2005, the forgoing Notice of Motion to Dismiss of Defendant Faisal Islamic Bank-Sudan was filed electronically through the Court's ECF/PACER system and was electronically served to opposing counsel pursuant to Court rules. A copy of the forgoing was also sent by U.S. mail to plaintiffs' primary counsel.



                                                         _____/s/_____
                                                           John F. Lauro, Esquire