```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-28-05
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001

03 MDL 1570 (RCC)
ECF Case

**Order**

-----------------------------------------------------------------X

*This document relates to*:     All Actions

The Court has reviewed the parties' submissions regarding the scheduling of the next round of oral argument. The Court agrees with Plaintiffs that, at this point, the motions should be heard in chronological order, starting with the oldest of the pending motions. The Court has set aside June 14 and June 15 from 10am - 1pm on its calendar to hear oral argument. The parties are asked to submit an agreed-upon list of motions pending in chronological order, grouped together as much as possible by theory of dismissal, by May 10, 2005. The Court will then determine how many motions it will hear on June 14 and June 15. The Court will schedule additional argument days as necessary.

In the meantime, as indicated in the Court's February 8 endorsement of DLA Piper Rudnick Gray Cary's February 4 letter, it will issue a decision on the pending motions to dismiss by the seventeen defendants represented by DLA Piper Rudnick without further argument or briefing. The Court will also resolve the pending motions to dismiss by the Kingdom of Saudi Arabia (and, in the O'Neill matter, certain of its agencies), Prince Sultan, Prince Turki, Prince Mohamed, and the al Rahji Banking & Investment Co. in all of the consolidated actions without further briefing or argument.

**So Ordered:** New York, New York
April 27, 2005

_____
Richard Conway Casey, U.S.D.J.