**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL 1570 (RCC)<br>ECF CASE |

*This document relates to: All Cases*

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Hanly Conroy Bierstein & Sheridan LLP has a new address, as follows:

**Effective May 2, 2005**

Hanly Conroy Bierstein & Sheridan LLP
**112** Madison Avenue – **7th Floor**
New York, New York  **10016-7416**

Telephone:  (212) **784-6400**
Facsimile:  (212) **784-6420**

Respectfully submitted,

/s/ Paul J. Hanly, Jr.
Paul J. Hanly, Jr. (PH-5486)
Jayne Conroy (JC-8611)
Andrea Bierstein (AB-4618)

Attorneys for Plaintiffs

Dated:  New York, New York
        April 29, 2005