**United States District Court**
**Southern District of New York**

| | |
|---|---|
| **In re Terrorist Attacks on September 11, 2001** | **03 MDL 1570 (RCC)** <br> **ECF Case** |

This documents relates to:

*Walter Tremsky v. Osama bin Laden*, 02-CV-7300 (RCC)

## NOTICE OF MOTION TO DISMISS KHALID AL RAJHI

PLEASE TAKE NOTICE that, pursuant Federal Rule of Civil Procedure 12 and upon the accompanying Memorandum of Law in Support of Motion to Dismiss Khalid Al Rajhi and upon the prior pleadings and proceedings in this action, Defendant Khalid Al Rajhi, by and through undersigned counsel, hereby moves this Court for an order dismissing the claims against him in the complaint consolidated in the above-captioned multi-district litigation for (1) lack of personal jurisdiction (Fed. R. Civ. P. 12(b)(2)) and (2) failure to state a claim upon which relief may be granted (Fed. R. Civ. P. 12(b)(6)).

Case 1:03-md-01570-GBD-SN   Document 861   Filed 04/29/05   Page 2 of 3

Dated:  April 29, 2005

Respectfully submitted,

FISH & RICHARDSON P.C.

By: /s/ Thomas M. Melsheimer
    Thomas M. Melsheimer (TM-4466)
    (Admitted *pro hac vice*)
    John M. Helms (JH-7931)
    (Admitted *pro hac vice*)
    1717 Main Street, Suite 5000
    Dallas, TX  75201
    (214) 747-5070 (Telephone)
    (214) 747-2091 (Telecopy)

    **Attorneys for Defendant**
    **KHALID AL RAJHI**

NOTICE OF MOTION TO DISMISS KHALID AL RAJHI    Page 2

## CERTIFICATE OF SERVICE

      I hereby certify that, pursuant to this Court's Case Management Order No. 2, on April 29, 2005, I caused a true and correct copy of the foregoing NOTICE OF MOTION TO DISMISS KHALID AL RAJHI to be served on the all counsel electronically by the Court's Electronic Case Filing (ECF) system.

Dated: April 29, 2005                                      /s/ Thomas M. Melsheimer
                                                                       Thomas M. Melsheimer (TM-4466)
                                                                       (Admitted *pro hac vice*)