## J. DAVID O'BRIEN
ATTORNEY AT LAW
20 VESEY STREET, SUITE 700
NEW YORK, NEW YORK 10007

TELEPHONE: (212) 571-6111
FAX: (212) 571-6166

---

**Telecopy/Fax Cover Sheet
Fax Number:
(212) 571-6166**

---

The information contained in this telecopy message is intended only for the use of the individual or entity named below. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this message in error, please immediately notify us by telephone and return the original message to us at the above address via the United States Postal Service. Thank you.

Fax # (214) 747-2094

Please deliver the following documents to: R. Roberts, Esq.

This Fax is from: David O'Brien, Esq.

Total number of pages, including this page: 2

Date: 4/27/05                                             Time:

If there are problems in the transmission, please call:(212) 571-6111

**Comments:**

EXHIBIT B
TO MEMORANDUM IN SUPPORT OF MOTION
TO DISMISS KHALID AL RAJHI

## J. DAVID O'BRIEN
ATTORNEY AT LAW
20 VESEY STREET, SUITE 700
NEW YORK, NEW YORK 10007

TELEPHONE: (212) 571-6111
FAX: (212) 571-6166

VIA FAX, CERTIFIED MAIL and ORDINARY MAIL

April 27, 2005

Ritch Roberts, Esq.
Fish & Richardson, P. C.
1717 Main Street, Suite 5000
Dallas, Texas 75201

**Tremsky, et al. v. Laden et al., 02-CV-7300**

Dear Sir:

  Your letter dated April 27, 2005, with "comments" is acknowledged.

  My clients would be happy to release your client, **KHALID AL RAJHI**, should satisfactory proof be provided that your client was not involved in the "9/11" slaughter in New York.

  At this time my clients are unwilling to release **KHALID AL RAJHI.**

  Should you wish to discuss this matter, please contact me.

Very truly yours,

J. David O'Brien