UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------X
IN RE TERRORIST ATTACKS ON          :
SEPTEMBER 11, 2001                  :
                                    :   03-MDL 1570 (RCC)
This document relates to:           :   ECF CASE
                                    :
THOMAS BURNETT, et al,              :
                                    :   03 CV 9849 (RCC)
        v.                          :
                                    :
AL BARAKA INVESTMENT &              :
DEVELOPMENT CORP., et al.           :
------------------------------X
THOMAS BURNETT, et al,              :
                                    :   03 CV 5738 (RCC)
        v.                          :
                                    :
AL BARAKA INVESTMENT &              :
DEVELOPMENT CORP., et al.           :
------------------------------X
KATHLEEN ASHTON, et al,             :
                                    :   02 CV 6977 (RCC)
        v.                          :
                                    :
AL QAEDA ISLAMIC ARMY, et al.       :
------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-5-05

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

IT IS HEREBY ORDERED that the motion for admission pro hac vice is granted in all respects. The admitted attorney, David F. Geneson, Esq. is permitted to argue or try this particular case in whole or in part as counsel or advocate for Defendant Yassin Abdullah Kadi.

An attorney admitted to practice pro hac vice is required to pay a $25 attorney admission fee and to present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee within ten business days.

This Order confirms the above appearance as counsel in this case, and it will be entered on the Court's docket. A notation of the admission pro hac vice for this case will be made on the roll of attorneys.

The attorneys admitted pro hac vice must serve a copy of this Order on all other counsel in this case.

Dated:    This ____ day of May, 2005.

SO ORDERED.

*[signature: Richard Conway Casey]*

_____
U.S.D.J.