SDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-5-05

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001

03 MDL 1570 (RCC)

ECF Case

This Document Relates to:

**New York Marine and General Insurance Company v. Al Qaida et al.**
04 CV 06105 (RCC) (S.D.N.Y.)

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to F.R.C.P. 41, Plaintiff in the above referenced action hereby voluntarily dismiss defendants Omar al Rajhi and Khalid al Rajhi, with prejudice, from *New York Marine and General Insurance Company v. Al Qaida et al.*, No. 04 CV 06105 (RCC).

Each party shall bear its own fees, costs and expenses.

Respectfully Submitted,

BROWN GAVALAS & FROMM LLP

Frank J. Rubino, Esq.
355 Lexington Avenue
New York, New York 10017
*Attorneys for Plaintiff*

Dated April 27, 2005

SO ORDERED:

U.S.D.J.

May 5, 2005