UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------X

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | **03-MDL 1570 (RCC)** |
| This document relates to: | **ECF CASE** |
| THOMAS BURNETT, *et al*, | 03 CV 9849 (RCC) |
| v. | |
| AL BARAKA INVESTMENT & DEVELOPMENT CORP., *et al.* | |
| THOMAS BURNETT, *et al*, | 03 CV 5738 (RCC) |
| v. | |
| AL BARAKA INVESTMENT & DEVELOPMENT CORP., *et al.* | |
| KATHLEEN ASHTON, *et al*, | 02 CV 6977 (RCC) |
| v. | |
| AL QAEDA ISLAMIC ARMY, *et al.* | |

------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-5-05
```

## NOTICE OF MOTION

PLEASE TAKE NOTICE, that pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, and on the basis of the affidavits attached hereto, and the exhibit annexed thereto, the undersigned hereby moves this Court, before the Honorable Richard C. Casey, U.S.D.J., at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007, for an order admitting David F. Geneson, *pro hac vice*, as counsel for defendant Yassin Abdullah Kadi for the purposes of the above-captioned case.

*Application granted*
5/3/05

*Richard Casey*

Dated: New York, New York
      April 26, 2005

HUNTON & WILLIAMS LLP

By: _____*Joseph Saltarelli*_____
Joseph J. Saltarelli JS-1560
200 Park Avenue, 43rd Floor
New York, New York 10166-0136

*Attorney for defendant*
*Yassin Abdullah Kadi*