UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------X

IN RE TERRORIST ATTACKS ON  :
SEPTEMBER 11, 2001
: **03-MDL 1570 (RCC)**
This document relates to: : **ECF CASE**
:
THOMAS BURNETT, *et al*, :
: 03 CV 9849 (RCC)
v. :
:
AL BARAKA INVESTMENT & :
DEVELOPMENT CORP., *et al*. :
---------------------------------X
THOMAS BURNETT, *et al*, :
: 03 CV 5738 (RCC)
v. :
:
AL BARAKA INVESTMENT & :
DEVELOPMENT CORP., *et al*. :
---------------------------------X
KATHLEEN ASHTON, *et al*, :
: 02 CV 6977 (RCC)
v. :
:
AL QAEDA ISLAMIC ARMY, *et al*. :
---------------------------------X

**AFFIDAVIT OF STEVEN P. SOLOW**

STATE OF NEW YORK     )
                      ) ss:
COUNTY OF NEW YORK    )

STEVEN P. SOLOW, being duly sworn, deposes and says:

1.  I am a member of the Bar of this court and a partner of the law firm of Hunton & Williams LLP, attorneys herein for defendant Yassin Abdullah Kadi. I submit this Affidavit in support of Defendant's motion, pursuant to Local Rule 1.3(c) of the Local Civil Rules of this

Court, to permit David F. Geneson to appear, *pro hac vice*, as attorney for defendant Yassin Abdullah Kadi.

2. Mr. Geneson is an attorney with the firm Hunton & Williams LLP and resident in Hunton & Williams's Washington, D.C. office, located at 1900 K Street, NW Washington, DC 20006, (202) 955-1571, facsimile (202) 778-2201.

3. As stated in the Affidavit of David F. Geneson, and the Certificates in Good Standing annexed thereto, Mr. Geneson is admitted to the Bar of the District of Columbia, the Bar of the State of Maryland and the Bar of the State of Florida.

4. Accordingly, defendant Yassin Abdullah Kadi, respectfully requests that Mr. Geneson be permitted to appear in this case as counsel for defendant Yassin Abdullah Kadi, *pro hac vice*.

_____
Steven P. Solow

STATE OF DISTRICT OF COLUMBIA   )   to wit:
                                )

Subscribed and sworn to before me this 15th day of February, 2005.

_____
Notary Public

My Commission Expires: 12-14-2008

2

65982.000002 WASHINGTON 481108v2