| | | |
|---|---|---|
| PHILADELPHIA<br>ATLANTA<br>CHARLOTTE<br>CHERRY HILL<br>CHICAGO<br>DALLAS<br>DENVER<br>HOUSTON<br>LAS VEGAS<br>LONDON<br>LOS ANGELES | <br>**COZEN**<br>**O'CONNOR**<br>ATTORNEYS<br>A PROFESSIONAL CORPORATION | NEW YORK<br>NEWARK<br>SAN DIEGO<br>SAN FRANCISCO<br>SEATTLE<br>TRENTON<br>WASHINGTON, DC<br>WEST CONSHOHOCKEN<br>WICHITA<br>WILMINGTON |

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com

ECF

**J. Scott Tarbutton**
Direct Phone   215.665.7255
Direct Fax       215.701.2467
starbutton@cozen.com

May 4, 2005

**VIA FEDERAL EXPRESS**



The Honorable Richard C. Casey
United States District Court for the
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1950
New York, NY 10007-1312

    Re:    *In Re: Terrorist Attack on September 11, 2001*, MDL No. 1570;
            *Federal Insurance Company et al. v. al Qaida, et al.*, 03 CV 6978

Dear Judge Casey:

      As Your Honor is aware, this firm represents the Plaintiffs in *Federal Insurance Co., et al. v. al Qaida, et al.*, 03 CV 6978, one of the consolidated cases comprising *In Re: Terrorist Attack of September 11, 2001*, 03 MDL 1570. In an effort to make this case more manageable for the Court and all parties involved, the *Federal* Plaintiffs will shortly be seeking entries of default against several hundred defendants who were served some time ago, but have not appeared to defend the claims asserted against them.

      In connection with the default process the *Federal* Plaintiffs intend to file schedules detailing their insureds, and the amounts paid to those insureds in compensation for property, business interruption, and related losses resulting from the September 11, 2001 Attack, as Exhibits to the default papers.

      This Court has previously authorized the *Federal* Plaintiffs to file schedules identifying their insureds under seal, in order to protect the identity of those insureds from public disclosure. Copies of the Court's prior Orders relating to the filing of such schedules under seal are attached hereto for the Court's convenience. Consistent with these prior Orders, the *Federal* Plaintiffs

Judge Richard C. Casey
May 4, 2005
Page 2

---

write to respectfully request the Court's permission to file the schedules to be attached as Exhibits to the default filings under seal.

I thank Your Honor in advance for the Court's attention to this matter.

Respectfully submitted,

COZEN O'CONNOR

By:     J. Scott Tarbutton

JST

cc:    Steven A Cozen, Esq.
       Elliott R. Feldman, Esq.
       Sean P. Carter, Esq.
       All MDL Counsel

Application granted
5/5/05

PHILA1\2266318\2 117430.000