USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-5-05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) ECF Case |
|---|---|

This document relates to:

>   *Burnett v. Al Baraka Inv. & Dev. Corp.*, 03-CV-5738 (RCC);
>   *Burnett v. Al Baraka Inv. & Dev. Corp.*, 03-CV-9849 (RCC);
>   *World Trade Ctr. Props., L.L.C. v. Al Baraka Inv. & Dev. Corp.*, 04-CV-7280 (RCC).

## PROPOSED ORDER

The Court hereby finds that Omar Sulaiman Al Rajhi is not a defendant in the following actions:

>   *Burnett v. Al Baraka Inv. & Dev. Corp.*, 03-CV-5738 (RCC);
>   *Burnett v. Al Baraka Inv. & Dev. Corp.*, 03-CV-9849 (RCC);
>   *World Trade Ctr. Props., L.L.C. v. Al Baraka Inv. & Dev. Corp.*, 04-CV-7280 (RCC).

Accordingly, the Court further finds that Omar Sulaiman Al Rajhi is not required to file an answer or other pleading in response to the above-named complaints.

IT IS SO ORDERED.

Dated: May 5, 2005

_____
THE HONORABLE JUDGE RICHARD CONWAY CASEY
UNITED STATES DISTRICT JUDGE