**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____

                                                     )
*IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001      )          No. 03 MDL 1570 (RCC)
                                                     )          ECF Case
_____)

This document relates to:

  ASHTON, *et al.* v. AL QAEDA ISLAMIC ARMY, *et al.*, Case No. 02-CV-6977;

  BURNETT*, et al.* v. AL BARAKA INVESTMENT & DEVELOPMENT CORP.*, et al.*, Case No. 03-CV-5738;

  CONTINENTAL CASUALTY CO.*, et al.* v. AL QAEDA ISLAMIC ARMY*, et al.*, Case No. 04-CV-05970;

  EURO BROKERS, INC.*, et al.* v. AL BARAKA INVESTMENT AND DEVELOPMENT CORP.*, et al.*, Case No. 04-CV-07279;

  FEDERAL INSURANCE CO.*, et al.* v. AL QAIDA*, et al.*, Case No. 03-CV-6978;

  NEW YORK MARINE AND GENERAL INSURANCE CO. v. AL QAIDA*, et al.*, Case No. 04-CV-6105;

  SALVO*, et al.* v. AL QAEDA ISLAMIC ARMY*, et al.*, Case No. 03-CV-5071;

  TREMSKY*, et al.* v. OSAMA BIN LADEN*, et al.*, Case No. 02-CV-7300; and

  WORLD TRADE CENTER PROPERTIES LLC, *et al.* v. AL BARAKA INVESTMENT AND DEVELOPMENT CORP.*, et al.*, Case No. 04-CV-07280.


## ORDER

Upon consideration of Defendant Soliman H.S. Al-Buthe's Consolidated Motion to

Dismiss (May 9, 2005), any response, and the entire record herein, it this _____ day of

_____, 2005, hereby

**ORDERED**, that Defendant's Consolidated Motion to Dismiss the Personal Injury

Complaints shall be, and hereby is **GRANTED**.


                                        _____
                                        Honorable Richard Conway Casey
                                        United States District Judge