IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | No. 03 MDL 1570 (RCC)<br>ECF Case |

This document relates to:
- ASHTON, *et al.* v. AL QAEDA ISLAMIC ARMY, *et al.*, Case No. 02-CV-6977;
- BURNETT, *et al.* v. AL BARAKA INVESTMENT & DEVELOPMENT CORP., *et al.*, Case No. 03-CV-5738;
- CONTINENTAL CASUALTY CO., *et al.* v. AL QAEDA ISLAMIC ARMY, *et al.*, Case No. 04-CV-05970;
- EURO BROKERS, INC., *et al.* v. AL BARAKA INVESTMENT AND DEVELOPMENT CORP., *et al.*, Case No. 04-CV-07279;
- FEDERAL INSURANCE CO., *et al.* v. AL QAIDA, *et al.*, Case No. 03-CV-6978;
- NEW YORK MARINE AND GENERAL INSURANCE CO. v. AL QAIDA, *et al.*, Case No. 04-CV-6105;
- SALVO, *et al.* v. AL QAEDA ISLAMIC ARMY, *et al.*, Case No. 03-CV-5071;
- TREMSKY, *et al.* v. OSAMA BIN LADEN, *et al.*, Case No. 02-CV-7300; and
- WORLD TRADE CENTER PROPERTIES LLC, *et al.* v. AL BARAKA INVESTMENT AND DEVELOPMENT CORP., *et al.*, Case No. 04-CV-07280.

### DECLARATION OF ALAN R. KABAT IN SUPPORT OF DEFENDANT SOLIMAN H.S. AL-BUTHE'S CONSOLIDATED MOTION TO DISMISS

I am an attorney licensed to practice in the District of Columbia and am admitted *pro hac vice* in this matter. I am with the law firm of Bernabei & Katz PLLC, counsel to defendant Soliman H.S. Al-Buthe. I submit this declaration to transmit to the Court the following documents submitted in support of Mr. Al-Buthe's consolidated motion to dismiss the complaints:

1. Exhibit 1 to Mr. Al-Buthe's motion to dismiss is a copy of the Declaration of Alan R. Kabat Regarding the Complaints Filed in No. 03 MDL 1570 (May 8, 2005).

2. Exhibit 2 to Mr. Al-Buthe's motion to dismiss is a copy of the Briefing of U.S. Secretary of State Madeleine K. Albright, dated Dec. 17, 1999.

3. Exhibit 3 to Mr. Al-Buthe's motion to dismiss is a copy of the Remarks of Secretary of State Madeleine K. Albright, dated Dec. 21, 1999.

4. Exhibit 4 to Mr. Al-Buthe's motion to dismiss is a copy of excerpts from the book by Zbigniew Brzezinski, The Choice: Global Domination or Global Leadership (2004).

5. Exhibit 5 to Mr. Al-Buthe's motion to dismiss is a copy of the Letter from HRH Prince Abdullah to HRH Prince Naif (Nov. 9, 1999).

6. Exhibit 6 to Mr. Al-Buthe's motion to dismiss is a copy of the Declaration of Dr. Abdulrahman Al-Swailem (Jan. 10, 2005), and Exhibit C thereto.

7. Exhibit 7 to Mr. Al-Buthe's motion to dismiss is a copy of the Letter from Prince Turki bin Fahd to al-Haramain (SA) (Nov. 30, 1999).

8. Exhibit 8 to Mr. Al-Buthe's motion to dismiss is a copy of the Declaration of Vladimir Matusevitch (Aug. 23, 2004), with attached Russian-Saudi Memorandum of Understanding (Dec. 8, 1999).

9. Exhibit 9 to Mr. Al-Buthe's motion to dismiss is a copy of the Al Rajhi receipt for a cashier's check.

10. Exhibit 10 to Mr. Al-Buthe's motion to dismiss is a copy of the Al Rajhi receipt for the travelers' cheques.

11. Exhibit 11 to Mr. Al-Buthe's motion to dismiss is a copy of the Receipt No. 262740 (March 12, 2000).

12.     Exhibit 12 to Mr. Al-Buthe's motion to dismiss is a copy of the Receipt No. 263867 (March 28, 2000).

13.     Exhibit 13 to Mr. Al-Buthe's motion to dismiss is a copy of the Declaration of Khalid bin Obaid Azzahri (May 3, 2004).

14.     Exhibit 14 to Mr. Al-Buthe's motion to dismiss is a copy of the Declaration of Vladimir Matusevitch (Sept. 7, 2004).

15.     Exhibit 15 to Mr. Al-Buthe's motion to dismiss is a copy of the article by Peter Finn, "Chechen Activist Groups Feel Pressure From Russia," Washington Post, May 8, 2005, at A22.

16.     Exhibit 16 to Mr. Al-Buthe's motion to dismiss is a copy of excerpts from the report of the National Commission on Terrorist Attacks Upon the United States, Monograph on Terrorist Financing (Aug. 21, 2004).

I declare under the penalties of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on May 9, 2005.

_Alan R. Kabat_
ALAN R. KABAT