**Exhibit 5**

Al-Buthe Motion to Dismiss
(May 9, 2005)

No. 03 MDL 1570 (RCC)



بسم الله الرحمن الرحيم

المملكة العربية السعودية
ديوان رئاسة مجلس الوزراء

الرقم ٧/ب/١٢٠٠٨٩
التاريخ ١٤٢٠/٨/٦هـ
المرفقات

# برقيـــــه

صاحب السمو الملكي وزير الداخليـــــة
المشرف العام على اللجنة السعودية المشتركة لاغاثة شعب كوسوفا
نسخة لصاحب السمو الملكي وزير الخارجيـة
نسخة لمعالي وزيـــــر الأعـــــلام
نسخة لمعالي وزير المالية والاقتصاد الوطني

اطلعنا على برقية سموكم الخطية رقـم ٧٣٣/ر وتـاريخ ١٤٢٠/٧/٢٢هـ المشار فيها إلى ماخلفته الحرب في الشيشان من آثار علـى المسـلمين هنـاك إذ تركت وراءها أكثر من مائتي ألف لاجئ على الحدود الشيشانية مع انقوشيا وداغستان.

وماأوضحتموه - سموكم - من أنه قد اتصل باللجنة السـعودية المشتركة لاغاثة شعب كوسـوفا العديـد من المواطنـين والمؤسســـات الاغاثيــة يؤكـدون رغبتـهم في تقديـم المساعدات لإخوانهم المسـلمين هناك، وقـد أيـد ذلـك كـل مـن معـالي وزيـر الشؤون الاسلامية والاوقاف والدعوة والارشاد ومعالي الأمين العام لرابطة العـالم الاسـلامي. كما أن معالي رئيس جمعية الهلال الأحمر السعودي اجتمع مع سعادة السفير الروسي بالمملكة بناءً على طلبه وموافقة سموكم على ذلك، وقد أكد السـفير الروسي بأن الحكومـة الروسـية سوف ترحب بقبول المساعدات السعودية بـل أنـها ستؤكد علـى الصـورة المشرقة لعطاء المملكة واسهاماتها الاغاثية الانسانية وتبدد الصورة التي تثيرها بعض وسائل الاعـلام في تشويه سمعة المملكة وعلاقاتها مع روسيا، كما أن المؤسسات الاغاثية قد بدأت تتواجـد في الساحة لتقديم المعونات والمساعدات للمشردين الشيشان.. واقـتراح سموكم السـماح بتقديم المساعدات وأن يناط باللجنة السعودية المشتركة الإشراف على أعمال الاغاثة هذه وابراز ماتقدمه المملكة اعلامياً وتوثيق هذه المساعدات دولياً..،

ونخبركم بموافقتنا على ذلك.. فأكملوا مايلزم بموجبه.،،،

عبدالله بن عبدالعزيز
نائب رئيس مجلس الوزراء



Ref # 7 /B/12089

Date : 1/8/1420 H*

| | |
|---|---|
| To: | His Royal highness, Minister of Interior<br>General Adviser, Saudi Joint Relief Committee for Kosovo and Chechnya |
| CC: | His Royal highness, Minister of Foreigner Affairs. |
| CC: | His Excellency, Minister of Information |
| CC: | His Excellency, Minister of Finance & National Economy |

I have received your highness's written telegram No. 733/R dated in 22/07/1420H, which explained the war caused effects on Muslims in Chechnya, where more than two hundred thousand refugees were displaced to the border areas of Chechnya with Angoshya and Dagistan.

I have also informed that many citizens and relief institutions have called the Joint Relief Committee for Kosovo and Chechnya to express their desire to provide the required support for their Muslim brothers there. This was also assured by his Excellency Minister of Islamic Affairs, Endowment, Dawah and Guidance, and his Excellency the Secretary General of the Muslim World League. I was also informed that his Excellency the chairman of the Saudi Red Crescent Association called the Excellency of Russian ambassador to the kingdom as per his request and your kind approval, and that the Russian ambassador has assured that his government welcomes the Saudi support.

He also assured that his government will highlight the shining picture of the kingdom's generosity and humanitarian relief contributions, and that they will disperse the distorting picture against the kingdom being portrayed by the media and the attempts to deteriorate the Saudi-Russian relations. He also said that the relief organizations started to provide supports for the displaced Chechens.

I appreciate your suggestion that we should provide supports under the supervision of the Saudi Joint Relief Committee for Kosovo and Chechnya, and it should be reflected by the media and internationally documented.

I am informing you that I approved that.. So, proceed accordingly.

Abdullah Bin Abdul Aziz
**Deputy Prime Minister**

* Tuesday, 09 November 1999 A.D.

**Exhibit 6**

Al-Buthe Motion to Dismiss
(May 9, 2005)

No. 03 MDL 1570 (RCC)

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | **Civil Action No. 03 MDL 1570 (RCC)** |

This document relates to:

| | |
|---|---|
| FEDERAL INSURANCE CO., et al., Plaintiffs, v. AL QAIDA, et al., Defendants. | **Civil Action No. 03 CV 6978 (RCC)** |

**DECLARATION OF DR. ADBULRAHMAN A. AL-SUWAILEM**

Dr. Adbulrahman A. Al-Suwailem declares as follows:

1. Since 1999, I have served as President of the Saudi Joint Relief Committee and the Saudi Red Crescent Society. I hold a Bachelor of Medicine and Bachelor of Surgery degree from Munich University and a medical degree from Cairo University. Since 1984, I have been a fellow of the Royal College of Physicians in Edinburgh. Prior to my current positions, I served as Deputy Minister for Executive Affairs and the Assistant Deputy Minister for Curative Medicine of the Ministry of Health of the Kingdom of Saudi Arabia, the Head of the Saudi Centre for Organ Transplantation, and the Head of the Pediatric Department at the Maternity and Children's Hospital in Riyadh. I have also served on numerous international health and scientific organizations. A true and accurate copy of my

biography is attached as Exhibit A.  I have personal knowledge of, and am competent to testify to, the facts set forth in this Declaration.

2.       Beginning with its formation in 1999, the Saudi Joint Relief Committee (the "SJRC") has always functioned as a political subdivision, agency, or instrumentality of the Kingdom of Saudi Arabia.

3.       The SJRC was established on May 19, 1999, pursuant to High Order No. 7/B/1863 (the "Albanian High Order") issued by HRM King Fahd bin Abdulaziz upon the recommendation of the Council of Ministers of the Kingdom of Saudi Arabia.  A true and correct translation of the Albanian High Order is attached as Exhibit B.

4.       The purpose of the SJRC was to collect and distribute aid to Albanian refugees in Kosovo on behalf of the Kingdom of Saudi Arabia and its citizens, and to coordinate and document the Kingdom's charitable assistance through international relief agencies and organizations.  The SJRC operated solely as a charitable and humanitarian entity, and none of the funds or other aid distributed by the SJRC was provided for "commercial" purposes.

5.       The Kingdom of Saudi Arabia established the SJRC in response to the catastrophic humanitarian crisis triggered by the civil war in the former Republic of Yugoslavia, and the systematic violence against ethnic Albanians in Kosovo orchestrated by former Serbian president Slobodan Milosevic.

6.      In 1999, the Kingdom of Saudi Arabia expanded the scope of the SJRC's mission to include relief work for victims of the ongoing hostilities in Chechnya pursuant to a second High Order (No. 7/B/12089) (the "Chechnya High Order").   A true and correct translation of the Chechnya High Order is attached as Exhibit C.  Through the Chechnya High Order, the Kingdom of Saudi Arabia intended that the SJRC would act in concert with other international agencies stationed in Chechnya (including the United Nations) to provide humanitarian aid to the hundreds of thousands of Muslims displaced by the war between Chechen fighters and Russia.

7.      The Albanian High Order specified that the SJRC would be supervised by the Minister of the Interior of the Kingdom of Saudi Arabia and chaired by the President of the Saudi Red Crescent Society, and further stated that the SJRC must include high-ranking representatives from agencies of the Kingdom, including the Ministry of Finance and National Economy, the Ministry of Defense and Aviation, the Ministry of Information, the Ministry of Labor and Social Affairs, the Ministry of Foreign Affairs, the Presidency of General Intelligence, and the Presidency of National Guard.  Pursuant to the Albanian High Order, the SJRC also includes representatives from some non-governmental charitable and humanitarian organizations, including the International Islamic Relief Organization, the World Assembly for Muslim Youth, the Islamic Endowment Foundation, and the Al-Haramain Charitable Foundation.

8.      The SJRC submitted regular financial and performance reports to the Minister of the Interior, HRH Prince Nayef Bin Abdulaziz Al-Saud.

9.      The SJRC maintained a main office in Riyadh, Saudi Arabia, and branch offices in Vladikavkaz, Pristina, and Moscow.  The daily operations of the SJRC's offices were performed by a technical and administrative staff comprised of employees hired directly by the SJRC and civil servants of the Kingdom of Saudi Arabia seconded to work for the SJRC.  The Kingdom of Saudi Arabia paid the salaries and expenses for most of the civil servants seconded to work for the SJRC.

10.      The Organizational Charter adopted by the SJRC expressly provided that employees seconded from the government would be subject to the laws applicable to government civil servants.  Accordingly, seconded government employees of the SJRC are treated as civil servants, rather than private hires, under Saudi law.  A true and correct translation of the SJRC Organizational Charter is attached as Exhibit D.

11.      The SJRC's mission was largely subsidized by the Kingdom of Saudi Arabia. On March 9, 2000, HRM King Fahd bin Abdulaziz issued a Royal Decree donating 5,000,000 Saudi Riyals to support the SJRC's relief work on behalf of Kosovan students and their families.  A true and correct translation of the Royal Decree is attached as Exhibit E.  Through the end of 2003, the SJRC received 3,000,000 Saudi Riyals from the Kingdom's initial donation through the Ministry of Finance.

12.     In addition, the Kingdom of Saudi Arabia routinely provided critical logistical support for the SJRC's humanitarian efforts in Kosovo and Chechnya.

13.     On February 27, 2004, the government of the Kingdom of Saudi Arabia established the Saudi National Committee for Aid and Charitable Work Abroad (the "Saudi National Committee") pursuant to Royal Decree No. A/1.  A true and correct translation of Royal Decree No. A/1 is attached as Exhibit F.  Royal Decree No. A/1 stated that, once fully functional, the Saudi National Committee will serve as the exclusive agency or instrumentality of the Kingdom of Saudi Arabia responsible for all humanitarian and charitable work abroad.

14.     Since the creation of the Saudi National Committee, the SJRC has begun to unwind its operations.  The SJRC has significantly reduced its aid and humanitarian relief efforts, and currently operates primarily in an administrative capacity.

15.     The SJRC has never solicited charitable or humanitarian donations inside the United States.  The SJRC has no offices or employees in the United States, it has no bank accounts or other property in the United States, and it has never conducted any form of business in the United States.

16.     The humanitarian mission of the SJRC is fundamentally incompatible with the concept of terrorism, and the SJRC has never had any connection with, or in any way supported, terrorist activities or terrorist organizations.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of January 2005, in Riyadh, Saudi Arabia.

Dr. Adbulrahman A. Al-Suwailem

# EXHIBIT C



0106

قسم الترجمة (ترخيص رقم ٢٣)

LAW OFFICE OF HASSAN MAHASSNI
TRANSLATION DEPARTMENT (LICENSE No. 23)

JEDDAH OFFICE
P.O. BOX 2256, JEDDAH 21451
TELEPHONE : (966-2) 665-4353
FACSIMILE : (966-2) 669-2996
(Ch. of Commerce No. 63471)

RIYADH OFFICE
P.O. BOX 17411, RIYADH 11484
TELEPHONE : (966-1) 464-4006
FACSIMILE : (966-1) 465-1348
KINGDOM OF SAUDI ARABIA

مكتب جدة
ص.ب ٢٢٥٦ جدة ٢١٤٥١
هاتف : ٦٦٥٤٣٥٣ (٢-٩٦٦)
فاكس : ٦٦٩٢٩٩٦ (٢-٩٦٦)
( غ.ت ٦٣٤٧١ )
مكتب الرياض
ص.ب ١٧٤١١ الرياض ١١٤٨٤
هاتف : ٤٦٤٤٠٠٦ (١-٩٦٦)
فاكس : ٤٦٥١٣٤٨ (١-٩٦٦)
المملكة العربية السعودية

## Certificate

The Translation Department of the Law Office of Hassan Mahassni, hereby certifies that it is an office licensed to perform translation work from and into English and Arabic, and that the ranslation of the attached copies of ocuments, from Arabic into English, is full and correct translation.

## شهادة

بهذا يشهد "قسم الترجمة – مكتب المحامي حسان المحاسني" انه مكتب مرخص له بالقيام بأعمال الترجمة من و إلى اللغتين الإنكليزية والعربية، وأن ترجمته لصور الوثائق المرفقة، من اللغة العربية إلى اللغة الإنكليزية، ترجمة كاملة وصحيحة.

ddah on: 15 JAN 2005 جدة في:

Translation Department قسم الترجمة

H Mahassni

حسان المحاسني
Hassan Mahassni

بالتعاون مع وايت آند كيس المحدودة

ألماتي – أنقرة – بانكوك – برلين – بومباي / مباي – براتسلافيا – بروكسل – بودابست – دريزدن – دوسلدروف – فرانكفورت – هامبورغ – مدينة هونغ كونغ – اسطنبول – جاكرتا – جوهانسبيرغ – لندن – لوس انجلوس – مكسيكو سيتي – ميامي – ميلان – موسكو – نيويورك – بالو آلتو – براغ – سان فرانسيسكو – ساوباولو – شانغهاي – سنغافورة – ستكهولم – طوكيو – وارسو – واشنطن دي سي .

IN ASSOCIATION WITH WHITE & CASE LLP

(RK)\W372E, ... BERLIN, BOMBAY/MUMBAI, BRATISLAVIA, BRUSSELS, BUDAPEST, DRESDEN, DUSSELDORF, FRANKFURT, HAMBURG, ...KI, HO CHI MI... HONG KONG, ISTANBUL, JAKARTA, JOHANNESBURG, LONDON, LOS ANGELES, MEXICO CITY, MIAMI, MILAN, MOSCOW, ...ORK, PALO ALTO ... PRAGUE, ROME, SAN FRANCISCO, SÃO PAULO, SHANGHAI, SINGAPORE, STOCKHOLM, TOKYO, WARSAW, WASHINGTON, D.C.

In the Name of Allah, Most Gracious Most Compassionate

Kingdom of Saudi Arabia
Diwan of Presidency of Council of Ministers'

No. 7/B/12089
Date: 1/8/1420AH
Attachments:

# Telegraph

To: His Royal Highness Minister of Interior
Supervisor of Saudi Joint Relief Committee (SJRC) for the Aid of the People of Kosovo

C.C. His Royal Highness Minister of Foreign Affairs

C.C. His Excellency Minister of Information

C.C. His Excellency Minister of Finance and National Economy

We have read your telegraph No. 733/R, Dated 22/7/1420 H. in which Your Highness refers to the repercussions of the war in Chechnya on Muslims, where it displaced more than two hundred thousand people and made them refugees on Chechnya's borders with Angoshia and Dagestan.

Your Highness has also noted in your telegraph that many Saudi nationals and relief agencies have contacted the SJRC to express their desire to provide relief aid to their Muslim brethren there. This fact was supported by His Excellency Minister of Islamic, Endowment, Call & Guidance Affairs and His Excellency Secretary General of the Muslim World League. His Excellency the President of the Board of Directors of the Saudi Red Crescent Society had a meeting with His Excellency the Russian Ambassador to Riyadh at the request of the latter and the consent of Your Highness. In the meeting, the Russian Ambassador emphasized that the Russian government will accept and welcome Saudi relief aid, adding that this would underline the bright image of Saudi humanitarian relief aid and dismiss attempts in the media to distort the Saudi image and its ties with Russia. In fact, relief agencies have started to provide relief aid to the displaced Chechnyans. We noted the suggestion of Your Highness to send relief aid and assign the SJRC to oversee the relief work and underline the contributions of Saudi Arabia in the media and in the international arena.
Please be advised of our consent in this regard and you may proceed.

Abdullah bin Abdulaziz Al-Saud
Deputy Prime Minister

Official Seal
Diwan of Presidency Council of Ministers
Telegraphs

1/15/2005 1:40 PM (2K)
Jeddah 42959 v1 [42959_1.DOC]

Law Office of Hassan Mahassni - Translation Department - Translation Licence No. 23

المحامي حسان المحاسني - قسم الترجمة - ترخيص ترجمة رقم ٢٣

بسم الله الرحمن الرحيم

المملكة العربية السعودية
ديوان رئاسة مجلس الوزراء

الرقم ٧/ب/٨٩٠٠
التاريخ ١٤٢٠/٨/١٠هـ
المرفقات

# برقيـــه

صاحب السمو الملكي وزير الداخليـــــــة
المشرف العام على اللجنة السعودية المشتركة لاغاثة شعب كوسوفا
نسخة لصاحب السمو الملكي وزير الخارجيـة
نسخة لمعالي وزيــــــر الأعـــــــلام
نسخة لمعالي وزير المالية والاقتصاد الوطني

اطلعنا على برقية سموكم الخطية رقـم ٧٣٣/ر وتـاريخ ١٤٢٠/٧/٢٢هـ المشـار فيها إلى ماخلفته الحرب في الشيشان من آثار على المسلمين هنـاك إذ تركت وراءهـا أكثر من مائتي ألف لاجئ على الحدود الشيشانية مع انفوشيا وداغستان.

وماأوضحتموه - سموكم - من أنه قد اتصل باللجنة السعودية المشتركة لاغاثة شعب كوسـوفا العديـد مـن المواطنـين والمؤسسـات الاغاثيـة يؤكـدون رغبتـهم في تقديـم المساعدات لإخوانهم المسـلمين هنـاك، وقـد أيـد ذلـك كـل مـن معـالي وزيـر الشـؤون الاسلامية والاوقاف والدعوة والارشاد ومعالي الأمين العام لرابطة العـالم الاسـلامي.. كمـا أن معالي رئيس جمعية الهلال الأحمر السعودي اجتمع مع سعادة السفير الروسي بالمملكة بناءً على طلبه وموافقة سموكم على ذلك، وقد أكد السفير الروسي بأن الحكومـة الروسـية سوف ترحب بقبول المساعدات السعودية بـل أنـها ستؤكد على الصـورة المشـرقة لعطـاء المملكة واسهاماتها الاغاثية الانسانية وتبدد الصورة التي تثيرها بعض وسائل الاعـلام في تشويه سمعة المملكة وعلاقاتها مع روسيا، كما أن المؤسسات الاغاثية قد بدأت تتواجـد في الساحة لتقديم المعونات والمساعدات للمشردين الشيشان.. واقـتراح سموكـم السـماح بتقديم المساعدات وأن يناط باللجنة السعودية المشتركة الإشراف على أعمال الاغاثة هذه وابراز ماتقدمه المملكة اعلامياً وتوثيق هذه المساعدات دولياً..،

ونخبركم بموافقتنا على ذلك.. فأكملوا مايلزم بموجبه.،،،

عبدالله بن عبدالعزيز
نائب رئيس مجلس الوزراء

**Exhibit 7**

Al-Buthe Motion to Dismiss
(May 9, 2005)

No. 03 MDL 1570 (RCC)



# اللجنة السعودية المشتركة
# لإغاثة كوسوفا والشيشان
# ( لجنة الشيشان )

٣/ش/٦٠٣
١٤٢٠/٨/٢١ هـ

بسم الله الرحمن الرحيم

الحمد لله رب العالمين والصلاة والسلام على رسوله الأمين

**الأخ الفاضل / مدير عام مؤسسة الحرمين الخيرية** **حفظه الله**

السلام عليكم ورحمة الله وبركاته ، وبعد :

إشارة إلى خطاب معالي رئيس اللجنة السعودية المشتركة رقم ١/ر/٥٩٢ وتاريخ ١٤٢٠/٨/١٩هـ بخصوص تكليفنا برئاسة لجنة الشيشان باللجنة السعودية المشتركة وحيث أن قضية الشيشان تتطلب منا تفاعلاً كبيراً خلال هذه الأيام ، تقرر الآتي :

أن تقوم كل مؤسسة خيرية بجمع التبرعات عاجلاً ، باسم اللجنة السعودية المشتركة لإغاثة كوسوفا والشيشان حسب الضوابط الآتية :

١- يخرج شعار اللجنة السعودية المشتركة وشعار المؤسسة الخيرية حسب النموذج المرفق .

٢- لا يتم الجمع إلا بطاقات رسمية تحمل شعار اللجنة المشتركة وشعار المؤسسة ( مرفق نموذج ) .

٣- جميع المطبوعات الإعلامية بأنواعها وصناديق التبرعات يوضع عليها شعار اللجنة السعودية المشتركة وشعار المؤسسة الخيرية .

٤- يتم إيداع المبالغ في الحساب الموحد رقم ٤٨ للزكاة ورقم ٤٩ للتبرعات العامة في شركة الراجحي المصرفية والبنك الأهلي التجاري للخدمات المصرفية الإسلامية يوم الأحد من كل أسبوع ويتم التحويل المالي إلى الأمانة العامة .

٥- تزود الإدارة المالية بالأمانة العامة للجنة المؤسسات بكشف حساب يوم الثلاثاء من كل أسبوع ورصيد كل مؤسسة

٦- يتم إعلامكم عن الدخولات كل يوم سبت .

وجزاكم الله خيراً

والسلام عليكم ورحمة الله وبركاته ...

**رئيس لجنة إغاثة الشيشان**

**عضو اللجنة السعودية المشتركة لإغاثة كوسوفا والشيشان**

**تركي بن فهد بن جلوي آل سعود**

هيئة الإغاثة الإسلامية العالمية ٠٢/٨٤٢٩٧٥٨ الهلال الأحمر السعودي ٠١/٤٧٤٠٠٢٧ مؤسسة الوقف الإسلامي ٠١/٤٦٤٦٩٦٥
الندوة العالمية للشباب الإسلامي ٠١/٤٦٤١٦٦٣ مؤسسة الحرمين الخيرية ٠١/٤٦١١٥٢٤
الأمانة العامة الرياض هاتف : ٠١/٤١٩٣٥٣٠ فاكس : ٠١/٤١٩٣٥٤٢
الحساب الموحد رقم ٤٨ للزكاة - ٤٩ للتبرعات العامة بشركة الراجحي المصرفية ...

**Exhibit 8**

Al-Buthe Motion to Dismiss
(May 9, 2005)

No. 03 MDL 1570 (RCC)



**DECLARATION OF VLADIMIR MATUSEVITCH**

I, Vladimir Matusevitch, declare and state as follows:

1. I am over 18 years of age and competent to testify to the matters set forth below of my own personal knowledge.

2. This declaration is being given at the request of counsel for the Al Haramain Islamic Foundation, Inc. (U.S.A.) ("AHIF").

3. I am a native of the former Soviet Union, and received my education at the State Institute of Arts, Department of the History and Theory of Arts, Moscow (M.A., 1958), and my doctorate at the USSR Academy of Sciences, Institute of Arts History (Ph.D., 1961). I was employed as an editor at the "Soviet Culture" newspaper in Moscow (1961-1963) and as a Senior Research Fellow in the Institute of Arts History, Moscow (1963-1968). I am fluent in Russian and English.

4. In 1968, I defected to Western Europe.

5. In 1969, I was hired as a freelance journalist by *Radio Liberty*, which was funded by the United States government. I rose through the ranks at *Radio Liberty*, and was promoted to positions of increasing editorial and managerial responsibility, with an emphasis on reporting about issues relating to the former Soviet Union, particularly political topics. In September 1987, I was promoted to Chief Editor of the Russian Broadcasting Department, and in October 1988, I was promoted to Department Director of the Russian Broadcasting Department. In 1992, I received another promotion, to Special Correspondent, and was transferred from Munich (Germany) to the Washington, D.C. office. The Special Correspondent position allowed me to devote more of my time to reporting and analysis of Russian politics.

6. My responsibilities in these positions included analyzing the wide range of

Russian-language media and government reports about Russian and Soviet issues, in order to broadcast an honest and fair appraisal of the political situation in the Soviet Union, and in its former republics, including Russia, after the breakup of the Soviet Union. The Western news media reported on my news coverage, which won praise for its honest and candid treatment of these complex political issues, particularly those relating to the breakup of the Soviet Union and the ensuing political turmoil in many of the former republics.

7. While at *Radio Liberty* to the current time, I have subscribed to, and read, numerous Russian-language publications, both those published within Russia, as well as émigré and other Western publications.

8. I have been retired since 1995, but I have continued to maintain my interests in Russian political issues, including those relating to internal conflicts involving Russia and various entities that are seeking independence from Russia.

9. I have reviewed the original Russian documents that were provided to me by counsel for AHIF, and have prepared English translations of those documents.

10. Exhibit A to this Declaration is a document titled Memorandum of Understanding, dated December 8, 1999. It is a memorandum signed by Y.L. Vorobyov, on behalf of the Ministry of the Russian Federation for Civil Defence, Emergencies and Elimination of Consequences of Natural Disasters, and Dr. Abdul Rahman Al Swailem, on behalf of the Saudi Joint Relief Committee for Kosovo and Chechnya, and is an agreement to allow the Saudi Joint Relief Committee for Kosovo and Chechnya to carry out humanitarian aid to refugees in the northern Caucasus.

11. Exhibit B to this Declaration is a document titled Certificate No. 9927, dated October 30, 2000. It is a certificate of registration for foreign corporations, assigned to the Saudi

Red Crescent, signed by V. P. Seryogin of the Russian Federation's Ministry of Justice, and is good for three years, until October 30, 2003.

12. Based on my qualifications and expertise, as set forth in Paragraphs 3-8, *supra*, I attest that the English translations are true and accurate translations of the original Russian documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

VLADIMIR MATUSEVITCH

Executed on this 23 day of Aug, 2004.

Unterschriftsbeglaubigung
-UR 71/2004-
Die vorstehende, vor mir vollzogene Unterschrift des Herrn Vladimir B. Matusevitch, geboren am 24.02.1936 in New York, wohnhaft in An der Obertrave 29, 23552 Lübeck -ausgewiesen durch Reisepass der U.S.A., Reisepassnummer Nr. 710761773-
beglaubige ich hiermit, nachdem die Frage nach einer Vorbefassung des Notars im Sinne von § 3 I Nr.7 BeurkG von dem Beteiligten und dem Notar verneint worden ist.

Lübeck, den 23. August 2004

Notar

EKKEHARD ... NOTAR IN ...

Kostenrechnung:
Geschäftswert: 3000,00 € (gem. § 30 II KostO)

| | |
|---|---|
| Gebühr gem. §§ 32, 141, 45 KostO | 10,00 EUR |
| Gebühr gem. §§ 152, 137 KostO | 1,50 EUR |
| 16 % Mehrwertsteuer | 1,84 EUR |
| Rechnungsbetrag | 13,34 EUR |

Lübeck, den 23. August 2004

Notar

Memorandum of understanding between The Ministry of the Russian Federation for Civil Defence, Emergencies and Elimination of Consequences of Natural Disasters (Emercom of Russia) and The Saudi Joint Relief Committee for Kosovo and Chechnya about the measures of Saudi humanitarian aid to temporarily displaced persons in North-Caucasus region.

Proceeding from the need of tens of thousands of people for humanitarian aid,

Based on the Saudi's side desire to contribute in the mitigation of the fate of those people,

Considering understanding by the Russian side for noble intentions by Saudi initiative,

Fulfilling the wish by both sides to properly organise aid providing,

The Ministry of the Russian Federation for Civil Defence, Emergencies and Elimination of Consequences of Natural Disasters (further Emercom) and The Saudi Joint Relief Committee for Kosovo and Chechnya (further Committee) have reached mutual understanding by measures for providing humanitarian aid according the following:

1. The Committee is organising its work in close and permanent cooperation with the Emercom and other representatives for federal agencies of Russian Federation.
2. The Committee will provide its humanitarian aid to the temporarily displaced persons in northern Caucasus.
3. The Emercom will help to organise the transportation of the aid from the Kingdom and, by inquiry from Saudi side, will assist to purchase goods on Russian market.
4. The Committee, in cooperation with Emercom, will directly participate in distribution of aid among needy through working team authorised by The Committee and approved by Russian side.
5. The Committee in coordination with the Emercom and regional authorities will participate in the reconstruction of mosques and other units in Dagestan and Chechnya after a survey conducted locally.
6. The Committee will inform via press and television about its provision of humanitarian aid in coordination and with help from Russian side.
7. The Committee undertakes an obligation to provide to The Emercom detailed information about humanitarian aid as well as to inform The Ministry of Foreign Affairs of Russian Federation about all components of aid.
8. The Committee will transport goods to warehouses on own expense, but delivery to the affected areas will be accomplished by Emercom's means of transportation accompanying by representatives of Committee's working team and with right to put its logos on Emercom's means of transportation.

**Exhibit A**
Declaration of Vladimir Matusevitch

9. The Committee – in coordination with The Emercom – can establish a new tent camp for displaced persons or sponsor one of already existing tent camps while providing all necessary help for its inhabitants.
10. The Emercom and The Committee will closely cooperate in opening the Committee's temporary office in Moscow and its branch in Vladikavkaz in order to carry out propositions of this Memorandum.
11. The Emercom will help The Committee to rent a suitable warehouse.
12. Each side concerning the Memorandum is represented by coordinator: The Committee by Mr. Majid Al Turki, The Emercom by Department for Foreign Cooperation.
13. This Memorandum has been prepared in two authentic copies in Arabic and Russian languages. Both copies have equal legal validity.

Both sides will cooperate to effectively carry out this noble task and try to reach outlined goals.

For The Ministry of the Russian Federation for civil defence, emergencies and elimination of consequences of natural disasters: Y.L.Vorobyov, first Deputy Minister.

For The Saudi Joint Relief Committee for Kosovo and Chechnya: Dr. Abdul Rahman Al Swailem, Chairman of The Committee, Chairman of The Saudi Red Crescent Society.

Moscow, Dec. 8 1999

17-AUG-2004 15:36 FROM SOL0966 TO 0012027452627 P.02

МИНИСТЕРСТВО РОССИЙСКОЙ ФЕДЕРАЦИИ ПО ДЕЛАМ ГРАЖДАНСКОЙ ОБОРОНЫ, ЧРЕЗВЫЧАЙНЫМ СИТУАЦИЯМ И ЛИКВИДАЦИИ ПОСЛЕДСТВИЙ СТИХИЙНЫХ БЕДСТВИЙ (МЧС РОССИИ)

MINISTRY OF THE RUSSIAN FEDERATION FOR CIVIL DEFENCE, EMERGENCIES AND ELIMINATION OF CONSEQUENCES OF NATURAL DISASTERS (EMERCOM OF RUSSIA)

Fax: 924-8410 (day and night)
Voice: 926-35-90

103012, Moscow, Theatralny proezd, 3

Teletype: 114-533 OPERON SU
Internet: dms@emercom.gov.ru

**Меморандум о взаимопонимании между Министерством Российской Федерации по делам гражданской обороны, чрезвычайным ситуациям и ликвидации последствий стихийных бедствий (МЧС России) и Межведомственным Саудовским Комитетом по оказанию гуманитарной помощи Косово и Чечне о мерах по оказанию саудовской гуманитарной помощи временно перемещенным лицам в Северо-Кавказском регионе**

Исходя из того, что десятки тысяч людей нуждаются в гуманитарной помощи,

Основываясь на желании саудовской стороны принять участие в облегчении их участи,

Учитывая понимание российской стороной высоких целей саудовской инициативы,

Выполняя желание двух сторон совместно организовать предоставление помощи, было достигнуто взаимопонимание между Министерством по чрезвычайным ситуациям РФ (далее МЧС России) и Межведомственным Саудовским Комитетом по оказанию гуманитарной помощи Косово и Чечне (далее Комитет) о мерах по предоставлению гуманитарной помощи в соответствии с нижеследующим:

1. Комитет организует свою работу при тесном взаимодействии с МЧС России и другими представителями федеральных органов российской власти.

2. Комитет будет предоставлять гуманитарную помощь временно

**مذكرة التفاهم بين وزارة روسيا الاتحادية لشؤون الدفاع المدني والطوارئ وإزالة عواقب الكوارث الطبيعية (وزارة الطوارئ لروسيا) واللجنة السعودية المشتركة لإغاثة كوسوفا والشيشان حول تقديم المساعدة الإنسانية السعودية للنازحين بصورة مؤقتة في منطقة القوقاز الشمالي**

انطلاقا من حاجة عشرات الألوف من الناس للمساعدة الإنسانية،

وبناء على رغبة الجانب السعودي في الإسهام لتخفيف معاناتهم،

ونظرا لتفهم الجانب الروسي للأهداف السامية للمبادرة السعودية،

وتنفيذا لرغبة الطرفين في التعاون لتنظيم هذه المساعدات، فقد تم التفاهم بين وزارة الطوارئ لروسيا الاتحادية (سيرمز إليها لاحقا وزارة الطوارئ) من جهة، واللجنة السعودية المشتركة لإغاثة كوسوفا والشيشان (سيرمز إليها لاحقا اللجنة) من جهة أخرى حول إجراءات خاصة بترتيب تقديم مساعدات إغاثية وفق الآتي:

أولا، تقوم اللجنة السعودية المشتركة بتنظيم عملها بالتعاون الوثيق مع وزارة الطوارئ لروسيا وغيرها من الهيئات الفدرالية الروسية.

ثانيا، تقدم اللجنة مساعداتها الإغاثية الإنسانية

перемещенным лицам в Северо-Кавказском регионе.

3. МЧС России будет содействовать организации доставки помощи из Королевства и, по просьбе саудовской стороны, оказывать необходимое содействие в приобретении товаров на российском рынке.

4. Комитет, при взаимодействии с МЧС России, будет принимать непосредственное участие в процессе распределения помощи среди нуждающихся через рабочую группу, уполномоченную Комитетом и согласованную с российской стороной.

5. Комитет, при взаимодействии с МЧС России и органами местной власти в регионе, будет принимать участие в восстановлении мечетей и других объектов в Дагестане и Чечне после определения на месте необходимых объемов работ.

6. Комитет, при координации и содействии российской стороны, будет освещать через СМИ процесс оказания помощи.

7. Комитет обязуется обеспечивать МЧС России подробной информацией о гуманитарной помощи, а также информировать МИД Российской Федерации о всех составляющих помощи.

8. Комитет будет осуществлять транспортировку помощи до складского помещения за свой счет. Доставка гуманитарного груза до мест раздачи будет осуществляться с помощью транспортных средств МЧС России в сопровождении представителей рабочей группы Комитета, которые имеют право обозначать транспортные средства МЧС эмблемой Комитета.

9. Комитет, во взаимодействии с органами местной власти и при координации с МЧС России, может создать новый палаточный городок для переселенцев или взять полностью на себя обеспечение всем необходимым одного из существующих палаточных городков.

10. МЧС России и Комитет будут тесно сотрудничать в открытии временного бюро Комитета в Москве и

للنازحين بصورة مؤقتة في منطقة القوقاز الشمالي.

ثالثا، إن وزارة الطوارئ تسهم في تنظيم نقل المساعدات من المملكة، كما تسهم، في حالة طلب الطرف السعودي ، في اقتناء البضائع من السوق الروسية.

رابعا، تشرف اللجنة بشكل مباشر علي عملية توزيع المساعدات علي المحتاجين من خلال فريق عمل تكلفه اللجنة ويوافق عليه الطرف الروسي وذلك بالتنسيق مع وزارة الطوارئ.

خامسا، تسهم اللجنة، بالتنسيق مع وزارة الطوارئ في روسيا وهيئات السلطات المحلية في المنطقة، في إعادة إعمار المساجد وغيرها من المنشآت في داغستان والشيشان، بناء علي مسح ميداني تقوم به اللجنة لتقدير الاحتياجات.

سادسا، تقوم اللجنة، بالتنسيق مع الطرف الروسي وبمساعدته، بتغطية عملية تقديم المساعدات عبر وسائل الإعلام العامة.

سابعا، تلتزم اللجنة بموافاة وزارة الطوارئ ببيانات مفصلة عن المساعدات الإغاثية ، وإطلاع وزارة الخارجية الروسية على تفاصيل المساعدات.

ثامنا،تقوم اللجنة بنقل المساعدات الى المستودع على نفقاتها الخاصة ولها أن تستعين بسيارات الشحن التابعة لوزارة الطوارئ لنقل المساعدات الى أماكن توزيعها برفق ممثلي فريق عمل حيث يحق لهم لصق شعار اللجنة على سيارات وزارة الطوارئ.

تاسعا، يمكن للجنة، بالتعاون مع هيئات السلطة المحلية وبالتنسيق مع وزارة الطوارئ الروسية، إنشاء مخيم جديد للنازحين أو كفالة مخيم قائم يكون تحت إشرافها المباشر مع تلبية كافة احتياجات المخيم .

عاشرا، تعاون اللجنة ووزارة الطوارئ بصورة وثيقة في فتح مكتب مؤقت للجنة في موسكو وفرع له في فلاديقوقاز للإشراف على تنفيذ أحكام هذه

его отделения во Владикавказе для реализации положений меморандума.

11. МЧС России окажет содействие Комитету в аренде подходящего склада во Владикавказе.

12. Координаторами сторон по данному Меморандума являются: от Комитета- г-н Маджед Ат-Турки, от МЧС РФ–Департамент международного сотрудничества.

13. Меморандум составлен в двух подлинных экземплярах на арабском и русском языках, по одному каждой из сторон, и оба экземпляра имеют одинаковую юридическую силу.

Обе стороны будут сотрудничать в достойном осуществлении этого благородного дела, стремясь достичь намеченных целей.

المذكرة.

حادي عشر، تساعد وزارة الطوارئ اللجنة على استئجار مستودع مناسب في فلاديقوقاز.

ثاني عشر، حدد الطرفان المنسقين لمتابعة تنفيذ هذه المذكرة: عن اللجنة د.ماجد التركي وعن وزارة الطوارئ – إدارة التعاون الدولي.

ثالث عشر، حررت المذكرة على نسختين أصليتين باللغة العربية والروسية ويحتفظ كل طرف بنسخة منها وللنسختين نفس القوة القانونية.

وسوف يتعاون الطرفان على تحقيق هذا العمل النبيل بصورة مشرفة سعيا منهما لبلوغ الأهداف المرجوة.

**От Министерства Российской Федерации по делам гражданской обороны, чрезвычайным ситуациям и ликвидации последствий стихийных бедствий (МЧС России):**
**Первый заместитель министра**
**Воробьев Ю.Л.**

عن/ وزارة روسيا الاتحادية لشؤون الدفاع المدني والطوارئ وإزالة عواقب الكوارث الطبيعية (وزارة الطوارئ):
نائب أول للوزير يوري فوروبيوف

**От Межведомственного Саудовского Комитета по оказанию гуманитарной помощи Косово и Чечне:**
**Д-р Абдель Рахман Ас-Сувейлим, председатель Комитета, председатель Общества Красного Полумесяца Саудовской Аравии**

عن/اللجنة السعودية المشتركة لإغاثة كوسوفا والشيشان
الدكتور عبد الرحمن عبد العزيز السويلم،
رئيس اللجنة ورئيس جمعية الهلال الأحمر السعودي

**Москва, 8 декабря 1999 года**

موسكو، ٨ ديسمبر ١٩٩٩م

THE STATE REGISTRATION CHAMBER AT THE RUSSIAN FEDERATION'S MINISTRY OF JUSTICE

THE CERTIFICATE   No.  9927

Of inclusion in the Consolidated State Register of representations of foreign companies accredited within the territory of the Russian Federation.

The representation of the humanitarian society "Saudi Red Crescent" (Saudi Arabia)

City of Moscow
          Authorised by  SRC  in No. 6126  at 30.10.2000

The certificate is valid until 30 October 2003

          The Chairman                    V.P. Seryogin

Sealed                                        30 October 2000

**Exhibit B**
Declaration of Vladimir Matusevitch



# ГОСУДАРСТВЕННАЯ РЕГИСТРАЦИОННАЯ ПАЛАТА

при Министерстве юстиции Российской Федерации

# СВИДЕТЕЛЬСТВО

**№ 9927**

*О ВНЕСЕНИИ В*

СВОДНЫЙ ГОСУДАРСТВЕННЫЙ РЕЕСТР

*АККРЕДИТОВАННЫХ НА ТЕРРИТОРИИ РОССИЙСКОЙ ФЕДЕРАЦИИ ПРЕДСТАВИТЕЛЬСТВ ИНОСТРАННЫХ КОМПАНИЙ*

***Представительство***
***Гуманитарное общество "Саудовский Красный Полумесяц"***
***(Саудовская Аравия)***
***г.Москва***

( разрешение ГРП РФ № 6126 от 30.10.2000 )

*СВИДЕТЕЛЬСТВО ДЕЙСТВИТЕЛЬНО ДО*

***30 октября 2003 г.***

Председатель В.П.СЕРЁГИН

*М.П.* *30 октября 2000 г.*