**Exhibit 9**

Al-Buthe Motion to Dismiss
(May 9, 2005)

No. 03 MDL 1570 (RCC)

## AL RAJHI BANKING & INVESTMENT CORP.

Saudi Joint Stock Corp. · Capital S.R. 750,000,000
C.R. 96 · Head Office : P.O.Box 28 · Riyadh 11411



شركة الراجحي المصرفية للاستثمار
شركة مساهمة سعودية ـ رأس المال ٧٥٠٠٠٠٠٠٠ ريال
س.ت ٩٦ ـ المركز الرئيسي : ص.ب ٢٨ الرياض ١١٤١١

٥٢٨٢٨

| BRANCH | الفرع | | DATE | التاريخ |

**COLLECTION OF
FOREIGN CURRENCY CHEQUES**
*USE SEPARATE FORM FOR EACH CURRENCY*

| CURRENCY | العملة |

تحصيل الشيكات بالعملة الاجنبية
يستخدم نموذج منفصل لكل عملة

| المبلغ بالاجنبي CURRENCY AMOUNT | | DRAWEE BANK | البنك المسحوب عليه | CHEQUE NUMBER رقم الشيك |
|---|---|---|---|---|
| | | Bank of America | | |
| | | | | |
| | | | | |
| | | | | |

اشعار العميل
نموذج ١٢٥ جزء خامس
CUSTOMER ADVICE
Form 125 Part 5

| السعر RATE |
| اجمالي الريال SR. TOTAL |

الى
TO →

| CUSTOMER NAME AND ADDRESS | اسم العميل وعنوانه |
|---|---|
| | |
| TELEPHONE NUMBER | رقم الهاتف |
| ACCOUNT NUMBER | رقم الحساب |

١ ـ استلمنا القيمة وقيدت لحسابكم /الرجاء حضورك لاستلامها .
٢ ـ اعيدت الشيكات مرفوضة ، مرفقة لكم طيه /رجاء الحضور لاستلامها .

1. Proceeds have been received and - Credited to your Account/Await your collection.
2. The cheques have been returned unpaid. Please-find Attached/Call and collect.

| SIGNATURE | التوقيع |

| DATE | التاريخ |

أوافق على خصم أى مصاريف مستقطعة من قبل المراسل
I HEREBY AGREE TO BE DEBITED WITH ANY CHARGE DEDUCTED
BY THE CORRESPONDENT.



**Bank of America**

PO. Box 6400 • Portland, Oregon 97228-6400

AL HARAMAIN FOUNDATION
PURCHASER

PAY ******* TWENTY ONE THOUSAND AND 00/100

To
The
Order
Of
/// SOLIMAN ALBUTHE///

VOID AFTER 90 DAYS

24-7038/3230  **100104 0568**

Cashier's Check

03/11/00
DATE

$ *21,000.00

AUTHORIZED SIGNATURE

TWO SIGNATURES REQUIRED FOR AMOUNTS OVER $250,000.

⑈100104056811⑈ 1:323070388001: 2847040401311⑈

**Exhibit 10**

Al-Buthe Motion to Dismiss
(May 9, 2005)

No. 03 MDL 1570 (RCC)

**AL RAJHI BANKING & INVESTMENT CORP.**

Saudi Joint Stock Corp. – Capital S. R. 1500,000,000
C. R. 96 – Head Office: P. O. Box 28 – Riyadh 11411

شركة الراجحي المصرفية للاستثمار
شركة مساهمة سعودية ـ رأس المال ١٥٠٠,٠٠٠,٠٠٠ مليون ريال
س.ت ٩٦ ـ المركز الرئيسي: ص.ب ٢٨ الرياض ١١٤١١

**CUSTOMER COPY**                                    نسخة العميل

BRANCH _____ الفرع _____ DATE _____ التاريخ ١٢/١٤/١٤٢٢

| | | | CURRENCY نوع العملة | |
|---|---|---|---|---|

**PURCHASE OF TRAVELLERS CHEQUES**                شـــراء الشيـــكات السـياحيـــة

USE SEPARATE FORM FOR EACH CURRENCY        يستخدم نموذج منفصل لكل عملة

USD

| المبلغ AMOUNT | العدد × الفئة QTY × DENOMINATION | الرقم المسلسل SERIAL NUMBERS | البنك BANK |
|---|---|---|---|
| 130 000 | 130X100 | GB019-375-240-369 | AMERICAN EXPRESS |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| 130000 | اجمالي العملة CURRENCY TOTAL | ONLY فقط | |

RATE السعر 3-745

ريال S.R. 486850

Clerk الموظف المختص

TO BE COMPLETED BY CUSTOMER        يملأ بواسطة العميل

FULL NAME        الاسم بالكامل

ADDRESS        العنوان

TELEPHONE NUMBER        رقم الهاتف

SIGNATURE        التوقيع

بيانات اثبات الشخصية
**DETAILS OF IDENTIFICATION**

NUMBER        الرقم

PLACE OF ISSUE/NATIONALITY        مكان الاصدار / الجنسية

DATE OF EXPIRY        تاريخ الانتهاء

FORM 123 PART 3        نموذج ١٢٣ الجزء الثالث

**Exhibit 11**

Al-Buthe Motion to Dismiss
(May 9, 2005)

No. 03 MDL 1570 (RCC)



مؤسسة الحرمين الخيرية
المكتب الرئيسي
الشؤون المالية ـ الرياض

AL-HARAMAIN ISLAMIC
FOUNDATION
Riyadh Office

No. 262740

التاريخ    ١٨ / ١١ / ١٤٢٢هـ

Received From:
The Sum of Saudi Riyals:
In Cash / Cheque No.:
In Respect of:

المحاسب
المدير

**Exhibit 12**

Al-Buthe Motion to Dismiss
(May 9, 2005)

No. 03 MDL 1570 (RCC)

# AL-HARAMAIN ISLAMIC
# FOUNDATION
Riyadh Office

مؤسسة الحرمين الخيرية
المكتب الرئيس
الشرعة المالية – الرياض

التاريخ ١٤ / ١ / ١٤٢٤هـ
رقم ٤٧٩٥١٤

No. 263867

| الجهة/البند | الحساب الدائن |
|---|---|
| | ٩٨٨٩ |

**Received From:** ..................................

**The Sum of (Riyals)** .......................................

**In Cash / Cheque No.:** .........................

**In Respect of:** .....................................

وصلنا من الأخ ...........................
مبلغ وقدره .....................................
نقدا / بشيك رقم .....................................
وذلك عن .....................................

المحاسب

المشرف

المدير

المملكة العربية السعودية – جدة
الأصل للمشترك – صورة للحسابات – صورة للجهة

**Exhibit 13**

Al-Buthe Motion to Dismiss
(May 9, 2005)

No. 03 MDL 1570 (RCC)

مكتب

# د. باسم عبد الله عالم
الترجمة
**Translation Office of**

## BASSIM A. ALIM, Esq.

Date: 27/05/2004 AD
Ref.: 14274/01/01

التاريخ: ٠٨/٠٤/١٤٢٥هـ الموافق ٢٧/٠٥/٢٠٠٤م

الرقـم: ٠١/٠١/١٤٢٧٤

### TRANSLATION

ترجـــمـــة

This document was translated for official use.

تمت هذه الترجمة لتقديمها للجهات الرسمية التي طلبها.

This document consists of (3) pages as per the following sequence: -

وهـي مكونـة من (٣) صفحـات بحسـب الترتيب أدنـاه: –

1- This cover.

١– صفحة الغلاف.

2- The translation      (English).

٢– الصفحة/الصفحات المترجمة    (إنجليزي).

3- The translated page/s    (Arabic).

٣– الصفحة/الصفحات المترجم منها    (عربي).

This translation is deemed to be complete provided that all the above documents are attached and intact. We testify to the accuracy of the translation without any responsibility for the contents.

ولا تعتبر هذه الترجمة كاملة إلا بوجود جميع الصفحات دون أي تعديل أو حذف أو إضافة، بما في ذلك صور الصفحات المترجم منها، كما أن المكتب لا يتحمل أية مسؤولية عن صحة المحتويات.

باسم عبد الله عالم

Bassim A. Alim, Esq.

٢٧-٥-٢٠٠٤

License No. 235
J.C.C. 47257

هذه الترجمة مكونة من (٢) صفحات خاصة توثيق المكتب بالصفحة الأول التعريف:

(إضافة إلى صفحة واحدة مترجم منها) وذلك حسب الترقيم الموجود في أسفل الصفحة والصفحات المشهورة تحمل المكتب

This translation consists of (3) pages including this first page bearing the office seal as per page numbering.

01/01/14274/080425H. 270504AD/AM

page -1-

شارع ولي العهد بناية جبير، الدور الرابع شقة ١٧، ص.ب ١٠٣٦١ جدة ٢١٤٢٣ المملكة العربية السعودية، هاتف ٦٥١٠٣٢١و٦٥١٠٣٦٣ / ٦٥١٠٣٦٣ فاكس ٦٥١٠٨٤٦، ترخيص رقم ٢٣٥، ت.ح.ت.ج. رقم ٤٧٢٥٧

Wali Al-Ahd St., Abeer Bldg. Suite No. 17, P.O. BOX 10361 Jeddah 21443 Kingdom of Saudi Arabia. Phone No. 651-3321/651-0363 Fax No.651-0846 , License No. 235 , J.C.C. No. 47257

## AFFIDAVIT OF Al HARAMAIN ISLAMIC FOUNDATION

1. Al Haramain Foundation starts fundraising campaign for relief Muslim in Chechnya in 1999.

2. Normally the collection of the fundraise (Cash & Cheques) take the following steps:-

   a. To Issue a receipt voucher to the donor.

   b. Deposited all fundraise ( Cash & Cheques) in Al Haramain bank account at Al Rajhie banking & investment co.

   c. The cashier submit to the financial department all (cash/cheques) deposit receipts with copies of receipt vouchers for checking and ordination, then our department will give a notice to the committees to proceed and follow-up the relief and humanitarian works accordingly .

3. In March 2000 our Cashier  received an amount of (SR.703.514.00) in cash from Soliman Bin Hamad Al Buthi, which is the total fundraise collected by Al-Haramain U.S. office  for relief of Muslims in Chechnya.

4. Accordingly, we follow the steps mentioned above and issued a receipt voucher number (262740) and (263867). The money was spent in Humanitarian and relief work for Chechen refugees.

5. Executed on the 3rd of May, 2004, in the Kingdom of Saudi Arabia.

Khalid Bin Obaid Azzahri

In his official capacity as the Financial & Administrative Manager





**AL-HARAMAIN ISLAMIC FDN.**

**Head Office - Riyadh**

مؤسسة الحرمين الخيرية

المكتب الرئيس – الرياض

*Ref :* ..........................................

*Date :* ..........................................

الرقم : ..........................................

التاريخ : ..........................................

<u>إفادة من مؤسسة الحرمين الخيرية</u>

١. لقد بدأت مؤسسة الحرمين الخيرية حملة جمع تبرعات لإغاثة مسلمي الشيشان في عام ١٩٩٩م.

٢. عادة تجمع التبرعات النقدية والشيكات في الصندوق وفق الخطوات التالية:

أ– تحرير سند قبض للمتبرع باستلام المبلغ

ب– تودع المبالغ النقدية والشيكات في الحساب الخاص بالمؤسسة في شركة الراجحي المصرفية للاستثمار

ت– تُسلم سندات الإيداع مع صورة من سند القبض للإدارة المالية بالمؤسسة للتدقيق والمتابعة، وتُبلغ اللجان العاملة بذلك لتنفيذ ومتابعة الأعمال والإغاثية والإنسانية وفقاً لذلك.

٣. في شهر مارس من عام ٢٠٠٠م استلم الصندوق من سليمان بن حمد البطحي مناولة مبلغ نقدي قدره (٧٠٣٥١٤ ريال)، عبارة عن إجمالي قيمة التبرعات التي جمعت بواسطة مكتب المؤسسة في أمريكا لصالح إغاثة مسلمي الشيشان

٤. بناءً عليه تم إتباع الخطوات التي تم ذكرها أعلاه وحررت سندات قبض برقم (٢٦٢٧٤٠) ورقم (٢٦٣٨٦٧). وقد صرف المبلغ المذكور في الأعمال الإغاثية والإنسانية للاجئين الشيشانين.

٥. حرر في يوم الأحد الموافق ٣ مايو من عام ٢٠٠٤م

مساعد المدير العام للشئون المالية والإدارية

خالد بن عبيد الظاهري



