**Exhibit 14**

Al-Buthe Motion to Dismiss
(May 9, 2005)

No. 03 MDL 1570 (RCC)

## DECLARATION OF VLADIMIR MATUSEVITCH

I, Vladimir Matusevitch, declare and state as follows:

1.     I am over 18 years of age and competent to testify to the matters set forth below of my own personal knowledge.

2.     This declaration is being given at the request of counsel for the Al Haramain Islamic Foundation, Inc. (U.S.A.) ("AHIF") to respond to the materials produced by the Treasury Department's Office of Foreign Assets and Control ("OFAC") as the basis for the possible designation of AHIF as a terrorist organization under Executive Order 13224 and the International Emergency Economic Powers Act, 50 U.S.C. § 1701 *et seq.*

3.     I am a native of the former Soviet Union, and received my education at the State Institute of Arts, Department of the History and Theory of Arts, Moscow (M.A., 1958), and my doctorate at the USSR Academy of Sciences, Institute of Arts History (Ph.D., 1961). I was employed as an editor at the "Soviet Culture" newspaper in Moscow (1961-1963) and as a Senior Research Fellow in the Institute of Arts History, Moscow (1963-1968). I am fluent in Russian and English.

4.     In 1968, I defected to Western Europe.

5.     In 1969, I was hired as a freelance journalist by *Radio Liberty*, which was funded by the United States government. I rose through the ranks at *Radio Liberty*, and was promoted to positions of increasing editorial and managerial responsibility, with an emphasis on reporting about issues relating to the former Soviet Union, particularly political topics. In September 1987, I was promoted to Chief Editor of the Russian Broadcasting Department, and in October 1988, I was promoted to Department Director of the Russian Broadcasting Department. In 1992, I received another promotion, to Special Correspondent, and was transferred from Munich

(Germany) to the Washington, D.C. office.  The Special Correspondent position allowed me to devote more of my time to reporting and analysis of Russian politics.

6.       My responsibilities in these positions included analyzing the wide range of Russian-language media and government reports about Russian and Soviet issues, in order to broadcast an honest and fair appraisal of the political situation in the Soviet Union, and in its former republics, including Russia, after the breakup of the Soviet Union.  The Western news media reported on my news coverage, which won praise for its honest and candid treatment of these complex political issues, particularly those relating to the breakup of the Soviet Union and the ensuing political turmoil in many of the former republics.

7.       From the time I was employed at *Radio Liberty* to the present, I have subscribed to, and read, numerous Russian-language publications, both those published within Russia, as well as émigré and other Western publications.

8.       I have been retired since 1995, but I have continued to maintain my interests in Russian political issues, including those relating to internal conflicts involving Russia and various entities that are seeking independence from Russia.

9.       Based on my qualifications and expertise, as set forth in Paragraphs 3-8, *supra*, I am presenting my analysis regarding the nature and reliability of the Russian intelligence and media documents relating to Chechnya, sent to me by counsel for AHIF, and that were submitted by the OFAC to AHIF counsel on July 23, 2004.  I have reviewed these documents, and my analysis is set forth in the following paragraphs.

10.      The following should be considered as a preliminary and schematic attempt to analyse certain Russian and American publications about Saudi involvement in Chechnya and its geopolitical, religious, economical, military, financial and ethnical implications. This task is

particularly difficult because there are complex relationships between Saudi governmental, semi-governmental and private agencies, foundations, charitable and religious groups, etc.

11.     It is beyond any doubt that Islamic fundamentalism has extended to Chechnya and other parts of Northern Caucasus over the last ten years: religious fundamentalists and activists, mercenaries, and other individuals, along with money and equipment for Chechen separatists, were sent from various organisations in Saudi Arabia and other Arab states. But it also beyond any doubt that various organisations in Saudi Arabia have provided substantial humanitarian aid to needy people in Chechnya and refugees in neighboring Ingushetia.

12.     The Russian government tries to present war in Chechnya as nothing more or less than a war against international terrorism, which explains the flood of publications in Russian governmental and pro-governmental media about Saudi aid to Chechen separatists and terrorists. But it should be said, in all fairness, in the same media can be found publications about truly humanitarian Saudi aid to people in Chechnya.

13.     OFAC does not appear to have reviewed such publications. Nonetheless, even background information serves the cause of justice much better when it is not biased and selective. Here are just three examples of Russian publications which could and should be included in OFAC's review.

14.     On February 28, 2000, several Moscow newspapers reprinted a report by the news agency INTERFAX about meetings and negotiations between first Deputy Minister of the Russian Federation for civil defence, emergencies and elimination of consequences of natural disasters Y.L. Vorobyov and the delegation of The Saudi Joint Relief Committee for Kosovo and Chechnya. As the press-office of the Ministry reported after meeting, Saudi Arabia is ready to send in the Northern Caucasus region about 600 metric tons of food-stuffs, clothing and tents for

refugees from war zones. Moreover, Saudi Arabia wants to provide humanitarian aid to needy people in this region, of about $50 million. *See Utro* (Feb. 28, 2000) (attached hereto as Exhibit A).

15.     In March 2003, "Mir Vostoka" ("World of the Orient"), the Moscow monthly magazine, published an article by a prominent member of the Council of Federation (upper chamber of Russian Parliament) Ramazan Abdulatipov, who wrote: "It is necessary to mention that some Islamic states, Saudi Arabia first of all, are providing a very significant aid to displaced people of Chechnya.  Moreover, according to official statistics from April, 2000 and until the present just Saudi Arabia's aid alone is bigger than total volume of an aid from all Western states." *See Mir Vostoka* (March 2003) (attached hereto as Exhibit B).

16.     In January, 2004, several Moscow newspapers published reports about an official visit to Saudi Arabia by Chechnya's head of administration Akhmad Kadyrov (four months later he was assassinated). Kadyrov was received by all leading figures of the Kingdom which was in fact the recognition of loyalty to Kadyrov's regime (aligned with Moscow), and denial of any sympathy for Mashadov's "oppositional government."  Kadyrov's visit coincided with a public statement from the Saudi government that it will fight any attempt by any private organization to provide financial or any other aid for separatists in Chechenya.  At the same time, the Arabian Chamber of Commerce, The Islamic Bank of Development, and several other Saudi business organisations declared their wish to provide financial assistance to reconstruction and development of the educational system, infrastructure, and industries in Chechnya. *See Novosti* (Jan. 19, 2004); *Vremya* (Jan. 19, 2004); *Pravda* (Jan. 15, 2004) (attached hereto as Exhibits C-E).

4

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

VLADIMIR MATUSEVITCH

Executed on this ⁊ day of _Sept_ , 2004.

5

*обо всем по-человечески!*



**22 АВГУСТА 2000   ВЫПУСК #162 (233)**

ПОЛИТИКА    INTERNET    ИНЦИДЕНТЫ    СПОРТ

NEWS-ЦЕНТР    ЭКОНОМИКА    ЖИЗНЬ    АРХИВ



# Саудовская Аравия готовит гуманитарную помощь Чечне

0:06:21, 28.02.2000
Источник: INTERFAX

**СЕГОДНЯ ВЧЕРА**

Первый заместитель министра по чрезвычайным ситуациям РФ Юрий Воробьев проведет 28 февраля в Москве переговоры с делегацией Межведомственного Саудовского Комитета по оказанию гуманитарной помощи Чечне.

Как сообщили в пресс-службе МЧС, в ходе встречи будут обсуждены дальнейших поставок Саудовской Аравией гуманитарной помощи для пострадавшего в ходе боевых действий населения Северного Кавказа. Сейчас эта страна уже готова направить в регион около 600 тонн продовольствия, одежды, и палаток. Всего Саудовская Аравия намерена оказать помощь Северному Кавказу на сумму почти $50 млн., отметили в МЧС.

 



Уtpo    **ЕЖЕДНЕВНАЯ ГАЗЕТА**

Все права защищены © 1999-2000.

Все замечания и предложения присылайте на editor@utro.ru.

   

**Exhibit A**
Matusevitch Declaration

Журнал «Мир Востока»





№1 • январь 2003

№2 • март 2003

Подписка




**КАРТА МИРА**

Наш партнер:



# Исламский мир: проблемы становления

**Рамазан АБДУЛАТИПОВ**
Член Совета Федерации РФ, координатор Российско-Арабского межпарламентского объединения СФ

*Политическая практика, опыт государственной деятельности убеждают в том, что мы нужны исламскому миру, а исламский мир, контакты с ним жизненно необходимы для России. Огромный потенциал духовного, торгово-экономического и научно-технического сотрудничества пока не используется, а в свободное пространство российско-арабского, российско-исламского сотрудничества устремляются различные экстремистские силы под всевозможными лозунгами. Равнодушие к Востоку оборачивается для нас утверждением диктата Запада. А нужен паритет Запада и Востока при приоритете интересов России.*



Представители мусульманских государств, с которыми мне доводилось встречаться, в один голос заявляли об опасности эскалации псевдоисламского экстремизма в России и вокруг нее. Как сказал В.В. Путин во время поездки в Индию, одни и те же люди терроризируют население многих стран - от Афганистана до Северного Кавказа. Но в государствах на официальном уровне отношение к исламу тоже порой ограничено стандартами начала XX в., если даже не средневековья. Когда мы говорим, что в политике российского государства недостаточно учитывается и используется потенциал исламского центра, мы имеем в виду и потенциал российских мусульман.

Так называемые консервативные режимы арабских стран Персидского залива в большей степени, чем Запад, озабочены феноменом радикализации не только ислама, но и отношения к исламу. В этих странах руководители говорили мне, что ваххабизм, любое радикальное проявление ислама - не что иное, как исторический эпизод в эволюции саудовского, аравийского общества, а в Чечне, некоторых дагестанских селениях, отдельных российских СМИ насаждаются идеи о том, что ваххабизм - чуть ли не светлое будущее российской мусульманской уммы. Любой радикализм несет вред любой религии. Безграмотный чиновник из Минюста, рассуждающий о ваххабизме, в тысячу раз опаснее многих ваххабитов из Саудии. Во многих арабских исламских странах даже содержание пятничных

Exhibit B
Matusevitch Declaration

9/2/2004

проповедей в мечетях находится под исключительно жестким контролем государства. Фактически они проходят цензуру и утверждение в государственных органах, ведающих религиозными вопросами. Государство осуществляет контроль с точки зрения своей безопасности, безопасности граждан за деятельностью религиозных организаций и общин.

Реакция мусульманского мира на драматические события в Дагестане и Чечне, конечно же, неоднозначна, как неоднозначно и информационное поле, в котором находятся исламские государства. Оно занято прежде всего западными агентствами, которые рассказывают "о зверствах российских солдат в Чечне". Такая ситуация - это в том числе и результат развала в начале 90-х годов прошлого столетия восточного, исламского арабского направлений нашей информационной части внешней политики. Здесь следует иметь в виду, что отношение исламского мира к современной России в целом имеет в нынешних условиях двухуровневый характер: официальный, государственный и неофициальный, общественный. В настоящее время на втором уровне благодаря однобокой информации происходит очевидная радикализация общественного мнения, рост экстремистских антироссийских настроений. Тут нужны кардинальные меры, ибо интересы России лежат не в этом направлении, а в налаживании сотрудничества с исламскими странами, поддержкой их перед угрозой западной экспансии. Конечно, существенную роль в формировании нового "антиисламского" образа России играют западные и, к сожалению, российские СМИ.

Руководители исламских государств не заинтересованы в росте радикализма от ислама, поскольку их режимы могут быть либо сметены именно радикальными силами, либо стать подконтрольными им. Как, например, может поддерживать экстремизм от ислама правящая династия Саудовской Аравии, если в 1975 г. фанатиками был убит Хранитель двух святынь, саудовский монарх Фейсал, а спустя семь лет - его преемник, король Халед? Бесконечные обвинения нашими политиками и СМИ исламских стран, и прежде всего Саудовской Аравии, в поддержке экстремизма зачастую нелогичны. Российские так называемые специалисты очень плохо знают все нюансы процессов, происходящих в мусульманских странах. Ситуация в стране и позиция руководства здесь не всегда совпадают.

Можно вспомнить и события осени 1979 г., когда 20 ноября, в первый день нынешнего, XV столетия хиджры, вооруженные экстремисты захватили мусульманскую святыню - мечеть Аль-Харам в Мекке и выдвинули саудовским властям ультиматум, суть которого сводилась к требованию возвращения Саудовской Аравии к "истинному исламу". Около тысячи фанатиков удерживали мечеть и оказывали сопротивление силам безопасности в течение двух недель, что привело к гибели нескольких сот человек. Власти проявили решительность: войска использовали боеприпасы со слезоточивым газом, а затем артиллерию и авиацию. 9 января 1980 г. 63 мятежника были обезглавлены, среди них были не только саудовцы, но и египтяне, йеменцы, кувейтцы, выходцы из других мусульманских стран. Это в записную книжку тем, кто походя обвиняет все арабские мусульманские государства в поддержке экстремизма и терроризма.

Не менее решительно действовало против антигосударственных выступлений под исламскими лозунгами в начале 80-х годов руководство Сирии. Вооруженные отряды "братьев-мусульман" по существу захватили крупный город Хама. В ходе боев с правительственными войсками имели место беспрецедентные для этой страны акты насилия - тысячи экстремистов были уничтожены, а значительная часть старого города разрушена. Экстремисты в Хаме были жестоко подавлены армией. Это был ответ на открытый вызов радикальных мусульманских лидеров правящему режиму. Вместе с тем по всей стране была развернута кампания "национальной мобилизации", формировались отряды добровольцев, открывались специальные лагеря для их военной подготовки. Но лишь в 1982 г. последние очаги сопротивления мятежников были ликвидированы. По действующему ныне в САР законодательству принадлежность к запрещенным законом экстремистским организациям карается тюремным заключением, а участие в террористических актах - смертной казнью. Еще в 1980 г. Народный совет (парламент) Сирии принял по этим вопросам специальный закон № 49. И после этого США, вскормившие у себя на груди Усаму бен Ладена, называют Сирию в числе стран, которые могут быть

подвергнуты бомбардировке после 11 сентября 2001 г.!

В Алжире в мае - июне 1991 г. мусульманские радикалы из Исламского фронта спасения при поддержке "добровольцев" из Туниса и Судана организовали беспорядки и манифестации в столице, окончившиеся вооруженными столкновениями, жертвами которых стали 400 человек. "Если армия выйдет из казарм, - заявил один из руководителей фронта, - мы призовем три миллиона наших сторонников в народную армию ислама, которая не оставит камня на камне от режима". Тем не менее мятеж был подавлен, а его руководители - арестованы. Однако борьба с экстремистами затянулась в Алжире на долгие годы и унесла десятки тысяч жизней. В числе ее жертв - мирные жители, иностранцы, в том числе и россияне, военнослужащие и полицейские, вооруженные боевики. От околоисламского радикализма страдают прежде всего мусульманские государства.

Противоборство радикалов от ислама с государственной властью не раз приобретало драматический оборот в Египте, Ливане, Тунисе, Турции, Иране и многих других исламских странах. Как тут можно говорить об "исламском экстремизме", если объектом экстремизма являются мусульмане. В Египте, например, после антимонархической революции 1952 г. у власти находилось три президента. На первого из них, выдающегося арабского политического деятеля Гамаля Абдель Насера в 1953 г. организация "Братья-мусульмане" совершила покушение (после чего эта организация была подвергнута в Египте репрессиям и запрещена); второй президент - Анвар Садат был застрелен религиозными фанатиками, членами подпольной исламской организации "Ат-Такфир ва-ль-Хиджра", а на третьего, большого друга России Хосни Мубарака, с которым мне неоднократно посчастливилось встречаться, тоже покушались экстремисты. Обращает на себя внимание тот факт, что каждый раз экстремисты, действуя в разных государствах, были едины в одном: они ставили перед собой задачу-максимум - свержение режима, а за их спиной зачастую стояли внешние силы, заинтересованные в смещении либо ослаблении законной власти.

К большому сожалению, международный опыт борьбы с религиозным фанатизмом или с силами, которые действуют под его прикрытием, свидетельствует о том, что это противоборство носит, как правило, ожесточенный, даже кровавый характер. Поэтому борьба с религиозным экстремизмом - задача всех государств и государственных деятелей. Обвинениями друг против друга здесь мало чего можно добиться. Религиозный экстремизм - это корыстное использование национальных идей, направленное прежде всего против веры.

Многочисленные критики экстремизма в мусульманском мире, а это, как правило, люди, в совершенстве знающие Коран, для подтверждения того, что насилие, которое используют фанатики, богопротивно, часто приводят следующие цитаты из Священной книги мусульман: "И вот потому-то мы предписали сынам Исмаила: "Если кто-либо убьет человека не в отместку [за убийство] другого человека и [не в отместку] за насилие на земле, то это приравнивается к убийству всех людей...", а также: "А если кто убьет верующего по умыслу, то возмездие ему - ад, где пребудет он вечно. Аллах разгневался на него, проклянет его и уготовит ему великое наказание". Фанатики, используя лозунги ислама, не перестают удивлять мир не только своими акциями насилия и террора, но и совершенно дикими подходами к будничным повседневным делам. Отсюда и во многом искаженный образ ислама и мусульманина в современном мире. В апреле 2000 г. правительство талибов в Афганистане запретило, например, ношение мужских сорочек с отложным воротничком, т.е. обыкновенных мужских рубашек. Почему? Они якобы похожи на... уши собаки. Запрет также был объявлен на ношение изделий из кожи, поскольку талибам неизвестно, было ли забито животное, из шкуры которого изделие изготовлено, с соблюдением мусульманских обычаев. Галстук же провозглашен символом, напоминающим византийский крест. И это на пороге третьего тысячелетия! Человек сам определяет, какую одежду ему носить. Как можно навязывать подобные вещи миллионам людей правительственными постановлениями, при этом об их богоугодности? Дикость, невежество нельзя объявлять нормой. И религии здесь ни при чем.

Нельзя не отметить, что ряд исламских государств, и в первую очередь Саудовская Аравия, оказывают перемещенным из Чечни лицам значительную гуманитарную помощь. Более того, по официальным данным, гуманитарная

помощь только Саудовского Королевства к апрелю 2000 г. превысила суммарный объем помощи всех западных стран. О подобных акциях многие российские СМИ даже не упоминают. Почему? Да, известны факты участия в боях на стороне чеченских бандформирований граждан некоторых арабских исламских стран, финансовой поддержки боевиков со стороны ряда международных исламских организаций и фондов, но говорит ли это о проявлении некоей политической линии на поддержку боевиков правительствами этих государств? Ведь среди наемников и фанатики, и люди, просто желающие заработать, и искатели приключений. Разве российское правительство поощряло направление в Югославию наемников, воевавших на стороне сербов? А как быть с фактами участия в боях с федеральными войсками в Чечне граждан Украины, Китая, Узбекистана, Таджикистана, России в роли наемников? Видимо, следует различать позицию относительно событий в Чечне официальных и государственных структур исламских стран и ряда мусульманских организаций, часто находящихся к этим режимам в оппозиции. И расквартированы они, кстати, в Лондоне, Париже, Цюрихе...

В современном мире невозможно существование государств, исповедующих экстремизм и терроризм. Хотя, конечно же, нельзя отрицать, что лидеры ряда стран не могут не учитывать общественное мнение своих стран и, может быть, не всегда последовательно противодействуют экстремистам.

В исламском мире активно обсуждаются пути интеграции мусульманских общин в общества тех государств, где мусульманское население составляет меньшинство. Примечательны в этой связи заявления одного из лидеров тунисской исламской организации "Аль-Нахда" Р. Ганнуши, особенно если учесть, что организация эта находится в оппозиции правительству Туниса как религиозно-радикальная. Выступая в исламском центре Лос-Анджелеса, он, в частности, заявил, обращаясь к мусульманам - гражданам США: "Ваш долг как мусульман - укорениться на этой земле, воспринять культуру окружающей вас среды, воспринять ее язык, историю, считать себя верными патриотами своей родины... От вас не требуют импорта манеры исповедания религии... в манере стран Персидского залива или Туниса. Ваш долг - обновить вашу практику религии, обновить формы взаимодействия ислама с реальностью вашей среды, чтобы произвести нечто совершенно новое. Мы просим вас - мусульман, живущих в обществе, достигших самого высокого научного уровня, не подражать и не воспроизводить манеру исповедания религии, выработанную в слаборазвитой среде. Мы просим вас внести новый вклад в мусульманскую умму, чтобы реформировать мусульманскую мысль и разработать развитую форму религиозной практики...". По мнению Р. Ганнуши, граждане любой страны обязаны выполнять свой долг перед ней во всем, за исключением того, что непосредственно касается их религиозной принадлежности. Мне кажется, что это хороший ответ российским политикам от ислама, твердящим о некоем исключительном месте исламской общины в многоконфессиональном российском обществе. Россия - это историческая родина российских мусульман. Это наша страна, где мы молимся Всевышнему и на которую молимся. Таковы чаяния российских мусульман и оскорбительно любое недоверие к ним и к исламу.

# Что такое ваххабизм?

Ваххабизм зародился в XVIII веке в Центральной Аравии (Нажд) как религиозное течение, провозглашавшее принцип единобожия и требовавшее соблюдать всю его атрибутику. С самого начала ваххабизм в лице своего основателя Муххамеда ибн Абд Аль-Ваххаба (1703-1787) ставил перед собой задачу разрушения "языческих" культов на алтаре единобожия, превратив тем самым разрушение таких культов в культ разрушения всего того, что противоречит его представлениям о единобожии. Разумеется, Муххамед ибн Абд Аль-Ваххаб хорошо понимал разницу между дворцами и мечетями, однако он видел их каменную субстанцию. Отсюда его жесткое выступление против роскошных молельных зданий и мечетей, мавзолеев для святых и шейхов. Он возвел задачу их физического разрушения в ранг религиозных обязанностей правоверного и вступил против всякого посредничества между человеком и Богом. Другими словами, разрушение "камней" в критериях ваххабизма есть восстановление непосредственно общения между человеком и Богом. Поэтому не случайна отсутствие какого-либо "Общественного доказательства" существования самого Мухаммеда ибн Абд Аль-Ваххаба в виде гробницы или хотя бы памятного знака на могиле.

Чечня откроет свое представительство в Саудовской Аравии. Версия для печати                                  Page 1 of 1



**ЧЕЧНЯ ОТКРОЕТ СВОЕ ПРЕДСТАВИТЕЛЬСТВО В САУДОВСКОЙ АРАВИИ**

Опубликовано на сервере НЕГА-сеть: Новости 19.01.2004
Исходный документ: http://news.ng.ru/2004/01/19/1074510606.html

Об этом сообщил сегодня журналистам президент Чеченской республики Ахмад Кадыров. Он добавил, что данное решение было принято в ходе его официального визита в эту страну.

Комментируя итоги своего визита в Саудовскую Аравию Кадыров отметил, что министр иностранных дел этой страны заверил чеченскую сторону в готовности Королевства оказывать всестороннюю помощь в восстановлении экономики Чечни. В этой связи, по словам Кадырова, руководство Саудовской Аравии попросило предоставить программы, в соответствии с которыми будет оказываться помощь.

Чеченский президент также сообщил, что во время переговоров с руководством Саудовской Аравии, помимо прочего, обсуждался и вопрос о создании специального фонда для оказания помощи Чечне. "Я заверил власти Саудовской Аравии, что деньги, которые будут выделяться, будут расходоваться исключительно на восстановление республики, а не на войну", - подчеркнул Кадыров.

Основным итогом поездки можно считать официальное признание кадыровской администрации властями и деловой элитой главной страны Арабского Востока. Сам Ахмат Кадыров уверен: до его приезда мало кто в королевстве представлял себе, что реально происходит в Чечне. По словам нового чеченского президента, саудовские собеседники очень интересовались, "кто такие так называемые ваххабиты и что они из себя представляют".

Что именно объяснил Ахмат Кадыров "про ваххабитов" своим любознательным собеседникам из страны, в которой ваххабизм является господствующим исламским течением, не вполне ясно. Но итогами переговоров стороны, кажется, остались довольны. По крайней мере сам Кадыров считает, что теперь в международной изоляции будет уже не он сам со своими министрами, а религиозные чеченские радикалы и сепаратисты, которые продолжают свою вооруженную борьбу при финансовой поддержке из-за рубежа, главным образом из стран того же самого Арабского Востока.

Кадыров старался донести до своих собеседников, что хозяин в Чечне окончательно поменялся и всем, желающим оказывать помощь, придется иметь дело именно с ним. Презентация, в общем, удалась - бизнесмены из аравийской Торгово-промышленной палаты, Исламский банк развития и нескольких благотворительных организаций пообещали активизировать свою помощь восстанавливающейся Чечне. В частности, Исламский банк развития собирается позаботиться о чеченском образовании. Для начала в республику поедет группа экспертов, которые выяснят, в чем именно в первую очередь нуждаются местные школы.

Деньги на восстановление Чечни Саудовская Аравия выделяла и раньше, но получал их федеральный центр и затем распределял через соответствующие министерства. Этот механизм был не очень удобен для Кадырова, который уверен, что он сам лучше знает, как, сколько и на что именно следует тратить деньги в Чечне. Поэтому теперь он не скрывает, что хотел бы развивать с Саудовской Аравией "прямые связи", хоть и на правах субъекта Российской Федерации.

материалы: Независимая Газета © 1999-2000
разработка: НЕГА-Сеть - ФЭП © 2000

**Exhibit C**
Matusevitch Declaration

Время новостей: N°6, 19 января 2004



N°6, 19 января 2004

ИД "Время"

℅ // 19.01.2004

# Принц и нищий

**Саудовские ваххабиты пообещали давать деньги Кадырову, а не Масхадову**

Ахмат Кадыров сообщил вчера, что доволен своей четырехдневной поездкой в Саудовскую Аравию, куда его пригласил наследный принц королевства Абдалла ибн Абдель-Азиз аль Сауд. Принц, которому президент Чечни передал послание Владимира Путина, готов «поступательно» дружить с Россией, министерство по делам хаджа вроде бы обещает помочь с визами наименее расторопным чеченским и дагестанским паломникам, а саудовские бизнесмены теперь хотят жертвовать деньги на восстановление Чечни, а не на поддержку сепаратистов.

Основным итогом поездки, действительно, можно считать официальное признание кадыровской администрации властями и деловой элитой главной страны Арабского Востока. Сам Ахмат Кадыров уверен: до его приезда мало кто в королевстве представлял себе, что реально происходит в Чечне. По словам нового чеченского президента, саудовские собеседники очень интересовались, «кто такие так называемые ваххабиты и что они из себя представляют».

Что именно объяснил Ахмат Кадыров «про ваххабитов» своим любознательным собеседникам из страны, в которой ваххабизм является господствующим исламским течением, не вполне ясно. Но итогами переговоров стороны, кажется, остались довольны. По крайней мере сам г-н Кадыров считает, что теперь в международной изоляции будут уже не он сам со своими министрами, а религиозные чеченские радикалы и сепаратисты, которые продолжают свою вооруженную борьбу при финансовой поддержке из-за рубежа, главным образом из стран того же самого Арабского Востока.

Г-н Кадыров старался донести до своих собеседников, что хозяин в Чечне окончательно поменялся и всем желающим оказывать помощь придется иметь дело именно с ним. Презентация, в общем, удалась -- бизнесмены из аравийской Торгово-промышленной палаты, Исламский банк развития и нескольких благотворительных организаций пообещали активизировать свою помощь восстанавливающейся Чечне. В частности, Исламский банк развития собирается позаботиться о чеченском образовании. Для начала в республику поедет группа экспертов, которые выяснят, в чем именно в первую очередь нуждаются местные школы.

Собственно, деньги на восстановление Чечни Саудовская Аравия выделяла и раньше, но получал их федеральный центр -- и затем распределял через соответствующие министерства. Этот механизм был не очень удобен для г-на Кадырова, который уверен, что он сам лучше знает, как, сколько и на что именно следует тратить деньги в Чечне. Поэтому теперь он не скрывает, что хотел бы развивать с Саудовской Аравией прямые связи, хоть и на правах субъекта Российской Федерации. Чтобы связи крепли, в Джидде, втором по величине городе королевства, по соседству с российским консульством решено открыть Чеченский культурный центр.

Г-н Кадыров, в сущности, повторяет путь своих ичкерийских предшественников: как уже писала газета «Время новостей», Аслан Масхадов тоже ездил в Эр-Рияд вскоре после избрания в поисках «прямых связей». Правда, чувствовал себя г-н Масхадов гораздо более непринужденно -- в 1997 году Чечня совсем не хотела оглядываться на федеральный центр. Ахмату Кадырову, запертому в рамки официального протокола и должностных обязанностей, будет непросто отобрать эти «связи» у своих предшественников и оппонентов.

**Иван СУХОВ**

Свидетельство о регистрации СМИ:
ПИ N° 77-2909 от 26 июня 2000 г
Любое использование материалов и иллюстраций возможно только по согласованию с редакцией

Exhibit D
Matusevitch Declaration

8/22/2004

 

15 января 2004 г.

## Саудовская Аравия поможет Чечне в восстановлении сферы образования

Саудовская Аравия поможет Чечне в восстановлении сферы образования.
В четверг находящийся с визитом в Саудовской Аравии президент Чечни Ахмад Кадыров провел переговоры с президентом Исламского банка развития Ахмедом Мохаммедом Али.

В ходе встречи Мохаммед Али принял решение направить в самые ближайшие дни в Чеченскую республику группу своих помощников для изучения на месте потребностей Чечни в восстановлении сферы образования. Он заверил Кадырова в том, что, в первую очередь, в эту сферу будет вложена необходимая сумма после того, как рабочая группа вернется и представит руководству банка свои предложения.

BBC.com

▸  На главную

© ЗАО ИД "Комсомольская правда", 2002
Авторами статей запрещена их перепечатка без согласия правообладателя, а иное использование — без ссылки на правообладателя.
Приобретение авторских прав: (095) 257-57-47
Электронная версия зарегистрирована в Государственном Комитете РФ по печати, №019051

  

**Exhibit E**
Matusevitch Declaration

**Exhibit 15**

Al-Buthe Motion to Dismiss
(May 9, 2005)

No. 03 MDL 1570 (RCC)

**washingtoncom**

# Chechen Activist Groups Feel Pressure From Russia

Rights Leaders Say Kremlin Trying to Stifle Dissent on Conflict

By Peter Finn
Washington Post Foreign Service
Sunday, May 8, 2005; A22

Advertisement

Win
a trip to
Britain

Rollover to enter

England

BRITAIN

NIZHNY NOVGOROD, Russia -- When four security service officers arrived at the offices of a prominent human rights group here on Jan. 20, they demanded to see back issues of the group's monthly newspaper. Employees showed the officers to what passed for an archive, a pile of dusty papers on the floor.

The agents, from the FSB, the domestic successor of the KGB, gathered up copies to take away. They also seized records of the group, the Russian-Chechen Friendship Society, including the closely guarded names and addresses of people who write articles for the paper from the war-torn republic of Chechnya, according to Stanislav Dmitrievsky, co-chair of the organization.

In a case that has frightened Russia's human rights activists, authorities say they are investigating whether the group incited hatred between national groups by publishing statements by Chechen separatist leaders in its newspaper. The organization's eight employees in this Volga River city, 250 miles east of Moscow, face up to four years in prison if they are ultimately brought to court and convicted.

Activists nationwide fear that the government, which insists the situation is normalizing in Chechnya, is determined to shut down alternative points of view on the conflict there, beginning with smaller, regional groups such as the friendship society.

"There is a de facto information blockade on Chechnya," said Tatiana Lokshina, program director at the Moscow Helsinki Group, one of the country's best-known human rights organizations. "These are groups that undermine the blockade, and so they become dangerous, and the state is trying to get rid of them."

Many of the groups now feeling pressure from the government operate with foreign funding. The Russian-Chechen Friendship Society is entirely underwritten by the European Union, the U.S. government-funded National Endowment for Democracy and the Norwegian Foreign Ministry.

Another group, the Chechen Committee for National Salvation, which is funded by the E.U. and the NED, went on trial Wednesday in Ingushetia, a Russian republic bordering Chechnya, on charges of disseminating extremist information in its press releases.

Official hostility to Russia's emerging collection of nongovernmental organizations (NGOs) found its most prominent expression in President Vladimir Putin's state of the nation address last year. "Far from all of them are geared towards defending people's real interests," Putin said. "For some of these

organizations, the priority is rather different -- obtaining funding from influential foreign or domestic foundations. For others it is servicing dubious group and commercial interests."

Russian officials defend their probes, saying human rights groups have nothing to fear if they obey the law. "We think this material incites national hatred between Russian and Chechens," said Maxim Dudnik, an investigator at the Nizhny Novgorod prosecutor's office. "I wouldn't say this case is politically motivated. Organizations have to follow the criminal code of the Russian federation; no one has yet canceled this code."

The Nizhny Novgorod group's alleged offense was to publish a March 2004 appeal to the European Parliament by Aslan Maskhadov, the separatist leader who was killed in Chechnya in March during an operation by Russian special forces. Maskhadov, who served briefly as president of Chechnya in the 1990s, asked the Parliament to recognize the conflict as "genocide," invoking its earlier declaration that Soviet dictator Joseph Stalin's forced deportation of Chechens during World War II was an act of genocide.

First published on a Chechen Web site, Maskhadov's appeal drew little attention from the news media. It was picked up by the BBC's monitoring service, two news agencies and the Russian-Chechen Friendship Society's monthly newspaper, Pravo-Zashchita, or Human Rights Defender.

The European Parliament never acted on Maskhadov's rhetorically heated appeal, which coupled talk of peace with attacks on what he called the "criminal madness of the bloody Kremlin regime."

At first, the FSB said the article and another published statement by one of Maskhadov's deputies appeared to violate Russia's counterterrorism laws banning extremist material. That allegation was dropped, and now the group is being investigated for "inciting hatred between nationalities."

"Russians are entitled to the opinions of both sides in Chechnya," said Dmitrievsky, 39, whose group also runs humanitarian and educational programs. "But we don't publish calls for hatred between national groups."

Monitoring human rights abuses in the North Caucasus region, which includes Chechnya, is a dangerous pursuit. The International Helsinki Federation for Human Rights has documented 13 killings of human rights defenders there since 1999, when war broke out in the breakaway republic for a second time.

The killings included four field correspondents for the Russian-Chechen Friendship Society. In the months since the FSB hauled away the society's records in January, all six of its correspondents in Chechnya have been interviewed; one quit following his interrogation, Dmitrievsky said.

Recently, one of the group's officers, Oksana Chelysheva, 37, was targeted by a leaflet campaign in her Nizhny Novgorod neighborhood. The leaflets, which contained Chelysheva's name and address, said: "There are beasts among us. They look like normal law-abiding citizens, but support terrorist activities." It was signed by the previously unknown Young Patriotic Front. Prosecutors said they were investigating the leaflets.

The trial of the Chechen Committee for National Salvation grows out of an accusation in its press releases that Russian forces were involved in the killing and abductions of civilians in Chechnya. The committee, based in Ingushetia, was acquitted of the same charges last October, but in February, the republic's Supreme Court ordered a retrial, urging the lower court to return a "lawful and grounded ruling."

The head of the organization, Ruslan Badalov, would face up to five years in prison and the group could be closed if the court found the material to be extremist.

"It was a political order, because the accusations are absurd," said Badalov, 49, pointing to the first acquittal and an analysis by the Independent Council of Legal Experts in Moscow, which said the press releases did not violate the law. "It's fantasy on their part. But they want to close us."

In a letter produced in court during the first trial, the FSB wrote to prosecutors that it "possesses information that these international NGOs are used by the governments of foreign countries for collecting and disseminating slanted information about the policy of the federal government in the Northern Caucasus. . . . Their aim is to discredit Russia in the eyes of the world community."

Among the statements in the 12 press releases in question was one referring to the deaths of five people in Chechnya: "It is obvious that all of them have fallen victim to terrorist activity conducted by Russian security forces," according to the prosecutor's submission to the court. One human rights activist in Moscow described the releases as "sloppily written, but not criminal under the law."

Prosecutors in Ingushetia did not respond to requests for interviews. The trial resumes on Tuesday.

Human rights groups fear that these regional prosecutions are the opening moves in a campaign that could affect larger and more prestigious rights organizations such as the Moscow Helsinki Group and Memorial.

"I think they can reach us sooner or later," said Oleg Orlov, a leader at Memorial. "A few years ago we would have said that what's happening to the Friendship Society could never happen. So today, if they are successful in suffocating regional organizations, we can easily be next."

Dudnik, with the Nizhny Novgorod's prosecutor's office, said the European Union and other foreign donors "should be much more careful about who they are financing."

Last year, the Friendship Society received approximately $120,000 from the E.U., $70,000 from the NED and $40,000 from Norway. In 2004, the Committee for National Salvation received about $130,000 from the E.U. and $45,000 from the NED.

Dmitrievsky and other activists said Russian foundations and businesses generally did not underwrite human rights work, fearing it would be construed by the Kremlin as unwelcome political meddling.

U.S. and European officials have expressed concern privately to Russian officials about the investigations, according to a Western diplomat in Moscow, but have not publicly criticized the prosecutors' actions, preferring to wait for final verdicts.

"We review the reports they send out and they are not advocating violence," said John Squier, program officer for Russia and Ukraine at the Washington-based NED. "I am very concerned for their well-being."

© 2005 The Washington Post Company

Advertising Links                                                    What's this?

**LendingTree.com - Official Site**
Lendingtree - Find a mortgage, refinance, home equity or auto loan now. Receive up to four loan offers within minutes. When banks compete, you win.

www.lendingtree.com

**MyCashNow - $100 - $1,000 Overnight**
Payday Loan Cash goes in your account overnight. Very low fees. Fast decisions. Direct deposit is not required. No credit check. Confidential - secure.
www.mycashnow.com

**Refinance Rates Hit Record Lows**
Get $150,000 loan for $720 per month. Refinance while rates are low.
www.lowermybills.com

**Exhibit 16**

Al-Buthe Motion to Dismiss
(May 9, 2005)

No. 03 MDL 1570 (RCC)

# National Commission on Terrorist Attacks Upon the United States

## Monograph on Terrorist Financing

———————



## Staff Report to the Commission

John Roth
Douglas Greenburg
Serena Wille

Terrorist Financing Staff Monograph

banks accounts suspected of having links to terrorism and frozen more than 40 such accounts. The Saudi government has apparently also regulated hawalas through a mandatory licensing requirement and legal, economic, and supervisory measures and sought to decrease demand for unlicensed hawalas.

With respect to al Haramain, the Saudi and U.S. governments took further action at the end of 2003 and into 2004. On December 22, 2003, the U.S. and Saudi governments designated Vazir, an NGO in Bosnia, and its representative a terrorist supporter. It was determined that Vazir was simply another name for the previously designated al Haramain office in Bosnia. Then, in January 2004 the United States and Saudi Arabia jointly designated four additional branches of al Haramain, in Indonesia, Kenya, Tanzania, and Pakistan. The two governments held an unprecedented joint press conference in Washington to announce the designation. The names of these branches were subsequently submitted to the United Nations, which instituted an international freeze on their assets. Also, in January 2004 Executive Director Aqil was removed from his position. One public explanation was that the firing related to recent incidents involving HIF's operations in Bosnia.

On February 19, 2004, federal law enforcement took action against both the al Haramain branch in Ashland, Oregon, and the imam of the HIF mosque in Springfield, Missouri. The FBI and the IRS conducted searches of the Ashland offices of HIF as part of an investigation into alleged money laundering and income tax and currency reporting violations. Treasury took the additional step of freezing, during the pendency of an investigation, the accounts of the branch in Oregon and the mosque in Missouri.

The Saudis continue to make changes to their charities laws and regulations. Rules implementing the anti-money-laundering and terrorist-financing law were issued in February 2004. Also in February 2004, FATF issued its report indicating that Saudi Arabia was in compliance or near-compliance with international standards for almost every indicator of effective instruments to combat money laundering and terrorist financing.

On February 29, 2004, the Saudi government announced that it had approved the creation of the Saudi National Commission for Relief and Charity Work Abroad to take over all aspects of overseas aid operations and assume responsibility for the distribution of charitable donations from Saudi Arabia. Although the U.S. government had no details about this commission as of the end of March 2004, one former U.S. government counter-terrorist-financing official said that such an entity could, in theory, replace charities such as al Haramain by subsuming all of HIF's activities into its own. Al Haramain was said to be in the process of restructuring its administration and revising its financial regulations. Al Haramain was planning to refocus its charity work on Saudi Arabia, according to a statement by its new director, Sheikh Dabbas al Dabbas.

Continuing the pressure on al Haramain, the U.S. and Saudi governments jointly designated five additional branches of al Haramain (Afghanistan, Albania, Bangladesh, Ethiopia, and the Netherlands) on June 2, 2004. The United States also designated former