UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
IN RE TERRORIST ATTACKS ON
SEPTEMBER 11, 2001                                               03 MDL 1570 (RCC)
-------------------------------------------------------------------x

This document relates to:   *Thomas E. Burnett, Sr., et al. vs. Al Baraka*
                            *Investment and Development Corp., et al.*
                            **03 CV 9849 (RCC); 03 CV 5738 (RCC)**

## PLAINTIFFS' MORE DEFINITE STATEMENT AS TO DEFENDANTS DMI ADMINISTRATIVE SERVICES S.A. AND DAAR AL-MAAL AL-ISLAMI TRUST

Counsel for the Burnett Plaintiffs hereby provide a more definite statement as to Defendant DMI Administrative Services S.A. and Daar Al-Maal Al-Islami Trust. This statement, annexed hereto as Exhibit 1, is hereby incorporated into the Third Amended Complaint (Docket #29), pursuant to the Court's Case Management Order No. 1, dated March 10, 2004, and Case Management Order No. 2, dated June 16, 2004, paragraph 13.

Respectfully submitted,

/S/_____
Michael E. Elsner, Esq. (NY - ME8337; VA-41424; SC-72893)
Ronald L. Motley, Esq. (SC-4123)
Jodi Westbrook Flowers, Esq. (SC-66300)
Donald A. Migliori, Esq. (RI-4936; MA-567562; MN-0245951)
Robert T. Haefele, Esq. (NJ-58293; PA-57937)
Justin B. Kaplan, Esq. (TN-022145)
John Eubanks (MD)
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, South Carolina 29465
Telephone: (843) 216-9000

1

Harry Huge, Esq. (DC-55640)
HARRY HUGE LAW FIRM, LLP
Market Square North
401 Ninth Street, N.W., Suite 450
Washington, DC 20004
Telephone:  (202) 824-6046

Jayne Conroy, Esq. (NY-JC8611)
Paul J. Hanly, Jr., Esq. (NY-PH5486)
Andrea Bierstein, Esq. (NY-AB4618)
HANLY CONROY BIERSTEIN
   & SHERIDAN, LLP
415 Madison Avenue
New York, NY 10017-1111
Telephone:  (212) 401-7600

William N. Riley, Esq. (IN - 4941-49)
Amy Ficklin DeBrota, Esq. (IN - 17294-49)
PRICE WAICUKAUSKI RILEY & DEBROTA, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
Tel:  (317) 633-8787

Allan Gerson, Esq. (DC-327494)
GERSON INTERNATIONAL LAW GROUP, PLLC
2131 S Street, N.W.
Washington, DC  20008
Tel:  (202) 234-9717

Attorneys for Plaintiffs