UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-9-05

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |
|---|---|

*This document relates to:*
*Thomas E. Burnett, Sr., et al. v. Al Baraka Investment & Development Corp, et al.*, Case No. 03-CV-9849 (S.D.N.Y.)

## STIPULATION AS TO EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' JURISDICTIONAL DISCOVERY REQUESTS

WHEREAS Plaintiffs' First Requests For Production Of Documents To Saudi Binladin Group and Plaintiffs' First Set Of Jurisdictional Interrogatories To Saudi Binladin Group were served on counsel for the Saudi Binladin Group ("SBG") by letter dated April 6, 2005;

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and SBG, by and through their undersigned counsel, that SBG will use best efforts to make an initial production of documents on or before Friday, June 10, another interim production on or before Friday, July 8, and use best efforts to complete the document production by August 5; and

IT IS FURTHER STIPULATED AND AGREED, by and between Plaintiffs and SBG, by and through their undersigned counsel, that SBG's time to serve written responses, answers and objections to Plaintiffs' discovery requests be extended to and including Friday, August 5, 2005; and

IT IS FURTHER STIPULATED AND AGREED, by and between Plaintiffs and SBG, by and through their undersigned counsel, that SBG will use best efforts to serve objections and responses to some of the specific interrogatories by July 11.

Respectfully submitted.

MOTLEY RICE

By: *[signature: Justin B. Kaplan /MPG]*
Ronald L. Motley
Jodi Westbrook Flowers
Justin B. Kaplan
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465

*Attorneys for Plaintiffs*

JONES DAY

By: *[signature: Michael P. Gurdak]*
Stephen J. Brogan
Timothy J. Finn
James E. Gauch
Michael P. Gurdak
51 Louisiana Avenue, N.W.
Washington, D.C. 20001

*Attorneys for Defendant
Saudi Binladin Group*

SO ORDERED:

*[signature]*
RICHARD CONWAY CASEY, U.S.D.J.

Dated: May 9, 2005