EXHIBIT "A"

RICO STATEMENT

QUESTION #2

| DEFENDANT | MISCONDUCT | BASIS OF LIABILITY |
|---|---|---|
| Islamic Investment Company of the Gulf (Bahrain) | Islamic Investment Company of the Gulf (Bahrain) is a subsidiary of Defendant Daar Al-Maal Al-Islami Trust ("DMI Trust") and recently merged with Faisal Islamic Bank – Sudan, to create Al Shamil Islamic Bank. All three entities are chaired by Defendant Mohammed Al Faisal Al Saud, and controlled by Saudi investors.<br><br>DMI's subsidiaries Faisal Islamic Bank and the Islamic Investment Company of the Gulf actively participated in the collection of funds for "charitable" front jihad organizations. Defendant International Islamic Relief Organization (IIRO), an Islamic charity which has long diverted legitimate funds to support terrorism, solicited donations through full-page advertisements run in leading Islamic journals. These advertisements, which called for Zakat donations to assist the needy in Chechnya, Bosnia, and other such areas, often provided account numbers to facilitate the contribution of funds. In many of these advertisements, which ran throughout the 1990s to the present in such publications as the English-language Muslim World League Journal (an Islamic periodical distributed widely throughout the United States) and Igatha Journal, account numbers appeared for Faisal Islamic Bank and the Islamic Investment Company of the Gulf.<br><br>Further evidence shows that Islamic Investment Company of the Gulf, a wholly owned subsidiary of DMI until 2002, made a donation of $11 million to a project carried out by the Saudi charity Al Haramain Islamic Foundation in 1995, according to records of the Islamic Development Bank.<br><br>Al Haramain has been related to Bin Laden operations since 1994 and several offices of the charity have been designated as Specially Designated Global Terrorists by the US Government, some even shut down.<br><br>Islamic Investment Company of the Gulf (Bahrain) and its parent company, DMI Trust, enjoy enormous power in the countries where they are settled, principally in the Gulf and Sudan. Functioning on an Islamic method, these entities | 1962(a)<br>1962(c)<br>1962(d) |

|  | adhere to the Zakat system.  After the transaction is made, the funds earmarked as Zakat disappear and are off the books.  Later, under no financial regulation, the money may be used to fund al Qaeda and other radical Islamic groups.  Islamic banking institutions operate by participating in investments, sharing profits on projects, and earning fees for services performed. |  |
|---|---|---|