```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-16-05
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re TERRORIST ATTACKS on ) 03 MDL 1570 (RCC)
SEPTEMBER 11, 2001 ) ECF Case
)

*This document relates to:*
*Continental Casualty Company, et al v. Al Qaeda Islamic Army, et al,* 04-CV-5970 (RCC)

### STIPULATION AND ORDER
### FOR SERVICE OF PROCESS AND SETTING SCHEDULE FOR
### RABITA TRUST AND WAEL JELAIDAN TO RESPOND TO
### THE FIRST AMENDED COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for Plaintiffs and for Defendants, Rabita Trust and Wael Jelaidan, that

1. Rabita Trust and Wael Jelaidan shall have sixty (60) days from the date on which the Court decides Wael Jelaidan and Rabita Trust's pending motions to dismiss in *Kathleen Ashton, et al v. Al Qaeda Islamic Army, et al* (02-CV-6977), *Burnett, et al. v. Al Baraka Investment and Development Corporation, et al.* (03 CV 9849) and *Federal Insurance Company, et al v. Al Qaida, et al* 903-CV-6978) to move to dismiss or answer the First Amended Complaint.

2. Plaintiffs shall have sixty (60) days from the date on which it is served with Rabita Trust and Wael Jelaidan's motions to dismiss to serve its opposition to same or to respond, if required, to the answer.

3. Rabita Trust and Wael Jelaidan shall have thirty (30) days from the date on which Rabita Trust and Wael Jelaidan are served with Plaintiffs' oppositions motions to dismiss, or responses to answers, to reply to those oppositions.

4. The foregoing schedule is without waiver of any of Wael Jelaidan and Rabita Trust's defenses, except that Wael Jelaidan and Rabita Trust do not challenge the sufficiency of process or the sufficiency of Plaintiffs' service of process on Wael Jelaidan and Rabita Trust in this case. Rabita Trust and Wael Jelaidan hereby waive all affirmative defenses, objections and arguments relating to the sufficiency of process and the sufficiency of service of process during the course of this litigation.

Respectfully submitted,

MARTIN F. MCMAHON & ASSOCIATES          LAW OFFICES OF ROBSON, FERBER,
                                        FROST, CHAN & ESSNER

_____  
Martin F. McMahon, Esquire  
1150 Connecticut Ave., NW  
Washington, DC 20035  
Phone:  202-862-4343  
Fax:    202-862-4302  

Dated: May 5, 2005

*Counsel for Defendants Wael Jelaidan  
Rabita Trust*

Dated: New York, New York  
_____, 2005  
May 16.

_____  
Robert Manuel Kaplan, Esquire  
Robson, Ferber, Frost, Chan & Essner  
530 Fifth Avenue  
New York, New York 10036  
Phone:  (212) 944-2200  
Fax:      (212) 944-7630  

Dated: May 5, 2005

*Counsel for Plaintiffs*

SO ORDERED:

_____  
Richard C. Casey  
U.S.D.J