



**MotleyRice**

Justin B. Kaplan
Licensed in TN
DIRECT DIAL 843.216.9109
DIRECT FAX 843.216.9450
JKaplan@motleyrice.com

Via Fed-Ex

May 12, 2005

Hon. Richard Conway Casey
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1350
New York, New York 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5·16·05
```

    Re:    In re Terrorist Attacks of September 11, 2001, MDL No. 1570 (RCC);
Euro Brokers, et al. v. Al Baraka, et al. (04 CV 7279 (RCC))
World Trade Center Properties LLC, et al. v. Al Baraka, et al. (04 CV 7280 (RCC))

Dear Judge Casey,

    We are writing to request your Honor's permission for an extension of time for the plaintiffs to file their opposition to Defendant Sami Al-Hussayen's Motion to Dismiss. The undersigned along with counsel for the Defendant have jointly agreed to an extension of time for one week until May 20, 2005. The Defendant's Reply will then be filed on or before July 5, 2005.

    We respectfully request your Honor's endorsement of this agreement.

Respectfully submitted,

Justin B. Kaplan, Esquire
Motley Rice LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465
(843) 216-9109
Counsel for Plaintiffs

SO ORDERED:

Richard Conway Casey    May 16, 2005
U.S. District Judge

Motley Rice LLC
Attorneys at Law

28 BRIDGESIDE BLVD.
P.O. BOX 1792
MT. PLEASANT, SC 29465
843-216-9000
843-216-9450 FAX

1750 JACKSON ST.
P.O. BOX 365
BARNWELL, SC 29812
803-224-8800
803-259-7048 FAX

321 SOUTH MAIN ST.
P.O. BOX 6067
PROVIDENCE, RI 02940
401-457-7700
401-457-7708 FAX

ONE CORPORATE CENTER
20 CHURCH ST., 17TH FLOOR
HARTFORD, CT 06103
860-882-1681
860-882-1682 FAX