USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-17-05

(AJP) S.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) <br> ECF Case |

*This document relates to:*
 *Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-CV-6978 (S.D.N.Y.)
 *Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.*, Case No. 04-CV-05970-UA (S.D.N.Y.)
 *New York Marine and General Insurance Co. v. Al Qaida, et al.*, Case No. 04-CV-6105 (S.D.N.Y.)

### STIPULATION AS TO SERVICE OF PROCESS AND EXTENSION OF TIME TO RESPOND TO COMPLAINTS CONSOLIDATED UNDER MDL 1570

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs in all of the above-referenced cases consolidated under 03 MDL 1570 and Defendant Al Watania Poultry, by and through their undersigned counsel, that the undersigned Defendant's counsel hereby accepts service of the Complaint in each of the cases referenced above on behalf of Al Watania Poultry.

IT IS FURTHER HEREBY STIPULATED AND AGREED that Plaintiffs pursuing claims for relief under the Racketeer Influenced and Corrupt Organizations Act ("RICO") shall serve their respective RICO Statements concerning Al Watania Poultry, on or before May 27, 2005.

IT IS FURTHER HEREBY STIPULATED AND AGREED that the time for Al Watania Poultry to answer or otherwise respond to the Complaint in each of the cases referenced above, shall be on or before June 27, 2005.

IT IS FURTHER HEREBY STIPULATED AND AGREED that the Plaintiffs' response to Al Watania Poultry's responsive pleading, if any, shall be served within sixty days of receipt of same from defendant's counsel, and that defendant's counsel shall file reply papers, if any, within fourteen days of receipt of plaintiffs' opposing papers.

IT IS FURTHER HEREBY STIPULATED AND AGREED that Al Watania Poultry hereby waives any and all affirmative defenses, objections, privileges, immunities and arguments concerning the manner and form of service of process in each of the cases referenced above but preserves any and all other defenses, objections, privileges, immunities and arguments available to it, including but not limited to personal jurisdiction.

Respectfully submitted.

COZEN O'CONNOR

By: _____
Sean P. Carter, Esq.
J. Scott Tarbutton, Esq.
1900 Market Street
Philadelphia, PA 19103

*Attorneys for Plaintiffs*

FISH & RICHARDSON P.C.

By: /s Thomas Melsheimer
John Helms
Thomas Melsheimer
1717 Main Street, Suite 5000
Dallas, Texas 75225

*Attorneys for Defendant*

**SO ORDERED:**

_____  Dated: May 17, 2005
RICHARD CONWAY CASEY, U.S.D.J.

90124325.doc