USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-17-05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In Re Terrorist Attacks on September 11, 2001      03MDL 1570 (RCC)
-----------------------------------------------------------x      ECF Case
CONTINENTAL CASUALTY CO., *et al.*,

v.                                                                              Case No. 04-CV-5970 (RCC)
                                                                                ECF Case
AL QAEDA ISLAMIC ARMY, et al.
-----------------------------------------------------------x

### STIPULATION WITH REGARD TO RULING ON MOTION TO DISMISS OF DEFENDANT PRINCE NAIF BIN ABDULAZIZ AL SAUD IN RELATED CASES

WHEREAS the plaintiffs in the action entitled <u>Continental Casualty Co. v. Al Qaeda Islamic Army</u> (the "Action") filed their complaint on September 1, 2004 and filed their amended complaint on December 7, 2004;

WHEREAS Prince Naif bin Abdulaziz Al Saud ("Prince Naif" or "His Highness") is named as a defendant in the amended complaint in the Action;

WHEREAS Prince Naif acknowledges that service of the amended complaint in the Action has been effected pursuant to the agreement reached between his counsel and plaintiffs' counsel;

WHEREAS Prince Naif has filed a consolidated motion to dismiss the complaints naming him as a defendant in the following related cases (the "Related Cases"): *Ashton v. Al Qaeda Islamic Army*, 02-CV-6977 (RCC); *Burnett v. Al Baraka Investment & Development Corp.*, 03-CV-9849 (RCC); *Federal Insurance Co. v. Al Qaida*, 03-CV-6978; *Salvo v. Al Qaeda Islamic Army*, 03-CV-5071 (RCC) (the "Consolidated Motion")

WHEREAS Prince Naif's Consolidated Motion has been fully briefed by all parties thereto and is awaiting resolution by the Court;

WHEREAS the allegations in the amended complaint in the Action parallel those in the complaints filed in the Related Cases and, in many instances, are identical to them; in particular, the allegations that make specific reference to Prince Naif in the amended complaint in the Action are substantially similar to those in the Related Cases;

WHEREAS the parties hereto wish to avoid, if possible, burdening the Court with additional filings or themselves with unnecessary litigation costs;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

1. The parties hereto will adopt as a binding order in the Action, with regard to Prince Naif, the order of this Court deciding the Consolidated Motion (the "Order")

2. In the event the Order is appealed, the parties hereto will adopt as a binding order in the Action, with regard to Prince Naif, any subsequent rulings by any appellate courts with regard to the Order.

3. All further proceedings in the Action with regard to Prince Naif are stayed pending the resolution of the Consolidated Motion. After resolution of the Consolidated Motion, if the Court, with regard to the cases covered by the Consolidated Motion, orders or requires the filing of any answer by Prince Naif and/or orders or permits discovery with regard to Prince Naif, such order, requirement or permission will apply to the Action, as well.

Respectfully Submitted,

BRYAN CAVE LLP

By: _____
James M. Cole
James J. Murphy
Michael G. Biggers
700 13th Street, NW
Washington, DC 20005
202-508-6091

*Attorneys for Defendant HRH
Prince Naif bin Abdulaziz Al Saud*

Ferber, Frost, Chan & Essner, LLP

By: _____
Robert M. Kaplan
530 Fifth Avenue
New York, NY  10036
212-944-2200

*Attorney for Plaintiffs*


So Ordered:

_____                Dated: May 17, 2005
RICHARD CONWAY CASEY, USDJ