UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

This document relates to:	All actions

### NOTICE OF MOTION FOR ENTRY OF FINAL JUDGMENTS REGARDING DEFENDANTS KINGDOM OF SAUDI ARABIA, PRINCE SULTAN BIN ABDUL AZIZ AL SAUD, PRINCE TURKI AL FAISAL AL SAUD, PRINCE MOHAMED AL FAISAL AL SAUD, AND AL RAJHI BANKING & INVESTMENT CO., INC.

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 54(b) and upon the accompanying Memorandum of Law in Support of Motion For Entry of Final Judgments Regarding Defendants Kingdom of Saudi Arabia, Prince Sultan Bin Abdul Aziz Al Saud, Prince Turki Al Faisal Al Saud, Prince Mohamed Al Faisal Al Saud, and Al Rajhi Banking & Investment Co., Inc., and upon the prior pleadings and proceedings in this action, Plaintiffs in the above-referenced cases by and through their undersigned counsel, hereby move this Court for an Order certifying as final the judgments entered in favor of the above-named defendants pursuant to Rule 54(b).

Dated:  May 20, 2005	Respectfully Submitted,

/s/_____
Ronald L. Motley, Esq. (RM-2730)
Jodi Westbrook Flowers, Esq.
Donald A. Migliori, Esq.
Michael Elsner, Esq. (ME-8337)
Justin B. Kaplan, Esq.
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792

Mount Pleasant, South Carolina 29465
Tel:  (843) 216-9000

Stephen A. Cozen (SC 1625)
Elliott R. Feldman (EF 8111)
Sean P. Carter (SC 0636)
Mark T. Mullen (MM 2384)
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
Tel:  (215) 665-2000
Fax:   (215) 665-2013

James P. Kreindler, Esq.
Justin T. Green, Esq.
Andrew Maloney, Esq.
KREINDLER & KREINDLER LLP
100 Park Avenue
New York, New York 10017-5590
Tel: (212) 687-8181

Paul J. Hanly, Jr., Esq. (PH-5486)
Jayne Conroy, Esq. (JC-8611)
Andrea Bierstein, Esq. (AB-4618)
HANLY CONROY BIERSTEIN & SHERIDAN, LLP
112 Madison Avenue
New York, NY 10016
Tel:  (212) 784-6400

For the Plaintiffs' Executive Committees

## **CERTIFICATE OF SERVICE**

I hereby certify that, pursuant to this Court's Case Management Order No. 2, on May 20, 2005, I caused a true and correct copy of the foregoing Notice of Motion For Entry of Final Judgments Regarding Defendants Kingdom of Saudi Arabia, Prince Sultan Bin Abdul Aziz Al Saud, Prince Turki Al Faisal Al Saud, Prince Mohamed Al Faisal Al Saud, and Al Rajhi Banking & Investment Co., Inc., to be served on all counsel of record electronically via the Court's Electronic Case Filing ("ECF") system.

Dated: May 20, 2005                               _____
                                                                Andrea Bierstein, Esq.

PHILA1\2274064\1 117430.000