

**UNITED STATES POSTAL SERVICE®**

04 CV 1923(RCC)
03 MDL 1570 (RCC)

Administration des Postes des Etats-Unis d'Amérique

**Return Receipt for International Mail**
(Registered, Insured, Recorded Delivery, Express Mail)

*Par Avion*

Postmark of the office returning the receipt / Timbre du bureau renvoyant l'avis

Return by the quickest route (air or surface mail), à découvert and postage free.
A renvoyer par la voie la plus rapide (retour rendu ou de surface), à découvert et en franchise de port.

The sender completes and indicates the address for the return of this receipt
(À remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.)

Name or Firm (Nom ou raison sociale)
J. Michael McMahon

Street and Number (Rue et no.)
U.S. District Court - SDNY
500 Pearl Street

City, State, and ZIP + 4 (Localité et code postal)
New York NY 10007-1312

UNITED STATES OF AMERICA — Etats-Unis d'Amérique

PS Form 2865, February 1997    *Avis de réception*    CN07 (Old C5)

---

Item Description (Nature de l'envoi): ☒ Article (Envoi recommandé)  ☐ Letter (Lettre)  ☐ Printed Matter (Imprimé)  ☐ Other (Autre)  ☐ Recorded Delivery (Envoi à livraison attestée)  ☐ Express Mail International

Insured Parcel ☐ (Colis avec valeur déclarée)   Insured Value (Valeur déclarée)   Article Number: RB632969852

Office of Mailing (Bureau de dépôt)    Date of Posting (Date de dépôt): 2-28-05

Addressee Name or Firm (Nom ou raison sociale du destinataire)
Engelbert Schreiber, Schreiber and Zindel

Street and No. (Rue et no.)
Treuhand-Anstalt, Kirchstrasse 39

Place and Country (Localité et pays)
FL-9490 Vaduz, Liechtenstein

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)

Date: 13/3/05

Signature of Addressee (Signature du destinataire)

Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

PS Form 2865, February 1997 (Reverse)





*[Image of a mail envelope, rotated 90°, showing:]*

Return address:
Motley Rice & Associates, PC
1500 JFK Blvd, Ste. 1411
Philadelphia, PA 19102
USA

United States Postal Service Customs Declaration CN 22

Addressee (handwritten):
Engelbert Schreiber
Schreiber und Zindel
Treuhand-Anstalt
Kirchstrasse 39, FL-9490
Vaduz, Liechtenstein

Registered Mail: RB 432 949 747 US

Postage: $26.15 — U.S. Postage, New York, NY 10013, FEB 2003

Barcodes: 99.40.104847.36098974
1200 Genève 2 CC INTERNATIONAL
Post Pac Priority — PRI — SI

| Item Description (Nature de l'envoi) | ☐ Registered Article (Envoi recommandé) | ☒ Letter (Lettre) | ☐ Printed Matter (Imprimé) | ☐ Other (Autre) | ☐ Recorded Delivery (Envoi à livraison attestée) | Express ☐ Mail international |
|---|---|---|---|---|---|---|
| ☐ Insured Parcel (Colis avec valeur déclarée) | | Insured Value (Valeur déclarée) | | Article Number: RB 632 969 747 | | |

Office of Mailing (Bureau de dépôt):
Date of Posting (Date de dépôt): 2·28·05

Addressee Name or Firm (Nom ou raison sociale du destinataire):
Engelbert Schreiber Jr., Schreiber and Zindel
Street and No. (Rue et no.): Treuhand-Anstalt Kirchstrasse 39
Place and Country (Localité et pays): FL-9490 Vaduz, Liechtenstein

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)
Date: 10.3.005

Signature of Addressee (Signature du destinataire)
Office of Destination Employee Signature (Signature de l'agent du bureau de destination)

PS Form 2865, February 1997 (Reverse)

---

**UNITED STATES POSTAL SERVICE**

04 CV 1076 (RCC)
03 MDL 1570 (RCC)

Administration des Postes des États-Unis d'Amérique

**Return Receipt for International Mail**
(Registered, Insured, Recorded Delivery, Express Mail)

Postmark of the office returning the receipt / Timbre du bureau renvoyant l'avis

*Par Avion*

Return by the quickest route (air or surface mail), à découvert and postage free.
(A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.)

Name or Firm (Nom ou raison sociale): J. Michael McMahon

A renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port.

Street and Number (Rue et no.): U.S. District Court - SDNY, 500 Pearl Street
City, State, and ZIP+4 (Localité et code postal): New York NY 10007-1312

UNITED STATES OF AMERICA — États-Unis d'Amérique

PS Form 2865, February 1997    *Avis de réception*    CN07 (Old C5)



| Item Description (Nature de l'envoi) | Registered ☐ Article (Envoi recommandé) | ☐ Letter (Lettre) | ☐ Printed Matter (Imprimé) | ☐ Other (Autre) | Recorded Delivery Envoi à livraison enregistrée | Express ☐ Mail International |
|---|---|---|---|---|---|---|
| ☐ Insured Parcel (Colis avec valeur déclarée) | | Insured Value (Valeur déclarée) | | | | |

Office of Mailing (Bureau de dépôt): KB 6-? 969 835
Date of Posting: 2-?-03

Addressee Name or Firm (Nom ou raison sociale du destinataire): Engelhart Schreiber, Jr. o Schreiber [illegible]
Street and No. (Rue et No.): Treuhand-Anstalt, Kirchstrasse 34
Place and Country (Localité et pays): FL-9490 Vaduz, Liechtenstein

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)

Signature of Addressee (Signature du destinataire)

Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

Date: [illegible]

PS Form 2865, February 1987 (Reverse)





