



**Motley** Rice

**Jodi Westbrook Flowers**
Licensed in SC
DIRECT DIAL 843.216.9163
DIRECT FAX 843.216.9027
JFlowers@motleyrice.com

May 18, 2005

**VIA FEDERAL EXPRESS**

Hon. Richard Conway Casey
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1350
New York, NY 10007-1312

ECF

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-19-05

Re: *In re Terrorist Attacks of September 11, 2001*, MDL No. 1570 (RCC);
*Burnett v. Al Baraka Investment & Development, et al.*, 03 CV 9849 (RCC)
*Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-CV-6978 (S.D.N.Y.)
*Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.*, Case No. 04-CV-5970-UA (S.D.N.Y.)
*Euro Brokers, Inc., et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 04-CV-07279-UA (S.D.N.Y.)
*New York Marine and General Insurance Co. v. Al Qaida, et al.*, Case No. 04-CV-6105 (S.D.N.Y.)
*World Trade Center Properties, LLC, et al. v. Al Baraka Investment and Development Corporation, et al.*, Case No. 04-CV-7280 (S.D.N.Y.)

Dear Judge Casey:

Plaintiffs were contacted today by *pro se* Defendant Yeslam Bin Laden regarding an extension of time to supplement or file his Motion to Dismiss in the above-referenced cases. Plaintiffs have agreed to a 60-day extension of time for Mr. Bin Laden to move to dismiss or otherwise respond, making his papers due July 22, 2005. Plaintiffs' Response will be due September 20, 2005; and Defendant's Reply, if any, will be due October 20, 2005. On behalf of the Plaintiffs and Mr. Bin Laden, we ask that the Court endorse this agreed upon schedule.

Respectfully submitted,

Jodi Westbrook Flowers

Application granted
5/19/05
Richard Conway Casey

JWF/crh
cc: Yeslam bin Laden (via facsimile)
All Counsel of Record

Motley Rice LLC
Attorneys at Law

28 BRIDGESIDE BLVD.
P.O. BOX 1792
MT. PLEASANT, SC 29465
843-216-9000
843-216-9450 FAX

1750 JACKSON ST.
P.O. BOX 365
BARNWELL, SC 29812
803-224-8800
803-259-7048 FAX

321 SOUTH MAIN ST.
P.O. BOX 6067
PROVIDENCE, RI 02940
401-457-7700
401-457-7708 FAX

ONE CORPORATE CENTER
20 CHURCH ST., 17TH FLOOR
HARTFORD, CT 06103
860-882-1681
860-882-1682 FAX