UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*
    *Federal Insurance Co., et al. v. Al Qaida, et al.,* Case No. 03-CV-6978 (S.D.N.Y.)
    *Kathleen Ashton, et al v. Al Qaeda Islamic Army, et al.* Case No. 1:02-6977 (S.D.N.Y.)
    *Thomas E. Burnett, Sr., et al. v. Al Baraka Investment & Development Corp., et al.,*
    Case No. 03-CV-9849 (S.D.N.Y.)
    *Cantor Fitzgerald & Co., et al. v. Akida Bank Private., Ltd., et al.,* Case No. 04-CV-7065
        (S.D.N.Y.)
    *Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.,* Case No. 04-CV-
        05970-UA (S.D.N.Y.)
    *Estate of John P. O'Neill, Sr., on behalf John P. O'Neill, Sr., deceased, and on behalf of*
        *decedent's heirs-at-law, et al. v. Al Baraka Investment and Development Corp., et*
        *al.,* Case No. 04-CV-1923 (S.D.N.Y.)
    *Euro Brokers, Inc., et al. v. Al Baraka Investment and Development Corp., et al.,* Case
        No. 04-CV-07279-UA (S.D.N.Y.)
    *New York Marine and General Insurance Co. v. Al Qaida, et al.,* Case No. 04-CV-6105
        (S.D.N.Y.)
    *World Trade Center Properties, LLC, et al. v. Al Baraka Investment and Development*
        *Corporation, et al.,* Case No. 04-CV-7280 (S.D.N.Y.)

**STIPULATION AS TO SERVICE OF PROCESS AND EXTENSION OF TIME
TO RESPOND TO COMPLAINTS CONSOLIDATED UNDER MDL 1570**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs in all of the

above-referenced cases consolidated under 03 MDL 1570 and Defendant Khalid Bin Mahfouz,

by and through their undersigned counsel, that the undersigned Defendant hereby agrees that he

was served with the Complaint in each of the cases referenced above as a result of the

publication of the Legal Notice of Suit in the USA Today, International Herald Tribune and Al

Quds Al Arabi newspapers, which was authorized by Judge Richard C. Casey's Order dated

September 15, 2004.

claims for relief under the Racketeer Influenced and Corrupt Organizations Act ("RICO") shall serve their respective RICO Statements concerning Mr. Bin Mahfouz, on or before May 27, 2005.

IT IS FURTHER HEREBY STIPULATED AND AGREED that the time for Mr. Bin Mahfouz to answer or otherwise respond to the Complaint in each of the cases referenced above, shall be on or before June 27, 2005.

IT IS FURTHER HEREBY STIPULATED AND AGREED that the Plaintiffs' response to Mr. Bin Mahfouz's responsive pleading, if any, shall be served within sixty days of receipt of same from defendant's counsel, and that defendant shall file reply papers, if any, within thirty days of receipt of plaintiffs' opposing papers.

IT IS FURTHER HEREBY STIPULATED AND AGREED that Mr. Bin Mahfouz hereby waives any and all affirmative defenses, objections, privileges, immunities and arguments relating to service of process in each of the cases referenced above, but preserves any and all other defenses, objections, privileges, immunities and arguments available to it.

Respectfully submitted.

COZEN O'CONNOR

By: *[signature]*
Sean P. Carter
Adam C. Bonin
1900 Market Street
Philadelphia, PA 19103

*Attorneys for Plaintiffs*

JONES DAY LLP

By: *Mike Gurdak (MPG)*
James E. Gauch
Michael P. Gurdak
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113

*Attorneys for Defendant*

**SO ORDERED:**

_____
RICHARD CONWAY CASEY, U.S.D.J.

Dated:_____