**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | ) | |
| **In Re: TERRORIST ATTACKS OF** | ) | **03 MDL 1570 (RCC)** |
| **SEPTEMBER 11, 2001** | ) | |
| | ) | **04 CV 1076** |
| | ) | **04 CV 1923** |

**ENTRY OF APPEARANCE**

TO THE CLERK  of this Court and all parties of record:

Enter my appearance as counsel in this case for:

Martin Wachter

Erwin Wachter

Secor Treuhand Anstalt

Asat Trust Reg.

I certify that I am admitted to practice in this Court.


May 23, 2005                               Respectfully submitted,

                                          /s/

                                          Lisa Freiman Fishberg (SDNY #LF6946)
                                          COBURN & SCHERTLER, LLP
                                          1140 Connecticut Avenue, NW
                                          Suite 1140
                                          Washington, DC  20036
                                          Ph. (202) 628-4199
                                          Fax (202) 628-4177
                                          Email:  lfishberg@coburnandschertler.com