IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In Re: TERRORIST ATTACKS OF SEPTEMBER 11, 2001 | ) ) ) ) ) ) | 03 MDL 1570 (RCC)<br><br>04 CV 1076<br>04 CV 1923 |

## ENTRY OF APPEARANCE

TO THE CLERK of this Court and all parties of record:

Enter my appearance as counsel in this case for:

    Martin Wachter

    Erwin Wachter

    Secor Treuhand Anstalt

    Asat Trust Reg.

I certify that I am admitted to practice in this Court.


May 23, 2005　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/

　　　　　　　　　　　　　　　　　　　　Lisa Freiman Fishberg (SDNY #LF6946)
　　　　　　　　　　　　　　　　　　　　COBURN & SCHERTLER, LLP
　　　　　　　　　　　　　　　　　　　　1140 Connecticut Avenue, NW
　　　　　　　　　　　　　　　　　　　　Suite 1140
　　　　　　　　　　　　　　　　　　　　Washington, DC  20036
　　　　　　　　　　　　　　　　　　　　Ph. (202) 628-4199
　　　　　　　　　　　　　　　　　　　　Fax (202) 628-4177
　　　　　　　　　　　　　　　　　　　　Email:  lfishberg@coburnandschertler.com