UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X

*IN RE TERRORIST ATTACKS ON*
*SEPTEMBER 11, 2001*

Case No. 03 MDL 1570 (RCC)

ORDER

(SAMI OMAR AL-HUSSAYEN, defendant)

----------------------------------------------------X

This document relates to:
*Thomas Burnett, et al v. Al Baraka Investment and Dev. Corp., et al.*, Case No. 03 CV 9849 (RCC)
*Euro Brokers, Inc., et al v. Al Baraka Investment and Dev. Corp., et al.*, Case No. 04 CV 7279 (RCC)
*Federal Insurance Company, et al v. Al Qaida, et al.*, Case No. 03 CV 6978 (RCC)
*New York Marine and General Insurance Company, et al v. Al Qaida, et al.*, Case No. 04 CV 6105 (RCC)
*World Trade Center Properties LLC et al. v. Al Baraka Investment and Dev. Corp.*, 04 CV 7280 (RCC)

The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney Sheryl L. Musgrove is permitted to argue or try this particular case in whole or in part as counsel or advocate.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission pro hac vice for the above listed case will be made on the roll of attorneys.

Dated this 19 day of May, 2005.

_____
United States District Judge

U.S. DISTRICT COURT FILED MAY 19 2005 S.D. OF N.Y.

MICROFILM MAY 19 2005 3:00 PM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

IN RE TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

(SAMI OMAR AL-HUSSAYEN, defendant)

-------------------------------------------------X

Case No. 03 MDL 1570 (RCC)

NOTICE OF MOTION TO
ADMIT COUNSEL *PRO HAC VICE*

This document relates to:
*Thomas Burnett, et al v. Al Baraka Investment and Dev. Corp, et al.*, Case No. 03 CV 9849 (RCC)
*Euro Brokers, Inc., et al v. Al Baraka Investment and Dev. Corp., et al.*, Case No. 04 CV 7279 (RCC)
*Federal Insurance Company, et al v. Al Qaida, et al.*, Case No. 03 CV 6978 (RCC)
*New York Marine and General Insurance Company, et al v. Al Qaida, et al.*, Case No. 04 CV 6105 (RCC)
*World Trade Center Properties LLC et al. v. Al Baraka Investment and Dev. Corp.*, 04 CV 7280 (RCC)

TO:  Opposing Counsel

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto I will move this Court before the Honorable Richard Conway Casey, United States District Judge, at the United States Courthouse for the Southern District of New York, pursuant to Rule 1.3 (c) of the Local Rules of the United States District Court for the Southern District of New York for an Order allowing the admission of Sheryl L. Musgrove, an associate of the firm of Nevin, Benjamin & McKay LLP and a member in good standing of the Bar of the State of Idaho, as attorney *pro hac vice* to argue or try this case in whole or in part as co-counsel with other counsel from my firm previously admitted pro hac vice in this case. There are no pending disciplinary proceedings against me in any State or Federal Court.

DATED this 21st day of April, 2005.

Respectfully submitted,

Sheryl L. Musgrove
Nevin, Benjamin & McKay LLP
P.O. Box 2772
Boise, ID 83701
208-343-1000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

| | |
|---|---|
| *IN RE TERRORIST ATTACKS ON*<br>*SEPTEMBER 11, 2001*<br><br>(SAMI OMAR AL-HUSSAYEN, defendant) | Case No. 03 MDL 1570 (RCC)<br><br>AFFIDAVIT OF SHERYL L. MUSGROVE<br>IN SUPPORT OF NOTICE OF<br>MOTION TO ADMIT COUNSEL<br>*PRO HAC VICE* |

-------------------------------------------------------X

This document relates to:
*Thomas Burnett, et al v. Al Baraka Investment and Dev. Corp, et al.*, Case No. 03 CV 9849 (RCC)
*Euro Brokers, Inc., et al v. Al Baraka Investment and Dev. Corp., et al.*, Case No. 04 CV 7279 (RCC)
*Federal Insurance Company, et al v. Al Qaida, et al.*, Case No. 03 CV 6978 (RCC)
*New York Marine and General Insurance Company, et al v. Al Qaida, et al.*, Case No. 04 CV 6105 (RCC)
*World Trade Center Properties LLC et al. v. Al Baraka Investment and Dev. Corp.*, 04 CV 7280 (RCC)

| | |
|---|---|
| STATE OF IDAHO | ) |
| | ) ss. |
| County of Ada | ) |

Sheryl L. Musgrove, being first duly sworn, deposes and says that:

1. I make this Affidavit in support of my motion for admission to practice *pro hac vice* as co-counsel to defendant, SAMI OMAR AL-HUSSAYEN, in the above-referenced action.

2. I reside in Boise, Idaho and practice at the following office address and telephone number: Nevin, Benjamin & McKay LLP, 303 West Bannock, P.O. Box 2772, Boise, ID 83701, 208-343-1000.

3. I have been admitted to practice before the following courts on the following dates:

| Court: | Dates: |
|---|---|
| Idaho | 1995 |
| Alaska (inactive status) | 2001 |

AFFIDAVIT OF SHERYL L. MUSGROVE IN SUPPORT OF NOTICE OF MOTION TO
ADMIT COUNSEL PRO HAC VICE - Page 1

| U.S. District Court, District of Idaho | 1995 |
| U.S. Court of Appeals, Ninth Circuit | 1996 |

4. I am in good standing and eligible to practice in said Courts.

5. I am not currently suspended or disbarred in any other Courts.

6. A certificate of good standing from the Idaho State Bar issued within the past 30 days is attached hereto as Exhibit A.

7. My appearance in this District will be limited to the present case.

8. Joshua L. Dratel, a member in good standing of the bar of this Court, of the firm of Law Offices of Joshua L. Dratel, P.C., practices at the following office address and phone number: 14 Wall Street, 28th Floor, New York, New York 10005; Telephone (212) 732-0707; and Facsimile (212) 571-6341, will continue to serve as co-counsel for my firm with authority to act as attorney of record for all purposes.

WHEREFORE, it is respectfully requested that this Court order that petitioner be permitted to appear *pro hac vice* in the above-referenced matter.

DATED this 21st day of April, 2005.

_____
Sheryl L. Musgrove

SUBSCRIBED AND SWORN to before me this 21st day of April, 2005.

_____
Notary Public for Idaho.
My commission expires: 11-8-07

AFFIDAVIT OF SHERYL L. MUSGROVE IN SUPPORT OF NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE - Page 2

# CERTIFICATE OF GOOD STANDING

## Sheryl Louise Musgrove

This is to certify that Sheryl Louise Musgrove is an Active Member in good standing of the Idaho State Bar.

Ms. Musgrove was admitted to the Idaho State Bar by examination on October 3, 1995 and has been an Active member since June 25, 2004.

Ms. Musgrove has never been disbarred or suspended from the practice of law in the state of Idaho.

| | |
|---|---|
| April 6, 2005 | _[signature]_ |
| Date | Diane K. Minnich, Executive Director |

IDAHO STATE BAR
P. O. Box 895
Boise, Idaho 83701
(208) 334-4500
Fax: (208) 334-4515

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

*IN RE TERRORIST ATTACKS ON*  Case No. 03 MDL 1570 (RCC)
*SEPTEMBER 11, 2001*

NOTICE OF SERVICE

(SAMI OMAR AL-HUSSAYEN, defendant)

-------------------------------------------------------X

This document relates to:
*Thomas Burnett, et al v. Al Baraka Investment and Dev. Corp, et al.*, Case No. 03 CV 9849 (RCC)
*Euro Brokers, Inc., et al v. Al Baraka Investment and Dev. Corp., et al.*, Case No. 04 CV 7279 (RCC)
*Federal Insurance Company, et al v. Al Qaida, et al.*, Case No. 03 CV 6978 (RCC)
*New York Marine and General Insurance Company, et al v. Al Qaida, et al.*, Case No. 04 CV 6105 (RCC)
*World Trade Center Properties LLC et al. v. Al Baraka Investment and Dev. Corp.*, 04 CV 7280 (RCC)

PLEASE TAKE NOTICE that the Notice of Motion to Admit Counsel Pro Hac Vice, Affidavit in Support of Motion, and proposed Order were served upon all counsel in the above-entitled actions by email this 11th day of May, 2005.

Respectfully submitted,

Sheryl L. Musgrove
Nevin, Benjamin & McKay LLP
P.O. Box 2772
Boise, ID 83701
208-343-1000

# United States District Court
## Southern District of New York
### Office of the Clerk
### U.S. Courthouse
### 500 Pearl Street, New York, NY 10007-1213

**To:** Chambers

03 MDL 1570 (RCC)

**From:** Clerk's Office

The attached document has been accepted for filing under **Rule 5(e) effective December 1, 1991.** Regrettably, as you know, the clerk is no longer authorized to reject papers based on form only. In order for the papers to be rejected, action must be taken by the judge. This document is deficient as to form for the following reason(s):

☐ For an original signature of the attorney of record in his/her own name, followed by his/her address and telephone number, at the end of each document. [Local Civil Rule 11.1(b)].

☐ All papers must bear the docket number and the initials of the judge and any magistrate judge before whom the action or proceeding is pending and have the name of each person signing it clearly printed or typed directly below the signature [Local Civil Rule 11.1(a)].

☐ All original paper must contain the initials of the attorney's first and last name, and the last four digits of the attorney's social security number, or any other four digit number registered by the attorney with the clerk of the court [Local Civil Rule 11.1(b)(1)&(2)].

☐ All pleadings, written motions, and other papers must be plainly written, typed, printed or copied without erasures or inter-lineation which may materially deface it [Local Civil Rule 11.1(a)(1)].

☐ For an attorney's affirmation or affidavit, as required [Local Civil Rule 6.1(a)(1)].

☐ Expired Certificate of Good Standings (30 days) [Local Civil Rule 1.3(7)].

☐ Federal Civil Rule 7.1 disclosure statement and copy needed.

☒ Proof of service required [Federal Civil Rule 5(a)].

☐ Other_____

**Accept for filing:**

J. Michael McMahon, Clerk

_____  _____
U.S.D.J.                                DATE

**Return for compliance of local rule:**

Deputy Clerk

_____  _____
U.S.D.J.                                DATE                                    4-26-05 DATE