**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*     All actions

## NOTICE OF FILING OF OMITTED PROPOSED ORDER

On May 20, 2005, plaintiffs filed their Motion for Entry of Final Judgments Regarding Defendants Kingdom Of Saudi Arabia, Prince Sultan Bin Abdul Aziz Al Saud, Prince Turki Al Faisal Al Saud, Prince Mohamed Al Faisal Al Saud, and Al Rajhi Banking & Investment Co., Inc. That motion made reference to a Proposed Order, but the Proposed Order was inadvertently omitted from the filing. The Proposed Order, which is attached as Exhibit A, should be included with plaintiffs' Motion for Entry of Final Judgments.

Dated:  May 25, 2005            Respectfully Submitted,

/s/_____
Ronald L. Motley, Esq. (RM-2730)
Jodi Westbrook Flowers, Esq.
Donald A. Migliori, Esq.
Michael Elsner, Esq. (ME-8337)
Justin B. Kaplan, Esq.
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, South Carolina 29465
Tel:  (843) 216-9000

Stephen A. Cozen (SC 1625)
Elliott R. Feldman (EF 8111)
Sean P. Carter (SC 0636)
Mark T. Mullen (MM 2384)
COZEN O'CONNOR
1900 Market Street

Philadelphia, PA 19103
Tel:  (215) 665-2000
Fax:   (215) 665-2013

James P. Kreindler, Esq.
Justin T. Green, Esq.
Andrew Maloney, Esq.
KREINDLER & KREINDLER LLP
100 Park Avenue
New York, New York 10017-5590
Tel: (212) 687-8181

Paul J. Hanly, Jr., Esq. (PH-5486)
Jayne Conroy, Esq. (JC-8611)
Andrea Bierstein, Esq. (AB-4618)
HANLY CONROY BIERSTEIN & SHERIDAN, LLP
112 Madison Avenue
New York, NY 10016
Tel:  (212) 784-6400

For the Plaintiffs' Executive Committees