*In re Terrorist Attacks on Sept. 11, 2001,* 03 MDL 1570
NOTICE OF FILING OF OMITTED PROPOSED ORDER

# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

This document relates to:                All actions

### [PROPOSED] ORDER

And now, on this _____ day of _____, 2005, after careful consideration of Plaintiff's Motion for Entry of Final Judgments Regarding Defendants Kingdom of Saudi Arabia, Prince Sultan bin Abdul Aziz al Saud, Prince Turki al Faisal al Saud, Prince Mohamed al Faisal al Saud, and Al Rajhi Banking & Investment Company, the accompanying Memorandum of Law, and Defendants' responses, if any, this Court finds as follows:

1.       The Court's Orders dated January 18, 2005 and May 6, 2005 dismissing all of plaintiffs' claims against defendants Kingdom of Saudi Arabia, Prince Sultan bin Abdul Aziz al Saud, Prince Turki al Faisal al Saud, Prince Mohamed al Faisal al Saud, and Al Rajhi Banking & Investment Company, having finally decided the rights and liabilities of these defendants, are final decisions within the meaning of 28 U.S.C. § 1291 as to these defendants.

2.       No just reason exists to delay the appeal, if any, from these final decisions, because a) immediate appeals of the dismissals of these defendants will not delay these proceedings, and, to the contrary, such review will aid in the administration of justice and promote judicial economy; b)  immediate appeals of the dismissals of these defendants would establish clear guidelines as to the standards to be applied to anticipated future motions to

dismiss, promoting judicial efficiency by firmly establishing at an early stage the standards governing this Court's review of pending and future motions; c) considerations of fairness to these defendants weigh strongly in favor of early appeal and swift, final dismissal from protracted litigation should this Court's order of dismissal ultimately be sustained; and d) delaying the appeals of the Court's dismissals of these defendants until final disposition of all claims against all parties would give rise to substantial hardship, and severely prejudice plaintiffs' efforts to enforce their legal rights and these defendants' interest in final resolution of the claims against them. Accordingly,

IT IS HEREBY ORDERED:

The Clerk is hereby directed to enter final judgment pursuant to Rule 54(b) of the Federal Rules of Civil Procedure in favor of defendants Kingdom of Saudi Arabia, Prince Sultan bin Abdul Aziz al Saud, Prince Turki al Faisal al Saud, Prince Mohamed al Faisal al Saud, and Al Rajhi Banking & Investment Company on all claims against them in all actions consolidated within this multidistrict litigation.

SO ORDERED.

                                                                                             Richard Conway Casey
                                                                                             U.S.D.J.