# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In re Terrorist Attacks on September 11, 2001            03 MDL 1570 (RCC)

-----------------------------------------------------------------x

This document relates to:

>    *Euro Brokers Inc., et al. vs. Al Baraka*
>    *Investment and Development Corp., et al.*
>    **04 CV 07279 (RCC)**
>
>    *World Trade Center Properties, L.L.C., et al. vs.*
>    *Al Baraka Investment and Development Corp., et al.*
>    **04 CV 07280 (RCC)**

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

Pursuant to F.R.C.P. 41, Plaintiffs in the above-referenced actions hereby voluntarily dismiss the following Defendants without prejudice from *Euro Brokers Inc., et al. vs. Al Baraka Investment and Development Corp., et al., No.* 04 CV 07279 (RCC) and *World Trade Center Properties, L.L.C., et al. vs. Al Baraka Investment and Development Corp., et al., No.* 04 CV 07280 (RCC):

Abdullah Salim Bahamdan (D179)

Dated: New York, New York
      May ___, 2005

Respectfully submitted,


/s/_____
Ronald L. Motley, Esq. (SC Bar #4123)
Jodi Westbrook Flowers, Esq. (SC Bar #66300)
Donald A. Migliori, Esq. (RI Bar #4936)
Michael Elsner, Esq. (NY & VA Bar #ME-8337)
Ingrid L. Moll, Esq. (IM-3949)
Robert T. Haefele, Esq. (NJ-58293; PA-57937)
Justin B. Kaplan, Esq. (TN-022145)
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, South Carolina 29465
Telephone:  (843) 216-9000

-2-