(A 16-15.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: TERRORIST ATTACKS on SEPTEMBER 11, 2001 | 03 MDL 1570 (RCC) ECF Case |
| This document relates to: | |
| Continental Casualty Company, et al., Plaintiffs | |
| v. | 04-CV-5970 (RCC) |
| Al Qaeda Islamic Army, et al., Defendants. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-26-05

**STIPULATION AND ORDER FOR SERVICE OF PROCESS AND SETTING SCHEDULE FOR INTERNATIONAL ISLAMIC RELIEF ORGANIZATION TO RESPOND TO THE FIRST AMENDED COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for Plaintiffs and for Defendant International Islamic Relief Organization ("IIRO") that

1. IIRO shall have sixty (60) days from the date on which the Court decides IIRO's pending motions to dismiss in *Kathleen Ashton, et al v. Al Qaeda Islamic Army, et al* (02-CV-6977), *Burnett, et al. v. Al Baraka Investment and Development Corporation, et al.* (03 CV 9849) and *Federal Insurance Company, et al v. Al Qaida, et al* 903-CV-6978) to move to dismiss or answer the First Amended Complaint.

2. Plaintiffs shall have sixty (60) days from the date on which it is served with IIRO's motion to dismiss to serve its opposition to same or to respond, if required, to the answer.

3.  IIRO shall have thirty (30) days from the date on which IIRO is served with Plaintiffs' opposition motion to dismiss, or response to answer, to reply to that opposition or response.

4.  The foregoing schedule is without waiver of any of IIRO's defenses, except that IIRO does not challenge the sufficiency of process or the sufficiency of Plaintiffs' service of process on IIRO in this case. IIRO hereby waives all affirmative defenses, objections, and arguments relating to the sufficiency of process and the sufficiency of service of process during the course of this litigation.

Respectfully submitted,

| MARTIN F. MCMAHON & ASSOC. | LAW OFFICES OF ROBSON, FERBER, FROST, CHAN & ESSNER |
|---|---|
| *(signature)* | *(signature)* |
| Martin F. McMahon, Esquire<br>1150 Connecticut Ave., NW<br>Washington, DC 20035<br>Phone: 202-862-4343<br>Fax: 202-862-4302 | Robert Manuel Kaplan, Esquire<br>Robson Ferber Frost Chan & Essner<br>530 Fifth Avenue<br>New York, New York 10036<br>Phone: (212) 944-2200<br>Fax: (212) 944-7630 |
| Dated: May 17, 2005 | Dated: May 23, 2005 |
| *Counsel for Defendant International Islamic Relief Organization* | *Counsel for Plaintiffs* |
| Dated: New York, New York<br><br>May 26, 2005 | SO ORDERED:<br><br>*(signature)*<br>―――――――――――――<br>Richard C. Casey<br>U.S.D.J. |