## LAW OFFICES OF
## JERRY S. GOLDMAN & ASSOCIATES, P.C.

A NEW YORK PROFESSIONAL CORPORATION DULY QUALIFIED TO TRANSACT BUSINESS WITHIN THE COMMONWEALTH OF PENNSYLVANIA

TWO PENN CENTER PLAZA • SUITE 1411
1500 JFK BOULEVARD
PHILADELPHIA, PA 19102
TEL: 215.569.4500 • FAX: 215.569.8899

111 BROADWAY • 13TH FLOOR
NEW YORK, NY 10006
TEL: 212.242.2232 • FAX: 212.346.4665

GINA M. MAC NEILL
DIRECT DIAL: 215.569.4500 ext. 25
gmacneill@goldmanlawyers.com
Admitted to: PA & NJ

3109 STIRLING ROAD • SUITE 101
FORT LAUDERDALE, FL 33312
TEL: 954.981.6533 • FAX: 954.989.8068

ECF

Reply To: New York

May 25, 2005

*Via Hand Delivery*

Hon. Richard Conway Casey
United States District of New York
United States Courthouse
500 Pearl Street, Room 1350
New York, NY 10007-1312

RECEIVED
MAY 26 2005
RICHARD CONWAY CASEY
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-27-05

Re:   *In re Terrorist Attacks of September 11, 2001*,
      *03 MDL 1570 (RCC);*
      *Estate of John P. O'Neill, Sr., et al. v. Al Baraka, et al.,*
      *04 CV 1923 (RCC);*
      *Estate of John P. O'Neill, Sr. Et al. v. Republic of Iraq, et al.,*
      *04 CV 1076 (RCC)*

Dear Judge Casey:

On this date, Plaintiffs contacted Defendants' counsel requesting an extension of time to file RICO statements applicable to Defendants Asat Trust, Sercor Truehand Anstalt, Martin Wachter, and Erwin Wachter. Plaintiffs requested that the due date for the applicable RICO statements be extended from May 25, 2005 to May 31, 2005. Defendants agreed to a permit Plaintiffs this extension. On behalf of the Plaintiffs and the Defendants, we ask that the Court endorse this agreed upon extension.

Very truly yours,

LAW OFFICES OF JERRY S. GOLDMAN &
     ASSOCIATES, P.C.

By: _____
    GINA M. MAC NEILL, ESQUIRE

*Application granted.*
*Richard Conway Casey*
5/26/05

cc: Alex Bopp, Esquire
    All Counsel of Record via E-mail