John K. Crossman (JC 7387)
Frank C. Welzer (FW 7159)
Zukerman Gore & Brandeis, LLP
875 Third Avenue
New York, New York 10022
Telephone (212) 223-6700
Facsimile (212) 223-6433

*Attorneys for Defendant Dubai Islamic Bank*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) |
| | ECF Case |
| | **DISCLOSURE STATEMENT** |

------------------------------------------------------------ x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, there are no parent corporations or any publicly held corporations that own 10% or more of Dubai Islamic Bank's stock.

Dated: New York, New York
       May 27, 2005

ZUKERMAN GORE & BRANDEIS, LLP

By:  /s/ Frank C. Welzer
     John K. Crossman (JC 7387)
     Frank C. Welzer (FW 7159)
     875 Third Avenue
     New York, New York 10022
     212.223.6700

*Attorneys for Defendant
Dubai Islamic Bank*