2 of 2 DOCUMENTS

Copyright 1996 Daily News, L.P.
Daily News (New York)

July 31, 1996, Wednesday

**SECTION:** Editorial; Pg. 31

**LENGTH:** 586 words

**HEADLINE:** IT'S MORE THAN JUST WHO PLANTS THE EXPLOSIVES

**BYLINE:** BY RICHARD Z. CHESNOFF

**BODY:**

HERE'S THE real message out of that anti-terrorism conference in Paris yesterday: It's not enough to go after individual terrorists, like those who blew TWA 800 out of the sky.

If the world is truly determined to fight terrorism, it must search out and break the knees of the nations and organizations that inspire, guide and support terrorists.

Half the past decade's worst commercial airplane disasters have been the results of man-made attacks. Add in the park bombers, car bombers, bus bombers and suicide bombers who have struck in recent times from India to Israel to England to Colombia to Oklahoma City and you have a concentric pattern of organized terror that draws support from a long list of government and secret groups: From Libya to Syria to Iran to Afghanistan to North Korea to U.S. racist gangs and the Colombian drug cartels.

The most frightening aspect of this worldwide wave of terror is that thanks to their backers, terrorists no longer rely just on homemade bombs. They have access to big-time weapons and explosives. The bomb that killed 19 American servicemen near Dhahran, Saudi Arabia, last month was larger than the blast that hit Oklahoma City.

Defense Secretary William Perry who arrived in Saudi Arabia yesterday to discuss security improvements for U.S. troops recently warned that Islamic extremists in the Persian Gulf area could easily strike again, this time with chemical weapons and short-range missiles!

The biggest mistake we can make is to underestimate terrorists' abilities and the extent of their networks. Saudi Arabia is a good example.

After serious nudging from Washington, the Saudi rulers have agreed to let most of the 5,000 U.S. troops stationed there move to a more secluded and thus safer part of the Saudi desert. That is, apparently, one of the points Perry is there to nail down. There are also signs the Saudis and FBI units assigned to work with them are zeroing in on the Dhahran terrorists.

But catching terrorists and shattering their network cannot be a myopic battle. For example, while Saudi authorities are trying to ferret out anti-government, anti-American desert radicals, they're still doing nothing about the Saudis who fund other terrorist groups around the world.

At least $ 20 million a year flows out of Saudi Arabia to Hamas, the Palestinian terror group that claimed responsibility for the recent slew of suicide bombings in Israel.

Intelligence officials are convinced that the International Islamic Relief Organization is a major funnel for this Saudi support. During a recent visit to Saudi Arabia, I stopped by the IIRO's office. The American-educated general

Daily News (New York) July 31, 1996, Wednesday

secretary, Farid Gurashi, nervously but vehemently denied his group funds Hamas or any other political or terrorist gang. "Are you inquiring for intelligence or reporting purposes," Gurashi asked me with an edgy giggle.

Gurashi has every reason to be nervous. Western intelligence services have traced IIRO money transfers to bank accounts in London and Amman, Jordan, and from there to front organizations that transferred the money to Hamas-backed groups in the West Bank and Gaza.

Some acts of destruction are committed by loners, like the Unabomber and, apparently, the person behind the bomb in Atlanta. But the major incidents are almost invariably the product of determined organizations. In those cases, stopping the groups and nations that support the terrorism is as important as catching the mules who plants the bombs.

**LOAD-DATE:** July 31, 1996

120SG5

\*\*\*\*\*\*\*\*\*\*  Print Completed  \*\*\*\*\*\*\*\*\*\*

Time of Request:   April 20, 2005  11:50 AM EDT

Print Number:     1862:41357683
Number of Lines:   50
Number of Pages:

Send To:  WTCELLIOTT, COZEN
       COZEN & O'CONNOR
       1900 MARKET ST
       PHILADELPHIA, PA 19103-3527