1 of 1 DOCUMENT

Copyright 1998 Associated Press
All Rights Reserved
Associated Press Worldstream

These materials may not be republished without the express written consent of The Associated Press

September 18, 1998; Friday 08:50 Eastern Time

**SECTION:** International news

**LENGTH:** 677 words

**HEADLINE:** Briefs

**BODY:**

--

JOHANNESBURG, South Africa (AP)

A spokesman for Deputy President Thabo Mbeki pleaded guilty to culpable homicide, negligent driving and having consumed alcohol over the legal limit in connection with a fatal car crash last year, a newspaper reported Friday.

Sentencing for Thami Ntenteni, 44, was scheduled for Nov. 5, the Sowetan newspaper reported. He had entered the plea on Thursday.

His conviction followed an accident on the N1 Highway near Midrand, north of Johannesburg, on December 22 last year, in which one person was killed and four others injured.

Ntenteni has been suspended as Mbeki's spokesman.

--

NAIROBI, Kenya (AP)

A judge suspended a ban on four Muslim aid agencies, causing Muslims in Kenya to call off a countrywide prayer-protest on Friday.

Justice Joyce Alouch said she granted the suspension Thursday so representatives could challenge the ban and the cancellation of work permits for four officials heading the agencies, the East African Standard said. However, bans on two other Muslim aid agencies weren't suspended.

Last week, a month after the bombing of the U.S. Embassy in Nairobi that killed 247 people, the government banned 16 nongovernmental organizations, including six Muslim aid agencies.

The government imposed the ban after investigators reportedly discovered that the explosives used to make the bomb entered Kenya in relief food shipments handled by a Muslim aid agency.

The four agencies that were granted suspension of the ban are the International Islamic Relief Organization, the Muslim World League, Al-Haramain and Mercy Relief International.

Three of the agencies are funded by Saudi Arabia.

The relief agencies have been running health centers, schools and orphanages for Muslims and non-Muslims, mainly in northeastern Kenya.

Associated Press Worldstream September 18, 1998; Friday

--

LISBON, Portugal (AP)

Portugal is sending 137 tons of aid, including food and medicine, to its former colony Guinea-Bissau where some 300,000 people have been displaced by a three-month conflict.

The aid is scheduled to leave Lisbon by ship Sept. 22 on a week-long voyage to the tiny West African country, according to news reports Friday.

Efforts to help the displaced population have been stymied by the failure to broker a peace deal between a breakaway military faction and President Joao Bernardo Vieira who is supported by troops from neighboring Senegal.

The two sides agreed to a cease-fire July 26, but ongoing talks mediated by the Economic Community of West African States and the Community of Portuguese-Speaking Countries have failed to cement a permanent peace accord.

Aid groups have warned of a possible humanitarian crisis if the refugees did not receive food and medicine.

--

LAGOS, Nigeria (AP)

The World Bank says it will increase its investments in development projects for Nigeria Africa's most populous nation.

World Bank Vice President Jean-Louis Sarbib made the pledge in Lagos on Thursday, on the last leg of an official visit to Nigeria.

"The World Bank is ready to co-operate with Nigeria in its aspiration to

achieve political stability and economic growth," Sarbib was quoted Friday as saying by the News Agency of Nigeria.

Earlier during his visit, Sarbib praised head of state Gen. Abdulsalami Abubakar who took over after the June death of dictator Gen. Sani Abacha.

Since coming to power, Abubakar has freed many political detainees and pledged a return to civilian rule next year.

Commending Abubakar's administration's reforms, Sarbib described them as "beacon of hope for the country."

--

ABIDJAN, Ivory Coast (AP)

Mobile phones, a trademark for the Ivory Coast's commercial elite, are also increasingly popular with thieves, a newspaper reported Friday.

Over 200 cellular telephones are stolen each week in Abidjan, the Ivory Coast's primary city, Fraternite Matin newspaper reported.

Phones are most often snatched from users at traffic lights, or from people in their cars during the capital's morning traffic jams, the report said.

(var-aos)

**LOAD-DATE:** September 18, 1998

120SG5

\*\*\*\*\*\*\*\*\*\*  Print Completed  \*\*\*\*\*\*\*\*\*\*

Time of Request:   April 20, 2005  01:41 PM EDT

Print Number:     1822:41375922
Number of Lines:   58
Number of Pages:

Send To:  WTCELLIOTT, COZEN
          COZEN & O'CONNOR
          1900 MARKET ST
          PHILADELPHIA, PA 19103-3527