Russian Troops Find Arab, Bosnian Passports in Chechnya

*ITAR-TASS*, 21 February 2000

(FBIS Transcribed Text) Russian troops have found another archive of Chechen rebels in Grozny. It contains copies of the passports and school diplomas belonging to citizens of Bangladesh, Yemen, Thailand and Zambia, the staff of the federal troops in the North Caucasus told Itar- Tass on Monday.

Judging from the applications to International Relief Organisation, attached to the personal documents, this Islamic organisation arranged for the transportation of mercenaries to Chechnya. The main office of the organisation is in Saudi Arabia.

Among the documents of Arab citizens there is a Bosnia- Herzegovina passport. A mark in the passport suggests that its owner might have worked at the Bosnian embassy in Tripoli.

The staff of the federal troops in the North Caucasus identified the Yugoslav mercenary as Mesud Djidjic, born in 1968.

Military experts are now studying the documents. They believe that the supply of Moslem mercenaries to Chechnya was well organised.

It is all known that people from Arab African countries and Southeast Asia were used by terrorists as soldiers, while representatives from Jordan, Saudi Arabia and Pakistan had the ranks of officers and served either as commanders or as military instructors.