2 of 2 DOCUMENTS

Copyright 1998 Associated Press
All Rights Reserved
Associated Press Worldstream

These materials may not be republished without the express written consent of The Associated Press

September 09, 1998; Wednesday 07:45 Eastern Time

**SECTION:** International news

**LENGTH:** 407 words

**HEADLINE:** Kenya bans six Islamic aid agencies after U.S. Embassy bombing

**DATELINE:** NAIROBI, Kenya

**BODY:**

Kenya banned six aid agencies linked to Islamic organizations, including at least one raided in connection with terrorist attacks on U.S. embassies in East Africa, a newspaper said Wednesday.

The groups were banned because they "had been found to be working against the interests of Kenyans in terms of security," John Etemesi, chairman of the Nongovernmental Coordinating Board, which registers aid agencies in Kenya, said Tuesday, according to the Daily Nation newspaper.

"Our investigations reveal that the operations of these organizations are inconsistent with the reasons for which they were registered," Etemesi said without elaborating.

Etemesi out of his office Wednesday. His assistant, who declined to be named, confirmed the ban but declined to elaborate.

FBI agents and Kenyan detectives raided the offices of one of the banned organizations, Mercy Relief International, in Nairobi following the Aug. 7 terrorist bombings of the U.S. embassies in Kenya and Tanzania.

The blasts killed 258 people, including 12 Americans, and injured more than 5,500 people.

The government also banned Help Africa People, Al Haramain Foundation, and the Ibrahim bin Abdul Aziz al Ibrahim Foundation, all three of which are based in Nairobi, plus the International Islamic Relief Organization, which is based in the Indian Ocean port of Mombasa.

A sixth banned agency, Rabitat Islam Ali Slam of Nairobi, was not registered, but illegally engaged in relief work, Etemesi said.

All six of the agencies serve Kenya's Muslim community.

Telephone calls to the agencies went unanswered Wednesday.

Two suspects in the Nairobi bombing Mohamed Rashed Daoud Al-'Owhali and Mohammed Saddiq Odeh were flown from Kenya to New York last month to face charges.

Authorities in the United States have linked the pair to Islamic militant Osama bin Laden.

The International Islamic Relief Organization has its main office in a Mombasa neighborhood where Odeh formerly lived. His Kenyan wife and son are now staying in a relative's home nearby.

The International Islamic Relief Organization had earlier lost its exemption from paying customs duties after the Finance Ministry complained the agency was selling its duty-free food to merchants.

Associated Press Worldstream September 09, 1998; Wednesday

The organization's operations were concentrated along the Indian Ocean coast and in eastern and northeastern regions where most of Kenya's Muslim community lives.

(VAR-cm-kjd)

**LOAD-DATE:** September 09, 1998

```
                                                                          120SG5
********** Print Completed **********

Time of Request: May 31, 2005  12:17 PM EDT

Print Number:    2822:46656545
Number of Lines: 46
Number of Pages: 2




















Send To:  WTCELLIOTT, COZEN
          COZEN O'CONNOR
          1900 MARKET ST
          PHILADELPHIA, PA 19103-3527
```