1 of 1 DOCUMENT

Copyright 2000 RBC Network Corp. All Rights Reserved
RosBusinessConsulting Database

June 26, 2000 Monday

**LENGTH:** 137 words

**HEADLINE:** FSB Says Money Collected For Chechen Rebels Goes To Private Accounts Of Basayev And Khattab

**BODY:**

   Most of the money being collected by Muslims to support Chechen rebels goes directly to private foreign bank accounts of Chechen field commanders, including Basayev and Khattab. Their families were brought to the United Arab Emirates and other countries of the Middle East and are supported by Muslim donations. According to FSB data, financing of rebels and mercenaries in Chechnya is being rendered mainly through the Islamic Al Haramain Foundation which emissaries are assigned to Maskhadov's staff. Russian special services have information that financing of Chechen rebels is being carried out through these emissaries. They are involved in weaponry, food and medical supplies. They also arrange treatment of wounded rebels and pay for operations against federal forces, the Echo of Moscow radio broadcast.

**LOAD-DATE:** November 2, 2001

```
                                                                        120SG5
**********  Print Completed  **********

Time of Request: May 31, 2005   12:30 PM EDT

Print Number:    1862:46658738
Number of Lines: 25
Number of Pages: 1

















Send To:  WTCELLIOTT, COZEN
          COZEN O'CONNOR
          1900 MARKET ST
          PHILADELPHIA, PA 19103-3527
```