1 of 1 DOCUMENT

Copyright 2002 News World Communications, Inc.
The Washington Times

February 25, 2002, Monday, Final Edition

**SECTION:** WORLD; Pg. A15

**LENGTH:** 501 words

**HEADLINE:** U.S. eyes Saudi file on terror targets

**BYLINE:** By Jerry Seper, THE WASHINGTON TIMES

**BODY:**

U.S. intelligence officials are reviewing a cache of computer files seized last year by NATO troops from a Saudi aid organization in Sarajevo, including photographs of past terrorist targets and a Washington street map pinpointing government buildings.

The inquiry, according to law enforcement authorities and others, began after a raid on the Sarajevo offices of the Saudi High Commission for Aid to Bosnia-Herzegovina.

The raid followed the October arrests of six Algerian-born men who worked for the Saudi organization.

All six, suspected members of an Algerian terrorist organization known by the acronym GIA, were handed over last month to U.S. authorities in connection with an ongoing investigation of post-September 11 attacks planned against U.S. and other Western targets.

The discovery of the computer files and other information, including a computer program explaining how to use crop duster aircraft to spread pesticide, and materials used to make fake U.S. State Department identification badges and credit cards, was first reported by the Associated Press.

U.S. intelligence officials confirmed that some of the photos found were of the World Trade Center, the Pentagon, the USS Cole and the U.S. embassies in Kenya and Tanzania. They said the photos showed the sites both before and after terrorist attacks.

The Saudi agency, founded by Prince Selman bin Abdul-Aziz to help children orphaned during Bosnia's 1992-95 war, is under investigation by Western authorities, who are attempting to trace more than $41 million in missing operating funds. Officials at the agency have denied any wrongdoing.

One of the six men arrested was identified as Sabir Lamar, the son-in-law of a local employee of the U.S. Embassy in Sarajevo. The embassy employee is believed to have had keys to the building, in which photographs and other information would have been available, intelligence officials said.

Mr. Lamar and the others, including Bensayah Belkacem, Mustafa Adir, Muhamed Nehle, Lakdar Bumedien and Budelah Hadz, are being held at the U.S. military prison at Guantanamo Bay, Cuba.

Mr. Belkacem has been identified as a top lieutenant to fugitive terrorist Osama bin Laden. He was arrested in the Bosnian city of Zenica, where authorities found phony passports and a mobile telephone listing for another top bin Laden aide, Abu Zubeida.

U.S. intelligence officials said Mr. Zubeida was considered one of bin Laden's top three advisers and appeared with bin Laden on a videotape shown after the September 11 attacks on America.

The six Algerian men were turned over to U.S. authorities on Jan. 17 after the Supreme Court of Bosnia's Muslim-Croat Federation ruled there was insufficient evidence to hold them in Bosnia. The court said the men had been detained on suspicion of involvement in terrorist activities, accused of operating with bin Laden's al Qaeda terrorist network and plotting attacks against U.S. and British facilities in Bosnia.

The Washington Times February 25, 2002, Monday, Final Edition

**LOAD-DATE:** May 15, 2002

```
                                                                         120SG5
********** Print Completed **********

Time of Request: May 31, 2005   02:44 PM EDT

Print Number:   1862:46681110
Number of Lines: 46
Number of Pages: 2




















Send To:  WTCELLIOTT, COZEN
          COZEN O'CONNOR
          1900 MARKET ST
          PHILADELPHIA, PA 19103-3527
```