7 of 51 DOCUMENTS

Copyright 2002 Financial Times Information
All rights reserved
Global News Wire – Asia Africa Intelligence Wire
Copyright 2002 BBC Monitoring/BBC
BBC Monitoring International Reports

February 26, 2002

**LENGTH:** 285 words

**HEADLINE:** AID AGENCIES IN BOSNIA INVESTIGATED OVER LINKS WITH INTERNATIONAL TERRORISM

**BODY:**

Text of report by Bosnia-Hercegovina Federation news agency FENA

Banja Luka, 26 February: For several months now, the Ministry of Internal Affairs MUP of the Bosnia-Hercegovina Federation has been checking up on the humanitarian and nongovernmental organizations in Bosnia-Hercegovina, including the Saudi High Commission, which are suspected of having links with international terrorism, the Bosnia-Hercegovina anti-terrorism coordination team has confirmed.

Apart from the Saudi High Commission, the following organizations are also suspected of illegal activities which are not within the competencies of humanitarian organizations: Global Relief Foundation and Taibah International, the Serb Republic media reported.

These organizations are from Afro-Asian countries and registered in the Bosnia-Hercegovina Federation. An investigation has revealed they were engaged in activities for which they had not been registered and which cannot be classified as humanitarian work.

The Bosnia-Hercegovina anti-terrorism coordination team has information that the above humanitarian organizations had at their disposal vehicles with diplomatic registration plates which allowed them considerable freedom of movement.

Twenty-four vehicles with diplomatic plates were discovered in the Saudi High Commission. Such plates were also found in possession of other humanitarian organizations from Islamic countries with a HQ in Bosnia-Hercegovina.

The coordination team wonders what the purpose of these plates is and how they ended up at the Saudi High Commission in the first place, the Serb Republic media reported.

Source: Federation news agency, Sarajevo, in Serbo-Croat 1119 gmt 26 Feb 02

**JOURNAL-CODE:** WBMS

**LOAD-DATE:** February 26, 2002

```
                                                                          120SG5
********** Print Completed **********

Time of Request: May 31, 2005  02:47 PM EDT

Print Number:    1862:46681733
Number of Lines: 35
Number of Pages: 1




















Send To:  WTCELLIOTT, COZEN
          COZEN O'CONNOR
          1900 MARKET ST
          PHILADELPHIA, PA 19103-3527
```