# Okaz
# January 5th, 2000

*Clear Words*

---

*Saud Bin Mohamed Al Rashod (\*)*

*Method of Relief Work in Prince Salman's Speech*

I was very glad to attend and listen to the excellent speech delivered recently by His Royal Highness Prince Salman Bin Abdul Aziz, Prince of the Riyadh Area, who presided over the joint charitable gathering organized by the International Islamic Relief Organization, the World Council of Muslim Youth and the Al Haramain Charitable Foundation at Al Khazami Hotel in Riyadh. Along with others who listened to the speech, I was glad that it dealt with a number of important points relating to relief and charitable work undertaken by the various relief organizations and establishments in the Kingdom, to the benefit of needy and impoverished Muslims everywhere.

One of the most important points in this speech was in reference to the importance of unifying relief efforts undertaken by Saudi organizations and establishments abroad, as well as unifying the donation collection process [Illegible] from supporters and donors. Further, His Generous Highness called for benefiting from the actual experience in the relief work done by some organizations, allowing relief organizations to work hand in hand in order to attain the relief goal there. At last, there was his call for organized and coordinated efforts to carry out the various relief programs.

In fact, these ideas are not new or strange to His Highness. He has much rich experience in this field. He is well versed in the details, difficulties and dimensions of relief work in the current circumstances surrounding impoverished and unfortunate Muslims everywhere. His call for donations and competing to relieve and support Muslims in Chechnya and Kosovo, and his reference to branch organizations in the various provinces of the Kingdom which raise funds for them are proof of this.

What we can understand from this speech is the need to unify efforts and means of support, cooperation and coordination to carry out the various programs and projects for the benefit of victims everywhere. The speech also stressed the importance of unifying efforts in the field of fundraising, so that the society can interact with confidence with any cause for which fundraising is

done, and be convinced that this support, whether in the form of donation or Zakat[1], will go to the needy wherever they are regardless of the distance, to fulfill the promise made to those supporters to deliver these donations to the refugees, widows, orphans and others who need them.

Thus, because of the importance of organizing relief work and avoiding randomness and spontaneity, we must pay attention to financial and administrative aspects, follow up on improving donations, record all deposits and payments, control everything connected with financial matters, and prepare regular reports on the operation of open accounts and payments made based on recommendations made. Moreover, it is important to form media departments to be in charge of media activities serving Saudi relief and its different purposes such as increasing the society's awareness of these causes, encouraging individuals and urging them to donate and provide the necessary support to their needy brethren, in addition to establishing and offering guidance to registered information centers in order to benefit from and organize the accumulation of information to spur on the relief work.

In addition to being comprehensive and accurate, the speech of His Royal Highness Prince Salman Bin Abdul Aziz set forth important rules and focuses of relief work. It is therefore imperative that workers and people concerned with relief work adopt and benefit from the contents of this speech and make it a reality to serve the noble charitable ends that we all aspire to attain.

(*)Executive Office Manager at the Higher Fundraising Organization for Muslims of Bosnia and Herzegovina.

---

[1] One of the five pillars of Islam in which Muslims are obligated to give 2.5% of their annual savings to the poor and needy.