# HANLY CONROY BIERSTEIN & SHERIDAN LLP
112 MADISON AVENUE
NEW YORK, NEW YORK 10016
www.hanlyconroy.com

ANDREA BIERSTEIN (NY & MA)
  (212) 784-6403
JAYNE CONROY (NY, DC & MA)
  (212) 784-6402
CLINTON B. FISHER (NY & DC)
  (212) 784-6446
PAUL J. HANLY, JR. (NY & TX)
  (212) 784-6401
THOMAS I. SHERIDAN, III (NY)
  (212) 784-6404

TELEPHONE (MAIN)
(212) 784-6400

TELECOPIER
(212) 784-6420

EMAIL
abierstein@hanlyconroy.com


RECEIVED MAY 12 2005 CHAMBERS OF RICHARD CONWAY CASEY U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-1-05

**BY HAND**

May 11, 2005

Hon. Richard Conway Casey
United States District Judge, Southern District of New York
United States Courthouse
500 Pearl Street, Room 1350
New York, New York 10007-1312

    Re: *In re Terrorist Attacks of September 11, 2001*, MDL 1570

Dear Judge Casey:

    I write in response to Michael Kellogg's letter of May 10, 2005. It appears that all of the parties are in agreement that the Court should hear argument on June 14-15 on eight of the nine oldest motions. We believe that the Court should not hear the motions to dismiss filed by Prince Salman and Prince Naif out of order since numerous other motions have been pending considerably longer. We respectfully submit that hearing the motions in chronological order is the fairest and most expeditious way to resolve the pending motions in this case, especially since we had understood the Court to have adopted this position in Your Honor's Order of April 27. We are confident that the Court can get through all of the motions in this case in a timely way without the need for lengthy debate and letter-writing over the order of motions for each hearing.

Respectfully,

Andrea Bierstein

- and -

Ronald L. Motley
James P. Kreindler
Elliott R. Feldman

Plaintiffs' Executive Committee Chairs

cc: All counsel (via email)

---

*Handwritten annotation by the Court:*

After reviewing the parties' submissions, the Court has decided to hear the FSIA motions of Prince Salman + Prince Naif + The Saudi High Commission on June 14. The agreed upon eight other defendants will proceed after the FSIA arguments on June 14 + into June 15.

June 1, 2005

Richard Conway [signature]