USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-1-05

CASEY/S.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 |
| This document relates to: |
| CONTINENTAL CASUALTY CO, ET AL.<br>Plaintiffs |
| v. |
| AL QAEDA, ET AL.<br>Defendants |

ECF

MDL No. 1570 (RCC)

No. 04 Civ. 5970 (RCC)

**STIPULATION AND ORDER SETTING SCHEDULE FOR**

IT IS HEREBY STIPULATED and agreed by Plaintiffs and Defendants, Dallah Al Baraka Group, LLC, Sheikh Saleh Abdullah Kamel, and Al Baraka Investment and Development Corp. ("Defendants"), by and through their respective attorneys that:

Defendants' time to move, answer or otherwise respond to the Complaint is extended until July 8, 2005.

DATED this __ day of May, 2005

FOR PLAINTIFFS

_____
Robert M. Kaplan, Esq.
Perber Frost, Chan, & Essner, LLP
530 Fifth Avenue
New York, New York 10036
(212) 944-2200

FOR DEFENDANTS

_____
Martin F. McMahon, Esq.
Martin F. McMahon & Associates
1150 Connecticut Ave., NW
Suite 900
Washington, DC 20036
(202) 862-4343

SO ORDERED:

*[signature]*   May 31, 2005

Honorable Richard C. Casey
U.S.D.J.