(AVERS.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                       :
In re Terrorist Attacks on September 11, 2001          :   03 MD 1570 (RCC)
                                                       :   ECF Case
                                                       :
-------------------------------------------------------x

This document relates to: *Continental Casualty Co. et
al. v. Al Qaeda Islamic Army*, 04-CV-5970 (RCC) and
*New York Marine and General Ins. Co. v. Al Qaida*,
04-CV-6105 (RCC)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-1-05
```

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that plaintiffs' time to respond to the motion to dismiss the complaints by defendant DMI Administrative Services S.A. ("DMI S.A.") is extended until June 8, 2005 and that DMI S.A. shall file reply papers within fifteen days of receipt of plaintiffs' opposing papers.

Dated:   May 25, 2005
         New York, New York

                                    FERBER FROST CHAN & ESSNER, LLP

                                    By: _____
                                        Robert M. Kaplan (RK 1428)
                                        530 Fifth Avenue, 23rd Floor
                                        New York, New York 10036-5101
                                        (212) 944-2200

                                    Attorneys for Plaintiffs in *Continental Casualty Co.
                                    v. Al Qaeda Islamic Army*, 04-CV-5970 (RCC)

62733

05/25/2005 12:20 FAX 212 332 3857    SHEPPARD MULLIN

BROWN GAVALAS & FROMM LLP

By: _____
Frank J. Rubino, Jr. (FR-4202)
355 Lexington Avenue
New York, New York 10017
(212) 983-8500

Attorneys for Plaintiff in New York Marine and General Ins. Co. v. Al Qaida, 04-CV-6105 (RCC)

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: _____
James J. McGuire (JM 2390)
Timothy J. McCarthy (TM 2718)
30 Rockefeller Plaza, Suite 2400
New York, New York 10112
(212) 332-3800

Attorneys for Defendant
DMI Administrative Services S.A.

SO ORDERED:

_____  May 31, 2005
U.S.D.J.

2