United States District Court
Southern District Of New York

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This Document Relates to:* <u>All Cases</u>

### RESPONSE OF DEFENDANTS KINGDOM OF SAUDI ARABIA, HRH PRINCE SULTAN BIN ABDULAZIZ AL-SAUD, HRH PRINCE TURKI AL-FAISAL AL-SAUD, AND HRH PRINCE MOHAMED AL FAISAL AL SAUD TO PLAINTIFFS' MOTION FOR ENTRY OF FINAL JUDGMENTS

The Plaintiffs, acting through the Plaintiffs' Executive Committee, have filed a motion, pursuant to Rule 54(b), for the entry of final judgments against them, and for certification of those judgments to the U.S. Court of Appeals for the Second Circuit (the "Rule 54(b) Motion"). The Rule 54(b) Motion follows this Court's decision, on January 18, 2005, to dismiss all claims against, *inter alia*, the Kingdom of Saudi Arabia, HRH Prince Sultan bin Abdulaziz Al-Saud, HRH Prince Turki Al-Faisal Al-Saud, and HRH Prince Mohamed Al Faisal Al Saud in certain cases consolidated in this proceeding, and the Court's order on May 6, 2005, dismissing all claims in all remaining consolidated cases against those defendants.

While we do not agree with all of the Plaintiffs' characterizations of the nature or novelty of the issues, the Kingdom, Prince Sultan, Prince Turki, and Prince Mohamed agree that the legal standards for the issuance of a Rule 54(b) certification to the U.S. Court of Appeals for the Second Circuit have been met.

DC01:417837.1

For these reasons, the Kingdom, Prince Sultan, Prince Turki, and Prince Mohamed do not oppose the Plaintiffs' Motion for Entry of Final Judgment.

Dated: June 2, 2005     Respectfully submitted,

          S/
William H. Jeffress, Jr. (admitted *pro hac vice*)
BAKER BOTTS L.L.P.
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Phone:   (202) 639-7700
Fax:       (202) 639-7890

*Counsel for Defendant HRH Prince Sultan bin Abdulaziz Al-Saud*

          S/
Michael K. Kellogg (MK4579)
KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.
Sumner Square
1516 M Street, N.W., Suite 400
Washington, D.C. 20036-3209
Phone:   (202) 326-7900
Fax:       (202) 326-7999

*Counsel for Defendants Kingdom of Saudi Arabia and HRH Prince Turki Al-Faisal Al-Saud*

          S/
Louis R. Cohen (LC4012)
WILMER CUTLER PICKERING HALE AND DORR LLP
2445 M Street, N.W.
Washington, D.C. 20037
Phone:   (202) 663-6000
Fax:       (202) 663-6363

*Counsel for Defendant HRH Prince Mohamed Al Faisal Al Saud*

## CERTIFICATE OF SERVICE

I hereby certify that, pursuant to this Court's Case Management Order No. 2, on June 2, 2005, I caused a true and correct copy of the foregoing Response Of Defendants Kingdom Of Saudi Arabia, HRH Prince Sultan bin Abdulaziz Al-Saud, HRH Prince Turki Al-Faisal Al-Saud, and HRH Prince Mohamed Al Faisal Al Saud To Plaintiffs' Motion For Entry Of Final Judgments, to be served on all counsel of record electronically via the Court's Electronic Case Filing system.

Dated: June 2, 2005

_____
Jamie S. Kilberg, Esq.