MAY. -27' 05(FRI) 11:35

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-6-05

P. 002

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
In re Terrorist Attacks on September 11, 2001
                                                                03 MD 1570 (RCC)
                                                                ECF Case
------------------------------------------------x

This document relates to: *Continental Casualty Co. et al. v. Al Qaeda Islamic Army*, 04-CV-5970 (RCC)

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that plaintiffs' time to file its opposition to the motion to dismiss the amended complaint by defendant Mar-Jac Poultry, Inc. is extended until June 13, 2005 and the time of defendant Mar-Jac Poultry, Inc. to file its reply papers is extended until June 28, 2005.

Dated: May 24, 2005
       New York, New York

FERBER FROST CHAN & ESSNER, LLP

By: _____
    Robert M. Kaplan (RK 1428)
    530 Fifth Avenue, 23rd Floor
    New York, New York 10036-5101
    (212) 944-2200

Attorneys for Plaintiffs

62735

MAY-27-2005  12:35                                    94%                    P.02

P. 003

MAY. -27' 05 (FRI) 11:35

GILLEN PARKER & WITHERS LLC

By: _____
Wilmer Parker (WP 1376)
(admitted *pro hac vice*)
One Securities Centre, Suite 1050
3490 Piedmont Road, NE
Atlanta, Georgia 30305
(404) 842-9700

Attorneys for Defendant
Mar-Jac Poultry, Inc.

SO ORDERED:

_____ June 6, 2005
U.S.D.J.

2

MAY-27-2005  12:35                                      94%                    P.03