**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**----------------------------------------------------------x**

**IN RE TERRORIST ATTACKS ON**　　　　　　　Civil Action No.
**SEPTEMBER 11, 2001**　　　　　　　　　　　　03 MDL 1570 (RCC)

**----------------------------------------------------------x**

**This document relates to:**

>　*Thomas E. Burnett, Sr., et al. vs. Al Baraka*
>　*Investment and Development Corp., et al.*
>　03 CV 9849 (RCC)


### NOTICE OF MOTION TO SUPPLEMENT PLAINTIFFS' OPPOSITION TO MOTIONS TO DISMISS

PLEASE TAKE NOTICE that for the reasons stated in the accompanying memorandum of law, Plaintiffs, by and through undersigned counsel, will move this Court, the Honorable Richard Conway Casey, United States District Judge, United States District Court for the Southern District of New York, at a date and time to be determined by the Court, for an order permitting Plaintiffs to supplement their opposition to the motions to dismiss filed by Defendants Wa'el Jelaidan (D96); Khalid Bin Mahfouz (D81); and Yousef Jameel (D201) with an additional affidavit and exhibits, and a supplemental memorandum of law. Although Plaintiffs have submitted opposition papers on all of these motions, and Defendants have filed their reply papers, none of the motions has yet been heard or decided.

| | |
|---|---|
| Dated:  June 8, 2005<br>New York, New York | Respectfully submitted,<br><br>           /S/<br>_____<br>Ronald L. Motley, Esq. (SC-4123)<br>Jodi Westbrook Flowers, Esq. (SC-66300)<br>Donald A. Migliori, Esq. (RI-4936; MA-567562;   MN-0245951)<br>Michael E. Elsner, Esq. (NY & VA-ME8337)<br>Robert T. Haefele, Esq. (NJ-58293; PA-57937)<br>Elizabeth Smith, Esq.<br>Justin B. Kaplan, Esq. (TN-022145)<br>MOTLEY RICE LLC<br>28 Bridgeside Boulevard<br>P.O. Box 1792<br>Mount Pleasant, South Carolina 29465<br>Telephone:  (843) 216-9000<br><br>Jayne Conroy, Esq. (NY-JC8611)<br>Paul J. Hanly, Jr., Esq. (NY-PH5486)<br>Andrea Bierstein, Esq. (NY-AB4618)<br>HANLY CONROY BIERSTEIN<br>   & SHERIDAN, LLP<br>112 Madison Avenue<br>New York, NY 10016<br>Telephone:  (212) 784-6400<br><br>Harry Huge, Esq. (DC-55640)<br>HARRY HUGE LAW FIRM, LLP<br>Market Square North<br>401 Ninth Street, N.W., Suite 450<br>Washington, DC 20004<br>Telephone:  (202) 824-6046<br><br>Allan Gerson, Esq. (DC-327494)<br>ATTORNEY AT LAW<br>4221 Lenore Lane<br>Washington, DC 20008<br>Tel:  (202) 966-8557<br><br><br>Attorneys for *Burnett* Plaintiffs |