# Attachment G



Tareekh Osama\41\Tareekh Osama 108.jpg

BOS000001

*(Parenthetical remarks in Italic are the translator's)*

*(Document name: **TAREEKHOSAMA/41/Tareekh Osama.108**)*

In the name of God, the most gracious, the most merciful

And spend for God's cause *(Quraanic verse)*

1)  Suleiman Al-Rashid.                *(Wail)*

2)  Abdel Qader Bakri.                *(Wail)*

3)  Bin Laden Brothers.                *(Usama)*

4)  Yousif Jameel.                *(Baterji)*

5)  Ibrahim Afandi.                *(Baterji)*

6)  Saleh Kamel.                *(Baterji)*

7)  Al-Rajhi.                *(Usama)*

8)  Al-Jumaih. Jeddah (S.A)                *(Baterji)*

9)  Al-Sharbatly                *(Usama)*

10)  *(Illegible)* Al-Naghi                *(Usama)*

11)  Bin Mahfoodh                *(Usama)*

12)  Abdel Qader Faqeeh                *(Usama)*

13)  Salah Al-Din Abdel Jawad                *(Wail)*

14)  Ahmad Turki Yamani                *(Baterji)*

15)  Abdel Hadi Taher                *(Wail)*

16)  Mohammed Omar *(illegible)*                *(Baterji)*

17)  Al- Kuwait                *(Usama)*

18)  Ahmad Al-Harbi                *(Salem Taher)*

BOS000002

19)   Al-Issaei                          (Salem Taher)

20)   Hamad Al-Husaini                   (Abu Mazin)

BOS000003