# Attachment J

*(Parenthetical remarks in Italic are the translator's)*

*(Document name: **Tareekh Osama/30/Tareekh Osama 93**)*

In the name of God

1- Advisory council.

2- Cooperating with Sheikh Saleh.

3- Security Officer.

5- Reducing the number of workers.

6- Forming a committee to take care of the brothers' problems, and of the financial matters.

1A- Sheikh Abdallah.

1B- Sheikh Tameem.

1G- Brother Wael Jleidan.

1D- Brother Abu Hajer.

1H- Brother Adel Farhat.

*(Illegible)*- Abu Abdallah        President

?- Abu Khalid.

?- Abu Ubaidah.

1- The mobilization committee, Sheikh Abdallah, Sheikh Tameem, Abu Abdallah, and Abu Hasan.

بسم الله

1- مجلس شورى
2- التعاون مع الشيشان
3- ضابط أمن

- تقديم مدد العاملين
- تكون لجنة من مسام ومشاكل الدعوة والموظفين

1- الشيخ عبد الله
2- الشيخ تميم
3- الشيخ وائل جليدان
4- الشيخ أبو حاجر
5- الشيخ عادل نزهات
6- أبو عبد الله رئيسا
7- أبو ترك ... لا
8- أبو عبيدة

لجنة الاستثمار للشيخ عبد الله وللشيخ تميم ...