# Attachment K

BIF/1B087/01/ALTahdi 88-1

In the name of God, the most compassionate, the most merciful

Honorable Brethren:May God safeguard you.

Peace be upon you and God's mercy and blessings

A dispute has arisen regarding the medical and educational work project inside Afghanistan "Al-Tahadi". This is a joint project for all Islamic Relief Organization that operate in Peshawar between brother Ahmed Sa'eed Khidhir (Project Supervisor) as Party One and Wa'el Jaleedan (President of the Saudi Crescent) and Dr. Abdullah Azzam as Party two. The dispute can be summed as follows:

1. Party Two has arranged with the Saudi Benevolence Committee (Adel Baterji) to put a hold on the project funds that are in their possession and refuse to turn them over to the project.

2. By refusing to to surrender the funds to the project, party Two has pressured Party One t sign documents to transfer the ownership of the project to something called the "Founding Committee" comprised of Party Two and two other loyal persons who work in the project in addition to Party One.

3. While Party One was traveling to collect funds for the project work which has been threatened to halt as a result of the hold placed on the funds and on Wednesday, November 2, 1988, at 9 P.M., with the collaboration of the above-mentioned two persons (members of what is called the founding committee working for the project), Party Two did the following:

   A. Seized all contents of the main project office in Peshawar/ Pakistan including the personal belongings of Party One and the possessions belonging to the Project of Motherhood and Childhood Center run by the wife of Party One. All these possessions were transferred to the dental clinic that is a part of the Saudi Red Crescent located nest to the residence of engineer Hikmatyar.

   B. Seized all the contents of the project storage.(the main and small storage or stores (maybe) and transferred them to the major storages of the Saudi Red Crescent in camp Gashgary, Peshawar.

4. Party Two has pressured the president of Habeeb Bank, Peshawar Branch and was able to seize all the bank accounts of the project.

BOS000028

BIF/1B087/01/ALTahdi 88-1

5. Party Two has faxed letters, and telephone calls to different
   destinations (Saudi Arabia, Kuwait, Yemen, the Sudan,
   Canada, America, Sweden, etc...and claimed the following:

    A. Severed Party One from managing the project.
    B. The ownership of Party Two of the project represented in
   the so-called Founding Committee.
    C. Accusation of Party One of:
        a. Attempting to seize the project and sell it to the
       American Embassy or to Christian or humanitarian
       relief organizations or any one.
        b. Suspicious contacts with non-Islamic bodies.
        c. Threatening Party One with jailing and beating if
       it returned to Peshawar.
        d. Threatening any body or organization that deals or
       .cooperates with Party One by destroying that
       organization and exposing them publicly in the
       Party Two controlled newspapers (Al-Jihad
       Magazine published in Peshawar)

6. Party Two has demanded -and pressured- Party One not to
   return to Peshawar. But Party One did.

Party One has asked for arbitration of Party Two beginning
November 26, 1988 in the form of phone calls, hand-delivered
messages, mediation of the leaders of the mujahiddeen such as
Shaikh Rubbani, Shaikh Sayyaf, engineer Hikmatyar, and Shaikh
Younis Khalis, and finally by sending a delegation to negotiate
with Party Two.

Party two tried to evade arbitration first by procrastination
and then raising objection to public arbitration, then
protesting to the Party One demand for chastisement and the
subject of arbitration, and finally objecting to the judges
Party Two had initially agreed to.

At the end, both agreed that arbitration be held on Friday,
December 16, 1988. On that same day, Party Two carried out its
threat against Party One by beating. A group of Dr. Abdullah
Azzam were sent to beat some worshipers who dared distribute a
proclamation in which Party One was demanding Party Two to
accept arbitration.

Arbitration started secretly on Monday, November 25, 1988.

BOS000029

بسم الله الرحمن الرحيم

الاخوة الأفاضل :                                    تعليم لـــه :

سلام عليكم ورحمة الله وبركاته وبعد :

فقد وقعت خصومه خصوص مشروع العمل اسلامي واسيوبي داخل أفغانستان (؛ متحدى ) ، وهو مشروع تنمامشي
لكائنة المبشمات الاثنائة الاسلامة حمانية على الساحة (؛ في ستار ؛) ، بين :

١  الأخ أحمد سعيد خضر (؛ مدير المشروع !) ؛                          طرف أول

٢ وائل جلدان (رشيق بلان اسعودى ؛) و د . عند عله عزام                طرف ثان

وتمثلت هذه المجموعة في :

١ - حبس الطرف الثاني بانضمامه من جهة البر اسعوب (لبذل سربي ؛ أموال المشروع المحفوظة لديهم ورسمه
تسلمها للمشروع

٢ - حتم الاعمال من المشروع ؛ قام الطرف الثاني بالضغط على الطرف الاول لتوقع أوراق تسلق ملكة المشروع نفسى
لسمى "الهيئة الناسمة" ، والمملوكة من الطرف الثاني وأشخاص آخرين مه يحمل له  بوسلان من المشروع (؛نهائية
الى الطرف الاول

٣ - أثناء سفر الطرف الاول لجمع أموال للمشروع لذى أسم سيودا ؛ تختوقف نشطة حمر تمال بته وهي اسامة
استنحمه سماء يوم الأربعاء الموافق ٢ ١١٦/ ١٨٨٨م وبسنامون مه الشخصين احدكورس أعلاه (؛نماء ما
بلسمية الهيئة النامسة  تمامسمن نستشرو ؛ قام الطرف الثاني بسى :

١ - الاستيلاء على كافة محتويات مكتب المشروع التر شس في ستار / ماكتان / بما فيها استملكات الشخصة
للطرف الاول ، ومستلكات تابعة للمشروع (؛غلة الاعومة والمطوله الذى نديره ورمه الطرف الاول ونقل كل هذه الاشياء
الى سادة الاستئان النامة للبلان الاحمر اسعودة "نيور مكن لمبصدر حكمنتار"

٢ - الاستيلاء على كافة محتويات مخازن المشروع (؛المخزن العسكر ؛ والمخزن الرئيسى ؛) ونقل محتويات هذه
المخازن الى مخازن البلان الاحمر السعودى والرئيسة في مخيم "قتشق ؛" استشار :

٤ - قام الطرف الثاني بانضباط على مدر احمس عدة أفرع / نستشار كانت / وتمكس من الاستيلاء  عنى كافة الحسابات
المملكة للمشروع

٥ - قام الطرف الثاني بارسال (الفاكسات !) ورسائل ومكالمات هاتفية الى جهات مختلفة ، اسعودة ، لكوت ، اليمن
اسعودان ، كندا ، أمريكا ، السعودة ؛) نسوح ؛ ذكر فيها الأتي :

١ - فصل الطرف الاول من ادارة المشروع

٢ - ملكية الطرف الثاني للمشروع ممثلا في الهيئة للمسمة نتسماه :

٣ - اتهام الطرف الاول بما حني :

" محاولة الاستيلاء على المشروع أو بيعه لشرده لامريكية وألحياء مسممة ، وللاغاثة الاتسانة "
أو "أى جهه "!

" الارتمال المشروع بحيات نمر  اسلامه

" سيذب الطرف الاول بشخص وتشرب ان عاد الى ستار

" سيده الجهه أو منظمه سمامول أو سمامى من نطرف . الاول بمه سمر عنوانه سمير سيا في المجمعه التي
سمر علىها نطرف للتشارى محلته احوهاه لى سمر عن ستار :

٦ - طلب للطرف ثان - من واسطة - على الطرف الاول بعدم نموذه في ستار ، ولكن الطرف اول عاد
بلغت الطرف الاول المتمكمه من احمر اسلامى ١٠ من ٢٢ ١١٦/ ١٨٨م بشكل :

؛ سالات هاتف " خطابات شمت باسه " موسط عدة لسما هدس ؛ تسمح رنس ، اسمح ستاف ، المهندس
حكمنتار ، السمع سوس حالس ( ٣٠ ارنان وقد نسعاوف حلى نطرف الثاني

وقد حدون الطرف الثاني لنجرب من المتكمه أول د سبت مه سلامى على المنمنة في المتكم ثم الاعتراض
على طلب الطرف الثاني لنجرب حلى الاعوان ، لى موسوم ؛ تحكمه ثم الاست سى حلى  المتكمس ثمس وارضاعه في أول
الامر .

وفى النسات وتفوا على للمتكمه يوم لحمعه الموافق ١٦ / ١٢/ ١٨٨٨م ، ٢٠٠٠ ،  وفى نفس اليوم          بعد ؛ الطرف
الثاني  سيده لحرب حيث ؛ طلب محموط من أطلاب د ؛ بعد انه عرام لنطرب بعض اصطلسى لذس حرأوا على
شويس بلاغ  يطلاب مه نطرف اول نطرف ثاني بالمتكمه ٢٠٠٠

وبدا لمكم سرا يوم الاثنس الموافق ٢٥ / ١١/ ١٨٨٨م -

In conclusion, the reader of the prosecution decision submitted by Party One to the arbitration committee against Party Two, and of the decision of the arbitration committee and its attached legal questions and decisions, will find t that he arbitration committee has proven the claims of Party One against Party Two.and has proven that Party One has committed:

lying, swindling, slandering, defamation, distrust, carelessness, fabrication, and theft to transfer the ownership of the project to itself and also possessing the properties of the project. Sadly enough, the arbitration committee has proven tha tParty One has forged some documents it had submitted to the committee. The committee has voided all that Party Two has done and put justice back on its track.
"Say that the truth has triumphed and falsehood expired. Falsehood is bound to vanish."

At the end, there were more questions than answers:

1. For whose advantage was this dispute which delayed the only Islamic deed inside Afghanistan for five months while Christians planted their seeds and embedded their roots in the country.

2. Do these actions represent Party Two as individuals or as representatives of the government of Saudi Arabia's stance as demonstrated by Wa'el Jaleedan, President of the Saudi Red Crescent, and Dr. Abdullah Azzam's position, the employee of Islamic World League, knowing that Party Two members have exploited their positions as officials of two Saudi organizations as follows:

   A. Exercised a lot of pressure on others to seize the project.

   B. Using the employees of the Saudi Red Crescent, its technological equipment, its buildings, and storage to execute effort of taking over the project.

   C. Lying in the name of the Islamic Coordination Committee (UI) and making decisions which the committee has disavowed in its session held on December 12, 1988.

He who wishes us,Islam and the Muslims well, (God) grant him success. He who wishes us, Islam and the Muslims evil, take him away because he doesn't glorify thy name including the heavens and the earth. (This is a supplication: t.n.)

Our last supplication is that thanks to God, Lord of the Universe
                    Party One: Ahmed Sa'eed Khidhir
                               POB 942
                               Peshawar, Pakistan
                               Tel. (521) 42557

BOS000031

( ٢ )

ختاما فان النظري للقرار الادعاء الذي قدّمه الطرف الاول الى لجنة تحكيم ضد الطرف الثاني وللقرار لجنة
تحكيم وحيثياته المرفقة نجد أن لجنة التحكيم قد أنصفت كل ما ادعى به الطرف الاول على النظر الثاني ، حيث
أثبتت على الطرف الثاني :

قيامه بالكذب وتخداع والغيبة والنميمة وسوء الظن وعده اننتت وعدم الحسين والافتراء والاحتراق لنقـــــل
ملكية المشروع اليه ، من والاستملا على مستلكات المشروع ، ومما بؤكدف له أنه قد ثبت نجمة التحكيم ، ثم
قيام الطرف الثاني باختراي في بعض الوثائق التي قدمها لنجمة ، فأثبتت لجنة التحكيم ثم ما فعن الطرف منافي
وأعاده الحق الى صاحبه .

؟ فن جاء الحق وزهق الباطل ان الباطل كان زهوقا ؟

وفي النهاية نقت تساؤلات نحتاج الى اجابة :

١ ـ لمصلحة من تم هذا الامر الذي عطل شعبي الاسلامي توصيد ماضي اسناس صرف حمــه شجور ببيئـــــ
المسلمون ويخزون بخزوهم ويخبرون بخذورهم داخلتنا ؟

٢ ـ هل تمثل هذه التصرفات نظرف الثاني كافراد ؟ أم أنها تمثل موقف الحكومة السعودية متمثلا في موقفة واصل
جندان رئيس جمعية الهلال الاحمر السعودي وبرقفتد ، عند فلته غرام الموظف بواسطة العالم الاسلامي علمـا
بان أمناء التصرف الثاني قد استثنوا مراكزهم كسؤولين رسمس بجبتن سعودتين بما بي :

١) معلومة كشر من اضلوط على الاخرين في سين الاستملا على المشروع؟

٢) اسخدام موتضفي الهلال الاحمر السعودي وأجهرته الخمية وأنهيه ومخذزته في تنفمد محاولة الاستمـلا
على المشروع

٣) الكذب باسم مجلس امنـتين الاسلامي وايهامهم بمجلس ، واتخذه قرارات تشرعستند المجلس في جلــسه
بتاريخ ١٤ ـ ١٢ / ١٩٨٨م

نكرهم من أرادنا والاسلام وتمـلمس بخمر مرئمة لكن غمر ، وس أرادنا والاسلام ومصنعبى نصر نخـدة
أخت سريس متشـد نابه اتحفنه تلمت باسهم السمومات والازجان .

وأنت دبوان أ احمد لمه دبا صاحبــ

نصير ف الاون ؛ أحمد سعد غضر

P.O. Box 942
Peshawar, Pakistan
Tel : (521) 42557

BIF/1B087/01/ALTahdi 88-5

In the name of God, the most compassionate, the most merciful

Arbitration regarding the dispute between the parties of the *Al-Tahadi Project*

Thanks to God and prayer and peace on the Messenger of God God said," So fear not mankind, but fear me. And barter not My revelations for a litle gain. Whoso judgeth not by that which Allah hath revealed: such are disbelievers." Surat Alma'ida

*The Disputants:*

*Party One - Brother Abu Abdul Rahman Al-Kindy*
*Party Two - Dr. Abdullah Azzam, brother Abdul Hasan Al-Madani*

Both parties have agreed on paper to arbitrate the dispute with the mediation of Dr. Fadhl and brother Abu Hajir. Also, both parties have agreed to abide by the decisions of the arbitration committee.
The session was held on Monday 17/05/1409H, 12/26/88AD from 9:30 AM to 9PM. Those present were the arbitrators, Abul Hasan and Abu Abdul Rahman. Both parties exchanged accusations, the judges listened to their statements and reviewed their documents. The following are the arbitration decisions followed by the legal questions:

*The Decisions:*

1. <u>The formation of the Founding Committee as responsible for the Al-Tahadi Project is hereby null and void. So is its chart</u> issued on 09/03/1409H, 10/19/88AD

2. <u>All the decisions of the above committee</u> issued on 23/03/1409H, 11/02/88AD are null and void. So are the proceedings that came out of them.

3. <u>Reassigning brother Abu Abdul Rahman Al-Kindi to his former position as the director of the project 'Al-Tahadi'</u> with resorting to the Coordination Committee of the Islamic Relief organizations to decide on the administrative and technical differences attributed to him and referred to in the judgments, and to decide whether he may continue in the position or not. We recommend that none of his opponents from the Coordination Committee participate in investigating him. <u>The Coordination Committee is considered the only unit responsible for the project</u>.

4. <u>Vindicate brother Abu Abdul Rahman of the accusation of having contacts with suspicious non-Islamic agencies</u>. As for the accusation of his efforts to transfer the ownership of the project to the Humanitarian Relief Association, there is doubt.

BOS000033

AlTahdi 88-5    cont'd.

5. All private possessions Belonging to Abu Abdul Rahman that
   were taken from his office must be returned to him .

6. It is recommended that an administrative and technical
   committee be formed from the Coordination Council of Islamic
   Organizations to put two basic and internal bills for the
   project that shall be permanent, no changes or substitutes
   no matter who the financier is along with placing a regular
   financial policy for the project.

7. All individuals and associations, and those informed of the
   decisions of the Founding Committee in article two, in and
   out of Pakistan, are to be informed

BOS000034

بسم الله الرحمن الرحيم

الحكم في الخصومة بين المذكورين
على مشروع الكويت

الحمد لله . والصلاة و السلام على رسول الله .

أما بعد .

قال الله تعالى ( فلا تتبعوا الناس والجبر . واتشاوروا بى بينا شطير دونه
لم يحكم بما أنزل الله فأولئك هم الكافرون ) المائدة

الخصوص

الطرف الأول .. الأخ / أبو عبد الرحيم الكويت
الطرف الثاني .. الدكتور / عبد الله عزام ، والأخ / أبو الحسن المدني ، وقد أناب
الدكتور عبد الله الأخ / أبا الحسن عنه في حضور جلسة المحكمة

وقد وافق الطرفان كتابيا على الحكم في الخصومة بواسطة المذكور مضل ،
والأخ / أبو ماهر . كما وافقا الطرفان على التزامهما على قرارات التحكيم .

وعقدت جلسة التحكيم يوم الاثنين ١٧/ ١٤٠٦/٦م - ٣/١٩٨٨/١٢/٢٦م الساعة
التاسعة ٣٠،٩ صباحا إلى الساعة ٩ مساء . وحضرها القضاة ، والأخ / أبو الحسن
والأخ / أبو عبد الرحيم . وقد تبادل الطرفان الروساء ، واستمع الحكام إلى أقوالهما
ولطلباعلى مستنداتهما ، و ستذكر فيما يلي قرارات التحكيم مجردة من الحيثيات .

------------

القرارات

١- بطلان تشكيل الهيئة التأسيسية لكمبوس مدرسة ابن الدر يا بجلال آباد
لا تحكها . الصادرة في ٩/٣/٩ /١٤٠٩هـ - ٢٩/ ١٠/ ١٩٨٨/ ٣م

٢- بطلان قرارات الهيئة التأسيسية المذكورة : الصادرة في ٢/٣/ /١٤٠٩هـ -
٣/١٩٨٨/١١/٤ ، و بطلان كافة الإجراءات المترتبة على هذه القرارات .

٣- إعادة الأخ أبي عبد الرحيم الكويتي إلى عمله السابق مدير لمشروع الكويت .

يعين المرجوم إلى مجلس تنفيذي حفظت البلاغات الإسلامية ... في المناطق
الإدارية والمالية المسؤولة إليه والمشاء البرا في الجهتية ، والبت في شأنه
استمراره في عمله مدعقهدس ، ويوصى بأن يباراك عضويه مع أعضاء مجلس التسير
من التنفيذيين معه ، ويعض مجلس التسير رهم الجهة الرئيسية المسؤولة عن المشروع .

٤- تبرأة ساحة الأخ أبي عبد الرحيم المذكور مما رمي من ارتكاب المخطورات
وإسلامية ، و أما ترجمها العجى فيحيل مقامة المشروع لجنة الإعانة اية عاة شيئا
وشيئة . ٥- يعاد المعامل به العمتين بأبي عبد الرحيم والمرائمة تستمكت المبروبة للكعاة

٦- يوصى بتشكيل لجنة إدارية ثبتة من مجلس التسير في المناطق الإدارية
لوضع لائحتين أساسية وداخلية المشروع ، لا تكون مرجمه للمدير والتفصيل
بأشراف المجلس . مع وضع سياسا تنفيذية لانتاج والتربية الادارية

٧- يتلقى هم الأقرار والريائيتها ... داخل هي الذات والمالية والد ي الأقطارا

ALTahdi 88-6

the decisions arrived at by the arbitration committee.

8. Both parties promise not to take any aggressive attitude toward the other.

### Legal reasons on which the judgment is based

The concept of the Al-Tahadi Project (Medical and Educational work inside Afghanistan was the brainchild of the following:

1. Brother Dr. Ali Al-Hadeeb (the former president of he Kuwaiti Crescent) who suggested the idea to Abul Hasan Al-Madani (President of the Saudi Crescent) but the idea never saw the light of the day because there was no one there to take any action.

2. Brother Abu Abdul Rahman Al-Kindi, while in Canada, prepared a preliminary study for the project in June 1986.

During the first half of 1987, the two brothers Abul Hasan and Abu Abdul Rahman met and agreed on the concept. Then the project was submitted to the Coordination Committee of the Islamic Relief Organizations in June 1987. The committee approved it as a joint collective project for all Islamic Organizations in the field. These are: The Saudi Crescent, The Kuwaiti Crescent, Convocation Committee, The Islamic Agency (Isra'), The Islamic World League, The Islamic relief, and the World Center for Schools. That is by the approval of both parties of the dispute.

Work on the project began in July 1987. Brother Abu Abdul Rahman traveled to raise funds for the project on December 10, 1987. A committee was formed in Saudi Arabia to collect the money promised by the donors. Abu Abdul Rahman returned in mid-December 1987 and requested to have a meeting of the Coordination Committee through the committee's secretary (Dr. Sameer). The meeting didn't take place and the members were individually notified. The committee's position was negative since then and until the recent dispute. The treatment of Abu Abdul Rahman remained limited to dealing with Saudi Crescent, Dr. Abdullah Azzam, and the Saudi Benevolence Committee. All the collected funds from Saudi donors settled with the latter committee.

The Benevolence Committee had asked that it must have the right to review and check the accounts and express opinion in regards to the project on the basis that this committee is the major financier. This in itself violates the Coordination Committee which is the owner of the project and reserves the right to review it.

BOS000036

ALTahdi 88-6

The project suffered financial hardships because the Benevolence
Committee delayed sending the amounts agreed upon. Their excuse
was that they were dissatisfied with the administration of Abu
Abdul Rahman of the project. By August 1988, the project was
redlined. Abu Abdul Rahman insisted on asking for money until
brother Abul Hasan invited him to a meeting on October 19, 1988.
In the meeting, Abul Hasan suggested that a bill must be written
to specify the authoritative role of each party in the project.
Abu Abdul Rahman agreed and Dr. Abdullah Azzam produced a
document with the letterhead of the Founding Committee for the
Al-Tahadi Project that included the project bill which has been
signed by the members of the Founding Committee. These members
are: Dr. Abdullah Azzam as president, Abul Hasan Al-Madani, Abu
Dawood as Abu Hudhaipha deputy, Abu Suhaib Al-Misri, and Abu
Abdul Rahman who has said that he had never previously heard of
the name of the Founding Committee and that he had signed it (the
bill) reluctantly.*

*The last line on this page and also 7, 8, and 9 of this document
are either partially or wholly cut-off. An asterisk on these
pages will indicate the place where the cut-off occurs.
(Translator's Note)

BOS000037

- بقرارات الهيئة التأسيسية المذكورة في بند ) ) بهذه القرارات التنفيذية بـ
  لجنة التحكيم .
- ٨ ـ يتعهد للطرف بعدم إتخاذ أي إجراءات بنائية ضد الطرف الآخر .

الجمعيات

- بينت فكرة مشروع المدينة (للأطفال المعاق والعربي داخل المحسنة ب) لدى كل من :
- ـ بعلاقته المباشرة على المريب ( رئيس البلدان الكبير للأسدم ) ............
  إلا أن ابن الحميد المدني ( رئيس البلدان السعودي ) في ٢١٨٨/٦/٦ م ..........
  إلى حين التصنيف لعدم وجود مبشرة م بها .
- ـ عبدالأخ ابن عبدالرحيم الكندي في ١٩٨٦/٦/٩ م ، حيث كانت بكد ، ووضح دراسة
  مبدئية للمشروع .
- ـ التقى بالأخ أبو الحسن وأبو عبدالرحمن وأعد على فكرة المشروع خلال
  النصف الأول من عام ١٩٨٨ م وتم شرحه المشروع على مجلس تسيير منظمات
  الإغاثة الإسلامية في شهر ٦/ ١٩٨٨ م ، وأقر المجلس هذا المشروع كمشروع تضامني
  جامعي لكل المنظمات الإسلامية في الساحة ، وهي ( البنوك السعودي والبنك الكويتي
  ولجنة للدعوة والوكالة الإسلامية ( الإغاثة ) ورابطة العالم الإسلامي والمعهد الإسلامي
  والمركز العالمي للمدارس ) وذلك بإقرار طرفي المجموعة
- ويكا العمل في المشروع في ٩/١٩٨٨/ م وسائر الأخ أبوعبدالرحمن ليحضر مع ساير
  للمشروع (مايو عدد ١٩٨٨/) وتشكلت لجنة بالـ سعودية لجمع الأموال
  المهمة وعاد المشروع لمبلغه ومعاد أبوعبدالرحمن في سنتمبر ١٩٨٧ وظل اجتماعات لجلس
  التسييم عن طريق سكرتير المجلس ( درسين ) ولم يبعث الاجتماع فأدلى الأعضاء كا أشار ه
- وبمكاتبه عرفت المجلس سلبيا عند المشروع عند ذلك الجهد ورئي وفي الجمهورية
  الأم طبرنة ونظلت محاطة ابن عبدالرحمن المديرة في المناطق من الولايات السعودية و دار
  عبدالله عزام . و لجنة البر بالسعودية وكن أن آيت الدين الأموال الجويدة من المبركوب بالسعودية .
- ـ طلبت لجنة البر أمريكون لها تقييم المراجعة والتدقيق أساس وإعادة المراني في
  المشروع ، باختيار ضعف القيمة المحول الرئيسي . وأحقد في قبول دات قبل بقرين
  لجنة التسيير في قم ضعف المشروع وضاعف هم المراجعة لـ
  بترجيح المشروع لعدم استقرار مالي ، بسبب تأخر لجنة البر في إرسال المباني المتفق
  عليها ، لأجة آت القيمة غير راضيين عن إدارة ابن عبدالرحمن فخصوص ، تحت التحكيم
  المشروع مدينة منذ ١٩٨٨/٨/ ، وقد نقل أبو عبدالرحمن يطلبى في طلب المال هم وبدأ
  الأخ أبو الحسن إلى الحميد في يوم ١٩٨٨/١٠/١٩ ، وكذا بقت وشع ملاكة بعدد
  دبلوماتي ودور كل طرف في المشروع في الأوراق من الرئيس وأرين دراسة للبرامج
  ورفقه بالجميع الهيئة التأسيسية وتشكيل شروع القانون المنظمة للتنافس للعمل
  وتم علينا أعضاء الهيئة للمشروع وهم المشنور عبدالرحمن ونسبة و أبو الحكم
  المدني و المبرادود كات كما ابن تقديمها و أسر شريف المشرين ) و الموضوع ابن عبدالرحمن الأدبي
  آمدت قد إتمام تصحيح باسم ( الرئيسة التأسيسية) ولوضع البيانوب ولم مقدمة

ALTahdi 88-7

this bill on 09/03/1409H, 10/19/1988AD. The bill states that the Founding Committee has the right to change those (the officials) who work on the project in and out of Afghanistan. This article was added particularly to isolate Abu Abdul Rahman for the inclusion of the statement "those who work.....of Afghanistan." Dr. Fadhl asked Abul Hasan about it (the above article) and the latter swore that that was not stated.

Anyway, we decide that this committee and its bill to be null and void for the following (reasons):

1. This bill made those responsible for the project individuals and not committees. It gave them the right to accounting, dissolving, and transacting in the project. For example, Who do Abu Suhaib and Abu Dawood represent? What is their connection to the project? Both of them are project officials. The excuse for admitting them to the committee was that the latter deputized for Abu Hudhaipha and had attended the discussions on the outset of the project. So did the former.

2. The bill gave the right of supervision and interference to three bodies:
   - The Coordination Committee for the Islamic Organizations
   - The Founding Committee
   - The Benevolence Committee in Saudi Arabia as the main financier. This leaves the door open for any new financier to claim this right to himself.

   This makes the project like a man who has ill-tempered partners. But the more important thing than this is that this trilateral supervision violates what was previously agreed upon that this project emerged from the Coordination Committee which has the right to review. This is what Dr. Abdullah Azzam had mentioned when he honored Abu Abdul Rahman with collecting funds for the project saying, " this is a joint project for all the Islamic organizations working in the field." He handwrote and signed this on 05/11/1407H, 06/29/87AD. This is exactly what the Islamic Agency (Isra') attested to with the signature of Dr. Mohammed Ibrahim. Abul Hasan has recognized the authority of the Coordination Committee.

3. Upon reviewing the account and the indebtedness, it was found out that the project was actually in the red at the time of signing the bill. Therefore, Abu Abdul Rahman's claim that he had signed it reluctantly, has some kind of merit.

As for the <u>decisions of this committee</u> issued on November 2, 1988, that included the removal of Abu Abdul Rahman from the project, <u>we hereby by declare them null and void for the</u> <u>following (reasons):</u>

1. These <u>decisions were issued by a committee irrelevant to the</u> <u>project.</u> This is the Founding Committee as we explained earlier.

2. <u>It has been proven to us that there had been some</u> <u>falsification in the date these decisions were issued.</u> It has been mentioned in the text of this report,"The Founding Committee for the Al-Tahadi Project, the medical and educational work project in Afghanistan met on 23/02/1409H, 11/02/1988AD". This report bears the signature of Dr. Abdullah Azzam who was traveling outside of Pakistan on this date. Brother Abul Hasan has recognized that*

BOS000040

١

- صدر الاجتماع في ٩/٣/٥١٤٩ - ١٩٨٨/١٠/١٩م . وقد تمت الاجتماع على أنه الرئيس.
- المؤسسية.(تعلقه هو تغيير القائمين على المشروع في داخل افغانستان او خارجها) . وكان هذا البند موضوع هصهبها لحرل ان عبدالرحمن ... ورد في ...
- كلمة (المؤتمر، .... أوضاعها) . فكانت الرئيس ابا احسن يرددها فأقسم أنه
- صاحب كيف مبيتاً. (المسائل هر ح/رئاسهر) .
- وعلى أي حال فقد نشرت بطاقة صدر الرئيسة والا تميزا لمابقي .
١ - جعلت هذه الاجتماع المسؤولين مع المشروع أفرادا وبها معينه - وأعطاهم هم العلامية والكل والمعشرفين المشروع ، فمثلا : ابو داود وابوتريب جعلوا شهرية شهر
- ومنهى جعلهم بالمشروع ؟ وكلاهما موظف بالمشروع . وكانت الجهة ارفانها في اللجنة المسؤول ينوب عبد ان حمدية الذي هو بحكم الحاجات عند عبد المشروع . وليس الشأن ذلك كذلك .
٤ - أوكلت للأئمة هم الإشراف و المدخل في المشروع إلى ثلاث جهات :
- مجلس تنسيم المنظمات الإسلامية .
- الرئيسة القامسية .
- اللجنة الفرعية بالمحورية باعتبارها المجول الرئيس؛ وهذا بني الباب
- أمامي كل لحرل جديد لإدخال صدا الحبر لتقم.
- وصارحيل المشروع كرحيل خير وشركاء من اكبر ... الإزالة الرئيس صنعها أنه هذا الإشراف بالكلاني ؟ خالت ما التزم عليه سابقا صدا المشروع منيتوجع جهل التسيم وأسباب الأخلي وخوصاحب هم الكاملة ؛ والتزام القادرة دراسة الأخراج ...
- الي نزلتيه لأب عبدالرحمن صدراحون غير المان المشروع حيث فز ( ه صدا البشروع هو شروط تضامن كل المنظمات الإسلامية الفاعلة في الساحة جنبا به وتوقيعهم
- بتاريخ ١٤٠٧/١/٠٥ و١٩٨٨/٦/٥ ... وهذا بعيد لم نشت عليه يركب .
- الوكالة الإسلامية (إسر ... بتوفيح دالخ الإسلام ، كلاهر ابو الحسن بلطي بنفى التسيم.
٣ - ثبت بمراجعة الرقم - والمعرف بند ان المشروع كان جديدا وعب ترتيب الأئمة .
- ولدلت قيام إنعاد ان عبدالرحمن بأنه وقتم صضائدا للمشروع على الماد لدوجه صد الكحة .

- أما من وقرارات اتهتت الا شئت التصاديرم في ٢/٢/ ١٩٨٨/٢ و المتحتم عملها ان عبدالرحمن صد المشروع ؟ يمكن بطاقتين ما بلي .
١ - إزه لعنت القرارات صد - عقد هيئته غير تحتتيه بالتوقيع وزير الرئيس القامين كما سبق بيانه .
٢ - ثبت لدينا أنه قد ... تزوير في كاربكرتيسيد و انعتت القرارات ؛ فقد ورد في نص ، صدا الحرحين ( العقد بمحت الرئيسة القامسية صروع الندوة ، ؛ المشروع الحرل النبائي و الدربيت في داخل وخاصتا . و صلت من درين ٢٧/٢/١٩٨٢ ، ٢/٨/١٩٨٨ ... وفي العم الحرين صبدلله جين در عبدالله جلاهرات فالد كلهرسافرا خارج بلاكه في كه ؛ كاربم ؛ وقد لأن الا اها بلب السمر البلاه الا الابيه .

ALTahdi 88-8

and then just a week before the date mentioned above on the night
of Dr. Abdullah Azzam's trip October 10,1988. The members of the
Founding Committee have agreed to implement the decisions if Abu
Abdul Rahman insisted to travel to Canada. And he did on 29th. Of
(the month appears to have been whited out accidentally)1988.

3.  No investigation has been conducted with Abu Abdul Rahman
    regarding the accusations ascribed to him. He was in
    Peshawar, Pakistan at the time these decisions were made
    (around October 26, 1980) including abominable accusations
    after his trip. If the jurisprudent have disagreed in
    judging in absentia to oppose the narrative of Hind Bint
    Ataba with the narratives of Ali and Um Salma, then how is
    it possible to rule in absentia against someone present?

4.  The Founding Committee has encountered many technical problems
    in respect to the termination of Abu Abdul Rahman. The
    committee has not one medical unit. This pays for for
    incompetence.

5.  Some of the documents on which Abu Abdul Rahman's termination
    and slander was based were taken illegally by vandalizing
    his office. These documents were also misinterpreted as will
    be explained later.

6.  Abu Abdul Rahman was not notified in regards to these
    decisions (his termination) before his travel even though it
    was agreed that he would be (terminated) if he traveled.
    Until now, he has not received a copy of the committee's
    decision to terminate him. Therefore, based on what was said
    earlier, we have ruled to annul the termination decision and
    reassign Abu Abdul Rahman to his position as the Director of
    the project. We recommend the formation of an investigative
    board from the Coordination Committee void of any of his
    rivals. This will examine the administrative and technical
    violations ascribed to him in the decision of termination
    considering that the CC is responsible for the project. The
    Board calls for that by a request from the rivals.

As for the accusation that Abu Abdul Rahman has contacts with
suspicious non-Islamic agencies, that is null and void and sheer
falsehood. Some documents were possessed after the break-in into
his office. These were just correspondences between him and
brother Fadhil and between an American relief association MSH and
another American medical equipment company called Smartmed.

This association has an offer of $12 million to provide medical
supplies to the Afghans.

Abu Abdul Rahman has explained this relationship as follows:

BOS000042

ALTahdi 88-8

1. He and brother Fadhil dealt with this association as
   representatives for the Humanitarian Relief Association
   authorized by the Afghan leaders to receive the assistance
   from this association. The purpose for this was to prevent
   direct contact between the Americans and the Afghans. The
   two judges have reviewed the following which supports Abdul
   Rahman's claim.

   A. The correspondence between the head of the Humanitarian
      Relief in Canada (Abu Nadhir) and between Mr. O'Brien,
      the person in charge at MSH. In this (correspondence),
      Abu Nadhir writes that the Peshawar Office has obtained
      the approval of the four largest Afghan Parties'
      leaders that the humanitarian relief represent them in
      receiving the assistance.

   B. We (judges) have looked into some of the Afghan leaders'
      recommendations.

2. Abu Abdul Rahman has said that communications*

BOS000043

٤

تم قبل التاريخ المذكور بحوالي أسبوع ، وذلك بينما يسير وراء عبدالله عبدالرحيم الذي
سافر يوم ٦/١٠/١٩٨٨م . وأما أعضاء الرئيسة الثلاثة اتفقوا على إنذار
صنع القرارات إذا أصر أبو عبدالرحيم على السفر بأي كسبا ، وقد سافر في ٦/١٠/٨٨م
٣ ــ لم يتم إجراء أي تغيير مع أبي عبدالرحيم في الرقم المنسوب إليه ، وقد كان
موجود لـ بالتسلسل بشاور وقت أخذ صنع القرارات (جوال ٦/٦/٨٥) .
و منها يتهم أبو الشنقيطي بأنه ليس بعد وسفره ، و إذا كان الإنذار الثلاثة أ
على للـ صفات على العاشر بتعارضه هذه صنف بنت عنه مع حديثي على وام سلم ؟
كيف يعني العلم غائبا على الحاضر ؟
٤ ــ تعرضت الرئيسة الثلاثة في هيئات فضيلة لأبن عبدالرحيم أبي
سهل ، فيضة ، وليس بالهيئة عناصر في أحمد ، بروفيسورنا تحليل القبس الإحصائي
٥ ــ تعتبر المباشرة التي تتم علينا قرار فصل أبي عبدالرحيم والشنقيطي عنه ،
أخذت ما أسلوب غير شرعي بتنظيم مكتب أبي عبدالرحيم ، هذا تمر قد أسس في هذه
صنف الوثائق كما بيانا ۰
٦ ــ تم إخطار أبن عبدالرحيم بهذه القرارات ( فصله )  في يوم من عامة
[                ] رغم للاعتراض على فيصله وهو الأسف و يوم بتسلم صدور قرار التنوير ليفصله إلى
الرأس ، وبناء على ما يصدر ، هكذا بطلان قرار الفصل ، و اختيار أبي عبدالرحيم
إن على تغيير للشروي ، ونتيجة التشكيل لجنة هو ديف التنسيم ليس بها أحمد موظفر موضوعي
للتغييم معه في المخالفات الإدارية والفنية المنسوبة إليه في قرار فصله ، باعتبار
أنه مجلس للتنسيم وهو المشكل وهو المشروع صد المشروع ، و بقي أحياني لذلك بتوى صده للفوز ۰

٠٠ خامسا : ناهيك أيام أبن عبدالرحيم صنه العلاقة لاتصال المشروع وكأ أثيرها الأنبية :  فطري ، ونذوت
٠٠ تقدم : ضبط بعض الوثائق في طلب أبي عبدالرحيم بعد فسح ، بياره عنه
٠ مراسلات بينه والأ في ناض وبيد موسسة إنتشة أمريكية H۸M ، وشركة
أدوات ، طبية أمريكية Smart Inc.
٠٠٠ وصنه المؤسستة لديها عرضها بتقديم معونت طبية للأفغان تعلم ألف هكتر
عليها مه الدولارات ۰
و قد فسر أبو عبدالرحيم صنه العلاقة قد قل :
١ ــ أم تعامل مع صنه المؤسستة هو والأ في ناصر ، لجنبابس عد تغيير الإغاثة
الإنسانية بتجهيزه صد قبل الكبار الأفغان بارسلام المعدات بار قطعات الجراحية ]
وأم يعترضهم مهما لمنع سنع الانتقال لها هنر بيم الأمريكيين ، و بيم الأفغان ،
و قد اطلع الحكماء من على ما يلي ، عاما بيد حوار أبي عبدالرحيم
٢ ــ مراسلات بيم رئيس الإغاثة لإنسانية بلغتا (أبي سير) و بيد سفير الـ H۸M
صغر أبو بريضه ، يقول فيها البروفير إنه سكين يد ادور لفصل على مواصلت كونه الأفغان ،
الأغانية بيم الأربعة الكبار بأنه تنوي برنمج الإغاثة الإنسانية بالإرسانية بالإنسانية بار سلام المعدات
ب ــ واطلعنا على بحث و صيات الذكور الأفغان
٠ كان أبو عبدالرحيم أحد المسئولين عن الإغاثة إلى الأفغان ٠

ALTahdi 88-9

which started by submitting to the Coordination Committee in
June 1987. These communications started while Abu Abdul
Rahman was in Canada from July 1986 to January 1987. The two
judges have ascertained that by reviewing all correspondence
and telecommunications and confirmed that all of them were
dated prior to June 1987.

Abu Abdul Rahman was also accused of following an illegal
method in all of his telecommunications by cunningly using the
Kuwaiti Crescent telex system. Abu Abdul Rahman presented a
document from brother Abdul Rahman Al- Mudaraj dated 12/14/1988.
The document stated that he (Al-Mudaraj) did permit Abu Abdul
Rahman and Fadhil to use the Crescent's telex system from May 3,
1987 for correspondence to U.S. and Canada. A quote from the
document by Al-Mudaraj," What I know that these
telecommunications have no bearing on the project of Al-Tahadi
which had not started yet)." At this time, Abdul Rahman was the
director of the Crescent.

Also, the addresses that were listed in Abdul Rahman's
diaries such as the officials at MSH as it was proven in the
telex. Brother Abul Hasan has informed us that he had gone to the
Peshawar MSH Office through a commission from the Coordination
Office to closely observe their plans. Also, Abu Abdul Rahman's
contacts with them were as a representative of the humanitarian
relief and prior to the start of the Al-Tahadi Project.

As for the accusation that Abu Abdul Rahman was plotting to
transfer the ownership of the project to the Humanitarian Relief
Committee, brother Abul Hasan has not presented sufficient
evidence.(two just witnesses). The testimony of brother Fadhil
was accepted only. In this written testimony, he declared that
Abu Abdul Rahman did suggest to him the transfer of the Al-Tahadi
project to the Humanitarian Relief provided that Abu Abdul Rahman
be assigned as the general director, Fadhil as his deputy, and
Abu Suhaib Al-Misri(the Al-Tahadi accountant) would become the
administrative and financial director. Abu Abdul Rahman has
denied this accusation under oath.. Also, the framework for the
new project proposed by Fadhil is probable: to join the
Humanitarian Relief Committee under the administration of Abu
Abdul Rahman so that he becomes both the director of Al-Tahadi
and the Humanitarian Relief at the same time. Abu Abdul Rahman
said that he'd been asked to share in the supervisory
administration of the Humanitarian Relief. Abu Abdul Rahman has
presented a letter dated November 6, 1988 signed bu Abu Nadhir,
the director of the Relief in Canada, addressed to the
Coordination Committee. The letter states that the Relief has
donated $250,000 for 1988 and $400,000 for 1989. Abu Abdul Rahman
also produced a copy of a check sent by the Relief in Canada to

BOS000045

ALTahdi 88-9

the medical and educational project in the amount of $200,000. Fadhil has claimed that the check was for him and not for Abu Abdul Rahman. Abu Abdul Rahman says that the amount was exclusively meant for Fadhil and then was transferred to Al-Tahadi. Then when he was terminated from the project, he was asked to forward it back to Fadhil. We (the judges) have reviewed all that is in this letter from Abu Nadhir dated 11/06/88.

  Brother Abul Hasan has confirmed that he did contact Abu Nadhir telephonically while Abu Abdul Rahman was in Canada. Abu Nadhir had told Abul Hasan that Abu Abdul Rahman had arrived in Canada to raise funds for the Al-Tahadi project.

  We say that we don't have conclusively sufficient proofs for accusing Abu Abdul Rahman of transferring the ownership of the project. The matter may probably require the hearing of the testimony of the rest of the witnesses in the Humanitarian Relief in Canada but this was not easy to do. The Coordination Committee may have a follow-up*

الذي بدأ بعرضه على مجلس الشورى في ١٩٨٧/٦/٣ ، وإن عدد الرحلات بدأت
ابتداء وجوده بكناكمه من ١٩٨٦/٥/٣ إلى ١٩٨٨/١/٥ ، وترتكز الحكاية
مدخل براجعة تواريخ المراسلات و المكالمات ، فهذه كانت كلها قبل ١٩٨٨/١
ـ كلذج لجأ أبو عبد الرحمه باتباعه أسلوب غير مشروع في المراسلات التلكية ـ
وذلك باحتيال للاستخدام تلكس الهلال الذي ـ بن شنة أبو عبد الرحمه ـ بياسعه ـ
مسألتج عبد الرحمه الذي بتاريخ ١٩٨٨/١٢/١٢ معناه أنه ـ يسعى لأن يسارحه
ولم يفصل ـ باستخدام تلكس الهلال يوم ٣-٥/١٩٨٨ لمراسلاته إلى أمريكا و لضابط قبل
ملفاته ( والفتى باعتبار أن هذه المكالمات ليس لها علاقة بمشروع الهلال الدولي
يكفف قد يبدأ بعض ) وكان عبد الرحمه سكرتيرا لعبد الهلال في تلك الفترة
ـ كنا أمر المناوبي الى صبغت في مذكرات أبن عبد الرحمه وهذا أعباء المظلوم ـ
في ASH-كاهموشت بالمكالمات

وقد أخبرنا الأخ أبو الحمد أنه ذهب إلى مكتب MSIL بيشاور
بتكليف من مكتب الشورى لاستكشاف مشطمهم . كذلك فإن انضمام أبن عبد الرحمه م
كان بصفته محللا لهيئة الإغاثة الإنسانية وقبل بدء الحل بمشروع الهلال

أما محمد إبراهيم أن عبد الرحمه بادحسن في تسخ مكتب الشورى الري وضع الإغاثة الأنسانية
على شكل الحقوق والحساب بنية كافئة ( مشاهديه عدليم ) ولم نقبل منه إلا إشارة إلا في
الفضل للذي حسبه باسمه اباعبد الرحمه عرضه على تسخ مشروع الهلال و هذا ما يراعاه شر
الأشاء يرتكز على أسكوت أبوعبد الرحمه مديرا عاما و واصل ما الظم والمؤسسيه الشؤى ه
بحاسب للذي صار مديرا لمالي وإداريا . وقد أنكر أنو عبد الرحمه وعده لهذه الوظيفه . وهذا ما
هيكل المشروع الجديد لانت عرضه فاعلي مختل له بحل بنية الإغاثة بالمساعد من الإدارة
أبن عبد الرحمه تبكره مديرا للفنى والإدارة بنة الإغاثة سر نفس الوقت . و كذلك يسارحه
إنه طلب منه المحكمة الإشرافية الإداريه في الإغاثة لن الأساسي م

ـ وقد قدم ابوعبد الرحمه هذا باموقف سر الري مدير لإ با ب بلخاص اونة الري طلب
ـ الشورى نفسه بتمريض بيعه الإغاثة بلغ ٥٠٠،٠٠٠ دولار عام ١٩٨٨ يوم ٥٠٠،٠٠٠ دولار عام
ـ ١٩٨٩ لوضطالحفاظ بتاريخ ٨٨/١٢/٦ كاقدر أن يسارحه نفسه وثناء جديده م بعاله م
ـ الإغاثة بكمل إلى المشروع النظام و التربوي بلغ ٥٠٠،٠٠٠ دولار و ونده أبن بارك للضابط
ـ لموظف لأن عبد الرحمه ، وثلا أنو عبد الرحمه أبن الطلب لهذا فاستقل ثم نقل طرحه بالإبن بال
ـ المشروع طلب محمد تحويل المبلغ إلى ولغين . وقد المالحة على ضابطه حوذا ـ فخلا جب
أبو نعيم بتاريخ ٨٨/١١/٦

وقد أخبر الأخ أبو الحمد بأن الرجل نقاء نفس سر المسارحة به جزء
وبالمسار سير وإضربا به أنا عبد الرحمه فقد كذلك أن يسارحه

فنقول لم نقبل أولا كافه وانشت على إعجاب أبو عبد الرحمه
وذلك الأمر بمسمر صناعي شباب ببية المشاهده الأجزاء م لدى دواوس أن
ونكس ملخص المنبع ،

ALTahdi 88-10

As for the accusation of Abu Abdul Rahman of the attempt to transfer the banking account from the main account to business account with one signature despite the fact that this cannot take place without the signatures of Abul Hasan and Abu Hadhifa in addition to his own. Abu Abdul Rahman confirms that he tried to do so because some of the coworkers urged him to due to the financial hardship the project was encountering. However, he alone bears the responsibility for this mistake. This took place in October 18, 1988.

Brother Abu Abdul Rahman confirms that he is not the owner project and his position is only that of the founding partner and a director as a result of being chosen by the officials. He and Abul Hasan have stated that the Coordination Committee is the owner of the project. He also affirmed that the Coordination Committee has the authority to hold him accountable and under its supervision. When asked about what role he'll play, he responded that it would be technical as the study prepared about the project showed.

We have received another complaint from brother Abul Hasan on 19/05/1409H, 12/28/1988AD against brother Abu Abdul Rahman in regards to the pamphlet he distributed in the mosque of the Kuwaiti Crescent. The complaint was that his rivals rejected arbitration. We, hereby, prove the following: That Dr. Abdullah Azzam agreed that a quadlateral committee be formed from Abu Hajir, Abu Abdul Rahman Al-Misri, Abu Firas, and Dr. Fadhl. The committee met on 12/14/88. Abul Hasan said if the arbitration is with respect to the rights of brother Abdul Rahman Al-Kindi as an employee with us, that doesn't matter. But the situation gets rather significant when it comes to the matter of the ownership of the project. When the committee said it had the right to look into any problem, Dr. Abdullah said that he had to return to the founding committee of the project. He then notified the committee on the morning of 12/15/88 that it requested adding a fifth person to the committee. After deliberations between the rivalling parties, they agreed to choose Ans (UI) Ibrahim. Then brother Abul Hasan objected to the committee as a whole on the evening of 12/15. Later, it was unanimously agreed that only a trilateral committee be formed headed by Shaikh Younis Khalis along with an envoy (or deputy) for each party. The rejection of Abul Hasan was due to his total dissatisfaction with the committee. On Friday, 12/16/88, Abu Hajir received a statement signed by Dr. Abdullah and Abul Hasan expressing their approval to arbitrate through Abu Hajir and Dr. Fadhl. Abu Abdul Rahman had signed it before Friday prayer. Thus, we notice that it was possible for the latter to (UI) distribute the pamphlet after the prayer. He has erred in this regard.

BOS000048

ALTahdi 88-10

    We have received a letter from the Saudi Benevolence
Committee on 18/05/1409H, 12/27/88AD in which brother Adel
Betarji mentions that Abu Abdul Rahman has many violations at
work that led the committee to decide to stop the financing. This
matter has been forwarded to the Coordination Committee for
investigation.

    Also, brother Adel Betarji requests that since their
committee is the main financier, it must grant them their total
rights in the project. He offered their readiness to administer
the project in its entirety. This is not within our (judges)
jurisdiction and we consider it something that sprang out of the
coordination and has the right to decide in these matters.

BOS000049



ALTahdi 88-11

Conclusion and Advice: As the investigations went on, it was proven that distrust and defamation and without circumspection and clarification have all played a major role in developing this dispute and escalating it. God Almighty says,"O ye believers, avoideth too many assumptions. Some of them are sins and spy not." Also God says,"O ye believers, if a deviate bringeth ye tidings, examineth it lest thou accuseth a people with ignorance; then thou shalt regreteth what ye have done."

( The above two Koranic verses are translated to the best of the translator's ability.)

We advise ourselves and the rest of the Moslems to work according to these venerable verses as an impediment to evil, depravity profligacy, and hatred. We also recommend to write contracts and abide by their regulations.

This session was concluded on Thursday 20/05/1409H, 12/29/1988AD. In contains seven (7) pages. On page 4, a length of 2 centimeters at the end of line fourteen (14), the words are crossed out. So are the following: the beginning of the fifteenth (15th) line, length of 4 centimeters: on page five (5) at the end of the eleventh (11th) line (two-thirds of the line) and the first third of the following line.

The report was read in the presence of the two judges and the two parties on the same day at 12PM. It was signed by the two judges with the consent of the two parties. Copies of the report are released to the two judges and the two parties.

We ask that both to abide by these decisions as they promised. May God with His abundant grace and mercy forgive us, and we repent to Him.

Signatures of the two judges consenting to the report and all its decisions herewith.

Brother Abu Hajir
12/29/88

Dr. Fadhl
I kept photocopies of
the documents of both
Parties of the dispute
20/05/1409    12/29/88

The signatures of the two parties

Brother Abul Hasan Al-Madani
12/29/88

Brother Abdul raman Al-Kindi
12/29/88

D:/BIF/1B087/01/AL Tandi 88 - 11



BOS000052