# Attachment L

*(Parenthetical remarks in Italic are the translator's)*

*(Document name: **TAREEKHOSAMA/12/Tareekh Osama.68**)*

In the name of God, the most Compassionate, the most Merciful

Brother Abu Al-Rida, may God protect him

God's peace, mercy, and blessings be upon you, and may God make you happy

We request that you send us 500,000 Rupees, five hundred thousand Rupees, with some trustworthy brothers from your end, as well as giving the bearer of this paper (Sabir) the amount of 100,000, one hundred thousand only, on an urgent basis, and the remainder *(can be sent)* with the visiting brothers.

Give our best regards to brother Abu Al-Hasan, may God protect him. All of the brothers send you their regards.

On behalf of/your brother Abu Al-Qaaqaa

Abu Muath

*(signature)*

4.3.87

*(Text continues in **TAREEKHOSAMA/12/Tareekh Osama.68a**)*

بسم الله الرحمن الرحيم

الى الاخ أبو الرضا حفظه الله
السلام عليكم ورحمة الله وبركاته وبعد بناء على
نزور كنتم ارسال مبلغ 500,000 روبية عثمانية الى
ربيع لنا من مصطفى حمزة مؤنا مطلوبك.
مع اعطاء حامل هذه البرقية (جابر) مبلغ 1,000
ستة الاف فقط استعين بباقي مع المرحوم الحاج سعيد.
سلم لى سليم على خالد أبو كسة حفظه الله.
هذه هنا أبو حمزة مع يبلغه السلام.

مع/ حمزة أبو تلفاع
أبو سعد
4.3.87

BOS000054