# Attachment M

TAREEKHOSAMA/54/Tareekh Osama 127 - 127a

..202659/72

In the Name of God, the most Compassionate, the most Merciful ..2002659/72 (scratched out)

The brothers mentioned in the second page attended the Sheikh's house, to discuss the case of the Advisory Council, and the new distribution in Peshawar, mentioned in the attached document. Most of the discussion was about choosing an Advisory Council, which is accepted by all who are present in the arena.  A summary of what happened was the formation of Maktab Al Khadamat.  The meeting was held for 2 days in a row, Thursday and Saturday, and after it, the meeting Advisory Council, on Friday, with the following brothers:

1.  Sheikh Usama.
2.  Abu Ubaida Al Bansheeri.
3.  Abu Burhan.
4.  Sheikh Tameem.
5.  Abu Hajir.
6.  Abu Anas.
7.  Abu Al Hasan Al Madani.
8.  Abu Al Hasan Al Maki.
9.  Abu Ibraheem.

* The meeting resulted in explanation of 40 points of them and the Sheikh summarized it in 2 points:

- The complaints.
- Mismanagement and bad treatment in Maktab Al Khadamat.

The Sheikh decided to engage the Council in making a change - on financial and administration.

The meeting stayed from sunset until two at night, after midnight:

The meeting resulted in, disposition is for the Sheikh, as he sees it tomorrow.

And on Saturday morning, 8/20/1988, the aforementioned brothers came and started the meeting, and the military work was suggested to be divided in two parts, according to duration:

- Limited duration (known), they will go to Sada Camp, then get trained and distributed on Afghan fronts, under supervision of the military council.

- Open duration (long), they enter a testing camp and the best brothers of them are chosen, in preparation to enter Al Qaida Al Askariya (the Military Base).

The mentioned Al Qaida is basically an organized Islamic faction,

its goal will be to lift the word of God, to make His religion victorious.

Requirements to enter Al Qaida:

- Members of the open duration.
- Listening and obedient.
- Good manners.
- Referred from a trusted side.
- Obeying statutes and instructions of Al Qaida.  These are from the rules of the work.

Reads the pledge:

The pledge of God and his covenant is upon me, to listen and obey the superiors, who are doing this work, in energy, early-rising, difficulty, and easiness, and for his superiority upon us, so that the word of God will be the highest, and His religion victorious.

The meeting ended on the evening of Saturday, 8/20/19. Work of Al Qaida commenced on 9/10/1988, with a group of 15 brothers, including nine administrative brothers:

1. Abu Ayoub — General Emir (Commander).
2. Abu Usama Al Jazairi — Military Supervisor.
3. Saifullah — Administration.
4. Abdul Majeed — Administration.
5. Abu Khalid — Administration.
6. Yaseen — Administration.
7. Ameer Al Fateh — Soldier.
8. Sabir — Administration.
9.

Until the date 9/20/, Commandant Abu Ubaida arrived to inform me of the existence of thirty brothers in Al Qaida, meeting the requirements, and thank God.

2/7/9662202..

بسم الله الرحمن الرحيم

*(handwritten Arabic text, largely illegible)*

ما نشئ أم إجتماع مجلس الشورى لكي ١٩

يرد ابن علي بالقاعدة في ١٠ أك ٩ ١٩٨٨ حتى أُخذ إدارى
عمومية وضمها ٥٠ ثم حتى إدارية

۲- أبو أيوب            المصري العام

۳- تركيبة الجزائري        شرق عام

٤- حسين الصيفالي        إدارة

٥- عبد الحميد          إدارة

٦- ١٠ وقتا لـ          إدارة

٦- حسن

٧- أبو عبد الفتني        إداري

٨- ماهر            إدارة

٩- حين تأخر لكي ٩ كي مصل السعودية أجنبية لعلي برجه
تمدنها أخ بالقاعدة مرانيت عليم الشرير يريك الحر