# Attachment O

