# Attachment P



2003 — 16/9  Wael Hamzah Jelaidan