**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001<br><br>This document relates to:<br><br>CANTOR FITZGERALD & CO., et al,<br>        Plaintiffs,<br>v.<br><br>AKIDA BANK PRIVATE LTD., et al.,<br>        Defendants. | MDL No. 03 MD 1570 (RCC)<br><br>NO. 04 CV 7065 (RCC) |

## PROPOSED ORDER

It is hereby **ORDERED** that the Defendant Dallah Al Baraka Group LLC's Motion for Leave to File its Motion to Dismiss Out of Time is **GRANTED**.

_____
The Honorable Richard C. Casey

Date: