UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Cantor Fitzgerald & Co.., *et al.,*   )  <br>  ) <br> Plaintiffs  ) <br>  ) <br> v  ) <br>  ) <br>  ) <br> Akida Bank Private Limited, *et al.,*  ) <br>  ) <br> Defendants.  ) <br>  ) | **MDL No. 03 MD 1570 (RCC)** <br><br> No. 04-CV-07065 (RCC) |

**PROPOSED ORDER**

Defendant Dallah Al Baraka Group, LLC has moved to dismiss all the claims before the court in this matter.  Upon due consideration of Defendant's Motion to Dismiss and its memorandum in support of that motion, Plaintiff's memorandum in opposition, and Defendant's Reply, it is hereby

ORDERED, this \_\_\_\_ Day of \_\_\_\_, 2005, that Defendant's Motion to Dismiss be granted.

_____

The Honorable Richard C. Casey

Dated: _____