UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

This document relates to:

*Federal Insurance Co. v. al Qaida*, 03 CV 06978 (RCC)

## MOTION FOR LEAVE OF COURT TO SUPPLEMENT THE RECORD WITH ADDITIONAL EVIDENCE IN RESPONSE TO THE MOTIONS TO DISMISS SUBMITTED BY PRINCE NAIF AND PRINCE SALMAN

For the reasons expressed in the attached Memorandum of Law, plaintiffs hereby move this Court to admit into the record, for the purpose of resolving the Motions to Dismiss filed by Prince Naif and Prince Salman, the document attached as Exhibit A, along with an English translation of relevant portions of that document, attached as Exhibit B.

Respectfully submitted,

COZEN O'CONNOR

By: _____
STEPHEN A. COZEN (SC 1625)
ELLIOTT R. FELDMAN (EF 8111)
SEAN P. CARTER (SC 0636)
MARK T. MULLEN (MM 2384)
1900 Market Street
Philadelphia, PA  19103

Attorneys for Plaintiffs