موضوع العدد

### من المليونير بن لادن .. إلى دولارات أمريكا الطائرة

# اقتصاد الإرهاب!

- جنود الإرهاب من الفقراء .. والجنرالات مليونيرات!
- مصانع السلاح والدور الخفي في صناعة العنف

## محمود المراغي

اسامة بن لادن .. المليونير .. أو المليارديـر الذي يمتلك عشرات المشروعات في العديد من البلدان ، لماذا يترك حياة الدعة والرفاهية ، ويقيم تحت حراسة مشددة في أماكن مجهولة داخل افغانستان أو خارجها ؟.. لماذا ينفق أمواله - وأموال الآخرين تحت قيادته - على أعمال توصف بالإرهاب في النهاية . ولا تنتسب إلى قاموس الدعوة والتبشير والجهاد وإعلاء كلمة الإسلام ؟

إنه السؤال اللغز الذي تختلط فيه العديد من القضايا .. فعند بن لادن نقطة التماس بين أمريكا والعالم الإسلامي ، وبين الدعوة البريئة وقتل الأطفال والأبرياء .

نقطة البدء المهم ما يجري : قصة الأموال وكيف تتحرك ؟.. وهل جاءت الأموال لتصنع عنفاً وإرهاباً .. أم جاء الإرهاب ليصنع للبعض مالاً وثروة وتجارة وصناعة ؟

كنا نتحدث عن اقتصاد الحرب واقتصاد السلام ، وكنا نعني بذلك ما تعكسه حالة الحرب أو حالة السلام على اقتصاد دولة ما .. الآن : يمكن أن نتحدث عن اقتصاد العنف كنوعية أخرى من الاقتصادات التي يمكن حصر شرائح منه ، أو الاقتصاد الأسود والذي أمكن حصر شرائح منه مثل : تجارة المخدرات ، أو تجارة الفساد وغسيل الأموال .

تاريخياً ، وفي عالمنا العربي والإسلامي لم يكن الإرهاب في حاجة لتمويل كبير ، مارسته جماعة الإخوان المسلمين على شكل اغتيالات لرموز سياسية في الأربعينيات والخمسينيات ، ولم يكن الأمر يكلف أكثر من ثمن طلقة رصاص أو عدة طلقات .

بعدها .. وفي السبعينيات ظهرت جماعة صالح سرية ، وأخذت عدتها من الكلية الفنية العسكرية ، لم تكن بحاجة لتعبر عن الكراهية العنيفة إلى مليونير يمول ، أو ملياردير يدفع ثمن التسليح والتدريب والتنفيذ .

حتى العملية التي قام بها البعض لاغتيال أنور السادات ، لم تعتمد على دعم مالي خارجي ، كان

يكفيها ماليها من أسلحة تم اختلاسها من القوات المسلحة .

ويبدو أن الأمر بعد ذلك قد تطور ، وكانت نقطة التطور : دخول دولة عظمى إلى الساحة تحت ادعاء محاربة الشيوعية في افغانستان .. أعني : الولايات المتحدة الأمريكية .

استطاعت أمريكا ، ووفقاً لاعترافات جماعة بن لادن ، أن تدفع بالحيوية لعدد من جماعات العنف ، وأن تدفع بدولاراتها لخلق بناء مؤسسي واجهته الإسلام والحماس للدين ، ومضمونه : ذخائر ومدافع وصواريخ ، هي الأحدث من الأطرزة وفقاً للاعترافات المعلنة .

كانت أمريكا هي الممول الأول والأكبر ، ثم تحالفت معها - مالياً - جماعات متفرقة وشخصيات مثل بن لادن ، الذي اختلطت عنده أموال الصناعة والتجارة مع أموال الإرهاب ، وراحت التبرعات تخرج من العالم العربي ، وربما كان هناك دعم من هذه الحكومة أو تلك .. فما تم بناؤه ، وما تم ممارسته يلفت النظر ويحتاج لبناء مؤسسي وتمويل ضخم وسؤال عن السبب .

جرى بناء المعسكرات ، جرى تجنيد العناصر المطلوبة - بالعقيدة أو الارتزاق - وتم توفير السلاح والإعاشة على مستوى دولي !!.. ثم وهو الأخطر أنه قد تم بناء أجهزة المعلومات والرصد ، كما تم توفير الأموال والإمكانات اللازمة للقيام بعملية ضخمة مثل نسف المصالح الأمريكية في السعودية أو كينيا أو تنزانيا .

مثل هذه العمليات لا تتم بجهود فردية ، وإنما بجهود مؤسسية .. ولا يتم تمويلها بثمن طلقة رصاص على غرار ما فعله الإخوان في الأربعينيات

بمصر ، ولكن يتم تمويلها بالملايين .. من أين ؟ ولماذا ؟

••

في هذه الدائرة يبدو التناقض واضحاً حول ما نقوله عادة من أن الفقر يلد العنف ، وأن أبناء البطالة هم وقود حركات الإرهاب .. و .. رغم أن المقولة صحيحة إلا أنها تتناقض مع ما نحن بصدده من تكلفة عالية واقتصاديات كبيرة لعملية الإرهاب ... فهل يصنعها الأغنياء ، ويموت من أجلها الفقراء ؟

يبدو أن الصيغة على هذا النحو ، وأن جيش الإرهاب جيش من الفقراء يقوده جنرالات الدولار وأصحاب الأموال الذين ينفقون على بذخ .

و .. أظن أن هناك ثلاثة مصادر للتمويل :

● مصدر (نصف معلن) يتمثل في مساهمات جماعات إسلامية عربية تجمع التبرعات وتمول بها ما تظن أنه جهاد من أجل نصرة الحق ، أي أن الأمر عند هؤلاء يبدأ بالعقيدة ، وينتهي بمطلقات الموت التي تناقض هذه العقيدة .

وقد بدأت هذه التبرعات أو هذا الشكل من التمويل إبان مكافحة الاحتلال السوفيتي لافغانستان ، لكنها استمرت بعد ذلك .

● المصدر الثاني : المخابرات الأمريكية ، وربما أجهزة أخرى شبيهة .. وغير معلوم إذا كانت قد استمرت في تمويلها بعد سقوط الاتحاد السوفيتي ، أم أنها توقفت عن ذلك .. وفي الحالتين فإن الأهداف واضحة .. كان الهدف عند البدء هو الاتحاد السوفيتي ، فأصبح الهدف - في حقبة استمرار التمويل - زعزعة الاستقرار في منطقة محدودة من العالم .. إذكاء نار الفتنة والصراعات

2021

عن الإيكونوميست

في اجتماع واحد تقرر صرف ٣ مليارات دولار للأفغان

# مليونيرات الدماء البريئة!

## عبد الله كمال

سوف يكون هزلا وتهريجا وتخريفا وقلة عقل أن نحاسب قاتلا على أنه حين قتل استخدم مسدسا مسروقاً .. أو أنه لم يكن يرتدى ملابس نظيفة .. في النهاية هو قاتل .. وسوف يكون هزلا وتهريجا وتخريفا وقلة عقل أن نحاسب إرهابيا على أنه حين فجر سفارة أو اغتال شخصا، استعان بمال قذر وسلاح مهرب وجواز سفر مزور .. في النهاية هو إرهابي .. سفك دماء بريئة وارتكب جرما شنيعا .. أياً كانت الوسيلة .. لأن النتيجة واحدة حتى لو كان المال نظيفاً والسلاح مباعا له بطريقة قانونية!

ولكن، إذا كانت هذه القاعدة التى نؤمن بها .. لماذا إذن نطرح الأمر برمته؟

الدينية والمذهبية لتعيق مسيرة بلدان محددة مثل مصر والجزائر ، الهدف واضح والتمويل مبرر ، فقبلها كان هدف عدم الاستقرار يتم في منطقتنا من خلال قصة الصراع العربى - الإسرائيلى ولصالح إسرائيل ، كان عدم الاستقرار سياسة مرسومة.

● المصدر الثالث : دوائر صناعة السلاح في العالم ، تلك التى فقدت أهم أسواقها حين انتهت الحرب الباردة في أوائل التسعينيات ، لم يعد هناك احتمال لمواجهة كبرى بين واشنطن وموسكو ، أو بين موسكو ودول الأطلنطى .. لذا وجب البحث عن بديل في أسواق العالم الثالث : حروب إقليمية وأهلية ، حروب صغرى وصراعات.

صناعة الأسلحة الصغيرة ، وربما المتوسطة هى صناعة المستقبل لدى هذه الدوائر وأحد المستهلكين الرئيسيين لها : سوق الإرهاب .. والإرهاب المضاد .. فالجماعات التى تحترف العنف تشترى سلاحاً تصل نوعيته للصواريخ ، وتصل احتمالاته - كما تقول أمريكا - لسلاح نووى أو كيميائى أو بيولوجى ... و .. على الجانب الآخر فإن إرهاب الدولة الذى يمكن أن يتصدى للإرهاب ( الأهلى ) لابد أن يتزود أيضاً بخير سلاح ، والذى يبخل فيه الآن : المدرعات والطائرات القادرة على مطاردة الخارجين على القانون ، وهو أمر تضطر الشرطة المصرية أن تستخدمه في الصعيد بعض الأحيان.

إنها لعبة العنف تصب في خزائن صناع السلاح.

●●●

أين موقع شخصية مثل بن لادن بين هذه القنوات الثلاث : أمير للمؤمنين يشحذ همم المسلمين لتغيير العالم ، ( وتمويل هذا التغيير ) ، أم موظف في المخابرات الأمريكية ، لكنه شق عصا الطاعة ، أم أنه رجل أعمال في البداية والنهاية .. وبدلاً من أن تكون بضاعته : سيارات ، وأقمشة وعقارات وسلعا للتصدير والاستيراد .. تكون البضاعة : أعمال عنف مدفوعة الثمن ؟

في وعاء واحد تختلط الأفكار النبيلة مثل الإسلام بالأفكار الشيطانية مثل القتل بلا سبب ! وفى وعاء واحد يختلط الدعاة ، وإن لم نعرف دعواتهم وأدبياتها بشكل واضح .. مع الجناة الذين يختصمون العالم ويقبضون الثمن !!

قاموس الإرهاب لم نعرف مفرداته كاملة ، لكن الأكيد أن الإرهاب صناعة وتجارة ، وأن هناك اقتصادا سريا جديدا له قوانينه ، وسماته اسمه : الاقتصاد الإرهاب .. فهل يفتينا علماء وخبراء الاقتصاد .. أو يفتينا العسكريون والمتخصصون ؟

نحتاج هذه الفتوى لنفض الاشتباك بين مؤمنين ، ومتأسلمين ، ومتآمرين وأصحاب دولارات يزودون آلة العنف بكل الوقود اللازم .. وفى علم الجريمة يقولون : « ابحث عن المستفيد » !

روز اليوسف ١٩٩٨/٨/٣١ - [٣٦٦٤] - (١٣)

## مليونيرات الدماء البريئة

إننا نطرحها لعدة أسباب ..

أولها أن الإرهابي حين يقتل لا يكون قاتلا عاديا ، وإنما هو يعلن كذبا أن القتل له هدف سام .. وأنه يخوض حربا مقدسة .. وأنه يناضل من أجل السماء .. ويحارب من أجل نيل الثواب والأجر في الآخرة من عند الله .. وللأسف ، فإنه ، في بعض الأحيان ، يحدث أن ينخدع بعض الناس بمثل هذه الشعارات .

السبب الثاني هو أنه لا يجب أن يندم الكثيرون على الإرهاب إذا اكتشفوا أنهم دعوه بشكل ما .. ذات يوم .. بقصد أو دون قصد .. لغرض شرير أو بحسن نية .. وفي النهاية دخلت جيوب الإرهابيين أموال ضالة كانت تحركها نوايا ترغب في خدمة الدين .. بينما هي توجه لشراء قنابل تسفك الدماء البريئة .. سواء ضلت هذه الأموال من فرد . أو ضلت من دولة .

والسبب الثالث هو أنه يجب أن يعرف الجميع أنه لا رسالة سامية فوق أرض قذرة .. ولا جهاد يذهب من أجله ضحايا أبرياء ... ولا نضال بأموال مخدرات .. تماما كما أنه لا صلاة بدون وضوء .

"والمشكلة هي أن هؤلاء الذين يبيعون الوهم ويروجون الأكاذيب تحت نيران البنادق وطلقات الرصاص فعلوا ذلك بأموال المخدرات والمخابرات والتبرعات المسلوبة وفوائد البنوك التي يقولون إنها ربا .. وعاشوا وصلوا وجلوا وناموا وارتاحوا وغرقوا فيما هو أقر من ذلك بكثير .. يستوى في هذا أسامة بن لادن .. وأصغر متطرف مبتدىء كل ما فعله في حياته هو أن يقذف سيارة شرطة عابرة في طريق صعيدي فرعي بعبوة !

وأكثر هذه الأموال هي التي تأتي من حقول المخدرات .. إنها ، سحت ، جاء ربما من صحة وأعمار ملايين من الناس الذين أدمنوا .. وذهبت في اتجاه أرواح لم تنتب لها .. وكان الوسيط بين الضائع والضائع قتلا هو ذلك الذي زرع

وحصد وباع الأفيون ثم اشترى السلاح وترتب وقتل الأبرياء .. ولعلها ملحوظة شبه معروفة أن كافة تقارير مكاتب مكافحة المخدرات العالمية أكدت أن الزراعة والتجارة القذرة في أفغانستان راجت تماما خلال 14 عاما هي عمر ما وصف بالجهاد الأفغاني .. ضد الاحتلال الروسي .. حتى أن هناك تقديرات تقول أن الرقم يصل إلى مائة مليار دولار .

لقد حدث هذا في ظل غياب الدولة .. وانهيار السلطة .. حيث صارت لكل قبيلة وجماعة مسلحة شاسعة تسيطر عليها وتزرعها بالأفيون والحشيش تحت حماية السلاح .. لدرجة جعلت السوق الأوروبية تؤكد أن نصف إنتاج



بن لادن



حكمتيار

شاه مسعود

العالم يأتي من هذه المنطقة الحدودية بين أفغانستان وباكستان وإيران .. ويمر عبر جمهوريات آسيا الوسطى إلى أوروبا وبقية العالم .

في هذه البقعة القذرة من العالم ، التي تسمى بمنطقة الهلال الذهبي ، حيث ممر خيبر ، انتشرت معامل تصنيع البودرة البيضاء ، وبيعت المخدرات علنا في بيشاور التي صدرت الإرهاب لمصر وغيرها ، بل إن هناك تقارير تؤكد أن عديدا من مناطق الزراعة كانت تخضع لقلب الدين حكمتيار .. بينما قالت تقارير أخرى أن الولايات المتحدة عرضت على أحمد شاه مسعود التعاون في مكافحة المخدرات ورفض مساعدوه الذين استفادوا من هذه الزراعات .

وليس غريبا أن نقول إن إحدى لجان الكونجرس كلفت محاميا شهيرا هو "جاك بلوم ، بالكشف عن الارتباط بين شبكات الإرهاب والمخدرات ، فأكد في تقرير له أن إنتاج هذه المناطق القذرة من المخدرات بلغ في عام 1978 نحو 200 طن ، بينما وصل في عام 1994 إلى ثلاثة آلاف طن .. وأن شبكات الإرهاب ارتبطت بعلاقات تعاون مع مافيا صقلية من أجل توريد هذه الكميات الهائلة من السموم لشراء أسلحة للإرهاب .

عملية مثل تفجير السفارة المصرية في باكستان ، أو تفجير السفارة الأمريكية في نيروبي ، أو تفجير مركز التجارة العالمي في نيويورك .. فالعملية ليست مجموعة طلقات أو قنبلة وينتهي الأمر .. إنها قبل كل هذا إعداد وتدريب واتصالات واجتماعات وتهريب وأسلحة وذخائر ورشاوى وتذاكر طيران ، ووثائق مزورة ومجموعات تخطط وتراقب وتنفذ وترتب الهروب .. إنها عملية معقدة جدا .. عملية تؤكد أنه لابد أن يكون عنصر ما قد تواطأ ليتم كل هذا سرا ودون أن يكشف لعن ضد الإرهاب .

مثل هذا التواطؤ موجود في حركة أموال الإرهاب .. كما هو موجود في حركة انتقال وإخفاء الأفراد .

وقد كان هذا موجودا بالفعل في انتقال الأموال من بلدان عربية وأوروبية إلى أفغانستان وغيرها .. وليس بعيدا عن الأذهان ذلك الاجتماع الذي عقد في قطر في نهاية الثمانينيات بين قيادات مختلفة لتنظيمات دولية متطرفة حيث قرر أشخاص يدعمون هذه التنظيمات تحويل 3 مليارات دولار إلى الجهات التي تعمل على الساحة الأفغانية .. ومن المؤكد أن مبلغا مثل هذا لم يستخدم بالكامل على الأرض

في هذا الإطار ليس مدهشا كذلك أن نعرف أن مرتبات الإرهابيين في أفغانستان ليست عادية ، وقد حسب "عبد القادر شهيب في كتاب "ممولو الإرهاب ، بعض مظاهر إنفاق الجماعات الإسلامية فوجدها 3.3 مليون جنيه قيمة مرتبات للمصريين الأفغان ، و 20 مليونا تكاليف سفر وعودة وتدريب ، و 3 ملايين جنيه قيمة أسلحة ضبطت في 18 شهرا ، و 12.3 مليون جنيه تكاليف عمليات إرهابية في عام 1993 وحده ، و 15 مليون جنيه قيمة تبرعات جمعها هؤلاء في عام ، وتم إنفاقها كلها .

مثل هذه الأموال الطائلة لا يمكن أن نقرن بالطبع بعملية مثل محاولة اغتيال الرئيس مبارك في أديس أبابا ، أو

الأفغانية .. وإن كان قد استخدم فقد وصلت فوائده إلى 12 ألف إرهابي غير أفغاني تدريبا هناك وحاربوا تحت راية ما أسموه بالجهاد .. بينما هم يتاجرون بالمخدرات "الرقم - أي 12 ألف إرهابي - على مسئولية صحيفة لوس أنجلوس تايمز في يوم 5 أغسطس 1996 .

وليس بعيدا عن ذلك أيضا قصة بنك الاعتماد والتجارة ، الذي انهار فجأة ، كما نشأ فجأة ، وكانت بعض مهامه على علاقة بتجارة السلاح الدولية وغسيل الأموال وتمويل مثل هذه التنظيمات .. ومثله نشأت بنوك ومصارف أخرى كثيرة من قبل بنك التقوى الإخواني ومقره الرئيس بجزر "البهاما ، .. والذي من خلاله كانت تتم صفقات متنوعة ، وتنمو أسماء ثرية إسلامية مختلفة .. تدفع فيما بعد أموالا للإرهابيين .

وسط كل هذا صارت معروفة مجموعات عربية بالاسم ، ومكاتب مصرفية واضحة جدا ، تقوم بعمليات التحويل الدائمة .. والمثير أن هذه المجموعات كانت تعتمد في غالبية عملها على أموال عاملين مصريين في الخليج يقومون بتحويل أموالهم .. وبينما تتم عملية المقاصة كان بعض الخير يذهب للإرهاب .

لكن الأخطر والأهم هو ما كان يجمع من الناس بالفعل في الشوارع والميادين والنقابات !

وعمليات الجمع هذه كانت شركة متنكرة في ثياب دينية تحت اسم تبرعات .. ولبعض الوقت كانت التبرعات تجمع بالفعل تحت اسم "الجهاد الإسلامي في أفغانستان" .. ثم صارت تجمع بشكل مكثف وبتصاريح قانونية تحت بند بناء المساجد . وربما كانت الظاهرة ملحوظة في مصر ، وإن كانت غير مقدرة الخطورة والأهمية ، لاسيما مع صدور فتاوى تقول إن التبرع له حصة حتى لو استخدم في غير محله .. وأن من يستخدمه في غير هدفه المعلن عليه "الوزر .

أيا ما كان الموقف ، وبسبب المشاعر الدينية ، فقد دفعت "أنا وأنت وغيرنا" الكثير لمثل هذه الجماعات .. وخاصة أن الأموال كانت تصل في بعض الأحيان إلى جمعيات تسيطر عليها قيادات متطرفة .. وإلا كيف دفع الإخوان في مصر .. حسب قول مصادر من داخل الجماعة .. 12 مليون جنيه للجهاد في أفغانستان .

وفي نفس الوقت ، وتحت شعارات من نفس النوع كانت هناك حركة دولية موازية لجمع التبرعات في دول عديدة وبالذات في أوروبا والولايات المتحدة .. وبالطبع كانت هذه الأموال ترسل إلى أفغانستان . وترسل أيضا لمنظمات