Case 1:03-md-01570-GBD-SN Document 980-4 Filed 06/10/05 Page 1 of 4

كاريكاتير : جمعة

إرهابية ، بل يتم الاشتباك بين الاطراف التى تجمعها بسببها .. وليس بعيدا عن الأذهان ذلك الشخص الذى يحمل اسم مصطفى شلبي وقتل فى نيوجرسى ، بسبب خلافات حول هذه التبرعات وطريقة اقتسامها مع عمر عبد الرحمن وجماعته هناك .. وهو ما يعنى ان هذه الأموال كانت « نهيبة » بجانب انها كانت توجه لأهداف قذرة .

وفى السياق نفسه كانت هناك تبرعات تجمع عن طريق « منظمة المساعدة الإسلامية » التى كان يشرف عليها يوسف إسلام مطرب البوب البريطانى ، وكان اسمه « كات ستيفن » بعد ان اسلم فى عام ١٩٧٧ ، وانضم للأفغان .. وكانت هناك اموال ايضاً من حزب الجماعة الإسلامية فى باكستان بمساعدة سابقة من عناصر مخابراتية باكستانية .

وبالتالى ، مع كل هذه الأموال كان يتم دفع ٢٠ الف جنيه لكل دليل سودانى يقوم بتهريب افغانى مصرى عائد عبر دروب الصحراء على الحدود المصرية السودانية .. وهى عملية معقدة جداً كانت تتعطل حين يشعر الدليل بانه مراقب .

احد اهم مصادر التمويل ايضاً ، والتى لم تزل تدفع بالدماء فى شرايين هذه التنظيمات هى منظمات الإغاثة الإسلامية .. التى نشات .. ربما لهذا الغرض خصيصا - فى ٦٠ دولة ، حيث يمثلها ٩٠ مكتبا على الأقل .. متواجدة فى اماكن تبدا بافغانستان ولا تنتهى بالبوسنة والصومال وطاجيكستان .. وهذه المنظمة لم تكن غطاء فقط .. حيث وظفت فيها عناصر من كل لون ونوع إرهابى .. وإنما كانت ايضاً وسيلة تدريب وتنمية واستقبال وتوفير مواقع واماكن اختفاء .. تحت شعارات براقة .

والمؤسف ان هذه المنظمة تعمل باموال زكاة يدفعها مسلمون ، ربما لا يعرف اغلبهم اين تذهب اموال زكاتهم ، وقد لوحظ هذا بالطبع فى عدة دول .. وسجلت مصر ذلك فى احد اجتماعات وزراء الداخلية العرب على لسان وزير داخليتها السابق اللواء حسن الألفى الذى اكد ان اموال الزكاة تصل إلى الإرهاب . ووقتها رد وزير الداخلية السعودى قائلاً انه إذا كانت اموال الزكاة توجه إلى غير طريقها المشروع فإن ذلك يجب ان يتوقف فوراً .

وربما حدث ذلك .

لكن المنظومة العريضة والمتنوعة للإرهاب فى العالم كله لم تزل مستمرة .. وإلا من اين تاتى هذه الأموال التى تتصاعد فى كل تلك التحركات فى العالم كله الآن .. تحركات إعلامية وتنفيذية تشمل الانتقال والاتصال والاجتماع وشراء اللازم وتهريب من يحتاج ان يهرب .

مصر فى إطار هذا واجهت هذا الأمر بمراقبة جيدة لمنافذ التمويل ، واستعانت باستراتيجية تجفيف منابع الإرهاب .. وكان من بين جنود هذه الاستراتيجية قطع خطوط الاتصال والتمويل .. وقد انكشفت نتيجة هذه السياسة بسرعة .. حين بدات تظهر على الساحة هذه التقليعة الإرهابية المعروفة باسم « الاستحلال » .

والاستحلال فتوى اصدرها الإرهابى الحبيس فى امريكا عمر عبد الرحمن ، ومعناها ان هذا المجتمع - حسب رايه - كافر ، تستحل امواله كما يستحل بشره .. وبالتالى يجوز ان تسرق بضائعه وفلوسه لصالح تمويل الانشطة الإرهابية .. وبالتالى عرفنا ظاهرة السطو المسلح على فروع بنك التنمية الزراعية .. تلك البنوك التى تدعم نشاط الفلاحين الغلابة .. وعرفنا ظاهرة السطو المسلح على محلات الذهب .. ولعل اشهر مثل فى هذا السياق هو تلك العملية الكبرى التى قام فيها عدد من اعضاء ما يسمى بالجماعة الإسلامية بإغلاق شارع الجمهورية فى مدينة طهطا بسوهاج حيث محلات المجوهرات .. واستولوا على محتويات عدة محلات قدر وزنها بـ ٢ كيلو ذهب .

المثير فى الأمر ان واحدة من عمليات التمويل بالسرقة تلك بلغت حصيلتها ذات مرة ، بعد سطو على بنك قرية صغير ، نحو ١٧٠ جنيها فقط لا غير .

ومن المخدرات إلى السرقة .. ياقلب الابرياء احزن ..

فى هذا السياق لا نهتم بهذه التقديرات التى تقول ان ثروة بن لادن بلغت ٣٠٠ مليون دولار ، والتى تقول ان لديه شركات ومصانع ومعاملات تجارية .. فقد قالت تقديرات من قبل ان ثروته تبلغ مليار دولار .. ولا نهتم كذلك بهذه الحملة المضادة التى تقول ان بن لادن ليس ثريا بهذا الحجم لان ثروة عائلته كلها لا تصل إلى هذا الحجم .. وهو كلام غير دقيق .

لماذا لا نهتم ؟!

لانه كما قال مراقبون كثيرون انه إذا كانت هناك ثروة بهذا الحجم فإنه يحتاج إلى عدد هائل من الذين يمكن لهم ان يتابعوا اعماله وشركاته حتى لا تتوقف ، ولانه لو كان كذلك فإنه بالتالى سوف يكون معروفا ومرصودا فى عالم كونى متقارب يعرف فيه كل طرف « دبة النملة » عن الآخر .. ولانه لو نجح حصار بن لادن المالى هذا ، فإنه فى النهاية لن يموت من الجوع .. ولن يتوقف إرهابه .. فالمصادر التى تموله وتمول غيره معروفة وواضحة .. ولكنها تبحث عمن يكتم انفاسها بحق .. ودون تمثيل .. حتي يمكن بعد ذلك كتم انفاس [illegible] الإرهاب . ■

رسالة خاصة

## قضاة ألمان قالوا لنا :

# متطرفون مصريون.. نصبوا علينا

- شهادات مزورة ومقالات مضروبة لتأكيد الاضطهاد الوهمى
- بيوت ألمانية خاصة ازدحمت باللاجئين الكاذبين فأسموها المخازن
- مزايا اللجوء : إقامة شرعية وإعانة مالية وطعام مجانى وحماية أمنية

◆ فرانكفورت : **دسوقى سعيد**

معسكر اللجوء السياسى إشفنبورج بألمانيا

فى بداية الاسبوع الماضى خرجت من لندن تقارير تؤكد ان بريطانيا .. التى تحولت إلى مركز للمتطرفين ـ بحثت وتبحث طرد هؤلاء من اراضيها .. والخبر معناه واضح .. ويشير إلى الحرج البالغ الذى وجدت فيه دول اوروبا نفسها بعد الاحداث الإرهابية الاخيرة .. لان هذه الدول أوت وحمت وساعدت الإرهابيين تحت ستار اللجوء السياسى المزعوم .

◄

القضاة الألمان من اليمين القاضى تاتسكى ثم القاضى جرون والقاضى فيجاند

# متطرفون مصريون .. نصبوا علينا

وفي هذا الأسبوع نحن ننفرد بعدة لقاءات مع قضاة ألمان ، كشفوا ، في حواراتهم معنا ، أسرارا مثيرة .. توضح حجم ونوع وشكل الألاعيب التي يمارسها هؤلاء ، وتعرفها دول أوروبا - للهروب من القانون في الدول التي قتلوا فيها الأبرياء وسفكوا فيها الدماء .

قبل أن نبدأ لابد أن نقول أنه ليس هناك أسهل من اللجوء السياسي إلى ألمانيا وهولندا وإنجلترا وسويسرا والنمسا والسويد والنرويج والدانمارك .. فهذه قائمة الدول المشهورة بمنح حق اللجوء السياسي وينتشر بها مئات من المصريين وطبعا العرب وجنسيات أخرى . وتأتي ألمانيا - باعتراف قادة الإرهاب في العالم - على قائمة هذه الدول وطبقا للإحصائيات الدولية الرسمية .

في ألمانيا بالذات ثغرة كان قد أعلن عنها الرئيس الراحل أنور السادات أثناء زيارة مستشار ألماني سابق لمصر في أحد المؤتمرات الصحفية .. هذه الثغرة هي أن القانون الألماني يتيح الفرصة لجميع البشر من جميع الجنسيات والديانات وبجميع الألوان اللجوء إلى ألمانيا طلبا للحماية والأمان والاستقرار .. كانعكاس للماضي السياسي الألماني الذي يعاني من عقدة الاضطهاد النازي لليهود .

وقد استغل عديد من المصريين هذه الثغرة ، لأنها وسيلة للحصول على طريقة قانونية للإقامة في ألمانيا .. فادعوا إنهم مضطهدون دينيا وسياسيا وفكريا ومطاردون من البوليس والحكومة .. بينما لا يعرف أحد عنهم شيئا في مصر !

هكذا أصبح مبيض محارة سابق لاجئا سياسيا بدرجة مضطهد في ألمانيا ، وصار طالب معهد فني صناعي ، وتاجر سيارات وميكانيكي وغيرهم .. لاجئين كل ذلك يحدث بعد أن تفشل الخطط الأولى كالزواج من ألمانية أو الحصول على منحة دراسية أو عمل ، وبعد أن تنتهي التأشيرة السياحية يصبح الحل الأخير هو اللجوء السياسي .

هذه الحيلة لجأ إليها المصريون في الماضي ( السبعينيات وبداية الثمانينيات ) بحثا عن مصدر رزق وتعلموها من الجنسيات الأخرى ، وخاصة الفلسطينيين والعراقيين وغيرهم .. بعد أن احترفوا ذلك لظروف بلادهم .

حتى قتل الرئيس السادات بدأت المطاردات الأمنية للجماعات المتطرفة .. فلجأ أيضا بعضهم لاستخدام هذا « الكارت » هربا من البلاد .. ولاستخدام الإمكانيات المادية والتكنولوجية المتوافرة في هذه الدول من وسائل مواصلات حديثة وغيرها لمواصلة الهجوم على الحكومة المصرية من الخارج .

وهناك عدة آلاف أخرى من المصريين كانت تحارب في أفغانستان ضد الروس ، ثم في البوسنة ضد الصرب .. وبعد انتهاء الحرب عاد بعضهم إلى مصر وبعضهم بناء على أوامر قياداته اضطروا للبقاء في أوروبا نظرا للملاحقات الأمنية لهم ، ولأنهم معروفون ، فانتشروا في هذه الدول الأوروبية وطلبوا اللجوء السياسي .

يتكلف طلب اللجوء السياسي مبلغ ٢١٠ مارك ألماني فقط ، تدفع لمحام يختلق قصة حول « وكيله » ، الذي يزعم أنه هارب مثلا من الفتنة بين المسيحيين والمسلمين ، أو أنه هارب من التجنيد والعقوبة التي يدعي أنها تنتظره هي الإعدام ، أو كنت « مربي ذقني ومطلوب القبض عليّ » ، ومنهم من ادعى أنه كان متعاطفا مع الإخوان المسلمين ثم تعاون مع البوليس المصري ثم هدده الإخوان بالقتل وطاردوه .

وتبدأ الخارجية الألمانية في التأكد من هذه المعلومات عن طريق الاتصال بسفاراتها في مصر ويتضح غالبا أن صاحب المعلومات كاذب ويرفض طلب لجوئه . ومع ذلك فهو يعيش في ألمانيا .

عادة ما يطلب المحامي الألماني مستندات أخرى ، هي غالبا مقالة أو أي موضوع أو تحقيق صحفي نشر في جريدة مصرية أو عربية ، ويفتح المحامي الملف ويعطيه للاجيء ليقدمه لإدارة بوليس الأجانب .

وهناك من قام بتغيير دينه ، مثل المسلمة التي قالت أنها أحبت مسيحيا وهربت معه ، وأخرى هربت من الختان في مصر وطلبت حمايتها في ألمانيا !

السيناريو بعد ذلك محفوظ ومكرر ، مجرد روتين ، وأمثلة من نوع أين تسكن ؟ وأين تأكل ؟ ثم يتقدم اللاجيء لشباك آخر لاستلام معونة مادية قدرها مائة مارك ألماني أسبوعيا ، بجانب الأكل والشرب . ثم يتم سحب جواز سفره وترحيله إلى أحد المعسكرات في مدينة ميونيخ حيث يوجد مبنى ضخم كمجمع سكني .. وفي اشفنبورج حيث توجد معسكرات سابقة للجيش الألماني وهي مدينة صغيرة على بعد ساعة من فرانكفورت .

وتقوم جمعيات خيرية بصرف إعانات أسبوعيا ( مثل كارتياس ) ، فضلا عن بعض الملابس المستعملة ، كما أن بعض اللاجئين يذهب إلى المراكز الإسلامية القريبة للحصول على الطعام والصلاة هناك .

بعد فترة أخرى يتم ترحيلهم إلى مدن ألمانية أخرى طبقا للتوزيع الجغرافي في الولايات الألمانية كلها وطبقا لقانون كل ولاية والعدد المسموح بقبوله .. حيث يحصل اللاجيء على غرفة في شقة بها عدة حجرات ، كل غرفة بسريرين ، وغالبا ما يعيش في الشقة لاجئون من نفس الجنسية ، ممنوع عليهم العمل أو الدراسة .. فقط : الأكل والشرب والنوم لحين البت في طلبات لجوئهم .

ويقوم البعض ممن يبحثون فقط عن مصدر للرزق بالبحث عن عمل بدون تصريح ، وادخار الإعانة الأسبوعية ، ثم يعود بعد شهور أو سنوات لبلده ولا أحد يعلم في مصر بما يحدث . ويستقر آخرون ويتزوجون من ألمانيات .

وبشكل دقيق فإن الإحصائيات الدولية والدراسات أثبتت أن ٩٥٪ من طالبي اللجوء السياسي كاذبون في أقوالهم وادعاءاتهم .

وقد كانت ألمانيا وجميع الدول الأوروبية تعاني من قانون اللجوء السياسي حتى تم تعديله في عام ١٩٩٣ ، ثم عام ١٩٩٥ .. فلم يكن هناك في ألمانيا عدد كاف من الموظفين لإنهاء إجراءات هذه الأعداد الغفيرة من طلبات اللجوء ، بل إن أماكن الإعاشة ومعسكرات اللاجئين والعنابر التي لا تتسع سوى لـ ٦٠ فردا كانت تمتليء بـ ٢٠٠ فرد ، ولذلك أطلقوا على هذه الملاجيء ( المخازن ) .

وتغير الوضع الآن للأفضل وبعد أن سمح التعديل الجديد بالقانون ببدء الإجراءات في المطار وعند الوصول والتأكد من الأوراق الرسمية والمستندات الدالة على طلب اللجوء . والكشف عليها ويمكن بعدها طرد المدعي أو إبعاده من المطار إلى الدول الأخرى .

هنا نذكر أمثلة رقمية لعدد حالات اللجوء المؤكدة في دول أوروبا .. ففي هولندا تصل عشر حالات مصرية سنويا ، بينما يبلغ عدد المقيمين في هولندا نحو ٢٥ ألفا ، وتمنح السفارة الهولندية في القاهرة حوالي ألف تأشيرة دخول سنويا . وفي سفارة السويد ( حوالي ٢٨ حالة ) وفي النرويج ( لا يتعدى العدد أصابع اليد الواحدة ) ، وفي سفارة سويسرا يزيد العدد ليصل إلى ٧٠ ، ثم في ألمانيا إلى ٤٦١ طلبا ، منح ١٤ منهم حق اللجوء ويجب أن نقول هنا أن تلك هي إحصائيات عام ١٩٩٥ و ١٩٩٦ .

في هذه الدول يسمح للأجانب اللاجئين السياسيين بالعمل في السياسة في إطار القانون العام ، ويمكن رفض أو تحديد العمل السياسي للأجنبي عندما يعبث بالتعايش السلمي بين الألمان والأجانب أو بين الجماعات الأجنبية المختلفة أو عندما يخل بالأمن العام والنظام .

وبصفتي عضوا في نقابة الصحفيين في الاتحاد الدولي ومن خلال عمليات البحث التي كنت أجريها عن اللاجئين المصريين في ألمانيا ، فقد طلبت من البوليس الألماني ترتيب زيارة لمعسكرات اللجوء في كل من ميونيخ واشفنبورج . حيث التقيت في إحداها مع أحد اللاجئين المصريين الذي ادعى أنه مضطهد ومطلوب قتله في مصر ولا يستطيع السفر إلى أية دولة عربية . وفي حواري معه قال أنه مؤسس الجماعة الإسلامية في الإسكندرية وكان مسجونا ( استقبال طرة ) وظل مراقبا حتى استصدر جواز سفر وهرب إلى الأردن ومنها إلى اليمن ومن هناك حصل على تأشيرة دخول باكستان عن طريق ( بيت المجاهدين ) في صنعاء .

وبدأت قصة هروبه بعد أن اتصلت به القيادة في باكستان وبيشاور ليسافر إليهم بعد ملاحقات رجال الأمن المصريين له ، واعترف بأنه : تلميذ عمر عبد الرحمن وأحد أعضاء المجلس

أيمن الظواهري
قيل إنه لجأ إلى سويسرا

العسكري وألف كتابا عن طرق تغيير الأنظمة . هناك تولى تدريب الأفراد ، بعضهم مصريون وآخرون عرب وفلبينيون ومن كشمير على استخدام السلاح واستمر ذلك أربع سنوات .. درب خلالها ما يقرب من ٦٠٠ فرد في مجموعات .

الإرهابي المصري أكمل قصة هروبه حين قال أنه سافر إلى ألبانيا وتزوج وعاش بعد انتهاء الحرب في أفغانستان ، وبناء على تعليمات قيادته ، كان عليه الهروب مرة أخرى من ألبانيا وبعد مطاردات أجهزة المخابرات الألبانية له .. حصل على جواز سفر ألباني ( مزور ) إلى جانب جواز سفره المصري . وسافر إلى رومانيا وأرسل في طلب زوجته ولكنها لم تحصل على تأشيرة لأنها حامل . فاضطر للرجوع مرة أخرى لألبانيا ولم يعلم أحد برجوعه لأنها ( دولة متخلفة جدا ولا يوجد بها كمبيوتر ) على حسب قوله . ثم حجز على شركة طيران إلى مصر

على ان يكون الترانزيت في المانيا .. ودفع المبلغ بالكامل حتى لا يشك احد فيه .

إلا ان الموظفين في مطار البانيا رفضوا خروجهما لانهما لا يحملان تاشيرة لالمانيا . فاقنعهم حتى وافقوا على سفرهما ووصلا المانيا وعندما صعد قائد البوليس الالماني اخبره بانه سياسي ومطلوب قتله وطلب اللجوء السياسي لالمانيا . اخذه الضابط وبعد تحقيق بسيط معه استدعى سيارة الإسعاف لزوجته الحامل . وقام بتسليم جوازى سفره المصرى والالبانى وعنده محام يتولى نيابة عنه الإجراءات مع المحكمة الالمانية .. وبدات رحلة اخرى .

واضاف : ( صفتى كلاجئ سياسى هى اخر ورقة نلعب بها بعد المطاردات الامنية لنا ، مع العلم بان هناك كثيرين من الجماعة موزعون في اوروبا ، والكثير منهم في المانيا ، وعندى فرصة اكيدة

ياسر السرى
لاجئ في لندن

للبقاء . وحتى لو رفضت المحكمة طلبى للجوء ) .

وامام هذه الثقة ظل سؤال يتردد في ذهنى وهو : كيف يحكم القاضى الالمانى في هذه القضية ؟ وعلى اى اساس يمنح حق اللجوء السياسى للمصريين ؟ وهل يستطيع ان يفرق بين الإرهابى ، ومن يسمى نفسه ( بالسنى الملتزم ) ؟

وشاءت الصدفة وحدها ان تجيب عن تساؤلاتى ، وعندما كنت مدعوا مع اصدقاء المان اخرين إلى حفل حضر إليه صديق المانى « ضابط بالبوليس » ، واكمل دراسته ثم اصبح قاضيا .. اكتشفت انه بالصدفة قاض يبت في طلبات اللجوء السياسى ، وحكيت له عن زياراتى لمعسكرات اللجوء وتحقيقاتى في هذا الموضوع ، وطلبت منه السماح لى بزيارته في مكتبه ، ورحب بذلك .

وفي الميعاد المحدد توجهت إلى حى « بوكنهايم » في مدينة فرانكفورت ، الذى تقع فيه الجامعة ، ومبنى المحكمة الإدارية .. ودلنى الحارس على مكتب القاضى ( فيجاند ) .. وبمجرد وصولى قام بالاتصال بزملائه القاضى « جرون » ، والذى يدخل في دائرته اللاجئون من مصر ، وحضر معه زميله في نفس الدائرة القاضى « تاتسكى » .

وطرحت عليهم سؤالى الذى شغلنى طول الوقت :

كيف يستطيع القاضى ان يعرف اللاجئ الذى يستحق هذه الصفة ؟ وماهى قواعد منح اللجوء السياسى ؟ وهل يمكن ان يفرق القاضى بين الإرهابى وبين « السنى الملتزم » ، وهل عندما يطارده البوليس المصرى لانه يهدد ويروع الوطن والمواطنين لاعتناقه فكرا يهدد المجتمع ، هل يعتبر مضطهدا في نظر القانون الالمانى ؟

اجابنى القاضى فيجاند : لا يستطيع القاضى الالمانى إثبات ما إذا كان طالب اللجوء إرهابياً او مطاردا سياسيا .. ولنفترض انه إرهابى وقام او شارك او خطط او ساهم او نفذ عمليات إرهابية في انحاء الكرة الارضية ، ومطلوب القبض عليه ، فإن مقدم الطلب لا يكتب ذلك ولا يعترف به في طلبه حق اللجوء السياسى .. بل يقول مثلا : إنه عضو في حزب ، وانه مطارد ومضطهد في مصر ، او يقول بانه يعتنق فكر الإخوان المسلمين ، ووزع منشورات مناهضة للحكم ، وحضر اجتماعات مع اخرين ، وشارك في مظاهرات ، وقام بنشر كتابات علنية ، وهو بهذه الاقوال والتصورات يحاول الحصول على حق اللجوء لالمانيا ، ولا يعترف بانه كان في افغانستان ، وقام بتاسيس معسكر للجماعات الإسلامية هناك للتدريب العسكرى والهدف منه هو مثلا قتل رئيس الدولة ، وربما يقول بانه كان يقاتل مع البوسنيين ضد الصرب .. فهو لا يعترف باى حال من الاحوال بانه إرهابى .

وقال القاضى جرون ، والذى تدخل مصر في دائرته : انه شخصيا لم يمنح حتى الان مصريا من الجماعات الإسلامية حق اللجوء لالمانيا ، لان الطلبات مازالت تحت الدراسة والتحقيق ، وليست هناك قرارات نهائية بل مؤقتة ، وان طلبات اللجوء من مصر مقارنة بالدول الاخرى التى تدخل ايضا في دائرته مثل تركيا ويوغوسلافيا قليلة جدا .

ثم اضاف : وهذا لا يعنى ان طالب اللجوء السياسى من الجماعات الإسلامية او من جماعة الإخوان المسلمين ، عندما يتقدم بطلب للمحكمة الإدارية في فرانكفورت تكون فرصته في الحصول على حق اللجوء مستحيلة ، ولكنها تاخذ بعض الوقت ، خاصة عند التناقض في الاقوال ، وعلى كل فإن الحالات الاربع التى في يدى لرصد فيها ان اثنين منهم قالا بانهما من اعضاء جماعة الإخوان المسلمين ، وبالرغم من اعترافاتهما لم استطع تصنيفهما .

● سالته هل هناك نساء بينهم ؟

ـ كلهم من الرجال واعمارهم متفاوتة .. عندى حالة عمرها ٢٥ سنة ، واخرى عمرها ٣٥ سنة ، و٥٧ سنة ، و٣٤ سنة .

ثم اخذ يتصفح الملفات التى احضرها معه وقال : المصرى الذى يبلغ عمره ٥٧ سنة ، الطلب رفض من قبل ، وقبل عدة سنوات رفض نهائيا .. ولكن من حقه ان يتقدم بطلب جديد ، ويقدم ادلة اخرى او اقوالا اخرى .

سالته : ماذا يعنى الرفض النهائى ؟ هل يغادر البلاد فورا ؟

اجاب : هذا يختلف من حالة لاخرى ، ففى حالة المطار مثلا او عندما رفض طلب لجوئه هدد المصرى بالانتحار ( عمره ٣٣ سنة ) ، ولذلك سمح له بدخول البلاد ، وهو موجود مبدئيا في المانيا ، وحتى يتم بحث طلبه مرة اخرى .

ثم قاطعنا القاضى فيجاند قائلا : هذا هو قانون المطار الجديد ، والذى يسمح لمصرى قادم من القاهرة مثلا إلى مطار فرانكفورت ، ومعه جواز سفر مزيف بالدخول إلى منطقة الترانزيت قبل تحقيق بوليس الحدود معه ، ويمكن تقديم طلب لجوء على ان يتم استجوابه من البوليس بالتفصيل ، ويمكن بهذا التحقيق السريع استكشاف ماإذا كان طالب اللجوء كاذبا او مطاردا فعلا .. وعندما يكون مكتوبا على جبينه بانه كاذب يكون القرار هو رفض طلبه ، وإبعاده وبدون إبداء الاسباب ، ويقوم بوليس الحدود بوضعه فورا على الطائرة المتجهة إلى القاهرة ، وطبعا يمكنه العودة اختياريا بإمضائه إقرارا بانه سيغادر إلى القاهرة بنفسه ، وعندما يرفض يرافقه احد الضباط على الطائرة ، إلا انه يمكنه تقديم طلب اخر بصفة يتم رفعه للمحكمة الإدارية ، ويطلب فيه إعادة إجراءات التحقيق وفي هذه الحالة يسمح له بدخول البلاد لإكمال الإجراءات .

وعن مصادر معلوماتهم عن المصريين والتحقق من ادعاءاتهم ؟

قال القاضى جرون : هناك تقارير دورية منتظمة من وزارة الخارجية الالمانية تعد بمساعدة السفارة بالقاهرة ، وتعرف بـ ( تقارير الحالة في مصر ) .. ومن جمعيات حقوق الإنسان الدولية ، ومن معهد العلوم الافريقية ، والذى يمكن ان نحصل منه على اية ادلة معينة ، ويتم جمع هذه المعلومات والتقارير مركزيا في مدينة « فيزبادن » ثم يتم توزيعها على المحاكم المختلفة ، علاوة على الاحكام الصادرة والقرارات التى اتخذت بشانها ، وهناك مكتبة ضخمة من مصادر المعلومات تضم تقارير صحفية نشرت عن مصر ، وخاصة في الجرائد الالمانية مثل : رود دوتيشه تسيتونج ، فرانكفورتر الجماينه ، او مجلة دير شبيجل وتصل كلها إلى مكاتبنا .

قمت بزيارة هذه المكتبة في محكمة فرانكفورت الإدارية ، وهى مكتبة قانونية كبيرة بها اجهزة كومبيوتر متصلة بعدة مراكز وابحاث وهيئات قضائية ومعاهد تبث المعلومات والتقارير عن جميع الجماعات الإسلامية في مصر بل وفي العالم ، وتاريخها وكل ما يضاف إليها من معلومات بصفة منتظمة ومستمرة ، مثلا وصلت ٢١٠ معلومات عن الإخوان المسلمين في خلال سنتين ، ٢٣ معلومة عن جماعة التكفير والهجرة ، ١٣٧ معلومة عن الجماعة الإسلامية والجهاد .

كما انها متصلة باكبر بنك للمعلومات في المانيا في مدينة فيزبادن ، ومعلومات عن جميع الدول وانظمة الحكم فيها .. ورايت بنفسى ملفات كاملة على الكومبيوتر عن تاريخ الجماعات الإسلامية المختلفة ، مثل الناجون من النار ، تنظيم الجهاد ، التكفير والهجرة ، والجماعة الإسلامية ، واشهرهم جميعا ولجميع القضاة تنظيم الإخوان المسلمين لانه اقدمهم طبعا .

واعود مرة اخرى للحوار مع القضاة الالمان .

سالتهم : هل هناك مستندات يجب تقديمها من طالب اللجوء ؟

اجاب القاضى تاتسكى : ليس بالضرورة ، فهو غير ملزم بذلك ، بل يستطيع ان يقدم مايراه مناسبا ، ومع ذلك فعندما يذكر بانه هارب من البوليس في مصر ، ولم يستطع توفير الدليل على ذلك ، ليس مهما ، وغير مطلوب منه .

● ماهى المدة التى يحتاجها القاضى للفصل في القضية ؟

ـ عام ونصف العام على الاقل وربما تصل إلى سنتين ، وهناك حالات وصلت حتى ٦ سنوات .

ويضيف القاضى تاتسكى : من الممكن ان تصل إلى ١٠ سنوات ، ولكن الاتجاه العام هو الفصل في خلال عامين على الاكثر .

● وماهو عدد طلبات المصريين ؟

ـ في عام ١٩٩٥ ، ٤٠٠ طلب من مصر ، ومن يناير إلى مارس ١٩٩٦ وصل عدد الطلبات إلى ٤٠ ، منها ٢٤ طلبا جديدا و١٦ طلبا تقدموا من قبل للحصول على اللجوء ، ورفضت طلباتهم فتقدموا [illegible] اخرى بطلبات جديدة [illegible]