This story is not very different from the story of the Bank of Commerce and Credit International, which suddenly collapsed, much as it had suddenly appeared. Some of its operations were related to international arms dealing, money laundering, and the funding of organizations like these. Likewise, many other banks were also established, such as the Brotherhood's Al-Taqwa Bank, headquartered in the Bahamas. Many different deals were carried out through this bank, under the names of various wealthy Muslims, that later paid money to terrorists.

In the meantime, this became famous. Very obvious banking offices and groups with Arab names transferred funds on a regular basis. The interesting fact is that these groups depended for the most part on the money of Egyptians who worked in the Gulf and transferred their money. At the same time that the banks were transferring the money, a portion of the funds went to terrorism.

However, the gravest and most serious issue is the amount collected from the people on the streets, in the field, and through unions!

These collection operations were theft under the cloak of religion, using the name of "donations". Sometimes, the donations were made in the name of the "Islamic Jihad in Afghanistan". Later they were collected intensively, openly and legally, ostensibly for "building mosques". It is probable that the emergence of this phenomenon was extremely conspicuous in Egypt, even if its danger and significance were not anticipated, especially when religious judicial opinions were issued, declaring that charitable donations were good works even if the money was used for other purposes and that only those who used the money for other purposes were "sinners."

In any event, it is because of these religious feelings that you and I and everyone else gave to groups like this, especially when these funds occasionally reached groups run by radical leaders. Otherwise, how would the brothers in Egypt have given 12 million Egyptian pounds, according to sources within the Group, for the Jihad in Afghanistan?

At the same time, using similar slogans, a parallel international movement was established to collect donations in many countries, especially in Europe and the United States. Naturally, these funds were sent to Afghanistan and terrorist organizations; however, conflicts began to arise between the parties for whose sake funds were collected. It is

1

credible that Mustafa Shalabi was killed in New Jersey as a result of a conflict with Omar Abdel Rahman and his organization there over these donations and how to divide them up. This is evidence of the fact that these funds were "stolen", in that they were used for filthy purposes.

In the same context, there were donations collected through the "Islamic Aid Organization," which was supervised by Yusef Al-Islam, the British pop singer whose name was Cat Stevens before he converted to Islam in 1977 and joined the Afghans. Money also came from the Islamic Group's political party in Pakistan, which was initially gathered with the help of the Pakistani intelligence sources.

Therefore, with all of this money, every Sudanese guide who smuggled an Egyptian Afghan returning through the desert route over the Egyptian-Sudanese border was paid 20,000 Egyptian pounds. This is an extremely complex operation, which was suspended every time when the guide felt he was being observed.

Also, other important sources of funding, indeed the lifeblood of these organizations are Islamic aid organizations that have been established, most likely especially for this purpose, in 60 countries with at least 90 offices. They are located in places such as Afghanistan, Bosnia, Somalia and Tajikistan. These organizations were not just covers; they actually employ terrorists of all colors and types and serve as a means for training, developing, welcoming, and providing hiding places, while using sparkling slogans.

It is regrettable that these organizations operate using charity money paid by Muslims, most of whom probably have no idea where their charity money has gone. This is, of course, conspicuous in several countries. Egypt emphasized this at one of the conferences for Arab Interior Ministers, when the former Egyptian Interior Minister, Major General Hasan Al-Alfi, verified that the charity money goes to terrorists. The Saudi Interior Minister then responded by saying that if charity money is going to illegitimate targets, it must stop immediately.

That might have happened.

However, the broad, diverse world-wide terrorist network continues to exist. Otherwise, where do these funds come from? They enable these activities to be carried out all over the

2

world - initiatives in media and implementation, including transportation, communications, meetings, purchasing necessities and smuggling those who need to be smuggled.

Egypt dealt with the issue by close surveillance of the sources of funding and used the strategy of drying up the terrorist "wells." One of the means of this strategy was severing the lines of communication and funding. The results of this strategy were quickly discovered when the terrorist instruction known as "permissibility" began appearing in the field.

This permissibility is a religious judicial opinion issued by the terrorist Omar Abd Al-Rahman, jailed in America, and it means that since this is an unbelieving society, in his opinion, its money and the people within it are legitimate targets. Based on this, it is permissible to steal their goods and money for the benefit of funding terrorist activities. This is how we experienced the phenomenon of armed robbery of branches of agricultural development banks, the chief supporters of poor farmers, and armed robbery of gold stores. Probably the most famous example of this was the large operation carried out by several members of what is known as the Islamic Group. They closed off Al Jumhuriyya street in Tanta, in the Suhag province, where there are jewelry stores, robbed several stores, taking approximately 2 kilograms in gold.