UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

In re Terrorist Attacks on September 11, 2001        03 MDL 1570 (RCC)

-------------------------------------------------------------------x

This document relates to:

    *Thomas E. Burnett, Sr., et al. vs. Al Baraka*
    *Investment and Development Corp., et al.*
    **03 CV 9849 (RCC); 03 CV 5738 (RCC)**

    *Euro Brokers Inc., et al. vs. Al Baraka*
    *Investment and Development Corp., et al.*
    **04 CV 07279 (RCC)**

    *World Trade Center Properties, L.L.C., et al. vs.*
    *Al Baraka Investment and Development Corp., et al.*
    **04 CV 07280 (RCC)**


## NOTICE OF VOLUNTARY DISMISSAL

        Pursuant to F.R.C.P. 41, Plaintiffs in the above-referenced actions hereby voluntarily dismiss the following Defendant from *Burnett, et al. v. Al Baraka Investment & Development Corp., et al.*, No. 03-CV-5738 & No. 03-CV-9849; *Euro Brokers Inc., et al. vs. Al Baraka Investment and Development Corp., et al., No.* 04 CV 07279 (RCC); and *World Trade Center Properties, L.L.C., et al. vs. Al Baraka Investment and Development Corp., et al., No.* 04 CV 07280 (RCC):

Mohamed S. Omeish (D11)

Dated: June 10, 2005                          Respectfully submitted,
      New York, New York

/s/ _____
Ronald L. Motley, Esq. (SC Bar #4123)
Jodi Westbrook Flowers, Esq. (SC Bar #66300)
Donald A. Migliori, Esq. (RI Bar #4936)
Michael Elsner, Esq. (NY & VA Bar #ME-8337)
Ingrid L. Moll, Esq. (IM-3949)
Robert T. Haefele, Esq. (NJ-58293; PA-57937)
Justin B. Kaplan, Esq. (TN-022145)
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, South Carolina 29465
Telephone:  (843) 216-9000