**Saiontz, Stacey**

---

**From:** chris.d.brown.esq@att.net
**Sent:** Wednesday, May 04, 2005 2:32 PM
**To:** Saiontz, Stacey
**Subject:** Re: 9/11 Litigation, Dallah Al Baraka Group, LLC

Stacey:

Our responsive pleading in the Cantor Fitzgerald case is due on May 16, 2005. Will you agree to an extension of this time to June 3, 2005?

Christopher D. Brown, Esq.
Martin F. McMahon & Associates