**Saiontz, Stacey**

-----Original Message-----
**From:** Saiontz, Stacey
**Sent:** Tuesday, May 10, 2005 4:12 PM
**To:** 'chris.d.brown.esq@att.net'
**Cc:** Goodman, Jonathan
**Subject:** RE: 9/11 Litigation, Dallah Al Baraka Group, LLC

Chris,

We are amenable to granting Dallah Albaraka Group LLC an extension to June 3, 2005 if you will agree to set the due date for our clients' opposition brief as 75 days from June 3, 2005.   Please let me know.

Stacey Saiontz

>   -----Original Message-----
>   **From:** chris.d.brown.esq@att.net [mailto:chris.d.brown.esq@att.net]
>   **Sent:** Wednesday, May 04, 2005 2:32 PM
>   **To:** Saiontz, Stacey
>   **Subject:** Re: 9/11 Litigation, Dallah Al Baraka Group, LLC
>
>   Stacey:
>
>   Our responsive pleading in the Cantor Fitzgerald case is due on May 16, 2005. Will you agree to an extension of this time to June 3, 2005?
>
>   Christopher D. Brown, Esq.
>   Martin F. McMahon & Associates