**Saiontz, Stacey**

**From:** chris.d.brown.esq@att.net
**Sent:** Tuesday, May 24, 2005 4:24 PM
**To:** Saiontz, Stacey
**Subject:** Cantor Fitzgerald Dallah Group LLC Filing

Ms. Saiontz:

We originally asked for an extension until June 3, 2005 for filing a response on behalf of Dallah Group, LLC to the Cantor Fitzgeral litigation. However, it appears that we may need an additional month to respond to the complaint. We are will to stipulate that your opposition will be due 75 days from the date that we agree upon. Is this amenable to you?

Christopher D. Brown
Martin F. McMahon & Associates