UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In Re TERRORIST ATTACKS on SEPTEMBER 11, 2001 | 03 MDL 1570 (RCC) <br> ECF Case |

*This document relates to:*
Cantor Fitzgerald & Co. et al. v. Akida Bank Private Ltd., 04-CV-7065 (RCC)

## STIPULATION AND ORDER AMENDING THE BRIEFING SCHEDULE FOR THE MOTIONS TO DISMISS PERTAINING TO SALEH ABDULLAH KAMEL AND AL BARAKA INVESTMENT AND DEVELOPMENT CORPORATION

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for Plaintiffs and for Defendants, Saleh Abdullah Kamel and Al Baraka Investment and Development Corporation, (collectively "Defendants"), subject to the approval of the Court, as follows:

1. Defendants filed motions to dismiss against Plaintiffs in the above referenced matter on December 6, 2004, reflected in docket entries 30 and 31 respectively, and Plaintiffs' oppositions are due on or before February 6, 2005.

2. Plaintiffs in all cases consolidated with MDL 1570 have moved the Court to set a date for status conference to discuss the future structure of the litigation in light of the Court's January 18, 2005 order. That order, *inter alia*, dismissed claims made by the Ashton and Burnett plaintiffs against these defendants.

3. To avoid unnecessary briefing and motions practice and in the interests of judicial economy, Plaintiffs and Defendants agree to stay briefing on the instant motions to dismiss until after the aforementioned status conference is completed. At that time, Plaintiffs and Defendants

will file a separate stipulation and proposed order regarding a new briefing schedule.

Dated: Washington, D.C.                                  Respectfully submitted,

February 1, 2005

| MARTIN F. MCMAHON & ASSOCIATES | DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP |
|---|---|
| *[signature]* | *[signature]* |
| Martin F. McMahon | Kenneth L. Adams (*pro hac vice* pending) |
| 1150 Connecticut Ave., NW | Richard W. Fields |
| Suite 900 | Jonathan M. Goodman (JG 3031) |
| Phone: (202) 862-4343 | Stacey Saiontz |
| *Counsel for Defendants International Islamic Relief Organization, Saleh Abdullah Kamel, Al Baraka Investment and Development Corporation, Dallah Al Baraka Group, LLC and Muslim World League* | 1177 Avenue of the Americas |
| | 41st Floor |
| | New York, New York 10036-2714 |
| | Phone: (212) 835-1400 |
| | Fax:    (212) 997-9880 |
| | *Counsel for Plaintiffs The Port Authority of New York and New Jersey, Cantor Fitzgerald & Co., et al.* |

Dated: New York, New York                               **SO ORDERED:**
February  1, 2005


_____
Richard C. Casey
U.S.D.J.