USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-9-05

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------x
                                                        :
In Re Terrorist Attacks on September 11, 2001           :     03 MDL 1570 (RCC)
                                                        :     ECF Case
--------------------------------------------------------x
                                                        :
CONTINENTAL CASUALTY CO., et al.,                       :
                                                        :
                    Plaintiffs,                         :
    v.                                                  :
                                                        :     Case No. 04-CV-5970 (RCC)
AL QAEDA ISLAMIC ARMY, et al.,                          :     ECF Case
                                                        :
                    Defendants.                         :
--------------------------------------------------------x

## CONSENT MOTION AND STIPULATION AS TO FURTHER EXTENSION OF TIME

WHEREAS, on May 9, 2005, DMI Administrative Services S.A. ("DMI S.A.") served its Motion to Dismiss the above captioned action;

WHEREAS, on June 1, 2005 (Docket # 966), the Court signed the Stipulation and Order by and between DMI S.A. and plaintiffs providing that plaintiffs' time to oppose DMI S.A.'s Motion to Dismiss is extended until June 8, 2005;

WHEREAS, DMI S.A. and plaintiffs desire to extend the time for plaintiffs to oppose DMI S.A.'s Motion to Dismiss to and through June 29, 2005; and

WHEREAS, the parties having conferred hereby move the Court to adopt this Stipulation as to Further Extension of Time to Respond.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between counsel to the respective parties, that the time for plaintiffs to oppose DMI S.A.'s Motion to Dismiss shall be extended to and through June 29, 2005; and that DMI S.A. shall file reply papers within fifteen days of receipt of plaintiffs' opposing papers, if any.

IT IS FURTHER HEREBY STIPULATED AND AGREED that the parties hereto reserve all rights and defenses not specifically addressed hereby.

Dated: New York, New York
June 8, 2005

Respectfully submitted,

FERBER FROST CHAN & ESSNER LLP

By: _____
Robert M. Kaplan
530 Fifth Avenue, 23rd Floor
New York, N.Y. 10036

*Attorneys for Plaintiffs*

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: _____
James J. McGuire (JM 5390)
Timothy J. McCarthy (TM 2178)
30 Rockefeller Plaza, 24th Floor
New York, N.Y. 10112

*Attorneys for Defendant*
*DMI Administrative Services S.A.*

SO ORDERED:

June 9, 2005    _____
                              U.S.D.J.