USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-15-05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |
|---|---|

*This document relates to:*   *All Actions*

### STIPULATION AS TO TIME TO RESPOND TO DEFENDANT SAUDI AMERICAN BANK'S OPPOSITION TO PLAINTIFFS' MOTION FOR ENTRY OF FINAL JUDGMENT

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs in all actions consolidated under 03 MDL 1570, and Defendant Saudi American Bank, by and through their undersigned counsel, that the Plaintiffs' Reply to Saudi American Bank's Opposition to Plaintiffs' Motion for Entry of Final Judgment shall be served on or before June 20, 2005.

Respectfully submitted.

COZEN O'CONNOR

By: _____
Sean P. Carter
J. Scott Tarbutton
1900 Market Street
Philadelphia, PA 19103

*Attorneys for Plaintiffs*

SHEARMAN & STERLING LLP

By: _____
Henry Weisburg
Brian H. Polovoy
599 Lexington Avenue
New York, NY 10022-6069

*Attorneys for Defendant Saudi American Bank*

SO ORDERED:

_____
RICHARD CONWAY CASEY, U.S.D.J.

Dated: June 14, 2005