| UNITED STATES DISTRICT COURT |
| SOUTHERN DISTRICT OF NEW YORK |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Estate of John P. O'Neill, Sr., et al

Plaintiffs,

-V-

Al Baraka, et al

Defendants.

FILED
U.S. DISTRICT COURT
2005 JUN 15  A 8: 42
S.D. OF N.Y.

**CERTIFICATE OF MAILING**

MDL 1570
04CV1923 (RCC)

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**15th day of June, 2005**

I served the

**SUMMONS AND COMPLAINT**

filed and issued herein on the

**30th day of December, 2004**

by mailing by registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

# RB632 904 896        #_____        #_____

#_____        #_____        #_____

(Chinatown Station) that was issued at my request as aforementioned,

J. Michael McMahon
CLERK

Dated: New York, NY

## LAW OFFICES OF JERRY S. GOLDMAN & ASSOCIATES, P.C.

November 2, 2004
Page 2

for your assistance with this matter.

Very truly yours,

LAW OFFICES OF JERRY S. GOLDMAN &
ASSOCIATES, P.C.

J.S. GOLDMAN, ESQUIRE

| Registered No. RB632904896US | | Date Stamp |
|---|---|---|
| Reg. Fee 7.50 | | UNIT ID: 0004 |
| Handling Charge | Return Receipt 1.75 | Clerk: KYKZT8 |
| Postage 10.85 | Restricted Delivery | 06/15/05 |

Received by

Customer Must Declare Full Value $

☐ With Postal Insurance
☐ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse)

OFFICIAL USE

FROM: Jerry Goldman + Assoc
111 Broadway 13th Floor
New York NY 10006

TO: Yassin Abdullah al Qadi aka al Kadi
PO Box 214
Jeddah Saudi Arabia 21411

PS Form 3806, Receipt for Registered Mail     Copy 1 - Customer
May 2004 (7530-02-000-9051)                   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com

X:\Clients\ONeil, v. Saudi arabia\Correspondence\clerk service on syria and sudan