JUN. -09' 05(THU) 14:18                                     P. 002



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-20-05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

In re Terrorist Attacks on September 11, 2001      03 MD 1570 (RCC)
                                                   ECF Case

---------------------------------------------------------x

This document relates to: *Continental Casualty Co. et al. v. Al Qaeda Islamic Army*, 04-CV-5970 (RCC)

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that plaintiffs' time to file its opposition to the motion to dismiss the amended complaint by defendant Mar-Jac Poultry, Inc. is adjourned from June 13, 2005 until June 20, 2005 and the time of defendant Mar-Jac Poultry, Inc. to file its reply papers is adjourned from June 28, 2005 until July 5, 2005.

Dated:   June 9, 2005
           New York, New York

                             FERBER FROST CHAN & ESSNER, LLP

                             By: _____
                                 Robert M. Kaplan (RK 1428)
                                 530 Fifth Avenue, 23rd Floor
                                 New York, New York 10036-5101
                                 (212) 944-2200

                             Attorneys for Plaintiffs

62907

JUN. -09' 05 (THU) 14:18                                                                P. 003

GILLEN PARKER & WITHERS LLC

By: [signature]
Wilmer Parker (WP 1376)
(admitted *pro hac vice*)
One Securities Centre, Suite 1050
3490 Piedmont Road, NE
Atlanta, Georgia 30305
(404) 842-9700

Attorneys for Defendant
Mar-Jac Poultry, Inc.

SO ORDERED:

[signature]
U.S.D.J.

June 20, 2005

JUN-09-2005 15:19                                    95%                    P.03