MEMO ENDORSED

**ORIGINAL**

| UNITED STATES DISTRICT COURT | |
|---|---|
| SOUTHERN DISTRICT OF NEW YORK | |
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 ) | No. 03 MD 1570 (RCC) |
| ) | |
| ) | NOTICE OF |
| ) | MOTION FOR |
| ) | ADMISSION |
| ) | *PRO HAC VICE* OF |
| ) | TRACEY C. ALLEN |
| ) | |
| KATHLEEN ASHTON, et al., ) | No. 02-CV-6977 (RCC) |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| AL QAEDA ISLAMIC ARMY, et al., ) | MEMO ENDORSED |
| ) | |
| Defendants. ) | |
| ) | |
| FEDERAL INSURANCE CO., et al., ) | No. 03-CV--6978 (RCC) |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| AL QAIDA, et al., ) | |
| ) | |
| Defendants. ) | |

[Stamp: U.S. DISTRICT COURT FILED JUN 2 2 2005 S.D. OF N.Y.]

[Handwritten: Application granted 6/20/05] [Signature: Richard Conway]

MICROFILM -12:00 PM JUN 2 2 2005

## NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE* OF TRACEY C. ALLEN

Pursuant to Rule 1.3(c) of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, Defendant Prince Mohamed Al-Faisal Al-Saud

hereby moves for an Order allowing the admission of Tracey C. Allen, an attorney in the Washington D.C. office of Wilmer Cutler Pickering Hale and Dorr LLP, and a member in good standing of the Bar of the State of Georgia and the District of Columbia Bar, as attorney pro hac vice to argue or try this case in whole or in part as counsel.

This motion is based upon the attached affidavit of Tracey C. Allen and the Certificates of Good Standing annexed thereto. A proposed order is attached hereto.

Dated: June 14, 2005

Respectfully submitted,

By: *Tracey C. Allen*
Tracey C. Allen (TA 4353)
WILMER CUTLER PICKERING HALE AND DORR LLP
2445 M Street NW
Washington, D.C. 20037
Tel:   202-663-6856
Fax:   202-663-6363

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | ) | No. 03 MD 1570 (RCC) |
| | ) | |
| | ) | **AFFIDAVIT OF** |
| | ) | **IN SUPPORT OF** |
| | ) | **MOTION FOR** |
| | ) | **ADMISSION** |
| | ) | ***PRO HAC VICE*** |
| KATHLEEN ASHTON, et al., | ) | No. 02-CV-6977 (RCC) |
| Plaintiffs, | ) | |
| v. | ) | |
| AL QAEDA ISLAMIC ARMY, et al., | ) | |
| Defendants. | ) | |
| FEDERAL INSURANCE CO., et al., | ) | No. 03-CV--6978 (RCC) |
| Plaintiffs, | ) | |
| v. | ) | |
| AL QAIDA, et al., | ) | |
| Defendants. | ) | |

Tracey C. Allen, being duly sworn, deposes and says as follows:

1. I am an attorney with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP. I work in that firm's Washington, District of Columbia office, located at 2445 M Street, Northwest, Washington, D.C. 20037.

2. I make this affidavit in support of the motion for my admission to practice pro hac vice in the above-captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of Georgia and the District of Columbia Bar.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

*Tracey C. Allen*
Tracey C. Allen

Sworn to before me this 13th day of June 2005

*Marlaine D. Williams*
Notary Public

MARLAINE D. WILLIAMS
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2009

 

# STATE BAR OF GEORGIA

*Supporting Lawyers' Service to the Public and the Justice System*

Ms. Tracey Cote Allen
Wilmer Cutler Pickering Hale Dorr LLP
2445 M Street, N.W.
Washington, DC  20037

**CURRENT STATUS:**     Inactive Member

**DATE OF ADMISSION TO PRACTICE:**     11/20/2000

**Attorney Bar Number: 112998**

Today's Date:     June 8, 2005

Listed below are the disciplinary actions, if any, which have been taken against this member:

| Supreme Court Docket # | State Disciplinary Board Docket # | Disposition |
|---|---|---|
| NA | NA | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:

-Must be certified by the Office of Bar Admissions, either by exam, or on motion (**Reciprocity**)
-Sworn in to the Superior Court in Georgia
-Enrolled with the State Bar of Georgia which **is an arm of the Supreme Court of Georgia**

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member. It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court. With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints. Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subjects of such confidential complaints.

This member is currently in "good standing" as termed and defined by State Bar Rule 1-204. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

This document hereby certifies that the above-mentioned individual is a registered member of the State Bar of Georgia and is currently in good standing.

**STATE BAR OF GEORGIA**

*Toni Peterson*
Toni Peterson
Official Representative of State Bar of Georgia

HEADQUARTERS
104 Marietta Street NW, Suite 100
Atlanta, Georgia 30303
(404) 527-8700 ■ (800) 334-6865
FAX (404) 527-8717
www.gabar.org

SOUTH GEORGIA
244 E. Second Street (Zip 31794)
P.O. Box 1390
Tifton, Georgia 31793-1390
(229) 387-0446 ■ (800) 330-0446
FAX (229) 382-7435



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

TRACEY COTE ALLEN

was on the 1ST day of MARCH, 2004 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 13, 2005.

GARLAND PINKSTON, JR., CLERK

By: _____
    Deputy Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | No. 03 MD 1570 (RCC) <br><br> **ORDER ADMITTING ATTORNEY *PRO HAC VICE*** |
| KATHLEEN ASHTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AL QAEDA ISLAMIC ARMY, et al., <br><br> Defendants. | No. 02-CV-6977 (RCC) |
| FEDERAL INSURANCE CO., et al., <br><br> Plaintiffs, <br><br> v. <br><br> AL QAIDA, et al., <br><br> Defendants. | No. 03-CV--6978 (RCC) |

## ORDER ADMITTING ATTORNEY *PRO HAC VICE*

The Court, having duly considered the motion for admission pro hac vice of Tracey C. Allen and the Affidavit of Tracey C. Allen in support thereof, hereby orders that the motion is

GRANTED. The admitted attorney, Tracey C. Allen, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

Dated: June 10, 2005

_____
United States District Judge

## Certificate of Service

The undersigned hereby certifies that a true and correct copy of the foregoing Motion for Pro Hac Vice Admission was served this 14th day of June 2005, by electronic mail, on all counsel of record.

_____
Tracey C. Allen