UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) |

*This document relates to:*

*Ashton v. Al Qaeda Islamic Army*, 02 CV 6977
*Burnett v. Al Baraka Investment & Development Corp.*, 03 CV 5738
*Cantor Fitzgerald & Co. v. Akida Bank Private Ltd.*, 04 CV 7065
*Continental Casualty Co. v. Al Qaeda Islamic Army*, 04 CV 5970
*Euro Brokers, Inc. v. Al Baraka Investment & Development Corp.*, 04 CV 7279
*Federal Insurance Co. v. Al Baraka Investment & Development Corp.*, 03 CV 6978
*New York Marine & General Insurance Co. v. Al Qaeda*, 04 CV 6105
*O'Neill v. Al Baraka Investment and Development Corp.*, 04 CV 1923
*World Trade Center Properties, LLC v. Al Baraka Investment*, 04 CV 7280

### AFFIRMATION OF VINCENT IAN PARRETT IN OPPOSITION TO FAISAL ISLAMIC BANK SUDAN'S MOTION TO DISMISS

Vincent Ian Parrett, Esq., an attorney admitted to practice before this Court, affirms the following under penalty of perjury:

1. I am an associate of the law firm Kreindler & Kreindler LLP. I am an attorney admitted to practice in New York and in this Court. I submit this affirmation to transmit to the Court the following documents submitted in opposition to the motion to dismiss filed by defendant Faisal Islamic Bank Sudan:

2. Exhibit 1 is a true and correct copy of the First Affidavit of John Fawcett in support of Plaintiffs' Opposition to Faisal Islamic Bank Sudan's Motion to Dismiss, with the following documents attached thereto:

    A. Attached Document # 1 to Exhibit 1 is a true and correct copy of United States Department of State webpages entitled, "State Sponsors of Terror."

B.   Attached Document # 2 to Exhibit 1 is a true and correct copy of a United States Department of Treasury publication entitled, "An Overview of the Sudanese Sanctions Regulations."

C.   Attached Document # 3 to Exhibit 1 is a true and correct copy of two United States Department of State publications entitled, "Patters of Global Terrorism, 2000" and "Patterns of Global Terrorism, 2001."

D.   Attached Document # 4 to Exhibit 1 is a true and correct copy of the Sudanese Government publication entitled, "Sudanow." (December 1985).

E.   Attached Document # 5 to Exhibit 1 is a true and correct copy of a United States Department of State document entitled, "Fact Sheet On Bin Laden." (August 14, 1996).

F.   Attached Document # 6 to Exhibit 1 is a true and correct copy of the website of "Zawya," accessed on June 23, 2005, listing shareholders, officers and directors of Al Shamal Islamic Bank.

G.   Attached Document # 7 to Exhibit 1 is a true and correct copy of two publications of the United States Department of Treasury, Office of Foreign Asset Controls, entitled "Recent OFAC Actions" (November 19, 2002), and "Press Release of December 21, 2004."

H.   Attached Document # 8 to Exhibit 1 is a true and correct copy of the Swiss publication "Le Temps." (November 20, 2002).

I.   Attached Document # 9 to Exhibit 1 is a true and correct copy of a

publication of the United States Department of Treasury, Office of Foreign Asset Controls, entitled "Recent OFAC Actions" (November 07, 2001).

   J. Attached Document # 10 to Exhibit 1 is a true and correct copy of a Directory of Islamic Financial Institutions.

   K. Attached Document # 11 to Exhibit 1 is a true and correct copy of the Journal of the Muslim World League. (July–August 1988).

   L. Attached Document # 12 to Exhibit 1 is a true and correct copy of a publication of the United States Department of Treasury, Office of Foreign Asset Controls, entitled "Recent OFAC Actions" (October 12, 2001).

   3. Exhibit 2 is a true and correct copy of the Second Affidavit of John Fawcett in support of Plaintiffs' Opposition to Faisal Islamic Bank Sudan's Motion to Dismiss, with the following documents attached thereto:

   A. Attached Document # 1 to Exhibit 1 is a true and correct copy of text from The Bankers' Almanac. (July 1993).

   B. Attached Document # 2 to Exhibit 1 is a true and correct copy of text from The Bankers' Almanac. (January 2003).

   C. Attached Document # 3 to Exhibit 1 is a true and correct copy of webpages of The Bank of New York, accessed on June 23, 2005.

   D. Attached Document # 4 to Exhibit 1 is a true and correct copy of the webpages of Wells Fargo Bank, accessed on June 23, 2005.

Affirmed in New York, New York on June 24, 2005.

                                                Vincent Ian Parrett