**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) |
|---|---|

*This document relates to:*

*Ashton v. Al Qaeda Islamic Army*, 02 CV 6977
*Burnett v. Al Baraka Investment & Development Corp.*, 03 CV 5738
*Cantor Fitzgerald & Co. v. Akida Bank Private Ltd.*, 04 CV 7065
*Continental Casualty Co. v. Al Qaeda Islamic Army*, 04 CV 5970
*Euro Brokers, Inc. v. Al Baraka Investment & Development Corp.*, 04 CV 7279
*Federal Insurance Co. v. Al Baraka Investment & Development Corp.*, 03 CV 6978
*New York Marine & General Insurance Co. v. Al Qaeda*, 04 CV 6105
*O'Neill v. Al Baraka Investment and Development Corp.*, 04 CV 1923
*World Trade Center Properties, LLC v. Al Baraka Investment*, 04 CV 7280

**SECOND AFFIDAVIT OF JOHN FAWCETT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO FAISAL ISLAMIC BANK SUDAN'S MOTION TO DISMISS**

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

JOHN FAWCETT, being duly sworn, deposes and says:

1. For over two years, I have been working under contract for Kreindler & Kreindler LLP as an investigator in the case *Kathleen Ashton v. al Qaeda Islamic Army et al.*

2. As part of my duties, I have been asked to investigate contacts between Faisal Islamic Bank Sudan and the United States.

3. In the course of my investigation I have learned that in 1993, at the time that Sudan was hosting Usama Bin Laden and al Qaeda, the Faisal Islamic Bank Sudan held

correspondent banking relationships in three United States banks: Bank of New York, Barclay's Bank, and Wells Fargo Bank. *See Attached Document # 1.*

4. As of January 2003, Faisal Islamic Bank Sudan held and maintained a correspondent account, # 803-3331-933, at the Bank of New York. Faisal Islamic Bank Sudan also held another 21 U.S. dollar accounts world-wide. *See Attached Document # 2.*

5. A correspondent account is held by bank, broker, dealer, or financial institution that acts on behalf of another financial institution with limited or restricted access to the financial markets where a transaction must occur.

6. The services provided by a correspondent bank include, *inter alia*, operating U.S. Dollar clearing accounts, operating foreign currency or Nostro accounts, issuing letters of credit, operating as a transfer agent, and acting as a custodian for investments and other records.

7. The correspondent banking services offered by the Bank of New York include global cash management, investment banking, foreign currency exchange and multi-currency hedging, liquidity via short-term investment, and global trading with letters of credit and internet payment. *See Attached Document # 3.*

8. The correspondent banking services offered by Wells Fargo Bank include; Treasury Management, Investment Management, Fed Funds Sales, Foreign Exchange, Risk Management, and Shareowner Services. *See Attached Document # 4.*

Dated: New York, New York
      June 24, 2005

Respectfully submitted,


John Fawcett

Sworn to before me this
24th day of June, 2005


Notary Public

LISHA G. LaPLANTE
Notary Public, State of New York
No. 41-4858847
Qualified in Queens County
Commission Expires May 12, 20 06

# DOCUMENT #1



# THE BANKERS' ALMANAC

JULY 1993

148th YEAR OF PUBLICATION

VOLUME 2

A DIRECTORY OF SOME 4,000 MAJOR INTERNATIONAL BANKS AND THEIR 165,000 BRANCHES WORLDWIDE

REED INFORMATION SERVICES

Published by
REED INFORMATION SERVICES LTD.
Windsor Court, East Grinstead House,
East Grinstead, West Sussex
RH19 1XA, England
Tel: (0342) 326972 Fax: (0342) 335612
Telex: 95127 INFSER G

A Division of Reed Telepublishing Ltd.
A member of the Reed Elsevier group

© Copyright Reed Information Services Ltd, 1993

All rights reserved. No part of this publication may be reproduced in any form or by any means graphic, electronic or mechanical; including photocopying, recording, taping or information storage and retrieval systems, without the written permission of the publisher. The publication – in whole or in part – may not be used to prepare or compile other directories or mailing lists, without written permission from the publisher. Measures have been adopted during preparation of this publication which will assist the publishers to protect their copyright. Any unauthorised use of this data will result in immediate legal proceedings.

ISBN 0 611 00814 9

JBM 93-1321

Computer Typesetting by Computaprint Ltd, London
Printed in England by William Clowes Ltd, Beccles and London

**Faisal Islamic Bank of Egypt** — *continued*

Banco Ambrosiano Veneto; Credito Italiano. **New York:** American Express Bank; Arab African International Bank; Bank of New York; Bankers Trust; Chemical Bank; Citibank; UBAF Arab American Bank. **Oslo:** Den norkse Bank. **Paris:** Banque Misr; Crédit Lyonnais; Union de Banques Arabes et Françaises. **Rome:** Banca di Roma; UBAE Arab Italian Bank. **São Paulo:** Banco do Brasil. **Seoul:** Union de Banques Arabes et Françaises. **Singapore:** UBAF Bank. **Stockholm:** Gota Bank; Nordbanken; Skandinaviska Enskilda Banken. **Tokyo:** Bank of Tokyo; Union de Banques Arabes et Françaises. **Vienna:** Z-Länderbank Bank Austria. **Zürich:** Banque de Commerce et de Placements; Credit Suisse; Swiss Bank Corp.; Union Bank of Switzerland.

**BALANCE SHEET:**

| Liabilities: July 1 | 1992 U.S.$ | Assets: July 1 | 1992 U.S.$ |
|---|---|---|---|
| Capital | 100,000,000 | Cash & Banks | 407,870,000 |
| Reserves | 31,888,000 | Investments | 1,343,794,000 |
| Deposits | 1,505,470,000 | Premises | 16,635,000 |
| Other Liabilities | 231,951,000 | Other Assets | 101,010,000 |
| Total | 1,869,309,000 | Total | 1,869,309,000 |

**Dividends:** 1987, 14.18 p.c.p.a.; 1988, 12.55; 1989, 12.86; 1990, 12.69; 1991, 8.14. **Shares:** U.S.$100. **Auditors:** Hafez Mostafa Ragheb & Tawfik Abou Alaam. **Branches:** 13. **Representative Offices:** 1.

**Subsidiary Companies:** Islamic Co for Animal Wealth; Islamic Co for Electric Refrigerators; Islamic Foreign Trade Co.; International Company for Import & Export; Islamic Co for Acrylic Products; Islamic Co for Pharmaceuticals, Chemicals & Medical Requisites; Damazeen Co for Agricultural and Live Stock Production; Electronic Industries Co.; Cairo Medical Centre; Misr International Hospital; Islamic Co for Investment and Development; Islamic Development Co; Al-Salam Investment Co.; Ismailia National Co for Food Stuff Industries; Islamic Co for Engineering Industries; Islamic Co for Industrial Detergents; Islamic Co for P.V.C. Floor Tiles; Sporting Shoes Company; Faisal Islamic Bank of Sudan; Dar-Al-Maal-Al-Islami; Sudanese Islamic Bank; Islamic Bank of West Sudan; Faisal Finance Institution; Arab Company for Purification Works; Pan-Islamic Consulting Group; Islamic Company for Education Projects.

## Faisal Islamic Bank (Sudan)

P.O. Box 10143, Khartoum, Sudan

TELEPHONE: 81848. TELEX: 22519; 22164 *FIBS SD*; 22163 *FIBS*.
TELEGRAMS: "Bankislami-KTM". BIC: FISB SD KH.
World Rank [2893] Country Rank [4]
**History:** Established August 1977.
**Ownership:** Sudanese Nationals, 40 p.c.; Other Islamic Countries, 60 p.c.
**Chairman:** H.R.H. Prince Mohammed El Faisal Al Saud. **General Manager:** Al Bagkir Yousif Mudawi.

**CORRESPONDENTS: Abu Dhabi:** Arab Bank for Investment & Foreign Trade; Cairo Bank. **Dubai:** Dubai Islamic Bank. **Frankfurt:** Commerzbank; Deutsche Bank. **Jeddah:** Bank Al-Jazira; National Commercial Bank; Saudi American Bank; Saudi Cairo Bank. **London:** Albaraka International Bank; Barclays Bank; National Bank of Pakistan; UBAF Bank. **New York:** Bank of New York; Barclays Bank; Wells Fargo Bank. **Riyad:** Al Rajhi Banking & Investment Corp.; Riyad Bank.
**Branches:** 19.
**Wholly-owned Subsidiaries:** The Islamic Trading and Services Co.; The Real Estate Development Co.; The Islamic Insurance Co.

## Falck & Cie

Schwanenplatz 2, CH-6002 Luzern, Switzerland

TELEPHONE: (4141) 511751. TELEX: 868168. TELEGRAMS: "FALCKCO". FAX: (4141) 516529.
BIC: FALC CH 22.
*Private Bank.*
**History:** Established 1875.
**General Partners:** Peter Falck; Louis H. Falck,lic.,jur; Josef Roos. **Managers:** Beat Fischer; Rolf Hüsler; Otto Stettler.

**CORRESPONDENTS: Amsterdam:** ABN AMRO Bank. **Brussels:** Bank Brussels Lambert. **Frankfurt:** Deutsche Bank; Georg Hauck & Sohn Bankiers. **London:** Midland Bank; Swiss Bank Corp. **Milan:** Credito Italiano. **New York:** Citibank. **Paris:** Crédit Lyonnais.
**Branches:** Nil.

# DOCUMENT #2

THE BANKERS' ALMANAC CD-ROM

essential:

essential (i'senʃəl) adj 1 vitally important; absolutely necessary. 2 fundamental: an essential asset. 3 absolute; perfect. 4 something indispensable; cannot live without. 5 a primary source; essential verified facts.

When you subscribe to The Bankers' Almanac CD-ROM you have peace of mind knowing you get access to a reliable and comprehensive banking database.

Backed by 157 years of experience this essential tool is available either quarterly, bi-annually or annually and contains information on over 4,000 international banks and 278,000 bank branches in 200 countries.

Although we offer access to substantial quantities of information we do not compromise on quality, so you can be assured that you are receiving the most up to date and accurate information available.

FREE 14-DAY TRIAL

Take advantage of our free 14-day trial to sample the CD-ROM for yourself, just call +44 (0) 1342 335612 today.

THE BANKERS' ALMANAC ONLINE • OFFLINE • ON PAPER

# THE BANKERS' ALMANAC

## JANUARY 2003

### INTERNATIONAL BANKS M-Z

158th YEAR OF PUBLICATION

VOLUME 3

A DIRECTORY OF SOME 4,000 MAJOR INTERNATIONAL BANKS AND THEIR 288,500 BRANCHES WORLDWIDE ALSO INCLUDING SOME 19,500 OTHER AUTHORISED BANKS

Reed Business Information

Published by
REED BUSINESS INFORMATION
Windsor Court, East Grinstead House,
East Grinstead, West Sussex
RH19 1XA, England
Tel: +44 (0)1342 326972 Fax: +44 (0)1342 335612
Telex: 95127 INFSER G
Internet: http://www.reedbusiness.com
http://www.bankersalmanac.com

© and Database right Reed Business Information Ltd, 2003

All rights reserved. No part of this publication may be reproduced in any material form by any means whether graphic, electronic, mechanical, or other means including photocopying, or information storage and retrieval systems, without the written permission of the publisher, and where necessary any relevant other copyright owner. This publication – in whole or in part – may not be used to prepare or compile other directories or mailing lists, without written permission from the publisher. The use of cuttings taken from this directory in connection with the solicitation of insertions or advertisements in other publications is expressly prohibited. Measures have been adopted during preparation of this publication which will assist the publisher to protect its copyright. Any unauthorised use of this data will result in immediate legal proceedings.

**PRINCIPAL DOMESTIC BRANCHES:**
**Alexandria:** 7 Victor Bassily St, El Azareta, 21131 Alexandria. *Tel:* +20 3 4875490, 3 4838818, 3 4856341. *Fax:* +20 3 4861853. *SWIFT/BIC:* FIEG EG CX ALX.
**Damanhûr:** Sheikh Mohamed Abd El-Karim St, Beheira, 22111 Damanhûr. *Tel:* +20 45 311868, 45 316099. *Fax:* +20 45 314000. *SWIFT/BIC:* FIEG EG CX DMN.
**Tanta:** Awkaf Bldg, Kafr-Essam St & Aziz Fahmy St, Gharbeya, 31111 Tanta. *Tel:* +20 40 3347453, 40 3334194, 40 3334953. *Fax:* +20 40 3385000. *SWIFT/BIC:* FIEG EG CX TAN.
**REPRESENTATIVE OFFICES:**
Saudi Arabia: *Jeddah:* PO Box 12007, Jeddah 21473. *Tel:* +966 2 6448413.

**BALANCE SHEET:** ( Later figures not supplied )

| Liabilities: Dec.31 | 2000 £E | Assets: Dec.31 | 2000 £E |
|---|---|---|---|
| Capital | 263,697,648 | Cash & Banks | 912,020,322 |
| Reserves | 80,557,634 | Investments | 327,737,969 |
| Deposits, &c | 8,301,036,284 | Loans, &c | 7,542,287,248 |
| Other Liabilities | 481,901,532 | Fixed Assets | 230,175,271 |
| Total | 9,127,193,098 | Other Assets | 114,972,287 |
| | | Total | 9,127,193,098 |

**Total Assets at Dec.31 2000:** U.S.$. 2,346,322,133 (at ex.rate 3.8900)

**PROFIT & LOSS STATEMENT:**

| Dec.31 | *2000 £E |
|---|---|
| Net Profit/(Loss) | 32,231,413 |

**PERFORMANCE RATIOS:**

| | 2000 |
|---|---|
| Net Profit/Equity Capital | 9.36% |
| Net Profit/Total Assets | 0.35% |
| Equity Capital/Total Assets | 3.77% |

* This profit is for the period April 6, 2000 to December 31, 2000 and this is reflected in the Performance Ratios.

**Shares:** US$100. **Branches:** Egypt 14. **Representative Offices:** 1. **No. of Employees:** 1,333.
**Subsidiaries:** Al Alamia Import and Export Company, 50.93%; Animal Production Islamic Co, 64.26%; Giza Agricultural Industries & Land Reclamation Company SAE 'Gamation', 51.67%; Islamic Company for Feeding Industries (FEEDICO), 78.45%; Islamic Company for Packing Materials and Printing (ICOPACK), 51.47%; Islamic Foreign Trade Co, 78.8%; Ismailia National Co for Food Industries (FOODICO), 69.24%.
**Associated Companies:** Arab Company for Disinfection Activities (Aradis), 41.8%; Egypt Co for Packing Materials (EGR), 34.94%; Faisal Bank Exchange Company, 25%; Giza Paint & Chemical Industries, 48.57%; Horizon for Investment and Industrial Development, 33.33%; Islamic Co for Production of Flooring Materials, 20.2%; Islamic Detergent Company, 40.67%; Islamic Investment and Development Company, Cairo, 41.76%; Istishara Consulting Trust, Nassau, 26.39%; Misr International Hospital, 30.98%; Modern National Co For Wood Industry, 44.44%.
**Affiliated Companies:** Al-Ahly for Information System, 10%; Al-Salam for Investments (Al-Aman Hotel), 6.09%; Cairo Medical Centre, 7.34%; Damazin Agriculture and Animal Production Company, 11.45%; Educational Project Company, 9.2%; International for Hire Purchase (INCOLEASE), 12.07%; Islamic Development Co Ltd, Khartoum, 6.13%; Islamic Trading Company E C, Manama, 8%; Mansoura Medical Center, 10.42%; The Tabah for Development and Real Estate Investment, 11%.

## Faisal Islamic Bank (Sudan)

**Head Office:** PO Box 10143, Khartoum, Sudan **TEL:** +249 11 777920, 11 781848, 11 781853, 11 781927, 11 781857. **FAX:** +249 11 780193. **TLX:** 22519 fibs sd, 22164 fibs sd. **TGMS:** bankislami-ktm.
**E-MAIL:** Gaafarom@Sudanmail.net. **SWIFT/BIC:** FISB SD KH. **BANK CODE:** FIBS.
**Forex:** Tlx: 95127 infser g, 22704 fibs sd
World Rank [2,853] Country Rank [3]
*Private Stock Bank. Commercial Banking.*
*Regulator: Bank of Sudan.*
**History:** Established August 1977.
**Ownership:** Sudanese Nation, 42.29%; Other Islamic Countries, 57.71%.
**Chairman:** H R H Prince Mohammed El Faisal Al Saud. **General Manager:** Dr Yaseen Al Hag A'abdin.
**CORRESPONDENTS: Abu Dhabi:** †Arab Bank for Investment and Foreign Trade; Banque du Caire SAE. **Amman:** Arab Bank plc. **Beirut:** Beirut Riyad Bank SAL. **Cairo:** Faisal Islamic Bank of Egypt SAE. **Doha:** Qatar Islamic Bank SAQ. **Dubai City:** Dubai Islamic Bank PLC. **Geneva:** Faisal Finance (Switzerland) SA. **Jeddah:** The National Commercial Bank. **London:** American Express Bank Ltd; Barclays Bank PLC; British Arab Commercial Bank Ltd. **Lugano:** BSI SA. **Manama:** Arab Banking Corporation (BSC); †The Arab Investment Company SAA; Shamil Bank of Bahrain EC. **New York:** The Bank of New York. ...

*Acct No:* 173549. BSI SA, Lugano. *Acct No:* A327500D. Faisal Islamic Bank of Egypt SAE, Cairo. *Acct No:* 115600. Shamil Bank of Bahrain EC, Manama. *Acct No:* 4100239004.
**EUR:** Arab Bank for Investment and Foreign Trade, Abu Dhabi. *Acct No:* 323-06-122017. The Arab Investment Company SAA, Manama. *Acct No:* 120373.
**GBP:** American Express Bank Ltd, London. *Acct No:* 113786. Arab Banking Corporation (BSC), Manama. *Acct No:* 226310035. The Arab Investment Company SAA, Manama. *Acct No:* 173537. Barclays Bank PLC, London. *Acct No:* 99674907. British Arab Commercial Bank Ltd, London. *Acct No:* 104720. Faisal Finance (Switzerland) SA, Geneva. *Acct No:* 10059826. Faisal Islamic Bank of Egypt SAE, Cairo. *Acct No:* 115600. Shamil Bank of Bahrain EC, Manama. *Acct No:* 4100239005.
**KWD:** Kuwait Finance House KSC, Safat. *Acct No:* 122000038.
**SAR:** Al Rajhi Banking and Investment Corp, Riyadh. *Acct No:* 20067252150001. Arab Bank for Investment and Foreign Trade, Abu Dhabi. *Acct No:* 323-03-122017. Arab Banking Corporation (BSC), Manama. *Acct No:* 226310034. The Arab Investment Company SAA, Manama. *Acct No:* 173536. Faisal Islamic Bank of Egypt SAE, Cairo. *Acct No:* 115600. The National Commercial Bank, Jeddah. *Acct No:* 55515006000100. Riyad Bank, Riyadh. *Acct No:* 30608. Saba Islamic Bank, Sana'a. *Acct No:* 114105. Saudi American Bank, Riyadh. *Acct No:* 3743314. Also still trading under United Saudi Bank - Acct SAR - 585-470094-01-5. Shamil Bank of Bahrain EC, Manama. *Acct No:* 1094100239002.
**USD:** Al Rajhi Banking and Investment Corp, Riyadh. *Acct No:* 20067252150002. American Express Bank Ltd, London. *Acct No:* 113778. Arab Bank plc, Amman. *Acct No:* 1188992940/910. Arab Bank for Investment and Foreign Trade, Abu Dhabi. *Acct No:* 122017. Arab Banking Corporation (BSC), Manama. *Acct No:* 0001226310031. The Arab Investment Company SAA, Manama. *Acct No:* 173068. The Bank of New York, New York. *Acct No:* 803-3331-933. Bank Saderat Iran, Tehran. *Acct No:* 14015260. Banque du Caire SAE, Abu Dhabi. *Acct No:* 111143670. Barclays Bank PLC, London. *Acct No:* 83608200. Beirut Riyad Bank SAL, Beirut. *Acct No:* 110153110041170000. British Arab Commercial Bank Ltd, London. *Acct No:* 105066. BSI SA, Lugano. *Acct No:* A327500A. Dubai Islamic Bank PLC, Dubai City. *Acct No:* 015200400602. Faisal Finance (Switzerland) SA, Geneva. *Acct No:* 10059640. Faisal Islamic Bank of Egypt SAE, Cairo. *Acct No:* 115600. Kuwait Finance House KSC, Safat. *Acct No:* 1122002014. Qatar Islamic Bank SAQ, Doha. *Acct No:* 202541. Saba Islamic Bank, Sana'a. *Acct No:* 114105. Saudi American Bank, Riyadh. *Acct No:* 3771075. Also still trading under United Saudi Bank - Acct USD - 585-470094-01-1. Shamil Bank of Bahrain EC, Manama. *Acct No:* 1094100239001. Yemen Bank for Reconstruction and Development, Sana'a. *Acct No:* 0010665784.

**BALANCE SHEET:** ( Later figures not supplied )

| Liabilities: Dec.31 | 2000 Dinar | 1999 Dinar | Assets: Dec.31 | 2000 Dinar | 1999 Dinar |
|---|---|---|---|---|---|
| Capital | 975,000,900 | 174,087,000 | Cash & Banks | 7,576,981,000 | 5,584,484,000 |
| Reserves | 227,361,000 | 919,941,000 | Investments | 2,425,061,000 | 1,788,435,000 |
| Deposits, &c | 11,596,377,000 | 8,477,411,000 | Loans, &c | 1,483,869,000 | 1,032,250,000 |
| Other Liabilities | 151,124,000 | 149,754,000 | Fixed Assets | 1,052,482,000 | 1,271,813,[illegible] |
| Profit Balance | 3,088,000 | 93,222,000 | Other Assets | 414,557,000 | 137,433,[illegible] |
| Total | 12,952,950,000 | 9,814,415,000 | Total | 12,952,950,000 | 9,814,415,[illegible] |

**Total Assets at Dec.31 2000:** U.S.$. 50,069,388 (at ex.rate 258.7000)

**PROFIT & LOSS STATEMENT:**

| Dec.31 | 2000 Dinar | 1999 Dinar |
|---|---|---|
| Net Interest Inc. | 2,560,000 | 114,482,000 |
| Net Profit/(Loss) | 2,560,000 | 114,482,000 |

**PERFORMANCE RATIOS:**

| | 2000 | 1999 |
|---|---|---|
| Net Profit/Equity Capital | 0.21% | 9.6[illegible] |
| Net Profit/Total Assets | 0.02% | 1.1[illegible] |
| Equity Capital/Total Assets | 9.31% | 12.[illegible] |

**Meetings:** June. **Branches:** 33. **No. of Employees:** 973.
**Wholly-owned Subsidiaries:** The Islamic Trading and Services Co, Khartoum.

## FAMBL

*See* First Atlantic Merchant Bank Ltd

## Family Finans Kurumu AS
### (Faisal Finance House Inc)

**Head Office:** Kemeraltı Cad No 46, 80030 Tophane, Istanbul, Turkey **TEL:** +90 212 2455147, 212 2440020, Head Office Branch 212 2516520 (20 hat). **FAX:** +90 212 2440023, 212 2455633, Head Office Branch 212 2455632. **TLX:** 25694 ffk tr, 25729 ffks tr. **E-MAIL:** bfdicle@faisalfinans.com, outkan@faisalfinans.com. **SWIFT/BIC:** FFIN TR IS. **BANK CODE:** 204.
**WEBSITE:** http://www.faisalfinans.com

# DOCUMENT #3



# Treasury Management

Whether your business conducts operations domestically or internationally, optimizing cash flow, ensuring adequate liquidity and managing risk are essential components in your success.

The Bank of New York's Treasury Management Services division can help you with these essential functions as well as many others. As an industry leader with resources around the world, we facilitate global payments through an international network of branches, representative offices and correspondent banks.

A premier foreign exchange provider, we are a market maker in over 100 currencies, offering a comprehensive array of innovative products and consultative services to investor, corporate and correspondent bank clients. Our derivatives offerings include a full range of currency, equity and interest rate products, while our London-based currency management specialist, BNY Overlay Associates, provides investment advisory services to institutional investors.

Through BNY Capital Markets, Inc., we offer a comprehensive array of capital markets products and services to a wide range of clients throughout the corporate and municipal sectors.

## Global Payment Services »

We offer clients the range of offerings they need to optimize their cash flow, manage liquidity and make payments around the world in more than 90 different currencies.

- Send message
- View contacts

## Capital Markets »

BNY Capital Markets, Inc., a wholly owned, non-bank subsidiary of The Bank of New York Company, Inc., provides creative, customized investment banking solutions ranging from raising capital and trading to lending and investing.

- Send message
- View contacts

## Global Markets »

We offer investor, corporate and correspondent bank clients a broad range of value-added global risk management solutions including basic foreign exchange (FX), customized multi-currency hedging and yield-enhancing strategies, as well as a complete array of currency, equity and interest rate derivatives products.

- Send message
- View contacts

## Global Trade Services »

We structure creative, customized solutions to facilitate trade payments and manage risk for importers, exporters and financial institutions.

- Send message
- View contacts

## Liquidity Services »

We offer both active and indexed investment options to help meet your short-term cash management objectives and liquidity needs.

- Send message
- View contacts



The BANK of NEW YORK.

# Global Payment Services

The Bank of New York offers a unique combination of leading-edge technology, innovative products and industry expertise to help our clients optimize cash flow, manage liquidity and make payments around the world in more than 90 different currencies.

**Leadership in the cash management business**
In order to facilitate your business in markets around the world, The Bank of New York maintains a global network of branches, representative offices and correspondent banks to provide comprehensive international payment services including cash management, funds transfer and liquidity management. Significant investment in technology, coupled with a commitment to innovation, enables us to provide you with the sophisticated solutions that your business demands.

**A comprehensive range of product offerings**
Whether your business is a large corporation, a financial institution or a small- to mid-sized company, we offer a full range of cash management products to meet your specific needs. Our concentration and collection services increase your ability to efficiently collect payments, and can also automatically update your accounts receivable systems. Our line of disbursement services gives you maximum control over payments and features the latest developments in fraud prevention. Our funds transfer, multi-currency clearing and payment services help you optimize cash flow and make global payments efficiently.

Click here for a demonstration of CA$H-Register Plus, our browser-based cash management delivery system.



# Capital Markets

When you turn to the capital markets to facilitate your business objectives, you need a partner who will deliver personalized solutions to help you meet your goals. BNY Capital Markets, Inc., a wholly owned subsidiary of The Bank of New York Company, Inc., provides a broad range of investment banking services with an emphasis on building long-term client relationships.

Through BNY Capital Markets, Inc., we offer a comprehensive array of industry-leading investment banking services to help our clients succeed in a fast-moving economy. From capital raising and trading to lending and investing, clients can choose from a wide range of innovative products and services for practical, creative and flexible solutions that are tailored to their strategy.

**Client-focused relationships**
Strong client relationships lie at the heart of our business. We develop long-term collaborative relationships with our clients, enabling us to truly understand and anticipate their capital markets needs. From local municipalities to multi-national corporations, our clients receive focused support from BNY Capital Markets' senior managers who take a hands-on approach to delivering personalized solutions to meet each client's unique needs.

BNY Capital Markets' investment banking professionals have broad industry experience and can help you take maximum advantage of business opportunities. Their extensive relationships with investors

around the globe bring efficiencies to the process. With BNY Capital Markets' creative "boutique" approach, small-size companies have access to resources and services that are often unavailable to clients of their size.

**Recognized leadership**

BNY Capital Markets is an acknowledged leader in many industries, including financial services, media, retail, real estate and energy. They are also a leading debt structuring and trading firm, and consistently rank as a top arranger of syndicated loans. BNY Capital Markets has the capabilities and expertise to support you in your capital raising activities. Whether you are acquiring a business, recapitalizing or looking to finance expansion, you need creative, personalized solutions. BNY Capital Markets' experienced professionals will work with you to craft strategies that meet your organizational goals and help you succeed in a dynamic global economy.

To learn more, please visit the BNY Capital Markets site.

BNY Capital Markets, Inc. (BNYCMI) is a wholly owned non-bank subsidiary of The Bank of New York Company, Inc., a separate brokerage affiliate of The Bank of New York, and a member of the NASD and SIPC. SIPC protects against member business failure but does not protect against loss of principal investments, nor is it equivalent to FDIC insurance. BNY Securities Group and B-Trade are subsidiaries of The Bank of New York and affiliates of BNYCMI. The Bank of New York and its affiliates may lend and provide other products and services to securities issuers and others, and provide and receive related fees and compensation.

SECURITIES AND MUTUAL FUNDS :

| NOT A DEPOSIT | NOT FDIC, STATE OR FEDERAL AGENCY INSURED | MAY LOSE VALUE | NO BANK, STATE OR FEDERAL AGENCY GUARANTEE |
|---|---|---|---|

You should consult your own tax advisors about your situation and the tax treatment of specific investments.



# Global Markets

The Bank of New York maintains a strong presence in currency markets around the world, and is a leading provider of global risk management solutions.

We offer a comprehensive array of innovative products and consultative services to investor, corporate and correspondent bank clients, from basic foreign exchange (FX) to customized multi-currency hedging and yield-enhancing strategies.

**A team of experienced professionals**
Strong client relationships are at the core of our foreign exchange and derivatives services. The Bank's experienced traders ensure that you get the very best execution possible, while our derivatives professionals will collaborate with you to structure customized solutions that address your exposure, risk profile and market outlook. Our entire FX and derivatives team is supported by some of the most sophisticated technology in the industry. Our goal is to develop a deep understanding of your business and tailor a comprehensive strategy that will achieve your risk management objectives.

**A comprehensive array of global services**
As a premier provider of value-added global risk management solutions, we offer investor, corporate and correspondent bank clients a comprehensive array of innovative products and consultative services including basic foreign exchange (FX), customized multi-

currency hedging and yield-enhancing strategies, as well as a full range of currency, equity and interest rate derivatives products.

**eCommerce Capabilities**

Clients can trade currencies online using iFX Manager[SM], our award-winning, Web-based, fully automated FX trade order management and execution system. iFX Manager offers clients end-to-end automated trading, industry standard proven technology and superior functionality. Clients can trade manually or electronically using one system, as well as automate the entire workflow process -- from preparation of trade requests to order management, trade execution, reporting and ticket input. The system also offers auditing and record keeping features, saves time and minimizes trade input errors.

**Customized Currency Derivative Solutions**

As one of the world's leading banks in currency, interest rate and equity derivatives, we offer a complete selection of simple and exotic options contracts, as well as non-deliverable forwards. Our range of derivative products can be structured to accommodate each individual client's specific exposures, market outlook and risk parameters.

**Research and Analysis**

We offer both economic and market research to keep you abreast of the latest news affecting the FX market. For currency professionals, we offer Benchmark, a suite of tools to support currency risk management and yield enhancement decisions. With these resources, clients have access to in-depth country analysis, specific trade strategies and technical analysis to support their decision-making processes.

For more information, please visit our Global Markets Website.



Case 1:03-md-01570-GBD-SN Document 1010 Filed 06/24/05 Page 21 of 26

The BANK
of NEW YORK.

# Global Trade Services

We provide creative, flexible solutions for importers, exporters and financial institutions that are seeking to enhance their revenues and reduce risk -- using our technology, trade expertise and extensive global network.

Our services include the following:

- Letters of credit: solutions to reduce transaction costs
- U.S. dollar reimbursements: cost-efficient authorizations, amendments and payments
- Global collections: faster funds collection and remittance
- Structured trade: simple or sophisticated financing solutions to support trade flows
- Outsourcing services: solutions that minimize workload as well as provide access to the latest trade technology
- Exporter collections via the Internet: initiate, track and expedite global payments quickly and efficiently

Through our network of representatives and affiliates in 32 countries, with their knowledge of local markets and customs, we are able to unlock efficiencies for our clients that help expedite turnaround times and save them money. Our regional trade processing centers are located in Frankfurt, Hong Kong, Seoul, Shanghai, Singapore, Taipei and Tokyo.



# Liquidity Services

Managing your liquidity needs is an important component in maximizing investment returns and managing risk.

The Bank of New York offers a broad range of actively and passively managed solutions to manage your cash and short-term investments and ensure that your liquidity needs are met.

From government bonds and commercial paper to a full complement of money market funds and other treasury products, we offer the most comprehensive array of short-term investment options available anywhere.

We make it easy for you to integrate our innovative MoneyFunds DIRECT℠ program with our other cash management tools to invest residual cash balances in late-day money market funds, directly from your PC. As our client, you also benefit from the ability to leverage the vast resources of The Bank of New York its industry expertise, flexible delivery systems, integrated services and global network of local providers all of which enable you to unlock the full value of your cash, securities and other holdings.

CEO® Portal Sign On | Locations | Contact Us | Home

- Individuals
- Small Business
- Commercial

Wells Fargo Home Page Wells Fargo Home Page

<< Return to regular view
http://www.wellsfargo.com/com/cobank/services?display=print

Our ServicesOur ApproachResearch

Printer-friendly

# Direct Correspondent Services

Leverage the experience and expertise of the nation's leading correspondent bank. Learn about our array of customized services for correspondent banking customers delivered with the industry's highest level of customer service.

## Treasury Management

Our collection, disbursement and information reporting solutions are designed to help you improve cash flow, manage funds and reduce administrative costs. Many are available online through the Commercial Electronic Office® portal:Cash LetterCash Vault Lockbox *Commercial Electronic Office* PortalTreasury Information Reporting

## Foreign Exchange & International

Gain foreign currency transaction advice, innovative online payment solutions and foreign currency hedging strategies from an industry leader. Our international trade services include cash letter processing and issuance, and letters of credit confirmation:Foreign Exchange ServicesForeign Exchange Online ("FXOL"): FXOL DetailsFXOL Demo

## Contact Us

Email us with your Correspondent Banking questions. A representative will contact you.

# DOCUMENT #4

- Relationship Focus
- U.S. Corporate Banking
- Commercial Banking
- >Correspondent Banking
- >Direct Correspondent Services
- Third Party Correspondent Services
- Reg F Reporting Information
- Customer Success Stories

## Investment Management

With specialized banking and investment expertise, our consultants can help increase net interest and portfolio income, and support cost-efficient lending operations:Institutional Funds ManagementBrokerage CDInstitutional Investing OnlineManagement Accounting Portfolio Systems (MAPS) Investment Sales

## Alliance Products

Enhance revenues, lower expenses and increase efficiency through services provided by our partners Professional Check Systems, US Banking Alliance, ExpressData Corporation and Travelers Express:CheckPro® In-House Printing Solutions Net Interest Margin ServicesTraveler's Express Official Check Program

## Agented Fed Funds Sales

Conduct Fed Funds investment and borrowing transactions online at your convenience. And enjoy the ability to access 90 days of rate and transaction history online—provided at no extra cost to correspondent banking customers.Agented Fed Funds SalesFed Funds Online

## Risk Management

We assist in financing the acquisition or capitalization needs of subsidiary banks with a unique asset/liability product, investment portfolio strategies and regulatory compliance. And you'll find powerful interest rate management services:Term Loans and Lines of CreditLoans to Bank Owners or PrincipalsInterest Rate FloorEquipment Lease Referral ProgramFed Funds Lines

## Shareowner Services

Meeting the needs of both clients and shareholders, our dedicated shareowner services firm provides the following services and many others for our correspondent banking clients:Stock Transfer and Registrar Services Shareholder Records Dividend Disbursement and Reinvestment Plans Employee Stock Purchase & Direct Purchase Plans

Service features are provided in PDF format and may require extra time to download.

Investments: NOT FDIC insured - May lose value - No bank guarantee

About Wells Fargo | Employment | Privacy, Security & Legal | Home

© 1999 - 2005 Wells Fargo. All rights reserved.