2/6/2001 US v. Bin Laden

```
                                                               158

1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x
3    UNITED STATES OF AMERICA
4              v.                              S(7) 98 Cr. 1023
5    USAMA BIN LADEN, et al.,
6                    Defendants.
7    ------------------------------x
8
                                                New York, N.Y.
9                                               February 6, 2001
                                                10:00 a.m.
10
11
12   Before:
13                    HON. LEONARD B. SAND,
14                                              District Judge
15
16
17
18
19
20
21
22
23
24
25
```

**2/6/2001  US v. Bin Laden**

```
1                          APPEARANCES
2    MARY JO WHITE
            United States Attorney for the
3           Southern District of New York
     BY:    PATRICK FITZGERALD
4           KENNETH KARAS
            PAUL BUTLER
5           Assistant United States Attorneys
6
     SAM A. SCHMIDT
7    JOSHUA DRATEL
     KRISTIAN K. LARSEN
8           Attorneys for defendant Wadih El Hage
9    ANTHONY L. RICCO
     EDWARD D. WILFORD
10   CARL J. HERMAN
     SANDRA A. BABCOCK
11          Attorneys for defendant Mohamed Sadeek Odeh
12   FREDRICK H. COHN
     DAVID P. BAUGH
13          Attorneys for defendant Mohamed Rashed Daoud Al-'Owhali
14   JEREMY SCHNEIDER
     DAVID STERN
15   DAVID RUHNKE
            Attorneys for defendant Khalfan Khamis Mohamed
16
17
18
19
20
21
22
23
24
25
```

**2/6/2001  US v. Bin Laden**

```
1    Q.  How do you know that the person from that island spoke
2    English?
3    A.  Because I remember one time Abu Fadhl Makkee, he asked me
4    to translate fax come from our company called Qudurat
5    Transportation.
6    Q.  Fadhl Makkee asked you to translate a fax that came from
7    Qudurat?  What language was the fax in?
8    A.  English.
9    Q.  When you were asked to translate that fax from English,
10   what did you do?
11   A.  I tried, but it's hard for me, and we went out to other
12   room in guesthouse, and this Fazhil come with him and he
13   translate the fax.
14   Q.  While you were in the Sudan, did you handle money for
15   Usama Bin Laden?
16   A.  Could you repeat the question.
17   Q.  Did you work on the finances for al Qaeda while you were
18   in the Sudan?
19   A.  Yes.
20   Q.  Did you know where the bank accounts of Usama Bin Laden
21   and al Qaeda were?
22   A.  Yes.
23   Q.  Do you know whose names they were in?
24   A.  The bank account under Usama Bin Laden in Bank Shaml,
25   Khartoum.
```

2/6/2001  US v. Bin Laden

1   Q.  That was under Usama Bin Laden's true name?
2   A.  Yes.
3   Q.  Were there accounts in other names?
4   A.  Yes.  Afad Makkee got account also.
5   Q.  Afad Makkee, the account that he had under his name, do
6   you know what name that is?
7   A.  I remember Madani Sidi al Tayyib.
8   Q.  Do you know of any other persons who had al Qaeda money in
9   their accounts?
10  A.  Abu Rida al Suri.
11  Q.  Do you know his true name?
12  A.  Nidal.
13  Q.  Anyone else that you knew had al Qaeda money in bank
14  accounts in their name?
15  A.  Abu Hajer al Iraqi.
16  Q.  Do you know his true name?
17  A.  Mamdouh Salim.
18  Q.  Did you have any accounts in your name?
19  A.  Shared with Abu Fadhl.
20  Q.  So you had accounts in your name that were shared with Abu
21  Fadhl?
22  A.  Yes.
23  Q.  Do you recall anyone else that had bank accounts in their
24  name for al Qaeda?
25  A.  Abdouh al Mukhlafi.

**2/6/2001  US v. Bin Laden**

1  Q.  Who was this person named Abdouh al Mukhlafi?
2  A.  He is from Yemen.
3  Q.  What role did he play for Bin Laden?
4  A.  He goes with Bin Laden when Bin Laden travel outside or
5  inside Sudan.
6  Q.  What role did he play for Bin Laden when Bin Laden
7  traveled?
8  A.  He is like bodyguard for him, and also if Bin Laden, he
9  needs bank something, he use account for that.
10 Q.  Did he handle money during the travel?
11 A.  Yes.
12 Q.  Where were the accounts held?  In what countries?
13 A.  In Sudan and is in Bank Tadamon Islami.
14 Q.  Where else?
15 A.  Also we got account in Bank Faisl Islami.
16 Q.  Is that also in Khartoum?
17 A.  Yes.  And we got account in Bank of Almusia.
18        MR. FITZGERALD:  If the interpreter could translate
19 the last name.
20        THE INTERPRETER:  Means the Bank of the Farmer.
21 Q.  Is that also in the Sudan?
22 A.  Yes.
23 Q.  Were there any accounts that you were aware of from your
24 work which were outside the Sudan?
25 A.  For me, no.