

**Patterns of Global Terrorism: 1991**

# Africa Overview

There were only three international terrorist incidents in Africa in 1991, strikingly fewer than the 53 reported in 1990. This is largely explained by the partial or complete settlement of several insurgencies that had produced high levels of terrorism and domestic unrest. A successful peace accord was reached in Angola, negotiations moved forward in Mozambique, and the Marxist Ethiopian government was overthrown. The number of incidents in several other countries was down considerably, though the total collapse of the Somali and Liberian Governments leaves the long-term status of those nations in doubt. Negotiations on a transition to majority rule in South Africa were accompanied by a continued high level of violence, particularly among competing black groups, but with rightwing white groups presenting a growing threat of violence. The most disturbing development was the apparent presence in Sudan of many different international terrorist organizations, with the tacit support of the National Islamic Front-dominated government.

[End of Document]

Patterns of Global Terrorism Contents

 Terrorism Resources

# Patterns of Global Terrorism: 1991

Office of the Secretary of State
Office of the Coordiantor for Couterterrorism
*Released April 1991*

# Table of Contents

Introduction
The Year in Review

Africa Overview
Asia Overview
Western European Overview
Latin America Overview
Middle East Overview
Overview of State-Sponsored Terrorism

Appendix A: Chronology of Significant Terrorist Incidents, 1991
Appendix B: Background Information on Terrorist Groups