# Thomson Bank Directory®

## December 2004 - May 2005

### WORLD: J - Z
(excluding United States)

**REFERENCE**

**FOR USE IN LIBRARY ONLY**

**DO NOT REMOVE**

**Who's your next customer or business partner?**

**TFP** offers risk reduction solutions that enable expedient & comprehensive identification of high-risk entities.

- **OFAC**
  - FACFilter® for CIF/ACIF
  - FACS PC/IFACS
- **USA PATRIOT Act**
  - TFP 314(a) Compliance Solution
  - TFP 326 Compliance Solution
  - Global WatchList®
  - PEP Due Diligence Database
- **Bank Secrecy Act (BSA)**
  - Currency Reporting Control System®
  - Wire Transfer Control System®
- **Anti-Money Laundering**
  - EAM™

www.TFP.com

Register of U.S. Routing & Transit Numbers

# SÃO TOME AND PRINCIPE

Population 181,565
Currency São Tome & Príncipe Dobra - For further information see Foreign Exchange Rates table
Languages Portuguese (official)
Country Dialing Code 239
Capital City & Population São Tomé - 5,245
Political Structure Republic
Primary Exports Cocoa 80%, copra, coffee, palm oil
Primary Imports Machinery and electrical equipment, food products, petroleum products
Number of Banks in Country 2

Continent Africa
Area 386 sq miles

Central Bank
 Banco Central de São Tomé e Príncipe   São Tomé

Please visit www.tgbr.com for more information on branches worldwide.

## ➤ SÃO TOMÉ   Pop 5,245

**Banco Central de São Tomé e Príncipe**
Central Bank
Praça da Independência PO Box 13
Tel (239-2) 21966, (12) 21300
Fax (239-2) 22501, (12) 22777
Telex 264 TOPBANK ST
Internet www.bcstp.st
E-Mail bcentral@sol-stome.telepac.net
Number of Employees 53

Current financial figures not reported

Pres Maria do Carmo T Gov
Treas Paula Monteiro Pires dos Santos, Hd

Operations Edite D Afonso Soares, Hd

**BISTP Banco Internacional de S. Tome e Principe, S.A.R.L.**
Commercial Bank · Estb 1993
Praça da Independência 3 PO Box 536
Tel (239-2) 21436, 22991
Fax (239-2) 23462, 22427
Intl Dept Tel (239-2) 21445
Intl Dept Fax (239-2) 22427
Corr Bnkg Tel (239-2) 22991
Corr Bnkg Fax (239-2) 22427
E-Mail bistp@cstome.net
Number of Employees 45
Hrs 7:45-11:45 and 14:00-15:15

| Financial Figures (in Millions) | | |
|---|---|---|
| 12/31/01 | STD | USD |
| Total Assets | 131,906 | 15 |
| Total Deposits | 102,900 | 12 |
| Total Equity | 17,280 | 2 |
| Net Income | 2,226 | — |
| Asset Rank 1/1 Country | | |

Ownership Republic of São Tomé e Príncipe (48%), Banco Totta & Açores S.A., Lisbon, Lisboa, Portugal (30%), Caixa Geral de Depósitos, Lisbon, Lisboa, Portugal (22%)

Chair Dionísio Tomé Dias
CEO Afonso Proença
Treas Alfredo Sole, Main Treasurer
Ch Tech Off José Luis Afonso, Ch Tech Off
Operations Victor Camble, Hd Coml Div

Intl Bnkg João Cristovão, Dpty CEO
Corr Bnkg João Cristovão, Dpty CEO
Forex Acacio Elba Bonfim, Dpty CEO
Marketing João Cristovão, Dpty CEO

International Correspondents
BEF ING Belgique, Brussels, SWIFT BBRU BE BB, Dept Main Ofc
SEK Svenska Handelsbanken AB (publ), Stockholm, SWIFT HAND SE SS, Dept Main Ofc
EUR Caixa Geral de Depósitos, New York City, SWIFT CGDI US 33, Dept MAIN
XAF Ecobank-Benin SA, Cotonou, SWIFT ECOC BJ BJ, Dept Main Ofc, Acct No. 020-110-005
XAF Banque Internationale pour le Commerce & l'Industrie du Gabon, Libreville, SWIFT BICI GA LX, Dept Main Ofc, Acct No. 090070.083 526 000/29

SÃO TOMÉ Branches 1; Other Domestic Offices 2

# SARAWAK (See Malaysia)

# SARDINIA (See Italy)

# SAUDI ARABIA

Population 19,409,000
Currency Saudi Riyal - For further information see Foreign Exchange Rates table
Languages Arabic
Country Dialing Code 966
Capital City & Population Riyadh - 1,250,000
Political Structure Monarchy
Primary Exports Petroleum & petroleum products
Primary Imports Manufactured goods, transport equipment, construction materials, food
Number of Banks in Country 13

Continent Asia
Area 830,000 sq miles

Central Bank
 Saudi Arabian Monetary Agency   Riyadh

Please visit www.tgbr.com for more information on branches worldwide.

## ➤ ABHA   Pop 30,150

**Al Bank Al Saudi Al Fransi (Saudi French Bank)** changed title to Banque Saudi Fransi, effective December, 2002.

**Banque Saudi Fransi**
Branch of Riyadh
Tobjia St PO Box 759
Tel (966-7) 2251052

**Riyad Bank**
Branch of Riyadh
Main Street PO Box 436
Telex 901078 RYDXS, 901095 RYDXS
Tel (966-7) 2263388
Fax (966-7) 2248320, 2242768

**SAMBA Financial Group**
Branch of Riyadh
PO Box 488 Abbha
Tel (966-7) 2249020

**Saudi American Bank** changed title to SAMBA Financial Group, effective October, 2003.

**The Saudi British Bank**
Branch of Riyadh
Main St PO Box 698
Cable SABRIT ABHA
Tel (966-7) 2244008

**Saudi Hollandi Bank**
Branch of Riyadh
King Abdul Aziz Street (Al-Souq) PO Box 895
Telex 901153 BASHAB SJ
Tel (966-7) 2247589, 2248040
Fax (966-7) 2248812

## ➤ AL BAHA

**Saudi American Bank** changed title to SAMBA Financial Group, effective October, 2003.

## ➤ AL-KHARJ

**SAMBA Financial Group**
Branch of Riyadh
PO Box 1077 (11942)
Telex 400195 SAMBA SJ

**Saudi American Bank** changed title to SAMBA Financial Group, effective October, 2003.

## ➤ AL-KHOBAR   Pop 48,817

**Al Bank Al Saudi Al Fransi (Saudi French Bank)** changed title to Banque Saudi Fransi, effective December, 2002.

**Arab Petroleum Investments Corporation (APICORP)**
Investment Bank   Estb 1976
King Abdul Aziz, Dhahran Airport PO Box 448 (31932)
Tel (966-3) 8647400, 8647164
Fax (966-3) 8945076
BIC APIA SA R1   Telex 870068 APIC SJ
Cable APICORP, DHAHRAN AIR
Number of Employees 136

| Unconsolidated Financial Figures (In Millions) | |
|---|---|
| 12/31/03 | USD |
| Total Assets | 2,088 |
| Total Deposits | 874 |
| Total Equity | 707 |
| Net Income | 34 |
| Asset Rank 2004/2500 World   11/12 Country | |

Ownership STATE OF KUWAIT, STATE OF SAUDI ARABIA, STATE OF THE UNITED ARAB EMIRATES, STATE OF LIBYA, STATE OF IRAQ, STATE OF QATAR, STATE OF ALGERIA

Chair Abdullah A Al-Zaid
CEO Nurreddin Farrag

Forex Dino Moretto, Mgr

International Correspondents
SAR The National Commercial Bank, Jeddah, SWIFT NCBK SA JE, Dept MAIN
USD Deutsche Bank Aktiengesellschaft, New York City, SWIFT DEUT US 33, Dept MAIN

December 2004 - May 2005
Thomson Bank Directory
2005
ctory
JEDDAH - JUBAIL
SAUDI ARABIA 3267

## Bank Al-Jazira
Commercial Bank   Estb 1975
Khalid Bin Al Walid Street (21442) Po Box 6277
(21442)
Tel (966-2) 651 5070  Fax (966-2) 653 2478
Intl Dept Tel (966) 2651 5070 x4121
Intl Dept Fax (966) 2657 3004
Corr Bnkg Tel (966-2) 651 50 70
SWIFT BJAZ SA JE
Telex 601574 HJAZ SJ  Cable RAEESY JEDDAH
Internet www.baj.com.sa
E - Mail info@baj.com.sa
Number of Employees 321
Hs Sat-Wed: 0800-1730

Consolidated Financial Figures (In Millions)

| 12/31/03 | SAR | USD |
|---|---|---|
| Total Assets | 8,989 | 2,400 |
| Total Deposits | 7,961 | 2,131 |
| Total Equity | 815 | 218 |
| Net Income | 93 | 25 |

Asset Rank 1859/2500 World  9/12 Country

Ratings Cl FC Long Term: BBB; Outlook: STABLE; FC Short Term: A3; Fitch Long Term: BBB-; Short Term: F3; Moody's Bank Deposits LT: Baa2; Bank Deposits ST: P-2

Ownership Private Shareholders (Saudi Arabian), National Bank of Pakistan, Karachi, Sind, Pakistan

Chair Abdul Monem R Al-Rashed
CEO Mishari I Al-Mishari
Treas Clive R Reed, Asst Gen Mgr, Trsy
Operations Mohammed A Al-Angari, Dir & Bd Memb

Intl Bnkg Sami Ragheb, Sr Mgr, Intl Dept & Corr Bnkg Mgr
Corr Bnkg Naveed Anjum, Corr Bnkg
Marketing Ahmed Ali Raza, Mgr, Mktg

International Correspondents
AED Emirates Bank International Limited, Dubai, SWIFT EBIL AE AD, Dept MAIN
AUD National Australia Bank Limited, Melbourne, SWIFT NATA AU 33, Dept MAIN
BDT Sonali Bank, Dhaka, SWIFT BSON BD DH, Dept MAIN, Acct No. B-40
BHD Habib Bank Ltd., Manama, SWIFT HABB BH BM, Dept MAIN, Acct No. 1209000001
CHF Credit Suisse First Boston, Zürich, SWIFT CRES CH ZZ 80A, Dept Main Ofc, Acct No. 8350099962583010
EGP American Express Bank Ltd, Cairo, SWIFT AEIB EG CX, Dept MAIN, Acct No. 00 00 601966 000
EUR Deutsche Bank Aktiengesellschaft, Frankfurt, SWIFT DEUT DE FF, Dept MAIN, Acct No. 957 1183 10
GBP Barclays Bank PLC, London, SWIFT BARC GB 22, Dept MAIN, Acct No. 10631566
INR Union Bank of India, Mumbai, SWIFT UBIN IN BB, Dept MAIN, Acct No. 37072
JOD Jordan Islamic Bank for Finance and Investment, Amman, SWIFT JIBA JO AM, Dept MAIN, Acct No. 001 0009618 01 2321 002
JPY Sumitomo Mitsui Banking Corporation, Tokyo, SWIFT SMBC JP JT, Dept MAIN, Acct No. 5170
KWD The National Bank of Kuwait S.A.K., Safat, SWIFT NBOK KW KW, Dept MAIN
PKR National Bank of Pakistan, Lahore, SWIFT NBPA PK KA 02L, Dept MAIN, Acct No. 17-10696-4
QAR Doha Bank, Doha, SWIFT DOHB QA QA, Dept MAIN, Acct No. 00-98-231300
SGD Habib Bank Ltd., Singapore, SWIFT HABB SG SG, Dept MAIN, Acct No. 3/003067.4
USD American Express Bank Ltd, New York City, SWIFT AEIB US 33, Dept MAIN, Acct No. 704015

JEDDAH Branches 10; Other Domestic Offices 15

## Bank Melli Iran
Branch of Tehran, Iran
King Abdul Aziz St

Tel (966-2) 31687

## Banque Saudi Fransi
Branch of Riyadh
15, Om Al Mu'omenin St, 147, Sector,14-E7, Al Sharafeya, Dist 3 (21411) PO Box 1 (21411)
SWIFT BSFR SA RI WST
Telex 603879 SFGM SJ  Cable SAFBANK JEDDAH

Tel (966-2) 6605863  Fax (966-2) 6611624

## Dresdner Bank Gestions
Rep Office of Paris, France
PO Box 378

Tel (966-2) 52270

## Islamic Development Bank
International Financing Institution   Estb 1975
Una Road, Qasr Khuzam Area (21432)
PO Box 5925 (21432)
Tel (966-2) 636 1400  Fax (966-2) 636 6871
SWIFT ISLD SA JE
Telex 601137 ISDB SJ, 601407 ISDB SJ, 601137 ISDB SJ  Cable BANKISLAMI JEDDAH
Internet www.isdb.org
E - Mail libarchives@isdb.org
Number of Employees 878
Hs Mon-Fri: 0730-1530

Current financial figures not reported

Ownership STATE OF SAUDI ARABIA, STATE OF LIBYA, STATE OF IRAN, STATE OF EGYPT, STATE OF TURKEY, STATE OF THE UNITED ARAB EMIRATES, STATE OF KUWAIT

Chair Dr Ahmed Mohamed Ali
Treas Mamadou Cellou Bah, Dpty Dir, Trsy
Ch Tech Off Mohammad Seddick, Dir, Tech Coop

Operations Ousmane Seck, VP, Oper
Risk Mgmt Hussine Jeddah, Hd, Risk Mgmt & Control Unit

International Correspondents
BHD Arab Banking Corporation B.S.C., Manama, SWIFT ABCO BH BM, Dept MAIN
BHD Gulf International Bank B.S.C., Manama, SWIFT GULF BH BM, Dept MAIN
EUR Union de Banques Arabes et Francaises - U.B.A.F., Neuilly-Sur-Seine, SWIFT UBAF FR PP, Dept Main Ofc, Acct No. 09696500151.0
GBP Gulf International Bank B.S.C., London, SWIFT GULF GB 2L, Dept MAIN
GBP Gulf International Bank (UK) Ltd., London, SWIFT SINT GB 2L, Dept MAIN

Foreign Offices 3

## The National Commercial Bank
Commercial Bank   Estb 1952
King Abdul Aziz Street (21481) Po Box 3533, Ksa (21481)
Tel (966-2) 649 3333  Fax (966-2) 644 9474
SWIFT NCBK SA JE
Telex 605571 NCBH SJ  Cable BANKSAUDI
Internet www.alahli.com
E - Mail info@alahli.com
Number of Employees 4,000

Unconsolidated Financial Figures (In Thousands)

| 12/31/03 | SAR | USD |
|---|---|---|
| Total Assets | 117,432 | 31,357 |
| Total Deposits | 102,754 | 27,436 |
| Total Equity | 9,479 | 2,531 |
| Net Income | 3,013 | 804 |

Asset Rank 12/12 Country

Ratings Cl FC Long Term: A; Outlook: STABLE; FC Short Term: A1; IBCA Long Term: BBB; Short Term: F2; Moody's Bank Deposits LT: Baa2; Bank Deposits ST: P-2; S&P Sovereign LT (Local Currency): BBBpi

Ownership GENERAL ORGANISATION FOR SOCIAL INSURANCE GOSI, PUBLIC INVESTMENT FUND

Chair Sheikh Salem Ahmed Bin Mahfouz

Corr Bnkg Hani Faidy, Hd, Corr Bkng

International Correspondents
GBP Bank of America, National Association, London, SWIFT BOFA GB 22, Dept MAIN
GBP HSBC Bank plc, London, SWIFT MIDL GB 22, Dept MAIN
GBP National Westminster Bank PLC, London, SWIFT NWBK GB 2L, Dept MAIN
USD Bank of America, National Association, Charlotte, SWIFT BOFA US 3N CHA, Dept MAIN
USD Standard Chartered Bank, London, SWIFT SCBL GB 2L, Dept MAIN
USD American Express Bank Ltd, New York City, SWIFT AEIB US 33, Dept MAIN
USD Deutsche Bank Trust Company Americas, New York City, SWIFT BKTR US 33, Dept MAIN
USD The Bank of New York, New York City, SWIFT IRVT US 3N, Dept MAIN
USD JPMorgan Chase Bank, New York City, SWIFT CHAS US 33, Dept MAIN
USD Citibank, N.A., New York City
USD The National Bank of Kuwait S.A.K., Safat, SWIFT NBOK KW KW, Dept MAIN
USD Wachovia Bank, National Association, Charlotte, SWIFT PNBP US 33 CHA, Dept MAIN

JEDDAH Branches 9; Other Domestic Offices 77; Foreign Offices 8

## Riyad Bank
Branch of Riyadh
King Abdul Aziz St (21413) PO Box 9324
Telex 403086

Tel (966-2) 6480276

## SAMBA Financial Group
Branch of Riyadh
Redec Plz PO Box 490 (21411)
SWIFT SAMB SA RI JCS
Telex 401968 SAMBAGN SJ

Tel (966-2) 6444111

Saudi American Bank changed title to SAMBA Financial Group, effective October, 2003.

## The Saudi British Bank
Branch of Riyadh
Ali bin Abi Talib St, Sharafiah PO Box 109 (21411)
Telex 601051 SABB SJ  Cable SABRIT JEDDAH

Tel (966-2) 651 2121  Fax (966-2) 653 2816

## Saudi Hollandi Bank
Branch of Riyadh
Bamehriz Ctr, Al-Mina St PO Box 67 (21411)
Telex 603295 BSHK SJ  Cable SAUDILANDA

Tel (966-2) 6481222  Fax (966-2) 6485312

## The Saudi Investment Bank
Branch of Riyadh
Palestine St & Madina Rd PO Box 5577 (21432)

Tel (966-2) 6609585  Fax (966-2) 6609496

## Shamil Bank of Bahrain E.C.
Branch of Manama, Bahrain
Hail St, Al Baroom Ctr, 11th Fl PO Box 9707 (21423)

Tel (966-2) 651-2442, 6512728
Fax (966-2) 6517796

## Türkiye Cumhuriyeti Ziraat Bankasıı (Agricultural Bank of the Turkish Republic)
Rep Office of Ankara, Turkey
PO Box 70

Tel (966-2) 6658081

### ➤ JUBAIL

## Bank Al-Jazira
Branch of Jeddah
Jubail Br PO Box 592 (31951)
SWIFT BJAZ SA JE 019
Telex 831117 JAZIRA SJ  Cable BANKJAZIRA JUBAIL
Mgr: Abdulwahab Al Afaliq, Mgr, Al-Jubail Br

Tel (966-3) 3610181  Fax (966-3) 3614508

## The National Commercial Bank
Branch of Jeddah
Po Box 11231, Ksa (31961)

Tel (966-3) 347 7992  Fax (966-3) 347 7984

## SAMBA Financial Group
Branch of Riyadh
Support Industries Area PO Box 10123 (31961)
Telex 870411 SAMBA SJ

Tel (966-3) 341-0433

Saudi American Bank changed title to SAMBA Financial Group, effective October, 2003.

## Saudi Hollandi Bank
Branch of Riyadh
Jeddah Street PO Box 110 (31951)

Tel (966-3) 3613608, 3611748
Fax (966-3) 3613409

**Bank Al-Jazira**
Branch of Jeddah
Al Bassam Building, King Abdul Aziz Street
Po Box: 2103 (31952)
SWIFT BJAZ SA JE 013  Cable BANKJAZIRA AL KHOBAR
Mgr: Salah Al-Ajalal, Mgr, Al-Khobar Br
Tel (966-3) 864 9914, 8944266
Fax (966-3) 898 6923

**Banque Saudi Fransi**
Branch of Riyadh
King Abdulaziz Street, Dhahran Int'l Airport
PO Box 754
SWIFT BSFR SA RI EST  Telex 871196 SAFB SJ
Tel (966-3) 8965760

**The National Commercial Bank**
Branch of Jeddah
Po Box 1581, Ksa (31952)
Tel (966-3) 864 4033 x3963  Fax (966-3) 864 4033

**Riyad Bank**
Branch of Riyadh
King Fahad St PO Box 229 (31952)
Telex 870379 RYDXS, 870380 RYDXS
Tel (966-3) 8981808
Fax (966-3) 8954829, 8983152

**SAMBA Financial Group**
Branch of Riyadh
Flour Bldg PO Box 842 (31421)
SWIFT SAMB SA RI ACS
Tel (966-3) 8945630

Saudi American Bank  changed title to SAMBA Financial Group, effective October, 2003.

**The Saudi British Bank**
Branch of Riyadh
Prince Talal Street PO Box 35 Dhahran Airport (31932)
Cable SABRIT ALKHOBAR
Tel (966-3) 898-0603

**Saudi Hollandi Bank**
Branch of Riyadh
Abahsain Bldg, King Abdul Aziz St PO Box 342 (31932)
Tel (966-3) 8948001
Fax (966-3) 8941240, 8947989

**The Saudi Investment Bank**
Branch of Riyadh
Cnr of Abdul Aziz St & Pepsi Rd PO Box 1581 (31952)
Mgr: Paul Pillmore, Grp Hd, Trsy & Inv
Tel (966-3) 8944777  Fax (966-3) 8952266

> **BURAIDAH**                                                                    Pop 69,940

Al Bank Al Saudi Al Fransi (Saudi French Bank)  changed title to Banque Saudi Fransi, effective December, 2002.

**Bank Al-Jazira**
Branch of Jeddah
Al Khubaib Al Aam Street Po Box: 1800
SWIFT BJAZ SA JE 026  Cable BANKJAZIRA BURAIDAH
Mgr: Mohammed Hamid, Mgr, Buraidah Br
Tel (966-6) 324 2520, 3244560
Fax (966-6) 325 1346

**Banque Saudi Fransi**
Branch of Riyadh
Al Khubaib St PO Box 1394
Telex 801226 SAFBUR SJ
Tel (966-6) 3244203

**Riyad Bank**
Branch of Riyadh
Al-Khobaib St PO Box 1388
Telex 301016 RYDXS, 301339 RYDXS
Tel (966-6) 3251238, 3251240
Fax (966-6) 3251291, 3242295

**The Saudi British Bank**
Branch of Riyadh
Al Khubaib St PO Box 1829
Telex 301242 SABB SJ  Cable SABRIT BURAIDAH
Tel (966-6) 3245494

**Saudi Hollandi Bank**
Branch of Riyadh
Al-Khobabe St PO Box 1112
Tel (966-6) 3241825, 3241533, 3249144
Fax (966-6) 3233451

> **DAMMAM**                                                                     Pop 200,000

Al Bank Al Saudi Al Fransi (Saudi French Bank)  changed title to Banque Saudi Fransi, effective December, 2002.

**Bank Al-Jazira**
Branch of Jeddah
Al-Bin Ali Bldg, Zahren St PO Box 1161 (31431)
Mgr: Khalid Al Bin Ali, Mgr, Al-Damman Br
Tel (966-3) 8335049  Fax (966-3) 8343314

**Banque Saudi Fransi**
Branch of Riyadh
Dhahran St 11 PO Box 2792
Telex 801164 SAFD SJ
Tel (966-3) 8271588

**The National Commercial Bank**
Branch of Jeddah
PO Box 5558 (31432)
Telex 803142 NCBERM SJ
Tel (0-3) 834 0088  Fax (0-3) 834 6953

**Riyad Bank**
Branch of Riyadh
King Saud St, The Center PO Box 274 (31411)
Telex 801127
Tel (966-3) 8323210

**SAMBA Financial Group**
Branch of Riyadh
Amir Mohammed St PO Box 3113
Telex 670411 SAMBA SJ
Tel (966-3) 833 7254

Saudi American Bank  changed title to SAMBA Financial Group, effective October, 2003.

**The Saudi British Bank**
Branch of Riyadh
Al-Moajil Centre-Dhahran St (31441)
P.O. Box 1618 (31441)
Tel (966-3) 833-1553

**Saudi Hollandi Bank**
Branch of Riyadh
Dhahran St 11 PO Box 170 (31411)
Telex 801015 BSHD SJ  Cable SAUDILANDA
Tel (966-3) 8323700, 8325530
Fax (966-3) 8346637

**Shamil Bank of Bahrain E.C.**
Branch of Manama, Bahrain
Crossing Dhahran/Prince Mohammed St,Al Moajil Ctr PO Box 7447 (31462)
Telex 802454 DARMAL SJ
Tel (966-3) 833-8554, 8338544
Fax (966-3) 8338622

**United Bank Limited**
Branch of Karachi, Pakistan
Shahra-e-Ashra PO Box 619
Cable LIMITEDBANK
Tel (966-3) 8324540

> **HAIL**                                                                      Pop 40,502

Al Bank Al Saudi Al Fransi (Saudi French Bank)  changed title to Banque Saudi Fransi, effective December, 2002.

**Banque Saudi Fransi**
Branch of Riyadh
Airport Rd PO Box 1654
Tel (966-6) 5330067

**SAMBA Financial Group**
Branch of Riyadh
PO Box 2064
Telex 400195 SAMBA SJ
Tel (966-6) 533-0704

Saudi American Bank  changed title to SAMBA Financial Group, effective October, 2003.

> **HOFUF**                                                                     Pop 101,271

Al Bank Al Saudi Al Fransi (Saudi French Bank)  changed title to Banque Saudi Fransi, effective December, 2002.

**Bank Al-Jazira**
Branch of Jeddah
Al Taawan St PO Box 1031 (31982)
SWIFT BJAZ SA JE 025  Cable BANKJAZIRA HAFUF
Tel (966-3) 5878973, 5870740
Fax (966-3) 5875119

**Banque Saudi Fransi**
Branch of Riyadh
Municipality Rd PO Box 779
Telex 861043 SAFHOF SJ
Mgr: Amr Al-Kabbani, Reg Mgr, Western Region
Tel (966-3) 5827017

**Riyad Bank**
Branch of Riyadh
PO Box 25
Telex 861030
Tel (966-3) 5822397, 5861552

**SAMBA Financial Group**
Branch of Riyadh
Al Souk St PO Box 2122
Telex 670411 SAMBA SJ
Tel (966-3) 5869616

Saudi American Bank  changed title to SAMBA Financial Group, effective October, 2003.

**The Saudi British Bank**
Branch of Riyadh
Al Koot St (31982) PO Box 365
Telex 861172 SABB SJ  Cable SABRIT HOFFUF
Tel (966-3) 5820926

**Saudi Hollandi Bank**
Branch of Riyadh
King Khaled Street - Al-Koot St PO Box 1525 (31982)
Telex 861146 BASHHF SJ
Tel (966-3) 5860288
Fax (966-3) 5877592, 5829833

> **JEDDAH**

Al Bank Al Saudi Al Fransi (Saudi French Bank)  changed title to Banque Saudi Fransi, effective December, 2002.

## ➤ KHAMIS MUSHAYT                              Pop 49,581

**Al Bank Al Saudi Al Fransi (Saudi French Bank)** changed title to Banque Saudi Fransi, effective December, 2002.

**Banque Saudi Fransi**
Branch of Riyadh                    Tel (966-7) 2235436
Main Rd  PO Box 1180
Telex 906103 BSFKMS SJ

**Riyad Bank**
Branch of Riyadh                    Tel (966-7) 2221568
Main St  PO Box 267
Telex 906633

**SAMBA Financial Group**
Branch of Riyadh                    Tel (966-7) 2233112
Bin Mushayt Bldg  PO Box 488
Telex 401968 SAMBGN SJ

**Saudi American Bank** changed title to SAMBA Financial Group, effective October, 2003.

**Saudi Hollandi Bank**
Branch of Riyadh                    Tel (966-7) 2213639, 2213893
Military City Road  PO Box 328       Fax (966-7) 2211973

## ➤ MADINAH                                     Pop 290,000

**Bank Al-Jazira**
Branch of Jeddah                    Tel (966-4) 824 0000  Fax (966-4) 823 3476
Madinah Al Munawara, Dakhil Centre Abu Baker
Siddiq Street (21423) Po Box: 441
Telex 603926 CNTR SJ  Cable BANKCENTRE
JEDDAH
Mgr: Saud Tharwai, Mgr, Al-Madinah Al-Munawara Br

**Saudi Hollandi Bank**
Branch of Riyadh                    Tel (966-4) 8388444  Fax (966-4) 8389113
King Abdulaziz Street  PO Box 2294

## ➤ MAKKAH  (See Mecca)

## ➤ MECCA                                       Pop 550,000

**Al Bank Al Saudi Al Fransi (Saudi French Bank)** changed title to Banque Saudi Fransi, effective December, 2002.

**Bank Al-Jazira**
Branch of Jeddah                    Tel (966-2) 5748044
Ghazza Rd  PO Box 1388
SWIFT BJAZ SA JE 010
Telex 540062 JAZIRZ SJ  Cable BANK JAZIRA MECCA

**Banque Saudi Fransi**
Branch of Riyadh                    Tel (966-2) 5741005
Al Ghazza St  PO Box 3302

**Riyad Bank**
Branch of Riyadh                    Tel (966-2) 5740203
Al Ghazzah  PO Box 160
Telex 540008

**The Saudi British Bank**
Branch of Riyadh                    Tel (966-2) 545-9191
Abdullah Areef Street (Sitteen)  PO Box 9559
Telex 540150 SABBMK SJ  Cable SABRIT MAKKAH

**Saudi Hollandi Bank**
Branch of Riyadh                    Tel (966-2) 5427653, 5428270
Siteen Street  PO Box 2099           Fax (966-2) 5426452

**Shamil Bank of Bahrain E.C.**
Branch of Manama, Bahrain
Al Kaki Bldg Almansour St & Al Ghazzawi Sq
PO Box 8223
Telex 603763 DARMAL SJ

## ➤ MEDINA                                      Pop 198,186

**Al Bank Al Saudi Al Fransi (Saudi French Bank)** changed title to Banque Saudi Fransi, effective December, 2002.

**Bank Al-Jazira**
Branch of Jeddah                    Tel (966-4) 8226154
Babul Shami  PO Box 441
SWIFT BJAZ SA JE 011
Telex 570024 JAZIRA SJ  Cable BANKJAZIRA MEDINA

**Banque Saudi Fransi**
Branch of Riyadh                    Tel (966-4) 8245018
Safla Sq  PO Box 462

**Riyad Bank**
Branch of Riyadh                    Tel (966-4) 8241964
Omar Bin Khattab St  PO Box 27
Telex 470015

**The Saudi British Bank**
Branch of Riyadh                    Tel (966-4) 826-7472
Abu Bakr Al Sideeq St.
PO Box 135, Medinah Al Munawarrah
Telex 570434 SABB SJ  Cable SABRIT MEDINAH

**Shamil Bank of Bahrain E.C.**
Branch of Manama, Bahrain           Tel (966-4) 8232912  Fax (966-4) 8232128
Sultana Rd, Al Jamjoom Bldg, 3rd Fl,Flat No 11
PO Box 3152
Telex 603763 DARMAL SJ

## ➤ MUBARRAZ

**SAMBA Financial Group**
Branch of Riyadh
PO Box 10203 (31982)
Telex 870411 SAMBA SJ

**Saudi American Bank** changed title to SAMBA Financial Group, effective October, 2003.

## ➤ NAJRAN

**Al Bank Al Saudi Al Fransi (Saudi French Bank)** changed title to Banque Saudi Fransi, effective December, 2002.

**Banque Saudi Fransi**
Branch of Riyadh                    Tel (966-4) 5222914
Faisaliya Main Rd  PO Box 1020

## ➤ ONAIZAH

**Saudi American Bank** changed title to SAMBA Financial Group, effective October, 2003.

## ➤ ONEIZA

**SAMBA Financial Group**
Branch of Riyadh                    Tel (966-6) 3648019
Al Gadidi/Al Tigari St  PO Box 288
Telex 200195 SAMBA SJ

**Saudi American Bank** changed title to SAMBA Financial Group, effective October, 2003.

## ➤ QATIF

**SAMBA Financial Group**
Branch of Riyadh
PO Box 96 (31911)
Telex 870411 SAMBA SJ

**Saudi American Bank** changed title to SAMBA Financial Group, effective October, 2003.

**The Saudi British Bank**
Branch of Riyadh                    Tel (966-03) 855-2313
Al Imam Al Sadiq Street (31911) P.O. Box 209 (31911)

**Saudi Hollandi Bank**
Branch of Riyadh                    Tel (966-3) 8558152, 8558666
King Abdulaziz Street  PO Box 390 (31911)    Fax (966-3) 8558192

## ➤ RAS TANNOURAH

**Saudi American Bank** changed title to SAMBA Financial Group, effective October, 2003.

## ➤ RIYADH  (Central)

**Al Bank Al Saudi Al Fransi (Saudi French Bank)** changed title to Banque Saudi Fransi, effective December, 2002.

## Al Rajhi Banking and Investment Corporation

*Commercial Bank* Estb 1988
PO Box 28 (11411)
Tel (966-1) 460 1000  Fax (966-1) 460 1928
SWIFT RJHI SA RI
Telex 406317 RAJHI SJ
Internet www.alrajhibank.com.sa

Consolidated Financial Figures (In Millions)
| | 12/31/03 | SAR | USD |
|---|---|---|---|
| | Total Assets | 64,678 | 17,271 |
| | Total Deposits | 49,908 | 13,326 |
| | Total Equity | 7,249 | 1,936 |
| | Net Income | 2,038 | 544 |

Asset Rank 568/2500 World  4/12 Country

*Ratings* CI FC Long Term: A-; Outlook: STABLE; FC Short Term: A2; Fitch Long Term: BBB+; Short Term: F2; Moody's Bank Deposits LT: Baa2; Bank Deposits ST: P-2; S&P Sovereign LT (Local Currency): BBBpi

*Ownership* PARTNERS OF ARCCEC THE PREDECESSOR, NEW FOUNDERS OF ARABIC

*Chair* Sulaiman Abdul Aziz Al Rajhi

*International Correspondents*
CHF UBS AG, Zürich, SWIFT UBSW CH ZH 80A, Dept MAIN
CNY Bank of China, Beijing, SWIFT BKCH CN BJ, Dept MAIN
DKK Nordea Bank Danmark A/S, Copenhagen, SWIFT NDEA DK KK, Dept MAIN
EUR Raiffeisen Zentralbank Österreich AG, Vienna, SWIFT RZBA AT WW, Dept Main Ofc, Acct No. 000.50.033703
EUR Banco Bilbao Vizcaya Argentaria, S.A., Madrid, SWIFT BBVA ES MM FXD, Dept Main Ofc, Acct No. 2613-9
EUR ING Belgique, Brussels, SWIFT BBRU BE BB, Dept Main Ofc, Acct No. 301.0187947-42-001
EUR ING Bank N.V., Amsterdam, SWIFT INGB NL 2A, Dept Main Ofc, Acct No. 50907972
EUR Banque Saradar France, Paris, SWIFT SARF FR PP, Dept Main Ofc, Acct No. 5700500004
EUR Deutsche Bank Aktiengesellschaft, Frankfurt, SWIFT DEUT DE FF, Dept Main Ofc, Acct No. 9571159/00
GBP Barclays Bank PLC, London
SGD Standard Chartered Bank, Singapore
USD Bank of America, National Association, Charlotte, SWIFT BOFA US 3N CHA, Dept MAIN
USD Standard Chartered Bank, London, SWIFT SCBL GB 2L, Dept MAIN
USD American Express Bank Ltd, New York City, SWIFT AEIB US 33, Dept MAIN
USD JPMorgan Chase Bank, New York City, SWIFT CHAS US 33, Dept MAIN
USD Wachovia Bank, National Association, Charlotte, SWIFT PNBP US 33 CHA, Dept MAIN

*Other Domestic Offices* 1

## The Arab Investment Company SAA

*Commercial Bank*
King Abdul Aziz Rd (11491) PO Box 4009 (11491)
Tel (966-1) 476 0601  Fax (966-1) 476 0514
Telex 401011 ARBVST SJ  Cable AMWAL
Internet www.taic.com
E - Mail taic@taic.com
Number of Employees 129
Hrs 07:30-15:30

Unconsolidated Financial Figures (In Millions)
| 12/31/03 | USD |
|---|---|
| Total Assets | 2,263 |
| Total Deposits | 1,682 |
| Total Equity | 512 |
| Net Income | 38 |

Asset Rank 1919/2500 World  10/12 Country

*Ownership* State Of Abu Dhabi, State Of Kuwait, State Of Saudi Arabia, State Of Iraq, State Of Qatar, State Of Egypt, State Of Libya, State Of Syria

*Chair* Muhammad S Al-Jasser
*CEO* Saleh H Al-Humaidan
*Treas* Sami Rais, Sr Mgr, Trsy

*Operations* Navinsing Mareeachalee, Sr Mgr, Oper
Intl Bnkg Kamal El-Zubeir, Sr Mgr, Trd Fin
Forex Aqeel Al-Awed, Mgr, Trsy

*International Correspondents*
 Barclays Bank PLC, London
 National Westminster Bank PLC, London, SWIFT NWBK GB 2L, Dept MAIN
 The Saudi British Bank, Riyadh, SWIFT SABB SA RI, Dept MAIN
 Banque Saudi Fransi, Riyadh, SWIFT BSFR SA RI, Dept MAIN
 JPMorgan Chase Bank, New York City, SWIFT CHAS US 33, Dept MAIN

*Foreign Offices* 4

## Bank Al-Jazira

*Branch of* Jeddah
Riyadh Siteen Street (11476) Po Box: 25889 (1476)
SWIFT BJAZ SA JE 027  Telex 401155 BJAZ SJ
Mgr: Sulaiman Al-Jarboo, Mgr, Sitteen St Br

Tel (966-1) 477 7290  Fax (966-1) 477 3584

## The Bank of Korea

*Rep Office of* Seoul, South Korea
Riyadh (11693)
Telex 405858 GKSAUD SJ

## Banque Saudi Fransi

*Joint Stock Company/Universal Bank* Estb 1977
Ma'ather Road PO Box 56006 (11554)
Tel (966-1) 404 2222  Fax (966-1) 404 2311
Intl Dept Tel (966-1) 404 2222
Intl Dept Fax (966-1) 406 6083
Corr Bnkg Tel (96-61) 404 2222
Corr Bnkg Fax (96-61) 406 6083
SWIFT BSFR SA RI
Telex 407666 SFGM SJ
Internet www.alfransi.com.sa
E - Mail communications@alfransi.com.sa
Number of Employees 1,398
Hrs Sat-Thu: 0830-1830

Consolidated Financial Figures (In Millions)
| | 12/31/03 | SAR | USD |
|---|---|---|---|
| | Total Assets | 53,503 | 14,286 |
| | Total Deposits | 46,308 | 12,365 |
| | Total Equity | 4,864 | 1,299 |
| | Net Income | 1,185 | 316 |

Asset Rank 648/2500 World  5/12 Country

*Ratings* CI FC Long Term: A; Outlook: STABLE; FC Short Term: A1; IBCA Long Term: A-; Fitch Short Term: F2; Moody's Bank Deposits LT: Baa2; Bank Deposits ST: P-2

*Ownership* Credit Agricole S.A., Paris, France, PRIVATE SHAREHOLDERS, Calyon, Paris, France

*Chair* Ibrahim A Al-Touq
*Treas* Walid Fatani, Hd, Forex & Trsy
*Operations* Riyadh Sharikh, Mgr, Corp Oper & Doc Cr

*Corr Bnkg* Anan Hamoudah, Mgr, Corr Bnkg
*Forex* Walid Fatani, Hd, Forex & Trsy
*Marketing* Jean Francois Benazet, Dir, Mktg

*International Correspondents*
AED Standard Chartered Bank, Dubai, SWIFT SCBL AE AD, Dept MAIN, Acct No. 00022630761-01
AUD Westpac Banking Corporation, Sydney, SWIFT WPAC AU 2S, Dept MAIN, Acct No. AAF0006977
BHD National Bank of Bahrain (B.S.C.), Manama, SWIFT NBOB BH BM, Dept MAIN, Acct No. 99036696
CAD Bank of Montreal, Toronto, SWIFT BOFM CA T2 HBC, Dept MAIN, Acct No. 1007226
CHF Credit Agricole Indosuez (Suisse) SA, Lausanne, SWIFT BSUI CH 22, Dept Main Ofc, Acct No. 2001 966 A 0001 CHF
CYP Bank of Cyprus Limited, Nicosia, SWIFT BCYP CY 2N, Dept MAIN, Acct No. 0143-50001507-00
DKK Danske Bank, Copenhagen, SWIFT DABA DK KK, Dept Main Ofc, Acct No. 3007518617
EGP Egyptian American Bank S.A.E., Cairo, SWIFT EAMB EG CX, Dept Main Ofc, Acct No. 6005084600001002/02
EUR Credit Agricole S.A., Paris, SWIFT AGRI FR PP, Dept MAIN, Acct No. 201 3600 5000
GBP HSBC Bank plc, London, SWIFT MIDL GB 22, Dept MAIN, Acct No. 35210424
INR Standard Chartered Bank, Mumbai, SWIFT SCBL IN BB, Dept MAIN, Acct No. 22205244617
JOD Arab Bank Plc, Amman, SWIFT ARAB JO AX PBD, Dept MAIN, Acct No. 0100-895217-5/900
JPY The Bank of Tokyo-Mitsubishi, Ltd, Tokyo, SWIFT BOTK JP JT, Dept MAIN, Acct No. 653-0460990
KWD The National Bank of Kuwait S.A.K., Safat, SWIFT NBOK KW KW, Dept MAIN, Acct No. 0003921890101
MYR Alliance Bank Malaysia Berhad, Kuala Lumpur, SWIFT MFBB MY KL, Dept MAIN, Acct No. 229160172
NOK DnB NOR Bank ASA, Oslo, SWIFT DNBA NO KK, Dept MAIN, Acct No. 7004 02 04 847
OMR Oman Arab Bank (SAOC), Muscat, SWIFT OMAB OM RU, Dept Main Ofc, Acct No. 554830-500
PHP Bank of the Philippine Islands, Metropolitan Manila, SWIFT BOPI PH MM, Dept Main Ofc, Acct No. 0011-1515-82
QAR Qatar National Bank (S.A.Q.), Doha, SWIFT QNBA QA QA, Dept Main Ofc, Acct No. 0001-800230-001
SEK Skandinaviska Enskilda Banken, Stockholm, SWIFT ESSE SE SS, Dept MAIN, Acct No. 5201.85.313.79
SGD Standard Chartered Bank, Singapore, SWIFT SCBL SG SG, Dept MAIN, Acct No. 01-093-0578-7
THB Calyon, Bangkok, SWIFT BSUI TH BK, Dept Main Ofc, Acct No. 82024-031-0029
USD Citibank, N.A., New York City, SWIFT CITI US 33, Dept MAIN, Acct No. 36144567
YER Calyon, Sana'a, SWIFT BSUI YE SA, Dept Main Ofc, Acct No. 82000-012-00-15

*Other Domestic Offices* 27

## Equitable PCI Bank

*Rep Office of* Metropolitan Manila, Philippines
c/o Al Rajhi Co for Currency & Exch & Com, CR 96

Tel (966-1) 4642010

## Gulf International Bank B.S.C.

*Branch of* Manama, Bahrain
Abraj Atta'Awuneya, King Fahad Road, P. O. Box 93413 (11673)
SWIFT GULF SA RI
Mgr: Zafer Al-Kalali , Riyadh County Mgr

Tel (96-61) 218 0888  Fax (96-61) 218 1188

LIBRARY

**Natexis Banques Populaires**
Branch of Paris, France
c/o Saudi Investment Bank (11481)
Tel (966-1) 4778433

**The National Commercial Bank**
Branch of Jeddah
Batha P O Box 22216 (11495)
Tel (966-1) 4787877   Fax (966-1) 4730147

**Riyad Bank**
Commercial Bank   Estb 1957
King Abdul Aziz Road (11416) PO Box 22622 (11416)
Tel (966-1) 401 3030   Fax (966-1) 404 2707
Int'l Dept Tel (966-1) 401 3030
Int'l Dept Fax (966-1) 404 1255
Corr Bnkg Tel (966-1) 405 2477
Corr Bnkg Fax (966-1) 404 1255
SWIFT RIBL SA RI
Telex 407490 RDX SJ
Internet www.riyadbank.com
Number of Employees 3,292
Hrs Sat-Wed: 0800-1700

Consolidated Financial Figures (In Millions)

| 6/30/03 | SAR | USD |
|---|---|---|
| Total Assets | 68,114 | 18,188 |
| Total Deposits | 56,649 | 15,127 |
| Total Equity | 8,802 | 2,350 |
| Net Income | 875 | 234 |

Asset Rank 550/2500 World   3/12 Country

Ratings CI FC Long Term: A-; Outlook: STABLE; FC Short Term: A2; IBCA Long Term: A-; Fitch Short Term: F2; Moody's Bank Deposits LT: Baa2; Bank Deposits ST: P-2; S&P Sovereign LT (Foreign Currency): A-; Sovereign LT (Local Currency): A-; Sovereign ST (Local Currency): A-2; Sovereign ST (Foreign Currency): A-2

Ownership SAUDI SHAREHOLDERS

Pres Abdulrahman A Al-Amoudi
CEO Suliman A Al-Gwaiz
Treas Basel M Al-Gadhib, Exec VP, Trsy & Inv

Operations Saleh Al-Faleh, Exec VP, Oper
Risk Mgmt Riyad M Al-Dughaither, Exec VP

International Correspondents
AED Emirates Bank International Limited, Dubai, SWIFT EBIL AE AD, Dept MAIN, Acct No. 0004-840274-784
AUD Westpac Banking Corporation, Sydney, SWIFT WPAC AU 2S, Dept Main Ofc, Acct No. RIY 000 1979
AUD National Australia Bank Limited, Melbourne, SWIFT NATA AU 33, Dept MAIN, Acct No. RIYAD BANK
BHD Standard Chartered Bank, Manama, SWIFT SCBL BH BM, Dept Main Ofc, Acct No. 00 01 0394076 01
CAD Bank of Montreal, Montreal, SWIFT BOFM CA M2, Dept Main Ofc, Acct No. 1040571
CHF Credit Suisse First Boston, Zürich, SWIFT CRES CH ZZ 80A, Dept Main Ofc, Acct No. 0835-0991640-63-000
DKK Danske Bank, Copenhagen, SWIFT DABA DK KK, Dept Main Ofc, Acct No. 3996008568
EGP National Bank of Egypt, Cairo, SWIFT NBEG EG CX, Dept Main Ofc, Acct No. 05 0025 00235
EGP Banque Misr, Cairo, SWIFT BMIS EG CX, Dept Main Ofc, Acct No. 140-37-60029-8
EUR Deutsche Bank Aktiengesellschaft, Frankfurt, SWIFT DEUT DE FF, Dept MAIN, Acct No. 957094610
GBP Lloyds TSB Bank plc, London, SWIFT LOYD GB 2L, Dept MAIN, Acct No. 1062809
INR Standard Chartered Bank, Mumbai, SWIFT SCBL IN BB, Dept MAIN, Acct No. 22205015715
JOD Jordan National Bank Plc, Amman, SWIFT JONB JO AX, Dept Main Ofc, Acct No. 98-01-303123-905218-99
JPY Sumitomo Mitsui Banking Corporation, Tokyo, SWIFT SMBC JP JT, Dept MAIN, Acct No. 3148
KWD The National Bank of Kuwait S.A.K., Safat, SWIFT NBOK KW KW, Dept MAIN, Acct No. 0005112340101
MAD Banque Marocaine du Commerce Extérieur, Casablanca, SWIFT BMCE MA MC, Dept Main Ofc, Acct No. 780000012600891240
NOK DnB NOR Bank ASA, Oslo, SWIFT DNBA NO KK, Dept Main Ofc, Acct No. 7001-02-27036
NZD Bank of New Zealand, Wellington, SWIFT BKNZ NZ 22 TVL, Dept MAIN, Acct No. 232419-000
OMR Oman International Bank, Muscat, SWIFT OIBA OM MX, Dept Main Ofc, Acct No. 19-102151-01
PKR The Muslim Commercial Bank Limited, Karachi, SWIFT MUCB PK KA, Dept Main Ofc, Acct No. 08559
QAR Qatar National Bank (S.A.Q.), Doha, SWIFT QNBA QA QA, Dept Main Ofc, Acct No. 0001-819830-001
SEK Skandinaviska Enskilda Banken, Stockholm, SWIFT ESSE SE SS, Dept Main Ofc, Acct No. 5201-85-295-36
SGD Oversea-Chinese Banking Corporation Limited, Singapore, SWIFT OCBC SG SG, Dept Main Ofc, Acct No. 085567001
SYP Commercial Bank of Syria (Banque Commerciale de Syrie SA), Damascus, SWIFT CMSY SY DA, Dept Main Ofc, Acct No. 2-370
USD JPMorgan Chase Bank, New York City, SWIFT CHAS US 33, Dept Main Ofc, Acct No. 544-7-40189
YER Yemen Bank for Reconstruction and Development, Sana'a, SWIFT YBRD YE SA, Dept Main Ofc, Acct No. 010014
ZAR ABSA Bank Limited, Johannesburg, SWIFT ABSA ZA JJ, Dept MAIN, Acct No. 707869-ZAR-6712-01

RIYADH Branches 5; Other Domestic Offices 92; Foreign Offices 5

**SAMBA Financial Group**
Commercial Bank   Estb 1980
Old Airport St (11421) PO Box 833 (11421)
Tel (966-1) 4774770   Fax (966-1) 479 9317
SWIFT SAMB SA RI
Telex 400195 SAMBA SJ
Internet www.samba.com.sa

Consolidated Financial Figures (In Millions)

| 12/31/03 | SAR | USD |
|---|---|---|
| Total Assets | 79,038 | 21,105 |
| Total Deposits | 67,624 | 18,057 |
| Total Equity | 8,625 | 2,303 |
| Net Income | 1,437 | 384 |

Asset Rank 487/2500 World   2/12 Country

Ratings S&P LT Senior Debt (Global): A-; CI FC Long Term: A-; Outlook: STABLE; FC Short Term: A2; Fitch Long Term: BBB+; Short Term: F2; Moody's Bank Deposits LT: Baa2; Bank Deposits ST: P-2; S&P Sovereign LT (Local Currency): BBBpi

Ownership PRIVATE SHAREHOLDERS (SAUDI ARABIAN), Citibank, N.A., New York City (Manhattan), New York, United States

Chair Abdulaziz Bin Hamad Algosaibi
CEO Mike de Graffenreid

Treas Misbah Shah, Trsy
Operations Sagheer Mufti, Sr Country Oper Ofc

International Correspondents
CAD Citibank Canada, Montreal
EGP Citibank, N.A., Cairo, SWIFT CITI EG CX, Dept MAIN
GBP Citibank, N.A., London, SWIFT CITI GB 2L, Dept MAIN
HKD Citibank, N.A., Hong Kong Island, SWIFT CITI HK HX PBG, Dept MAIN
USD Citibank, N.A., New York City

RIYADH Branches 19; Other Domestic Offices 80; Foreign Offices 7

Saudi American Bank changed title to SAMBA Financial Group, effective October, 2003

**Saudi Arabian Monetary Agency**
Central Bank/Government Bank   Estb 1952
PO Box 2992 (11169)
Tel (966-1) 466 3300   Fax (966-1) 463 3703
SWIFT SAMA SA RI
Telex 402792
Internet www.sama-ksa.org, www.sama.gov.sa
E - Mail info@sama.gov.sa
Number of Employees 2,630
Hrs Sat-Wed: 0730-1630; Thu: 1000-1400
Ownership STATE OF SAUDI ARABIA

Chair Hamad Al-Sayari

Unconsolidated Financial Figures (In Billions)

| 6/30/03 | SAR | USD |
|---|---|---|
| Total Assets | 242 | 6 |
| Total Deposits | 76 | 3 |
| Total Equity | — | — |
| Net Income | 1 | — |

Asset Rank 184/2500 World   1/12 Country

International Correspondents
USD JPMorgan Chase Bank, New York City, SWIFT CHAS US 33, Dept MAIN
USD Citibank, N.A., New York City, SWIFT CITI US 33, Dept MAIN

Other Domestic Offices 4

## The Saudi British Bank
*Commercial Bank    Estb 1978*
Prince Abdulaziz Bin Mossaid Bin Jalawi Street,
Dabbab (11413) PO Box 9084 (11413)
Tel (966-1) 405 0677  Fax (966-1) 405 0660
Corr Bnkg Tel (966-1) 405 0677 x4120
Corr Bnkg Fax (966-1) 406 8463
SWIFT SABB SA RI
Telex 404079 SABB SJ  Cable SABRIT RIYADH
Internet www.sabb.com
E - Mail info@sabb.com.sa
Number of Employees 2,093
Hrs Sat-Thu: 0800-1730

| Unconsolidated Financial Figures (In Millions) | | |
|---|---|---|
| 9/30/03 | SAR | USD |
| Total Assets | 48,153 | 12,858 |
| Total Deposits | 41,917 | 11,193 |
| Total Equity | 4,695 | 1,254 |
| Net Income | 912 | 243 |

Asset Rank 696/2500 World  6/12 Country

Ratings CI FC Long Term: A; Outlook: STABLE; FC Short Term: A1; IBCA Long Term: A-; Fitch Short Term: F2; Moody's Bank Deposits LT: Baa2; Bank Deposits ST: P-2

Ownership Private Citizens (Saudi Arabia), Hsbc Holdings BV

Chair Abdullah Mohamed Al Hugail
Treas Simon M Palfreyman, Trsr
Corr Bnkg Rashad I Koursheed, Sr Exec, Corr Bnkg
Risk Mgmt Adel M Al Nasser, Gen Mgr, Cr & Risk

*International Correspondents*
AED HSBC Bank Middle East, Dubai, SWIFT BBME AE AD, Dept MAIN, Acct No. 20-194635-001
AUD HSBC Bank Australia Limited, Melbourne, SWIFT HKBA AU 2S MEL, Dept MAIN, Acct No. 001-795483-041
BDT The Hongkong and Shanghai Banking Corporation Limited, Dhaka, SWIFT HSBC BD DH, Dept MAIN, Acct No. 001-003060-097
BHD HSBC Bank Middle East, Manama, SWIFT BBME BH BX, Dept MAIN, Acct No. 048-814011-056
CAD HSBC Bank Canada, Toronto, SWIFT HKBC CA TT, Dept MAIN, Acct No. 930-131096-060
CHF UBS AG, Zürich, SWIFT UBSW CH ZH 80A, Dept MAIN, Acct No. 85701-05-E
CYP The Cyprus Popular Bank Limited, Nicosia, SWIFT LIKI CY 2N SMK, Dept MAIN, Acct No. 189-21000451
DKK Danske Bank, Copenhagen, SWIFT DABA DK KK, Dept MAIN, Acct No. 300 7521219
EGP HSBC Bank Egypt SAE, Cairo, SWIFT EBBK EG CX, Dept MAIN, Acct No. 001-007509-001
EUR Banco Bilbao Vizcaya Argentaria, S.A., Madrid, SWIFT BBVA ES MM, Dept MAIN, Acct No. 0182 0061 79 008 012267
EUR Raiffeisen Zentralbank Österreich AG, Vienna, SWIFT RZBA AT WW, Dept MAIN, Acct No. 1-50-097-708
EUR Credit Agricole S.A., Paris, SWIFT AGRI FR PP, Dept MAIN, Acct No. 2027679000
EUR Rabobank Nederland, Utrecht, SWIFT RABO NL 2U, Dept MAIN, Acct No. 3908.23.198
EUR Commerzbank Aktiengesellschaft, Frankfurt, SWIFT COBA DE FF, Dept MAIN, Acct No. 400 88 23 304 01
EUR KBC Bank, Brussels, SWIFT KRED BE BB, Dept MAIN, Acct No. 480-9186117-31
EUR Allied Irish Banks p.l.c., Dublin, SWIFT AIBK IE 2D, Dept MAIN, Acct No. 8236166
EUR UniCredito Italiano S.p.A., Milan, SWIFT UNCR IT MM, Dept MAIN, Acct No. 995-887 4000
GBP HSBC Bank plc, London, SWIFT MIDL GB 22, Dept MAIN, Acct No. 39094701
HKD The Hongkong and Shanghai Banking Corporation Limited, Hong Kong Island, SWIFT HSBC HK HH, Dept MAIN, Acct No. 11-162681-001
INR The Hongkong and Shanghai Banking Corporation Limited, Mumbai, SWIFT HSBC IN BB, Dept MAIN, Acct No. 002-487114-001
JPY The Hongkong and Shanghai Banking Corporation Limited, Tokyo, SWIFT HSBC JP JT, Dept MAIN, Acct No. 009-036880-026
KWD The Bank of Kuwait and the Middle East K.S.C., Kuwait, SWIFT BKME KW KW, Dept MAIN, Acct No. 11-906 028
LKR The Hongkong and Shanghai Banking Corporation Limited, Colombo, SWIFT HSBC LK LX, Dept MAIN, Acct No. 001-309947-001
MYR HSBC Bank Malaysia Berhad, Kuala Lumpur, SWIFT HBMB MY KL, Dept MAIN, Acct No. 318-100559-016
NOK DnB NOR Bank ASA, Oslo, SWIFT DNBA NO KK, Dept MAIN, Acct No. 70010227044
NZD ANZ National Bank Limited, Wellington, SWIFT ANZB NZ 22, Dept MAIN, Acct No. 233213-00001
PHP The Hongkong and Shanghai Banking Corporation Limited, Metropolitan Manila, SWIFT HSBC PH MM, Dept MAIN, Acct No. 000-082040-080
PKR The Hongkong and Shanghai Banking Corporation Limited, Karachi, SWIFT HSBC PK KX, Dept MAIN, Acct No. 001-007400-001
QAR HSBC Bank Middle East, Doha, SWIFT BBME QA QX, Dept MAIN, Acct No. 048660039-146
SEK Skandinaviska Enskilda Banken, Stockholm, SWIFT ESSE SE SS, Dept MAIN, Acct No. 5201-85-28076
SGD The Hongkong and Shanghai Banking Corporation Limited, Singapore, SWIFT HSBC SG SG, Dept MAIN, Acct No. 41-157578-001

RIYADH Branches 5; Other Domestic Offices 22; Foreign Offices 1

## Saudi Hollandi Bank
*Commercial Bank    Estb 1977*
Al-Dhabab Street (11431) PO Box 1467 (11431)
Tel (966-1) 401 0288
Fax (966-1) 403 1104, 401 0736
Intl Dept Tel (966-1) 403 8747
Intl Dept Fax (966-1) 401 0736
Corr Bnkg Tel (966-1) 403 8747
Corr Bnkg Fax (966-1) 401 0736
SWIFT AAAL SA RI
Telex 401488 BSHR SJ
Cable SAUDILANDA RIYADH
Internet www.shb.com.sa
Number of Employees 902
Hrs Mon-Fri: 0800-1700

| Unconsolidated Financial Figures (In Millions) | | |
|---|---|---|
| 12/31/03 | SAR | USD |
| Total Assets | 27,965 | 7,467 |
| Total Deposits | 23,868 | 6,373 |
| Total Equity | 2,551 | 681 |
| Net Income | 601 | 160 |

Asset Rank 986/2500 World  7/12 Country

Ratings Fitch LT Senior Debt (Global): A-; CI FC Long Term: A-; Outlook: STABLE; FC Short Term: A2; Fitch Long Term: BBB+; Short Term: F2; Moody's Bank Deposits LT: Baa3; Bank Deposits ST: P-3

Ownership Private Citizens (Saudi Arabia), ABN AMRO Bank N.V., Amsterdam, Noord-Holland, Netherlands

Chair Sulaiman A R Al Suhaimi
Treas Aazar Khwaja, Asst Gen Mgr
Operations Abdulaziz Al Oraifi, Asst Gen Mgr, Hmn Res & Oper
Intl Bnkg Syed Ahmed Ziauddin, SVP & Hd, Finl Inst Grp
Corr Bnkg Syed Ahmed Ziauddin, SVP & Hd, Finl Inst Grp
Marketing Humayun Rashid, Asst Gen Mgr, Mktg & Profsnl Sppt
Risk Mgmt Ed McMahon, Asst Gen Mgr & Ch Cr Offr

*International Correspondents*
AUD Australia and New Zealand Banking Group Limited, Melbourne, SWIFT ANZB AU 3M, Dept MAIN
DKK Danske Bank, Copenhagen, SWIFT DABA DK KK, Dept MAIN
EGP American Express Bank Ltd, Cairo, SWIFT AEIB EG CX, Dept MAIN
EUR ABN AMRO Bank N.V., Amsterdam, SWIFT ABNA NL 2A, Dept MAIN, Acct No. 52-31-62-499
EUR Deutsche Bank Aktiengesellschaft, Frankfurt, SWIFT DEUT DE FF, Dept MAIN, Acct No. 9570805
GBP ABN AMRO Bank N.V., London, SWIFT ABNA GB 2A, Dept MAIN
HKD ABN AMRO Bank N.V., Hong Kong Island, SWIFT ABNA HK HH, Dept MAIN
JPY ABN AMRO Bank N.V., Tokyo, SWIFT ABNA JP JT, Dept MAIN
MYR ABN AMRO Bank N.V., Kuala Lumpur, SWIFT ABNA MY KL, Dept MAIN
SGD ABN AMRO Bank N.V., Singapore, SWIFT ABNA SG SG, Dept MAIN

RIYADH Branches 5; Other Domestic Offices 26

## The Saudi Investment Bank
*Commercial Bank/Foreign Exchange/Investment Bank/Joint Stock Company/Private Bank/Retail Bank/Trade Finance/Universal Bank    Estb 1976*
Al Ma'ather Road (11481) PO Box 3533 (11481)
Tel (966-1) 477 8433  Fax (966-1) 477 6781
Intl Dept Fax (966-1) 478 4655
Corr Bnkg Tel (966-1) 477 8433
Corr Bnkg Fax (966-1) 478 4655
SWIFT SIBC SA RI
Telex 401170 SAIBRH SJ  Cable SAIB
Internet www.saib.com.sa
E - Mail info@saib.com.sa
Number of Employees 320
Hrs Sat-Wed: 0800-1500; Thu: 0800-1400

| Unconsolidated Financial Figures (In Millions) | | |
|---|---|---|
| 12/31/03 | SAR | USD |
| Total Assets | 21,708 | 5,797 |
| Total Deposits | 18,490 | 4,937 |
| Total Equity | 2,471 | 660 |
| Net Income | 464 | 124 |

Asset Rank 1184/2500 World  8/12 Country

Ratings Fitch LT Senior Debt (Global): A-; CI FC Long Term: A-; Outlook: STABLE; FC Short Term: A2; Moody's Bank Deposits LT: Baa3; Bank Deposits ST: P-3

Ownership PRIVATE SHAREHOLDERS (SAUDI ARABIAN) (90%), J.P. Morgan International Finance Limited (7.5%), Mizuho Corporate Bank, Limited, Tokyo, Tokyo, Japan (2.5%)

Chair Dr Abdulaziz O'Hali
Treas Bassam Jarrar, Hd, Trsy
Operations Yahya Al-Sulaiman, Grp Hd, Oper

*International Correspondents*
AED National Bank of Bahrain (B.S.C.), Abu Dhabi, SWIFT NBOB AE A1, Dept MAIN
AUD Australia and New Zealand Banking Group Limited, Melbourne, SWIFT ANZB AU 3M, Dept MAIN
BHD National Bank of Bahrain (B.S.C.), Manama, SWIFT NBOB BH BM, Dept MAIN
CAD Canadian Imperial Bank of Commerce, Toronto, SWIFT CIBC CA TT, Dept MAIN
CHF UBS AG, Zürich, SWIFT UBSW CH ZH 80A, Dept MAIN
DKK Danske Bank, Copenhagen, SWIFT DABA DK KK, Dept MAIN
GBP Barclays Bank PLC, London, SWIFT BARC GB 22, Dept MAIN
KWD The National Bank of Kuwait S.A.K., Safat, SWIFT NBOK KW KW, Dept MAIN
NOK DnB NOR Bank ASA, Oslo, SWIFT DNBA NO KK, Dept MAIN
OMR BankMuscat S.A.O.G., Muscat, SWIFT BMUS OM RX, Dept MAIN
SEK Skandinaviska Enskilda Banken, Stockholm, SWIFT ESSE SE SS, Dept MAIN
SGD The National Bank of Kuwait S.A.K., Singapore, SWIFT NBOK SG SG, Dept MAIN
USD Deutsche Bank Trust Company Americas, New York City, SWIFT BKTR US 33, Dept MAIN
USD JPMorgan Chase Bank, New York City, SWIFT CHAS US 33, Dept MAIN

RIYADH Branches 2; Other Domestic Offices 4

## Shamil Bank of Bahrain E.C.
Branch of Manama, Bahrain
King Faysal Foundation 8th Fl, al Olaia St
PO Box 352 (11411)
Telex 401180 FAISAL SJ
Tel (966-1) 4652255 x5083  Fax (966-1) 4653319

## ➤ RIYADH

**The National Commercial Bank**
Branch of Jeddah
Po Box 3533, Ksa (11481)
Tel (966-1) 479 2851  Fax (966-1) 476 1976

**SAMBA Financial Group**
Branch of Riyadh
SWIFT SAMB SA RI RFX

Saudi American Bank  changed title to SAMBA Financial Group, effective October, 2003.

**Saudi Hollandi Bank**
Branch of Riyadh
SWIFT AAAL SA RI RYD

## ➤ SAFWA

Saudi American Bank  changed title to SAMBA Financial Group, effective October, 2003.

## ➤ TABOUK

**Riyad Bank**
Branch of Riyadh
Prince Fahd Bin Sultan Street PO Box 755
Telex 681226 RYDX SJ

## ➤ TABUK                                                              Pop 74,825

Al Bank Al Saudi Al Fransi (Saudi French Bank) changed title to Banque Saudi Fransi, effective December, 2002.

**Banque Saudi Fransi**
Branch of Riyadh
King Abdul Aziz St PO Box 675
Telex 581188 SAFTAB SJ
Tel (966-4) 4326436

**Riyad Bank**
Branch of Riyadh
Main St, Al Manshiyah PO Box 72
Telex 681016
Tel (966-4) 4224792

**Saudi Hollandi Bank**
Branch of Riyadh
Awad Khalaf Al-Balawi Bldg,Al-Khamseen St
PO Box 856
Telex 681255 BSHTAB SJ
Tel (966-4) 4234384, 4234939, 4230976
Fax (966-4) 4230152

## ➤ TAIF                                                               Pop 300,000

Al Bank Al Saudi Al Fransi (Saudi French Bank) changed title to Banque Saudi Fransi, effective December, 2002.

**Banque Saudi Fransi**
Branch of Riyadh
Snobra St PO Box 1387
Tel (966-2) 7368268

**The Saudi British Bank**
Branch of Riyadh
King Faisal St, Al Aziziah PO Box 822
Telex 750331 SABB SJ  Cable SABRIT TAIF
Tel (966-2) 7361352

**Saudi Hollandi Bank**
Branch of Riyadh
Khonaifis Al-Thobaity Building, Shobra St
PO Box 1977
Telex 750340 BASHTF SJ  Cable SAUDILANDATF
Tel (966-2) 7361005, 7334904, 7335170
Fax (966-2) 7361009

## ➤ YANBU

**SAMBA Financial Group**
Branch of Riyadh
PO Box 30024
Telex 601968 SAMB SJ

Saudi American Bank  changed title to SAMBA Financial Group, effective October, 2003.

**Saudi Hollandi Bank**
Branch of Riyadh
Al-Nawad Commercial Center PO Box 30077
Tel (966-4) 3210714  Fax (966-4) 3210612

# SENEGAL

Population 10,852,147                        Continent Africa
Currency CFA West Franc - For further information   Area 75,749 sq miles
see Foreign Exchange Rates table
Languages French (official); Wolof, Putaar, Jola, Mandinka
Country Dialing Code 221
Capital City & Population Dakar - 1,490,450
Political Structure Republic
Primary Exports Fish, groundnuts (peanuts), petroleum products, phosphates, cotton
Primary Imports Foods and beverages, capital goods, fuels
Number of Banks in Country 11

Central Bank
    Banque Centrale des États de l'Afrique de l'Ouest Dakar

Please visit www.tgbr.com for more information on branches worldwide.

## ➤ DAKAR                                                              Pop 1,490,450

**Bank of Africa-Senegal**
Commercial Bank                              Current financial figures not reported
4, avenue Léopold Sédar SENGHOR (1992)
4, avenue Léopold Sédar Senghor
Tel (221) 849 62 40, 849 62 46
Fax (221) 842 16 67
SWIFT AFRI SN DA
E - Mail boase.dg@bkofafrica.com

**Banque Centrale des États de l'Afrique de l'Ouest**
Central Bank  Estb 1962                     Unconsolidated Financial Figures (In Billions)
Blvd du Général de Gaulle, angle rue 11 BP 3159   12/31/02         XAF          USD
Tel (221) 823 53 34, 823 13 30              Total Assets      5,672
Fax (221) 823 57 57                         Total Deposits    1,608
SWIFT BCAO SN DA  Telex 21839 BCEAO SG      Total Equity        877
Internet www.bceao.int                      Net Income           18
E - Mail akangni@bceao.int                  Asset Rank 876/2500 World  1/8 Country
Hrs Mon-Fri: 0900-1730
Chair Charles Konan Banny                   Trees Amadou Bachir, Dir Issuance

International Correspondents
GBP HSBC Bank plc, London, SWIFT MIDL GB 22, Dept MAIN
GBP Bank of England, London, SWIFT BKEN GB 2L, Dept MAIN
USD American Express Bank Ltd, New York City, SWIFT AEIB US 33, Dept MAIN
USD Citibank, N.A., New York City
DAKAR Branches 2; Other Domestic Offices 2; Foreign Offices 26

**Banque de l'Habitat du Sénégal**
Development Bank  Estb 1979                 Unconsolidated Financial Figures (In Millions)
69, Bd Général de Gaulle B.P. 229           12/31/03         XOF          USD
Tel (221) 839 33 33, 823.10.04              Total Assets    132,555
Fax (221) 823 80 43  Telex 699 999          Total Deposits   88,725
Internet www.iriaagency.com/bhs/index.php   Total Equity     20,400
E - Mail bhsdaf@telecomplus.sn              Net Income        2,057
Number of Employees 144                     Asset Rank 5/8 Country
Hrs 7:45-12:30 and 13:15-14:30, Mon-Thurs; 7:45-
13:30 and 14:45-15:45, Frid; Closed on Sat & Sun.
Ownership Banque Centrale des États de l'Afrique de l'Ouest, Dakar, PERSONNES MORALES
NATIONALES, PERSONNES PHYSIQUES NATIONALES, SOCIETE FINANCIERE INTERNATIONALE
STATE OF SENEGAL

Chair Mamadou Ndong                         Operations Pape Ahmet Wade, Ch Dept Opt
Pres Sidy Moctar Koundoul                   Marketing Mamadou Mbengue, Dir Mktg

International Correspondents
EUR Banco Bilbao Vizcaya Argentaria, S.A., Madrid, SWIFT BBVA ES MM FXD, Dept MAIN
EUR Banca Intesa spa, Milan, SWIFT BCIT IT M2, Dept MAIN
USD Citibank, N.A., New York City, SWIFT CITI US 33, Dept MAIN
XAF Banque Internationale du Congo (BIDC), Brazzaville, SWIFT CONI CG C1, Dept MAIN
XAF Banque Internationale pour le Commerce & l'Industrie du Gabon, Libreville, SWIFT BICI GA
       LX, Dept MAIN
XOF Citibank, N.A., Abidjan, SWIFT CITI CI AX, Dept MAIN

Other Domestic Offices 1; Foreign Offices 6

# SCOTLAND (See United Kingdom)

## Bank of Khartoum

Commercial Bank   Estb 1913
Qasr Street PO Box 1008
Tel (249-11) 772880  Fax (249-11) 774528
SWIFT BAKH SD KH
Telex 22181 BKHOF SD, 22066 BKHOF SD
Cable FOREIGN KHARTOUM KHARTOUM
Internet www.bank-of-khartoum.com
E - Mail bok@sudanmail.net

Memb Union of Arab Banks, Beirut, Lebanon
Ownership Bank of Sudan, Khartoum (99%)

Chair Ismail M Gurashi
Corr Bnkg K A Taha

| Unconsolidated Financial Figures (In Millions) | | |
|---|---|---|
| 12/31/02 | SDD | USD |
| Total Assets | 54,079 | 21 |
| Total Deposits | 33,298 | 13 |
| Total Equity | 3,425 | 1 |
| Net Income | 792 | — |

Asset Rank 3/9 Country

Forex K A Taha

International Correspondents
BHD  Arab Banking Corporation B.S.C., Manama, SWIFT ABCO BH BM, Dept MAIN
CHF  Credit Suisse First Boston, Zürich, SWIFT CRES CH ZZ 80A, Dept MAIN
CNY  Bank of China, Beijing, SWIFT BKCH CN BJ, Dept MAIN
GBP  Lloyds TSB Bank plc, London
GBP  HSBC Bank plc, London, SWIFT MIDL GB 22, Dept MAIN
INR  State Bank of India, Mumbai, SWIFT SBIN IN BB 521, Dept MAIN
SDD  National Bank of Sudan, Khartoum, SWIFT NBSU SD KH, Dept MAIN
TRL  Türkiye İş Bankasi A.Ş., İstanbul
USD  Deutsche Bank Trust Company Americas, New York City, SWIFT BKTR US 33, Dept MAIN

KHARTOUM Branches 11; Other Domestic Offices 45

## Bank of Sudan

Central Bank   Estb 1960
Gamaa Street P O Box 313
Tel (249-11) 780123  Fax (249-11) 780273
SWIFT BSDN SD KH
Telex 22352 EL BANK SD  Cable EL BANK
E - Mail cbank@sudanmail.net,
  sudanbank@sudanmail.net
Hrs 8-2; Closed Fri

Current financial figures not reported

Ownership STATE OF SUDAN

Intl Bnkg Mohamed El Kurdi          Forex Othman Besheir, Sub Gov

International Correspondents
EGP  Central Bank of Egypt, Cairo, SWIFT CBEG EG CX, Dept MAIN
GBP  Bank of England, London, SWIFT BKEN GB 2L, Dept MAIN
USD  Federal Reserve Bank of New York, New York City, SWIFT FRNY US 33 FX1, Dept MAIN

Other Domestic Offices 11

## The Blue Nile Bank Ltd

Changed title to Blue Nile Mashreq Bank, a new entity, due to a merger with the Sudanese branch of Mashreq Bank PSC.

## Blue Nile Mashreq Bank

Commercial Bank   Estb 1983
Parliament Street PO Box 964
Tel (249-11) 785815, 784 690, 784 693
Fax (249-11) 782562
Corr Bnkg Tel (249-11) 781354
Corr Bnkg Fax (249-11) 781354
SWIFT BLNI SD KH  Telex 22905
Internet www.bluenilebank.com
E - Mail bnbsudan@yahoo.com
Number of Employees 167
Hrs 8:30-14:30; Closed Fri

| Unconsolidated Financial Figures | | |
|---|---|---|
| 12/31/03 | SDD | USD |
| Total Assets | 16,757,878,149 | 6,404,023 |
| Total Deposits | 13,941,350,881 | 5,327,687 |
| Total Equity | 1,689,331,841 | 645,578 |
| Net Income | — | — |

Asset Rank 9/9 Country

Ownership Petro Salpetrolum (Sudanese Co) (73%), MashreqBank PSC, Dubai, United Arab Emirates (25%), Sudanese Shareholders (2%)

Chair Mohmed Ismail Mohamed

International Correspondents
EGP  National Bank of Sudan, Cairo, SWIFT NBSU EG CA, Dept MAIN, Acct No. 4
GBP  British Arab Commercial Bank Limited, London, SWIFT BACM GB 2L, Dept MAIN, Acct No. 0000107982
SAR  Al Rajhi Banking and Investment Corporation, Riyadh, SWIFT RJHI SA RI, Dept MAIN, Acct No. 1350/8

KHARTOUM Branches 4; Other Domestic Offices 6

**Citibank, N.A.**  a branch located at SDC Bldg St 19 New Extension, ceased operations.

## Commercial Real Estate Bank

Commercial Bank
Qasr Street PO Box 309
Tel (249-11) 777917  Fax (249-11) 779465
E - Mail sedho@sudanmail.net

Current financial figures not reported

## El Nilein Industrial Development Bank

Commercial Bank/Development Bank/Industrial Bank   Estb 1961
United Nations Sq PO Box 466
Tel (249-11) 771984, 780082  Fax (249-11) 780776
SWIFT ENID SD KH
Telex 22456  Cable SINAIE KM
Internet www.nidb.com
E - Mail nidbg@sudanmail.net
Number of Employees 1,395
Hrs 8:30-2:30

Current financial figures not reported

Memb Union of Arab Banks, Beirut, Lebanon
Ownership Bank of Sudan, Khartoum (99%)

Chair Waigelia Abdella El Noâa          Corr Bnkg Abdul Gadir Hassan, Corr Bnkg

International Correspondents
BHD  Bahrain Investment Bank, B.S.C., Manama
CHF  Crédit Lyonnais (Suisse) S.A., Geneva, SWIFT CRLY CH GG, Dept MAIN
EGP  Arab African International Bank, Cairo, SWIFT ARAI EG CX, Dept MAIN
EGP  Banque du Caire S.A.E., Cairo, SWIFT BCAI EG CX, Dept MAIN
IQD  Rasheed Bank, Baghdad, SWIFT RDBA IQ B1, Dept MAIN

KHARTOUM Branches 3; Other Domestic Offices 17; Foreign Offices 1

## Faisal Islamic Bank (Sudan)

Commercial Bank   Estb 1978
Ali Abdellatif Ave., Alfayhaa Bldg. P O Box 2415
Tel (249-11) 777920  Fax (249-11) 777034, 771714
SWIFT FISB SD KH
Telex FIBS 22915 SD  Cable BANKISLAMI KHAT
Internet www.fibsudan.com
Number of Employees 411
Hrs 8:30-14:30

| Consolidated Financial Figures (In Thousands) | | |
|---|---|---|
| 12/31/01 | SDD | |
| Total Assets | 13,696,456 | |
| Total Deposits | 9,564,736 | |
| Total Equity | — | |
| Net Income | — | |

Asset Rank 2/9 Country

Ownership other Islamic countries (56%), Sudanese nationals (44%)

Chair His Royal Highness Prince Saud

International Correspondents
AED  Dubai Islamic Bank Limited, Dubai, SWIFT DUIB AE AD, Dept Forex, Acct No. 01520002000
AED  Abu Dhabi Islamic Bank, Abu Dhabi, SWIFT ABDI AE AD, Dept Forex, Acct No. 1-016691-0
CHF  Arab Banking Corporation B.S.C., Manama, SWIFT ABCO BH BM, Dept Forex, Acct No. 226310-032
CHF  Shamil Bank of Bahrain E.C., Manama, SWIFT FIBH BH BM, Dept Forex, Acct No. 109-41009 004
CHF  Faisal Islamic Bank of Egypt, Cairo, SWIFT FIEG EG CX, Dept Forex, Acct No. 115600
CHF  Arab Bank for Investment and Foreign Trade, Abu Dhabi, SWIFT ABIN AE AA, Dept Forex, Acct No. 122017
CHF  The Arab Investment Company SAA, Manama, SWIFT TAIQ BH BM, Dept Forex, Acct No. 173549
EUR  British Arab Commercial Bank Limited, London, SWIFT BACM GB 2L, Dept Forex, Acct No. 100044
EUR  Faisal Islamic Bank of Egypt, Cairo, SWIFT FIEG EG CX, Dept Forex, Acct No. 115600
KWD  Kuwait Finance House K.S.C., Kuwait, SWIFT KFHO KW KW, Dept Forex, Acct No. 12
SAR  Arab Banking Corporation B.S.C., Manama, SWIFT ABCO BH BM, Dept Forex, Acct No. 226310-034
SAR  Shamil Bank of Bahrain E.C., Manama, SWIFT FIBH BH BM, Dept Forex, Acct No. 109-41009 002
SAR  Saba Islamic Bank, Sana'a, SWIFT SAAI YE SA, Dept Forex, Acct No. 114105
SAR  Faisal Islamic Bank of Egypt, Cairo, SWIFT FIEG EG CX, Dept Forex, Acct No. 115606
SAR  The Arab Investment Company SAA, Manama, SWIFT TAIQ BH BM, Dept Forex, Acct No. 173536
SAR  Riyad Bank, Riyadh, SWIFT RIBL SA RI, Dept Forex, Acct No. 30808
SAR  SAMBA Financial Group, Riyadh, SWIFT SAMB SA RI, Dept Forex, Acct No. 3743314
SAR  The National Commercial Bank, Jeddah, SWIFT NCBK SA JE, Dept Forex, Acct No. 55515006000100
SAR  Al Rajhi Banking and Investment Corporation, Riyadh, SWIFT RJHI SA RI, Dept Forex, Acct No. 60810100505516
USD  Arab Banking Corporation B.S.C., Manama, SWIFT ABCO BH BM, Dept Forex, Acct No. 226310-031
USD  Yemen Bank for Reconstruction and Development, Sana'a, SWIFT YBRD YE SA, Dept Forex, Acct No. 0010865764
USD  Qatar Islamic Bank SAQ, Doha, SWIFT QISB QA QA, Dept Forex, Acct No. 00200541
USD  Dubai Islamic Bank Limited, Dubai, SWIFT DUIB AE AD, Dept Forex, Acct No. 01520000
USD  National Bank of Pakistan, London, SWIFT NBPA GB 2L, Dept Forex, Acct No. 02020
USD  Abu Dhabi Islamic Bank, Abu Dhabi, SWIFT ABDI AE AD, Dept Forex, Acct No. 1-016
USD  British Arab Commercial Bank Limited, London, SWIFT BACM GB 2L, Dept Forex, Acct No. 105066
USD  Shamil Bank of Bahrain E.C., Manama, SWIFT FIBH BH BM, Dept Forex, Acct No. 001
USD  Kuwait Finance House K.S.C., Kuwait, SWIFT KFHO KW KW, Dept Forex, Acct No. 11
USD  American Express Bank Ltd, London, Dept Forex, Acct No. 113778
USD  Saba Islamic Bank, Sana'a, SWIFT SAAI YE SA, Dept Forex, Acct No. 114105
USD  Faisal Islamic Bank of Egypt, Cairo, SWIFT FIEG EG CX, Dept Forex, Acct No. 115600
USD  Arab Bank Plc, Amman, SWIFT ARAB JO AX, Dept Forex, Acct No. 118-899294-0910
USD  Arab Bank for Investment and Foreign Trade, Abu Dhabi, SWIFT ABIN AE AA, Dept Forex, Acct No. 122017
USD  Bank Saderat Iran, Tehran, SWIFT BSIR IR TH, Dept Forex, Acct No. 14015260
USD  The Arab Investment Company SAA, Manama, SWIFT TAIQ BH BM, Dept Forex, Acct No. 173068
USD  BNP Paribas, Zürich, Dept Forex, Acct No. 255369/1B
USD  Riyad Bank, Riyadh, SWIFT RIBL SA RI, Dept Forex, Acct No. 30808
USD  SAMBA Financial Group, Riyadh, SWIFT SAMB SA RI, Dept Forex, Acct No. 3771
USD  The National Commercial Bank, Jeddah, SWIFT NCBK SA JE, Dept Forex, Acct No. 55515006010310
USD  Al Rajhi Banking and Investment Corporation, Riyadh, SWIFT RJHI SA RI, Dept Forex, Acct No. 75210100505516
USD  The Bank of New York, New York City, SWIFT IRVT US 3N, Dept Forex, Acct No.

KHARTOUM Branches 5; Other Domestic Offices 5; Foreign Offices 4