Case 1:03-md-01570-GBD-SN  Document 1012-13  Filed 06/27/05  Page 1 of 4

# Thomson Bank Directory®

### December 2004 - May 2005

## WORLDWIDE CORRESPONDENTS & RESOURCE GUIDE

**REFERENCE**

**FOR USE IN LIBRARY ONLY**

**DO NOT REMOVE**



**IBAN Payment Resource**

The *IBAN Payment Resource* improves payment efficiency by enabling you to:

▸ Find the connected SWIFT/BIC for any IBAN
▸ Improve payment STP
▸ Identify the bank name and address
▸ Validate an IBAN

www.TFPIBAN.com

Registrar of U.S. Routing & Transit Numbers
www.TFP.com

May 2005 Directory its Guide

December 2004-May 2005
Thomson Bank Directory
Worldwide Correspondents Guide

Case 1:03-md-01570-GBD-SN   Document 1012-13   Filed 06/27/05   Page 2 of 4

SÃO TOME AND PRINCIPE – SAUDI ARABIA    465

# SÃO TOME AND PRINCIPE

## SÃO TOMÉ

**BISTP Banco International de S. Tome e Principe, S.A.R.L.**
Praça da Independência 3
Tel  (239-2) 21436   Fax  (239-2) 23462
Prin Corr
EUR   ING Belgique, Brussels, SWIFT BBRU BE BB, Dept Main Ofc
EUR   Svenska Handelsbanken AB (publ), Stockholm, SWIFT HAND SE SS, Dept Main Ofc
USD   Caixa Geral de Depósitos, New York City, SWIFT CGDI US 33, Dept MAIN
XAF   Ecobank-Bénin SA, Cotonou, SWIFT ECOC BJ BJ, Dept Main Ofc, Acct No. 020-110-005
XAF   Banque Internationale pour le Commerce & l'Industrie du Gabon, Libreville, SWIFT BICI GA LX, Dept Main Ofc, Acct No. 090070.083 526 000/29

# SAUDI ARABIA

## AL-KHOBAR

**Arab Petroleum Investments Corporation (APICORP)**
King Abdul Aziz, Dhahran Airport
Tel  (966-3) 8647400   Fax  (966-3) 8945076
Prin Corr
SAR   The National Commercial Bank, Jeddah, SWIFT NCBK SA JE, Dept MAIN
USD   Deutsche Bank Aktiengesellschaft, New York City, SWIFT DEUT US 33, Dept MAIN

## JEDDAH

**Bank Al-Jazira**
Khalid Bin Al Walid Street  (21442)
Tel  (966-2) 651 8070   Fax  (966-2) 653 2478
Prin Corr
AED   Emirates Bank International Limited, Dubai, SWIFT EBIL AE AD, Dept MAIN
AUD   National Australia Bank Limited, Melbourne, SWIFT NATA AU 33, Dept MAIN
BDT   Sonali Bank, Dhaka, SWIFT BSON BD DH, Dept MAIN, Acct No. B-40
BHD   Habib Bank Ltd., Manama, SWIFT HABB BH BM, Dept MAIN, Acct No. 1209000001
CHF   Credit Suisse First Boston, Zürich, SWIFT CRES CH ZZ 80A, Dept Main Ofc, Acct No. 8350099962583010
EGP   American Express Bank Ltd, Cairo, SWIFT AEIB EG CX, Dept MAIN, Acct No. 00 00 601966 000
EUR   Deutsche Bank Aktiengesellschaft, Frankfurt, SWIFT DEUT DE FF, Dept MAIN, Acct No. 957 1183 10
GBP   Barclays Bank PLC, London, SWIFT BARC GB 22, Dept MAIN, Acct No. 10631566
INR   Union Bank of India, Mumbai, SWIFT UBIN IN BB, Dept MAIN, Acct No. 37072
JOD   Jordan Islamic Bank for Finance and Investment, Amman, SWIFT JIBA JO AM, Dept MAIN, Acct No. 001 0009618 01 2321 002
JPY   Sumitomo Mitsui Banking Corporation, Tokyo, SWIFT SMBC JP JT, Dept MAIN, Acct No. 5170
KWD   The National Bank of Kuwait S.A.K., Kuwait, SWIFT NBOK KW KW, Dept MAIN
PKR   National Bank of Pakistan, Lahore, SWIFT NBPA PK KA 02L, Dept MAIN, Acct No. 17-10696-4
QAR   Doha Bank , Doha, SWIFT DOHB QA QA, Dept MAIN, Acct No. 00-98-231300
SGD   Habib Bank Ltd., Singapore, SWIFT HABB SG SG, Dept MAIN, Acct No. 3/003067.4
USD   American Express Bank Ltd, New York City, SWIFT AEIB US 33, Dept MAIN, Acct No. 704015

**Islamic Development Bank**
Mina Road, Qasr Khuzam Area  (21432)
Tel  (966-2) 636 1400   Fax  (966-2) 636 6871
Prin Corr
BHD   Arab Banking Corporation B.S.C., Manama, SWIFT ABCO BH BM, Dept MAIN
BHD   Gulf International Bank B.S.C., Manama, SWIFT GULF BH BM, Dept MAIN
EUR   Union de Banques Arabes et Françaises - U.B.A.F., Neuilly-Sur-Seine, SWIFT UBAF FR PP, Dept Main Ofc, Acct No. 09696500151.0
GBP   Gulf International Bank B.S.C., London, SWIFT GULF GB 2L, Dept MAIN
GBP   Gulf International Bank (UK) Ltd., London, SWIFT SINT GB 2L, Dept MAIN

**The National Commercial Bank**
King Abdul Aziz Street  (21481)
Tel  (966-2) 649 3333   Fax  (966-2) 644 9474
Prin Corr
GBP   Bank of America, National Association, London, SWIFT BOFA GB 22, Dept MAIN
GBP   HSBC Bank plc, London, SWIFT MIDL GB 22, Dept MAIN
GBP   National Westminster Bank PLC, London, SWIFT NWBK GB 2L, Dept MAIN
USD   Bank of America, National Association, Charlotte, SWIFT BOFA US 3N CHA, Dept MAIN
USD   Standard Chartered Bank, London, SWIFT SCBL GB 2L, Dept MAIN
USD   American Express Bank Ltd, New York City, SWIFT AEIB US 33, Dept MAIN
USD   Deutsche Bank Trust Company Americas, New York City, SWIFT BKTR US 33, Dept MAIN
USD   The Bank of New York, New York City, SWIFT IRVT US 3N, Dept MAIN
USD   JPMorgan Chase Bank, New York City, SWIFT CHAS US 33, Dept MAIN
USD   Citibank, N.A., New York City
USD   The National Bank of Kuwait S.A.K., Kuwait, SWIFT NBOK KW KW, Dept MAIN
USD   Wachovia Bank, National Association, Charlotte, SWIFT PNBP US 33 CHA, Dept MAIN

## RIYADH

**Al Rajhi Banking and Investment Corporation**
PO Box 28  (11411)
Tel  (966-1) 460 1000   Fax  (966-1) 460 1928
Prin Corr
CHF   UBS AG, Zürich, SWIFT UBSW CH ZH 80A, Dept MAIN
CNY   Bank of China, Beijing, SWIFT BKCH CN BJ, Dept MAIN
DKK   Nordea Bank Danmark A/S, Copenhagen, SWIFT NDEA DK KK, Dept MAIN
EUR   Raiffeisen Zentralbank Österreich AG, Vienna, SWIFT RZBA AT WW, Dept Main Ofc, Acct No. 000.50.033703
EUR   Banco Bilbao Vizcaya Argentaria, S.A., Madrid, SWIFT BBVA ES MM FXD, Dept Main Ofc, Acct No. 2613-9
EUR   ING Belgique, Brussels, SWIFT BBRU BE BB, Dept Main Ofc, Acct No. 301.Q187947-42-001
EUR   ING Bank N.V., Amsterdam, SWIFT INGB NL 2A, Dept Main Ofc, Acct No. 50907972
EUR   Banque Saradar France, Paris, SWIFT SARF FR PP, Dept Main Ofc, Acct No. 5700500004
EUR   Deutsche Bank Aktiengesellschaft, Frankfurt, SWIFT DEUT DE FF, Dept Main Ofc, Acct No. 9571159/00
GBP   Barclays Bank PLC, London
SGD   Standard Chartered Bank, Singapore
USD   Bank of America, National Association, Charlotte, SWIFT BOFA US 3N CHA, Dept MAIN
USD   Standard Chartered Bank, London, SWIFT SCBL GB 2L, Dept MAIN
USD   American Express Bank Ltd, New York City, SWIFT AEIB US 33, Dept MAIN
USD   JPMorgan Chase Bank, New York City, SWIFT CHAS US 33, Dept MAIN
USD   Wachovia Bank, National Association, Charlotte, SWIFT PNBP US 33 CHA, Dept MAIN

**The Arab Investment Company SAA**
King Abdul Aziz Rd  (11491)
Tel  (966-1) 476 0601   Fax  (966-1) 476 0514
Prin Corr
GBP   Barclays Bank PLC, London
GBP   National Westminster Bank PLC, London, SWIFT NWBK GB 2L, Dept MAIN
SAR   The Saudi British Bank, Riyadh, SWIFT SABB SA RI, Dept MAIN
SAR   Banque Saudi Fransi, Riyadh, SWIFT BSFR SA RI, Dept MAIN
USD   JPMorgan Chase Bank, New York City, SWIFT CHAS US 33, Dept MAIN

**Banque Saudi Fransi**
Ma'ather Road
Tel  (966-1) 404 2222   Fax  (966-1) 404 2311
Prin Corr
AED   Standard Chartered Bank, Dubai, SWIFT SCBL AE AD, Dept MAIN, Acct No. 00022630761-01
AUD   Westpac Banking Corporation, Sydney, SWIFT WPAC AU 2S, Dept MAIN, Acct No. AAF0006977
BHD   National Bank of Bahrain (B.S.C.), Manama, SWIFT NBOB BH BM, Dept MAIN, Acct No. 99036696
CAD   Bank of Montreal, Toronto, SWIFT BOFM CA T2 HBC, Dept MAIN, Acct No. 1007226
CHF   Credit Agricole Indosuez (Suisse) SA, Lausanne, SWIFT BSUI CH 22, Dept Main Ofc, Acct No. 2001 966 A 0001 CHF
CYP   Bank of Cyprus Limited, Nicosia, SWIFT BCYP CY 2N, Dept MAIN, Acct No. 0143-5001507-00
DKK   Danske Bank, Copenhagen, SWIFT DABA DK KK, Dept Main Ofc, Acct No. 3007518617
EGP   Egyptian American Bank S.A.E., Cairo, SWIFT EAMB EG CX, Dept Main Ofc, Acct No. 600508460001002/02
EUR   Credit Agricole S.A., Paris, SWIFT AGRI FR PP, Dept MAIN, Acct No. 201 3600 5000
GBP   HSBC Bank plc, London, SWIFT MIDL GB 22, Dept MAIN, Acct No. 35210424
INR   Standard Chartered Bank, Mumbai, SWIFT SCBL IN BB, Dept MAIN, Acct No. 22205244617
JOD   Arab Bank Plc, Amman, SWIFT ARAB JO AX PBD, Dept MAIN, Acct No. 0100-895217-5/900
JPY   The Bank of Tokyo-Mitsubishi, Ltd, Tokyo, SWIFT BOTK JP JT, Dept MAIN, Acct No. 653-0460990
KWD   The National Bank of Kuwait S.A.K., Kuwait, SWIFT NBOK KW KW, Dept MAIN, Acct No. 0003921890101
MYR   Alliance Bank Malaysia Berhad, Kuala Lumpur, SWIFT MFBB MY KL, Dept MAIN, Acct No. 229160172
NOK   DnB NOR Bank ASA, Oslo, SWIFT DNBA NO KK, Dept MAIN, Acct No. 7004 02 04 847
OMR   Oman Arab Bank (SAOC), Muscat, SWIFT OMAB OM RU, Dept Main Ofc, Acct No. 554830-500
PHP   Bank of the Philippine Islands, Metropolitan Manila, SWIFT BOPI PH MM, Dept Main Ofc, Acct No. 0011-1515--82
QAR   Qatar National Bank (S.A.Q.), Doha, SWIFT QNBA QA QA, Dept Main Ofc, Acct No. 0001-800230-001
SEK   Skandinaviska Enskilda Banken, Stockholm, SWIFT ESSE SE SS, Dept MAIN, Acct No. 5201.85.313.79
SGD   Standard Chartered Bank, Singapore, SWIFT SCBL SG SG, Dept MAIN, Acct No. 01-093-0578-7
THB   Calyon, Bangkok, SWIFT BSUI TH BK, Dept Main Ofc, Acct No. 82024-031-0029
USD   Citibank, N.A., New York City, SWIFT CITI US 33, Dept MAIN, Acct No. 36144567
YER   Calyon, Sana'a, SWIFT BSUI YE SA, Dept Main Ofc, Acct No. 82000-012-00-15

**Riyad Bank**
King Abdul Aziz Road  (11416)
Tel  (966-1) 401 3030    Fax  (966-1) 404 2707
Prin Corr
AED    Emirates Bank International Limited, Dubai, SWIFT EBIL AE AD, Dept MAIN, Acct No. 0004-840274-784
AUD    Westpac Banking Corporation, Sydney, SWIFT WPAC AU 2S, Dept Main Ofc, Acct No. RIY 000 1979
AUD    National Australia Bank Limited, Melbourne, SWIFT NATA AU 33, Dept MAIN, Acct No. RIYAD BANK
BHD    Standard Chartered Bank, Manama, SWIFT SCBL BH BM, Dept Main Ofc, Acct No. 00 01 0394076 01
CAD    Bank of Montreal, Montreal, SWIFT BOFM CA M2, Dept Main Ofc, Acct No. 1040571
CHF    Credit Suisse First Boston, Zürich, SWIFT CRES CH ZZ 80A, Dept Main Ofc, Acct No. 0835-0991640-63-000
DKK    Danske Bank, Copenhagen, SWIFT DABA DK KK, Dept Main Ofc, Acct No. 3996008568
EGP    National Bank of Egypt, Cairo, SWIFT NBEG EG CX, Dept Main Ofc, Acct No. 05 0025 00235
EGP    Banque Misr, Cairo, SWIFT BMIS EG CX, Dept Main Ofc, Acct No. 140-37-60029-8
EUR    Deutsche Bank Aktiengesellschaft, Frankfurt, SWIFT DEUT DE FF, Dept MAIN, Acct No. 957094610
GBP    Lloyds TSB Bank plc, London, SWIFT LOYD GB 2L, Dept MAIN, Acct No. 1062809
INR    Standard Chartered Bank, Mumbai, SWIFT SCBL IN BB, Dept MAIN, Acct No. 22205015715
JOD    Jordan National Bank Plc, Amman, SWIFT JONB JO AX, Dept Main Ofc, Acct No. 98-10-303123-905218-99
JPY    Sumitomo Mitsui Banking Corporation, Tokyo, SWIFT SMBC JP JT, Dept MAIN, Acct No. 3148
KWD    The National Bank of Kuwait S.A.K., Kuwait, SWIFT NBOK KW KW, Dept MAIN, Acct No. 0005112340101
MAD    Banque Marocaine du Commerce Extérieur, Casablanca, SWIFT BMCE MA MC, Dept Main Ofc, Acct No. 7800000126008914240
NOK    DnB NOR Bank ASA, Oslo, SWIFT DNBA NO KK, Dept Main Ofc, Acct No. 7001-02-27036
NZD    Bank of New Zealand, Wellington, SWIFT BKNZ NZ 22 TVL, Dept MAIN, Acct No. 232419-000
OMR    Oman International Bank, Muscat, SWIFT OIBA OM MX, Dept Main Ofc, Acct No. 19-102151-01
PKR    The Muslim Commercial Bank Limited, Karachi, SWIFT MUCB PK KA, Dept Main Ofc, Acct No. 08559
QAR    Qatar National Bank (S.A.Q.), Doha, SWIFT QNBA QA QA, Dept Main Ofc, Acct No. 0001-819830-001
SEK    Skandinaviska Enskilda Banken, Stockholm, SWIFT ESSE SE SS, Dept Main Ofc, Acct No. 5201-85-295-36
SGD    Oversea-Chinese Banking Corporation Limited, Singapore, SWIFT OCBC SG SG, Dept Main Ofc, Acct No. 085567001
SYP    Commercial Bank of Syria (Banque Commerciale de Syrie SA), Damascus, SWIFT CMSY SY DA, Dept Main Ofc, Acct No. 2-370
USD    JPMorgan Chase Bank, New York City, SWIFT CHAS US 33, Dept Main Ofc, Acct No. 544-7-40189
YER    Yemen Bank for Reconstruction and Development, Sana'a, SWIFT YBRD YE SA, Dept Main Ofc, Acct No. 010014
ZAR    ABSA Bank Limited, Johannesburg, SWIFT ABSA ZA JJ, Dept MAIN, Acct No. 707869-ZAR-6712-01

**SAMBA Financial Group**
Old Airport St  (11421)
Tel  (966-1) 4774770    Fax  (966-1) 479 9317
Prin Corr
CAD    Citibank Canada, Montreal
EGP    Citibank, N.A., Cairo, SWIFT CITI EG CX, Dept MAIN
GBP    Citibank, N.A., London, SWIFT CITI GB 2L, Dept MAIN
HKD    Citibank, N.A., Hong Kong Island, SWIFT CITI HK HX PBG, Dept MAIN
USD    Citibank, N.A., New York City

**Saudi Arabian Monetary Agency**
Tel  (966-1) 466 3300    Fax  (966-1) 463 3703
Prin Corr
USD    JPMorgan Chase Bank, New York City, SWIFT CHAS US 33, Dept MAIN
USD    Citibank, N.A., New York City, SWIFT CITI US 33, Dept MAIN

**The Saudi British Bank**
Prince Abdulaziz Bin Mossaid Bin Jalawi Street Dabbab  (11413)
Tel  (966-1) 405 0677    Fax  (966-1) 405 0660
Prin Corr
AED    HSBC Bank Middle East, Dubai, SWIFT BBME AE AD, Dept MAIN, Acct No. 20-194635-001
AUD    HSBC Bank Australia Limited, Melbourne, SWIFT HKBA AU 2S MEL, Dept MAIN, Acct No. 001-795483-041
BDT    The Hongkong and Shanghai Banking Corporation Limited, Dhaka, SWIFT HSBC BD DH, Dept MAIN, Acct No. 001-003060-097
BHD    HSBC Bank Middle East, Manama, SWIFT BBME BH BX, Dept MAIN, Acct No. 048-814011-056
CAD    HSBC Bank Canada, Toronto, SWIFT HKBC CA TT, Dept MAIN, Acct No. 930-131096-060
CHF    UBS AG, Zürich, SWIFT UBSW CH ZH 80A, Dept MAIN, Acct No. 85701-05-E
CYP    The Cyprus Popular Bank Limited, Nicosia, SWIFT LIKI CY 2N SMK, Dept MAIN, Acct No. 189-21000451
DKK    Danske Bank, Copenhagen, SWIFT DABA DK KK, Dept MAIN, Acct No. 300 7521219
EGP    HSBC Bank Egypt SAE, Cairo, SWIFT EBBK EG CX, Dept MAIN, Acct No. 001-007509-001
EUR    Banco Bilbao Vizcaya Argentaria, S.A., Madrid, SWIFT BBVA ES MM, Dept MAIN, Acct No. 0182 0061 79 008 012267
EUR    Raiffeisen Zentralbank Österreich AG, Vienna, SWIFT RZBA AT WW, Dept MAIN, Acct No. 1-50-097-708
EUR    Credit Agricole S.A., Paris, SWIFT AGRI FR PP, Dept MAIN, Acct No. 2027679000
EUR    Rabobank Nederland, Utrecht, SWIFT RABO NL 2U, Dept MAIN, Acct No. 3908.23.198
EUR    Commerzbank Aktiengesellschaft, Frankfurt, SWIFT COBA DE FF, Dept MAIN, Acct No. 400 88 23 304 01
EUR    KBC Bank, Brussels, SWIFT KRED BE BB, Dept MAIN, Acct No. 480-9186117-31
EUR    Allied Irish Banks p.l.c., Dublin, SWIFT AIBK IE 2D, Dept MAIN, Acct No. 8236166
EUR    UniCredito Italiano S.p.A., Milan, SWIFT UNCR IT MM, Dept MAIN, Acct No. 995-887 4000
GBP    HSBC Bank plc, London, SWIFT MIDL GB 22, Dept MAIN, Acct No. 39094701
HKD    The Hongkong and Shanghai Banking Corporation Limited, Hong Kong Island, SWIFT HSBC HK HH, Dept MAIN, Acct No. 11-162681-001
INR    The Hongkong and Shanghai Banking Corporation Limited, Mumbai, SWIFT HSBC IN BB, Dept MAIN, Acct No. 002-487114-001
JPY    The Hongkong and Shanghai Banking Corporation Limited, Tokyo, SWIFT HSBC JP JT, Dept MAIN, Acct No. 009-082040-026
KWD    The Bank of Kuwait and the Middle East K.S.C., Kuwait, SWIFT BKME KW KW, Dept MAIN, Acct No. 11-906 028
LKR    The Hongkong and Shanghai Banking Corporation Limited, Colombo, SWIFT HSBC LK LX, Dept MAIN, Acct No. 001-309947-001
MYR    HSBC Bank Malaysia Berhad, Kuala Lumpur, SWIFT HBMB MY KL, Dept MAIN, Acct No. 318-100559-016
NOK    DnB NOR Bank ASA, Oslo, SWIFT DNBA NO KK, Dept MAIN, Acct No. 70010227044
NZD    ANZ National Bank Limited, Wellington, SWIFT ANZB NZ 22, Dept MAIN, Acct No. 233213-00001
PHP    The Hongkong and Shanghai Banking Corporation Limited, Metropolitan Manila, SWIFT HSBC PH MM, Dept MAIN, Acct No. 000-082040-080
PKR    The Hongkong and Shanghai Banking Corporation Limited, Karachi, SWIFT HSBC PK KX, Dept MAIN, Acct No. 001-007400-001
QAR    HSBC Bank Middle East, Doha, SWIFT BBME QA QX, Dept MAIN, Acct No. 048660039-146
SEK    Skandinaviska Enskilda Banken, Stockholm, SWIFT ESSE SE SS, Dept MAIN, Acct No. 5201-85-28076
SGD    The Hongkong and Shanghai Banking Corporation Limited, Singapore, SWIFT HSBC SG SG, Dept MAIN, Acct No. 41-157578-001

**Saudi Hollandi Bank**
Al-Dhabab Street  (11431)
Tel  (966-1) 401 0288    Fax  (966-1) 403 1104
Prin Corr
AUD    Australia and New Zealand Banking Group Limited, Melbourne, SWIFT ANZB AU 3M, Dept MAIN
DKK    Danske Bank, Copenhagen, SWIFT DABA DK KK, Dept MAIN
EGP    American Express Bank Ltd, Cairo, SWIFT AEIB EG CX, Dept MAIN
EUR    ABN AMRO Bank N.V., Amsterdam, SWIFT ABNA NL 2A, Dept MAIN, Acct No. 52-31-62-499
EUR    Deutsche Bank Aktiengesellschaft, Frankfurt, SWIFT DEUT DE FF, Dept MAIN, Acct No. 9570805
GBP    ABN AMRO Bank N.V., London, SWIFT ABNA GB 2A, Dept MAIN
HKD    ABN AMRO Bank N.V., Hong Kong Island, SWIFT ABNA HK HH, Dept MAIN
JPY    ABN AMRO Bank N.V., Tokyo, SWIFT ABNA JP JT, Dept MAIN
MYR    ABN AMRO Bank N.V., Kuala Lumpur, SWIFT ABNA MY KL, Dept MAIN
SGD    ABN AMRO Bank N.V., Singapore, SWIFT ABNA SG SG, Dept MAIN

**The Saudi Investment Bank**
Al Ma'ather Road  (11481)
Tel  (966-1) 477 8433    Fax  (966-1) 477 6781
Prin Corr
AED    National Bank of Bahrain (B.S.C.), Abu Dhabi, SWIFT NBOB AE A1, Dept MAIN
AUD    Australia and New Zealand Banking Group Limited, Melbourne, SWIFT ANZB AU 3M, Dept MAIN
BHD    National Bank of Bahrain (B.S.C.), Manama, SWIFT NBOB BH BM, Dept MAIN
CAD    Canadian Imperial Bank of Commerce, Toronto, SWIFT CIBC CA TT, Dept MAIN
CHF    UBS AG, Zürich, SWIFT UBSW CH ZH 80A, Dept MAIN
DKK    Danske Bank, Copenhagen, SWIFT DABA DK KK, Dept MAIN
GBP    Barclays Bank PLC, London, SWIFT BARC GB 22, Dept MAIN
KWD    The National Bank of Kuwait S.A.K., Kuwait, SWIFT NBOK KW KW, Dept MAIN
NOK    DnB NOR Bank ASA, Oslo, SWIFT DNBA NO KK, Dept MAIN
OMR    BankMuscat S.A.O.G., Muscat, SWIFT BMUS OM RX, Dept MAIN
SEK    Skandinaviska Enskilda Banken, Stockholm, SWIFT ESSE SE SS, Dept MAIN
SGD    The National Bank of Kuwait S.A.K., Singapore, SWIFT NBOK SG SG, Dept MAIN
USD    Deutsche Bank Trust Company Americas, New York City, SWIFT BKTR US 33, Dept MAIN
USD    JPMorgan Chase Bank, New York City, SWIFT CHAS US 33, Dept MAIN

# SENEGAL

# DAKAR

**Banque Centrale des États de l'Afrique de l'Ouest**
Blvd du Général de Gaulle, angle rue 11
Tel  (221) 823 53 34    Fax  (221) 823 57 57
Prin Corr
GBP    HSBC Bank plc, London, SWIFT MIDL GB 22, Dept MAIN
GBP    Bank of England, London, SWIFT BKEN GB 2L, Dept MAIN
USD    American Express Bank Ltd, New York City, SWIFT AEIB US 33, Dept MAIN
USD    Citibank, N.A., New York City

**Al Baraka Bank (Sudan)** continued
| | |
|---|---|
| JOD | Jordan Islamic Bank for Finance and Investment, Amman, SWIFT JIBA JO AM, Dept MAIN |
| KWD | Kuwait Finance House K.S.C., Kuwait, SWIFT KFHO KW KW, Dept MAIN |
| QAR | Qatar International Islamic Bank, Doha, SWIFT QIIB QA QA, Dept MAIN |
| SAR | The National Commercial Bank, Jeddah, SWIFT NCBK SA JE, Dept MAIN |
| SAR | Saudi Hollandi Bank, Riyadh, SWIFT AAAL SA RI, Dept MAIN |
| SAR | The Saudi British Bank, Riyadh, SWIFT SABB SA RI, Dept MAIN |
| SAR | Al Rajhi Banking and Investment Corporation, Riyadh, SWIFT RJHI SA RI, Dept MAIN |
| SAR | SAMBA Financial Group, Riyadh, SWIFT SAMB SA RI, Dept MAIN |
| YER | Tadhamon Islamic Bank, Sana'a, SWIFT TIBK YE SA, Dept MAIN |

**Bank of Khartoum**
Qasr Street
Tel (249-11) 772880   Fax (249-11) 774528
Prin Corr
| | |
|---|---|
| BHD | Arab Banking Corporation B.S.C., Manama, SWIFT ABCO BH BM, Dept MAIN |
| CHF | Credit Suisse First Boston, Zürich, SWIFT CRES CH ZZ 80A, Dept MAIN |
| CNY | Bank of China, Beijing, SWIFT BKCH CN BJ, Dept MAIN |
| GBP | Lloyds TSB Bank plc, London |
| GBP | HSBC Bank plc, London, SWIFT MIDL GB 22, Dept MAIN |
| INR | State Bank of India, Mumbai, SWIFT SBIN IN BB 521, Dept MAIN |
| SDD | National Bank of Sudan, Khartoum, SWIFT NBSU SD KH, Dept MAIN |
| TRL | Türkiye İş Bankasi A.Ş., İstanbul |
| USD | Deutsche Bank Trust Company Americas, New York City, SWIFT BKTR US 33, Dept MAIN |

**Bank of Sudan**
Gamaa Street
Tel (249-11) 780123   Fax (249-11) 780273
Prin Corr
| | |
|---|---|
| EGP | Central Bank of Egypt, Cairo, SWIFT CBEG EG CX, Dept MAIN |
| GBP | Bank of England, London, SWIFT BKEN GB 2L, Dept MAIN |
| USD | Federal Reserve Bank of New York, New York City, SWIFT FRNY US 33 FX1, Dept MAIN |

**Blue Nile Mashreq Bank**
Parliament Street
Tel (249-11) 785815   Fax (249-11) 782562
Prin Corr
| | |
|---|---|
| EGP | National Bank of Sudan, Cairo, SWIFT NBSU EG CA, Dept MAIN, Acct No. 4 |
| GBP | British Arab Commercial Bank Limited, London, SWIFT BACM GB 2L, Dept MAIN, Acct No. 0000107982 |
| SAR | Al Rajhi Banking and Investment Corporation, Riyadh, SWIFT RJHI SA RI, Dept MAIN, Acct No. 1350/8 |

**El Nilein Industrial Development Bank**
United Nations Sq
Tel (249-11) 771984   Fax (249-11) 780776
Prin Corr
| | |
|---|---|
| BHD | Bahrain Investment Bank, B.S.C., Manama |
| CHF | Crédit Lyonnais (Suisse) S.A., Geneva, SWIFT CRLY CH GG, Dept MAIN |
| EGP | Arab African International Bank, Cairo, SWIFT ARAI EG CX, Dept MAIN |
| EGP | Banque du Caire S.A.E., Cairo, SWIFT BCAI EG CX, Dept MAIN |
| IQD | Rasheed Bank, Baghdad, SWIFT RDBA IQ B1, Dept MAIN |

**Faisal Islamic Bank (Sudan)**
Ali Abdellatif Ave. Alfayhaa Bldg.
Tel (249-11) 777920   Fax (249-11) 777034
Prin Corr
| | |
|---|---|
| AED | Dubai Islamic Bank Limited, Dubai, SWIFT DUIB AE AD, Dept Forex, Acct No. 015200200601 |
| AED | Abu Dhabi Islamic Bank, Abu Dhabi, SWIFT ABDI AE AD, Dept Forex, Acct No. 1-016561-5 |
| CHF | Arab Banking Corporation B.S.C., Manama, SWIFT ABCO BH BM, Dept Forex, Acct No. 0001-226310-032 |
| CHF | Shamil Bank of Bahrain E.C., Manama, SWIFT FIBH BH BM, Dept Forex, Acct No. 109-4100239-004 |
| CHF | Faisal Islamic Bank of Egypt, Cairo, SWIFT FIEG EG CX, Dept Forex, Acct No. 115600 |
| CHF | Arab Bank for Investment and Foreign Trade, Abu Dhabi, SWIFT ABIN AE AA, Dept Forex, Acct No. 122017 |
| CHF | The Arab Investment Company SAA, Manama, SWIFT TAIQ BH BM, Dept Forex, Acct No. 173549 |
| EUR | British Arab Commercial Bank Limited, London, SWIFT BACM GB 2L, Dept Forex, Acct No. 100044 |
| EUR | Faisal Islamic Bank of Egypt, Cairo, SWIFT FIEG EG CX, Dept Forex, Acct No. 115600 |
| KWD | Kuwait Finance House K.S.C., Kuwait, SWIFT KFHO KW KW, Dept Forex, Acct No. 12200003 8 |
| SAR | Arab Banking Corporation B.S.C., Manama, SWIFT ABCO BH BM, Dept Forex, Acct No. 0001-226310-034 |
| SAR | Shamil Bank of Bahrain E.C., Manama, SWIFT FIBH BH BM, Dept Forex, Acct No. 109-4100239-002 |
| SAR | Saba Islamic Bank, Sana'a, SWIFT SAAI YE SA, Dept Forex, Acct No. 114105 |
| SAR | Faisal Islamic Bank of Egypt, Cairo, SWIFT FIEG EG CX, Dept Forex, Acct No. 115600 |
| SAR | The Arab Investment Company SAA, Manama, SWIFT TAIQ BH BM, Dept Forex, Acct No. 173536 |
| SAR | Riyad Bank, Riyadh, SWIFT RIBL SA RI, Dept Forex, Acct No. 30808 |
| SAR | SAMBA Financial Group, Riyadh, SWIFT SAMB SA RI, Dept Forex, Acct No. 3743314 |
| SAR | The National Commercial Bank, Jeddah, SWIFT NCBK SA JE, Dept Forex, Acct No. 55515006000100 |
| SAR | Al Rajhi Banking and Investment Corporation, Riyadh, SWIFT RJHI SA RI, Dept Forex, Acct No. 60810100505516 |
| USD | Arab Banking Corporation B.S.C., Manama, SWIFT ABCO BH BM, Dept Forex, Acct No. 0001-226310-031 |
| USD | Yemen Bank for Reconstruction and Development, Sana'a, SWIFT YBRD YE SA, Dept Forex, Acct No. 0010865764 |
| USD | Qatar Islamic Bank SAQ, Doha, SWIFT QISB QA QA, Dept Forex, Acct No. 00202541 |
| USD | Dubai Islamic Bank Limited, Dubai, SWIFT DUIB AE AD, Dept Forex, Acct No. 015200400602 |
| USD | National Bank of Pakistan, London, SWIFT NBPA GB 2L, Dept Forex, Acct No. 02/02448/02 |
| USD | Abu Dhabi Islamic Bank, Abu Dhabi, SWIFT ABDI AE AD, Dept Forex, Acct No. 1-016560-5 |
| USD | British Arab Commercial Bank Limited, London, SWIFT BACM GB 2L, Dept Forex, Acct No. 105066 |
| USD | Shamil Bank of Bahrain E.C., Manama, SWIFT FIBH BH BM, Dept Forex, Acct No. 109-4100239-001 |
| USD | Kuwait Finance House K.S.C., Kuwait, SWIFT KFHO KW KW, Dept Forex, Acct No. 1122002014 |
| USD | American Express Bank Ltd, London, Dept Forex, Acct No. 113778 |
| USD | Saba Islamic Bank, Sana'a, SWIFT SAAI YE SA, Dept Forex, Acct No. 114105 |
| USD | Faisal Islamic Bank of Egypt, Cairo, SWIFT FIEG EG CX, Dept Forex, Acct No. 115600 |
| USD | Arab Bank Plc, Amman, SWIFT ARAB JO AX, Dept Forex, Acct No. 118-899294-0/910 |
| USD | Arab Bank for Investment and Foreign Trade, Abu Dhabi, SWIFT ABIN AE AA, Dept Forex, Acct No. 122017 |
| USD | Bank Saderat Iran, Tehran, SWIFT BSIR IR TH, Dept Forex, Acct No. 14015260 |
| USD | The Arab Investment Company SAA, Manama, SWIFT TAIQ BH BM, Dept Forex, Acct No. 173068 |
| USD | BNP Paribas, Zürich, Dept Forex, Acct No. 255369/IB |
| USD | Riyad Bank, Riyadh, SWIFT RIBL SA RI, Dept Forex, Acct No. 30808 |
| USD | SAMBA Financial Group, Riyadh, SWIFT SAMB SA RI, Dept Forex, Acct No. 3771075 |
| USD | The National Commercial Bank, Jeddah, SWIFT NCBK SA JE, Dept Forex, Acct No. 55515006010310 |
| USD | Al Rajhi Banking and Investment Corporation, Riyadh, SWIFT RJHI SA RI, Dept Forex, Acct No. 75210100505516 |
| USD | The Bank of New York, New York City, SWIFT IRVT US 3N, Dept Forex, Acct No. 803-3331-933 |

**Farmers Commercial Bank**
Qasr Street
Tel (249-11) 774960   Fax (249-11) 779907
Prin Corr
| | |
|---|---|
| AED | Abu Dhabi Islamic Bank, Abu Dhabi, SWIFT ABDI AE AD, Dept MAIN |
| BHD | Arab Banking Corporation B.S.C., Manama, SWIFT ABCO BH BM, Dept MAIN |
| EUR | Byblos Bank Europe S.A., Brussels, SWIFT BYBB BE BB, Dept MAIN |
| EUR | Union de Banques Arabes et Françaises - U.B.A.F., Neuilly-Sur-Seine, SWIFT UBAF FR PP, Dept MAIN |
| EUR | Commerzbank Aktiengesellschaft, Frankfurt, SWIFT COBA DE FF BCS, Dept MAIN |
| EUR | Crédit Lyonnais, Paris, SWIFT CRLY FR PP, Dept MAIN |
| GBP | Barclays Bank PLC, London |
| GBP | HSBC Bank plc, London, SWIFT MIDL GB 22, Dept MAIN |
| GBP | British Arab Commercial Bank Limited, London, SWIFT BACM GB 2L, Dept MAIN |
| QAR | Qatar Islamic Bank SAQ, Doha |
| QAR | Qatar International Islamic Bank, Doha |
| SAR | The National Commercial Bank, Jeddah |
| SAR | Riyad Bank, Riyadh, SWIFT RIBL SA RI, Dept MAIN |

**National Bank of Sudan**
Komfli Building Qasr Avenue
Tel (249-11) 789410   Fax (249-11) 779545
Prin Corr
| | |
|---|---|
| CHF | Credit Suisse First Boston, Zürich, SWIFT CRES CH ZZ 80A, Dept MAIN |
| GBP | National Westminster Bank PLC, London, SWIFT NWBK GB 2L, Dept MAIN |
| USD | The Bank of New York, New York City, SWIFT IRVT US 3N, Dept MAIN |

**Sudanese Estates Bank**
Baladia Ave
Tel (249-11) 777917
Prin Corr
| | |
|---|---|
| GBP | Lloyds TSB Bank plc, London |
| GBP | American Express Bank Ltd, London |
| SAR | The National Commercial Bank, Jeddah, SWIFT NCBK SA JE, Dept MAIN |
| USD | American Express Bank Ltd, New York City, SWIFT AEIB US 33, Dept MAIN |

**Tadamon Islamic Bank**
Baladia Avenue- Tadamon Tower
Tel (249-83) 784832   Fax (249-83) 773840
Prin Corr
| | |
|---|---|
| CHF | Credit Suisse, Zürich, SWIFT CRES CH ZZ, Dept MAIN, Acct No. 975000-13 |
| CHF | Banque de Commerce et de Placements S.A., Geneva, SWIFT BPCP CH GG, Dept MAIN |
| EUR | Commerzbank Aktiengesellschaft, Frankfurt, SWIFT COBA DE FF, Dept MAIN, Acct No. 400884901000 |
| EUR | Dresdner Bank Aktiengesellschaft, Frankfurt, SWIFT DRES DE FF, Dept MAIN, Acct No. 499/08162475/00/888 |
| EUR | Banque Trad Crédit Lyonnais (France) S.A., Paris |
| EUR | Banco Arabe Espanol S.A., Madrid, SWIFT AREB ES MM, Dept MAIN |
| EUR | Banco de Sabadell, S.A., Sabadell, SWIFT BSAB ES BB, Dept MAIN |
| GBP | Arab Bank Plc, London, SWIFT ARAB GB 21 KHS, Dept MAIN |
| GBP | Byblos Bank Europe S.A., London, SWIFT BYBB GB 2L, Dept MAIN |