

Tue, Jun 21, 2005, 21:03 GMT

## Al Shamal Islamic Bank   (Exchange - N/A : SHIB.SD)

**Last Trade**
N/A

| | |
|---|---|
| **Country** | Sudan |
| **Ownership Type** | Listed |
| **Sector | Industry** | Financial Services | Commercial Banks |

**Principal Activities** — Commercial banking and trade finance according to Islamic principles
**Date of Establishment** — January 1990
**Branches** — 13 branches throughout Sudan

**Stock Market Listing**

| Exchange | Symbol | RIC/ID | Stock Type | Currency |
|---|---|---|---|---|
| Khartoum SE | | SHIB.SD | Ordinary | SDD |

### Key Officers
**Adel Abdul Jalil Batterjee**
Chairman

**Ismail Mohammed Osman**
General Manager

More Officers ›

### Contact Details
Al Sayed Abdel Rahman Street
PO Box 10036
Khartoum 11111
Sudan

**Tel:**
+249 11-779078
+249 11-779474
+249 11-782925

**Fax:**
+249 11-772661
+249 11-773585
+249 11-782586

**Email:**
info@shamalbank.com

**Website:**
www.shamalbank.com/

### Major Shareholders
Adel Abdul Jalil Batterjee [Saudi Arabia]
Al Ataia Brothers Company [Sudan]
Al Baraka Investment and Development [Saudi Arabia]
Al Ber International Organization [Sudan]
Al Sabigoon for Investment, Export and Import [Sudan]
Al Shamal for Investment and Development Company [Sudan]
Babiker Salim Abu-Senoon [Sudan]
Faisal Islamic Bank of Sudan [Sudan]
Government of Northern State [Sudan]
Mohamed Abdelmonem Khedir [Sudan]
National Fund for Social Insurance [Sudan]
Omar Abdulla Kamel [Saudi Arabia]
Omar Osman Mohamed Saleh [Sudan]
Osama Muhammad Munir Halawani
Saleh Abdullah Kamel [Saudi Arabia]
Tadamon Islamic Bank [Sudan]

### Related Entities
**Auditors**
Ahmed Osman Al Rayah
**Law Firms**
Mohammed Yousif Mohammed

### Summary Financials                                  31-Dec-00
                                                       SDD'000
Capital                                              1,000,000

Company information © 2005 ABQ Zawya Ltd.

formatted version



Tue, Jun 21, 2005, 21:06 GMT

# Al Shamal Islamic Bank   (Exchange - N/A : SHIB.SD)

Last Trade
**N/A**

## Company Officers

### Board of Directors

| Name | Position |
| --- | --- |
| Adel Abdul Jalil Batterjee | Chairman* |

### Management

| Name | Position |
| --- | --- |
| Ismail Mohammed Osman | General Manager* |

Company information © 2005 ABQ Zawya Ltd.

**Formatted version**