# Ruz Al Youssif

We exclusively publish the secrets of the Summit before it is held (Evidence, Page 5)

(Ruz Al Youssif met him in London) Ossama Bin Laden: I bought the Jihad groups with my own money

## Al Azhar and conversion of young Christian women.

Friday's Speech by Satellite:
12 Million "Muslims" Believe in the Prophecy of this Man.

## Sherihan is in a No-Male Village

MR/ARA013010

This Week's Exclusive Report

# An Interview with the Sponsor of Terrorism backed by the CIA

## Ossama Bin Laden: I bought the Jihad groups with my own money.

This interview is definitely important to every Egyptian.

This is not because the speaker is a Saudi who was disavowed by his family, and not because he confesses that Jihad can be bought and sold, but simply because he may be the director of many operations that ended the lives of a small girl or a young man longing to secure a living.

Furthermore, this interview is to solve mysteries concerning his origination and his end.

MR/ARA013011

C:\Documents and Settings\jg3\Local Settings\Temporary Internet Files\OLK80\6-17-96 Ruz al Yusuf Article1.doc

**The most Dangerous Interview with the Sponsor of Terrorism**

- **He started Jihad with the help of USA and Iranian business men.**
- **He accused Mosad of the assassination of Abdulla Azzam.**
- **Ayman Al Dhawahry is his physician and Mousstafa Hamza is his friend.**
- **International Communication Network and another one of International Associations supports Terrorism.**

Since Ossama Bin Laden became a well-known name in the field of terrorism, all ways lead to him, and all fingers point at his role in killing and destruction, and also evidence incriminating him accumulate these days.

1. Last December, British Police broke into the residence of an Algerian citizen named Rashid Ramda in London. They found papers indicating connections with "Islamic Armed Group". It is an Algerian group accused of waging 7 explosions in France, leading to the death of 7 and injury of 170 people last year. Police found evidence that could lead to Bin Laden's residence in Khartoum.
2. Also last December, as mentioned in TIME magazine, Egypt uncovered a conspiracy arranged by Extremist Jihad Group to assassinate famous figures. Due to investigations, there is information pointing to the role of Bin Laden in arranging the conspiracy.
3. Due to confessions made by suspected terrorists, Egyptian Security Authorities accuses Bin Laden as being the main financer of an Afghan-based camp for training those who are recruited in the "Islamic Jihad" or "Islamic Group," which are Egyptian terrorist groups.
4. American administration says, due to its intelligence sources, that Bin Laden has a hand in financing terrorist training camps in Northern Sudan. It also says that terrorist from Egypt, Algeria and Tunisia are being trained in these camps.
5. In 1992, two explosions in two hotels in Eden lead to the death of two Austrian tourists. The goal of the explosions was to assassinate 100 American who were on their way to Somalia to participate in the "Hope Operation" to save things there. American administration says Bin Laden was the financer of these two operations.

**MR/ARA013012 (1/2)**

C:\Documents and Settings\jg3\Local Settings\Temporary Internet Files\OLK80\6-17-96 Ruz al Yusuf Article1.doc

Although he denied these accusations, Bin Laden remains a source of concern for many systems. An American official describes him as a "large fish" because he gains power and influence through his reputation. The official describes Bin Laden as the kind of man who may request a "million-dollar check" from somebody and get it out of him. He does so with Islamic business men who sometimes do not know where their money goes. Indeed, most of this money does not go towards establishing mosques in Bosnia or feeding those starving in Somalia, but rather towards establishing camps and supporting terrorist operations and networks.

Saudi government withdrew nationality from Bin Laden. Britain prevents him from entering it. USA accuses him of a list of accusations, but there is no certain crime for which he is accused.

Bin Laden told TIME that he warns those who follow him. He added also: "*It is supposed that people are innocent until proven guilty. Well, Afghan fighters are not terrorists of the world. However, following them will lead to increasing terrorism.*"

Bin Laden was raised in the KSA near the Red Sea. Everyone was surprised by him as an ordinary young man for being too ambitious and too enthusiastic for enterprises carried out by his family's company to rebuild the Holy Shrines in Mecca and Medina. In 1979, after his graduation from King Abdul Aziz University, the former Soviet Union invaded Afghanistan. Afghan Holy Worriers (Mujahidin) began to ask for international aid. Bin Laden and a number of his family members offered them help.

In 1986, he fought against the Soviets in a village called Gaggy near Pakistani borders. This was the first sign of a possible Soviet defeat. A year later, Bin Laden led an attack against Soviet forces in the battle at Shaban.

MR/ARA013012 (2/2)

C:\Documents and Settings\jg3\Local Settings\Temporary Internet Files\OLK80\6-17-96 Ruz al Yusuf Article1.doc

A Palestinian volunteer worrier in Afghanistan says of Bin Laden: "We considered him a hero because he was the first one to move forward in the line of fire".

The aforementioned Palestinian volunteer worrier is currently managing a Bin Laden camp in Sudan. He adds: "He did not only offer his money, but also his soul. He left his palace and lived with Afghan farmers and Arab fighters. He prepared food and ate with them and dug trenches with them.

Ruz Al Youssif met this man dubbed Ossama Bin Laden in London and had this interview with him. Through his words, many things could be understood. It could be understood through his words "he who owns money, owns Mujahidin" that he bought the Jihad groups with his money and especially, that he continues to offer money on a regular basis.

It seems throughout this interview that he is a big mystery. He was supported by many people and he is also wanted dead by many people. But eventually, he looks like those who erupt every now and then serve the purposes of countries and groups until their rule is complete. This could be made clear through Abou Nidal and Carlos who appeared and then vanished. This is the case with Bin Laden who is not likely to be handed over by Sudan as happened to Carlos.

## The Picture: Bin Laden wearing clothes of Arab Afghan

MR/ARA013013 (1/2)

# I Paid Millions to Hassan Al Turabi

*By Fayza Said*

The large volume of information spread in the Islamic arena in London about the leader of the largest Islamic terrorist network in the world makes us think about the range of features his friends and enemies use to describe him. These features range between "well-doer" and "terrorist" and between a "clever dealer" who goes with the Islamic current to gain the utmost fame and the greatest amount of money, and the "gang chief" who seeks to overthrow the governing entity.

In spite of all mentioned above, Ossama Bin Laden, the leader of Islamic Jihad, remains the largest financer of terrorist fundamentalist operations that are active in the Arab World and began to spread through the Western World and reached East Asia also.

With my partner, I tried to get Bin Laden to answer one question concerning his identity and concerning the truth about him. We tried to answer questions about his role in that false organization and about his turn-over from the contractor of the Holy Shrine extension to the most dangerous man in the world.

MR/ARA013013 (2/2)

My partner told me the story of the emergence of Bin Laden when we were on our way to meet the most dangerous man in the world. He told me that Bin Laden first appeared in Afghanistan. He chose to perform what he called "Jihad" since Russia first invaded Afghanistan. He reached Pakistan 67 days after the Russian invasion of Afghanistan. Sheikh Abdulla Azzam, the founder of the first Arab Mujahidin Battalion and the head of Mujahidin Office in Bishawer, paved the way for Bin Laden to enter Pakistan.

Bin Laden was then accused of having strong relations with the CIA which assigned him the task of recruiting Muslim volunteer fighters all over the world. The carriers he used as a huge contractor in the KSA were used to carry American weapons and ammunition to Afghanistan Mountains near to Pakistani borders.

Bin Laden performed both trade and Jihad. He founded Al Ansar House to receive volunteers from all over the Muslim World on his account.

The first volunteers to come were mainly workers in the field of architecture who worked for him in a large contracting company in the KSA. Bin laden participated in inaugurating several camps in Afghani Mountains especially after establishing strong relations with Afghan leaders at the top of which are Kalb Al Din Hikmatyar, leader of the Islamic Party, and General Massoud Shah. He then was followed by some Egyptians who escaped from the police, at the top of which is Safwat Abdul Ghani, who was accused of assassinating Refaar Al Mahjub. Bin laden established 16 camps to train the so-called "Mujahidin" in Bishawer on Afghani borders. The most prominent of these camps was "Gaggy" which was established among caves and mountains in the state of Baklia.

At the same time, Bin Laden established non-governmental Islamic charity associations with branches in Afghanistan and Pakistan. These associations quickly spread and had branches in all Arab countries. Bin Laden was known among Mujahidin as "Abou Abdullah".

In an elegant firmly-secured villa in Wimbly, Northern London, I met Bin Laden who was surrounded by a large numbers of Arab and foreign guards.

I had to meet many secretaries before I met Khaled, his special secretary who was the last terminal before I met Bin Laden. Then, I entered a saloon filled with a pungent scent. I was told that Bin Laden was on his way to his office. Then, I saw the 44-year-old terrorist. He was tall, handsome and had a long thick black beard and penetrating eyes. He talks simply but with pride and recalcitrance out of the role he has given himself or that role he prepares himself to perform.

He was playing with his thick black beard. He looked very intelligent. He also seemed to be able to know what his speaker intended to say. He tried to use his penetrating looks as a hypnotist. He seemed proud of himself. He was equivocal.

He simply told me he had a diplomatic Sudanese passport with a pseudonym.

So, he unburdened me of asking him a lot of questions. He started to tell his story in an intelligent and simple manner. He said: *"My name is Ossama Bin Laden, 44 years. I was born in Mecca, KSA. When the Soviet Union invaded Kaboul, I was living in Turkey*

**MR/ARA013014 (1/2)**

*because I left the KSA for some problems I do not wish to talk about now. I worked in*

C:\Documents and Settings\jg3\Local Settings\Temporary Internet Files\OLK80\6-17-96 Ruz al Yusuf Article1.doc

*trade. During my residency in Istanbul, I got to know some Iranian tradesmen who escaped from Iran after the war with Iraq. Meanwhile, Arab Mujahidin were starting to go to Afghanistan with the help of the CIA, which established transit camps for them before transferring them to Afghanistan.*

*Afghanistan was then lacking almost everything. As a group of tradesmen, we agreed to help Afghanistan through importing all it needs.*

*Work forced us to travel Pakistan and live there. At the beginning, we supplied Mujahidin camps with medicine, food and weapons.*

*In Pakistan, I came to know to three Sudanese members of National Islamic Front led by Hassan Al Turabi, it has not yet come into power then. One of those three Sudanese was called Al Tahir. He had graduated from the Faculty of Engineering, Al Khartoum University. He remained unemployed for several years. He decided to join Mujahidin in Afghanistan. Our relationship got stronger because he was one of the most cultured and tactful volunteers. He encouraged me to invest in Sudanese enterprises. Then, it was the coup d'etat of Al Bashir and Al Turabi in 1989.*

*Meanwhile, I became famous among Mujahidin especially Arab and Muslim ones. In October 1989 Abdulla Azzam and two of his children were killed in a car-bomb attack in Bishawer. We (Mujahidin) felt there were serious attempts to kill main figures of Islamic Jihad with the Soviet beginning to withdraw. This was confirmed with information concerning the Musad role in the assassination of the Palestinian Sheikh Abdulla Azzam."*

This the end of what Ossama Bin Laden said.

Before Kaboul was taken over by Afghan Mujahidin, Ossama was about to move to Sudan in April 1992. This was not the first time for Bin Laden to travel to Sudan. His first trip to Sudan was in October 1990. He went to Sudan with three of his Sudanese friends. They took a car from the Airport to the Green Village Hotel. One week later, Ossama Bin Laden rented a furnished apartment in 10 Hai Al Emarat. He began to research projects he could invest his money in with his Sudanese friends. He visited the Ministries of Industry, Agriculture, Trade. The General Investment Institution was not yet founded in Sudan.

Bin Laden says: *"I have a BS in Engineering"*. He founded with his Sudanese friend, Al Tahir, a company for paving roads, building bridges and buildings. He then had a meeting with Sheikh Hassan Al Turabi who invited him to have lunch at his home. After lunch, Al Turabi told Bin Laden: *"We have agreed to provide you with all support and help. So, we accept you as an external member in our front"*. Bin Laden paid Al Turabi USD 5000 as fees for being an external member. Then, Bin Laden left his apartment in Hai Al Emarat and hired a private villa in Riyadh District, the most famous Sudanese district, located behind the Khartoum Airport. It is a tow-floor villa. He uses one as a residence and the other as a private office. He began importing a lot of trucks and bulldozers from Germany for USD 15 million. The Sudanese government, led by Hassan Al Turabi, exempted Bin Laden of paying any taxes for the trucks.

**MR/ARA013014 (2/2)**

Relations between Bin Laden and Al Turabi became stronger. Many Arab Afghans came from Bishawer to Sudan. Al Turabi told Bin Laden that the Iranian government involved the Sudanese system with those Afghan. The Iranian Government promised the Sudanese government that they would provide financial resources to ensure a means of living for them, but they took their word back. On the other hand, Sudanese government failed to sustain Mujahidin or expel them. Bin Laden understood he is required to provide money. He then donate USD 2 million via a check drawn on Faisal Islamic Bank.

Bin Laden's company in Sudan had many projects, the most important of which are the Rousiras Dam which is the biggest dam in Sudan, and the project of establishing 23 camps for Mujahidin which he refused to take a penny for. As a sign of gratitude, he was offered the project of establishing Al Tahadi Road and the main road between Al Khartoum, Shindi and Atbara which is 500 km long. He was given direct orders to begin. These projects were carried out for an estimated hundreds of millions of USD.

These projects are not yet complete. Furthermore, Bin Laden's company participated in establishing Al Rahd and Kananah canals. In collaboration with the Turabi front, Bin Laden established the North Bank in Al Khartoum. He participated in establishing this bank with USD 50 million for 50 Fadden in Kardefan and West Sudan for agricultural investment and raising cattle in return.

In 1993, Al Bashir government requested a loan for Bin Laden. He offered them an obtainable loan of USD 8 million to promptly import wheat. Warehouses of the Sudanese government were then emptied of wheat. In the inauguration party of New Port Sudan Airport, Bin Laden gave USD 2.5 million.

Bin Laden did not attend the annually held Arab Islamic Peoples Conference that the Islamic resistance leaders used to attend, although he pays USD 1 million for it to be held.

Bin Laden has more than one residence in Sudan. He owns a private villa in Riyadh District and another more elegant one in Al Matar District, in addition to his private yacht in the Port Sudan port.

His private physician is Ayman Al Dhawahri, who used to accompany him during his work in Mujahidin camps in Bishawer. Moustafa Hamza is another close friend of his. He started working with him in his Cairo office before he escaped to Sudan. Mustafa is one of Bin Laden's closest friends. Muhamad Shawki Al Islambolli is the media mind of Bin Laden. He once worked as a communications officer in Jalal Abad.

As for Yemen, he is considered one of the best financers of Islamic movements. He participated in establishing seven private educational institutions in Lahg, Daie, Abin and Eden. He donated recently for establishing the Islamic University in Yemen in the city of Taaz. Bin Laden has strong relations with Tareq Al Fadli, the leader of Islamic extremists in Yemen and with Sheikh Abdul Majeed Al Zindani.

Bin Laden said: "*I'm concerned with establishing camps for Islamic extremists in Saada*". However, his current relation with Yemen government was not fine after they accused him and Arab Mujahidin of explosion of petrol installations and arranging a hotel attack in Eden in 1992.

MR/ARA013015 (1/2)

C:\Documents and Settings\jg3\Local Settings\Temporary Internet Files\OLK80\6-17-96 Ruz al Yusuf Article1.doc

Consequently, Bin Laden moved Arab Mujahidin from Yemen to Somalia at a total cost of USD 3 million.

He also has relations with Omar Bakri Muhamad whom he knew through Nidal Abou Digana (known as Abou Al Radaa), a Syrian who accompanies Bin Laden and lives with him in Sudan. He is a major leader of Islamic Fraternity in Syria. He escaped from Hamah after the events of 1982.

Bin Laden laughs while playing with his black beard, saying: "He who owns money, owns Mujahidin".

He said he offers help to any Mujahid who requests it.

I told Bin Laden that Philippine government accuses him of being the founder of Abou Sayaf Group and establishing extremist cells whose members were arrested last year in Philippine. These cells included some Arabs like Shafik Ramzi, the one accused in the explosion at the International Trade Center in New York in 1993.

He said: *"Simply, help offered by Bin Laden Association include 13 countries: Albania, Malaysia, Pakistan, Netherlands, Britain, Romania, Russia, Turkey, Lebanon, Iraq and some Gulf countries I do not wish to mention"*.

He said this last phrase with a cunning smile over his lips.

He said that this support comes especially from the Human Concern International Association, founded in Afghanistan in 1982.

Bin Laden was one of its founders with the help of Iranian Government and the CIA. However, other financers from Gulf countries shortly joined the association. The headquarter of the association is in Stockholm. The association has numerous branches all over the world. Branches include Assistance Association in Britain, Rescue Association in Berlin, Islamic Support Association in Italy, Mowafak Association in Zagreb and Bait Al Ansar in Bishawer.

I asked him if he really owns the biggest e-communication network, and he replied saying *"Yes, to facilitate my business"*.

I asked him if his presence in London is related to investigations taking place in Paris and London concerning his role in financing terrorist operations in Paris. He laughed and replied: *"No, I'm here for a joint operation with the American Embassy in London"*.

I asked him if he is afraid that Al Turabi may hand him in as he did with Carlos. He answered saying: *"It is possible. I do not live now in Sudan. I move frequently and never have a country as a headquarter"*.

He added: *"Generally, Sudan needs me more than I need it. I assure you that the remaining Sudanese economy will be devastated as a result of my move outside Sudan.*

He finally commented on the current situation in Sudan: "It is a mix of religion and regular crime.

**MR/ARA013015 (2/2)**

C:\Documents and Settings\jg3\Local Settings\Temporary Internet Files\OLK80\6-17-96 Ruz al Yusuf Article1.doc