



انفراد الأسبوع

أخطر حوار مع راعي الإرهاب الذي دعمته المخابرات الأمريكية

## أسامة بن لادن:
## اشتريت تنظيمات الجهاد بأموالي

هذا الحوار يهم القارئ المصري بالتأكيد.

ليس لأن الذي يتحدث فيه ابن عائلة سعودية محترمة تبرأت منه، ولا لأنه الرجل الذي يعترف بأن الجهاد يشترى ويباع، ولكن لأنه ببساطة قد يكون وراء عمليات عديدة راح ضحيتها طفلة صغيرة، أو شاب يبحث عن مستقبل.

وفوق كل هذا فإن هذا الحوار محاولة للإجابة عن لغز ضخم، لا يعرف أحد كيف نشأ، ولا كيف سينتهي.

⑤

■ بدأ «الجهاد» بمساعدة أمريكا رجال أعمال إيرانيين ■ اتهم الموساد باغتيال عبدالله عزام ■ أيمن الظواهري طبيبه ومصطفى حمزة صديقه
■ شبكة دولية للاتصالات وأخرى من الجمعيات العالمية لدعم الإرهاب

منذ أن أصبح أسامة بن لادن اسما معروفا في عالم الإرهاب . وكل الطرق تؤدي إليه .. وكافة الأصابع تشير إلى دوره في عمليات القتل والتدمير .. والأدلة حوله تتراكم هذه الأيام :

١ ـ في ديسمبر الماضي اقتحم البوليس البريطاني مقر إقامة شخص جزائري اسمه رشيد رامدا في لندن ووجد أوراقا تدل على اتصالات بـ«المجموعة الإسلامية المسلحة» ، وهي منظمة جزائرية متهمة بسبعة انفجارات في فرنسا قتلت سبعة أشخاص وجرحت ١٨٠ في العام الماضي .. هناك اكتشف البوليس أدلة تقود إلى مقر إقامة بن لادن في الخرطوم .

٢ ـ في ديسمبر الماضي أيضا ، وكما زعمت مجلة تايم كشفت مصر النقاب عن مؤامرة لجماعة الجهاد المتطرفة تستهدف اغتيال شخصيات كبرى ، ووفقا للتحقيقات فإن هناك خط معلومات يشير إلى أن بن لادن ساعد على تدبير المؤامرة .

٣ ـ بناء على اعترافات الإرهابيين المشتبه فيهم تتهم سلطات الأمن المصرية بن لادن بأنه الممول الرئيسي لمعسكر في أفغانستان اسمه «كونار» ، قام بتدريب المجندين في «الجهاد الإسلامي» و «الجماعة الإسلامية» . وكلاهما من المنظمات الإرهابية المصرية .

٤ ـ الحكومة الأمريكية ، وفقا لمصادر مخابراتها ، تقول أن بن لادن يساعد على تمويل معسكرات تدريب إرهابية في شمال السودان وأن المتطرفين من مصر والجزائر وتونس يتلقون التدريب في هذه المعسكرات .

٥ ـ في ١٩٩٢ أدى انفجاران في فندقين بعدن إلى مقتل سائحين من النمسا . كان الهدف هو اغتيال مائة أمريكي كانوا في طريقهم إلى الصومال ضمن العاملين في «عملية الأمل» ، لإنقاذ الوضع هناك .. والحكومة الأمريكية تقول أن بن لادن وراء تمويل العمليتين .

وبالرغم من إنكاره لهذه التهم إلا أن بن لادن يظل مصدر قلق شديدا لأنظمة عديدة ، ويقول عنه مسئول أمريكي أنه «سمكة كبيرة . ذلك أن سمعته تعطيه النفوذ والتأثير . ووفقا لهذا المسئول فإن «بن لادن هو نوع من الرجال يمكن أن يذهب إلى شخص ما ويقول له ، أحتاج منك شبكا من ستة أرقام ، ويحصل عليه . إنه يفعل ذلك مع رجال الأعمال الإسلاميين الذين لا يعلمون في بعض الحالات أين تذهب أموالهم . والكثير منها في الواقع لا يذهب لبناء المساجد في البوسنة أو إطعام الجياع في الصومال ، ولكن لبناء معسكرات ودعم شبكات ومواد العمليات الإرهابية .

ولقد سحبت الحكومة السعودية الجنسية السعودية من بن لادن . وقد منعت بريطانيا دخوله البلاد . وأمريكا توجه إليه عددا من الاتهامات ، ولكن لا توجد جريمة محددة توجه له من خلالها اتهامات بعينها .

وقد قال بن لادن لمجلة «تايم» إنني أحذر هؤلاء الذين يطاردونني . وأضاف : «المفروض أن الناس أبرياء حتى يثبت العكس . حسنا مقاتلو أفغانستان ليسوا إرهابيي العالم ، ولكن دفعهم إلى الحائط لن يؤدي لشيء إلا لزيادة الإرهاب » .

تربى بن لادن في السعودية بالقرب من البحر الأحمر . وادهش الذين حوله كشاب عادي . لكنه كان أكثر طموحا من إخوته وكان متعاطفا بقوة مع مشروع شركة عائلته لإعادة بناء الأماكن المقدسة في مكة والمدينة . ثم في عام ١٩٧٩ بعد تخرجه من «جامعة الملك عبد العزيز» ، قام الاتحاد السوفيتي بغزو أفغانستان وبدأ «المجاهدون» الأفغان في طلب المساعدة الدولية . ودعمهم بن لادن مع العديد من رجال عائلته .

في ١٩٨٦ قاتل في قرية اسمها «جاجي» ، بالقرب من الحدود الباكستانية ضد السوفيت . وكانت هذه أول علامة على إمكانية هزيمة السوفيت . بعد عام قاد بن لادن هجوما على القوات السوفيتية في معركة شابان . يقول متطوع

(٧٤) روزاليوسف ـ ٩٦/٦/١٧ ـ [٣٥٤٩]

١٧ـ٦ـ١٩٩٦



بن لادن
يلابس
الأفغان
العرب

...فلسطيني في أفغانستان عنه : « كان بطلاً بالنسبة لنا لأنه كان على خط النار دائما يتحرك للأمام قبل أى شخص آخر ».

هذا المتطوع الفلسطيني يدير الآن أحد معسكرات بن لادن في السودان وهو يضيف قائلاً : « إنه لم يعط أمواله فقط، ولكن نفسه أيضا. نزل من قصره ليعيش مع الفلاحين الأفغان، والمقاتلين العرب. طبخ معهم وأكل معهم وحفر الخنادق معهم ».

هذا الرجل الذي يحمل اسم أسامه بن لادن ... قابلته روزاليوسف في لندن .. وأجرت معه هذا الحوار..

وفيه يفهم من كلماته الكثير، يفهم أولاً من كلمة « من يملك المال يملك المجاهدين »، أنه اشترى تنظيمات الجهاد بفلوسه ، لاسيما أنه لم يتوقف يوما عن الدفع.

ويفهم من هذا الحوار أنه لغز غامض، دعمه الكثيرون، وطالب برأسه الكثيرون، ولكنه في النهاية يشبه هؤلاء الأشخاص الذين يظهرون بين مرحلة وأخرى لخدمة أغراض الدول والأجهزة إلى أن تنتهي أدوارهم .. هكذا ظهر وانتهى أبو نضال .. وهكـذا ظهـر وانتهى كارلوس .. وهكذا ظهر أسامة بن لادن الذي يستبعد أن تقوم السودان بتسليمه مثلما فعلت مع كارلوس.

## ...ودفعت الملايين لحسن الترابي

حجم المعلومات المتناثرة في الشارع الإسلامي في لندن حول زعيم أكبر شبكة إسلامية إرهابية في العالم .. يجعلنا نفكر في الصفات التي يطلقها عليه أعداؤه وأصدقاؤه من صفة « فاعل خير » ، إلى صفة الإرهابي .. ومن تاجر شاطر يركب الموجة الإسلامية لتحقيق أكبر قدر ممكن من الشهرة وأكبر عدد ممكن من المليارات إلى زعيم العصابات الذي يسعى لقلب نظم الحكم.

رغم هذا فإن اسم زعيم الجهاد الإسلامي : أسامة بن لادن .. في الواقع ليس سوى اسم أكبر ممول للعمليات الإرهابية .. الأصولية التي تنشط في عالمنا العربي .. وبدأت تجتاح العالم الغربي .. حتى وصلت إلى شرق آسيا.

في الطريق إليه حاولت مع مرافقي الإجابة عن سؤال طرحته حول : من هو بن لادن .. وأين هى الحقيقة .. هل هناك تنظيم غير حقيقي لدوره .. وكيف انتقل من عمله كمقاول لتوسعة الحرم المكي .. إلى أخطر رجل في العالم ؟!

قال لى مرافقي وأنا في الطريق لمقابلة أخطر رجل في العالم: قصة ظهور بن لادن بدأت في أفغانستان .. وقد اختار الرجل ما اسمه بالجهاد



□ حوار:
فايزة سعد

## أخطر حوار مع راعي الإرهاب

منذ الأيام الأولى للغزو السوفيتي لأفغانستان.. وقد وصل إلى باكستان بعد 17 يوماً من الغزو السوفيتي.. ومهد لهذا الشيخ عبدالله عزام الفلسطيني.. مؤسس أول كتيبة للمجاهدين العرب.. ورئيس مكتب المجاهدين في بيشاور.. أشهرته بعض الأوساط آنذاك بعلاقة وثيقة مع المخابرات الأمريكية التي عهدت إليه تجنيد المتطوعين المسلمين في العالم كله. وكانت الناقلات التي يستخدمها كمقاول كبير في السعودية تستخدم في نقل الأسلحة والذخائر الأمريكية من باكستان إلى جبال أفغانستان القريبة من الحدود الباكستانية.

جمع «بن لادن» بين التجارة والجهاد.. فأنشأ بيت الأنصار لاستقبال المتطوعين من كافة أرجاء العالم الإسلامي.. وكان يجلبهم من الدول العربية والإسلامية على نفقته الخاصة.

كانت الأفواج الأولى تضم الكثير من العاملين في قطاع المعمار، والذين عملوا معه من خلال شركة المقاولات الكبرى في السعودية. ولم يساهم أسامة بن لادن في افتتاح العديد من المعسكرات في جبال أفغانستان خاصة بعد أن ارتبط بعلاقات وثيقة مع القيادات الأفغانية. وفي مقدمهم «قلب الدين حكمتيار» - زعيم الحزب الإسلامي - والجنرال مسعود شاه.. ثم انضمت إليه مجموعة من المصريين الهاربين من مظلومية الأمن وعلى رأسهم صفوت عبدالغني الذي اتهم بقتل رفعت المحجوب. وقد أسس بن لادن 16 معسكراً لتدريب من سموا بالمجاهدين في بيشاور على الحدود الأفغانية.

وكان أبرز هذه المعسكرات معسكر «جاجي» وسط الكهوف والجبال في ولاية بكتيا.

في نفس الوقت عمل بن لادن على إنشاء جمعيات خيرية إسلامية غير حكومية، والفتح لها الفرع في كل من أفغانستان وباكستان.. ثم سرعان ما انتشرت هذه الجمعيات القريبة الإسلامية وتفرعت في كافة الدول العربية. وكان ابن لادن يعرف وسط المجاهدين باسم «أبو عبدالله».

في إحدى القيلات الأنيقة - حي «ويبلي» شمال لندن - وهي ليلاً تحيط بها عمليات التأمين بكثافة.. اتجهت للقاء.. فالرجل يحيط نفسه بعدد كبير من الحراس.. معظمهم من الأفغان العرب.. والأجانب.

لقد اقتضى الوصول إليه المرور بعدد كبير من السكرتارية قبل الوصول إلى سكرتيرته الخاص «خالد».. الذي كان آخر الحواجز.. قبل أن ادخل إلى صالون تفوح منه رائحة عطر ثقيل.. هنا أبلغت أن أسامة بن لادن حاضرة إلى مكتبه.. ثم رأيت هذا الإرهابي الذي يبلغ الرابعة والأربعين من العمر.. طويل البنية.. أنيق الملبس.. له لحية كثيفة سوداء.. وعينان ثاقبتان.. يتحدث ببساطة شديدة.. ولكن لهجته تنم عن التبرياء

والعنجهية في شكل يعي أهمية الدور الذي منحه لنفسه.. أو يعد نفسه له.

كان يداعب شعر لحيته الكثيف الأسود.. ويبدو وكأنه ذو ذكاء حاد.. وقدرة كبيرة على فهم مقدر يخلق محدثه.. يحاول أن يستخدم نظرياته الثاقبة.. على طريقة النوم المغناطيسي.

ولقد بدا لي معجباً بنفسه كثيراً.. ويبتسم بأبهاراوغة.. ويمزح لها.

قال لي ببساطة.. أنا احمل جواز سفر دبلوماسيا.. سودانيا.. باسم مستعار.

وهكذا اعفاني من توجيه العديد من الأسئلة.. فبدأ يحكي لحظته ببساطة وبكاء شديدين.. اسمي أسامة بن لادن.. وعمري 44 ستة.. من مواليد المملكة العربية السعودية.. بمكة.. عند الغزو السوفيتي لكابول كنت أقيم في تركيا بعد أن تركت المملكة لبعض الخلافات.. التي لا أحب أن أسردها الآن.. وكنت أعمل بالتجارة، وخلال إقامتي باسطنبول تعرفت على العديد من التجار الإيرانيين الذين هربوا من إيران، بعد الحرب العراقية - الإيرانية.. في تلك الفترة كان المجاهدون العرب قد بدأوا التوجه إلى أفغانستان بمساعدة من المخابرات المركزية الأمريكية التي أقامت لهم معسكر ترانزيت في إحدى ضواحي إسطنبول يتم فيه استقبال المتطوعين. ثم تقدمهم إلى أفغانستان.

كانت أفغانستان تفتقد في ذلك الوقت إلى كل شيء تقريباً.. فانتقلنا كمجموعة من التجار على مساعدة أفغانستان. ولنا بتوريد كافة ما تحتاجه الدولة.

وبالطبع العمل كان لا بد لي أنا وأصدقائي الإيرانيين السفر إلى باكستان والانتقال إلى هناك.. كما في البداية نصول معسكرات المجاهدين بكل ما تحتاجه من أدوية وأغذية وسلاح.

في باكستان تعرفت على ثلاثة سودانيين أعضاء في الجبهة القومية الإسلامية التي يتزعمها حسن الترابي. ولم تكن الجبهة قد وصلت إلى السلطة في السودان بعد.. وكان بينهم شاب يدعى الطاهر.. تخرج في كلية الهندسة.. في جامعة الخرطوم.. ولكنه ظل عاطلاً بعد عدة سنوات.. لقد التطوع مع المجاهدين في أفغانستان، وتوطدت العلاقة بيننا.. فقد كان الطاهر من أكثر الشبان المتطوعين ثقافة وثبات، وقد أغراني الطاهر بضرورة استثمار أموال في المشاريع السودانية.. ثم كان انقلاب البشير - الترابي الذي كان قد وقع علم 1989..

في ذلك الوقت كنت قد عرفت في أوساط المجاهدين - وخاصة العرب والمسلمين - ثم قتل عبد الله عزام.. مع اثنين من أولاده.. بتفجير سيارة ملغومة في بيشاور كان ذلك في أكتوبر



كارلوس    أيمن الظواهري

البشير

1989، وهنا شعرت بالخطر.. ولحسنا نحن «المجاهدين»، بأن هناك محاولات جادة لتصفية رموز «الجهاد الإسلامي».. مع بداية انسحاب السوفييت.. خاصة أن المعلومات التي توافرت لدينا أن الموساد كانت وراء اغتيال الشيخ عبد الله عزام.. الفلسطيني الجنسية.

هذا ما قاله.

قبل سقوط كابول في أيدي المجاهدين الأفغان، كان أسامة بن لادن في طريقه إلى السودان. كان ذلك في أبريل 1992... ولم تكن رحلته إلى السودان هي الأولى.. لقد سبقتها رحلة له في أكتوبر 1990.. ولقد ذهب إلى السودان بصحبة ثلاثة من أصدقائه السودانيين.. وانتقلوا من مطار الخرطوم سيارة إلى فندق جرين فيلدج. وبعدها بأسبوع

استأجر أسامة بن لادن شقة مفروشة في «حي العمارات».. وبدأ يتدارس مع أصدقائه السودانيين المشروعات التي يمكنه استثمار أمواله فيها - فقام بزيارة وزارات الصناعة والزراعة، والتجارة، ولم تكن الهيئة العامة للاستثمار في السودان قد انشئت بعد...

يقول أسامة بن لادن، أنه يحمل بكالوريوس هندسة.. وقد أنشأ مع صديقه الطاهر السوداني الجنسية، شركة لتحديد الطرق وبناء الجسور والمجتمعات السكنية، وخلال ذلك تم ترتيب لقاء له مع الشيخ حسن الترابي.. الذي دعاه لتناول الغذاء في منزله. وبعد الغذاء قال له الترابي: لقد وافقنا على تقديم الدعم والعون لك. وبإمكانك قبول عضويتنا منتسبا في جبهتنا. ودفع أسامة بن لادن للترابي خمسة آلاف دولار.. كرسم انتساب.

بعدها انتقل بن لادن من شقته في «حي العمارات».. واستأجر ليلا خاصة، في «حي الرياض».. أشهر أحياء العاصمة السودانية الخرطوم - الذي يقع خلف مطار الخرطوم.. وهي ليلا مكونة من طابقين.. طابق يستخدمه مسكن خاص له.. والآخر لاستخدامه الشخصي.. وبدأ يستورد العديد من سيارات النقل

والجرافات بولاد... ولا الثرا حسن الت الرسوم ال وتوطدت الترابي ۰ موقفوا من القرابي يه النظام ا الحكومة ا العبش له بوعدها .. السودانية طردهم من منه عودة

شرعا قيدت بنك فيصل ولد حد ابن لادن للمشروعات يعثر من بناء وتجه باقين بن لا المعسكرات بن لادن با والطريق وفنيدى خمسينات المبشر للمسلمين ومعزل الآن.. بال بالسياسة ابن لادن ب الخرطوم ب طينين نو مناطق الزراع

يضحك بن لادن وهو يداعب شعر ذقنه الأسود .. ويقول : من يملك المال يملك المجاهدين ؟

فهو يقول إنه يمد يد المساعدة لكل من يطلب منه ذلك من إخوانه المجاهدين .

قلت له : أنت متهم من قبل الحكومة الفلبينية بأنك وراء تنظيم أبو سياف وبإقامة خلايا متطرفة ، تم اعتقالها العام الماضي في الفلبين . وشملت عددا من رعايا الدول العربية منهم شفيق رمزي يوسف المتهم بنسف مركز التجارة الدولي في نيويورك عام 1993 .

قال : ببساطة إن حجم المساعدات التي تقدمها مؤسسة بن لادن الآن تشمل 13 دولة .. منها البانيا - ماليزيا - باكستان - هولندا - بريطانيا - رومانيا - روسيا - تركيا - لبنان - العراق .. وبعض الدول الخليجية . لا داعي لذكر اسمها .

قالها .. وابتسامة خبيثة تلمع فوق شفتيه .

وقال : إن هذا الدعم يأتي - بشكل خاص - من جمعية هيومان كونسرن إنترناشيونال التي تأسست عام 1982 .. في أفغانستان .

كان بن لادن أحد المؤسسين بمعاونة الحكومة الإيرانية .. والمخابرات الأمريكية . ولكن سرعان ما دخلها ممولون آخرون من الدول الخليجية . ومركزها ستوكهولم وفروعها في العالم ومنها : جمعية المساعدة في بريطانيا وجمعية النجدة في برلين والدعم الإسلامي في إيطاليا وجمعية موفق في زغرب وبيت الأنصار في بيشاور .

قلت له : هل صحيح أنك تملك أكبر شبكة اتصالات إلكترونية .. وإنترنت ؟ قال : نعم لأسير بها أعمالي !!

قلت له : هل وجودك في لندن الآن متعلق بالتحقيقات الجارية في لندن وباريس .. عن دورك في تمويل العمليات الإرهابية في فرنسا ؟

ضحك وقال : لا .. أنا في مهمة مع السفارة الأمريكية في لندن ؟!

قلت له : ألا تخشى أن يقوم الترابي بتسليمك كما فعل مع كارلوس ؟

قال : محتمل وأنا الآن لا أعيش في السودان . وأقوم بالتنقل بصفة مستمرة ولا أتخذ من أي بلد مقرا لي .

وقال : عموما السودان في حاجة لي . أكثر من حاجتي للسودان . وأنا أؤكد أن مغادرتي للسودان ستؤدي حتما إلى انهيار الاقتصاد المتبقي في السودان .

وقال في آخر الحديث تعليقا عما يحدث في السودان : إنه مزيج من الدين والجريمة المنظمة .

**فايزة سعد**

في عام 1993 .. طلبت حكومة البشير قرضا من أسامة بن لادن ، فقدم لها قرضا ميسرا قيمته 8 ملايين دولار بهدف استيراد الدقيق بصورة عاجلة . وكانت مخازن الحكومة السودانية قد فرغت من الدقيق . وفي حفل افتتاح مطار بورتسودان الجديد .. تبرع أسامة بن لادن بمبلغ 2.5 مليون دولار .

ولم يحضر أسامة بن لادن مؤتمر الشعب العربي الإسلامي .. الذي يقام سنويا . ويجمع جميع رموز المقاومة الإسلامية . رغم أنه يدفع مليون دولار مساهمة في إقامته .

ويملك أسامة بن لادن في السودان أكثر من مقر . فهناك الفيلا الخاصة في حي الرياض .. وأخرى أكثر فخامة في حي المطار .. بجانب يخته الخاص . الذي يرسو عادة في ميناء بورتسودان ..

أما طبيبه الخاص . فهو الدكتور أيمن الظواهري . وقد كان يلازمه طوال فترة عمله داخل معسكرات المجاهدين في بيشاور . ومصطفى حمزة . الذي بدأ العمل معه في مكتبه في القاهرة ، وقبل هروبه إلى السودان .. وهو يعتبر من أكبر المقربين لبن لادن ويعتبر محمد شوقي الإسلامبولي .. العقل الإعلامي لبن لادن . وكان يشغل وظيفة ضابط الاتصال في جلال أباد .

أما في اليمن فيعتبره اليمنيون من أكبر الممولين للحركات الإسلامية فلقد ساهم في إنشاء سبعة معاهد تعليمية خامسة .. في لحج والضالع وأبين وعدن .. ثم تبرع بمؤخرا ببناء الجامعة الإسلامية في اليمن . والتي ستبنى في مدينة تعز .. ويرتبط بن لادن مع طارق الفضلي زعيم المتطرفين الإسلاميين في اليمن . كما تربطه علاقات قوية مع الشيخ عبد المجيد الزنداني ..

يقول بن لادن : إنني متهم بفتح العديد من معسكرات المتطرفين الإسلاميين في صعده .. ولكن علاقته الآن متوترة بعد توجيه الاتهام إليه من الحكومة اليمنية . فإنه هو والمجاهدين العرب مسؤولون عن تفجير المنشآت النفطية . والهجوم على فندق عدن عام 1992 .

وبالتالي قام بن لادن بنقل المجاهدين العرب من اليمن إلى الصومال في رحلة كلفته ثلاثة ملايين دولار .

ولا يخفي الرجل علاقته بعمر بكري محمد . الذي تعرف عليه من خلال شخص يدعى نضال أبو دجانة المعروف باسم ، أبو الرداء .. وهو سوري الجنسية ويرافق بن لادن كظله ويعيش معه في السودان .. وهو من أكبر قيادات الإخوان المسلمين السوريين وقد فر من حماة بعد أحداث 1982 .

والجرافات من ألمانيا في صفقة بلغت 15 مليون دولار .. وقامت الحكومة السودانية وبتدخل من حسن الترابي بإعفاء أسامة بن لادن من دفع الرسوم الجمركية على الشاحنات .

وتوطدت العلاقات بين بن لادن . وحسن الترابي . وكان العديد من الأفغان العرب قد تدفقوا من بيشاور إلى السودان .. وقال له الترابي يومها أن الحكومة الإيرانية ورطت النظام السوداني بهؤلاء الأفغان ووعدت الحكومة السودانية بالدعم المادي .. لتوفير سبل العيش لهم .. ولكن الحكومة الإيرانية قد أخلت بوعدها .. وفي المقابل لم تستطع الحكومة السودانية تحمل عبء المجاهدين ، ولا تستطيع طردهم من أراضيها .. وفهم بن لادن أن المطلوب منه هو دفع مبلغ من المال .. وقدم لهم بن لادن



البشير        حسن الترابي        كارلوس

تبرعا قيمته مليونا دولار .. بشيك مسحوب على بنك فيصل الإسلامي .

ولقد حصلت شركة المقاولات التي أنشأها بن لادن في السودان على العديد من المشروعات . أهمها سد الروصيرص .. الذي يعتبر من أكبر السدود السودانية . ومشروع بناء وتجهيز 23 معسكرا لتدريب المجاهدين . رفض بن لادن تقاضي أي مليم من أجل إنشاء تلك المعسكرات وكرد للجميل تم تكليف أسامة بن لادن بتولي تنفيذ مشروع طريق التحدي . والطريق الرئيسي المعد ليربط بين الخرطوم وشندي وعطبرة ، ويبلغ طوله أكثر من خمسمائة كيلو متر .. وأعطي له التنفيذ بالأمر المباشر . وقدرت تكاليف المشروعات بمئات الملايين من الدولارات .

ومازال العمل جاريا في هذا المشروع حتى الآن .. بالإضافة إلى ذلك قامت شركة بن لادن بالمساهمة في إنشاء ترعتي الرهد وكنانة ، وأنشأ بن لادن مع تجار جبهة الترابي بنك الشمال . في الخرطوم ، وساهم في إنشائه بمبلغ خمسين مليون دولار مقابل حصوله على مليون أفدن في مناطق كردفان ، وغرب السودان للاستثمار الزراعي - وتربية الماشية .