UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re Terrorist Attacks on September 11, 2001     03 MDL 1570 (RCC)
                                                  ECF Case

-------------------------------------------------------------x

CANTOR FITZGERALD & CO., et al.,

       Plaintiffs,                         04 CV 7065 (RCC)
                                                  ECF Case
  v.

AKIDA BANK PRIVATE LIMITED, et al.,

       Defendants.
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

      I hereby certify that on June 27, 2005, I caused a copy of Cantor Fitzgerald and Port Authority Plaintiffs' Memorandum of Law in Opposition to the Motion to Dismiss of Defendant Faisal Islamic Bank (Sudan) and the Declaration of Jonathan M. Goodman in Support of the Cantor Fitzgerald and Port Authority Plaintiffs Opposition to the Motion to Dismiss of Defendant Faisal Islamic Bank (Sudan), with exhibits to be served by ECF or other electronic means on all Counsel of Record

                              _____/S/_____
                              Jonathan M. Goodman