UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

This document relates to:   *Federal Insurance Co. v. al Qaida*, 03 CV 06978 (RCC)
*Cantor Fitzgerald & Co. v. Akida Bank Private Ltd,* 04 CV 7065
*Continental Casualty Co. v. Al Qaeda Islamic Army*, 04 CV 5970
*Euro Brokers, Inc. v. Al Baraka Investment & Development Corp.*, 04 CV 7279
*New York Marine & General Insurance Co. v. Al Qaeda*, 04 CV 6105
*O'Neill v. Al Baraka Investment and Development Corp.*, 04 CV 1923
*World Trade Center Properties, LLC v. Al Baraka Investment*, 04 CV 7280

**AFFIRMATION OF SEAN P. CARTER TRANSMITTING EVIDENCE IN SUPPORT OF THE PROPERTY DAMAGE PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO FAISAL ISLAMIC BANK OF SUDAN'S MOTIONS TO DISMISS**

Sean P. Carter, Esq., affirms as follows:

1. I am an attorney admitted to practice *pro hac vice* in the above-captioned matter, and a member of the law firm Cozen O'Connor. I submit this Affirmation to transmit to the Court the following documents in support of the Property Damage Plaintiffs' Consolidated Memorandum of Law In Opposition to Faisal Islamic Bank of Sudan's Motions to Dismiss.

2. Exhibit 1 to this Affirmation is a true and accurate copy of the *Library of Congress Country Study – Sudan – Islamic Banking*, published by the Library of Congress, Federal Research Division, in June of 1991.

3. Exhibit 2 to this Affirmation is a true and accurate copy of the CIA Fact Sheet entitled *Usama bin Laden – Islamic Extremists Financier*, released to the media in 1996.

4.	Exhibit 3 to this Affirmation is a true and accurate copy of the testimony of Richard A. Clarke before the National Commission on Terrorist Attacks Upon the United States, issued on March 24, 2004.

5.	Exhibit 4 to this Affirmation is a true and accurate of the *"About FATF" Page from the Financial Action Task Force website,* available at http://www1.oecd.org/fatf/AboutFATF_en.htm.

6.	Exhibit 5 to this Affirmation is a true and accurate copy of *Forty Recommendations of the Financial Action Task Force on Money Laundering*, Financial Action Task Force, 1990.

Affirmed in Philadelphia, Pennsylvania on June 27, 2005.

_____/s/_____<br>Sean P. Carter