UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re Terrorist Attacks on September 11, 2001*<br><br>*This document relates to all actions* | 03 MDL 1570 (RCC)<br>ECF Case |

**MEMORANDUM IN SUPPORT OF DEFENDANT
KHALID BIN MAHFOUZ'S
<u>MOTION TO DISMISS PLAINTIFFS' COMPLAINTS</u>**

**EXHIBIT A**

## CHART OF CAUSES OF ACTION ASSERTED AGAINST KHALID BIN MAHFOUZ IN THE 9/11 LITIGATION

| | ATA | ATCA | TVPA | RICO | Wrongful Death | Assault & Battery | Survival | Neg./Int. Infliction of Emot. Dis. | Conspiracy | Aiding and Abetting | Neg. | Property Damages (including trespass) | Punitives | Violations of Int'l Law | Contribution & Indemnity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ashton | X | | X | | X | X | X | | | | | X | X | | |
| Burnett[1] | X | X | X | X (a), (c), (d) | X | | X | X | X | X | X | | X | | |
| Cantor Fitzgerald | X | | | X (c) | | | | | X | X | | X | X | X | X |
| Continental Casualty | | | | X (c) | | | | | X | | | X | | | |
| Euro Brokers Inc. | X | | | X (a), (c), (d) | | | | | X | X | | X | X | X | |
| Federal Insurance | X | | X | X (a) | X | X | X | X | X | X | X | X | X | | |
| New York Marine | X | | | X (a), (c), (d) | | | | | X | X | X | X | X | | |
| O'Neill | X | X | X | X (a) | X | | X | X | X | X | X | | X | | |
| World Trade Center | X | | | X (a), (c), (d) | | | | | X | X | | X | X | X | |

[1] This refers to both *Burnett v. Al Baraka* (1:03cv9849) and *Burnett v. Al Baraka* (1:03cv5738).