<div align="center">

**Attachment A**

</div>

1.      555 Grove Street, Office Suite Behind the Door
        Labeled 110, 114, and 116, Herndon, Virginia

555 Grove Street is a three-story brick, contemporary-style building with dark gray-tinted windows that extend continuously and horizontally along the length of the structure and each of the two floors that can be viewed from the street. Just above each of the windows on each floor there is beige trim that also extends continuously and horizontally along the entire length of the building. The building is marked by the numbers "555" in white directly above the front lobby door. The door leading to the office suite behind the door marked as the door for Suites 110, 114, and 116 in that building has on it a brass sign listing Mar-Jac Investments, Inc. 110, Reston Management, Inc. 114 and Sterling Management Group, Inc. 116.

2.      500 Grove Street, 2nd Floor, Herndon, Virginia

500 Grove Street is a three story, beige and dark brown brick colored, contemporary style building on the north side of Grove Street approximately 1/10th of a mile east of the intersection of Grove and Van Buren Streets. It has tinted windows that extend continuously and horizontally along the length of the structure and along each of the three floors viewable from the street. The building is marked by the numbers "500" on the front of the building. The building directory lists IIIT (International Institute of Islamic Though) as being located on the second floor.

3.      750-A Miller Dr. SE, Leesburg, Virginia

The building known as  750-A Miller Drive, SE, Leesburg, Virginia is a two-story red brick building with gray bricks across the top and two horizontal lines of gray bricks as an accent, on the west side of Miller Drive approximately ¼ mile from the intersection of Miller Drive and Sycolin Road SE. The building, which houses multiple commercial offices, is located directly across Miller Drive from the Leesburg Airport. The main entrance to the building has glass double doors with the numerals and letter "750-A" in white above the doors on a large plate of glass. Below "750-A" are white letters, which read, "School of Islamic and Social Sciences." In the front of 750-A, on the lawn, there is a black sign with the numerals and letter, "750-A" a green square portion with white letters stating, "School of Islamic and Social Sciences."

4.      The Administrative Offices of Mar-Jac Poultry at 1020 Aviation Blvd.,
        Gainesville, Georgia

Mar Jac-Poultry, with an address of 1020 Aviation Blvd., Gainesville, Georgia, is located on the northwest corner of Aviation Boulevard SW and Dorsey Street SW in Gainesville,

<div align="center">

1

</div>

Georgia, just west of the Gainesville Airport and Aviation Boulevard, SW, south of the Georgia Department of Public Safety Drivers License Bureau, and east of railroad tracks. The plant, surrounded by a chain link fence, is comprised of numerous white and yellow buildings made of prefabricated materials. A brown tan stucco sign depicting a chicken with the letters "M/J" encased within a house-like emblem on its chest, and the words "Mar-Jac" written under the chicken, is located on the south end on the property facing Dorsey St., SW, just west of a gate into the property located on the SE corner of the property west of the intersection of Aviation Boulevard SW and Dorsey St. SW. The Administrative Offices of Mar-Jac Poultry are located in (1) a one-story building with a sign on it reading "Administrative Offices," located near the gate at the Northeast corner of the property. On the left side of the gate is a green and blue sign, with white letters, which reads, "All Visitors Must Report To Main Office". The sign on the north side of the gate is a red sign with white letters that reads, "Administrative Offices Only  No Tractors-Trailers Allowed". The sign on the south side of the gate is of faded tan color with white letters that reads, "Administrative Offices Only No Tractors/Trailers Allowed."

5.   The Residence of Mirza at 11922 Safa Court, Herndon, Virginia

The residence of Mirza is a beige-colored 1½-story house located at 11922 Safa Court, Herndon, Virginia 20170. The house is in the Shaker West Subdivision, on the north side of Safa Court approximately 1/10th of a mile from the intersection of Safa Court and Safa Street. The house is located next door to 11926. A red and white fire hydrant is next to the mailbox, which has the number 11922 and the name "Mirza" on it. The numbers 11922 are affixed to the house next to the garage.

6.   The Residence of Jaghlit at 9034 Swift Creek Road, Fairfax Station, Virginia

The residence of Jaghlit is located at 9034 Swift Creek Road, Fairfax, Virginia 22039. A mailbox located at the very end of Swift Creek Road off of a cul-de-sac, and is identified by the number 9034. The site is a heavily wooded area and no house is visible from the cul-de-sac. The mailbox is positioned at the beginning of a long sand and gravel winding driveway. Two red "Posted - No Trespassing" signs are affixed to trees bordering the driveway. The driveway becomes blacktop as it nears a house. The house is a large two-story, symmetrical, modern design dwelling with large arch roofline over the center entrance. The house has gray siding, with black window shutters. Silver-colored stone surrounds the center area. The front door is red and surrounded by white wood trim. Brass numbers 9034 are vertically affixed to the white wood trim on the left side of the front door. A large inter-county power line is to the left of the dwelling. A two-car attached garage is on the right side of the dwelling with a white/cream colored garage door.

7.   The Residence of Barzinji at 11919 Safa Court, Herndon, Virginia

The residence of Barzinji is located at 11919 Safa Court, Herndon, Virginia 20170. This residence is in the Shaker West Subdivision, on a pipe-stem private driveway off of Safa Court approximately 1/10th of a mile from the intersection of Safa Court and Safa Street. The house is

2

Z89950004-P/C-000046 101

a blue two-story wooden custom house with a brown front door with a large oval glass in the center.  Before this house, there is a green sign on the right side of a private driveway which reads "11919, 11921, 11923" identifying the three houses on that private driveway.  Houses 11921 and 11923 are identified by numbers affixed to the houses; house 11919 is the only house without a number and is located just past this sign, on the right side.

      8.     <u>The Residence of Al-Alwani at 1105 Safa Street, Herndon, Virginia</u>

The residence of Alwani, is located at 1105 Safa Street, Herndon, Virginia 20170.  This residence is a contemporary two-story single family house situated on a semi-secluded lot, approximately ½ acre in size.  It is the first house on the right side of Safa Street as one enters Safa Street northbound from Sugarland Road.  The exterior of the house is constructed with tan siding and the front doors are gray.  The address, 1105, is reflected both on the house (to the right of the two car garage) and on the mailbox.

      9.     <u>The Residence of Totonji at 305 Marjorie Lane, Herndon, Virginia</u>

The residence of Totonji is located at 305 Marjorie Lane, Herndon, Virginia 20170, approximately 1/10th of a mile to the east of the intersection of Marjorie Lane and Leona Lane.  This structure is a two-story colonial with beige stucco front and a two-car garage.  Numbers #305 are affixed above the garage door.  The roof is made of three copper eaves.  The front door is a single door, brown in color with a brown gated storm door.  A brown mailbox is situated at the bottom of the driveway.

      10.     <u>The Residence of Unus at 12607 Rock Ridge Road, Herndon, Virginia</u>

The residence of Iqbal Unus is located at 12607 Rock Ridge Road, Herndon, Virginia 20170.  The residence of is a two-story detached single family home with a two-car garage, immediately to the north of the intersection of Rock Ridge Road and Hawks Nest Court.  The home has light-yellow vinyl siding and a light-brown shingled roof.  The numbers 12607 are centered across the front porch of the residence.

      11.     The Residence of Mohammad Omar Ashraf
            <u>at 12541 Browns Ferry Road, Herndon, Virginia</u>

The residence of  Mohammad Omar Ashraf is located at 12541 Browns Ferry Road, Herndon, Virginia 20170.  The residence is the last house on the left, prior to entering the cul-de-sac where the road ends.  The residence is a two-story colonial-style house with white siding, black shutters, a covered porch, and a blacktop driveway from the street leading to a two-car attached garage.  The number "12541" is on the curb of the residence, on the black mailbox located near the curb and on the house, to the right of the front door.

<div align="center">3</div>

Z89950004-P/C-000046.102

12.     The Residence of Muhammad Ashraf
        at 12528 Rock Ridge Road, Herndon, Virginia

The residence of Muhammad Ashraf is located at 12528 Rock Ridge Road, Herndon, Virginia 20170, between 12530 and 12526 on the north side of Rock Ridge Road between Cellar Creek Way and Dardanelle Road.   The residence is a two-story single family residence with an attached two-car garage, the seventh home from either Cellar Creek Way or Dandanelle Road on Rock Ridge Road.   The front of the residence is constructed of red brick on the lower half and yellow siding on the upper half.   The front windows have gray shutters.   The front entrance has a small stoop with a white post on the left.   The number "12528" is stenciled on the white post of the stoop.   A light post is located left of the driveway along the walkway toward the entrance of the residence.   A mailbox is located curbside left of the driveway of the residence.

4

## Attachment B

## Items to be Seized

a.  Any and all records including financial information, including tax returns and IRS filings, and any work papers related thereto; bank, credit or securities account statements, applications, deposit tickets, receipts, canceled checks, cashier checks, money orders, wire transfer records, debit/credit memos; financial ledgers, journals, investment records, real estate records, other records of assets; records of or related to contributions, grants or disbursements made or received, and/or allocations; loan records, financial statements, audit work papers, audit reports (or correspondence, transmittals or document related to any of the foregoing), regarding any or all of the following entities:

African Muslim Agency
Aradi, Inc.
FIQH Council
Grove Corporate, Inc.
Graduate School of Islamic
Social Sciences (formerly
SISS)
Heritage Education Trust
Humana Charitable Trust

International Institute of
Islamic Thought
Mar-Jac Holdings, Inc.
Mar-Jac Investments, Inc.
Mar-Jac Poultry, Inc.
Mena Corporation
Reston Investments, Inc.
SAAR Foundation

SAAR International
Safa Trust
Sterling Charitable Gift
Fund
Sterling Management
Group, Inc.
York Foundation
York International

and/or any other entity sharing officers, directors, trustees, or employees with the listed entities ("the Safa Group"), and/or any other individual or entity designated as a terrorist by the President of the United States, the United States Department of Treasury, or the Secretary of State.

b.  Any and all information regarding financial transfers of any kind undertaken by any officer, director, trustee, or employee of any member of the Safa Group, and any other individual or entity designated as a terrorist by the President of the United States, the United States Department of Treasury, or the Secretary of State. .

c.  Any and all information referencing in any way PIJ, Hamas, Al-Qaida, WISE, ICP, Sami Al-Arian, Basheer Nafi, Mazen al-Najar, Ramallah Shallah, Khalil Shikaki, Sheik Odeh, Sheik Rahman, Usama Bin Laden, and any other individual or entity designated as a terrorist by the President of the United States, the United States Department of Treasury, or the Secretary of State.

d.  Any and all corporate records for any member of the Safa Group, including articles of incorporation, corporate/organizational minute books, stock certificates, membership rosters, lease agreements and applications.

e.  Any and all telephone bills and statements for any member of the Safa Group.

1

Z89950004-P/C-000046 104

f.   Any and all travel records - including itineraries and tickets/ticket copies for any officer, director, employee, or trustee of any member of the Safa Group.

g.   Any and all correspondence referencing in any way PIJ, Hamas, Al-Qaida, WISE, ICP, Sami Al-Arian, Basheer Nafi, Mazen al-Najar, Ramallah Shallah, Khalil Shikaki, Sheik Odeh, Sheik Rahman, Usama Bin Laden, and any other individual or entity designated as a terrorist by the President of the United States, the United States Department of Treasury, or the Secretary of State.

h.   Any individual income tax returns or other tax returns, and drafts or work papers or documentation related thereto, for or related to any officer, director, trustee or employee of the *Safa Group*.

i.   Any and all financial documents related to the individual tax returns or other tax returns of Al-Alwani, M. Omar Ashraf, Muhammad Ashraf, Jaghlit, Barzinji, Totonji, and Mirza, and the returns of the Mirza Revocable Family Trust, Mirza Family Partnership, Jaghlit Family Trust No. 1, Jaghlit Family Trust No. 2.

j.   Immigration documents related to WISE, ICP, Sami Al-Arian, Ramadan Shallah, Basheer Nafi, Mazen al-Najar, Khalil Shikaki, PIJ, HAMAS, Al-Qaida, any director, officer, trustee, or employee of any member of the Safa Group, and any individual or entity designated as a terrorist by the President of the United States, the United States Department of Treasury, or the Secretary of State.

k.   Pamphlets, leaflets, booklets, video and audio tapes related to IIIT, WISE, ICP, Sami Al-Arian, Ramadan Abdullah Shallah, Mazen al-Najar, Khalil Shikaki, Basheer Nafi, PIJ, HAMAS, Al-Qaida, any officer, director, or employee of any member of the Safa Group, or any other individual or entity designated as a terrorist by the President of the United States, the United States Department of Treasury, or the Secretary of State, and any member of the Safa Group.

l.   Personnel records identifying employees of WISE, ICP, or any member of the Safa Group, the dates of their employment, their areas of responsibility, and reasons for termination.

m.   Diaries, organizers, day planners, appointment books, telephone message pads, address books and the like, for any any director, officer, trustee, or employee of any member of the Safa Group.

n.   All identification documents reflecting the use of an alias, fictitious, or nominee name, including passports, social security cards, immigration papers (to include but not limited to green cards, work permits, visa) drivers license (domestic or foreign), and state identification cards (domestic or foreign).

2

o.     Contents of safes, lock boxes, file cabinets and other locked containers within the business and/or residence and information or keys regarding safe deposit boxes.

p.     All computer and network equipment and peripherals, the software to operate them, and related instruction manuals to include the items listed below:

q.     Any and all information and/or data stored in the form of magnetic, digital, or electronic coding on computer media or on media capable of being read by a computer or with the aid of computer related equipment.  This media includes but is not limited to floppy diskettes, fixed hard disks, removable hard disk cartridges, tapes, laser disks, videocassettes, and any other media, which is capable of storing magnetic coding.

r.     Any and all electronic devices which are capable of analyzing, creating, displaying, converting, or transmitting electronic or magnetic computer impulses or data. These devices include but are not limited to computers, computer components, computer peripherals, word processing equipment, modems, monitors, printers, plotters, encryption circuit boards, optical scanners, external hard drives, and other computer related electronic devices.

s.     Any and all instructions or programs stored in the form of electronic or magnetic media, which are capable of being interpreted by a computer, or related components.  The items to be seized could include but would not be limited to operating systems, application software, utility programs, compilers, interpreters, and any other programs or software used to communicate with computer programs or software used to communicate with computer hardware or peripherals either directly or indirectly via telephone lines, DSL lines, cable lines, radio or other means of transmission.

t.     Any and all written or printed material which provides instructions or examples concerning the operation of a computer system, computer software, and/or any related device.

3

Attachment C

## <u>Safa Group Businesses & Corporations</u>

<u>A & W Stores, Inc.</u> - Status: "Terminated (Automatic)"
555 Grove St., Suite 110, Herndon, VA
    George, Jawad F. – Registered Agent

<u>African Muslim Agency</u> - Status: Active
555 Grove St., Herndon, VA (no suite #)
    Alsumait, Adbulrahman - President
    Altalib, Hisham - Treasurer
    Mirza, M. Yaqub - Vice President

<u>Al-Aqsa Educational Fund</u> – Status: Active
PO Box 1124, Oxford, Mississippi 38655
    Mushtaha, Fawaz – former director
    Bushnaq, Yaser – former director
    El-Gajleet(Jaghlit), Mohammad – former President
    Al-Ashkar, Abdelhaleem – Vice President

<u>Al-Wahyayn Publishing Company</u> - Status: "Terminated (Automatic)"
555 Grove St., Suite 200, Herndon, VA
    Aqeel, Abdul R. – President/Treasurer
    Barzinji, Jamal - Secretary

<u>All Dulles Area Muslim Society (ADAMS)</u> - Status: Active
46970 Community Plaza, Suite 218, Sterling, VA
500 Grove St., Herndon, VA;
    Alkhairo, Wael – President/Registered Agent
    Ashraf, M. Omar – Registered Agent
    Awand, Mazhar A. – Treasurer
    Bari, Aziz – Secretary/Chairman
    Jaka, Rizwan – Vice President
    Khan, Bashir Ahmad – Treasurer/CFO
    Khan, Mumtaz – President
    Latib, Abdulrahman - Chairman
    Manraj, Abdul Hafez – CFO
    Noor, Ahmed - Treasurer
    Rayyan, Ahmad I – Secretary/Officer
    Salah, Said - Secretary
    Unus, Iqbal J. – Vice President

Attachment C
Page 2

**Altalib Family Limited Partnership** –   Status: Active
11776 Stratford House Pl.,#1403, Reston,VA
          Altalib, Hisham Yahya – Registered Agent

**AMC Foundation**  -  Status: Active
555 Grove St., Suite 116, Herdon, VA
          Ashraf, Muhammad - Registered Agent

**Amana Limited**
Isle of Man

**Amana Mutual Funds**
1300 North State Street, Bellingham, Washington

**American Institute for Societal Studies**  -  Status: Active
555 Grove St., Suite 116, Herdon, VA
          Ashraf, Muhammad – President/Secretary/Treasurer
          Altalib, Hisham – Registered Agent **American Products International**, Inc.  -
Status: Active 11919 Safa Ct., Herndon, VA; 1162  (Registered Office)
          Kandil, Osama – Registered Agent Sadoun, Jamal - Director      Sadoun,
Nabil – Director **American Projects Investments Corporation**  -  Status:
"Terminated (Automatic)"555 Grove St., Suite 110, Herndon, VA
          George, Jawad F. – Registered Agent

**Arabic Software Computer, Inc.**  -  Status:  Inactive-Dissolved 555 Grove St., Suite
110, Herndon, VA
          Ashraf, Mohammad Omar – President/Chairman        Iqbal, Mahamed –
Registered Agent     Russel, William R. - Register Agent **Association of Muslim
Social Scientists** – Status: Active 1145 Herndon Pky, #500, Herndon, VA
          Ahmad, Dr. Mumtaz – President   El-Ansary, Waleed – Treasurer     Haq,
Faizan – Secretary   Safi, Dr. Louay – Vice-President
          Abusulayman, Abdelhamid – former director
          **Aradi, Inc.**  -  Status: Active 555 Grove St., Suite 110, Herndn, VA; Al-Rajhi,
Abdullah Sulaiman – President     Altalib, Hisham – Vice-President/Treasurer
          Sedky, Cherif – Secretary **Attia Grafisk USA, Inc.**  -  Status: "Terminated
(Automatic)"555 Grove St., Herndon, VA
          Mohamed, Abla M. – President     Hadeed, Michael Jr., P.C. – Registered
Agent
**Beauregard Associates, LC**  -  Status: Active 555 Grove St., Suite 104,Herdon, VA
          Totonji, Irfan K. – Register Agent

Attachment C
Page 3

<u>**Bone Shami Ventures, Inc.  -  Status:  "Terminated (Automatic)"**</u>
555 Grove St., Suite 110, Herndon, VA
      George, Jawad F. – Registered Agent

<u>**Capital Diamond Center, Inc. -**</u> Status:  "Terminated (Automatic)"
555 Grove St., Suite 110, Herndon, VA
      George, Jawad F. – Registered Agent

<u>**Child Development Foundation**</u>  -  Status:  Active
555 Grove St., Suite 114, Herndon, VA
      Abusulayman, Dr. Abdulhamid – President/Registered Agent
      Altalib, Dr. Hisham – Vice-President/Treasurer
      Unus, Dr. Iqbal J. – Secretary

<u>**Courtland Farm Conservancy Lots Homeowners Assn., Inc.**</u>  -  Status:  Active
555 Grove St., Suite 112, Herndon, VA
      Mirza, M. Yaqub – President/Treasurer
      Ashraf, Muhammad – Secretary
      Altalib, Hisham – Registered Agent

<u>**Creativity International Productions, LLC**</u>  -  Status:  Canceled
555 Grove St., Suite 116, Herndon, VA
      Mirza, M. Yacub – Registered Agent

<u>**Dar El-Eiman USA, Inc.**</u>  -  Status:  Active
360 S. Washington St., Ste. 101, Falls Church, VA
      Mushtaha, Fawaz  -  Registered Agent/President/Treasurer

<u>**East Stratford Phase A & B Homeowners Association – Status:  Active**</u>
555 Grove St., Suite 104, Herndon, VA
      Totonji, Irfan K. – President/Registered Agent

<u>**Education, Training and Research Associates  -  Status:  Active**</u>
      Unus, Iqbal J.  -  Registered Agent

<u>**Elite Investment and Management Group, Inc.  -  Status:  Active**</u>
555 Grove St., Suite 104, Herndon, VA
      Totonji, Irfan K. – President/Secretary/Treasurer/Registered Agent
      Al Younes-Totonji, Ghazwa A. – Vice President

<u>**Elite Management Resources, Inc.**</u>  -  Status:  "Terminated (Automatic)"
      Totonji, Irfan K. – President/Secretary

Attachment C
Page 4

   Al-Hassan, Yazen M. – Vice-President/Treasurer/Registered Agent

**Elite Trading and Contracting, Inc.**  -  Status:  "Terminated (Voluntary)"
555 Grove St., Suite 104, Herndon, VA
   Totonji, Irfan K. – President/Treasurer/Registered Agent
   Almoayyad, Abdulelah, - Chairman
   Alyounes-Totonji, Ghazwa – Vice President

**Equity Investors Associates, Ltd.**  -  Status:  "Terminated (Automatiac)"
555 Grove St., Suite 110, Herndon, VA
   George, Jawad F. – Registered Agent

**Enterprise Investment Group, Inc.**  -  Status:  Active
12528 Rock Ridge Rd., Herndon, VA
   Ashraf, Muhammad  -  Registered Agent

**Executive Building Maintenance**  -  Status:  Active
555 Grove St., Suite 104, Herndon, VA
   Totonji, Irfan K. – President/Treasurer/Secretary/Registered Agent
   Alyounes-Totonji, Ghawza – Vice-President
   Almoayyad, Abdulelah – Chairman

**FIQH Council of North America, Inc.**  -  Status:  Active
750-A Miller Dr., SE, Leesburg, VA
   Al-Alwani, Taha J.  -  Registered Agent
   Issam, Akkad  -  Treasurer

**Ghazwa Associates, LLC**  -  Status:  Active
c/o Elite Investment & Management, 555 Grove St., Suite 104, Herndon, VA
   Sanderson, Douglas J. – Registered Agent

**Global Enterprises, LLC**  -  Status:  Active
555 Grove St., Suite 116, Herndon, VA
   Ashraf, Muhammad – Registered Agent

**Global Holdings, LLC**  -  Status:  Active
555 Grove St., Suite 116, Herndon, VA
   **Ashraf, Muhammad** – Registered Agent

**Graduate School of Islamic & Social Sciences**  -  Status:  Active
(Formerly known as The Islamic Institute of Advanced Studies [IIAS] and the
School of Islamic and Social Sciences [SISS])
750-A Miller Dr., SE, Leesburg, VA
   Al-Alwani, Taha J.  -  Registered Agent

Attachment C
Page 5

      Abusulayman, Dr. Abdulhamid  -  Secretary
      Mirza, M. Yacub  -  Treasurer

<u>Grove Corporate Plaza</u>  -  Status:  Active
555 Grove St., Suite 110, Herndon, VA
      Mirza, M. Yaqub – President/Treasurer/Registered Agent
      Ashraf, M. Omar – Vice-President/Secretary

<u>Grove Street Corporation</u> – Inactive
555 Grove Street, Herndon, Virginia
      Al-Talib, Hisham
      Ashraf, Omar

<u>Heritage Education Trust, Inc.</u>  -  Status:  Active
750-A Miller Dr.,SE, Leesburg, VA
      Jaghlit, Mohammad – Secretary/Treasurer/Registered Agent
      Al-Alwani, Taha J.  -  President

<u>Heritage Holdings</u>  -  Status:  Active
750-A Miller Dr., SE, Leesburg, VA
      Al-Alwani, Taha J.  -  Registered Agent

<u>Herndon Grand, Inc.</u>  -  Status:  "Terminated (Automatic)"
555 Grove St., Suite 205, Herndon, VA
      Altalib, Hisham – President/Treasurer/Registered Agent
      Totonji, Irfan – Vice-President
      Ashraf, Muhammad – Secretary

<u>HFC Feed Mill, LLC</u>  -  Status:  Active
555 Grove St., Suite 116, Herndon, VA
      Ashraf, Muhammad – Registered Agent

<u>Home Owners of Mena Estates Association</u>  -  Status:  "Terminated (Automatic)"
555 Grove St., Herndon, VA
      Barzinji, Jamal – Secretary
      Estwani, Bassam – Treasurer
      Becker, Larry E. – Registered Agent

<u>Horizons Education Association</u>  -  Status:  Active
555 Grove St., Suite 116, Herndon, VA
      Mirza, M. Yaqub – Registered Agent

<u>Humana Charitable Trust  c/o Amana Ltd.,</u>
Abacus House, Mona Street, Douglas, Isle of Man

Attachment C
Page 6

P.O. Box 1297, Herndon, VA

<u>IFSO Training Bureau</u>  -  Status:  "Terminated (Automatic)"
555 Grove St., Herndon, VA
      Kasule, Omar. H. – Registered Agent

<u>Impact Training Center, Inc.</u>  -  Status:  "Terminated (Voluntary)
501 Merlins Lane, Herndon, VA
      Salah, Samir I. – Registered Agent

<u>International Education Trust, Inc.</u>  -  Status:  Active
9034 Swift Creek Rd., Fairfax Station, VA
      Jaghlit, Mohammad – President/Treasurer/Registered Agent
      Malkawi, Fathi – Vice-President/Secretary
      Rashdan, Mahmouda – Vice-President

<u>International Institution of Islamic Thought, Inc.</u>  -  Status:  Active
500 Grove St., Herndon, VA
      Abusulayman, Abdulhamid – Chairman/President/Director
      Al Alwani, Taha J. – Chief Financial Officer
      Altalib, Hisham – Vice-President/Registered Agent
      Barzinji, Jamal – Treasurer/Secretary/CFO
      Jaghlit, Mohammad – President/Treasurer/Registered Agent

<u>International Islamic Charitable</u> Organization (IICO) -  Status:  Active
555 Grove St., Suite 116, Herndon, VA
      Hassaballa, Ibrahim – Vice-President
      Mirza, M. Yacub – Treasurer/Registered Agent
      Mohamed, Mohieldin A. – Vice-President
      Ashraf, Muhammad – Secretary

<u>International Islamic Forum for Science, Technology and Human Resources
Development, Inc.  dba  IIFTIKHAR</u>  -  Status:  Active
1145 Herndon Pky,#500A, Herndon, VA
      Totonji, Dr. Ahmad – President
      Barzinji, Dr. Jamal - Vice-President
      Abusulayman, Dr. Abdulhamid  -  Chairman
      Unus, Dr. Iqbal J.  -  Secretary/Treasurer/Registered Agent

<u>International Relief Organization (a.k.a. International Islamic Relief Organization)</u>
                 Status:  Active
P.O.Box 8125, Falls Church, VA; 360 S. Washington St., Falls Church, VA; 5501
Backlick Rd., #220, Springfield, VA (Registered Agent)
      Al Suwaidan, Tareq – Secretary/Treasurer
      Al Sulaiman, Ali – President

Attachment C
Page 7

      Al Mahdi, Abdullah M. – Vice-President, Chief Financial Officer
      Al Mahdi, Tareq M. – Secretary
      Hadeed, Michael – Registered Agent
      Omeish, Mohamed S. – President/Secretary

**International Technology Marketing, Inc.**  Status: "Terminated (Automatic)"
501 Merlins Lane, Herndon, VA
      Salah, Samir I. – Registered Agent

**International Origin Solutions, LLC**  Status:  Active
555 Grove St., Suite 116, Herndon, VA
      Ashraf, Muhammad – Registered Agent

**Jet Express, Inc.**  -  Status: "Terminated (Automatic)"
555 Grove St., Suite 110, Herndon, VA
      George, Jawad F.  -  Registered Agent

**Jucosa USA, Inc.**  Status:  Active
555 Grove St., Suite 116, Herndon, VA
(Registered Agent:  555 Grove St., Suite 114, Herndon, VA)
      Uziel, Sergio Araya – President
      Silva, Miguel Montes – Vice-President
      Ashraf, M. Omar – Secretary/Treasurer
      Mirza, Dr. M. Yacub – Chairman/Registered Agent

**Latib International, Inc.**  -  Status: "Terminated (Automatic)"
555 Grove St., Suite 110, Herndon, VA
      George, Jawad F. – Registered Agent

**Light Star Travel Agency, Inc.– Status: active**
360 South Washington St., Ste. 102, Falls Church, Virginia 22046
      Abdelellah, Aber – Vice Presdient
      Mushtaha, Fawaz – President/Registered Agent

**Lynx Holdings, Inc.** -  Status: "Terminated (Automatic)"
555 Grove St., (no suite #), Herndon, VA
      Barzinji, Jamal – President
      Mirza, M. Y. – Vice-President/Secretary
      Altalib, Hisham – Treasurer/Registered Agent

**Lynx Real Estate, Inc.**  -  Status: "Withdrawn"
555 Grove St., 1st Floor, Herndon, VA
(Registered Agent)  555 Grove St., Suite 230, Herndon, VA

**Attachment C**
**Page 8**

**Altalib, Hisham Dr. – President/Treasurer/Registered Agent**
**Ashraf, Muhammad - Secretary**

**Makkah Mukarramah Charity Trust, Inc. - Status: "Terminated (Automatic)"**
**Almoayyad, Abdulelah – Vice President**
**Mirza, Yaqub – Secretary/Treasurer**
**Totonji, Ahmad – President**

**Mar-Jac Investments - Status: Active**
**555 Grove St., Suite 110, Herndon,VA**
**Mirza, M. Yacub – President/Treasurer/Registered Agent**
**Ashraf, M. Omar – Vice-President/Secretary**

**Mar-Jac Farms, Inc. - Status: "Merged"**
**P.O. Box 1017, Gainesville, GA**
**Al-Barzinji, Jamal Dr. – Chief Executive Officer**
**Al-Talib, Hisham Dr. – Chief Financial Officer**
**Mirza, M.Y. Dr. – Director**
**Mohamed, Mahmoud – Registered Agent**

**Mar-Jac Holdings, Inc. – Active**
**555 Grove Street, Herndon, Virginia**
**Safa Trust, Inc.**

**Mar-Jac Poultry, Inc. – Status: Active**
**Aviation Blvd., P.O. Box 1017, Gainesville, GA**
**Al-Barzinji, Jamal Dr. – Chief Executive Officer**
**Al-Talib, Hisham – Chief Financial Officer**
**Mirza, M.Y. Dr. – Secretary**
**Carnes, Doug – Registered Agent**

**Mena Corporation – Inactive**
**555 Grove Street, Herndon, Virginia**
**Mena Estates, Inc., DBA Mena for Development - Status: Active555 Grove St., Suite 212, Herndon, VA**
**Barzinji, Jamal – President Altalib, Hisham – Secretary/Treasurer/Registered Agent Mirza, M. Yaqub – Vice-PresidentMena Investments, Inc. - Status: Active555 Grove St., (no suite #), Herndon, VA**
**Barzinji, Jamal – President Altalib, Hisham – Secretary/Treasurer/Registered Agent Mirza, M. Yaqub – Vice-PresidentMirza Family Limited Partnership - Status : Active11922 Safa Ct., Herndon, VA**
**Mirza, Tanveer A. – Registered Agent**

Attachment C
Page 9


<u>Muslim World League</u> - Status: Active360 S. Washington St., #300, Falls Church, VA(Registered Office: 555 Grove St., Suite 116), Herndon, VA)
    Al Obaid, Dr. Abdullah Bin Saleh – President    Bahafzallah, Dr. Hassan A.A. – Vice-PresidentMirza, Dr. M. Yaqub – Secretary/Treasurer/Registere Agent<u>Newcom Investors, LLC</u> - Status: anceled555 Grove St., Suite 116, Herndon, VA
    Ashraf, Muhammad – Registered Agent<u>Noor International</u> - Status:Active12028 Waterside View Apt #12, Reston, VA
    Yacoob, Snober - Registerd Agent    Mirza, Tanveer A. – Vice President/ Seretary/ Yacoob, Sanobar Akhtr – President
<u>Ozaan Capital Management, Inc.</u> - Status: Active12541 Browns Ferry Rd., Herndon, VA
    Ashraf, Mohammad O. – Registered Agent/President    Ashraf, Zahida P. - Scretary<u>Piedmont Medical Services, Inc.</u> - Status: Active501 Merlins Lane, Herndon, VA
    Salah, Samir I. – Registered Agent/President/Secretary  Salah, Saniya S. - Vice-President<u>Properties Development Corp.</u> - Status: "Revoked (Automatic)"555 Grove St., (no suite #), Herndon, VA
    Altalib, Dr. Hisham – President/Treasurer/Registered Agent    Ashraf, Muhammad – Secretary<u>R & S International, Inc.</u> - Status: "Terminated (Automatic)"555 Grove St., Suite 140, Herndon, VA
    Yacoob, Sanobar A. – President    Irshad, Tariq M. – Secretary/Registered Agent Lehan, Sultan A. – Treasurer<u>Reston Investments, Inc.</u> - Status: Active555 Grove St., Suite 114, Herndon, VA
    Barjinji, Jamal - PresidentMirza, Dr. M. Yaqub - Vice-President/Secretary  Altalib, Dr. Hisham - Treasurer
<u>SAAR Foundation Canada, Inc.</u>


<u>SAAR Foundation, Inc</u>. – Status: "Terminated (Voluntary)"555 Grove St., Suite 110, Herndon, VA
    Mirza, M. Yaqub – President/Chief Executive Officer/Registered Agent
    Jaghlit, Mohammad - Treasurer    Sedky, Cherif – Secretary

<u>SAAR International, Inc.</u>
1212 New York Avenue, 12th Fl., Washington, DC
    1212 New York Avenue, Inc.
    <u>Safa Trust</u> - Status: Active555 Grove St., Suite 114, Herndon, VA
    Barjinji, Jamal – President Mirza, M. Yaqub – Vice-President/Registered Agent Altalib, Hisham – Treasurer    Totonji, Ahmad – Secretary<u>Safty, LLC</u> - Status: Active11922 Safa Court, Herndon, VA

*Attachment C*
*Page 10*

Mirza, M. Yacub – Registered Agent<u>Sanabel Al Kheer, Inc.</u> - Status: Active555 Grove St., Suite 116, Herndon, VA

Al Obaid, Dr. Abdullah Bin Saleh – President          Bahafzallah, Dr. Hassan A.A. – Vice-President          Mirza, Dr. M. Yaqub – Secretary/Treasurer/Registered Agent<u>Sana-Bell, Inc.</u> - Status: "Revoked (Automatic)" 555 Grove St., Suite 116, Herndon, VA

Obad, Bin Saleh L. – President
Bahafzallah, Hassan M. – Vice-President
Al Noshan, Abdullah M. – Treasurer
Mirza, M. Yacub – Secretary

<u>Silicon Valley Venture Fund I, LLC</u> - Status: Active
555 Grove St., Suite 116, Herndon, VA
Ashraf, Muhammad – Registered Agent

<u>Silicon Valley Venture Fund II, LLC</u> - Status: Active
555 Grove St., Suite 116, Herndon, VA
Ashraf, Muhammad – Registered Agent

<u>Sterling Advisors, Inc.</u> - Status: Active
555 Grove St., Suite 116, Herndon, VA
(Registered Office 555 Grove St., Suite 114, Herndon, VA)
Mirza, Dr. M. Yacub – Chairman/President/Chief Executive Officer
Ashraf, M. Omar – Executive Vice-Pres/President/Treasurer/Reg. Agent
Ashraf, Muhammad – Vice-President/Secretary

<u>Sterling Charitable Gift Fund</u> - No Record (VASOS)
Mirza, Yacub – President/CEO/Chairman
Ashraf, Muhammad – Vice-President/Secretary
Ashraf, M. Omar – Executive Vice-President/Treasurer/Reg. Agent
Zeki, Nabil A.M. – Vice-President

<u>Sterling Infogain, Fund, LLC</u> - Status: Active
555 Grove St., Suite 116, Herndon, VA
Ashraf, Muhammad – Registered Agent

<u>Sterling Investment Group, LLC</u> - Status: Active
555 Grove St., Suite 110, Herndon, VA
Ashraf, Muhammad – Registered Agent

<u>Sterling Lynux Works, LLC</u> - Status: Active
555 Grove St., Suite 116, Herndon, VA
Ashraf, Muhammad – Registered Agent

Attachment C
Page 11


**Sterling Management Group, Inc.** - Status:  Active
555 Grove St., Suite 116, Herndon, VA
    Mirza, Yacub – President/CEO/Chairman
    Ashraf, Muhammad – Vice-President/Secretary
    Ashraf, M. Omar – Executive Vice-President/Treasurer/Reg. Agent
    Zeki, Nabil A.M. – Vice-President

**Sterling Packet Stream Fund, LLC** - Status:  Active
555 Grove St., Suite 116, Herndon, VA
    Ashraf, Muhammad  -  Registered Agent

**Sterling Ptech Fund, LLC** - Status:  Active
555 Grove St., Suite 114, Herndon, VA
    Ashraf, Muhammad – Registered Agent

**Sterling Poultry Company** - Status: "Terminated (Voluntary)"
555 Grove St., (no suite #), Herndon, VA
    Barzinji, Jamal – President
    Mirza, M. Yacub – Vice-President/Secretary/Registered Agent
    Altalib, Hisham - Treasurer

**Sterling Stock Invesments, LLC** - Status:  "Canceled"
555 Grove., Suite 114, Herndon, VA
    Ashraf, M. Omar – Registered Agent

**Sterling Technology Fund, LLC** - Status:  Active
**Formerly:  Sterling Malaysian Fund, LLC**
555 Grove St., Suite 116, Herndon, VA
    Mirza, M. Yacub – Registered Agent

**Stratford Associates, LC** - Status:  Active
555 Grove St., Suite 104, Herndon, VA
    Totonji, Irfan K. / Elite Investment & Mgmt Group – Registered Agent

**Stratford Commercial Associates, L.C** - Status:  "Canceled"
555 Grove St., Suite 104, Herndon, VA
    Totonji, Irfan K./Elite Investments & Mgmt Group – Registered Agent

**Stuart Road Associates, LC** - Status:  "Active"
555 Grove St., Suite 104, Herndon, VA
    Totonji, Irfan K./Elite Investments & Mgmt Group – Registered Agent

Attachment C
Page 12

**The Success Foundation, Inc.**
3606 Forest Drive, Alexandria, Virginia 22302; 360 South Washington St., Ste. 300
Falls Church, Virginia 22046
      **Omeish, Mohamed – President**
      **Alamoudi, Abdulrahman – Secretary**
      **Nouri, Khaled - Treasurer**

**Sugarland Road Development, LLC**  -  Status:  Active
447 Carlisle Dr., Herndon, VA
(Registered Office:  56970 Community Plaza, Suite 218, Sterling, VA)
      **Ashraf, M. Omar – Registered Agent**

**Tafy Enterprises, Inc.**  -  Status:  Active
11922 Safa Court, Herndon, VA
      **Mirza, Tanveer A.  -  President/Secretary/Registered Agent**
      **Mirza, M. Yaqub  -  Treasurer**

**Taibah International Aid Association**  -  Status:  Active
360 S. Washington St., #104, Falls Church, VA
      **Al-Almoudi, Abdul Rahman  -  Director**
      **Hajjaj, Anwar -  Vice-Chairman/Registered Agent**
      **Salah, Samir - Treasurer**

**Union Capital Corporation**  -  Status:  Active
12541 Browns Ferry Rd., Herndon, VA
      **Ashraf, Mohammad O. – Registered Agent**

**United Investments Group, Inc.**  -  Status:  "Terminated (Automatic)"
555 Grove St., Suite 110C, Herndon, VA
      **Ashraf, Muhammad – Registered Agent**

**Vale Ridge Associates, LC**  -  Status:  Canceled
555 Grove St., Suite 104, Herndon, VA
      **Totonji, Irfan K. dba Elite Investments & Mgmt Group – Registered Agent**

**Virginia American Properties, Inc.**  -  Status:  "Terminated (Voluntary)"
555 Grove Street, Herndon, VA
      **Altalib, Hisham – President/Treasurer/Registered Agent**
      **Ashraf, Muhammad - Secretary**

**Woodland Development, LLC**  -  Status:  "Canceled"
555 Grove St., Suite 110, Herndon, VA
      **Mirza, M. Yacub – Registered Agent**

**Attachment C**
**Page 13**


<u>York Foundation</u>  -  Status:  Active
**555 Grove St., Suite 114, Herndon, VA**
> Mirza, M. Yacub – President/Treasurer/Registered Agent
> Ashraf, Muhammad – Secretary

<u>York International – Active</u>
**Isle of Man**

<u>500 Grove Street, LLC</u>  -  Status:  Active
**555 Grove St., Suite 116, Herndon, VA**
> Ashraf, Muhammad – Registered Agent

**ATTACHMENT  D**

**Safa Group**
**Officers and  Directors & Their Related Businesses and Organizations**

| Name Of Officer | Associated/Related Corporation/Business |
|---|---|
| **Abdelellah, Aber** | Light Star Travel |
| **Abusulayman, Abdulhamid** | Child Development Foundation<br>IIIT<br>GSISS<br>International Islamic Forum for Science,<br>Technology & Human Resources Development,<br>Inc. (IIFTIKHAR) |
| **Ahmad, Mumtaz** | Assn of Muslim Social Scientists |
| **Ahmed, Gamal** | Boshra, Inc. |
| **Al Almoudi, Abdul Rahman** | Taibah International Aid Association<br>Success Foundation<br>American Muslim Foundation American Muslim<br>Council |
| **Al Alwani, Taha J.** | IIIT<br>FIQH<br>GISS<br>Heritage Education Trust Inc.<br>Heritage Holdings |
| **Al Ashkar, Abdelhaleem** | Al-Aqsa Educational Fund |
| **Al Hassan, Yazen M** | Elite Management Resources, Inc. |
| **Al Mahdi, Abdullah M.** | International Relief Organization |
| **Al Mahdi, Tareq M.** | International Relief Organization |
| **Al Noshan, Abdullah M.** | Sana-Bell, Inc. |
| **Al Obaid, Abdullah Bin Saleh** | Muslim World League |

Attachment D
Page 2

|  | Sana-Bell, Inc. |
|  | Sanabel Al Kheer, Inc. |

**Al Rajhi, Abdullah Sulaiman** — Aradi, Inc.

**Al Sulaiman, Ali** — International Relief Organization

**Al Suwaidan, Tareq** — International Relief Organization

**Al Younes-Totonji, Ghazwa A.** — Elite Investment & Management Group Inc.
Elite Training & Contracting Inc.
Executive Building Maintenance

**Alkhairo, Wael** — All Dulles Area Muslim Society

**Almoayyad, Abdulelah** — Elite Training & Contracting Inc.
Executive Building Maintenance
Makkah Mukarramah Charity Trust

**Alsumait, Adbulrahman** — African Muslim Agency

**Altalib, Hisham** — Aradi Inc.
African Muslim Agency
Altalib Family Limited Partnership
American Institute for Islamic Societal Studies
Child Development Foundation
Courtland Farm Conservancy Lots Homeowners
Assn., Inc.
Herndon Grand, Inc.
IIIT
Lynx Holdings Inc.
Lynx Real Estate Inc.
Mar-Jac Farms, Inc.
Mar-Jac Poultry, Inc.
Mena Estates Inc., DBA Mena for Development
Mena Investments Inc.
Properties Development Corp.
Reston Investments Inc.
Safa Trust
Sterling Poultry Co.
Virginia American Properties Inc.

**Aqeel, Abdul R.** — Al-Wahyayn Publishing Co.

Attachment D
Page 3

**Ashraf, M. Omar**

All Dulles Area Muslim Society
Arabic Software Computer, Inc.
Grove Corporate Plaza
Jucosa USA, Inc.
Mar-Jac Investments Inc.
Ozaan Capital Management, Inc.
Sterling Advisors Inc.
Sterling Management Group
Sterling Stock Investments LLC
Sugarland Road Development Inc.
Union Capital Corporation

**Ashraf, Muhammad**

AMC Foundation Inc.
American Institute for Islamic Societal Studies
Courtland Farm Conservancy Lots
Homeowners Association Inc.
Herndon Grand Inc.
HFC Feed Mill LLC
Enterprise Investment Group Inc.
Global Enterprises LLC
Global Holdings LLC
International Islamic Charitable Organization
International Origin Solutions LLC
Lynx Real Estate Inc.
Newcom Investors LLC
Properties Development Corporation
Silicon Valley Venture Fund I, LLC
Silicon Valley Venture Fund II, LLC
Sterling Advisors Inc.
Sterling Infogain Fund LLC
Sterling Investment Group LLC
Sterling Lynux Works LLC
Sterling Management Group Sterling
Packet Stream Fund, LLC
Sterling Ptech Fund, LLC
United Investment Group
Virginia American Properties, Inc.
York Foundation
500 Grove Street LLC

**Ashraf, Zahida P.**

Ozaan Capital Management Inc.

**Awand, Mazhar A.**

All Dulles Area Muslim Society

Attachment D
Page 4

**Bahafzallah, Hassan A.A.**      Muslim World League
                Sana-Bell Inc.
                Sanabel Al Kheer Inc.

**Bari, Aziz**           All Dulles Area Muslim Society

**Barzinji, Jamal**         Al-Wahyayn  Publishing Company
                Home Owners of Mena Estates Assn.
                Heritage Holdings
                IIFSTHRD
                Lynx Holdings Inc.
                Mar-Jac Farms, Inc.
                Mar-Jac Poultry, Inc.
                Mena Estates, Inc.
                Mena Investments Inc.
                Home Owners of Mena Estates Assn.
                Reston Investments Inc.
                Safa Trust
                Sterling Poultry Company
                American Muslim Council

**Becker, Larry E.**         Mena Estates Assn.

**Bushnaq, Yaser**         Al-Aqsa Educational Fund

**El Ansary, Waleed**        Association of Muslim Social Scientists

**Estwani, Bassam**        Boshra, Inc.
                Home Owners of Mena Estates
                Association

**George, Jawad F.**         A & W Stores Inc.
                American Projects Investments,
                Corporation
                Bone Shami Venture
                Capital Diamond Center
                Equity Investors Associates Ltd.
                Jet Express Inc.
                Latib International Inc.

**Hadeed, Michael Jr.**       Attia Grafisk USA Inc.
                International Relief Organization

Attachment D
Page 5

| | |
|---|---|
| **Hajjaj, Anwar** | Taibah International Aid Association |
| **Hansen, David** | Courtland Farm Homeowners Assn. |
| **Haq, Faizan** | Association of Muslim Social Scientists |
| **Hassaballa, Ibrahim** | International Islamic Charitable Organization |
| **Holt, James W.** | Courtland Farm Homeowners Assn. |
| **Iqbal, Mahamed** | Arabic Software Computer, Inc. |
| **Irshad, Tariq M.** | R & S International, Inc. |
| **Isam, Akkad** | FIQH Council of North America |
| **Jaghlit, Mohammad** | International Education Trust, Inc. |
| | Heritage Education Trust Inc. |
| | Heritage Holdings |
| | SAAR Foundation Inc. |
| | Al-Aqsa Educational Fund |
| **Jaka, Rizwan** | All Dulles Area Muslim Society |
| **Kandil, Osama** | American Products International |
| **Kasule, Omar H.** | IFSO Training Bureau |
| **Khan, Bashir Ahmad** | All Dulles Area Muslim Society |
| **Khan, Mumtaz** | All Dulles Area Muslim Society |
| **Kline, Bradford S.** | Courtland Farm Homeowners Assn. |
| **Latib, Abdulrahman** | All Dulles Area Muslim Society |
| **Lehan, Sultan A.** | R & S International Inc. |
| **Malkawi, Fathi** | International Education Trust Inc. |
| **Manraj, Abdul Hafez** | All Dulles Area Muslim Society |

Attachment D
Page 6

Attachment D
Page 7

**Mirza, M. Yaqub**
African Muslim Agency
Courtland Farms Homeowners Association Inc.
Horizons Education Association Creativity
International Productions, LLC
GSISS
Grove Corporate Plaza
Jucosa USA, Inc.
Lynx Holdings Inc.
Mar-Jac Investments
Mar-Jac Farms Inc.
Mar-Jac Poultry Inc.
Makkah Mukarramah Charity Trust
Mena Estates Inc. DBA Mena for Development
Mena Investments Inc.
Mirza Family Limited Partnership
Muslim World League
Reston Investments Inc.
SAAR Foundation Inc.
Safa Trust Inc.
Safty LLC
Sanabel Al Kheer Inc.
Sana-Bell Inc.
Sterling Advisors Inc.
Sterling Management Group
Sterling Poultry Company
Sterling Technology Fund LLC
Tafy Enterprises Inc.
Woodland Development LLC
York Foundation

**Mirza, Tanveer A.**
Mirza Family Limited Partnership
Noor International
Tafy Enterprises

**Mohamed, Alba M.**
Attia Grafisk USA, Inc.

**Mohamed, Mahmoud**
Mar-Jac Farms, Inc.

**Mohamed, Mohieldin A.**
International Islamic Charitable Organization

**Mushtaha, Fawaz**
Dar El-Eiman USA Inc.
Light Star Travel Agency

Attachment D
Page 8

|  |  |
|---|---|
|  | Al-Aqsa Educational Fund |
| **Noor, Ahmed** | All Dulles Area Muslim Society |
| **Omeish, Mohamed S.** | International Relief Organization (IRO)/International Islamic Relief Organization(IIRO)/ Success Foundation |
| **Rashdan, Mahmouda** | International Education Trust Inc. |
| **Rayyan, Ahmad I.** | All Dulles Area Muslim Society |
| **Safi, Louay** | Association of Muslim Social Scientists (AMSS) |
| **Salah, Said** | All Dulles Area Muslim Society |
| **Salah, Samir I** | Impact Training Center Inc. International Technology Marketing Piedmont Medical Services Taibah International SAAR Foundation Mar-Jac Investments Piedmont Trading Piedmont Management Piedmont Medical Marwa Investments All Dulles Area Muslim Society |
| **Salah, Saniyz S** | Piedmont Medical Services, Inc. |
| **Sedky, Cherif** | Al-Murjan Corporation Aradi Inc. SAAR Foundation Inc. Courtland Farm Conservancy Nimir Petroleum Yeminvest |
| **Silva, Miguel Montes** | Jucosa USA Inc. |
| **Totonji, Irfan K.** | Beauregard Associates LLC Herndon Grand Inc. East Stratford Phase A & B Homeowners Ass'n |

Attachment D
Page 9

|  | Elite Investment & Management Group Inc.<br>Elite Management Resources Inc.<br>Elite Training & Contracting Inc.<br>Executive Building Maintenance |
|---|---|
| **Totonji, Ahmad** | IIIT<br>IIFTIKHAR<br>Makkah Mukarramah Charity Trust |
| **Unus, Iqbal J.** | All Dulles Area Muslim Society<br>Child Development Foundation<br>Education, Training & Research Associates<br>IIFTIKHAR |
| **Uziel, Sergio Araya** | Jucosa USA, Inc. |
| **Yacoob, Sanobar** | R & S International Inc.<br>Noor International |
| **Yacoob, Snober** | Noor International |
| **Zeki, Nabil A.M.** | |

Attachment E
Page 1

Attachment E

<u>Glossary of Terms, Individuals, and Organizations Relevant To This Affidavit</u>

<u>Abusulayman, Abdulhamid</u> - President of IIIT and associated with other Safa Group entities, Abusulayman shared ideological affinities with PIJ fund raiser Sami Al-Arian.

<u>African Muslim Agency</u> – Safa Group entity located on "paper" at 555 Grove Street, Herndon, Virginia, operated by Al-Talib and Mirza.

<u>Al-Alwani, Taha Jaber</u>   Officer or director of IIIT, FIQH, GSISS and other Safa Group entities.  Al-Alwani shared ideological affinities with PIJ fund raiser Sami Al-Arian.

<u>Al-Arian, Sami</u> – Al-Arian is a PIJ fund raiser in Tampa Florida, who founded ICP and WISE, and authored the PIJ manifesto found in the search warrant at his house in 1995.

<u>Al-Aqsa Educational Fund</u> – Mohammed Jaghlit was the president of this charity, which raised funds for HAMAS.

<u>Al-Fawwaz, Khalid</u> – An aide of Osama Bin Laden, Al-Fawwaz is an SDT and is awaiting extradition to the United States for his part in the Embassy Bombings.

<u>Alamoudi, Abdulrahman</u> – Director of the American Muslim Council, the American Muslim Foundation, and many other Islamic fundamentalist organizations.

<u>Ali, Ahmed Mohammed</u> – The Secretary General of the Muslim World League (MWL).  Ali publicly stated that the International Islamic Relief Organization is the "operational arm" of the MWL.

<u>All Dulles Area Muslim Society (ADAMS)</u> – A member of the Safa Group that transferred large amounts of money to other members of the Safa Group.

<u>Alshehri, Fayez Ahmed</u> – September 11, 2001 hijacker who worked for the International Islamic Relief Organization in the United States.

<u>Al-Rajhi, Abdullah Sulaiman</u> – Safa Group member and member of wealthy Al-Rajhi family in Saudi Arabia.  He is also a director of Aradi, Inc. at 555 Grove Street, Herdon, Virginia

<u>Al-Rajhi Charity</u> – An alleged charity operated by the Al-Rajhi family in Saudi Arabia.

<u>Al-Rajhi Commercial and Foreign Exchange</u> – Business operated by members of the Al-Rajhi family in Saudi Arabia.

1

Attachment E
Page 2

<u>Al-Rajhi, Sulaiman Abdul Aziz</u> – Founder and head of the Al-Rajhi conglomerate in Saudi Arabia, and the namesake of the SAAR Foundation.

<u>Al-Shifa Pharmaceutical Industries Company</u> – Company located in Khartoum, Sudan which was the subject of a U.S. cruise missile attack on August 20, 1998 for its involvement in the Embassy bombings in Tanzania and Kenya.

<u>Al-Talib Family Limited Partnership</u> – Limited partnership operated by Hisham Al-Talib and incorporated at his home residence, 11776 Stratford House Pl., Suite 1403, Reston, Virginia.

<u>Al-Talib, Hisham</u> – Officer or director of various Safa Group entities, Al-Talib shared ideological affinities with PIJ fund raiser Sami Al-Arian.

<u>Alamoudi, Abdurahman</u> – Safa Group member and current director of the Success Foundation, the American Muslim Foundation, and the American Muslim Council, among others. Previous director of the SAAR Foundation. Was recorded on video during a year 2000 Islamic rally in Lafayette Park, Washington, D.C. stating that he supported HAMAS and Hezbollah.

<u>Amana Limited</u> – Safa Group corporation located in the Isle of Man.

<u>Amana Mutual Funds Trust</u> – Safa Group mutual fund company.

<u>Aradi, Inc.</u> – "Safa Group" corporation located on "paper" at 555 Grove Street, Herndon, Virginia. Operated by Cherif Sedky, Abdullah Sulaiman Al-Rajhi and Hisham Al-Talib.

<u>Ashraf, M. Omar</u> – Officer and/or director of Mar-Jac Investments, Sterling Charitable Gift Fund, and other companies listed in Attachment C.

<u>Ashraf, Muhammed</u> – Officer and/or director of Courtland Farm Conservancy Lots Homeowners Association, Inc., International Islamic Charitable Organization, Sterling Charitable Gift Fund, Sterling Management Group, and others entities listed in Attachment C.

<u>Atef, Mohammed</u> – A high-ranking Al-Qaida member and designated terrorist who was killed by U.S. forces in the war on terrorism in 2001.

<u>Barzinji, Jamal</u> - Officer or director of various Safa Group entities. Barzinji shared ideological affinities with PIJ fund raiser Sami Al-Arian.

<u>Bin Laden, Osama/Usama</u> – Islamic fundamentalist terrorist and founder of Al-Qaida who has orchestrated several terrorist attacks, including the attacks on the World Trade Center and Pentagon. Bin Laden is a designated terrorist and the FBI's #1 most wanted person.

2

Attachment E
Page 3

<u>Child Development Foundation</u> – "Safa Group" organization located at 555 Grove Street, #114, Herndon, Virginia, operated by Abdulhamid Abusulayman, Hisham Al-Talib and Iqbal Unus.

<u>Courtland Farm Conservancy Lots Homeowners Association, Inc.</u> – "Safa Group" organization located at 555 Grove Street, #112, Herndon, Virginia, operated by Muhammad Ashraf, Yacub Mirza and Hisham Al-Talib.

<u>El-Khatib, Mohammed Taysir</u> – member of the PIJ Shura Council.

<u>Elbarasse, Ismail</u> – Directed funds for HAMAS through confessed HAMAS member Mohammed Salah.

<u>Elite Investment and Management Group, Inc.</u> – "Safa Group" corporation located at 555 Grove Street, #104, Herndon, Virginia, and operated by Ghazwa Al Younes-Totonji and Irfan Totonji.

<u>Elite Trading and Contracting, Inc.</u> - "Safa Group" organization located at 555 Grove Street, #104, Herndon, Virginia, and operated by Abdulelah Almoayyad, Ghazwa Alyounes-Totonji, and Irfan Totonji.

<u>FIQH Council of North America, Inc.</u> – "Safa Group" corporation located at 750-A Miller Dr., SE, Leesburg, Virginia, operated by Taha Al-Alwani.

<u>Foreign Terrorist Organization (FTO)</u> – Terrorist organization as designated the U.S. Department of State.

<u>Graduate School of Islamic and Social Sciences (GSISS)</u> – "Safa Group" corporation located at 750-A Miller Drive, SE, Leesburg, Virginia, operated by Taha Al-Alwani. Formerly known as the Islamic Institute of Advanced Studies (IIAS)/School of Islamic and Social Sciences (SISS).

<u>Grove Corporate Plaza</u> – "Safa Group" corporation located at 555 Grove Street, #110, Herndon, Virginia, operated by Omar Ashraf and Yaqub Mirza..

<u>Grove Street Corporation</u> – Safa organization previously located at 555 Grove Street.

<u>HAMAS Terrorist Group</u> – a/k/a Islamic Resistance Movement. HAMAS is a Designated Terrorist Organization that is responsible for numerous terrorist attacks that have resulted in the death of innocent civilians, including American nationals.

<u>Hamdi, Tariq Abdulmelik (a/k/a Tariq Hamdi Ismael Azami)</u> – Employed by IIIT, Hamdi delivered a satellite telephone battery to an aide to Bin Laden in May 1998, that enabled Bin Laden to communicate with his followers in preparation for the Embassy Bombings in Kenya and Tanzania.

3

Attachment E
Page 4

<u>Hassaballah, Ibrahim</u> -  Director of International Islamic Charitable Organization (IICO), along with Muhammad Ashraf, Yaqub Mirza and Mohieldin Mohamed.  Currency and Monetary Instrument Reports (CMIRs) registered on Hassaballah show that he has moved large amounts of currency into the United States from abroad, including over $3 million on one occasion in the early 1980s.

<u>Hassan, Beverly</u> – The custodian of records on various Safa Group 990s.

<u>Heritage Education Trust, Inc.</u> – "Safa Group" corporation located at 750-A Miller Drive, SE, Leesburg, Virginia, operated by Mohammed Jaghlit.

<u>HFC Feed Mill, LLC</u> – Safa Group corporation located at 555 Grove Street, Herndon, Virginia, managed by Muhammad Ashraf

<u>Holy Land Foundation (HLF)</u> – A Designated Terrorist Organization.  The HLF's primary purpose is to fund HAMAS.

<u>Home Owners of Mena Estates Association</u> – "Safa Group" organization previously located at 555 Grove Street, Herndon, Virginia, and operated by Jamal Barzinji and Bassam Estwani.

<u>Hozien, Wafa</u> -  Wife of Tariq Hamdi.

<u>Humana Charitable Trust</u> – Safa Group organization located in the Isle of Man.  Large amounts of Safa Group money are sent to this entity.

<u>International Education Trust, Inc.</u> – "Safa Group" corporation located at the residence of Mohammad Jaghlit.

<u>International Institute of Islamic Thought (IIIT)</u> – IIIT is a core member of the Safa Group.  Employs Tariq Hamdi.  Corresponded directly with Al-Arian's groups in Tampa.

<u>International Islamic Charitable Organization (IICO)</u> – "Safa Group" corporation located at 555 Grove Street, #116, Herndon, Virginia, operated by Muhammad Ashraf, Ibrahim Hassaballa, Yaqub Mirza and Mohieldin Mohamed.

<u>International Islamic Relief Organization (IIRO)</u> – A subsidiary of the Muslim World League.

<u>International Relief Organization (IRO)</u> – Variation of IIRO.

<u>Intifadah</u> – Uprising in Israel and the Palestinian Authority Controlled Areas by the Palestinians.  The Jihad Intifadah refers to an armed struggle as it relates to the "Holy War" against the infidels,

4

Attachment E
Page 5

which are considered the Jews, Christians (the West), and complacent Arab regimes. The main scope of the Intifadah is to drive the Israelis out of Israel and to reclaim the Palestinian homeland.

Islamic Committee for Palestine (ICP) - a/k/a Islamic Concern Project. ICP was a Palestine Islamic Jihad front organization operated and incorporated by Sami Al-Arian in close relationship with World Islamic Studies Enterprise (WISE).

Islamic Concern Project (ICP) - a/k/a Islamic Committee for Palestine. ICP is a Palestine Islamic Jihad front organization incorporated by Sami Al-Arian in close relationship with World Islamic Studies Enterprise (WISE).

Islamic Jihad of Palestine – another variation of the Palestinian Islamic Jihad.

Islamic Relief Organization (IRO) – Same entity as International Islamic Relief Organization/Success Foundation.

Islamic Resistance Movement – HAMAS

Islamic Studies Enterprise (ISE) – An Islamic organization linked to Sami Al-Arian and the PIJ..

Jabala, Mohamoud – Suspected Egyptian militant who worked for the International Islamic Relief Organization (IIRO). Jabala is currently incarcerated in Canada, awaiting trial on terrorism charges.

Jaghlit, Mohammad  Officer or director of various Safa Group entities. Jaghlit shared ideological affinities with PIJ fund raiser Sami Al-Arian and also with HAMAS.

Jaghlit Family Trust Number 1/Number 2 – Family Trusts used by Safa Group member Mohammad Jaghlit.

Khaleel, Ziyad - A Designated Terrorist. Purchased satellite telephone battery for Osama Bin Laden that allegedly facilitated the Al-Qaeda attack on the U.S. embassies in Tanzania and Kenya.

Khalifa, Mohammed Jamal – Brother-in-law of Osama Bin Laden involved in secessionist militant movement in the southern Philippines.

Makkah Mukarramah Charity Trust, Inc. – "Safa Group" charity which was previously located at 555 Grove Street, Herndon, Virginia and operated by Abdulelah Almoayyad, Yaqub Mirza and Ahmad Totonji.

Mar-Jac Holdings, Inc. – Subsidiary of Safa Trust, Inc., used for transferring large amounts of funds between various Safa Group organizations.

5

Attachment E
Page 6

<u>Mar-Jac Poultry, Inc.</u> – Poultry farm and producing plant in Gainesville, Georgia controlled by the Safa Group.

<u>Mar-Jac Investments, Inc.,</u>  Safa Group corporation managed by M. Omar Ashraf and Yaqub Mirza.

<u>Mar-Jac Farms</u> – "Safa Group" organization operated by Barzinji, Al-Talib, and Mirza.

<u>Marzook, Mousa Abu (SDT)</u> – Current head of HAMAS, Marzouk is a Specially Designated Terrorist.

<u>Mena Corporation</u> – Safa Group organization.

<u>Mena Investments, Inc.</u> – Safa Group corporation located at 555 Grove Street, Herndon, Virginia, managed by Al-Talib, Barzinji and Mirza.

<u>Mirza, M. Yaqub</u> – Officer or director of numerous Safa Group entities, including African Muslim Agency, Courtland Farm Conservancy, Grove Corporate Plaza, International Islamic Charitable Organization, Makkah Mukarramah Charity Trust, Mar-Jac Investments, Muslim World League, Reston Investments, Sana-Bell, SAFA Trust, SAAR Foundation, Sterling Charitable Gift Fund.

<u>Mirza Revocable Living Trust</u> – Safa Group trust operated by Yaqub Mirza.

<u>Muslim World League (MWL)</u> –  MWL was founded by the founders of Al-Qaida.  International Islamic Relief Organization is the operational arm of the MWL.

<u>Nafi, Bashir</u> – Active directing member of the World Islamic Studies Enterprise/ Islamic Committee for Palestine until he was deported for visa fraud in mid 1990's.  Nafi was sponsored into the U.S. by Sami Al-Arian and later worked at IIIT.

<u>Najar, Mazen</u> – Currently incarcerated in the United States for immigration violations, Najar was formerly involved in the daily operations of WISE and ICP in Florida, along with Al-Arian, Khalil Shikaki, Bashir Nafi and Ramadan Shallah.

<u>Naseef, Abdullah Omar</u> – Officer and/or Director of Makkah Murrah Charity Trust and Rabita Trust.

<u>Nasir, Sayed Abu</u> – Bangladeshi national alleged by India's Deputy Commissioner of Police to have targeted U.S. Consulates for bombings.

<u>Nouri, Khaled</u> – Director of the Success Foundation.

<u>Odeh, Sheik Abdel Aziz</u> – Spiritual leader of the Palestinian Islamic Jihad-SF, Odeh was a cofounder of the PIJ-SF along with Fathi Shikaki.

Z89950004-P/C-000046 134

Attachment E
Page 7

<u>Omeish, Mohamed</u> – President of Islamic Relief Organization, Success Foundation, and IIRO.

<u>Orr, Mark</u> – Director of the International Affairs Center, University of South Florida.  Orr was the addressee on a letter from Ramadan Abdallah Shallah, wherein Shallah identifies IIIT as the largest contributor to the World Islamic Studies Enterprise.

<u>Ozaan Capital Management, Inc.</u> – "Safa Group" corporation located at the residence of Mohammad Omar Ashraf.

<u>Palestine Islamic Jihad-Shikaki Faction (PIJ-SF)</u> – A Specially Designated Terrorist Group founded by Fathi Shikaki in 1980, with the mission of the elimination and destruction of Israel. After Shikaki was assassinated in 1995, Ramadan Abdallah Shallah succeeded Shikaki as the organization's leader.

<u>Qureshi, Manzoor</u> – Now deceased, Quereshi was the accountant for many of the Safa Group organizations.

<u>Rabita Trust</u> – A designated terrorist organization, Rabita Trust is a Pakistani-based contingent of the Muslim World League, which has no branches or offices in the U.S.

<u>Rahman, Sheik Omar Abdel (a.k.a the "Blind Sheik")</u> – A convicted terrorist who orchestrated the World Trade Center bombing in 1993.

<u>Reston Investments, Inc.</u> – "Safa Group" corporation located at 555 Grove Street, Ste. 114, Herndon, Virginia, currently operated by Al-Talib, Barzinji, and Mirza.

<u>SAAR Foundation</u> - The SAAR Foundation at 555 Grove Street, Herndon, Virginia was dissolved in December 2000 and replaced by the Sterling Charitable Gift Fund.  Its directors were Mirza, Sedky and Jaghlit.

<u>SAAR Foundation, Canada</u> – The SAAR Foundation Canada is an affiliate of the SAAR Foundation.

<u>SAAR International</u> – A "Safa Group" corporation currently incorporated in Washington, D.C. and operated by the company 1212 New York Avenue, Inc., a company itself operated by Lynx Systems of 555 Grove Street, Herndon, Virginia.

<u>Safa Charities</u> – Charities utilized by the Safa Group, including the African Muslim Agency, Heritage Education Trust, the IIIT, the SAAR Foundation, Safa Trust, Inc., the Sterling Charitable Gift Fund, and the York Foundation, among others.

7

Attachment E
Page 8

Safa Group – A complex coalition of overlapping companies in Northern Virginia controlled by individuals who have shown support for terrorists and or terrorist fronts. The primary business addresses associated with these individuals are 500 and 555 Grove Street, Herndon, Virginia; and 750-A Miller Drive, SE, Leesburg, Virginia.

Safa Trust, Inc. – A "Safa Group" corporation.

Salah, Mohammed – After he was arrested by Israeli authorities, Salah stated that authorities that he received funds from Elbarasse for HAMAS military operations.

Salah, Samir – Safa Group member. Director of ADAMS, Taibah International Aid Association and former director of both the SAAR Foundation and Mar-Jac Investments.

Sana-Bell Al Kheer, Inc. – A corporation with a mailing address of 555 Grove Street, Ste. 114, Herndon, Virginia, operated by Hassan Bahafzallah, Yaqub Mirza and Abdullah Bin Saleh Al-Obaid. Sana-Bell receives rent from the Muslim World League and International Islamic Relief Organization.

School of Islamic and Social Sciences (SISS) – Safa Group entity now known as the GSISS, located at 750-a Miller Dr., Leesburg, Virginia.

Sedky, Cherif – Officer and/or director of Aradi, Inc., SAAR Foundation, and Yeminvest.

Shallah, Ramadan Abdullah – Shallah is the current leader of the Palestine Islamic Jihad. He previously was involved in the operations of the Islamic Concern Project and World Islamic Studies Enterprise.

Shikaki, Fathi - Founded Palestine Islamic Jihad-Shikaki Faction (PIJ-SF) in 1980. Shikaki led the PIJ-SF until his assassination in 1995.

Shikaki, Khalil – PIJ member and brother of slain PIJ founder, Khalil Shikaki. Khalil also helped Ramadan Shallah, Sami Al-Arian, Bashir Nafi and Mazen Al-Najar in the day to day operations of the ICP and WISE in Florida. Khalil also received direct money transfers from the SAAR Foundation.

Specially Designated Terrorist (SDT) - Term used in this affidavit to describe those individuals who have been designated terrorists by either the U.S. Department of State or by the President of the United States.

Sterling Charitable Gift Fund (d/b/a Sterling Management Corporation) – "Safa Group" corporation managed by M. Omar Ashraf, Muhammad Ashraf, Yaqub Mirza and Nabil Zeki.

8

Attachment E
Page 9

<u>Sterling Investment Group</u> – Safa Group corporation directed by Muhammad Ashraf.

<u>Sterling Management Group, Inc.</u> – Listed operating name of Sterling Charitable Gift Fund.

<u>Success Foundation</u> – An affiliate of the International Islamic Relief Organization (IIRO/IRO).

<u>Totonji, Ahmad</u>  - Director of Makkah Mukarramah Charity Trust, Safa Trust and other companies.

<u>Unus, Iqbal</u> – An officer or director of organizations in the "Safa Group".

<u>World Islamic Studies Enterprise (WISE)</u> – A Palestine Islamic Jihad (PIJ-SF) front organization closely connected to the Islamic Concern Project/Islamic Committee for Palestine, all formed by Al-Arian in Tampa.

<u>York International</u> – Safa Group organization located in the Isle of Man.

<u>York Foundation</u> – Safa Group organization located at 555 Grove Street, Herndon, Virginia, managed by Mirza and Muhammad Ashraf.

9

Z89950004-P/C-000046.137