## LAW OFFICES OF
## JERRY S. GOLDMAN & ASSOCIATES, P.C.

A NEW YORK PROFESSIONAL CORPORATION DULY QUALIFIED TO TRANSACT
BUSINESS WITHIN THE COMMONWEALTH OF PENNSYLVANIA

TWO PENN CENTER PLAZA • SUITE 1411
1500 JFK BOULEVARD
PHILADELPHIA, PA 19102
TEL: 215.569.4500 • FAX: 215.569.8899

111 BROADWAY • 13TH FLOOR
NEW YORK, NY 10006
TEL: 212.242.2232 • FAX: 212.346.4665

3109 STIRLING ROAD • SUITE 101
FORT LAUDERDALE, FL 33312
TEL: 954.981.6533 • FAX: 954.989.8068

JERRY S. GOLDMAN
DIRECT DIAL: 215.569.4500 ext. 12
jgoldmanl@goldmanlawyers.com
Admitted to: NY, PA & MA
LL M in Taxation



Reply To: NEW YORK

June 15, 2005

**Hand Delivery**

Honorable Richard Conway Casey
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
Room 1950
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-24-05

Re:   *In re Terrorist Attacks of September 11, 2001*
      03 MDL 1570 (RCC)
      *Cantor Fitzgerald Associates, L.P., et al. v. Akida Investments Co. Ltd., et al.*
      04 CV 7065 (RCC)
      *Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.*
      04 CV 5970 (RCC)
      *Estate of O'Neill, et al. v. Kingdom of Saudi Arabia, et al.*
      04 CV 1922 (RCC)
      *Estate of O'Neill, et al. v. Al Baraka, et al.*
      04 CV 1923 (RCC)
      *Estate of O'Neill, et al. v. Republic of Iraq, et Al.*
      04 CV 1076 (RCC)
      *Eurobrokers Inc., et al. v. Al Baraka, et al.*
      04 CV 7279 (RCC)
      *New York Marine and General Insurance Co. v. Al Qaida, et al.*
      04 CV 6105 (RCC)
      *Pacific Employers Insurance Co., et al. v. Kingdom of Saudi Arabia, et al.*
      04 CV 7216 (RCC)
      *World Trade Center Properties, L.L.C., et al. V. Al Baraka, et al.*
      04 CV 7280

LAW OFFICES OF JERRY S. GOLDMAN & ASSOCIATES, P.C.

June 15, 2005
Page 3

Moore's Federal Practice, Civil, Sec. 452.

Due to the difficulties and complexity of service in these cases, the Plaintiffs request and additional forty-five (45) days to perfect service.

Additionally, Plaintiffs seek leave to re-serve certain defendants in the event that the court finds service defective.

> Respectfully submitted,
>
> LAW OFFICES OF JERRY S. GOLDMAN &
> ASSOCIATES, P.C.
>
> By: _____
> JERRY S. GOLDMAN, ESQUIRE (JG8445)
>
> *Attorney for the Plaintiffs*

Enc. a/s
cc: ALL COUNSEL OF RECORD ELECTRONICALLY

*Application granted*
*Final extension*

6/23/05 [signature]

X:\Clients\ONeill v. Saudi arabia\Correspondence\1-Casey extension of service after deadline.- v2