UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-24-05

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |
|---|---|

This document relates to:
    *Burnett v. Al Baraka Inv. & Dev. Corp.*, 03-CV-5738 (RCC);
    *Burnett v. Al Baraka Inv. & Dev. Corp.*, 03-CV-9849 (RCC);
    *Tremsky v. Osama bin Laden*, 02-CV-7300 (RCC);
    *World Trade Ctr. Props., L.L.C. v. Al Baraka Inv. & Dev. Corp.*, 04-CV-7280 (RCC).

## ~~PROPOSED~~ ORDER

The Court hereby finds that Al Watania Poultry is not currently a defendant in the following actions:

    *Burnett v. Al Baraka Inv. & Dev. Corp.*, 03-CV-5738 (RCC);
    *Burnett v. Al Baraka Inv. & Dev. Corp.*, 03-CV-9849 (RCC);
    *Tremsky v. Osama bin Laden*, 02-CV-7300 (RCC);
    *World Trade Ctr. Props., L.L.C. v. Al Baraka Inv. & Dev. Corp.*, 04-CV-7280 (RCC).

Accordingly, the Court further finds that Al Watania Poultry is not required to file an answer or other pleading in response to the above-named complaints unless and until such time as it is added as a party defendant.

IT IS SO ORDERED.

Dated this 23 day of June, 2005.

*[signature: Richard Conway Casey]*

RICHARD CONWAY CASEY
UNITED STATES DISTRICT JUDGE