USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-1-05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |
|---|---|
| *This document relates to:* | |

*Burnett v. Al Baraka Investment & Development Corp.* 03-CV-5738 (RCC); 03 CV 9849 (RCC)
*Euro Brokers Inc. v. Al Baraka Inv. & Dev. Corp*, 04-CV-7279 (RCC)
*World Trade Ctr. Props. L.L.C. v. Al Baraka Inv. & Dev. Corp.*, 04-CV-7280 (RCC)

### STIPULATION OF DISMISSAL OF MOHAMMED HUSSEIN AL AMOUDI

PLEASE TAKE NOTICE that, through counsel, the *Burnett*, *Euro Brokers* and *World Trade Center* plaintiffs and defendant, Mohammed Hussein Al Amoudi, have agreed to and hereby stipulate to the dismissal of defendant, Mohammed Hussein Al Amoudi, without prejudice, each side to bear its own attorney's fees, costs, and expenses.

Respectfully submitted,

MOTLEY RICE LLC

By: _____
JUSTIN B. KAPLAN
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, S.C. 29465

Counsel for Plaintiffs

Dated: July 1, 2005

AKIN, GUMP, STRAUSS, HAUER & FELD, LLP

By: _____
NICOLE H. SPRINZEN
Akin, Gump, Strauss, Hauer & Feld, LLP
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036

Counsel for Defendant

SO ORDERED:

_____
RICHARD CONWAY CASEY, U.S.D.J.