UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/2019
```

-----------------------------------------------------------X

In re:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

03 **MDL** 1570 (GBD)

**JUDGMENT**

-----------------------------------------------------------X

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al., 02 Civ. 6977 (GBD)(SN)*

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Final Order of Summary Judgment dated April 24, 2019, that final judgment is entered on behalf of those Plaintiffs in Ashton at al. v. Al Queda Islamic Army et al., 02-CV-6977 (GBD) (SN) identified in the attached Exhibit A against the Islamic Republic of Iran (the "Ashton X Plaintiffs"); and id is

**ORDERED** That the Ashton Plaintiffs' identified in the attached Exhibit A are awarded solatium damages as set forth in Exhibit A; and it is

**ORDERED** that prejudgment interest is awarded to be calculated at a rate of 4.96% per annum; all interest compounded annually over the same period;

(1) Kelly Anne Clarke for Christopher R. Clarke in the amount of $4,250,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $5,734,619.86, for a total sum of $9,984,619.86;

(2) Timothy Clarke for Christopher R. Clarke in the amount of $4,250,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $5,734,619.86, for a total sum of $9,984,619.86;

(3) Kathleen L. Clarke Head for Christopher R. Clarke in the amount of $4,250,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $5,734,619.86, for a total sum of $9,984,619.86;

(4) Patricia Clarke Scudder for Christopher R. Clarke in the amount of $4,250,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $5,734,619.86, for a total sum of $9,984,619.86;

(5) Tracy Osborne for Christopher R. Clarke in the amount of $4,250,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $5,734,619.86, for a total sum of $9,984,619.86;

(6) Josephine Laieta (on behalf of Estate of Vincent A. Laieta) for Vincent Laieta in the amount of $8,500,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $11,469,239.72, for a total sum of $19,969,239.72;

(7) Joseph Owens for Peter Owens, Jr., in the amount of $8,500,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $11,469,239.72, for a total sum of $19,969,239.72;

(8) Kathleen Owens for Peter Owens, Jr., in the amount of $12,500,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $16,866,529.00, for a total sum of $29,366,529.00;

(9) Maryellen Owens for Peter Owens, Jr., in the amount of $8,500,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $11,469,239.72, for a total sum of $19,969,239.72;

(10) Thomas Owens for Peter Owens, Jr., in the amount of $8,500,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $11,469,239.72, for a total sum of $19,969,239.72;

(11) Lynette Rodriguez for Anthony Rodriguez in the amount of $8,500,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $11,469,239.72, for a total sum of $19,969,239.72;

(12) Derek Rodriguez for Anthony Rodriguez in the amount of $8,500,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $11,469,239.72, for a total sum of $19,969,239.72;

(13) Evelyn Rodriguez for Anthony Rodriguez in the amount of $12,500,000., plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $16,866,529.00, for a total sum of $29,366,529.00;

(14) Lauren Rodriguez for Anthony Rodriguez in the amount of $8,500,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $11,469,239.72, for a total sum of $19,969,239.72;

(15) Morgan Rodriguez for Anthony Rodriguez in the amount of $8,500,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $11,469,239.72, for a total sum of $19,969,239.72;

(16) Brian K. Smith for Kevin J. Smith in the amount of $8,500,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $11,469,239.72, for a total sum of $19,969,239.72;

(17) Christopher F. Smith for Kevin J. Smith in the amount of $8,500,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $11,469,239.72, for a total sum of $19,969,239.72;

(18) Josephine M. Smith for Kevin J. Smith in the amount of $8,500,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $11,469,239.72, for a total sum of $19,969,239.72;

(19) Thomas H. Smith for Kevin J. Smith in the amount of $8,500,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $11,469,239.72, for a total sum of $19,969,239.72;

(20) Jennifer M. Smith Riggs for Kevin J. Smith in the amount of $8,500,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $11,469,239.72, for a total sum of $19,969,239.72;

(21) Eileen Tallon (on behalf of Estate of Patrick Tallom for Sean Patrick Tallom in the amount of $8,500,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $11,469,239.72, for a total sum of $19,969,239.72.

**Dated:** New York, New York
May 2, 2019

RUBY J. KRAJICK
Clerk of Court

BY:

Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 5/2/2019

| # | 9/11 Decedent | Plaintiff | Relationship | Solatium Damages |
|---|---|---|---|---|
| 1 | Clarke, Christopher R. | Clarke, Kelly Anne | Sibling | $4,250,000.00 |
| 2 | Clarke, Christopher R. | Clarke, Timothy | Sibling | $4,250,000.00 |
| 3 | Clarke, Christopher R. | Clarke Head, Kathleen L. | Sibling | $4,250,000.00 |
| 4 | Clarke, Christopher R. | Clarke Scudder, Patricia | Sibling | $4,250,000.00 |
| 5 | Clarke, Christopher R. | Osborne, Tracey | Sibling | $4,250,000.00 |
| 6 | Laieta, Vincent | Laieta, Josephine (on behalf of Estate of Vincent A. Laieta) | Personal Representative of Estate of Parent | $8,500,000.00 |
| 7 | Owens, Jr., Peter | Owens, Joseph | Child | $8,500,000.00 |
| 8 | Owens, Jr., Peter | Owens, Kathleen | Spouse | $12,500,000.00 |
| 9 | Owens, Jr., Peter | Owens, Maryellen | Child | $8,500,000.00 |
| 10 | Owens, Jr., Peter | Owens, Thomas | Child | $8,500,000.00 |
| 11 | Rodriguez, Anthony | Giannelli, Lynnette | Child | $8,500,000.00 |
| 12 | Rodriguez, Anthony | Rodriguez, Derek | Child | $8,500,000.00 |
| 13 | Rodriguez, Anthony | Rodriguez, Evelyn | Spouse | $12,500,000.00 |
| 14 | Rodriguez, Anthony | Rodriguez, Lauren | Child | $8,500,000.00 |
| 15 | Rodriguez, Anthony | Rodriguez, Morgan | Child | $8,500,000.00 |
| 16 | Smith, Kevin J. | Smith, Brian K. | Child | $8,500,000.00 |
| 17 | Smith, Kevin J. | Smith, Christopher F. | Child | $8,500,000.00 |
| 18 | Smith, Kevin J. | Smith, Josephine M. | Child | $8,500,000.00 |
| 19 | Smith, Kevin J. | Smith, Thomas H. | Child | $8,500,000.00 |
| 20 | Smith, Kevin J. | Smith Riggs, Jennifer M. | Child | $8,500,000.00 |
| 21 | Tallon, Sean Patrick | Tallon, Eileen (on behalf of Estate of Patrick Tallon) | Personal Representative of Estate of Parent | $8,500,000.00 |