# Attachment B

*(Parenthetical remarks in Italic are the translator's)*

*(Document name: **TAREEKHOSAMA/29/Tareekh Osama.91**)*

In the name of God, the most Compassionate, the most Merciful

1. The families stay as they are.

2. The camps remain as they are.

3. Urging the brethren to benefit from the training.

4. Urging the leaders to go inside.  Media

5. Identifying the brethren, among everyone, who are ready to go inside.

6. Holding a mass-media event to collect in-kind and financial donations.

7. Clarifying the Mujahideen's situation to the world and keeping the spirit of Jihad alive.

8. Sending brethren during this month to prepare bases for the Arab brethren.

9. Forming an advisory council for the Arab brethren and using it as the leadership.

10. Forming a committee to receive donations and maintain an account and the spending

__ the Crescent *(most likely, the Saudi Red Crescent)*, the Rabita *(the Muslim World League)*, Sheikh Abdallah, the Relief Agency *(Hayaat Al-Ighata)*, and Abu Mazin.

11. Urging the Islamic agencies to bring in all of what they have.

12. Halting expansion.

13. Unifying the administration (presenting strong leadership for Peshawar, Suda, Warsak, and Al-Maasada.

14. Consulting with a lawyer regarding financial accounts and affairs.

15. Discussing with the Suda group their capability to provide provisions for the inside, and researching the ways which will lead to that.  Abu Al-Jood, Sheikh Abdallah, and Abu Abdallah *(the names were written in green ink, and it is*

*unclear which paragraph they were intended for)*

16. Reducing the number of the working brethren, except for those who are needed urgently.

17. Discussing the present situation with the Al-Jamaa Al-Islamiyya *(the Islamic Group)*, and the possibility of cooperation (Abu el-Jood).

(Text continues in **TAREEKHOSAMA/29/Tareekh Osama.92**)

بسم الله الرحمن الرحيم

١- تبقى العوائل كما هي
٢- المعسكرات كما هي
٣- تخريج الدفعة على الاستفادة من التدريب
٤- تحريض القادة على الدخول الداخل
٥- معرفة الأفضل المتعهدين للداخل من الجميع
٦- القيام بجهد إعلامي واسعة لجميع التبرعات الشيء
٧- توضيح موقف المجاهدين للعالم و إذا ورد إيجاب
٨- إرسال أخوة في هذا الشهر لتهيئة قواعد للدعوة العرب
٩- تشكيل مجلس شورى للدعوة العربية دائماً قيادة
١٠- تشكيل لجنة لجمع والاستقبال التبرعات من الماليزيين
— البلدان والرابطة والشيخ عبدالله وهيئة الإغاثة
١١- هِمَّت البيانات أنه سلد صح لبد دفاع ماعند صناعة
١٢- ايقاف في التوسع
١٣- توحيد إدارة إبراز تجارية قوية لكل من بيادر
١٤- حذرة من بالنسبة للأمور والعتاب
١٥- البحث مع جهاة جهدهم من إمكانية بعثهم للجبهة
البلد إما و بعث الطرود المفرغة للذمك
١٦- تحديد حركة جبر الدعوة العاملين إلا للأمور الجلية
١٧- ابتداء درس مع الجماعة الإسلامية

*(Parenthetical remarks in Italic are the translator's)*

*(Document name: **TAREEKHOSAMA/29/Tareekh Osama.92**, continuation of document **TAREEKHOSAMA/29/Tareekh Osama.91**)*

18. Discussing with the leaders the best places for us to help them.

19. Visiting the leaders and expressing delight with their position, and displaying our capabilities and our wish to support their march as much as we can, *(God)* willing.

20. Sending some brethren to secure provisions for the Mujahideen.

21. Inviting the leader Sayyaf to a reassuring conference

22. After making clear decisions about the coming period, the brethren should be reassured through lectures with broad outlines in most instances, and prepared for the first shock.

23. A printed declaration which will explain the following:

   a. The East's and West's agreement to prevent the establishment of an Islamic nation and thorn.

   b. The only solution is the continuation of the armed Jihad.

   c. Taking interest in the training and seizing the opportunity.

   d. Supporting the Mujahideen believers and *(illegible)*.

   e. Specifying the locations where we want the brethren to be. Will be signed by Yunis Khalis, Ansar Al-Jihad *(supporters of Jihad)*.

   f. Urging the brethren to be patient, pious, obedient, and to practice abstinence (Abu Hajir).

24. Forming a committee to run the brethren's affairs, categorize and solve their problems, their passports, tickets, and taking care of their situation and lodging, according to. And where will their effects be kept.

25. A work plan for the inside; the distribution of the brethren, and the locations where they will be present.

26. Designating points outside Pakistan for assembly when necessary, after inquiring about how easy obtaining visas is.

27. The brethren should disperse in the central fronts, and with the Having the brethren scattered in central fronts under the leadership of trustworthy commanders.

(Text continues in **TAREEKHOSAMA/29/Tareekh Osama.92a**)

BOS000071

١- البحث مع القادة جون آين أحسن الطرق لكمة المساعدة
   من زيارة القادة وغدا بالسرور من مترفهم
   إبداء قواتنا ورغبتنا في دفم مسيرتهم بمكة أو إنشاء

٢- ارسال أسرة لنا حين انهاد لتعبية المجاهدين
   سياحة

١٦- دعوة القائد ~~~~~ الى ندوة مطبخه

٢٢- بعد الانتهاء إلى المقررات الوضعية للمشردين القادمات
   يخضعون مرة بمحاضرات ذات طابع علمي وتربوي زراعي
   ويسير للطلبة ذلك ورد

٣- بيان مناجعي يتضمن ما يلي :-
   أ- تصاعد المشرق والغرب الصليبية دون قيام شوكة والإسلام
   ب- الجلد الروسي بهو سر نهضة الشيوعية في العالم
   ج- لا انتصار بالحد سبب والاستخفاف من الغربيين
   د- امر فرض جم المنكر من الحياتهم بت وانتش ضوء
   هـ- من هنا يطاكن اليمن برغب مع الدهوة السوء ديدن
   و- سر بين ي يا الف الشركاء الكبار د
   ي- مستبيد فرد كل القسم المتعوذ علوا والكاني والاهات من
   
ع- تكون أدنى امكن الاكون الاموت وبعضهم منا اليوم وصلها
   وقد أريتهم بعد كل هم ذكا سنن أهواهم دار ستهم الصيب
   حتى يعظم ذا إسلاما

٥٥- ضخط جيد في الداخل بوسع الأصحاب وان كر بعد يومهم

٦٦- اعلان نقطة موقفارهم باتحاد الفتحيح عند الضرورة حتى
   الموت دون مسؤلية عذار الشجر

٢٧- أن تبقى النا توجه في الحيبات كركزية دعم القادة حول النفط

*(Parenthetical remarks in Italic are the translator's)*

*(Document name: **TAREEKHOSAMA/29/Tareekh Osama.92a**, continuation of document **TAREEKHOSAMA/29/Tareekh Osama.92**)*

*(continuation of paragraph 27)* The presence must be tangible.

28. Keeping alive the Jihadist spirit among Muslims in general, and the Arabs in particular, by opening bases for their Jihad along with maintaining contact lines with them. The Sudan is recommended.

29. Not aligning with the parties as there is risk in that at the present time.

30. Isolating the rank and file during instances of sedition, after failing to rectify the situation.

31. Encouraging the Afghan brethren to continue the Jihad with the presence of the brethren among them, and the *(illegible)*.

BOS000073

أبو... ... ... ... المواد والمواد وست

(٢٨) المحافظة على ذكاء العروة الجهادية بين المسلمين عامة والعرب خاصة بمنهج توعد بجاهدهم المحافظة على مظهر الاتصال بهم ويقترح السودان.

(٢٩) علم التحزب جماعة حزب لما ورد لك من الخمور كثيرة الأمر.

(٣٠) اعتزال الصحف في حادث الفتن بعد تعين في وحدة.

(٣١) تشجيع الإخوان الأعيان على إكساب راتبه د. يمرد الموت فيه.