# Attachment C



```
158
```

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x

 3   UNITED STATES OF AMERICA

 4           v.                              S(7) 98 Cr. 1023

 5   USAMA BIN LADEN, et al.,

 6              Defendants.

 7   ------------------------------x

 8
                                             New York, N.Y.
 9                                           February 6, 2001
                                             10:00 a.m.
10

11

12   Before:

13                   HON. LEONARD B. SAND,

14                                           District Judge

15

16

17

18

19

20

21

22

23

24

25
```

231

```
 1   Q.  Is that the same person you just described before the
 2   break who was talking with members of al Qaeda about moving to
 3   the Sudan?
 4   A.  Correct.
 5           MR. FITZGERALD:  Finally, the government would seek
 6   to display to the witness for identification purposes
 7   Government's Exhibit 90.
 8   Q.  I ask if you recognize what is on your screen which is
 9   Government's Exhibit 90?
10   A.  Yes.
11   Q.  What is it that you see?
12   A.  This is sign of Usama Mohamed Abdallah Bin Laden.
13   Q.  What do you mean sign?
14   A.  Signature.
15   Q.  How are you familiar with the signature of Usama Bin
16   Laden?
17   A.  Very much, because I worked with him.
18   Q.  Is this a fair and accurate depiction of what Usama Bin
19   Laden's signature looks like?
20   A.  Yes, it's fair.
21           MR. FITZGERALD:  Your Honor, I would offer
22   Government's Exhibit 90 in evidence.
23           MR. WILFORD:  No objection.
24           THE COURT:  Received.
25           (Government's Exhibit 90 received in evidence)
```