# Attachment G



*(Parenthetical remarks in Italic are the translator's)*

*(Document name:* **TAREEKHOSAMA/41/Tareekh Osama.108)**

In the name of God, the most gracious, the most merciful

And spend for God's cause *(Quraanic verse)*

1) Suleiman Al-Rashid. (Wail)
2) Abdel Qader Bakri. (Wail)
3) Bin Laden Brothers. (Usama)
4) Yousif Jameel. (Baterji)
5) Ibrahim Afandi. (Baterji)
6) Saleh Kamel. (Baterji)
7) Al-Rajhi. (Usama)
8) Al-Jumaih. Jeddah (S.A) (Baterji)
9) Al-Sharbatly (Usama)
10) *(Illegible)* Al-Naghi (Usama)
11) Bin Mahfoodh (Usama)
12) Abdel Qader Faqeeh (Usama)
13) Salah Al-Din Abdel Jawad (Wail)
14) Ahmad Turki Yamani (Baterji)
15) Abdel Hadi Taher (Wail)
16) Mohammed Omar *(illegible)* (Baterji)
17) Al- Kuwait (Usama)
18) Ahmad Al-Harbi (Salem Taher)

19) Al-Issaei						(Salem Taher)

20) Hamad Al-Husaini				(Abu Mazin)

BOS000003