# Attachment H

*(Parenthetical remarks in Italic are the translator's)*

*(Document name: **Tareekh Osama/30/Tareekh Osama 93**)*

In the name of God

1- Advisory council.

2- Cooperating with Sheikh Saleh.

3- Security Officer.

5- Reducing the number of workers.

6- Forming a committee to take care of the brothers' problems, and of the financial matters.

1A- Sheikh Abdallah.

1B- Sheikh Tameem.

1G- Brother Wael Jleidan.

1D- Brother Abu Hajer.

1H- Brother Adel Farhat.

*(Illegible)*- Abu Abdallah          President

?- Abu Khalid.

?- Abu Ubaidah.

1- The mobilization committee, Sheikh Abdallah, Sheikh Tameem, Abu Abdallah, and Abu Hasan.

بسم الله

١ـ مجلس شورى
٢ـ التعاون مع الشيخ نداع
٣ـ ضابط أمن

ـ تقديس عبد العالمين
ـ تكون لجنة لدى مقام مجاكز الدعوة رد سوء طالب

١ـ الشيخ عبد الله
٢ـ الشيخ تميم
٣ـ الشيخ وائل جليدان
٤ـ الشيخ أبو حاجر
٥ـ الشيخ عادل نزحات
٦ـ أبو عبد الله رئيسا
٧ـ أبو حفص
٨ـ أبو عبيدة

لجنة الاستثمار السكين عبد الرحمن تميم