# Attachment I

BIF/1B087/01/ALTahdi 88-1

In the name of God, the most compassionate, the most merciful

Honorable Brethren:May God safeguard you.

Peace be upon you and God's mercy and blessings

A dispute has arisen regarding the medical and educational work project inside Afghanistan "Al-Tahadi". This is a joint project for all Islamic Relief Organization that operate in Peshawar between brother Ahmed Sa'eed Khidhir (Project Supervisor) as Party One and Wa'el Jaleedan (President of the Saudi Crescent) and Dr. Abdullah Azzam as Party two. The dispute can be summed as follows:

1. Party Two has arranged with the Saudi Benevolence Committee (Adel Baterji) to put a hold on the project funds that are in their possession and refuse to turn them over to the project.

2. By refusing to to surrender the funds to the project, party Two has pressured Party One t sign documents to transfer the ownership of the project to something called the "Founding Committee" comprised of Party Two and two other loyal persons who work in the project in addition to Party One.

3.While Party One was traveling to collect funds for the project work which has been threatened to halt as a result of the hold placed on the funds and on Wednesday, November 2, 1988, at 9 P.M., with the collaboration of the above-mentioned two persons (members of what is called the founding committee working for the project), Party Two did the following:

A. Seized all contents of the main project office in Peshawar/ Pakistan including the personal belongings of Party One and the possessions belonging to the Project of Motherhood and Childhood Center run by the wife of Party One. All these possessions were transferred to the dental clinic that is a part of the Saudi Red Crescent located nest to the residence of engineer Hikmatyar.

B. Seized all the contents of the project storage.(the main and small storage or stores (maybe) and transferred them to the major storages of the Saudi Red Crescent in camp Gashgary, Peshawar.

4. Party Two has pressured the president of Habeeb Bank, Peshawar Branch and was able to seize all the bank accounts of the project.

BOS000028

BIF/1B087/01/ALTahdi 88-1

5. Party Two has faxed letters, and telephone calls to different destinations (Saudi Arabia, Kuwait, Yemen, the Sudan, Canada, America, Sweden, etc...and claimed the following:

   A. Severed Party One from managing the project.
   B. The ownership of Party Two of the project represented in the so-called Founding Committee.
   C. Accusation of Party One of:
      a. Attempting to seize the project and sell it to the American Embassy or to Christian or humanitarian relief organizations or any one.
      b. Suspicious contacts with non-Islamic bodies.
      c. Threatening Party One with jailing and beating if it returned to Peshawar.
      d. Threatening any body or organization that deals or cooperates with Party One by destroying that organization and exposing them publicly in the Party Two controlled newspapers (Al-Jihad Magazine published in Peshawar)

6. Party Two has demanded -and pressured- Party One not to return to Peshawar. But Party One did.

Party One has asked for arbitration of Party Two beginning November 26, 1988 in the form of phone calls, hand-delivered messages, mediation of the leaders of the mujahiddeen such as Shaikh Rubbani, Shaikh Sayyaf, engineer Hikmatyar, and Shaikh Younis Khalis, and finally by sending a delegation to negotiate with Party Two.

Party two tried to evade arbitration first by procrastination and then raising objection to public arbitration, then protesting to the Party One demand for chastisement and the subject of arbitration, and finally objecting to the judges Party Two had initially agreed to.

At the end, both agreed that arbitration be held on Friday, December 16, 1988. On that same day, Party Two carried out its threat against Party One by beating. A group of Dr. Abdullah Azzam were sent to beat some worshipers who dared distribute a proclamation in which Party One was demanding Party Two to accept arbitration.

Arbitration started secretly on Monday, November 25, 1988.

BOS000029

بسم الله الرحمن الرحيم

الاخوة الأفاضل :                                    حفظهم الله :

السلام عليكم ورحمة الله وبركاته وبعد :

فقد وقعت خصومه بخصوص مشروع العمل العلمي والسوبرمي داخل أفغانستان (؟ متحدمى ) ، وهو مشروع نماضني لكائنة المنظمات الاسلامية مجاهدة على الساحة (؟ في مشاور )؟، بين :

طرف أول          ١ الأخ أحمد سعيد خضر (؟ مدير المشروع )؟
طرف ثان          ٢ وائل جلدان (رشيد جلدان السعودي )؟ و د . عبد الله غزام

وبمثلت هذه المجموعة في :

١ – حسن الطرف الثاني بامنميمني بمنحه البر السعودب (بذل سربجي أموال المشروع المحفوظة لديهم وبعممب تسليمها للمشروع

٢ يمنع العمال من المشروع       قدم الطرف الثاني بالضغط على الطرف الأول لتوقم أوراق تملك ملكية المشروع ناسي ماسمي "الهيئة الناسسة" ، والمكونة من لطرف الثاني وشخص آخرين سو حسن له وبسملان من المشروع؟ ناضانة الى الطرف الأول

٣ – أثناء سفر الطرف الأول لجمع أموال للمشروع لذى أجم سبدا (؟ نختوقت نشحة خمس امال يتنه وهي انساسامة اننتسه سنا سوم الاربعاء السوافق ٢ ١١٧ ١٨٨٢م وبنتضوب سو الشخصين احمدكورس أعلاه (؟ اماء ما سسسني ماينمسنه المأسسسسمية بماما ممن منستسروع ؟ قام الطرف الثاني بما سي :

١ – الاستلاء على كافة محتويات مكتب المشروع اثرشي في مشاور (؟ ماكتان / بما فيها ممتلكات الشخصة للطرف الأول ، وممتلكات تابعة لمشروع وعامة الامومة والطفولة الذي بديره روحة الطرف الأول ونقل كل هذه الاشباء؟ الى سيادة الاسنان الثاخمة للبلان الاحمر السعودب "جبور سكن لسبمحمد حكمتبار"

٢ – الاستلاء على كافة محتويات مخازن المشروع ؟ (المخزن العسكر ، المخزن الرئيسي )؟ ونقل محتويات هذه المخازن الى مخازن البلال الاحمر السعودي رائس منسه في مخيم "كنتكرى " استشاور .

٤ – قام الطرف الثاني بامنميمط على مدبر احمب منه أ فرح (؟ امنشاور كانت / وتمكن من الاستلاء عنى كافة العمات العلمكة للمشروع

٥ – قام الطرف الثاني باتصال ، (اتصالات ، ورسائل ومكالمات هائفية الى جهات مختلفة (، سومودة ، الكوت ، الممن ، سوادن ، كندا ، أمريكا ، الممود ، ٠٠٠ سب )؟ ادعى فيها ما يأتي :

١ – فصل الطرف الأول من ادارة المشروع

٢ – ملكية الطرف الثاني للمشروع مستقلا عن تهمته للساسمه نساعة .

٣ – اتهام الطرف الأول بما سي :
 • محاولة الاستلاء على المشروع أو ببعه لشدره (؟ لامريكه / ولحباب منسمة / وللغائنة الاتاسة
 • أو ذى جديد ''
 • الاندعال المشوى بحبهات نصر ؟ ملحمه
 • سببده الطرف الأول بشخص ولضرب انه ماله سي مشاور
 • سببده اجهبه أو منمنه ساعامى أو ممساوى من ماطرف الأول بعد مسرعبو المشمبو سبا سي المحجعه التي بمطر علبسا المطرف الثانى انشاى؟ محله احواط المى سعمر عن مشاور !!

٦ – طلب الطرف ثانى ، من وابطة على المطرف الأول يعدم بمودده اى مشاور ، ولكن الطرف الأول عاد

طلب الطرف الأول للتحكم من الطرف الثانى اما من ٢٢ / ١١ / ٨٨ بشكل :
 • بسالات هانفيه ؟ خطابات شمت ماسد • بوسطة غذه المحاهدس ؟ تتم يلتي ، استم سناف ، السبندس حكمنبار ، الشيخ يونس خالص ؟ ٠٠ ابسان وقد نحاوف سا على المطمه سه تحكيم ثم الاعتراض وقد حاون الطرف الثانى لتهرب من التحكيم أول ه نسست نم لاه جاى على الطمة ثم تحكيم ثم الاعتراض على طمب نظر الأول لاحكام نم الاعتراف على موضوع ؟ تحكم نم الاسر نى على المحكمس نحمن بارتفاعم فى أول الامر ٠

وفى السات وتغوا على التحكيم سوم لحمد المواقق ١٦ / ١٢ / ١٨٨٢م ، ٠٠٠ وفى نفس السوم :    نخد ، الطرف الثانى سببده المطرب حبث أرسلت محموعة من أفلا سه د • بعد اننه غرام لطمه بعصر، اممطلب الذمن حرأوا على نوبس سلا وطلبات سه الطرف الأول لنظر الثانى بالمحكم ٠٠٠٠

بهذا لتحكم سرا سوم الانمبن العواون ٢٥ / ١١ / ١٨٨٢م –

In conclusion, the reader of the prosecution decision submitted by Party One to the arbitration committee against Party Two, and of the decision of the arbitration committee and its attached legal questions and decisions, will find t that he arbitration committee has proven the claims of Party One against Party Two.and has proven that Party One has committed:

lying, swindling, slandering, defamation, distrust, carelessness, fabrication, and theft to transfer the ownership of the project to itself and also possessing the properties of the project. Sadly enough, the arbitration committee has proven tha tParty One has forged some documents it had submitted to the committee. The committee has voided all that Party Two has done and put justice back on its track.

"Say that the truth has triumphed and falsehood expired. Falsehood is bound to vanish."

At the end, there were more questions than answers:

1. For whose advantage was this dispute which delayed the only Islamic deed inside Afghanistan for five months while Christians planted their seeds and embedded their roots in the country.

2. Do these actions represent Party Two as individuals or as representatives of the government of Saudi Arabia's stance as demonstrated by Wa'el Jaleedan, President of the Saudi Red Crescent, and Dr. Abdullah Azzam's position, the employee of Islamic World League, knowing that Party Two members have exploited their positions as officials of two Saudi organizations as follows:

   A. Exercised a lot of pressure on others to seize the project.

   B. Using the employees of the Saudi Red Crescent, its technological equipment, its buildings, and storage to execute effort of taking over the project.

   C. Lying in the name of the Islamic Coordination Committee (UI) and making decisions which the committee has disavowed in its session held on December 12, 1988.

He who wishes us,Islam and the Muslims well, (God) grant him success. He who wishes us, Islam and the Muslims evil, take him away because he doesn't glorify thy name including the heavens and the earth. (This is a supplication: t.n.)

Our last supplication is that thanks to God, Lord of the Universe
                    Party One: Ahmed Sa'eed Khidhir
                               POB 942
                               Peshawar, Pakistan
                               Tel. (521) 42557

BOS000031

( ٢ )

ختاما فان النظرى للقرار الادعاء الذى قدمه الطرف الاول الى لجنة تحكيم ضد الطرف الثانى وللقرار لجنة التحكيم وحيثياته المرفقة يجد أن لجنة التحكيم قد أنصف فى ما ادعى به الطرف الاول على الطرف الثانى ، حيث أثبت على الطرف الثانى :

قيامه بالكذب وتخداع والغيبة والنميمة وسوء الظن وعدم اثبنت وعدم التبين والافتراء ، والاحتراز لنقــــــل ملكية المشروع اليه ، من والاستيلاء على ممتلكات المشروع ، وبما يؤسف له أنه قد تمت نميمة التحكيم ، ثم قيام الطرف الثانى بالتزوير فى بعض الوثائق التى قدمها لجنة ، فأثبتت لجنة تحكيم فى ما فعل الطرف الثانى وأعادت الحق على صاحبه .

؟ فن جاء الحق وزهق الباطل ان الباطل كان زهوقا ؟

وفى الختامة بقيت تساؤلات بحاج الى اجنبة :

١ ـ لمصلحة من تم هذا الامر الذى عطل شعبى الاسلامى :نوسيد ماضى المسلمين بره حسه خوهر بيت المسلمون ومخزون بذورهم ويخترون بذورهم داخلتنا ؟

٢ ـ هل تمثل هذه التصرفات الطرف الثانى كأفراد ؟ أم أنها تمثل موقف الحكومه السعودية متمثلا فى موقفة واشل جنيدان رئيس جمعية الهلال الاحمر السعودى ويرتفد ؟ عند انله غرام الموقف برابطة العالم الاسلامى علما بان امناء التحرف الثانى قد استثنوا مراكزهم كمسؤولين رسمين جيرتين سعودتين بيما يلى :

١) معذبة كشر من اشلوط على الآخرين فى سين الاستيلاء على المشروع ؟

٢) استخدام موظفى الهلال الاحمر السعودى واجبره الخمسة وأنميته ومخزنته فى تنفد محاولة الاستيلاء على المشروع

٣) الكذب باسم مجلس استننين الاسلامى واتهاماتهم مجلس، واتخذته قرارات تشرذته المجنس فى جلســه بتارخ ١٤ / ١٣ / ١٩٨٨م

نطمىهم من أرادنا والاسلام وتسلمن كخمر مرفضة لكن خمر ، وسل أرادنا والاسلام ومعمنبى شر نخدمه أخذ سربر متشدد نانه اتحطم تلمت باسمهم السموات والأرض .

وأتم ديوانا أن أحمد لمه رب العالمين

نميمت الاون : أحمد محمد خضر

P.O. Box 942
Peshawar, Pakistan
Tel : (521) 42557

BIF/1B087/01/ALTahdi 88-5

In the name of God, the most compassionate, the most merciful

Arbitration regarding the dispute between the parties of the *Al-Tahadi Project*

Thanks to God and prayer and peace on the Messenger of God God said," So fear not mankind, but fear me. And barter not My revelations for a litle gain. Whoso judgeth not by that which Allah hath revealed: such are disbelievers." Surat Alma'ida

*The Disputants:*

*Party One - Brother Abu Abdul Rahman Al-Kindy*
*Party Two - Dr. Abdullah Azzam, brother Abdul Hasan Al-Madani*

Both parties have agreed on paper to arbitrate the dispute with the mediation of Dr. Fadhl and brother Abu Hajir. Also, both parties have agreed to abide by the decisions of the arbitration committee.
The session was held on Monday 17/05/1409H, 12/26/88AD from 9:30 AM to 9PM. Those present were the arbitrators, Abul Hasan and Abu Abdul Rahman. Both parties exchanged accusations, the judges listened to their statements and reviewed their documents. The following are the arbitration decisions followed by the legal questions:

*The Decisions:*

1. The formation of the Founding Committee as responsible for the Al-Tahadi Project is hereby null and void. So is its chart issued on 09/03/1409H, 10/19/88AD

2. All the decisions of the above committee issued on 23/03/1409H, 11/02/88AD are null and void. So are the proceedings that came out of them.

3. Reassigning brother Abu Abdul Rahman Al-Kindi to his former position as the director of the project 'Al-Tahadi' with resorting to the Coordination Committee of the Islamic Relief organizations to decide on the administrative and technical differences attributed to him and referred to in the judgments, and to decide whether he may continue in the position or not. We recommend that none of his opponents from the Coordination Committee participate in investigating him. The Coordination Committee is considered the only unit responsible for the project.

4. Vindicate brother Abu Abdul Rahman of the accusation of having contacts with suspicious non-Islamic agencies. As for the accusation of his efforts to transfer the ownership of the project to the Humanitarian Relief Association, there is doubt.

BOS000033

ALTahdi 88-5   cont'd.

5. <u>All private possessions Belonging to Abu Abdul Rahman that were taken from his office must be returned to him</u> .

6. It is recommended that an administrative and technical committee be formed from the Coordination Council of Islamic Organizations to put two basic and internal bills for the project that shall be permanent, no changes or substitutes no matter who the financier is along with placing a regular financial policy for the project.

7. All individuals and associations, and those informed of the decisions of the Founding Committee in article two, in and out of Pakistan, are to be informed

BOS000034

بسم الله الرحمن الرحيم

الحكم في الخصومة بين الشريكين
على مشروع الكويت

الحمد لله، والصلاة والسلام على رسول الله،

أما بعد،

قال الله تعالى ( فإن تنازعتم في شيء ... )، المائدة

الخصوم

الطرف الأول .. الأخ رابح أبو عبدالرحيم الكويتي
الطرف الثاني .. الدكتور عبدالله عزام ، والأخ / أبو الحسن المدني ، وقد أناب
الدكتور عبدالله أبا الحسن عنه في ...

وقد وافق الطرفان كتابياً على الحكم في الخصومة بواسطة الدكتور ...
والأخ أبو ماهر ، كما وافق الطرفان على الرضى بنتائج ...

وقد عقدت جلسة التحكيم يوم الاثنين ١٤١٢/٧/١٧هـ - ١٩٨٨/١٢/٢٦م
الساعة ٩.٣٠ صباحاً إلى الساعة ٩ مساءً ، وحضرها ...
والأخ أبو عبدالرحيم، وقد ...

ولطلبها على مستنداتها ، وسنذكر فيما يلي قرارات التحكيم

القرارات

١- بإعلان تشكيل الهيئة التأسيسية ...
لا تجمد الصادرة في ١٤٠٩/٣/٩هـ - ١٩٨٨/١٠/١٩م

٢- بإلغاء قرارات الهيئة التأسيسية المذكورة : الصادرة في ١٤٠٩/٣/٢٣
١٩٨٨/١١/٤ ، وبإلغاء كافة الإجراءات المترتبة على هذه القرارات .

٣- إعادة الأخ أبي عبدالرحيم الكويتي إلى ...

٤- تبرئة ساحة الأخ أبي عبدالرحيم المذكور ...

٥- يعاد المبلغ ...

٦- ...

٧- ...

ALTahdi 88-6

the decisions arrived at by the arbitration committee.

8. Both parties promise not to take any aggressive attitude toward the other.

### _Legal reasons on which the judgment is based_

The concept of the Al-Tahadi Project (Medical and Educational work inside Afghanistan was the brainchild of the following:

1. Brother Dr. Ali Al-Hadeeb (the former president of he Kuwaiti Crescent) who suggested the idea to Abul Hasan Al-Madani (President of the Saudi Crescent) but the idea never saw the light of the day because there was no one there to take any action.

2. Brother Abu Abdul Rahman Al-Kindi, while in Canada, prepared a preliminary study for the project in June 1986.

During the first half of 1987, the two brothers Abul Hasan and Abu Abdul Rahman met and agreed on the concept. Then the project was submitted to the Coordination Committee of the Islamic Relief Organizations in June 1987. The committee approved it as a joint collective project for all Islamic Organizations in the field. These are: The Saudi Crescent, The Kuwaiti Crescent, Convocation Committee, The Islamic Agency (Isra'), The Islamic World League, The Islamic relief, and the World Center for Schools. That is by the approval of both parties of the dispute.

Work on the project began in July 1987. Brother Abu Abdul Rahman traveled to raise funds for the project on December 10, 1987. A committee was formed in Saudi Arabia to collect the money promised by the donors. Abu Abdul Rahman returned in mid-December 1987 and requested to have a meeting of the Coordination Committee through the committee's secretary (Dr. Sameer). The meeting didn't take place and the members were individually notified. The committee's position was negative since then and until the recent dispute. The treatment of Abu Abdul Rahman remained limited to dealing with Saudi Crescent, Dr. Abdullah Azzam, and the Saudi Benevolence Committee. All the collected funds from Saudi donors settled with the latter committee.

The Benevolence Committee had asked that it must have the right to review and check the accounts and express opinion in regards to the project on the basis that this committee is the major financier. This in itself violates the Coordination Committee which is the owner of the project and reserves the right to review it.

BOS000036

ALTahdi 88-6

The project suffered financial hardships because the Benevolence Committee delayed sending the amounts agreed upon. Their excuse was that they were dissatisfied with the administration of Abu Abdul Rahman of the project. By August 1988, the project was redlined. Abu Abdul Rahman insisted on asking for money until brother Abul Hasan invited him to a meeting on October 19, 1988. In the meeting, Abul Hasan suggested that a bill must be written to specify the authoritative role of each party in the project. Abu Abdul Rahman agreed and Dr. Abdullah Azzam produced a document with the letterhead of the Founding Committee for the Al-Tahadi Project that included the project bill which has been signed by the members of the Founding Committee. These members are: Dr. Abdullah Azzam as president, Abul Hasan Al-Madani, Abu Dawood as Abu Hudhaipha deputy, Abu Suhaib Al-Misri, and Abu Abdul Rahman who has said that he had never previously heard of the name of the Founding Committee and that he had signed it (the bill) reluctantly.*

*The last line on this page and also 7, 8, and 9 of this document are either partially or wholly cut-off. An asterisk on these pages will indicate the place where the cut-off occurs. (Translator's Note)*

بقرارات الهيئة التأسيسية المذكورة في بند ، ، بهذه القرارات التجارية سم

لجنة التحكيم

٨ ـ يتعهد للطرف بعدم اتخاذ أي اجراءات قضائية بحق الطرف الآخر

الكيميات

بينت فكرة مشروع المركب للعمل الطبي والعربي بالعمل الحسبي س لدى كل من ...
ـ بابلاغ للمركب على الهرب (رئيس البلدان المكون علي اسم ... ) ... الممتز ...
اذا ان ابن الحسد المدان (رئيس البلدان المسعودي) في ٦/١٢١٨١م ٥٠٠ سطر مرور العطره
الي حيث تستضيف لعدم وجود مستبرد جا

عـ الأخ ابن عبدالرحيم الكندي في ٩/١٩٨٦م ، حيث كان مكلفا ، ووضع دراسة مبدئية للمشروع

ـ التقى بالأخلاص أبو الحسد وأبو عبدالرحمه والتمد على فكرة المشروع خلال
النصف الأول من عام ١٩٨٨م ، وتم تحريم المشروع على مجلس تسبير سلطات
الاقامة الاسلامية في شهر ٦/١٩٨٨م ، وأقر المجلد هذا المشروع كمشروع تفاعلي
جامع لكل المنظمات الاسلامية في المناطر ، وهي ( البلدان السعودي والبلدان الكردي
ولجنة للدعوة والوكالة الاسلامية ( الجراحي ) و رابطة العالم الاسلامي ، و المعهد الاسلامي
و المركز العالمي للمدارس ) وذلك بقرار طرفي الجسود

وبدأ العمل في المشروع في ١/٨/١٩٨٨م ، وسائر الأمر بعبدالرحمه بج مع ماني
المشروعي (بند عدد /١٩٨٧.١٩٨٨ ) وتشكلت لجنة بالسعودية لجمع الأموال
المهدوعها للمشروع ، وعلار أبو عبدالرحمه في سنة ٨٧/٨٧ وظف اجتماعا لمجلس
التسيير عن طريق سكرتير المجلس ( درسين ) ولم يبنئ الاجتماع فألغي الأعضاء كل ظاهرة
وجذكاه عوقف المجلس سلبيا مد المشروع عند ذلك الجهوري وفي الجسود
الأمرين ونظلت محافظة ابن عبدالرحمه المدرة في المسائل بين البلدان السعودة و دار
عبدالدهمع اب. و لجنة البر بالسعودية وظل أن آلت الي الأموال الجودة عبدالمربهع بالسعودية
ـ طلبت لجنة البر أمريكيه لها الجهور المراجع والتدقيق أنفاسي وإساد القرائن في
المشروعي ، باختيار ضده الهيئة المحول الرئيسي ، وأسجل في حد ماد قلت تقريد
بجلس للمسيود هم ضوابط المشروع وضواهد هم المراجعين له

يتحرص المشروع لعدم استقرار مالي ، بسب نأخر لجنة البر في ارسال المانع المتفق
عليها ، بجهة اسم اللجنة غير راضيه عن اذارة ابن عبدالرحمه كمشروع ، كثفت لتحكم
المشروع مدينة مضد ١٩٨٨/٨ ، وقد نقل أمر عبدالرحمه يأتي في طلب التأكد هذا وتم
الأمر أبو الحسد الي اتفع عليه في ١٩٨٨/١٠/١٩م ، وتاكد يعت وشع لكتكد كبد
دبلوماسي وتورد كل صرف في المشروع مد الرأس ، و لترايران مد لاداره ، وبذرور دراسة اللدرام
ورتم باسم الهيئة التأسيسية شروع التأمين مستقبله الثاني النظر النظم و ه
وتم عليها عباد الهيئة التأسيسية والم  الدكتور عبدالرحيم و لما ، و الحاكم
المهدي ، والميزاوذ ود كانت مد أن تعرضها ، واسر شرب المهدين ( و المؤسس البرشيم الأبدي
اتد ند إلزام نرسم باسم ( الرئيسة التأسيسية ) هوالسا البطواور وقد مستغرا

ALTahdi 88-7

this bill on 09/03/1409H, 10/19/1988AD. <u>The bill states that the</u>
<u>Founding Committee has the right to change those (the officials)</u>
<u>who work on the project in and out of Afghanistan. This article</u>
<u>was added particularly to isolate Abu Abdul Rahman</u> for the
inclusion of the statement "those who work.....of Afghanistan."
Dr. Fadhl asked Abul Hasan about it (the above article) and the
latter swore that that was not stated.

Anyway, we decide that this committee and its bill to be null and
void for the following (reasons):

1. This bill made those responsible for the project individuals
   and not committees. It gave them the right to accounting,
   dissolving, and transacting in the project. For example, Who
   do Abu Suhaib and Abu Dawood represent? What is their
   connection to the project? Both of them are project
   officials. The excuse for admitting them to the committee
   was that the latter deputized for Abu Hudhaipha and had
   attended the discussions on the outset of the project. So
   did the former.

2. The bill gave the right of supervision and interference to
   three bodies:
   - The Coordination Committee for the Islamic Organizations
   - The Founding Committee
   - The Benevolence Committee in Saudi Arabia as the main
     financier. This leaves the door open for any new
     financier to claim this right to himself.

   This makes the project like a man who has ill-tempered
   partners. But <u>the more important thing than this is</u> that
   this trilateral supervision violates what was previously
   agreed upon that this <u>project emerged from the Coordination</u>
   <u>Committee which has the right to review. This is what Dr.</u>
   <u>Abdullah Azzam had mentioned when he honored Abu Abdul</u>
   <u>Rahman with collecting funds for the project saying, " this</u>
   <u>is a joint project for all the Islamic organizations working</u>
   <u>in the field."</u> He handwrote and signed this on 05/11/1407H,
   06/29/87AD. This is exactly what the Islamic Agency (Isra')
   attested to with the signature of Dr. Mohammed Ibrahim. Abul
   Hasan has recognized the authority of the Coordination
   Committee.

3. Upon reviewing the account and the indebtedness, it was found
   out that the project was actually in the red at the time of
   signing the bill. Therefore, Abu Abdul Rahman's claim that
   he had signed it reluctantly, has some kind of merit.

BOS000039

As for the <u>decisions of this committee</u> issued on November 2, 1988, that included the removal of Abu Abdul Rahman from the project, <u>we hereby by declare them null and void for the following (reasons):</u>

1. These <u>decisions were issued by a committee irrelevant to the project.</u> This is the Founding Committee as we explained earlier.

2. <u>It has been proven to us that there had been some falsification in the date these decisions were issued.</u> It has been mentioned in the text of this report, "The Founding Committee for the Al-Tahadi Project, the medical and educational work project in Afghanistan met on 23/02/1409H, 11/02/1988AD". This report bears the signature of Dr. Abdullah Azzam who was traveling outside of Pakistan on this date. Brother Abul Hasan has recognized that*

BOS000040

١

- صدر البلاغ في ٩/٣/٥ - ٥١٤٩ - ٨٨/١٠/١٩ م. وقد لفتت البلاغ على أنه الرئيسة.
- للتأسيسية.(تعلقه هو تغيير القانونين على المشروع في داخل أفغانستان أو
- خارجها). وكان هذا البند موضوع هجومها لجول أن عبدالرحيم قد ورد في بعض
- كلمة (الكامن ..... أوفما رحيم). فكانت الذين أبداحسن بعد هذا فأقسم أن
- صدرالهم كيف مبينا.(المسائل هي داخلها).
- وعلى أساس هذا فإنه نشرت بطلانه صدر الرئيسة والاعتماد للبلاغ.
- ١- جعلت هذه للرائحة المسؤولين مع المشروع أفرادا ونحوا منا - وأعطتهم
- هم الخاصية والكل والمصرفين المشروع، فمثلا: أبو داود وأبو شريب مثلاهم بتهم
- ومنهج عملهم بالمشروع ؟، وكلاهما موظف بالمشروع، وكانت نتيجة ارتباطها في
- للرئيسة كما للأول، بسبب عدم أن هذانهد الذي هدر بجهد المئات منذ بداية المشروع
- وأسس هذا الشأن لذلك.
- ٤- أوكلت للرائحة هم الإشراف و المدخل في المشروع إلى ثلاث جهات:
- مجلس تنسيق المنظمات الإسلامية.
- للرئيسة التأسيسية.
- اللجنة الـ.... بالمحورية باعتبارها المحول الرئيس؟ وهذا باني الباب
- أمامهم كل محول جديد لإدخاله هذا الخير لتقدم
- وصار جعل المشروع كرجل منهجة من كبير من الأزمة الذي صنعت أنه
- هذا الإشراف للكلائي خالف ما اقتصر عليه ساسا من أن المشروع منكر به على
- التنسيق وأسس هذا المحله وصوحاه هم المكانة؟ والمولوية واريضا في إخراج
- انتزكتيها لأب عبدالرحيم صدارالزمان هير الذين للمشروع حيث فز (إدبا للبنود المشروعي
- هو مشروع تكامن، كل المنظمات الإسلامية للمنطقة في المخطط عند به ووقيعه
- باعتباره ٥/٤٠١/٧/١ و ١٩٨٨/٦/١٥ ، وهذا بعيد لكم نت قسمت عليه ترك.
- ٣- الوكالة الإسلامية (إسراء) يتوفرح داركان الإرادتكم ، كلاهما أبوالحسن، بلطف نفس التنسيم.
- ٣- ثبت بمراجعة الرقم و المعرب سير أن المشروع كان جديدا، وعند تربيح اللائحة،
- وبدلت قيام إنهاء أن عبدالرحيم بأنه وقفز سخنإرا للمشروع على الملك لروجه
- هذه الكمية.

- أما هذه وقرارات نقض أن لجنة التصاديرون في ٨/١١/٨٨ ن والمقت يمتعها منظل أن
- عبدالرحيم هد المشروعي في معقول بعطلان بلايلي.
- ١- إبه لعنت القرارات ، عقد هيئته هم تجنبهم بالمنهوج والنهر الرئيسة التأسيسية
- كما سبق بيانه.
- ٢- ثبت لديما أنه قد يت تزويج في كتربكر رئيسون للعقد القرارات، فمد ورد في
- نص هذا المحفل (عقد بحسب الرئيسة التأسيسية لهرعم الزمرار المشروع الحول
- المئاني والمرييت في داخل أفغانستا، و حفظت ورد في ٢٧/٢/٨٢ ٥ المحدث
- ٢٧/٢/٨٨ ٥ ....) و الحما الحورين جبرد لم يجمعوا أن عبدالرحيم هذه كلهم مسافروا
- هارا، باتكانه في كه ، كربكر و وقف ان المحفوظ الانة ٢٧/٢/٨٨ ٥

ALTahdi 88-8

and then just a week before the date mentioned above on the night of Dr. Abdullah Azzam's trip October 10,1988. The members of the Founding Committee have agreed to implement the decisions if Abu Abdul Rahman insisted to travel to Canada. And he did on 29th. Of (the month appears to have been whited out accidentally)1988.

3. No investigation has been conducted with Abu Abdul Rahman regarding the accusations ascribed to him. He was in Peshawar, Pakistan at the time these decisions were made (around October 26, 1980) including abominable accusations after his trip. If the jurisprudent have disagreed in judging in absentia to oppose the narrative of Hind Bint Ataba with the narratives of Ali and Um Salma, then how is it possible to rule in absentia against someone present?

4. The Founding Committee has encountered many technical problems in respect to the termination of Abu Abdul Rahman. The committee has not one medical unit. This pays for for incompetence.

5. Some of the documents on which Abu Abdul Rahman's termination and slander was based were taken illegally by vandalizing his office. These documents were also misinterpreted as will be explained later.

6. Abu Abdul Rahman was not notified in regards to these decisions (his termination) before his travel even though it was agreed that he would be (terminated) if he traveled. Until now, he has not received a copy of the committee's decision to terminate him. Therefore, based on what was said earlier, we have ruled to annul the termination decision and reassign Abu Abdul Rahman to his position as the Director of the project. We recommend the formation of an investigative board from the Coordination Committee void of any of his rivals. This will examine the administrative and technical violations ascribed to him in the decision of termination considering that the CC is responsible for the project. The Board calls for that by a request from the rivals.

As for the accusation that Abu Abdul Rahman has contacts with suspicious non-Islamic agencies, that is null and void and sheer falsehood. Some documents were possessed after the break-in into his office. These were just correspondences between him and brother Fadhil and between an American relief association MSH and another American medical equipment company called Smartmed.

This association has an offer of $12 million to provide medical supplies to the Afghans.

Abu Abdul Rahman has explained this relationship as follows:

BOS000042

ALTahdi 88-8

1. He and brother Fadhil dealt with this association as
   representatives for the Humanitarian Relief Association
   authorized by the Afghan leaders to receive the assistance
   from this association. The purpose for this was to prevent
   direct contact between the Americans and the Afghans. The
   two judges have reviewed the following which supports Abdul
   Rahman's claim.

   A. The correspondence between the head of the Humanitarian
      Relief in Canada (Abu Nadhir) and between Mr. O'Brien,
      the person in charge at MSH. In this (correspondence),
      Abu Nadhir writes that the Peshawar Office has obtained
      the approval of the four largest Afghan Parties'
      leaders that the humanitarian relief represent them in
      receiving the assistance.

   B. We (judges) have looked into some of the Afghan leaders'
      recommendations.

2. Abu Abdul Rahman has said that communications*

BOS000043

٤

تم قبل التاريخ المذكور بحوالي اسبوع ، وذلك بين بسمر دار عبدالكريم الذي
سافر يوم ٨٨/١٠/٦ . وأما أعضاء الرئيسة الذي سيء استمرار على إنذار
صنه القرارات إذا أصر أبو عبدالرحم على السير بها كما ، وقد سافر في ٨٨/١٠/٩٠م
٣- لم يتم إجراء أي تقسيم مع أبي عبدالرحم في الرقم المسوح إليه ، وقد كان
موجودا لبئل تسلسل يشاور وقت أخذ صنه القرارات (جوال١٠/٦ /٨٥)
و منها يتم التشيع ما علم بعد سفره ، و إذا كان هناك الأشياء ١
على للمضافت على العاشر لتعارضه هذه صندوقت عنه مع حدوثه على دفع سلطة
بكيف يقع العلم عابرا على الخاص ؟

٤- تعرضت الرئيسة الذي سيء في هيئات فيطيا لإبن عبدالرحم أبي
حبلي فقط . وليس بالهيئة عناصر في أحد ، ترفرف هذا لغير الاقتصادي
٥- بعض العناصر التي تم علينا قرار فصل أبي عبدالرحيم والتشيع عنه ،
أخفت ما سلوب غير شرعي بتنظيم مكتب أبي عبدالرحم ، هذا تم أسى صغير
صنه الوثائق كما بيان

٦- تم إعلام أبي عبدالرحم بهذه القرارات ( فصله)   في بسمر وكان فيه
٠ رغم للاعضاء على فتضره مع السنغ وأعم يتسلم صورة قرار التوبيع لفصله إلى
الآن . وبناء على ما سبق ، هكذا بطلان قرار الفصل ، و إعلان أي عبدالرحم
إن عمل تمير للشرعي ، وتم تشكيل لجنة مد كيف التنظيم ليس بها أحمد مخصوم
للتقديم معه في الخلافات الإدارية و الفنية المسوح إليه في قرار فصله ، باعتبار
أنهم حكلت للتنظيم وهو المشترك مع المشروع ، و يبقى أطال لذلك بينوى مع المخزم .

٠ ثامسد : ناهية ابرام أبي عبد الرحمة الاتصال المشوعة وما تثيرا س الزمبة : فواطل ، وتكذور
فتقدم : ضبط بعض الوثائق في طلب أبي عبد الرحم بعد كسر ، عباره عن
مراسلات بينه والأي في فاض و بيع موسسة أعانة أمريكية ٨٨مم ، وشركة
أروات طبخه أمريكية Smartmdenc
وصنه المؤسستين لديها عرجه بتقديم معونت طبير للأفغان يبلج ١٥٠ مشر
مليونا من الدولارات ،
و قد فتر أبو عبد الرحم صنه العلاقة قد قيل :
١- أم يتعامل مع صنه المؤسسة تقديم والأم فاص ، لتنبلس عبد المنير ، والإعانة
الإنسانية لمجاهدين بمقتضاه مد قبل الخارجة الأفغانية بارتكلام المعينات مباشرة (الرسمية )
وأم المتقدمه مع شما يتم صرف الانتقال للما عسكر بيم الأمريكيين ، و بين الأفغان ،
وقد اطلع أحكاما عن على ما يأتي ، بإذن يد خول أبي عبدالرحم
أ- مراسلات بيم رئيس الإعانة الإنسانية بلندا (أبي سمير ) و بيم سعيد ١٨مم
مير أو برنلمد ، يقول فيها أبو مدير إليه مكتب بعلاور ، واتصلا على حواتيم قرر الأحجار ٠
الأفظه بين الأربعة الكبار بأمة تسوية عرحم الإعانة ، و أما الإنسانية والإسلام المعدات
ب- واطلعنا على بحض تعرضات المكاري الأفغاني

ALTahdi 88-9

which started by submitting to the Coordination Committee in June 1987. These communications started while Abu Abdul Rahman was in Canada from July 1986 to January 1987. The two judges have ascertained that by reviewing all correspondence and telecommunications and confirmed that all of them were dated prior to June 1987.

Abu Abdul Rahman was also accused of following an illegal method in all of his telecommunications by cunningly using the Kuwaiti Crescent telex system. Abu Abdul Rahman presented a document from brother Abdul Rahman Al- Mudaraj dated 12/14/1988. The document stated that he (Al-Mudaraj) did permit Abu Abdul Rahman and Fadhil to use the Crescent's telex system from May 3, 1987 for correspondence to U.S. and Canada. A quote from the document by Al-Mudaraj," What I know that these telecommunications have no bearing on the project of Al-Tahadi which had not started yet)." At this time, Abdul Rahman was the director of the Crescent.

Also, the addresses that were listed in Abdul Rahman's diaries such as the officials at MSH as it was proven in the telex. Brother Abul Hasan has informed us that he had gone to the Peshawar MSH Office through a commission from the Coordination Office to closely observe their plans. Also, Abu Abdul Rahman's contacts with them were as a representative of the humanitarian relief and prior to the start of the Al-Tahadi Project.

As for the accusation that Abu Abdul Rahman was plotting to transfer the ownership of the project to the Humanitarian Relief Committee, brother Abul Hasan has not presented sufficient evidence.(two just witnesses). The testimony of brother Fadhil was accepted only. In this written testimony, he declared that Abu Abdul Rahman did suggest to him the transfer of the Al-Tahadi project to the Humanitarian Relief provided that Abu Abdul Rahman be assigned as the general director, Fadhil as his deputy, and Abu Suhaib Al-Misri(the Al-Tahadi accountant) would become the administrative and financial director. Abu Abdul Rahman has denied this accusation under oath.. Also, the framework for the new project proposed by Fadhil is probable: to join the Humanitarian Relief Committee under the administration of Abu Abdul Rahman so that he becomes both the director of Al-Tahadi and the Humanitarian Relief at the same time. Abu Abdul Rahman said that he'd been asked to share in the supervisory administration of the Humanitarian Relief. Abu Abdul Rahman has presented a letter dated November 6, 1988 signed bu Abu Nadhir, the director of the Relief in Canada, addressed to the Coordination Committee. The letter states that the Relief has donated $250,000 for 1988 and $400,000 for 1989. Abu Abdul Rahman also produced a copy of a check sent by the Relief in Canada to

ALTahdi 88-9

the medical and educational project in the amount of $200,000.
Fadhil has claimed that the check was for him and not for Abu
Abdul Rahman. Abu Abdul Rahman says that the amount was
exclusively meant for Fadhil and then was transferred to Al-
Tahadi. Then when he was terminated from the project, he was
asked to forward it back to Fadhil. We (the judges) have reviewed
all that is in this letter from Abu Nadhir dated 11/06/88.

   Brother Abul Hasan has confirmed that he did contact Abu
Nadhir telephonically while Abu Abdul Rahman was in Canada. Abu
Nadhir had told Abul Hasan that Abu Abdul Rahman had arrived in
Canada to raise funds for the Al-Tahadi project.

   We say that we don't have conclusively sufficient proofs for
accusing Abu Abdul Rahman of transferring the ownership of the
project. The matter may probably require the hearing of the
testimony of the rest of the witnesses in the Humanitarian
Relief in Canada but this was not easy to do. The Coordination
Committee may have a follow-up*

BOS000046

الذي بدأ بعرضه على مجلس التشييري في ٣/٦/١٩٨٧ ، وإن عدد الزميلات بدأت
إنشاء وجوده بكناديس بكناديسه ٢/٤/١٩٨٦ إلى ١/٥/١٩٨٦م . ورتأكم الحكاما
مدخلاً براجعة تواريخ المراسلات و التلكسات ، فعندكات كلها قبل ١/٢/١٩٨٧
— كلذخ لجأ باي عبد الرحمه باتباع أسلوب عمروع في المراسلات التلكية
وللبساع احتيال للاستخدام تلك البلاغ الغربي ، شبثة ابو عبد الرحمه سياسة ٠٠
مسالة خ عبد الرحمه الدجني بتاريخ ١٢/١٤/١٩٨٨ معذره انه ستجي لأن يسارقيه
— ولفاصل بتحدام على البلاغ مه ٥/٥/٣-٥ ١٩٨٧م لمراسلاً به أمريكا و أوربا . والتواله قال
عائض ( والقت أعرفه امراحته التلكسات لنرنزه علاقته جمزوع النمزى الدولي
يكن قد بدأ بعض ) وكان عبد الرحمه سكراً لأعبد البلال في تلك الغربي

— كنا أمه السناوري الى ضبطه في مذكرات ابن عبد الرحمه وهذا أثناء المسؤولين
في ASH وكاهو شث بالتلكسات . وقد أخبرنا الأخ ابو الحمه أنه ذهب إلى مكتب MSH بشاور
بتكليف من مكتب التشييري لاستكشاف عظمهم . كذلك فإد انفاذ ابن عبد الرحمه م
كان بصفته ممثلاً لهيئة الإغاثة الإنسانية وقبل بدأ الحل جمروع النمزى

أما عبد إنعام أن عبد الرحمه باتضحي في نشر مكتب المشروع الزراعي الإغاثة الإنسانية
علط شجع التظهر والحس بنت كافحه ( شاهديه عدليه ) ولم نقبل منه إنه إشارة الأخ
عائض للنيحه سنه كنا بلبه . اما عبد الرحمه عرضه علط نشر مشروع النمزى الزراعي بالعالم م
الانفاق بتره على أسلكوت ابو عبد الرحمه سبرا عاماً و واصل باسلاله القمر والمسيرسات المتضمن
باجب بالحكمي سبرا أعماله وإدارتها . وقد أكر أنو عبد الرحمه وعده البنته بجيمبه ، لهذا م
هيكل المشروع البريدات بنت عرضه فاضل له بهيئة الإغاثة بالمساعير من الإدارة
بأي عبد الرحمه سبرا للنمزى وللزلما تنه الإغاثة م زنير الزيت . و كذلك سبارقيه
إنه طلب من المحكمة الإشرافية الإدارية في إرادت الإغاثة له الاساسات

— وقد وقم الوعبد الرحمه هذا بموقيا مسعري مدير إراسي باسم بكنادمه صوبا الطلب
للتشيري يبميه بتبيه بإغاثة بلغ ٠٠٠،٠٠٠ دولار عام ١٩٨٨م . ٠٠٠،١٠٠٠ دولارمه
١٩٨٩م وعطاله الحاب بتاريخ ٨٨/٧٦/٤٨٨ كالفرد انه سيدالرحمه تنا تية حيدوه مرللاسه
الإغاثة بكذل إلى المشروع الطاشي والغربي بلغ ٠٠٠،٠٠٠ دولار . ويحدث انه باسل ليبني
لهو وليس لأبي عبد الرحمه ، وتلا أنو عبد الرحمه ابن الملهم دادمن . لمفتضل تم نقل فقزدمهم بالوصبل مه
المشروع طلب مه تمديل المبلغ إلى فاصلي ، و قد الطعمه على باسمه هذا مه صلة بب
أبو نير بتاريخ ٦/١١/٨٨

وقد أكر الأخ أنو الحمه بأد انفط بقاب بأمر سيرا بنا سعار ٠٠٠ ٠٠٠٠ بأما
وبساله سبرا وهبره سنه انا سيدالرحمه قدا كذبه في سيدالرحمه
— فنتول تم نفي أول كافحه . وأثبت علط البيات أين عبد الرحمه
وللبه الزمر ببسمه ستاج شهاده دميه الشاهدسد الأزلجه والتوحه ، طلدواس لأب
ونكبه نكلتي المنزية ٢٠٠٠

BOS000047

ALTahdi 88-10

As for the accusation of Abu Abdul Rahman of the attempt to transfer the banking account from the main account to business account with one signature despite the fact that this cannot take place without the signatures of Abul Hasan and Abu Hadhifa in addition to his own. Abu Abdul Rahman confirms that he tried to do so because some of the coworkers urged him to due to the financial hardship the project was encountering. However, he alone bears the responsibility for this mistake. This took place in October 18, 1988.

Brother Abu Abdul Rahman confirms that he is not the owner project and his position is only that of the founding partner and a director as a result of being chosen by the officials. He and Abul Hasan have stated that the Coordination Committee is the owner of the project. He also affirmed that the Coordination Committee has the authority to hold him accountable and under its supervision. When asked about what role he'll play, he responded that it would be technical as the study prepared about the project showed.

We have received another complaint from brother Abul Hasan on 19/05/1409H, 12/28/1988AD against brother Abu Abdul Rahman in regards to the pamphlet he distributed in the mosque of the Kuwaiti Crescent. The complaint was that his rivals rejected arbitration. We, hereby, prove the following: That Dr. Abdullah Azzam agreed that a quadlateral committee be formed from Abu Hajir, Abu Abdul Rahman Al-Misri, Abu Firas, and Dr. Fadhl. The committee met on 12/14/88. Abul Hasan said if the arbitration is with respect to the rights of brother Abdul Rahman Al-Kindi as an employee with us, that doesn't matter. But the situation gets rather significant when it comes to the matter of the ownership of the project. When the committee said it had the right to look into any problem, Dr. Abdullah said that he had to return to the founding committee of the project. He then notified the committee on the morning of 12/15/88 that it requested adding a fifth person to the committee. After deliberations between the rivalling parties, they agreed to choose Ans (UI) Ibrahim. Then brother Abul Hasan objected to the committee as a whole on the evening of 12/15. Later, it was unanimously agreed that only a trilateral committee be formed headed by Shaikh Younis Khalis along with an envoy (or deputy) for each party. The rejection of Abul Hasan was due to his total dissatisfaction with the committee. On Friday, 12/16/88, Abu Hajir received a statement signed by Dr. Abdullah and Abul Hasan expressing their approval to arbitrate through Abu Hajir and Dr. Fadhl. Abu Abdul Rahman had signed it before Friday prayer. Thus, we notice that it was possible for the latter to (UI) distribute the pamphlet after the prayer. He has erred in this regard.

BOS000048

ALTahdi 88-10

We have received a letter from the Saudi Benevolence Committee on 18/05/1409H, 12/27/88AD in which brother Adel Betarji mentions that Abu Abdul Rahman has many violations at work that led the committee to decide to stop the financing. This matter has been forwarded to the Coordination Committee for investigation.

Also, brother Adel Betarji requests that since their committee is the main financier, it must grant them their total rights in the project. He offered their readiness to administer the project in its entirety. This is not within our (judges) jurisdiction and we consider it something that sprang out of the coordination and has the right to decide in these matters.

BOS000049

[النص مكتوب بخط اليد وباهت بدرجة يصعب معها قراءته بدقة — fragments قابلة للقراءة أدناه]

وقصدت هذا بتاريخ ١٩٨٤/١٠/١٨

ALTahdi 88-11

Conclusion and Advice: As the investigations went on, it was proven that distrust and defamation and without circumspection and clarification have all played a major role in developing this dispute and escalating it. God Almighty says,"O ye believers, avoideth too many assumptions. Some of them are sins and spy not." Also God says,"O ye believers, if a deviate bringeth ye tidings, examineth it lest thou accuseth a people with ignorance; then thou shalt regreteth what ye have done."

( The above two Koranic verses are translated to the best of the translator's ability.)

We advise ourselves and the rest of the Moslems to work according to these venerable verses as an impediment to evil, depravity profligacy, and hatred. We also recommend to write contracts and abide by their regulations.

This session was concluded on Thursday 20/05/1409H, 12/29/1988AD. In contains seven (7) pages. On page 4, a length of 2 centimeters at the end of line fourteen (14), the words are crossed out. So are the following: the beginning of the fifteenth (15th) line, length of 4 centimeters: on page five (5) at the end of the eleventh (11th) line (two-thirds of the line) and the first third of the following line.

The report was read in the presence of the two judges and the two parties on the same day at 12PM. It was signed by the two judges with the consent of the two parties. Copies of the report are released to the two judges and the two parties.

We ask that both to abide by these decisions as they promised. May God with His abundant grace and mercy forgive us, and we repent to Him.

Signatures of the two judges consenting to the report and all its decisions herewith.

Brother Abu Hajir
12/29/88

Dr. Fadhl
I kept photocopies of
the documents of both
Parties of the dispute
20/05/1409    12/29/88

The signatures of the two parties

Brother Abul Hasan Al-Madani
12/29/88

Brother Abdul raman Al-Kindi
12/29/88

BOS000051



BOS000052