# Attachment L

*(Parenthetical remarks in Italic are the translator's)*

*(Document name: **TAREEKHOSAMA/33/Tareekh Osama.99**)*

In the name of God, the most Compassionate, the most Merciful

Dear brother Abu Al Rida, may God protect him

God's peace, mercy, and blessings be upon you

I hope that you and all of the brothers are well and enjoying the approval of God the Almighty. It disappoints me that your news reached us very late, knowing that travelers come to us frequently, so I hope that you tell me about Abu Mohamed Al-Shamali's subject, through Abu Hamza. I also hope that after Abu Anees reaches you that you move toward us immediately in anticipation of the attack on the Russians as the time has come, and I hope that you tell me about Usama and Ameen and their status. One of the brothers whose name is Abu Abdel Lateef is with Abu Al-Nasr, and if he wants to come tonight, take care of him so that he comes to us tomorrow, for his plane is *(departs)* on Thursday from Karachi to Yemen. I request that you ask the Yemeni embassy if a Saudi needs a visa to enter Yemen. If so, I hope you work on a visa for me so I can go with him. I ask that you communicate my greetings to Abu Al-Hasan Al-Madani and I hope that he will visit us if he has returned from Hijaz, and I also hope that you bring 500,000 Rupees at a minimum.

And God's peace, mercy, and blessings be upon you. Do not forget us in your prayers

Your brother

*(Usama Bin Laden's signature)*

9/8/07 *(1407 Hijriyya)*

Note: Abu Al-Nasr is sick and I urge visiting him and conveying my regards to him, I think he is in the hospital

بسم الله الرحمن الرحيم

الأخ العزيز أبو الحسن حفظه الله

السلام عليكم ورحمة الله وبركاته

وبعد

أرجو أن تكونوا جميعاً والدعوة بخير ورسل منا إليكم سيصل وتكون موسعاً عن أخبارك تم قرءت علينا كثيراً علماً أننا قريباً باذن الله كثيراً غداً رجوا إضاءة برأي عن موضوع وأبو محمد الشيخ عن طريق أبو حمزة كي أرجو بجعلك أن يصل لك أبو أيمن أن تنزوله إلينا فوراً استعداداً للخروج على الروس حيث أن الوقت أزفف، وأرجوا بباً رأي من أسامة وحمزة خلالهم كي أن أصد الدعوة أسمة أبو عبد الفيض موجود عند أبو النصر إذا عزم على المجيء هذه الليلة جعل قدر أمره عند المجيء إلينا حيث أنك قد عرفت الجيش من شر اشتي أبي اليمن، ودار حوار إن السفارة اليمنية هل يحتاج السعودي إلى فيزه لدخول اليمن بيان كل كذا لله فما عدا إذا كانت فيزه لي لكي أذهب معه أحب أن تبلغ سلامي أبو الحسن المدني وأرجوا من زيارته ان قادم من الحجاز وكما أرجوا أن تبعثوا خمسة الف روبية على الأقل

والسلام عليكم ورحمة الله وبركاته

أخوكم

لدى سؤال فاتصل به

ملاحظة:
أبو النصر مريض فأرجو زيارته
وإبلاغه سلامي وأظنه في المستشفى

9/8/70 هـ