# Exhibit 3
## Part 6 of 9



### إيضاح (١٥) الحسابات النظامية

تمثل تعهدات والتزامات مجتمعة ناتجة عن طبيعة عمل الشركة العادي وتتكون من:

| | ريال سعودي (بالآلاف) | ريال سعودي (بالآلاف) |
|---|---|---|
| | | ١٩٨٨م |
| خطابات اعتماد | | ٧٠٢٢٨٤ |
| ضمانات | | ١٠٨٩٦٨ |
| شيكات مستحقة | | ٦٨٤٩٤١ |
| التزامات مقابل عقود عملات أجنبية | | ١٤٠٢٧٥٢٠٤ |
| أخرى | | ٤١٧٨٣٠ |
| | ١٦٠١٩١٠١٧٧ | |

كما تمثل أموال المضاربة أو خلاصتها ما يلي:

| | | |
|---|---|---|
| استثمارات عملاء | | ٤٣٣١٧٧ |
| حسابات جارية معادل | | ٢٩٣٠٩٤ |
| | ٧٢٦٢٧١ | |
| | ١٦٩١٧٤٤٨ | |

### إيضاح (١٦) الشركتان التابعتان

تتضمن الموجودات الأخرى تكلفة استثمارات الشركة في الشركتين التابعتين والبالغة (٢٠٠٣٠٠٥٧) ريال.

### إيضاح (١٧) الهيئة الشرعية

قررت الجمعية التأسيسية للشركة تشكيل هيئة شرعية وحددت قواعد لعملها، ومنها قيام الشركة بعرض العمليات التي تقوم بها أو تنوي القيام بها خلال سنة تبدأ من ٦/٣/٧ ١٤٠٨هـ. وقد قامت الهيئة بالنظر في عدد من العمليات التي تقوم بها الشركة لإبداء الرأي الشرعي حيالها وأصدرت عدة قرارات. ولا تسري هذه القرارات على القوائم المالية للفترة المنتهية في ٣١ ديسمبر ١٩٨٨م لصدورها جميعها بعد ذلك التاريخ.

٢٣

إيضاح (١٠) رأس المال

أ- يتكون رأس المال من سبعة ملايين وخمسمائة ألف سهم اسمي متساوية القيمة (مائة ريال سعودي) اكتتب المؤسسون بأربعة ملايين وثمانين وخمسة وسبعين ألف سهم منها وتم دفعها بالكامل ، وتم طرح بقية الأسهم للاكتتاب العام

ب- يوجد ١٥٠ ألف سهم قيمة كل منها مائة ريال سعودي وقيمتها الإجمالية ١٥ مليون ريال خصصت موقتا باسم الشيخ/سليمان بن عبد العزيز الراجحي ، وتم دفع قيمتها من أموال الشركة وسيتم إعادة تخصيصها بعد اكتمال اعتماد إجراءات تخصيصها بشكل نهائي وستبقى أرباحها لدى الشركة

إيضاح (١١) عائد استثمار أموال المؤسسين :

تم إيداع أموال حصص المؤسسين البالغة ٤٢٧ مليون ريال لدى أحد البنوك وبعد وافق البنك على فتح حساب مدين لشركة الراجحي للصرافة والتجارة مقابلها بمبلغ (٤٠) مليون ريال بدون خدمات بنكية وبكلفتها ، وقد قامت شركة الراجحي للصرافة والتجارة باستثمار هذا المبلغ ولغت عوائد استثماره (٢٬٦٤٤٬٦٧٣٬٥٣٤) ريال ، تم توزيعها على المؤسسين بحكم طول فترة التأسيس حيث تم إيداع أموال المؤسسين بتاريخ ٨٦/٢/٣م وطرحت الأسهم للاكتتاب تاريخ ١٩٨٨/٥/٢٢م

ثم مخاطبة معالي وزير التجارة بالخطاب المؤرخ في ١٥ شوال ١٤٠٩هـ طلب الموافقة على ما قامت به شركة الراجحي للصرافة والتجارة من إجراء ، وقد ورد للشركة خطاب من معالي وزير التجارة رقم ٢٦١/٥ وتاريخ ١٤٠٩/١١/٨هـ الموافق ١٩٨٩/٦/١١م جاء فيه ".....إن إبراء ذمة القرض (الحساب المدين) وما ترتب عليه من آثار تسرى عليه ما كان يسرى على باقي التصرفات التي كانت تجريها شركة الراجحي للصرافة والتجارة ....."

إيضاح (١٢) الاحتياطيات :

أ- احتياطي نظامي :

يقتضي نظام مراقبة البنوك بتحويل ما لا يقل عن ٢٥٪ من صافي دخل السنة إلى احتياطي نظامي غير قابل للتوزيع ، ويحرز للشركة التوقف عن إجراء هذا التحويل عندما يصبح الاحتياطي مساويا لرأس المال المدفوع وبلغ رصيد الاحتياطي في ١٩٨٨/١٢/٣١، ١٤٧٬٠٦٥٬٠ ألف ريال

ب- احتياطي عام

قرر مجلس الإدارة تحويل مبلغ ٢٥ مليون ريال من الأرباح القابلة إلى الاحتياطي العام وهذا الاحتياطي قابل للتوزيع

إيضاح (١٣) الأرباح المقترح توزيعها

يقترح مجلس الإدارة توزيع أرباح للفترة تبلغ ١١٢٬٥٠٠٬٠٠٠ ريال سعودي وبذلك تكون حصة السهم الواحد ١٥ ريالا

إيضاح (١٤) الزكاة الشرعية :

نظرا لأن الفترة التي أغنت عنها القوائم المالية أقل من سنة (من ١٩٨٨/٣/١٩ وحتى ١٩٨٨/١٢/٣١م) فلم يتم وضع مخصص الزكاة الشرعية.

٢٢



إيضاح (5) النقد والمعادن الثمينة في الصندوق:

| | ريال سعودي (بالآلاف) |
|---|---|
| | م1988 |
| نقد ريال سعودي | 140,809 |
| نقد عملات أجنبية | 177,795 |
| معادن ثمينة | 70,147 |
| | 388,751 |

إيضاح (6) ودائع لدى مؤسسة النقد العربي السعودي:

بناء على تعليمات مؤسسة النقد العربي السعودي أودعت الشركة لدى المؤسسة وديعة نظامية تعمل تستخرج من حسابات العملاء الجارية الدائنة والحسابات الأخرى التي لديها، وتحسب هذه الوديعة في آخر كل شهر.

كما يوجد للشركة حسابات جارية لدى المؤسسة يسرى من خلالها حساب الوديعة النظامية للرصيد المطلوب في آخر كل شهر.

إيضاح (7) استثمارات بالمرابحة:

تعمل استثمارات المرابحة مع شركات ومؤسسات مالية عالمية خارج المملكة وشركات وأفراد داخل المملكة.

إيضاح (8) الموجودات الثابتة:

ريال سعودي (بالآلاف)

| | أراضي | أرض لكر ماشي | المعدات | | الإجمالي |
|---|---|---|---|---|---|
| | | | | والأثاث | |
| التكلفة في 1988/12/31م | 60,733 | 2,328 | 87,903 | 44,709 | 195,673 |
| الاستهلاك للفترة | --- | 48 | 3,448 | 7,599 | 11,095 |
| صافي القيمة الدفترية | 60,733 | 2,280 | 84,455 | 37,110 | 184,578 |

لم يتم إفراغ الأراضي والمباني المسجلة باسم شركة الراجحي للصرافة والتجارة أو باسم الشركاء فيها أو أطراف ثالثة لاسم شركة الراجحي المصرفية للاستثمار وتقوم الشركة باكمال إجراءات نقلها لاسم الشركة لدى الجهات المعنية.

إيضاح (9) مصاريف التأسيس والمصاريف المؤجلة:

ريال سعودي (بالآلاف)

| | مصاريف تأسيس الشركة | مصاريف تأسيس الفروع | مصاريف مؤجلة أخرى | الإجمالي |
|---|---|---|---|---|
| التكلفة في 1988/12/31م | 3,045 | 2,781 | 9,155 | 14,981 |
| الإطفاء للفترة | 358 | 907 | 4,289 | 5,554 |
| صافي القيمة الدفترية | 2,687 | 1,874 | 5,366 | 9,627 |

* وافقت الجمعية التأسيسية على اعتماد مبلغ (3,450,000) ريال كمصاريف تأسيس بينما بلغت مصاريف التأسيس الفعلية مبلغ (3,045,100) ريال.

21