# Exhibit 3
## Part 7 of 9

**ز - الاستهلاك والإطفاء:**

يتم استهلاك تكلفة أرض المكر والمباني والموجودات الثابتة الأخرى وإطفاء مصاريف التأسيس بأقساط سنوية متساوية

| | |
|---|---|
| أرض المكر | ٣٨ سنة |
| مباني | ٣٠ سنة |
| المعدات والأثاث | ٣ - ١٠ سنوات |
| مصاريف التأسيس | ٥ سنوات |

**ح - مخصص مكافأة نهاية الخدمة:**

يتم احتساب مخصص مكافأة نهاية الخدمة بموجب نظام العمل والعمال

**ط - استثمارات بالمرابحة:**

تظهر بتكلفتها التاريخية وتحتسب الإيرادات في تاريخ الاستحقاق وتحمل كل فترة بما يخصها ويظهر الإيراد المستحق ضمن الأرصدة المدينة الأخرى

**ي - العمولات الخاصة المقبوضة:**

تدرج العمولات الخاصة المقبوضة ضمن الأرصدة الدائنة الأخرى في قائمة المركز المالي ولا تدخل الإيرادات في قائمة الدخل وتستخدم في الصرف على أعمال خيرية

**ك - عمليات المضاربة لحساب العملاء (أموال المضاربة):**

تقوم الشركة بعمليات المضاربة لحساب العملاء وتظهر ضمن الحسابات النظامية ويتقاضى الشركة أتعاباً مقابل ذلك وتظهر الأتعاب ضمن قائمة الدخل

**إيضاح (٤) المعاملات مع أطراف ذات علاقة:**

(أ) تقوم الشركة من خلال أعمالها العادية بالتعامل مع أطراف لها علاقة وتبين ما يلي طبيعة وقيمة تلك المعاملات التي تمت معهم:

ريال سعودي (بالآلاف)

| الجهة ذات العلاقة | نوع التعامل | الرصيد في بداية الفترة | الحركة خلال الفترة مدين | دائن | الرصيد في نهاية الفترة |
|---|---|---|---|---|---|
| شركة الراجحي للصرافة والتجارة (تحت التصفية) | جاري | ٤٦١,٧٥١ | | | ٣٧٨,٨٢١ |
| أعضاء في مجلس الإدارة | جاري | ٢,٢٥٥ | ٣٣٩ | (٥١) | ٢,٥٤٣ |
| أعضاء في مجلس الإدارة وشركات تابعة لهم | مرابحة | ٥٦,٢١٠ | ٢٠٨,٥١١ | (٥٠,١٨٣) | ٢١٤,٥٣٨ |
| شركات بكفالة أعضاء في مجلس الإدارة | مرابحة | ٤٤ | ٤٤ | | ٤٤ |

(ب) توجد ضمانات واعتمادات سارية بمبلغ ٢٣,٧٤١,٧٣١ ريال قبل ١٤٠٨/٨/١ هـ (تاريخ تحويل الشركة وبدء نشاطها) لعدد من الشركات التي يملكها أعضاء في مجلس الإدارة دون تقديم تأمين معتمد عنها وقد بلغ إجماليها في ١٩٨٨/١٢/٣١ م مبلغ ١٤,٧٥٩,٤٦٤ ريال

كما توجد ضمانات واعتمادات قدمت إلى أعضاء في مجلس الإدارة خلال الفترة المالية بلغ رصيدها في ١٩٨٨/١٢/٣١ م ٣٦,٨٢٥,٥٤٩ ريال.

٢٠



ج - المستحق على الشركاء في شركة الراجحي للصرافة

والتجارة (تحت التصفية) مقابل الموجودات

والمطلوبات التي تقرر شراؤها

(520,279,836)

التعويض المقرر من قبل لجنة التقييم                                         58,529,265
الرصيد وتم سداده في تاريخ لا يتعدى 1988/12/31                          461,750,571

ويتبين من المركز المالي أعلاه أن المستحق على الشركاء في شركة الراجحي للصرافة والتجارة (تحت التصفية) مبلغ 520,279,836 ريال مقابل الموجودات والمطلوبات المشتراة من قبل شركة الراجحي المصرفية للاستثمار. وقد اتفق ممثلو المؤسسين وممثل الشركاء في شركة الراجحي للصرافة والتجارة (تحت التصفية) بعد النظر في مطالبة الشركة عليهم بالمبالغ 27,516,568 ريال ومطالبتهم الشركة بالتعويض البالغ 488,044,823 ريال مقابل ما تبين للجنة التقييم من جوانبها جدوى الشركة والمنفعة بالجهود المبذولة والنتائج الإيجابية التي أنعكست على الشركة خلال فترة التأسيس وبعدها وتكاليف التحضير لتأسيس الشركة الجديدة وما يتبع ذلك من مصاريف من قبل شركة الراجحي للصرافة والتجارة (تحت التصفية) دون أن تستطع ضمها ضمن مصاريف تأسيس الشركة الجديدة، اتفقوا على إجراء مقاصة بين المطالبتين بحيث يكون ما يتم تعويض شركة الراجحي للصرافة والتجارة (تحت التصفية) عنه مبلغ 58,529,265 ريال. وتمت الموافقة على المحضر المشار إليه أعلاه من قبل مؤسسة النقد العربي السعودي. وقد تم تحميل مصاريف الفترة المنتهية في 1988/12/31 بمبلغ التعويض.

إيضاح (2) أهم السياسات المحاسبية

أ - اللوائح

تتبع الشركة فيما يتعلق بإعداد القوائم المالية - التعليمات الصادرة عن مؤسسة النقد العربي السعودي ونظام مراقبة البنوك ونظام الشركات السعودي.

ب - السنة المالية:

تبدأ السنة المالية للشركة في اليوم الأول من شهر يناير الموافق 11 الجدي وتنتهي في اليوم الأخير من شهر ديسمبر الموافق 10 الجدي من كل سنة ميلادية على أن السنة المالية الأولى للشركة تشمل الفترة من تاريخ بدء عمل الشركة وهو 1988/3/19م الموافق 1408/8/1 هـ وحتى نهاية ديسمبر من العام نفسه.

ج - العرف المحاسبي

تعد القوائم المالية وفقاً لمبدأ التكلفة التاريخية.

د - احتساب الإيرادات والمصروفات:

تسجل الإيرادات والمصروفات بموجب قاعدة الاستحقاق.

هـ - العملات الأجنبية والمعادن الثمينة:

(1) تحول المعاملات التي تتم بالعملات الأجنبية ومعاملات المعادن الثمينة إلى الريال السعودي بالأسعار السائدة حين إجراء المعاملات، وتحول قيمة الموجودات والمطلوبات المسجلة بالعملات الأجنبية والمعادن الثمينة إلى الريال السعودي بالأسعار السائدة بتاريخ المركز المالي. وتظهر الأرباح أو الخسائر الناتجة عن فروقات أسعار العملات الأجنبية والمعادن الثمينة في قائمة الدخل.

(2) تحول الالتزامات المتعلقة بعقود العملات الأجنبية إلى الريال السعودي بأسعار الصرف المرتبطة بها السائدة في تاريخ المركز المالي. وتدرج أي أرباح أو خسائر ناتجة عن ذلك في قائمة الدخل.

و - مخصص الحسابات المشكوك في تحصيلها

تقوم الشركة بدراسة الحسابات المدينة واستفسارات بالمراجعة وتكون المخصصات اللازمة لمواجهة المشكوك في تحصيله منها وتظهر الأرصدة ذات العلاقة في المركز المالي تغنيها مطروحاً منها المخصصات التي تم تكوينها.

19

## إيضاحات حول القوائم المالية للفترة المنتهية في ٣١ ديسمبر ١٩٨٨ م

### إيضاح (١) تأسيس الشركة:

تأسست شركة الراجحي المصرفية للاستثمار (شركة مساهمة سعودية) وتم الترخيص بإنشائها بالمرسوم الملكي رقم ٥٩/م وتاريخ ١٤٠٧/٢/٣ هـ. وقد حلّت الشركة محل شركة صالح بن عبد العزيز الراجحي وإخوانه (شركة الراجحي للصرافة والتجارة - سجل تجاري رقم ٤٠٦٠) وطبقاً لما ورد في الفقرة (١) من قرار مجلس الوزراء رقم (٤٥) وتاريخ ١٤٠٧/١/٢٦ هـ. إيضاح (٢)

وتتمثل أغراض الشركة في مزاولة الأعمال المصرفية والاستثمارية وفقاً لعقد تأسيس الشركة ونظامها الأساسي ولأحكام نظام مراقبة البنوك وقرار مجلس الوزراء المشار إليه أعلاه. وتقوم الشركة بمزاولة العمليات المصرفية والاستثمارية لحسابها أو لحساب الغير، داخل المملكة وخارجها.

### إيضاح (٢) قيمة الموجودات والمطلوبات التي تقرر شراؤها:

تم تشكيل لجنة من أربعة من المؤسسين غير الشركاء في شركة الراجحي للصرافة والتجارة (تحت التصفية) بموجب قرار مجلس الوزراء المشار إليه في الإيضاح (١) (لجنة التقييم) لتقوم بالاشتراك مع الشركاء في شركة الراجحي للصرافة والتجارة أو من يختارونه، بتحديد أصولها وخصومها وحقوقها والتزاماتها التي تقوم شركة الراجحي المصرفية للاستثمار بشرائها على ضوء أغراضها وبتحديد القيمة العادلة لذلك وتعتمد بعد الاتفاق عليها بقرار من معالي وزير المالية والاقتصاد الوطني على أن يتم ذلك قبل طرح أسهم الشركة للاكتتاب العام، كما نص القرار المشار إليه على أن يبقى الشركاء في شركة الراجحي للصرافة والتجارة مسؤولين بالتضامن عن الموجودات والمطلوبات والحقوق، والالتزامات التي لا تقرر ابتياعها شركة الراجحي المصرفية للاستثمار.

وقد قامت اللجنة بتحديد الموجودات والمطلوبات التي تم شراؤها وأسلوب تحديد قيمتها في محضرها المؤرخ في ١٤٠٨/٦/١ هـ. على أن تكون النتائج والأرصدة الظاهرة في المركز المالي في ١٤٠٨/٧/٣٠ هـ المعتمدة من مؤسسة النقد هي التي على أساسها يتم التحويل. ويبين المركز المالي الوارد أدناه الموجودات والمطلوبات التي تم شراؤها وفقاً لما ورد في محضر لجنة التقييم المؤرخ في ١٤٠٩/١١/٢٤ هـ الموافق ١٩٨٩/٦/٢٧ م.

أ - الموجودات

| | ريال سعودي |
|---|---|
| النقد في الصندوق ولدى البنوك | ٨٣٥,٧١٥,٠١١ |
| استثمارات إسلامية | ١٢,٥٩٥,٤٦٦,٦٨٤ |
| الحسابات الجارية للعملاء | ٣١٦,١٦١,١٥٣ |
| موجودات أخرى | ١٣٢,٨٩٣,٩٨١ |
| الأراضي ومباني الشركة | ١٥٠,١٨٤,٣٩٠ |
| أرض الحكير بجدة | ٧,٣٢٧,٧٢٤ |
| أثاث وتجهيزات (موجودات ثابتة أخرى) | ٤٧,٩٠٠,٠٠٠ |
| مصاريف تأسيس الشركة الجديدة | ١٩,٠٠١,٢٧٧ |
| الشركات التابعة في لندن وهولندا | ٢٠,٩٨٨,٩٦٨ |
| | ٣,٨٣٥,٠٠,٠٥٧ |
| إجمالي الموجودات المشتراة | ١٤,١٧٩,٧٥٥,٤٤٤ |

ب - المطلوبات:

| | |
|---|---|
| حسابات مكشوفة لدى البنوك | ١,٣٩٨,٣١٨,٥١٢ |
| حسابات جارية دائنة | ١٢,٨٥٦,٣١٠,٢٢٨ |
| مطلوبات أخرى | ٣٤٥,٤٠١,٢١٠ |
| إجمالي المطلوبات المشتراة | ١٤,٦٠٠,٠٢٩,٩٥٠ |

١٨