# Exhibit 8

# *Fusion Taskforce*



## *FINANCING OF TERRORISM AND CHARITIES*

### <u>Booklet 3</u>
*(Sorted in alphabetical order)*
AL HARAMEIN AL MASJED AL AQSA
CENTRE CULTUREL ISLAMIQUE DES BALKANS
DAR EL VER
EL HIDJRA
HOLY LAND FOUNDATION
HUMAN APPEAL
ISLMAIC WAKF
MAKTAB EL KHADAMET
MERHAMET
QATAR CHAIRTY SOCIETY
SAUDI JOINT RELIEF
SAUDI HIGH COMMISSION RELIEF
OTHER ACTIVITIES OF INTEREST IN BOSNIA

*Prepared by the Criminal Analysis Sub directorate*

### *July 2003*

*All the conclusions contained in this document are based on analysis of the information available till July 2003.*

*The original sources for this document are: IP SARAJEVO – IP ALGIERS – IP FRANCE – IP OTTAWA – IP TUNIS – IP WASHINGTON – IP SKOPJE- IP ZAGREB & IP WIESBADEN.*

*This information is for law enforcement use only and has been prepared for intelligence purposes concerning the activities of the subjects in question. As such, it is not meant to be used as evidence or as a basis for coercive means. This report can be provided to a third country, a law enforcement body or agency only with the prior written authorisation of: the Fusion Taskforce Manager, Executive Directorate of Interpol General Secretariat, 200, Quai Charles de Gaulle, 69006 Lyon, France.*

# TABLE OF CONTENTS

AL HARAMAIN AL MASJED AL AQSA CHARITY FOUNDATION..................................2

CENTRE CULTUREL ISLAMIQUE  DES BALKANS..................................................3

DAR EL VER........................................................................................................4

EL HIDJRA..........................................................................................................5

HOLY LAND FOUNDATION FOR RELIEF & DEVELOPMENT..............................6

HUMAN APPEAL INTERNATIONAL/HAI...........................................................8

ISLAMIC WAKF..................................................................................................9

MAKTAB EL KHADAMET ..................................................................................10

MERHAMET ......................................................................................................11

QATAR CHARITY SOCIETY ..............................................................................12

SAUDI JOINT RELIEF COMMITTEE/SJRC .......................................................14

SAUDI HIGH COMMISSION RELIEF..................................................................16


OTHER ACTIVITIES OF INTEREST IN BOSNIA .................................................17


OPERATIONAL ISSUES .....................................................................................21

# AL HARAMAIN AL MASJED AL AQSA CHARITY FOUNDATION

(not related to the other AL HARAMEIN FOUNDATION)

AL HARAMAIN AL MASJED AL AQSA's accounts were frozen by the US Justice Department. According to a local director of the organization, **IBRAHIM SATTI**, this interrupted a project to build schools and dormitories for 300 orphans mainly from the Srebenica massacre,[1].

This foundation, which is present in Bosnia since 1997, is suspected of money laundering or of transactions of money originating from terrorist activities by the Bosnian authorities. It withdrew significant amount of money abroad through banks in Bosnia but it did not make any financial reports. On the basis of its financial business activities, this foundation became owner of a number of real estate properties in Bosnia.
The following persons are connected to this foundation:
- **MUHAMED A. M. AL DUBEBAN**
- **USSAIM OMAR AL JIFFRY**[2]

According to open source information, **MUHAMED KRIMI**, AL HARAMAIN AL MASJED AL AQSA CHARITY FOUNDATION director made contact in July 1999 with **ABDUL SALEM AL HEILAHI**, a Yemeni national, who is tied to BIN LADEN OSAMA. The charity can not adequately account for how it spent 3.5 million USD in 1999[3].

---

[1] Open source - TIME Europe Magazine: Money Trouble, 01/07/2002/Vol.160 No.1
[2] IP Sarajevo – IP E DI 1903 02 7 dated 2002/08/19
[3] Open source - Bosnian charities tied to terror – Boston Globe – 2002/02/07

# CENTRE CULTUREL ISLAMIQUE DES BALKANS

This organization is located in Zenica, Bosnia. Its manager could be **ABOU EL HASSAN EL MEKKI** who often travels to Saudi Arabia to collect some funds He is working together with :
-   **ABDELMADJID** (first name/dob unknown) from Sudan
-   **SOURAKA** (first name/dob unknown) from Tunisia
-   **HARATH** from Tunisia, who could be identical to **HARATH MOHAMED ALI,** member of the FIT/Front Islamisque Tunisien

This center hosts several NGOs and is in contact with **ABOU EL MAALI**'s terrorist group. **ABOU EL MAALI** resided in Bocina, Bosnia where he managed a radical fundamentalist group made of 150 Algerian nationals. **ABOU EL MAALI**'s real name is **MOKHTARI ABDELKADER**[4].

Criminal information on **MOKHTARI ABDELKADER** alias **ABOU EL MAALI**
**MOKHTARI** is recorded in Interpol database as he was in contact with **CHOULAH ZOHEIR** born 1973/09/23 in Algeria (EP 1999/14863), who is recorded for international trafficking in false documents[5].
His name also appeared in a Canadian case involving **FATAH Kamel** born 1960/03/14 (EP 1997/21657) as both were in contact. According to IP Ottawa, **MOKHTARI ABDELKADER** was the leader of the Mudjahideens who were active in Bosnia in the 90's[6].

Criminal information on **HARATH MOHAMED ALI :**



**HARATH MOHAMED ALI** born 1963/02/20 in Tunisia (EP 1992/27585) alias ABOU KAMEL or AJAOUID
Fingerprints are available at the IPSG.

Status at the IPSG : **WANTED**

On 1992/07/14, Tunisian authorities issued the arrest warrant 2341/2 charging **HARATH** and some accomplices for terrorist activities, forgery of documents and smuggling of arms.
An Interpol broadcasting IPCQ was then issued on 1992/08/11, which was replaced on 1993/02/15, upon request from Tunisia, by the red notice A-550/12-1992.
On 1997/01/20, **HARRATH** was arrested in London, the UK. No information is available at the IPSG concerning his extradition[7].

---

[4] IP Algiers - report dated 08/2002
[5] IP France – PN DCPJ BCN 4179 DNAT ST PAY 2388 dated 2000/10/17
[6] IP Ottawa – IP13 99IP40174 dated 1999/12/29
[7] IP Tunis – 3400 92 DGSN DPJ BCN AT dated 1992/08/11 and IP London – TE 4A 11489 96 dated 1997/01/20

# DAR EL VER

Also known as:
AFGHAN SUPPORT COMMITTEE (ASC)
SUPPORT COMMITTEE
ASSOCIATION POUR LE RENOUVEAU DU PATRIMOINE ISLAMIQUE

According to the US Treasury Department, the AFGHAN SUPPORT COMMITTEE/ASC is a non-governmental organization established by OUSAMA BIN LADEN. The ASC is a purported charity, operated by soliciting donations from local charities in Arab countries, in addition to fundraising efforts conducted at its headquarters in Jalalabad, Afghanistan, and subsequently in Pakistan. The ASC falsely asserted that the funds collected were destined for widows and orphans. In fact, the financial chief of the ASC served as a key leader of organized fundraising for BIN LADEN. Rather than providing support for widows and orphans, funds collected by the ASC were turned over to al-Qaida operatives.

**ABU BAKR AL-JAZIRI**, the finance chief of ASC, also served as the head of organized fundraising for BIN LADEN. **AL-JAZIRI** collected funds for al-Qaida in Jalalabad through the ASC. He also collected money for al-Qaida from local Arab NGOs by claiming the funds were for orphans and widows. **AL-JAZIRI** then turned the funds over to al-Qaida operatives. In 2002, he moved from Jalalabad to Pakistan where he continued to raise and transfer funds for al-Qaida. On January 9, 2002, the US designated the ASC as an al-Qaida supporting entity[8].

According to IP Algiers, this organization has different names according to the country where its office is located. For example, it is called DAR EL VER in Bosnia and SUPPORT COMMITTEE in Afghanistan and Pakistan. This organization also has an office in Tirana, Albania. Several of its members were under investigation in connection with terrorism (no names were provided)[9].

---

[8] open source – Treasury reports progress against terrorist financing blocks more assets – United States mission to the European Union – 2002/01/09
[9] IP Algiers – report dated 08/2002

# EL HIDJRA

According to the Algerian delegate who attended Fusion Task Force working meeting in Zagreb, Croatia in April 2003, EL HIDJRA headquarter is located in Geneva, Switzerland. Their finances are mainly coming from a printing company called HOGGAR print SA, also located in Switzerland. The following persons are linked to this organization:
- **LAHLAZI SAID**, date of birth unknown
- **DEHINA MOURAD**, date of birth unknown
- **HABES MUSTAPHA**, date of birth unknown
- **KOUTI KAMEL**, date of birth unknown
- **BRAHAMI MUSTAPHA**, date of birth unknown
- **OUCHENE RACHID**, date of birth unknown[10]

<u>Analyst's notes</u>:
- According to open source information, HOGGAR PRINT is located Route Saconnex-d'Arve 100 – 1228 Plan Les Ouates – Switzerland. Phone 41227710808 – fax 41227710808 [12]

- **OUCHENE RACHID** could be identical to **OUCHENE RACHID** born 1966/02/17 in France (EP 1998/6880) recorded in Interpol database in connection with the seizure of 684kg000 of cannabis (resin), which took place in February 1998 in Argenteuil, France[12].

- **DEHINA MOURAD** is most likely identical to **MORAD DHINA** alias Cheikh Amar, mentioned in an open source document as a member of the FIS, residing in Switzerland. He has a network of influence through the organization HIJRA INTERNATIONAL, as well as several mosques and some printing companies such as HOGGAR Print in Switzerland) in Belgium and the UK[13].
HIJRA INTERNATIONAL and EL HIDJRA are most likely identical.

---

[10] Algerian presentation/working meeting/Croatia/ April 2003 and IP Switzerland – BKP 12 265048 PAF XZLFN4F – 2003/04/08

[12] open soruce - http://home.worldcom.ch/hijra/livreblanc accessed on 2003/06/30
[12] IP France – BCN GRI SDAC 98 0804 MGF dated 1998/02/17
[13] open source - Refugié à Genève, MOurad Dhina continue de narguer les polices Suisse et algérienne – www.marcosbillions.com – 2002/10/09

# HOLY LAND FOUNDATION FOR RELIEF & DEVELOPMENT

The HOLY LAND FOUNDATION/HLF is a non-profit tax-exempt charity organization established in 1989 in Los Angeles, California as the OCCUPIED LAND FUND. In 1991, it changed its name to HLF and moved to Richardson, Texas in 1993. In addition to its Texas headquarters, it operates several offices in California, Illinois, and New Jersey. HLF calls itself the nation's largest Islamic charity[14].

HLF raises millions of dollars annually that is used by Hamas (in 2000, HLF raised over 13 million USD). HLF supports Hamas activities through direct fund transfers to its offices in the West Bank and Gaza. HLF funds are used by Hamas to support schools that serve Hamas ends by encouraging children to become suicide bombers and to recruit suicide bombers by offering support to their families[15].

The HLF has also been under investigation by several government agencies in the USA. In 1997, Israel banned the Jerusalem based HLF as a Hamas front group. The same year, Israel raided the group's headquarter and seized documents that allegedly linked the Jerusalem office with the HLF in the USA. Israel also arrested HLF/Jerusalem manager, **MOHAMMED OTHMAN**, alias RAHMAN ANATI, for purportedly distributing monthly stipends to families of Hamas suicide bombers. According to Israel, most of the money OTHMAN distributed was raised by the HLF office in Texas. HLF representatives do not deny the fact that it gives money to the family of Hamas activists but claim that the money was given on the basis of need and not the political affiliation of the deceased[16].

This foundation had its assets frozen in December 2001. In December 2002, **GHASSAN ELASHI**, director of HLF (EP 2003/5693) was arrested and charged for selling computers and computer parts to Libya and Syria, both designated as sponsors of terrorism[17]. According to open source information, **GHASSAN ELASHI** ran an Internet service provider called INFOCOM CORPORATION which was raided by the FBI. The owner is BAYAN ELASHI, GHASSAN ELASHI's brother.

The HLF was dissolved in 2002 and is currently listed as inactive[18].

Listed members (all dates of birth are unknown):
- MOHAMMED ELMEZAYEN
- SHUKD ABU-EATER          - AHMAD AGHA
- GHASSAN ELASHI            - SHUKRI A BAKER

According to Interpol Washington, it seems that SHUKRI A BAKER and SHUKD ABU-EATER is the same person.

[14] open source - The Holy Land Foundation for Relief and Development – www.adl.org - accessed on 2003/03/10
[15] Open source - Continuing war on terrorist assets - US Treasury Department - 2002/ 01/09
[16] open source - The Holy Land Foundation for Relief and Development – www.adl.org - accessed on 2003/03/10
[17] IP Washington – 20020507145 PFG dated 2003/01/10
[18] IP Washington – 20020507145 PFG dated 2003/01/10

## Additional information of interest

On 2003/05/03, **KHALID AHMED SATARY** born 1972/05/27 (EP 2003/24742), Jordan national, entered the USA from Jordan through Amsterdam/the Netherlands. He was found in possession of a fraudulent Ohio driving licence (PT284200), a fraudulent Texas driving licence (19835654), a fraudulent social security card (282909102) and a business card for EAGLE MEDIA.

**SATARY** resided in the USA between September 2001 and February 2003. He is suspected of being a supporter of HOLY LAND FOUNDATION.

After further investigation on **SATARY**, 3 casino financial reports were found:

- 1996/04/06, **SATARY** used the social security card 585916279 and provided the address 501 Breezem, Knoxville, Tenessee when he redeemed 11 000 USD in chips.

- 2000/02/05, **SATARY** used the same social security card and provided the address 3517 B clubhouse Dr, Decatur, Georgia when he redeemed 20 000 USD in chips.

- 2003/03/26, **SATARY** used the social security number 282909102 and the address 2517 Cedar Ln, Knoxville, Tennessee when he redeemed 15 000 USD in chips[19].


14 other border crossings were also identified concerning **SATARY**:

| DATE | | DEPARTURE | ARRIVAL | ID DOCUMENT |
|---|---|---|---|---|
| 1995/03/26 | ► | unknown | ATLANTA | 79829104 USA |
| 1995/07/11 | ► | Unknown | BALTIMORE | 79829104 USA |
| 2001/01/29 | ► | unknown | ATLANTA | 79829104 USA |
| 2002/05/07 | ► | ATLANTA | PARIS | 0814034 ISRAEL |
| 2002/05/14 | ► | PARIS | ATLANTA | 0814034 ISRAEL |
| 2002/06/13 | ► | ATLANTA | PARIS | A072829104 USA |
| 2002/06/23 | ► | unknown | ATLANTA | A072829104 USA |
| 2002/07/19 | ► | ATLANTA | PARIS | 0814034 ISRAEL |
| 2002/08/09 | ► | PARIS | ATLANTA | 0814034 ISRAEL |
| 2002/10/15 | ► | UAE | NEWARK | 0814034 ISRAEL |
| 2002/11/26 | ► | ATLANTA | PARIS | 0814034 ISRAEL |
| 2002/12/13 | ► | PARIS | ATLANTA | 0814034 ISRAEL |
| 2003/01/03 | ► | ATLANTA | PARIS | 961140050 ISRAEL |
| 2003/03/18 | ► | unknown | ATLANTA | unknown |

19 IP Washington – no reference dated 2003/05/28

8

# HUMAN APPEAL INTERNATIONAL/HAI

The HUMAN APPEAL INTERNATIONAL/HAI was established in U.A.E in November 1984 under the name HUMAN APPEAL COMMITTEE.  On 1998/09/01, it changed its name into the HUMAN APPEAL INTERNATIONAL.

It is a charitable, humanitarian, voluntary and non-governmental establishment working in the field of development and relief and had acquired a consultative status of category II in the Social and Economic Council of the United Nations, a permanent membership of the International Islamic Council for Relief and Propagation, an observer capacity in IFAD (International Fund for Agriculture Development), and the membership of the International Council for Voluntary Associations (ICVA).

HAI has entered into several memorandums of understanding with the UNICEF organisations. It has also carried out joint ventures with the United Nations Development Program (UNDP) and the United Nations Relief and working Agency for the Palestinian Refugees (UNRWA) as well as the United Nations Higher Commission for Refugees.

The HAI presently has 6 sub-offices in the U.A.E. and 22 offices and representatives in Asia, Africa, Europe, and Australia, which sponsor social welfare, health and educational projects. In addition to its U.A.E. headquarters, it operates several field offices in Lebanon, Jordan, Mauritania, Senegal, Sudan, Bosnia, Azerbaijan, and Russia, and fund raising offices in the UK, Denmark, Italy, Switzerland, and Australia[20]. Contact address: Victoria Court, 376 Wilmslow Road, Fallowfield, Manchester, UK, phone: 01612250225, fax: 01612250226, email: www.hai.org.uk .

Board members (all dates of birth are unknown) :
- **H.E. AHMED ATEEQ AL JUMAIRI** - chairman
- **SHAIKH KHALID BIN ZAYED BIN SAQR AL NAHYAN** – deputy chairman
- **H.E. SALEM AHMED ABDUL REHMAN** – secretary general
- **H.E. OBAID MOHAMMED JUMAH AL MATROOSHI** – vice secretary general
- **H.E. ABDULLAH AL MUWAIJEE**
- **H.E. CALIFA RASHID AL SALÍ**
- **H.E. MOHAMMED ABDULLAH AL HAMRANI**[21]

HUMAN APPEAL is suspected of money laundering or of transactions of money originating from terrorist activities by the Bosnian authorities. It withdrew significant amount of money abroad through banks in Bosnia but it did not make any financial reports. On the basis of its financial business activities, this foundation became owner of a number of real estate properties in Bosnia[22].

---

[20] open source - Human Appeal International - www.hai.org.ae - accessed on 2003/03/12
[21] open source - www.hai.org.uk accessed on 2003/02/21
[22] IP Sarajevo – IP E DI 1903 02 7 dated 2002/08

# ISLAMIC WAKF

**MAHMUD ZEJDAN KHALAF** born 1963/04/20 in Iraq (EP 2003/22436) with passport MO948860 opened the office of ISLAMIC WAKF located in Skopje. He stayed in Tirana, Albania in 1994 where he got instructions from **IMAD SAAD KASIM**, originating from Saudi Arabia and the director of EL HARAMEIN in Tirana (see booklet 1) to open an office in Skopje[23].

IP Algiers indicated that this organization is suspected of being involved in weapons trafficking to Algeria[24].

<u>Analyst's note</u> : an organization named WAKF AL BIRR TRUST has an office located Sremska n°13, Pristina, phone number 0638001029 and 03828535. It is managed by **EMAD AL UBEJDIJ**[25]. Both organizations could be identical.

---

[23] IP Skopje – 10 2 2 1580 02 MRK dated 2003/01/31
[24] IP Algiers – report dated 08/2002
[25] IP Skopje – 10 2 2 1580 02 MRK dated 2003/01/31

# MAKTAB EL KHADAMET

The charitable organization MAKHTAB AL KHIDAMAT/MAK was founded as a recruiting office by Palestinian Muslim Brotherhood leader **ABDULLAH AZZAM** and **OSAMA BIN LADEN** in the 80's and served as the precursor organization to al Qaida.

The organization helped funnel fighters and money to the Afghan resistance in Peshawar, Pakistan, and established recruitment centers worldwide to fight the Soviets. **AZZAM**, who served as a mentor to BIN LADEN, was killed in 1989. He is also regarded as a historical leader of HAMAS.

MAK advertised all over the Arab world for young Muslims to come fight in Afghanistan and set up branch recruiting offices all over the world, including in the US and Europe[26].

Al Qaida itself sprung from MAK. In the US indictment of al Qaida and BIN LADEN for the 1998 US Embassy bombings in East Africa, the government noted that Al Qaida grew out of the "MEKHTAB AL KHIDEMAT" organization which had maintained offices in various parts of the world, including Afghanistan, Pakistan (particularly in Peshawar) and the USA, particularly at the Alkifah Refugee Center in Brooklyn, New York[27]. MAK was designated in Executive Order 13224 and was subsequently included on the UN 1267 Sanctions Committee's consolidated list[28].

According to IP Algiers, during the conflict in former Yugoslavia, this organization was responsible for the transfer of Radical fundamentalist volunteers, trained in camps located in Afghanistan and Pakistan, in Bosnia and in Croatia. According to unconfirmed information, this organization now has an office in Sarajevo, Bosnia[29].

---

[26] open source - Al-Qaida - www. intellnet.org - accessed on 2003/03/10
[27] open source - The Charity Fronts of Terror – www.law.about.com/library/911/blcharities.htm - accessed on 2003/03/07
[28] open source - Statement Regarding the Designation of the Global Relief Foundation - US Treasury Department: Treasury Department – 2002/10/18
[29] IP Algiers- report dated 08/2002

# MERHAMET

MERHAMET was founded in 1913 in Sarajevo, Bosnia. After the Second World War, the activities of the foundation were prohibited. In 1991, due to the war in Bosnia, MERHAMET network was reorganized not only in Bosnia but outside its borders in the neighbouring countries and even beyond in Australia, USA, etc. In Sweden, an office was officially registered in 1992 and became its headquarter[30].

According to open source information, MERHAMET has a branch in FYROM located in Skopje, headed by **RAMADAN RAMADANI** (dob unknown). The director of MERHAMET is **ADNAN ISMAILI** (dob unknown)[31].

In the Republic of Croatia, Merhamet had registered representative offices as :
> Merhamet/Gracanica
> Merhamet/Sarajevo

Merhamet/Gracanica opened its representative office in the Republic of Croatia in 1993. **SPAHIC SULEJMAN** was the president, and the association had only two employees in Croatia:
- **IBRAHIM FERBECIC**, national of Bosnia, passport no. BH 499557
- **HIMZO BAJRIC**, national of Bosnia, identification card no. 2306/89

Merhamet/Sarajevo - in June of 1994, a representative office was opened in Split, Croatia. The following persons were employed by this office:
- **MUZAFER MEMIC**, born 1956/09/01 in Bosnia, passport no. BH 682132
- **VESNA PEHLIVANOVIC**, born 1965/02/23, Croatian national
- **FETA ABDULKERIN**, born 1965/02/24 in Bosnia
- **MUSTAFA RIZVANOVIC**, born 1952/02/24 in Bosnia

The mujahideen members arrived in Bosnia in 1992 mainly via Croatia, using identity cards issued by humanitarian organizations. The most significant points of entry in Croatia were Split and Zagreb. In Split, that took place through the central office of the MERHAMET foundation[32].

MERHAMET was also mentioned during a weapons trafficking case involving THIRD WORLD RELIEF FOUNDATION/TWR[33] (see booklet 2, part on TWR, for details).

---

[30] open source - www.merhamet.nu accessed on 2003/02/21
[31] open source - CHOM/Cultural Humanitarian Organization Merhamet – www.inter-liber.com - accessed on 2003/02/17
[32] open source - Vast investigation in Bosnia Herzegovina - Nacional - 2001/11/27
[33] IP Skopje – 10 2 2 1580 02 MRK dated 2003/01/31

# QATAR CHARITY SOCIETY

Also known as
QATAR'S COMMITTEE FOR A SCHEME OF THE ORPHAN SUPPORTER

QATAR CHARITY SOCIETY/QCS aims to offer relief and help to orphans, victims of war and disasters by supporting them financially, socially and culturally. QCS aids widows by meeting living expenses particularly of those who have lost all relatives and friends.

QCS was founded in 1992 and is an international society in its aim and operations. It has seven offices located in Pakistan, Palestine, Sudan, Bangladesh, Bosnia, Albania, Dahgestan, and Azerbaijan that undertake its activities in Asia, Africa and Europe. The headquarter is located in Qatar which also has two local branches[34].

QCS was one of the first to help Kosovar families inside the country after the withdrawal of the Serbian forces[35]. Their office was located in Pristina, phone number 063731243 and 003554223813, and was managed by SAMIR ALSHRIBINI[36].

The society registered its representative office in Croatia in 1994, under the name QATAR'S COMMITTEE FOR A SCHEME OF THE ORPHAN SUPPORTER, Doha, Qatar. On that occasion they opened a representative office in Zagreb. In October of 1994, the society changed its name to QATAR CHARITY SOCIETY[37].

The following persons were employed in Croatia:

| | Born | Country | Nationality | ID doc |
|---|---|---|---|---|
| ABDELHAKIM A.M. JABIRI | 1968 | | | D657962 |
| ABDEL-QADER ALI SALIM AI-KFAWEEN | 1965 | | Jordan | |
| ABDUL MOUNEM KIRWANI | 1964/10/22 | Syria | Jordan | |
| ASHRAF MOHAMED ABDEL HALIM | 1956/02/12 | | Croatia | |
| BEKKAYE ABDELMALEK | 1967/03/06 | Algeria | | |
| BOUDELLAA MOHAMED | 1968/03/31 | Algeria | | 0878909 |
| DELIC MEDIHA[38] | - | | | 3475421 |
| EI SAYED RAAFAT EI SAYED EI ABED | 1967/01/21 | Egypt | | |
| EMAD M. FATHY ABD EI MOUNEM | 1967/04/14 | | Algeria | |
| FATMA AHMED BADAWI ALI | 1970/02/21 | Egypt | | |
| HALA MOHAMED EI-NAGGAR | 1973/11/18 | Egypt | | |
| HAMAG FATIMA | 1976/02/19 | | | 280667 |
| HARCIC FEJLA | - | | Bosnia | BH 310921 |
| HATEM H.Z. IBRAHIM | 1970/03/04 | Egypt | | 12566 |

open source - Qatar charity society - www.qcharity.org - accessed on 2003/02/14
open source - World's Muslims Did a Better Job Getting Relief to Kosovars Than in Telling World About It -
www.washington-report.org - 1999/09
IP Skopje - 10 2 2 1580 02 MRK dated 2003/01/31
IP Zagreb - 511 01 31 2 2 92534 dated 2003/06/18
IP Zagreb - 511 01 31 2 2 92534 dated 2003/06/18

| | Born | Country | Nationality | ID doc |
|---|---|---|---|---|
| HESHAM MAHMAOUD MOHAMED MAHDY | 1963/12/14 | Egypt | Egypt | |
| HISHAM MEHDI | - | | | 0859608 |
| LAYLA ABOU EI MAGD ABOU BAKR | 1970/05/09 | Egypt | | |
| MOHAMED ELHAG ABASS | 1960/01/01 | | Sudan | 096057 |
| MOHAMED SAAD DARWISHEL SHAZLY | 1965/02/14 | Egypt | Egypt | 238973 |
| MUSTAFA SAMMAK | 1967/11/25 | Syria | | |
| OUCHENE MOHAMED | 1964/07/13 | Algeria | | |
| RAAFAT AMAR | - | | | A0578626 |
| SAMI AFIF | - | | | |
| YASSER MOHAMED MOHAMED LILA | 1967/08/24 | Egypt | | 346758 |

# SAUDI JOINT RELIEF COMMITTEE

SAUDI JOINT RELIEF COMMITTEE/SJRC is made up of 7 Saudi nongovernmental organizations. The committee is operating to transport refugees back to their homes. It has received donations worth 22.5 million USD that have been earmarked to reconstruct Kosovo mosques and schools and support children orphaned in the war[39].

The committee has been formed for the purpose of coordinating aid to the Muslims of Kosovo. It held its first meeting in the middle of 1999, attended by the representatives from humanitarian organizations and societies in Saudi Arabia. The purpose of the meeting to unify the operation of the relief aid programme and support for the people of Kosovo. A coordinating committee has also been formed by the Emergency Relief Committee, comprising:
- MUSLIM WORLD LEAGUE/MWL
- IIRO (see booklet 1 for details)
- RED CRESCENT
- WORLD ASSEMBLY OF MUSLIM YOUTH/WAMY
- AL HARAMAIN (see booklet 1 for details)
- ISLAMIC WAKF
- MAKKAH HUMANITARIAN ORGANIZATION

Analyst's notes:
- MAKKAH could be identical to MAKTAB EL KHADAMET charity

- It is of interest to note that according to IP Skopje, SJRC is also made of:
       TAIBAH INTERNATIONAL
       SOCIETY OF VOLUNTARY ISLAMIC GENEROSITY
       KOSOVO HOPE SOCIETY-AMAL
       IKRA
       ISLAMIC ORGANIZATION, office in Albania
       AL NADIA
       ISRA[40]

**SULAIMAN ABDULAZIZ AL-RAJHI**, AL-RAJHI BANKING & INVESTMENT CORPORATION director, managed the National Commercial Bank budget of the SJRC. **SULAIMAN ABDULAZIZ AL-RAJHI** has a history of financially supporting al Qaida terrorists[41]. His bank was used by AL HARAMEIN, IIRO and MUSLIM WORLD LEAGUE, to funnel funds to support terrorism.

---

[39] open source - World's Muslims Did a Better Job Getting Relief to Kosovars Than in Telling World About It – www.washington-report.org – 1999/09
[40] IP Skopje – 10 2 2 1580 02 MRK dated 2003/01/31
[41] open source - Treasury reports progress against terrorist fiancing blocks more assets – United States mission to the European Union – 2002/01/09 and Saudi Joint Committee for K        Relief

According to open source information, the SJRC has been connected to **OSAMA BIN LADEN** and two of his top operatives:
- **WA'EL HAMZA JALAIDAN**
- **ADEL MUHAMMAD SADIQ BIN KAZEM.**

**WA'EL HAMZA JALAIDAN**, Saudi national, is often referred to as a co-founder of Al Qaeda. Though well known for his extremist views, he has also made a career as a Saudi functionary, for instance, as the director of a financial arm of the Saudi sponsored World Muslim League called the Rabita Trust [42].

Analyst's note: **WA'EL HAMZA JALAIDAN** is most likely identical to **WAEL JULEDAN** mentioned in connection with **AYADI CHAFIK** (see booklet 2) and recorded in our database in connection with **BIN LADEN.**

It is of interest to note that one of the September 11th hijackers, **ABDULAZIZ AL OMARI**, also held an account in this bank. **SULAIMAN ABDULAZIZ AL-RAJHI** and his family are the primary financiers of the SAAR FOUNDATION raided for its ties to terrorism and Al Qaeda. He has been closely linked to BIN LADEN's personal secretary, **WADIH EL-HAGE**[43].

## Additional information of interest
**SAAD R.I. AL OBAIDA**, born 1970/11/26 in Saudi Arabia, passport A878256, member of the SAUDI JOINT RELIEF COMMITTEE, stayed very often in Bosnia, Croatia, Slovenia, Austria, Montenegro and Kosovo in the 90's. He could now be in Sarajevo, Bosnia[44].

---

[42] open source - Distinghished fellow, center for security police - www.centerforsecuritypolicy.org, accessed 2003/03/10
[43] open source - Al Rajhi Banking and Investment Corporation – www.law.about.com - accessed on 2003/07/10
[44] IP Skopje – 10 2 2 1580 02 MRK dated 2003/01/31

# SAUDI HIGH COMMISSION RELIEF

The SAUDI HIGH COMMISSION FOR RELIEF, a humanitarian organization was founded in 1993 by **SELMAN BIN ABDUL-AZIZ**[45]. It was supported by King Fahd to help children orphaned during the 1992–1995 war in Bosnia.

The organization has reportedly spent some 600 million USD in post-war aid for mosques, cultural centers, schools, and orphanages in the country. According to a senior US official, however, millions of dollars of these funds were missing and could not be accounted for. In October 2001, NATO investigators found material for making State Department ID Cards and fake credit cards; before-and-after photographs of the World Trade Center, US embassies in Kenya and Tanzania, the USS Cole and máps of government buildings in Washington in the office of the SAUDI HIGH COMMISSION FOR RELIEF (as well as instructions of the use of crop duster aircraft). The list of items found also included anti-Semitic and anti-US material for children. An operative (no name was provided) was arrested carrying documents that proved Saudi funding of the Hamas terrorist group to enable it to produce a short-range missile called Qassam[46].

According to IP Algiers, this Saudi organization is one of the most powerful NGOs in the Balkan, due to its significant funds and it was strongly involved in the transfer of Radical fundamentalist volunteers to Bosnia during the conflict in Former Yugoslavia[47].

Additional information concerning Qassam rockets
It is a "primitive" artillery rocket with an estimated range of up to 8 kilometers (5 miles) developed by the Hamas. It is propelled by a mixture of sugar, oil, alcohol and fertilizer. These are quick, easy to produce and are used by the Hamas military wing against Israel[48], called EZZ EDDINE AL QASSAM[49].

[45] open source - Dictionnaire mondial de l'Islam  – Les cahiers de l'Orient - Edition Plon
[46] open source - NATO Found Evidence of Terrorism in Bosnia NGO Offices - www.balkantimes.com - 2002/02/22,
Tackling the financing of terrorism in Saudi Arabia - Policy Watch 609 -  The Washington Institute for Near East Policy
,- 2002/03/11 and  Make the Saudis Pay for Terror - New York Post - 2002/04/15
[47] IP Algiers – report dated 08/2002
[48] open source – Qassam 2 missile a wild card in Mideast conflict – CCN - 2002/03/05
[49] open source – Palestinian resistance retaliates by Al Qassam missiles, Israeli bomb homes – www.arabicnews.com –
accessed on 2003/07/10

# OTHER ACTIVITIES OF INTEREST IN BOSNIA

The following persons were arrested in Bosnia on 2001/10/18 under suspicion of planning terrorist attacks against the US Embassy in Sarajevo:

- **SABER LAHMAR,** born 1969/05/22 in Algeria, teacher in Arabic (EP 2001/48649), employed at CENTRE ISLAMIQUE DU HAUT COMITE SAOUDIEN in Sarajevo, with passport no 0705315 delivered by the Algerian Embassy in Rome, Italy - His fingerprints are available at the IPSG.



- **AIT IDIR MUSTAFA,** born 1970/07/09 in Algeria, employed of the humanitarian organisation TAIBAH as computer specialist (EP 2001/48654). He has a Bosnian passport no 9699980 and an Algerian passport no 0189352. Fingerprints are available at the IPSG.

- **BOUDELLAA HADZ,** born on 1969/04/18 in Algeria (EP 2001/48656), employed by the humanitarian organisation HJUMEN APIL (HUMAN APPEAL) as a religious adviser. He has a Bosnian identity card no 25841/96. His fingerprints are available at the IPSG.

- **LAKHDAR BOUMEDIENE,** born 1966/04/27 in Algeria (EP 2001/48658), employed as a mechanic by the humanitarian organisation CRVENI POLUMJESEC (RED CRESCENT). He is a Bosnian and Algerian national. His fingerprints are available at the IPSG.



- **NECHLE MOHAMED,** alias SAREFDIN, born 1968/04/02 in Algeria, Bosnian and Algerian national (EP 2001/48659). His fingerprints are available at the IPSG.



- **BENSAYAH BELKACEM,** born 1962/09/10 in Algeria, Bosnian and Algerian national. He arrived in Bosnia in 1995 under the name **ABDULKARIM AL SABAHI**[50].

---

50 IP Sarajevo – IP I 1125 01 D dated 2001/10/12

KHALED EL-ARBED, born 1971/10/30 in Algeria or Libya, and ATIF MUNASSUR, alias ABU NASAR (EP 2001/48653), also involved, managed to escape[51].

IP Sarajevo indicated that during the house search of AIT IDIR's apartment, a contract between AUSTRIAN ASSOCIATION FOR HUMANITARIAN AID TO REFUGEES AND ORPHANS FROM WAR ZONES located in Vienna, Austria and KOMERCIJALNA BANKA SAHINPASIC DD located in Sarajevo, Bosnia was found. The contract was signed by:
- ABDELGAFAR ASHARF born 1956/02/12 in Egypt, person authorized by the Austrian humanitarian foundation to collect funds
- MUSTAFA AIT IDIR
- HAMDI ADAM HAMDI HAMID (dob unknown)
- BADR EL DEIN ABDEL WAHAB AHMED (dob unknown)[52]

Analyst's notes:
- HAMDI ADAM HAMDI HAMID could be identical to HAMDI ADAM HAMDI mentioned as one of the employees of IIRO/Croatia (see booklet 1)

- No additional information was found concerning AUSTRIAN ASSOCIATION FOR HUMANITARIAN AID TO REFUGEES AND ORPHANS FROM WAR ZONES.

- Concerning KOMERCIJALNA BANKA SAHINPASIC DD, it could be of interest to note that a person named SAMINPASIC SENAD born 1955/10/26 in Bosnia, Croatian national (EP 1994/12493) is recorded in our database for weapons trafficking from Germany to Former Yugoslavia in 1992[53]. The Red notice A-138/4-1994 was issued on 1994/05/09 upon request from the German authorities. The arrest warrant 2 QS 79/93 was revoked on 1999/01/12[54]. IP Sarajevo indicated that SAHINPASIC is also a Bosnian citizen. He owned the company named "S" in Sarajevo and has no criminal background in Bosnia. IP Sarajevo did not confirm or deny the link between SAHINPASIC and the above mentioned bank[55].

IP Zagreb indicated that BENSAYAH BELKACEM and NECHLE MOHAMED often travelled to Croatia between 1996 and 2002[56].

According to IP Zagreb, AIT IDIR used the Algerian passport A5693915. According to this information it was possible to determine that he stayed in Croatia in 1993 and 1994, where he was working for the foundation IGHATA-IGASA, also known as IIRO[57].

---

[51] IP Sarajevo – IP I 1232 01 D dated 2001/10/29
[52] IP Sarajevo – IP I 1232 01 D dated 2002/05/29
[53] IP Wiesbaden – form nr 1 – 1994/03/28 – IP Wiesbaden - ZD 32 01 S 531109 FA dated 1999/01/12 – IP Sarajevo – IP 02 dated 1994/05/02
[54] A message was sent to IP Wiesbaden on 2003/05/16 to determine if any link existed between the bank and this criminal.
[55] IP Sarajevo – IP I 1232 01 D dated 2003/07/31
[56] IP Zagreb – 511 01 31 2 92534 9 02 dated 2003/02/07
[57] IP Zagreb – 511 01 31 2 92534 9 02 dated 2003/02/19

IP Algiers indicated in February 2003 that according to some open source, **MUSTAFA AIT IDIR, NECHLE MOHAMED** and **LAKHDAR BOUMEDIENE** had just been transferred to Guantanamo Bay in Cuba. IP Washington neither confirmed nor denied this information. IP Washington also indicated that information related to individuals detained in Guantanamo Bay can be released through diplomatic/security channels[58].

According to open source information[59]:
- **SABER LAHMAR** fought with the Mujahideen in Afghanistan. He is a member of the GIA and left his country fearing arrest. He is married to a Bosnian national. His father in law used to work at the US Embassy in Sarajevo.
- **AIT IDIR MUSTAFA** and **BOUDELLA HADZ** obtained Bosnian citizenship with false documents
- **BOUMEDIENE LAKHDAR** obtained Bosnian citizenship claiming that he fought in Bosnia during the war but on further checks, it appeared that at that time he was in Pakistan.
- **NECHLE MOHAMED** is one of the administrators of RED CRESCENT. He obtained Bosnian citizenship with false documents.

IP Algiers indicated in October 2001 that according to some open source information, when arrested, **BENSAYA** was found in possession of the phone number of **ABU ZUBAIDA**, one of **BIN LADEN USAMA**'s aides[60]. According to additional open source information, **BENSAYA** was said to have discussed with BIN LADEN procurement of false passports and, in a coded conversation, a possible operation against the US Embassy located in Sarajevo[61].

---

Analyst's note:
**ABU ZUBAIDA** could be identical to **ABUZBAIDA MAHER YOSEF** born 1971/07/04 in Saudi Arabia (EP 2001/42053). He was arrested in Billings, Montana, USA on 2001/09/20 for being in the USA illegally. He was a student at the Air Accord in California where he was taking some flight lessons. Fingerprints are available at the IPSG[62].

Furthermore, in March 2002, Pakistani police carried out a series of anti-terrorism raids in different locations in Pakistan. Approximately 70 persons were arrested. Most of the arrestees are not Pakistanis, but foreigners from several Arabic countries and Afghanistan. Not all names of the arrested suspects have been made public. According to open source information, a person named **ABU ZUBAYAH**, second-in-command of al-Qaeda, was among the persons arrested. The real name of **ABU ZUBAYAH** is **ZEIN AL-ABIDEEN MUHAMMAD HASSAN**, who is a 30 year old Palestinian national[63].

**ABU ZUBAIDA** could identical to one of the above mentioned

---

[58] IP Algiers – 91 P 81041 SN DPJ BCN dated 2003/02/05 - IP Washington – 20030201949 MPN dated 2003/02/14
[59] open source - Six Algerian terror suspects in US custody - dated 2002/01/18 – www.ohr.int
[60] IP Algiers – 51 P 81050 SN DPJ BCN dated 2001/10/14
[61] open source - Six Algerian terror suspects in US custody - dated 2002/01/18 – www.ohr.int
[62] IP Washington – 20010912618 MXR dated 2001/09/24
[63] open source - US confirms capture of Bi Laden aide - Wall Street Journal 2002/04/02



# OPERATIONAL ISSUES

**ALL NCBS**
- Determine if ABU ZUBAIDA is identical to
  - ABUZBAIDA MAHER YOSEF born 1971/07/04 or
  - ZEIN AL ABIDEEN MUHAMMAD HASSAN, 30 years old
- Provide information on ABU BAKR AL JAZIRI

**IP ALGIERS**
- Provide information on EL HIDJRA
- Provide additional information concerning ISLAMIC WAKF involvement in weapons trafficking
- Provide information on
  - OUCHENE MOHAMED, born 1964/07/13, passport no. A0578626
  - BEKKAYE ABDELMALEK, born 1967/03/06, passport no.0878909
  - BOUDELLAA MOHAMED, born 1968/03/31 in Algeria, passport no. 3475421
  - EMAD M. FATHY ABD EI MOUNEM, 1967/04/14
- Provide information on SAUDI HIGH COMMISSION RELEIF involvement in the transfer of fundamentalist volunteers to Bosnia in the 90's

**IP AMMAM**
- Provide information on ISLAMIC WAKF
- Provide information on
  - ABDELHAKIM A.M. JABIRI, born 1968, Jordan passport D657962
  - ABDEL-QADER ALI SALIM AI-KFAWEEN, born in 1965
  - KHALID AHMED SATARY born 1972/05/27

**IP BERN**
- Provide information on EL HIDJRA
- Determine if DEHINA MOURAD is identical to MORAD DHINA
- Provide additional information on HOGGAR PRINT SA

**IP CAIRO**
- Provide information on
  - EI SAYED RAAFAT EI SAYED EI ABED, born 1967/01/21
  - LAYLA ABOU EI MAGD ABOU BAKR, born 1970/05/09
  - MOHAMED SAAD DARWISHEL SHAZLY, born 1965/02/14
  - HESHAM MAHMAOUD MOHAMED MAHDY, born 1963/12/14
  - YASSER MOHAMED MOHAMED LILA, born 1967/08/24, passport no. 346758
  - HATEM H.Z. IBRAHIM, born 1970/03/04, passport no. 12566,
  - HALA MOHAMED EI-NAGGAR, born 1973/11/18, passport no. 280667

**IP CAIRO**

Provide information on
- FATMA AHMED BADAWI ALI, born 1970/02/21
- ABDELGAFAR ASHARF born 1956/02/12

**IP DAMAS**

- Provide information on
MUSTAFA SAMMAK, born 1967/11/25 in Syria
ABDUL MOUNEM KIRWANI, born 1964/10/22 in Syria

**IP DUBAI**

- Provide information on
H.E. AHMED ATEEQ AL JUMAIRI
SHAIKH KHALID BIN ZAYED BIN SAQR AL NAHYAN
H.E. SALEM AHMED ABDUL REHMAN
H.E. OBAID MOHAMMED JUMAH AL MATROOSHI
H.E. ABDULLAH AL MUWAIJEE
H.E. CALIFA RASHID AL SALÍ
H.E. MOHAMMED ABDULLAH AL HAMRANI

**IP FRANCE**

- Determine if OUCHENE RACHID, dob unknown is identical to OUCHENE RACHID, born 1966/02/17 in France

- Provide information on KHALID AHMED SATARY born 1972/05/27

**IP JERUSALEM**

- Provide information on the connection between HOLY LAND FOUNDATION and the Hamas

- Provide information on MOHAMMED OTHMAN

- Provide information on the Israeli passports 0814034 and 961140050

**IP KARACHI**

- Provide information on the foundation DAR EL VER aka SUPPORT COMMITTEE

**IP KHARTOUM**

- Provide information on MOHAMED ELHAG ABASS, born 1960/01/01, passport no. 096057

**IP LONDON**

- Provide information concerning HARRATH's extradition

- Provide information on HUMAN APPEAL

**IP RIYADH**

- Provide information on IMAD SAAD KASIM

- Provide information on SAAD R.I. AL OBAIDA, born 1970/11/26, passport A878256

**IP SAJAREVO**
- Provide information on properties owned by HUMAN APPEAL in Bosnia

- Provide fingerprints of HARATH, if available

- Provide information on the foundation DAR EL VER aka SUPPORT COMMITTEE

- Provide information on MERHAMET

- Provide information on:
  - IBRAHIM FERBECIC, passport no. BH 499557,
  - HIMZO BAJRIC, identification card no.2306/89,
  - MUZAFER MEMIC, born 1956/09/01, passport no. BH 682132,
  - FETA ABDULKERIN, born 1965/02/24
  - MUSTAFA RIZVANOVIC, born 1952/02/24
- Provide information on
  - HAMAG FATIMA, born 1976/02/19, Bosnian passport no. BH 310921

- Indicate if SAAD R.I. AL OBAIDA is residing in your country

**IP SANAA**
- Provide information on ABDUL SALEM AL HEILAHI, dob unknown

**IP SKOPJE**
- Provide information on MAHMUD ZEJDAN KHALAF

- Indicate if MERHAMET has an office in your country

**IP STOCKHOLM**
- Provide information on MERHAMET

**IP TIRANA**
- Provide information on the foundation DAR EL VER aka SUPPORT COMMITTEE

- Provide information on
  MAHMUD ZEJDAN KHALAF
  IMAD SAAD KASIM
  SAMIR ALSHRIBINI

**IP TUNIS**
- Determine if HARATH is identical to HARATH MOHAMED ALI

- Determine if DEHINA MOURAD is identical to MORAD DHINA

**IP VIENNA**
- Provide information on AUSTRIAN ASSOCIATION FOR HUMANITARIAN AID TO REFUGEES AND ORPHANS FROM WAR ZONES

**IP WASHINGTON**  - Provide information on the internet provider INFOCOM CORPORATION

- Provide information on KHALID AHMED SATARY born 1972/05/27

- Provide information on SULAIMAN ABDULAZIZ AL RAJHI and his support to Al Qaeda

- Provide information on SAUDI HIGH COMMISSION RELIEF

- Provide information on the American passports 79829104 and A072829104