# Exhibit 1

## COMMONWEALTH OF VIRGINIA

### STATE CORPORATION COMMISSION

CLINTON MILLER
CHAIRMAN

THEODORE V. MORRISON, JR.
COMMISSIONER

HULLIHEN WILLIAMS MOORE
COMMISSIONER

JOEL H. PECK
CLERK OF THE COMMISSION
P.O. BOX 1197
RICHMOND, VIRGINIA 23218-1197

May 29, 2001

MUHAMMAD ASHRAF
ARADI INC
555 GROVE ST STE 110
HERNDON, VA 20170

RE:     ARADI, INC.
ID:     F147279 - 6
DCN:    01-05-25-0065

Dear Customer:

This is your receipt for $75.00, to cover the fees for filing an application for a certificate of authority to transact business in Virginia with this office.

The effective date of the certificate is May 29, 2001.

If you have any questions, please call (804) 371-9733.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORFACPT
CIS0436

TYLER BUILDING, 1300 EAST MAIN STREET, RICHMOND, VA 23219-3630 TELECOMMUNICATION DEVICE FOR THE DEAF-VOICE (804) 371-9206

# ARADI INC.

`0105-7-0862`

May 24, 200[?]

`010525 0065`

State Corporation Commission
P.O. Box 1197
Richmond, VA 23218-1197

Re: Aradi, Inc.'s Application for Certificate of Authority To Transact
Business in Virginia

Dear Sir/Madam:

Enclosed herewith please find Aradi's above subject Application alongwith the
following as required by the Code of Virginia:

1. $75.00 check for Application & Filing Fee.
2. Certificate of Good Standing issued by Office of Secretary of State of
   Delaware
3. Certified Copy of the Certificate of Incorporation issued by Office of Secretary
   of State of Delaware

Kindly process our Application on a expedited basis and forward the Certificate of
Authority to us as soon as possible.

Thanks.

Sincerely yours,

Muhammad Ashraf
Asst. Secretary

Enclosures

$50
.25
$75

555 Grove Street, Suite 110 • Herndon, Virginia USA
Tel: (703) 471-0172 • Telex 901153 • SAAR Wash Fax (703) 478-210 • SSI Link 1-553-755

# COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION

May 29, 2001

The State Corporation Commission has found the accompanying application for a certificate of authority to transact business in Virginia submitted on behalf of

### ARADI, INC.

to comply with the requirements of law, and confirms payment of all required fees.

Therefore, it is ORDERED that this

## CERTIFICATE OF AUTHORITY TO TRANSACT BUSINESS IN VIRGINIA

be issued and admitted to record with the application in the Office of the Clerk of the Commission, effective May 29, 2001.

The corporation is authorized to transact business in Virginia, subject to all Virginia laws applicable to the corporation and its business.

STATE CORPORATION COMMISSION

By

Commissioner

CORPACPT
CIS0436
01-05-25-0065

SCC759/921
(07/00)

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**APPLICATION FOR A CERTIFICATE OF AUTHORITY**
**TO TRANSACT BUSINESS IN VIRGINIA**

Name of the corporation (include any "for use in Virginia" name):
ARADI, INC.

State or country of incorporation __Delaware__

Date of incorporation __December 8, 1986__    Period of duration __Perpetual__

Corporation's principal office address:
__555 Grove Street, Suite 110__
__Herndon__                                          (Number and street)         __VA__          __20170__
          (City or Town)                                                   (State)      (Zip Code)

Name of the VIRGINIA registered agent: __Dr. Hisham Altalib__

The registered agent is (mark appropriate box(es)):
  (1) An __individual__ who is a resident of Virginia __and__
        [X] an officer of the corporation;
        [X] a director of the corporation;
        [ ] a member of the Virginia State Bar;
              **OR**
  (2) [ ] a professional corporation, professional limited liability company or registered
            limited liability partnership registered with the Virginia State Bar under § 54.1-3902
            of the Code of Virginia.

Street address of the VIRGINIA registered office of the foreign corporation:
        __555 Grove Street, Suite 110__
__Herndon__                                          (Number and street)        __VA__   __20170__
          (City or Town)                                                                (Zip Code)

The foreign corporation's registered office in Virginia is located
in the  [ ] City  or  [x] County of __Fairfax__

**OFFICERS**

| NAME AND TITLE | BUSINESS ADDRESS |
|---|---|
| Abdullah Sulaiman Al-Rajhi, President | 555 Grove St., Suite 110, Herndon, VA 20170 |
| Hisham Altalib, V.P./Treasurer | 555 Grove St., Suite 110, Herndon, VA 20170 |
| Cherif Sedky, Secretary | c/o 555 Grove St., Suite 110, Herndon, VA 20170 |

**DIRECTORS**

| NAME | BUSINESS ADDRESS |
|---|---|
| Abdullah Sulaiman Al-Rajhi | 555 Grove St., Suite 110, Herndon, VA 20170 |
| Hisham Altalib | 555 Grove St., Suite 110, Herndon, VA 20170 |
| Cherif Sedky | c/o 555 Grove St., Suite 110, Herndon, VA 20170 |

**STOCK**

| NO. OF SHARES AUTHORIZED | CLASS AND SERIES |
|---|---|
| 1,000 | Common |

The undersigned executes this application in the name of the corporation and declares the facts
stated herein to be true:

_H. awalih_                    __Hisham Altalib, Vice President/Treasurer__     __05/24/2001__
(Signature)                        (Printed name and corporate title)                    (Date)
                                        **See instructions on the reverse**

State of Delaware

Office of the Secretary of State PAGE 1

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF
DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT
COPY OF THE CERTIFICATE OF INCORPORATION OF JARADI, INC., FILED
IN THIS OFFICE ON THE EIGHTH DAY OF DECEMBER, A.D. 1981, AT 10
O'CLOCK A.M.



Harriet Smith Windsor, Secretary of State

2110141 8100

010225601

AUTHENTICATION: 1126025

DATE: 03-10-01

State of Delaware

Office of the Secretary of State     PAGE 1

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF INCORPORATION OF "BARDI, INC.", FILED IN THIS OFFICE ON THE EIGHTH DAY OF DECEMBER, A.D. 1111, AT 10 O'CLOCK A.M.

*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

2110141   8100

010225601

AUTHENTICATION: 1126821

DATE: 05-10-01

0301-2-0779

# COMMONWEALTH OF VIRGINIA

CLINTON MILLER
CHAIRMAN

THEODORE V. MORRISON, JR.
COMMISSIONER

HULLIHEN WILLIAMS MOORE
COMMISSIONER

JOEL H. PECK
CLERK OF THE COMMISSION
P.O. BOX 1197
RICHMOND, VIRGINIA 23218-1197

## STATE CORPORATION COMMISSION
### Office of the Clerk

January 8, 2003

HISHAM ALTALIB
555 GROVE ST SUITE 110
HERNDON, VA 20170

RE:    ARADI, INC.
ID:     F147279 - 6
DCN:  03-01-06-2513

Dear Customer:

This is your receipt for $10.00, to cover the fees for filing an application for a certificate of withdrawal with this office.

The effective date of the certificate is January 6, 2003.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia 1-866-722-2551.

Sincerely,

Joel H. Peck
Clerk of the Commission

DTWRCPT
CIS0308

Tyler Building, 1300 East Main Street, Richmond, VA 23219-3636
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.state.va.us/scc/division/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

DTWRCPT
CIS0308

Tyler Building, 1300 East Main Street, Richmond, VA 23219-3634
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.state.va.us/scc/division.htm
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

## COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION
January 6, 2003

The State Corporation Commission has found the accompanying application submitted on behalf of

## ARADI, INC.

to comply with the requirements of law, and confirms payment of all related fees.

Therefore, it is ORDERED that this

## CERTIFICATE OF WITHDRAWAL

be issued and admitted to record with the application in the Office of the Clerk of the Commission, effective January 6, 2003.

STATE CORPORATION COMMISSION

By

Commissioner

03-01-06-2513
DTWACPT
CIS0308

03-01-06-2513
DTWACPT
CIS0308

SCC767/929 (07/00)

## APPLICATION FOR A CERTIFICATE OF WITHDRAWAL OF A FOREIGN CORPORATION AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA

The undersigned, pursuant to § 13.1-767 of the Virginia Stock Corporation Act, or § 13.1-929 of the Virginia Nonstock Corporation Act, executes this application and states as follows:

1.    The name of the corporation is:

ARADI, INC.

2.    The name of the state or country under whose law it is incorporated is:

DELAWARE

3.    The corporation is not transacting business in Virginia and surrenders its authority to transact business in Virginia.

4.    The corporation revokes the authority of its registered agent to accept service on its behalf and appoints the Clerk of the Commission as its agent for service of process in any proceeding based on a cause of action arising during the time it was authorized to transact business in Virginia.

5.    The mailing address to which the Clerk of the Commission may mail a copy of any process served on him as agent for the corporation is:

555 GROVE STREET, SUITE 110, HERNDON, VA 20170

6.    The corporation commits to notify the Clerk of the Commission in the future of any change in its mailing address.

7.    The corporation certifies that it has filed returns and has paid all state taxes to the time of this application (stock corporations only).

8.    Executed in the name of the corporation:

_(signature)_

HISHAM ALTALIB, VICE PRESIDENT/TREASURER
(printed name and corporate title)

The execution must be by the chairman or any vice-chairman of the board of directors, the president, or any other of its officers authorized to act on behalf of the corporation.

SEE INSTRUCTIONS ON THE REVERSE