# Exhibit 3
## Part 1 of 9

BAN(R) 1988

# AL RAJHI BANKING & INVESTMENT CORPORATION

Annual Report (1408 & 1409) 1988

**AL RAJHI BANKING AND INVESTMENT CORPORATION**
**A SAUDI JOINT STOCK COMPANY**

**HEAD OFFICE:** P.O. BOX 28 RIYADH 11411
**TELEPHONE** 4054244 **FAX** 4032969
**NO. AND DATE OF TRANSFER:**
**ROYAL DECREE NO M/59 DATED 3/11/1407H**

**PAID UP CAPITAL: SR 750,000,000**
**COMMENCEMENT DATE:**
**1/8/1408 H CORRESPONDING TO 19/3/1988**
**C.R. : 1010000096**

**REGIONAL OFFICE FOR MEDINAH & NORTH**

**MANAGEMENT**
NO. 007 Fax. 8387711 CENTRAL 8388068

**1 - AL-MANAKAH 105**
TEL. 04 8233092
FAX. 04 8233916

**2 - SAHAIMI/MEDINA 152**
TEL. 04 8234240
FAX. 04 8244192

**3 - AIRPORT ST. MEDINA 198**
TEL. 04 8361035
FAX. 04 8388675

**4 - QOBA/MEDINA 218**
TEL. 04 8238125
FAX. 04 8269689

**5 - BAB AL-ANBRIYAH 242**
TEL. 04 8243349
FAX. 04 8222121

**6 - AL-MEDINA (WOMEN BRANCH) 272**
TEL. 04 8269808
FAX. 04 8236925

**7 - MEDINA HOSPITAL 294**
TEL. 04 8230372
FAX. 04 8230372

**8 - TABOUK 109**
TEL. 04 4221544
FAX. 04 4229780

**9 - AL-AMARAH ST. 194**
TEL. 04 4221864
FAX. 04 4226760

**10 - AL-MAHRAJAN/TABOUK 202**
TEL. 04 4227060
FAX. 04 4227060

**11 - YANBU 150**
TEL. 04 3222683
FAX. 04 3226246

**12 - AL-HAIH AL-MALAKIAH/ YANBU 327**
TEL. 04 3211107
FAX. 04 3211042

**13 - AL-GURYAT 111**
TEL. 04 6420235
FAX. 04 6420013

**14 - ARAR 133**
TEL. 04 6631876
FAX. 04 6624120

**15 - AL-JOUF 154**
TEL. 04 6246764
FAX. 04 6241192

**16 - TARIF 155**
TEL. 04 6521880
FAX. 04 6520840

**17 - RAFAHA 169**
TEL. 04 6760264
FAX. 04 6761588

**18 - AL-WAJH 171**
TEL. 04 4422884
FAX. 04 4421873

**19 - TEEMA 178**
TEL. 04 4632946
FAX. 04 4633030

**20 - AL-ULLA 208**
TEL. 04 8840363
FAX. 04 8840359

**21 - DOMAT-AL-JANDAL 213**
TEL. 04 6223414
FAX. 04 6221470

**22 - HAQL 224**
TEL. 04 4530600
FAX. 04 4530584

**23 - BADR 230**
TEL. 04 3321747
FAX. 01 3321743

**24 - AMLAJ 244**
TEL. 04 3822324
FAX. 04 3822328

**25 - KHAIBER 248**
TEL. 04 8821137
FAX. 04 8821827

**26 - TABARJAL 250**
TEL. 04 6281209
FAX. 04 6281636

**27 - AL-HUDAITHA 268**
TEL. 04 6424872
FAX. 04 6424872

**28 - AL-HANAKIYAH 269**
TEL. 04 8620132
FAX. 04 8620467

**29 - DHABA NORTH 283**
TEL. 04 4322867
FAX. 04 4320472

**30 - AL-MAHD 286**
TEL. 04 8681054
FAX. 04 8681988

**31 - AL-YATAMAH 313**
TEL. 04
FAX. 04

Obekan Company for Printing & Publishing — Riyadh — Tel. : 4983392

## REGIONAL OFFICE FOR RIYADH AND SUBSIDIARIES

**MANAGEMENT**
NO. 003 Fax. 4044631 Telephone 4043965

**1 - DIRA 101**
TEL. 01 4114029
FAX. 01 4117517

**2 - BATHA 106**
TEL. 01 4122243
FAX. 01 4120510

**3 - K. FAISAL SP. HOSPITAL 114**
TEL. 01 441 4709
FAX. 01 4414719

**4 - TRADING CENTRE 116**
TEL. 01 4035711
FAX. 01 4011150

**5 - DAHRAN ST. 125**
TEL. 01 4783615
FAX. 01 4783343

**6 - AL-MALAZ 126**
TEL. 01 4769968
FAX. 01 4768713

**7 - KING FAISAL ST. 127**
TEL. 01 4010541
FAX. 01 4040308

**8 - AL-NASRIYAH 131**
TEL. 01 4013570
FAX. 01 4032464

**9 - HIJAS ROAD 140**
TEL. 01 4580508
FAX. 01 4596932

**10 - AL-SUWAILIM 143**
TEL. 01 4043608
FAX. 01 4043608

**11 - AL-SANAEYAH 149**
TEL. 01 4484102
FAX. 01 4463041

**12 - CENTRAL HOSP. 159**
TEL. 01 4357888
FAX. 01 4357877

**13 - SAHAT AL-ADEL 164**
TEL. 01 4013768
FAX. 01 4013576

**14 - AL-NASEEM 165**
TEL. 01 2313576
FAX. 01 2313057

**15 - AL-OLEYA 166**
TEL. 01 4657084
FAX. 01 4657101

**16 - AL-MOQAIBRAH 168**
TEL. 01 4013602
FAX. 01 4055017

**17 - KING KHALID INTL. AIRPORT 173**
TEL. 01 2202571
FAX. 01 2202592

**18 - AL-MARGAB 174**
TEL. 01 4488126
FAX. 01 4461554

**19 - MANFOUHA 179**
TEL. 01 4467841
FAX. 01 4481046

**20 - AL-MUNTAZAH/RIYADH 182**
TEL. 01 4011432
FAX. 01 4050747

**21 - AL-KHAZAN ST./RIYADH 185**
TEL. 01 4027231
FAX. 01 4041673

**22 - DAWWAR AL-SHIMAISI "WOMEN BRANCH" 188**
TEL. 01 4357854
FAX. 01 4359580

**23 - SULTANAH/RIYADH 195**
TEL. 01 4582684
FAX. 01 4591011

**24 - AL-IMAM/F. BIN TURKI ST./RIYADH 197**
TEL. 01 4124009
FAX. 01 4123426

**25 - AL-MA'AZAR/RIYADH 200**
TEL. 01 4420729
FAX. 01 4421038

**26 - SULAIMANIYAH/RIYADH 203**
TEL. 01 4658270
FAX. 01 4646670

**27 - AL-RAWDAH/RIYADH 204**
TEL. 01 4915184
FAX. 01 4914331

**28 - MUSHRIFA/RIYADH 211**
TEL. 01 4771555
FAX. 01 4780949

**29 - HARAT AL-ONOUZ/ RIYADH 215**
TEL. 01 4488204
FAX. 01 4465780

**30 - AL-SHIFA/RIYADH 216**
TEL. 01 4216156
FAX. 01 4213592

**31 - PRINCE SALMAN ST. 229**
TEL. 01 4461449
FAX. 01 4462547

**32 - HARAT ABDULLAH 231**
TEL. 01 4590162
FAX. 01 4572647

**33 - UM AL-HAMMAM 251**
TEL. 01 4821982
FAX. 01 4824451

**34 - AL SABALAH 253**
TEL. 01 4111520
FAX. 01 4118109

**35 - AIRPORT ROAD 260**
TEL. 01 4776057
FAX. 01 4786740

**36 - PRINCE ABDULLAH ST. 261**
TEL. 01 4794432
FAX. 01 4793067

**37 - AL-THALATEEN AL-OLAYA ST. 279**
TEL. 01 4631450
FAX. 01 4652398

**38.- DHARAT AL-BADEYA 282**
TEL. 01 4259852
FAX. 01 4260547

**39 - AL-AHSA ST. 289**
TEL. 01 4789298
FAX. 01 4786982

**40 - KING KHALED SPECIALIST HOSPT. 292**
TEL. 01 4821234
FAX. 01 4821234

**41 - GOBEIRAH 293**
TEL. 01 4469200
FAX. 01 4467288

**42 - RABWAH 296**
TEL. 01 4911913
FAX. 01 4917458

**43 - AL-OLEYA WOMEN BRANCH 317**
TEL. 01 4643210
FAX. 01 4643210

**44 - AL-KHARJ 129**
TEL. 01 5448255
FAX. 01 5449876

**45 - WADI AL-DAWASSIR 135**
TEL. 01 7841096
FAX. 01 7840062

**46 - AL-AFLAJ 142**
TEL. 01 6820520
FAX. 01 6821358

**47 - HOTAT BANI TAMIM 144**
TEL. 01 5550300
FAX. 01 5550398

**48 - SHAGRA 145**
TEL. 01 6221639
FAX. 01 6220696

**49 - AL-GOWAYEEYAH 147**
TEL. 01 6521090
FAX. 01 6521838

**50 - MURRAT 217**
TEL. 01 6231344
FAX. 01 6231335

**51 - AL-MUZAHMIA 219**
TEL. 01 5230040
FAX. 01 5230879

**52 - HURAIMLA 226**
TEL. 01 5260300
FAX. 01 5260284

**53 - AL-SAHNAH 233**
TEL. 01 5410691
FAX. 01 5410725

**54 - AL-HAIR 237**
TEL. 01 4900908
FAX. 01 4900209

**55 - SULAYEL 245**
TEL. 01 7821833
FAX. 01 7821600

**56 - RUMAH 278**
TEL. 01 5521183
FAX. 01 5521108

**57 - AL-DARIYAH 281**
TEL. 01 4861420
FAX. 01 4861526

**58 - DURMA 284**
TEL. 01 5221014
FAX. 01 5221210

**49 - THADIQ 285**
TEL. 01 4439653
FAX. 01 4439287

**60 - ASHAIGAR 297**
TEL. 01 6271585
FAX. 01 6271585

**61 - AL-OYEYNAH 303**
TEL. 01 4657600
FAX. 01 4657600

**62 - AL-KHAIDAH ROAD 305**
TEL. 01 5443067
FAX. 01 5443006

**63 - AL-HARIQ 309**
TEL. 01 5370801
FAX. 01 5370177

**64 - TOMAIR 318**
TEL. 06 4437412
FAX:

## REGIONAL OFFICE FOR SOUTHERN REGION

**MANAGEMENT**
NO. 008 Fax. 07 2243136 CENTRAL 07 2242191

**1 - KHAMIS MUSHAIT 107**
TEL. 07 2237425
FAX. 07 2237426

**2 - MEDINA ASKARIYAH RD/KH. MUSHAIT 209**
TEL. 07 2231331
FAX. 07 2230063

**3 - NAJRAN 117**
TEL. 07 5421319
FAX. 07 5421994

**4 - FAISALIYAH/NAJRAN 206**
TEL. 07 5223581
FAX. 07 5221217

**5 - ABHA 110**
TEL. 07 2247563
FAX. 07 2247589

**6 - JIZAN 119**
TEL. 07 3221507
FAX. 07 3221506

**7 - BEESHA 130**
TEL. 07 6226167
FAX. 07 6226870

**8 - BALQURASHI 156**
TEL. 07 7224412
FAX. 07 7220344

**9 - AL-BAHA 177**
TEL. 07 7251087
FAX. 07 7253139

**10 - AL-NAMMAS 193**
TEL. 07 2820051
FAX. 07 2820752

**11 - DHAHRAN AL-JANOUB 220**
TEL. 07 2550471
FAX. 07 2550592

**12 - SABIA 221**
TEL. 07 3261108
FAX. 01 3261104

**13 - ABU AREESH 225**
TEL. 07 3250961
FAX. 07 3250042

**14 - MAHAIL 239**
TEL. 07 2251748
FAX. 07 2251748

**15 - SHAROURAH 241**
TEL. 07 5321243
FAX. 07 5321242

**16 - SARAT ABEEDAH 249**
TEL. 07 2590336
FAX. 07 2590575

**17 - SABT AL-AULA-YA 257**
TEL. 07 6300544
FAX. 07 6300008

**18 - BAISH 311**
TEL. 07 3420214
FAX. 07 3420924

**19 - TANOUMAH 295**
TEL. 07 2827365
FAX. 07 2827382

**20 - SAMTAH 316**
TEL. 07 3321301
FAX. 07 3321220

**21 - AL-MAJARDAH 321**
TEL. 07
FAX. 07

**22 - TATHLEETH 276**
TEL. 07
FAX. 07

## REGIONAL OFFICE FOR SOUTHERN REGION

**MANAGEMENT**
NO. 008 Fax. 07 2243136 CENTRAL 07 2242191

**1 - KHAMIS MUSHAIT 107**
TEL. 07 2237425
FAX. 07 2237426

**2 - MEDINA ASKARIYAH RD/KH. MUSHAIT 209**
TEL. 07 2231331
FAX. 07 2230063

**3 - NAJRAN 117**
TEL. 07 5421319
FAX. 07 5421994

**4 - FAISALIYAH/NAJRAN 205**
TEL. 07 5223581
FAX. 07 5221217

**5 - ABHA 110**
TEL. 07 2247553
FAX. 07 2247589

**6 - JIZAN 119**
TEL. 07 3221507
FAX. 07 3221506

**7 - BEESHA 130**
TEL. 07 6226167
FAX. 07 6226670

**8 - BALGURASHI 156**
TEL. 07 7224412
FAX. 07 7220344

**9 - AL-BAHA 177**
TEL. 07 7251087
FAX. 07 7263139

**10 - AL-NAMMAS 193**
TEL. 07 2820051
FAX. 07 2820752

**11 - DHAHRAN AL-JANOUB 220**
TEL. 07 2550471
FAX. 07 2550592

**12 - SABIA 221**
TEL. 07 3261108
FAX. 01 3261104

**13 - ABU AREESH 225**
TEL. 07 3250961
FAX. 07 3250042

**14 - MAHAIL 239**
TEL. 07 2251748
FAX. 07 2251748

**15 - SHAROURAH 241**
TEL. 07 5321243
FAX. 07 5321242

**16 - SARAT ABEEDAH 249**
TEL. 07 2590336
FAX. 07 2590575

**17 - SABT AL-AULA-YA 257**
TEL. 07 6300544
FAX. 07 6300008

**18 - BAISH 311**
TEL. 07 3420214
FAX. 07 3420924

**19 - TANOUMAH 295**
TEL. 07 2827365
FAX. 07 2827382

**20 - SAMTAH 316**
TEL. 07 3321301
FAX. 07 3321220

**21 - AL-MAJARDAH 321**
TEL. 07
FAX. 07

**22 - TATHLEETH 276**
**TEL. 07**
**FAX. 07**

## REGIONAL OFFICE FOR EASTERN REGION

**MANAGEMENT**
NO. 004 Fax. 03 8275068 CENTRAL 03 8261659

**1 - DAMMAM MAIN ST. 104**
TEL. 03 8346189
FAX. 03 8323943

**2 - KING FAHAD ST./ DAMMAM 153**
TEL. 03 8275725
FAX. 03 8261951

**3 - PRINCE MOHAMED ST./ DAMMAM 170**
TEL. 03 8340993
FAX. 03 8324481

**4 - MADINAT AL-UMAL/ DAMMAM 190**
TEL. 03 8269722
FAX. 03 8273441

**5 - JALAWIYA/DAMMAM 236**
TEL. 03 8348262
FAX. 03 8344032

**6 - MAIN HOSPITAL/DAMMAM 273**
TEL. 03 8421866
FAX. 03 8425742

**7 - MUKHATAT 8/DAMMAM 300**
TEL. 03 8428924
FAX. 03 8429009

**8 - DAMMAM "WOMEN BBRANCH" 315**
TEL. 03 8338071
FAX. 03 8338071

**9 - HAFOUF 128**
TEL. 03 5826928
FAX. 03 5866926

**10 - MUBARAZ/IHASA 210**
TEL. 03 5828595
FAX. 03 5878660

**11 - KING FAHAD HOSPITAL/ IHASA 277**
TEL. 03 5829844
FAX. 03 5829822

**12 - AL-MAZROU'EIYAH 308**
TEL. 03 5866798
FAX. 03 5826609

**13 - AL-JUBAIL 146**
TEL. 03 3613848
FAX. 03 3610490

**14 - AL-HAIJA'H. ALMALAKIYA/ JUBAIL 329**
TEL. 03 3412748
FAX. 03 3412796

**15 - AL-KHOBAR 139**
TEL. 03 8649468
FAX. 03 8649482

**16 - AL-THUGBA 157**
TEL. 03 8948480
FAX. 03 8947608

**17 - DHAHRAN AIRPORT 184**
TEL. 03 8792150
FAX. 03 8919448

**18 - PRINCE BANDAR / KHUBAR 207**
TEL. 03 8640820
FAX. 03 8947620

**19 - AL-BURJ BLDG 227**
TEL. 03 8640122
FAX. 03 8640124

**20 - AL-AGRABIYAH/ ALKHOBAR 301**
TEL. 03 8980167
FAX. 03 8943985

**21 - AL-KHOBAR AL-JANOBIA 302**
TEL. 03 8985840
FAX. 03 8986088

**22 - RAHEEMAH 183**
TEL. 03 6671685
FAX. 03 6671685

**23 - AL-KHAFJI 187**
TEL. 03 7660794
FAX. 01 7660759

**24 - HAFR AL-BATTIN 136**
TEL. 03 7224628
FAX. 03 7221544

**25 - ABQIQ 148**
TEL. 03 5660368
FAX. 03 5662770

**26 - AL-QATIF 172**
TEL. 03 8556708
FAX. 03 8540935

**27 - SAIHAT 255**
TEL. 03 8562130
FAX. 03 8562130

**28 - SALWA 256**
TEL. 03 5822652
FAX. 03 5822652

**29 - SAFWAH 287**
TEL. 03 6643342
FAX. 03 6642413

**30 - AIN DAR 304**
TEL. 03 5631246
FAX. 03 5631463

**31 - AL-NA'AIRIYAH 306**
TEL. 03 3731376
FAX. 03 3730620

**32 - GARYAH 307**
TEL. 03 3861976
FAX. 03 3861985

## REGIONAL OFFICE FOR MEDINAH & NORTH

**MANAGEMENT**
NO. 007 Fax. 8387711 CENTRAL 8386068

**1 - AL-MANAKAH 105**
TEL. 04 8233092
FAX. 04 8233916

**2 - SAHAIMI/MEDINA 152**
TEL. 04 8234240
FAX. 04 8244192

**3 - AIRPORT ST. MEDINA 198**
TEL. 04 8361035
FAX. 04 8386875

**4 - QOBA/MEDINA 218**
TEL. 04 8238125
FAX. 04 8269889

**5 - BAB AL-ANBRIYAH 242**
TEL. 04 8243349
FAX. 04 8222121

**6 - AL-MEDINA (WOMEN BRANCH) 272**
TEL. 04 8269808
FAX. 04 8236925

**7 - MEDINA HOSPITAL 294**
TEL. 04 8230372
FAX. 04 8230372

**8 - TABOUK 109**
TEL. 04 4221544
FAX. 04 4229780

**9 - AL-AMARAH ST. 194**
TEL. 04 4221864
FAX. 04 4226760

**10 - AL-MAHRAJAN/TABOUK 202**
TEL. 04 4227060
FAX. 04 4227060

**11 - YANBU 150**
TEL. 04 3222683
FAX. 04 3226246

**12 - AL-HAIH AL-MALAKIAH/ YANBU 327**
TEL. 04 3211107
FAX. 04 3211042

**13 - AL-GURYAT 111**
TEL. 04 6420235
FAX. 04 6420013

**14 - ARAR 133**
TEL. 04 6631676
FAX. 04 6624120

**15 - AL-JOUF 154**
TEL. 04 6246764
FAX. 04 6241192

**16 - TARIF 155**
TEL. 04 6521880
FAX. 04 6520840

**17 - RAFAHA 169**
TEL. 04 6760264
FAX. 04 6761588

**18 - AL-WAJH 171**
TEL. 04 4422884
FAX. 04 4421873

**19 - TEEMA 178**
TEL. 04 4632946
FAX. 04 4633030

**20 - AL-ULLA 208**
TEL. 04 8840363
FAX. 04 8840359

**21 - DOMAT-AL-JANDAL 213**
TEL. 04 6223414
FAX. 04 6221470

**22 - HAQL 224**
TEL. 04 4530600
FAX. 04 4530584

**23 - BADR 230**
TEL. 04 3321747
FAX. 01 3321743

**24 - AMLAJ 244**
TEL. 04 3822324
FAX. 04 3822328

**25 - KHAIBER 248**
TEL. 04 8821137
FAX. 04 8821827

**26 - TABARJAL 250**
TEL. 04 6281209
FAX. 04 6281636

**27 - AL-HUDAITHA 258**
TEL. 04 6424872
FAX. 04 6424872

**28 - AL-HANAKIYAH 269**
TEL. 04 8620132
FAX. 04 8620467

**29 - DHABA NORTH 283**
TEL. 04 4322867
FAX. 04 4320472

**30 - AL-MAHD 286**
TEL. 04 8681054
FAX. 04 8681988

**31 - AL-YATAMAH 313**
TEL. 04
FAX. 04

1 - (
TEL.
FAX.
2 - I
JED
TEL.
FAX.
3 - I
123
TEL.
FAX
4 - I
TEL.
FAX
5 - /
TEL.
FAX
6 - I
JED
TEL
FAX
7 - /
JED
TEL
FAX
8 - I
TEL
FAX
9 - I
TEL
FAX
10 -
TEL
FAX
11 -
TEL
FAX
12 -
"WI
TEL
FAX
13 -
TEL
FAX
14 -
ST.
TEL
FAX
15 -
TEL
FAX
16 -
TEL
FA)
17
TEL
FA)
18
TEL
FA)

## REGIONAL OFFICE FOR WESTERN REGION

**MANAGEMENT**
NO. 002 Fax. 6441000 CENTRAL 6441000

**1 - QOBEL STREET 102**
TEL. 02 6476196
FAX. 02 6420934

**2 - MECCA ROAD KILO 2/ JEDDAH 113**
TEL. 02 6314494
FAX. 02 6316514

**3 - BAB SHARIF/ JEDDAH 123**
TEL. 02 6474969
FAX. 02 6474969

**4 - BAB MECCA/JEDDAH 124**
TEL. 02 6433049
FAX. 02 6447798

**5 - AL-SHARAFIYAH 156**
TEL. 02 6532916
FAX. 02 6533168

**6 - KING ABDUL AZIZ ST./ JEDDAH 161**
TEL. 02 6447674
FAX. 02 6434021

**7 - AL-MAHJAR ROAD/ JEDDAH 163**
TEL. 02 6372067
FAX. 02 6367991

**8 - UNIVERSITY ROAD 176**
TEL. 02 6895946
FAX. 02 6895938

**9 - BANI MALIK 180**
TEL. 02 6713280
FAX. 02 6718817

**10 - AL-SABEEL ST. 186**
TEL. 02 6479866
FAX. 02 6481745

**11 - BIN LADIN ST. 189**
TEL. 02 6800014
FAX. 02 6800300

**12 - KING FAHAD ST. "WOMEN BRANCH" 191**
TEL. 02 6711024
FAX. 02 6711024

**13 - AL-RUWESS 206**
TEL. 02 6518276
FAX. 02 6515572

**14 - AL-ESKAN AL-JANOBI ST. 222**
TEL. 02 6373159
FAX. 02 6361004

**15 - MEDINA ROAD 223**
TEL. 02 6655822
FAX. 02 6650791

**16 - ENAIKISH 235**
TEL. 02 6717067
FAX. 02 6717067

**17 - AL-HINDAWAIYAH 240**
TEL. 02 6474175
FAX. 02 6477314

**18 - AL-BIGDADIYAH 243**
TEL. 02 6424257
FAX. 02 6422186

**19 - KING ABDUL AZIZ AIRPORT 299**
TEL. 02 6853410
FAX. 02 6853445

**20 - HAI AL-SALAMAH/ JEDDAH 314**
TEL. 02 6833554
FAX. 02 6833554

**21 - MIDAN FALASTEEN/ JEDDAH 319**
TEL. 02 6652047
FAX. 02 6651075

**22 - AL-MAKARONA ST. 320**
TEL. 02 6720342
FAX. 02 6720731

**23 - BAHRAT AL-MUJAHIDEEN 322**
TEL. 02 5911445
FAX. 02 5911445

**24 - QASHASHIYA/ MECCA 103**
TEL. 02 5745696
FAX. 02 5721391

**25 - AL-HUJOUN/MECCA 141**
TEL. 02 5742295
FAX. 02 5733533

**26 - AL-AZIZIYAH/MECCA 201**
TEL. 02 5581172
FAX. 02 5581156

**27 - AL-OTAIBIYAH/ MECCA 228**
TEL. 02 5440309
FAX. 02 5440224

**28 - AL-SITTEEN ST./ MECCA 246**
TEL. 02 5447253
FAX. 02 5447314

**29 - AL-SHUBAIKA/MECCA 262**
TEL. 02 5724023
FAX. 02 5745068

**30 - AL-MESFALAH/ MECCA 330**
TEL. 02 5345690
FAX. 02 5348342

**31 - AZIZIYAH/TAIF 112**
TEL. 02 7366266
FAX. 02 7333340

**32 - AL-SHUHADA/ TAIF 199**
TEL. 02 7496030
FAX. 02 7463120

**33 - AL-FAISALIYAH/ TAIF 232**
TEL. 02 7382960
FAX. 02 7325326

**34 - MADRASAT AL-SEYANAH/ TAIF 266**
TEL. 02 7365964
FAX. 02 7365964

**35 - HAWIYAH ROAD/ TAIF 326**
TEL. 02 7253307
FAX. 02 7254555

**36 - TAIF "WOMEN BRANCH" 328**
TEL. 02 7334907
FAX. 02 7362505

**37 - RANYAH 181**
TEL. 02 8321036
FAX. 02 8421210

**38 - RABIG 247**
TEL. 02 4221996
FAX. 02 4221865

**39 - AL-KHURMA 254**
TEL. 02 8321653
FAX. 02 8321263

**40 - AL-GUNFUZA 263**
TEL. 02 7321264
FAX. 07 7321260

**41 - AL-TURBAH 264**
TEL. 02 8221808
FAX. 02 8221808

**42 - AL-LAYTH 270**
TEL. 02 7421209
FAX. 07 7421217

**43 - AL-KAMIL 323**
TEL.
FAX.

**44 - AL-JAMOUM/ WADI FATMA 324**
TEL. 02 5940367
FAX. 02 5941103

## REGIONAL OFFICE FOR GASEEM & HAIL AREA

**MANAGEMENT**
NO. 005 Fax. ACCOUNTING - 3249794
RATES - 3232810 CENTRAL - 3246648 - 3249151

**1 - AL-KHABIB 108**
TEL. 06 3321180
FAX. 06 3243617

**2 - AL-JARDAH 162**
TEL. 06 3235828
FAX. 06 3243171

**3 - AL-SAFRA 192**
TEL. 06 3230498
FAX. 06 3234207

**4 - AL-SADAH 212**
TEL. 06 3241478
FAX. 06 3231098

**5 - AL-SANAAH/BURAIDAH 252**
TEL. 06 3242020
FAX. 06 3242016

**6 - AL-MAARIDH 275**
TEL. 06 3237411
FAX. 06 3238636

**7 - WOMEN BRANCH/ BURAIDAH 298**
TEL. 06 3230801
FAX. 06 3248753

**8 - ONAIZAH 120**
TEL. 06 3641037
FAX. 06 3643537

**9 - AL-JUHAIMIYAH 234**
TEL. 06 3646077
FAX. 06 3647510

**10 - WOMEN BRANCH ONAIZAH 271**
TEL. 06 3648294
FAX. 06 3648294

**11 - HAIL 118**
TEL. 06 5321138
FAX. 06 5321793

**12 - BARZAN/HAIL 258**
TEL. 06 5322965
FAX. 06 5322673

**13 - AL-RASS 122**
TEL. 06 3330033
FAX. 06 3333584

**14 - HAZM/AL-RASS 280**
TEL. 06 3335381
FAX. 06 3332960

15 - DAWADMI [illegible]
TEL. 06 64313[illegible]
FAX. 06 6421071

**16 - AL-ZULFI 121**
TEL. 06 4221918
FAX. 06 4221889

**17 - AFIF 132**
TEL. 06 7221347
FAX. 06 7221412

**18 - AL-BEKERIYA 134**
TEL. 06 3358872
FAX. 06 3350702

**19 - AL-MAJMAA 138**
TEL. 06 4321050
FAX. 06 4321674

**20 - AL-MUZNIB 151**
TEL. 06 3420160
FAX. 06 3420079

**21 - HOTAT SUDAIR 160**
TEL. 06 4431080
FAX. 06 4431027

**22 - AL-BADAYE 167**
TEL. 06 3320780
FAX. 06 3320073

**23 - RIYADH AL-KHUBRA 175**
TEL. 06 3340404
FAX. 06 3340445

**24 - SAJER 196**
TEL. 06 6321810
FAX. 06 6321913

**25 - AL-GHAT 214**
TEL. 06 4421455
FAX. 06 4421117

**26 - AL-ASEEYAH 238**
TEL. 06 3450360
FAX. 06 3450370

**27 - AL-KHABRA 265**
TEL. 06 3550491
FAX. 06 3550358

**28 - AL-SHAMASIYAH 287**
TEL. 06 3401501
FAX. 06 3401301

**29 - AYON AL-JAWA 288**
TEL. 06 3911575
FAX. 06 3911786

**30 - BAGAA 290**
TEL. 06 5270297
FAX. 06 5270297

**31 - UGLAT AL-SAGOUR 291**
TEL. 06 2430482
FAX. 06 2430509

**32 - AL-RAFAYE 310**
TEL. 06 6340410
FAX. 06 6340410

**33 - DARIYAH 312**
TEL. 06 3649549
FAX. 06 3649549

**34 - AL-BIGADIYAH 325**
TEL. 06 6340507
FAX. 06 6340998





The Custodian of the Two Holy Mosques
His Royal Highness Crown Prince
His Royal Highness Prince

## CONTENTS

- Board of Directors ........ 5
- Board of Directors Report ........ 6
- Conclusion ........ 15
- Statement of Financial Position ........ 16
- Statements of Income and Retained Earnings ........ 17
- Notes to the Financial Statements ........ 18
- Auditors' Report ........ 24



## BOARD OF DIRECTORS

Sheikh Saleh Ibn Abdul Aziz Al Rajhi
**CHAIRMAN**

Sheikh Sulaiman Ibn Abdul Aziz Al Rajhi
**GENERAL MANAGER AND MANAGING DIRECTOR**

**MEMBERS**

Sheikh / Abdullah Ibn Abdul Aziz Al Rajhi
Sheikh / Ismail Ali Sulaiman Abu Da'wd
Sheikh / Abdul Wahab Mohamed Saleh Sheikh
Sheikh / Sulaiman Al Mohamed Al Rasheed
Dr. / Abdullah bin Naser Bin Mohamed Al Wehaibi
Engineer / Salah Ali Abdullah Aba Al Khail
Sheikh / Mohamed Bin Abdul Aziz Al Rajhi

Sheikh / Ali Bin Mohamed Bin Abdullah Al Rajhi
Sheikh / Abdul Rahman Bin Abdullah Bin Ogail
Ustaz / Mohamed bin Abdullah Bin Abdul Aziz Al Rajhi
Ustaz / Saleh Bin Sulaiman bin Abdul Aziz Al Rajhi
Ustaz / Sulaiman Bin Saleh bin Abdul Aziz Al Rajhi
Sheikh / Mohamed Bin Osman Bin Ahmed Al Bishr
Ustaz / Naser Bin Mohamed Al Subaiy

**EXECUTIVE COMMITTEE**

Sheikh / Sulaiman Ibn Abdul Aziz Al Rajhi
Engineer / Salah Ali Aba Al Khail
Sheikh / Abdul Rahman Bin Abdullah Bin Ogail

Ustaz / Saleh Al Sulaiman Al Rajhi
Ustaz / Sulaiman Al Saleh Al Rajhi

**CERTIFIED PUBLIC ACCOUNTANTS**

AL-RASHID

WHINNEY MURRAY & CO.

## TO THE SHAREHOLDERS OF AL RAJHI BANKING AND INVESTMENT CORPORATION

Dear Brothers,

The board of directors is pleased to provide you with its First Annual Report on the Corporation's activities and its financial statements for the fiscal period which commenced on 1.8.1408H corresponding to 19 March 1988 and ended on 31 December 1988. This period is nine months and 13 days. The Corporation started to perform its banking and investment activities after the issuance of Royal Decree No. M/59 dated 3.11.1407H, the resolution of the Council of Ministers No. 245 dated 26.10.1407H to license the formation of the Corporation, the resolution of the Ministry of Finance and National Economy No. 3/1698 dated 6.7.1408H to license the Corporation and the resolution of His Excellency the Minister of Commerce No. 319 dated 5.4.1409H to announce the formation of the Corporation.

The Corporation has now become one of the Saudi banking family to perform its hopeful task in developing and investing its resources to support the development of our beloved Kingdom guided by the beliefs and principles of this peaceful country.

It is clear enough dear brothers, the shareholders, that the replacement of Al-Rajhi Company for Currency Exchange and Commerce by Al-Rajhi Banking and Investment Corporation has taken considerable efforts and time. Conversion of a Corporation of that vast size, with its extended relationships with its correspondents and with its local and international status has required enormous efforts. On this occasion, the board expresses its deep gratitude to the members of the valuation committee, the auditors - Abdul Aziz Al Rashed office and Whinney Murray & Co. office-who have made distinguished efforts of patience and sacrifices of time and effort. If such patience and efforts had not been made, the transfer could have never been completed in such a relatively short time. May Allah reward them. Thanks are also expressed to the finance department of Al-Rajhi Banking and Investment Corporation headed by the First Deputy General Manager and his Assistant, Mohammed Alawi Theban, who have continued work during holidays and week ends to respond to the requirements of the valuation committee and the auditors. As a matter of fact, if such efforts had been made by a specialized body, as is the case in some such circumstances, the Corporation would have incurred tens of millions of Riyals and the time spent would have been much more.

The board also expresses thanks and appreciation to the brothers Saleh, Abdullah, Sulaiman and Mohammed Abdul Aziz Al-Rajhi, the partners of Al-Rajhi Company for Currency Exchange and Commerce for their efforts in the banking business, the result of which was the formation of this blessed Corporation.





**FINANCIAL RESULTS :**

**BALANCE SHEET TOTAL :**

The balance sheet total for the Corporation as a whole including contra accounts amounted to SR 31,963.4 millions at 31 December 1988.

Total assets amounted to SR 15,045.9 millions. The totals of cash in hand, deposits with SAMA, due from banks and precious metals amounted to SR 2,319.1 millions at 31 December 1988.

**INVESTMENTS IN MURABAHA :**

The Corporation has continued making arrangements with highly reputable international institutions that have strong financial positions to enter into Murabaha contracts. When negotiating, the Corporation is careful to act as an intermediary merchant which buys goods or merchandize from an independent supplier, settle its value immediately and then sells them to a third party on a deferred settlement basis which is compatible with normal trading practices taking into account the Corporation's articles of association. The total invested funds in Al Murabaha operations in the Kingdom and abroad amounted to SR 11,757.2 millions at 31 December 1988.

**CUSTOMERS' CREDIT CURRENT ACCOUNTS :**

The total customers' credit current accounts amounted to SR 11,823.8 millions.

**MUDARABA FUNDS :**

The Corporation carries out Mudaraba operations on behalf of customers. This appears in the contra accounts. The Corporation earns fees against such operations. The balances amounted to SR 726.2 millions at 31 December 1988.

**REVENUES, EXPENSES, LOSSES, PROFITS AND RESOLUTION OF DISTRIBUTION :**

Total revenues of the Corporation for the fiscal period from 19 March 1988 to 31 December 1988 i.e. nine months and 13 days, amounted to SR 859.8 millions. Total expenses amounted to SR 271.5 millions. Net profit amounted to SR 588.2 millions. The board has decided to distribute a sum of SR 112.5 millions to the shareholders which amounts to SR 15 per share i.e. with an annual percentage of 19%.

The following schedule shows the distribution of net profits :

| | |
|---|---|
| 1) General Reserve | SR 250.00 millions |
| 2) Statutory Reserve | SR 147.00 millions |
| 3) Proposed dividends | SR 112.50 millions |
| 4) Retained earnings | SR 78.70 millions |



ons on
contra
st such
726.2

## MAN POWER :

The management of the Corporation makes its best efforts to develop human resources. Amongst other things, the success and development of the banking business depends upon the development, improvement and interaction of the human factor which is one of the means by which the management of the Corporation hopes to achieve success through selection of individuals, with distinguished skills and capabilities, who can cope with the developments, changes, improvements and expansion of modern banking services.

The Corporation has availed opportunities to the sons of this beloved Kingdom to be employed in all departments. It also gives priority to the appointment of efficient Saudi youth for leading positions. With the help of Allah and the efforts made, we can proudly say that the Saudi youth are holding leading decision making positions in the Corporation.

**Total Number of Employees 1986 — 1988**

| Year | 1986 | 1987 | 1988 |
|---|---|---|---|
| Number of Employees | 3525 | 3968 | 3905 |

1 of net

millions
millions
millions
millions

**TRAINING :**

The management of the Corporation gives special consideration to training staff after they take up employment. The Corporation has a main training centre in Riyadh and other training centres in Jeddah and Dammam which have been specially established for this purpose. These centres conduct courses which suit all grades of staff, according to each one's level. Teaching of the English language is also conducted in these centres. These are in addition to deputation of some Saudi employees to participate in training courses conducted by the Institute of Public Administration and the Saudi Arabian Monetary Agency's bank Training Institute which conducts several specialized courses in the banking field.