# Exhibit 3
## Part 6 of 9



## إيضاح (١٥) الحسابات النظامية

تشمل تعهدات والتزامات مجتمعة تابعة عن طبيعة عمل الشركة العادي، وتتكون من:

| | ١٩٨٨م |
|---|---|
| | ريال سعودي (بالآلاف)   ريال سعودي (بالآلاف) |

| البيان | المبلغ | المجموع |
|---|---|---|
| خطابات اعتماد | ٧,٠٢٢,٧٨٤ | |
| ضمانات | ١٠٨,٩٦٨ | |
| شيكات مستحقة | ٦٨٤,٩٤١ | |
| التزامات مقابل عقود عملات أجنبية | ١٤,٠٧٥,٢٠٤ | |
| أخرى | ٤١٧,٨٣٠ | ١٦,١٩١,١٧٧ |

كما تشمل أموال المضاربة أو خلاصتها ما يلي:

| | | |
|---|---|---|
| استثمارات عملاء | ٤٣١,١٧٧ | |
| حسابات جارية معادلة | ٢٩٣,٠٩٤ | ٧٢٦,٢٧١ |
| | | ١٦,٩١٧,٤٤٨ |

## إيضاح (١٦) الشركتان التابعتان

تتضمن الموجودات الأخرى تكلفة استثمارات الشركة في الشركتين التابعتين والبالغة (٢٠,٣٠٠,٠٥٧) ريال.

## إيضاح (١٧) الهيئة الشرعية

قررت الجمعية التأسيسية للشركة تشكيل هيئة شرعية وضعت قواعد لعملها، ومنها قيام الشركة بعرض العمليات التي تقوم بها أو تنوي القيام بها خلال سنة تبدأ من ١٤٠٩/٣/٨ هـ. وقد قامت الهيئة بالنظر في عدد من العمليات التي تقوم بها الشركة لإبداء الرأي الشرعي حيالها وأصدرت عدة قرارات. ولا تسري هذه القرارات على القوائم المالية للفترة المنتهية في ٣١ ديسمبر ١٩٨٨م لصدورها جميعها بعد ذلك التاريخ.

٢٣

## إيضاح (١٠) رأس المال

أ - ليكون رأس المال من سبعة ملايين وخمسمائة ألف سهم أسمى متساوية القيمة (مائة ريال سعودي) اكتتب المؤسسون بأربعة ملايين ومائتين وخمسة وسبعين ألف سهم منها تم دفعها بالكامل ، وتم طرح بقية الأسهم للاكتتاب العام

ب - يوجد ١٥٠،٠٠٠ ألف سهم قيمة كل منها مائة ريال سعودي وقيمها الإجمالية ١٥ مليون ريال خصصت مؤقتاً باسم الشيخ/سليمان بن عبد العزيز الراجحي ، وتم دفع قيمتها من أموال الشركة ، وسيتم إعادة تخصيصها بعد اكتمال اعتماد إجراءات تخصيصها بشكل نهائي وستبقى أرباحها لدى الشركة

## إيضاح (١١) عائد استثمار أموال المؤسسين:

تم إيداع أموال حصص المؤسسين البالغة ٤٢٧ مليون ريال لدى أحد البنوك وقد وافق البنك على فتح حساب مدين لشركة الراجحي للصرافة والتجارة مقابلها بمبلغ (٤٠) مليون ريال بدون خدمات بنكية وبكاملها ، وقد قامت شركة الراجحي للصرافة والتجارة باستثمار هذا المبلغ ولغت عوائد استثماره (٢٥٤،٦٧٣،٥٣٤) ريال ، تم توزيعها على المؤسسين بحكم طول فترة التأسيس حيث تم إيداع أموال المؤسسين بتاريخ ٨٦/٢/٣م وطرحت الأسهم للاكتتاب تاريخ ١٩٨٨/٥/٢٢م

ثم مخاطبة معالي وزير التجارة بالخطاب المؤرخ في ١٥ شوال ١٤٠٩هـ هذا بطلب الموافقة على ما قامت به شركة الراجحي للصرافة والتجارة من إجراء ، وقد ورد للشركة خطاب من معالي وزير التجارة رقم ٢٦١/٥ وتاريخ ١٤٠٩/١١/٨هـ الموافق ١٩٨٩/٦/١١م جاء فيه (... إن إبراء ذمة المقرض (الحساب المدين) وما ترتب عليه من آثار تسرى عليه ما كان يسرى على باقي التصرفات التي كانت تجربها شركة الراجحي للصرافة والتجارة ....)

## إيضاح (١٢) الاحتياطيات:

أ - احتياطي نظامي:

يقضي نظام مراقبة البنوك بتحويل ما لا يقل عن ٢٥٪ من صافي أرباح السنة إلى احتياطي نظامي غير قابل للتوزيع ، ويحرز للشركة التوقف عن إجراء هذا التحويل عندما يصبح الاحتياطي مساوياً لرأس المال المدفوع وبلغ رصيد الاحتياطي في ١٩٨٨/١٢/٣١ ١٤٧،٦٥٠ ألف ريال

ب - احتياطي عام:

وقرر مجلس الإدارة تحويل مبلغ ٢٠ مليون ريال من الأرباح المعادة إلى الاحتياطي العام وهذا الاحتياطي قابل للتوزيع

## إيضاح (١٣) الأرباح المقترح توزيعها

يقترح مجلس الإدارة توزيع أرباح للفترة تبلغ ١١٢،٥٠٠،٠٠٠ ريال سعودي وبذلك تكون حصة السهم الواحد ١٥ ريالاً

## إيضاح (١٤) الزكاة الشرعية:

نظراً لأن الفترة التي أعدت عنها القوائم المالية أقل من سنة (من ١٩٨٨/٣/١٩ وحتى ١٩٨٨/١٢/٣١م) فلم يتم وضع مخصص الزكاة الشرعية.



**إيضاح (٥) النقد والمعادن الثمينة في الصندوق:**

م١٩٨٨
ريال سعودي (بالآلاف)

| | |
|---|---|
| نقد ريال سعودي | ١٤٠٨٠٩ |
| نقد عملات أجنبية | ١٧٧٧٩٥ |
| معادن ثمينة | ٧٠١٤٧ |
| | ٣٨٨٧٥١ |

**إيضاح (٦) ودائع لدى مؤسسة النقد العربي السعودي:**

بناء على تعليمات مؤسسة النقد العربي السعودي أودعت الشركة لدى المؤسسة وديعة نظامية تعمل تستخدم من حسابات العملاء الجارية الدائنة والحسابات الأخرى التي لديها، وتحسب هذه الوديعة في آخر كل شهر.

كما يوجد للشركة حسابات جارية لدى المؤسسة يسوى من خلالها حساب الوديعة النظامية للرصيد المطلوب في آخر كل شهر.

**إيضاح (٧) استثمارات بالمرابحة:**

تعمل استثمارات بالمرابحة مع شركات ومؤسسات مالية عالمية خارج المملكة ولشركات وأفراد داخل المملكة.

**إيضاح (٨) الموجودات الثابتة**

ريال سعودي (بالآلاف)

| | أراضي | أرض للكبر ماشي | مباني | المعدات والأثاث | الإجمالي |
|---|---|---|---|---|---|
| التكلفة في ١٩٨٨/١٢/٣١م | ٦٠٧٣٣ | ٢٠٣٢٨ | ٨٧٩٠٣ | ٤٤٧٠٩ | ١٩٥٦٧٣ |
| الاستهلاك للفترة | | ٤٨ | ٣٤٤٨ | ٧٥٩٩ | ١١٠٩٥ |
| صافي القيمة الدفترية | ٦٠٧٣٣ | ٢٠٢٨٠ | ٨٤٤٥٥ | ٣٧١١٠ | ١٨٤٥٧٨ |

لم يتم إفراغ الأراضي والمباني المسجلة باسم شركة الراجحي للصرافة والتجارة أو باسم الشركاء فيها أو أطراف ثالثة لاسم شركة الراجحي المصرفية للاستثمار وتقوم الشركة بإكمال إجراءات نقلها لاسم الشركة لدى الجهات المعنية.

**إيضاح (٩) مصاريف التأسيس والمصاريف المؤجلة**

ريال سعودي (بالآلاف)

| | مصاريف تأسيس الشركة | مصاريف تأسيس الفروع | مصاريف مؤجلة أخرى | الإجمالي |
|---|---|---|---|---|
| التكلفة في ١٩٨٨/١٢/٣١م | ٣٠٤٥ | ٢٧٨١ | ٩١٥٥ | ١٤٩٨١ |
| الإطفاء للفترة | ٣٥٨ | ٩٠٧ | ٤٣٨٩ | ٥٦٥٤ |
| صافي القيمة الدفترية | ٢٦٨٧ | ١٨٧٤ | ٥٣٦٦ | ٩٦٢٧ |

* وافقت الجمعية التأسيسية على اعتماد مبلغ (٣٠٤٥٠٠٠) ريال كمصاريف تأسيس بينما بلغت مصاريف التأسيس الفعلية مبلغ (٣٠٤٥١٠٠) ريال.