# Exhibit 3
## Part 7 of 9

**ز - الاستهلاك والإطفاء :**

يتم استهلاك تكلفة أرض الحكر والمباني والموجودات الثابتة الأخرى وإطفاء مصاريف التأسيس بأقساط سنوية متساوية .

| | |
|---|---|
| أرض الحكر | ٣٨ سنة |
| مباني | ٢٠ سنة |
| المعدات والأثاث | ٣ - ١٠ سنوات |
| مصاريف التأسيس | ٥ سنوات |

**ح - مخصص مكافأة نهاية الخدمة :**

يتم احتساب مخصص مكافأة نهاية الخدمة بموجب نظام العمل والعمال .

**ط - استثمارات بالمرابحة :**

تظهر بتكلفتها التاريخية ويحتسب الإيراد في تاريخ الاستحقاق وتحمل كل فترة بما يخصها ويظهر الإيراد المستحق ضمن الأرصدة المدينة الأخرى .

**ي - العمولات الخاصة المقبوضة :**

تدرج العمولات الخاصة المقبوضة ضمن الأرصدة الدائنة الأخرى في قائمة المركز المالي . ولا تدخل الإيرادات في قائمة الدخل وتستخدم في الصرف على أعمال خيرية .

**ك - عمليات المضاربة لحساب العملاء ( أموال المضاربة ) :**

تقوم الشركة بعمليات المضاربة لحساب العملاء وتظهر ضمن الحسابات النظامية وتتقاضى الشركة أتعاباً مقابل ذلك وتظهر الأتعاب ضمن قائمة الدخل .

## إيضاح (٤) المعاملات مع أطراف ذات علاقة :

(أ) تقوم الشركة من خلال أعمالها العادية بالتعامل مع أطراف لها علاقة ويبين ما يلي طبيعة وقيمة تلك المعاملات التي تمت معهم :

ريال سعودي ( بالآلاف )

| الجهة ذات العلاقة | نوع التعامل | الرصيد في بداية الفترة | الحركة خلال الفترة مدين | الحركة خلال الفترة دائن | الرصيد في نهاية الفترة مدين |
|---|---|---|---|---|---|
| شركة الراجحي للصرافة والتجارة (تحت التصفية) | جاري | ٤٦١,٧٥١ | ـــ | ـــ | ٣٧٨,٨٢١ |
| أعضاء في مجلس الإدارة | جاري | ٢,٢٥٥ | ٣٣٩ | (٥١) | ٢,٥٤٣ |
| أعضاء في مجلس الإدارة وشركات تابعة لهم | مرابحة | ٥٦,٢١٠ | ٢٠٨,٥١١ | (٥٠,١٨٣) | ٢١٤,٥٣٨ |
| شركات بكفالة أعضاء في مجلس الإدارة | مرابحة | ـــ | ٤٤٠ | ـــ | ٤٤٠ |

(ب) توجد ضمانات واعتمادات سارية بمبلغ ٢١٠,٢٣١,٧٤١ ريال قبل ١٤٠٨/٨/١ هـ ( تاريخ تحويل الشركة وبدء نشاطها ) لعدد من الشركات التي يملكها أعضاء في مجلس الإدارة دون تقديم تأمين مقدم عنها وقد بلغ إجماليها في ١٩٨٨/١٢/٣١ م مبلغ ١٤,٧٥٩,٤٦٤ ريال .

كما توجد ضمانات واعتمادات قدمت إلى أعضاء في مجلس الإدارة خلال الفترة المالية بلغ رصيدها في ١٩٨٨/١٢/٣١ م ٣٦,٨٢٥,٥٤٩ ريال .

**جـ - المستحق على الشركاء في شركة الراجحي للصرافة والتجارة ( تحت التصفية ) مقابل الموجودات والمطلوبات التي تقرر شراءها**

| | |
|---|---|
| | (٥٢٠,٢٧٩,٨٣٦) |
| التعويض المقرر من قبل لجنة التقييم | ٥٨,٥٢٩,٢٦٥ |
| الرصيد ويتم سداده في تاريخ لا يتعدى ١٩٨٩/٦/٣٠ م | ٤٦١,٧٥٠,٥٧١ |

ويتبين من المركز المالي أعلاه أن المستحق على الشركاء في شركة الراجحي للصرافة والتجارة ( تحت التصفية ) مبلغ ٥٢٠,٢٧٩,٨٣٦ ريال مقابل الموجودات والمطلوبات المشتراة من قبل شركة الراجحي المصرفية للاستثمار . وقد اتفق ممثلو المؤسسين وممثل الشركاء في شركة الراجحي للصرافة والتجارة ( تحت التصفية ) بعد النظر في مطالبة الشركة عليهم البالغة ٢٧,٥١٥,٥٦٨ ريال ومطالبتهم الشركة بالتعويض بمبلغ ٨٦,٠٤٤,٨٢٣ ريال مقابل ما تبين للجنة التقييم من جوانب لها جدوى للشركة والمتعلقة بالجهود المبذولة والنتائج الإيجابية التي انعكست على الشركة خلال فترة التأسيس وبعدها وتكاليف التحضير لتأسيس الشركة الجديدة وما يتبع ذلك من مصاريف من قبل شركة الراجحي للصرافة والتجارة ( تحت التصفية ) دون أن تسجلها ضمن مصاريف تأسيس الشركة الجديدة ، اتفقوا على إجراء مقاصة بين المطالبتين بحيث يكون ما يتم تعويض شركة الراجحي للصرافة والتجارة ( تحت التصفية ) عنه مبلغ ٥٨,٥٢٩,٢٦٥ ريال . وتمت الموافقة على المحضر المشار إليه أعلاه من قبل مؤسسة النقد العربي السعودي . وقد تم تحميل مصاريف الفترة المنتهية في ١٩٨٨/١٢/٣١ م بمبلغ التعويض .

## إيضاح (٣) أهم السياسات المحاسبية :

**أ - اللوائـــح :**

تتبع الشركة - فيما يتعلق بإعداد القوائم المالية - التعليمات الصادرة عن مؤسسة النقد العربي السعودي ونظام مراقبة البنوك ونظام الشركات السعودي .

**ب - السنة المالية :**

تبدأ السنة المالية للشركة في اليوم الأول من شهر يناير الموافق (١ الجدي) وتنتهي في اليوم الأخير من شهر ديسمبر الموافق (١ الجدي) من كل سنة ميلادية على أن السنة المالية الأولى للشركة تشمل الفترة من تاريخ بدء عمل الشركة وهو ١٩٨٨/٣/١٩ م الموافق ١٤٠٨/٨/١ هـ وحتى نهاية ديسمبر من العام نفسه .

**جـ - العرف المحاسبي :**

تعد القوائم المالية وفقاً لمبدأ التكلفة التاريخية .

**د - احتساب الإيرادات والمصروفات :**

تسجل الإيرادات والمصروفات بموجب قاعدة الاستحقاق .

**هـ - العملات الأجنبية والمعادن الثمينة :**

(١) تحول المعاملات التي تتم بالعملات الأجنبية ومعاملات المعادن الثمينة إلى الريال السعودي بالأسعار السائدة حين إجراء المعاملات . وتحول قيمة الموجودات والمطلوبات المسجلة بالعملات الأجنبية والمعادن الثمينة إلى الريال السعودي بالأسعار السائدة بتاريخ المركز المالي وتظهر الأرباح أو الخسائر الناتجة عن فروقات أسعار العملات الأجنبية والمعادن الثمينة في قائمة الدخل .

(٢) تحول الالتزامات المتعلقة بعقود العملات الأجنبية إلى الريال السعودي بأسعار الصرف المرتبطة بها السائدة في تاريخ المركز المالي وتدرج أي أرباح أو خسائر ناتجة عن ذلك في قائمة الدخل .

**و - مخصص الحسابات المشكوك في تحصيلها :**

تقوم الشركة بدراسة الحسابات المدينة واستثمارات بالمرابحة وتكون المخصصات اللازمة لمواجهة المشكوك في تحصيله منها وتظهر الأرصدة ذات العلاقة في المركز المالي بقيمتها مطروحاً منها المخصصات التي تم تكوينها .

# إيضاحات حول القوائم المالية للفترة المنتهية في ٣١ ديسمبر ١٩٨٨ م

## إيضاح (١) تأسيس الشركة :

تأسست شركة الراجحي المصرفية للاستثمار ( شركة مساهمة سعودية ) وتم الترخيص بإنشائها بالمرسوم الملكي رقم م/٥٩ وتاريخ ١٤٠٧/١٢/٣ هـ . وقد حلت الشركة محل شركة صالح بن عبد العزيز الراجحي وإخوانه ( شركة الراجحي للصرافة والتجارة - سجل تجاري رقم ٩٦٠٠ ) وفقاً لما ورد في الفقرة (٦) من قرار مجلس الوزراء رقم (٢٤٥) وتاريخ ١٤٠٧/١٠/٢٦ هـ . إيضاح (٢) .

وتتمثل أغراض الشركة في مزاولة الأعمال المصرفية والاستثمارية وفقاً لعقد تأسيس الشركة ونظامها الأساسي ولأحكام نظام مراقبة البنوك وقرار مجلس الوزراء المشار إليه أعلاه وتقوم الشركة بمزاولة العمليات المصرفية والاستثمارية لحسابها أو لحساب الغير ، داخل المملكة وخارجها .

## إيضاح (٢) قيمة الموجودات والمطلوبات التي تقرر شراؤها :

تم تشكيل لجنة من أربعة من المؤسسين غير الشركاء في شركة الراجحي للصرافة والتجارة ( تحت التصفية ) بموجب قرار مجلس الوزراء المشار إليه في الإيضاح (١) ( لجنة التقييم ) لتقوم بالاشتراك مع الشركاء في شركة الراجحي للصرافة والتجارة أو من يختارونه بتحديد أصولها وخصومها وحقوقها والتزاماتها التي تقوم شركة الراجحي المصرفية للاستثمار بشرائها على ضوء أغراضها وتقدير القيمة العادلة لذلك ويعتمد ما يتم الاتفاق عليه بقرار من معالي وزير المالية والاقتصاد الوطني على أن يتم ذلك قبل طرح أسهم الشركة للاكتتاب العام . كما نص القرار المشار إليه على أن يبقى الشركاء في شركة الراجحي للصرافة والتجارة مسؤولين بالتضامن عن الموجودات والمطلوبات والحقوق ، والالتزامات التي لا يتقرر انتقالها لشركة الراجحي المصرفية للاستثمار .

وقد قامت اللجنة بتحديد الموجودات والمطلوبات التي يتم شراؤها وأسلوب تحديد قيمتها في محضرها المؤرخ في ١٤٠٨/٦/١ هـ . على أن تكون النتائج والأرصدة الظاهرة في المركز المالي في ١٤٠٨/٧/٣٠ هـ المعتمدة من مؤسسة النقد هي التي على أساسها يتم التحويل . ويبين المركز المالي الوارد أدناه الموجودات والمطلوبات التي تم شراؤها وفقاً لما ورد في محضر لجنة التقييم المؤرخ في ١٤٠٩/١١/٢٤ هـ الموافق ١٩٨٩/٦/٢٧ م .

| | ريال سعودي |
|---|---|
| **أ - الموجودات** | |
| النقد في الصندوق ولدى البنوك | ٨٣٥,٧١٥,١١٠ |
| استثمارات إسلامية | ١٢,٥٩٥,٦٤٦,٦٨٤ |
| الحسابات الجارية للعملاء | ٣١٦,١٦١,١٥٣ |
| موجودات أخرى | ١٢٢,٨٩٣,٩٨١ |
| الأراضي ومباني الشركة | ١٥٠,١٨٤,٦٩٠ |
| أرض الحكر ببريدة | ٢,٣٢٧,٧٩٤ |
| أثاث وتجهيزات ( موجودات ثابتة أخرى ) | ٤٧,٩٠٠,٠٠٠ |
| مستودعات | ٢,٩٠١,٦٧٧ |
| مصاريف تأسيس الشركة الجديدة | ٢,٩٨٨,٩٦٨ |
| الشركتان التابعتان في لندن وهولندا | ٣,٠٢٣,٠٥٧ |
| إجمالي الموجودات المشتراة | ١٤,٠٧٩,٧٥٠,١١٤ |
| **ب - المطلوبات :** | |
| حسابات مكشوفة لدى البنوك | ١,٣٩٨,٣١٨,٥١٣ |
| حسابات جارية دائنة | ١٢,٨٥٦,٣١٠,٢٢٧ |
| مطلوبات أخرى | ٣٤٥,٤٠١,٢١٠ |
| إجمالي المطلوبات المشتراة | ١٤,٦٠٠,٠٢٩,٩٥٠ |