# Exhibit 3
## Part 8 of 9



## قائمة الدخل والأرباح المبقاة للفترة من ١٩٨٨/٣/١٩ م إلى ١٩٨٨/١٢/٣١ م

| | ريال سعودي (بالآلاف) | إيضاح | |
|---|---|---|---|
| | | | دخل العمليات: |
| | ٧٤٠,٢٦ | | عائد استثمارات بالمرابحة |
| | ٣,٩٣٧ | | عائد استثمار أموال الاكتتاب العام |
| | ٣,٩٣١ | | أتعاب إدارة أموال المضاربة |
| | ٥٥,٢٤٣ | | فروق العملة |
| | ٢٩,٦٩٥ | | أخرى |
| ٨٥٩,٨٠٢ | | | |
| ٨,٤٩٨ | | | مصاريف العمليات |
| ٨٥١,٣٠٤ | | | إجمالي الدخل |
| | | | **المصاريف الإدارية** |
| | ١٣٥,١٦٧ | | رواتب ومافي حكمها |
| | ١٤,١٨١ | | إيجارات مباني |
| | ١,٥٣٩ | | تليفون وتلكس وبرق وبريد |
| | ٣٢,٤٦٨ | | مصاريف تشغيلية أخرى |
| | ١٩,٣٨٨ | | استهلاكات وإطفاء |
| | ٥,٩٧٩ | | الأعمال الخيرية |
| | ٨٤٠ | | مكافأة وبدلات أعضاء مجلس الإدارة |
| | ٥٨,٥٢٩ | (٢) | تعويض الشركاء في شركة الراجحي للصرافة والتجارة |
| ٢٦٣,١٤٢ | | | |
| ٥٨٨,٢٦٢ | | | صافي دخل الفترة |
| | | | **الأرباح المبقاة:** |
| ٥٨٨,٢٦٢ | | | صافي دخل الفترة |
| | | | يخصم: |
| | ١٤٧,٠٦٥ | | المحول إلى الاحتياطي النظامي |
| | ٢٥٠,٠٠٠ | | المحول إلى الاحتياطي العام |
| | ١١٢,٥٠٠ | | الأرباح المقترح توزيعها |
| ٥٠٩,٥٦٥ | | | |
| ٧٨,٦٩٧ | | | الأرباح المبقاة |

تعتبر الإيضاحات المرفقة من (١) إلى (١٢) جزءاً لا يتجزأ من القوائم المالية

١٧

## قائمة المركز المالي كما في ٣١ ديسمبر ١٩٨٨ م

| ريال سعودي (بالآلاف) | إيضاح | الموجودات |
|---|---|---|
| ٣٨٨،٧٥١ | (٥) | النقد والمعادن الثمينة في الصندوق |
| | (٦) | ودائع لدى مؤسسة النقد العربي السعودي: |
| ٨٣١،٧١٥ | | نظامي |
| ١،٦٠٣ | | جارية |
| ٨٥٧،٧٧٤ | | مطلوبات من البنوك |
| ٣٧٦،٢٢٨ | | معادن ثمينة |
| ١١،٧٥٧،٣٥٨ | (٧) | استثمارات بالمرابحة |
| ١١٧،٤٤٩ | | حسابات جارية للعملاء |
| ١٨٤،٥٧٨ | (٨) | الموجودات الثابتة (صافي) |
| ٩٠،١٧ | | موجودات أخرى |
| ٢٧٩،٧٧٧ | (٩) | مصاريف التأسيس والمصاريف المؤجلة |
| ٣٧٨،٨٢٥ | (٩) | أرصدة مدينة أخرى |
| | | شركة الراجحي للصرافة والتجارة (تحت التصفية) |
| ١٥،٤٥٤،٩٩٢ | | |

### حقوق المساهمين

| | | |
|---|---|---|
| ٧٥،٠٠٠ | (٥١) | رأس المال |
| | | الاحتياطات |
| ١٤٢،٦٠ | (٥٢) | الاحتياطي النظامي |
| ٣٥،٠٠٠ | (٥٣) | احتياطي عام |
| ٧٨،٦١٧ | | أرباح مبقاة |

### المطلوبات

| ١١٧،٨٣٣،٨١٥ | | حسابات العملاء الجارية |
| ٢٨٢،٠٧٢ | | حسابات أخرى (شاملة تأمينات الاعتمادات والأمانات والشيكات المعتبرة والحوالات) |
| ١٤٥،١٧ | | مطلوبات للسوق |
| | | مطلوبات أخرى |
| ١٣،٠٥٠ | (٣) | الأرباح المقترح توزيعها |
| ٣،٠٥٩،٧٣ | | أرصدة دائنة أخرى |
| ١٥،٤٥٤،٩٩٢ | | |

### حسابات نظامية

| ٧٢٦،٢٧١ | (١٥) | أموال المضاربة |
| ١٣،١٩١،١٧٧ | (١٥) | خطابات ضمان واعتمادات مستندية والتزامات أخرى |
| ١٣،٩١٧،٤٤٨ | | |

تعتبر الإيضاحات المرفقة من (١) إلى (١٦) جزءاً يتجزأ من القوائم المالية

١٦



**الخـاتمـة :**

في ختام هذا التقرير يطيب للمجلس أن يتقدم بخالص الشكر والتقدير إلى خادم الحرمين الشريفين الملك المفدى وإلى ولي عهده الأمين النائب الأول لرئيس مجلس الوزراء ورئيس الحرس الوطني وإلى النائب الثاني لرئيس مجلس الوزراء ووزير الدفاع والطيران والمفتش العام وإلى حكومتنا الرشيدة على كل ما بذلوه من جهد ودعم لتأسيس وقيام هذه الشركة الفتية لتساهم في نمو ودعم الاقتصاد الوطني من أجل تنمية مملكتنا الحبيبة ، كما نخص بالشكر وزارة المالية والاقتصاد الوطني ممثلة بمعالي الشيخ محمد أبا الخيل ووزارة التجارة ممثلة بمعالي الشيخ سليمان السليم ومؤسسة النقد العربي السعودي ممثلة بمعالي المحافظ حمد السياري وأصحاب الفضيلة رئيس وأعضاء الهيئة الشرعية للشركة .

كما نشكر جميع العاملين بالشركة لجهودهم الطيبة وتفانيهم المستمر في إنجاز المهام المناطة بهم لتنفيذ أهداف الشركة وتحقيق تقدمها وازدهارها وتلبية خدمات عملائها . ولا يفوتنا هنا أن نسجل الشكر والتقدير لعملائنا ومراسلينا في الداخل والخارج على ثقتهم وتجاوبهم الأكيدين اللذين كان لهما الأثر في مواصلة شركتنا خطاها من أجل خدمة الوطن والمواطنين والمقيمين .

نسأل الله أن يسدد خطى الجميع لما فيه خير الوطن والمواطنين . والله ولي التوفيق والسلام عليكم ورحمة الله وبركاته ،،،

مجلس الإدارة

١٥

### اختيار موقع للإدارة العامة للشركة :

تهدف الشركة إلى شراء أرض في موقع متميز يكون مقرا للإدارة العامة للشركة والإدارة الإقليمية لمنطقة الرياض والفرع الرئيسي النموذجي بالإضافة إلى الخدمات المساندة للشركة . ومن المتوقع أن يتم خلال السنة المالية القادمة ١٩٨٩ م البت في الموقع المناسب والبدء في التصاميم والمخططات التنفيذية بحول الله .

### مكافآت وبدلات أعضاء مجلس الإدارة :

استنادا إلى ما جاء في المادة (١٩) من النظام الأساسي للشركة بلغ إجمالي مكافآت وبدلات أعضاء مجلس الإدارة ٨٤١,٤٥٨ ريال ، كما أن المجلس لا يتقاضى أي أتعاب خلاف ما نص عليه نظام الشركة الأساسي ولم يتم صرف مكافأة للمدير العام والعضو المنتدب وفق ما نصت عليه أحكام المادة (٢٢) من النظام الأساسي ، حيث إنه قد تبرع بجهده في دعم وتنمية الشركة إيمانا منه بالأهداف النبيلة التي تسعى الشركة لتحقيقها فجزاه الله خيرا .

### مقترحات مجلس الإدارة :

يقترح مجلس الإدارة على حضراتكم ما يلي :

١ ـ التصديق على الميزانية العمومية وحساب الأرباح والخسائر .

٢ ـ الموافقة على ما ورد بتقرير مجلس الإدارة وإبراء ذمة أعضاء مجلس الإدارة عن أدائهم خلال الفترة المالية المنتهية في ١٩٨٨/١٢/٣١ م .

٣ ـ الموافقة على اقتراح مجلس الإدارة بشأن توزيع أرباح عام ٨٨ بعد شهر من تاريخ هذه الجمعية .

٤ ـ إعادة اختيار مكتب عبد العزيز الراشد ومكتب وني مري وشركاهم مراقبين لحسابات الشركة لعام ١٩٨٩ م أو اختيار غيرهم وتحديد أتعابهم .

١٤





استخدام الشركة للحاسب الآلي وماكينات الصرف الآلي :

تجاوبا مع متطلبات العمل المصرفي وانسجاما مع أهداف وسياسة الشركة نحو تطوير خدماتها المقدمة للجمهور فإن الشركة تسعى جاهدة لاستخدام الحاسب الآلي وربط الفروع بشبكة آلية في المستقبل واستخدام ماكينات الصرف الآلي ، هذا بالإضافة إلى تطوير وتحسين نظام الحاسب الآلي المستخدم في الإدارة العامة . ومن المتوقع أن يتم خلال السنة المالية ١٩٨٩ م البدء في الخطوات التنفيذية في هذا المجال .



مجموع فروع الشركة ٢٢٨ فرعاً
حتى نهاية عام ١٩٨٨



## الإدارات الإقليمية

**(١٥)** الإدارة الإقليمية الرياض وتوابعها
العنوان : الرياض ١١٤١١ ص. ب ٢٨
تليفون ٤٠٥٤٢٤٤ – فاكس ٤٠٤٤٦٣١

**(٣١)** الإدارة الإقليمية لمنطقة المدينة والشمال
العنوان : المدينة المنورة ص. ب ٦٢٢
تليفون ٨٣٨٨٠٦٨ – فاكس ٨٣٨٧٧١١

**(٤٤)** الإدارة الإقليمية للمنطقة الغربية
العنوان : جـدة ٢١٤٢١ ص. ب ٦٠٥
تليفون ٦٤٣٤١٢٢ – فاكس ٦٤٣٤٠٢٢

**(٣٤)** الإدارة الإقليمية لمنطقة القصيم وحائل
العنوان : بريـدة ص. ب ٣٠
تليفون ٣٢٣١٠٩٩ – فاكس ٣٢٤٩٧٩٤

**(٣٢)** الإدارة الإقليمية للمنطقة الشرقية
العنوان : الدمام ٣١٤٤٢ ص. ب ٦٠٣٠
تليفون ٨٢٦١٦٥٩ – فاكس ٨٢٧٥٠٦٨

**( )** الإدارة الإقليمية للمنطقة الجنوبية
العنوان : أبهـا ص. ب ٨٠٨
تليفون ٢٢٤٢١٩١ – فاكس ٢٢٤٣١٣٦

١٢





التوزيع النسبي للفروع حسب الإدارات الإقليمية

**شبكة الفروع :**

إن السياسة المعتمدة للشركة هي أن تكون خدماتها المصرفية في متناول الجميع بيسر وسهولة وأن تقدم هذه الخدمة للمواطن والمقيم كلا في موقعه بدون عناء . ولتحقيق هذه السياسة لابد للشركة من افتتاح فروع جديدة في معظم المدن والمناطق التي تتطلب هذه الخدمة . وقد بلغت فروع الشركة حتى تاريخ إعداد هذه الميزانية ٢٢٨ فرعا بالإضافة إلى ست إدارات إقليمية . ولقد تقدمت الشركة إلى مؤسسة النقد بطلب فتح مجموعة من الفروع في عدة مناطق من مناطق المملكة وذلك حرصا من الشركة على توصيل خدماتها المصرفية لكل مواطن في أي منطقة من بلادنا الحبيبة .



١١

التــدريب :

تولى إدارة الشركة أهمية خاصة لتدريب الموظف بعد التحاقه بالعمل ، لذلك فإن للشركة مركز تدريب رئيسي بالرياض ومراكز تدريب أخرى بمدينتي جدة والدمام أنشأت خصيصا لتقوم بهذه المهمة . وتعقد هذه المراكز دورات منهجية تتناسب مع جميع فئات العاملين كل حسب مستواه ، وكذلك يتم في هذه المراكز تعليم اللغة الإنجليزية . هذا بالإضافة إلى انتداب بعض الموظفين السعوديين لحضور الدورات التدريبية التي تعقد في معهد الإدارة العامة ومعهد التدريب المصرفي التابع لمؤسسة النقد الذي يشمل على كثير من الدورات المتخصصة في المجال المصرفي .






١٠