# Exhibit 4

 



# Third Harvard University Forum on Islamic Finance

### Islamic Finance: Local Challenges, Global Opportunities

**Harvard University**
**Cambridge, MA, USA**
**October 1, 1999**

- About the Project
- Forum
- Publications
- Research
- Outreach
- Project Sponsorship
- Links
- iDataBank

The Third Harvard University Forum on Islamic Finance was held at the Harvard University campus in Cambridge, Massachusetts, on Friday, October 1, 1999. In keeping with the precedent established by earlier Forums, the Third Forum continued to break new ground in the increasingly important field of Islamic finance. The Forum enjoyed the participation of over 150 banking and financial industry professionals, gathered in the world's premier academic environment. Academics, students, and community members brought attendance of the Forum to over 250 individuals. The conference's broad theme, "Local Challenges, Global Opportunities," combined with focused papers to describe an Islamic financial sector that has risen to the most sophisticated planes of research. Topics ranged from the theoretical to the practical), with much in between. The complexity and diversity of the papers presented reflected a revitalized commitment to raising the bar of research and development in Islamic finance.

The conference had two plenary sessions on the morning of October 1, 1999, and continued after lunch with two sets of three simultaneous sessions. The early morning sessions were chaired by Samuel L. Hayes, Professor Emeritus at the Harvard Business School. After a welcome from Thomas D. Mullins, Executive Director of HIFIP, the conference was opened by Mohamed Al Faisal Al Saud, Chairman of Dar Al-Maal Al-Islami Trust and a pioneer of Islamic finance. Al Saud briefly covered the history of Islamic finance, from its inception to the present day, and drew parallels between the motives, modes, and benefits of conventional and Islamic finance. He also highlighted the benefits that Islamic finance is likely to bring when practiced in western nations. Nizam Yaquby, the *Shari'a* keynote speaker, highlighted the essential conditions for conventional banks to offer Islamic finance. M. Nejatullah Siddiqi, a renowned Islamic economist at King Abdulaziz University in Saudi Arabia, offered valuable insights into how Islamic finance reduces instability in financial markets and how exchange-rate fluctuations affect developing countries.

The second morning session, "Islamic Finance: Current Trends and Future Outlook," featured papers covering the views of both practitioners and large institutions on the future of Islamic finance. I. Malcolm Burnett, President and CEO of HSBC Bank USA, highlighted emerging trends and opportunities in the Islamic finance industry and the role HSBC is playing in the area. David Moran, President of Dow Jones Indexes, discussed the reasons for launching the new Dow Jones Islamic Index (DJII), marking the growing importance of Islamic finance in the Untied States and other western markets and reflective of the anticipated progress of the sector as a whole. Abdullah Sulaiman Al Rajhi, General Manager of Al Rajhi Banking and Investment Corporation, noted that large Middle Eastern Islamic financial institutions have been in the arena for a long time, and emphasized the global opportunities existing today and the impact of technological advances in today's environment.

The simultaneous sessions in the afternoon covered several specialized topics in depth. In

the field of Islamic economics, Mahmoud El-Gamal of Rice University discussed the work of Ibn Rushd, how *riba* and *gharar* are essentially prohibitions for trading in credit and risk respectively, and that the two can be extended to show that their purpose is to increase efficiency. El Gamal also discussed that the simplified economic analysis suggesting that credit and risk can be properly priced is inapplicable in the current economic environment. Ramin Cooper Maysami of the Nanyang Business School in Singapore drew lessons on Islamic banking and monetary policy based on the Iranian experience. After covering the means of monetary policy available despite the absence of interest-based mechanisms, Maysami explained how central banks could conduct policy using Islamic modes of bank financing to supplement conventional monetary policy tools. Abdullah Yavas of Penn State University presented a paper on experimental tests of the *homo economicus*-the rational and self-interested individual whose prevalence is among the assumptions central to mainstream economic theory. He also noted some assumptions of neoclassical economic theory and how they would play out in research on Islamic economics.

Several papers on the *Shari'a* were presented at the Forum as well. Especially notable was Gohar Bilal's presentation explaining the concept of partnership as uniquely dealt with in Islamic law. Bilal, a Visiting Research Scholar at HIFIP, proceeded to apply the Islamic principles of partnership to the design of an Islamic financial product. Shaikh Abdul Hamid of New Hampshire College provided an analytical review of Islamic issues involved when investing in equities. Hamid examined various industries and stocks in which Islamic law permits investment, highlighting critical accounting issues requiring additional exploration. Michael J.T. McMillen, a partner at the law firm of King & Spalding, summarized the principal elements, development, and implementation of the *rahn-'adl* collateral security structure for the Saudi Chevron petrochemical project, developed with particular sensitivity to the requirements of the Hanbali school of Islamic jurisprudence. In addition to covering describing the deal and the economic environment in which it was conducted, McMillen noted how the *rahn-'adl* structure has been refined in subsequent financings and how the structure is being used in other types of financings.

Practitioners and academics had ample time at the Forum to present their views on the cutting edge of the practice of Islamic finance itself. Andrew Cunningham of Moody's Investors' Service raised important questions analyzing the financial strength of Islamic financial institutions. Cunningham argued that rating agencies such as Moody's are qualified to rate Islamic financial institutions, and that differences lie only in the requirement to understand the structure of particular financial instruments and the ethical requirements of Islamic bankers. At the global level, Iqbal Ahmad Khan, Managing Director of HSBC Global Islamic Finance, suggested that a supporting framework and regulations are important in taking Islamic finance to the next stage of its evolution. Gradualism and implementation of a Shari'a-based system of corporate governance are advised in the discussion of the monetary, fiscal, and regulatory measures required to make Islamic finance successful. On the subject of debt instruments, Saiful Azhar Rosly and Mohd. Azmi Omar, of International Islamic University Malaysia, proposed Islamic convertible bonds as an alternative to *bay'al-'inah* and discounted *bay' al-dayn* Islamic bonds. Such bonds are hybrids of *al-qard, al-wadi'ah, al-kafala*, and *al-mudaraba* contracts; Saiful and Azmi Omar argued that Islamic convertible bonds should widen the use of Islamic bonds in Malaysian corporate finance. Robert Toan, General Counsel of the Wafra Investment Advisory Group, explored a vital but hitherto scantily discussed issue: U.S. taxation of Islamic finance. Toan focused on *ijara* specifically and noted that American tax law grants favorable treatment to "finance" leases-those treated as loans for tax purposes. With careful attention to both Islamic law and American tax law and the different factors they emphasize in determining whether the lessor or the lessee is the "owner" of the leased property, *ijara* transactions can be structured to satisfy the *Shari'a* while also securing favorable U.S. tax treatment.

Two papers presented in the realm of actual business models and commercial products are particularly noteworthy. Mohammad Al Omar, Assistant General Manager at Kuwait Finance House (KFH), discussed the workings of Islamic project finance in a case study of the Equate Petrochemical Company, which used an Islamic lease facility as part of its larger long-term financing package, where KFH underwrote, arranged, and syndicated the Islamic portion of the deal. The success of this project signals the debut of a new era of Islamic long-term financing in conjunction with conventional facilities. Khaled R. Al-Hajeri, of the Kuwait *Awqaf* Public Foundation, and Abdulkader Thomas, CEO of Al-Manzil Islamic Financial Services, suggest some ways the *waqf* formula can be applied globally. Although Muslim minorities once enjoyed substantial donations from private and public agencies in the Arabian Gulf region, such gifts have tapered off recently. One reason cited for this troubling trend is a desire by some donors to assure that good causes outlive the ability of any given donor to support them. Al-Hajeri and Thomas covered the goals of a major agency in transitioning from having a large donor and explained why their project is a durable, duplicable model.

The conference concluded with a banquet on the evening of October 1. David G. Mitten, Faculty Advisor to the Harvard Islamic Society, delivered the opening remarks, in which he commented on the Islamic financial community's impressive response to the Harvard Forum, as reflected in the size and quality of the attendance. He ended with an earnest plea for support of the Harvard Muslim community's attempt to build a proper mosque on campus. Muzammil H. Siddiqi, President of the Islamic Society of North America, then discussed the role of organizations such as ISNA and Harvard in developing a deeper appreciation of Islamic finance. Siddiqi explained that Harvard can help fulfill the need for pure research, while ISNA is particularly well placed to educate the North American Muslim community on the importance of Islamic finance. Taha Abdul-Basser, a Ph.D. student at Harvard and Coordinator of Software Development for HIFIP, gave a brief presentation on the HIFIP *DataBank* and unveiled HIFIP's Internet initiative to take its *DataBank* online and make it even more accessible to the Islamic financial community. The *iDataBank* was developed, and is maintained, by [Buraq Integrated Solutions](#) of Rawalpindi, Pakistan. Nazim Ali, HIFIP's Director of Operations, closed by thanking the sponsors, speakers, attendees, and HIFIP staff instrumental in the success of the Third Harvard University Forum on Islamic Finance.

# Organized by

## *Harvard Islamic Finance Information Program*
### *Center for Middle Eastern Studies*

## *Islamic Legal Studies Program*
### *Harvard Law School*

## *Harvard Islamic Society*
### *Harvard-Radcliffe Colleges*

# Lead Sponsors

## *Al Baraka Investment and Development Company*
### *Jeddah, Saudi Arabia*

*Crescent Capital Management, LLC*
Chicago, Illinois

*Dar Al-Maal Al-Islami Trust*
Geneva, Switzerland

*HSBC Bank USA and HSBC Global Islamic Finance*
Buffalo, New York and London, England

*First Islamic Investment Bank E.C.*
Manama, Bahrain

*The International Investor*
Safat, Kuwait

## Associate Sponsors

*Citi Islamic Investment Bank E.C.*
Manama, Bahrain

*Wafra Investment Advisory Group, Inc.*
New York, New York

*Wellington Management Company, LLP*
Boston, Massachusetts

*Islamic Cooperative Housing Corporation, Ltd.*
Toronto, Ontario

## Third Forum Program of Events

**7:30 a.m. Registration, Austin Hall, Harvard University**

**8:30 a.m. to 10:00 a.m. Opening Session**

**Introduction**
**Taha Abdul-Basser (Graduate Advisor, Harvard Islamic Society)**

**Welcome**
**Thomas D. Mullins (Executive Director, Harvard Islamic Finance Information Program)**

**Forum Chairman's Address**
**Samuel L. Hayes, III (Jacob Schiff Professor Emeritus, Harvard Business School)**

**Forum Opening Address**
**Mohamed Al Faisal Al Saud (Chairman, Dar Al-Maal Al-Islami Trust)**
*A Review of Islamic Finance*

**Keynote Speaker: The *Shari'ah***
*Nizam Yaquby (Shari'ah Advisor)*
*The Required Conditions for Conventional Banks to Establish Islamic Banks, Windows, or Funds*

**Keynote Speaker: Islamic Economics**
M. Nejatullah Siddiqi (Professor of Economics, King Abdulaziz University)
*Islamic Finance and Beyond: Premises and Promises of Islamic Economics*

**10:00 a.m. to 10:30 a.m. Break**

**10:30 a.m. to 12:15 p.m. Islamic Finance: Current Trends and Future Outlook**

**Chairman: Samuel L. Hayes, III** (Jacob Schiff Professor Emeritus, Harvard Business School)

> **I. Malcolm Burnett** (President and Chief Executive Officer, HSBC Bank USA)
>
> *Emerging Trends and Opportunities in the Islamic Finance Industry*
>
> **David E. Moran** (President, Dow Jones Indexes)
>
> *The Role of the DJIM Index in Islamic Finance*
>
> **Abdullah Sulaiman Al Rajhi** (Director and General Manager, Al Rajhi Banking and Investment Corporation)
>
> *Islamic Banks: Technology and Global Challenges and Opportunities*

**12:15 p.m. to 2:15 p.m. Lunch**

**2:15 p.m. to 4:00 p.m.** **Simultaneous Session A:** *Shari'ah* **Issues in Islamic Finance**

**Chairman: Nizam Yaquby** (*Shari'ah* Advisor)

> **Gohar Bilal** (Visiting Research Scholar, Harvard Islamic Finance Information Program)
>
> *Different Forms of Partnerships under Islamic Law: A Brief Overview*
>
> **Michael J.T. McMillen** (Partner, King & Spalding)
>
> *A* Rahn-'adl *Collateral Security Structure for Project and Secured Financings*
>
> **Shaikh Abdul Hamid** (Assistant Professor of Finance, New Hampshire College)
>
> *Investing in Equities: Some Issues from the Islamic Perspective*

**2:15 p.m. to 4:00 p.m.** **Simultaneous Session B:** **Islamic Economics and Finance**

**Chairman: M. Nejatullah Siddiqi** (Professor of Economics, King Abdulaziz University)

> **Mahmoud A. El-Gamal** (Professor of Islamic Economics, Finance, and Management, Rice University)
>
> *An Economic Explication of the Prohibition of* Riba *in Classical Islamic Jurisprudence*

**Mohammed Obaidullah** (Associate Professor, Xavier Institute of Management)

*Designing Islamic Contracts for Financing Infrastructure Development*

**Waleed El-Ansary** (School of Islamic and Social Sciences)

*Recovering the Islamic Economic Intellectual Heritage: Problems and Possibilities*

**Abdullah Yavas** (Associate Professor of Business Administration, Penn State University)

*Experimental Tests of the* Homo Economicus*: The Implications for the Research on Islamic Economics*

**2:15 p.m. to 4:00 p.m.** Simultaneous Session C: **Venture Capital and Partnership Finance**

**Chairman: Yahia Abdul-Rahman** (Founder, American Finance House - LARIBA)

**Ibrahim Warde** (Lecturer, University of California, Berkeley)

*The Revitalization of Islamic Profit- and Loss-sharing*

**Koshy Zacharia Karuvelil** (Financial Controller, The International Investor)

*Trends in Islamic Banking*

**Masudul Alam Choudhury** (Professor of Economics, King Fahd University of Petroleum and Minerals)

*Islamic Venture Capital: A Critical Examination*

**Mohammad S. Al Omar** (Assistant General Manager, Kuwait Finance House)

*Islamic Project Finance: A Case Study of the Equate Petrochemical Co.*

**Rudy Yaksick** (Principal, Financial Engineering and Risk Management)

*The Islamic Commodity Trust: With Application to Crude Oil Forward Sales*

**4:00 p.m. to 4:30 p.m. Break**

**4:30 p.m. to 6:30 p.m. Simultaneous Session A:** *Waqf* **and Property**

**Chairman: Mahmoud A. El-Gamal** (Professor of Islamic Economics, Finance, and Mgmt., Rice University)

**Monzer Kahf** (Formerly of the Islamic Development Bank)

*Toward the Revival of* Awqaf*: A Few* Fiqhi *Issues to Reconsider*

**Khaled R. Al-Hajeri** (Deputy Secretary General for Investment, Kuwait *Awqaf* Public Foundation)

**Abdulkader Thomas** (Chief Executive Officer, Al Manzil Islamic Financial Services)

*Applying* Waqf *Formula on a Global Basis*

**M.A. Mannan** (Founder Chairman, Social Investment Bank Ltd.)

*Cash*-waqf *Certificate: Global Opportunities for Developing the Social Capital Market in 21st-century Voluntary-sector Banking*

**Abdel-Hameed M. Bashir** (Assistant Professor of Applied Economics, Grambling State University)

*Property Rights in Islam*

**4:30 p.m. to 6:30 p.m.** Simultaneous Session B: **Taxation, Ratings, and Capital Markets**

**Chairman: Saleh J. Malaikah** (Chief Executive Officer, Al Baraka Investment and Development Company)

**Robert W. Toan** (General Counsel, Wafra Investment Advisory Group, Inc.)

*Cross-border* Ijara*: A Case Study in the U.S. Taxation of Islamic Finance*

**Andrew Cunningham** (Vice President and Senior Credit Officer, Moody's Investors' Service)

*Analyzing the Creditworthiness of Islamic Financial Institutions*

**Saiful Azhar Rosly** (Associate Professor of Economics, International Islamic University)

**Mohd. Azmi Omar** (Dean of Kulliyyah of Economics and Management Science, International Islamic University)

*Islamic Convertible Bonds: An Alternative to* Bay'al-'Inah *and Discounted* Bay' al-Dayn *Islamic Bonds for the Global Islamic Capital Market*

**A. Rushdi Siddiqui** (Director, Islamic Index Group, Dow Jones Indexes)

*Dow Jones Islamic Market Index: Transparency and Accountability in Islamic Asset Management*

**4:30 p.m. to 6:30 p.m.** Simultaneous Session C: **Islamic Finance around the World**

**Chairman: Benjamin C. Esty** (Associate Professor, Harvard Business School)

**Iqbal Ahmad Khan** (Managing Director, HSBC Global Islamic Finance)

*Creating the Country Framework for the Success of Islamic Finance*

**Yahia Abdul-Rahman** (Founder, American Finance House - LARIBA)

**Mike Abdelaaty** (President, American Finance House - LARIBA)

**Gary S. Findley** (President, The Findley Company)

*The Challenges of Offering a LARIBA Products and Services Window in an American Bank*

**Ramin Cooper Maysami** (Assistant Professor, Nanyang Business School)

*Islamic Banking and the Conduct of Monetary Policy: Lessons from the Islamic Republic of Iran*

**Md. Abdul Awwal Sarker** (Joint Director, Research Department, Bangladesh Bank)

*Islamic Banking In Bangladesh: Growth, Structure, And Performance*

**6:30 p.m. to 7:30 p.m. Tour of Harvard University**

**7:30 p.m. Reception and Banquet**

**Opening Remarks**
**David Gordon Mitten** (Faculty Advisor, Harvard Islamic Society)

**Banquet Speaker**
**Muzammil H. Siddiqi** (President, Islamic Society of North America)

**HIFIP *DataBank* Presentation**
**Taha Abdul-Basser** (Graduate Advisor, Harvard Islamic Society)