# Exhibit 1



| Name | Number |
|---|---|
| Atif | 974-504887 |
| Suleiman school | 852790 |
| A. Khadija | 004917184880... |
| ALI DERE | 223159 |
| Ahmed West | 8528445 / 3435552 |
| Abdo Hilali | 40702 |
| Ali Gap | 216426 / 712453 hm |
| | 336058 Fax |
| Acharia Travel (sangita) | 220960 |
| Mob. Karin | 0811325331 |
| Adam Ali Abdullah (MP) | 506153 |
| Ahmad Younis | 501319/60 |
| Awad Khadig | 49 722 81272 |
| Abdul Wahab | 318 2338283 |
| P.O. Box 51965. Laf. La. 70505 | |
| Air E. Africa (cap. Kariski) | 242320 |
| Ahmad (Damas) | 963 1166 21178 |
| Airport info. | 822111 |
| Adly (Dr.): | 49 731 88199 / 399 / 88200 Fax |
| Abdullahi Aladi | 252778 / 332383 ext. 34536 |
| Ashif (mwanza) | 0684125 3 |
| Ahmad Fofana | 603007 |
| Alu Almutaz | 85228159765 office |

04-GBD-SN Document 1036-2 Filed 07/0

- Alacli (inspector) 802733 ext 270
- Abdulkadir Hilal 068-4070 2/42268
- (صوت) سيد. P (952) 254 12 724 hm
- 28159760    28159768 Fx
- Angela    61398678002
-                98200280
- Abdul Rahman Karim 071208051
- ABU KIFAH  FAX·85224165183
- Al Rajhi Saleh 966431 7412
- A. H. Bakair Box 17447
- A. Hasan 541968/542046
- AWISH (Painting) 215345
- A

```
                                                                      1071

 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x

 3   UNITED STATES OF AMERICA

 4          v.                              S(7) 98 Cr. 1023

 5   USAMA BIN LADEN, et al.,

 6               Defendants.

 7   ------------------------------x

 8
                                            New York, N.Y.
 9                                          February 21, 2001
                                            9:45 a.m.
10

11

12   Before:

13                      HON. LEONARD B. SAND,

14                                          District Judge

15

16

17

18

19

20

21

22

23

24

25
```

```
                                                                      1072

 1                         APPEARANCES

 2   MARY JO WHITE
          United States Attorney for the
 3        Southern District of New York
     BY:  PATRICK FITZGERALD
 4        KENNETH KARAS
```

```
             PAUL BUTLER
   5         Assistant United States Attorneys

   6

        ANTHONY L. RICCO
   7    EDWARD D. WILFORD
        CARL J. HERMAN
   8         Attorneys for defendant Mohamed Sadeek Odeh

   9    FREDRICK H. COHN
        DAVID P. BAUGH
  10         Attorneys for defendant Mohamed Rashed Daoud Al-'Owhali

  11    DAVID STERN
        DAVID RUHNKE
  12         Attorneys for defendant Khalfan Khamis Mohamed

  13

        SAM A. SCHMIDT
  14    JOSHUA DRATEL
        KRISTIAN K. LARSEN
  15         Attorneys for defendant Wadih El Hage

  16

  17

  18

  19

  20

  21

  22

  23

  24

  25


                                                                    1075



   1            (Trial resumed)

   2            (Pages 1073-1074 filed under seal)

   3            (Recess)

   4            (In open court; jury not present)

   5            THE COURT:  I have reviewed the redactions in the

   6    3500 material for Agent Coleman and have found the redactions

   7    to be appropriate.  I had one or two questions which I have

   8    discussed with Mr. Karas and I am satisfied that the

   9    redactions are appropriate.
```

```
10              Anything else before the jury is brought in?  Bring

11   in the jury.

12              This is the only case in the history of this

13   courthouse that starts earlier than scheduled.  The next

14   witness may take the stand.

15              MR. KARAS:  Judge, first we are going to do CNN.

16              THE COURT:  You don't need a witness for that?

17              MR. KARAS:  No.

18              MR. COHN:  Does your Honor know anything further

19   about the juror's funeral plans?

20              THE COURT:  No, he was going to let the marshal know,

21   and I have been advised all sorts of things, but not of that.

22              It gets shown on this?

23              MR. FITZGERALD:  Yes.

24              THE COURT:  Mr. Wilford, I was just wondering about

25   Thursday a week, whether there is any possibility for it to be


                                                               1076


 1   scheduled so that someone else could be covering and the trial

 2   could go forward even in your absence.

 3              MR. WILFORD:  I think that would be possible -- yes.

 4              THE COURT:  There are so many reasons to adjourn.  I

 5   regret, for example, because Norman Ostrow was a friend and

 6   worked with me on the Committee on Jury Studies which I made

 7   reference to.  I really want to have a very restricted view on

 8   when we adjourn.  A juror is scheduling his mother's funeral

 9   so as not to interfere with the trial.

10              (Jury present)

11              THE COURT:  Good morning, ladies and gentlemen.

12              JURORS:  Good morning.

13              THE COURT:  I have been presented with a stipulation.

14   You recall a stipulation is an agreement among counsel, and

15   the stipulation which is Government's Exhibit 33, reads:
```

USA v. Usama Bin Laden - Trial Transcript Day 8                               Page 4 of 10
            Case 1:03-md-01570-GBD-SN   Document 1036-2   Filed 07/07/05   Page 8 of 14

```
16              It is hereby stipulated and agreed by and between the

17   United States of America and all counsel:

18          1.  Government's Exhibit 80 is an authentic copy of a

19   videotape of an interview conducted by representatives from

20   CNN with Usama Bin Laden in Afghanistan on March 20, 1997.

21   Portions of the interview aired on CNN on May 10, 1997 and a

22   transcript of the entire interview later appeared on the CNN

23   Web site.

24          2.  Exhibit 80-T is a fair and accurate translation

25   of the interview that is depicted on Government's Exhibit 80.


                                                                 1077



 1              It is signed by all counsel in the case.

 2              MR. KARAS:  Your Honor, at this time we would offer

 3   both the stipulation and Government's Exhibits 80 and 80-T,

 4   and propose that we play the video.

 5              THE COURT:  So Exhibit 33, the stipulation, and

 6   Exhibit 80 and 80T are received in evidence.

 7              (Government's Exhibits 33, 80 and 80T received in

 8   evidence)

 9              THE COURT:  You may play the tape.

10              MR. KARAS:  Thank you, your Honor.

11              (Videotape played)

12              THE COURT:  All right, that concludes the playing of

13   that exhibit.  The government may call its next witness.

14              MR. KARAS:  Yes, Judge.  The government calls Special

15   Agent Daniel Coleman.

16              (Continued on next page)

17

18

19

20
```

```
                                                          1078
```

1    DANIEL COLEMAN,

2         called as a witness by the government,

3         having been duly sworn, testified as follows:

4    DIRECT EXAMINATION

5    BY MR. KARAS:

6    Q   Good morning.

7    A   Good morning.

8    Q   Can you tell us how you are employed.

9    A   I am a special agent with the Federal Bureau of

10   Investigation.

11   Q   Is that here in New York City?

12   A   Yes, it is.

13   Q   Were you a special agent with the FBI on August 21, 1997?

14   A   Yes, I was.

15   Q   Can you tell the jury where you were on August 21, 1997.

16   A   Nairobi, Kenya.

17   Q   What reason were you in Nairobi, Kenya?

18   A   I was there to assist and participate in the search of a

19   house office in Nairobi.

20   Q   What was the specific address of that location?

21   A   1523 Fedha Estates, Nairobi, Kenya.

22          (Continued on next page)

23

24

25

                                                                    1079

1   Q    And what was your understanding of who was using that

2   location?

3   A    It was used by --

4            MR. DRATEL:  Objection, your Honor, to the form of

5   the question.

6            THE COURT:  Excuse me?

7            MR. DRATEL:  Objection to the form of the question,

8   using the premises.

9            THE COURT:  Restate it.

10  Q    What was your understanding of who was either working out

11  of that location or living at that location?

12  A    Wadih El Hage, among others.

13  Q    Who else was participating in the search?

14  A    Kenyan government officials.

15  Q    And did the search take place on that day?

16  A    Yes, it did.

17  Q    What time of day did the search begin?

18  A    Approximately 4:30 in the afternoon.

19  Q    And when you and Kenya officials went to that location

20  were there people inside?

21  A    Yes, there were.

22  Q    Can you describe the first room of the location at 1523

23  Feda Estates?

24  A    The main door to the house is located towards the center

25  of the house on the porch.  As you walk into the house and you


                                                                    1080

1   enter a room that is apparently being used as an office.

2   There is two desks within the room.  There is a desk directly

3   beyond the door, which is facing sideways, facing out, and

```
 4   there is a desk to the back facing directly towards the door

 5   towards the back entrance.  The desk is located towards the

 6   back entrance of the room.

 7   Q   Were there any telephones in that room?

 8   A   Yes, there were.

 9   Q   Where were they?

10   A   The telephone was located on the rear desk in the back of

11   the room.

12   Q   Now, Agent Coleman, were any items seized from that first

13   room that you just described?

14   A   Yes.  A laptop computer, an Apple laptop computer, some

15   manuals that go along with the computer, some address books,

16   some notebooks, date planner --

17           MR. KARAS:  Your Honor, may I approach the witness?

18           THE COURT:  Yes.

19   Q   Agent Coleman, I placed before you what has been marked

20   for identification as Government Exhibit 300 and ask you to

21   take a look at that.

22   A   Yes.

23   Q   Can you tell us what that is?

24   A   It's a McIntosh Power Book 140.

25   Q   And is that the computer that was taken from that first


                                                          1081


 1   room at the location of the search?

 2   A   Yes, it is.

 3   Q   Is it in substantially the same condition as when you

 4   first saw?

 5   A   Yes, it is.

 6           MR. KARAS:  Your Honor, we offer Government Exhibit

 7   300.

 8           THE COURT:  Received.

 9           (Government's Exhibit 300 received in evidence)
```

10           MR. KARAS:  May I approach the witness, your Honor?

11           THE COURT:  Yes.

12   Q   Agent Coleman, I placed before you what have been marked

13   for identification as Government Exhibit 304, 305, 306, 307,

14   and 309.

15   A   Yes.

16   Q   Will you start with 304 and tell us what that is?

17   A   It's a metal, it's called a phone index.  It pops up based

18   upon the letter that you go to.

19   Q   Is that one of the items that was taken from that first

20   room?

21   A   Yes, it is.

22   Q   Is it in substantially the same condition as when you

23   first saw it?

24   A   Yes, it is.

25   Q   With respect to Government Exhibit 305, can you tell us


                                                              1082


 1   what that is?

 2   A   This is a black planner diary, like a date planner.

 3   Q   And is that also one of the items that was taken from the

 4   first room?

 5   A   Yes, it is.

 6   Q   Is it in substantially the same condition?

 7   A   Yes, it is.

 8   Q   Now, would you tell us what exhibit 306 is, please?

 9   A   306 is a holder for business cards.

10   Q   What color is it?

11   A   Black.

12   Q   And Government Exhibit 307?

13   A   It's a similar item except it's labeled name card holder

14   and it's blue.

```
15   Q    And 308?
16   A    Again, it's a similar item but there one is tan in color
17   green on the inside called a business card file and it
18   contains business cards.
19   Q    Do the two previous exhibits contain business cards as
20   well?
21   A    Yes, they do.
22   Q    Finally, can you tell us what Government Exhibit 309 is?
23   A    309 is a item called a Jambo Diary from 1997 and it's a
24   daily planner.
25   Q    Were all of those items seized in that first room at Feda
```

                                                                    1083

```
 1   Estates?
 2   A    Yes, they were.
 3   Q    Are they in substantially the same condition as when you
 4   first saw them?
 5   A    Yes, they are.
 6             MR. KARAS:  Your Honor, we offer Government Exhibits
 7   304 through 309.
 8             THE COURT:  Yes, received.
 9             (Government's Exhibits 304 through 309 received in
10   evidence)
11   Q    Agent Coleman --
12             MR. BAUGH:  Your Honor, 304 through 309, but there
13   was no mention of 308.  308 is not admitted.
14             MR. KARAS:  I apologize, that's correct.
15             THE COURT:  So it's 304, 5, 6, 7 and 9 are received.
16             MR. KARAS:  Yes.
17   Q    Agent Coleman, was there any other computer equipment that
18   was seized during this search?
19   A    Yes, there was.
20   Q    Can you tell us where that equipment was found?
```

```
21   A   There is a bedroom in the house located directly adjacent
22   to the front room.  The other items were located on the top
23   shelf of a closet within the bedroom directly next to the door
24   into the bedroom.
25   Q   Will you tell us what these items were?
```