# Exhibit 3
## Part 1 of 9

# AL RAJHI BANKING & INVESTMENT CORPORATION



## Annual Report (1408 & 1409) 1988

3967





**AL RAJHI BANKING AND INVESTMENT CORPORATION**

**A SAUDI JOINT STOCK COMPANY**

**HEAD OFFICE:** P.O. BOX 28 RIYADH 11411

**TELEPHONE** 4054244 **FAX** 4032969

**NO. AND DATE OF TRANSFER:**

**ROYAL DECREE NO M/59 DATED 3/11/1407H**

**PAID UP CAPITAL: SR 750,000,000**

**COMMENCEMENT DATE:**

**1/8/1408 H CORRESPONDING TO 19/3/1988**

**C.R. : 1010000096**

REGIONAL OFFICE FOR MEDINAH & NORTH

**MANAGEMENT**
NO. 007 Fax. 8387711 CENTRAL 8388088

**1 - AL-MANAKAH 106**
TEL. 04 8230092
FAX. 04 8233916

**2 - SAHAIMI/MEDINA 152**
TEL. 04 8234240
FAX. 04 8244192

**3 - AIRPORT ST. MEDINA 198**
TEL. 04 8361035
FAX. 04 8386675

**4 - QOBA/MEDINA 218**
TEL. 04 8238125
FAX. 04 8269689

**5 - BAB AL-ANBRIYAH 242**
TEL. 04 8243349
FAX. 04 8222121

**6 - AL-MEDINA (WOMEN BRANCH) 272**
TEL. 04 8269608
FAX. 04 8236925

**7 - MEDINA HOSPITAL 294**
TEL. 04 8230372
FAX. 04 8230372

**8 - TABOUK 109**
TEL. 04 4221544
FAX. 04 4229780

**9 - AL-AMARAH ST. 194**
TEL. 04 4221864
FAX. 04 4226760

**10 - AL-MAHRAJAN/TABOUK 202**
TEL. 04 4227060
FAX. 04 4227060

**11 - YANBU 150**
TEL. 04 3222683
FAX. 04 3226246

**12 - AL-HAIH AL-MALAKIAH/ YANBU 327**
TEL. 04 3211107
FAX. 04 3211042

**13 - AL-GURYAT 111**
TEL. 04 6420235
FAX. 04 6420013

**14 - ARAR 133**
TEL. 04 6631876
FAX. 04 6624120

**15 - AL-JOUF 164**
TEL. 04 6246764
FAX. 04 6241192

**16 - TARIF 165**
TEL. 04 6521880
FAX. 04 6520840

**17 - RAFAHA 169**
TEL. 04 6760264
FAX. 04 6761688

**18 - AL-WAJH 171**
TEL. 04 4422884
FAX. 04 4421873

**19 - TEEMA 178**
TEL. 04 4632946
FAX. 04 4633030

**20 - AL-ULLA 209**
TEL. 04 8840363
FAX. 04 8840359

**21 - DOMAT-AL-JANDAL 213**
TEL. 04 6223414
FAX. 04 6221470

**22 - HAQL 224**
TEL. 04 4530600
FAX. 04 4530584

**23 - BADR 230**
TEL. 04 3321747
FAX. 01 3321743

**24 - AMLAJ 244**
TEL. 04 3822324
FAX. 04 3822328

**25 - KHAIBER 248**
TEL. 04 8821137
FAX. 04 8821827

**26 - TABARJAL 250**
TEL. 04 6281209
FAX. 04 6281636

**27 - AL-HUDAITHA 268**
TEL. 04 6424872
FAX. 04 6424872

**28 - AL-HANAKIYAH 269**
TEL. 04 8620132
FAX. 04 8620467

**29 - DHABA NORTH 283**
TEL. 04 4322867
FAX. 04 4320472

**30 - AL-MAHD 286**
TEL. 04 8681054
FAX. 04 8681988

**31 - AL-YATAMAH 313**
TEL. 04
FAX. 04

Obeikan Company for Printing & Publishing — Riyadh — Tel. : 4783392

**REGIONAL OFFICE FOR RIYADH AND SUBSIDIARIES**

**REGIONAL OFFICE FOR SOUTHERN REGION**

MANAGEMENT
NO. 003 Fax. 4044631 Telephone 4043965

MANAGEMENT
NO. 009 Fax. 07 2243138 CENTRAL. 07 2242191

**1 - DIRA 101**
TEL. 01 4114029
FAX. 01 4117517

**2 - BATHA 106**
TEL. 01 4122249
FAX. 01 4120510

**3 - K. FAISAL SP. HOSPITAL 114**
TEL. 01 441 4709
FAX. 01 4414719

**4 - TRADING CENTRE 116**
TEL. 01 4035711
FAX. 01 4011150

**5 - DAHRAN ST. 125**
TEL. 01 4783615
FAX. 01 4783343

**6 - AL-MALAZ 126**
TEL. 01 4769968
FAX. 01 4768713

**7 - KING FAISAL ST. 127**
TEL. 01 4010541
FAX. 01 4040309

**8 - AL-NASRIYAH 131**
TEL. 01 4013570
FAX. 01 4032464

**9 - HIJAS ROAD 140**
TEL. 01 4560508
FAX. 01 4596932

**10 - AL-SUWAILIM 143**
TEL. 01 4043608
FAX. 01 4043608

**11 - AL-SANAEYAH 149**
TEL. 01 4484102
FAX. 01 4463041

**12 - CENTRAL HOSP. 159**
TEL. 01 4357888
FAX. 01 4357877

**13 - SAHAT AL-ADEL 164**
TEL. 01 4013768
FAX. 01 4013576

**14 - AL-NASEEM 165**
TEL. 01 2313576
FAX. 01 2313057

**15 - AL-OLEYA 166**
TEL. 01 4657084
FAX. 01 4657101

**16 - AL-MOQAIBRAH 168**
TEL. 01 4013602
FAX. 01 4055017

**17 - KING KHALID INTL. AIRPORT 173**
TEL. 01 2202571
FAX. 01 2202592

**18 - AL-MARQAB 174**
TEL. 01 4488126
FAX. 01 4461554

**19 - MANFOUHA 179**
TEL. 01 4467841
FAX. 01 4481048

**20 - AL-MUNTAZAH/RIYADH 182**
TEL. 01 4011432
FAX. 01 4050747

**21 - AL-KHAZAN ST./RIYADH 185**
TEL. 01 4027231
FAX. 01 4041673

**22 - DAWWAR AL-SHIMAISI "WOMEN BRANCH" 186**
TEL. 01 4357854
FAX. 01 4359580

**23 - SULTANAH/RIYADH 195**
TEL. 01 4582584
FAX. 01 4591011

**24 - AL-IMAM/F. BIN TURKI ST./RIYADH 197**
TEL. 01 4124009
FAX. 01 4123426

**25 - AL-MA'AZAR/RIYADH 200**
TEL. 01 4420729
FAX. 01 4421038

**26 - SULAIMANIYAH/RIYADH 203**
TEL. 01 4658270
FAX. 01 4646670

**27 - AL-RAWDAH/RIYADH 204**
TEL. 01 4915184
FAX. 01 4914331

**28 - MUSHRIFA/RIYADH 211**
TEL. 01 4771555
FAX. 01 4780949

**29 - HARAT AL-ONOUZ/RIYADH 215**
TEL. 01 4488204
FAX. 01 4455780

**30 - AL-SHIFA/RIYADH 216**
TEL. 01 4216156
FAX. 01 4213592

**31 - PRINCE SALMAN ST. 229**
TEL. 01 4461449
FAX. 01 4462547

**32 - HARAT ABDULLAH 231**
TEL. 01 4590162
FAX. 01 4572647

**33 - UM AL-HAMMAM 251**
TEL. 01 4821992
FAX. 01 4824451

**34 - AL SABALAH 253**
TEL. 01 4111520
FAX. 01 4118109

**35 - AIRPORT ROAD 260**
TEL. 01 4776057
FAX. 01 4786740

**36 - PRINCE ABDULLAH ST. 261**
TEL. 01 4794432
FAX. 01 4793067

**37 - AL-THALATEEN AL-OLAYA ST. 279**
TEL. 01 4631450
FAX. 01 4652398

**38 - DHARAT AL-BADEYA 282**
TEL. 01 4259852
FAX. 01 4260547

**39 - AL-AHSA ST. 289**
TEL. 01 4789298
FAX. 01 4786962

**40 - KING KHALED SPECIALIST HOSPT. 292**
TEL. 01 4821234
FAX. 01 4821234

**41 - GOBEIRAH 293**
TEL. 01 4469200
FAX. 01 4467288

**42 - RABWAH 296**
TEL. 01 4911913
FAX. 01 4917458

**43 - AL-OLEYA WOMEN BRANCH 317**
TEL. 01 4643210
FAX. 01 4643210

**44 - AL-KHARJ 129**
TEL. 01 5448255
FAX. 01 5449876

**45 - WADI AL-DAWASSIR 135**
TEL. 01 7841096
FAX. 01 7840062

**46 - AL-AFLAJ 142**
TEL. 01 6820520
FAX. 01 6821358

**47 - HOTAT BANI TAMIM 144**
TEL. 01 5550300
FAX. 01 5550398

**48 - SHAGRA 145**
TEL. 01 6221639
FAX. 01 6220696

**49 - AL-GOWAYEEYAH 147**
TEL. 01 6521090
FAX. 01 6521838

**50 - MURRAT 217**
TEL. 01 6231344
FAX. 01 6231395

**51 - AL-MUZAHMIA 219**
TEL. 01 5230040
FAX. 01 5230379

**52 - HURAIMLA 228**
TEL. 01 5260300
FAX. 01 5260284

**53 - AL-SAHNAH 233**
TEL. 01 5410691
FAX. 01 5410725

**54 - AL-HAIR 237**
TEL. 01 4900908
FAX. 01 4900209

**55 - SULAYEL 245**
TEL. 01 7821633
FAX. 01 7821600

**56 - RUMAH 278**
TEL. 01 5521183
FAX. 01 5521106

**57 - AL-DARIYAH 281**
TEL. 01 4861420
FAX. 01 4861526

**58 - DURMA 284**
TEL. 01 5221014
FAX. 01 5221210

**59 - THADIQ 285**
TEL. 01 4439653
FAX. 01 4439287

**60 - ASHAIGAR 297**
TEL. 01 6271585
FAX. 01 6271585

**61 - AL-OYEYNAH 303**
TEL. 01 4657800
FAX. 01 4657600

**62 - AL-KHAIDAH ROAD 305**
TEL. 01 5443067
FAX. 01 5443006

**63 - AL-HARIQ 309**
TEL. 01 5370801
FAX. 01 5370177

**64 - TOMAIR 318**
TEL. 06 4437412
FAX.

**1 - KHAMIS MUSHAIT 107**
TEL. 07 2237425
FAX. 07 2237426

**2 - MEDINA ASKARIYAH RD/KH. MUSHAIT 209**
TEL. 07 2231331
FAX. 07 2230063

**3 - NAJRAN 117**
TEL. 07 5421319
FAX. 07 5421994

**4 - FAISALIYAH/NAJRAN 205**
TEL. 07 5223581
FAX. 07 5221217

**5 - ABHA 110**
TEL. 07 2247553
FAX. 07 2247589

**6 - JIZAN 119**
TEL. 07 3221607
FAX. 07 3221506

**7 - BEESHA 130**
TEL. 07 6226167
FAX. 07 6226670

**8 - BALQURASHI 156**
TEL. 07 7224412
FAX. 07 7220344

**9 - AL-BAHA 177**
TEL. 07 7251087
FAX. 07 7253139

**10 - AL-HAMMAS 193**
TEL. 07 2820051
FAX. 07 2820752

**11 - DHAHRAN AL-JANOUB 220**
TEL. 07 2550471
FAX. 07 2550592

**12 - SABIA 221**
TEL. 07 3261108
FAX. 01 3261104

**13 - ABU AREESH 225**
TEL. 07 3260042
FAX. 07 3260042

**14 - MAHAIL 239**
TEL. 07 2251748
FAX. 07 2251748

**15 - SHAROURAH 241**
TEL. 07 5321243
FAX. 07 5321242

**16 - SARAT ABEEDAH 249**
TEL. 07 2690336
FAX. 07 2590575

**17 - SABT AL-AULA-YA 257**
TEL. 07 6300544
FAX. 07 6300008

**18 - BAISH 311**
TEL. 07 3420214
FAX. 07 3420924

**19 - TANOUMAH 295**
TEL. 07 2827365
FAX. 07 2827362

**20 - SAMTAH 316**
TEL. 07 3321301
FAX. 07 3321220

**21 - AL-MAJARDAH 321**
TEL. 07
FAX. 07

**22 - TATHLEETH 276**
TEL. 07
FAX. 07

## REGIONAL OFFICE FOR SOUTHERN REGION

**MANAGEMENT**
NO. 008 Fax. 07 2243136 CENTRAL 07 2242191

1 - KHAMIS MUSHAIT 107
TEL. 07 2237425
FAX. 07 2237428

2 - MEDINA ASKARIYAH
RD/KH. MUSHAIT 209
TEL. 07 2231331
FAX. 07 2230063

3 - NAJRAN 117
TEL. 07 5421319
FAX. 07 5421994

4 - FAISALIYAH/NAJRAN 205
TEL. 07 6223581
FAX. 07 5221217

5 - ABHA 110
TEL. 07 2247553
FAX. 07 2247589

6 - JIZAN 119
TEL. 07 3221507
FAX. 07 3221506

7 - BEESHA 130
TEL. 07 6226167
FAX. 07-6226670

8 - BALGURASHI 156
TEL. 07 7224412
FAX. 07 7220344

9 - AL-BAHA 177
TEL. 07 7251087
FAX. 07 7263139

10 - AL-NAMMAS 193
TEL. 07 2820051
FAX. 07 2820752

11 - DHAHRAN AL-JANOUB
220
TEL. 07 2550471
FAX. 07 2550592

12 - SABIA 221
TEL. 07 3261108
FAX. 01 3261104

13 - ABU AREESH 225
TFL. 07 3250961
FAX. 07 3250042

14 - MAHAIL 239
TEL. 07 2251748
FAX. 07 2251748

15 - SHAROURAH 241
TEL. 07 5321243
FAX. 07 5321242

16 - SARAT ABEEDAH 249
TEL. 07 2590336
FAX. 07 2590575

17 - SABT AL-AULA-YA 257
TEL. 07 6300544
FAX. 07 6300008

18 - BAISH 311
TEL. 07 3420214
FAX. 07 3420924

19 - TANOUMAH 295
TEL. 07 2827365
FAX. 07 2827382

20 - SAMTAH 316
TEL. 07 3321301
FAX. 07 3321220

21 - AL-MAJARDAH 321
TEL. 07
FAX. 07

22 - TATHLEETH 276
TEL. 07
FAX. 07

## REGIONAL OFFICE FOR EASTERN REGION

**MANAGEMENT**
NO. 004 Fax. 03 8275068 CENTRAL .03 8261659

1 - DAMMAM MAIN ST. 104
TEL. 03 8346189
FAX. 03 8323943

2 - KING FAHAD ST./
DAMMAM 153
TEL. 03 8275725
FAX. 03 8261951

3 - PRINCE MOHAMED ST./
DAMMAM 170
TEL. 03 8340993
FAX. 03 8324481

4 - MADINAT AL-UMAL/
DAMMAM 190
TEL. 03 8269722
FAX. 03 8273441

5 - JALAWIYA/DAMMAM 236
TEL. 03 8348262
FAX. 03 8344032

6 - MAIN
HOSPITAL/DAMMAM 273
TEL. 03 8421666
FAX. 03 8425742

7 - MUKHATAT 6/DAMMAM
300
TEL. 03 8428924
FAX. 03 8429309

8 - DAMMAM ''WOMEN
BBRANCH'' 315
TEL. 03 8338071
FAX. 03 8338071

9 - HAFOUF 126
TEL. 03 5826928
FAX. 03 5886926

10 - MUBARAZ/IHASA 210
TEL. 03 5826195
FAX. 03 5878660

11 - KING FAHAD HOSPITAL/
IHASA 277
TEL. 03 5829844
FAX. 03 5829822

12 - AL-MAZROU'EIYAH 308
TEL. 03 5866798
FAX. 03 5826609

13 - AL-JUBAIL 146
TEL. 03 3613848
FAX. 03 3610490

14 - AL-HAIJA'H
ALMALAKIYA/ JUBAIL 329
TEL. 03 3412748
FAX. 03 3412796

15 - AL-KHOBAR 139
TEL. 03 8649468
FAX. 03 8649482

16 - AL-THUGBA 157
TEL. 03 8948480
FAX. 03 8947608

17 - DHARHAN AIRPORT 184
TEL. 03 8792150
FAX. 03 8919449

18 - PRINCE BANDAR /
KHUBAR 207
TEL. 03 8640820
FAX. 03 8947620

19 - AL-BURJ BLDG 227
TEL. 03 8640122
FAX. 03 8640124

20 - AL-AGRABIYAH/
ALKHOBAR 301
TEL. 03 8980167
FAX. 03 8943985

21 - AL-KHOBAR
AL-ANORAH 302
TEL. 03 8985840
FAX. 03 8986088

22 - RAHEEMAH 183
TEL. 03 6671685
FAX. 03 6671685

23 - AL-KHAFJI 187
TEL. 01 7660794
FAX. 01 7660759

24 - HAFR AL-BATTIN 136
TEL. 03 7224628
FAX. 03 7221544

25 - ABQIQ 148
TEL. 03 5660368
FAX. 03 5662770

26 - AL-QATIF 172
TEL. 03 8556708
FAX. 03 8540935

27 - SAIHAT 255
TEL. 03 8562130
FAX. 03 8562130

28 - SALWA 256
TEL. 03 5822652
FAX. 03 5822652

29 - SAFWAH 287
TEL. 03 6643342
FAX. 03 6642413

30 - AIN DAR 304
TEL. 03 5631246
FAX. 03 5631463

31 - AL-NA'AIRIYAH 306
TEL. 03 3731376
FAX. 03 3730620

32 - GARYAH 307
TEL. 03 3861976
FAX. 03 3861985

## REGIONAL OFFICE FOR MEDINAH & NORTH

**MANAGEMENT**
NO. 007 Fax. 6387711 CENTRAL 8388068

1 - AL-MANAKAH 105
TEL. 04 8233092
FAX. 04 8233916

2 - SAHAIM/MEDINA 152
TEL. 04 8234240
FAX. 04 8244192

3 - AIRPORT ST. MEDINA
196
TEL. 04 8361035
FAX. 04 8386876

4 - QOBA/MEDINA 218
TEL. 04 8238125
FAX. 04 8299689

5 - BAB AL-ANBRIYAH 242
TEL. 04 8243349
FAX. 04 8222121

6 - AL-MEDINA (WOMEN
BRANCH) 272
TEL. 04 8269808
FAX. 04 8236925

7 - MEDINA HOSPITAL 294
TEL. 04 8230372
FAX. 04 8230372

8 - TABOUK 109
TEL. 04 4221544
FAX. 04 4229780

9 - AL-AMARAH ST. 194
TEL. 04 4221864
FAX. 04 4226760

10 - AL-MAHRAJAN/TABOUK
202
TEL. 04 4227060
FAX. 04 4227060

11 - YANBU 150
TEL. 04 3222683
FAX. 04 3226246

12 - AL-HAIH AL-MALAKIAH/
YANBU 327
TEL. 04 3211107
FAX. 04 3211042

13 - AL-QURYAT 111
TEL. 04 6420235
FAX. 04 6420013

14 - ARAR 133
TEL. 04 6631876
FAX. 04 6624120

15 - AL-JOUF 154
TEL. 04 6246764
FAX. 04 6241192

16 - TARIF 155
TEL. 04 6521880
FAX. 04 6520840

17 - RAFAHA 169
TEL. 04 6760264
FAX. 04 6761568

18 - AL-WAJH 171
TEL. 04 4422864
FAX. 04 4421873

19 - TEEMA 178
TEL. 04 4632946
FAX. 04 4633030

20 - AL-ULLA 208
TEL. 04 8840363
FAX. 04 8840359

21 - DOMAT-AL-JANDAL
213
TEL. 04 6223414
FAX. 04 6221470

22 - HAQL 224
TEL. 04 4530600
FAX. 04 4530584

23 - BADR 230
TEL. 04 3321747
FAX. 01 3321743

24 - AMLAJ 244
TEL. 04 3822324
FAX. 04 3822128

25 - KHAIBER 248
TEL. 04 8821137
FAX. 04 8821627

26 - TABARJAL 250
TEL. 04 6281209
FAX. 04 6281636

27 - AL-HUDAITHA 258
TEL. 04 6424872
FAX. 04 6424872

28 - AL-HANAKIYAH 269
TEL. 04 8820132
FAX. 04 8820467

29 - DHABA NORTH 283
TEL. 04 4322867
FAX. 04 4320472

30 - AL-MAHD 286
TEL. 04 9681054
FAX. 04 9681988

31 - AL-YATAMAH 313
TEL. 04
FAX. 04

*(Ra)*

## REGIONAL OFFICE FOR WESTERN REGION

**MANAGEMENT**
NO. 002 Fax. 6441000 CENTRAL 6441000

**1 - QOBEL STREET 102**
TEL. 02 6476196
FAX. 02 6420934

**2 - MECCA ROAD KILO 2/ JEDDAH 113**
TEL. 02 6314494
FAX. 02 6316514

**3 - BAB SHARIF/ JEDDAH 123**
TEL. 02 6474969
FAX. 02 6474969

**4 - BAB MECCA/JEDDAH 124**
TEL. 02 6433049
FAX. 02 6447798

**5 - AL-SHARAFIYAH 158**
TEL. 02 6532916
FAX. 02 8533168

**6 - KING ABDUL AZIZ ST./ JEDDAH 161**
TEL. 02 6447674
FAX. 02 6434021

**7 - AL-MAHJAR ROAD/ JEDDAH 163**
TEL. 02 6372067
FAX. 02 6367991

**8 - UNIVERSITY ROAD 176**
TEL. 02 6895946
FAX. 02 6895938

**9 - BANI MALIK 180**
TEL. 02 6713280
FAX. 02 6718817

**10 - AL-SABEEL ST. 186**
TEL. 02 6479866
FAX. 02 6481745

**11 - BIN LADIN ST. 189**
TEL. 02 6800014
FAX. 02 6800300

**12 - KING FAHAD ST. "WOMEN BRANCH" 191**
TEL. 02 6711024
FAX. 02 6711024

**13 - AL-RUWESS 206**
TEL. 02 6516276
FAX. 02 6515572

**14 - AL-ESKAN AL-JANOBI ST. 222**
TEL. 02 6373159
FAX. 02 6361004

**15 - MEDINA ROAD 223**
TEL. 02 6655822
FAX. 02 6650791

**16 - ENAIKISH 235**
TEL. 02 6717067
FAX. 02 6717067

**17 - AL-HINDAWAIYAH 240**
TEL. 02 6474175
FAX. 02 6477314

**18 - AL-BIGDADIYAH 243**
TEL. 02 6424257
FAX. 02 6422186

**19 - KING ABDUL AZIZ AIRPORT 299**
TEL. 02 6853410
FAX. 02 6853445

**20 - HAI AL-SALAMAH/ JEDDAH 314**
TEL. 02 6833554
FAX. 02 8833554

**21 - MIDAN FALASTEEN/ JEDDAH 319**
TEL. 02 6852047
FAX. 02 6651075

**22 - AL-MAKARONA ST. 320**
TEL. 02 6720342
FAX. 02 6720731

**23 - BAHRAT AL-MUJAHIDEEN 322**
TEL. 02 6911445
FAX. 02 6911445

**24 - QASHASHIYA/ MECCA 103**
TEL. 02 5745696
FAX. 02 5721391

**25 - AL-HIJOUN/MECCA 141**
TEL. 02 5742295
FAX. 02 5733533

**26 - AL-AZIZIYAH/MECCA 201**
TEL. 02 5581172
FAX. 02 5581156

**27 - AL-OTAIBIYAH/ MECCA 228**
TEL. 02 5440309
FAX. 02 5440224

**28 - AL-SITTEEN ST./ MECCA 246**
TEL. 02 5447253
FAX. 02 5447314

**29 - AL-SHUBAIKA/MECCA 262**
TEL. 02 5724023
FAX. 02 5745066

**30 - AL-MESFALAH/ MECCA 330**
TEL. 02 5345690
FAX. 02 5348342

**31 - AZIZIYAH/TAIF 112**
TEL. 02 7366266
FAX. 02 7333340

**32 - AL-SHUHADA/ TAIF 199**
TEL. 02 7496030
FAX. 02 7463120

**33 - AL-FAISALIYAH/ TAIF 232**
TEL. 02 7382960
FAX. 02 7325326

**34 - MADRASAT AL-SEYANAH/ TAIF 266**
TEL. 02 7365964
FAX. 02 7365964

**35 - HAWIYAH ROAD/ TAIF 326**
TEL. 02 7253307
FAX. 02 7254555

**36 - TAIF "WOMEN BRANCH" 328**
TEL. 02 7334907
FAX. 02 7362505

**37 - RANYAH 181**
TEL. 02 8321036
FAX. 02 8421210

**38 - RABIG 247**
TEL. 02 4221096
FAX. 02 4221665

**39 - AL-KHURMA 254**
TEL. 02 8321653
FAX. 02 8321263

**40 - AL-GUNFUZA 263**
TEL. 02 7321264
FAX. 07 7321260

**41 - AL-TURBAH 284**
TEL. 02 8221808
FAX. 02 8221808

**42 - AL-LAYTH 270**
TEL. 02 7421209
FAX. 07 7421217

**43 - AL-KAMIL 323**
TEL.
FAX.

**44 - AL-JAMOUM/ WADI FATMA 524**
TEL. 02 6340367
FAX. 02 5941103

## REGIONAL OFFICE FOR QASEEM & HAIL AREA

**MANAGEMENT**
NO. 005 Ext. ACCOUNTING - 3249794
RATES - 3249161 CENTRAL - 3246648 -
3249151

**1 - AL-KHABIB 108**
TEL. 06 3321180
FAX. 06 3243817

**2 - AL-JARDAH 182**
TEL. 06 3235828
FAX. 06 3243171

**3 - AL-SAFRA 192**
TEL. 06 3230498
FAX. 06 3234207

**4 - AL-SADAH 212**
TEL. 06 3231478
FAX. 06 3231098

**5 - AL-SANAAH/BURAIDAH 252**
TEL. 06 3242020
FAX. 06 3242016

**6 - AL-MAARIDH 275**
TEL. 06 3237411
FAX. 06 3238636

**7 - WOMEN BRANCH/ BURAIDAH 298**
TEL. 06 3230801
FAX. 06 3248753

**8 - ONAIZAH 120**
TEL. 06 3641037
FAX. 06 3643537

**9 - AL-JUHAIMIYAH 234**
TEL. 06 3646077
FAX. 06 3647510

**10 - WOMEN BRANCH ONAIZAH 271**
TEL. 06 3648294
FAX. 06 3648294

**11 - HAIL 118**
TEL. 05 5321139
FAX. 06 5321793

**12 - BARZAN/HAIL 258**
TEL. 06 5322955
FAX. 06 5322673

**13 - AL-RASS 122**
TEL. 06 3330033
FAX. 06 3333584

**14 - HAZM/AL-RASS 280**
TEL. 06 3335381
FAX. 06 3332960

**15 - DAWADMI**
TEL. 06 6431392
FAX. 06 6421071

**16 - AL-ZULFI 121**
TEL. 06 4221918
FAX. 06 4221689

**17 - AFIF 132**
TEL. 06 7221347
FAX. 06 7221412

**18 - AL-BEKERIYA 134**
TEL. 06 3358872
FAX. 06 3350702

**19 - AL-MAJMAA 138**
TEL. 06 4321050
FAX. 06 4321874

**20 - AL-MUZNIB 151**
TEL. 06 3420160
FAX. 06 3420079

**21 - HOTAT SUDAIR 160**
TEL. 06 4431080
FAX. 06 4431027

**22 - AL-BADAYE 167**
TEL. 06 3320780
FAX. 06 3320073

**23 - RIYADH AL-KHUBRA 175**
TEL. 06 3340404
FAX. 06 3340445

**24 - SAJER 196**
TEL. 06 6321810
FAX. 06 6321913

**25 - AL-GHAT 214**
TEL. 06 4421455
FAX. 06 4421117

**26 - AL-ASEEYAH 238**
TEL. 06 3450360
FAX. 06 3450370

**27 - AL-KHABRA 265**
TEL. 06 3550491
FAX. 06 3550358

**28 - AL-SHAMASIYAH 287**
TEL. 06 3401501
FAX. 06 3401301

**29 - AYON AL-JAWA 288**
TEL. 06 3911575
FAX. 06 3911786

**30 - BAQAA 290**
TEL. 06 5270297
FAX. 06 5270297

**31 - UGLAT AL-SAGOUR 291**
TEL. 06 2430482
FAX. 06 2430509

**32 - AL-RAFAYE 310**
TEL. 06 6340410
FAX. 06 6340410

**33 - DARIYAH 312**
TEL. 06 3649549
FAX. 06 3649549

**34 - AL-BIQADIYAH 325**
TEL. 06 6340507
FAX. 06 6340998





## CONTENTS

• **Board of Directors** ............................................................................ 5

• **Board of Directors Report** ............................................................... 6

• **Conclusion** ......................................................................................... 15

• **Statement of Financial Position** ....................................................... 16

• **Statements of Income and Retained Earnings** ............................... 17

• **Notes to the Financial Statements** .................................................. 18

• **Auditors' Report** .............................................................................. 24

4



## BOARD OF DIRECTORS

**Sheikh Saleh Ibn Abdul Aziz Al Rajhi**
**CHAIRMAN**

**Sheikh Sulaiman Ibn Abdul Aziz Al Rajhi**
**GENERAL MANAGER AND MANAGING DIRECTOR**

**MEMBERS**

| | |
|---|---|
| Sheikh / Abdullah Ibn Abdul Aziz Al Rajhi | Sheikh / Ali Bin Mohamed Bin Abdullah Al Rajhi |
| Sheikh / Ismail Ali Sulaiman Abu Dawd | Sheikh / Abdul Rahman Bin Abdullah Bin Ogail |
| Sheikh / Abdul Wahab Mohamed Saleh Sheikh | Ustaz / Mohamed Bin Abdullah Bin Abdul Aziz Al Rajhi |
| Sheikh / Sulaiman Al Mohamed Al Rasheed | |
| Dr. / Abdullah bin Naser Bin Mohamed Al Wehaib | Ustaz / Saleh Bin Sulaiman bin Abdul Aziz Al Rajhi |
| Engineer / Salah A. Abdullah Aba Al Kha | Ustaz / Sulaiman Bin Salen bin Abdul Aziz Al Rajhi |
| Sheikh / Mohamed Bin Abdul Aziz Al Rajhi | Sheikh / Mohamed Bin Osman Bin Ahmed Al Bishr |
| | Ustaz / Naser Bin Mohamed Al Subaiy |

**EXECUTIVE COMMITTEE**

| | |
|---|---|
| Sheikh / Sulaiman Ibn Abdul Aziz Al Rajhi | Ustaz / Saleh Al Sulaiman Al Rajhi |
| Engineer / Salah A. Aba Al Kha | Ustaz / Sulaiman Al Saleh Al Rajhi |
| Sheikh / Abdul Rahman B. Al Abdullah Bin Ogail | |

**CERTIFIED PUBLIC ACCOUNTANTS**

| | |
|---|---|
| AL RASHID | WHINNEY MURRAY & CO. |

5

**BOARD OF DIRECTORS' REPORT**

### TO THE SHAREHOLDERS OF AL RAJHI BANKING AND INVESTMENT CORPORATION

Dear Brothers,

The board of directors is pleased to provide you with its First Annual Report on the Corporation's activities and its financial statements for the fiscal period which commenced on 1.8.1408H corresponding to 19 March 1988 and ended on 31 December 1988. This period is nine months and 13 days. The Corporation started to perform its banking and investment activities after the issuance of Royal Decree No. M/59 dated 3.11.1407H, the resolution of the Council of Ministers No. 245 dated 26.10.1407H to license the formation of the Corporation, the resolution of the Ministry of Finance and National Economy No. 3/1698 dated 6.7.1408H to license the Corporation and the resolution of His Excellency the Minister of Commerce No. 319 dated 5.4.1409H to announce the formation of the Corporation.

The Corporation has now become one of the Saudi banking family to perform its hopeful task in developing and investing its resources to support the development of our beloved Kingdom guided by the beliefs and principles of this peaceful country.

It is clear enough dear brothers, the shareholders, that the replacement of Al-Rajhi Company for Currency Exchange and Commerce by Al-Rajhi Banking and Investment Corporation has taken considerable efforts and time. Conversion of a Corporation of that vast size, with its extended relationships with its correspondents and with its local and international status has required enormous efforts. On this occasion, the board expresses its deep gratitude to the members of the valuation committee, the auditors - Abdul Aziz Al Rashed office and Whinney Murray & Co. office who have made distinguished efforts of patience and sacrifices of time and effort. If such patience and efforts had not been made, the transfer could have never been completed in such a relatively short time. May Allah reward them. Thanks are also expressed to the finance department of Al-Rajhi Banking and Investment Corporation headed by the First Deputy General Manager and his Assistant, Mohammed Alawi Theban, who have continued work during holidays and week ends to respond to the requirements of the valuation committee and the auditors. As a matter of fact, if such efforts had been made by a specialized body, as is the case in some such circumstances, the Corporation would have incurred tens of millions of Riyals and the time spent would have been much more.

The board also expresses thanks and appreciation to the brothers Saleh, Abdullah, Sulaiman and Mohammed Abdul Aziz Al-Rajhi, the partners of Al-Rajhi Company for Currency Exchange and Commerce for their efforts in the banking business, the result of which was the formation of this blessed Corporation.





## FINANCIAL RESULTS :

### BALANCE SHEET TOTAL :

The balance sheet total for the Corporation as a whole including contra accounts amounted to SR 31,963.4 millions at 31 December 1988.

Total assets amounted to SR 15,045.9 millions. The totals of cash in hand, deposits with SAMA, due from banks and precious metals amounted to SR 2,319.1 millions at 31 December 1988.

## INVESTMENTS IN MURABAHA :

The Corporation has continued making arrangements with highly reputable international institutions that have strong financial positions to enter into Murabaha contracts. When negotiating, the Corporation is careful to act as an intermediary merchant which buys goods or merchandize from an independent supplier, settle its value immediately and then sells them to a third party on a deferred settlement basis which is compatible with normal trading practices taking into account the Corporation's articles of association. The total invested funds in Al Murabaha operations in the Kingdom and abroad amounted to SR 11,757.2 millions at 31 December 1988.

7

**CUSTOMERS' CREDIT CURRENT ACCOUNTS :**

The total customers' credit current accounts amounted to SR 11,823.8 millions.

**MUDARABA FUNDS :**

The Corporation carries out Mudaraba operations on behalf of customers. This appears in the contra accounts. The Corporation earns fees against such operations. The balances amounted to SR 726.2 millions at 31 December 1988.



**REVENUES, EXPENSES, LOSSES, PROFITS AND RESOLUTION OF DISTRIBUTION :**

Total revenues of the Corporation for the fiscal period from 19 March 1988 to 31 December 1988 i.e. nine months and 13 days, amounted to SR 859.8 millions. Total expenses amounted to SR 271.5 millions. Net profit amounted to SR 588.2 millions. The board has decided to distribute a sum of SR 112.5 millions to the shareholders which amounts to SR 15 per share i.e. with an annual percentage of 19%.

The following schedule shows the distribution of net profits :

1) General Reserve       SR 250.00 millions
2) Statutory Reserve     SR 147.00 millions
3) Proposed dividends    SR 112.50 millions
4) Retained earnings     SR  78.70 millions

8



ons on
contra
st such
726.2

## MAN POWER :

The management of the Corporation makes its best efforts to develop human resources. Amongst other things, the success and development of the banking business depends upon the development, improvement and interaction of the human factor which is one of the means by which the management of the Corporation hopes to achieve success through selection of individuals, with distinguished skills and capabilities, who can cope with the developments, changes, improvements and expansion of modern banking services.

The Corporation has availed opportunities to the sons of this beloved Kingdom to be employed in all departments. It also gives priority to the appointment of efficient Saudi youth for leading positions. With the help of Allah and the efforts made, we can proudly say that the Saudi youth are holding leading decision making positions in the Corporation.

| Total Number of Employees 1986 — 1988 | | |
|---|---|---|
| Year | 1986 | 1987 | 1988 |
| Number of Employees | 3525 | 3968 | 3905 |

of net

millions
millions
millions
millions

9

## TRAINING :

The management of the Corporation gives special consideration to training staff after they take up employment. The Corporation has a main training centre in Riyadh and other training centres in Jeddah and Dammam which have been specially established for this purpose. These centres conduct courses which suit all grades of staff, according to each one's level. Teaching of the English language is also conducted in these centres. These are in addition to deputation of some Saudi employees to participate in training courses conducted by the Institute of Public Administration and the Saudi Arabian Monetary Agency's bank Training Institute which conducts several specialized courses in the banking field.







10