# Exhibit 3
## Part 6 of 9



## إيضاح (١٥) الحسابات النظامية

تشمل تعهدات والتزامات مجتمعة ناتجة عن طبيعة عمل الشركة العادي وتتكون من:

| | ريال سعودي (بالآلاف) | ريال سعودي (بالآلاف) |
|---|---|---|
| | | ١٩٨٨م |
| خطابات اعتماد | | ٧،٠٢،٢٨٤ |
| ضمانات | | ٦،٠٨،٩٦٨ |
| شيكات مستحقة | | ٦٨٤،٩٤١ |
| التزامات مقابل عقود عملات أجنبية | | ١،٤،٢٧٥،٢٠٤ |
| أخرى | | ٤١٧،٨٣٠ |
| | ١٦،١٩١،١٧٧ | |

كما تشمل أموال المضاربة أو خلاصتها ما يلي:
| استثمارات عملاء | | ٤٣٣،١٧٧ |
| حسابات جارية معادل | | ٢٩٣،٠٩٤ |
| | ٧٢٦،٢٧١ | |
| | ١٦،٩١٧،٤٤٨ | |

## إيضاح (١٦) الشركتان التابعتان

تتضمن الموجودات الأخرى تكلفة استثمارات الشركة في الشركتين التابعتين والبالغة (٢٠،٣٢٠،٠٥٧) ريال.

## إيضاح (١٧) الهيئة الشرعية

قررت الجمعية التأسيسية للشركة تشكيل هيئة شرعية وحددت قواعد لعملها، ومنها قيام الشركة بعرض العمليات التي تقوم بها أو تنوي القيام بها خلال سنة تبدأ من ١٤٠٩/٣/٧ هـ. وقد قامت الهيئة بالنظر في عدد من العمليات التي تقوم بها الشركة لإبداء الرأي الشرعي حيالها وأصدرت عدة قرارات. ولا تسري هذه القرارات على القوائم المالية للفترة المنتهية في ٣١ ديسمبر ١٩٨٨م لصدورها جميعها بعد ذلك التاريخ.

٢٣

## إيضاح (١٠) رأس المال

أ - يتكون رأس المال من سبعة ملايين وخمسمائة ألف سهم أسمى متساوية القيمة (مائة ريال سعودي) اكتتب المؤسسون بأربعة ملايين وماثنين وخمسة وسبعين ألف سهم منها تم دفعها بالكامل ، وتم طرح بقية الأسهم للاكتتاب العام.

ب - يوجد ١٥٠،٠٠٠ ألف سهم قيمة كل منها مائة ريال سعودي وقيمتها الإجمالية ١٥ مليون ريال خصصت مؤقتاً باسم الشيخ/سليمان بن عبد العزيز الراجحي، وقد دفع قيمتها من أموال الشركة وسيتم إعادة تخصيصها بعد اكتمال اعتماد إجراءات تخصيصها بشكل نهائي وستبقى أرباحها لدى الشركة.

## إيضاح (١١) عائد استثمار أموال المؤسسين :

تم إيداع أموال حصص المؤسسين البالغة ٤٢٧ مليون ريال لدى أحد البنوك وقد وافق البنك على فتح حساب مدين لشركة الراجحي للصرافة والتجارة مقابلها بمبلغ (٤٠) مليون ريال بدون خدمات بنكية وبكاملها، وقد قامت شركة الراجحي للصرافة والتجارة باستثمار هذا المبلغ ولغت عوائد استثماره (٢،٦٧٣،٥٣٤،٢٠٤) ريال، تم توزيعها على المؤسسين بحكم طول فترة التأسيس حيث تم إيداع أموال المؤسسين بتاريخ ٨٤/٢/٣م وطرحت الأسهم للاكتتاب بتاريخ ١٩٨٨/٥/٢٢م.

ثم مخاطبة معالي وزير التجارة بالخطاب المؤرخ في ١٥ شوال ١٤٠٩هـ بطلب الموافقة على ما قامت به شركة الراجحي للصرافة والتجارة من إجراء، وقد ورد للشركة خطاب من معالي وزير التجارة رقم ٢٦١/٥ وتاريخ ١٤٠٩/١١/٨هـ الموافق ١٩٨٩/٦/١١م جاء فيه : ".......... إن إبراء ذمة القرض (الحساب المدين) وما ترتب عليه من آثار تعتبر موافقة على ما كان يتبعه من باقي التصرفات التي كانت تجريها شركة الراجحي للصرافة والتجارة ......".

## إيضاح (١٢) الاحتياطيات :

أ - احتياطي نظامي :

يقتضي نظام مراقبة البنوك بتحويل ما لا يقل عن ٢٥٪ من صافي ربح السنة إلى احتياطي نظامي غير قابل للتوزيع ويحرز للشركة التوقف عن إجراء هذا التحويل عندما يصبح الاحتياطي مساوياً لرأس المال المدفوع وبلغ رصيد الاحتياطي في ١٩٨٨/١٢/٣١م ٦٥،٠٠٠،١٤٧ ألف ريال.

ب - احتياطي عام :

قرر مجلس الإدارة تحويل مبلغ ٢٥ مليون ريال من الأرباح المبقاة إلى الاحتياطي العام وهذا الاحتياطي قابل للتوزيع.

## إيضاح (١٣) الأرباح المقترح توزيعها

يقترح مجلس الإدارة توزيع أرباح للفترة تبلغ ١٢،٥٠٠،٠٠٠ ريال سعودي وبذلك تكون حصة السهم الواحد ٥ ريالاً.

## إيضاح (١٤) الزكاة الشرعية :

نظراً لأن الفترة التي أعدت عنها القوائم المالية أقل من سنة (من ١٩٨٨/٣/١٩ وحتى ١٩٨٨/١٢/٣١م) فلم يتم وضع مخصص الزكاة الشرعية.

٢٢



**إيضاح (5) النقد والمعادن الثمينة في الصندوق:**

| | ريال سعودي (بالآلاف) |
|---|---|
| | 1988م |
| نقد ريال سعودي | 140,809 |
| نقد عملات أجنبية | 177,795 |
| معادن ثمينة | 70,147 |
| | 388,751 |

**إيضاح (6) ودائع لدى مؤسسة النقد العربي السعودي:**

بناء على تعليمات مؤسسة النقد العربي السعودي أودعت الشركة لدى المؤسسة وديعة نظامية تعمل تستخدم من حسابات العملاء الجارية الدائنة والحسابات الأخرى التي لديها، وتحسب هذه الوديعة في آخر كل شهر.

كما يوجد للشركة حسابات جارية لدى المؤسسة تسرى من خلالها حسابات الوديعة النظامية للرصيد المطلوب في آخر كل شهر.

**إيضاح (7) استثمارات بالمرابحة:**

تعمل استثمارات المرابحة مع شركات ومؤسسات مالية عالمية خارج المملكة ولشركات وأفراد داخل المملكة.

**إيضاح (8) الموجودات الثابتة:**

ريال سعودي (بالآلاف)

| | أراضي | أرض لمكن ماشي | المعدات | | الإجمالي |
|---|---|---|---|---|---|
| | | | | والأثاث | |
| التكلفة في 1988/12/31م | 60,733 | 2,328 | 87,903 | 44,709 | 195,673 |
| الاستهلاك للفترة | — | 48 | 3,448 | 7,599 | 11,095 |
| صافي القيمة الدفترية | 60,733 | 2,280 | 84,455 | 37,110 | 184,578 |

لم يتم إقراض الأراضي والمباني المسجلة باسم شركة الراجحي للصرافة والتجارة أو باسم الشركاء فيها أو أطراف ثالثة لأسم شركة الراجحي المصرفية للاستثمار وتقوم الشركة بإكمال إجراءات نقلها لأسم الشركة لدى الجهات المعنية.

**إيضاح (9) مصاريف التأسيس والمصاريف المؤجلة:**

ريال سعودي (بالآلاف)

| | مصاريف تأسيس الشركة | مصاريف تأسيس الفروع | مصاريف مؤجلة أخرى | الإجمالي |
|---|---|---|---|---|
| التكلفة في 1988/12/31م | 3,045 | 2,781 | 9,155 | 14,981 |
| الإطفاء للفترة | 358 | 907 | 4,389 | 5,654 |
| صافي القيمة الدفترية | 2,687 | 1,874 | 5,366 | 9,627 |

* وافقت الجمعية التأسيسية على اعتماد مبلغ (3,045,000) ريال كمصاريف تأسيس بينما بلغت مصاريف التأسيس الفعلية مبلغ (3,045,100) ريال.

21