# Exhibit 3
## Part 7 of 9

ز- الاستهلاك والإطفاء:

يتم استهلاك تكلفة أرض العقر والمباني والموجودات الثابتة الأخرى وإطفاء مصاريف التأسيس بأقساط سنوية متساوية

| | |
|---|---|
| أرض العقر | ٣٨ سنة |
| مباني | ٣٠ سنة |
| المعدات والأثاث | ٣-١٠ سنوات |
| مصاريف التأسيس | ٥ سنوات |

ح- مخصص مكافأة نهاية الخدمة:

يتم احتساب مخصص مكافأة نهاية الخدمة بموجب نظام العمل والعمال

ط- استثمارات بالمرابحة:

تظهر بتكلفتها التاريخية وتحتسب الإيراد في تاريخ الاستحقاق وتحمل كل فترة بما يخصها وتظهر الإيرادات المستحقة ضمن الأرصدة المدينة الأخرى

ي- العمولات الخاصة المقبوضة:

تدرج العمولات الخاصة المقبوضة ضمن الأرصدة الدائنة الأخرى في قائمة المركز المالي، ولا تدخل الإيرادات في قائمة الدخل وتستخدم في الصرف على أعمال خيرية.

ك- عمليات المضاربة لحساب العملاء ( أموال المضاربة ):

تقوم الشركة بعمليات المضاربة لحساب العملاء وتظهر ضمن الحسابات النظامية، وتتقاضى الشركة أتعاباً مقابل ذلك وتظهر الأتعاب ضمن قائمة الدخل

إيضاح (٤) المعاملات مع أطراف ذات علاقة:

(أ) تقوم الشركة من خلال أعمالها العادية بالتعامل مع أطراف لها علاقة وتبين ما يلي طبيعة وقيمة تلك المعاملات التي تمت معهم

ريال سعودي (بالآلاف)

| الجهة ذات العلاقة | نوع التعامل | بداية الفترة | مدين | دائن | نهاية الفترة |
|---|---|---|---|---|---|
| شركة الراجحي للصرافة والتجارة (تحت التصفية) | حساب جاري | ٤٦١,٧٥١ | | | ٣٧٨,٨٢١ |
| أعضاء في مجلس الإدارة | حساب جاري | ٢,٢٥٥ | ٣٣٩ | (٥١) | ٢,٥٤٣ |
| أعضاء في مجلس الإدارة وشركات تابعة لهم | مرابحة | ٥٦,٥٢١٠ | ٢٠٨,٥١١ | (٥٠,١٨٣) | ٢١٤,٥٣٨ |
| شركات بكفالة أعضاء في مجلس الإدارة | مرابحة | | ٤٤٠ | | ٤٤٠ |

(ب) توجد ضمانات واعتمادات سارية بمبلغ ٢٣١,٧٤١ ريال قبل ١٤٠٨/٨/١ هـ (تاريخ تحويل الشركة وبدء نشاطها) لعدد من الشركات التي يملكها أعضاء في مجلس الإدارة دون تقديم تأمين معتمد عنها وقد بلغ إجماليها في ١٩٨٨/١٢/٣١ م مبلغ ١٤,٧٥٩,٤٦٤ ريال

كما توجد ضمانات واعتمادات قدمت إلى أعضاء في مجلس الإدارة خلال الفترة المالية بلغ رصيدها في ١٩٨٨/١٢/٣١ م ٢٦,٨٢٥,٥٤٩ ريال.

٢٠



ج- المستحق على الشركاء في شركة الراجحي للصرافة
والتجارة (تحت التصفية) مقابل الموجودات
والمطلوبات التي تقرر شراؤها

| | |
|---|---|
| الرصيد وتم سداده في تاريخ لا يتعدى 1988/6/30م | (520,379,836) |
| التعويض المقرر من قبل لجنة التقييم | 58,529,265 |
| | 461,750,571 |

ويتبين من المركز المالي أعلاه أن المستحق على الشركاء في شركة الراجحي للصرافة والتجارة (تحت التصفية) مبلغ 520,279,836 ريال مقابل الموجودات والمطلوبات المنتشرة من قبل شركة الراجحي المصرفية للاستثمار، وقد اتفق ممثلو المؤسسين وممثل الشركاء في شركة الراجحي للصرافة والتجارة (تحت التصفية) بعد النظر في مطالبة الشركة عليهم البالغة 37,516,568 ريال ومطالبتهم الشركة بالتعويض البالغ 86,044,823 ريال مقابل ما تبين للجنة التقييم من جوانبها جدوى الشركة والمتعلقة بالجهود المبذولة والنتائج الإيجابية التي انعكست على الشركة خلال فترة التأسيس وبعدها وتكاليف التحضير لتأسيس الشركة الجديدة وما تبع ذلك من مصاريف من قبل شركة الراجحي للصرافة والتجارة (تحت التصفية) دون أن تسجلها ضمن مصاريف تأسيس الشركة الجديدة،، اتفقوا على إجراء مقاصة بين المطالبتين بحيث يكون ما يتم تعويض شركة الراجحي للصرافة والتجارة (تحت التصفية) عنه مبلغ 58,529,265 ريال، وتمت الموافقة على المخصص المشار إليه أعلاه من قبل مؤسسة النقد العربي السعودي. وقد تم تحميل مصاريف الفترة المنتهية في 1988/12/31م بمبلغ التعويض.

إيضاح (2) أهم السياسات المحاسبية

أ- اللوائح
تتبع الشركة - فيما يتعلق بإعداد القوائم المالية - التعليمات الصادرة عن مؤسسة النقد العربي السعودي ونظام مراقبة البنوك ونظام الشركات السعودي.

ب- السنة المالية:
تبدأ السنة المالية للشركة في اليوم الأول من شهر يناير الموافق 11 الجدي وتنتهي في اليوم الأخير من شهر ديسمبر الموافق 20 الجدي من كل سنة ميلادية على أن السنة المالية الأولى للشركة تشمل الفترة من تاريخ بدء عمل الشركة وهو 1988/3/19م الموافق 1408/8/1هـ وحتى نهاية ديسمبر من العام نفسه.

ج- العرف المحاسبي:
تعد القوائم المالية وفقاً لمبدأ التكلفة التاريخية.

د- احتساب الإيرادات والمصروفات:
تسجل الإيرادات والمصروفات بموجب قاعدة الاستحقاق.

هـ- العملات الأجنبية والمعادن الثمينة:
(1) تحول المعاملات التي تتم بالعملات الأجنبية ومعاملات المعادن الثمينة إلى الريال السعودي بالأسعار السائدة حين إجراء المعاملات. وتحول قيمة الموجودات والمطلوبات المسجلة بالعملات الأجنبية والمعادن الثمينة إلى الريال السعودي بالأسعار السائدة بتاريخ المركز المالي. وتظهر الأرباح أو الخسائر الناتجة عن فروقات أسعار العملات الأجنبية والمعادن الثمينة في قائمة الدخل.

(2) تحول الالتزامات المغطاة بعقود العملات الأجنبية إلى الريال السعودي بأسعار الصرف المرتبطة بها السائدة في تاريخ المركز المالي. وتدرج أي أرباح أو خسائر ناتجة عن ذلك في قائمة الدخل.

و- مخصص الحسابات المشكوك في تحصيلها
تقوم الشركة بدراسة الحسابات المدينة واستثمارات بالمراجحة وتكون المخصصات اللازمة لمواجهة المشكوك في تحصيله منها. وتظهر الأرصدة ذات العلاقة في المركز المالي بقيمتها مطروحاً منها المخصصات التي تم تكوينها.

19

## إيضاحات حول القوائم المالية للفترة المنتهية في ٣١ ديسمبر ١٩٨٨م

### إيضاح (١) تأسيس الشركة:

تأسست شركة الراجحي المصرفية للاستثمار (شركة مساهمة سعودية) وتم الترخيص بإنشائها بالمرسوم الملكي رقم ٥٩/م وتاريخ ١٤٠٧/٢/٣هـ. وقد حلت الشركة محل شركة صالح بن عبد العزيز الراجحي وإخوانه (شركة الراجحي للصرافة والتجارة - سجل تجاري رقم ١٦٠٤٠) وفقاً لما ورد في الفقرة (١) من قرار مجلس الوزراء رقم (٤٥) وتاريخ ١٤٠٧/١/٢٦هـ. إيضاح (٢)

وتتمثل أغراض الشركة في مزاولة الأعمال المصرفية والاستثمارية، وفقاً لعقد تأسيس الشركة ونظامها الأساسي ولأحكام نظام مراقبة البنوك وقرار مجلس الوزراء المشار إليه أعلاه، وتقوم الشركة بمزاولة العمليات المصرفية والاستثمارات لحسابها أو لحساب الغير، داخل المملكة وخارجها.

### إيضاح (٢) قيمة الموجودات والمطلوبات التي تقرر شراؤها:

تم تشكيل لجنة من أربعة من المؤسسين غير الشركاء في شركة الراجحي للصرافة والتجارة (تحت التصفية) بموجب قرار مجلس الوزراء المشار إليه في الإيضاح (١) (لجنة التقييم) لتقوم بالاشتراك مع الشركاء في شركة الراجحي للصرافة والتجارة أو من يختارونه بتحديد أصولها وبعضها وخصومها والتزاماتها التي تقوم شركة الراجحي المصرفية للاستثمار بشرائها على ضوء ما تراه أسهم الشركة للاكتتاب العام، كما نص القرار المشار إليه على أن يبقى الشركاء في شركة الراجحي للصرافة والتجارة مسئولين بالتضامن عن الموجودات والمطلوبات والحقوق، والالتزامات التي لا تقرر ابتياعها شركة الراجحي المصرفية للاستثمار.

وقد قامت اللجنة بتحديد الموجودات والمطلوبات التي تم شراؤها وأسلوب تحديد قيمتها في محضرها المؤرخ في ١٤٠٨/٦/١هـ، على أن تكون النتائج والأرصدة الظاهرة في المركز المالي في ١٤٠٨/٧/٣٠هـ المعتمدة من مؤسسة النقد هي التي على أساسها يتم التحويل. ويبين المركز المالي الوارد أدناه الموجودات والمطلوبات التي تم شراؤها وفقاً لما ورد في محضر لجنة التقييم المؤرخ في ١٤٠٩/١١/٢٤هـ الموافق ١٩٨٩/٥/٢٧م.

أ - الموجودات

| | ريال سعودي |
|---|---|
| النقد في الصندوق ولدى البنوك | ٨٣٥,٧١٥,٠١١ |
| استثمارات إسلامية | ١٢,٥٩٥,٤٦٦,٦٨٤ |
| الحسابات الجارية للعملاء | ٣١٦,١٦١,١٥٣ |
| موجودات أخرى | ١٣٢,٨٩٣,٩٨١ |
| الأراضي ومباني الشركة | ١٥٠,١٨٤,٣٩٠ |
| أرض الحكم بجدة | ٢,٣٢٧,٧٢٤ |
| أثاث وتجهيزات (موجودات ثابتة أخرى) | ٤٧,٩١٠,١١٠ |
| مصاريف تأسيس الشركة الجديدة | ٢٩,٠١,٢٦٧ |
| الشركات التابعة في لندن وهولندا | ٢٩,٨٨٠,٦٦٨ |
| | ٣,٨٤٥,٠٥٧ |

إجمالي الموجودات المشتراة ١٤,١٧٩,٧٥٠,٤٨٤

ب - المطلوبات:

| | |
|---|---|
| حسابات مكشوفة لدى البنوك | ١,٣٩٨,٣١٨,٥١٣ |
| حسابات جارية دائنة | ١٢,٨٥٦,٣١٠,١٢٧ |
| مطلوبات أخرى | ٣٤٥,٤٠١,٣١٠ |

إجمالي المطلوبات المشتراة ١٤,٦٠٠,٠٢٩,٩٥٠

١٨