# Exhibit 3
## Part 8 of 9



## قائمة الدخل والأرباح المبقاة للفترة من ١٩٨٨/٣/١٩ م إلى ١٩٨٨/١٢/٣١ م

| | ريال سعودي (بالآلاف) | إيضاح | |
|---|---|---|---|
| | | | **دخل العمليات:** |
| | ٧٤٠,٢٦ | | عائد استثمارات بالمرابحة |
| | ٣,٩٣٧ | | عائد استثمار أموال الاكتتاب العام |
| | ٣,٩٣١ | | أتعاب إدارة أموال المضاربة |
| | ٥٥,٢٤٣ | | فرق العملة |
| | ٢٩,٦٩٥ | | أخرى |
| ٨٥٩,٨٠٢ | | | |
| ٨,٤٩٨ | | | مصاريف العمليات |
| ٨٥١,٣٠٤ | | | إجمالي الدخل |
| | | | **المصاريف الإدارية:** |
| | ١٣٥,١٦٧ | | رواتب وما في حكمها |
| | ١٤,١٨١ | | إيجارات مباني |
| | ١,٥٣٩ | | تليفون وتلكس وبرق وبريد |
| | ٣٢,٤٦٨ | | مصاريف تشغيلية أخرى |
| | ١٩,٣٨٨ | | استهلاكات وإطفاء |
| | ٥,٩٧٩ | | الأعمال الخيرية |
| | ٨٤٠ | | مكافأة وبدلات أعضاء مجلس الإدارة |
| | ٥٨,٥٢٩ | (٢) | تعويض الشركاء في شركة الراجحي للصرافة والتجارة |
| ٢٦٣,١٤٢ | | | |
| ٥٨٨,٢٦٢ | | | صافي دخل الفترة |
| | | | **الأرباح المبقاة:** |
| ٥٨٨,٢٦٢ | | | صافي دخل الفترة |
| | | | يطرح: |
| | ١٤٧,٦٥ | | المحول إلى الاحتياطي النظامي |
| | ٢٥٠,٠٠٠ | | المحول إلى الاحتياطي العام |
| | ١١٢,٥٠٠ | | الأرباح المقترح توزيعها |
| ٥٠٩,٥٦٥ | | | |
| ٧٨,٦٩٧ | | | الأرباح المبقاة |

تعتبر الإيضاحات المرفقة من (١) إلى (١٢) جزءاً لا يتجزأ من القوائم المالية

١٧

## قائمة المركز المالي كما في ٣١ ديسمبر ١٩٨٨ م

| ريال سعودي (بالآلاف) | إيضاح | الموجودات |
|---|---|---|
| ٣٨٨,٧٥١ | (٥) | النقد والمعادن الثمينة في الصندوق |
|  |  | ودائع لدى مؤسسة النقد العربي السعودي: |
| ٨٣٩,٧٦٦ |  | نظامية |
| ١١,٦٠٣ |  | جارية |
| ٨٥٧,٧٢٤ |  | مطلوبات من البنوك |
| ٣٧٦,٣٢٨ |  | معادن ثمينة |
| ١١,٧٥٧,٣٥٨ | (٧) | استثمارات بالمرابحة |
| ١١٧,٤٩٩ |  | حسابات جارية للعملاء |
| ١٨٤,٥٧٨ | (٨) | الموجودات الثابتة (صافي) |
| ٩٠,١٧٧ | (٩) | موجودات أخرى |
| ٢٧٩,٧٧٧ |  | مصاريف التأسيس والمصاريف المؤجلة |
| ٣٧,٨٨٦٥ | (٩) | أرصدة مدينة أخرى |
|  |  | شركة الراجحي للقراءة والتجارة (تحت التصفية) |
| ١٥,٤٥٩,٩٩٢ |  |  |

### حقوق المساهمين

|  |  |  |
|---|---|---|
| ٧٥٠,٠٠٠ | (٥١) | رأس المال |
|  |  | الاحتياطات |
| ١٤١,٢٦٥ | (٥٢) | احتياطي نظامي |
| ٣٥,٠٠٠ | (٥١) | احتياطي عام |
| ٧٨,٦١٧ |  | ربح غير موزع |

### المطلوبات

|  |  |  |
|---|---|---|
| ١١٧,٨٢٣,٨١٥ |  | حسابات العملاء الجارية |
| ٢٨٣,١٧٢ |  | حسابات أخرى (مشاريع تأمينات لاعتمادات والأثاث والسيارات المعبرة والحوالات) |
| ١٥٥,١٧ |  | مطلوبات للسوق |
|  |  | مطلوبات أخرى |
| ١٢٠,٥٠ | (٣) | الأرباح المقترح توزيعها |
| ٢,٠٥٩,٧٣ |  | أرصدة دائنة أخرى |
| ١٥,٤٥٩,٩٩٢ |  |  |

### حسابات نظامية

|  |  |  |
|---|---|---|
| ٧٢٦,٢٧١ | (١٥) | أموال المضاربة |
| ١٣,١٩١,١٧٧ | (١٥) | حسابات ضمان واعتمادات مستندية والزراعات أخرى |
| ١٣,٩١٧,٤٤٨ |  |  |

تعتبر الإيضاحات المرفقة من (١) إلى (١٦) جزءاً يتجزأ من القوائم المالية

١٦



الخـاتمـة :

في ختام هذا التقرير يطيب للمجلس أن يتقدم بخالص الشكر والتقدير إلى خادم الحرمين الشريفين الملك المفدى وإلى ولي عهده الأمين النائب الأول لرئيس مجلس الوزراء ورئيس الحرس الوطني وإلى النائب الثاني لرئيس مجلس الوزراء ووزير الدفاع والطيران والمفتش العام وإلى حكومتنا الرشيدة على كل ما بذلوه من جهد ودعم لتأسيس وقيام هذه الشركة الفتية لتساهم في نمو ودعم الاقتصاد الوطني من أجل تنمية مملكتنا الحبيبة ، كما نخص بالشكر وزارة المالية والاقتصاد الوطني ممثلة بمعالي الشيخ محمد أبا الخيل ووزارة التجارة ممثلة بمعالي الشيخ سليمان السليم ومؤسسة النقد العربي السعودي ممثلة بمعالي المحافظ حمد السياري وأصحاب الفضيلة رئيس وأعضاء الهيئة الشرعية للشركة .

كما نشكر جميع العاملين بالشركة لجهودهم الطيبة وتفانيهم المستمر في إنجاز المهام المناطة بهم لتنفيذ أهداف الشركة وتحقيق تقدمها وازدهارها وتلبية خدمات عملائها . ولا يفوتنا هنا أن نسجل الشكر والتقدير لعملائنا ومراسلينا في الداخل والخارج على ثقتهم وتجاوبهم الأكيدين اللذين كان لهما الأثر في مواصلة شركتنا خطاها من أجل خدمة الوطن والمواطنين والمقيمين .

نسأل الله أن يسدد خطى الجميع لما فيه خير الوطن والمواطنين . والله ولي التوفيق والسلام عليكم ورحمة الله وبركاته ،،،

مجلس الإدارة

١٥

## اختيار موقع للإدارة العامة للشركة :

تهدف الشركة إلى شراء أرض في موقع متميز يكون مقرا للإدارة العامة للشركة والإدارة الإقليمية لمنطقة الرياض والفرع الرئيسي النموذجي بالإضافة إلى الخدمات المساندة للشركة . ومن المتوقع أن يتم خلال السنة المالية القادمة ١٩٨٩ م البت في الموقع المناسب والبدء في التصاميم والمخططات التنفيذية بحول الله .

## مكافآت وبدلات أعضاء مجلس الإدارة :

استناذا إلى ما جاء في المادة (١٩) من النظام الأساسي للشركة بلغ إجمالي مكافآت وبدلات أعضاء مجلس الإدارة ٨٤١,٤٥٨ ريال ، كما أن المجلس لا يتقاضى أي أتعاب خلاف ما نص عليه نظام الشركة الأساسي ولم يتم صرف مكافأة للمدير العام والعضو المنتدب وفق ما نصت عليه أحكام المادة (٢٢) من النظام الأساسي ، حيث إنه قد تبرع بجهده في دعم وتنمية الشركة إيمانا منه بالأهداف النبيلة التي تسعى الشركة لتحقيقها فجزاه الله خيرا .

## مقترحات مجلس الإدارة :

يقترح مجلس الإدارة على حضراتكم ما يلي :

١ ـ التصديق على الميزانية العمومية وحساب الأرباح والخسائر .
٢ ـ الموافقة على ما ورد بتقرير مجلس الإدارة وإبراء ذمة أعضاء مجلس الإدارة عن أدائهم خلال الفترة المالية المنتهية في ١٩٨٨/١٢/٣١ م .
٣ ـ الموافقة على اقتراح مجلس الإدارة بشأن توزيع أرباح عام ٨٨ بعد شهر من تاريخ هذه الجمعية .
٤ ـ إعادة اختيار مكتب عبد العزيز الراشد ومكتب وني مري وشركاهم مراقبين لحسابات الشركة لعام ١٩٨٩ م أو اختيار غيرهم وتحديد أتعابهم .

١٤





**استخدام الشركة للحاسب الآلي وماكينات الصرف الآلي :**

تجاوبا مع متطلبات العمل المصرفي وانسجاما مع أهداف وسياسة الشركة نحو تطوير خدماتها المقدمة للجمهور فإن الشركة تسعى جاهدة لاستخدام الحاسب الآلي وربط الفروع بشبكة آلية في المستقبل واستخدام ماكينات الصرف الآلي ، هذا بالإضافة إلى تطوير وتحسين نظام الحاسب الآلي المستخدم في الإدارة العامة . ومن المتوقع أن يتم خلال السنة المالية ١٩٨٩ م البدء في الخطوات التنفيذية في هذا المجال .



مجموع فروع الشركة ٢٢٨ فرعاً
حتى نهاية عام ١٩٨٨



## الإدارات الإقليمية

| | |
|---|---|
| **(٣١) الإدارة الإقليمية لمنطقة المدينة والشمال** | **(١٥) الإدارة الإقليمية الرياض وتوابعها** |
| العنوان : المدينة المنورة ص. ب ٦٢٢ | العنوان : الرياض ١١٤١١ ص. ب ٢٨ |
| تليفون ٨٣٨٨٠٦٨ – فاكس ٨٣٨٧٧١١ | تليفون ٤٠٥٤٢٤٤ – فاكس ٤٠٤٤٦٣١ |
| **(٣٤) الإدارة الإقليمية لمنطقة القصيم وحائل** | **(٤٤) الإدارة الإقليمية للمنطقة الغربية** |
| العنوان : بريدة ص. ب ٣٠ | العنوان : جدة ٢١٤٢١ ص. ب ٦٠٥ |
| تليفون ٣٢٣١٠٩٩ – فاكس ٣٢٤٩٧٩٤ | تليفون ٦٤٣٤١٢٢ – فاكس ٦٤٣٤٠٢٢ |
| **الإدارة الإقليمية للمنطقة الجنوبية** | **(٣٢) الإدارة الإقليمية للمنطقة الشرقية** |
| العنوان : أبها ص. ب ٨٠٨ | العنوان : الدمام ٣١٤٤٢ ص. ب ٦٠٣٠ |
| تليفون ٢٢٤٢١٩١ – فاكس ٢٢٤٣١٣٦ | تليفون ٨٢٦١٦٥٩ – فاكس ٨٢٧٥٠٦٨ |





التوزيع النسبي للفروع
حسب الإدارات الإقليمية

٩,٧%

## شبكة الفروع :

إن السياسة المعتمدة للشركة هي أن تكون خدماتها المصرفية في متناول الجميع بيسر وسهولة وأن تقدم هذه الخدمة للمواطن والمقيم كلا في موقعه بدون عناء . ولتحقيق هذه السياسة لابد للشركة من افتتاح فروع جديدة في معظم المدن والمناطق التي تتطلب هذه الخدمة . وقد بلغت فروع الشركة حتى تاريخ إعداد هذه الميزانية ٢٢٨ فرعا بالإضافة إلى ست إدارات إقليمية . ولقد تقدمت الشركة إلى مؤسسة النقد بطلب فتح مجموعة من الفروع في عدة مناطق من مناطق المملكة وذلك حرصا من الشركة على توصيل خدماتها المصرفية لكل مواطن في أي منطقة من بلادنا الحبيبة .



ALRAJHI BANKING & INV. CORP.
MALAZ BRANCH NO 126

شركة الراجحي المصرفية للإستثمار
فرع الملز رقم ١٢٦

التـدريب :

تولى إدارة الشركة أهمية خاصة لتدريب الموظف بعد التحاقه بالعمل ، لذلك فإن للشركة مركز تدريب رئيسي بالرياض ومراكز تدريب أخرى بمدينتي جدة والدمام أنشأت خصيصا لتقوم بهذه المهمة . وتعقد هذه المراكز دورات منهجية تتناسب مع جميع فئات العاملين كل حسب مستواه ، وكذلك يتم في هذه المراكز تعليم اللغة الإنجليزية . هذا بالإضافة إلى انتداب بعض الموظفين السعوديين لحضور الدورات التدريبية التي تعقد في معهد الإدارة العامة ومعهد التدريب المصرفي التابع لمؤسسة النقد الذي يشمل على كثير من الدورات المتخصصة في المجال المصرفي .




