

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-7-05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*

> *Estate of John P. O'Neill, Sr., on behalf John P. O'Neill, Sr., deceased, and on behalf of decedent's heirs-at-law, et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 04-CV-1923 (S.D.N.Y.)

### STIPULATION AND ORDER SETTING SCHEDULE FOR THE COUNCIL ON AMERICAN-ISLAMIC RELATIONS TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT

WHEREAS Plaintiffs have served their complaint on Defendant Council on American-Islamic Relations ("CAIR") on or about June 13, 2005.

WHEREAS Defendant will not challenge the validity of Plaintiffs' service.

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiffs and for Defendant, subject to the approval of the Court as follows:

Plaintiffs shall serve their RICO Statement concerning CAIR, as required by Paragraph 7 of the Court's Standing Rules of Practice and in Paragraph 14 of Case Management Order No. 2, by August 15, 2005.

Defendant shall move to dismiss or otherwise respond to Plaintiffs' second amended complaint on or before October 15, 2005.

Plaintiffs shall serve their opposition to Defendant's motion to dismiss within sixty (60) days from the date on which Defendant serves Plaintiffs.

IT IS FURTHER STIPULATED AND AGREED that Defendant shall file reply papers, if any, within thirty (30) days of receipt of Plaintiffs' opposing papers.

IT IS FURTHER STIPULATED AND AGREED that Defendant hereby waives any and all affirmative defenses, objections, privileges, immunities and arguments relating to insufficiency of process and insufficiency of service of process, but preserves any and all other defenses, objections, privileges, immunities and arguments available to it.

Respectfully submitted.

LAW FIRM OF OMAR MOHAMMEDI

By: _____

Omar Mohammedi
Ally Hack
200 Madison Avenue, Suite 1901
New York, NY 10016

*Attorneys for Defendants*

JERRY S. GOLDMAN AND ASSOCIATES

By: _____

Jerry Goldman
111 Broadway, 13th Floor
New York, NY 10006

*Attorneys for Plaintiffs*

SO ORDERED:

_____
RICHARD CONWAY CASEY, U.S.D.J.

Dated: July 5, 2005

2