**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*

*Ashton v. Al Qaeda Islamic Army*, 02-CV-6977
*Burnett v. Al Baraka Invest. & Devel. Corp*. 03-CV-5738
*Continental Casualty Co. v. Al Qaeda Islamic Army*, 04-CV-5970
*EuroBrokers, Inc. v. Al Baraka Invest. & Devel. Corp.*,
*Federal Insurance Co. v. Al Qaida*, 03-CV-6978;
*New York Marine and General Insurance Co. v. Al Qaida*, 04-CV-6105;
*Salvo v. Al Qaeda Islamic Army*, 03-CV-5071
*Tremsky v. Osama bin Laden*, 02-CV-7300
*World Trade Center Properties LLC v. Al Baraka Invest. & Devel. Corp*. 04-CV-07280

## AFFIRMATION OF ANDREA BIERSTEIN IN OPPOSITION TO CONSOLIDATED MOTION TO DISMISS OF SOLIMAN H.S. AL-BUTHE

Andrea Bierstein, Esq., affirms as follows:

1. I am an attorney admitted to practice in New York and in this Court and am a member of the law firm Hanly Conroy Bierstein & Sheridan LLP, co-counsel for the *Burnett*, *EuroBrokers*, and *World Trade Center Properties* plaintiffs in this proceeding. I submit this affirmation as part of plaintiffs' consolidated opposition to the motion to dismiss filed by Soliman H.S. Al-Buthe in the cases listed above, to transmit to the Court the following documents:

2. Exhibit 1 to this affirmation is an Application and Affidavit submitted to the United States District Court for the District of Oregon by IRS Special Agent Colleen Anderson.

1

3. Exhibit 2 to this affirmation is a true and accurate copy of excerpts from the Articles of Incorporation of Al Haramain Islamic Foundation, which was submitted to the Oregon Secretary of State.

4. Exhibit 3 to this affirmation is a true and accurate copy of a press release issued by the United States Treasury Dept. on June 2, 2004, as it appeared on the Treasury Dept. website on July 8, 2005.

5. Exhibit 4 to this affirmation is a true and accurate copy of a press release issued by the United States Treasury Dept. on September 9, 2004, as it appeared on the Treasury Dept. website on July 8, 2005.

Affirmed in New York, New York on July 8, 2005.

Andrea Bierstein