*EXHIBIT 2*

674259-84

**ARTICLES OF INCORPORATION**
**OF**
**Al Haramian Islamic Foundation, Inc.**

FILED
FEB 1 1 1999
OREGON

The undersigned, in order to form a nonprofit public benefit corporation under Chapter 65 of the Oregon Revised Statutes, hereby sign and verify the following Articles of Incorporation.

## ARTICLE I. NAME AND DURATION

The name of this Nonprofit Corporation is Al Haramian Islamic Foundation, Inc. Its duration shall be perpetual.

## ARTICLE II. PURPOSES

The corporation is organized as a public benefit corporation exclusively for religious, humanitarian educational and charitable purposes, as defined in Section 501(c)(3) of the Internal Revenue Code, and ORS 65.036 of the Oregon Revised Code. The corporation shall not carry on any activities which are not permitted by the Internal Revenue Code for such corporations which are exempt from federal income tax and to which contributions are deductible for federal income tax purposes.

Al Haramian Islamic Foundation, Inc., stands against terrorism, injustice, or subversive activities in any form, and shall not support any statement or acts of terrorism. Al Haramian Islamic Foundation, Inc., believes such conduct is contrary to Islamic principles.

## ARTICLE III. REGISTERED AGENT, ADDRESS FOR NOTICES

### Section 1. Registered Agent

The registered office and the registered agent are:

Perouz Seda Ghaty, 1257 Siskiyou Blvd. #224, Ashland, OR 97520

### Section 2. Address for Notices

The address to which notices from the Corporations Division and other persons and entities may be mailed is:

1257 Siskiyou Blvd. #224, Ashland, OR 97520

## ARTICLE IV. GOVERNANCE AND LIMITATIONS

### Section 1. Governance

The Corporation shall have no membership or voting members. All powers shall be exercised by its Board of Directors, in accordance with the corporation's duly adopted by-laws. The board of directors may authorize an executive committee to exercise some or all of the powers which would otherwise be exercised by the board, and such committee shall then have the duties and responsibilities of the directors.

### Section 2. Limitations

2.1    The corporation shall have no capital stock, and no part of its net earnings shall inure to the benefit of any director, trustee, officer, or member of the corporation, or any private individual.

541 - 779 - 4589

ARTICLES OF INCORPORATION - PAGE 1

R.0
2.11

2.2    No director, member, trustee or officer of the corporation, nor any private individual shall be entitled to share in the distribution of any of the corporate assets upon dissolution of the corporation, or the winding up of its affairs. Upon such dissolution or winding up, all the remaining assets of the corporation shall be distributed by the Board of Directors to any other nonprofit organization which would then qualify for tax exemption under the provisions of the Internal Revenue Code.

2.3    No substantial part of the activities of the corporation shall be the carrying on of propaganda, or otherwise attempting to influence legislation except as may be permitted by the Internal Revenue Code, and the corporation shall not participate in or intervene in (including the publication or distribution of statements) any political campaign on behalf of any candidate for public office.

2.4    Notwithstanding any other provisions of these Articles, the corporation shall not conduct or carry on activities not permitted to be conducted or carried on by a nonprofit organization exempt under the Internal Revenue Code or by an organization for which contributions are deductible under such Code.

## ARTICLE V.  GENERAL POWERS

In general, and subject to such limitations and conditions which are or may be prescribed by law, or in the corporation's Articles of Incorporation or Bylaws, the corporation shall have all powers which are now or hereafter conferred by law upon a corporation organized for the purpose hereinabove set forth, or necessary or incidental to the powers so conferred, or conducive to the attainment of the purpose of the corporation.

## ARTICLE VI  BOARD OF DIRECTORS AND OFFICERS

### Section 1.  Number:

The Board of Directors shall consist of not less than three nor more than five persons in whom all the powers of the Corporation shall be vested.

### Section 2  Names and Addresses:

Aqeel Al-Aqeel, 1257 Siskiyou Blvd., #212, Ashland, OR 97520, 541-482-1116
Mansoor Al-Kadi, 1257 Siskiyou Blvd., #212, Ashland, OR 97520, 541-482-1116
Soliman H.S. Al-Buthe, 1257 Siskiyou Blvd., #212, Ashland, OR 97520, 541-482-1116
Perouz Seda Ghaty, 1257 Siskiyou Blvd., #274, Ashland, OR 97520, 541-488-8371
EACH DIRECTOR HAS CONSENTED to this APPOINTMENT

### Section 3  Term:

Each elected member of the Board shall serve for a maximum initial term of five years, and shall be eligible for re-election as the board shall provide in the corporation's by-laws.

### Section 4.  Vacancies:

Vacancies shall be filled by majority vote of the members of the board.  Vacancies occur when a Board Member's term expires, when he or she moves out of the service area, dies, resigns, is removed with or without cause, or fails to meet attendance standards for board meetings, subject to the corporation's by-laws.

### Section 5.  Officers:

The board of directors may designate Officers in the corporation's by-laws.