**SCHIFF HARDIN LLP**

Donald A. Klein (DK7821)
623 Fifth Avenue
New York, NY 10022
(212) 753-5000

John N. Scholnick (JS7654)
Ayad P. Jacob (AJ6888)
6600 Sears Tower
Chicago, IL  50505
(312) 258-5500

Attorneys for Defendants
*Schreiber & Zindel Treuhand Anstalt,*
*Frank O. Zindel, Engelbert Schreiber, Sr.,*
*and Engelbert Schreiber, Jr.*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*

    *Estate of O'Neill, et al. v. The Republic of Iraq, et al.*, Case No. 04 CV 1076 (RCC) (S.D.N.Y.)

### NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the Memorandum of Law submitted in support of this motion and the accompanying Declarations of Frank O. Zindel, Engelbert Schreiber, Sr., Engelbert Schreiber, Jr., Guntram Wolf, and the Memorandum of Law in Support of Defendants' Motion to Dismiss the Second Amended Complaint previously filed, and all prior pleadings and proceedings herein, Defendants Schreiber & Zindel Treuhand Anstalt, Frank O. Zindel, Engelbert Schreiber, Sr., and Engelbert Schreiber, Jr. ("Defendants"), by their attorneys SCHIFF HARDIN LLP, will move this Court at such time as the Court shall determine for an Order

pursuant to Rules 12(b)(5) and 12(b)(2) of the Federal Rules of Civil Procedure, dismissing all claims against each of Defendants in the above referenced actions for insufficient service of process and for lack of personal jurisdiction, and for such other relief as the Court may deem just and proper.

Dated: July 8, 2005 　　　　　　　　　　　Respectfully Submitted,

SCHIFF HARDIN LLP

By: *Donald A. Klein* (signature)

Donald A. Klein (DK7821)
623 Fifth Avenue
New York, NY 10022
(212) 753-5000

John N. Scholnick (JS7654)
Ayad P. Jacob (AJ6888)
6600 Sears Tower
Chicago, IL 50505
(312) 258-5500

Attorneys for Defendants
*Schreiber & Zindel Treuhand Anstalt, Frank O. Zindel, Engelbert Schreiber, Sr., and Engelbert Schreiber, Jr.*