

**UNITED STATES POSTAL SERVICE®**

04 CV 1923(RCC)
03 MDL 1570 (RCC)

Administration des Postes des Etats-Unis d'Amérique

*Par Avion*

**Return Receipt for International Mail**
(Registered, Insured, Recorded Delivery, Express Mail)

Postmark of the office returning the receipt
Timbre du bureau renvoyant l'avis

Return by the quickest route (air or surface mail), à découvert and postage free.
A renvoyer par la voie la plus rapide (retour par air ou de surface), à découvert et en franchise de port.

The sender completes and indicates the address for the return of this receipt
(À remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.)

Name or Firm (Nom ou raison sociale)
J. Michael McMahon

Street and Number (Rue et no.)
U.S. District Court - SDNY
500 Pearl Street

City, State, and ZIP + 4 (Localité et code postal)
New York, NY 10007-1312

UNITED STATES OF AMERICA — Etats-Unis d'Amérique

PS Form 2865, February 1997     *Avis de réception*     CN07 (Old C5)

---

Item Description (Nature de l'envoi): ☒ Article (Envoi recommandé) ☐ Letter (Lettre) ☐ Printed Matter (Imprimé) ☐ Other (Autre) ☐ Recorded Delivery (Envoi à livraison attestée) ☐ Express Mail International

Insured Parcel ☐ (Colis avec valeur déclarée)  Insured Value (Valeur déclarée)
Article Number: RB632969852
Office of Mailing (Bureau de dépôt)
Date of Posting (Date de dépôt): 2-28-05

Addressee Name or Firm (Nom ou raison sociale du destinataire)
Engelbert Schreiber, Schreiber and Zindel

Street and No. (Rue et no.)
Treuhand-Anstalt, Kirchstrasse 39

Place and Country (Localité et pays)
FL-9490 Vaduz, Liechtenstein

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)
Date: 13/3/05

Signature of Addressee (Signature du destinataire)
Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

PS Form 2865, February 1997 (Reverse)





From:
 ... & Associates, PC
1900 JFK Blvd, Ste. 1411
Philadelphia, PA 19102
USA

United States Postal Service
Customs Declaration CN 22

Engelbert Schreiber
Schreiber und Zindel
Treuhand — Anstalt
Kirchstrasse 81, FL-9490
Vaduz, Liechtenstein

1200 Genève 2 CC INTERNATIONAL
99.40.104847.36098974

Signature
Post Pac Priority  PRI  SI

R3 432 969 747 US
REGISTERED MAIL

$26.15
U.S. POSTAGE
NEW YORK, NY 10013
FEB 10 '03

| Item Description (Nature de l'envoi) | ☐ Registered Article (Envoi recommandé) | ☒ Letter (Lettre) | ☐ Printed Matter (Imprimé) | ☐ Other (Autre) | ☐ Recorded Delivery (Envoi à livraison attestée) | ☐ Express Mail international |
|---|---|---|---|---|---|---|
| ☐ Insured Parcel (Colis avec valeur déclarée) | | Insured Value (Valeur déclarée) | | Article Number RB 632 969 747 | | |

Office of Mailing (Bureau de dépôt)
Date of Posting (Date de dépôt): 2·28·05

Addressee Name or Firm (Nom ou raison sociale du destinataire): Engelbert Schreiber Jr., Schreiber and Zindel

Street and No. (Rue et no.): Treuhand-Anstalt Kirchstrasse 39

Place and Country (Localité et pays): FL-9490 Vaduz, Liechtenstein

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)

Date: 15.3.2005

Signature of Addressee (Signature du destinataire)

Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

PS Form 2865, February 1997 (Reverse)

---

**UNITED STATES POSTAL SERVICE**

04 CV 10 76 (RCC)
03 MDL 1570 (RCC)

Administration des Postes des États-Unis d'Amérique

**Return Receipt for International Mail**
(Registered, Insured, Recorded Delivery, Express Mail)

Postmark of the office returning the receipt (Timbre du bureau renvoyant l'avis)

*Par Avion*

Return by the quickest route (air or surface mail), à découvert and postage free.

Name or Firm (Nom ou raison sociale): J. Michael McMahon

A renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port.

Street and Number (Rue et no.): U.S. District Court - SDNY, 500 Pearl Street

City, State, and ZIP+4 (Localité et code postal): (Dtt-LS) New York NY 10007-1312

UNITED STATES OF AMERICA — États-Unis d'Amérique

PS Form 2865, February 1997       *Avis de réception*       CN07 (Old C5)

**Return address:**
Cozen O'Connor & Associates, P.C.
Two Penn Center Plaza
1500 JFK Blvd., Ste. 1411
Philadelphia, PA 19102

**Addressee:**
Engelbert Schreiber
Schreiber und Zündel
Treuhand - Anstalt
Kirchstrasse 39 FL-9490
Vaduz, Liechtenstein

United States Postal Service
Customs Declaration — CN 22
PS Form 2976, January 2004

Contents: Legal documents
Quantity: 2

Registered Mail: RB 632 969 835 US

1200 Genève 2 CC INTERNATIONAL
99.40.104847.36092096
Post Pac Priority — PRI

U.S. POSTAGE $23.75
NEW YORK, NY 10013
FEB 01 '05

| Item Description (Nature de l'envoi) | Registered ☐ Article (Envoi recommandé) | ☐ Letter (Lettre) | ☐ Printed Matter (Imprimé) | ☐ Other (Autre) | Recorded Delivery Envoi à livraison enregistrée | Express ☐ Mail International |
|---|---|---|---|---|---|---|
| ☐ Insured Parcel (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) | | | | | |

Office of Mailing (Bureau de dépôt)

KB 6-? 969 835

Date of Posting: 2-?-03

Addressee Name or Firm (Nom ou raison sociale du destinataire): Englehart Schreiber, Jr. c/o Schreiber d[illegible]

Street and No. (Rue et No.): Treuhand-Ansalt, Kirchstrasse 39

Place and Country (Localité et pays): FL-9490 Vaduz, Liechtenstein

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)

Signature of Addressee (Signature du destinataire)

Date: [illegible]

Office of Destination Employee Signature
(Signature de l'agent du bureau du destination)

PS Form 2865, February 1967 (Reverse)





