

United States Postal Service
Customs Declaration
1200 Genève 2 CC INTERNATIONAL
99.40.104847.36092087
SI
Signature
PRI
Post Pac Priority
REGISTERED MAIL
RB 632 969 80N US
$23.75

UNITED STATES POSTAL SERVICE

04 CV 1923(RCC)
03 MDL 1570(RCC)

Administration des Postes des Etats-Unis d'Amérique

**Return Receipt for International Mail**
(Registered, Insured, Recorded Delivery, Express Mail)

Par Avion

Postmark of the office returning the receipt (Timbre du bureau renvoyant l'avis)

Return by the quickest route (air or surface mail), à découvert and postage free. A renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port

The sender completes and indicates the address for the return of this receipt. (A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.)

Name or Firm (Nom ou raison sociale): J. Michael McMahon
U.S. District Court - SDNY

Street and Number (Rue et no.): 500 Pearl Street

City, State, and ZIP + 4 (Localité et code postal): New York NY 10007-1312

UNITED STATES OF AMERICA — Etats-Unis d'Amérique

PS Form 2865, February 1997 — Avis de réception — CN07 (Old C5)

Completed by the office of origin. (A remplir par le bureau d'origine.)

| Item Description (Nature de l'envoi) | ☑ Registered Article (Envoi recommandé) | ☐ Letter (Lettre) | ☐ Printed Matter (Imprimé) | ☐ Other (Autre) | ☐ Recorded Delivery (Envoi à livraison attestée) | ☐ Express Mail International |
|---|---|---|---|---|---|---|

| ☐ Insured Parcel (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) | Article Number: RB 632 969 804 |
|---|---|---|
| Office of Mailing (Bureau de dépôt) | | Date of Posting (Date de dépôt): 2.28.05 |

Addressee Name or Firm (Nom ou raison sociale du destinataire): Engelbert Schreiber

Street and No. (Rue et No.): Kirchstr. 39, Privat

Place and Country (Localité et pays): 9490 Vaduz Liechtenstein

Completed at destination. (A compléter à destination.)

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail. (Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur.)

Postmark of the office of destination (Timbre du bureau de destination)

☐ The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.) — Date: 19/03/05

Signature of Addressee (Signature du destinataire): [signature]

Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

PS Form 2865, February 1997 (Reverse)

REGISTERED MAIL
RB 632 969 702 US
$27.35
1200 Genève 2 CC INTERNATIONAL
SI
PRI
Post Pac Priority
Signature
99.40.104847.36092088
United States Postal Service
Customs Declaration
CN 22

UNITED STATES POSTAL SERVICE

04 CV 1076 (RCC)
03 MDL 1570 (RCC)

Administration des Postes des Etats-Unis d'Amérique

**Return Receipt for International Mail**
*(Registered, Insured, Recorded Delivery, Express Mail)*

**Par Avion**

Postmark of the office returning the receipt / Timbre du bureau renvoyant l'avis

Return by the quickest route (air or surface mail), à découvert and postage free.

*A renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port.*

The sender completes and indicates the address for the return of this receipt.
*(A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.)*

Name or Firm (Nom ou raison sociale): J. Michael McMahon

U.S. District Court - SDNY

Street and Number (Rue et no.): 500 Pearl Street

City, State, and ZIP + 4 (Localité et code postal): New York NY 10007-1312

UNITED STATES OF AMERICA — Etats-Unis d'Amérique

PS Form 2865, February 1997 — *Avis de réception* — CN07 (Old C5)

---

**Completed by the office of origin.** *(A remplir par le bureau d'origine.)*

Item Description (Nature de l'envoi): ☑ Registered Article (Envoi recommandé) ☐ Letter (Lettre) ☐ Printed Matter (Imprimé) ☐ Other (Autre) ☐ Recorded Delivery (Envoi à livraison attestée) ☐ Express Mail International

☐ Insured Parcel (Colis avec valeur déclarée) — Insured Value (Valeur déclarée) — Article Number: RB632969702

Office of Mailing (Bureau de dépôt) — Date of Posting (Date de dépôt): 2.28.05

Addressee Name or Firm (Nom ou raison sociale du destinataire): Engelbert Schreiber

Street and No. (Rue et No.): Kirchstr. 29, Privat

Place and Country (Localité et pays): 9490 Vaduz Liechtenstein

**Completed at destination.** *(A compléter à destination.)*

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

*(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur.)*

Postmark of the office of destination (Timbre du bureau de destination)

☐ The article mentioned above was duly delivered. *(L'envoi mentionné ci-dessus a été dûment livré.)* — Date: 15/03/05

Signature of Addressee (Signature destinataire) — Office of Destination Employee Signature (Signature de l'agent du bureau de destination)

PS Form 2865, February 1997 (Reverse)

$26.15
REGISTERED MAIL
RB 632 969 716 US
1200 Genève 2 CC INTERNATIONAL
SI
PRI
Post Pac Priority
Signature
99.40.104847.36092086
United States Postal Service
Customs Declaration
CN 22

UNITED STATES POSTAL SERVICE
04 CV 1076 (RCC)
03 MDL 1570 (RCC)
Administration des Postes des Etats-Unis d'Amérique

Return Receipt for International Mail
(Registered, Insured, Recorded Delivery, Express Mail)

Par Avion

Return by the quickest route (air or surface mail), à découvert and postage free.
A renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port.

Postmark of the office returning the receipt. Timbre du bureau renvoyant l'avis

The sender completes and indicates the address for the return of this receipt.
(A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.)

Name or Firm (Nom ou raison sociale): J. Michael McMahon

Street and Number (Rue et no.): U.S. District Court - SDNY (500) Pearl Street

City, State, and ZIP + 4 (Localité et code postal): New York NY 10007-1312

UNITED STATES OF AMERICA — Etats-Unis d'Amérique

PS Form 2865, February 1997

Avis de réception

CN07 (Old C5)

| Completed by the office of origin. (A remplir par le bureau d'origine.) | |
|---|---|
| Item Description (Nature de l'envoi) | ☑ Registered Article (Envoi recommandé) ☐ Letter (Lettre) ☐ Printed Matter (Imprimé) ☐ Other (Autre) ☐ Recorded Delivery (Envoi à livraison attestée) ☐ Express Mail International |
| ☐ Insured Parcel (Colis avec valeur déclarée) | Insured Value (Valeur déclarée): |
| Article Number | RB632969716 |
| Office of Mailing (Bureau de dépôt) | |
| Date of Posting (Date de dépôt) | 2.28.05 |
| Addressee Name or Firm (Nom ou raison sociale du destinataire) | Schreiber and Zindel |
| Street and No. (Rue et No.) | Treuhand-Anstalt Kirchstrasse 39 |
| Place and Country (Localité et pays) | FL-9490 Vaduz Liechtenstein |

| Completed at destination. (A compléter à destination.) | |
|---|---|
| This receipt must be signed by (1) the addressee, or, (2) a person authorized to sign under the regulations of the country of destination, or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail. (Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur.) | Postmark of the office of destination (Timbre du bureau de destination) |
| ☐ The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.) | Date: 18.3.05 |
| Signature of Addressee (Signature du destinataire): [signature] | Office of Destination Employee Signature (Signature de l'agent du bureau du destination) |

PS Form 2865, February 1997 (Reverse)

REGISTERED MAIL
RB 432 959 818 US
$23.75
1200 Genève 2 CC INTERNATIONAL
SI
PRI
Signature

UNITED STATES POSTAL SERVICE

04 CV 1923 (RCC)
03 MDL 1570 (RCC)

Administration des Postes des Etats-Unis d'Amérique

**Return Receipt for International Mail**
*(Registered, Insured, Recorded Delivery, Express Mail)*

**Par Avion**

Postmark of the office returning the receipt (Timbre du bureau renvoyant l'avis)

Return by the quickest route (air or surface mail), à découvert and postage free.
A renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port.

The sender completes and indicates the address for the return of this receipt. *(A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.)*

Name or Firm *(Nom ou raison sociale)*: J. Michael McMahon, U.S. District Court - SDNY

Street and Number *(Rue et no.)*: 500 Pearl Street

City, State, and ZIP + 4 *(Localité et code postal)*: New York, NY 10007-1312

UNITED STATES OF AMERICA — Etats-Unis d'Amérique

PS Form 2865, February 1997 — *Avis de réception* — CN07 *(Old C5)*

Completed by the office of origin. *(A remplir par le bureau d'origine.)*

Item Description *(Nature de l'envoi)*: ☒ Registered Article *(Envoi recommandé)* ☐ Letter *(Lettre)* ☐ Printed Matter *(Imprimé)* ☐ Other *(Autre)* ☐ Recorded Delivery *(Envoi à livraison attestée)* ☐ Express Mail International

☐ Insured Parcel *(Colis avec valeur déclarée)*

Insured Value *(Valeur déclarée)*:

Article Number: R8632969818

Office of Mailing *(Bureau de dépôt)*:

Date of Posting *(Date de dépôt)*: 2.28.05

Addressee Name or Firm *(Nom ou raison sociale du destinataire)*: Schreiber and Zindel

Street and No. *(Rue et No.)*: Truehand-Anstalt, Kirchstrasse 39

Place and Country *(Localité et pays)*: FL-9490 Vaduz Liechtenstein

Completed at destination. *(A compléter à destination.)*

The receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.
*(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur.)*

Postmark of the office of destination *(Timbre du bureau de destination)*

☐ The article mentioned above was duly delivered. *(L'envoi mentionné ci-dessus a été dûment livré.)*

Date: 13.3.05

Signature of Addressee *(Signature du destinataire)*: [signature]

Office of Destination Employee Signature *(Signature de l'agent du bureau de destination)*:

PS Form 2865, February 1997 *(Reverse)*