

A Limited Liability Partnership Including Professional Corporations

Ronald S. Safer
(312) 258-5765
Email: rsafer@schiffhardin.com

6600 SEARS TOWER
CHICAGO, ILLINOIS   60606
t 312.258.5500
f 312.258.5600
www.schiffhardin.com

February 9, 2004

**BY FEDERAL EXPRESS**

Joshua M. Ambush, Esq.
Law Offices of Joshua M. Ambush, LLC
600 Reisterstown Road
Suite 200 A
Baltimore, Md. 21208

Re:     The Estate of John Patrick O'Neill, Sr. vs. Schreiber & Zindel, Dr. Frank Zindel, et al.

Dear Mr. Ambush:

My firm represents Dr. Frank Zindel and Schreiber & Zindel with regard to the above-captioned matter. This letter will set forth the facts regarding allegations made against Schreiber & Zindel and Dr. Frank Zindel in the Complaint signed by you and filed in the above-captioned matter. After reviewing those facts, we are confident that you will withdraw the allegations in the Complaint concerning Dr. Zindel and Schreiber & Zindel; and we request that you do so within 21 days of your receipt of this letter and dismiss the actions against them. If you choose not to do so, we will have no choice but to seek sanctions against you, your firm and the plaintiffs in this matter pursuant to Rule 11 of the Federal Rules of Civil Procedure.

Dr. Frank Zindel joined Schreiber & Zindel Treuhand-Anstalt in March 1998. Before joining Schreiber & Zindel, Dr. Zindel obtained his Doctor of Law, graduating summa cum laude from Zurich University in 1995. In 1996, he apprenticed with the Edsaco Group, in London, Jersey and Isle of Man, the Banque National de Paris Jersey Trust Corporation Limited and the Banque Nationale de Paris Private Bank & Trust Cayman Limited. He is a Member of the Society of Trust and Estate Practitioners. He has known nothing but distinction in his relatively young career.

In stark contrast to all of his accomplishments, the Complaint accuses Dr. Frank Zindel of conspiring with some of the most notorious and evil persons and organizations known to man to commit the most heinous acts of terrorism in the history of the United States without a single allegation regarding what he supposedly did to commit this nefarious act. Rather, the Complaint is devoid of any specific allegation regarding any action taken by Dr. Frank Zindel. At best, this is irresponsible; at worst it is actionable. The case against Dr. Frank Zindel must be dismissed and his name removed from the Complaint.

There are two paragraphs in the Complaint that contain any allegations specific to Schreiber & Zindel. Paragraph 39 asserts as follows:



> Defendant Schreiber & Zindel of Vaduz, Liechtenstein, is a legal entity involved in money laundering activities on behalf of Al Qaeda and Al Taqwa Bank, according to documents from the Government of Lichtenstein. Upon information and belief, revenues from the sale of Iraqi oil under the United Nation's food-for-oil program were laundered to help finance Al Qaeda...

There can be no documents from the Government of Liechtenstein that establish that Schreiber & Zindel was involved in money laundering for Al Qaeda and Al Taqwa Bank; Schreiber & Zindel has never been involved in such conduct. The referenced documents are either being misinterpreted or are in error. It is generally impossible to prove a negative. In this case, Schreiber & Zindel, although under no obligation to do so, has done the impossible. Attached hereto as Exhibit A is the certified translation of a letter from the Liechtenstein government expressly contradicting the allegations in this paragraph of the Complaint. The Government of Liechtenstein has taken the extraordinary step of denying the allegations in that paragraph of the Complaint, denying that the Liechtenstein government initiated any proceedings of the kind described by the Complaint against Schreiber & Zindel and denying that the government ever issued any documents claiming that Schreiber & Zindel was ever involved in money laundering activities for Al Quaeda and/or Al Taqwa Bank. The Liechtenstein government issued substantively identical letters concerning Dr. Frank Zindel, and Messrs. Schreiber, Sr. and Jr. (attached hereto as Exhibits B-D). If the second sentence of paragraph 39 is the basis for the general allegation in the first sentence of that paragraph, then both sentences must be stricken for the reasons discussed immediately below.

The allegation in the second sentence of paragraph 39 of the Complaint is demonstrably false to the extent it implies any involvement by Schreiber & Zindel. As you know, or should know, all agreements under the United Nations' food-for-oil program must be approved by the resident country. Thus, if Schreiber & Zindel were involved in agreements under the United Nations' food-for-oil program, the Government of Liechtenstein would have approved those contracts. In fact, neither Schreiber & Zindel nor any company administered by Schreiber & Zindel has ever received approval from the government of Liechtenstein of any agreement entered under the food-for-oil program. The certified translation of a letter dated September 4, 2003, from the Liechtenstein government confirming this fact is attached hereto as Exhibit E. Thus, the only specific action of Schreiber & Zindel described by the Complaint is in error. The other conclusory allegations in the Complaint about Schreiber & Zindel, all of which appear to be based upon this erroneous allegation must fall as well. See, e.g., Complaint at ¶ 41.

Further, neither Dr. Zindel nor Schreiber & Zindel have any contact with the United States. Indeed, the Complaint contains no factual allegation upon which a Court could



find that it had personal jurisdiction over either of these parties. The reason for this failure of pleading is clear -- the Court has no personal jurisdiction over these defendants. The Complaint, therefore, runs afoul of Rule 11(b)(1),(2) and (3) of the Federal Rules of Civil Procedure.

We understand and empathize with the trauma and emotion intertwined with the events described in the Complaint. But you must understand the damage done to the reputation of innocent persons and businesses accused of being participants in these abhorrent acts without basis. As noted above, the Complaint contains a series of conclusory allegations linking "the defendants," and therefore Dr. Zindel and Schreiber & Zindel, to some of the most evil men and organizations known to man and some of the most horrific acts of terrorism ever perpetrated. Through your efforts and those of others, these spectacular allegations have received considerable attention from the international arena. This publicity has caused substantial harm to the business relationships forged over many years of honest efforts by Dr. Zindel and Schreiber & Zindel. That damage was a foreseeable result of the filing of this Complaint and the surrounding publicity. Indeed, one could reasonably conclude that the purpose of filing this lawsuit against Dr. Zindel and Schreiber & Zindel was to obtain this publicity and cause this damage.

For now, we choose to assume that you included Dr. Zindel and Schreiber & Zindel in this Complaint based upon erroneous information. We trust that after you have an opportunity to digest this information, you will dismiss Dr. Zindel and Schreiber & Zindel from this Complaint and pursue the true perpetrators of the events described in your Complaint.

Sincerely,

Ronald S. Safer

RSS:cb
Attachments

 SCHIFFHARDIN<sub>LLP</sub>

Joshua M. Ambush, Esq.
February 9, 2004
Page 4


Bcc:     Hans F. Kaeser, Esq. (w/attachments)


CHI\ 4093258.1

# EXHIBIT A

GOVERNMENT OF THE PRINCIPALITY OF LIECHTENSTEIN

DR. ERNST WALCH
MINISTER

Vaduz, on 12 December 2003

Schreiber & Zindel Treuhand Anstalt
Kirchstrasse 39
9490 Vaduz

**Action by the estate of John Patrick O'Neill sen. and his statutory heirs**
**Confirmation concerning Schreiber & Zindel Treuhand Anstalt**

Dear Sirs,

We hereby confirm to you that the Liechtenstein Government has taken note of the legal action brought on 20 August 2003 by the estate of John Patrick O'Neill sen. and his statutory heirs with the United States District Court of the District of Columbia.

The Liechtenstein Government distances itself in due form from the allegations made in Item 39 (first sentence) of the statement of claim. The Liechtenstein Government confirms that the Liechtenstein Office of the Public Prosecutor has not initiated any proceedings in this context against Schreiber & Zindel Treuhand Anstalt. For this reason, it is also confirmed that the Liechtenstein Government has never issued any documents claiming that Schreiber & Zindel Treuhand Anstalt has ever been involved in money laundering activities for Al Qaeda and/or Al Taqwa Bank.

Yours sincerely

Ernst Walch
Minister

[seal:]
PRINCELY COURT OF JUSTICE
RECEIPT FOR FEE
CHF 3.—

Identical to original
Office of the Princely Court of Justice
Vaduz, on 15 December 2003

The correctness of the translation is certified and legalized by:

**Interlingua** *Language*
*professionals*

Interlingua Anstalt
Landstrasse 64 · FL-9490 Vaduz
Telefon  +423-232 43 74
Telefax  +423-232 08 42



# REGIERUNG DES FÜRSTENTUMS LIECHTENSTEIN

DR. ERNST WALCH
REGIERUNGSRAT

Vaduz, 12. Dezember 2003

Schreiber & Zindel Treuhand Anstalt
Kirchstrasse 39
9490 Vaduz

**Klage des Nachlasses von John Patrick O'Neill senior und dessen
gesetzlichen Erben
Bestätigung betreffend Schreiber & Zindel Treuhand Anstalt**

Sehr geehrte Herren

Hiermit bestätigen wir Ihnen, dass die Liechtensteinische Regierung von
der am 20. August 2003 beim United States District Court des Districts
Columbia eingereichten Klage des Nachlasses von John Patrick O'Neill
senior und dessen gesetzlichen Erben Kenntnis genommen hat.

Die Liechtensteinische Regierung distanziert sich in aller Form von den in
Ziffer 39 erster Satz der Klageschrift gemachten Behauptungen. Die
Liechtensteinische Regierung bestätigt, dass die Liechtensteinische
Staatsanwaltschaft in diesem Zusammenhang keine Verfahren gegen
Schreiber & Zindel Treuhand Anstalt eingeleitet hat. Deshalb wird auch
bestätigt, dass die Liechtensteinische Regierung nie Dokumente erstellt
hat, in welchen behauptet wird, dass Schreiber & Zindel Treuhand Anstalt
in Geldwäschereihandlungen für Al Quaeda und/oder Al Taqua Bank
involviert gewesen sei.

Mit der Urschrift gleichlautend
Fürstliche Landgerichtskanzlei Vaduz
Vaduz, am .....1.5..Dez...2003 ..............

Mit freundlichen Grüssen

Dr. Ernst Walch
Regierungsrat

FL-9490 VADUZ

... tion de la Ha... ... ...g
... ...tentum Liechtenstein
... ...liche Urkunde

... ...on von Herrn J... ...

... ... ...'s Beglau... ...
... ... ...dokument
... ... dem Staat
... Landgerichtskanzlei

Bestätigt   **16. Dez. 2003**
... am
... ...kanzlei Vaduz

3. /00.1.-

10. Unters...

Sybille Ritter
Verwaltungs-Angestellte





**Interlingua** *Language professionals*

Interlingua Anstalt
amtlich zugelassenes
Übersetzungsbüro
www.interlingua.li

# EXHIBIT B

## GOVERNMENT OF THE PRINCIPALITY OF LIECHTENSTEIN

DR. ERNST WALCH
MINISTER

Vaduz, on 23 December 2003

To
Dr Frank Zindel
Kirchstrasse 39
9490 Vaduz

**Action by the estate of John Patrick O'Neill sen. and his statutory heirs**
**Confirmation concerning Dr. Frank Zindel**

Dear Dr. Zindel,

We hereby confirm to you that the Liechtenstein Government has taken note of the legal action brought on 20 August 2003 by the estate of John Patrick O'Neill sen. and his statutory heirs with the United States District Court of the District of Columbia.

The Liechtenstein Government distances itself in due form from the allegations made in Item 39 (first sentence) of the statement of claim. The Liechtenstein Government confirms that the Liechtenstein Office of the Public Prosecutor has not initiated any proceedings in this context against you. For this reason, it is also confirmed that the Liechtenstein Government has never issued any documents claiming that you have ever been involved in money laundering activities for Al Qaeda and/or Al Taqwa Bank.

Yours sincerely

Ernst Walch
Minister

[seal:]
PRINCELY COURT OF JUSTICE
RECEIPT FOR FEE
CHF 3.—

Identical to original
Office of the Princely Court of Justice
Vaduz, on 08 January 2004

The correctness of the translation is certified and legalized by:

**Interlingua** *Language professionals*

interlingua Anstalt
Landstrasse 64 · FL-9490 Vaduz
Telefon +423-232 13 74
Telefax +423-232 08 42

Die Echtheit der Unterschrift des
Herrn Daniel JÄGGI,
Josef-Rheinberger 24, FL-9590 Vaduz
wird amtlich bestätigt.
Fürstliches Landgericht
Vaduz, den    **0 8. Jan. 2004**



# REGIERUNG DES FÜRSTENTUMS LIECHTENSTEIN

DR. ERNST WALCH
REGIERUNGSRAT

Vaduz, 23. Dezember 2003

Herr
Dr. Frank Zindel
Kirchstrasse 39
9490 Vaduz

**Klage des Nachlasses von John Patrick O'Neill senior und dessen gesetzlichen Erben
Bestätigung betreffend Herrn Dr. Frank Zindel**

Sehr geehrter Herr Dr. Zindel

Hiermit bestätigen wir Ihnen, dass die Liechtensteinische Regierung von der am 20. August 2003 beim United States District Court des Districts Columbia eingereichten Klage des Nachlasses von John Patrick O'Neill senior und dessen gesetzlichen Erben Kenntnis genommen hat.

Die Liechtensteinische Regierung distanziert sich in aller Form von den in Ziffer 39 erster Satz der Klageschrift gemachten Behauptungen. Die Liechtensteinische Regierung bestätigt, dass die Liechtensteinische Staatsanwaltschaft in diesem Zusammenhang keine Verfahren gegen Sie eingeleitet hat. Deshalb wird auch bestätigt, dass die Liechtensteinische Regierung nie Dokumente erstellt hat, in welchen behauptet wird, dass Sie in Geldwäschereihandlungen für Al Quaeda und/oder Al Taqua Bank involviert gewesen seien.

Mit freundlichen Grüssen

Dr. Ernst Walch
Regierungsrat

Mit der Urschrift gleichlautend
Fürstliche Landgerichtskanzlei Vaduz
Vaduz, am .....**0 8. Jan. 2004**..........

FL-9490 VADUZ

APOSTILLE

(Convention de la Haye du 5 octobre 1961)

1. Fürstentum Liechtenstein

Die öffentliche Urkunde

2. ist unterschrieben von Herrn Julius Nägele

3. in seiner Eigenschaft als Beglaubigungsperson beim
Fürstl. Liecht. Landgericht

4. ist versehen mit dem Siegel/Stempel des (der)
Fürstl. Liecht. Landgerichtskanzlei

Bestätigt

6. am **0 8. Jan. 2004**

5. in 9490 Vaduz

7. durch Regierungskanzlei Vaduz

8. unter Nr. 04. 00111.-

9. Siegel/Stempel

10. Unterschrift

Sybille Ritter
Verwaltungs-Angestellte

FÜRSTENTUM LIECHTENSTEIN

Fr. **30.-**

GEBÜHRENQUITTUNG

**Interlingua** *Language professionals*

Interlingua Anstalt
amtlich zugelassenes
Übersetzungsbüro

www.interlingua.li

# EXHIBIT C

# GOVERNMENT OF THE PRINCIPALITY OF LIECHTENSTEIN

DR. ERNST WALCH
MINISTER

Vaduz, on 23 December 2003

To
Mr Engelbert Schreiber sen.
Kirchstrasse 39
9490 Vaduz

**Action by the estate of John Patrick O'Neill sen. and his statutory heirs
Confirmation concerning Mr. Engelbert Schreiber sen.**

Dear Mr. Schreiber,

We hereby confirm to you that the Liechtenstein Government has taken note of the legal action brought on 20 August 2003 by the estate of John Patrick O'Neill sen. and his statutory heirs with the United States District Court of the District of Columbia.

The Liechtenstein Government distances itself in due form from the allegations made in Item 39 (first sentence) of the statement of claim. The Liechtenstein Government confirms that the Liechtenstein Office of the Public Prosecutor has not initiated any proceedings in this context against you. For this reason, it is also confirmed that the Liechtenstein Government has never issued any documents claiming that you have ever been involved in money laundering activities for Al Qaeda and/or Al Taqwa Bank.

Yours sincerely

Ernst Walch
Minister

[seal:]
PRINCELY COURT OF JUSTICE
RECEIPT FOR FEE
CHF 3.—

Identical to original
Office of the Princely Court of Justice
Vaduz, on 08 January 2004

The correctness of the translation is certified and legalized by:



**Interlingua** *Language professionals*
Interlingua Anstalt
Landstrasse 64 · FL-9430 Vaduz
Telefon +423-232 13 74
Telefax +423-232 08 42



Die Echtheit der Unterschrift des
Herrn Daniel JAGGI,
Josef-Rheinberger 24, FL-9590 Vaduz
wird amtlich bestätigt.
Fürstliches Landgericht
Vaduz, den   0 8. Jan. 2004



# REGIERUNG DES FÜRSTENTUMS LIECHTENSTEIN

DR. ERNST WALCH
REGIERUNGSRAT

Vaduz, 23. Dezember 2003

Herr
Engelbert Schreiber sen.
Kirchstrasse 39
9490 Vaduz

**Klage des Nachlasses von John Patrick O'Neill senior und dessen
gesetzlichen Erben
Bestätigung betreffend Herrn Engelbert Schreiber sen.**

Sehr geehrter Herr Schreiber

Hiermit bestätigen wir Ihnen, dass die Liechtensteinische Regierung von
der am 20. August 2003 beim United States District Court des Districts
Columbia eingereichten Klage des Nachlasses von John Patrick O'Neill
senior und dessen gesetzlichen Erben Kenntnis genommen hat.

Die Liechtensteinische Regierung distanziert sich in aller Form von den in
Ziffer 39 erster Satz der Klageschrift gemachten Behauptungen. Die
Liechtensteinische Regierung bestätigt, dass die Liechtensteinische
Staatsanwaltschaft in diesem Zusammenhang keine Verfahren gegen Sie
eingeleitet hat. Deshalb wird auch bestätigt, dass die Liechtensteinische
Regierung nie Dokumente erstellt hat, in welchen behauptet wird, dass Sie
in Geldwäschereihandlungen für Al Quaeda und/oder Al Taqua Bank
involviert gewesen seien.

Mit freundlichen Grüssen

Dr. Ernst Walch
Regierungsrat

Mit der Urschrift gleichlautend
Fürstliche Landgerichtskanzlei Vaduz
Vaduz, am ......**0.8. Jan. 2004**......

FL-9490 VADUZ

APOSTILLE

(Convention de la Haye du 5 octobre 1961)

1. Land: Fürstentum Liechtenstein
Diese öffentliche Urkunde

2. ist unterschrieben von Herrn Julius Nägele

3. in seiner Eigenschaft als Beglaubigungsperson beim
Fürstl. Liecht. Landgericht

4. sie ist versehen mit dem Siegel/Stempel des (der)
Fürstl. Liecht. Landgerichtskanzlei

Bestätigt

5. in 9490 Vaduz      6. am    **0 8. Jan. 2004**

7. durch Regierungskanzlei Vaduz

8. unter Nr. **04. 00.109.-**

10. Unterschrift

Sybille Ritter
Verwaltungs-Angestellte

Fr. **30.-**





Interlingua *Language professionals*

Interlingua Anstalt
amtlich zugelassenes
Übersetzungsbüro
www.interlingua.li

# EXHIBIT D

## GOVERNMENT OF THE PRINCIPALITY OF LIECHTENSTEIN

DR. ERNST WALCH
MINISTER

Vaduz, on 23 December 2003

To
Mr. Engelbert Schreiber jun.
Kirchstrasse 39
9490 Vaduz

**Action by the estate of John Patrick O'Neill sen. and his statutory heirs
Confirmation concerning Mr. Engelbert Schreiber jun.**

Dear Mr. Schreiber,

We hereby confirm to you that the Liechtenstein Government has taken note of the legal action brought on 20 August 2003 by the estate of John Patrick O'Neill sen. and his statutory heirs with the United States District Court of the District of Columbia.

The Liechtenstein Government distances itself in due form from the allegations made in Item 39 (first sentence) of the statement of claim. The Liechtenstein Government confirms that the Liechtenstein Office of the Public Prosecutor has not initiated any proceedings in this context against you. For this reason, it is also confirmed that the Liechtenstein Government has never issued any documents claiming that you have ever been involved in money laundering activities for Al Qaeda and/or Al Taqwa Bank.

Yours sincerely

Ernst Walch
Minister

[seal:]
PRINCELY COURT OF JUSTICE
RECEIPT FOR FEE
CHF 3.—

Identical to original
Office of the Princely Court of Justice
Vaduz, on 08 January 2004

The correctness of the translation is certified and legalized by:

**Interlingua** *Language professionals*
Interlingua Anstalt
Landstrasse 64 · FL-9490 Vadu.
Telefon +423-232 13 74
Telefax +423-232 08 42



Die Echtheit der Unterschrift des
Herrn Daniel JÄGGI,
Josef-Rheinberger 24, FL-9590 Vaduz
wird amtlich bestätigt.
Fürstliches Landgericht
Vaduz, den **0 8. Jan. 2004**

REGIERUNG DES FÜRSTENTUMS LIECHTENSTEIN

DR. ERNST WALCH
REGIERUNGSRAT

Vaduz, 23. Dezember 2003

Herr
Engelbert Schreiber jun.
Kirchstrasse 39
9490 Vaduz

**Klage des Nachlasses von John Patrick O'Neill senior und dessen
gesetzlichen Erben
Bestätigung betreffend Herrn Engelbert Schreiber jun.**

Sehr geehrter Herr Schreiber

Hiermit bestätigen wir Ihnen, dass die Liechtensteinische Regierung von
der am 20. August 2003 beim United States District Court des Districts
Columbia eingereichten Klage des Nachlasses von John Patrick O'Neill
senior und dessen gesetzlichen Erben Kenntnis genommen hat.

Die Liechtensteinische Regierung distanziert sich in aller Form von den in
Ziffer 39 erster Satz der Klageschrift gemachten Behauptungen. Die
Liechtensteinische Regierung bestätigt, dass die Liechtensteinische
Staatsanwaltschaft in diesem Zusammenhang keine Verfahren gegen Sie
eingeleitet hat. Deshalb wird auch bestätigt, dass die Liechtensteinische
Regierung nie Dokumente erstellt hat, in welchen behauptet wird, dass Sie
in Geldwäschereihandlungen für Al Quaeda und/oder Al Taqua Bank
involviert gewesen seien.

Mit freundlichen Grüssen

Dr. Ernst Walch
Regierungsrat

Mit der Urschrift gleichlautend
Fürstliche Landgerichtskanzlei Vaduz
Vaduz, am ......... **0 8. Jan. 2004** ......

FL-9490 VADUZ

## APOSTILLE
(Convention de la Haye du 5 octobre 1961)

**1.** Land: Fürstentum Liechtenstein
Diese öffentliche Urkunde

**2.** ist unterschrieben von Herrn Julius Nägele

**3.** in seiner Eigenschaft als Beglaubigungsperson beim
Fürstl. Liecht. Landgericht

**4.** sie ist versehen mit dem Siegel/Stempel des (der)
Fürstl. Liecht. Landgerichtskanzlei

Bestätigt

**5.** in 9490 Vaduz          **6.** am   **0 8. Jan. 2004**

**7.** durch Regierungskanzlei Vaduz

**8.** unter Nr. H. 2011.

**9.** Siegel/Stempel          **10.** Unterschrift

Sybille Ritter
Verwaltungs-Angest.



**Interlingua** *Language professionals*

Interlingua Anstalt
amtlich zugelassenes
Übersetzungsbüro

www.interlingua.li



# **EXHIBIT E**



GOVERNMENT OF THE PRINCIPALITY OF LIECHTENSTEIN

DR. ERNST WALCH
MINISTER

Vaduz, on 4 September 2003

Schreiber & Zindel Treuhand Anstalt
Kirchstrasse 39
9490 Vaduz

**Napex Aktiengesellschaft (in liquidation)**
**Crude Oil Sales Contract No. M/12/97**

We hereby confirm to you that the proper authorities in Liechtenstein have so far not approved any contracts for Schreiber & Zindel Treuhand Anstalt, Vaduz, nor for any company administered by Schreiber & Zindel Treuhand Anstalt, that would be subject to the rules of the Oil-for-Food Programme.

The application of Napex Aktiengesellschaft (in liquidation) to the proper Liechtenstein authorities to grant Contract No. M/12/97 for the purchase of crude oil from Iraq was withdrawn by your letter dated 20 March 2003. The Government then cancelled the request. The proper UNO authority for the approval of requests to purchase crude oil from Iraq has confirmed that no deliveries have been made to Napex.

Yours sincerely

Dr. Ernst Walch
Minister

[seal:]
PRINCELY COURT OF JUSTICE
RECEIPT FOR FEE
CHF 3.—

Identical to original
Office of the Princely Court of Justice
Vaduz, on 15 December 2003

The correctness of the translation is certified and legalized by:

**Interlingua** *Language professionals*

Interlingua Anstalt
Landstrasse 64 · FL-9490 Vaduz
Telefon +423 232 13 74
Telefax +423 232 08 42

Die Echtheit der Unterschrift der
Frau Christine MATT,
Landstrasse 64, FL-9490 Vaduz,
wird amtlich bestätigt.

Julius Nägele
Urkundsperson

17. Dez. 2003



# REGIERUNG DES FÜRSTENTUMS LIECHTENSTEIN

DR. ERNST WALCH
REGIERUNGSRAT

Vaduz, 4. September 2003

Schreiber & Zindel Treuhand Anstalt
Kirchstrasse 39
9490 Vaduz

**Napex Aktiengesellschaft (in Liquidation)**
**Crude Oil Sales Contract No. M/12/97**

Hiermit bestätigen wir, dass die zuständigen Stellen in Liechtenstein bis heute keine Verträge für die Schreiber & Zindel Anstalt verwaltete Gesellschaft bewilligt haben, die den Regelungen des "oil-for-food"-Programmes unterstehen würden.

Das Gesuch der Napex Aktiengesellschaft (in Liquidation) um Bewilligung des Vertrages Nr. M/12/97 zum Kauf von Rohöl aus dem Irak zu Handen der zuständigen liechtensteinischen Behörden wurde mit Schreiben vom 20. März zurückgezogen. Die Regierung hat das Gesuch daraufhin eingestellt. Die zuständige Stelle der UNO für die Bewilligung von Gesuchen für Rohöleinkäufe aus dem Irak hat bestätigt, dass keine Lieferungen an die Napex stattfanden.

Mit freundlichen Grüssen

Dr. Ernst Walch
Regierungsrat

Mit der Urschrift gleichlautend
Fürstliche Landgerichtskanzlei Vaduz
Vaduz, am ...... 15. Dez. 2003

APOSTILLE

(Convention de la Haye du 5 octobre 1961)

1. Fürstentum Liechtenstein

Diese öffentliche Urkunde

2. ist unterschrieben von Herrn Julius Nägele

3. in seiner Eigenschaft als Beglaubigungsperson beim
Fürstl. Liecht. Landgericht

4. sie ist versehen mit dem Siegel/Stempel des (der)
Fürstl. Liecht. Landgerichtskanzlei

Bestätigt

5. in 9490 Vaduz         6. am   1 6. Dez. 2003

7. durch Regierungskanzlei Vaduz

8. unter Nr.

9. Siegel/Stempel         10. Unterschrift

Verwaltungs-Angestellte



**Interlingua** *language professionals*

Interlingua Anstalt
amtlich zugelassenes
Übersetzungsbüro
www.interlingua.li