UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

In re Terrorist Attacks on September 11, 2001          03 MD 1570 (RCC)
                                                       ECF Case

------------------------------------x

This document relates to: *Continental Casualty Co., et al. v. Al Qaeda Islamic Army*, 04-CV-5970 (RCC) and *New York Marine and General Ins. Co. v. Al Qaeda*, 04-CV-4105 (RCC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-11-05

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that plaintiffs' time to respond to the Motion to Dismiss the Complaints in the above-referenced actions by defendant DMI Administrative Services S.A. ("DMI S.A.") is extended from June 29, 2005 until July 13, 2005, and that DMI S.A. shall file its reply papers within twenty-one days of receipt of plaintiffs' opposing papers, if any.

Dated: June 29, 2005
New York, New York

FERBER FROST CHAN & ESSNER, LLP

By: _____
    Robert M. Kaplan (RK 1428)
    530 Fifth Avenue, 23rd Floor
    New York, New York 10036-5101
    (212) 944-2200

Attorneys for Plaintiffs in *Continental Casualty Co. v. Al Qaeda Islamic Army*, 04-CV-5970 (RCC)

BROWN GAVALAS & FROMM LLP

By: _____
Frank J. Rubino, Jr.
355 Lexington Avenue
New York, New York 10017
(212) 983-8500

Attorneys for Plaintiff in New York Marine and General Ins. Co. v. Al Qaida, 04-CV-6105 (RCC)

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: _____
James J. McGuire (JM 5390)
Timothy J. McCarthy (TM 2118)
30 Rockefeller Plaza, Suite 2400
New York, New York 10112
(212) 332-3800

Attorneys for Defendant
DMI Administrative Services S.A.

SO ORDERED:

_____ July 7, 2005
U.S.D.J.