USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-11-05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*
Federal Insurance Co., et al. v. Al Qaida, et al., Case No. 03-CV-6978 (S.D.N.Y.)
Kathleen Ashton, et al v. Al Qaeda Islamic Army, et al. Case No. 1:02-6977 (S.D.N.Y.)
Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al., Case No. 04-CV-05970-UA (S.D.N.Y.)
Euro Brokers, Inc., et al. v. Al Baraka Investment and Development Corp., et al., Case No. 04-CV-07279-UA (S.D.N.Y.)
New York Marine and General Insurance Co. v. Al Qaida, et al., Case No. 04-CV-6105 (S.D.N.Y.)
Estate of John P. O'Neill, Sr., on behalf John P. O'Neill, Sr., deceased, and on behalf of decedent's heirs-at-law, et al. v. Al Baraka Investment and Development Corp., et al., Case No. 04-CV-1923 (S.D.N.Y.)
World Trade Center Properties, LLC, et al. v. Al Baraka Investment and Development Corporation, et al., Case No. 04-CV-7280 (S.D.N.Y.)

**STIPULATION AS TO SERVICE OF PROCESS AND EXTENSION OF TIME TO RESPOND TO COMPLAINTS CONSOLIDATED UNDER MDL 1570**

WHEREAS the Plaintiffs in all of the above-referenced cases consolidated under 03 MDL 1570 have sued Defendant World Assembly of Muslim Youth ("WAMY") and allege that WAMY is a single global entity with branch offices located throughout the world.

WHEREAS the Defendants undersigned counsel allege that it is representing WAMY (Saudi Arabia) and WAMY International (USA) which are separate and distinct juridical entities from other WAMY offices.

WHEREAS the Plaintiffs in all of the above-referenced cases consolidated under 03 MDL 1570 and Defendant WAMY, by and through their undersigned counsel, wish to amicably resolve all service of process issues without this Court's intervention.

WHEREAS nothing contained herein shall be construed as the Plaintiffs consenting, as a matter of fact or as a matter of law, that the WAMY branch offices are separate and distinct juridical entities.

WHEREAS, nothing contained herein shall be construed as the Defendants consenting, as a matter of fact or as a matter of law, that WAMY is a global organization.

WHEREAS nothing contained herein shall be construed to waive any arguments advanced by the Plaintiffs that the WAMY headquarters in Saudi Arabia is legally responsible for the actions of its branches.

WHEREAS, nothing contained herein shall be construed to waive any arguments advanced by Defendants that WAMY Saudi Arabia is not legally responsible for actions of other WAMY offices.

WHEREAS, nothing contained herein shall be construed to waive any arguments advanced by any other WAMY offices through undersigned counsel or other counsel that these offices are separate and distinct offices or waive any arguments or defenses against claims in the above-referenced cases.

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs in all of the above-referenced cases consolidated under 03 MDL 1570 and Defendant WAMY, by and through their undersigned counsel, that the undersigned Defendant's counsel hereby accepts service of the Complaint in each of the cases referenced above.

IT IS FURTHER HEREBY STIPULATED AND AGREED that Plaintiffs pursuing claims for relief under the Racketeer Influenced and Corrupt Organizations Act ("RICO") shall serve their respective RICO Statements concerning WAMY, on or before July 29, 2005.

IT IS FURTHER HEREBY STIPULATED AND AGREED that the time for WAMY to answer or otherwise respond to the Complaint in each of the cases referenced above, shall be on or before September 30, 2005.

IT IS FURTHER HEREBY STIPULATED AND AGREED that the Plaintiffs' response to WAMY's responsive pleadings, if any, shall be served within sixty days of receipt of same from defendant's counsel, and that defendant's counsel shall file reply papers, if any, within 30 days of receipt of plaintiffs' opposing papers.

IT IS FURTHER HEREBY STIPULATED AND AGREED that WAMY hereby waives any and all affirmative defenses, objections, privileges, immunities and arguments relating to service of process in each of the cases referenced above, but preserves any and all other defenses, objections, privileges, immunities and arguments available to it.

    Respectfully submitted.

COZEN O'CONNOR

By: _____
Sean P. Carter
J. Scott Tarbutton
1900 Market Street
Philadelphia, PA 19103

*Attorneys for Plaintiffs*

LAW FIRM OF OMAR T. MOHAMMEDI

By: _____
Omar T. Mohammedi
200 Madison Avenue
Suite 1901
New York, NY 10016

*Attorneys for Defendant*

**SO ORDERED:**

_____      Dated: July 8, 2005
RICHARD CONWAY CASEY, U.S.D.J.

PHILA1\217676515 117430.000