

(AJEY, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In Re Terrorist Attacks on September 11, 2001        03MDL 1570 (RCC)
-----------------------------------------------------------x   ECF Case
CONTINENTAL CASUALTY CO., *et al.*,

v.                                                   Case No. 04-CV-5970 (RCC)
                                                     ECF Case

AL QAEDA ISLAMIC ARMY, et al.
-----------------------------------------------------------x

## STIPULATION WITH REGARD TO RULING ON MOTIONS TO DISMISS OF DEFENDANT MAR JAC POULTRY, INC. IN RELATED CASES

WHEREAS the plaintiffs in the action entitled <u>Continental Casualty Co. v. Al Qaeda Islamic Army</u> (the "Action") filed their complaint on September 1, 2004 and filed their amended complaint on December 7, 2004;

WHEREAS Mar Jac Poultry, Inc. ("MJP") is named as a defendant in the amended complaint in the Action;

WHEREAS MJP acknowledges that service of the amended complaint in the Action has been effected pursuant to the agreement reached between its counsel and plaintiffs' counsel;

63049

WHEREAS MJP has filed motions to dismiss the complaints naming it as a defendant in the following related cases (the "Related Cases"): *Ashton v. Al Qaeda Islamic Army*, 02-CV-6977 (RCC); *Burnett v. Al Baraka Investment & Development Corp.*, 03-CV-9849 (RCC); *Federal Insurance Co. v. Al Qaida*, 03-CV-6978 (the "Motions")

WHEREAS MJP's Motions have been fully briefed by all parties thereto and is awaiting resolution by the Court;

WHEREAS the allegations in the amended complaint in the Action parallel those in the complaints filed in the Related Cases and, in many instances, are identical to them; in particular, the allegations that make specific reference to MJP in the amended complaint in the Action are substantially similar to those in the Related Cases;

WHEREAS the parties hereto wish to avoid, if possible, burdening the Court with additional filings or themselves with unnecessary litigation costs;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

1. The parties hereto will adopt as a binding order in the Action, with regard to MJP, the order of this Court deciding the Motions (the "Order")

2

2. In the event the Order is appealed, the parties hereto will adopt as a binding order in the Action, with regard to MJP, any subsequent rulings by any appellate courts with regard to the Order.

3. All further proceedings in the Action with regard to MJP are stayed pending the resolution of the Motions and MJP's motion to dismiss the amended complaint in the Action is withdrawn. After resolution of the Motions, if the Court, with regard to the cases covered by the Motions, orders or requires the filing of any answer by MJP and/or orders or permits discovery with regard to MJP, such order, requirement or permission will apply to the Action, as well.

Dated: New York, New York
June __, 2005

GILLEN PARKER & WITHERS LLC

By: _____
Wilmer Parker (WP 1376)
(admitted *pro hac vice*)
One Securities Center, Suite 1050
3490 Piedmont Road, NE
Atlanta, Georgia 30305
(404) 842-9700

*Attorneys for Defendant*
*Mar Jac Poultry, Inc.*

3

FERBER FROST CHAN & ESSNER LLP

By: _____
Robert M. Kaplan
530 Fifth Avenue
New York, NY 10036
(212) 944-2200

*Attorneys for Plaintiffs*

SO ORDERED:

_____
RICHARD CONWAY CASEY, U.S.D.J.

July 8, 2005

4