```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-11-05
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*

    *Estate of O'Neill, et al. v. Al Baraka, et al.*, Case No. 04 CV 1922 (RCC) (S.D.N.Y.)

## STIPULATION AS TO AN AMENDED BRIEFING SCHEDULE WITH PLAINTIFFS AND DEFENDANTS SCHREIBER & ZINDEL, FRANK ZINDEL, ENGELBERT SCHREIBER, AND ENGELBERT SCHREIBER, JR.

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs in the above referenced case consolidated under 03 MDL 1570 and Defendants Schreiber & Zindel, Frank Zindel, Engelbert Schreiber, and Engelbert Schreiber, Jr. ("Defendants"), by and through their undersigned counsel, that the time for Plaintiffs to respond to the motion Defendants filed in response to the Second Amended Complaint shall be filed on August 5, 2005.

IT IS FURTHER STIPULATED AND AGREED that Defendants' counsel shall file reply memoranda, if any, within twenty-one (21) days of receipt of Plaintiffs' opposing papers.

**[CONTINUED ON NEXT PAGE]**

Respectfully Submitted,

SCHIFF HARDIN LLP

By: *Donald A. Klein*

Donald A. Klein (DK7821)
623 Fifth Avenue
New York, NY 10022
&
6600 Sears Tower
Chicago, IL 60606
Attorneys for Defendants

LAW OFFICES OF JERRY S. GOLDMAN
& ASSOCIATES, P.C.

By: *[signature]*

Jerry S. Goldman (JG8445)
111 Broadway, 13th Floor
New York, NY 10006
Attorneys for Plaintiffs

**SO ORDERED:**

*Richard Conway Casey*

RICHARD CONWAY CASEY, U.S.D.J.

Dated: July 8, 2005