UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001      03 MDL 1570 (RCC)

------------------------------------------------------------x

THIS DOCUMENT RELATES TO:

*THOMAS E. BURNETT, SR., ET AL. VS. AL BARAKA
INVESTMENT AND DEVELOPMENT CORP., ET AL.*
**03 CV 9849 (RCC); 03 CV 5738 (RCC)**

**DECLARATION OF JUSTIN B. KAPLAN REGARDING THE ECF ERRORS IN ATTEMPTING TO FILE PLAINTIFFS' CONSOLIDATED MEMORANDUMS OF LAW IN OPPOSITION TO THE MOTION TO DISMISS OF SULAIMAN AL RAJHI, SALEH AL RAJHI AND ABDULLAH AL RAJHI AND EXHIBITS THERETO**

JUSTIN B. KAPLAN declares under penalty of perjury:

1.   I am an attorney admitted to practice *pro hac vice* before this Court and am an associate with MOTLEY RICE LLC, counsel for plaintiffs in *Burnett, et al. v. Al Baraka Investment & Development Corp., et al.*, Civil Action Nos. 03 CV 9849 and 03 CV 5738. I submit this declaration to provide the Court with an explanation as to why plaintiffs Memorandum of Law in Opposition to the Motion to Dismiss of Sulaiman Al Rajhi, Saleh Al Rajhi and Abdullah Al Rajhi and exhibits were not timely filed with the Court.

2.   Attached as Exhibit 1 is a true and accurate copy of an email sent from Motley Rice paralegal, Richard J. Cashon, Jr. to the Court on June 30, 2005. Mr. Cashon spoke with Daniel D'Avanzo at the Court regarding his failed attempt and receipt of ECF errors when trying to file the aforementioned documents. He was instructed to send the

1

email attaching the error messages and that the errors could not be corrected until in the morning.

3. Because of Plaintiffs' difficulties with the ECF system and repeated error messages, Plaintiffs served their responsive papers and exhibits via email on counsel for Sulaiman Al Rajhi, Saleh Al Rajhi and Abdullah Al Rajhi on 6/30/05.

4. Repeated attempts were made on Friday 7/1/05 to file aforementioned documents, all resulting in ECF error messages. Mr. Cashon was informed by the Court that he should attempt again on 7/5/05.

5. On 7/5/05, Mr. Cashon spent and hour on the phone with the IT department at the Court attempting the following with their assistance:

1) filing Abdullah Al Rajhi ("Abdullah") through Netscape with all attachments

2) filing Abdullah through Netscape with no attachments (just Memo. of Law)

3) filing Abdullah through Internet Explorer ("IE") with all attachments

4) filing Abdullah through IE with no attachments (just Memo. of Law)

5) filing Saleh Al Rajhi through IE with no attachments (just Memo. of Law)

All attempts resulted in error messages. Cashon was informed that the IT department were able to gather some "server info." during each of these attempts that were to be passed on to the head systems person for the Federal Court's ECF system.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 7, 2005.

_____
Justin T. Kaplan

2

Exhibit 1



# Motley Rice

*Litigating Today For A Better Tomorrow*

Motley Rice LLC Attorneys at

-----Original Message-----
**From:** Cashon, Richard
**Sent:** Thursday, June 30, 2005 8:21 PM
**To:** 'daniel_davanzo@nysd.uscourts.gov'
**Subject:** ECF error message
**Importance:** High

Dear sirs,

I spoke with you tonight @ 6:50pm regarding an ECF error I received while attempting to file one of three Memorandums in Opposition to a Motion along with a Declaration and fourteen (14) attachments - all under the 2.5 megabyte limit required by the Court. I was attempting to file these across 11 cases in a consolidated MDL action (MDL 1570 (RCC)). You instructed me to email the error messages I received to you and to Mr. Kirby for resolution, and informed me that this problem could not be corrected until tomorrow morning (7/1/05). I have attached the error messages to this email in PDF files. Please let me know when the system will allow me to file the document. Thank you.

Richard J. Cashon, Jr.
Paralegal to Jodi Westbrook Flowers
Motley Rice LLC
P.O. Box 1792 (29465)
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
Tel: (843) 216-9555
Fax: (843) 216-9680
E-mail: rcashon@motleyrice.com

The information contained in this e-mail is privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If this communication has been received in error, please notify us immediately by telephone (843-216-9000) or by return email. Thank you.

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication

## Responses and Replies

1:03-md-01570-RCC In Re: Terrorist Attacks on September 11, 2001

Syntax error -
781897-24438-111613.682833354:unload("cs_appeal,cs_bondinfo,cs_case_number,cs_caseid,cs_chapter,cs_cjr
(cs_caseid =
Transaction aborted.

An Internal Error has occurred the error code 71. - 1 (1 )-(21418 248 /tmp/396591613086936 )

An Internal Error has occurred the error code 70. -1

## Responses and Replies

1:03-md-01570-RCC In Re: Terrorist Attacks on September 11, 2001

Syntax error -
781897-3421-43885.3201709575:unload("cs_appeal,cs_bondinfo,cs_case_number,cs_caseid,cs_chapter,cs_cjra
(cs_caseid =
Transaction aborted.

An Internal Error has occurred the error code 71. - 1 (1 )-(21838 248 /tmp/403357655930053 )

An Internal Error has occurred the error code 70. -1

## Responses and Replies

1:03-md-01570-RCC In Re: Terrorist Attacks on September 11, 2001

Syntax error -
781897-5190-103938.863248069:unload("cs_appeal,cs_bondinfo,cs_case_number,cs_caseid,cs_chapter,cs_cjra
(cs_caseid =
Transaction aborted.

An Internal Error has occurred the error code 71. - 1 (1 )-(45193 243 /tmp/741722392533272 )

An Internal Error has occurred the error code 70. -1

## Responses and Replies

1:03-md-01570-RCC In Re: Terrorist Attacks on September 11, 2001

Syntax error -
781897-7017-97642.7847653994:unload("cs_appeal,cs_bondinfo,cs_case_number,cs_caseid,cs_chapter,cs_cjra
(cs_caseid =
Transaction aborted.

An Internal Error has occurred the error code 71. - 1 (1 )-(62739 232 /tmp/104854947014221 )

An Internal Error has occurred the error code 70. -1

## Responses and Replies

1:03-md-01570-RCC In Re: Terrorist Attacks on September 11, 2001

Syntax error -
781897-7515-68551.7747976178:unload("cs_appeal,cs_bondinfo,cs_case_number,cs_caseid,cs_chapter,cs_cjra
(cs_caseid =
Transaction aborted.

An Internal Error has occurred the error code 71. - 1 (1 )-(56917 186 /tmp/101078435643917 )

An Internal Error has occurred the error code 70. -1