# Attachment A
## (Part 4 of 6)

# Exhibit 6

 **TRANSPERFECT** | **TRANSLATIONS**

City of New York, State of New York, County of New York

ATLANTA
BOSTON
BRUSSELS
CHICAGO
DALLAS
DETROIT
FRANKFURT
HOUSTON
LONDON
LOS ANGELES
MIAMI
MINNEAPOLIS
NEW YORK
PARIS
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
SEATTLE
WASHINGTON, DC

I, Warren Merkel, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the attached documents from Bosnian to English.

Warren Merkel

Sworn to before me this

5th day of November, 2002

Signature, Notary Public

PAUL O. RALSTON
Notary Public, State of New York
No. 01RA6023867
Qualified in Queens County
Commission Expires May 3, 2003

Stamp, Notary Public

**Bosna i Hercegovina**
*Federacija Bosne i Hercegovine*
*FEDERALNO MINISTARSTVO UNUTRAŠNJIH POSLOVA*
*FEDERALNO MINISTARSTVO UNUTARNJIH POSLOVA*
*S A R A J E V O*
*UPRAVA POLICIJE*

**Bosnia and Herzegovina**
*Federation of Bosnia and Herzegovina*
*FEDERATION MINISTRY OF INTERNAL AFFAIRS*
*S A R A J E V O*
*Administration of Police*



Broj: 09-12/5-04-3-1483
Datum: 11.04.2002. godine

**VRHOVNI SUD FEDERACIJE BIH**
Ⓘstražnom sudiji –

**S A R A J E V O**

**FEDERALNO TUŽILAŠTVO**

**S A R A J E V O**

**KANTONALNO TUŽILAŠTVO**

**S A R A J E V O**

**Bosna i Hercegovina**
**Federacija Bosne i Hercegovine**
**VRHOVNI SUD FEDERACIJE BOSNE i HERCEGOVINE**

| Primljeno: | 16. 4. 2002 | | |
|---|---|---|---|
| Org. jedin. | B r o j | Prilozi | Vrijednost |
| | | | |

V E Z A: Naredbe Vrhovnog suda FBiH br. Kri: 02/02 od 19.03.2002.g.
Kri: 03/02 od 19.03.2002.g.
Kri: 04/02 od 19.03.2002.g.
Kri: 05/02 od 19.03.2002.g.
Kr: 06/02 od 19.03.2002.g.
Kri: 07/02 od 19.03.2002.g.
Kri: 08/02 od 19.03.2002.g.

### POSEBAN IZVJEŠTAJ
o pretresu uredskih prostorija HO"BOSANSKA IDEALNA FUTURA",
kao i stanova lica zaposlenih u navedenoj humanitarnoj organizaciji

Postupajući po naredbama Vrhovnog suda FBiH, broj i datum veze, kojim se naređuje pretres uredskih prostorija HO „BOSANSKA IDEALNA FUTURA" i stanova odgovornih lica zaposlenih u njoj, ovlašteni radnici ovog Ministarstva, dana 19.03.2002.g., izvršili su:

I - Pretres uredskih prostorija humanitarne organizacije „BOSANSKA IDEALNA FUTURA" u Zenici, ul. Hadžije Mazića br. 16-F;

II - Pretres stana i drugih prostorija koje joristi ĆOSIĆ ALEN, u Zenici, ul. Prve zeničke brigade br. 5-B;

2.

*III – Foto-dokumentacija br. 12/9-3-37 koja se odnosi na pretres stana koji je koristio Bajraktarević Husejn u Zenici ul. Zeničke brigade br. 5-A (pretres izvršen po vašoj naredbi br. Kri. 08/02 od 19.03.2002.g.*

*IV – Foto-dokumentacija broj 12/9-04-3-1483 koja se odnosi na pretres uredskih prostorija humanitarne organizacije „BOSANSKA IDELNA FUTURA" u Sarajevu ul. Salke Lagumdžije br. 12 (pretres izvršen po vašoj naredbi br. Kri. 04/02 od 19.03.2002.g.).*

*V – Foto-dokumentacija br. O.R. 547/02 koja se odnosi na pretres stana vlasništvo Enaam Arnaouta, koji koristi njegova supruga Bajraktarević Aida u Sarajevu ul. Grada Kalgarija br. 6. (pretres izvršen po vašoj naredbi br. Kri. 07/02 od 19.03.2002.g.)*

*Takođe vam dostavljamo foto-dokumentaciju br. 12/9-04-3-1483 koja se odnosi na sadržaj aktovke – kofera koji je pronađen u podrumskim prostorijama stana vlasništvo Enaama Arnaouta a koji je zapisnički otvoren i pregledan. (Zapisnik o otvaranju i pregledanju sadržaja br. 12/5-5/3-1 od 19.03.2002. g. dostavljen je u prilogu posebnog izvještaja broj i datum veze.*

*VI – Foto-dokumentacija br. O.R. 553/2002, koja se odnosi na pretres stana i drugih prostorija Zahiragić Hasana, oca Zahiragić Muniba u Sarajevu ulica Rogina br. 30 i br. 32. (pretres izvršen po vašoj naredbi br. Kri. 05/02 od 19.03.2002.g.).*

*VII – Foto-dokumentacija koja se odnosi na pretres stana i drugih prostorija koje je koristio Zahiragić Munib u Sarajevu u ul. Aleja Lipa br. 50, zbog tehničkih problema još uvijek nije izrađena i istu ćemo vam naknadno dostaviti.*

S poštovanjem,

**PRILOG:**
   - *kao u tekstu.-*

**Dostavljeno:**
   - *1x Federalno tužilaštvo – bez priloga*
   - *1x Kantonalno tužilaštvo Sarajevo - sa prilozima (fco. foto-dokumentacije)*

AV/MS

**V.D. DIREKTORA**
P.O.
**Dragan Lukač**

3

Bosnia and Herzegovina
Federation of Bosnia and Herzegovina
FEDERAL MINISTRY OF INTERNAL AFFAIRS
SARAJEVO
POLICE HEADQUARTERS

[National Emblem]

Bosnia and Herzegovina
Federation of Bosnia and Herzegovina
FEDERAL MINISTRY OF INTERNAL
AFFAIRS
SARAJEVO
POLICE HEADQUARTERS

No. 09-12/5-04-3-1483
Date: 4/11/2002

Attn: Investigative Judge
SUPREME COURT OF THE FEDERATION OF BOSNIA AND HERZEGOVINA
SARAJEVO

[stamp]
Bosnia and Herzegovina
Federation of Bosnia and Herzegovina
SUPREME COURT OF THE FEDERATION OF BOSNIA AND HERZEGOVINA
Received: 11/[illegible]/02

| Organizational Unit | Number | Enclosures | Value |
|---|---|---|---|

OFFICE OF THE FEDERAL PROSECUTOR
SARAJEVO

OFFICE OF THE CANTONAL PROSECUTOR
SARAJEVO

RE: Orders of the Supreme Court of the Federation of Bosnia and Herzegovina No. Kri. 02/02 of 3/19/2002
Kri. 03/02 of 3/19/2002
Kri. 04/02 of 3/19/2002
Kri. 0502 of 3/19/2002
Kri. 06/02 of 3/19/2002
Kri. 07/02 of 3/19/2002
Kri. 08/02 of 3/19/2002

## SPECIAL REPORT
### Regarding the Search of the Business Premises of HO [Humanitarian Organization] BOSANSKA IDEALNA FUTURA [BOSNIAN IDEAL FUTURE] as well as of the Apartments of the Individuals Employed in Said Humanitarian Organization

Acting in accordance with the orders of the Supreme Court of the Federation of Bosnia and Herzegovina, numbers and dates as indicated above, which order the search of the business premises of HO BOSANSKA IDEALNA FUTURA and of the apartments of its employees in charge, on 3/18/2002, the authorized agents of this Ministry carried out the following:

I – Search of the business premises of the Humanitarian Organization of BOSANSKA IDEALNA FUTURA at 16-F Hadzija Mazic Street in Zenica;

II – Search of the apartment and other premises used by ALEN COSIC located at 5-B Prve zenicke brigade Street in Zenica;

1

-4-

III – Photo documentation No. 12/9-3-37 related to the search of the apartment used by Husejn Bajraktarevic located at 5-A Zelenicke brigade Street in Zenica (search conducted pursuant to your Order No. Kri. 08/02 of 3/19/2002).

IV – Photo documentation No. 12/9-04-3-1483 related to the search of the business premises of humanitarian organization of BOSANSKA IDEALNA FUTURA located at 12 Salko Lagumdzija Street in Sarajevo (search conducted pursuant to your Order No. Kri. 04/02 of 3/19/2002).

V – Photo documentation No. OR 547/02 related to the search of the apartment owned by Enaam Arnaout used by his wife, Aida Bajraktarevic, located at 6 Grada Kalgarija Street in Sarajevo (search conducted pursuant to your Order No. Kri. 07/02 of 3/19/2002)

We are also submitting to you photo documentation No. 12/9-04-3-1483 related to the contents of the travel bag that was found in the basement of the apartment owned by Enaam Arnaout and was opened and inspected on the record. (Record No. 12/5-5/3-1 dated 3/19/2002 regarding the opening and inspection of the contents has been enclosed with the special report, number and date as indicated above.

VI – Photo documentation No. O.R. 553/2002 related to the search of the apartment and other premises of Hasan Zahiragic, father of Munib Zahiragic, located at 30 and 32 Rogina Street in Sarajevo (search conducted pursuant to your Order No. Kri. 05/02 of 3/19/2002)

VII – Due to technical difficulties, the photo documentation related to the search of the apartment and other premises used by Munib Zahiragic located at 50 Aleja Lipa Street in Sarajevo has not been produced yet and will be submitted to you additionally.

[Round Seal:] Bosnia and Herzegovina, Federation of Bosnia and Herzegovina, Supreme Court of the Federation of
Bosnia and Herzegovina
[handwritten] Copy true to the original.
[signature]

Sincerely,

**ENCLOSURES**
- as indicated above

**Copies:**
1 – to the Office of the Federal Prosecutor – without enclosures
1 – to the Office of the Cantonal Prosecutor in Sarajevo – with enclosures (photocopies of the photo documentation)

AV/MS

[signature]
Dragan Lukac
Acting Director
[round seal]

Exhibit 7

Bosna i Hercegovina
*Federacija Bosne i Hercegovine*
*FEDERALNO MINISTARSTVO UNUTRAŠNJIH POSLOVA*
*FEDERALNO MINISTARSTVO UNUTARNJIH POSLOVA*
*S A R A J E V O*
*UPRAVA POLICIJE*

**Bosnia and Herzegovina**
*Federation of Bosnia and Herzegovina*
**FEDERATION MINISTRY OF INTERNAL AFFAIRS**
*S A R A J E V O*
*Administration of Police*

Broj: 09-12/5-04-3-1483
Datum: 26.06.2002. godine

**VRHOVNI SUD F BiH**
**Istražnom sudiji**

**S A R A J E V O**

**PREDMET:** Foto-dokumentacija, dostavlja se.-

**V E Z A:** Vaše naredbe br. Kri: 02/02 od 19.03.2002.g.
Kri: 03/02 od 19.03.2002.g.
Kri: 04/02 od 19.03.2002.g.
Kri: 05/02 od 19.03.2002.g.
Kr: 06/02 od 19.03.2002.g.
Kri: 07/02 od 19.03.2002.g.
Kri: 08/02 od 19.03.2002.g.
Naš poseban izvještaj broj: 09-12/5-04-3-1483 od 11.04.2002.g.

Posebnim izvještajem, broj i datum veze, obavijestili smo vas da smo dana 19.03.2002. g., postupajući po vašim naredbama broj Kri: 02/02 do 08/02 od 19.03.2002. g. izvršili pretrese uredskih prostorija HO „BOSANSKA IDEALNA FUTURA" i pretrese stanova lica zaposlenih u istoj. Uz dostavljenu dokumentaciju, obavijestili smo vas da ćemo foto-dokumentaciju o izvršenim pretresima dostaviti po izradi iste.

S tim u vezi, u prilogu izvještaja dostavljamo vam foto-dokumentacije sa pretresa uredskih prostorija „BOSANSKA IDEALNA FUTURA" i stanova odgovornih lica, kako slijedi:

I – Foto-dokumentcija br. 08-3/2-4-2-45/02 koja se odnosi na pretres uredskih prostorija humanitarne organizacije „BOSANSKA IDEALNA FUTURA" u Zenici, ul. Hadžije Mazića br. 16-F (pretres izvršen po vašoj naredbi br. Kri: 02/02 od 19.03.2002.g.).

II – Foto-dokumentacija br. 08-3/2-4-2-43/02 koja se odnosi na pretres stana koji je koristio Ćosić Alen u Zenici ul. Zeničke brigade br. 5-A (pretres izvršen po vašoj naredbi br. Kri. 03/02 od 19.03.2002.g.

6

III – Pretres stana i drugih prostorija koje joristi Bajraktarević Husejn, u Zenici, ul. Prve zeničke brigade br. 5-A;

IV - Pretres uredskih prostorija humanitarne organizacije „BOSANSKA IDEALNA FUTURA" u Sarajevu, ul. Salke Lagumdžije br. 12;

V – Pretres stana vlasništvo Enaam Arnaouta, u Sarajevu, ul. Grada Kalgarija br. 6;

VI – Pretres stana i drugih prostorija vlasništvo Zahiragić Hasana, u Sarajevu, ul. Rogina br. 30 i 32;

VII – Pretres stana i drugih prostorija koji koristi Zahiragić Munib, u Sarajevu, ul. Aleja Lipa br. 50;

VIII – Vizuelni pregled napuštenih skladišnih prostorija koje koristi HO „BOSANSKA IDEALNA FUTURA" u Zenici, ul. 22. decembra br. 1, (dio grada pod nazivom „Kanal")

## I

**Pretres uredskih prostorija HO"BOSANSKA IDEALNA FUTURA" u Zenici, ul. Hadžije Mazića br. 16-F**

Dana 19.03.2002.g. postupajući po naredbi broj Kri:02/02 od 19.03.2002.g. izvršen je pretres uredskih prostorija HO "BOSANSKA IDEALNA FUTURA", u Zenici, ul. Hadžije Mazića br. 16-F.

Pretresu je, uz dva punoljetna svjedoka, kao ovlaštena osoba ispred HO „BOSANSKA IDEALNA FUTURA", prisustvovao Ćosić Alen, sin Seada, rođen 22.07.1968.g: u Zenici.

Pretres uredskih prostorija izvršen je u skladu sa članom 195.-198. ZKP-a FBiH, te je o istom sačinjen:
- zapisnik o pretresu na tipskom obrascu;
- foto i video-dokumentacija;
- službeni izvještaj o izvršenom pretresu, a za privremeno oduzete predmete izdata je
- potvrda u kojoj su pobrojani svi privremeno oduzeti predmeti.

Zapisnik o pretresu stana i potvrda o privremeno oduzetim predmetima dostavljeni su Federalnom tužilaštvu uz naš ekt br. 09-12/5-04-3-1483 od 20.03.2002.g., a foto i video-dokumentaciju dostavit ćemo Vam naknadno, po završetku izrade iste.

Pretresom uredskih prostorija oduzeti su predmeti za koje se smatralo da mogu biti od koristi za dalje vođenje postupka. Isti su deponovani u službene prostorije FMUP-a, gdje se na osnovu odobrenja tog suda broj Kri:02/02 od 21.03.2002.g. vrši preliminarni pregled, o čemu će se sačiniti poseban zapisnik i uz izvještaj dostaviti na dalju nadležnost.

7

**II**

*Pretres stana koji koristi Ćosić Alen, ovlašteni predstavnik*
*HO „BOSANSKA IDEALNA FUTURA", u Zenici, ul. Zeničke brigade br 5-B*

*Dana 19.03.2002.g. postupajući po naredbi broj Kri:03/02 od 19.03.2002.g. izvršen je*
*pretres stana koji koristi Ćosić Alen, u Zenici, ul. Zeničke brigade br 5-B.*

*Pretresu je, uz dva punoljetna svjedoka, prisustvovao držalac stana Ćosić Alen, ostali*
*podaci naprijed navedeni.*

*Pretres stana izvršen je u skladu sa članom 195.-198. ZKP-a FBiH, te je o istom*
*sačinjen:*
  - *zapisnik o pretresu na tipskom obrascu;*
  - *foto i video-dokumentacija;*
  - *službeni izvještaj o izvršenom pretresu, a za privremeno oduzete predmete*
    *izdata je*
  - *potvrda u kojoj su pobrojani svi privremeno oduzeti predmeti.*

*Zapisnik o pretresu stana i potvrda o privremeno oduzetim predmetima dostavljeni su*
*Fereralnom tužilaštvu uz naš akt br. 09-12/5-04-3-1483 od 20.03.2002.g., a foto i*
*video-dokumentaciju dostavit ćemo Vam naknadno, po završetku izrade iste.*

*Pretresom stana oduzeti su predmeti za koje se smatralo da mogu biti od koristi za*
*dalje vođenje postupka. Isti su deponovani u službene prostorije FMUP-a, gdje se na*
*osnovu odobrenja tog suda broj Kri:03/02 od 21.03. vrši preliminarni pregled, o čemu*
*će se sačiniti poseban zapisnik i uz izvještaj dostaviti na dalju nadležnost.*

**III**

*Pretres stana i drugih prostorija koje koristi Bajraktarević Husejn, u Zenici, ul.*
*Prve zeničke brigade br. 5-A*

*Dana 19.03.2002.g. postupajući po naredbi broj Kri:08/02 od 19.03.2002.g. izvršen je*
*pretres stana i drugih prostorija koje koristi Bajraktarević Husejn, otac Bajraktarević*
*Aide, supruge Arnaout Enaama, u Zenici, ul. Zeničke brigade br 5-A.*

*Pretresu je, uz dva punoljetna svjedoka, prisustvovao držalac stana Bajraktarević*
*Husejn, sin Rame, rođen 21.07.1941.g.*

*Pretres stana izvršen je u skladu sa članom 195.-198. ZKP-a FBiH, te je o istom*
*sačinjen:*
  - *zapisnik o pretresu na tipskom obrascu;*
  - *foto i video-dokumentacija;*
  - *službeni izvještaj o izvršenom pretresu, a za privremeno oduzete predmete*
    *izdata je*
  - *potvrda u kojoj su pobrojani svi privremeno oduzeti predmeti.*

8

*Zapisnik o pretresu stana i potvrda o privremeno oduzetim predmetima dostavljeni su Fereralnom tužilaštvu uz naš akt br. 09-12/5-04-3-1483 od 20.03.2002.g., a foto i video-dokumentaciju dostavit ćemo Vam naknadno, po završetku izrade iste.*

*Pretresom stana oduzeti su predmeti za koje se smatralo da mogu biti od koristi za dalje vođenje postupka. Isti su deponovani u službene prostorije FMUP-a, gdje se na osnovu odobrenja tog suda broj Kri:08/02 od 21.03. vrši preliminarni pregled, o čemu će se sačiniti poseban zapisnik i uz izvještaj dostaviti na dalju nadležnost.*

## IV

*Pretres stna koji koristi Zahiragić Munib, direktor HO „BOSANSKA IDEALNA FUTURA", U Sarajevu, ul. Aleja lipa br. 50*

*Dana 19.03.2002.g. postupajući po naredbi broj Kri:06/02 od 19.03.2002.g. izvršen je pretres stana koji koristi Zahiragić Munib, direktor HO „BOSANSKA IDEALNA FUTURA", u Sarajevu, ul. Aleja lipa br. 50.*

*Pretresu je, uz dva punoljetna svjedoka, prisustvovao držalac stana Zahiragić Munib, sin Hasana, rođen 03.01.1953.g. u mjestu Novoseoci, općina Sokolac.*

*Pretres stana izvršen je u skladu sa članom 195.-198. ZKP-a FBiH, te je o istom sačinjen:*
- *zapisnik o pretresu na tipskom obrascu;*
- *foto i video-dokumentacija;*
- *službeni izvještaj o izvršenom pretresu, a za privremeno oduzete predmete izdata je*
- *potvrda u kojoj su pobrojani svi privremeno oduzeti predmeti.*

*Zapisnik o pretresu stana i potvrda o privremeno oduzetim predmetima dostavljeni su Federalnom tužilaštvu uz naš akt br. 09-12/5-04-3-1483 od 20.03.2002.g., a foto i video-dokumentaciju dostavit ćemo Vam naknadno, po završetku izrade iste.*

*Pretresom stana oduzeti su predmeti za koje se smatralo da mogu biti od koristi za dalje vođenje postupka. Isti su deponovani u službene prostorije FMUP-a, gdje se na osnovu odobrenja tog suda broj Kri:06/02 od 21.03. vrši preliminarni pregled, o čemu će se sačiniti poseban zapisnik i uz izvještaj dostaviti na dalju nadležnost.*

## V

*Pretres kuće vlasništvo Zahiragić Hasana, u Sarajevu, ul. Rogina br. 30 i br. 32*

*Dana 19.03.2002.g. postupajući po naredbi broj Kri:05/02 od 19.03.2002.g. izvršen je pretres garažnih prostorija i stana, korisnika Zahiragić Hasana, njegovih sinova Zahiragić Muniba, direktora HO „BOSANSKA IDEALNA FUTURA" i Zahiragić Munira.*

*Pretresu je, uz dva punoljetna svjedoka, prisustvovao. vlasnik kuće – držalac prostorija, Zahiragić Hasan, sin Mehmeda, rođen 09.10.1926.g.*

*Pretres je izvršen u skladu sa članom 195.-198. ZKP-a FBiH, te je o istom sačinjen:*
- *zapisnik o pretresu na tipskom obrascu;*
- *foto i video-dokumentacija;*
- *službeni izvještaj o izvršenom pretresu, a za privremeno oduzete predmete izdata je*
- *potvrda u kojoj su pobrojani svi privremeno oduzeti predmeti.*

*Zapisnik o pretresu stana i potvrda o privremeno oduzetim predmetima dostavljeni su Federalnom tužilaštvu uz naš akt br. 09-12/5-04-3-1483 od 20.03.2002.g., a foto i video-dokumentaciju dostavit ćemo Vam naknadno, po završetku izrade iste.*

*Pretresom stana oduzeti su predmeti za koje se smatralo da mogu biti od koristi za dalje vođenje postupka. Isti su deponovani u službene prostorije FMUP-a, gdje se na osnovu odobrenja tog suda broj Kri:05/02 od 21.03. vrši preliminarni pregled, o čemu će se sačiniti poseban zapisnik i uz izvještaj dostaviti na dalju nadležnost.*

## VI

**Pretres uredskih prostorija HO"BOSANSKA IDEALNA FUTURA"
u Sarajevu, ul. Salke Lagumdžije br.12**

*Dana 19.03.2002.g. postupajući po naredbi broj Kri:04/02 od 19.03.2002.g. izvršen je pretres uredskih prostorija HO "BOSANSKA IDEALNA FUTURA", u Sarajevu, ul. Salke Lagumdžije br. 12.*

*Pretresu je, uz dva punoljetna svjedoka, kao ovlaštena osoba ispred HO „BOSANSKA IDEALNA FUTURA", prisustvovao Zahiragić Munib, ostali podaci naprijed navedeni.*

*Pretres uredskih prostorija izvršen je u skladu sa članom 195.-198. ZKP-a FBiH, te je o istom sačinjen:*
- *zapisnik o pretresu na tipskom obrascu;*
- *foto i video-dokumentacija;*
- *službeni izvještaj o izvršenom pretresu, a za privremeno oduzete predmete izdata je*
- *potvrda u kojoj su pobrojani svi privremeno oduzeti predmeti.*

*Zapisnik o pretresu stana i potvrda o privremeno oduzetim predmetima dostavljeni su Federalnom tužilaštvu uz naš akt br. 09-12/5-04-3-1483 od 20.03.2002.g., a foto i video-dokumentaciju dostavit ćemo Vam naknadno, po završetku izrade iste.*

*Pretresom uredskih prostorija oduzeti su predmeti za koje se smatralo da mogu biti od koristi za dalje vođenje postupka. Isti su deponovani u službene prostorije FMUP-a, gdje se na osnovu odobrenja tog suda broj Kri:04/02 od 21.03. vrši preliminarni pregled, o čemu će se sačiniti poseban zapisnik i uz izvještaj dostaviti na dalju nadležnost.*

## VII

*Pretres stana vlasništvo Enaam Arnaouta, u Sarajevu, ul. Grada Kalgarija br. 6*

*Dana 19.03.2002.g. postupajući po vašoj naredbi broj Kri:07/02 od 19.03.2002.g. izvršen je pretres stana vlasništvo Enaam Arnaouta, a koji koristi njegova supruga Bajraktarević Aida, u Sarajevu, ul. Grada Kalgarija br.6.*

*Prilikom vršenja pretresa, uz dva punoljetna svjedoka, istom je prisustvovala držalac stana Bajraktarević Aida, kći Husejna, rođena 20.05.1975.g. u Doboju.*

*Pretres stana izvršen je u skladu sa članom 195.-198. ZKP-a FBiH, te je o istom sačinjen:*
- *zapisnik o pretresu na tipskom obrascu;*
- *foto i video-dokumentacija;*
- *službeni izvještaj o izvršenom pretresu, a za privremeno oduzete predmete izdate su*
- *potvrde u kojima su pobrojani svi privremeno oduzeti predmeti.*

*Zapisnik o pretresu stana i potvrda o privremeno oduzetim predmetima dostavljeni su Federalnom tužilaštvu uz naš akt br. 09-12/5-04-3-1483 od 20.03.2002.g., a foto i video-dokumentaciju dostavit ćemo Vam naknadno, po završetku izrade iste.*

*Pretresom stana oduzeti su predmeti za koje se smatralo da mogu biti od koristi za dalje vođenje postupka. Isti su deponovani u službene prostorije FMUP-a, gdje se na osnovu odobrenja tog suda broj Kri:07/02 od 21.03. vrši preliminarni pregled, o čemu će se sačiniti poseban zapisnik i uz izvještaj dostaviti na dalju nadležnost.*

*Prilikom vršenja pretresa, između ostalih predmeta, pronađen je i privremeno oduzet kofer-tašna sa šifrovanim otvaranjem, koji se nije mogao otvoriti na licu mjesta. Nakon izvršenog pretresa, u prostorijama FMUP-a, u prisustvu Aide Bajraktarević, držaoca stana u kojem je predmet pronađen, izvršeno je otvaranje istog, kao i pregled i popis predmeta koji se u koferu nalaze, a o čemu je sačinjen zapisnik br. 12/5-5/3-1 od 19.03.2002.g., koji dostavljamo u prilogu izvještaja.*

## VIII

*Po naredbi Vrhovnog suda FBiH, broj Kri:01/02 od 19.03.2002.g. koja se odnosi na pretres uredskih prostorija koje koristi HO „BOSANSKA IDEALNA FUTURA" u Zenici, ul. 22. decembra br.1 (dio grada pod nazivom „Kanal"), kao i naredba br. Kri:04/02 od 19.03.2002.g. koja se odnosi na pretres uredskih prostorija koje koristi HO „BOSANSKA IDEALNA FUTURA"/"Benevolence International Foundation" u Zenici, ul. 22. decembra br.1 (dio grada pod nazivom „Kanal"), nije postupano iz razloga što su prostorije na navedenoj adresi bile napuštena i prazne, o čemu je sačinjena službena zabilješka br. 12/5-33 od 20.03.2002.g. koju Vam dostavljamo u prilogu izvještaja.*

## IX

*Prilikom vršenja pretresa kuće u ul. Rogina br. 30 i 32, vlasništvo Zahiragić Hasana, u zajedničkim garažnim prostorijama koje koriste Zahiragić Hasan, Muinib i Munir, a u kojima su, pored njihovih ličnih stvari bili i predmeti HO „BENOVALENCE INTERNATIONAL FOUNDATION", koja je nadalje egzistirala kao „BOSANSKA IDEALNA FUTURA", između ostalih predmeta pronađena je i privremeno oduzeta dokumentacija (126 dokumenata i drugih spisa) vlasništvo Agencije za istraživanje i dokumentaciju BiH, na kojima su bile oznake „Tajna", „Državna tajna", „Službena tajna" i „Strogo povjerljivo". Također, prilikom vršenja pretresa stana koji koristi Zahiragić Munib u ul. Aleja Lipa br. 50, između ostalih predmeta, pronađene su i privremeno oduzete četiri flopi diskete sa sadržajem službene dokumentacije AID-a BiH, prezentiranih oznaka tajnosti i povjerljivosti.*

*Nakon konsultacija obavljenih sa federalnim i kantonalnim tužiocima, Kantonalnom tužilaštvu Sarajevo, zbog postojanja osnova sumnje da je počinio krivično djelo iz čl. 147 stav 4. KZ FBiH (špijunaža), protiv Muniba Zahiragića podnešena je krivična prijava broj 09-12/5-KU: 4 od 22.03.2002.g.*

*Uz krivičnu prijavu podnešenu Kantonalnom tužilaštvu Sarajevo, dostavljeni su dokazi i prilozi, naznačeni u krivičnoj prijavi i predmeti pobrojani u priloženoj specifikaciji.*

## X

*Nakon izvršenih pretresa, u službenim prostorijama FMUP-a i na terenu, obavljen je intervju sa licima koja su bila zaposlena ili se dovode u vezu sa HO "BIF". Radi se o sljedećim licima: Zahiragić Munib, Šut Ešref, Ćosić Alen, Zahiragić Munir, Isaković Ahmed, Šljivo Admir, Bosno Kemal, Okanović Edmira, Arnaout Aidom, Begić Hikmeta, Buljubašić Emira, Halilović Zuhdija, Softić Rešad, Selimović Melća i Avdukić Seadom.*

*FMUP-a i dalje intenzivno radi na preliminarnom pregledu privremeno oduzetih predmeta i prikupljanju podataka na terenu, a o rezultatima će se blagovremeno i permanentno dostaviti poseban izvještaj.*

*U prilogu izvještaja, dostavljamo vam službene zabilješke sačinjene ~~___~~ sa navedenim licima i zapisnike o prikupljanju izvještaja od lica.*

*Izvještaj se dostavlja na dalju nadležnost.*

*S poštovanjem,*

**PRILOG:**

I
- *Fco.naredbe br.Kri: 02/02 od 19.03.2002.g.*
- *Službeni izvještaj br. 12/5-35 od 20.03.2002.g.*

12

II
- Fco.naredbe br. Kri: 03/02 od 19.03.2002.g.
- Službeni izvještaj br. 12/5-36 od 20.03.2002.g

III
- Fco.naredbe br. Kri: 08/02 od 19.03.2002.g.
- Službeni izvještaj br. 12/5-37 od 20.03.2002.g.

IV
- Fco.naredbe br. Kri: 06/02 od 19.03.2002.g.
- Službeni izvještaj br. 12/5-38 od 20.03.2002.g.

V
- Fco.naredbe br. Kri: 05/02 od 19.03.2002.g.
- Službeni izvještaj br. 12/5-39 od 20.03.2002.g.

VI
- Fco.naredbe br. Kri: 04/02 od 19.03.2002.g.
- Službeni izvještaj br. 12/5-16/02 od 20.03.2002.g.

VII
- Fco.naredbe br. Kri: 07/02 od 19.03.2002.g.
- Službeni izvještaj br. 12/5-5-sl. od 20.03.2002.g.
- Zapisnik br. 12/5-5/3-1

VIII
- Službena zabilješka br. 15/5-33 od 20.03.2002.g.
- Naredba br. Kri: 01/02 od 19.03.2002.g. (4x)

IX
- Fco. krivične prijave br. 09-12/5-KU:-4 od 22.03.2002.g.
- Specifikacija privremeno oduzetih predmeta

X
- Službena zabilješka br.12/5-sl od 21.03.2002.g.
- Službena zabilješka br.12/5-51 od 20.03.2002.g.
- Službena zabilješka br.12/5-34 od 21.03.2002.g.
- Zapisnik o prikupljanju izvještaja br. 12/5-48 od 08.04.2002.g.
- Zapisnik o prikupljanju izvještaja br. 12/5-49 od 04.04.2002.g.
- Zapisnik o prikupljanju izvještaja br. 12/5-50 od 08.04.2002.g
- Zapisnik o prikupljanju izvještaja br. 12/5-45 od 01.04.2002.g.
- Zapisnik o prikupljanju izvještaja br. 12/5-46 od 29.03.2002.g.
- Službena zabilješka br. 12/5-42 od 27.03.2002.g.
- Službena zabilješka br. 12/5-43 od 27.03.2002.g.
- Službena zabilješka br. 12/5-44 od 01.04.2002.g.
- Službena zabilješka br. 12/5-40 od 20.03.2002.g.
- Službena zabilješka br. 12/5-04-3-1483/02 od 25.03.2002.g.
- Službena zabilješka br. 12/5-41 od 21.03.2002.g.
- Službena zabilješka br. 12/5-14 od 21.03.2002.g.

**Dostavljeno:**

1 x Vrhovni sud FBiH, sa prilozima
1 x Federalno tužilaštvo bez priloga
1 x Kantonalno tužilaštvo Sarajevo, sa prilozima

**AK/MS**



V.D. DIREKTORA

Enes Lukač

13

Bosnia and Herzegovina
Federation of Bosnia and Herzegovina
FEDERAL MINISTRY OF INTERNAL AFFAIRS
SARAJEVO
POLICE HEADQUARTERS

[National Emblem]

Bosnia and Herzegovina
Federation of Bosnia and Herzegovina
FEDERAL MINISTRY OF INTERNAL
AFFAIRS
SARAJEVO
POLICE HEADQUARTERS

No. 09-12/5-04-3-1483
Date: 6/26/2002

[stamp]
Bosnia and Herzegovina
Federation of Bosnia and Herzegovina
SUPREME COURT OF THE FEDERATION OF BOSNIA AND HERZEGOVINA
Received: 6/28/02
[illegible]     [illegible]     [illegible]     [illegible]
KRI – 03/02 [illegible]

Attn: Investigative Judge
SUPREME COURT OF THE FEDERATION OF BOSNIA AND HERZEGOVINA
SARAJEVO

[Round Seal:] Bosnia and Herzegovina, Federation of Bosnia and Herzegovina, Supreme Court of the Federation of
Bosnia and Herzegovina
[Handwritten:] Copy true to the original.
[Signature]

**SUBJECT:**     Photo documentation, to be delivered.

**IN CONNECTION WITH:**     Your Orders No. Kri. 02/02 of 3/19/2002
                                                  Kri. 03/02 of 3/19/2002
                                                  Kri. 04/02 of 3/19/2002
                                                  Kri. 0502 of 3/19/2002
                                                  Kri. 06/02 of 3/19/2002
                                                  Kri. 07/02 of 3/19/2002
                                                  Kri. 08/02 of 3/19/2002
                            Our Special Report No. 09-12/5-04-3-1483 of 4/11/2002

In a special report, number and date as indicated above, we informed you that, on 3/19/2002, acting upon your
Orders No. Kri. 02/02 to 08/02 of 3/19/2002, we conducted searches of the business premises of HO BOSANSKA
IDEALNA FUTURA as well as searches of the apartments of individuals employed in said organization. In
addition to the documentation submitted, we informed you that we were to deliver the photo documentation
regarding the searches conducted after it has been produced.

In relation to the above, enclosed with the report please find the photo documentation from the searches of the
business premises of BOSANSKA IDEALNA FUTURA and of the apartments of individuals in charge, as follows:

I – Photo documentation No. 08-3/2-4-2-45/02 related to the search of the business premises of the humanitarian
organization of BOSANSKA IDEALNA FUTURA located at 16-F Hadzija Mazic Street in Zenica (search
conducted pursuant to your Order No. Kri. 02/02 of 3/19/2002).

II – Photo documentation No. 08-3/2-4-2-43/02 related to the search of the apartment used by Alen Cosic located at
5-A Zelenicke brigade Street in Zenica (search conducted pursuant to your Order No. Kri. 03/02 of 3/19/2002).

14

III – Search of the apartment and other premises used by Husejn Bajraktarevic, located at 5-A Prve zenicke brigade Street in Zenica;

IV – Search of the business premises of the Humanitarian Organization of BOSANSKA IDEALNA FUTURA located at 12 Salko Lagumdzija Street in Sarajevo;

V – Search of the apartment owned by Enaam Arnaout located at 6 Grada Kalgarija Street in Sarajevo;

VI – Search of the apartment and other premises owned by Hasan Zahiragic located at 30 and 32 Rogina Street in Sarajevo;

VII – Search of the apartment and other premises used by Munib Zahiragic located at 50 Aleja Lipa Street in Sarajevo;

VIII – Visual inspection of the abandoned storage facilities used by HO BOSANSKA IDEALNA FUTURA at 1 22nd of December Street in Zenica (city quarter known as "Kanal")

[round seal] Bosnia and Herzegovina, Federation of Bosnia and Herzegovina, Supreme Court of the Federation of
Bosnia and Herzegovina
[Handwritten:] Copy [illegible]
[Signature]

I

**Search of the Business Premises of the Humanitarian Organization of BOSANSKA IDEALNA FUTURA Located at 16-F Hadzija Mazic Street in Zenica**

On 3/19/2002, acting in accordance with Order No. Kri. 02/02 of 3/19/2002, the business premises of HO BOSANSKA IDEALNA FUTURA located at 16-F Hadzija Mazic Street in Zenica were searched.

In addition to two adult witnesses, the search was conducted in the presence of Alen Cosic, son of Sead, born on 7/22/1968 in Zenica, in his capacity as a person authorized by HO BOSANSKA IDEALNA FUTURA.

The search of the business premises was conducted in accordance with Art. 195 – 198 of the Code of Criminal Procedure of the Federation of Bosnia and Herzegovina and the following were prepared as a result of the search:
- Search record prepared on a form;
- Photo and video documentation;
- Official report regarding the search conducted, and
- Receipt listing all temporarily seized items was issued for all temporarily seized items.

The apartment search record and the receipt for temporarily seized items were submitted to the Office of the Federal Prosecutor along with our Document No. 09-12/5-04-3-1483 dated 3/20/2002 and we will additionally submit to you the photo and video documentation upon the completion of the investigation of said documentation.

The search of the business premises lead to the seizure of items that were considered of possible use to the further procedure. Said items have been deposited on the premises of the Federal Ministry of Internal Affairs where, pursuant to this court's approval No. Kri. 02/02 of 3/21/2002, a preliminary review is being carried out of which a separate record will be prepared and submitted along with the report for further consideration.

15

**II**

**Search of the Apartment Used by Alen Cosic, Authorized Representative of HO BOSANSKA IDEALNA FUTURA, Located at 5-B Zenicke Brigade Street in Zenica**

On 3/19/2002, acting in accordance with Order No. Kri. 03/02 of 3/19/2002, the apartment used by Alen Cosic, located at 5-B Zenicke brigade Street in Zenica was searched.

In addition to two adult witnesses, the search was conducted in the presence of the apartment's occupant, Alen Cosic, rest of information as given above.

The search of the apartment was conducted in accordance with Art. 195 – 198 of the Code of Criminal Procedure of the Federation of Bosnia and Herzegovina and the following were prepared as a result of the search:
- Search record prepared on a form;
- Photo and video documentation;
- Official report regarding the search conducted, and
- Receipt listing all temporarily seized items was issued for all temporarily seized items.

The apartment search record and the receipt for temporarily seized items were submitted to the Office of the Federal Prosecutor along with our Document No. 09-12/5-04-3-1483 dated 3/20/2002 and we will additionally submit to you the photo and video documentation upon the completion of the investigation of said documentation.

The search of the business premises lead to the seizure of items that were considered of possible use to the further procedure. Said items have been deposited on the premises of the Federal Ministry of Internal Affairs where, pursuant to this court's approval No. Kri. 03/02 of 3/21, a preliminary review is being carried out of which a separate record will be prepared and submitted along with the report for further consideration.

[round seal] Bosnia and Herzegovina, Federation of Bosnia and Herzegovina, Supreme Court of the Federation of Bosnia and Herzegovina
[handwritten] Copy [illegible]
[signature]

**III**

**Search of the Apartment and Other Premises Used by Husejn Bajraktarevic, located at 5-A Prve zenicke brigade Street in Zenica**

On 3/19/2002, acting in accordance with Order No. Kri. 08/02 of 3/19/2002, the apartment and other premises used by Husejn Bajraktarevic, father of Aida Bajraktarevic, wife of Arnaout Enaam, located at 5-B Zenicke brigade Street in Zenica, were searched.

In addition to two adult witnesses, the search was conducted in the presence of the apartment's occupant, Husejn Bajraktarevic, son of Ramo, born on 7/21/1941.

The search of the apartment was conducted in accordance with Art. 195 – 198 of the Code of Criminal Procedure of the Federation of Bosnia and Herzegovina and the following were prepared as a result of the search:
- Search record prepared on a form;
- Photo and video documentation;
- Official report regarding the search conducted, and
- Receipt listing all temporarily seized items was issued for all temporarily seized items.

16

The apartment search record and the receipt for temporarily seized items were submitted to the Office of the Federal Prosecutor along with our Document No. 09-12/5-04-3-1483 dated 3/20/2002 and we will additionally submit to you the photo and video documentation upon the completion of the investigation of said documentation.

The search of the business premises lead to the seizure of items that were considered of possible use to the further procedure. Said items have been deposited on the premises of the Federal Ministry of Internal Affairs where, pursuant to this court's approval No. Kri. 08/02 of 3/21, a preliminary review is being carried out of which a separate record will be prepared and submitted along with the report for further consideration.

## IV
**Search of the Apartment Used by Munib Zahiragic, Director of HO BOSANSKA IDEALNA FUTURA, located at 50 Aleja Lipa Street in Sarajevo**

On 3/19/02, acting in accordance with Order No. Kri. 06/02 of 3/19/2002, the apartment used by Munib Zahiragic, Director of HO BOSANSKA IDEALNA FUTURA, located at 50 Aleja Lipa Street in Sarajevo, was searched.

In addition to two adult witnesses, the search was conducted in the presence of the apartment's occupant, Munib Zahiragic, son of Hasan, born on 1/3/1953 in Novoseoci, Municipality of Sokolac.

The search of the apartment was conducted in accordance with Art. 195 – 198 of the Code of Criminal Procedure of the Federation of Bosnia and Herzegovina and the following were prepared as a result of the search:
- Search record prepared on a form;
- Photo and video documentation;
- Official report regarding the search conducted, and
- Receipt listing all temporarily seized items was issued for all temporarily seized items.

[round seal] Bosnia and Herzegovina, Federation of Bosnia and Herzegovina, Supreme Court of the Federation of
Bosnia and Herzegovina
[handwritten] Copy [illegible]
[signature]

The apartment search record and the receipt for temporarily seized items were submitted to the Office of the Federal Prosecutor along with our Document No. 09-12/5-04-3-1483 dated 3/20/2002 and we will additionally submit to you the photo and video documentation upon the completion of the investigation of said documentation.

The search of the business premises lead to the seizure of items that were considered of possible use to the further procedure. Said items have been deposited on the premises of the Federal Ministry of Internal Affairs where, pursuant to this court's approval No. Kri. 06/02 of 3/21, a preliminary review is being carried out of which a separate record will be prepared and submitted along with the report for further consideration.

## V
**Search of the House owned by Hasan Zahiragic, located at 30 and 32 Rogina Street in Sarajevo**

On 3/19/2002, acting in accordance with Order No. Kri. 05/02 of 3/19/2002, the garage and apartment used by Hasan Zahiragic, and his sons, Munib Zahiragic, Director of HO BOSANSKA IDEALNA FUTURA, and Munir Zahiragic, were searched.

17

In addition to two adult witnesses, the search was conducted in the presence of the house's owner – occupant of the premises, Hasan Zahiragic, son of Mehmed, born on 10/9/1926.

The search was conducted in accordance with Art. 195 – 198 of the Code of Criminal Procedure of the Federation of Bosnia and Herzegovina and the following were prepared as a result of the search:
- Search record prepared on a form;
- Photo and video documentation;
- Official report regarding the search conducted, and
- Receipt listing all temporarily seized items was issued for all temporarily seized items.

The apartment search record and the receipt for temporarily seized items were submitted to the Office of the Federal Prosecutor along with our Document No. 09-12/5-04-3-1483 dated 3/20/2002 and we will additionally submit to you the photo and video documentation upon the completion of the investigation of said documentation.

The search of the business premises lead to the seizure of items that were considered of possible use to the further procedure. Said items have been deposited on the premises of the Federal Ministry of Internal Affairs where, pursuant to this court's approval No. Kri. 05/02 of 3/21, a preliminary review is being carried out of which a separate record will be prepared and submitted along with the report for further consideration.

## VI
### Search of the Business Premises of HO BOSANSKA IDEALNA FUTURA, located at 12 Salko Lagumdzija Street in Sarajevo

On 3/19/2002, acting in accordance with Order No. Kri. 04/02 of 3/19/02, the Business Premises of HO BOSANSKA IDEALNA FUTURA, located at 12 Salko Lagumdzija Street in Sarajevo, were searched.

In addition to two adult witnesses, the search was conducted in the presence of Munib Zahiragic, in his capacity as the person authorized by HO BOSANSKA IDEALNA FUTURA, rest of information already presented.

The search of the business premises was conducted in accordance with Art. 195 – 198 of the Code of Criminal Procedure of the Federation of Bosnia and Herzegovina and the following were prepared as a result of the search:
- Search record prepared on a form;
- Photo and video documentation;
- Official report regarding the search conducted, and
- Receipt listing all temporarily seized items was issued for all temporarily seized items.

[round seal] Bosnia and Herzegovina, Federation of Bosnia and Herzegovina, Supreme Court of the Federation of
Bosnia and Herzegovina
[handwritten] Copy [illegible]
[signature]

The apartment search record and the receipt for temporarily seized items were submitted to the Office of the Federal Prosecutor along with our Document No. 09-12/5-04-3-1483 dated 3/20/2002 and we will additionally submit to you the photo and video documentation upon the completion of the investigation of said documentation.

The search of the business premises lead to the seizure of items that were considered of possible use to the further procedure. Said items have been deposited on the premises of the Federal Ministry of Internal Affairs where, pursuant to this court's approval No. Kri. 04/02 of 3/21, a preliminary review is being carried out of which a separate record will be prepared and submitted along with the report for further consideration.

## VII

### Search of the Apartment Owned by Enaam Arnaout located at 6 Grada Kalgarija Street in Sarajevo

On 3/19/2002, acting in accordance with your Order No. Kri. 07/02 of 3/19/2002, the apartment owned by Enaam Arnaout used by his wife, Aida Bajraktarevic, located at 6 Grada Kalgarija Street in Sarajevo was searched.

In addition to two adult witnesses, the search was conducted in the presence of the apartment's occupant, Aida Bajraktarevic, daughter of Husejn, born on 5/20/1975 in Doboj.

The search of the apartment was conducted in accordance with Art. 195 – 198 of the Code of Criminal Procedure of the Federation of Bosnia and Herzegovina and the following were prepared as a result of the search:
-   Search record prepared on a form;
-   Photo and video documentation;
-   Official report regarding the search conducted, and
-   Receipt listing all temporarily seized items was issued for all temporarily seized items.

The apartment search record and the receipt for temporarily seized items were submitted to the Office of the Federal Prosecutor along with our Document No. 09-12/5-04-3-1483 dated 3/20/2002 and we will additionally submit to you the photo and video documentation upon the completion of the investigation of said documentation.

The search of the apartment lead to the seizure of items that were considered of possible use to the further procedure. Said items have been deposited on the premises of the Federal Ministry of Internal Affairs where, pursuant to this court's approval No. Kri. 07/02 of 3/21, a preliminary review is being carried out of which a separate record will be prepared and submitted along with the report for further consideration.

During the search, among other items, a travel bag with a coded lock that could not be opened on the spot was found and temporarily seized. Upon completion of the search, on the premises of the Federal Ministry of Internal Affairs, in the presence of Aida Bajraktarevic, occupant of the apartment where the item was found, said item was opened and the items contained in the travel bag were inspected and inventoried of which Record No. 12/5-5/3-1 of 3/19/2002 was prepared and is submitted as an attachment to the report.

[round seal] Bosnia and Herzegovina, Federation of Bosnia and Herzegovina, Supreme Court of the Federation of Bosnia and Herzegovina
[handwritten] Copy [illegible]
[signature]

## VIII

Pursuant to Order No. Kri. 01/02 of 3/19/2002 of the Supreme Court of the Federation of Bosnia and Herzegovina regarding the search of the business premises used by HO BOSANSKA IDEALNA FUTURA that are located at 1 22nd of December Street in Zenica (city quarter known as "Kanal") as well as pursuant to Order No. Kri. 01/02 of 3/19/2002 regarding the search of the business premises used by HO BOSANSKA IDEALNA FUTURA ("Benevolence International Foundation") that are located at 1 22nd of December Street in Zenica (city quarter known as "Kanal"), no action was taken in light of the fact that the premises at the above address were abandoned and empty of which an Memorandum No. 12/5-33 dated 3/20/2002 was prepared and is submitted as an attachment to the report.

## IX

During the search of the house located at 30 and 32 Rogina Street, owned by Hasan Zahiragic, in the common garage area used by Hasan, Munib and Munir Zahiragic in which items of HO BENEVOLENCE INTERNATIONAL FOUNDATION that has further existed as BOSANSKA IDEALNA FUTURA were found among their personal belongings, among the other items, documentation (126 documents and other papers) owned by the Agency for Research and Documentation [AID] of Bosnia and Herzegovina marked as "Secret," "State secret," "Official business," and "Strictly confidential" was found and temporarily seized. Also, during the search of the apartment used by Munib Zahiragic and located at 50 Aleja Lipa Street, four floppy disks containing official documentation of AID of Bosnia and Herzegovina marked as secret and confidential were found among the rest of the items and temporarily seized.

After consultations with the federal and cantonal prosecutors, Criminal Charges No. 09-12/5-KU: 4 of 3/22/2002 were filed with the Office of the Cantonal Prosecutor against Munib Zahiragic on the basis of a suspicion that he had committed a crime under Article 147, Par. 4 of the Penal Code of the Federation of Bosnia and Herzegovina (espionage).

The evidence and attachments indicated in the Criminal Charges and the items listed in the attached specification were submitted along with the Criminal Charges filed with the Office of the Cantonal Prosecutor in Sarajevo.

## X

After the completion of the searches, an interview with the individuals who have been employed or have been related to HO BIF was conducted on the premises of the Federal Ministry of Internal Affairs and in the field. The individuals in question are as follows: Munib Zahiragic, Esref Sut, Alen Cosic, Munir Zahiragic, Ahmed Isakovic, Admir Sljivo, Kemal Bosno, Edmira Okanovic, Aida Arnaout, Hikmeta Begic, Emira Buljibasic, Zuhdija Halilovic, Resda Softic, Melca Selimovic and Sead Avdukic.

The Federal Ministry of Internal Affairs continues its intensive work on the preliminary inspection of the temporarily seized items and the collection of information on the field and the results will be presented in time and permanently in a separate report.

Enclosed with the report are the memorandums prepared regarding the conversations with the above individuals as well as the records regarding the collection of statements from the individuals.

This report is hereby submitted for further consideration.

Sincerely,

[round seal] Bosnia and Herzegovina, Federation of Bosnia and Herzegovina, Supreme Court of the Federation of
Bosnia and Herzegovina
[handwritten] Copy [illegible]
[signature]

**ENCLOSURES:**

I
- Photocopy of Order No. Kri. 02/02 of 3/19/2002
- Official Report No. 12/5-35 of 3/20/2002

20

II
- Photocopy of Order No. Kri. 03/02 of 3/19/2002
- Official Report No. 12/5-36 of 3/20/2002

III
- Photocopy of Order No. Kri. 08/02 of 3/19/2002
- Official Report No. 12/5-37 of 3/20/2002

IV
- Photocopy of Order No. Kri. 06/02 of 3/19/2002
- Official Report No. 12/5-38 of 3/20/2002

V
- Photocopy of Order No. Kri. 05/02 of 3/19/2002
- Official Report No. 12/5-39 of 3/20/2002

VI
- Photocopy of Order No. Kri. 04/02 of 3/19/2002
- Official Report No. 12/5-16/02 of 3/20/2002

VII
- Photocopy of Order No. Kri. 07/02 of 3/19/2002
- Official Report No. 12/5-5-sl. of 3/20/2002
- Record No. 12/5-5/3-1

VIII
- Memorandum No. 15/5-33 of 3/20/2002
- Order No. Kri. 01/02 of 3/19/02 (4 copies)

IX
- Photocopy of Criminal Charges No. 09-12/5-KU:-4 of 3/22/2002
- Specification of temporarily seized items

X
- Memorandum No. 12/5-sl of 3/21/2002
- Memorandum No. 12/5-51 of 3/20/2002
- Memorandum No. 12/5-34 of 3/21/2002
- Record of collection of statements No. 12/5-48 of 4/8/2002
- Record of collection of statements No. 12/5-49 of 4/4/2002
- Record of collection of statements No. 12/5-50 of 4/8/2002
- Record of collection of statements No. 12/5-45 of 4/1/2002
- Record of collection of statements No. 12/5-46 of 3/29/2002
- Memorandum No. 12/5-42 of 3/27/2002
- Memorandum No. 12/5-43 of 3/27/2002
- Memorandum No. 12/5-44 of 4/1/2002
- Memorandum No. 12/5-40 of 3/20/2002
- Memorandum No. 12/5-04-3-1483 of 3/25/2002
- Memorandum No. 12/5-41 of 3/21/2002
- Memorandum No. 12/5-14 of 3/21/2002

[round seal] Bosnia and Herzegovina, Federation of Bosnia and Herzegovina, Supreme Court of the Federation of
Bosnia and Herzegovina
[handwritten] Copy [illegible]
[signature]

Copies:
1 – to the Supreme Court of the Federation of Bosnia and Herzegovina, with enclosures
1 – to the Office of the Federal Prosecutor, without enclosures
1 – to the Office of the Cantonal Prosecutor, with enclosures
AK/MS
[signature]
Dragan Lukac
Acting Director [round seal] Bosnia and Herzegovina, Federation of Bosnia and Herzegovina, Federal Ministry of
Internal Affairs, Police Headquarters, Sarajevo

21

Exhibit 8

*Bosna i Hercegovine*
*FEDERACIJA BOSNE I HERCEGOVINE*
*VRHOVNI SUD*
*FEDERACIJE BOSNE I HERCEGOVINE*
*Broj-Su-562/02*
*Sarajevo, 25.2.2003.godine*

### FEDERALNO MINISTARSTVO UNUTARNJIH POSLOVA
#### - Uprava policije –
#### - N/r direktora -

### S A R A J E V O

Na Vaš broj: 09-12/5-04-3-1483

**PREDMET**: HO «BOSANSKA IDEALNA FUTURA»

Na temelju odobrenja ovog suda broj: Kri-01-08/02 od 17.9.2002. godine, ustupili ste predstavnicima Ambasade SAD-a u Sarajevu privremeno oduzete predmete, koji su oduzeti nakon pretresa uredskih prostorija HO «BOSANSKA IDEALNA FUTURA» i stanova osoba uposlenih u istoj.

Prednje odobrenje izdato je u cilju vođenja daljnjeg istražnog postupka koji vode nadležni organi SAD-a protiv Enaama Amaouta i HO «BENOVALENCE INTERNATIONAL FOUNDATION», pa je tako ustupljena fotodokumentacija sa pretresa uredskih prostorija HO «BOSANSKA IDEALNA FUTURA» i stanova osoba uposlenih u istoj.

Putem Ministarstva civilnih poslova i komunikacija dostavljena je zamolnica Federalnom ministarstvu pravde od strane Okružnog suda SAD-a za teritorij Kolumbije u predmetu Burnett et al v. Al Baraka Investment, ET. AL. Cv 1:02-01616-jr kojom se zahtijeva od ovog suda ustupanje fotodokumentacije sa pretresa uredskih prostorija HO «BOSANSKA IDEALNA FUTURA» i stanova osoba uposlenih u istoj kao i druga dokumentacija oduzeta prilikom pretresa po odobrenju ovog suda (Kri-01-08/02).

Suglasni smo da zahtijevate od Ambasade SAD-a u Sarajevu ustupljenu fotodokumentaciju i druga dokumenta sačinjena odnosno izuzeta prilikom pretresa uredskih prostorija HO «BOSANSKA IDEALNA FUTURA» i stanova osoba uposlenih u istoj (fotokopije ili originale) a potom da se isti ustupe na uvid gos. Jan – Charles Brisard Glavni istražitelj Ko-branitelj Slučaj br. 9-11.

S poštovanjem.



Predsjednik suda,

Sadudin Kratović

1

42

*Bosnia and Herzegovina*
*FEDERATION OF BOSNIA AND HERZEGOVINA*
*SUPREME COURT*
*FEDERATION OF BOSNIA AND HERZEGOVINA*
*Number-Su-562/02*
*Sarajevo, 2/25/2003*

### FEDERAL MINISTRY OF INTERNAL AFFAIRS
*- Police direction -*
*- Att: Director -*

**SARAJEVO**

To Your number: 09-12/5-04-3-1483

**SUBJECT**: HO "BOSANSKA IDEALNA FUTURA"

Based on the approval of this court number: Kri-01-08/02 from 9.17.2002, you have relinquished to the US Embassy representatives the temporarily confiscated objects, which were confiscated after the offices of HO "BOSANSKA IDEALNA FUTURA" and the apartments of its employees were searched.

The above approval was issued with the goal of undertaking further investigative proceedings conducted by the competent US bodies against Enaama Amaouta and HO "BENOVALENCE INTERNATIONAL ORGANIZATION," and therefore the photo documentation from the search of the offices of HO "BOSANSKA IDEALNA FUTURA" and of the apartments of its employees was relinquished.

A petition was served through the Ministry of Civil Affairs and Communications to the Federal Ministry of Justice, by the District Court for the District of Columbia, USA, in the matter of Burnett et al v. Al Baraka Investment, ET. AL Cv 1:02-01616-jr, in which it is motioned that the Court relinquish the photo documentation from the search of the offices of HO "BOSANSKA IDEALNA FUTURA" and of the apartments of its employees as well as any other documentation confiscated during the search ordered by this court ([order] Kri-01-08/02).

We agree that you demand from the US Embassy in Sarajevo the relinquished documentation and other documents put together, i.e., confiscated during the search of the offices of HO "BOSANSKA IDEALNA FUTURA" and of the apartments of its employees (photocopies or originals) and that the same thereafter be turned over to Mr. Jan-Charles Brisard, the Principal Examiner and Co-defense Counsel for Case no. 9-11.

Sincerely,

*President of the Court*
*[signature]*
*Sadudin Kratović*

[stamp]
Bosnia and Herzegovina - Federation of Bosnia and Herzegovina
SUPREME COURT OF THE FEDERATION OF BOSNIA AND HERZEGOVINA

43



**Bosna i Hercegovina**
FEDERACIJA BOSNE I HERCEGOVINE
**VRHOVNI SUD**
FEDERACIJE BOSNE I HERCEGOVINE
S A R A J E V O

*Broj: Su:91/03*
*Sarajevo,06.03.2003. godine*

*Onome na kog se odnosi*

  *Urgiram da Veleposlanstvo SAD-a ili Drugo relevantno tijelo vlasti SAD-a omogući pristup dokumentaciji u vezi HAO "Bosanska idealna futura", g-dinu Jean-Charles Brisard u skladu sa aktom Federalnog ministarstva pravde Sarajevo broj 01-367/02 od 29.11.2002. godine, a u cilju poštivanja moje naredbe broj Su.562/02 od 25.02.2003. godine.*
  *S poštovanjem,*

*Dostaviti: Patrick Fitzgerald*
   *Tužitelj za Sjevernu*
   *oblast Illinois*



*Predsjednik suda*

*Halilović Sadudin*

44

Bosnia and Herzegovina
FEDERATION OF BOSNIA AND HERZEGOVINA
SUPREME COURT
FEDERATION OF BOSNIA AND HERZEGOVINA
Number –Su-91/03
Sarajevo, 03/06/2003

To whom it may concern

We urge the US Embassy and any other relevant authority in the United States that access to the documentation regarding the HO "BOSANSKA IDEALNA FUTURA" be granted to Jean-Charles Brisard, in accordance with the Federal Ministry of Justice order 01-367/02 of November 29, 2002 and our own order 562/02 of February 25, 2003.
Sincerely,

Recipient: Patrick Fitzgerald
            US Attorney for the
            Northern District of Illinois

President of Court
[Signature]
Sadudin Kratovic
[Stamp]
Bosnia and Herzegovina – Federation of Bosnia and Herzegovina
SUPREME COURT OF THE FEDERATION OF BOSNIA AND HERZEGOVINA

45



Bosna i Hercegovina
FEDERACIJA BOSNE I HERCEGOVINE
**VRHOVNI SUD**
FEDERACIJE BOSNE I HERCEGOVINE
S A R A J E V O

*Broj: Su:91/03*
*Sarajevo, 06.03.2003. godine*

*Jean-Charles Brisard*
*Glavni istraživiitelj*
*Ko-savjetnik*
*Slučaj 9-11*

Urgiram da Veleposlanstvo SAD-a ili Drugo relevantno tijelo vlasti SAD-a omogući pristup dokumentaciji u vezi HAO "Bosanska idealna futura", g-dinu Jean-Charles Brisard u skladu sa aktom Federalnog ministarstva pravde Sarajevo broj 01-367/02 od 29.11.2002. godine, a u cilju poštivanja moje naredbe broj Su.562/02 od 25.02.2003. godine.

S poštovanjem,



Predsjednik suda
Kratović Sadudin

46

Bosnia and Herzegovina
FEDERATION OF BOSNIA AND HERZEGOVINA
SUPREME COURT
FEDERATION OF BOSNIA AND HERZEGOVINA
Number –Su-91/03
Sarajevo, 03/06/2003


Jean-Charles Brisard
Lead Investigator
Co Counsel
Saudi 911 Case


We urge the US Embassy and any other relevant authority in the United States that access to the documentation regarding the HO "BOSANSKA IDEALNA FUTURA" be granted to Jean-Charles Brisard, in accordance with the Federal Ministry of Justice order 01-367/02 of November 29, 2002 and our own order 562/02 of February 25, 2003.
Sincerely,


President of Court
[Signature]
Sadudin Kratovic
[Stamp]
Bosnia and Herzegovina – Federation of Bosnia and Herzegovina
SUPREME COURT OF THE FEDERATION OF BOSNIA AND HERZEGOVINA

47

# Exhibit 9



**U. S. Department of Justice**

United States Attorney
Northern District of Illinois

| | | |
|---|---|---|
| John C. Kocoras<br>Assistant United States Attorney | Dirksen Federal Building<br>219 South Dearborn Street, Fifth Floor<br>Chicago, Illinois  60604 | (312) 353 -7602 Direct Line<br>(312) 353 -4324 Facsimile |

March 10, 2003

**VIA FEDERAL EXPRESS**
Mr. Jean-Charles Brisard
c/o Mr. Ronald L. Motley
Law Offices of Ness, Motley
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29464

Re:    United States v. Enaam Arnaout, 02 CR 892

Dear Mr. Brisard:

Pursuant to the letters rogatory issued by the United States District Court for the District of Columbia, and the subsequent instructions from the Supreme Court of Bosnia-Herzegovina, enclosed are photocopies of items recovered by Bosnian authorities in Bosnia-Herzegovina corresponding to the government's *Santiago* proffer in the above matter.  While no U.S. court order requires us to produce these materials to you, we believe that their production is consistent with the intent of the courts in Washington D.C. and in Bosnia-Herzegovina.

As I advised you on March 7, 2003, I am on trial in the United States District Court for the Northern District of Illinois and therefore unable to meet with you at this time.  In accordance with your express instructions in your letter to me on March 7, 2003, I am sending these by Federal Express to you care of Ron Motley.

Very truly yours,

PATRICK J. FITZGERALD
United States Attorney

By:    *John C. Kocoras*

JOHN C. KOCORAS
Assistant United States Attorney

Enc.

cc: Patrick J. Fitzgerald, U.S. Attorney

170

Exhibit 10

TAREEKHOSAMA/50/Tareekh Osama 122 - 123

8/11/1988

Between Abu Al Ridha and the Sheikh, a discussion regarding the establishment of the new military work —> general camp

                              GRouP —> special camp
                                    —> Qaida (base)

<u>Abu Al Ridha:</u>  a.  Did you take the opinion of Sheikh Abdullah
                     —> knowing that the Sheikh's military gang
                     has ended.
                 b.  This future project is in the interest of the
                     Egyptian brothers.
                 c.  Our foreign thoughts come in a different
                     stage of the year —> disagreement is present
                                        —> weapons are plenty
I suggest that the Army's forces are present in Afghanistan
(here), and I see that we should think in the origin of the idea
we came for from the beginning. } All this to start a new fruit
from below zero.
* After a year has passed in the history of Al Maasada, we were
unable to step new steps, and has returned to start the same
step, and you, Sheikh, has returned to the same idea, but from
(Illegible) to (Illegible).
Educating the youth is very important, but not on the account of
the stage and time.
Why is the Arab element being secluded, and not being with the
Afghans.
(Why are we leaving the drawing and returning to defection) the
drawing is present in Afghanistan.

_____

(Illegible)

<u>The Sheikh:</u> I am one person.  We have not started an
organization or and Islamic group.
It was a period of one year and a half, it was a period of
education, building energy, and testing the brothers who came,
and period of proving existence of the Islamic World.  I,
starting all these matters, in the darkest of circumstances, and
the period is very short, we took very huge gains from the
country's people in Saudi = we were able to give a political
power to the Mujahideen = gathering donations in very large
amounts = restoring power.  The period is basically a correct
situation to do the work.


As for our Egyptian brothers, if they meant it, they are not
to blame.  Between us and them are the fundamental promises
and accords for Afghanistan.  Initially, in a place that
looks personal to me and we are convinced of as a group.
Their standing with us in the darkest of circumstances
cannot be ignored, when the others (Illegible).

<u>Abu Al Ridha:</u> during planning, there could happen:
We did not reach the primary goal and we did not follow the drawn plan.
We did not expect the events that happened.
* Our work moves according to capability = we lost a lot of time.

<u>The Sheikh:</u> Who (Illegible) a goal that most movements are incapable of (very huge), but we have progressed well. Trained, obedient, and faithful youth, the needed can be carried out with it, but the priority remains for the talk (arrow pointing upward).
* The work gave gains, a lot more than we expected.

<u>In conclusion:</u>

<u>Abu Al Ridha:</u>  a.  Establishing a staged plan.
                b.  Establishing a time-frame for this stage.

Question:  does it need specialized people.
Answer:  is there a specialized person amongst us.

- Initial estimate, within 6 months of Al Qaida (the Base), 314 brothers will be trained and ready.

BOS000085

١١ - ٨ - ١٩٨٨

بين أبو الرضا والشيخ مناقشة حول تشكيل العمل العسكري الجديد [illegible]

أبو الرضا: هل أجمعتم رأي الشيخ [illegible]

١ - [illegible] المعسكر [illegible] للمستقبل

٢ - [illegible]

[illegible] هذا كله [illegible] جديدة [illegible]

[illegible] موجودة في أفغانستان (ص)

[illegible]

[illegible] ٣ [illegible]

[illegible]

[illegible] موجود في أفغانستان

([illegible])

الشيخ: أما [illegible]

[illegible]

[illegible]

[illegible]

أبو الرضا: [illegible]

[illegible]

[illegible] أضعنا وقتا كثير

[illegible] القدرة

[illegible] ضيعنا

الشيخ: [illegible]

[illegible]

[illegible]

[illegible]

أبو الرضا: [illegible]

[illegible]

[illegible] أم [illegible]

*(Parenthetical remarks in Italic are the translator's)*

*(Document name:* **TAREEKHOSAMA/50/Tareekh Osama.123,** *continuation of document* **TAREEKHOSAMA/50/Tareekh Osama.122)**

-An initial estimate, within 6 months for Al-Qaida *(the Base),* 314 brothers will be trained and ready.

BOS000087

- تتمة محضر الاجتماع الذي عقد يوم ١٢ المقدم ذكره :

# Exhibit 11

TAREEKHOSAMA/54/Tareekh Osama 127 - 127a

..202659/72

In the Name of God, the most Compassionate, the most Merciful ..2002659/72 (scratched out)

The brothers mentioned in the second page attended the Sheikh's house, to discuss the case of the Advisory Council, and the new distribution in Peshawar, mentioned in the attached document. Most of the discussion was about choosing an Advisory Council, which is accepted by all who are present in the arena. A summary of what happened was the formation of Maktab Al Khadamat. The meeting was held for 2 days in a row, Thursday and Saturday, and after it, the meeting Advisory Council, on Friday, with the following brothers:

1. Sheikh Usama.
2. Abu Ubaida Al Bansheeri.
3. Abu Burhan.
4. Sheikh Tameem.
5. Abu Hajir.
6. Abu Anas.
7. Abu Al Hasan Al Madani.
8. Abu Al Hasan Al Maki.
9. Abu Ibraheem.

* The meeting resulted in explanation of 40 points of them and the Sheikh summarized it in 2 points:

- The complaints.
- Mismanagement and bad treatment in Maktab Al Khadamat.

The Sheikh decided to engage the Council in making a change - on financial and administration.

The meeting stayed from sunset until two at night, after midnight:

The meeting resulted in, disposition is for the Sheikh, as he sees it tomorrow.

And on Saturday morning, 8/20/1988, the aforementioned brothers came and started the meeting, and the military work was suggested to be divided in two parts, according to duration:

- Limited duration (known), they will go to Sada Camp, then get trained and distributed on Afghan fronts, under supervision of the military council.

- Open duration (long), they enter a testing camp and the best brothers of them are chosen, in preparation to enter Al Qaida Al Askariya (the Military Base).

The mentioned Al Qaida is basically an organized Islamic faction,

its goal will be to lift the word of God, to make His religion victorious.

Requirements to enter Al Qaida:

- Members of the open duration.
- Listening and obedient.
- Good manners.
- Referred from a trusted side.
- Obeying statutes and instructions of Al Qaida.   These are from the rules of the work.

Reads the pledge:

The pledge of God and his covenant is upon me, to listen and obey the superiors, who are doing this work, in energy, early-rising, difficulty, and easiness, and for his superiority upon us, so that the word of God will be the highest, and His religion victorious.

The meeting ended on the evening of Saturday, 8/20/19. Work of Al Qaida commenced on 9/10/1988, with a group of 15 brothers, including nine administrative brothers:

1. Abu Ayoub              General Emir (Commander).
2. Abu Usama Al Jazairi   Military Supervisor.
3. Saifullah              Administration.
4. Abdul Majeed           Administration.
5. Abu Khalid             Administration.
6. Yaseen                 Administration.
7. Ameer Al Fateh         Soldier.
8. Sabir                  Administration.
9.

Until the date 9/20/, Commandant Abu Ubaida arrived to inform me of the existence of thirty brothers in Al Qaida, meeting the requirements, and thank God.

BOS000090

بسم الله الرحمن الرحيم


D:/BIF/SINGLECD/TAREEKHOSAMA/54/Tareekh Osama 127a

ما شئن، أبو مجتماع مـدا السـنـة بكـ ٢١٩

رمن، العلي بالقاعدة في ١٠ م ٢ ١٩٨٨ حـتمـت أخذ إدارتي

مجموعة وضمها ٦٠ نح نسم

الزبير العام

٢- أبو أيوب

٣- م سوتيبانة الجزائري مشرف عسكري

٤- حسن الصيدلاني    إدارة

٥- عبد الحميد    إدارة

٦-١٠ مخابادالس    إدارة

٦- حسـم

٧- أبو عبد الفتي    طبي

٨- جابر    إدارة

٩-

م فرق ناتج مكس قم مصل المعونة أخبسة لعملي بوحيد

قدمتها أخذ بالقاعدة وزانيت عليم الشور رأى المـ

Exhibit 12

*(Parenthetical remarks in Italic are the translator's)*

*(Document name: TAREEKHOSAMA/19/Tareekh Osama 79)*

In the name of God, the most Compassionate, the most Merciful

Generous brother Abu Al-Rida

Peace and God's mercy and blessing be upon you:

We send you a fragrant greeting from the Al-Maasada *(Lions' Habitat)* and we reassure you with it that our situation is good, and thanks be to God.

The brother who comes from our side and is carrying this letter  would like to travel to Saudi Arabia.  Therefore, give him a one way ticket and may God reward you with goodness.

*(four lines are crossed-out)*

And may God reward you with goodness, our regards to all and our greetings to all of the brothers in the hospital with our prayers for their quick recovery.

His name is brother Omar Lutfee

Your brother Abu Al-Qaaqaa

*He is far away from me and he
authorized me through a communication
to sign on his behalf, my apology.

Abu Mahmood

*(signature)*

بسم الله الرحمن الرحيم

الشيخ الكريم أبو زلزالنا ،

السلام عليكم ورحمة الله وبركاته :

فيتطيب ما الله حسنة لكم نسعد اليكم ونطمئنكم مع عبد أوضاعنا التي كتب فيها عليكم الحمد .

وليتم تسجلنتا اجزة جامل عندما أرسلت برد المسر لناالسعودية نأجله تذكرة صفرة جاره وجزالك الله كل خير .

ــــــــــــــــــــــــ

ــــــــــــــــــــــــ

ــــــــــــــــــــــــ

ونرجو لكم الله كل خير حمايتنا الجميع ونفعنا لكم الأخرة في المستقبل مع كل نا نعم بالشفاء العاجل .

أخيكم أبو المعتني

*   ....................

BOS000019

*(Parenthetical remarks in Italic are the translator's)*

*(Document name: **TAREEKHOSAMA/33/Tareekh Osama.99**)*

In the name of God, the most Compassionate, the most Merciful

Dear brother Abu Al Rida, may God protect him

God's peace, mercy, and blessings be upon you

I hope that you and all of the brothers are well and enjoying the approval of God the Almighty. It disappoints me that your news reached us very late, knowing that travelers come to us frequently, so I hope that you tell me about Abu Mohamed Al-Shamali's subject, through Abu Hamza. I also hope that after Abu Anees reaches you that you move toward us immediately in anticipation of the attack on the Russians as the time has come, and I hope that you tell me about Usama and Ameen and their status. One of the brothers whose name is Abu Abdel Lateef is with Abu Al-Nasr, and if he wants to come tonight, take care of him so that he comes to us tomorrow, for his plane is *(departs)* on Thursday from Karachi to Yemen. I request that you ask the Yemeni embassy if a Saudi needs a visa to enter Yemen. If so, I hope you work on a visa for me so I can go with him. I ask that you communicate my greetings to Abu Al-Hasan Al-Madani and I hope that he will visit us if he has returned from Hijaz, and I also hope that you bring 500,000 Rupees at a minimum.

And God's peace, mercy, and blessings be upon you. Do not forget us in your prayers

Your brother

*(Usama Bin Laden's signature)*

9/8/07 *(1407 Hijriyya)*

Note: Abu Al-Nasr is sick and I urge visiting him and conveying my regards to him, I think he is in the hospital

BOS000020

بسم الله الرحمن الرحيم

الأخ العزيز أبو الحسن حفظه الله

السلام عليكم ورحمة الله وبركاته

*(Parenthetical remarks in Italic are the translator's)*

*(Document name: **TAREEKHOSAMA/12/Tareekh Osama.68**)*

In the name of God, the most Compassionate, the most Merciful

Brother Abu Al-Rida, may God protect him

God's peace, mercy, and blessings be upon you, and may God make you happy

We request that you send us 500,000 Rupees, five hundred thousand Rupees, with some trustworthy brothers from your end, as well as giving the bearer of this paper (Sabir) the amount of 100,000, one hundred thousand only, on an urgent basis, and the remainder *(can be sent)* with the visiting brothers.

Give our best regards to brother Abu Al-Hasan, may God protect him.  All of the brothers send you their regards.

On behalf of/your brother Abu Al-Qaaqaa

Abu Muath

*(signature)*

4.3.87

*(Text continues in **TAREEKHOSAMA/12/Tareekh Osama.68a**)*

BOS000053

بسم الله الرحمن الرحيم .

اخواني ابو الرضا حفظه الله

السلام عليكم ورحمة الله وبركاته نبعث اليكم ادنا

نرجو منكم ايصال مبلغ سبعون الف جنيه الى

ربيع لنا لمسعطريق هذه المنظمة بذ ماك مطلوبكم .

مع اخطار جاى هذه المنظمة (جابر) بلغ ... ادبا

نختار دفعة لمستعين دباقي مع اخوتنا لكل دفعة .

مسمى شيخ لسم اخوانا ابو همسه حفظه الله .

منه هذا المنظمة دفعاً عيادة لمسدا .

مع اخوان اختيار

ابو سعد

٤.٣.٨٧.

*(Parenthetical remarks in Italic are the translator's)*

*(Document name: **TAREEKHOSAMA/36/Tareekh Osama.102**)*

In the name of God, the most Compassionate, the most Merciful

Brother Abu Al-Rida, may God protect him

God's peace, mercy, and blessings be upon you

Please give brother Abu Ubaida, the butcher (Jaafar) the amount of five thousand Riyals, or their equivalent, from my account, to take care of some matters, and may God reward you with goodnes.

Your brother

Usama Bin Mohamed Bin Laden

*(signature)*

9/25/1407 *(Hijriyya)*


*(endorsed in green ink)*

I received from Abu Al-Rida the amount of five thousand Riyals, and may God reward you with goodness

Abu Ubaida Al-Masri (Jaafar)

*(signature)*

27th of Ramadhan 1407 *(Hijriyya)*

BOS000057

بسم الله الرحمن الرحيم

الأخ أبو الرضا حفظه الله
السلام عليكم ورحمة الله وبركاته
وبعد
أرجو تسليم الأخ أبو عبيدة الحمام (جعفر)
مبلغ قيمة الأرض ريال أو ما نجا الها من مبايع
بعض بلدسور وجزاكم الله خيرا     أختكم
اسامة بنت محمد بن لادن
٦٥/٩/٤ ٥ ٢٢ عام

و ستلمت مرا بر الرضا حبيحة الالف ريال
رحمكم الله غبراً
٢ بريتر الصغرى (جعفر)

٥ ٧/رمضان ١٤٠٧

*(Parenthetical remarks in italic are the translator)*

**Tareekh Osama 80**

## tehad Islami Afghanistan *(Afganistan Islamic Union)*

|                | Quantity ( | ) |        |
| Date   /  /1407 | Command  ( | ) |        |
|                | Duty     ( | ) | Number |
|                | Department( | ) |        |

In The name of God the most compassionate, The most Merciful.

Generous brother Abu hafz

Peace be upon you and God's mercy and blessing.

The bearer of this paper *(document)* is from the Hezbe Islami *(Islamic Party)* he loaned us an Egyptian Howitzer and I think it is still available on *(UI)* bader as it was set by brother Shafeeq ten days ago so please return it to them because they requested it many times and they are in need of it because they will take it *(UI)* to kabul as they say

may God Reward you with goodness

your brother

Abu Mahmoud        *(Sign by Mohammed osama bin laden)*

Hijra 07/10/18

Text continues in document *(Tareekh Osama 80a)*

BOS000059



اتحاد اسلامی افغانستان

كميته ( )
لجريت ( )
مديريت ( )
مأموريت ( )

نمبر ـــــــ
تاريخ و ر۷ ١٤٠۷

بسم الله الرحمن الرحيم

شيخ الكريم أبو عبدالله ؟

السلام عليكم ورحمة الله وبركاته ؟

...

Tareekh Osama\20\Tareekh Osama 80.jpg

*(Parenthetical remarks in Italic are the translator's)*

*(Document name: TAREEKHOSAMA/38/Tareekh Osama.105)*

In the name of God, the most Compassionate, the most Merciful.

Dear Brother Abu Mahmood, may God protect him

Peace and God's mercy be upon you.

Please consult with the Prince *(commander)* Abu Hafs Al-Masri about locating Commander Kakojan's group, which is composed of 22 individuals, as camp guards, from the middle of the field to Bader.

He is one of the good commanders whom we like to honor, so leave three of the brothers with them at the contact points, and may God reward you with goodness.

Your brother

Abu Al-Qaaqaa

*(Usama Bin Laden's signature)*

2/Al-Eid *(a Muslim festival)*

BOS000061

بسم الله الرحمن الرحيم

الأخ العزيز أبو محمد حفظك الله

السلام عليكم ورحمة الله

وبعد

أرجو استعادة الوضع بعد بعض المصاعب في وضع مجموعة رقما لدى كوبان وانكوبة من ٢٢ تخرج من دراسة المعكر من ج منتصف، الساعة إلى بد ر وضو من الف دة الجديد فيها سبب وأكام سم و إبقاء تلانه من البد قدة بيسم عان نقاط التي سيت و جدا الليبيا

أبو القضلاي

١٢ العيد

Tareekh Osama\38\Tareekh Osama 105.jpg

*(Parenthetical remarks in Italic are the translator's)*

*(Document name: TAREEKHOSAMA/39/Tareekh Osama.106)*

In the name of God, the most Compassionate, the most Merciful

Brother Abu Mahmood

Peace and God's mercy and blessings be upon you

- I have been trying to contact you since the morning, at the number 650, on the black device, to no avail, because the device is not as it should be.

- God willing brother Abu Al-Qaaqaa and those with him have reached you safely.

- Brother Muzammil from the Party came here and asked me to inform you that he is coming to you with a group (to the Al-Maasada) *(Lions' Habitat)*.

- Brother Abu Al-Qaaqaa requested that the brothers who are with Abu Yasir, along with the mortar and 82, *(to go)* to Noor Agha.

May God strengthen and make you triumphant.

The wounded and bruised brothers went with the Afghan Engineer to Parachinar and he will return, and brother Abdel Wahab is here with us, along with the car, and we are awaiting any *(request for)* service.

Your brother, Abu Abdallah

BOS000063



Tareekh Osama\39\Tareekh Osama 106.jpg

BOS000064

*(Parenthetical remarks in Italic are the translator's)*

*(Document name: TAREEKHOSAMA/34/Tareekh Osama.100)*

In the name of God, the most Compassionate, the most Merciful.

Brother Abu Al-Rida

Peace be upon you

Please arrange the statuses of brother Abu Ubaidah Al-Banjsheeri, and brother Abu Hafs Al-Masri, as married, and on a monthly basis, and peace and God's mercy be upon you.

*(Illegible)* Both are to be treated like Maktab Al-Khadamat *(The Services Office)*

Usama Bin Laden

*(Signature)*

9000 RS. Monthly
Starting with month (1) 1987

4500 to each of them

بسم الله الرحمن الرحيم

الأخ أبو الرضا

السلام عليكم

وبعد

أرجو ترتيب موضوع الأخ في أبو عبيدة
النجــــار ذلك أبو هلال العربي
كنتم جين و صفحــــة و السلام عليكم

① نجا ملاحظ محل مكتبة الخدمات وعنها

اسامه بن لادن

محمد

٠٠٠٢١

(١)

٤٥٥

IMPORTANT

BOS000066

Tareekh, AlMusadat 41

(Translator's note: The following page contains 3 paragraphs, 2 of which are signed)

Association of Saudi Red Crescent
Peshawar
Phone 41488 - 74264

Brother Abu Al Ridha
God Protect you
Peace be with you and God's Forgiveness and Blessings

I wish that all weapons we have in MiranShah be inventoried, and establishing Ahmad's front we want it to be a permanent base for us.

Signature unclear

Saudi Red Crescent for Afghan Refugees in Pakistan Peshawar
Tele:74264/41488

Brother Abu Al Hasan we have an extreme need for weapons so I urge that you not provide them with more than 25% of the existing weapons and Peace

Signed
Osama Bin Laden
7/22/08 H (Hijri calendar)

BOS000153

Tareekh, AlMusadat 41a

1- Brother Abu Osama God Protect Him
Peace be with you
It is advised handing brother Ahmad more of the Seminovs and
R.P.G., medium mortar, heavy Goryunov.

BOS000154

D:/SINGLECD/TAREEKHALMUSADAT868788/43/TareeKh, AlMusadat, 86,87,88 - 41

Page 1



جمعية الهلال الأحمر السعودي
بشاور
تلفون : ٧٤٢٧٤ - ٤١٤٨٨

Saudi Red Crescent for Afghan Refugees - Pakistan Peshawar Tele: 7426341455

الفرع ابراهين فتح بن جماعة لجنا الاسلمة نأ جعا أن لا يتجاوز
اسدادهم بأكثرمن ٥٠٪ من الموجود  والسلام

م ٢٠٠٨/٤/٢٤

BOS000155

D:/SINGLECD/TAREEKHALMUSADAT868788/43/TareeKh, AlMusadat, 86,87,88 - 41a

بسم الله الرحمن الرحيم

هذا وزارة علمية

برنامج تعليم أنواع من السيارات و RPG و

هاون وقط وتدريب قتيل

# Exhibit 13

*(Parenthetical remarks in Italic are the translator's)*

*(Document name: TAREEKHOSAMA/49/Tareekh Osama.121)*

Number 1, خ:ش *(The Arabic characters Khaa and Sheen)*

In the name of God, the most Compassionate, the most Merciful

Muslim World League

International Islamic Relief Organization

No:  *(left blank)*

Date:  *(left blank)*

1.    A meeting between Abu Abdallah/Dr. Abdallah Naseef/Sheikh Abdel Majeed Zindani

and Dhiaul Haq

| _____ The situation was explained to him, and he was made aware of his responsibility in front of God, and his continued support, and permitting the support, meaning - giving us an open license fr the borders, and if he is being subjected to any pressures, let it be a secret *(agreement)*, in a way that League offices will be opened as *(illegible)* for the Pakistanis, and the attacks will be launched from them *(these offices)*, and that there are no gatherings inside the cities which will attract attention, or ay other suitable method which you *(plural)* will agree upon and of which you *(singular)* are convinced without any concessions, and what is meant by concessions, is that you will not be ashamed of anything

2.    The removal of all of the brothers from Peshaw *(most likely, Peshawar)* as soon as possible, and the houses will be ready for the arrivals and for any emergency which may occur.

3.    The brothers will be transported directly to Miran Shah (Khost) because it is the only open point at the present time.

4.    The brothers who are at Warsak *(phonetic)* will also be sent to Khost and its surroundings.

5.    All of the brothers' passports are to be kept with the strong organizations, in order to avoid any search action due to pressuring from the embassies, or *(due to)* anything else which may occur.

6.    That the passports should not be kept with the Saudi *(Red)* Crescent in anticipation of the recall of Abu Al-Hasan by Saudi Arabia, and the changing of the director.

7.    In Khost, the absence of the brothers in Miran Shah *(meaning unclear)*. Everyone is at the front at several centers, in Miran Shah only the person in charge and whomever he wants as an assistant.

8.    Assigning a car to secure what the brothers need at the front.

9.    After these *(follow)* the steps that are mentioned in Adel's paper which you have

(text continues in document **TAREEKHOSAMA/49/Tareekh Osama.121a**)

*(Parenthetical remarks in Italic are the translator's)*

*(Document name: TAREEKHOSAMA/49/Tareekh Osama.121a, continuation of document TAREEKHOSAMA/49/Tareekh Osama.121)*

10.    I ask all of those who are in charge of people, to be good-natured, kind, compassionate, patient, and not too demanding of the brothers because the situation is not comforting for some individuals; more correctly the new ones, therefore the brothers need someone who will support them and be as a father and as a mother, and be a refuge for their sorrows so that he can assist them.

11.    To examine the brothers' situation, meaning that not everyone who gets close to you is what is desired, because individuals differ when idle, and when tasked with a responsibility.

*(illegible)* in the selection.

12.    I ask you to be good towards Sheikh Sayyaf, for he is known by all with agreement, and specifically you and the extent of his cooperation, and specifically you, and he is your brother *(meaning of this paragraph is unclear).*

After this, *(continue)* in accordance with Adel's paper, and if anything new comes up I will inform you          .18952410

Saleh Khan says that his tribe's land is close to Jaji Maidan and that it is in your hands, and the government can not interfere with this.

You must pursue finding an umbrella which you can stay under, other than the Crescent *(most likely, the Saudi Red Crescent)* because I expect that Abu Al-Hasan will be replaced, because he is known by them especially after Abu Mazin left the arena, and I prefer the name of the League *(most likely, Muslim World League)* because Dr. Naseef is one of the brothers, and the government knows who Abu Al-Hasan is and who the ones in the arena are, and this is not a decision, and the change may not happen now, and it may not be the intention, however precaution *(precaution dictates that we do this).*

Your brother

**Abu Anees**

*(signature)*

BOS000025

MUSLIM WORLD LEAGUE

INTERNATIONAL ISLAMIC RELIEF
ORGANIZATION

No _____

Date _____

رابطة العالم الإسلامي
بـكــن - ســعـديه
هيئة الإغاثة الإسلامية العالمية

بسم الله الرحمن الرحيم

① بسم الله الرحمن الرحيم ...

[Arabic handwritten text - several lines]

② ...

③ ...

④ ...

⑤ ...

⑥ ...

⑦ ...

⑧ ...

⑨ ...

Kindly quote reference number and date in your reply

Phone: 43766  Dubai:Rubia, Peshawar.  Telex:52779  2IRA-FK  P.O.Box 951