# Attachment B

*(Parenthetical remarks in Italic are the translator's)*

*(Document name: **TAREEKHOSAMA/29/Tareekh Osama.91**)*

In the name of God, the most Compassionate, the most Merciful

1. The families stay as they are.

2. The camps remain as they are.

3. Urging the brethren to benefit from the training.

4. Urging the leaders to go inside. Media

5. Identifying the brethren, among everyone, who are ready to go inside.

6. Holding a mass-media event to collect in-kind and financial donations.

7. Clarifying the Mujahideen's situation to the world and keeping the spirit of Jihad alive.

8. Sending brethren during this month to prepare bases for the Arab brethren.

9. Forming an advisory council for the Arab brethren and using it as the leadership.

10. Forming a committee to receive donations and maintain an account and the spending

    __ the Crescent *(most likely, the Saudi Red Crescent)*, the Rabita *(the Muslim World League)*, Sheikh Abdallah, the Relief Agency *(Hayaat Al-Ighata)*, and Abu Mazin.

11. Urging the Islamic agencies to bring in all of what they have.

12. Halting expansion.

13. Unifying the administration (presenting strong leadership for Peshawar, Suda, Warsak, and Al-Maasada.

14. Consulting with a lawyer regarding financial accounts and affairs.

15. Discussing with the Suda group their capability to provide provisions for the inside, and researching the ways which will lead to that. Abu Al-Jood, Sheikh Abdallah, and Abu Abdallah *(the names were written in green ink, and it is*

*unclear which paragraph they were intended for)*

16. Reducing the number of the working brethren, except for those who are needed urgently.

17. Discussing the present situation with the Al-Jamaa Al-Islamiyya *(the Islamic Group)*, and the possibility of cooperation (Abu el-Jood).

*(Text continues in TAREEKHOSAMA/29/Tareekh Osama.92)*

BOS000068

بسم الله الرحمن الرحيم

١ـ تبقى العوائل كما هي
٢ـ المعسكرات كما هي
٣ـ تخريج الدفوة على الاستفادة من التدريب
٤ـ تحريض القاعدة على الدخول الداخل
٥ـ معرفة الأفوة المتعهدين للدخول من الجميع
٦ـ القيام بجهد إعلامية واسعة لجميع التبرعات
٧ـ توضيح موقف المجاهدين للعالم
٨ـ إرسال أخوه في هذا الشهر لتهيئة قواعد للقوة العرب
٩ـ تشكيل مجلس شورى للأفوة العربية وإنشاء قيادة
١٠ـ تشكيل لجنة لجمع واستقبال التبرعات من الأثرياء البلدان والرابطة والشيخ عبدالله وهيئة الإغاثة وأبوبيان
١١ـ همت البيانات انه سلد صح بدخال ما عند صناعة
١٢ـ ايقاف في التوسع
١٣ـ تمهيد إدارة إبرار إمارات قوية لكل من بيادر
١٤ـ اعتذرة من نور بالنسبة للأمور واجباب الكليه
١٥ـ البجت مع جماعة جهرهم من إمكانية ضمهم للمجاهدين الجدد هنا و بحث الظروف المؤدية لذلك
١٦ـ تعليمات عدم الدفوة العاملين إلا للأمور العلمية
١٧ـ اعتبار درس مع الجماعة الإسلامية و مضار المالية و إمكانية التعاون من أمر ثور

*(Parenthetical remarks in Italic are the translator's)*

*(Document name: **TAREEKHOSAMA/29/Tareekh Osama.92**, continuation of document **TAREEKHOSAMA/29/Tareekh Osama.91**)*

18. Discussing with the leaders the best places for us to help them.

19. Visiting the leaders and expressing delight with their position, and displaying our capabilities and our wish to support their march as much as we can, *(God)* willing.

20. Sending some brethren to secure provisions for the Mujahideen.

21. Inviting the leader Sayyaf to a reassuring conference

22. After making clear decisions about the coming period, the brethren should be reassured through lectures with broad outlines in most instances, and prepared for the first shock.

23. A printed declaration which will explain the following:

    a. The East's and West's agreement to prevent the establishment of an Islamic nation and thorn.

    b. The only solution is the continuation of the armed Jihad.

    c. Taking interest in the training and seizing the opportunity.

    d. Supporting the Mujahideen believers and *(illegible)*.

    e. Specifying the locations where we want the brethren to be. Will be signed by Yunis Khalis, Ansar Al-Jihad *(supporters of Jihad)*.

    f. Urging the brethren to be patient, pious, obedient, and to practice abstinence (Abu Hajir).

24. Forming a committee to run the brethren's affairs, categorize and solve their problems, their passports, tickets, and taking care of their situation and lodging, according to. And where will their effects be kept.

25. A work plan for the inside; the distribution of the brethren, and the locations where they will be present.

26. Designating points outside Pakistan for assembly when necessary, after inquiring about how easy obtaining visas is.

27. The brethren should disperse in the central fronts, and with the Having the brethren scattered in central fronts under the leadership of trustworthy commanders.

(Text continues in **TAREEKHOSAMA/29/Tareekh Osama.92a**)

١- البحث مع القادة جون آين أحسن الوسائط لمساعدتهم
   وزيارة القادة وغبداد سرور من طرفهم
   بدا، قدراتنا ورغبتنا في دعم مسيرتهم بمكانياتنا

٢- ارسال أسلحة لتأمين امداد لبقية المجاهدين

٢١- دعوة القائد ــــــــ الى ندوة مطبخه

٢٢- بعد الإنتهاء الى المقررات الوضعيه للمسترد القادمات
    يخضعون لدوره بمحاضرات ذات طابع شرعى للطلاب
    ويسيرا للمعلمه وين

٣- بيان مشترك يتضمن مايلي:
   ا. تصاعد المشرف والغرب لحيلولة دون قيام شوكه والإسلام
   ب. الجلل الموسى تهوسا شديدة التحول في الحكم
   ج. لا إنتساب بالط سيب والاستفاء من النورثيه
   د. امير شرف جراحم الحياة ورنتف ضوى
   ه. ترمنيره لاكن البنت يرغب مع الصهيو عدو بها

ى- مستبدل قرب كل النصر المنجو لدما كبور والله بذرى الاحياء الرسول
٤- تكون لون استعراض الفهود وبعضها متا العلم وصلبها
   وغدرا منبو دمنا أكرهم رنا سبرا أحد الهم وراستهم النصب
   م لنبت يعاملوا بالأمانه
٥- مختيل فى الدائل بوسيم الانصار ودرك كيف هوتهم
٦- اعلان نقط موافر بم يأتلف المنجوج عند الجماعة وبط الله

٧- أن ليبنا إلا نسي بوم فى الكيبات أكرار به بعد القائد حول النب

*(Parenthetical remarks in Italic are the translator's)*

*(Document name: **TAREEKHOSAMA/29/Tareekh Osama.92a**, continuation of document **TAREEKHOSAMA/29/Tareekh Osama.92**)*

*(continuation of paragraph 27)* The presence must be tangible.

28. Keeping alive the Jihadist spirit among Muslims in general, and the Arabs in particular, by opening bases for their Jihad along with maintaining contact lines with them. The Sudan is recommended.

29. Not aligning with the parties as there is risk in that at the present time.

30. Isolating the rank and file during instances of sedition, after failing to rectify the situation.

31. Encouraging the Afghan brethren to continue the Jihad with the presence of the brethren among them, and the *(illegible)*.

BOS000073

أبو سهل — ... الموارد وستم

(٢٨) المحافظة على ذكاء والروح الجهادية لدى المسلمين عامة والعرب خاصة بفتح قواعد جهادهم المحافظة على عظم الاتصال بهم و يقترح ال ... وزان.

(٢٩) علم التحزب جماعة حزب لما في ذلك من الظهور كياللهم

(٣٠) اعتزال الصف في حادث الفتن بعد تحذير ... وضوح

(٣١) تشجيع الإخوة الأعيان على السكن راجين ... موعودة منه