# Attachment F

1

1  UNITED STATES DISTRICT COURT

2  SOUTHERN DISTRICT OF NEW YORK

3  21 MC 97 (AKH)

4

5
   IN RE:  SEPTEMBER 11
6

7  LITIGATION

8

9

10       SWORN WITNESS STATEMENT
         TAKEN BY VIDEOTAPE
11            CONFIDENTIAL

12

13
   DATE:        October 26, 2004
14  TIME:        11:15 AM

15  LOCATION:    Law Offices of
                 Motley Rice, LLC
16               28 Bridgeside Boulevard
                 Mt. Pleasant, SC
17
   TAKEN BY:    Counsel for the Plaintiffs
18
   REPORTED BY:  TERRI L. BRUSSEAU,
19               Registered Professional
                 Reporter, CP, CRR

20      _____

21  Computer-Aided Transcription By:

22        A. WILLIAM ROBERTS, JR., & ASSOCIATES

23  Charleston, SC          Greenville, SC
      (843) 722-8414          (864) 234-7030
24
      Columbia, SC            Charlotte, NC
25  (803) 731-5224            (704) 573-3919


                            2


1  APPEARANCES OF COUNSEL:

2      ATTORNEYS FOR THE PLAINTIFFS:

3        MOTLEY RICE, LLC
          BY:  MICHAEL E. ELSNER
4        28 Bridgeside Boulevard
          Mount Pleasant, SC  29464
5        (843) 216-9000
          melsner@motleyrice.com
6
      ALSO PRESENT:
7
        Jack Petit, Video Technician
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

1         THE WITNESS, being first duly

2   sworn, testified as follows:

3            EXAMINATION

4   BY MR. ELSNER:

5       Q.   Good morning.  Thank you for agreeing

6   to help out the victims of the September 11th

7   attacks this morning.  Can you please explain for

8   me your educational background and your

9   professional background?

10        A.   I have a Bachelor of Science degree

11   from the University of Tennessee.  I have an

12   Associate's degree in the Spanish language from a

13   college in Arizona.  I was a municipal police

14   officer, an immigration inspector, a border patrol

15   agent, an antismuggling agent with U.S. Immigration

16   and then I was a senior special agent with the

17   Joint Terrorism Task Force in Newark, New Jersey.

18        Q.   During what period of time were you

19   assigned to Newark Airport?

20        A.   I would work at Newark Airport on an

21   infrequent basis and on a regular basis between the

22   years of 1987 and 2002.

23        Q.   What time frame did you spend working

24   with the Joint Terrorism Task Force?

25        A.   I started working with the Joint

4

1   Terrorism Task Force in 1987 on an irregular basis

file:///P|/FACT1/All/911%20Litigation/Document%20Database/Rosetta/Confidential%20Statement-Corrected.txt

2   and I -- in 1995, I was assigned on a full-time

3   basis until I retired in 2002.

4       Q.   What is the Joint Terrorism Task Force?

5       A.   The Joint Terrorism Task Force is a

6   group of agents from various federal law

7   enforcement agencies as well as in New Jersey from

8   the Port Authority police, the Hudson County

9   prosecutor's office, the New Jersey state police.

10  The federal agencies would include the Secret

11  Service, the CIA, U.S. Customs, U.S. Immigration,

12  and I'm sure there's some others I've forgotten.

13      Q.   Did you have the opportunity while

14  working with the Joint Terrorism Task Force or

15  while working in immigration at Newark to interview

16  suspects over a -- over that period of time during

17  your career?

18      A.   Sure.

19      Q.   How many an estimate would you say that

20  you perhaps interviewed?

21      A.   Literally hundreds.

22      Q.   During the time that you were stationed

23  both frequently and infrequently during various

24  times between 1987 and the year 2002, did you have

25  an opportunity to review security at Newark

5

1  Airport?

2      A.  Yes.

3      Q.  How would you describe the security

4  between 1987 and before the September 11th attacks?

5      A.  Very bad.

6      Q.  Can you give me any sort of specific

7  examples of sort of what you witnessed and why you

8  came to the conclusion that it was bad?

9      A.  Majority of the personnel I would -- I

10  witnessed and sometimes would be on a daily basis,

11  sometimes an hourly basis because there was many,

12  many days I would spend the entire day at Newark

13  Airport going from terminal to terminal.  The

14  majority, and by the majority I mean a high

15  percentage of majority, probably 90 percent plus,

16  appeared to me to be illiterate, not very well

17  educated, some of them had a difficult time

18   understanding English, they were not observant,

19   they did not do a good job, and this was on a daily

20   basis for a long time.  I observed this and it was

21   actually a joke amongst other law enforcement

22   personnel when we would talk about these people.

23   We would literally laugh at what they were doing.

24       Q.  Laugh because?

25       A.  They were not doing a good job.  It was

6

1   scary.

2       Q.  Did you feel as though during that

3   period of time that there was a threat of some sort

4   of incident with respect to Newark Airport?

5       A.  I felt that if someone wanted to carry

6   out an illegal act, they would not have a difficult

7   time doing it at all.  All's one would have to do

8   would be observe these people for a couple hours

9   and they'd figure out a way to accomplish whatever

10   they wanted to do.

11       Q.  Have you had the opportunity on the

12  general news to have seen the Dulles screening

13  video that was played by ABC and CBS?

14      A.  Yes.

15      Q.  And how would you compare the security

16  that was conducted on that video to what was

17  happening at Newark Airport from 1987 to before

18  2001?

19      A.  Similar or worse.

20      Q.  Meaning that the security at Newark was

21  worse than what was depicted on the security at

22  Dulles?

23      A.  By a lot of the people that worked

24  there, sure.

25      Q.  Did there ever come a time during your

7

1  work in Newark that there were any investigations

2  that were done of any of the individuals working

3  for security screening companies or other companies

4  at the airport?

5      A.  Yes.

6      Q.  Can you describe for us what that

7   investigation was?

8      A.  It was an investigation that -- it was

9   prior to 9/11.  I would say this investigation took

10  place in -- sometime after 1995 and prior to 1999,

11  an agent -- an immigration agent carried out this

12  investigation and it was something everybody knew

13  and he finally brought it to a head and he

14  determined there was well over a hundred, maybe 200

15  illegal aliens working at the airport that had

16  access to all areas of the airport, secured,

17  nonsecured, they all had -- a majority of them had

18  badges to swipe to get in through the doors of

19  various segments of the airport.  These would be

20  cleaning personnel, all types -- just any type of

21  personnel you could dream of that worked at the

22  airport.

23         So along with the Port Authority

24  police, probably the entire staff of the

25  immigration office, special agents conducted a raid

8

1  at the airport at shift change in order to get both

2  shifts and they arrested -- they filled up two

3  buses.  I would say well over a hundred, definitely

4  over a hundred, possibly over 150 people were

5  arrested at that time at Newark Airport and all

6  these people were illegal aliens working at the

7  airport.  It was a disgrace.

8      Q.  Did any of the people -- were any of

9  the people arrested employees for any of the

10  security screening companies that were doing

11  security at the airport?

12     A.  Possibly.  I couldn't say for sure.

13  There was just so many people arrested.  And at the

14  time I wasn't concentrating on that aspect of it

15  so -- it's very possible but I don't know for sure.

16  The important thing is that these people had the

17  cards, the swipe cards, and these were the people

18  that were cleaning the aircraft, a majority of

19  them.  These people had total access to the

20  aircraft when there was nobody around.  It's --

21  just thinking about it scares me today.  I mean, it

22  just wasn't right.

23          And then there would be -- after this

24  operation took place and the word got around that

25  this agent was interested in anyone else that the

9

1  various companies and Port Authority and the

2  airlines would hire, they would call him up and

3  make him aware of these illegal aliens working at

4  the airport but he was not permitted to follow up.

5      Q.  So even after these arrests, the

6  problem of hiring illegal aliens either by the

7  airlines, security screening companies --

8      A.  Yes.

9      Q.  -- continued?

10      A.  Yes.

11      Q.  Did not improve?

12      A.  No, it did not improve.

13      Q.  Was it a well-known event at the -- at

14  Newark Airport at that time that all these people

15  had been arrested?

16      A.  Oh, yeah, because people when they came

17  into work early the next morning, nothing was

18  accomplished because all of their staff were

19  arrested.

20      Q.  During your time with the Joint

21  Terrorism Task Force, you said you sort of worked

22  with them on an interim basis starting in 1987?

23      A.  Correct.

24      Q.  Did you ever have an opportunity to

25  investigate anything related to the World Trade

10

1  Center bombing in '93 or any other terrorist

2  incidents related to Islamic fundamentalist

3  activity?

4      A.  Yes, I was involved in the first World

5  Trade Center attack with the -- along with the

6  Blind Sheikh, with the -- any segment of the

7  operations that took place in New Jersey, I was

8  involved in -- I would say on the periphery.  I

9    wasn't really a case agent like I would become

10   after 1995 but I would assist in the processing of

11   aliens and doing background checks on various

12   people that were under investigation, et cetera, et

13   cetera.

14        Q.   Who was the main perpetrator of the

15   World Trade Center attack in 1993?

16        A.   Well, there was a lot of people

17   involved but I would say Ramzi Yousef.

18        Q.   Did Ramzi Yousef have plans to conduct

19   any other terrorist attacks?

20        A.   Well, after the initial World Trade

21   Center, I believe -- no, I don't believe, I know,

22   he was the individual that fermented, created,

23   dreamt up the Bojinka plot to highjack 12 airplanes

24   simultaneously.

25        Q.   Did the Bojinka plot, was that an event

11

1    that you learned through some sort of classified

2    information or was this an event that you became

3  familiar with from public source information?

4      A.  Newark was not involved in that

5  investigation in any way, shape or form.  No, I

6  would not have learned of it through any -- through

7  any of my work.  I learned about it just reading

8  the newspaper, Time, Newsweek, et cetera, et

9  cetera.  It was just all over the press.

10      Q.  Was -- did that change your thinking

11  with respect to the threat or did it reinforce what

12  you already knew about the threat posed to aviation

13  from Islamic fundamentalist groups?

14      A.  All's it did was serve to reinforce.

15  It was something we always knew was possible.

16      Q.  Did there ever come a time where you --

17  let me ask one other question before I get to that.

18          Were there general statements given by

19  Islamic fundamentalists that they had the intent to

20  attack the United States?

21      A.  Prior to 9/11, yes.  There were

22  statements, there were threats, there was -- yeah.

23  There was a fatwah or a statement given by the

24  Blind Sheikh that was arrested in Jersey City out

25  of a prison where I believe it was smuggled out by

12

1  his attorney, a female attorney.  I forget her

2  name.  It might have been Lynn Stewart, I'm not

3  sure.  But he talked about hijacking planes,

4  killing as many people as possible.  And this was

5  well before 9/11 and I believe this woman is being

6  prosecuted for that as we speak.

7      Q.  Was there any connection between the

8  Blind Sheik and Ramzi Yousef or Osama Bin Laden or

9  al-Qaeda, is he in any way --

10      A.  They're all connected.  They're all

11  interconnected.

12      Q.  Did there ever come a time where you

13  began investigation concerning anyone who posed an

14  immediate -- or who claimed to be planning to

15  hijack aircraft in the United States?

16      A.  Yes.

17      Q.  Who was that?

18      A.  Niaz Khan.

19    Q.  How did you come to meet Niaz Khan?

20    A.  Niaz Khan turned himself in to the

21  Atlantic City police department in I believe

22  sometime around April of 2000.  He advised the

23  Atlantic City police that he was sent to the United

24  States to hijack an aircraft.  As soon as the

25  Atlantic City police heard that, they notified the

13

1  local office of the FBI in Atlantic City.  Since

2  that office did not handle terrorism, they called

3  up the Terrorism Task Force in Newark, New Jersey.

4  Two agents responded, picked up Niaz Khan and

5  brought him up to Newark and that's when I first

6  met him.

7    Q.  This was the spring of 2000, is that --

8    A.  April, I believe.

9    Q.  April of 2000.

10    A.  2000.

11    Q.  And did you have an opportunity to meet

12  with Niaz Khan and to ask him questions?

13      A.  I dealt with him on a daily basis until

14  I actually escorted him back to England.

15      Q.  How -- what time period did Niaz Khan

16  spend with you or with the Joint Terrorism Task

17  Force in Newark?

18      A.  The exact dates I can't recall but it

19  was from approximately the first week of April

20  until about Easter of 2000.  I remember I returned

21  to the U.S. after Easter Sunday of 2000 so it was

22  from the first week of April until Easter of 2000.

23      Q.  So roughly two, three, four weeks?

24      A.  Exactly.

25      Q.  What did Niaz Khan tell you about his

14

1  intent to hijack an aircraft?

2      A.  He told us the whole story.  We

3  spent -- literally spent -- 24 hours a day, seven

4  days a week there was someone with him at all

5  times.  He was never incarcerated.  He was either

6  kept in a motel room or in a safe house and always

7  with an agent.  Basically, he was a gambler.  He

8  was addicted to gambling.  One night prior to when

9  we encountered him in April, so I would have to say

10  it was sometime in March of 2000, I'm just

11  guessing, he left a casino in Manchester, England,

12  having lost all of his money and there was two

13  individuals outside the casino in a vehicle.  They

14  approached him.

15          They talked to him for a long period of

16  time and they basically -- they recruited him to

17  hijack an airplane.  I guess he was

18  psychologically -- I can't think of the word at the

19  time but he was weak at that point in his life.  He

20  was I guess financially destitute.  They offered

21  him some dough and he took them up on their offer.

22  He didn't go home and he flew to Lahore, Pakistan.

23      Q.  When he arrived in Lahore, what did

24  he -- what happened after he arrived in Lahore?

25      A.  He arrived in Lahore, he was told to go

15

1   to a specific hotel or guest house, I forget, I

2   think it was a hotel, and he was met there the next

3   day by an individual.  I don't recall the specifics

4   about that individual.  And he was blind folded,

5   driven outside of Lahore to a guest house

6   surrounded by a high wall and there he went through

7   a week to ten days of training to prepare him for

8   hijacking an aircraft.

9       Q.  Did you learn what he was taught

10  specifically about how to hijack an aircraft?

11      A.  I can't recall everything he said.  It

12  was a lot, probably a lot more than I can remember

13  what he said because I don't have the file in front

14  of me.  But he was given small arms training.  They

15  had a target in the courtyard of the build -- of

16  the house that was surrounded by this wall where he

17  took target practice.  He viewed photos and

18  videotapes of aircraft, various types of aircraft.

19  He had physical defense type training using his

20  hands.

21          I believe he was taught -- I don't know

22  if he was taught in the use of a knife but I recall

23  him talking about using a knife and when he used

24  the knife he was taught to cut the throat because

25  that would produce the most blood to put fear into

16

1  the other passengers.  I remember him talking about

2  that.  That's mainly what I can remember.  But it

3  was very specific in the hijacking of an aircraft.

4  That was the sole purpose of his trip to Lahore,

5  Pakistan.

6      Q.  Was Niaz -- did Niaz Khan ever discuss

7  whether if this operation was to be a martyrdom

8  operation or did he have the mindset at the time

9  that he might have to kill himself in order to

10  carry out this attack?

11      A.  I remember this specifically.  He said

12  that if the mission required it, he would be -- he

13  would -- you know, he would -- he wouldn't mind --

14  he didn't mind dying.  But he was led to believe

15  that it was not going to be a suicide mission, that

16  it was going to be a hijacking, but if the

17  hijacking went bad, then they would blow the plane

18  up or crash or do something like that but he was

19  willing to die.

20      Q.  He was willing to die.  Did -- after

21  Niaz received this training, what did they -- what

22  did he do next?

23      A.  He was then given tickets and he flew a

24  circuitous route prior to landing at JFK in New

25  York.  I know he went to London, but from London he

17

1  went to Zurich and I believe one other European

2  city, then back to London and to JFK Airport.

3      Q.  And when he arrived in JFK Airport,

4  what was he -- what did he do next?

5      A.  He was told to rendezvous with an

6  individual by the name of Babu Khan at a taxi

7  stand, that's B-A-B-U K-H-A-N, Babu Khan, at a taxi

8  stand.  He got cold feet, he chickened out.  I

9  guess somehow he learned about Atlantic City.

10   Maybe he read something on the airplane on the way

11   over, I don't know.  But he took a bus to Atlantic

12   City and he blew all the cash they gave him for

13   expenses on the gambling tables at one of the

14   casinos in Atlantic City.

15          Q.   So he had gambled away the money that

16   he was given by --

17          A.   Oh, yeah.  We have the -- we recovered

18   the videotapes of him gambling and losing his money

19   in Atlantic City.  We saw it on the videotapes.

20   Those videotapes the FBI have and, yes, no

21   question.

22          Q.   After he lost his money that had been

23   given to him by members of al-Qaeda, did he -- what

24   did he do next?

25          A.   Turned himself over to the Atlantic


18


1   City police department.

2          Q.   And then is that how you met him?

3          A.   Yes.

4      Q.  During your two, three-week period with

5   Niaz Khan, did you make an assessment as to whether

6   or not he was truthful or not truthful?

7      A.  Initially we didn't believe him.  We

8   just thought, hey, this guy is -- you know, this

9   guy is just a whack job, there's just no way we

10   believed him.  But the more we talked to him, the

11   more we spent time with him, we started to believe

12   him.  And then he was polygraphed and he was

13   polygraphed by probably the best polygrapher the

14   FBI has and he works in Newark.  And he passed,

15   showed absolutely no deception, and he kept the

16   story throughout the entire time we were with him

17   so everyone in Newark that had anything to do with

18   Niaz Khan believed he was telling the truth.

19      Q.  During your -- let me show you

20   something here.  Do you recognize what these are?

21      A.  Yes.

22      Q.  I'd like to mark that as the first

23   exhibit.  What are these?

24      A.  These are -- Niaz sat down with a New

25   Jersey state police sketch artist and these are the

19

1  individuals -- the two individuals that recruited

2  him at the casino and one of his trainers in

3  Lahore, Pakistan, outside of Lahore, Pakistan.

4      Q.   Could you show these to the camera?

5      A.   Sure.

6         MR. ELSNER:  Can you get a zoom-in shot

7  of those?

8         VIDEO TECHNICIAN:  Sure.

9         THE WITNESS:  This -- these are --

10  that's the same.  These would be, I believe --

11  these would be the two individuals that recruited

12  him at the casino in England and this is one of his

13  teachers at the location he was trained at outside

14  of Lahore, Pakistan.

15         MR. ELSNER:  Why don't we mark these

16  instead as exhibit 1, 2 and 3.

17        (PLF. EXH. 1, sketch, was marked

18          for identification.)

19        (PLF. EXH. 2, sketch, was marked

20          for identification.)

21          (PLF. EXH. 3, sketch, was marked

22          for identification.)

23   BY MR. ELSNER:

24          Q.   After performing these sketches, after

25   conducting a polygraph examination, did the FBI

20

1   create any documents that they distributed that

2   describes the threat that Niaz Khan posed to

3   aviation?

4          A.   Sure.  There were constant

5   communications, both oral and written, between the

6   Newark division and FBI headquarters in Washington,

7   DC and there were teletype -- there was a teletype

8   prepared that was sent out to various government --

9   U.S. Government agencies.

10          Q.   Let me show you this.  Do you

11   recognize -- I'm going to mark this as exhibit 4.

12   Do you recognize this document?

13          A.   Yes, this is an unclassified teletype

14  prepared by my partner, who I worked with during

15  this investigation.

16      (PLF. EXH. 4, teletype, was marked

17      for identification.)

18 BY MR. ELSNER:

19      Q.  What is the subject of the -- of the

20  teletype and what is the teletype's date?

21      A.  The date of this teletype is April

22  10th, 2000 and this talks about Niaz Khan and the

23  al-Qaeda plot to hijack an aircraft in the United

24  States.

25      Q.  Is there -- have you had an opportunity

21

1  to review this teletype and is it accurate?

2      A.  I read it this morning prior to this

3  interview and, yes, it's extremely accurate.  This

4  is exactly what I recall happening.

5      Q.  The distribution of this teletype, did

6  it include anyone within the -- you know, had some

7  involvement with aviation security?

8      A.  Yes.  It says right here, FAA national

9   headquarters in Washington, DC, immediate.  An

10   immediate teletype means that they are to take

11   action on it immediately.  There are different

12   classifications of teletypes and this one is an

13   immediate.

14      Q.  The teletype states that there was a

15   subject affiliated with Osama Bin Laden who may

16   highjack a U.S.-based airliner from the New York

17   metropolitan area.  Is that an accurate statement?

18      A.  Yes.

19      Q.  The -- have you -- after -- after you

20   had -- after these teletypes were written after

21   Niaz Khan had done his polygraph examination, what

22   happened with Niaz-Khan next?

23      A.  Myself and the author of this teletype

24   escorted him back to Heathrow Airport in United

25   Kingdom at the direction of FBI headquarters.


22


1      Q.  What was the reason that he was sent

2   back to the United Kingdom instead of kept in the

3   United States?

4        A.   Well, I can only give you an answer

5   based upon my experience.  I don't know the exact

6   reason because it's not -- I never saw -- I wasn't

7   involved in the telecommunications regarding his

8   removal to the United Kingdom nor was I privy to

9   any written communications regarding as to why he

10  was brought back, I can only surmise.  I can only

11  give you an educated guess.  Well, one is not a

12  guess.  The U.S. Attorney in Newark refused to

13  prosecute Niaz Khan.  The exact reasons, I don't

14  recall.  Maybe we didn't have enough evidence.

15        Number two, the conspiracy was hatched

16  in England.  He was recruited in England by these

17  two individuals who you just saw the photos, the

18  sketches of, and the FBI rightly so reasoned that,

19  hey, let's send him back to England and let them

20  start the investigation right from the beginning to

21  find -- to apprehend these two individuals, do a

22  complete background investigation on them, find out

23  who they are, who they're associated with and do a

24  total investigation.  The FBI in America wouldn't

25  be capable of doing that.  That would have to be

23

1  done by the English authorities.  And since Niaz

2  Khan was a citizen of the United Kingdom and that's

3  where his family was and that's where he resided,

4  they figured that -- I guess they figured that was

5  the best thing to do.

6      Q.  Do you know whether the authorities in

7  the United Kingdom did any follow-up effort

8  concerning Niaz Khan?

9      A.  In the last couple months I learned

10  exactly what happened, I learned exactly what

11  happened, and it's an absolute disgrace.  There was

12  absolutely no follow-up by the British authorities,

13  none.

14      Q.  Have you -- Niaz Khan has given a

15  statement to plaintiffs in this case.  And have you

16  had the opportunity to -- I'm going to mark this as

17  the next exhibit, exhibit 5.

18       (PLF. EXH. 5, statement, was marked

19        for identification.)

20  BY MR. ELSNER:

21       Q.  Have you had the opportunity to review

22  his deposition or statement?  It's not really a

23  deposition, his statement or interview given to

24  plaintiffs in this case?

25       A.  Yes, I have.

24

1       Q.  Do you -- is -- are the statements made

2  by Niaz Khan consistent with the statements that he

3  made to the FBI in 2000 before September 11th?

4       A.  Absolutely.

5       Q.  Do you find that the statements that

6  he's making in this particular statement for

7  plaintiffs to be accurate and consistent with his

8  story as he's told it since early 2000?

9       A.  Yes.

10       MR. ELSNER:  Go off the record for a

11    second.

12        VIDEO TECHNICIAN:  I'm off the record.

13        (Off-the-record conference.)

14        VIDEO TECHNICIAN:  And we're back on

15    the record.

16    BY MR. ELSNER:

17        Q.  After the attacks on September 11th,

18    2001, did you -- were you involved in any

19    investigations concerning the September 11th

20    attacks?

21        A.  Yes.

22        Q.  How were you involved?

23        A.  I was totally immersed in the

24    investigation of Flight 93, the hijacking of the

25    aircraft from Newark Airport.  I was a team leader.

25

1        Q.  After the September 11th investigation

2    or during the September 11th investigation, were

3    you involved in any other investigations of attacks

4    against U.S. citizens?

5     A.   Yes.

6     Q.   Who is that?  Who was that?

7     A.   Danny Pearl.

8     Q.   And can you tell us about that

9   investigation generally?  What time frame was it?

10    A.   That was in -- started in January of

11   2002.  A group of agents were sent to Karachi,

12   Pakistan to investigate Danny Pearl's kidnapping.

13    Q.   And during that investigation, did you

14   learn anything about any of the perpetrators

15   involved in the kidnapping and assassination?

16    A.   Sure.  We identified one, two, three or

17   four of the kidnappers as well as the leader, Omar

18   Sheikh.

19    Q.   Who is Omar Sheikh?

20    A.   Omar Sheikh is a radical fundamentalist

21   who was educated at the London School of Economics

22   in London.  I've never met him but I know he speaks

23   fluent English, he has an extremely Muslim

24   fundamentalist terrorist -- slash terrorist

25   background.  He was incarcerated in India for his

1    terrorist acts in that country and, as a matter of

2    fact, was released from prison because of an

3    aircraft that was highjacked out of I believe Nepal

4    in 1999.

5        Q.   The aircraft that was highjacked, do

6    you know where that aircraft landed and what

7    happened after --

8        A.   Well, it landed in a couple of places

9    but it ended up in Afghanistan, I believe Kandahar.

10       Q.   And Afghanistan at that period of time

11   was -- who is -- where was -- under whose control

12   was --

13       A.   Taliban.

14       Q.   And after the plane landed, what took

15   place next with respect to the hijacking?

16       A.   Well, I believe there was a trade.  The

17   passengers were released and I believe two or three

18   individuals were released from custody in India,

19   one of whom was Omar Sheikh.

20       Q.   And after Omar Sheikh's release, did he

21  have any affiliation with al-Qaeda or with --

22       A.  Yes.  Oh, yeah, he was involved in

23  al-Qaeda all the way.  He was train -- he was

24  involved in -- he -- I know he definitely was a

25  trainer for Osama Bin Laden in the al-Qaeda

27

1  training camps.

2       Q.  So this is another incident in which

3  al-Qaeda members were involved with a threat to

4  aviation?

5       A.  Yes.  Sure.

6       Q.  Based on this India hijacking, the plot

7  that you had described earlier, the plot --

8       A.  Bojinka plot.

9       Q.  -- in 1994 and the statement given to

10  you by Niaz Khan, how would you characterize the

11  threat to civil aviation in the United States from

12  Islamic fundamentalists?

13       A.  I'd say it was very likely, very likely

14  to happen based upon everything I learned -- with

15  the accumulation of everything I learned throughout

16  my years and then especially after 9/11, it was --

17  it was all there for everybody to see but nobody

18  saw it.

19      Q.  Was the -- was the information about

20  plan Bojinka, the Air India hijacking, Yousef's

21  plot against the U.S., the Blind Sheikh's fatwah,

22  generally public information that anyone

23  investigating aviation security would be aware of?

24      A.  Well, sure, most of this I learned

25  through public information.  I wasn't involved in

28

1  all of these investigations.

2      Q.  Did you -- from 1987 until the '93

3  Trade Center bombing, the '94 plan Bojinka, the '99

4  Air India incident, throughout that period did you

5  recognize increased hike in security or training

6  given to security screeners at Newark International

7  Airport?

8      A.  Definitely not.

9      Q.  How would you characterize Newark's

10  security system in light of these threats to civil

11  aviation?

12      A.  Really bad.

13        MR. ELSNER:  I have no other questions.

14        VIDEO TECHNICIAN:  And I've stopped.

15      (A recess transpired.)

16        VIDEO TECHNICIAN:  And we're back on.

17  BY MR. ELSNER:

18      Q.  Sorry, there was one question I wanted

19  to ask you.  Could you review this document for me?

20  Have you seen this document?

21      A.  Well, I've seen similar documentation.

22  I've never seen this one.

23      Q.  How would -- what would -- what type of

24  document is this?

25      A.  Appears to be an FBI 302.

29

1      Q.  Are you familiar with generally how FBI

2  302's are written?

3      A.   Sure, I've written hundreds, maybe a

4   thousand or more of them.

5      Q.   Does this appear to be an accurate 302

6   based on your experience and expertise?

7      A.   Yes, it does.

8         MR. ELSNER:  Okay, no further

9   questions.  Thank you.

10         VIDEO TECHNICIAN:  We're stopped.

11         (WHEREUPON, the proceedings concluded

12   at 11:56 AM.)

13

14

15

16

17

18

19

20

21

22

23

24

25


30


1          CERTIFICATE OF REPORTER

2

3       I, Terri L. Brusseau, Registered

4    Professional Reporter and Notary Public for the

5    State of South Carolina at Large, do hereby certify

6    that the foregoing transcript is a true, accurate,

7    and complete record.

8       I further certify that I am neither related

9    to nor counsel for any party to the cause pending

10    or interested in the events thereof.

11       Witness my hand, I have hereunto affixed my

12    official seal this 27th day of October, 2004 at

13    Charleston, Charleston County, South Carolina.

14

15

16

17       _____
         Terri L. Brusseau,

18          Registered Professional
            Reporter, CP, CRR
19           My Commission expires
            May 7, 2006.
20

21

22

23

24

25


                        31


1            I N D E X

2                          Page
    WITNESS/EXAMINATION
3     EXAMINATION                    3
     BY MR. ELSNER
4    CERTIFICATE OF REPORTER              30

5

          REQUESTED INFORMATION INDEX
6
          (No Information Requested)
7

8
          E X H I B I T S
9
          (No Exhibits Proffered)
10
     PLF. EXH. 1, sketch          19
11    PLF. EXH. 2, sketch         19
     PLF. EXH. 3, sketch          19

12   PLF. EXH. 4, teletype                20
     PLF. EXH. 5, statement               23

13

14

15

16

17

18

19

20

21

22

23

24

25