# Attachment G



*(Parenthetical remarks in Italic are the translator's)*

*(Document name:* **TAREEKHOSAMA/41/Tareekh Osama.108)**

In the name of God, the most gracious, the most merciful

And spend for God's cause *(Quraanic verse)*

1) Suleiman Al-Rashid.                (Wail)
2) Abdel Qader Bakri.               (Wail)
3) Bin Laden Brothers.              (Usama)
4) Yousif Jameel.                   (Baterji)
5) Ibrahim Afandi.                  (Baterji)
6) Saleh Kamel.                     (Baterji)
7) Al-Rajhi.                        (Usama)
8) Al-Jumaih. Jeddah (S.A)          (Baterji)
9) Al-Sharbatly                     (Usama)
10) *(Illegible)* Al-Naghi          (Usama)
11) Bin Mahfoodh                    (Usama)
12) Abdel Qader Faqeeh              (Usama)
13) Salah Al-Din Abdel Jawad        (Wail)
14) Ahmad Turki Yamani              (Baterji)
15) Abdel Hadi Taher                (Wail)
16) Mohammed Omar *(illegible)*     (Baterji)
17) Al- Kuwait                      (Usama)
18) Ahmad Al-Harbi                  (Salem Taher)

19) Al-Issaei		(Salem Taher)

20) Hamad Al-Husaini		(Abu Mazin)

BOS000003