# Attachment H

*(Parenthetical remarks in Italic are the translator's)*

*(Document name: **Tareekh Osama/30/Tareekh Osama 93**)*

In the name of God

1- Advisory council.

2- Cooperating with Sheikh Saleh.

3- Security Officer.

5- Reducing the number of workers.

6- Forming a committee to take care of the brothers' problems, and of the financial matters.

1A- Sheikh Abdallah.

1B- Sheikh Tameem.

1G- Brother Wael Jleidan.

1D- Brother Abu Hajer.

1H- Brother Adel Farhat.

*(Illegible)*- Abu Abdallah          President

?- Abu Khalid.

?- Abu Ubaidah.

1- The mobilization committee, Sheikh Abdallah, Sheikh Tameem, Abu Abdallah, and Abu Hasan.

بسم الله

١- مجلس شورى
٢- التعاون مع الشيخ تميم
٣- ضابط أمن

- تقديس لله رب العالمين
- تكون لجنة من مجلس مشاكل الدعوة والدعاة ماليا

١- الشيخ عبدالله
٢- الشيخ تميم
٣- الحاج وائل جليدان
٤- الحاج أبو حاجر
٥- الحاج عادل نزهات
٦- أبو عبدالله رسمي
٧- أبو ربنا لد
٨- أبو عبيدة
- لجنة استقبال الضيوف وداد واسمعم تميم