# Attachment I

BIF/1B087/01/ALTahdi 88-1

In the name of God, the most compassionate, the most merciful

Honorable Brethren:May God safeguard you.

Peace be upon you and God's mercy and blessings

A dispute has arisen regarding the medical and educational work project inside Afghanistan "Al-Tahadi". This is a joint project for all Islamic Relief Organization that operate in Peshawar between brother Ahmed Sa'eed Khidhir (Project Supervisor) as Party One and Wa'el Jaleedan (President of the Saudi Crescent) and Dr. Abdullah Azzam as Party two. The dispute can be summed as follows:

1. Party Two has arranged with the Saudi Benevolence Committee (Adel Baterji) to put a hold on the project funds that are in their possession and refuse to turn them over to the project.

2. By refusing to to surrender the funds to the project, party Two has pressured Party One t sign documents to transfer the ownership of the project to something called the "Founding Committee" comprised of Party Two and two other loyal persons who work in the project in addition to Party One.

3.While Party One was traveling to collect funds for the project work which has been threatened to halt as a result of the hold placed on the funds and on Wednesday, November 2, 1988, at 9 P.M., with the collaboration of the above-mentioned two persons (members of what is called the founding committee working for the project), Party Two did the following:

   A. Seized all contents of the main project office in Peshawar/ Pakistan including the personal belongings of Party One and the possessions belonging to the Project of Motherhood and Childhood Center run by the wife of Party One. All these possessions were transferred to the dental clinic that is a part of the Saudi Red Crescent located nest to the residence of engineer Hikmatyar.

   B. Seized all the contents of the project storage.(the main and small storage or stores (maybe) and transferred them to the major storages of the Saudi Red Crescent in camp Gashgary, Peshawar.

4. Party Two has pressured the president of Habeeb Bank, Peshawar Branch and was able to seize all the bank accounts of the project.

BOS000028

BIF/1B087/01/ALTahdi 88-1

5. Party Two has faxed letters, and telephone calls to different
   destinations (Saudi Arabia, Kuwait, Yemen, the Sudan,
   Canada, America, Sweden, etc...and claimed the following:

   A. Severed Party One from managing the project.
   B. The ownership of Party Two of the project represented in
      the so-called Founding Committee.
   C. Accusation of Party One of:
      a. Attempting to seize the project and sell it to the
         American Embassy or to Christian or humanitarian
         relief organizations or any one.
      b. Suspicious contacts with non-Islamic bodies.
      c. Threatening Party One with jailing and beating if
         it returned to Peshawar.
      d. Threatening any body or organization that deals or
         cooperates with Party One by destroying that
         organization and exposing them publicly in the
         Party Two controlled newspapers (Al-Jihad
         Magazine published in Peshawar)

6. Party Two has demanded -and pressured- Party One not to
   return to Peshawar. But Party One did.

Party One has asked for arbitration of Party Two beginning
November 26, 1988 in the form of phone calls, hand-delivered
messages, mediation of the leaders of the mujahiddeen such as
Shaikh Rubbani, Shaikh Sayyaf, engineer Hikmatyar, and Shaikh
Younis Khalis, and finally by sending a delegation to negotiate
with Party Two.

Party two tried to evade arbitration first by procrastination
and then raising objection to public arbitration, then
protesting to the Party One demand for chastisement and the
subject of arbitration, and finally objecting to the judges
Party Two had initially agreed to.

At the end, both agreed that arbitration be held on Friday,
December 16, 1988. On that same day, Party Two carried out its
threat against Party One by beating. A group of Dr. Abdullah
Azzam were sent to beat some worshipers who dared distribute a
proclamation in which Party One was demanding Party Two to
accept arbitration.

Arbitration started secretly on Monday, November 25, 1988.

BOS000029

بسم الله الرحمن الرحيم

(اخوة الأمانس :                                    تعليم لله :

سلام عليكم ورحمة الله وبركاته وبعد :

فقد وقعت خصومه بخصوص مشروع العمل الطبي والسريري داخل أفغانستان (؟ متحمد) ا ، وهو مشروع نمايني
لكاتة الهيئات الاغاثية الاسلامية معامله على الساحة (؟ في ستاور )، بين :

طرف أول :                    ١١الأخ أحمد سعيد خضر (؟ مدير المشروع )،
طرف ثان :                    ٢وائل جليدان (رشيد بلال السعودي )، و ٥٠ عبد الله عزام

وبمثلت هذه المجموعة في :

١ ـ حسم الطرف الثاني بانضمام بنخبة البر السعودب (بذل سريحي ا أموال المشروع المحفوظة لديهم بو-----
تسلمبا للمشروع

٢ ـ حتم العمال من المشروع           قدم الطرف الثاني بالضغط على الطرف الاول لتوقم أوراق تسقل ملكة المشروع لنسي
ماسمي "البيئة الناسمــه" ، لعسكونه من للطرف الثاني وشخص آخرين سوحسن له بوسعلان م المشروع(نانة
الى الطرف الاول

٣ ـ أثناء سفر الطرف الاول لجمع أموال للمشروع لذي أمس مجددا يختوقف نسخة حسر نمال بتمه وهي استـــامة
استنامه سمـاء سوم الاربعاء الموافق ٢ /١١٢ /١٨٨٨م وبستمعوا سوالشخصين احمكورس أعلاه (؟مماء ما بـــــــــــ
دلمسائة المأسسمبة نعماسمن سلستسروع (؛ قامالطرف الثاني سو :

١ ـ الاستلاء على كافة محتويات مكتب المشروع اثرشسي في ستاور / اماكتان / مما فيها اسملكات الشخصة
للطرف الاول ، ومستلكات تابعة للمشروع وعامة الاومه والطفوله الذي تديره روحه الطرف الاول ونقل كل هذه الاشـيا،
الى سيادة الاستان الناعمة الملان الاحمر للسعودة "نجبور مكن لسيهمكس حكمنبار "

٢ ـ الاستلاء على كافة محتويات مخزن المشروع (؟ المخزن العسعر ، والمخزن الرئيسي )) ونقل محتويات هـذه
المخازن الى مخازن البلال الاحمر السعودة)دارلمسة في حيم "تنتقرى " استاور :

٤ ـ قام لطرف الثاني بانضباط على محدر احمست منه (ؤ م (؟ استاور كانت / وتسكن من الاستلاء على كافة العمات
للمملكة المشروع

٥ ـ قام الطرف الثاني بارسال مارسال (القلكات )؛ ورسائل ومكالمات هاتفية الى جهات مختلفة ( سعودة ، الكوت ،لسن
، سودان ، كندا ، أمريك ، السعودة ، السعودة ، ٠٠٠٠سح ؛ يدتي سها الآتي :

١ ـ فس الطرف الاول من ادارة المشروع
٢ ـ ملكية الطرف الثاني للمشروع مستقلا م تسمبة للمسبده تسمأة :
٣ ـ اتهام الطرف الاول بمه سني :

• بحاوله الاستلاء على المشروع أو بيعه لسدره لامريكه وللجهات مسممة / وللغائة الاتساخ
أو أي جيمه "،،

• الارتمال المسوه بجهات نمر اسلامه

• بسده للطرف لاول بشخص ولمتسرب الاموال من للطرف الاول بعد سرعودامشمسر سها م المعجمه الذي
سمبر علسها انطرب انانا، محلة احمها انسي سمعر عن مشرو،،

٦ ـ طلب للطرف ثاني ـ من ونمط ـ على الطرف الاولعدم نمودة الى ستاور ، ولكن الطرب الاول عاد

طلب الطرف الاول للتحكم من الطرف الثاني ن ٢٢ / ١١٢ /٨٨م بشكل :
؛ بسالات هاتفية / خطابات شمت نست عاسد   * موسطة بلده للساهدم ؛ لتسمج يملي ، انسم سنافر ، السيفـمدي
حكممنار ، السحم بوس حالين ؛ ٠٠ برسان وقد نسعاوض م الطرب الثاني
وقد حدون الطرف الثاني لتجرب من التحكمم أول د بنسست نم دلامه اي على اغماسه م تحكمم م الاعرراق
دلي طلب نعرب الاول لماحاس نم الاعراق دلي موسو بي تحكم نم الاس اني دلي لتحكمس لسن بلرنفاعم في أول
الامر

وفي السبات وقفوا على للتحكم موم لجمعة الموافق ١٦ / ١٢/ ١٨٨٨م ،وفي نفس السوم        بعد /  الطرف
الثاني بسمده لطرب حبث أرسلت محموعة من أفلرب د ـ  بعد اننه عرام لطرب بعض استطلعن الذمن حرأوا على
توبع بلام بطلات نمه انطرب الاول نظرب الثاني بالسعكم ٠٠٠٠

بدء لتحكم سرا يوم الاثنس الموادب ٢٥ / ١١ / ١٨٨٨م

In conclusion, the reader of the prosecution decision submitted by Party One to the arbitration committee against Party Two, and of the decision of the arbitration committee and its attached legal questions and decisions, will find t that he arbitration committee has proven the claims of Party One against Party Two.and has proven that Party One has committed:

lying, swindling, slandering, defamation, distrust, carelessness, fabrication, and theft to transfer the ownership of the project to itself and also possessing the properties of the project. Sadly enough, the arbitration committee has proven tha tParty One has forged some documents it had submitted to the committee. The committee has voided all that Party Two has done and put justice back on its track.

"Say that the truth has triumphed and falsehood expired. Falsehood is bound to vanish."

At the end, there were more questions than answers:

1. For whose advantage was this dispute which delayed the only Islamic deed inside Afghanistan for five months while Christians planted their seeds and embedded their roots in the country.

2. Do these actions represent Party Two as individuals or as representatives of the government of Saudi Arabia's stance as demonstrated by Wa'el Jaleedan, President of the Saudi Red Crescent, and Dr. Abdullah Azzam's position, the employee of Islamic World League, knowing that Party Two members have exploited their positions as officials of two Saudi organizations as follows:

   A. Exercised a lot of pressure on others to seize the project.

   B. Using the employees of the Saudi Red Crescent, its technological equipment, its buildings, and storage to execute effort of taking over the project.

   C. Lying in the name of the Islamic Coordination Committee (UI) and making decisions which the committee has disavowed in its session held on December 12, 1988.

He who wishes us,Islam and the Muslims well, (God) grant him success. He who wishes us, Islam and the Muslims evil, take him away because he doesn't glorify thy name including the heavens and the earth. (This is a supplication: t.n.)

Our last supplication is that thanks to God, Lord of the Universe
Party One: Ahmed Sa'eed Khidhir
POB 942
Peshawar, Pakistan
Tel. (521) 42557

BOS000031

( ٢ )

ختاما فان النظرى للقرار الادعاء الذى قدمه الطرف الاول الى لجنة التحكيم ضد الحرف الثانى وللقرار لجنة التحكيم وحيثياته المرفقة تجد أن لجنة المتحكيم قد أنصت ان ما ادعى به الطرف الاول على الطرف الثانى ، حيث أثبتت على الطرف الثانى :

قيامه بالكذب وتخداع والغيبة والنميمة وسوء الظن وعده اننتت وعدم الصين والاخراء والابتزاز لنقـــل ملكية المشروع اليـه ، من والاستيلاء على ممتلكات المشروع ، وبما بؤسف له أنه قد ثبت لجنة التحكيم ثم قيام الطرف الثانى بالتزوير فى بعض الوثائق التى قدمها لجنة ، فألبتت لجنة التحكيم ان ما فعل الطرف الثانى وأعلنت حق على مماسه .

٩ فن جاء الحق وزهق الباطل ان الباطل كان زهوقا ؟

وفى النهاية بقيت تساؤلات بحاح الى اجبنه :

١ ـ لمصلحة من تم هذا الامر الذى بطل شعبى الاسلامى الموحيد باخى اسماعيل بره حسه شهر بين المسلمون ومخزون بطرهم ويعيشرون بحذورهم داخلتنا ؟

٢ ـ هل تمثل هذه التصرفات نظرف الثانى كأفراد ؛ أم أنها تمثر موقف الحكومة السعودية متمثلا فى موقلة واشل جنيدان رئيس جمعية الهلال الاحمر السعودى ويرفقد د ؛ عند تلقه غرام الموظف برابطة العالم الاسلامى علما بان أمناء التصرف الثانى قد استشنوا مراكزهم كمسؤولين رسمى بجيثتن سعوديتين هما ببى :

١) ممارسة كثير من الضغوط على الاخرين فى سبيل الاستيلاء على المشروع؟

٢) استخدام موظفى الهلال الاحمر السعودى وأجبره الخمسة ومخزنه فى تنفيد محاولة الاستيلاء على المشروع

٣) الكذب باسم مجلس انتسى الاسلامى وانهاضبم سجلس، باتخاذه قرارات تشرامشبه المجنس فى جلســه بتاريخ ١٤ ١٢، ١٩٨٨م

فلكبم من أرادنا والاسلام وتمسلمين بخمر مولفنة لكن خمر  وسل أرادنا والاسلام ومعمسلمى بشر فخـده أخـت سمير متشـدد  فانه اعكم عكنت باسيهم السموات والأرض .

رأفت ديوانا ٢ احمد لمله با با محمـــــ

نمـــــــرف الاون : أحمد سعد غمـــر

P.O. Box 942
Peshawar, Pakistan
Tel : (521) 42557

BIF/1B087/01/ALTahdi 88-5

In the name of God, the most compassionate, the most merciful

Arbitration regarding the dispute between the parties of the *Al-Tahadi Project*

Thanks to God and prayer and peace on the Messenger of God
God said," So fear not mankind, but fear me. And barter not My
revelations for a little gain. Whoso judgeth not by that which
Allah hath revealed: such are disbelievers." Surat Alma'ida

*The Disputants:*

*Party One - Brother Abu Abdul Rahman Al-Kindy*
*Party Two - Dr. Abdullah Azzam, brother Abdul Hasan Al-Madani*

Both parties have agreed on paper to arbitrate the dispute with
the mediation of Dr. Fadhl and brother Abu Hajir. Also, both
parties have agreed to abide by the decisions of the arbitration
committee.
The session was held on Monday 17/05/1409H, 12/26/88AD from 9:30
AM to 9PM. Those present were the arbitrators, Abul Hasan and Abu
Abdul Rahman. Both parties exchanged accusations, the judges
listened to their statements and reviewed their documents. The
following are the arbitration decisions followed by the legal
questions:

*The Decisions:*

1. <u>The formation of the Founding Committee as responsible for the
   Al-Tahadi Project is hereby null and void. So is its chart</u>
   issued on 09/03/1409H, 10/19/88AD

2. <u>All the decisions of the above committee</u> issued on
   23/03/1409H, 11/02/88AD are null and void. So are the
   proceedings that came out of them.

3. <u>Reassigning brother Abu Abdul Rahman Al-Kindi to his former
   position as the director of the project 'Al-Tahadi'</u> with
   resorting to the Coordination Committee of the Islamic
   Relief organizations to decide on the administrative and
   technical differences attributed to him and referred to in
   the judgments, and to decide whether he may continue in the
   position or not. We recommend that none of his opponents
   from the Coordination Committee participate in investigating
   him. <u>The Coordination Committee is considered the only unit
   responsible for the project</u>.

4. <u>Vindicate brother Abu Abdul Rahman of the accusation of having
   contacts with suspicious non-Islamic agencies</u>. As for the
   accusation of his efforts to transfer the ownership of the
   project to the Humanitarian Relief Association, there is
   doubt.

BOS000033

ALTahdi 88-5   cont'd.

5. <u>All private possessions Belonging to Abu Abdul Rahman that</u>
   <u>were taken from his office must be returned to him</u> .

6. It is recommended that an administrative and technical
   committee be formed from the Coordination Council of Islamic
   Organizations to put two basic and internal bills for the
   project that shall be permanent, no changes or substitutes
   no matter who the financier is along with placing a regular
   financial policy for the project.

7. All individuals and associations, and those informed of the
   decisions of the Founding Committee in article two, in and
   out of Pakistan, are to be informed

BOS000034

بسم الله الرحمن الرحيم

الحكم في الخصومة بين الذخيرة
على مشروع الخبز

الحمد لله ، والصلاة و السلام على رسول الله ،
أما بعد ؛

قال الله تعالى ( فإن تنازعتم في شيء فردوه إلى الله والرسول إن كنتم تؤمنون
بالله واليوم الآخر ) ، وقال تعالى ( فاحكم بينهم بما أنزل الله ولا تتبع أهواءهم ) المائدة

الخصوم

الطرف الأول .. الأخ راتب عبد الرحيم الكبتي

الطرف الثاني : الدكتور / عبد الله عزام ، والأخ / إن الحسن المدني ، وقد أناب
الدكتور عبد الله الأخ / أبا المحسن عند حضور جلسة المحكمة .

وقد وافق الطرفان كتابيا على الحكم في الخصومة بواسطة المذكور وفقي ،
والأخ أبي ماهر . كما وافق الطرفان على الترامهما بقرارات التحكيم .

وعُقدت جلسة التحكيم يوم الاثنين ١٤١٩/١٢/٢٦هـ - ١٩٨٨/١٠/٢٦م بعد
المغرب ٩,٣٠ صباحا إلى الساعة ٩ مساء ، وحضرها الطرفان ، والأخ أبو المحسن
والأخ أبو عبد الرحيم . وقد تبادل الطرفان الاتهامات ، واستمع إليها بما في ذلك أحوالها
وأدلتها على مستنداتها ، و سنذكر فيما يلي قرارات التحكيم تنفذها الحيثيات .

╌  ╌  ╌  ╌  ╌  ╌  ╌

┌─────────────┐
│  القرارات  │
└─────────────┘

١- بطلان تشكيل الهيئة التأسيسية كمسؤول مدرسة في الذكرى .. وبالتالي
لاتعتبر.. الصادرة في ١٤٠٩/٣/٩هـ - ١٩٨٨/١٠/١٩م .

٢- بطلان قرارات الهيئة التأسيسية المذكورة .. الصادرة ١٤٠٩/٣/٢٣هـ -
١٩٨٨/١١/٤م ، وبطلانه كأحد الإجراءات المترتبة على هذه القرارات .

٣- إعادة الأخ أبي عبد الرحيم الكبتي إلى عمله السابق كمدير لمشروع الخبز .

.. يسعى المرجوعون إلى مجلس تنسيق محفظة الإغاثة الإسلامية لأنه في المناطق
الإدارية والفنية المسؤولة إليه والمثناء الرأي في الحيثية .. والبت في شأنه
استمراره في عمله من مدير المشروع .. ونوصي بأن يبارك جميع أعضاء مجلس التنسيق
من الثنيين محمد ، و يضع مجلس التنسيق رأيه في الجهة الرئيسية المسؤولة عبد المشروع .

٤- تبرئة ساحة الأخ أبي عبد الرحيم الكبتي مما وجه إليه من التهم المثيرة كناحية
إسلامية ، وأما ترجمة السعي في شغل سلامة المشروع لجمعية الإغاثة بما فيها
وشبهة . ٥- يعاد الجملة .. الحيثية بأي عبد الرحيم والقرائن تستمسك الي وثيقة توثق للكتابة

٦- نوصي بتشكيل لجنة إدارية جهة صحية من مجلس التنسيق تشرف على المشروع
لوضع لوائحه أساسية وراقبية للمشروع .. لا تكون ترجمت للتدبير والتدخل
بأعمال الموظفين . مع وضع سياسة تأديبية ثابتة واضحة للإدارة .

٧- تُنظم حصر الأفراد والربانيين داخل الأطر بمواهمات والألوان الأخرى

ALTahdi 88-6

the decisions arrived at by the arbitration committee.

8. Both parties promise not to take any aggressive attitude toward the other.

### Legal reasons on which the judgment is based

The concept of the Al-Tahadi Project (Medical and Educational work inside Afghanistan was the brainchild of the following:

1. Brother Dr. Ali Al-Hadeeb (the former president of he Kuwaiti Crescent) who suggested the idea to Abul Hasan Al-Madani (President of the Saudi Crescent) but the idea never saw the light of the day because there was no one there to take any action.

2. Brother Abu Abdul Rahman Al-Kindi, while in Canada, prepared a preliminary study for the project in June 1986.

During the first half of 1987, the two brothers Abul Hasan and Abu Abdul Rahman met and agreed on the concept. Then the project was submitted to the Coordination Committee of the Islamic Relief Organizations in June 1987. The committee approved it as a joint collective project for all Islamic Organizations in the field. These are: The Saudi Crescent, The Kuwaiti Crescent, Convocation Committee, The Islamic Agency (Isra'), The Islamic World League, The Islamic relief, and the World Center for Schools. That is by the approval of both parties of the dispute.

Work on the project began in July 1987. Brother Abu Abdul Rahman traveled to raise funds for the project on December 10, 1987. A committee was formed in Saudi Arabia to collect the money promised by the donors. Abu Abdul Rahman returned in mid-December 1987 and requested to have a meeting of the Coordination Committee through the committee's secretary (Dr. Sameer). The meeting didn't take place and the members were individually notified. The committee's position was negative since then and until the recent dispute. The treatment of Abu Abdul Rahman remained limited to dealing with Saudi Crescent, Dr. Abdullah Azzam, and the Saudi Benevolence Committee. All the collected funds from Saudi donors settled with the latter committee.

The Benevolence Committee had asked that it must have the right to review and check the accounts and express opinion in regards to the project on the basis that this committee is the major financier. This in itself violates the Coordination Committee which is the owner of the project and reserves the right to review it.

BOS000036

ALTahdi 88-6

The project suffered financial hardships because the Benevolence
Committee delayed sending the amounts agreed upon. Their excuse
was that they were dissatisfied with the administration of Abu
Abdul Rahman of the project. By August 1988, the project was
redlined. Abu Abdul Rahman insisted on asking for money until
brother Abul Hasan invited him to a meeting on October 19, 1988.
In the meeting, Abul Hasan suggested that a bill must be written
to specify the authoritative role of each party in the project.
Abu Abdul Rahman agreed and Dr. Abdullah Azzam produced a
document with the letterhead of the Founding Committee for the
Al-Tahadi Project that included the project bill which has been
signed by the members of the Founding Committee. These members
are: Dr. Abdullah Azzam as president, Abul Hasan Al-Madani, Abu
Dawood as Abu Hudhaipha deputy, Abu Suhaib Al-Misri, and Abu
Abdul Rahman who has said that he had never previously heard of
the name of the Founding Committee and that he had signed it (the
bill) reluctantly.*

*The last line on this page and also 7, 8, and 9 of this document
are either partially or wholly cut-off. An asterisk on these
pages will indicate the place where the cut-off occurs.
(Translator's Note)*

D:/BIF/1B087/01/ALTahdi 88 - 6

ـ لقرارات الهيئة التأسيسية المذكورة في بند ٥ ، بهذه القرارات التجارية ب
ـ لجنة التحكيم .
ـ ٨ ـ يتعهد للملتمس بعدم إتخاذ أي إجراءات بنائية ضد الطرف الآخر .

## الكيميات

ـ مبنى على مشروع الكميت (للاخل المطر) والعربي واخل الجنسات ب) لمدى كلهم
ـ ـ بلاغ للحكومة على المغرب (رئيس البرلمان الكويتي واعضاءه) ، خصة أن الأمر به اقل .
ـ الأمر في أن الحسم المتان (رئيس البرلمان السعودي) في ٦/٦/٢١٨١م ٠٠م سرر المطرح
ـ على حق للمتضمن لعدم وجود ميثر في بها .
ـ عـ الأخ أن عبدالرحيم الكندي في ١٩٨٦/٦/٩م ، حيث كان يقدم ، ووضع دراسة
ـ مبدئية للمشروع .
ـ ـ التقى بالأخ اخم أبوالحسم وأخ عبدالرحيم واتفق على فكرة المشروع خلال
ـ النصف الأول من عام ١٩٨٨م ، وتم ترحيبه المشروع على مجلس تسمير منظمات
ـ الإغاثة الإسلامية في شهر ٦/ ١٩٨٨م ، وأقر المجلس هذا المشروع كمشروع تفاصيل
ـ جامعي لكل المنظمات الإسلامية في العالم ، وأن ( الصندوق السعودي والبرلمان الكويتي
ـ ولجنة للدعوة والوكالة الإسلامية ( أرجواحي ) و رابطة العالم الإسلامي والمعهد الإسلامي
ـ والمركز العالمي للمدارس ) وذلك بإقرار طرفي الجمهور
ـ وميثاق العمل أن المشروع في ٧/٨/١٩٨٨م ، وسائر الأمر بعبدالرحيم تبع مع مائي
ـ للمشروع (من عدد ١٩٨٨/٨٧) ، وتشكلت لجنة بالسعودية لجمع الأموال
ـ القيمة وتسهيل للملشروع ٥ بعدار أبوعبدالرحيم في سبتمبر ٨٧/٨٧ وظف اجتماع بجلس
ـ التنسيق عن طريق سكرتير المجلس (ترجمين) ولم بحضر الاجتماع لأنني الأعضاء كلا بأجهزة .
ـ وبشكل وصف المجلس سلبيا لهذا المشروع عند ذلك الجهوذي وفوج الجمهورية
ـ المأخوذة ، ونظمت محافظة ابن عبدالرحيم المذكورة في المسائل مع البرلمان السعودي و دار
ـ عبدالله عزاي و لجنة للبر بالسعودية وكل التي آت اذين الأموال الجوية عن المبرالبريء بالسعودية .
ـ طلبت لجنة البر أمريكاني لها بهم البرامج والتكفير لأنفسه وإساءة الرأي في
ـ المشروع ، باعتبار صده القيمة الحول الرئيسي ، وأحمل في حدوله ذات بقري
ـ لجس للمسيور شم بهذه المشروع وصاحب صم المراجعة له .
ـ تعرض المشروع لعدم إستقرار مائل ، سبب كأمر لجنة البر في إرسال المانع المتوقع
ـ عليها ، لجنة أن القيمة غير راضيه عن إدارة ابن عبدالرحيم فمشروع ، كثب انتهى
ـ المشروع مدينا عند ١٩٨٨/٨ ، وقد نقل أبوعبدالرحيم بأقم في طلب المال عمن وفاه
ـ الزام أبو الحسم لأين اتفاق في يوم ١٩٨٨/١٠/١٩م ، ووذلك بقف وضع لانكه كدر
ـ دبلوماسي ودور كل طرف في المشروع ب ثاء الأوراق بين البرلمان ، و قرير دار الله عزام
ـ ورفض باسم الهيئة التأسيسية مشروع التكوين ، بنافى الزامه المشروع الذي عليه
ـ ومع عليها ( أعضاء الهيئة للتأسيسية وهم     الدكتور عبدالرحيم ونسبا ، ( والاخم
ـ العيد ، والبرداود كأن عم أن أبر تعرضا ، واخر شرب المتقين ، ( والموقت الرحيم الثانوي
ـ اخذ قد أزلم بصحح باسم (الرئيسة التأسيسية) أموانها المبحاور ، وقد مضاف ا

BOS000038

ALTahdi 88-7

this bill on 09/03/1409H, 10/19/1988AD. The bill states that the Founding Committee has the right to change those (the officials) who work on the project in and out of Afghanistan. This article was added particularly to isolate Abu Abdul Rahman for the inclusion of the statement "those who work.....of Afghanistan." Dr. Fadhl asked Abul Hasan about it (the above article) and the latter swore that that was not stated.

Anyway, we decide that this committee and its bill to be null and void for the following (reasons):

1. This bill made those responsible for the project individuals and not committees. It gave them the right to accounting, dissolving, and transacting in the project. For example, Who do Abu Suhaib and Abu Dawood represent? What is their connection to the project? Both of them are project officials. The excuse for admitting them to the committee was that the latter deputized for Abu Hudhaipha and had attended the discussions on the outset of the project. So did the former.

2. The bill gave the right of supervision and interference to three bodies:
   -The Coordination Committee for the Islamic Organizations
   -The Founding Committee
   -The Benevolence Committee in Saudi Arabia as the main financier. This leaves the door open for any new financier to claim this right to himself.

   This makes the project like a man who has ill-tempered partners. But the more important thing than this is that this trilateral supervision violates what was previously agreed upon that this project emerged from the Coordination Committee which has the right to review. This is what Dr. Abdullah Azzam had mentioned when he honored Abu Abdul Rahman with collecting funds for the project saying, " this is a joint project for all the Islamic organizations working in the field." He handwrote and signed this on 05/11/1407H, 06/29/87AD. This is exactly what the Islamic Agency (Isra') attested to with the signature of Dr. Mohammed Ibrahim. Abul Hasan has recognized the authority of the Coordination Committee.

3. Upon reviewing the account and the indebtedness, it was found out that the project was actually in the red at the time of signing the bill. Therefore, Abu Abdul Rahman's claim that he had signed it reluctantly, has some kind of merit.

BOS000039

As for the <u>decisions of this committee</u> issued on November 2, 1988, that included the removal of Abu Abdul Rahman from the project, <u>we hereby by declare them null and void for the following (reasons)</u>:

1. These <u>decisions were issued by a committee irrelevant to the project.</u> This is the Founding Committee as we explained earlier.

2. <u>It has been proven to us that there had been some falsification in the date these decisions were issued.</u> It has been mentioned in the text of this report,"The Founding Committee for the Al-Tahadi Project, the medical and educational work project in Afghanistan met on 23/02/1409H, 11/02/1988AD". This report bears the signature of Dr. Abdullah Azzam who was traveling outside of Pakistan on this date. Brother Abul Hasan has recognized that*

BOS000040

D:/BIF/13087/01/ALTahdi 88 - 7

١

- صدر الاجتماع في ٩/٣/ ٥١٤٩ ـ ١٩٨٨/١٠/١٩ م . وقد تمت المناقشة على أنه الرئيس
- للتأسيسية ( تعلقه هو تغيير القائمين على المشروع في داخل افغانستان او او
- خارجها ) . وكان هذا البند موضوع حساس لجمل ان عبد الرحمن لم يرد في هذه
- كلمة ( لاتهم ... أوهذا رأيي ) . فكانت الأزمة اذا احد من هنا قد قال فأقسم أنه
- صاحب كيف هيئا . ( المسائل هنا د/ المنذر ) .
- وعلى أي حال فإنه نحترم بطاقم صدر الرئيسة ولا تميز له ملف .
- جعلت هذه الاجتماع المسؤولين مع المشروع أوزارا وبيا معينا ـ واعطى
- هم الخاصة والكل والمعشرف المشروع ، مثلا : أبو داود و أبو حريب مثلا عنهم
- ومن هم تحلهم بالمشروع ؟ وكلاهما موظف بالمشروع . وكانت هذه ارتفاع في
- الهيئة المسؤول ينسوب عبد ان هذه خذية الذي هذه بحكم هذه الجلسات عند بدء المشروع
- وليست الثاني كذلك .
- ٤ ـ أوكلت للثلاثة هم الاشراف و التدخل في المشروع الى ثلاث جهات
- مجلس تنسيق المنظمات الاسلامية .
- للهيئة التأسيسية .
- اللجنة الأمر بالمشورية باعتبارها المهول الرئيس ؛ وهذا من الباب
- أممم ـ كل لجمل جديد لإدعاء هذا الخبر لنفسه .
- وهذا جعل المشروع كرجل فيه وشركاء متشاكسون، بازداد الخلاف منهم انه
- هذا الاشراف الثلاثي غالبا ما انفجر عليه سلبا على مبادئ المشروع منذ بدء عمله من
- التنسيق ... وأشدها الجهد وصاحها هم المنافسة ؛ وتعذر القدرة د/ عبد الله خراج
- الى تزكيته لأن عبد الرحمن صاحب هؤلاء الخير للمشروع حيث فاز ( لم تأتي المشروع من
- هو شروط تضامن . كل المنظمات الاسلامية المشاركة في المشروع تقبل به وتوقيعهم
- ذلك راضي ١٤٠١/٦/١٠ ، ١٩٨٨/٦/٢٥ ، وهذا بعيد . كل ما ننصب عليه مركب .
- ٣ ـ الوكالة الاسلامية ( اسم ... يتوزعو ... اعز الاسلام ، كلامر أبو الحسن بطلق نفس التنسيم .
- ٣ ـ ثبت بمراجعة الرقم ـ والمهرب بني أن المشروع كان جديدا ، وعب ترتيب اللائحة ،
- ولدلت قيام اتصالات ابن عبد الرحمن بأنه وقع ضغطا الانسب على الملك لدرجة
- صد الكعبة ...

- أما هذه وقرارات تغذ ال ... تم المصادر في ١٣/١٢ /١٩٨٨، والمشهد تم منها ال ...
- عبد الرحمن صد المشروع ؛ يمكن بطلاء بما يلي .
- ١ ـ أمر لعنة القرارات الصد ... عقد هيئة غير منتهية بالمنهج ، لرم الرئيس التأسيسي
- كما سبق بيانه .
- ٢ ـ ثبت لدينا أنه قد ... يتزوير في كارو لكر هذه الحزبين، لعنة القرارات ؛ فمن ورد في
- نص هذا الحزبين ( لعقد بحصت للهيئة التأسيسية الصد ... المشروع ، المشروع الحل
- التالي والترتيب في داخل ... أفغانستان ، وكانت من زمن ٢/٢/ ٨٢، ٨٢/٢/٢٢ ، أنا هذه
- ٨٢/٢/ ١٩٨٨ ، ... ) والعبد الحويين عبد ابن عبد الرحمن ولأن عبد الله خراج كان مسافرا
- خارج باكستان في هذا ... كارو لكرم ، وقد أتاح أنه الاجتماع لم يتم في هذا ٨٢/٢/٢٢

ALTahdi 88-8

and then just a week before the date mentioned above on the night of Dr. Abdullah Azzam's trip October 10,1988. The members of the Founding Committee have agreed to implement the decisions if Abu Abdul Rahman insisted to travel to Canada. And he did on 29th. Of (the month appears to have been whited out accidentally)1988.

3. No investigation has been conducted with Abu Abdul Rahman regarding the accusations ascribed to him. He was in Peshawar, Pakistan at the time these decisions were made (around October 26, 1980) including abominable accusations after his trip. If the jurisprudent have disagreed in judging in absentia to oppose the narrative of Hind Bint Ataba with the narratives of Ali and Um Salma, then how is it possible to rule in absentia against someone present?

4. The Founding Committee has encountered many technical problems in respect to the termination of Abu Abdul Rahman. The committee has not one medical unit. This pays for for incompetence.

5. Some of the documents on which Abu Abdul Rahman's termination and slander was based were taken illegally by vandalizing his office. These documents were also misinterpreted as will be explained later.

6. Abu Abdul Rahman was not notified in regards to these decisions (his termination) before his travel even though it was agreed that he would be (terminated) if he traveled. Until now, he has not received a copy of the committee's decision to terminate him. Therefore, based on what was said earlier, we have ruled to annul the termination decision and reassign Abu Abdul Rahman to his position as the Director of the project. We recommend the formation of an investigative board from the Coordination Committee void of any of his rivals. This will examine the administrative and technical violations ascribed to him in the decision of termination considering that the CC is responsible for the project. The Board calls for that by a request from the rivals.

As for the accusation that Abu Abdul Rahman has contacts with suspicious non-Islamic agencies, that is null and void and sheer falsehood. Some documents were possessed after the break-in into his office. These were just correspondences between him and brother Fadhil and between an American relief association MSH and another American medical equipment company called Smartmed.

This association has an offer of $12 million to provide medical supplies to the Afghans.

Abu Abdul Rahman has explained this relationship as follows:

BOS000042

ALTahdi 88-8

1. He and brother Fadhil dealt with this association as
   representatives for the Humanitarian Relief Association
   authorized by the Afghan leaders to receive the assistance
   from this association. The purpose for this was to prevent
   direct contact between the Americans and the Afghans. The
   two judges have reviewed the following which supports Abdul
   Rahman's claim.

   A. The correspondence between the head of the Humanitarian
      Relief in Canada (Abu Nadhir) and between Mr. O'Brien,
      the person in charge at MSH. In this (correspondence),
      Abu Nadhir writes that the Peshawar Office has obtained
      the approval of the four largest Afghan Parties'
      leaders that the humanitarian relief represent them in
      receiving the assistance.

   B. We (judges) have looked into some of the Afghan leaders'
      recommendations.

2. Abu Abdul Rahman has said that communications*

BOS000043

٤

يتم قبل الناريخ المذكور حوالي اسبوع ، وذلك بينه وبين راشد بن عبدالله عزام الذي
سافر يوم ٨٨/١٠/٢٠ . وأما أعضاء الرئيسة النأسيسية انتشروا على إنذار
عنف النزارات إذا أصر أبو عبدالرحمن على السفر بأن كسبا ، وقد سافر في ٨٨/١٠/٢٩ .

٣ ـ لم يتم إجراء أي تنظيم مع أبي عبدالرحمن في الرغم المشروع إليه ، وقد كانه
موجود ليتسلسل يشاور وقت أخذ عنف النزارات (حوالي ٨٥/١٠/٢٦) .
ـ ومنها يتم مع الشيخ ما علم بعد وصوله ، و إذا كانه النشاط النزاري ا
على المعافاة على العائش لتخارصه هينه صندوبت عنبه مع حديثه مع وأم سلطرة ؟
تكيف تفي للعلم غائبا على الحاضر ؟

٤ ـ تعرضت الرئيسة النأسيسية في هيئيات تنبيلا لأبن عبد الرحمن أبي
مبلى فنية . وليس بالهيئة عناصر في أحمد ، يعرفون هذا الغين الإختشاهي .

٥ ـ عممها الهواطر الى من علمنا قرار فصل أبى عبدالرحمن والنشبي عنه ،
أ خفنت، ما مسلوب غير شرعى يخطم مكتب أبى عبدالرحمن ، خلا يتم قد أ سبيت صير
عنف الوثائق كما سنان .

ـ ـ ـ لم يتم إعلان أبي عبدالرحمن بنه النزارات ( فصله ) فين ، بينين وطبره
ـ ـ ـ ، رغم بالاعفاء على فنشدوه ما السابق ، و يوم يتسلم بصور قرار النويبيه، بينفصل الي
الزمه . وبناء على ما بسوه ، هكذا بطلاه قرار النفصى ، و أعلن أبي عبدالرحمن
إن عمد تكمير للشروعى ، ونتيجة لتشكيل لجنة حد فيف النشيبي ليس بها أحمد، وفوصوم
ـ لتكميتهم معه في المخالفات الإدارية ، والنقية المشروية إليه في قرار فنصله ، باعتبار
ـ أنهم جلبتا لتشيبي هم الممسلك حد المشروع ، و بحى أحلبني لذلك بدوى حده الحجوم .

ـ ـ خامسا ـ ناهير ايلام . أبى عبد الرحمن لاتصال المشروى و با كير اسالزية : قناطل ، ستكذور ،
ـ ـ قتقدم ، ضبط بعض الوثائق في طلب أبي عبد الرحمن بعد قرن ، بياره عنه
ـ مراسلات بينه والا في فاضل و بيم مؤسسة إعانة أمريكية MSH ، وشركة
ـ أدوات ، طبية أمريكية Smart med .
ـ ـ وصنف المؤسسة لديها عرض بتقديم معونت طبية للإخوان بمبلغ ألس عنر
ـ ـ مليون، هب الدولارات .

و قد فشر أبو عبدالرحمن هذه العلاقة وغير ذلك .
١ ـ أم تعامل مع هذه المؤسسة نفرو والأمر نامص ، لتنليف عد النير والإعانة
الإنسانية بمجبولهم حد قبل الناريخ الأعضاء بارتكلام المعدنات عبر أيدي الرببه ،
وأم العرض حد شفعا شر سنخ الانتقال الهباشر عبر الأمريكيين ، وبيد الأطباب ،
و قد اطلع الحكماه عنه على ما لبل بزائد بيد خول أبي عبدالرحمن
أ ـ مراسلات بيم رئيس الإعانة لمؤسسية بلكندا (أبي سرحر) و بيد سنبل MSH
صير أو برنامه ، يقول فيها إبم بدير إبه مكتب بدوان وفضل على حواطت قدره الأحمد ،
الؤفظ بيد الأربعة للبار بأنه تتنوبه عزم الإعانة في الإنسانية والإنسانية في الانتقام المعدنات
ب ـ واطلعنا على بخير تر فيات النزار الأ فضاب .
ـ ـ كان أبي عبدالرحمن أبو عبد الله الإ

ALTahdi 88-9

which started by submitting to the Coordination Committee in June 1987. These communications started while Abu Abdul Rahman was in Canada from July 1986 to January 1987. The two judges have ascertained that by reviewing all correspondence and telecommunications and confirmed that all of them were dated prior to June 1987.

Abu Abdul Rahman was also accused of following an illegal method in all of his telecommunications by cunningly using the Kuwaiti Crescent telex system. Abu Abdul Rahman presented a document from brother Abdul Rahman Al- Mudaraj dated 12/14/1988. The document stated that he (Al-Mudaraj) did permit Abu Abdul Rahman and Fadhil to use the Crescent's telex system from May 3, 1987 for correspondence to U.S. and Canada. A quote from the document by Al-Mudaraj," What I know that these telecommunications have no bearing on the project of Al-Tahadi which had not started yet)." At this time, Abdul Rahman was the director of the Crescent.

Also, the addresses that were listed in Abdul Rahman's diaries such as the officials at MSH as it was proven in the telex. Brother Abul Hasan has informed us that he had gone to the Peshawar MSH Office through a commission from the Coordination Office to closely observe their plans. Also, Abu Abdul Rahman's contacts with them were as a representative of the humanitarian relief and prior to the start of the Al-Tahadi Project.

As for the accusation that Abu Abdul Rahman was plotting to transfer the ownership of the project to the Humanitarian Relief Committee, brother Abul Hasan has not presented sufficient evidence.(two just witnesses). The testimony of brother Fadhil was accepted only. In this written testimony, he declared that Abu Abdul Rahman did suggest to him the transfer of the Al-Tahadi project to the Humanitarian Relief provided that Abu Abdul Rahman be assigned as the general director, Fadhil as his deputy, and Abu Suhaib Al-Misri(the Al-Tahadi accountant) would become the administrative and financial director. Abu Abdul Rahman has denied this accusation under oath.. Also, the framework for the new project proposed by Fadhil is probable: to join the Humanitarian Relief Committee under the administration of Abu Abdul Rahman so that he becomes both the director of Al-Tahadi and the Humanitarian Relief at the same time. Abu Abdul Rahman said that he'd been asked to share in the supervisory administration of the Humanitarian Relief. Abu Abdul Rahman has presented a letter dated November 6, 1988 signed bu Abu Nadhir, the director of the Relief in Canada, addressed to the Coordination Committee. The letter states that the Relief has donated $250,000 for 1988 and $400,000 for 1989. Abu Abdul Rahman also produced a copy of a check sent by the Relief in Canada to

BOS000045

ALTahdi 88-9

the medical and educational project in the amount of $200,000.
Fadhil has claimed that the check was for him and not for Abu
Abdul Rahman. Abu Abdul Rahman says that the amount was
exclusively meant for Fadhil and then was transferred to Al-
Tahadi. Then when he was terminated from the project, he was
asked to forward it back to Fadhil. We (the judges) have reviewed
all that is in this letter from Abu Nadhir dated 11/06/88.

   Brother Abul Hasan has confirmed that he did contact Abu
Nadhir telephonically while Abu Abdul Rahman was in Canada. Abu
Nadhir had told Abul Hasan that Abu Abdul Rahman had arrived in
Canada to raise funds for the Al-Tahadi project.

   We say that we don't have conclusively sufficient proofs for
accusing Abu Abdul Rahman of transferring the ownership of the
project. The matter may probably require the hearing of the
testimony of the rest of the witnesses in the Humanitarian
Relief in Canada but this was not easy to do. The Coordination
Committee may have a follow-up*

BOS000046

الذي بيّنّا بعرضه على مجلس التشاور في ٣/٦/١٩٨٧ ، وبناءً على...
لتأييد وجوده بكندا سنة ١٩٨٦/٨/٣ إلى ١٩٨٨/٨/١م . ورتبناكم الحكماء ...
مدخلاً بمراجعة تواريخ المراسلات و التكلكات ، فندكانت كلها قبل ١٩٨٨/٦...
— كلّذخلاج لأبي عبد الرحمن بإتباع أسلوب عن مشروع في المراسلات التلكية ...
وللسائحيالله لاستخدام ... الريدي ... ثبتة لأبوعبد الرحمن ... سياسة ...
مسائلخ عبد الرحمن الدخيل بتاريخ ١٢/٤/١٩٨٨ مفيده أنه ...نسخ لأبي مسائلخه ...
ولفاصل بإنهدام على الرسلان سنة ٣-٥/٧/١٩٨٨ لمراسلاته إلى أمريكا و لفضاء قبل ...
عائضه . ( والغية أعرض أن هذه التكلكات ليس زي علاقة بمشروع ...
يكدقد بدأ بعض .... وكان عبد الرحمن سمراً لأعد الرسلان في تلك الفترة .
— كنا أمر السنادوري إلى ضبط في مذكرات أبي عبد الرحمن وضعناً أسماء المسئولين ...
في ASH كاهو شت بالتكلكات ... وقد أخبرنا الأخ أبو أحمد أنه ذهب إلى مكتب MSII بمشاور ...
بتكليف من مكتب التشاور لاستكشاف مطلرهم . كذلك فإمه انفاذ أبي عبد الرحمن ...
كان بصفته ممثلاً لهيئة الإغاثة الإنسانية وقبل بدء الخل بمشروع المدرى .

أما عند إتمام أن عبد الرحمن بانحص في نشئ مكلف للمشروع الذي يمسّ صفة الإغاثة الأخ الأمين ...
على مشروع الجفافواكحس بصفة كافية ( مشاهده عدليم ) ولم نقبل منه إلا شرارة الأخ ...
بالفاصل للذي محتبهم كتبناباله، أبا عبد الرحمن برضه على نشئ مشروع الكذكر ... والبرجاية والإغاثة ...
الانبآية بتر على أسمكوف أبو عبد الرحمن مديراً عاماً و نأصل بالا للفم والبرجاية والمؤسسات المتدرعه ...
بحاسب للتذكي مديراً لأحاليد والإدارية . وقد أثر أنور عبد الرحمن وبعده الوّنهة ... عيسى كهذا ...
هيكل للمشروع الجديد ... بانت برضه وفاضل بمعت... للإغاثة ... بالمساندر بت الإدارة ...
لأبي عبد الرحمن بصفته ... مديراً للتعدي و للإزمائه بين ... الرض ، و كذلك ضائع أخم ...
إنه طلب من المحلكة الإشرافية الإدارية في الإزمائه في الأهنائه ...

— وقد قوم لأبوعبد الرحمن هذا باموقناً سمر أني بي مدير إلاإإيا با به ... لبنداءم هر ... الرض ...
للتشاور بنيمه بمشري بإغاثة بمبلغ ٢٠٠,٠٠٠ دولار سنة ١٩٨٨ و... ٢٠٠,٠٠٠ دولار برضه ...
١٩٨٩ وفضلاًلحفظاب بتاريخ ٨٨/١٦/٦ كانقدبر أنور سارالرحمن اله ... إزيده ... مراغامه ...
الإغاثة بكندا ، إلى المشروع النظامي و العربي بلغ ٢٠٠,٠٠٠ دولار و وقدئذن بلا ايضع الضعف ...
لمرولين لأبي عبد الرحمن ، وكذا أنور عبد الرحمن أبي الملم ... لفضلمن نشئ لطريقهم للأوبل به ...
لمشروع طلب بسم تعديل المشيلت إلى نواحي ، وقد الطلحن على ضابته بسدا ... ضابته مب ...
أبي نوع ساره بتاريخ ٨٨/١٦/٦ ...

وقد أمر الأخ أبو أحمد بأن ابنط بقناته ... أبي ... الرحمن و... نأما ...
بالسائلسنده، واقضيهناله أن أبا عبد الرحمن قدا كنه لبيه أبي عبد الرحمن ...
فنقبول في نفسه أراني كافه ، وقانه على البيانات على عبد الرحمن سيد ...
ونقلالأمر لبسمه على نتائج شهاد عبد السنادرد الأرمه ... الوه ... طلدنا ورس إلبه ...
و... كم مجلس المتفى ... باباته ...

ALTahdi 88-10

As for the accusation of Abu Abdul Rahman of the attempt to transfer the banking account from the main account to business account with one signature despite the fact that this cannot take place without the signatures of Abul Hasan and Abu Hadhifa in addition to his own. Abu Abdul Rahman confirms that he tried to do so because some of the coworkers urged him to due to the financial hardship the project was encountering. However, he alone bears the responsibility for this mistake. This took place in October 18, 1988.

Brother Abu Abdul Rahman confirms that he is not the owner project and his position is only that of the founding partner and a director as a result of being chosen by the officials. He and Abul Hasan have stated that the Coordination Committee is the owner of the project. He also affirmed that the Coordination Committee has the authority to hold him accountable and under its supervision. When asked about what role he'll play, he responded that it would be technical as the study prepared about the project showed.

We have received another complaint from brother Abul Hasan on 19/05/1409H, 12/28/1988AD against brother Abu Abdul Rahman in regards to the pamphlet he distributed in the mosque of the Kuwaiti Crescent. The complaint was that his rivals rejected arbitration. We, hereby, prove the following: That Dr. Abdullah Azzam agreed that a quadlateral committee be formed from Abu Hajir, Abu Abdul Rahman Al-Misri, Abu Firas, and Dr. Fadhl. The committee met on 12/14/88. Abul Hasan said if the arbitration is with respect to the rights of brother Abdul Rahman Al-Kindi as an employee with us, that doesn't matter. But the situation gets rather significant when it comes to the matter of the ownership of the project. When the committee said it had the right to look into any problem, Dr. Abdullah said that he had to return to the founding committee of the project. He then notified the committee on the morning of 12/15/88 that it requested adding a fifth person to the committee. After deliberations between the rivalling parties, they agreed to choose Ans (UI) Ibrahim. Then brother Abul Hasan objected to the committee as a whole on the evening of 12/15. Later, it was unanimously agreed that only a trilateral committee be formed headed by Shaikh Younis Khalis along with an envoy (or deputy) for each party. The rejection of Abul Hasan was due to his total dissatisfaction with the committee. On Friday, 12/16/88, Abu Hajir received a statement signed by Dr. Abdullah and Abul Hasan expressing their approval to arbitrate through Abu Hajir and Dr. Fadhl. Abu Abdul Rahman had signed it before Friday prayer. Thus, we notice that it was possible for the latter to (UI) distribute the pamphlet after the prayer. He has erred in this regard.

BOS000048

ALTahdi 88-10

We have received a letter from the Saudi Benevolence Committee on 18/05/1409H, 12/27/88AD in which brother Adel Betarji mentions that Abu Abdul Rahman has many violations at work that led the committee to decide to stop the financing. This matter has been forwarded to the Coordination Committee for investigation.

Also, brother Adel Betarji requests that since their committee is the main financier, it must grant them their total rights in the project. He offered their readiness to administer the project in its entirety. This is not within our (judges) jurisdiction and we consider it something that sprang out of the coordination and has the right to decide in these matters.

BOS000049

- أمانة إيهام أبن عبد الرحمه بمحاولة بذر . ابرهيم البنك صدراكا - الرئيس إلى
- هيئة التشغيل بتوقيع واحد ، رغم أنه لا ينبل إلا بتوقيعين وترفض ابن قسمه
- أو أبي هنيفة ، فأقر بأنه سعى في هذا بتعريضه به بعقده الاداريه معه ؛
- للقضائية المالية التي كانه المشروع يعاني منها . إلا أنه ستبول وحده مسئولية هذا
- الخطأ . وتعهد بذا بتاريخ ١٩٨٤/١٠/١٨

ـــ أقر الأخ أبوعبد الرحمه بأنه ليست مالكا لتشروع ولا جمعيه فهو أنه بشريك .
ـــ مؤسسوها ، وصار باختيار المسئولية له ، وأخر ذلك ، والى تتمه باسم تأسيس .
ـــ اليوم وتعرف هذه المشروع . وأنه أمر صلاحيات تمت به لتأسيسيوم .
ـــ سلطه كاملسبه وصلاحيته . والسؤال هو نوع المشاركة ، فإذا أبدأ شاركة .
ـــ فنيه بالدراسه التي أعدها هذه للمشروع هي . كان لها شأن ابدأ تتمامنها بمرتبها .
ـــ عمله بالمشروع من منذ يقدمه ، أو بإلقائي فله شأن كذ بأنورمه .

ـــ استطلاع دعوى أقيمت سنة ١٩٨٢ في أبي المهدي في ١٩٨٢/٤/٢٨ - ١٩٨٢/٥/٢٦ ضد .
ـــ أبي عبد الرحمه بخصوص المنشور الذي وزعه حميد الزيلاد الكومي ، وفيه أنه بخصوص .
ـــ رفضوا الحكيم . وغيرها نشبت النابى : إلا وإن هذه والبناء وماذا بعلم أبنه كلهم .
ـــ سياتنه هم أبي ناصر وأخي عبد الرحمه المهدي وأبي وأمي ، ورد زئياء ، والقت اللجنه .
ـــ يوم ٨٨/٨/١٤ . وقال إذا كانه الحكيم كذ يوجد ، فيهجر أبي عبد الرحمه القله أم فإن لنا .
ـــ خلافات إما إذا كانه بخصوص الكلام عه والقت النمتزوع ٧٠ ، أبقى العلم وأبنه .
ـــ حصاياته في مباشرة آخر الرحمه إلى إعداد إبراهيم الرشيد أبراك الرشيد ، الابنيه النابته .
ـــ للمشروع . ثم أقر اللجنه حميد الخمس ٨٨/٨/١٥ بأنه ، اللجنه تلقت أبنه وأبنه كذ .
ـــ حاصيه للمبز . وبعد مشاورات بطرف الجمعه وأبنه على إن إبرالعهم . ثم اجتمعيم .
ـــ أبرامج أبوالحرب على اللجنه كذلك ، ٨٨/٩/٢٥ . واستمر الأبزاز ه في هستسئل كده بلامسه .
ـــ عظيرا سبأ الشيخ بون خلاص مع ندوب عدكل الأبوبه ، كله ، وأمه إقعماله المسلسل بصانرب اللجنه .
ـــ نهأية كاملة وبدأ الجمعه ٨٨/١٢/١٦ قـ ، أبو المتاز برقمه تعتبر مذ د/عبدالله وأبي .
ـــ الحسه تها افترضها على الحكيم بأوطيه . تفع أمر وماإلاولى ، ٠٠٠٠ بأبنه ، وعلم ، وعلم عبد الرحمه .
ـــ عن صلاة الجمعه . وزين أنه كانه بأبكي - تم كذ ذم المنذ وبه وعبه الابكوله به وحوسه .
ـــ قده أخطأ في هذا .

ـــ وصلنا رساله مرسلته الى بأبوسعود ، بتاريخ ٨٨/١٠/٢٨ بأنه في ٧ اكتوبر ١٩٨٨ .
ـــ يذكر فيها منذل وتخرج إنه لأني . مسافر فضيحى فيها . وإن تشيل آت الآن مرار النابته .
ـــ بمعنى التحول ؟ وقده أحبت هذا إلى نباس النث . والتدوين .
ـــ كلا بطلاب الأخ/منذل بتخرج با شيار الجمنزله اتماماتها . تيس نوم طه المرفي .
ـــ الكامله في المشروع . وحزمه استمرار الآخوان المنذ . اتفاق الابل ، وصعد السو في .
ـــ اختصاص اتبكريس ، اللذين تبالغ اتنورازه بنهر نفرا ، اتبرا ، وإلا ، وكذ لها ، الحبر .
ـــ انفضل . في حصله المجنأة .

ALTahdi 88-11

<u>Conclusion and Advice: As the investigations went on, it was proven that distrust and defamation and without circumspection and clarification have all played a major role in developing this dispute and escalating it.</u> God Almighty says,"O ye believers, avoideth too many assumptions. Some of them are sins and spy not." Also God says,"O ye believers, if a deviate bringeth ye tidings, examineth it lest thou accuseth a people with ignorance; then thou shalt regreteth what ye have done."

( The above two Koranic verses are translated to the best of the translator's ability.)

We advise ourselves and the rest of the Moslems to work according to these venerable verses as an impediment to evil, depravity profligacy, and hatred. We also recommend to write contracts and abide by their regulations.

This session was concluded on Thursday 20/05/1409H, 12/29/1988AD. In contains seven (7) pages. On page 4, a length of 2 centimeters at the end of line fourteen (14), the words are crossed out. So are the following: the beginning of the fifteenth (15th) line, length of 4 centimeters: on page five (5) at the end of the eleventh (11th) line (two-thirds of the line) and the first third of the following line.

The report was read in the presence of the two judges and the two parties on the same day at 12PM. It was signed by the two judges with the consent of the two parties. Copies of the report are released to the two judges and the two parties.

We ask that both to abide by these decisions as they promised. May God with His abundant grace and mercy forgive us, and we repent to Him.

Signatures of the two judges consenting to the report and all its decisions herewith.

Brother Abu Hajir
12/29/88

Dr. Fadhl
I kept photocopies of
the documents of both
Parties of the dispute
20/05/1409    12/29/88

The signatures of the two parties

Brother Abul Hasan Al-Madani
12/29/88

Brother Abdul raman Al-Kindi
12/29/88

BOS000051

D:/BIF/1B087/01/ALTandi 88 - 11



BOS000052