# Attachment J

*(Parenthetical remarks in Italic are the translator's)*

*(Document name: **TAREEKHOSAMA/12/Tareekh Osama.68**)*

In the name of God, the most Compassionate, the most Merciful

Brother Abu Al-Rida, may God protect him

God's peace, mercy, and blessings be upon you, and may God make you happy

We request that you send us 500,000 Rupees, five hundred thousand Rupees, with some trustworthy brothers from your end, as well as giving the bearer of this paper (Sabir) the amount of 100,000, one hundred thousand only, on an urgent basis, and the remainder *(can be sent)* with the visiting brothers.

Give our best regards to brother Abu Al-Hasan, may God protect him. All of the brothers send you their regards.

On behalf of/your brother Abu Al-Qaaqaa

Abu Muath

*(signature)*

4.3.87

*(Text continues in **TAREEKHOSAMA/12/Tareekh Osama.68a**)*

BOS000053

بسم الله الرحمن الرحيم

الى الاخ / أبو الرضا حفظه الله

السلام عليكم ورحمة الله وبركاته، وبعد،

نرجو تسليم إيصال مبلغ ٥٠٠٠٠ روبية عشرة آلاف روبية لنا مع طيبة الواقفة بن مناد مدرانك.
مع اعطاء حامل هذه الورقة (جابر) مبلغ ١٠٠٠٠
خمسة آلاف مئة استعين بها في ع الورقة الكارتيه.
وسلم تشيلم على الاخ أبو حسن حفظه الله.
هذه منا أخوه جميعا يهدون السلام.

أخوك / أمين أبو ارتفاع
أبو سعاد
٤.٣.٨٧