# Attachment L

*(Parenthetical remarks in Italic are the translator's)*

*(Document name: **TAREEKHOSAMA/33/Tareekh Osama.99**)*

In the name of God, the most Compassionate, the most Merciful

Dear brother Abu Al Rida, may God protect him

God's peace, mercy, and blessings be upon you

I hope that you and all of the brothers are well and enjoying the approval of God the Almighty. It disappoints me that your news reached us very late, knowing that travelers come to us frequently, so I hope that you tell me about Abu Mohamed Al-Shamali's subject, through Abu Hamza. I also hope that after Abu Anees reaches you that you move toward us immediately in anticipation of the attack on the Russians as the time has come, and I hope that you tell me about Usama and Ameen and their status. One of the brothers whose name is Abu Abdel Lateef is with Abu Al-Nasr, and if he wants to come tonight, take care of him so that he comes to us tomorrow, for his plane is *(departs)* on Thursday from Karachi to Yemen. I request that you ask the Yemeni embassy if a Saudi needs a visa to enter Yemen. If so, I hope you work on a visa for me so I can go with him. I ask that you communicate my greetings to Abu Al-Hasan Al-Madani and I hope that he will visit us if he has returned from Hijaz, and I also hope that you bring 500,000 Rupees at a minimum.

And God's peace, mercy, and blessings be upon you. Do not forget us in your prayers

Your brother

*(Usama Bin Laden's signature)*

9/8/07 *(1407 Hijriyya)*

Note: Abu Al-Nasr is sick and I urge visiting him and conveying my regards to him, I think he is in the hospital

بسم الله الرحمن الرحيم

الأخ العزيز أبو الحسن حفظه الله
السلام عليكم ورحمة الله وبركاته

وبعد

أرجو أن تكونوا جميعاً بخير وأن تكون الدعوة بخير ورجل من الله سبحانه وتعالى، ونوجــــهكم أنّ أخبارنا نأتيكم عن قرب علينا كثيرة علماً أنّنا قريباً يأتون ابناً كبيراً نأ رجوا إنضما ما عن موجه و أبو محمد الشائي عن طريق أبو حمزة. كى أرجو بعدأن يصلك أبو أنيس أن تنزله إلينا فوراً، استعداداً للذبح على أبو روس حيث أن الوقت أزف، وأرجو أيضاً رأي من أسامة وأميرة ذاتها كى نأخذ الدعوة أنسية أبو عبد الفيض موجود عند أبو النصر إذا عزم على الحجيج هذه الليلة حتى يقدر أمره عند الحجيج إلينا حيث أنّ ترفه الحجيج من شرا شيء إلى اليمن، ودار حول السفارة اليمنية هل يحتاج السعودي إلى فيزة دخول اليمن بيان كان كذلك فما جدول طلعة فيزة لي لكي أذهب معه، أيضاً أرجو أنه أن تبلغ سلامي أبو الحسن المدني وأنا جوه رزيارة أنه قادم من الحجاز، وكما أرجو أن تبعثوا خمسة ألف روبيه على الأقل.
والسلام عليكم ورحمة الله وبركاته

دعواتنا وأخوك دائماً
أبيد
م / م

ملاحظة
أبو النصر مريض فأرجوا زيارته
وإبلاغه سلامي ومواظبة في المستشفى
9/8/70 هـ