# Attachment M

*(Parenthetical remarks in Italic are the translator's)*

*(Document name: **TAREEKHOSAMA/14/Tareekh Osama.70**)*

In the name of God, the most Compassionate, the most Merciful

To dear brother Abu Al-Rida, may God protect him

God's peace, mercy, and blessings be upon you, and may God make you happy

I am dispatching to you the exalted brothers from brotherly Yemen, and they are Abu Mukhtar and Abu Mohamed, in order to arrange for their travel to Yemen and also to provide them with departing tickets, and also to take care of their lodging and their needs, and this is based on what brother Abu Abdallah informed us at the Al-Maasada, especially financially. May God bless all of you.

We also request that you send an amount of 400,000 Rupees to the owner of the weapon for delivery in Parachinar, according to Abu Al-Hasan's wishes, for security reasons.

Your brother Abu Muath Al-Masri

*(Signature)*

17.3.87

بسم الله الرحمن الرحيم

إلى الأخ الحبيب أبو الرضا حفظه الله

السلام عليكم ورحمة الله وبركاته وبعد بسعدنا ورؤيتكم.

رسلي إليكم الإخوة الأربعة من سولبيد الشقيم وهم أبو مختار وأبو محمد وذلك لترتيب أمر سفرهم إلى لمبيه وإعطاؤهم تذاكر ذهاب وكذلك إقامة بأمر سيتم وتسهيل أمرهم وذلك كما أخبرنا الأخ أبو عبيدة في بأسرع خاصه طالبه.

وبارك الله فيكم.

كا ونرجو إيصال مبلغ مئة ريال قدره ٠ سبعون روبية لصاحب السلاح لتسلمه من بارجبا رحمه أبو المسعود وذلك للأمور الأمنية.

أخوكم أبو سعاد الجدي

[signature]

١٧.٣.٨٧