# Exhibit 3
## Part 1 of 9

# AL RAJHI BANKING & INVESTMENT CORPORATION



Annual Report (1408 & 1409) 1988

3967






# AL RAJHI BANKING AND INVESTMENT CORPORATION
## A SAUDI JOINT STOCK COMPANY

**HEAD OFFICE:** P.O. BOX 28 RIYADH 11411
**TELEPHONE** 4054244 **FAX** 4032969
**NO. AND DATE OF TRANSFER:**
ROYAL DECREE NO M/59 DATED 3/11/1407H

**PAID UP CAPITAL: SR 750,000,000**
**COMMENCEMENT DATE:**
1/8/1408 H CORRESPONDING TO 19/3/1988
**C.R. : 1010000096**

## REGIONAL OFFICE FOR MEDINAH & NORTH

**MANAGEMENT**
NO. 007 Fax. 8387711 CENTRAL 8388068

| | |
|---|---|
| 1 - AL-MANAKAH 105<br>TEL. 04 8233092<br>FAX. 04 8233916 | 17 - RAFAHA 169<br>TEL. 04 6760264<br>FAX. 04 6761588 |
| 2 - SAHAIMI/MEDINA 152<br>TEL. 04 8234240<br>FAX. 04 8244192 | 18 - AL-WAJH 171<br>TEL. 04 4422884<br>FAX. 04 4421873 |
| 3 - AIRPORT ST. MEDINA 198<br>TEL. 04 8361035<br>FAX. 04 8366675 | 19 - TEEMA 178<br>TEL. 04 4632946<br>FAX. 04 4633030 |
| 4 - QOBA/MEDINA 218<br>TEL. 04 8238125<br>FAX. 04 8269689 | 20 - AL-ULLA 208<br>TEL. 04 8840363<br>FAX. 04 8840359 |
| 5 - BAB AL-ANBRIYAH 242<br>TEL. 04 8243349<br>FAX. 04 8222121 | 21 - DOMAT-AL-JANDAL 213<br>TEL. 04 6223414<br>FAX. 04 6221470 |
| 6 - AL-MEDINA (WOMEN BRANCH) 272<br>TEL. 04 8269808<br>FAX. 04 8236925 | 22 - HAQL 224<br>TEL. 04 4530600<br>FAX. 04 4530584 |
| 7 - MEDINA HOSPITAL 294<br>TEL. 04-8230372<br>FAX. 04 8230372 | 23 - BADR 230<br>TEL. 04 3321747<br>FAX. 01 3321743 |
| 8 - TABOUK 109<br>TEL. 04 4221544<br>FAX. 04 4229780 | 24 - AMLAJ 244<br>TEL. 04 3822324<br>FAX. 04 3822328 |
| 9 - AL-AMARAH ST. 194<br>TEL. 04 4221864<br>FAX. 04 4226760 | 25 - KHAIBER 248<br>TEL. 04 8821137<br>FAX. 04 8821827 |
| 10 - AL-MAHRAJAN/TABOUK 202<br>TEL. 04 4227060<br>FAX. 04 4227060 | 26 - TABARJAL 250<br>TEL. 04 6281209<br>FAX. 04 6281636 |
| 11 - YANBU 150<br>TEL. 04 3226683<br>FAX. 04 3226246 | 27 - AL-HUDAITHA 268<br>TEL. 04 6424872<br>FAX. 04 6424872 |
| 12 - AL-HAIH AL-MALAKIAH/YANBU 327<br>TEL. 04 3211107<br>FAX. 04 3211042 | 28 - AL-HANAKIYAH 269<br>TEL. 04 8620132<br>FAX. 04 8620467 |
| 13 - AL-GURYAT 111<br>TEL. 04 6420235<br>FAX. 04 6420013 | 29 - DHABA NORTH 283<br>TEL. 04 4322867<br>FAX. 04 4320472 |
| 14 - ARAR 133<br>TEL. 04 6631876<br>FAX. 04 6624120 | 30 - AL-MAHD 286<br>TEL. 04 8681054<br>FAX. 04 8681988 |
| 15 - AL-JOUF 154<br>TEL. 04 6246764<br>FAX. 04 6241192 | 31 - AL-YATAMAH 313<br>TEL. 04<br>FAX. 04 |
| 16 - TARIF 155<br>TEL. 04 6521880<br>FAX. 04 6520840 | |

Obekan Company for Printing & Publishing — Riyadh — Tel. : 4983392

## REGIONAL OFFICE FOR RIYADH AND SUBSIDIARIES

**MANAGEMENT**
NO. 003 Fax. 4044631 Telephone 4043965

1 - DIRA 101
TEL. 01 4114029
FAX. 01 4117517

2 - BATHA 106
TEL. 01 4122243
FAX. 01 4120510

3 - K. FAISAL SP. HOSPITAL 114
TEL. 01 441 4709
FAX. 01 4414719

4 - TRADING CENTRE 116
TEL. 01 4035711
FAX. 01 4011150

5 - DAHRAN ST. 125
TEL. 01 4783615
FAX. 01 4783343

6 - AL-MALAZ 126
TEL. 01 4769968
FAX. 01 4768713

7 - KING FAISAL ST. 127
TEL. 01 4010541
FAX. 01 4040308

8 - AL-NASRIYAH 131
TEL. 01 4013570
FAX. 01 4032464

9 - HIJAS ROAD 140
TEL. 01 4580506
FAX. 01 4596932

10 - AL-SUWAILIM 143
TEL. 01 4043608
FAX. 01 4043608

11 - AL-SANAEYAH 149
TEL. 01 4484102
FAX. 01 4463041

12 - CENTRAL HOSP. 159
TEL. 01 4357888
FAX. 01 4357877

13 - SAHAT AL-ADEL 164
TEL. 01 4013768
FAX. 01 4013576

14 - AL-NASEEM 165
TEL. 01 2313051
FAX. 01 2313057

15 - AL-OLEYA 166
TEL. 01 4657084
FAX. 01 4657101

16 - AL-MOQAIBRAH 168
TEL. 01 4013602
FAX. 01 4055017

17 - KING KHALID INTL. AIRPORT 173
TEL. 01 2202571
FAX. 01 2202592

18 - AL-MARGAB 174
TEL. 01 4488126
FAX. 01 4461554

19 - MANFOUHA 179
TEL. 01 4467841
FAX. 01 4481046

20 - AL-MUNTAZAH/RIYADH 182
TEL. 01 4011432
FAX. 01 4050747

21 - AL-KHAZAN ST./RIYADH 185
TEL. 01 4027231
FAX. 01 4041673

22 - DAWWAR AL-SHIMAISI "WOMEN BRANCH" 188
TEL. 01 4357854
FAX. 01 4359580

23 - SULTANAH/RIYADH 195
TEL. 01 4582584
FAX. 01 4591011

24 - AL-IMAM/F. BIN TURKI ST./RIYADH 197
TEL. 01 4124009
FAX. 01 4123426

25 - AL-MA'AZAR/RIYADH 200
TEL. 01 4420729
FAX. 01 4421038

26 - SULAIMANIYAH/RIYADH 203
TEL. 01 4658270
FAX. 01 4646670

27 - AL-RAWDAH/RIYADH 204
TEL. 01 4915184
FAX. 01 4914331

28 - MUSHRIFA/RIYADH 211
TEL. 01 4771555
FAX. 01 4780949

29 - HARAT AL-ONOUZ/RIYADH 215
TEL. 01 4488204
FAX. 01 4465780

30 - AL-SHIFA/RIYADH 216
TEL. 01 4216156
FAX. 01 4213592

31 - PRINCE SALMAN ST. 229
TEL. 01 4461449
FAX. 01 4462547

32 - HARAT ABDULLAH 231
TEL. 01 4590162
FAX. 01 4572647

33 - UM AL-HAMMAM 251
TEL. 01 4821982
FAX. 01 4824451

34 - AL SABALAH 253
TEL. 01 4111520
FAX. 01 4118109

35 - AIRPORT ROAD 260
TEL. 01 4776057
FAX. 01 4786740

36 - PRINCE ABDULLAH ST. 261
TEL. 01 4794432
FAX. 01 4793067

37 - AL-THALATEEN AL-OLAYA ST. 279
TEL. 01 4631450
FAX. 01 4652398

38 - DHARAT AL-BADEYA 282
TEL. 01 4259852
FAX. 01 4260547

39 - AL-AHSA ST. 289
TEL. 01 4789298
FAX. 01 4786982

40 - KING KHALED SPECIALIST HOSPT. 292
TEL. 01 4821234
FAX. 01 4821234

41 - GOBEIRAH 293
TEL. 01 4469200
FAX. 01 4467288

42 - RABWAH 296
TEL. 01 4911913
FAX. 01 4917458

43 - AL-OLEYA WOMEN BRANCH 317
TEL. 01 4643210
FAX. 01 4643210

44 - AL-KHARJ 129
TEL. 01 5448255
FAX. 01 5449876

45 - WADI AL-DAWASSIR 135
TEL. 01 7841096
FAX. 01 7840062

46 - AL-AFLAJ 142
TEL. 01 6820520
FAX. 01 6821356

47 - HOTAT BANI TAMIM 144
TEL. 01 5550300
FAX. 01 5550398

48 - SHAGRA 145
TEL. 01 6221639
FAX. 01 6220696

49 - AL-GOWAYEEYAH 147
TEL. 01 6521090
FAX. 01 6521838

50 - MURRAT 217
TEL. 01 6231344
FAX. 01 6231335

51 - AL-MUZAHMIA 219
TEL. 01 5230040
FAX. 01 5230879

52 - HURAIMLA 226
TEL. 01 5260300
FAX. 01 5260284

53 - AL-SAHNAH 233
TEL. 01 5410691
FAX. 01 5410725

54 - AL-HAIR 237
TEL. 01 4900908
FAX. 01 4900209

55 - SULAYEL 245
TEL. 01 7821833
FAX. 01 7821600

56 - RUMAH 278
TEL. 01 5521183
FAX. 01 5521108

57 - AL-DARIYAH 281
TEL. 01 4861420
FAX. 01 4861526

58 - DURMA 284
TEL. 01 5221014
FAX. 01 5221210

59 - THADIQ 285
TEL. 01 4439653
FAX. 01 4439287

60 - ASHAIGAR 297
TEL. 01 6271585
FAX. 01 6271585

61 - AL-OYEYNAH 303
TEL. 01 4657600
FAX. 01 4657600

62 - AL-KHAIDAH ROAD 305
TEL. 01 5443067
FAX. 01 5443006

63 - AL-HARIQ 309
TEL. 01 5370801
FAX. 01 5370177

64 - TOMAIR 318
TEL. 06 4437412
FAX:

## REGIONAL OFFICE FOR SOUTHERN REGION

**MANAGEMENT**
NO. 008 Fax. 07 2243136 CENTRAL. 07 2242191

1 - KHAMIS MUSHAIT 107
TEL. 07 2237425
FAX. 07 2237426

2 - MEDINA ASKARIYAH RD/KH. MUSHAIT 209
TEL. 07 2231331
FAX. 07 2230063

3 - NAJRAN 117
TEL. 07 5421319
FAX. 07 5421994

4 - FAISALIYAH/NAJRAN 205
TEL. 07 5223581
FAX. 07 5221217

5 - ABHA 110
TEL. 07 2247563
FAX. 07 2247589

6 - JIZAN 119
TEL. 07 3221507
FAX. 07 3221506

7 - BEESHA 130
TEL. 07 6226167
FAX. 07 6226670

8 - BALGURASHI 156
TEL. 07 7224412
FAX. 07 7220344

9 - AL-BAHA 177
TEL. 07 7251087
FAX. 07 7253139

10 - AL-NAMMAS 193
TEL. 07 2820051
FAX. 07 2820752

11 - DHAHRAN AL-JANOUB 220
TEL. 07 2550471
FAX. 07 2550592

12 - SABIA 221
TEL. 07 3261108
FAX. 01 3261104

13 - ABU AREESH 225
TEL. 07 3250961
FAX. 07 3260042

14 - MAHAIL 239
TEL. 07 2251748
FAX. 07 2251748

15 - SHAROURAH 241
TEL. 07 5321243
FAX. 07 5321242

16 - SARAT ABEEDAH 249
TEL. 07 2590336
FAX. 07 2590575

17 - SABT AL-AULA-YA 257
TEL. 07 6300544
FAX. 07 6300008

18 - BAISH 311
TEL. 07 3420214
FAX. 07 3420924

19 - TANOUMAH 295
TEL. 07 2827365
FAX. 07 2827382

20 - SAMTAH 316
TEL. 07 3321301
FAX. 07 3321220

21 - AL-MAJARDAH 321
TEL. 07
FAX. 07

22 - TATHLEETH 276
TEL. 07
FAX. 07

## REGIONAL OFFICE FOR SOUTHERN REGION

**MANAGEMENT**
NO. 008 Fax. 07 2243136 CENTRAL 07 2242191

1 - KHAMIS MUSHAIT 107
TEL. 07 2237425
FAX. 07 2237426

2 - MEDINA ASKARIYAH RD/KH. MUSHAIT 209
TEL. 07 2231331
FAX. 07 2230063

3 - NAJRAN 117
TEL. 07 5421319
FAX. 07 5421994

4 - FAISALIYAH/NAJRAN 205
TEL. 07 5223581
FAX. 07 5221217

5 - ABHA 110
TEL. 07 2247553
FAX. 07 2247589

6 - JIZAN 119
TEL. 07 3221507
FAX. 07 3221506

7 - BEESHA 130
TEL. 07 6226167
FAX. 07 6226670

8 - BALGURASHI 156
TEL. 07 7224412
FAX. 07 7220344

9 - AL-BAHA 177
TEL. 07 7251087
FAX. 07 7253139

10 - AL-NAMMAS 193
TEL. 07 2820051
FAX. 07 2820752

11 - DHAHRAN AL-JANOUB 220
TEL. 07 2550471
FAX. 07 2550592

12 - SABIA 221
TEL. 07 3261108
FAX. 01 3261104

13 - ABU AREESH 225
TEL. 07 3250961
FAX. 07 3250042

14 - MAHAIL 239
TEL. 07 2251748
FAX. 07 2251749

15 - SHAROURAH 241
TEL. 07 5321243
FAX. 07 5321242

16 - SARAT ABEEDAH 249
TEL. 07 2590336
FAX. 07 2590575

17 - SABT AL-AULA-YA 257
TEL. 07 6300544
FAX. 07 6300008

18 - BAISH 311
TEL. 07 3420214
FAX. 07 3420924

19 - TANOUMAH 295
TEL. 07 2827365
FAX. 07 2827382

20 - SAMTAH 316
TEL. 07 3321301
FAX. 07 3321220

21 - AL-MAJARDAH 321
TEL. 07
FAX. 07

22 - TATHLEETH 276
TEL. 07
FAX. 07

## REGIONAL OFFICE FOR EASTERN REGION

**MANAGEMENT**
NO. 004 Fax. 03 8275068 CENTRAL 03 8261659

1 - DAMMAM MAIN ST. 104
TEL. 03 8346189
FAX. 03 8323943

2 - KING FAHAD ST./ DAMMAM 153
TEL. 03 8275725
FAX. 03 8261951

3 - PRINCE MOHAMED ST./ DAMMAM 170
TEL. 03 8340993
FAX. 03 8324481

4 - MADINAT AL-UMAL/ DAMMAM 190
TEL. 03 8269722
FAX. 03 8273441

5 - JALAWIYA/DAMMAM 236
TEL. 03 8348262
FAX. 03 8344032

6 - MAIN HOSPITAL/DAMMAM 273
TEL. 03 8421866
FAX. 03 8425742

7 - MUKHATAT 8/DAMMAM 300
TEL. 03 8428924
FAX. 03 8429009

8 - DAMMAM "WOMEN BBRANCH" 315
TEL. 03 8338071
FAX. 03 8338071

9 - HAFOUF 128
TEL. 03 5826928
FAX. 03 5866926

10 - MUBARAZ/IHASA 210
TEL. 03 5828595
FAX. 03 5878660

11 - KING FAHAD HOSPITAL/ IHASA 277
TEL. 03 5829844
FAX. 03 5829822

12 - AL-MAZROU'EIYAH 308
TEL. 03 5866798
FAX. 03 5826609

13 - AL-JUBAIL 146
TEL. 03 3613848
FAX. 03 3610490

14 - AL-HAIJA'H, ALMALAKIYA/ JUBAIL 329
TEL. 03 3412748
FAX. 03 3412796

15 - AL-KHOBAR 139
TEL. 03 8649468
FAX. 03 8649482

16 - AL-THUGBA 157
TEL. 03 8948480
FAX. 03 8947608

17 - DHAHRAN AIRPORT 184
TEL. 03 8792150
FAX. 03 8919448

18 - PRINCE BANDAR / KHUBAR 207
TEL. 03 8640820
FAX. 03 8947620

19 - AL-BURJ BLDG 227
TEL. 03 8640122
FAX. 03 8640124

20 - AL-AGRABIYAH/ ALKHOBAR 301
TEL. 03 8980167
FAX. 03 8943985

21 - AL-KHOBAR AL-JANOBIA 302
TEL. 03 8985840
FAX. 03 8986088

22 - RAHEEMAH 183
TEL. 03 6671685
FAX. 03 6671685

23 - AL-KHAFJI 187
TEL. 03 7660794
FAX. 01 7660759

24 - HAFR AL-BATTIN 136
TEL. 03 7224628
FAX. 03 7221544

25 - ABQIQ 148
TEL. 03 5660368
FAX. 03 5662770

26 - AL-QATIF 172
TEL. 03 8556708
FAX. 03 8540935

27 - SAIHAT 255
TEL. 03 8562130
FAX. 03 8562130

28 - SALWA 256
TEL. 03 5822652
FAX. 03 5822652

29 - SAFWAH 287
TEL. 03 6643342
FAX. 03 6642413

30 - AIN DAR 304
TEL. 03 5631246
FAX. 03 5631463

31 - AL-NA'AIRIYAH 306
TEL. 03 3731376
FAX. 03 3730620

32 - GARYAH 307
TEL. 03 3861976
FAX. 03 3861985

## REGIONAL OFFICE FOR MEDINAH & NORTH

**MANAGEMENT**
NO. 007 Fax. 8387711 CENTRAL 8388068

1 - AL-MANAKAH 105
TEL. 04 8233092
FAX. 04 8233916

2 - SAHAIMI/MEDINA 152
TEL. 04 8234240
FAX. 04 8244192

3 - AIRPORT ST. MEDINA 198
TEL. 04 8361035
FAX. 04 8386875

4 - QOBA/MEDINA 218
TEL. 04 8238125
FAX. 04 8269689

5 - BAB AL-ANBRIYAH 242
TEL. 04 8243349
FAX. 04 8222121

6 - AL-MEDINA (WOMEN BRANCH) 272
TEL. 04 8269808
FAX. 04 8236925

7 - MEDINA HOSPITAL 294
TEL. 04 8230372
FAX. 04 8230372

8 - TABOUK 109
TEL. 04 4221544
FAX. 04 4229780

9 - AL-AMARAH ST. 194
TEL. 04 4221864
FAX. 04 4226760

10 - AL-MAHRAJAN/TABOUK 202
TEL. 04 4227060
FAX. 04 4227060

11 - YANBU 150
TEL. 04 3222883
FAX. 04 3226246

12 - AL-HAIH AL-MALAKIAH/ YANBU 327
TEL. 04 3211107
FAX. 04 3211042

13 - AL-GURYAT 111
TEL. 04 6420235
FAX. 04 6420013

14 - ARAR 133
TEL. 04 6631876
FAX. 04 6624120

15 - AL-JOUF 154
TEL. 04 6246764
FAX. 04 6241192

16 - TARIF 155
TEL. 04 6521880
FAX. 04 6520840

17 - RAFAHA 169
TEL. 04 6760464
FAX. 04 6761588

18 - AL-WAJH 171
TEL. 04 4422884
FAX. 04 4421873

19 - TEEMA 178
TEL. 04 4632946
FAX. 04 4633030

20 - AL-ULLA 208
TEL. 04 8840363
FAX. 04 8840359

21 - DOMAT-AL-JANDAL 213
TEL. 04 6223414
FAX. 04 6221470

22 - HAQL 224
TEL. 04 4530600
FAX. 04 4530584

23 - BADR 230
TEL. 04 3321747
FAX. 01 3321743

24 - AMLAJ 244
TEL. 04 3822324
FAX. 04 3822328

25 - KHAIBER 248
TEL. 04 8821137
FAX. 04 8821827

26 - TABARJAL 250
TEL. 04 6281209
FAX. 04 6281636

27 - AL-HUDAITHA 268
TEL. 04 6424872
FAX. 04 6424872

28 - AL-HANAKIYAH 269
TEL. 04 8620132
FAX. 04 8620467

29 - DHABA NORTH 283
TEL. 04 4322867
FAX. 04 4320472

30 - AL-MAHD 286
TEL. 04 8681054
FAX. 04 8681988

31 - AL-YATAMAH 313
TEL. 04
FAX. 04

## REGIONAL OFFICE FOR WESTERN REGION

**MANAGEMENT**
NO. 002 Fax. 6441000 CENTRAL 6441000

1 - QOBEL STREET 102
TEL. 02 6476196
FAX. 02 6420934

2 - MECCA ROAD KILO 2/ JEDDAH 113
TEL. 02 6314494
FAX. 02 6316514

3 - BAB SHARIF/ JEDDAH 123
TEL. 02 6474969
FAX. 02 6474969

4 - BAB MECCA/JEDDAH 124
TEL. 02-6433049
FAX. 02 6447798

5 - AL-SHARAFIYAH 156
TEL. 02 6532916
FAX. 02 6533168

6 - KING ABDUL AZIZ ST./ JEDDAH 161
TEL. 02 6447674
FAX. 02 6434021

7 - AL-MAHJAR ROAD/ JEDDAH 163
TEL. 02 6372067
FAX. 02 6367991

8 - UNIVERSITY ROAD 176
TEL. 02 6895946
FAX. 02 6895938

9 - BANI MALIK 180
TEL. 02 6713280
FAX. 02 6718817

10 - AL-SABEEL ST. 186
TEL. 02 6479866
FAX. 02 6481745

11 - BIN LADIN ST. 189
TEL. 02 6800014
FAX. 02 6800300

12 - KING FAHAD ST. "WOMEN BRANCH" 191
TEL. 02 6711024
FAX. 02 6711024

13 - AL-RUWESS 206
TEL. 02 6518276
FAX. 02 6515572

14 - AL-ESKAN AL-JANOBI ST. 222
TEL. 02 6373159
FAX. 02 6361004

15 - MEDINA ROAD 223
TEL. 02 6655822
FAX. 02 6650791

16 - ENAIKISH 235
TEL. 02 6717067
FAX. 02 6717067

17 - AL-HINDAWAIYAH 240
TEL. 02 6474175
FAX. 02 6477314

18 - AL-BIGDADIYAH 243
TEL. 02 6424257
FAX. 02 6422186

19 - KING ABDUL AZIZ AIRPORT 299
TEL. 02 6853410
FAX. 02 6853445

20 - HAI AL-SALAMAH/ JEDDAH 314
TEL. 02 8833554
FAX. 02 8833554

21 - MIDAN FALASTEEN/ JEDDAH 319
TEL. 02 6852047
FAX. 02 6651075

22 - AL-MAKARONA ST. 320
TEL. 02 6720342
FAX. 02 6720731

23 - BAHRAT AL-MUJAHIDEEN 322
TEL. 02 5911445
FAX. 02 5911445

24 - QASHASHIYA/ MECCA 103
TEL. 02 5745696
FAX. 02 5721391

25 - AL-HUJOUN/MECCA 141
TEL. 02 5742295
FAX. 02 5733533

26 - AL-AZIZIYAH/MECCA 201
TEL. 02 5581172
FAX. 02 5581156

27 - AL-OTAIBIYAH/ MECCA 228
TEL. 02 5440309
FAX. 02 5440224

28 - AL-SITTEEN ST./ MECCA 246
TEL. 02 5447253
FAX. 02 5447314

29 - AL-SHUBAIKA/MECCA 262
TEL. 02 5724023
FAX. 02 5745066

30 - AL-MESFALAH/ MECCA 330
TEL. 02 5345690
FAX. 02 5348342

31 - AZIZIYAH/TAIF 112
TEL. 02 7366266
FAX. 02 7333340

32 - AL-SHUHADA/ TAIF 199
TEL. 02 7496030
FAX. 02 7463120

33 - AL-FAISALIYAH/ TAIF 232
TEL. 02 7382960
FAX. 02 7325326

34 - MADRASAT AL-SEYANAH/ TAIF 266
TEL. 02 7365964
FAX. 02 7365964

35 - HAWIYAH ROAD/ TAIF 326
TEL. 02 7253307
FAX. 02 7254555

36 - TAIF "WOMEN BRANCH" 328
TEL. 02 7334907
FAX. 02 7362505

37 - RANYAH 181
TEL. 02 8321036
FAX. 02 8421210

38 - RABIG 247
TEL. 02 4372996
FAX. 02 4221865

39 - AL-KHURMA 254
TEL. 02 8321653
FAX. 02 8321263

40 - AL-GUNFUZA 263
TEL. 02 7321264
FAX. 07 7321260

41 - AL-TURBAH 264
TEL. 02 8221808
FAX. 02 8221808

42 - AL-LAYTH 270
TEL. 02 7421209
FAX. 07 7421217

43 - AL-KAMIL 323
TEL.
FAX.

44 - AL-JAMOUM/ WADI FATMA 324
TEL. 02 5940367
FAX. 02 5941103

## REGIONAL OFFICE FOR GASEEM & HAIL AREA

**MANAGEMENT**
NO. 005 Fax. ACCOUNTING - 3249794
RATES - 3242810 CENTRAL - 3246648 - 3249151

1 - AL-KHABIB 108
TEL. 06 3321180
FAX. 06 3243617

2 - AL-JARDAH 162
TEL. 06 3235828
FAX. 06 3243171

3 - AL-SAFRA 192
TEL. 06 3230498
FAX. 06 3234207

4 - AL-SADAH 212
TEL. 06 3241478
FAX. 06 3231098

5 - AL-SANAAH/BURAIDAH 252
TEL. 06 3242020
FAX. 06 3242016

6 - AL-MAARIDH 275
TEL. 06 3237411
FAX. 06 3238636

7 - WOMEN BRANCH/ BURAIDAH 298
TEL. 06 3230801
FAX. 06 3248753

8 - ONAIZAH 120
TEL. 06 3641037
FAX. 06 3643537

9 - AL-JUHAIMIYAH 234
TEL. 06 3646077
FAX. 06 3647510

10 - WOMEN BRANCH ONAIZAH 271
TEL. 06 3648294
FAX. 06 3648294

11 - HAIL 118
TEL. 06 5321138
FAX. 06 5321793

12 - BARZAN/HAIL 258
TEL. 06 5322965
FAX. 06 5322673

13 - AL-RASS 122
TEL. 06 3330033
FAX. 06 3333584

14 - HAZM/AL-RASS 280
TEL. 06 3335381
FAX. 06 3332960

15 - DAWADMI
TEL. 06 6431
FAX. 06 6421071

16 - AL-ZULFI 121
TEL. 06 4221918
FAX. 06 4221889

17 - AFIF 132
TEL. 06 7221347
FAX. 06 7221412

18 - AL-BEKERIYA 134
TEL. 06 3358872
FAX. 06 3350702

19 - AL-MAJMAA 138
TEL. 06 4321050
FAX. 06 4321874

20 - AL-MUZNIB 151
TEL. 06 3420160
FAX. 06 3420079

21 - HOTAT SUDAIR 160
TEL. 06 4431080
FAX. 06 4431027

22 - AL-BADAYE 167
TEL. 06 3320780
FAX. 06 3320073

23 - RIYADH AL-KHUBRA 175
TEL. 06 3340404
FAX. 06 3340445

24 - SAJER 196
TEL. 06 6321810
FAX. 06 6321913

25 - AL-GHAT 214
TEL. 06 4421455
FAX. 06 4421117

26 - AL-ASEEYAH 238
TEL. 06 3450360
FAX. 06 3450370

27 - AL-KHABRA 265
TEL. 06 3550491
FAX. 06 3550358

28 - AL-SHAMASIYAH 267
TEL. 06 3401501
FAX. 06 3401301

29 - AYON AL-JAWA 288
TEL. 06 3911575
FAX. 06 3911786

30 - BAGAA 290
TEL. 06 5270297
FAX. 06 5270297

31 - UGLAT AL-SAGOUR 291
TEL. 06 2430482
FAX. 06 2430509

32 - AL-RAFAYE 310
TEL. 06 6340410
FAX. 06 6340410

33 - DARIYAH 312
TEL. 06 3649549
FAX. 06 3649549

34 - AL-BIGADIYAH 325
TEL. 06 6340507
FAX. 06 6340998





## CONTENTS

- Board of Directors ................................................................................ 5
- Board of Directors Report .................................................................... 6
- Conclusion ........................................................................................... 15
- Statement of Financial Position ........................................................... 16
- Statements of Income and Retained Earnings .................................... 17
- Notes to the Financial Statements ....................................................... 18
- Auditors' Report ................................................................................... 24

**BOARD OF DIRECTORS**



| Sheikh Saleh Ibn Abdul Aziz Al Rajhi |
| :---: |
| **CHAIRMAN** |

| Sheikh Sulaiman Ibn Abdul Aziz Al Rajhi |
| :---: |
| **GENERAL MANAGER AND MANAGING DIRECTOR** |

**MEMBERS**

| | |
| --- | --- |
| Sheikh / Abdullah Ibn Abdul Aziz Al Rajhi | Sheikh / Ali Bin Mohamed Bin Abdullah Al Rajhi |
| Sheikh / Ismail Ali Sulaiman Abu Dawd | Sheikh / Abdul Rahman Bin Abdullah Bin Oqail |
| Sheikh / Abdul Wahab Mohamed Saleh Sheikh | Ustaz / Mohamed bin Abdullah Bin Abdul Aziz Al Rajhi |
| Sheikh / Sulaiman Al Mohamed Al Rasheed | |
| Dr. / Abdullah bin Naser Bin Mohamed Al Wehaibi | Ustaz / Saleh Bin Sulaiman bin Abdul Aziz Al Rajhi |
| Engineer / Salah Al Abdullah Aba Al Khail | Ustaz / Sulaiman Bin Saleh bin Abdul Aziz Al Rajhi |
| Sheikh / Mohamed Bin Abdul Aziz Al Rajhi | Sheikh / Mohamed Bin Osman Bin Ahmed Al Bishr |
| | Ustaz / Naser Bin Mohamed Al Subaiy |

**EXECUTIVE COMMITTEE**

| | |
| --- | --- |
| Sheikh / Sulaiman Ibn Abdul Aziz Al Rajhi | Ustaz / Saleh Al Sulaiman Al Rajhi |
| Engineer / Salah Al Aba Al Khail | Ustaz / Sulaiman Al Saleh Al Rajhi |
| Sheikh / Abdul Rahman Bin Abdullah Bin Oqail | |

**CERTIFIED PUBLIC ACCOUNTANTS**

| | |
| :---: | :---: |
| AL RASHID | WHINNEY MURRAY & CO |

5

## BOARD OF DIRECTORS' REPORT

### TO THE SHAREHOLDERS OF AL RAJHI BANKING AND INVESTMENT CORPORATION

Dear Brothers,

The board of directors is pleased to provide you with its First Annual Report on the Corporation's activities and its financial statements for the fiscal period which commenced on 1.8.1408H corresponding to 19 March 1988 and ended on 31 December 1988. This period is nine months and 13 days. The Corporation started to perform its banking and investment activities after the issuance of Royal Decree No. M/59 dated 3.11.1407H, the resolution of the Council of Ministers No. 245 dated 26.10.1407H to license the formation of the Corporation, the resolution of the Ministry of Finance and National Economy No. 3/1698 dated 6.7.1408H to license the Corporation and the resolution of His Excellency the Minister of Commerce No. 319 dated 5.4.1409H to announce the formation of the Corporation.

The Corporation has now become one of the Saudi banking family to perform its hopeful task in developing and investing its resources to support the development of our beloved Kingdom guided by the beliefs and principles of this peaceful country.

It is clear enough dear brothers, the shareholders, that the replacement of Al-Rajhi Company for Currency Exchange and Commerce by Al-Rajhi Banking and Investment Corporation has taken considerable efforts and time. Conversion of a Corporation of that vast size, with its extended relationships with its correspondents and with its local and international status has required enormous efforts. On this occasion, the board expresses its deep gratitude to the members of the valuation committee, the auditors - Abdul Aziz Al Rashed office and Whinney Murray & Co. office-who have made distinguished efforts of patience and sacrifices of time and effort. If such patience and efforts had not been made, the transfer could have never been completed in such a relatively short time. May Allah reward them. Thanks are also expressed to the finance department of Al-Rajhi Banking and Investment Corporation headed by the First Deputy General Manager and his Assistant, Mohammed Alawi Theban, who have continued work during holidays and week ends to respond to the requirements of the valuation committee and the auditors. As a matter of fact, if such efforts had been made by a specialized body, as is the case in some such circumstances, the Corporation would have incurred tens of millions of Riyals and the time spent would have been much more.

The board also expresses thanks and appreciation to the brothers Saleh, Abdullah, Sulaiman and Mohammed Abdul Aziz Al-Rajhi, the partners of Al-Rajhi Company for Currency Exchange and Commerce for their efforts in the banking business, the result of which was the formation of this blessed Corporation.





## FINANCIAL RESULTS :

### BALANCE SHEET TOTAL :

The balance sheet total for the Corporation as a whole including contra accounts amounted to SR 31,963.4 millions at 31 December 1988.

Total assets amounted to SR 15,045.9 millions. The totals of cash in hand, deposits with SAMA, due from banks and precious metals amounted to SR 2,319.1 millions at 31 December 1988.

### INVESTMENTS IN MURABAHA :

The Corporation has continued making arrangements with highly reputable international institutions that have strong financial positions to enter into Murabaha contracts. When negotiating, the Corporation is careful to act as an intermediary merchant which buys goods or merchandize from an independent supplier, settle its value immediately and then sells them to a third party on a deferred settlement basis which is compatible with normal trading practices taking into account the Corporation's articles of association. The total invested funds in Al Murabaha operations in the Kingdom and abroad amounted to SR 11,757.2 millions at 31 December 1988.

7

## CUSTOMERS' CREDIT CURRENT ACCOUNTS :

The total customers' credit current accounts amounted to SR 11,823.8 millions.

## MUDARABA FUNDS :

The Corporation carries out Mudaraba operations on behalf of customers. This appears in the contra accounts. The Corporation earns fees against such operations. The balances amounted to SR 726.2 millions at 31 December 1988.



## REVENUES, EXPENSES, LOSSES, PROFITS AND RESOLUTION OF DISTRIBUTION :

Total revenues of the Corporation for the fiscal period from 19 March 1988 to 31 December 1988 i.e. nine months and 13 days, amounted to SR 859.8 millions. Total expenses amounted to SR 271.5 millions. Net profit amounted to SR 588.2 millions. The board has decided to distribute a sum of SR 112.5 millions to the shareholders which amounts to SR 15 per share i.e. with an annual percentage of 19%.

The following schedule shows the distribution of net profits :
1) General Reserve       SR 250.00 millions
2) Statutory Reserve     SR 147.00 millions
3) Proposed dividends    SR 112.50 millions
4) Retained earnings     SR  78.70 millions

8



ons on
contra
st such
726.2

## MAN POWER :

The management of the Corporation makes its best efforts to develop human resources. Amongst other things, the success and development of the banking business depends upon the development, improvement and interaction of the human factor which is one of the means by which the management of the Corporation hopes to achieve success through selection of individuals, with distinguished skills and capabilities, who can cope with the developments, changes, improvements and expansion of modern banking services.

The Corporation has availed opportunities to the sons of this beloved Kingdom to be employed in all departments. It also gives priority to the appointment of efficient Saudi youth for leading positions. With the help of Allah and the efforts made, we can proudly say that the Saudi youth are holding leading decision making positions in the Corporation.

| Total Number of Employees 1986 — 1988 | | | |
|---|---|---|---|
| Year | 1986 | 1987 | 1988 |
| Number of Employees | 3525 | 3968 | 3905 |

of net

millions
millions
millions
millions

**TRAINING :**

The management of the Corporation gives special consideration to training staff after they take up employment. The Corporation has a main training centre in Riyadh and other training centres in Jeddah and Dammam which have been specially established for this purpose. These centres conduct courses which suit all grades of staff, according to each one's level. Teaching of the English language is also conducted in these centres. These are in addition to deputation of some Saudi employees to participate in training courses conducted by the Institute of Public Administration and the Saudi Arabian Monetary Agency's bank Training Institute which conducts several specialized courses in the banking field.



DEVELOPMENT OF TRAINEES NUMBER
1983 — 1988



DEVELOPMENT OF TRAINING COURSES
1983 — 1988



10