# Exhibit 3
## Part 7 of 9

ز - الاستهلاك والإطفاء :

يتم استهلاك تكلفة أراضي العكر والمباني والموجودات الثابتة الأخرى وإطفاء مصاريف التأسيس بأقساط سنوية متساوية

| أرض العكر | ٣٨ سنة |
| مباني | ٣٠ سنة |
| المعدات والأثاث | ٣ - ١٠ سنوات |
| مصاريف التأسيس | ٥ سنوات |

ح - مخصص مكافأة نهاية الخدمة :

يتم احتساب مخصص مكافأة نهاية الخدمة بموجب نظام العمل والعمال

ط - استثمارات بالمرابحة :

تظهر بتكلفتها التاريخية وتحتسب الإيرادات في تاريخ الاستحقاق وتحمل كل فترة بما يخصها ويظهر الإيراد المستحق ضمن الأرصدة المدينة الأخرى

ي - العمولات الخاصة المقبوضة

تدرج العمولات الخاصة المقبوضة ضمن الأرصدة الدائنة الأخرى في قائمة المركز المالي . ولا تدخل الإيرادات في قائمة الدخل وتستخدم في الصرف على أعمال خيرية

ك - عمليات المضاربة لحساب العملاء ( أموال المضاربة ) :

تقوم الشركة بعمليات المضاربة لحساب العملاء وتظهر ضمن الحسابات النظامية وتتقاضى الشركة أتعاباً مقابل ذلك وتظهر الأتعاب ضمن قائمة الدخل

إيضاح ( ٤ ) المعاملات مع أطراف ذات علاقة :

(أ) تقوم الشركة من خلال أعمالها العادية بالتعامل مع أطراف لها علاقة ويبين ما يلي طبيعة وقيمة تلك المعاملات التي تمت معهم :

ريال سعودي ( بالآلاف )

| الجهة ذات العلاقة | نوع التعامل | الرصيد في بداية الفترة | الحركة خلال الفترة مدين / دائن | الرصيد في نهاية الفترة |
|---|---|---|---|---|
| شركة الراجحي للصرافة والتجارة (تحت التصفية) | جاري | ٤٦١٬٧٥١ | | ٣٧٨٬٨٢١ |
| أعضاء في مجلس الإدارة | جاري | ٢٬٢٥٥ | ٣٣٩ (٥١) | ٢٬٥٤٣ |
| أعضاء في مجلس الإدارة وشركات تابعة لهم | مرابحة | ٥٦٬٢١٠ | ٢٠٨٬٥١١ (٥٠٬١٨٣) | ٢١٤٬٥٣٨ |
| شركات يكفلها أعضاء في مجلس الإدارة | مرابحة | ٤٤ | ٤٤ | ٤٤٠ |

(ب) توجد ضمانات واعتمادات سارية بمبلغ ٢٣١٬٧٤١ ريال قبل ١٤٠٨/٨/١ هـ ( تاريخ تحويل الشركة وبدء نشاطها ) لعدد من الشركات التي يملكها أعضاء في مجلس الإدارة دون تقديم تأمين مقدم عنها وقد بلغ إجماليها في ١٩٨٨/١٢/٣١ م مبلغ ١٢٠٬٧٥٩٬٤٦٤ ريال

كما توجد ضمانات واعتمادات قدمت إلى أعضاء في مجلس الإدارة خلال الفترة الحالية بلغ رصيدها في ١٩٨٨/١٢/٣١ م ٣٦٬٨٢٥٬٥٤٩ ريال .

٢٠



ج - المستحق على الشركاء في شركة الراجحي للصرافة

والتجارة (تحت التصفية) مقابل الموجودات

والمطلوبات التي تقرر شراؤها

| | |
|---|---|
| التعويض المقرر من قبل لجنة التقييم | (٥٢،٢٧٩،٨٣٦) |
| | ٥٨،٥٢٩،٢٦٥ |
| الرصيد وتم سداده في تاريخ لا يتعدى ١٤٠٨/٦/٣٠هـ | ٤٦،٧٥٠،٥٧١ |

ويتبين من المركز المالي أعلاه أن المستحق على الشركاء في شركة الراجحي للصرافة والتجارة (تحت التصفية) مبلغ ٥٢،٢٧٩،٨٣٦ ريال مقابل الموجودات والمطلوبات المشتراة من قبل شركة الراجحي المصرفية للاستثمار. وقد اتفق ممثلو المؤسسين وممثل الشركاء في شركة الراجحي للصرافة والتجارة (تحت التصفية) بعد النظر في مطالبة الشركة عليهم البالغة ٢٧،٥١٦،٥٦٨ ريال ومطالبتهم الشركة بالتعويض البالغ ٨٦،٠٤٤،٨٢٣ ريال مقابل ما بذلته اللجنة المنبثقة من جوانبها من جدوى الشركة المتعلقة بالجهود المبذولة والنتائج الإيجابية التي انعكست على الشركة خلال فترة التأسيس وبعدها وكلفة التخصص لتأسيس الشركة الجديدة وما يتبع ذلك من مصاريف من قبل شركة الراجحي للصرافة والتجارة (تحت التصفية) دون أن تسجلها ضمن مصاريف تأسيس الشركة الجديدة ، اتفقوا على إجراء مقاصة بين المطالبتين بحيث يتم تعويض شركة الراجحي للصرافة والتجارة (تحت التصفية) عنه مبلغ ٥٨،٥٢٩،٢٦٥ ريال بتمت الموافقة على المخصص المشار إليه أعلاه من قبل مؤسسة النقد العربي السعودي ، وقد تم تحمل مصاريف الفترة المنتهية في ١٩٨٨/١٢/٣١م بمبلغ التعويض

### إيضاح (٢) أهم السياسات المحاسبية

**أ - اللوائح**

تتبع الشركة - فيما يتعلق بإعداد القوائم المالية - التعليمات الصادرة عن مؤسسة النقد العربي السعودي ونظام مراقبة البنوك ونظام الشركات السعودي.

**ب - السنة المالية:**

تبدأ السنة المالية للشركة في اليوم الأول من شهر يناير الموافق ١١ الجدي وتنتهي في اليوم الأخير من شهر ديسمبر الموافق ١٠ الجدي من كل سنة ميلادية على أن السنة المالية الأولى للشركة تشمل الفترة من تاريخ بدء عمل الشركة وهو ١٩٨٨/٣/١٩م الموافق ١٤٠٨/٨/١هـ وحتى نهاية ديسمبر من العام نفسه.

**ج - العرف المحاسبي**

تعد القوائم المالية وفقاً لمبدأ التكلفة التاريخية.

**د - احتساب الإيرادات والمصروفات**

تسجل الإيرادات والمصروفات بموجب قاعدة الاستحقاق.

**هـ - العملات الأجنبية والمعادن الثمينة:**

(١) تحول المعاملات التي تتم بالعملات الأجنبية ومعاملات المعادن الثمينة إلى الريال السعودي بالأسعار السائدة حين إجراء المعاملات، وتحول قيمة الموجودات والمطلوبات المسجلة بالعملات الأجنبية والمعادن الثمينة إلى الريال السعودي بالأسعار السائدة بتاريخ المركز المالي، وتظهر الأرباح أو الخسائر الناتجة عن فروقات أسعار العملات الأجنبية والمعادن الثمينة في قائمة الدخل.

(٢) تحول الالتزامات المتعلقة بعقود العملات الأجنبية إلى الريال السعودي بأسعار الصرف المرتبطة بها السائدة في تاريخ المركز المالي. وتدرج أي أرباح أو خسائر ناتجة عن ذلك في قائمة الدخل.

**و - مخصص الحسابات المشكوك في تحصيلها**

تقوم الشركة بدراسة الحسابات المدينة واستثمارات بالمرابحة وتكوين المخصصات اللازمة لمواجهة المشكوك في تحصيله منها. وتظهر الأرصدة ذات العلاقة في المركز المالي بقيمتها مطروحاً منها المخصصات التي تم تكوينها.

١٩

# إيضاحات حول القوائم المالية للفترة المنتهية في ٣١ ديسمبر ١٩٨٨ م

## إيضاح (١) تأسيس الشركة :

تأسست شركة الراجحي المصرفية للاستثمار ( شركة مساهمة سعودية ) وتم الترخيص بإنشائها بالمرسوم الملكي رقم م/٥٩
وتاريخ ١٤٠٧/٢/٣ هـ . وقد خلفت الشركة محل شركة صالح بن عبد العزيز الراجحي وإخوانه ( شركة الراجحي للصرافة والتجارة
- سجل تجاري رقم ١٠٦٠ ) وفقاً لما ورد في الفقرة (١) من قرار مجلس الوزراء رقم (٤٥) وتاريخ ١٤٠٧/٣/٢٦ هـ . إيضاح
(٢)

وتتمثل أغراض الشركة في مزاولة الأعمال المصرفية والاستثمارية وفقاً لعقد تأسيس الشركة ونظامها الأساسي ولأحكام نظام
مراقبة البنوك وقرار مجلس الوزراء المشار إليه أعلاه . وتقوم الشركة بمزاولة العمليات المصرفية والاستثمارات لحسابها أو لحساب
الغير ، داخل المملكة وخارجها .

## إيضاح (٢) قيمة الموجودات والمطلوبات التي تقرر شراؤها :

تم تشكيل لجنة من أربعة من المؤسسين غير الشركاء في شركة الراجحي للصرافة والتجارة ( تحت التصفية ) بموجب قرار
مجلس الوزراء المشار إليه في الإيضاح (١) ( لجنة التقييم ) لتقوم بالاشتراك مع الشركاء في شركة الراجحي للصرافة والتجارة
أو من يختارونه بتحديد أصولها وعناصرها وحجومها والتزاماتها التي تقوم شركة الراجحي المصرفية للاستثمار بشرائها على ضوء
أعراضها وبتقدير القيمة العادلة لذلك وبعتمد ما يتم الاتفاق عليه بقرار من معالي وزير المالية والاقتصاد الوطني على أن يتم ذلك
قبل طرح أسهم الشركة للاكتتاب العام ، كما نص القرار المشار إليه على أن يبقى الشركاء في شركة الراجحي للصرافة والتجارة
مسؤولين بالتضامن عن الموجودات والمطلوبات والحقوق ، والالتزامات التي لا يتقرر انتقالها لشركة الراجحي المصرفية للاستثمار .

وقد قامت اللجنة بتحديد الموجودات والمطلوبات التي تم شراؤها وأسلوب تحديد قيمتها في محضرها المؤرخ في
١٤٠٨/٦/١ هـ على أن تكون النتائج والأرصدة الظاهرة في المركز المالي في ١٤٠٨/٢/٣٠ هـ المعتمدة من مؤسسة النقد هي
التي على أساسها يتم التحويل . ويبين المركز المالي الوارد أدناه الموجودات والمطلوبات التي تم شراؤها وفقاً لما ورد في محضر
لجنة التقييم المؤرخ في ١٤٠٩/١١/٢٤ هـ الموافق ١٩٨٩/٦/٢٧ م .

أ - الموجودات

| | ريال سعودي |
|---|---|
| النقد في الصندوق ولدى البنوك | ٨٣٥,٧١٥,٠١١ |
| استثمارات إسلامية | ١٢,٥٩٥,٠٤٦,٦٨٤ |
| الحسابات الجارية المدينة | ٣١٦,١٦١,١٥٣ |
| موجودات أخرى | ١٣٢,٨٩٣,٩٨١ |
| الأراضي ومباني الشركة | ١٥٠,١٨٤,٣٩٠ |
| أرض الحكم بجدة | ٧,٣٢٧,٧٢٤ |
| أثاث وتجهيزات ( موجودات ثابتة أخرى ) | ٤٧,٩٤٠,١١٠ |
| مصاريف تأسيس الشركة الجديدة | ٢٩,٠١٠,٢٧٧ |
| الشركات التابعة في لندن وهونغ كونغ | ٢٠,٩٨٨,٠٦٨ |
| | ٣,٨٣,٠٠,٠٥٧ |
| إجمالي الموجودات المشتراه | ١٤,١٧٩,٧٥٠,٤٥٤ |

ب - المطلوبات :

| | |
|---|---|
| حسابات مكشوفة لدى البنوك | ١,٣٩٨,٣١٨,٥١٣ |
| حسابات جارية دائنة | ١٢,٨٥٦,٣١٠,٧٢٧ |
| مطلوبات أخرى | ٣٤٥,٤٠١,٢١٠ |
| إجمالي المطلوبات المشتراه | ١٤,٦٠٠,٠٢٩,٩٥٠ |

١٨