# Exhibit 3
## Part 9 of 9

## التـدريب :

تولى إدارة الشركة أهمية خاصة لتدريب الموظف بعد التحاقه بالعمل ، لذلك فإن للشركة مركز تدريب رئيسي بالرياض ومراكز تدريب أخرى بمدينتي جدة والدمام أنشأت خصيصا لتقوم بهذه المهمة . وتعقد هذه المراكز دورات منهجية تتناسب مع جميع فئات العاملين كل حسب مستواه ، وكذلك يتم في هذه المراكز تعليم اللغة الإنجليزية . هذا بالإضافة إلى انتداب بعض الموظفين السعوديين لحضور الدورات التدريبية التي تعقد في معهد الإدارة العامة ومعهد التدريب المصرفي التابع لمؤسسة النقد الذي يشمل على كثير من الدورات المتخصصة في المجال المصرفي .









**القـوى العامـلة :**

تبذل إدارة الشركة جهودا مكثفة تسعى من خلالها إلى تنمية العنصر البشري حيث أن نجاح وتطور العمل يعتمد فيما يعتمد عليه على العامل البشري حيث أن نمو وتفاعل العامل البشري مع معطيات ومتطلبات العمل المصرفي يعتبر احدى الوسائل التي تسعى إدارة الشركة إلى تحقيقها وذلك باختيار العناصر ذات القدرات والكفاءات المتميزة التي تستطيع مواكبة المتغيرات والتطورات ومواجهة التوسع والتقدم في الخدمات المصرفية الحديثة .

وقد أتاحت الشركة الفرصة لأبناء هذه المملكة الحبيبة الالتحاق بالعمل في جميع الأقسام كما أنها تعطي أولوية في إسناد الوظائف القيادية في الشركة إلى الشباب السعودي الكفء . وبفضل الله ثم بفضل الجهود التي بذلت نستطيع القول إنه قد أصبحت جميع الوظائف العليا والتي لها تأثير على القرار بيد الشباب السعودي .

تطور عدد العاملين للسنوات ١٩٨٦ - ١٩٨٨م

| السنوات | ١٩٨٦ | ١٩٨٧ | ١٩٨٨ |
|---|---|---|---|
| عدد العاملين | ٣٥٢٥ | ٣٩٦٨ | ٣٩٠٥ |

**حسابات العملاء الجارية الدائنة**

بلغ إجمالي الحسابات الجارية الدائنة للعملاء مبلغ ١١,٨٢٣,٨ مليون ريال .

**أمـوال المضاربـة :**

تقوم الشركة بعمليات المضاربة لحساب العملاء وتظهر ضمن الحسابات النظامية وتتقاضى الشركة أتعاب مقابل ذلك . وقد بلغ مجموع العمليات في ١٩٨٨/١٢/٣١ م مبلغ ٧٢٦,٢ مليون ريال .

**الإيرادات والمصروفات والأرباح والخسائر وقرار التوزيع :**

بلغت إيرادات الشركة عن الفترة المالية من ١٩٨٨/٣/١٩ م حتى ١٩٨٨/١٢/٣١ م أي تسعة أشهر و ١٣ يوما مبلغ ٨٥٩,٨ مليون ريال . كما بلغت المصروفات مبلغ ٢٧١,٥ مليون ريال . وبلغ صافي الربح القابل للتوزيع مبلغ ٥٨٨,٢ مليون ريال .

وقد قرر مجلس الإدارة توزيع مبلغ ١١٢,٥ مليون ريال على المساهمين بنسبة ١٥ ريال للسهم الواحد ، أي بنسبة سنوية قدرها ١٩٪ .

وفيما يلي بيـان يوضـح توزيـع الأربـاح الصافيـة :

| | |
|---|---|
| (١) احتيـاطي عـام | ٢٥٠,٠٠ مليون ريال |
| (٢) احتيـاطي قانـوني | ١٤٧,٠٠ مليون ريال |
| (٣) أرباح مقترح توزيعها | ١١٢,٥٠ مليون ريال |
| (٤) أربـاح مبقـاة | ٧٨,٧٠ مليون ريال |





## (١) النتائج المالية :

### مجموع الميزانية :

بلغ مجموع الميزانية العمومية للشركة ٣١,٩٦٣,٤ مليون ريال ، بما فيها الحسابات النظامية كما هي في ١٩٨٨/١٢/٣١ م .

وبلغ مجموع الموجودات مبلغ ١٥,٠٤٥,٩ مليون ريال .

وبلغ إجمالي النقد في الصندوق والودائع لدى مؤسسة النقد والمطلوبات من البنوك والمعادن الثمينة كما في ١٩٨٨/١٢/٣١ م ٢,٣١٩,١ مليون ريال .

### استثمارات المرابحة :

واصلت الشركة إجراء ترتيبات مع شركات عالمية ذات مراكز مالية قوية وسمعة تجارية ممتازة لتوقيع عقود مرابحة ، وتحرص الشركة عند التفاوض أن تكون كتاجر وسيط يقوم بشراء البضائع أو السلع من مورد مستقل ويسدد قيمتها فوراً ، ومن ثم يبيع هذه السلع أو البضائع إلى طرف ثالث على أساس سداد مؤجل يتلائم مع الممارسات التجارية العادية مراعيّن في ذلك النظام الأساسي للشركة وعقد التأسيس . وقد بلغ إجمالي المبالغ المستثمرة في ١٩٨٨/١٢/٣١ م مبلغ ١١,٧٥٧,٢ مليون ريال تشمل عمليات المرابحة داخل وخارج المملكة .

# تقريـر مجلـس الإدارة

**الاخوة الكرام مساهمي شركة الراجحي المصرفية للاستثمار**

السلام عليكم ورحمة الله وبركاته ... وبعـد

يسر مجلس الإدارة أن يقدم لحضراتكم تقريره السنوي الأول عن أعمال الشركة وميزانيتها للفترة المالية التي بدأت في ١٤٠٨/٨/١ هـ الموافق ١٩٨٨/٣/١٩ م وانتهت في ١٤٠٩/٥/٢٢ هـ الموافق ١٩٨٨/١٢/٣١ م ومدتها تسعة أشهر و ١٣ يوما ، وهي الفترة التي بدأت الشركة خلالها ممارسة نشاطها المصرفي والاستثماري بعد صدور المرسوم الملكي رقم م/٥٩ وتاريخ ١٤٠٧/١١/٣ هـ وقرار مجلس الوزراء الموقر رقم ٢٤٥ وتاريخ ١٤٠٧/١٠/٢٦ هـ بالترخيص بتأسيس الشركة وقرار وزارة المالية والاقتصاد الوطني رقم ١٦٩٨/٣ وتاريخ ١٤٠٨/٧/٦ هـ بالترخيص للشركة وقرار معالي وزير التجارة رقم ٣١٩ في ١٤٠٩/٤/٥ هـ بإعلان تأسيس الشركة .

وبهذا انضمت الشركة إلى الأسرة المصرفية السعودية لتؤدي دورها المنشود في تنمية واستثمار مواردها لدعم مسيرة التنمية لمملكتنا الحبيبة مستهدية بقيم ومبادئ هذا البلد الأمين .

ولا يخفى على إخواننا المساهمين مقدار الجهد والوقت المطلوب لإنجاز عملية حلول شركة الراجحي المصرفية للاستثمار محل شركة الراجحي للصرافة والتجارة . فشركة بهذا الحجم الكبير بعلاقاتها الموسعة مع المراسلين ومكانتها المحلية والدولية تطلّب تحويلها جهدا مكثفا متميزا ، وبهذه المناسبة فإن المجلس يتقدم بالشكر العميق للاخوة أعضاء لجنة التقييم والسادة المحاسبين القانونيين ، مكتب عبد العزيز الراشد ومكتب وني مري وشركاهم ، الذين بذلوا جهودا تميزت بالمثابرة والصبر والتضحية بالجهد والوقت ولولا هذه المثابرة والمصابرة لما تمت عملية التحويل في هذا الزمن القصير نسبيا ، فجزاهم الله خير الجزاء . وكذلك فإن الشكر موجه للإدارة المالية بشركة الراجحي المصرفية للاستثمار وعلى رأسها النائب الأول للمدير العام ومساعده محمد علوي نيان اللذين واصلا عملهم في الإجازات والعطل لتلبية متطلبات لجنة التقييم والمحاسبين القانونيين . وفي الحقيقة إن هذا الجهد لو قامت به جهة متخصصة كالمعتاد في هذه الحالة لكلفت الشركة مبالغ تقدر بعشرات الملايين من الريالات ولكانت الفترة المستغرقة لإنجاز هذا العمل أكبر من ذلك بكثير .

كما يسجل المجلس الشكر الجزيل والتقدير للاخوة صالح العبد العزيز الراجحي وإخوانه عبد الله وسليمان ومحمد ، أصحاب شركة الراجحي للصرافة والتجارة ، لجهودهم في العمل المصرفي التي آلت إلى تأسيس هذه الشركة المباركة .



## رئيس مجلس الإدارة

الشيخ صالح بن عبد العزيز الراجحي

## المدير العام والعضو المنتدب

الشيخ سليمان بن عبد العزيز الراجحي

## أعضاء مجلس الإدارة

الشيخ/عبد الله بن عبد العزيز الراجحي
الشيخ/إسماعيل علي سليمان أبو داوود
الشيخ/عبد الوهاب محمد صالح شيخ
الشيخ/سليمان المحمد الرشيد
الدكتور/عبد الله بن ناصر بن محمد الوهيبي
المهندس/صلاح علي عبد الله أبا الخيل
الشيخ/محمد بن عبد العزيز الراجحي

الشيخ/ علي بن محمد بن عبد الله الراجحي
الشيخ/ عبد الرحمن بن عبد الله بن عقيل
الأستاذ/محمد بن عبد الله بن عبد العزيز الراجحي
الأستاذ/صالح بن سليمان بن عبد العزيز الراجحي
الأستاذ/سليمان بن صالح بن عبد العزيز الراجحي
الشيخ/ محمد بن عثمان بن أحمد البشر
الأستاذ/ ناصر بن محمد السبيعي

## أعضاء اللجنة التنفيذية

الشيخ/سليمان بن عبد العزيز الراجحي
مهندس/صلاح علي أبا الخيل
الشيخ/عبد الرحمن بن عبد الله بن عقيل

الأستاذ/ صالح السليمان الراجحي
الأستاذ/ سليمان الصالح الراجحي

## المحاسبون القانونيون

الراشد

ربي مري وشركاهم

# المحتـــويـات

- أعضـاء مجلس الإدارة ........ ٥
- تقـرير مجلس الإدارة ........ ٦
- الخـاتمـة ........ ١٥
- قائمـة المركز المـالي ........ ١٦
- قائمـة الدخـل والأربـاح ........ ١٧
- إيضـاحات حـول القوائـم الماليـة ........ ١٨
- تقـرير مراجعي الحسـابات ........ ٢٤





١٨ ـ البغدادية ٢٤٣
هاتف : ٠٢ ٦٤٢٤٢٥٧
رقم الفاكسميل ٠٢ ٦٤٢٢١٨٦

١٩ ـ مطار الملك عبد العزيز ٢٩٩
هاتف : ٠٢ ٦٨٥٣٤١٠
رقم الفاكسميل ٠٢ ٦٨٥٣٤٤٥

٢٠ ـ حي السلامة/ جدة ٣١٤
هاتف : ٠٢ ٦٨٣٣٥٥٤
رقم الفاكسميل ٠٢ ٦٨٣٣٥٥٤

٢١ ـ ميدان فلسطين/ جدة ٣١٩
هاتف : ٠٢ ٦٦٥٢٠٤٧
رقم الفاكسميل ٠٢ ٦٦٥١٠٧٥

٢ ـ شارع المكرونة ٣٢٠
ف : ٠٢ ٦٧٢٠٣٤٢
الفاكسميل ٠٢ ٦٧٢٠٧٣١

ـ بحرة المجاهدين ٣٢٢
ف : ٠٢ ٥٩١١٤٤٥
الفاكسميل ٠٢ ٥٩١١٤٤٥

ـ القشاشية/ مكة ١٠٣
٠٢ ٥٧٤٥٦٩٦
الفاكسميل ٠٢ ٥٧٢١٣٩١

ـ الحجون/ مكة ١٤١
٠٢ ٥٧٤٢٢٩٥
الفاكسميل ٠٢ ٥٧٣٣٥٣٣

ـ العزيزية/ مكة ٢٠١
٠٢ ٥٥٨١١٧٢
الفاكسميل ٠٢ ٥٥٨١١٥٦

ـ العتيبية/ مكة ٢٢٨
٠٢ ٥٤٤٠٣٠٩
الفاكسميل ٥٤٤٠٢٢٤

ـ شارع الستين ـ مكة ٢٤٦
٠٢ ٥٤٤٧٢٥٣
الفاكسميل ٠٢ ٥٤٤٧٣١٤

ـ الشيكة/مكة ٢٦٢
٠٢ ٥٧٢٤٠٢٣
الفاكسميل ٠٢ ٥٧٤٥٠٦٦

ـ المسفلة/مكة ٣٣٠
٠٢ ٥٣٤٥٦٩٠
الفاكسميل ٠٢ ٥٣٤٨٣٤٢

ـ العزيزية/الطائف ١١٢
٠٢ ٧٣٦٦٢٦٦
الفاكسميل ٠٢ ٧٣٣٣٣٤٠

ـ الشهداء/الطائف ١٩٩
٠٢ ٧٤٩٦٠٣٠
الفاكسميل ٠٢ ٧٤٦٣١٢٠

ـ الفيصلية/الطائف ٢٣٢
٠٢ ٧٣٨٢٩٦٠
الفاكسميل ٠٢ ٧٣٢٥٣٢٦

ـ مدرسة الصيانة/الطائف ٢٦٦
٠٢ ٧٣٦٥٩٦٤
الفاكسميل ٠٢ ٧٣٦٥٩٦٤

ـ طريق الحوية/الطائف ٣٢٦
٠٢ ٧٢٥٣٣٠٧
الفاكسميل ٠٢ ٧٢٥٤٥٥٥

٣٦ ـ النسالي/الطائف ٣٢٨
هاتف : ٠٢ ٧٣٣٤٩٠٧
رقم الفاكسميل ٠٢ ٧٣٦٢٥٠٥

٣٧ ـ رنيـا ١٨١
هاتف : ٠٢ ٨٣٢١٠٣٦
رقم الفاكسميل ٠٢ ٨٤٢١٢١٠

٣٨ ـ رابـغ ٢٤٧
هاتف : ٠٢ ٤٢٢١٩٩٦
رقم الفاكسميل ٠٢ ٤٢٢١٨٦٥

٣٩ ـ الخرمـة ٢٥٤
هاتف : ٠٢ ٨٣٢١٦٥٣
رقم الفاكسميل ٠٢ ٨٣٢١٢٦٣

٤٠ ـ القنفذة ٢٦٣
هاتف : ٠٢ ٧٣٢١٢٦٤
رقم الفاكسميل ٠٧ ٧٣٢١٢٦٠

٤١ ـ تربـة ٢٦٤
هاتف : ٠٢ ٨٢٢١٨٠٨
رقم الفاكسميل ٠٢ ٨٢٢١٨٠٨

٤٢ ـ الليـث ٢٧٠
هاتف : ٠٢ ٧٤٢١٢٠٩
رقم الفاكسميل ٠٧ ٧٤٢١٢١٧

٤٣ ـ الكامل ٣٢٣
هاتف :
رقم الفاكسميل

٤٤ ـ الجموم/وادي فاطمة ٣٢٤
هاتف : ٠٢ ٥٩٤٠٣٦٧
رقم الفاكسميل ٠٢ ٥٩٤١١٠٣

## الإدارة الإقليمية للمنطقة الشرقية

رقم الإدارة ٠٠٤
الفاكسميلي: ٠٣ ٨٢٧٥٠٦٨ سنترال ٠٣ ٨٢٦١٦٥٩

١ ـ الدمام العام ١٠٤
هاتف : ٠٣ ٨٣٤٦١١٨٩
رقم الفاكسميل ٠٣ ٨٣٢٣٩٤٣

٢ ـ شارع الملك فهد ـ الدمام ١٥٣
هاتف : ٠٣ ٨٢٧٥٧٢٥
رقم الفاكسميل ٠٣ ٨٢٦١٩٥١

٣ ـ شارع الأمير محمد ـ الدمام ١٧٠
هاتف : ٠٣ ٨٣٤٠٩٩٣
رقم الفاكسميل ٠٣ ٨٣٢٤٤٨١

٤ ـ مدينة العمال ـ الدمام ١٩٠
هاتف : ٠٣ ٨٢٦٩٧٢٢
رقم الفاكسميل ٠٣ ٨٢٧٣٤٤١

٥ ـ الجلوية ـ الدمام ٢٣٦
هاتف : ٠٣ ٨٣٤٨٢٦٢
رقم الفاكسميل ٠٣ ٨٣٤٤٠٣٢

٦ ـ المستشفى العام/الدمام ٢٧٣
هاتف : ٠٣ ٨٤٢١٨٦٦
رقم الفاكسميل ٠٣ ٨٤٢٥٧٤٢

٧ ـ مخطط ٨ ـ الدمام ٣٠٠
هاتف : ٠٣ ٨٤٢٨٩٢٤
رقم الفاكسميل ٠٣ ٨٤٢٩٠٠٩

٨ ـ النسائي ـ الدمام ٣١٥
هاتف : ٠٣ ٨٣٣٨٠٧١
رقم الفاكسميل ٠٣ ٨٣٣٨٠٧١

٩ ـ الهفوف ١٢٨
هاتف : ٠٣ ٥٨٢٦٩٢٨
رقم الفاكسميل ٠٣ ٥٨٦٦٩٢٦

١٠ ـ المبرز ـ الأحساء ٢١٠
هاتف : ٠٣ ٥٨٢٨٥٩٥
رقم الفاكسميل ٠٣ ٥٨٧٨٦٦٠

١١ ـ مستشفى الملك فهد/الأحساء ٢٧٧
هاتف : ٠٣ ٥٨٢٩٨٤٤
رقم الفاكسميل ٠٣ ٥٨٢٩٨٢٢

١٢ ـ المزروعية ـ الأحساء ٣٠٨
هاتف : ٠٣ ٥٨٦٦٧٩٨
رقم الفاكسميل ٠٣ ٥٨٢٦٦٠٩

١٣ ـ الجبيل ١٤٦
هاتف : ٠٣ ٣٦١٣٨٤٨
رقم الفاكسميل ٠٣ ٣٦١٠٤٩٠

١٤ ـ الهيئة الملكية ـ الجبيل ٣٢٩
هاتف : ٠٣ ٣٤١٢٧٤٨
رقم الفاكسميل ٠٣ ٣٤١٢٧٩٦

١٥ ـ الخبر ١٣٩
هاتف : ٠٣ ٨٦٤٩٤٦٨
رقم الفاكسميل ٠٣ ٨٦٤٩٤٨٢

١٦ ـ الثقبة ١٥٧
هاتف : ٠٣ ٨٩٤٨٤٨٠
رقم الفاكسميل ٠٣ ٨٩٤٧٦٠٨

١٧ ـ مطار الظهران ١٨٤
هاتف : ٠٣ ٨٧٩٢١٥٠
رقم الفاكسميل ٠٣ ٨٩١٩٤٤٨

١٨ ـ شارع الأمير بندر ـ الخبر ٢٠٧
هاتف : ٠٣ ٨٦٤٠٨٢٠
رقم الفاكسميل ٠٣ ٨٩٤٧٦٢٠

١٩ ـ عمارة البرج ـ الخبر ٢٢٧
هاتف : ٠٣ ٨٦٤٠١٢٢
رقم الفاكسميل ٠٣ ٨٦٤٠١٢٤

٢٠ ـ العقربية ـ الخبر ٣٠١
هاتف : ٠٣ ٨٩٨٠١٦٧
رقم الفاكسميل ٠٣ ٨٩٤٣٩٨٥

٢١ ـ الخبر الجنوبية ـ الخبر ٣٠٢
هاتف : ٠٣ ٨٩٨٥٨٤٠
رقم الفاكسميل ٠٣ ٨٩٨٦٠٨٨

٢٢ ـ رحيمة ١٨٣
هاتف : ٠٣ ٦٦٧١٦٨٥
رقم الفاكسميل ٠٣ ٦٦٧١٦٨٥

٢٣ ـ الخفجي ١٨٧
هاتف : ٠٣ ٧٦٦٠٧٩٤
رقم الفاكسميل ٠٣ ٧٦٦٠٧٥٩

٢٤ ـ حفر الباطن ١٣٦
هاتف : ٠٣ ٧٢٢٤٦٢٨
رقم الفاكسميل ٠٣ ٧٢٢١٥٤٤

٢٥ ـ بقيق ١٤٨
هاتف : ٠٣ ٥٦٦٠٣٦٨
رقم الفاكسميل ٠٣ ٥٦٦٢٧٧٠

٢٦ ـ القطيف ١٧٢
الصنادق ـ بجوار البنك البريطاني
هاتف : ٠٣ ٨٥٥٦٧٠٨
رقم الفاكسميل ٠٣ ٨٥٤٠٩٣٥

٢٧ ـ سيهات ٢٥٥
هاتف : ٠٣ ٨٥٦٢١٣٠
رقم الفاكسميل ٠٣ ٨٥٦٢١٣٠

٢٨ ـ سلوى ٢٥٦
هاتف : ٠٣ ٥٨٢٢٦٥٢
رقم الفاكسميل ٠٣ ٥٨٢٢٦٥٢

٢٩ ـ صفوى ٢٨٧
هاتف : ٠٣ ٦٦٤٣٣٤٢
رقم الفاكسميل ٠٣ ٦٦٤٢٤١٣

٣٠ ـ عين دار ٣٠٤
هاتف : ٠٣ ٥٦٣١٢٤٦
رقم الفاكسميل ٥٦٣١٤٦٣

٣١ ـ النعيرية ٣٠٦
هاتف : ٠٣ ٣٧٣١٢٧٦
رقم الفاكسميل ٠٣ ٣٧٣٠٦٢٠

٣٢ ـ قرية ٣٠٧
هاتف : ٠٣ ٣٨٦١٩٧٦
رقم الفاكسميل ٠٣ ٣٨٦١٩٨٥

## الإدارة الإقليمية للمنطقة الجنوبية

رقم الإدارة ٠٠٨
الفاكسميلي: ٠٧ ٢٢٤٣١٣٦ سنترال : ٠٧ ٢٢٤٢١٩١

١ ـ خميس مشيط العام ١٠٧
هاتف : ٠٧ ٢٢٣٧٤٢٥
رقم الفاكسميل ٠٧ ٢٢٣٧٤٢٦

٢ ـ طريق المدينة العسكرية خميس مشيط ٢٠٩
هاتف : ٠٧ ٢٢٣١٣٣١
رقم الفاكسميل ٠٧ ٢٢٣٠٠٦٣

٣ ـ نجران العام ـ نجران ١١٧
هاتف : ٠٧ ٥٤٢١٣١٩
رقم الفاكسميل ٠٧ ٥٤٢١٩٩٤

٤ ـ الفيصلية/نجران ٢٠٥
هاتف : ٠٧ ٥٢٢٣٥٨١
رقم الفاكسميل ٠٧ ٥٢٢١٢١٧

٥ ـ أبهـا ١١٠
هاتف : ٠٧ ٢٢٤٧٥٥٣
رقم الفاكسميل ٠٧ ٢٢٤٧٥٨٩

٦ ـ جيزان ١١٩
هاتف : ٠٧ ٣٢٢١٥٠٧
رقم الفاكسميل ٠٧ ٣٢٢١٥٠٦

٧ ـ بيشـة ١٣٠
هاتف : ٠٧ ٦٢٢٦١٦٧
رقم الفاكسميل ٠٧ ٦٢٢٦٦٧٠

٨ ـ بلجرشي ١٥٦
هاتف : ٠٧ ٧٢٢٤٤١٢
رقم الفاكسميل ٠٧ ٧٢٢٠٣٤٤

٩ ـ الباحة ١٧٧
هاتف : ٠٧ ٧٢٥١٠٨٧
رقم الفاكسميل ٠٧ ٧٢٥٣١٣٩

١٠ ـ النماص ١٩٣
هاتف : ٠٧ ٢٨٢٠٠٥١
رقم الفاكسميل ٠٧ ٢٨٢٠٧٥٢

١١ ـ ظهران الجنوب ٢٢٠
هاتف : ٠٧ ٢٥٥٠٤٧١
رقم الفاكسميل ٢٥٥٠٥٩٢

١٢ ـ ضباء ٢٢١
هاتف : ٠٧ ٣٢٦١١٠٨
رقم الفاكسميل ٠٧ ٣٢٦١١٠٤

١٣ ـ أبو عريش ٢٢٥
هاتف : ٠٧ ٣٢٥٠٩٦١
رقم الفاكسميل ٠٧ ٣٢٥٠٠٤٢

١٤ ـ محايل ٢٣٩
هاتف : ٠٧ ٢٢٥١٧٤٨
رقم الفاكسميل ٠٧ ٢٢٥١٧٤٨

١٥ ـ شروره ٢٤١
هاتف : ٠٧ ٥٣٢١٢٤٣
رقم الفاكسميل ٠٧ ٥٣٢١٢٤٢

١٦ ـ سراة عبيدة ٢٤٩
هاتف : ٠٧ ٢٥٩٠٣٣٦
رقم الفاكسميل ٠٧ ٢٥٩٠٥٧٥

١٧ ـ نبت العلايا ٢٥٧
هاتف : ٠٧ ٦٣٠٠٥٤٤
رقم الفاكسميل ٠٧ ٦٣٠٠٠٠٨

١٨ ـ بيش ٣١١
هاتف : ٠٧ ٣٤٢٠٢١٤
رقم الفاكسميل ٠٧ ٣٤٢٠٩٢٤

١٩ ـ تنومة ٢٩٥
هاتف : ٠٧ ٢٨٢٧٣٦٥
رقم الفاكسميل ٠٧ ٢٨٢٧٣٨٢

٢٠ ـ صامطة ٣١٦
هاتف : ٠٧ ٣٣٢١٣٠١
رقم الفاكسميل ٠٧ ٣٣٢١٢٢٠

٢١ ـ المجارده ٣٢١
هاتف :
رقم الفاكسميل

٢٢ ـ تثليث ٢٧٦
هاتف :
رقم الفاكسميل

## الإدارة الإقليمية لمنطقة القصيم وحائل

رقم الإدارة ٠٠٥ الفاكسميل : المحاسبة ٣٢٤٩٧٩٤ – الأسعار : ٣٢٣٢٨١٠
سنترال ٣٢٤٩١٥١ – ٣٢٤٦٦٤٨

١ – الخبيب ١٠٨
هاتف : ٣٢٣١١٨٠ ٠٦
رقم الفاكسميل ٣٢٤٣٦١٧ ٠٦

٢ – الجردة ١٦٢
هاتف : ٣٢٣٥٨٢٨ ٠٦
رقم الفاكسميل ٣٢٤٣١٧١ ٠٦

٣ – الصفراء ١٩٢
هاتف : ٣٢٣٠٤٩٨ ٠٦
رقم الفاكسميل ٣٢٣٤٢٠٧ ٠٦

٤ – السادة ٢١٢
هاتف : ٣٢٤١٤٧٨ ٠٦
رقم الفاكسميل ٣٢٣١٠٩٨ ٠٦

٥ – الصناعة ٢٥٢
هاتف : ٣٢٤٢٠٢٠ ٠٦
رقم الفاكسميل ٣٢٤٢٠١٦ ٠٦

٦ – المعارض ٢٧٥
هاتف : ٣٢٣٧٤١١ ٠٦
رقم الفاكسميل ٣٢٣٨٦٣٦ ٠٦

٧ – النسائي بريدة ٢٩٨
هاتف : ٣٢٣٠٨٠١ ٠٦
رقم الفاكسميل ٣٢٤٨٧٥٣ ٠٦

٨ – عنيزة العام ١٢٠
هاتف : ٣٦٤١٠٣٧ ٠٦
رقم الفاكسميل ٣٦٤٣٥٣٧ ٠٦

٩ – الجهيمية عنيزة ٢٣٤
هاتف : ٣٦٤٦٠٧٧ ٠٦
رقم الفاكسميل ٣٦٤٧٥١٠ ٠٦

١٠ – عنيزة النسائي ٢٧١
هاتف : ٣٦٤٨٢٩٤ ٠٦
رقم الفاكسميل ٣٦٤٨٢٩٤ ٠٦

١١ – حائل العام ١١٨
هاتف : ٥٣٢١١٣٨ ٠٦
رقم الفاكسميل ٥٣٢١٧٩٣ ٠٦

١٢ – برزان حائل ٢٥٨
هاتف : ٥٣٢٢٩٦٥ ٠٦
رقم الفاكسميل ٥٣٢٢٦٧٣ ٠٦

١٣ – الرس العام ١٢٢
هاتف : ٣٣٣٠٠٣٣ ٠٦
رقم الفاكسميل ٣٣٣٣٥٨٤ ٠٦

١٤ – الحزم الرس ٢٨٠
هاتف : ٣٣٣٥٣٨١ ٠٦
رقم الفاكسميل ٣٣٣٢٩٦٠ ٠٦

١٥ – الدوادمي ١١٥
هاتف : ٦٤٣١٣٨٥ ٠٦
رقم الفاكسميل ٦٤٢١٠٧١ ٠٦

١٦ – الزلفي ١٢١
هاتف : ٤٢٢١٩١٨ ٠٦
رقم الفاكسميل ٤٢٢١٨٨٩ ٠٦

١٧ – عفيف ١٣٢
هاتف : ٧٢٢١٣٤٧ ٠٦
رقم الفاكسميل ٧٢٢١٤١٢ ٠٦

١٨ – البكيرية ١٣٤
هاتف : ٣٣٥٨٨٧٢ ٠٦
رقم الفاكسميل ٣٣٥٠٧٠٢ ٠٦

١٩ – المجمعة ١٣٨
هاتف : ٤٣٢١٠٥٠ ٠٦
رقم الفاكسميل ٤٣٢١٦٧٤ ٠٦

٢٠ – المذنب ١٥١
هاتف : ٣٤٢٠١٦٠ ٠٦
رقم الفاكسميل ٣٤٢٠٠٧٩ ٠٦

٢١ – حوطة سدير ١٦٠
هاتف : ٤٤٣١٠٨٠ ٠٦
رقم الفاكسميل ٤٤٣١٠٢٧ ٠٦

٢٢ – البدائع ١٦٧
هاتف : ٣٣٢٠٧٨٠ ٠٦
رقم الفاكسميل ٣٣٢٠٠٧٣ ٠٦

٢٣ – رياض الخبراء ١٧٥
هاتف : ٣٣٤٠٤٠٤ ٠٦
رقم الفاكسميل ٣٣٤٠٤٤٥ ٠٦

٢٤ – ساجر ١٩٦
هاتف : ٦٣٢١٨١٠ ٠٦
رقم الفاكسميل ٦٣٢١٩١٣ ٠٦

٢٥ – الغاط ٢١٤
هاتف : ٤٤٢١٤٥٥ ٠٦
رقم الفاكسميل ٤٤٢١١١٧ ٠٦

٢٦ – الأسياح ٢٣٨
هاتف : ٣٤٥٠٣٦٠ ٠٦
رقم الفاكسميل ٣٤٥٠٣٧٠ ٠٦

٢٧ – الخبراء ٢٦٥
هاتف : ٣٥٥٠٤٩١ ٠٦
رقم الفاكسميل ٣٥٥٠٣٥٨ ٠٦

٢٨ – الشماسية ٢٦٧
هاتف : ٣٤٠١٥٠١ ٠٦
رقم الفاكسميل ٣٤٠١٣٠١ ٠٦

٢٩ – عيون الجواء ٢٨٨
هاتف : ٣٩١١٥٧٥ ٠٦
رقم الفاكسميل ٣٩١١٧٨٦ ٠٦

٣٠ – بقعاء ٢٩٠
هاتف : ٥٢٧٠٢٩٧ ٠٦
رقم الفاكسميل ٥٢٧٠٢٩٧ ٠٦

٣١ – عقلة الصقور ٢٩١
هاتف : ٢٤٣٠٤٨٢ ٠٦
رقم الفاكسميل ٢٤٣٠٥٠٩ ٠٦

٣٢ – الرفائع ٣١٠
هاتف : ٦٣٤٠٤١٠ ٠٦
رقم الفاكسميل ٦٣٤٠٤١٠ ٠٦

٣٣ – ضرية ٣١٢
هاتف : ٣٦٤٩٥٤٩ ٠٦
رقم الفاكسميل ٣٦٤٩٥٤٩ ٠٦

٣٤ – البجادية ٣٢٥
هاتف : ٦٣٤٠٥٠٧ ٠٦
رقم الفاكسميل ٦٣٤٠٩٩٨ ٠٦

## الإدارة الإقليمية لمنطقة المدينة والشمال

رقم الإدارة ٠٠٧
الفاكسميل: ٨٣٨٧٧١١ – سنترال ٨٣٨٨٠٦٨

١ – المناخة ١٠٥
هاتف : ٨٢٣٣٠٩٢ ٠٤
رقم الفاكسميل ٨٢٣٣٩١٦ ٠٤

٢ – النخيلي ١٥٢
هاتف : ٨٢٣٤٢٤٠ ٠٤
رقم الفاكسميل ٨٢٤٤١٩٢ ٠٤

٣ – شارع المطار – المدينة ١٩٨
هاتف : ٨٣٦١٠٣٥ ٠٤
رقم الفاكسميل ٨٣٨٦٦٧٥ ٠٤

٤ – قباء ٢١٨
هاتف : ٨٢٣٨١٢٥ ٠٤
رقم الفاكسميل ٨٢٦٩٦٨٩ ٠٤

٥ – باب العنبرية ٢٤٢
هاتف : ٨٢٤٣٣٤٩ ٠٤
رقم الفاكسميل ٨٢٢٢١٢١ ٠٤

٦ – المدينة النسائي ٢٧٢
هاتف : ٨٢٦٩٨٠٨ ٠٤
رقم الفاكسميل ٨٢٣٦٩٢٥ ٠٤

٧ – مستشفى المدينة المنورة ٢٩٤
هاتف : ٨٢٣٠٣٧٢ ٠٤
رقم الفاكسميل ٨٢٣٠٣٧٢ ٠٤

٨ – تبوك العام ١٠٩
هاتف : ٤٢٢١٥٤٤ ٠٤
رقم الفاكسميل ٤٢٢٩٧٨٠ ٠٤

٩ – شارع الإمارة – تبوك ١٩٤
هاتف : ٤٢٢١٨٦٤ ٠٤
رقم الفاكسميل ٤٢٢٦٧٦٠ ٠٤

١٠ – المهرجان – تبوك ٢٠٢
هاتف : ٤٢٢٧٠٦٠ ٠٤
رقم الفاكسميل ٤٢٢٧٠٦٠ ٠٤

١١ – ينبع ١٥٠
هاتف : ٣٢٢٢٦٨٣ ٠٤
رقم الفاكسميل ٣٢٢٦٢٤٦ ٠٤

١٢ – الهيئة الملكية – ينبع ٣٢٧
هاتف : ٣٢١١١٠٧ ٠٤
رقم الفاكسميل ٣٢١١٠٤٢ ٠٤

١٣ – القريات ١١١
هاتف : ٦٤٢٠٢٣٥ ٠٤
رقم الفاكسميل ٦٤٢٠٠١٣ ٠٤

١٤ – عرعر ١٣٣
هاتف : ٦٦٣١٨٧٦ ٠٤
رقم الفاكسميل ٦٦٢٤١٢٠ ٠٤

١٥ – الجوف ١٥٤
هاتف : ٦٢٤٦٧٦٤ ٠٤
رقم الفاكسميل ٦٢٤١١٩٢ ٠٤

١٦ – طريف ١٥٥
هاتف : ٦٥٢١٨٨٠ ٠٤
رقم الفاكسميل ٦٥٢٠٨٤٠ ٠٤

١٧ – رفحاء ١٦٩
هاتف : ٦٧٦٠٢٦٤ ٠٤
رقم الفاكسميل ٦٧٦١٥٨٨ ٠٤

١٨ – الوجه ١٧١
هاتف : ٤٤٢٢٨٨٤ ٠٤
رقم الفاكسميل ٤٤٢١٨٧٣ ٠٤

١٩ – تيماء ١٧٨
هاتف : ٤٦٣٢٩٤٦ ٠٤
رقم الفاكسميل ٤٦٣٣٠٣٠ ٠٤

٢٠ – العلا ٢٠٨
هاتف : ٨٨٤٠٣٦٣ ٠٤
رقم الفاكسميل ٨٨٤٠٣٥٩ ٠٤

٢١ – دومة الجندل ٢١٣
هاتف : ٦٢٢٣٤١٤ ٠٤
رقم الفاكسميل ٦٢٢١٤٧٠ ٠٤

٢٢ – حقل ٢٢٤
هاتف : ٤٥٣٠٦٠٠ ٠٤
رقم الفاكسميل ٤٥٣٠٥٨٤ ٠٤

٢٣ – بدر ٢٣٠
هاتف : ٣٣٢١٧٤٧ ٠٤
رقم الفاكسميل ٣٣٢١٧٤٣ ٠٤

٢٤ – أملج ٢٤٤
هاتف : ٣٨٢٢٣٢٤ ٠٤
رقم الفاكسميل ٣٨٢٢٣٢٨ ٠٤

خيبر ٢٤٨
هاتف : ٨٨٢١١٣٧ ٠٤
رقم الفاكسميل ٨٨٢١٨٢٧ ٠٤

٢٦ – طبرجل ٢٥٠
هاتف : ٦٢٨١٢٠٩ ٠٤
رقم الفاكسميل ٦٢٨١٦٣٦ ٠٤

٢٧ – الحديثة ٢٦٨
هاتف : ٦٤٢٤٨٧٢ ٠٤
رقم الفاكسميل ٦٤٢٤٨٧٢ ٠٤

٢٨ – الحناكية ٢٦٩
هاتف : ٨٦٢٠١٣٢ ٠٤
رقم الفاكسميل ٨٦٢٠٤٦٧

٢٩ – ضباء الشمال ٢٨٣
هاتف : ٤٣٢٢٨٦٧ ٠٤
رقم الفاكسميل ٤٣٢٠٤٧٢ ٠٤

٣٠ – المهد ٢٨٦
هاتف : ٨٦٨١٠٥٤ ٠٤
رقم الفاكسميل ٨٦٨١٩٨٨ ٠٤

٣١ – اليتمة ٣١٣
هاتف :
رقم الفاكسميل

## الإدارة الإقليمية للمنطقة الغربية

رقم الإدارة ٠٠٢
الفاكسميل: ٦٤٤١٠٠٠ سنترال ٦٤٤١٠٠٠

١ – شارع قابل ١٠٢
هاتف : ٦٤٧٦١٩٦ ٠٢
رقم الفاكسميل ٦٤٢٠٩٣٤ ٠٢

٢ – طريق مكة كيلو (٢) ١١٣
هاتف : ٦٣١٤٤٩٤ ٠٢
رقم الفاكسميل ٦٣١٦٥١٤ ٠٢

٣ – باب شريف ١٢٣
هاتف : ٦٤٧٤٩٦٩ ٠٢
رقم الفاكسميل ٦٤٧٤٩٦٩ ٠٢

٤ – باب مكة ١٢٤
هاتف : ٦٤٣٣٠٤٩ ٠٢
رقم الفاكسميل ٦٤٤٧٧٩٨ ٠٢

٥ – الشرفية ١٥٨
هاتف : ٦٥٣٢٩١٦ ٠٢
رقم الفاكسميل ٦٥٣٣١٦٨ ٠٢

٦ – ش الملك عبد العزيز / جدة ١٦١
هاتف : ٦٤٤٧٦٧٤ ٠٢
رقم الفاكسميل ٦٤٣٤٠٢١ ٠٢

٧ – طريق الحجر ١٦٣
هاتف : ٦٣٧٢٠٦٧ ٠٢
رقم الفاكسميل ٦٣٦٧٩٩١ ٠٢

٨ – طريق الجامعة ١٧٦
هاتف : ٦٨٩٥٩٤٦ ٠٢
رقم الفاكسميل ٦٨٩٥٩٣٨ ٠٢

٩ – بني مالك ١٨٠
هاتف : ٦٧١٣٢٨٠ ٠٢
رقم الفاكسميل ٦٧١٨٨١٧ ٠٢

١٠ – شارع السيل ١٨٦
هاتف : ٦٤٧٩٨٦٦ ٠٢
رقم الفاكسميل ٦٤٨١٧٤٥ ٠٢

١١ – شارع بن لادن ١٨٩
هاتف : ٦٨٠٠٠١٤ ٠٢
رقم الفاكسميل ٦٨٠٠٣٠٠ ٠٢

١٢ – ش الملك فهد للسيدات ١٩١
هاتف : ٦٧١١٠٢٤ ٠٢
رقم الفاكسميل ٦٧١١٠٢٤ ٠٢

١٣ – الرويس ٢٠٦
هاتف : ٦٥١٨٢٧٦ ٠٢
رقم الفاكسميل ٦٥١٥٥٧٢ ٠٢

١٤ – شارع الإسكان الجنوبي ٢٢٢
هاتف : ٦٣٧٣١٥٩ ٠٢
رقم الفاكسميل ٦٣٦١٣٠٤ ٠٢

١٥ – طريق المدينة ٢٢٣
هاتف : ٦٦٥٥٨٢٢ ٠٢
رقم الفاكسميل ٦٦٥٠٧٩١ ٠٢

١٦ – عنيكش ٢٣٥
هاتف : ٦٧١٧٠٦٧ ٠٢
رقم الفاكسميل ٦٧١٧٠٦٧ ٠٢

١٧ – الهنداوية ٢٤٠
هاتف : ٦٤٧٤١٧٥ ٠٢
رقم الفاكسميل ٦٤٧٧٣١٤ ٠٢

## الإدارة الإقليمية لمنطقة الريـاض وتوابعهـا

**مكتب الإدارة الإقليمية**
رقم الإدارة ٠٠٣ ـ الفاكسميل : ٤٠٤٤٦٣١ هاتف : ٤٠٤٣٩٦٥

**١ ـ الديرة ١٠١**
هاتف : ٤١١٤٠٢٩ ٠١
رقم الفاكسميل ٤١١٧٥١٧ ٠١

**٢ ـ البطحاء ١٠٦**
هاتف : ٤١٢٢٢٤٣ ٠١
رقم الفاكسميل ٤١٢٠٥١٠ ٠١

**٣ ـ المستشفى التخصصي ١١٤**
هاتف : ٤٤١٤٧٠٩ ٠١
رقم الفاكسميل ٤٤١٤٧١٩ ٠١

**٤ ـ الأسواق ١١٦**
هاتف : ٤٠٣٥٧١١ ٠١
رقم الفاكسميل ٤٠١١١٥٠ ٠١

**٥ ـ شارع الظهران ١٢٥**
هاتف : ٤٧٨٣٦١٥ ٠١
رقم الفاكسميل ٤٧٨٣٣٤٣ ٠١

**٦ ـ الملز ١٢٦**
هاتف : ٤٧٦٩٩٦٨ ٠١
رقم الفاكسميل ٤٧٦٨٧١٣ ٠١

**٧ ـ شارع الملك فيصل ١٢٧**
هاتف : ٤٠١٠٥٤١ ٠١
رقم الفاكسميل ٤٠٤٠٣٠٦ ٠١

**٨ ـ الناصرية ١٣١**
هاتف : ٤٠١٣٥٧٠ ٠١
رقم الفاكسميل ٤٠٣٢٤٦٤ ٠١

**٩ ـ طريق الحجاز ١٤٠**
هاتف : ٤٥٨٠٥٠٦ ٠١
رقم الفاكسميل ٤٥٩٦٩٣٢ ٠١

**١٠ ـ السويلم ١٤٣**
هاتف : ٤٠٤٣٦٠٨ ٠١
رقم الفاكسميل ٤٠٤٣٦٠٨ ٠١

**١١ ـ الصناعية ١٤٩**
هاتف : ٤٤٨٤١٠٢ ٠١
رقم الفاكسميل ٤٤٦٣٠٤١ ٠١

**١٢ ـ المستشفى المركزي ١٥٩**
هاتف : ٤٣٥٧٨٨٨ ٠١
رقم الفاكسميل ٤٣٥٧٨٧٧ ٠١

**١٣ ـ ساحة العدل ١٦٤**
هاتف : ٤٠١٣٧٦٨ ٠١
رقم الفاكسميل ٤٠١٣٥٧٦ ٠١

**١٤ ـ النسيم ١٦٥**
هاتف : ٢٣١٣٥٧٦ ٠١
رقم الفاكسميل ٢٣١٣٠٥٧ ٠١

**١٥ ـ العليا العام ١٦٦**
هاتف : ٤٦٥٧٠٨٤ ٠١
رقم الفاكسميل ٤٦٥٧١٠١ ٠١

**١٦ ـ المقيرة ١٦٨**
هاتف : ٤٠١٣٦٠٢ ٠١
رقم الفاكسميل ٤٠٥٠٠١٧ ٠١

**١٧ ـ مطار الملك خالد الدولي ١٧٣**
هاتف : ٢٢٠٢٥٧١ ٠١
رقم الفاكسميل ٢٢٠٢٥٩٢ ٠١

**١٨ ـ المرقب ١٧٤**
هاتف : ٤٤٨٨١٢٦ ٠١
رقم الفاكسميل ٤٤٦١٥٥٤ ٠١

**١٩ ـ منفوحة ١٧٩**
هاتف : ٤٤٦٧٨٤١ ٠١
رقم الفاكسميل ٤٤٨١٠٤٦ ٠١

**٢٠ ـ المنتزه ١٨٢**
هاتف : ٤٠١١٤٣٢ ٠١
رقم الفاكسميل ٤٠٥٠٧٤٧ ٠١

**٢١ ـ شارع الخزان ١٨٥**
هاتف : ٤٠٢٧٢٣١ ٠١
رقم الفاكسميل ٤٠٤١٦٧٣ ٠١

**٢٢ ـ دوار الشميسي للسيدات ١٨٨**
هاتف : ٤٣٥٧٨٥٤ ٠١
رقم الفاكسميل ٤٣٥٩٥٨٠ ٠١

**٢٣ ـ سلطانة ١٩٥**
هاتف : ٤٥٨٢٥٨٤ ٠١
رقم الفاكسميل ٤٥٩١٠١١ ٠١

**٢٤ ـ ش الإمام فيصل بن تركي ١٩٧**
هاتف : ٤١٢٤٠٠٩ ٠١
رقم الفاكسميل ٤١٢٣٤٢٦ ٠١

**٢٥ ـ المعذر ٢٠٠**
هاتف : ٤٤٢٠٧٢٩ ٠١
رقم الفاكسميل ٤٤٢١٠٣٨ ٠١

**٢٦ ـ السليمانية ٢٠٣**
هاتف : ٤٦٥٨٢٧٠ ٠١
رقم الفاكسميل ٤٦٤٦٦٧٠ ٠١

**٢٧ ـ الروضة ٢٠٤**
هاتف : ٤٩١٥١٨٤ ٠١
رقم الفاكسميل ٤٩١٤٣٣١ ٠١

**٢٩ ـ مشرفة ٢١١**
هاتف : ٤٧٧١٥٥٥ ٠١
رقم الفاكسميل ٤٧٨٠٩٤٩

**٣٠ ـ حارة العنوز ٢١٥**
هاتف : ٤٤٨٨٢٠٤ ٠١
رقم الفاكسميل ٤٤٦٥٧٨٠ ٠١

**٣١ ـ الشفا ٢١٦**
هاتف : ٤٢١٦١٥٦ ٠١
رقم الفاكسميل ٤٢١٣٥٩٢ ٠١

**٣٢ ـ شارع الأمير سلمان ٢٢٩**
هاتف : ٤٤٦١٤٤٩ ٠١
رقم الفاكسميل ٤٤٦٢٥٤٧ ٠١

**٣٣ ـ حارة عبد الله ٢٣١**
هاتف : ٤٥٩٠١٦٢ ٠١
رقم الفاكسميل ٤٥٧٢٦٤٧ ٠١

**٣٤ ـ أم الحمام ٢٥١**
هاتف : ٤٨٢١٩٨٢ ٠١
رقم الفاكسميل ٤٨٢٤٤٥١ ٠١

**٣٥ ـ السبالة ٢٥٣**
هاتف : ٤١١١٥٢٠ ٠١
رقم الفاكسميل ٤١١٨١٠٩ ٠١

**٣٦ ـ طريق المطار ٢٦٠**
هاتف : ٤٧٧٦٠٥٧ ٠١
رقم الفاكسميل ٤٧٨٦٧٤٠ ٠١

**٣٧ ـ شارع الأمير عبد الله ٢٦١**
هاتف : ٤٧٩٤٤٣٢ ٠١
رقم الفاكسميل ٤٧٩٣٠٦٧ ٠١

**٣٨ ـ شارع الثلاثين/العليا ٢٧٩**
هاتف : ٤٦٣١٤٥٠ ٠١
رقم الفاكسميل ٤٦٥٢٣٩٨

**٣٩ ـ ظهرة البديعة ٢٨٢**
هاتف : ٤٢٥٩٨٥٢ ٠١
رقم الفاكسميل ٤٢٦٠٥٤٧

**٤٠ ـ شارع الأحساء/الرياض ٢٨٩**
هاتف : ٤٧٨٩٢٩٨ ٠١
رقم الفاكسميل ٤٧٨٦٩٨٢ ٠١

**٤١ ـ مستشفى الملك خالد التخصصي للعيون ٢٩٢**
هاتف : ٤٨٢١٢٣٤ ٠١
رقم الفاكسميل ٤٨٢١٢٣٤

**٤٢ ـ غبيرة ٢٩٣**
هاتف : ٤٤٦٩٢٠٠ ٠١
رقم الفاكسميل ٤٤٦٧٢٨٨ ٠١

**٤٣ ـ الربوة ٢٩٦**
هاتف : ٤٩١١٩١٣ ٠١
رقم الفاكسميل ٤٩١٧٤٥٨

**٤٤ ـ العليا النسائي ٣١٧**
هاتف : ٤٦٤٣٢١٠ ٠١
رقم الفاكسميل ٤٦٤٣٢١٠ ٠١

**٤٥ ـ الخرج ١٢٩**
هاتف : ٥٤٤٨٢٥٥ ٠١
رقم الفاكسميل ٥٤٤٩٨٧٦ ٠١

**٤٦ ـ وادي الدواسر ١٣٥**
هاتف : ٧٨٤١٠٩٦ ٠١
رقم الفاكسميل ٧٨٤٠٠٦٢ ٠١

**٤٧ ـ الأفلاج ١٤٢**
هاتف : ٦٨٢٠٥٢٠ ٠١
رقم الفاكسميل ٦٨٢١٣٥٦ ٠١

**٤٨ ـ حوطة بني تميم ١٤٤**
هاتف : ٥٥٥٠٣٠٠ ٠١
رقم الفاكسميل ٥٥٥٠٣٩٨ ٠١

**٤٩ ـ شقراء ١٤٥**
هاتف : ٦٢٢١٦٣٩ ٠١
رقم الفاكسميل ٦٢٢٠٦٩٦ ٠١

**٥٠ ـ القويعية ١٤٧**
هاتف : ٦٥٢١٠٩٠ ٠١
رقم الفاكسميل ٦٥٢١٨٣٨ ٠١

**٥١ ـ مرات ٢١٧**
هاتف : ٦٢٣١٣٤٤ ٠١
رقم الفاكسميل ٦٢٣١٣٣٥ ٠١

**٥٢ ـ المزاحمية ٢١٩**
هاتف : ٥٢٣٠٠٤٠ ٠١
رقم الفاكسميل ٥٢٣٠٨٧٩ ٠١

**٥٣ ـ حريملاء ٢٢٦**
هاتف : ٥٢٦٠٣٠٠ ٠١
رقم الفاكسميل ٥٢٦٠٢٨٤ ٠١

**٥٤ ـ الصحنة ٢٣٣**
هاتف : ٥٤١٠٦٩١ ٠١
رقم الفاكسميل ٥٤١٠٧٢٥ ٠١

**٥٥ ـ الحائر ٢٣٧**
هاتف : ٤٩٠٠٩٠٨ ٠١
رقم الفاكسميل ٤٩٠٠٢٠٩ ٠١

**٥٦ ـ السليل ٢٤٥**
هاتف : ٧٨٢١٨٣٣ ٠١
رقم الفاكسميل ٧٨٢١٦٠٠ ٠١

**٥٧ ـ رماح ٢٧٨**
هاتف : ٥٥٢١١٨٣ ٠١
رقم الفاكسميل ٥٥٢١١٠٨ ٠١

**٥٨ ـ الدرعية ٢٨١**
هاتف : ٤٨٦١٤٢٠ ٠١
رقم الفاكسميل ٤٨٦١٥٢٦ ٠١

**٥٩ ـ ضرماء ٢٨٤**
هاتف : ٥٢٢١٠١٤ ٠١
رقم الفاكسميل ٥٢٢١٢١٠ ٠١

**٦٠ ـ لبادق ٢٨٥**
هاتف : ٤٤٣٩٦٥٣ ٠١
رقم الفاكسميل ٤٤٣٩٢٨٧ ٠٦

**٦١ ـ أشيقر ٢٩٧**
هاتف : ٦٢٧١٥٨٥ ٠١
رقم الفاكسميل ٦٢٧١٥٨٥ ٠١

**٦٢ ـ العينة ٣٠٣**
هاتف : ٤٦٥٧٦٠٠ ٠١
رقم الفاكسميل ٤٦٥٧٦٠٠ ٠١

**٦٣ ـ طريق القاعدة ٣٠٥**
هاتف : ٥٤٤٣٠٦٧ ٠١
رقم الفاكسميل ٥٤٤٣٠٠٦ ٠١

**٦٤ ـ الحريق ٣٠٩**
هاتف : ٥٣٧٠٨٠١ ٠١
رقم الفاكسميل ٥٣٧٠١٧٧ ٠١

**٦٥ ـ تمير ٣١٨**
هاتف : ٤٤٣٧٤١٢ ٠٦

## الإدارة الإقليمية لمنطقة القصيم وحائل

رقم الإدارة ٠٠٥ الفاكسميلي : المحاسبة ٣٢٤٩٧٩٤ ـ الأسعار : ٢٣٢٨١٠
سنترال ٣٢٤٩١٥١ ـ ٣٢٤٦٦٤٨

**١ ـ الخبيب ١٠٨**
هاتف : ٣٢٣١١٨٠ ٠٦
رقم الفاكسميل ٣٢٤٣٦١٧ ٠٦

**٢ ـ الجردة ١٦٢**
هاتف : ٣٢٣٥٨٢٨ ٠٦
رقم الفاكسميل ٣٢٤٣١٧١ ٠٦

**٣ ـ الصفراء ١٩٢**
هاتف : ٣٢٣٠٤٩٨ ٠٦
رقم الفاكسميل ٣٢٣٤٢٠٧ ٠٦

**٤ ـ السادة ٢١٢**
هاتف : ٣٢٤١٤٧٨ ٠٦
رقم الفاكسميل ٣٢٣١٠٩٨ ٠٦

**٥ ـ الصناعة ٢٥٢**
هاتف : ٣٢٤٢٠٢٠ ٠٦
رقم الفاكسميل ٣٢٤٢٠١٦ ٠٦

**٦ ـ المعارض ٢٧٥**
هاتف : ٣٢٣٧٤١١ ٠٦
رقم الفاكسميل ٣٢٣٨٦٣٦ ٠٦

**٧ ـ النسائي بريدة ٢٩٨**
هاتف : ٣٢٣٠٨٠١ ٠٦
رقم الفاكسميل ٣٢٤٨٧٥٣ ٠٦

**٨ ـ عنيزة العام ١٢٠**
هاتف : ٣٦٤١٠٣٧ ٠٦
رقم الفاكسميل ٣٦٤٣٥٣٧ ٠٦

**٩ ـ الجهيمية عنيزة ٢٣٤**
هاتف : ٣٦٤٦٠٧٧ ٠٦
رقم الفاكسميل ٣٦٤٧٥١٠ ٠٦

**١٠ ـ عنيزة النسائي ٢٧١**
هاتف : ٣٦٤٨٢٩٤ ٠٦
رقم الفاكسميل ٣٦٤٨٢٩٤ ٠٦

**١١ ـ حائل العام ١١٨**
هاتف : ٥٣٢١١٣٨ ٠٦
رقم الفاكسميل ٥٣٢١٧٩٣ ٠٦

**١٢ ـ برزان حائل ٢٥٨**
هاتف : ٥٣٢٢٩٦٥ ٠٦
رقم الفاكسميل ٥٣٢٢٦٧٣ ٠٦

**١٣ ـ الرس العام ١٢٢**
هاتف : ٣٣٣٠٠٣٣ ٠٦
رقم الفاكسميل ٣٣٣٣٥٨٤ ٠٦

**١٤ ـ الحزم الرس ٢٨٠**
هاتف : ٣٣٣٥٣٨١ ٠٦
رقم الفاكسميل ٣٣٣٢٩٦٠ ٠٦

**١٥ ـ الدوادمي ١١٥**
هاتف : ٦٤٣١٣٨٥ ٠٦
رقم الفاكسميل ٦٤٢١٠٧١ ٠٦

**١٦ ـ الزلفي ١٢١**
هاتف : ٤٢٢١٩١٨ ٠٦
رقم الفاكسميل ٤٢٢١٨٨٩ ٠٦

**١٧ ـ عفيف ١٣٢**
هاتف : ٧٢٢١٣٤٧ ٠٦
رقم الفاكسميل ٧٢٢١٤١٢ ٠٦

**١٨ ـ البكيرية ١٣٤**
هاتف : ٣٣٥٨٨٧٢ ٠٦
رقم الفاكسميل ٣٣٥٠٧٠٢ ٠٦

**١٩ ـ المجمعة ١٣٨**
هاتف : ٤٣٢١٠٥٠ ٠٦
رقم الفاكسميل ٤٣٢١٦٧٤ ٠٦

**٢٠ ـ المذنب ١٥١**
هاتف : ٣٤٢٠١٦٠ ٠٦
رقم الفاكسميل ٣٤٢٠٠٧٩ ٠٦

**٢١ ـ حوطة سدير ١٦٠**
هاتف : ٤٤٣١٠٨٠ ٠٦
رقم الفاكسميل ٤٤٣١٠٢٧ ٠٦

**٢٢ ـ البدائع ١٦٧**
هاتف : ٣٣٢٠٧٨٠ ٠٦
رقم الفاكسميل ٣٣٢٠٠٧٣ ٠٦

**٢٣ ـ رياض الخبراء ١٧٥**
هاتف : ٣٣٤٠٤٠٤ ٠٦
رقم الفاكسميل ٣٣٤٠٤٤٥ ٠٦

**٢٤ ـ ساجر ١٩٦**
هاتف : ٦٣٢١٨١٠ ٠٦
رقم الفاكسميل ٦٣٢١٩١٣ ٠٦

**٢٥ ـ الغاط ٢١٤**
هاتف : ٤٤٢١٤٥٥ ٠٦
رقم الفاكسميل ٤٤٢١١١٧ ٠٦

**٢٦ ـ الأسياح ٢٣٨**
هاتف : ٣٤٥٠٣٦٠ ٠٦
رقم الفاكسميل ٣٤٥٠٣٧٠ ٠٦

**٢٧ ـ الخبراء ٢٦٥**
هاتف : ٣٥٥٠٤٩١ ٠٦
رقم الفاكسميل ٣٥٥٠٣٥٨ ٠٦

**٢٨ ـ الشماسية ٢٦٧**
هاتف : ٣٤٠١٥٠١ ٠٦
رقم الفاكسميل ٣٤٠١٣٠١ ٠٦

**٢٩ ـ عيون الجوى ٢٨٨**
هاتف : ٣٩١١٥٧٥ ٠٦
رقم الفاكسميل ٣٩١١٧٨٦ ٠٦

**٣٠ ـ بقعاء ٢٩٠**
هاتف : ٥٢٧٠٢٩٧ ٠٦
رقم الفاكسميل ٥٢٧٠٢٩٧ ٠٦

**٣١ ـ عقلة الصقور ٢٩١**
هاتف : ٢٤٣٠٤٨٢ ٠٦
رقم الفاكسميل ٢٤٣٠٥٠٩ ٠٦

**٣٢ ـ الرفائع ٣١٠**
هاتف : ٦٣٤٠٤١٠ ٠٦
رقم الفاكسميل ٦٣٤٠٤١٠ ٠٦

**٣٣ ـ ضرية ٣١٢**
هاتف : ٣٦٤٩٥٤٩ ٠٦
رقم الفاكسميل ٣٦٤٩٥٤٩ ٠٦

**٣٤ ـ البجادية ٣٢٥**
هاتف : ٦٣٤٠٥٠٧ ٠٦
رقم الفاكسميل ٦٣٤٠٩٩٨ ٠٦

## الإدارة الإقليمية للمنطقة الغربية

رقم الإدارة ٠٠٢
الفاكسميل: ٦٤٤١٠٠٠ سنترال ٦٤٤١٠٠٠

١ ـ شارع قابل ١٠٢
هاتف : ٦٤٧٦١٩٦ ٠٢
رقم الفاكسميل ٦٤٢٠٩٣٤ ٠٢

٢ ـ طريق مكة كيلو (٢) ١١٣
هاتف : ٦٣١٤٤٩٤ ٠٢
رقم الفاكسميل ٦٣١٦٥١٤ ٠٢

٣ ـ باب شريف ١٢٣
هاتف : ٦٤٧٤٩٦٩ ٠٢
رقم الفاكسميل ٦٤٧٤٩٦٩ ٠٢

٤ ـ باب مكة ١٢٤
هاتف : ٦٤٣٣٠٤٩ ٠٢
رقم الفاكسميل ٦٤٤٧٧٩٨ ٠٢

٥ ـ الشرفية ١٥٨
هاتف : ٦٥٣٢٩١٦ ٠٢
رقم الفاكسميل ٦٥٣٣١٦٨ ٠٢

٦ ـ ش الملك عبد العزيز / جدة ١٦١
هاتف : ٦٤٤٧٦٧٤ ٠٢
رقم الفاكسميل ٦٤٣٤٠٢١ ٠٢

٧ ـ طريق الحجر ١٦٣
هاتف : ٦٣٧٢٠٦٧ ٠٢
رقم الفاكسميل ٦٣٦٧٩٩١ ٠٢

٨ ـ طريق الجامعة ١٧٦
هاتف : ٦٨٩٥٩٤٦ ٠٢
رقم الفاكسميل ٦٨٩٥٩٣٨ ٠٢

٩ ـ بني مالك ١٨٠
هاتف : ٦٧١٣٢٨٠ ٠٢
رقم الفاكسميل ٦٧١٨٨١٧ ٠٢

١٠ ـ شارع النيل ١٨٦
هاتف : ٦٤٧٩٨٦٦ ٠٢
رقم الفاكسميل ٦٤٨١٧٤٥ ٠٢

١١ ـ شارع بن لادن ١٨٩
هاتف : ٦٨٠٠٠١٤ ٠٢
رقم الفاكسميل ٦٨٠٠٣٠٠ ٠٢

١٢ ـ ش الملك فهد للسيدات ١٩١
هاتف : ٦٧١١٠٢٤ ٠٢
رقم الفاكسميل ٦٧١١٠٢٤ ٠٢

١٣ ـ الرويس ٢٠٦
هاتف : ٦٥١٨٢٧٦ ٠٢
رقم الفاكسميل ٦٥١٥٥٧٢ ٠٢

١٤ ـ شارع الإسكان الجنوبي ٢٢٢
هاتف : ٦٣٧٣١٥٩ ٠٢
رقم الفاكسميل ٦٣٦١٠٠٤ ٠٢

١٥ ـ طريق المدينة ٢٢٣
هاتف : ٦٦٥٥٨٢٢ ٠٢
رقم الفاكسميل ٦٦٥٠٧٩١ ٠٢

١٦ ـ عنيكش ٢٣٥
هاتف : ٦٧١٧٠٦٧ ٠٢
رقم الفاكسميل ٦٧١٧٠٦٧ ٠٢

١٧ ـ الهنداوية ٢٤٠
هاتف : ٦٤٧٤١٧٥ ٠٢
رقم الفاكسميل ٦٤٧٧٣١٤ ٠٢

# شركة الراجحي المصرفية للاستثمار
## شركة مساهمة سعودية

**المركز الرئيسي : ص.ب ٢٨ الرياض ١١٤١١**
**تلفون ٤٠٥٤٢٤٤ فاكس ٤٠٣٢٩٦٩**
**رقم وتاريخ التحويل : مرسوم ملكي كريم رقم م/٥٩**
**وتاريخ ١٤٠٧/١١/٣ هـ**

رأس المال المدفوع بالكامل : ٧٥٠,٠٠٠,٠٠٠ ريال سعودي
تاريخ بدء عمل الشركة : ١٤٠٨/٨/١هـ الموافق ١٩٨٨/٣/١٩م
رقم السجل التجاري : ١٠١٠ ٠٠٠٠٩٦

طبع بشركة المبيكان للطباعة والنشر ـ الهاتف : ٤٩٨٣٣٩٢ ـ الرياض

# شركة الراجحي المصرفية للاستثمار

## تقرير مجلس الإدارة الأول
## والقوائم المالية
## لعام (١٤٠٨-١٤٠٩هـ) ١٩٨٨م