UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

Civil Action No.
03 MDL 1570 (RCC)
ECF Case

**NOTICE OF MOTION**

This document relates to:

    Thomas E. Burnett, Sr., et al. v. Al Baraka Investment & Development Corp., et al., Case No. 03-CV-9849 (S.D.N.Y.)
    Federal Insurance Co., et al. v. Al Qaida, et al., Case No. 03-CV-6978 (S.D.N.Y.)
    Euro Brokers, Inc., et al. v. Al Baraka Investment and Development Corp., et al., Case No. 04-CV-07279-UA (S.D.N.Y.)
    New York Marine and General Insurance Co. v. Al Qaida, et al., Case No. 04-CV-6105 (S.D.N.Y.)
    World Trade Center Properties, LLC, et al. v. Al Baraka Investment and Development Corp., et al., Case No. 04-CV-7280 (S.D.N.Y.)

PLEASE TAKE NOTICE that, upon the Memorandum of Law submitted in support of Defendant Yousef Jameel's Motion to Dismiss dated July 18, 2005; the annexed Declaration of Viet D. Dinh in support of this Motion dated July 18, 2005; and all prior pleadings and proceedings herein, the undersigned will move this Court, before the Honorable Richard C. Casey, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an order dismissing these actions, as against Defendant Jameel, pursuant to Fed. R. Civ. P. 12(b)(2) for lack of personal jurisdiction, or, in the alternative, pursuant to Fed. R. Civ. P. 12(b)(6), for failure to state any claim upon which relief can be granted.

PLEASE TAKE FURTHER NOTICE that, pursuant to a Stipulation as to Service of Process and RICO Statements filed on June 3, 2005, any papers in opposition to this

motion must be served by Plaintiffs within forty-five days of July 18, 2005, and that any reply papers in further support of this motion must be served by Mr. Jameel within thirty days of receipt of Plaintiffs' opposing papers.

Dated: Washington, D.C.
       July 18, 2005

                                    Bancroft Associates PLLC

                                    By___/s/ Viet D. Dinh_____
                                         Viet D. Dinh (VD-1388)
                                         Pro Hac Vice (Admitted 7/20/04)
                                         A Shareholder of the Firm
                                         601 13th St., N.W.
                                         Suite No. 930 South
                                         Washington, D.C. 20005
                                         (202) 234-0090

                                    Attorney for Defendant Yousef Jameel

TO: All Counsel of Record (via ECF)