UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

Civil Action No.
03 MDL 1570 (RCC)
ECF Case

**DECLARATION OF
VIET D. DINH
IN SUPPORT OF DEFENDANT
YOUSEF JAMEEL'S
MOTION TO DISMISS**

This document relates to:

    Thomas E. Burnett, Sr., et al. v. Al Baraka Investment & Development Corp., et al., Case No. 03-CV-9849 (S.D.N.Y.)
    Federal Insurance Co., et al. v. Al Qaida, et al., Case No. 03-CV-6978 (S.D.N.Y.)
    Euro Brokers, Inc., et al. v. Al Baraka Investment and Development Corp., et al., Case No. 04-CV-07279-UA (S.D.N.Y.)
    New York Marine and General Insurance Co. v. Al Qaida, et al., Case No. 04-CV-6105 (S.D.N.Y.)
    World Trade Center Properties, LLC, et al. v. Al Baraka Investment and Development Corp., et al., Case No. 04-CV-7280 (S.D.N.Y.)

VIET D. DINH declares the following:

1.     I am a member of District of Columbia Bar, and was admitted pro hac vice on July 20, 2004 (VD-1388). I am a Shareholder of Bancroft Associates PLLC, counsel to Defendant Yousef Jameel. I submit this Declaration in support of Mr. Jameel's Motion to Dismiss, dated July 18, 2005.

2.     Attached to this Declaration are the following Exhibits:

    a.     Exhibit 1 is a copy of Yousef Jameel v. Times Newspaper Ltd., [2005] EWHC 1219 (QB), UK HCJ HQ 03 X01813.

    b.     Exhibit 2 is a copy of Statement in Open Court (June 15, 2005), in Yousef Jameel v. Times Newspapers Ltd., [2005] EWHC 1219 (QB), UK HCJ HQ 03 X01813.

2

I declare under the penalties of perjury that the forgoing is true and correct to the best of my knowledge and belief.  Executed on July 18, 2005.

                                              /s/ Viet D. Dinh
                                              VIET D. DINH