# Exhibit 2

IN THE HIGH COURT OF JUSTICE                    Case No HQ03X01813

QUEEN'S BENCH DIVISION

B E T W E E N : -

YOUSEF ABDUL LATIF JAMEEL

Claimant

- and -

TIMES NEWSPAPERS LIMITED

Defendant

---

### STATEMENT IN OPEN COURT

---

Claimant's Counsel

My Lord, in this libel case I appear on behalf of the Claimant, Yousef Jameel, who is a member of the family which owns the Abdul Latif Jameel (ALJ) Group of companies, which includes the major British car dealership, Hartwell plc. My learned friend Stephen Suttle QC appears on behalf of the Defendant which is the publisher of the Sunday Times.

On 8 June 2003, the Sunday Times published an article headed "Car tycoon 'linked' to bin Laden" accompanied by photographs of the Claimant, of a Hartwell dealership and of the Twin Towers of the World Trade Centre in flames. The article reported the fact that Mr Jameel had been added as a defendant in litigation brought in the US on behalf of victims of the 11 September terrorist attacks on New York and Washington. Mr Jameel was concerned that readers of the article may have understood it to suggest that there were reasonable grounds to suspect that he had financially supported Osama bin Laden in connection with terrorism and that he helped fund the training of the terrorists who

PCR1-230519.2

1

carried out the attacks. As a result he issued proceedings for libel against the Sunday Times.

The Sunday Times accepts Mr Jameel's assurances that he has never, financially or otherwise, supported Osama bin Laden or Al Qaeda; and, as was stated in the original article, that he was appalled by the 11 September attacks.

The Sunday Times reported that the reason Mr Jameel had been added as a defendant in the US litigation was that his name appeared on a list of wealthy Saudi Arabian businessmen, which had been found in the offices of a charity in Bosnia in March 2002. The list of names, which the US authorities described as a "handwritten draft," is believed to date from 1988, a time when Osama bin Laden's role supporting the mujahideen in Afghanistan against the Soviet army was looked on favourably by Western governments, including the US.  In a recent US court ruling the list has been described by the judge presiding over the 11 September litigation in New York as a document "with serious foundational flaws." The Judge stated that "with no indication who wrote the list, when it was written or for what purpose, the court cannot make the logical leap that the document is a list of early Al Qaeda supporters".  For his part, Mr Jameel denies that he ever made any donation either to Osama bin Laden, to Al Qaeda, to the charity in Bosnia or to anyone associated with it.

The Defendant has agreed to join in the making of this statement this morning in order to avoid any misunderstanding. In the light of this, the Claimant is satisfied that his purpose in bringing these proceedings, the vindication of his reputation, has been achieved and he has agreed not to pursue this case further.

Defendant's Solicitor

My Lord, on behalf of the Defendant, I confirm what my friend has said.  The Sunday Times took the view that, as a matter of public interest, it was entitled to report neutrally the fact that Mr Jameel had been added as a Defendant to the 11 September litigation and to explain the reasons why, according to the US lawyers acting for the plaintiffs, this had happened.  It was not the intention of the Sunday Times to give credence to the claim against Mr Jameel. The Sunday Times has never sought to maintain that Mr

Jameel had financially supported Osama bin Laden in connection with terrorism or that he helped fund the training of the terrorists who carried out the 11 September attacks. The Sunday Times accepts that the Claimant is not a supporter of Osama bin Laden or Al Qaeda and regrets if the article may have given readers a different impression.

Claimant's Solicitor

My Lord, with that the Claimant is content to let the matter rest and all that remains is for me to ask for your Lordship's permission to withdraw the record.

Dated this 15th day of June 2005

James Price QC
with Justin Rushbrooke

Instructed by
Carter-Ruck
International Press Centre
76 Shoe Lane
London EC4A 3JB
Tel: 020 7353 5005

Solicitors for the Claimant

Stephen Suttle QC
with Anthony Hudson

Instructed by
Gillian Phillips
Times Newspapers Limited
Times House
1 Pennington Street
London E98 1LG
Tel: 020 7782 5970

Solicitor for the Defendant