UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



ESTATE OF JOHN P. O'NEILL, et al.,

    Plaintiffs,

-V-

THE REPUBLIC OF IRAQ, et al.,

    Defendants.

**CERTIFICATE OF MAILING**

03MDL1570
04 CV 1076(AKH)

I, J. Michael McMahon, Clerk of Court for the Souther District of New York, do hereby certify that on the

### 15th day of July, 2005

I served the

### SUMMONS & COMPLAINT

filed and issued herein on the

### 30th day of December, 2004

by mailing by Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

\# 8507 5926 0334  \# 8507 5920 0312 .\#  8507 5920 0286

\# 8507 5920 0301  \# 8507 5920 0297 \#

*J. Michael McMahon*
CLERK

Dated: New York, NY

SPH32

## US Airbill

**8507 5920 0334**          **0215**          **FedEx Copy**

15/05   Sender's FedEx Account Number   2527-5006-0

Erry Goldman/ NG   Phone  215 569-4500

OLDMAN, JERRY S, LAW OFFICES

500 JFK BLVD STE 1411

LADELPHIA   State  PA   ZIP  19102-1749

al Billing Reference   O'Neill

e Republic of Iraq
c/o Edward Bentacourt
rector of Special Consular Services
US Department of State

2201 "C" Street

Room 4817

shington   State  DC   ZIP  20520

**8507 5920 0334**

0298563693

**466**

### 4a Express Package Service          Packages up to 150 lbs.

1 ☐ FedEx Priority Overnight          5 ☐ FedEx Standard Overnight          6 ☐ FedEx First Overnight

3 ☐ FedEx 2Day          20 ☐ FedEx Express Saver

### 4b Express Freight Service          Packages over 150 lbs.

7 ☐ FedEx 1Day Freight          8 ☐ FedEx 2Day Freight          83 ☐ FedEx 3Day Freight

### 5 Packaging

6 ☐ FedEx Envelope*          2 ☐ FedEx Pak*          3 ☐ FedEx Box          4 ☐ FedEx Tube          1 ☐ Other

### 6 Special Handling

3 ☐ SATURDAY Delivery          1 ☐ HOLD Weekday at FedEx Location          31 ☐ HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?

No ☐ 4          Yes ☐          Yes ☐          6 ☐ Dry Ice          ☐ Cargo Aircraft Only

### 7 Payment

1 ☐ Sender          2 ☐ Recipient          3 ☐ Third Party          4 ☐ Credit Card          5 ☐ Cash/Check

| Total Packages | Total Weight | Total Declared Value† | Total Charges |
|---|---|---|---|
| | | $            .00 | |

### 8 Sign to Authorize Delivery Without a Signature

SPH32

**Ex. Express** | **US Airbill**

8507 5920 0312   0215   **FedEx Copy**

7/15/05   Sender's FedEx Account Number   2529-9005-0

Jerry Goldman/ Ng   Phone 215 563-4500

GOLDMAN, JERRY S. LAW OFFICES

1500 JFK BLVD STE 1411

HILADELPHIA   State PA   ZIP 19102-1749

Internal Billing Reference   O'Neill

Islamic Republic of Iran
c/o Edward BEntacourt
Director of Special Consular Services
US Department of State

2201 "C" Street

ROOM 4817

Washington   State DC   ZIP 20520

8507 5920 0312

0278563680

**4a Express Package Service**   Packages up to 150 lbs.
☑ FedEx Priority Overnight   5 ☐ FedEx Standard Overnight   6 ☐ FedEx First Overnight
3 ☐ FedEx 2Day   20 ☐ FedEx Express Saver

**4b Express Freight Service**   Packages over 150 lbs.
7 ☐ FedEx 1Day Freight   8 ☐ FedEx 2Day Freight   03 ☐ FedEx 3Day Freight

**5 Packaging**
6 ☐ FedEx Envelope   2 ☑ FedEx Pak   3 ☐ FedEx Box   4 ☐ FedEx Tube   1 ☐ Other

**6 Special Handling**
3 ☐ SATURDAY Delivery   11 ☐ HOLD Weekday   31 ☐ HOLD Saturday
No 4 ☐   Yes ☐   Yes ☐   6 ☐ Dry Ice   ☐ Cargo Aircraft Only

**7 Payment** Bill to:
☑ Sender   2 ☐ Recipient   3 ☐ Third Party   4 ☐ Credit Card   5 ☐ Cash/Check

Total Packages   Total Weight   Total Declared Value   Total Charges

**8 Sign to Authorize Delivery Without a Signature**

466

SPH32

**FedEx** US Airbill    8507 5920 0286    0215    FedEx Copy

Express

/15/05    Sender's FedEx Account Number    2527-5906-0

Jerry S. Goldman/ NG    Phone 215 569-4500

GOLDMAN, JERRY S, LAW OFFICES

1500 JFK BLVD STE 1111

HILADELPHIA    State PA   ZIP 19102-1749

Internal Billing Reference
O'Neill

Iranian Revolutionary Guard Corp (IRGC)
c/o Edward DiRntecourt
Director of Special Consular Services
US Department of State

2201 "C" Street

Room 4817

ashington    State DC   ZIP 20520

8507 5920 0286

0298565633

466

### 4a Express Package Service    Packages up to 150 lbs.

1 ☐ FedEx Priority Overnight
5 ☒ FedEx Standard Overnight
6 ☐ FedEx First Overnight

3 ☐ FedEx 2Day    20 ☐ FedEx Express Saver

### 4b Express Freight Service    Packages over 150 lbs.

7 ☐ FedEx 1Day Freight
8 ☐ FedEx 2Day Freight
83 ☐ FedEx 3Day Freight

### 5 Packaging

6 ☐ FedEx Envelope
2 ☒ FedEx Pak
3 ☐ FedEx Box
1 ☐ FedEx Tube
1 ☐ Other

### 6 Special Handling

3 ☐ SATURDAY Delivery
1 ☐ HOLD Weekday at FedEx Location
31 ☐ HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?

☐ No   4 ☐ Yes    ☐ Yes    6 ☐ Dry Ice    ☐ Cargo Aircraft Only

### 7 Payment   Bill to:

1 ☒ Sender   2 ☐ Recipient   3 ☐ Third Party   4 ☐ Credit Card   5 ☐ Cash/Check

| Total Packages | Total Weight | Total Declared Value | Total Charges |
|---|---|---|---|
| | | $ .00 | |

### 8 Sign to Authorize Delivery Without a Signature

SPH32

**FedEx US Airbill**    8507 5920 0301    0215    FedEx Copy

7/15/05  Sender's FedEx Account Number    2529-5006-0

From  Jerry Goldman/ NG    Phone  215 567-4500

Company  GOLDMAN, JERRY S, LAW OFFICES

Address  1500 JFK BLVD STE 1411

City  PHILADELPHIA    State  PA    ZIP  19102-1749

Internal Billing Reference  O'Neill

To  Iranian Ministry of Intelligence and Security
c/o Edward Bentacourt
Director of Special Consular Services
Company  US Department of of State

Address  2201 "C" Street

Room 4817

City  Washington    State  DC    ZIP  20520

8507 5920 0301

0298563683

**4a Express Package Service**    Packages up to 150 lbs.

1 ☐ FedEx Priority Overnight
5 ☐ FedEx Standard Overnight
6 ☐ FedEx First Overnight

3 ☐ FedEx 2Day
20 ☐ FedEx Express Saver

**4b Express Freight Service**    Packages over 150 lbs.

7 ☐ FedEx 1Day Freight
8 ☐ FedEx 2Day Freight
B3 ☐ FedEx 3Day Freight

**5 Packaging**

6 ☐ FedEx Envelope    2 ☒ FedEx Pak    3 ☐ FedEx Box    4 ☐ FedEx Tube    1 ☐ Other

**6 Special Handling**

☐ SATURDAY Delivery    1 ☐ HOLD Weekday    31 ☐ HOLD Saturday

Does this shipment contain dangerous goods?

☐ No    4 ☐ Yes    ☐ Yes    6 ☐ Dry Ice

☐ Cargo Aircraft Only

**7 Payment**

1 ☒ Sender    2 ☐ Recipient    3 ☐ Third Party    4 ☐ Credit Card    5 ☐ Cash/Check

| Total Packages | Total Weight | Total Declared Value | Total Charges |
|---|---|---|---|
| | | $ .00 | |

**8 Sign to Authorize Delivery Without a Signature**

By signing you authorize us to deliver this shipment without obtaining a signature and agree to indemnify and hold us harmless from any resulting claims.

466

SPH32

**FedEx** US Airbill    8507 5920 0297    0215    FedEx Copy
Express

'15/05   Sender's FedEx
Account Number    2529-5006-0

Jerry S. Goldman/ NG   Phone 215 569-4500

GOLDMAN, JERRY S, LAW OFFICES

1500 JFK BLVD STE 1411

HILADELPHIA   State PA   ZIP 19102-1749

smal Billing Reference   O'Neill

Hezbollah a/k/a Hizballah
c/o Edward Bentacourt
irector of Special Consular Services
US Department of State

2201 "C" Street

ROOM 4817

'ashington   State DC   ZIP 20520

8507 5920 0297

0298863683

**1 Express Package Service**   *Packages up to 150 lbs.*

1 ☐ FedEx Priority Overnight   5 ☒ FedEx Standard Overnight   6 ☐ FedEx First Overnight

3 ☐ FedEx 2Day   20 ☐ FedEx Express Saver

**4b Express Freight Service**   *Packages over 150 lbs.*

7 ☐ FedEx 1Day Freight   9 ☐ FedEx 2Day Freight   87 ☐ FedEx 3Day Freight

**5 Packaging**

6 ☐ FedEx Envelope   2 ☒ FedEx Pak   3 ☐ FedEx Box   ☐ FedEx Tube   1 ☐ Other

**6 Special Handling**

3 ☐ SATURDAY Delivery   1 ☐ HOLD Weekday at FedEx Location   31 ☐ HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?

No 4 ☐   Yes ☐   Yes ☐   6 ☐ Dry Ice   ☐ Cargo Aircraft Only

**7 Payment** Bill to:

☒ Sender   2 ☐ Recipient   3 ☐ Third Party   4 ☐ Credit Card   5 ☐ Cash/Check

Total Packages   Total Weight   Total Declared Value   Total Charges

$   .00

**8 Sign to Authorize Delivery Without a Signature**

466