UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re Terrorist Attacks on September 11, 2001* | 03 MD 1570 (RCC)<br><br>ECF Case |

This document relates to:
    *Thomas Burnett, St., et al. v. Al Baraka Investment & Development Corp., et al.,* No. 03 Civ. 5738
    *Thomas Burnett, St., et al. v. Al Baraka Investment & Development Corp., et al.,* No. 03 Civ. 9849
    *Federal Insurance Co., et al. v. Al Qaida, et al.,* No. 03 Civ. 6978
    *Estate of John P. O'Neill, St., et al. v. Al Baraka., et al.,* No. 04 Civ. 1923
    *Continental Casualty Co., et al. v. Al Qaeda, et al.,* No. 04 Civ. 5970
    *New York Marine & General Insurance Co. v. Al Qaida, et al.,* No. 04 Civ. 6105
    *Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd, et al.,* No. 04 Civ. 7065
    *Euro Brokers Inc., et at., v. Al Baraka, et al.,* No. 04 Civ. 7279
    *WTC Properties LLC, et al. v. Al Baraka, et at.,* No. 04 Civ. 7280

**AFFIRMATION OF SEAN P. CARTER IN OPPOSITION TO
DUBAI ISLAMIC BANK'S MOTION TO DISMISS**

    Sean P. Carter, Esq., affirms as follows:

    1. I am an attorney admitted to practice *pro hac vice* in the above-captioned matter, and a member of the law firm Cozen O'Connor. I submit this Affirmation to transmit to the Court the following documents submitted in opposition to the Motion to Dismiss filed by defendant, Dubai Islamic Bank.

    2. Exhibit 1 of this Affirmation is a true and accurate copy of an article entitled, *U.S. Officials Say Aid for Terrorist Came Through Two Persian Gulf Nations* published by The New York Times on July 8, 1999.

3. Exhibit 2 to this Affirmation is a true and accurate copy of a report entitled, "The Economic Consequences of September 11, 2001 and the Economic Dimension of Anti-Terrorism," published by the NATO Parliamentary Assembly on November 5, 2004.

4. Exhibit 3 to this Affirmation is a true and accurate copy of an article entitled, *Emirates Looked Other Way While Al Qaeda Funds Flowed*, published by the Los Angeles Times on January 20, 2001.

5. Exhibit 4 to this Affirmation is a true and accurate copy of a report entitled, *The Forty Recommendations*, published by the Financial Action Task Force on Money Laundering on June 20, 2003 and which can be found at http://www1.oecd.org/fatf/pdf/40Recs-2003_en.pdf.

Affirmed in Philadelphia, Pennsylvania on July 26, 2005.

/s/
_____
Sean P. Carter