UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001   )   03 MDL No. 1570 (RCC)

ECF Case

This document relates to:   <u>Vadhan, et al., v. Riggs National Corporation et al.</u>,
Case No. 1:04-cv-7281

## STIPULATION AND ORDER EXTENDING TIME
## TO RESPOND AND REVISING CASE CAPTION

The parties agree to and recite the following:

1. In a Complaint filed on September 10, 2004, and an Amended Complaint filed on March 24, 2005, the Plaintiffs in the case identified above ("the <u>Vadhan</u> Action") filed suit against Riggs National Corporation ("Riggs") and Riggs Bank, N.A. ("Riggs Bank").

2. On May 13, 2005, Riggs merged with and into The PNC Financial Services Group, Inc. ("PNC"), and PNC thereby became the legal successor to Riggs.

3. The parties have entered stipulations extending the times for the defendants to answer or otherwise respond to the Complaint and no defendant has answered or otherwise responded.

4. On June 14, 2005, pursuant to a Resolution Agreement among the parties, all of the plaintiffs in the <u>Vadhan</u> Action, except plaintiff April Gallop, filed a Notice of Voluntary Dismissal which dismissed the <u>Vadhan</u> Action against defendants with prejudice and without costs.

5. Because Ms. Gallop did not join in the Notice of Voluntary Dismissal, she is the only remaining plaintiff in the <u>Vadhan</u> Action.

6. The law firm of Motley Rice LLC represents Ms. Gallop for purposes of this Stipulation, but Motley Rice anticipates withdrawing from this case and anticipates Ms. Gallop will retain new counsel in connection with the Vadhan Action.

7. The parties stipulate and agree that defendants' time to answer or otherwise respond to the Amended Complaint in the Vadhan Action is extended to September 1, 2005.

8. Because Ms. Gallop is the only remaining plaintiff in this case, the parties agree that the caption of the case should be revised to identify the case as follows: <u>April Gallop v. Riggs National Corporation et al.</u>, Case No. 1:04-cv-7281.

Dated: July 12, 2005

| MOTLEY RICE LLC | STEPTOE & JOHNSON LLP |
|---|---|
| Attorneys for April Gallop | Attorneys for Defendants |
| By: Michael Elsner | By: Christopher T. Lutz |
| 28 Bridgeside Blvd | 1330 Connecticut Ave. NW |
| Mt. Pleasant, SC 29464 | Washington, D.C. 20036 |

So Ordered: _____
Richard C. Casey U.S.D.J.

Dated: July 26, 2005