USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-26-05

(AJET/S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*

*Estate of John P. O'Neill, Sr., on behalf John P. O'Neill, Sr., deceased, and on behalf of decedent's heirs-at-law, et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 04-CV-1923

## STIPULATION AND ORDER SETTING THE SCHEDULE FOR BANCA DEL GOTTARDO TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiffs and for Defendant Banca Del Gottardo, subject to the approval of the Court as follows:

Plaintiffs shall serve their RICO Statement concerning Banca Del Gottardo, as required by Paragraph 7 of the Court's Standing Rules of Practice and in Paragraph 14 of Case Management Order No. 2, by September 1, 2005.

Defendant shall move to dismiss or otherwise respond to Plaintiffs' Second Amended Complaint on or before October 3, 2005.

Plaintiffs shall serve their opposition to Defendant's motion to dismiss in response on or before November 3, 2005.

Defendant shall file reply papers, if any, on or before December 1, 2005.

IT IS FURTHER STIPULATED AND AGREED that Defendant hereby waives any and all affirmative defenses, objections, privileges, immunities and arguments relating to insufficiency of process and insufficiency of service of process (except for any based on the

Service Cut-Off Date provided under Paragraph 11 of Case Management Order No. 2), but preserves any and all other defenses, objections, privileges, immunities and arguments available to it.

Respectfully submitted,

SONNENSCHEIN NATH & ROSENTHAL LLP

Dated: 7/18/00

By: *[signature]*
Martin R. Gold (MG 6528)
Martin Schwartz (MS 4227)
Monica Pa (MP 3307)
1221 Avenue of the Americas
New York, NY 10020
Tel. No. (212) 768-6700
Fax No. (212) 768-6800

*Attorney for Defendant Banca Del Gottardo*

LAW OFFICES OF JERRY S. GOLDMAN & ASSOCIATES, P.C.

Dated: 7/2/[?]

By: *[signature]*
Jerry S. Goldman (JG 8445)
111 Broadway, 13th Floor
New York, NY 10006
Phone: 212-242-2232
Facsimile: 212-346-4665

*Attorney for Plaintiffs*

SO ORDERED:

*[signature]*
RICHARD CONWAY CASEY, U.S.D.J.

Dated: July 26, 2005