07/15/2005 FRI 13:59 FAX 2026260093 BANCROFTASSOCIATES ☒002/004

Case 1:03-md-01570-GBD-SN   Document 1072   Filed 07/27/05   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 7-27-05

**BANCROFT ASSOCIATES PLLC**
601 Thirteenth Street, N.W.
Suite 930 South
Washington, D.C. 20005
telephone 202 234 0090
facsimile 202 234 2806

July 15, 2005

**VIA FACSIMILE**
The Honorable Richard C. Casey
United States District Court
 for the Southern District of New York
500 Pearl Street, Room 1350
New York, New York 10007-1312

Re:   In Re Terrorist Attacks on September 11, 2001, 03 MDL 1570 (RCC)
      Burnett v. Al Baraka Investment and Development, et al., 03 CV 9849 (RCC)

Dear Judge Casey:

With the Court's indulgence, we write on behalf of Yousef Jameel concerning Ms. Jodi Flowers' letter to the Court dated June 24, 2005. That letter provided ambiguous answers to the Court's clear order, relating to supplemental documents in the above-referenced case, "to specifically identify when each document was received in plaintiffs' custody." Hearing Tr. 6, June 14, 2005.

Ms. Flowers identified the date on which plaintiffs received every document except one. That one document, referred to as "Attachment E," purportedly is an FBI witness interview of Jamal Al Fadl. Concerning this document, Ms. Flowers stated that it "was received in October of 2004." Any date in October 2004 precedes the close of briefing, when Mr. Jameel filed his reply papers on December 19, 2004. The specific date on which the document was received in October would be relevant, however, if the Court wishes to know whether plaintiffs possessed it when they filed their opposition papers on October 18, 2004.

Additionally, Ms. Flowers' letter is ambiguous as to whether agents for the Plaintiffs, Messrs. Brisard and Kohlmann, were in possession of Attachment E prior to October 2004. The Court may wish confirmation that the date that plaintiffs provide is the earliest date on which either plaintiffs' counsel or their agents possessed the document.

Ms. Flowers has refused our request for clarification, as the attached correspondence attests. We apologize for the need to trouble the Court, but respectfully request the Court's assistance in effectuating its June 14, 2005, order. Specifically we request that Plaintiffs identify the exact date that Exhibit E first came into their possession or the possession of their agents, including Messrs. Brisard and Kohlmann.

Respectfully,

Viet D. Dinh

cc:   All Counsel of Record

Application granted

July 27, 2005

Richard Casey