UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL 1570 (RCC)<br>ECF CASE |

*This document also relates to:*

    *Estate of O'Neill, et al. v. The Republic of Iraq, et al.*, Case No. 04 CV 1076 (RCC) (S.D.N.Y.)

    *Estate of O'Neill, et al. v. Al Baraka, et al.*, Case No. 04 CV 1923 (RCC) (S.D.N.Y.)

**DEFENDANTS MARTIN WACHTER, ERWIN WACHTER,
SERCOR TREUHAND ANSTALT AND ASAT TRUST REG.'S
MOTION TO DISMISS**

    NOW APPEAR Defendants Martin Wachter, Erwin Wachter, Secor Treuhand Anstalt, and Asat Trust Reg., by and through the undersigned counsel, without submitting to the jurisdiction of this

Honorable Court, and move for the dismissal of the claims against them. A memorandum of points and authorities is submitted herewith.

                                                  Respectfully submitted,

                                                  _____/s/_____
                                                  Barry Coburn
                                                  Trout Cacheris PLLC
                                                  1350 Connecticut Avenue, Northwest
                                                  Third Floor
                                                  Washington, DC 20036
                                                  202-466-3030

                                                  Lisa Fishberg
                                                  Schertler & Onorato LLP
                                                  1140 Connecticut Avenue, Northwest
                                                  Suite 1140
                                                  Washington, DC 20036
                                                  202-628-4199

                                                  *Attorneys for Defendants*
                                                  *Martin Wachter, Erwin Wachter,*
                                                  *Sercor Treuhand Anstalt and*
                                                  *Asat Trust Reg.*