IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: TERRORIST ATTACKS OF SEPTEMBER 11, 2001 | ) ) ) ) ) | 03 MDL 1570 (RCC)<br><br>04 CV 1076<br>04 CV 1923 |

## STATEMENT OF DELAYED FILING

COMES NOW, Lisa Freiman Fishberg, counsel for Defendants Martin Wachter, Erwin Wachter, Secor Treuhand Anstalt, and Asat Trust Reg., and hereby states as follows:

On August 1, 2005, I repeatedly attempted to file via ECF the Defendants' Motion to Dismiss. The Court's ECF site was experiencing technical difficulties, and I was unable to log on and file Defendants' Motion. At approximately 4:00 p.m. on August 1, 2005, the Court posted a notice on its website that the ECF server was down and would not be restored until 8:00 a.m. on August 2, 2005. I notified Plaintiffs' counsel of this problem and they consented to the submission of our filing on August 2, 2005.

August 2, 2005

Respectfully submitted,

/s/

Lisa Freiman Fishberg (SDNY #LF6946)
SCHERTLER & ONORATO, LLP
1140 Connecticut Avenue, NW
Suite 1140
Washington, DC  20036
Ph. (202) 628-4199
Fax (202) 628-4177
Email:  lfishberg@schertlerlaw.com