UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| ) | | |
| **IN RE TERRORIST ATTACKS** ) | **03 MDL 1570 (RCC)** | |
| **ON SEPTEMBER 11, 2001** ) | **ECF CASE** | |
| ) | | |

*This document also relates to:*

> *Estate of O'Neill, et al. v. The Republic of Iraq, et al.*, Case No. 04 CV 1076 (RCC) (S.D.N.Y.)

> *Estate of O'Neill, et al. v. Al Baraka, et al.*, Case No. 04 CV 1923 (RCC) (S.D.N.Y.)

**DEFENDANTS MARTIN WACHTER, ERWIN WACHTER,
SERCOR TREUHAND ANSTALT AND ASAT TRUST REG.'S
MOTION TO DISMISS**

NOW APPEAR Defendants Martin Wachter, Erwin Wachter, Secor Treuhand Anstalt, and Asat Trust Reg., by and through the undersigned counsel, without submitting to the jurisdiction of this

Honorable Court, and move for the dismissal of the claims against them. A memorandum of points and authorities is submitted herewith.

>	Respectfully submitted,
>
>	_____/s/_____
>	Barry Coburn
>	Trout Cacheris PLLC
>	1350 Connecticut Avenue, Northwest
>	Third Floor
>	Washington, DC 20036
>	202-466-3030
>
>	Lisa Fishberg
>	Schertler & Onorato LLP
>	1140 Connecticut Avenue, Northwest
>	Suite 1140
>	Washington, DC 20036
>	202-628-4199
>
>	*Attorneys for Defendants*
>	*Martin Wachter, Erwin Wachter,*
>	*Sercor Treuhand Anstalt and*
>	*Asat Trust Reg.*