

(AJST/S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

This document relates to: *New York Marine and General Insurance Company v. Al Qaida et al.*
04 CV 06105 (RCC) (S.D.N.Y.)

### STIPULATION OF DISMISSAL OF MOHAMMED HUSSEIN AL AMOUDI

PLEASE TAKE NOTICE that, through counsel, plaintiff, New York Marine and General Insurance Company, and defendant, Mohammed Hussein Al Amoudi, have agreed to and hereby stipulate to the dismissal of defendant, Mohammed Hussein Al Amoudi, without prejudice, each side to bear its own attorney's fees, costs and expenses.

Respectfully submitted,

BROWN GAVALAS & FROMM LLP

By: _____
Frank J. Rubino, Jr.
355 Lexington Avenue
New York, New York 10017

*Attorneys for Plaintiff*

AKIN, GUMP, STRAUSS, HAUR & FELD, LLP

By: _____
Mark J. MacDougall, Esq.
Nicole H. Sprinzen, Esq.
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036

*Attorneys for Defendant*

SO ORDERED:

_____
RICHARD CONWAY CASEY, U.S.D.J.

Dated: August 3, 2005