08/01/2005 12:42 FAX

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8-3-05

☒004

(AJET)S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) ECF Case |
|---|---|

This document relates to:
  Federal Insurance Co., et al. v. Al Qaida, et al., Case No. 03-CV-6978 (S.D.N.Y.)
  Kathleen Ashton, et al v. Al Qaeda Islamic Army, et al. Case No. 1:02-6977 (S.D.N.Y.)
  Thomas E. Burnett, Sr., et al. v. Al Baraka Investment & Development Corp., et al., Case No. 03-CV-9849 (S.D.N.Y.)
  Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al., Case No. 04-CV-05970-UA (S.D.N.Y.)
  Euro Brokers, Inc., et al. v. Al Baraka Investment and Development Corp., et al., Case No. 04-CV-07279-UA (S.D.N.Y.)
  New York Marine and General Insurance Co. v. Al Qaida, et al., Case No. 04-CV-6105 (S.D.N.Y.)
  World Trade Center Properties, LLC, et al. v. Al Baraka Investment and Development Corporation, et al., Case No. 04-CV-7280 (S.D.N.Y.)

## STIPULATION AS TO SERVICE OF PROCESS AND EXTENSION OF TIME TO RESPOND TO COMPLAINTS CONSOLIDATED UNDER MDL 1570

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs in all of the above-referenced cases consolidated under 03 MDL 1570 and Defendant Ibrahim Bin Abdul Aziz Al Ibrahim Foundation ("Al Ibrahim Foundation"), by and through their undersigned counsel, that the undersigned Defendant's counsel hereby accepts service of the Complaints in each of the cases referenced above, on behalf of the Al Ibrahim Foundation.

IT IS FURTHER HEREBY STIPULATED AND AGREED that Plaintiffs pursuing claims for relief under the Racketeer Influenced and Corrupt Organizations Act ("RICO") shall serve their respective RICO Statements concerning the Al Ibrahim Foundation, on or before September 2, 2005.

08/01/2005 12:43 FAX    ☒ 005

IT IS FURTHER HEREBY STIPULATED AND AGREED that the time for the Al Ibrahim Foundation to answer or otherwise respond to the Complaint in each of the cases referenced above, shall be on or before October 4, 2005.

IT IS FURTHER HEREBY STIPULATED AND AGREED that the Plaintiffs' response to the Al Ibrahim Foundation's responsive pleading, if any, shall be served within sixty days of receipt of same from defendant's counsel, and that defendant shall file reply papers, if any, within thirty days of receipt of plaintiffs' opposing papers.

IT IS FURTHER HEREBY STIPULATED AND AGREED that the Al Ibrahim Foundation hereby waives any and all affirmative defenses, objections, privileges, immunities and arguments relating to service of process in each of the cases referenced above, but preserves any and all other defenses, objections, privileges, immunities and arguments available to it.

Respectfully submitted.

COZEN O'CONNOR

By: _____
Sean P. Carter
J. Scott Tarbutton
1900 Market Street
Philadelphia, PA 19103

*Attorneys for Federal Insurance Plaintiffs and Liaison Counsel to Plaintiffs' Executive Committee*

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: _____
James J. McGuire
Timothy J. McCarthy
Daniel L. Brown
30 Rockefeller Plaza, Suite 2400
New York, NY 10112

2

08/01/2005 12:43 FAX                                                                          ☒006

*Attorneys for Defendant Ibrahim Bin Abdul Aziz Al Ibrahim Foundation*

**SO ORDERED:**

*[signature]*
RICHARD CONWAY CASEY, U.S.D.J.

Dated: August 3, 2005

PHILA1\230487\1 117430.000

3