## Gina MacNeill

**From:** NYSD_ECF_Pool@nysd.uscourts.gov

**Sent:** Wednesday, March 16, 2005 11:31 AM

**To:** Courtmail@nysd.uscourts.gov

**Subject:** Activity in Case 1:04-cv-01923-RCC Estate of John P.O'Neill, Sr. v. Al Baraka Investment and Development Corporation et al "Clerk Certificate of Mailing Received"

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### Southern District of New York

Notice of Electronic Filing

The following transaction was received from ps, entered on 3/16/2005 at 11:30 AM EST and filed on 2/28/2005

| | |
|---|---|
| **Case Name:** | Estate of John P.O'Neill, Sr. v. Al Baraka Investment and Development Corporation et al |
| **Case Number:** | 1:04-cv-1923 |
| **Filer:** | |
| **Document Number:** | |

**Docket Text:**
CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Second Amended Complaint mailed to Dr. Frank Zindel on 2/28/05 by Registered Mail # RB 632 969 795, RECEIVED ON: 3/11/05. (ps, )

The following document(s) are associated with this transaction:

**1:04-cv-1923 Notice will be electronically mailed to:**

Roger Paul Alford     roger.alford@pepperdine.edu,

Joshua M. Ambush     ,

Paul R. Dubinsky     pdubinsky@nyls.edu,

Jerry Stephen Goldman     jgoldman@goldmanlawyers.com,

Gina Marie Mac Neill     gmacneill@goldmanlawyers.com,

**1:04-cv-1923 Notice will be delivered by other means to:**

## Gina MacNeill

**From:** NYSD_ECF_Pool@nysd.uscourts.gov

**Sent:** Wednesday, March 23, 2005 11:16 AM

**To:** Courtmail@nysd.uscourts.gov

**Subject:** Activity in Case 1:04-cv-07281-RCC Vadhan et al v. Riggs National Corporation et al "Clerk Certificate of Mailing Received"

***NOTE TO PUBLIC ACCESS USERS\*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## Southern District of New York

Notice of Electronic Filing

The following transaction was received from ps, entered on 3/23/2005 at 11:15 AM EST and filed on 2/28/2005

**Case Name:** In Re: Terrorist Attacks on September 11, 2001
**Case Number:** 1:03-md-1570
**Filer:**
**Document Number:**
**Case Name:** Ashton, et al v. Al Qaeda Islamic, et al
**Case Number:** 1:02-cv-6977
**Filer:**
**Document Number:**
**Case Name:** Tremsky, et al v. Laden, et al
**Case Number:** 1:02-cv-7300
**Filer:**
**Document Number:**
**Case Name:** Salvo, et al v. Al Qaeda Islamic, et al
**Case Number:** 1:03-cv-5071
**Filer:**
**Document Number:**
**Case Name:** Burnett, et al v. Al Baraka Investment
**Case Number:** 1:03-cv-5738
**Filer:**
**Document Number:**
**Case Name:** Federal Insurance, et al v. Al Qaida, et al
**Case Number:** 1:03-cv-6978
**Filer:**
**Document Number:**
**Case Name:** Barrera, et al v. Al Qaeda Islamic, et al
**Case Number:** 1:03-cv-7036
**Filer:**

**Document Number:**
**Case Name:** Vigilant Insurance, et al v. Kingdom of Saudi, et al
**Case Number:** 1:03-cv-8591
**Filer:**

**Document Number:**
**Case Name:** Havlish v. Bin-Laden
**Case Number:** 1:03-cv-9848
**Filer:**

**Document Number:**
**Case Name:** Burnett v. Al Baraka Investment & Development Corp.
**Case Number:** 1:03-cv-9849
**Filer:**

**Document Number:**
**Case Name:** O'Neill v. The Republic of Iraq
**Case Number:** 1:04-cv-1076
**Filer:**

**Document Number:**
**Case Name:** Esate of John P. O'Neill, Sr. et al v. Kingdom of Saudi Arabia et al
**Case Number:** 1:04-cv-1922
**Filer:**

**Document Number:**
**Case Name:** Estate of John P.O'Neill, Sr. v. Al Baraka Investment and Development Corporation et al
**Case Number:** 1:04-cv-1923
**Filer:**
**Document Number:**
**Case Name:** Continental Casualty Comapny v. Al Qaeda Islamic Army
**Case Number:** 1:04-cv-5970
**Filer:**

**Document Number:**
**Case Name:** New York Marine and General Insurance Company v. Al Qaida, et al
**Case Number:** 1:04-cv-6105
**Filer:**

**Document Number:**
**Case Name:** Cantor Fitzgerald Associates, L.P. v. Akida Investment Co., Ltd.
**Case Number:** 1:04-cv-7065
**Filer:**

**Document Number:**
**Case Name:** Pacific Employers Insurance Company et al v. Kingdom of Saudi Arabia et al
**Case Number:** 1:04-cv-7216
**Filer:**

**Document Number:**
**Case Name:** Euro Brokers Inc. et al v. Al Baraka Investment and Development Corporation et al
**Case Number:** 1:04-cv-7279

**Filer:**
**Document Number:**

**Case Name:** World Trade Center Properties, L.L.C. et al v. Al Baraka Investment and Development Corporation et al

**Case Number:** 1:04-cv-7280

**Filer:**
**Document Number:**

**Case Name:** Vadhan et al v. Riggs National Corporation et al

**Case Number:** 1:04-cv-7281

**Filer:**
**Document Number:**

**Docket Text:**
CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Second Amended Complaint mailed to Engelbert Schreiber, Schrieber and Zindel on 2/28/05 by Registered Mail # RB 632 969 852, RECEIVED ON: 3/18/05. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC,1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC,1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(ps, )

The following document(s) are associated with this transaction:

## 1:03-md-1570 Notice will be electronically mailed to:

Joshua M. Ambush    ,

Dean Arnold    dean@nbmlaw.com,

Bonnie K. Arthur    barthur@hunton.com,

Steven Karl Barentzen    steven.barentzen@dlapiper.com,

Michel F. Baumeister    mbaumeister@baumeisterlaw.com

Christopher J. Beal    cris.beal@dlapiper.com

Mitchell Rand Berger    mberger@pattonboggs.com, bthomas@pattonboggs.com

Lynne A. Bernabei    lbernabei@aol.com

Adam C. Bonin    abonin@cozen.com,

David William Bowker !    david.bowker@wilmerhale.com

E. Michael Bradley    embradley@jonesday.com

## Gina MacNeill

**From:** NYSD_ECF_Pool@nysd.uscourts.gov

**Sent:** Wednesday, March 23, 2005 11:02 AM

**To:** Courtmail@nysd.uscourts.gov

**Subject:** Activity in Case 1:04-cv-07281-RCC Vadhan et al v. Riggs National Corporation et al "Clerk Certificate of Mailing Received"

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## Southern District of New York

Notice of Electronic Filing

The following transaction was received from ps, entered on 3/23/2005 at 11:01 AM EST and filed on 2/28/2005

**Case Name:** In Re: Terrorist Attacks on September 11, 2001
**Case Number:** 1:03-md-1570
**Filer:**
**Document Number:**

**Case Name:** Ashton, et al v. Al Qaeda Islamic, et al
**Case Number:** 1:02-cv-6977
**Filer:**
**Document Number:**

**Case Name:** Tremsky, et al v. Laden, et al
**Case Number:** 1:02-cv-7300
**Filer:**
**Document Number:**

**Case Name:** Salvo, et al v. Al Qaeda Islamic, et al
**Case Number:** 1:03-cv-5071
**Filer:**
**Document Number:**

**Case Name:** Burnett, et al v. Al Baraka Investment
**Case Number:** 1:03-cv-5738
**Filer:**
**Document Number:**

**Case Name:** Federal Insurance, et al v. Al Qaida, et al
**Case Number:** 1:03-cv-6978
**Filer:**
**Document Number:**

**Case Name:** Barrera, et al v. Al Qaeda Islamic, et al
**Case Number:** 1:03-cv-7036
**Filer:**

**Document Number:**

| | |
|---|---|
| **Case Name:** | Vigilant Insurance, et al v. Kingdom of Saudi, et al |
| **Case Number:** | 1:03-cv-8591 |
| **Filer:** | |

**Document Number:**

| | |
|---|---|
| **Case Name:** | Havlish v. Bin-Laden |
| **Case Number:** | 1:03-cv-9848 |
| **Filer:** | |

**Document Number:**

| | |
|---|---|
| **Case Name:** | Burnett v. Al Baraka Investment & Development Corp. |
| **Case Number:** | 1:03-cv-9849 |
| **Filer:** | |

**Document Number:**

| | |
|---|---|
| **Case Name:** | O'Neill v. The Republic of Iraq |
| **Case Number:** | 1:04-cv-1076 |
| **Filer:** | |

**Document Number:**

| | |
|---|---|
| **Case Name:** | Esate of John P. O'Neill, Sr. et al v. Kingdom of Saudi Arabia et al |
| **Case Number:** | 1:04-cv-1922 |
| **Filer:** | |

**Document Number:**

| | |
|---|---|
| **Case Name:** | Estate of John P.O'Neill, Sr. v. Al Baraka Investment and Development Corporation et al |
| **Case Number:** | 1:04-cv-1923 |
| **Filer:** | |

**Document Number:**

| | |
|---|---|
| **Case Name:** | Continental Casualty Comapny v. Al Qaeda Islamic Army |
| **Case Number:** | 1:04-cv-5970 |
| **Filer:** | |

**Document Number:**

| | |
|---|---|
| **Case Name:** | New York Marine and General Insurance Company v. Al Qaida, et al |
| **Case Number:** | 1:04-cv-6105 |
| **Filer:** | |

**Document Number:**

| | |
|---|---|
| **Case Name:** | Cantor Fitzgerald Associates, L.P. v. Akida Investment Co., Ltd. |
| **Case Number:** | 1:04-cv-7065 |
| **Filer:** | |

**Document Number:**

| | |
|---|---|
| **Case Name:** | Pacific Employers Insurance Company et al v. Kingdom of Saudi Arabia et al |
| **Case Number:** | 1:04-cv-7216 |
| **Filer:** | |

**Document Number:**

| | |
|---|---|
| **Case Name:** | Euro Brokers Inc. et al v. Al Baraka Investment and Development Corporation et al |
| **Case Number:** | 1:04-cv-7279 |

| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | World Trade Center Properties, L.L.C. et al v. Al Baraka Investment and Development Corporation et al |
| **Case Number:** | 1:04-cv-7280 |
| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | Vadhan et al v. Riggs National Corporation et al |
| **Case Number:** | 1:04-cv-7281 |
| **Filer:** | |
| **Document Number:** | |

**Docket Text:**
CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Second Amended Complaint mailed to Engelbert Schrieber on 2/28/05 by Registered Mail # RB 632 969 804, RECEIVED ON: 3/18/05. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC,1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC,1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(ps, )

The following document(s) are associated with this transaction:

### 1:03-md-1570 Notice will be electronically mailed to:

Joshua M. Ambush  ,

Dean Arnold    dean@nbmlaw.com,

Bonnie K. Arthur    barthur@hunton.com,

Steven Karl Barentzen    steven.barentzen@dlapiper.com,

Michel F. Baumeister    mbaumeister@baumeisterlaw.com

Christopher J. Beal    cris.beal@dlapiper.com

Mitchell Rand Berger    mberger@pattonboggs.com, bthomas@pattonboggs.com

Lynne A. Bernabei    lbernabei@aol.com

Adam C. Bonin    abonin@cozen.com,

David William Bowker !    david.bowker@wilmerhale.com

E. Michael Bradley    embradley@jonesday.com

## Gina MacNeill

**From:** NYSD_ECF_Pool@nysd.uscourts.gov

**Sent:** Wednesday, March 23, 2005 11:07 AM

**To:** Courtmail@nysd.uscourts.gov

**Subject:** Activity in Case 1:04-cv-07281-RCC Vadhan et al v. Riggs National Corporation et al "Clerk Certificate of Mailing Received"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### Southern District of New York

Notice of Electronic Filing

The following transaction was received from ps, entered on 3/23/2005 at 11:06 AM EST and filed on 2/28/2005

| | |
|---|---|
| **Case Name:** | In Re: Terrorist Attacks on September 11, 2001 |
| **Case Number:** | 1:03-md-1570 |
| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | Ashton, et al v. Al Qaeda Islamic, et al |
| **Case Number:** | 1:02-cv-6977 |
| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | Tremsky, et al v. Laden, et al |
| **Case Number:** | 1:02-cv-7300 |
| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | Salvo, et al v. Al Qaeda Islamic, et al |
| **Case Number:** | 1:03-cv-5071 |
| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | Burnett, et al v. Al Baraka Investment |
| **Case Number:** | 1:03-cv-5738 |
| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | Federal Insurance, et al v. Al Qaida, et al |
| **Case Number:** | 1:03-cv-6978 |
| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | Barrera, et al v. Al Qaeda Islamic, et al |
| **Case Number:** | 1:03-cv-7036 |
| **Filer:** | |

**Document Number:**
**Case Name:**      Vigilant Insurance, et al v. Kingdom of Saudi, et al
**Case Number:**    1:03-cv-8591
**Filer:**

**Document Number:**
**Case Name:**      Havlish v. Bin-Laden
**Case Number:**    1:03-cv-9848
**Filer:**

**Document Number:**
**Case Name:**      Burnett v. Al Baraka Investment & Development Corp.
**Case Number:**    1:03-cv-9849
**Filer:**

**Document Number:**
**Case Name:**      O'Neill v. The Republic of Iraq
**Case Number:**    1:04-cv-1076
**Filer:**

**Document Number:**
**Case Name:**      Esate of John P. O'Neill, Sr. et al v. Kingdom of Saudi Arabia et al
**Case Number:**    1:04-cv-1922
**Filer:**

**Document Number:**
**Case Name:**      Estate of John P.O'Neill, Sr. v. Al Baraka Investment and Development Corporation et al
**Case Number:**    1:04-cv-1923
**Filer:**

**Document**
**Number:**
**Case Name:**      Continental Casualty Comapny v. Al Qaeda Islamic Army
**Case Number:**    1:04-cv-5970
**Filer:**

**Document Number:**
**Case Name:**      New York Marine and General Insurance Company v. Al Qaida, et al
**Case Number:**    1:04-cv-6105
**Filer:**

**Document Number:**
**Case Name:**      Cantor Fitzgerald Associates, L.P. v. Akida Investment Co., Ltd.
**Case Number:**    1:04-cv-7065
**Filer:**

**Document Number:**
**Case Name:**      Pacific Employers Insurance Company et al v. Kingdom of Saudi Arabia et al
**Case Number:**    1:04-cv-7216
**Filer:**

**Document Number:**
**Case Name:**      Euro Brokers Inc. et al v. Al Baraka Investment and Development Corporation et al
**Case Number:**    1:04-cv-7279

**Filer:**
**Document Number:**
**Case Name:** World Trade Center Properties, L.L.C. et al v. Al Baraka Investment and Development Corporation et al
**Case Number:** 1:04-cv-7280
**Filer:**
**Document Number:**
**Case Name:** Vadhan et al v. Riggs National Corporation et al
**Case Number:** 1:04-cv-7281
**Filer:**
**Document Number:**

### Docket Text:
CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Second Amended Complaint mailed to Engelbert Schrieber, Jr., Schreiber and Zindel on 2/28/05 by Registered Mail # RB 632 969 835, RECEIVED ON: 3/18/05. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC,1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC,1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(ps, )

The following document(s) are associated with this transaction:

### 1:03-md-1570 Notice will be electronically mailed to:

Joshua M. Ambush    ,

Dean Arnold    dean@nbmlaw.com,

Bonnie K. Arthur    barthur@hunton.com,

Steven Karl Barentzen    steven.barentzen@dlapiper.com,

Michel F. Baumeister    mbaumeister@baumeisterlaw.com

Christopher J. Beal    cris.beal@dlapiper.com

Mitchell Rand Berger    mberger@pattonboggs.com, bthomas@pattonboggs.com

Lynne A. Bernabei    lbernabei@aol.com

Adam C. Bonin    abonin@cozen.com,

David William Bowker !    david.bowker@wilmerhale.com

E. Michael Bradley    embradley@jonesday.com

8/8/2005

## Gina MacNeill

**From:** NYSD_ECF_Pool@nysd.uscourts.gov

**Sent:** Wednesday, March 23, 2005 11:05 AM

**To:** Courtmail@nysd.uscourts.gov

**Subject:** Activity in Case 1:04-cv-07281-RCC Vadhan et al v. Riggs National Corporation et al "Clerk Certificate of Mailing Received"

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### Southern District of New York

Notice of Electronic Filing

The following transaction was received from ps, entered on 3/23/2005 at 11:03 AM EST and filed on 2/28/2005

**Case Name:**        In Re: Terrorist Attacks on September 11, 2001

**Case Number:**    1:03-md-1570

**Filer:**

**Document Number:**

**Case Name:**        Ashton, et al v. Al Qaeda Islamic, et al

**Case Number:**    1:02-cv-6977

**Filer:**

**Document Number:**

**Case Name:**        Tremsky, et al v. Laden, et al

**Case Number:**    1:02-cv-7300

**Filer:**

**Document Number:**

**Case Name:**        Salvo, et al v. Al Qaeda Islamic, et al

**Case Number:**    1:03-cv-5071

**Filer:**

**Document Number:**

**Case Name:**        Burnett, et al v. Al Baraka Investment

**Case Number:**    1:03-cv-5738

**Filer:**

**Document Number:**

**Case Name:**        Federal Insurance, et al v. Al Qaida, et al

**Case Number:**    1:03-cv-6978

**Filer:**

**Document Number:**

**Case Name:**        Barrera, et al v. Al Qaeda Islamic, et al

**Case Number:**    1:03-cv-7036

**Filer:**

**Document Number:**
**Case Name:** Vigilant Insurance, et al v. Kingdom of Saudi, et al
**Case Number:** 1:03-cv-8591
**Filer:**

**Document Number:**
**Case Name:** Havlish v. Bin-Laden
**Case Number:** 1:03-cv-9848
**Filer:**

**Document Number:**
**Case Name:** Burnett v. Al Baraka Investment & Development Corp.
**Case Number:** 1:03-cv-9849
**Filer:**

**Document Number:**
**Case Name:** O'Neill v. The Republic of Iraq
**Case Number:** 1:04-cv-1076
**Filer:**

**Document Number:**
**Case Name:** Esate of John P. O'Neill, Sr. et al v. Kingdom of Saudi Arabia et al
**Case Number:** 1:04-cv-1922
**Filer:**

**Document Number:**
**Case Name:** Estate of John P.O'Neill, Sr. v. Al Baraka Investment and Development Corporation et al
**Case Number:** 1:04-cv-1923
**Filer:**

**Document Number:**
**Case Name:** Continental Casualty Comapny v. Al Qaeda Islamic Army
**Case Number:** 1:04-cv-5970
**Filer:**

**Document Number:**
**Case Name:** New York Marine and General Insurance Company v. Al Qaida, et al
**Case Number:** 1:04-cv-6105
**Filer:**

**Document Number:**
**Case Name:** Cantor Fitzgerald Associates, L.P. v. Akida Investment Co., Ltd.
**Case Number:** 1:04-cv-7065
**Filer:** .

**Document Number:**
**Case Name:** Pacific Employers Insurance Company et al v. Kingdom of Saudi Arabia et al
**Case Number:** 1:04-cv-7216
**Filer:**

**Document Number:** .
**Case Name:** Euro Brokers Inc. et al v. Al Baraka Investment and Development Corporation et al
**Case Number:** 1:04-cv-7279

**Filer:**
**Document Number:**

**Case Name:** World Trade Center Properties, L.L.C. et al v. Al Baraka Investment and Development Corporation et al

**Case Number:** 1:04-cv-7280
**Filer:**
**Document Number:**
**Case Name:** Vadhan et al v. Riggs National Corporation et al
**Case Number:** 1:04-cv-7281
**Filer:**
**Document Number:**

**Docket Text:**
CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Second Amended Complaint mailed to Schreiber and Zindel on 2/28/05 by Registered Mail # RB 632 969 818, RECEIVED ON: 3/18/05. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC,1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC,1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(ps, )

The following document(s) are associated with this transaction:

**1:03-md-1570 Notice will be electronically mailed to:**

Joshua M. Ambush ,

Dean Arnold   dean@nbmlaw.com,

Bonnie K. Arthur   barthur@hunton.com,

Steven Karl Barentzen   steven.barentzen@dlapiper.com,

Michel F. Baumeister   mbaumeister@baumeisterlaw.com

Christopher J. Beal   cris.beal@dlapiper.com

Mitchell Rand Berger   mberger@pattonboggs.com, bthomas@pattonboggs.com

Lynne A. Bernabei   lbernabei@aol.com

Adam C. Bonin   abonin@cozen.com,

David William Bowker !   david.bowker@wilmerhale.com

E. Michael Bradley   embradley@jonesday.com

## Gina MacNeill

**From:** NYSD_ECF_Pool@nysd.uscourts.gov

**Sent:** Wednesday, March 16, 2005 11:38 AM

**To:** Courtmail@nysd.uscourts.gov

**Subject:** Activity in Case 1:04-cv-01076-RCC O'Neill v. The Republic of Iraq "Clerk Certificate of Mailing Received"

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### Southern District of New York

Notice of Electronic Filing

The following transaction was received from ps, entered on 3/16/2005 at 11:38 AM EST and filed on 2/28/2005

**Case Name:** O'Neill v. The Republic of Iraq
**Case Number:** 1:04-cv-1076
**Filer:**
**Document Number:**

**Docket Text:**
CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Second Amended Complaint mailed to Dr. Frank Zindel on 2/28/05 by Registered Mail # RB 632 969 680, RECEIVED ON: 3/11/05. (ps, )

The following document(s) are associated with this transaction:

**1:04-cv-1076 Notice will be electronically mailed to:**

Roger Paul Alford    roger.alford@pepperdine.edu,

Joshua M. Ambush    ,

Joshua M. Ambush    joshua@ambushlaw.com,

Paul R. Dubinsky    pdubinsky@nyls.edu,

Jerry Stephen Goldman    jgoldman@goldmanlawyers.com,

Gina Marie Mac Neill    gmacneill@goldmanlawyers.com,

**1:04-cv-1076 Notice will be delivered by other means to:**

**Gina MacNeill**

**From:** NYSD_ECF_Pool@nysd.uscourts.gov

**Sent:** Wednesday, March 23, 2005 1:18 PM

**To:** Courtmail@nysd.uscourts.gov

**Subject:** Activity in Case 1:04-cv-07281-RCC Vadhan et al v. Riggs National Corporation et al "Clerk Certificate of Mailing Received"

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

## U.S. District Court

## Southern District of New York

Notice of Electronic Filing

The following transaction was received from ps, entered on 3/23/2005 at 1:16 PM EST and filed on 2/28/2005

**Case Name:**       In Re: Terrorist Attacks on September 11, 2001

**Case Number:**    1:03-md-1570

**Filer:**

**Document Number:**

**Case Name:**       Ashton, et al v. Al Qaeda Islamic, et al

**Case Number:**    1:02-cv-6977

**Filer:**

**Document Number:**

**Case Name:**       Tremsky, et al v. Laden, et al

**Case Number:**    1:02-cv-7300

**Filer:**

**Document Number:**

**Case Name:**       Salvo, et al v. Al Qaeda Islamic, et al

**Case Number:**    1:03-cv-5071

**Filer:**

**Document Number:**

**Case Name:**       Burnett, et al v. Al Baraka Investment

**Case Number:**    1:03-cv-5738

**Filer:**

**Document Number:**

**Case Name:**       Federal Insurance, et al v. Al Qaida, et al

**Case Number:**    1:03-cv-6978

**Filer:**

**Document Number:**

**Case Name:**       Barrera, et al v. Al Qaeda Islamic, et al

**Case Number:**    1:03-cv-7036

**Filer:**

**Document Number:**

**Case Name:** Vigilant Insurance, et al v. Kingdom of Saudi, et al

**Case Number:** 1:03-cv-8591

**Filer:**

**Document Number:**

**Case Name:** Havlish v. Bin-Laden

**Case Number:** 1:03-cv-9848

**Filer:**

**Document Number:**

**Case Name:** Burnett v. Al Baraka Investment & Development Corp.

**Case Number:** 1:03-cv-9849

**Filer:**

**Document Number:**

**Case Name:** O'Neill v. The Republic of Iraq

**Case Number:** 1:04-cv-1076

**Filer:**

**Document Number:**

**Case Name:** Esate of John P. O'Neill, Sr. et al v. Kingdom of Saudi Arabia et al

**Case Number:** 1:04-cv-1922

**Filer:**

**Document Number:**

**Case Name:** Estate of John P.O'Neill, Sr. v. Al Baraka Investment and Development Corporation et al

**Case Number:** 1:04-cv-1923

**Filer:**

**Document Number:**

**Case Name:** Continental Casualty Comapny v. Al Qaeda Islamic Army

**Case Number:** 1:04-cv-5970

**Filer:**

**Document Number:**

**Case Name:** New York Marine and General Insurance Company v. Al Qaida, et al

**Case Number:** 1:04-cv-6105

**Filer:**

**Document Number:**

**Case Name:** Cantor Fitzgerald Associates, L.P. v. Akida Investment Co., Ltd.

**Case Number:** 1:04-cv-7065

**Filer:**

**Document Number:**

**Case Name:** Pacific Employers Insurance Company et al v. Kingdom of Saudi Arabia et al

**Case Number:** 1:04-cv-7216

**Filer:**

**Document Number:**

**Case Name:** Euro Brokers Inc. et al v. Al Baraka Investment and Development Corporation et al

**Case Number:** 1:04-cv-7279

**Filer:**
**Document
Number:**

**Case Name:** World Trade Center Properties, L.L.C. et al v. Al Baraka Investment and Development Corporation et al

**Case Number:** 1:04-cv-7280

**Filer:**
**Document
Number:**

**Case Name:** Vadhan et al v. Riggs National Corporation et al

**Case Number:** 1:04-cv-7281

**Filer:**
**Document Number:**

**Docket Text:**
CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Second Amended Complaint mailed to Engelbert Schreiber, Schreiber and Zindel on 2/28/05 by Registered Mail # RB 632 969 755, RECEIVED ON: 3/18/05. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC,1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC,1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(ps, )

The following document(s) are associated with this transaction:

**1:03-md-1570 Notice will be electronically mailed to:**

Joshua M. Ambush    ,

Dean Arnold    dean@nbmlaw.com,

Bonnie K. Arthur    barthur@hunton.com,

Steven Karl Barentzen    steven.barentzen@dlapiper.com,

Michel F. Baumeister    mbaumeister@baumeisterlaw.com

Christopher J. Beal    cris.beal@dlapiper.com

Mitchell Rand Berger    mberger@pattonboggs.com, bthomas@pattonboggs.com

Lynne A. Bernabei    lbernabei@aol.com

Adam C. Bonin    abonin@cozen.com,

David William Bowker !    david.bowker@wilmerhale.com

E. Michael Bradley    embradley@jonesday.com

**From:** NYSD_ECF_Pool@nysd.uscourts.gov

**Sent:** Wednesday, March 23, 2005 1:07 PM

**To:** Courtmail@nysd.uscourts.gov

**Subject:** Activity in Case 1:04-cv-07281-RCC Vadhan et al v. Riggs National Corporation et al "Clerk Certificate of Mailing Received"

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

### Southern District of New York

Notice of Electronic Filing

The following transaction was received from ps, entered on 3/23/2005 at 1:06 PM EST and filed on 2/28/2005

**Case Name:**      In Re: Terrorist Attacks on September 11, 2001

**Case Number:**    1:03-md-1570

**Filer:**

**Document Number:**

**Case Name:**      Ashton, et al v. Al Qaeda Islamic, et al

**Case Number:**    1:02-cv-6977

**Filer:**

**Document Number:**

**Case Name:**      Tremsky, et al v. Laden, et al

**Case Number:**    1:02-cv-7300

**Filer:**

**Document Number:**

**Case Name:**      Salvo, et al v. Al Qaeda Islamic, et al

**Case Number:**    1:03-cv-5071

**Filer:**

**Document Number:**

**Case Name:**      Burnett, et al v. Al Baraka Investment

**Case Number:**    1:03-cv-5738

**Filer:**

**Document Number:**

**Case Name:**      Federal Insurance, et al v. Al Qaida, et al

**Case Number:**    1:03-cv-6978

**Filer:**

**Document Number:**

**Case Name:**      Barrera, et al v. Al Qaeda Islamic, et al

**Case Number:**    1:03-cv-7036

**Filer:**

**Document Number:**
**Case Name:** Vigilant Insurance, et al. v. Kingdom of Saudi, et al
**Case Number:** 1:03-cv-8591
**Filer:**
**Document Number:**
**Case Name:** Havlish v. Bin-Laden
**Case Number:** 1:03-cv-9848
**Filer:**
**Document Number:**
**Case Name:** Burnett v. Al Baraka Investment & Development Corp.
**Case Number:** 1:03-cv-9849
**Filer:**
**Document Number:**
**Case Name:** O'Neill v. The Republic of Iraq
**Case Number:** 1:04-cv-1076
**Filer:**
**Document Number:**
**Case Name:** Esate of John P. O'Neill, Sr. et al v. Kingdom of Saudi Arabia et al
**Case Number:** 1:04-cv-1922
**Filer:**
**Document Number:**
**Case Name:** Estate of John P.O'Neill, Sr. v. Al Baraka Investment and Development Corporation et al
**Case Number:** 1:04-cv-1923
**Filer:**
**Document Number:**
**Case Name:** Continental Casualty Comapny v. Al Qaeda Islamic Army
**Case Number:** 1:04-cv-5970
**Filer:**
**Document Number:**
**Case Name:** New York Marine and General Insurance Company v. Al Qaida, et al
**Case Number:** 1:04-cv-6105
**Filer:**
**Document Number:**
**Case Name:** Cantor Fitzgerald Associates, L.P. v. Akida Investment Co., Ltd.
**Case Number:** 1:04-cv-7065
**Filer:**
**Document Number:**
**Case Name:** Pacific Employers Insurance Company et al v. Kingdom of Saudi Arabia et al
**Case Number:** 1:04-cv-7216
**Filer:**
**Document Number:**
**Case Name:** Euro Brokers Inc. et al v. Al Baraka Investment and Development Corporation et al
**Case Number:** 1:04-cv-7279

**Filer:**
**Document Number:**

**Case Name:** World Trade Center Properties, L.L.C. et al v. Al Baraka Investment and Development Corporation et al

**Case Number:** 1:04-cv-7280
**Filer:**
**Document Number:**
**Case Name:** Vadhan et al v. Riggs National Corporation et al
**Case Number:** 1:04-cv-7281
**Filer:**
**Document Number:**

**Docket Text:**
CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Second Amended Complaint mailed to Engelbert Schreiber on 2/28/05 by Registered Mail # RB 632 969 702, RECEIVED ON: 3/18/05. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC,1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC,1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(ps, )

The following document(s) are associated with this transaction:

**1:03-md-1570 Notice will be electronically mailed to:**

Joshua M. Ambush ,

Dean Arnold    dean@nbmlaw.com,

Bonnie K. Arthur    barthur@hunton.com,

Steven Karl Barentzen    steven.barentzen@dlapiper.com,

Michel F. Baumeister    mbaumeister@baumeisterlaw.com

Christopher J. Beal    cris.beal@dlapiper.com

Mitchell Rand Berger    mberger@pattonboggs.com, bthomas@pattonboggs.com

Lynne A. Bernabei    lbernabei@aol.com

Adam C. Bonin    abonin@cozen.com,

David William Bowker !    david.bowker@wilmerhale.com

E. Michael Bradley    embradley@jonesday.com

**Gina MacNeill**

**From:** NYSD_ECF_Pool@nysd.uscourts.gov

**Sent:** Wednesday, March 23, 2005 1:15 PM

**To:** Courtmail@nysd.uscourts.gov

**Subject:** Activity in Case 1:04-cv-07281-RCC Vadhan et al v. Riggs National Corporation et al "Clerk Certificate of Mailing Received"

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

### Southern District of New York

Notice of Electronic Filing

The following transaction was received from ps, entered on 3/23/2005 at 1:14 PM EST and filed on 2/28/2005

| | |
|---|---|
| **Case Name:** | In Re: Terrorist Attacks on September 11, 2001 |
| **Case Number:** | 1:03-md-1570 |
| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | Ashton, et al v. Al Qaeda Islamic, et al |
| **Case Number:** | 1:02-cv-6977 |
| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | Tremsky, et al v. Laden, et al |
| **Case Number:** | 1:02-cv-7300 |
| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | Salvo, et al v. Al Qaeda Islamic, et al |
| **Case Number:** | 1:03-cv-5071 |
| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | Burnett, et al v. Al Baraka Investment |
| **Case Number:** | 1:03-cv-5738 |
| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | Federal Insurance, et al v. Al Qaida, et al |
| **Case Number:** | 1:03-cv-6978 |
| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | Barrera, et al v. Al Qaeda Islamic, et al |
| **Case Number:** | 1:03-cv-7036 |
| **Filer:** | |

**Document Number:**
**Case Name:** Vigilant Insurance, et al v. Kingdom of Saudi, et al
**Case Number:** 1:03-cv-8591
**Filer:**

**Document Number:**
**Case Name:** Havlish v. Bin-Laden
**Case Number:** 1:03-cv-9848
**Filer:**

**Document Number:**
**Case Name:** Burnett v. Al Baraka Investment & Development Corp.
**Case Number:** 1:03-cv-9849
**Filer:**

**Document Number:**
**Case Name:** O'Neill v. The Republic of Iraq
**Case Number:** 1:04-cv-1076
**Filer:**

**Document Number:**
**Case Name:** Esate of John P. O'Neill, Sr. et al v. Kingdom of Saudi Arabia et al
**Case Number:** 1:04-cv-1922
**Filer:**

**Document Number:**
**Case Name:** Estate of John P.O'Neill, Sr. v. Al Baraka Investment and Development Corporation et al
**Case Number:** 1:04-cv-1923
**Filer:**

**Document Number:**
**Case Name:** Continental Casualty Comapny v. Al Qaeda Islamic Army
**Case Number:** 1:04-cv-5970
**Filer:**

**Document Number:**
**Case Name:** New York Marine and General Insurance Company v. Al Qaida, et al
**Case Number:** 1:04-cv-6105
**Filer:**

**Document Number:**
**Case Name:** Cantor Fitzgerald Associates, L.P. v. Akida Investment Co., Ltd.
**Case Number:** 1:04-cv-7065
**Filer:**

**Document Number:**
**Case Name:** Pacific Employers Insurance Company et al v. Kingdom of Saudi Arabia et al
**Case Number:** 1:04-cv-7216
**Filer:**

**Document Number:**
**Case Name:** Euro Brokers Inc. et al v. Al Baraka Investment and Development Corporation et al
**Case Number:** 1:04-cv-7279

| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | World Trade Center Properties, L.L.C. et al v. Al Baraka Investment and Development Corporation et al |
| **Case Number:** | 1:04-cv-7280 |
| **Filer:** | |
| **Document Number:** | |
| **Case Name:** | Vadhan et al v. Riggs National Corporation et al |
| **Case Number:** | 1:04-cv-7281 |
| **Filer:** | |
| **Document Number:** | |

**Docket Text:**

CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Second Amended Complaint mailed to Engelbert Schreiber Jr., Schreiber and Zinel on 2/28/05 by Registered Mail # RB 632 969 747, RECEIVED ON: 3/18/05. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC,1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC,1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(ps, )

The following document(s) are associated with this transaction:

**1:03-md-1570 Notice will be electronically mailed to:**

Joshua M. Ambush ,

Dean Arnold    dean@nbmlaw.com,

Bonnie K. Arthur    barthur@hunton.com,

Steven Karl Barentzen    steven.barentzen@dlapiper.com,

Michel F. Baumeister    mbaumeister@baumeisterlaw.com

Christopher J. Beal    cris.beal@dlapiper.com

Mitchell Rand Berger    mberger@pattonboggs.com, bthomas@pattonboggs.com

Lynne A. Bernabei    lbernabei@aol.com

Adam C. Bonin    abonin@cozen.com,

David William Bowker !    david.bowker@wilmerhale.com

E. Michael Bradley    embradley@jonesday.com

## Gina MacNeill

**From:** NYSD_ECF_Pool@nysd.uscourts.gov

**Sent:** Wednesday, March 23, 2005 1:09 PM

**To:** Courtmail@nysd.uscourts.gov

**Subject:** Activity in Case 1:04-cv-07281-RCC Vadhan et al v. Riggs National Corporation et al "Clerk Certificate of Mailing Received"

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### Southern District of New York

Notice of Electronic Filing

The following transaction was received from ps, entered on 3/23/2005 at 1:08 PM EST and filed on 2/28/2005

**Case Name:** In Re: Terrorist Attacks on September 11, 2001
**Case Number:** 1:03-md-1570
**Filer:**
**Document Number:**
**Case Name:** Ashton, et al v. Al Qaeda Islamic, et al
**Case Number:** 1:02-cv-6977
**Filer:**
**Document Number:**
**Case Name:** Tremsky, et al v. Laden, et al
**Case Number:** 1:02-cv-7300
**Filer:**
**Document Number:**
**Case Name:** Salvo, et al v. Al Qaeda Islamic, et al
**Case Number:** 1:03-cv-5071
**Filer:**
**Document Number:**
**Case Name:** Burnett, et al v. Al Baraka Investment
**Case Number:** 1:03-cv-5738
**Filer:**
**Document Number:**
**Case Name:** Federal Insurance, et al v. Al Qaida, et al
**Case Number:** 1:03-cv-6978
**Filer:**
**Document Number:**
**Case Name:** Barrera, et al v. Al Qaeda Islamic, et al
**Case Number:** 1:03-cv-7036
**Filer:**

**Document Number:**
**Case Name:** Vigilant Insurance, et al v. Kingdom of Saudi, et al
**Case Number:** 1:03-cv-8591
**Filer:**
**Document Number:**
**Case Name:** Havlish v. Bin-Laden
**Case Number:** 1:03-cv-9848
**Filer:**
**Document Number:**
**Case Name:** Burnett v. Al Baraka Investment & Development Corp.
**Case Number:** 1:03-cv-9849
**Filer:**
**Document Number:**
**Case Name:** O'Neill v. The Republic of Iraq
**Case Number:** 1:04-cv-1076
**Filer:**
**Document Number:**
**Case Name:** Esate of John P. O'Neill, Sr. et al v. Kingdom of Saudi Arabia et al
**Case Number:** 1:04-cv-1922
**Filer:**
**Document Number:**
**Case Name:** Estate of John P.O'Neill, Sr. v. Al Baraka Investment and Development Corporation et al
**Case Number:** 1:04-cv-1923
**Filer:**
**Document Number:**
**Case Name:** Continental Casualty Comapny v. Al Qaeda Islamic Army
**Case Number:** 1:04-cv-5970
**Filer:**
**Document Number:**
**Case Name:** New York Marine and General Insurance Company v. Al Qaida, et al
**Case Number:** 1:04-cv-6105
**Filer:**
**Document Number:**
**Case Name:** Cantor Fitzgerald Associates, L.P. v. Akida Investment Co., Ltd.
**Case Number:** 1:04-cv-7065
**Filer:**
**Document Number:**
**Case Name:** Pacific Employers Insurance Company et al v. Kingdom of Saudi Arabia et al
**Case Number:** 1:04-cv-7216
**Filer:**
**Document Number:**
**Case Name:** Euro Brokers Inc. et al v. Al Baraka Investment and Development Corporation et al
**Case Number:** 1:04-cv-7279

**Filer:**
**Document Number:**
**Case Name:** World Trade Center Properties, L.L.C. et al v. Al Baraka Investment and Development Corporation et al
**Case Number:** 1:04-cv-7280
**Filer:**
**Document Number:**
**Case Name:** Vadhan et al v. Riggs National Corporation et al
**Case Number:** 1:04-cv-7281
**Filer:**
**Document Number:**

**Docket Text:**
CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Second Amended Complaint mailed to Schreiber and Zindel on 2/28/05 by Registered Mail # RB 632 969 716, RECEIVED ON: 3/18/05. Filed In Associated Cases: 1:03-md-01570-RCC,1:02-cv-06977-RCC,1:02-cv-07300-RCC-FM,1:03-cv-05071-RCC,1:03-cv-05738-RCC,1:03-cv-06978-RCC,1:03-cv-07036-RCC,1:03-cv-08591-RCC,1:03-cv-09848-RCC,1:03-cv-09849-RCC,1:04-cv-01076-RCC,1:04-cv-01922-RCC,1:04-cv-01923-RCC,1:04-cv-05970-RCC,1:04-cv-06105-RCC,1:04-cv-07065-RCC,1:04-cv-07216-RCC,1:04-cv-07279-RCC,1:04-cv-07280-RCC,1:04-cv-07281-RCC(ps, )

The following document(s) are associated with this transaction:

**1:03-md-1570 Notice will be electronically mailed to:**

Joshua M. Ambush    ,

Dean Arnold    dean@nbmlaw.com,

Bonnie K. Arthur    barthur@hunton.com,

Steven Karl Barentzen    steven.barentzen@dlapiper.com,

Michel F. Baumeister    mbaumeister@baumeisterlaw.com

Christopher J. Beal    cris.beal@dlapiper.com

Mitchell Rand Berger    mberger@pattonboggs.com, bthomas@pattonboggs.com

Lynne A. Bernabei    lbernabei@aol.com

Adam C. Bonin    abonin@cozen.com,

David William Bowker !    david.bowker@wilmerhale.com

E. Michael Bradley    embradley@jonesday.com

8/8/2005