**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks of September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*

*New York Marine and General Insurance Company v. Al Qaida, et al.*, 04-CV-5970 (RCC)

### DEFENDANT MAR-JAC POULTRY, INC.'S, MOTION TO DISMISS

Defendant Mar-Jac Poultry hereby respectfully moves this Court for an order dismissing Plaintiff New York Marine and General Insurance Company's complaint against Defendant, pursuant to Federal Rule of Civil Procedure 12(b)(6). A memorandum of law accompanies this Motion.

Respectfully submitted, August 10, 2005.

/s/ Wilmer Parker
_____
Wilmer Parker (WP-1376)
GILLEN PARKER & WITHERS LLC
 (Admitted *pro hac vice*)
3490 Piedmont Road, N.E.
Suite 1050
Atlanta, Georgia 30305
Phone: 404.842.9700
Fax:     404.842.9750

*Counsel for Mar-Jac Poultry, Inc.*

**AFFIDAVIT OF SERVICE**

The undersigned hereby certifies that the foregoing Defendant Mar-Jac Poultry, Inc.'s Motion to Dismiss has this day been filed on the Court's Electronic Case Filing (ECF) System, and that copies have been served on all parties who are registered ECF filing users. Copies will be sent to all parties who are not ECF filing users by United States mail.

This 10th day of August, 2005.

/s/ Wilmer Parker
_____
Wilmer Parker (WP-1376)
GILLEN PARKER & WITHERS LLC
 (Admitted *pro hac vice*)
3490 Piedmont Road, N.E.
Suite 1050
Atlanta, Georgia 30305
Phone: 404.842.9700
Fax:    404.842.9750

*Counsel for Mar-Jac Poultry, Inc.*