# LAW OFFICES OF
# JERRY S. GOLDMAN & ASSOCIATES, P.C.

A NEW YORK PROFESSIONAL CORPORATION DULY QUALIFIED TO TRANSACT
BUSINESS WITHIN THE COMMONWEALTH OF PENNSYLVANIA

TWO PENN CENTER PLAZA • SUITE 1411
1500 JFK BOULEVARD
PHILADELPHIA, PA 19102
TEL: 215.569.4500 • FAX: 215.569.8899

111 BROADWAY • 13TH FLOOR
NEW YORK, NY 10006
TEL: 212.242.2232 • FAX: 212.346.4665

3109 STIRLING ROAD • SUITE 101
FORT LAUDERDALE, FL 33312
TEL: 954.981.6533 • FAX: 954.989.8068

GINA M. MAC NEILL
DIRECT DIAL: 215.569.4500 ext. 25
gmacneill@goldmanlawyers.com
Admitted to: PA & NJ

MEMO ENDORSED



Reply To: PHILADELPHIA

August 5, 2005

**By Hand**

Honorable Richard Conway Casey
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1350
New York, New York 10007-1312

      **Re:**   *In re Terrorist Attacks on September 11, 2001*
            **03 MDL 1570 (RCC)**
            *Estate of John P. O'Neill, et al. v. Al Baraka, et al.*
            **04 CV 1923 (RCC)**
            *Estate of John P. O'Neill, et al. v. Repblic of Iraq, et al.*
            **04 CV 1076 (RCC)**

Dear Judge Casey:

    Counsel respectfully requests that the Court endorse a mutually agreed upon extension of time for Plaintiffs to respond to Defendants', Schreiber & Zindel, Frank Zindel, Engelbert Schreiber, and Engelbert Schreiber, Jr., Motion to Dismiss.

    Counsel for Plaintiffs and Defendants entered into a stipulation setting forth a briefing schedule which was approved by the Court on May 5, 2005. On July 1, 2005, the Court approved a stipulation, relating specifically to *Estate of John P. O'Neill, et al. v. Republic of Iraq, et al.*, permitting and setting forth a time for the Defendants to file an Amended Motion to Dismiss, based upon the Plaintiffs filing of a Third Amended Complaint, and extending the time for Plaintiffs to respond. Subsequently, on July 11, 2005, the Court approved an Order setting forth the Plaintiffs' date to respond to the Motion to Dismiss, specifically relating to *Estate of John P. O'Neill, et al. v. Al Baraka, et al.,* whereby creating analogous briefing schedules for both of the O'Neill cases.

    On August 3, 2005, Plaintiffs contacted the Defendants' counsel and requested an extension of time to respond to Defendants Motion to Dismiss. On August 4, 2005, Defendants agreed to extend the due date until Tuesday, August 9, 2005. Plaintiffs agreed upon that date.

**LAW OFFICES OF JERRY S. GOLDMAN & ASSOCIATES, P.C.**

August 5, 2005
Page 2

    We respectfully request that the court endorse the extension of time for the Plaintiffs to respond to the Defendants Motion to Dismiss until Tuesday, August 9, 2005.

                                    Very truly yours,

                                    LAW OFFICES OF JERRY S. GOLDMAN &
                                    ASSOCIATES, P.C.

                             By: *[signature]*
                                  GINA M. MAC NEILL, ESQUIRE

Enc. a/s
cc: Jerry S. Goldman, Esquire
     To All Counsel of Record

*Application granted*
*8/9/05*
*[signature] Richard Conway*