Sent By: BROWN GAVALAS FROMM LLP;    2129835948;    Aug-4-05 10:00AM;    Page 2/3

CASE 15

ECF

## THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL 1570 (RCC) |
| Relates to: | |
| New York Marine and General Insurance Company, et al., | 04 CV 6105 (RCC) |
| v. | |
| Al-Qaida, et al., | |

### STIPULATION FOR DISMISSAL WITH PREJUDICE
### OF DEFENDANT SAMI OMAR AL-HUSSAYEN

David Z. Nevin (DN2615)
Scott McKay (SM5930)
Sheryl L. Musgrove (SLM5293)
NEVIN BENJAMIN & MCKAY LLP
303 West Bannock
P.O. Box 2772
Boise, ID 83701
Telephone: 208-343-1000
Facsimile: 208-345-8274

Joshua L. Dratel (JLD4037)
JOSHUA L. DRATEL, P.C.
14 Wall Street, 28th Floor
New York, NY 10005
Telephone: 212-732-0707
Facsimile: 212-571-6341

Attorneys for Defendant Sami Omar Al-Hussayen

July 29, 2005

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/10/05

Sent By: BROWN GAVALAS FROMM LLP;    2129835946;    Aug-4-05 10:01AM;    Page 3/3

The Plaintiffs, through their attorney Mr. Frank J. Rubino, Jr., Brown Gavalas & Fromm, LLP, and the Defendant Sami Omar Al-Hussayen, through his attorney Mr. David Z. Nevin, Nevin Benjamin & McKay LLP, hereby stipulate that Sami Omar Al-Hussayen shall be dismissed with prejudice as a defendant in this case. Each of the parties shall bear their own costs and attorney's fees.

DATED this 3rd day of August, 2005.

NEVIN, BENJAMIN & MCKAY LLP

_____
David Z. Nevin (DN2615)
Attorneys for Defendant Sami Omar Al-Hussayen

BROWN, GAVALAS & FROMM LLP

_____
Frank J. Rubino, Jr. (FR-6442)
Attorneys for Plaintiffs in *New York Marine and General Ins. Co. v. Al Qaida;* 04-CV-6105 (RCC)

1 - STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT SAMI OMAR AL-HUSSAYEN

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL 1570 (RCC) |
| Relates to: | |
| New York Marine and General Insurance Company, *et al.*, | 04 CV 6105 (RCC) |
| v. | |
| Al Qaida, *et al.*, | |

## ORDER FOR DISMISSAL WITH PREJUDICE
## OF DEFENDANT SAMI OMAR AL-HUSSAYEN

The Court has reviewed the parties' Stipulation for Dismissal with Prejudice of Sami Omar Al-Hussayen. Based on the Stipulation IT IS HEREBY ORDERED that Sami Omar Al-Hussayen is dismissed with prejudice as a Defendant in the present case.

IT IS SO ORDERED, this 9th day of August, 2005.

_____
Honorable Richard C. Casey

1 • ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT
    SAMI OMAR AL-HUSSAYEN