UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Estate of John P. O'Neill., et al<br>Plaintiff<br><br>-V-<br><br>The Republic of Iraq., et al<br>Defendants.. | **CERTIFICATE OF MAILING**<br><br>04 C. 1076 (RCC) |

I, J. Michael McMahon, Clerk of Court for the Souther District of New York, do hereby certify that on the

**June 17, 2005**

I served the

**SUMMONS**
**COMPLAINT**
**NOTICE OF SUIT**
**CERTIFICATE OF AUTHENTICITY**

Pursuant to the foreign sovereign immunities act (28 U.S.C. §1608(a)(4), filed and issued herein on the
Dec. 20, 2004

by mailing by Registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, N.Y., a copy of each, thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

RR# 700/ 2510 0005 6700 4361            #_____

J. Michael McMahon
CLERK

Dated: New York, NY

7. Mohammed Baqer Zolqadr, Iranian Revolutionary Guards Corp. Deputy Commander Brig. Gen.

Each of these defendants are to be served at the Iranian Ministry of Foreign Affairs, United Nations Street, Tehran, Iran.

The Republic of Iraq is to be served by the State Department via the U.S. Embassy in Baghdad at the place and in the manner of their choosing.

Enclosed you will find two complete sets of documents for each defendant, one for service and one for the court's file. The documents include a complaint in English, and a translated complaint with verification in Farsi for the Iranian defendants and Arabic for the Iraqi defendant; Notice of Suit in English and a summons in English and the respective

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

WASHINGTON, DC 20520

| | |
|---|---|
| Postage | $ 5.30 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.35 |

UNIT ID: 0004
Postmark Here
Clerk: KSJJJP
06/17/05

Sent To: Edward Betancourt, Director of Special Consular Services, U.S. Dept. of State, 2100 Pennsylvania Ave., N.W., 4th Fl, Wash., D.C. 20520

7001 2510 0005 6700 4361

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

A. Signature: X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery: 6/24/05
D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

W. Court, [illegible] Caroline
ATE
[illegible] Ave., NW
D.C. 20520

3. Service Type: ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

7001 2510 0005 6700 4361