UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Estate of John P. O'Neill., et al
           Plaintiff,

-V-

The Republic of Iraq., et al
           Defendants..

**CERTIFICATE OF MAILING**

04 C. 1076 (RCC)

I, J. Michael McMahon, Clerk of Court for the Souther District of New York, do hereby certify that on the

**June 17, 2005**

I served the

**SUMMONS
COMPLAINT
NOTICE OF SUIT
CERTIFICATE OF AUTHENTICITY**

Pursuant to the foreign sovereign immunities act (28 U.S.C. §1608(a)(4), filed and issued herein on the
Dec. 20, 2004

by mailing by Registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, N.Y., a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

RR# 7m1 0360 0003 1064 1457      #

                                        J. Michael McMahon
                                        CLERK

Dated: New York, NY

7. Mohammed Baqer Zolqadr, Iranian Revolutionary Guards Corp. Deputy Commander Brig. Gen.

Each of these defendants are to be served at the Iranian Ministry of Foreign Affairs, United Nations Street, Tehran, Iran.

The Republic of Iraq is to be served by the State Department via the U.S. Embassy in Baghdad at the place and in the manner of their choosing.

Enc.

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

WASHINGTON, DC 20520

| | |
|---|---|
| Postage | $ 5.30 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.35 |

Postmark Here
Clerk: KSJJJP
06/17/05
UNIT ID: 0004

Sent To: Edward Betancourt, Director of Special
Street, Apt. No.: Consular Services
or PO Box No.: U.S. Dept. of State, 2100 Pennsylvania Ave
City, State, ZIP+4: Wash DC 20520

PS Form 3800, January 2001    See Reverse for Instructions

7001 0360 0003 1064 1457

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery: 6-24-05

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

Betancourt
of Special
Services
of State
sylvania Ave,
N.W.
29)
D.C. 20520

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

7001 0360 0003 1064 1457

PS Form 3811, February 2004    Domestic Return Receipt