UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Estate of John P. O'Neill., et al
                    Plaintiff,

                    -V-

The Republic of Iraq., et al

                    Defendants.,

**CERTIFICATE OF MAILING**

04 C. 1076 (RCC)

I, J. Michael McMahon, Clerk of Court for the Souther District of New York, do hereby certify that on the

### June 17, 2005

I served the

**SUMMONS
COMPLAINT
NOTICE OF SUIT
CERTIFICATE OF AUTHENTICITY**

Pursuant to the foreign sovereign immunities act (28 U.S.C. §1608(a)(4), filed and issued herein on the
Dec. 20, 2004

by mailing by Registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, N.Y., a copy of each thereof, securely enclosed in a post-paid wrapper addressed to.

See attached for listing of Defendants

RR# 7001 0360 0003 1064 1471           #_____

J. Michael McMahon
CLERK

Dated: New York, NY

7. Mohammed Baqer Zolqadr, Iranian Revolutionary Guards Corp. Deputy Commander Brig. Gen.

Each of these defendants are to be served at the Iranian Ministry of Foreign Affairs, United Nations Street, Tehran, Iran.

The Republic of Iraq is to be served by the State Department via the U.S. Embassy in [Baghdad of its choosing.]

En[closed please find a copy of the] defendant[...] complaint[...]

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

WASHINGTON, DC 20520        UNIT ID: 0004

| | |
|---|---|
| Postage | $ 5.30 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.35 |

Postmark Here
Clerk: KSJJJP
06/17/05

Sent To: Edward Betancourt, Director of Special
Street, Apt. No.: Consular Services
or PO Box No.: Dept. of State, 2100 Pennsylvania Ave
City, State, ZIP+4: Wash., DC 20520  4th Fl NW

PS Form 3800, January 2001    See Reverse for Instructions

7001 0360 0003 1064 1471

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   Ed Betancourt
   = Special
   Services
   of State
   (Pennsylvania Ave
   #9) N.W.
   Wash., DC 20520

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery 6/24/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number: 7001 0360 0003 1064 1471

PS Form 3811    Domestic Return Receipt    102595-02-M-1540

Joshua M. Ambush