UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Estate of John P. O'Neill., et al
                    Plaintiff,

            -V-

The Republic of Iraq., et al
                    Defendants.

**CERTIFICATE OF MAILING**

04 C. 1076 (RCC)

I, J. Michael McMahon, Clerk of Court for the Souther District of New York, do hereby certify that on the

**June 17, 2005**

I served the

**SUMMONS
COMPLAINT
NOTICE OF SUIT
CERTIFICATE OF AUTHENTICITY**

Pursuant to the foreign sovereign immunities act (28 U.S.C. §1608(a)(4), filed and issued herein on the
Dec. 20, 2004

by mailing by Registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, N.Y., a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

RR# 7001 0360 0003 1064 1488        #_____

                                          J. Michael McMahon
                                                 CLERK

Dated: New York, NY

7. Mohammed Baqer Zolqadr, Iranian Revolutionary Guards Corp. Deputy Commander Brig. Gen.

Each of these defendants are to be served at the Iranian Ministry of Foreign Affairs, United Nations Street, Tehran, Iran.

The Republic of Iraq is to be served by the State Department via the U.S. Embassy in Baghdad at the place and in the manner of their choosing.

Enclosed you will find two complete sets of documents for each defendant, one for service and one for the court's file. The documents include a complaint in...

---

**U.S. Postal Service CERTIFIED MAIL RECEIPT** (Domestic Mail Only; No Insurance)

WASHINGTON, DC 20520

- Postage: $ 5.30
- Certified Fee: 2.30
- Return Receipt Fee (Endorsement Required): 1.75
- Restricted Delivery Fee (Endorsement Required):
- Total Postage & Fees: $ 9.35

Sent To: Edward Betancourt, Dir
Street, Apt. No.: Sp. Services - M S D
or PO Box No.: 2100 Pennsylvania...
City, State, ZIP+4: Wash., D.C. 205

PS Form 3800, January 2001

7001 0360 0003 1064 1488

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Edward A. Betancourt
Director of Special
Consular Services
U.S. Dept of State
2100 Pennsylvania Ave NW
4 FL (SA-29)
Washington DC 20520

2. Article Number (Transfer from service label): 7001 0360 0003 1064 1488

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X _____ ☑ Agent ☐ Addressee
B. Received by (Printed Name): _____ C. Date of Delivery: 6-29-05
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☑ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-...