UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Estate of John P. O'Neill., et al<br>　　　　　Plaintiff,<br><br>-V-<br><br>The Republic of Iraq., et al<br>　　　　　Defendants.. | **CERTIFICATE OF MAILING**<br><br>04 C. 1076 (RCC) |

I, J. Michael McMahon, Clerk of Court for the Souther District of New York, do hereby certify that on the

### June 17, 2005

I served the

### SUMMONS
### COMPLAINT
### NOTICE OF SUIT
### CERTIFICATE OF AUTHENTICITY

Pursuant to the foreign sovereign immunities act (28 U.S.C. §1608(a)(4), filed and issued herein on the
Dec. 20, 2004

by mailing by Registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, N.Y., a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

RR# 700/ 2510 0005 6200 4385　　　#_____

　　　　　　　　　　　　　　　　　J. Michael McMahon
　　　　　　　　　　　　　　　　　　　　CLERK

Dated: New York, NY

7. Mohammed Baqer Zolqadr, Iranian Revolutionary Guards Corp. Deputy Commander Brig. Gen.

Each of these defendants are to be served at the Iranian Ministry of Foreign Affairs, United Nations Street, Tehran, Iran.

The Republic of Iraq is to be served by the State Department via the U.S. Embassy in Baghdad at the place and in the manner of their choosing.

En~~closed are~~ complete sets of documents for each defendant, ~~including~~ complaint ~~and summons. The~~ Iranian de~~fendants~~...

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

WASHINGTON, DC 20520

| | | |
|---|---|---|
| Postage | $ 5.30 | UNIT ID: 0004 |
| Certified Fee | 2.30 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KSJJJP |
| Total Postage & Fees | $ 9.35 | 06/17/05 |

Sent To: Edward Betancourt, Director of
Street, Apt. No.: Special consulr Services
City, State, ZIP+4: Dept. of State, 2100 Pennsylvania Ave
Wash., D.C. 20520 N.W. Lynn F(?)

7001 2510 0005 6700 4385

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse ~~so that we can return the c~~ard to you.
- ~~Attach this card to the bac~~k of the mailpiece, ~~or on the front if space per~~mits.

Betancourt
Special
svices
State
pl Nania Ave
N.W
D.C. 20520

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name): [illegible]   C. Date of Delivery: 6/24/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

7001 2510 0005 6700 4385

Domestic Return Receipt   102595-02-M-1540