UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Estate of John P. O'Neill., et al<br>　　　　　　Plaintiff.<br><br>-V-<br><br>The Republic of Iraq., et al<br>　　　　　　Defendants.. | **CERTIFICATE OF MAILING**<br><br>04 C. 1076 (RCC) |

I, J. Michael McMahon, Clerk of Court for the Souther District of New York, do hereby certify that on the

**June 17, 2005**

I served the

**SUMMONS**
**COMPLAINT**
**NOTICE OF SUIT**
**CERTIFICATE OF AUTHENTICITY**

Pursuant to the foreign sovereign immunities act (28 U.S.C. §1608(a)(4), filed and issued herein on the
Dec. 20, 2004

by mailing by Registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, N.Y., a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

RR7601 2510 0005 6280 4408　　　#_____

_J. Michael McMahon_
CLERK

Dated: New York, NY

7. Mohammed Baqer Zolqadr, Iranian Revolutionary Guards Corp. Deputy Commander Brig. Gen.

Each of these defendants are to be served at the Iranian Ministry of Foreign Affairs, United Nations Street, Tehran, Iran.

The Republic of Iraq is to be served by the State Department via the U.S. Embassy in Baghdad at the place and in the manner of their choosing.

Enclosed you will find two complete sets of documents for each defendant, complaint i...

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

WASHINGTON, DC 20520

| | |
|---|---|
| Postage | $ 5.30 |
| Cert'ied Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.35 |

UNIT ID: 0004
Postmark Here
Clerk: KSJJJP
06/17/05

Sent To: EDWARD BETANCOURT, Dir. of Overseas Services - U.S. Dept. of State
Street, Apt. No.; or PO Box No.: 2100 Pennsylvania Ave NW
City, State, ZIP+4: WASH., D.C. 20520

7001 2510 0005 6700 4408

SENDER: COMPLETE THIS SECTION
...and 3. Also complete
...livery is desired.
...ddress on the reverse
...he card to you.
...back of the mailpiece,
...permits.

1. Betancourt
   of Special
   Services
   of State
   (sylvania Ave
   -29)        NW
   ton, DC 20500

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X [signature]   ☐ Agent  ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery
                                6/2?/05
D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

7001 2510 0005 6700 4408

ry 2004   Domestic Return Receipt   102595-02-M-1540