UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Estate of John P. O'Neill., et al<br><br>               Plaintiff,<br><br>-V-<br><br>The Republic of Iraq., et al<br><br>               Defendants.. | **CERTIFICATE OF MAILING**<br><br>04 C. 1076 (RCC) |

I, J. Michael McMahon, Clerk of Court for the Souther District of New York, do hereby certify that on the

### June 17, 2005

I served the

### SUMMONS
### COMPLAINT
### NOTICE OF SUIT
### CERTIFICATE OF AUTHENTICITY

Pursuant to the foreign sovereign immunities act (28 U.S.C. §1608(a)(4), filed and issued herein on the
Dec. 20, 2004

by mailing by Registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, N.Y., a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

RR 7001 0360 0003 1064 1464      #_____

_J. Michael McMahon_
CLERK

Dated: New York, NY

7. Mohammed Baqer Zolqadr, Iranian Revolutionary Guards Corp. Deputy Commander Brig. Gen.

Each of these defendants are to be served at the Iranian Ministry of Foreign Affairs, United Nations Street, Tehran, Iran.

The Republic of Iraq is to be served by the State Department via the U.S. Embassy in Baghdad at the place and in the manner of their choosing.

Enclosed you will find two complete sets of documents for each defendant, one for service and one for the court's file. The documents include a complaint in English, and a translated complaint with verification in Farsi for the Iranian defendants and Arabic for the Iraqi defendant; Notice of Suit in English the respective official language, and a summons in English and the respective official language.

---

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

WASHINGTON, DC 20520         UNIT ID: 0004
Postage: $6.30
Certified Fee: 2.30
Return Receipt Fee (Endorsement Required): 1.75
Restricted Delivery Fee (Endorsement Required):
Total Postage & Fees: $10.35     06/17/05
Postmark Here     Clerk: KSJJP

Sent To: Eduardo Betancourt, Dir. of Special Consular Services, U.S. Dept of State
Street, Apt. No. or PO Box No.: 2201 Pennsylvania Ave NW 4F
City, State, ZIP+4: Wash, DC 20520

PS Form 3800, January 2001    See Reverse for Instructions

7001 0360 0003 1064 1464

---

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name) — RECEIVED
C. Date of Delivery
D. Is delivery address different from item 1?

Betancourt, Dir of Special Services of State
...sylvania Ave NW
...-29)
...DC 20520

3. Service Type: ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

7001 0360 0003 1064 1464

PS Form (February 2004)    Domestic Return Receipt    102595-02-M-1540

JUL 26 2005 — U.S.D.C. S.D. N.Y.