UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*   Estate of John P. O'Neill, Sr., *et al.* v. Kingdom of Saudi Arabia, *et al.*, 04 CV 01922 (RCC)

## ORDER

AND NOW, this _____ day of August, 2005, upon consideration of the Plaintiffs' Motion to Withdraw Without Prejudice, Certain Amended RICO Statements, consented to by counsel for the Saudi Defendants, it is hereby ORDERED that this Motion is GRANTED.  The Clerk shall remove the following documents from the docket: 1) Amended RICO Statement Applicable to the Council of Ministers for the Kingdom of Saudi Arabia - MDL Docket # 1090, KSA Docket # 77; 2)  Amended RICO Statement Applicable to the Directorate of Intelligence for the Kingdom of Saudi Arabia - MDL Docket #1088, KSA Docket # 75; 3) Amended RICO Statement Applicable to the General Staff for the Kingdom of Saudi Arabia - MDL Docket # 1080, KSA Docket #70; 4) Amended RICO Statement Applicable to the Kingdom of Saudi Arabia - MDL Docket #1089, KSA Docket #76; 5) Amended RICO Statement Applicable to the Ministry of

Interior for the Kingdom of Saudi Arabia - MDL Docket #1079, KSA Docket #71; 6) Amended RICO Statement Applicable to the Ministry of State for Internal Affairs for the Kingdom of Saudi Arabia - MDL Docket #1086, KSA Docket # 73; 7)  Amended RICO Statement Applicable to the Saudi Committee for the Support of the Intifada for the Kingdom of Saudi Arabia - MDL Docket #1091, KSA Docket #78; 8) Amended RICO Statement Applicable to the Special Committee of the Council of Ministers for the Kingdom of Saudi Arabia - MDL Docket # 1081, KSA Docket # 72; 9) Amended RICO Statement Applicable to the Supreme Council of Islamic Affairs for the Kingdom of Saudi Arabia - MDL Docket #1087, KSA Docket # 74; 10) Amended RICO Statement Applicable to the Intelligence Section (G-2) for the Kingdom of Saudi Arabia - MDL Docket #1108, KSA Docket # 79.

BY THE COURT:

_____
HON. RICHARD CONWAY CASEY
UNITED STATES DISTRICT JUDGE

X:\Clients\ONeill v. Saudi arabia\Motions\Motion to Withdraw Amended RICO Statements -\KSA - final.doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |
|---|---|

*This document relates to:*    Estate of O'Neill, *et al.* v. Kingdom of Saudi Arabia, *et al.*
04 CV 01922 (RCC)

## MOTION TO WITHDRAW, WITHOUT PREJUDICE, CERTAIN AMENDED RICO STATEMENTS

Plaintiffs in the Estate of John P. O'Neill, Sr., *et al*. v. Kingdom of Saudi Arabia, *et al*., 04 CV 1922 (RCC), by and through their counsel, Jerry S. Goldman, Esquire and Gina M. Mac Neill, Esquire, hereby request that this Honorable Court withdraw, without prejudice, Amended RICO Statements filed by Plaintiffs as to the Defendants, Council of Ministers for the Kingdom of Saudi Arabia, Directorate of Intelligence for the Kingdom of Saudi Arabia, General Staff for the Kingdom of Saudi Arabia, Kingdom of Saudi Arabia, Ministry of Interior for the Kingdom of Saudi Arabia, Ministry of State for Internal Affairs for the Kingdom of Saudi Arabia, Saudi Committee for the Support of the Intifada for the Kingdom of Saudi Arabia, Special Committee of the Council of Ministers for the Kingdom of Saudi Arabia, Supreme Council of Islamic Affairs for the Kingdom of Saudi Arabia, and Intelligence Section (G-2) of the Kingdom of Saudi Arabia (collectively "Saudi Defendants"), for the following reasons:

1. The Saudi Defendants are named Defendants in the instant proceeding.

2. On or about February 9, 2005, Plaintiffs caused to be filed RICO Statements applicable to the Saudi Defendants. MDL Docket #661-670, KSA Docket #21-31.

3

3. On or around July 28, 2005, Plaintiffs filed the following Amended RICO statements:

a) Amended RICO Statement Applicable to the of the Council of Ministers for the Kingdom of Saudi Arabia - MDL Docket # 1090, KSA Docket # 77;

b) Amended RICO Statement Applicable to the Directorate of Intelligence for the Kingdom of Saudi Arabia - MDL Docket #1088, KSA Docket # 75;

c) Amended RICO Statement Applicable to the General Staff for the Kingdom of Saudi Arabia - MDL Docket # 1080, KSA Docket #70;

d) Amended RICO Statement Applicable to the Kingdom of Saudi Arabia - MDL Docket #1089, KSA Docket #76;

e) Amended RICO Statement Applicable to the Ministry of Interior for the Kingdom of Saudi Arabia - MDL Docket #1079, KSA Docket #71;

f) Amended RICO Statement Applicable to the Ministry of State for Internal Affairs for the Kingdom of Saudi Arabia - MDL Docket #1086 KSA Docket # 73;

g) Amended RICO Statement Applicable to the Saudi Committee for the Support of the Intifada for the Kingdom of Saudi Arabia - MDL Docket #1091, KSA Docket #78;

h) Amended RICO Statement Applicable to the Special Committee of the Council of Ministers for the Kingdom of Saudi Arabia - MDL Docket # 1081, KSA Docket # 72;

i) Amended RICO Statement Applicable to the Supreme Council of Islamic Affairs for the Kingdom of Saudi Arabia - MDL Docket #1087 KSA Docket # 74;

j) Amended RICO Statement Applicable to the Military Intelligence Section (G-2) for the Kingdom of Saudi Arabia - MDL Docket #1108, KSA Docket # 79.

4. On May 5, 2005, the Court dismissed the Kingdom of Saudi Arabia, and the above-named Saudi Agencies, from the remaining cases in the multi-district litigation based upon the Court's January 18, 2005 Order, at the request of all Plaintiffs in the multi-district litigation, with the consent of the counsel for the Saudi Defendants.

5. Due to this dismissal, the Amended RICO statements should not presently be permitted to be filed with the Court.

6. Counsel has communicated with Michael K. Kellogg, Esquire, counsel for the Saudi Defendants who consents to the relief requested.

For these reasons, the Plaintiffs respectfully request that the Court grant their Motion to Withdraw, Without Prejudice, Certain Amended RICO Statements applicable to the above-referenced defendants as noted.

Date: August 18, 2005

LAW OFFICES OF JERRY S. GOLDMAN
   & ASSOCIATES, P.C.

BY:_____
   GINA M. MAC NEILL, ESQUIRE
   (GM 0581)

BY: _____
   JERRY S. GOLDMAN, ESQUIRE
   (JG 8445)

*Attorneys for the Plaintiffs*

111 Broadway, 13th Floor
New York, N.Y. 10006
212.242.2232

## **CERTIFICATE OF SERVICE**

I hereby certify that the attached Motion to Withdraw Certain Amended RICO Statements was served on all counsel of record by way of electronic filing in the Southern District of New York on August 18, 2005.

Dated: August 18, 2005

                                          BY:_____
                                               GINA M. MAC NEILL, ESQUIRE