USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-16-05



# MEMO ENDORSED

**NOLAN LAW GROUP**

20 NORTH CLARK, 30TH FLOOR, CHICAGO, ILLINOIS 60602 • P 312.630.4000 • F 312.630.4011 • TF 888.630.9340

3074 MADISON ROAD, CINCINNATI, OHIO 45209 • P 513.533.2026 • F 513.721.2301

WWW.NOLAN-LAW.COM • CONTACT@NOLAN-LAW.COM

August 11, 2005



RECEIVED
AUG 12 2005
CHAMBERS OF
RICHARD CONWAY CASEY
U.S.D.J.

*Via Federal Express Overnight Delivery*

Hon. Richard Conway Casey
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street - Room 1350
New York, NY 10007-1312

  RE: *In Re Terrorist Attacks of September 11, 2001* - MDL No. 1570 (RCC):
    *Burnett v. Al Baraka Investment & Development, et al.*
    Case No. 03 CV 9849 (RCC)
    *Gladys Salvo, et al. v. Al Qaeda Islamic Army, et al.*
    Case No. 03 CV 5071 (RCC)

Dear Judge Casey:

  We are writing to request Your Honor's permission to consolidate the *Salvo* case with *Burnett*; each case contains identical facts, legal issues, and named defendants. The *Salvo* complaint was filed in the Southern District of New York on July 8, 2003. *Salvo* was subsequently consolidated with the MDL action (03-MDL-1570) on December 9, 2003.

  In the interest of judicial economy, we respectfully request that all prior and forthcoming docket entries (e.g., motions, orders, stipulations) filed in *Burnett* also apply retroactively and concurrently with *Salvo*. Your Honor has already endorsed a similar request from the *Ashton* plaintiffs on December 6, 2004.

  Accordingly, we respectfully request Your Honor's endorsement of this proposed Order of Consolidation.

           Respectfully submitted,

           NOLAN LAW GROUP

           Floyd A. Wisner

FAW/plj
cc: All Counsel (via email)

MICROFILM
AUG 17 2005

ADMITTED IN ILLINOIS:
DONALD J. NOLAN • ALBERT E. DURKIN • WILLIAM J. JOVAN • FLOYD A. WISNER • JAMES H. LAWLOR, III • WILLIAM A. JAEGER
ORLA M. BRADY • ADMITTED IN OHIO: JEROME L. SKINNER • OF COUNSEL: JOHN J. LOWREY • CHARLES R. BARNETT, III



SO ORDERED:

August 16, 2005

Richard C. Casey
U.S. District Court Judge