UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

This document relates to:

*Ashton v. Al Qaeda Islamic Army*, 02-CV-6977 (RCC)
*Burnett v. Al Baraka Investment & Development Corp.*, 03-CV-5738 (RCC)
*Cantor Fitzgerald & Co. et al. v. Akida Bank Private Limited*, 04-CV-7065 (RCC)
*Continental Cas. Co. v. Al Qaeda*, 04-CV-5970 (RCC)
*Euro Brokers Inc. v. Al Baraka Inv. & Dev. Corp.*, 04-CV-7279 (RCC)
*Federal Ins. v. Al Qaida*, 03-CV-6978 (RCC)
*New York Marine & General Ins. Co. v. Al Qaida*, 04-CV-6105 (RCC)
*Estate of O'Neill v. Al Baraka Investment and Development Corp.*, 04-CV-1923 (RCC)
*World Trade Ctr. Props. L.L.C. v. Al Baraka Inv. & Dev. Corp.*, 04-CV-7280 (RCC)

**AFFIRMATION OF VINCENT IAN PARRETT IN OPPOSITION TO
KHALID BIN MAHFOUZ'S MOTION TO DISMISS**

Vincent Ian Parrett affirms the following under penalty of perjury:

1. I am a lawyer admitted to practice in this Court, and I am an associate of Kreindler & Kreindler LLP. I make this Affirmation to transmit to the Court the following documents submitted in opposition to the motion to dismiss filed by Khalid Bin Mahfouz:

2. Exhibit 1 is a true and correct copy of the First Affidavit of John Fawcett in support of Plaintiffs' Opposition Brief to Khalid Bin Mahfouz's Motion to Dismiss, with the following documents attached thereto:

   A. Attached Document # 1 to Exhibit 1 is a true and correct copy of an October 12, 2001 Press Release of the U.S. Department of the Treasury; and

   B. Attached Document # 2 to Exhibit 1 is a true and correct copy of a

November 29, 2001 Letter from David D. Aufhauser, General Counsel of the U.S. Department of the Treasury, to M. Claude Nicati, Deputy General Prosecutor of Switzerland.

        C.      Attached Document # 3 to Exhibit 1 is a true and correct copy of excerpts from a 100-page, December 19, 2002 Statement of Yassin A. Kadi to the Office of Foreign Assets Control ("OFAC"), U.S. Department of the Treasury.

        3.      Exhibit 2 is a true and correct copy of the Second Affidavit of John Fawcett in support of Plaintiffs' Opposition Brief to Khalid Bin Mahfouz's Motion to Dismiss, with the following documents attached thereto:

        A.      Attached Document # 1 to Exhibit 2 are true and correct copies of New York City property records for Khalid Bin Mahfouz;

        B.      Attached Document # 2 to Exhibit 2 are true and correct copies of Texas property records for Khalid Bin Mahfouz;

        C.      Attached Document # 3 to Exhibit 2 are true and correct copies of documents reflecting Khalid Bin Mahfouz's ownership interests in U.S. corporations;

        D.      Attached Document # 4 to Exhibit 2 are true and correct copies of documents reflecting Khalid Bin Mahfouz's ownership interests in U.S. banking institutions;

        E.      Attached Document #5 to Exhibit 2 is a true and correct copy of the Civil Docket for the case of *Board of Governors v. Mahfouz*, case # 1:92-cv-05096-MGC, in the United States District Court for the Southern District of New York; and

        F.      Attached Document #6 to Exhibit 2 are true and correct copies of the July 1, 1992 Grand Jury Indictment of Khalid Bin Mahfouz in the Supreme Court of the State of New York in the case of *People of the State of New York v. Khalid Bin Mahfouz et al.*, and a

December 24, 1993 article from the Financial Section of the Washington Post, entitled "Saudi to Pay $225 Million in BCCI Settlement."

Affirmed in New York, New York on August 24, 2005.

_____/S/_____<br>
Vincent Ian Parrett (VP5092)