# EXHIBIT "B"

# RICO STATEMENT

| *Euro Brokers, Inc., et al. vs. Al Baraka Investment and Development Corporation, et al,* 04CV7279 Plaintiffs | Loss of Business/Property[1] |
|---|---|
| EURO BROKERS, INC.; MAXCOR FINANCIAL GROUP, INC.; MAXCOR FINANCIAL, INC.; MAXCOR FINANCIAL ASSET MANAGEMENT, INC; TRADESOFT TECHNOLOGIES, INC.; MAXCOR INFORMATION, INC.; EURO BROKERS LTD.; EURO BROKERS FINANCIAL SERVICES LIMITED; EURO BROKERS MEXICO, S.A. DE C.V.; EURO BROKERS (SWITZERLAND) S.A. | $100,000,000.00 |

---

[1] These numbers are exclusive of attorneys' fees and costs of this action.