SONNENSCHEIN NATH & ROSENTHAL LLP

1221 Avenue of the Americas

New York, New York 10020

Tel.: (212) 768-6700

Attorneys for Defendant

Banca Del Gottardo

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re Terrorist Attacks on, | : | 03 MDL 1570 (RCC) |
| September 11, 2001 | : | |
| | : | **NOTICE OF APPEARANCE** |

*This document relates to:*
*Estate of John P. O'Neill, Sr., on behalf of John P. O'Neill, Sr., deceased , and on behalf of*
*decedent's heirs -at-law, et al. v. Al Baraka Investment and Development Corp., et al., Case No.*
*04-cv-1923(RCC)*

PLEASE TAKE NOTICE that Sonnenschein Nath & Rosenthal LLP appears herein on

behalf of defendant Banca Del Gottardo, and respectfully demands that all papers in this action

be served upon the undersigned at the address set forth below. This appearance does not

constitute a waiver of any defenses, all of which are expressly preserved.

Dated: New York, New York
　　　　August 31, 2005

　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　SONNENSCHEIN NATH & ROSENTHAL LLP
　　　　　　　　　　　　Attorneys for Defendant Banca Del Gottardo

　　　　　　　　　　　　By: 　　　　　/s/　　　　　　　　
　　　　　　　　　　　　　　　Martin J. Schwartz (MS 4227)
　　　　　　　　　　　　　　　1221 Avenue of the Americas
　　　　　　　　　　　　　　　New York, New York 10020
　　　　　　　　　　　　　　　Telephone:　　(212) 768-6700
　　　　　　　　　　　　　　　Facsimile:　　(212) 768-6800
　　　　　　　　　　　　　　　e-mail: mschwartz@sonnenschein.com.