EXHIBIT "B"
RICO STATEMENT

*Federal Insurance Company, et al. v. al Qaida et al.,* 03cv6978

| Plaintiffs | Total Paid Loss |
|---|---:|
| ACE AMERICAN INSURANCE COMPANY | $47,868,598.56 |
| ACE BERMUDA INSURANCE LTD | $298,000,000.00 |
| ACE CAPITAL V LTD | $118,454,289.00 |
| ACE INA INSURANCE COMPANY OF CANADA | $15,431,185.61 |
| ACE INDEMNITY INSURANCE COMPANY | $11,853.55 |
| ACE INSURANCE SA-NV | $17,990,692.00 |
| ACE PROPERTY & CASUALTY INSURANCE COMPANY | $34,637.00 |
| AIU INSURANCE COMPANY | $2,240.00 |
| ALLSTATE INSURANCE COMPANY | $13,300,834.13 |
| AMERICAN ALTERNATIVE INSURANCE CORPORATION | $3,517,565.31 |
| AMERICAN EMPLOYERS' INSURANCE COMPANY | $325,421.23 |
| AMERICAN GLOBAL INSURANCE COMPANY | $0.00 |
| AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY | $42,208,222.23 |
| AMERICAN HOME ASSURANCE COMPANY | $106,952,607.60 |
| AMERICAN HOME ASSURANCE COMPANY-CANADA | $400,468,461.54 |
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY | $15,183,595.31 |
| AMERICAN ZURICH INSURANCE COMPANY | $2,213,018.97 |
| AMLIN UNDERWRITING, LTD. | $203,040,909.68 |
| ASSURANCE COMPANY OF AMERICA | $2,074,058.61 |
| ATLANTIC EMPLOYERS INSURANCE COMPANY | $0.00 |
| AXA ART INSURANCE CORPORATION | $14,287,543.00 |
| AXA CORPORATE SOLUTIONS ASSURANCE UK BRANCH | $64,609,064.00 |
| AXA CORPORATE SOLUTIONS INSURANCE COMPANY | $112,330,452.00 |
| AXA CORPORATE SOLUTIONS REINSURANCE COMPANY | $83,531,796.00 |
| AXA GLOBAL RISKS UK, LTD. | $10,986,624.00 |
| AXA RE | $102,482,949.00 |
| AXA RE CANADIAN BRANCH | $23,767,599.00 |
| AXA REINSURANCE UK PLC | $17,159,504.00 |
| AXA VERSICHERUNG AG | $2,030,867.09 |
| BANKERS STANDARD INSURANCE COMPANY | $23,250,000.00 |
| BIRMINGHAM FIRE INSURANCE COMPANY OF PENNSYLVANIA | $0.00 |
| BOSTON OLD COLONY INSURANCE COMPANY | $5,100.00 |
| CHINA AMERICA INSURANCE COMPANY LIMITED | $3,590,140.08 |
| CHUBB CUSTOM INSURANCE COMPANY | $612,585.00 |
| CHUBB INDEMNITY INSURANCE COMPANY | $4,046,510.95 |
| CHUBB INSURANCE COMPANY OF CANADA | $44,923,071.95 |
| CHUBB INSURANCE COMPANY OF NEW JERSEY | $412,681.71 |
| CNA CASUALTY OF CALIFORNIA | $25,771.00 |
| COLONIAL AMERICAN CASUALTY AND SURETY INS. COMPANY | $20,000.00 |
| COMMERCE AND INDUSTRY INSURANCE COMPANY | $2,678,408.05 |
| COMMERCE AND INDUSTRY INSURANCE COMPANY OF CANADA | $27,067.71 |
| COMMERCIAL INSURANCE COMPANY OF NEWARK, NJ | $141,343.00 |
| CONTINENTAL INSURANCE COMPANY | $542,627.00 |
| CONTINENTAL INSURANCE COMPANY OF NEW JERSEY | $39,073.00 |
| CRUM & FORSTER INDEMNITY COMPANY | $44,300.08 |
| FEDERAL INSURANCE COMPANY | $1,443,157,526.81 |

5/6/2005

**EXHIBIT "B"**
**RICO STATEMENT**

*Federal Insurance Company, et al. v. al Qaida et al.,* **03cv6978**

| Plaintiffs | Total Paid Loss |
|---|---:|
| FIDELITY AND CASUALTY COMPANY OF NEW YORK | $79,856.00 |
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND | $1,559,298.07 |
| GLENS FALLS INSURANCE COMPANY | $36,239.00 |
| GRANITE STATE INSURANCE COMPANY | $348,071.05 |
| GREAT LAKES REINSURANCE U.K. PLC | $77,999,865.52 |
| GREAT NORTHERN INSURANCE COMPANY | $601,712,247.63 |
| HISCOX DEDICATED CORPORATE MEMBER, LTD. | $230,130,545.84 |
| HOMELAND INSURANCE COMPANY OF NEW YORK | $210,670.75 |
| ILLINOIS NATIONAL INSURANCE COMPANY | $2,229,043.97 |
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA | $7,465,987.17 |
| INSURANCE COMPANY OF NORTH AMERICA | $78,692.00 |
| LEXINGTON INSURANCE COMPANY | $158,317,791.42 |
| MARYLAND CASUALTY COMPANY | $420,000.00 |
| NATIONAL BEN FRANKLIN INSURANCE COMPANY OF ILLINOIS | $6,442.00 |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH | $26,647,699.78 |
| NEW HAMPSHIRE INSURANCE COMPANY | $2,260,134.91 |
| NORTH RIVER INSURANCE COMPANY | $3,405,966.77 |
| NORTHERN INSURANCE COMPANY OF NEW YORK | $1,043,292.05 |
| ONE BEACON AMERICA INSURANCE COMPANY | $85,101.50 |
| ONE BEACON INSURANCE COMPANY | $185,924,621.93 |
| PACIFIC EMPLOYERS | $4,868,748.19 |
| PACIFIC INDEMNITY COMPANY | $23,219,156.70 |
| SENECA INSURANCE COMPANY, INC. | $4,509,258.43 |
| SPS REASSURANCE | $79,888,622.00 |
| STEADFAST INSURANCE COMPANY | $1,828,050.13 |
| THE CAMDEN FIRE INSURANCE ASSOCIATION | $76,620.00 |
| THE INSURANCE COMPANY STATE OF PENNSYLVANIA | $114,621.84 |
| THE PRINCETON EXCESS & SURPLUS LINES INSURANCE COMPANY | $3,796,292.50 |
| TIG INSURANCE COMPANY | $76,211,229.00 |
| TRANSATLANTIC REINSURANCE COMPANY | $107,194,221.65 |
| UNITED STATES FIRE INSURANCE COMPANY | $77,554,603.07 |
| VALIANT INSURANCE COMPANY | $0.00 |
| VIGILANT INSURANCE COMPANY | $45,122,662.36 |
| WESTCHESTER FIRE INSURANCE COMPANY | $14,079,230.00 |
| WESTCHESTER SURPLUS LINES INSURANCE CO. | $12,705,000.00 |
| WOBURN INSURANCE LTD | $8,750,000.00 |
| ZURICH AMERICAN INSURANCE COMPANY | $817,500,947.12 |
| | **$5,819,161,625.11** |

5/6/2005