UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
: 03 MD 1570 (RCC)
In re Terrorist Attacks on September 11, 2001   : ECF Case
:
:
------------------------------------------------------------x

This document relates to:  *Continental Casualty Co. et al. v. Al Qaeda Islamic Army*, 04-CV-5970 (RCC)

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to F.R.C.P. 41(a)(1), plaintiffs hereby voluntarily dismiss without prejudice their claims in the above referenced action against defendants DMI Administrative Services S.A. and Islamic Investment Company of the Gulf.  All parties will bear their own attorneys' fees, costs, and expenses.

Dated:   August 10, 2005
         New York, New York

                                        FERBER FROST CHAN & ESSNER, LLP

                                        By: /s/ Robert M. Kaplan
                                             Robert M. Kaplan (RK 1428)
                                        530 Fifth Avenue, 23rd Floor
                                        New York, New York 10036-5101
                                        Telephone:  (212) 944-2200

                                        Attorneys for Plaintiffs

63664