IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____
                                                )
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001   )   No. 03 MDL 1570 (RCC)
                                                )   ECF Case
_____)

This document relates to:
    ASHTON, *et al.* v. AL QAEDA ISLAMIC ARMY, *et al.*, Case No. 02-CV-6977;
    BURNETT, *et al.* v. AL BARAKA INVESTMENT & DEVELOPMENT CORP., *et al.*, Case No. 03-CV-5738;
    CONTINENTAL CASUALTY CO., *et al.* v. AL QAEDA ISLAMIC ARMY, *et al.*, Case No. 04-CV-05970;
    EURO BROKERS, INC., *et al.* v. AL BARAKA INVESTMENT AND DEVELOPMENT CORP., *et al.*, Case No. 04-CV-07279;
    FEDERAL INSURANCE CO., *et al.* v. AL QAIDA, *et al.*, Case No. 03-CV-6978;
    NEW YORK MARINE AND GENERAL INSURANCE CO. v. AL QAIDA, *et al.*, Case No. 04-CV-6105; and
    WORLD TRADE CENTER PROPERTIES LLC, *et al.* v. AL BARAKA INVESTMENT AND DEVELOPMENT CORP., *et al.*, Case No. 04-CV-07280.

NOTICE OF
DR. ABDULLAH BIN ABDUL MOHSEN AL-TURKI'S
CONSOLIDATED MOTION TO DISMISS

      PLEASE TAKE NOTICE that, pursuant to Rule 12(b), Fed. R. Civ. P., defendant Dr. Abdullah Bin Abdul Mohsen Al-Turki, by and through undersigned counsel, hereby makes a limited appearance for the purpose of moving the Court, before the Honorable Richard C. Casey, United States District Judge, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an order dismissing, pursuant to Rules 12(b)(1), 12(b)(2), 12(b)(5), and 12(b)(6), Fed. R. Civ. P., the plaintiffs' complaints in the following seven cases, Ashton, *et al.* v. Al Qaeda Islamic Army, *et al.*, Case No. 02-CV-6977; Burnett, *et al.* v. Al Baraka Investment & Development Corp., *et al.*, Case No. 03-CV-5738; Continental Casualty Co., *et al.* v. Al Qaeda Islamic Army, *et al.*, Case No. 04-CV-05970; Euro Brokers, Inc., *et al.* v. Al Baraka Investment and

Development Corp., *et al.*, Case No. 04-CV-07279; Federal Insurance Co., *et al.* v. Al Qaida, *et al.*, Case No. 03-CV-6978; New York Marine and General Insurance Co. v. Al Qaida, *et al.*, Case No. 04-CV-6105; and World Trade Center Properties LLC, *et al.* v. Al Baraka Investment and Development Corp., *et al.*, Case No. 04-CV-07280, on the basis of (1) sovereign immunity under the Foreign Sovereign Immunities Act of 1976, since Dr. Al-Turki is a high-ranking Saudi governmental official; (2) lack of personal jurisdiction since Dr. Al-Turki lacked contacts with the United States, either generally, or specifically related to the allegations in the complaint; (3) failure to state a claim upon which relief can be granted; and (4) improper service of process.  A memorandum of law, with exhibits, in support of this Motion is attached hereto.

        Respectfully submitted,

        /s/ Lynne Bernabei

        Lynne Bernabei, Esquire  (LB2489)
        Alan R. Kabat, Esquire  (AK7194)
        Bernabei & Katz, PLLC
        1773 T Street, N.W.
        Washington, D.C. 20009-7139
        (202) 745-1942

        Attorneys for Defendant
         Dr. Abdullah Bin Abdul Mohsen Al-Turki

DATED:  September 6, 2005