**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | ) ) ) ) | No. 03 MDL 1570 (RCC) ECF Case |

This document relates to:
> BURNETT, *et al.* v. AL BARAKA INVESTMENT & DEVELOPMENT CORP., *et al.*, Case No. 03-CV-5738;
> EURO BROKERS, INC., *et al.* v. AL BARAKA INVESTMENT AND DEVELOPMENT CORP., *et al.*, Case No. 04-CV-07279; and
> WORLD TRADE CENTER PROPERTIES LLC, *et al.* v. AL BARAKA INVESTMENT AND DEVELOPMENT CORP., *et al.*, Case No. 04-CV-07280.

**NOTICE OF SHEIKH HAMAD AL-HUSAINI'S**
**CONSOLIDATED MOTION TO DISMISS**

PLEASE TAKE NOTICE that, pursuant to Rule 12(b), Fed. R. Civ. P., defendant Sheikh Hamad Al-Husaini, by and through undersigned counsel, hereby makes a limited appearance for the purpose of moving the Court, before the Honorable Richard C. Casey, United States District Judge, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an order dismissing, pursuant to Rules 12(b)(2), 12(b)(5), and 12(b)(6), Fed. R. Civ. P., the plaintiffs' complaints in the following three cases, Burnett, *et al.* v. Al Baraka Investment & Development Corp., *et al.*, Case No. 03-CV-5738; Euro Brokers, Inc., *et al.* v. Al Baraka Investment and Development Corp., *et al.*, Case No. 04-CV-07279; and World Trade Center Properties LLC, *et al.* v. Al Baraka Investment and Development Corp., *et al.*, Case No. 04-CV-07280, on the basis of (1) lack of personal jurisdiction, since Sheikh Al-Husaini lacked contacts with the United States, either generally, or specifically related to the allegations in the complaint; (2) failure to state a claim upon which relief can be granted, and (3) improper service of process. A

memorandum of law, with exhibits, in support of this Motion is attached hereto.

        Respectfully submitted,

        /s/ Lynne Bernabei

        _____

        Lynne Bernabei, Esquire  (LB2489)
        Alan R. Kabat, Esquire  (AK7194)
        Bernabei & Katz, PLLC
        1773 T Street, N.W.
        Washington, D.C. 20009-7139
        (202) 745-1942

        Attorneys for Defendant
         Hamad Al-Husaini

DATED:  September 6, 2005