IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____
                                                )
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001   )   No. 03 MDL 1570 (RCC)
                                                )   ECF Case
_____)

This document relates to:
    ASHTON, *et al.* v. AL QAEDA ISLAMIC ARMY, *et al.*, Case No. 02-CV-6977;
    CONTINENTAL CASUALTY CO.*, et al.* v. AL QAEDA ISLAMIC ARMY*, et al.*, Case No. 04-CV-05970;
    FEDERAL INSURANCE CO.*, et al.* v. AL QAIDA*, et al.*, Case No. 03-CV-6978; and
    NEW YORK MARINE AND GENERAL INSURANCE CO. v. AL QAIDA*, et al.*, Case No. 04-CV-6105.

**NOTICE OF DR. ADNAN BASHA'S
CONSOLIDATED MOTION TO DISMISS**

PLEASE TAKE NOTICE that, pursuant to Rule 12(b), Fed. R. Civ. P., defendant Dr. Adnan Basha, by and through undersigned counsel, hereby makes a limited appearance for the purpose of moving the Court, before the Honorable Richard C. Casey, United States District Judge, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an order dismissing, pursuant to Rules 12(b)(2), 12(b)(5), and 12(b)(6), Fed. R. Civ. P., the plaintiffs' complaints in the following four cases, <u>Ashton, *et al.* v. Al Qaeda Islamic Army, *et al.*</u>, Case No. 02-CV-6977; <u>Continental Casualty Co.*, et al.* v. Al Qaeda Islamic Army*, et al.*</u>, Case No. 04-CV-05970; <u>Federal Insurance Co., *et al.* v. Al Qaida, *et al.*</u>, Case No. 03-CV-6978; and <u>New York Marine and General Insurance Co. v. Al Qaida*, et al.*</u>, Case No. 04-CV-6105, on the basis of (1) lack of personal jurisdiction, since Dr. Basha lacked contacts with the United States, either generally, or specifically related to the allegations in the complaint; (2) failure to state a claim upon which relief can be granted, and (3) improper service of process.  A memorandum of law,

with exhibits, in support of this Motion is attached hereto.

                                              Respectfully submitted,

                                              /s/ Lynne Bernabei

                                              Lynne Bernabei, Esquire  (LB2489)
                                              Alan R. Kabat, Esquire  (AK7194)
                                              Bernabei & Katz, PLLC
                                              1773 T Street, N.W.
                                              Washington, D.C. 20009-7139
                                              (202) 745-1942

                                              Attorneys for Defendant
                                               Dr. Adnan Basha

DATED:  September 6, 2005