**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*       *Federal Insurance Co., et al v. al Qaida, et al.*
                          03 CV 06978 (RCC)

### <u>AFFIDAVIT OF SERVICE</u>

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF NEW YORK:

J. Scott Tarbutton, Esquire, hereby states that Plaintiffs' First Amended Complaint,

Summons, Notice of Suit, and translations of each, filed in the above-captioned matter were

served upon defendants, the Islamic Republic of Iran, the Republic of Sudan, and the Syrian

Arab Republic.

Service was effectuated upon the Iranian Ministry of Foreign Affairs, as transmitted by

the Foreign Interests Section of the Embassy of Switzerland in Teheran, on December 7, 2004, in

accordance with the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608 *et seq.* True and

correct copies of the Return of Service and supporting U.S. Department of State documents are

attached hereto as Exhibit A.

Service was effectuated upon the Sudanese Ministry of Foreign Affairs, as transmitted by

the American Embassy in Khartoum, Sudan, on November 30, 2004, in accordance with the

Foreign Sovereign Immunities Act, 28 U.S.C. § 1608 *et seq.* True and correct copies of the

Return of Service and supporting U.S. Department of State documents are attached hereto as

Exhibit B.

Service was effectuated upon the Syrian Ministry of Foreign Affairs by J. Michael McMahon, Clerk of the Court of the Southern District of New York, by registered mailing on June 4, 2004 (#RB 632 958 829), return receipt requested, pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608 *et seq*, and which was received and accepted by the Syrian Ministry of Foreign Affairs on June 15, 2004.  True and correct copies of the Certificate of Mailing and Return Receipt for International Mail are attached hereto as Exhibit C.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained herein is true and correct.

Dated: Philadelphia, Pennsylvania
      September 8, 2005

J. Scott Tarbutton, Esq. (JT-3496)
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
Tel:  (215) 665-2000

Sworn to before me this 8th
day of Sept. , 2005.

Notary Public

```
NOTARIAL SEAL
DENISE M PAGANO
Notary Public
CITY PHILADELPHIA, COUNTY PHILADELPHIA
My Commission Expires Aug 7, 2009
```

PHILA1\2331283\1 117430.000

2

# EXHIBIT A



**United States Department of State**

*Washington, D.C. 20520*

January 13, 2005

Mr. Joseph LaMura
Chief Deputy Clerk
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

re:  **Federal Insurance Company, et al. v.**
**al-Qaida, et al., Case Number 03-CV-6978 (RCC)**

Dear Mr. LaMura:

I am writing regarding the Court's request for service of a summons, complaint and notice of suit pursuant to 28 U.S.C. 1608(a)(4) upon defendant the Islamic Republic of Iran in the above mentioned lawsuit.  Because the United States does not maintain diplomatic relations with the government of Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of Switzerland in Teheran in delivering these documents to the Iranian Ministry of Foreign Affairs.

The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of diplomatic note number 1050-IE dated December 7, 2004.  While service under 28 U.S.C. 1608(a)(4) is effective upon delivery of the diplomatic note, the documents were subsequently returned to the Foreign Interests Section of the Swiss Embassy in Teheran.

In accordance with the procedures established for the implementation of the Foreign Sovereign Immunities Act, enclosed are two copies of the summons, complaint and notice of suit, one as proof of service and one returned to the Swiss Embassy, along with certified copies of the diplomatic notes used to transmit them.

Should you have any questions regarding this matter, please do not hesitate to contact me at (202) 736-9115.

Sincerely,

William P. Fritzlen
Attorney Adviser
Office of Policy Review and Interagency Liaison

Enclosures As Stated



*Embassy of the United States of America*

November 22, 2004

CONS NO.   14537

U R G E N T!

Federal Department of Foreign
 Affairs
Foreign Interests Service
Bundesgasse 32
3003 Bern

Subject: JUDICIAL ASSISTANCE: Summons, Complaint and Notice
of Suit Pursuant to the Foreign Sovereign Immunities Act –
Federal Insurance Company, et al. v. al-Qaida, et al., Case
No. 03-CV-6978 (RCC)(SDNY)

REF:       ----

The Department of State has requested the delivery of the
enclosed Summons, Complaint and Notice of Suite to the
Islamic Republic of Iran pursuant to the Foreign Sovereign
Immunities Act in the matter of Federal Insurance Company, et
al. v. al-Qaida, et al.; Case No. 03-CV-6978 (ROC)(SDNY).

The Embassy is herewith requesting the Swiss Ministry of
Foreign Affairs to transmit the documents to the American
Interests Section of the Swiss Embassy in Tehran.  The
American Interests Section should transmit the Summons,
Complaint and Notice of Suite to the Islamic Republic of Iran
under cover of a diplomatic note utilizing the language
provided in the enclosed instruction.

Transmittal should be done in a manner which enables the
Embassy to confirm delivery.  The American Interests Section
should execute the certification of the diplomatic note,
which will be forwarded by the Department of State to the
requesting court in the United States.

Enclosed is the appropriate part of a message the Embassy
received from the Department of State as well as two sets of
the Summons, Complaint and Notice of Suit for the Islamic
Republic of Iran.

The Embassy would appreciate being informed of the date the American Interests Section of the Swiss Embassy in Tehran receives the documents as well as the date the Interests Section forwards the Summons, Complaint and Notice of Suit to the Iranian authorities.

SPP's speedy assistance is much appreciated.



## SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland        )
Bern, Canton of Bern                )  SS:
Embassy of the United States of America )



I certify that the annexed document bears the genuine seal of the Swiss Federal Department of Foreign Affairs.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
(Signature of Consular Officer)


Christopher K. Derrick
_____
(Typed name of Consular Officer)


Vice Consul of the United States of America
(Title of Consular Officer)


December 27, 2004
(Date)



**22404**

EIDGENÖSSISCHES DEPARTEMENT
FÜR AUSWÄRTIGE ANGELEGENHEITEN

**DRINGEND**
K.252.41 USA/IRAN 3

Das Eidgenössische Departement für auswärtige Angelegenheiten, bezieht sich auf die Note CONS No. 14537 vom 22. November 2004 sowie seine Note Nr. 22378 vom 13. Dezember 2004 betr. die Übermittlung von Gerichtsakten an das "Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit Federal Insurance Company, et al. v. al-Qaida, et al. which is pending in the U.S. Federal District Court fort the Southern District of New York, case No. 03-CV-6978 (RCC)." Das Departement beehrt sich, der Botschaft der Vereinigten Staaten von Amerika, in der Beilage den ersten und zweiten Satz der Unterlagen zuzustellen, die es vom Dienst für amerikanische Interessen der Schweizerischen Botschaft in Teheran zurückerhalten hat.

- **2 Sätze Gerichtsakten JUDICIAL ASSISTANCE: Summons, Complaint and Notice of Suit Pursuant to the Foreign Sovereign Immunities Act – Federal Insurance Company, et al. v. al-Qaida, et al, Case No 03-CV-6978 (RCC) (SDNY)**
- **"Proof of Service", datiert vom 12. Dezember 2004.+**

Der genannte Dienst hat die oben erwähnten Gerichtsakten samt seiner Note Nr. 1050-IE datiert vom 7. Dezember 2004, ohne Kommentar seitens des iranischen Aussenministeriums zurückerhalten. Die Bestätigung des 'proof of service' ist datiert vom 12. Dezember 2004 und die Legalisierung wurde am 21. Dezembern 2004 in Bern vorgenommen.

Das Departement benützt auch diesen Anlass, um die Botschaft seiner ausgezeichneten Hochachtung zu versichern.

Bern, 22. Dezember 2004

Beilagen erwähnt

An die Botschaft der
Vereinigten Staaten von Amerika

Informal Embassy translation from the German of SPP Note
No. 22404 dated December 22, 2004:

"The Federal Department of Foreign Affairs, referring to
Embassy's notes Nos. 1453 of November 22, 2004 and its Note
No. 22378 of December 13, 2004 concerning the transmission
of the court documents in the case Federal Insurance
Company, et al. v. al-Qaida, et al., has the honor to submit
to the Embassy of the Untied States of America the following
enclosures received from the American Interests Section of
the Swiss Embassy in Tehran.

-   **Court documents: Judicial Assistance: Summons, Complaint
    and Notice of Suit Pursuant to the Foreign Sovereign
    Immunities Act – Federal Insurance Company, et al. v. al-
    Qaida, et al. Case No. 03-CV-6978 (RCC)(SDNY)**
-   **'Proof of service' dated December 12, 2004.**


The Interests Section received back the above mentioned
court documents as well as its Notes No. 1050-IE dated
December 7, 2004 from the Iranian Ministry of Foreign
Affairs with no comments.  The confirmation of the 'proof of
service' is dated December 12, 2004 and the legalization was
done in Bern on December 21, 2004.

Complimentary close.

Bern, December 22, 2004

Enclosures as stated

<u>SPECIFIC AUTHENTICATION CERTIFICATE</u>

```
Confederation of Switzerland              )
Bern, Canton of Bern                      ) SS:
Embassy of the United States of America )
```

I certify that the annexed document is executed by the genuine
signature and seal of the following named official who, in an
official capacity, is empowered by the laws of Switzerland to
execute that document.

I certify under penalty of perjury under the laws of the United
States that the foregoing is true and correct.

Ruth EGGER
<hr>
(Typed name of Official who executed the annexed document)

<hr>
(Signature of Consular Officer)

Christopher K. Derrick
<hr>
(Typed name of Consular Officer)

Vice Consul of the United States of America
<hr>
(Title of Consular Officer)

December 27, 2004
<hr>
(Date)

## EMBASSY OF SWITZERLAND

No. 1050-IE

The Embassy of Switzerland, Foreign Interests Section, in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran and has the honor to refer the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit Federal Insurance Company, et al. v. al-Qaida, et al. which is pending in the U.S. Federal District Court for the Southern District of New York, case No. 03-CV-6978 (RCC). The Islamic Republic of Iran is a defendant in this case. The Foreign Interests Section herewith transmits a summons and complaint herewith. The U.S. Federal District Court has requested the transmittal of these documents. This note constitutes transmittal of these documents upon the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608 (a)(4) and 1608(e).

Under applicable U.S. law a defendant in a lawsuit must file an answer to the complaint or some other responsive pleading within 60 days for the date of transmittal of the complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Foreign Interests Section requests that the enclosed summons and complaint be forwarded to the appropriate authority of the Islamic Republic of Iran with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the summons and complaint, the Foreign Interests Section is enclosing a notice of suit prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States.

The Foreign Interests Section has been advised that under the laws of the United States, any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. Otherwise proceedings will continue without an opportunity to present arguments or evidence. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Attachments:

1 – Summons, Complaint, Notice of Suit
2 – Translations

Tehran – December 07, 2004 (Azar 17, 1383)

**Ministry of Foreign Affairs of the**
**Islamic Republic of Iran**
**Tehran**

I, Ernst Hofstetter, Head of the Foreign Interests Section, Embassy of Switzerland, in Tehran, certify that this is a true copy of the Embassy of Switzerland, Foreign Interests Section diplomatic note number 1050-IE dated December 07, 2004, and delivered to the Ministry of Foreign Affairs of the Islamic Republic of Iran on December 12, 2004.

Ernst Hofstetter
Head of Foreign Interests Section

Tehran – December 12, 2004

**APOSTILLE**
**(Convention de la Haye du 5 octobre 1961)**

1. Country: SWISS CONFEDERATION

   This public document

2. has been signed by         E. Hofstetter

3. acting in the capacity of officers

4. bears the seal/stamp of

   Embassy of Switzerland US Interests Section Tehran

   Certified

5. at Berne        6.    the 21 December 2004

7. by  Ruth Egger
   functionary of the Swiss federal Chancellery

8. No .........1 0 9 6 4........

9. Seal/stamp:                  10.  Signature:

   Swiss federal Chancellery

   Ruth Egger



## SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland              )
Bern, Canton of Bern                      ) SS:
Embassy of the United States of America )

I, Christopher K. DERRICK, a consular officer at the Embassy of
the United States at Bern, Switzerland, certify that this is a
true copy of Embassy note number 14537 dated November 22, 2004,
which was transmitted to the Swiss Ministry of Foreign Affairs
on November 23, 2004 for further transmission to the American
Interests Section of the Swiss Embassy in Tehran, Iran.


_____
(Signature of Consular Officer)


_____
          Christopher K. DERRICK
      (Typed name of Consular Officer)


Vice Consul of the United States of America
         (Title of Consular Officer)


          December 27, 2004
              (Date)

# EXHIBIT B



**United States Department of State**

*Washington, D.C. 20520*

December 10, 2004

Mr. Joseph LaMura
Chief Deputy Clerk
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

re:  Federal Insurance Company, et al. v.
al-Qaida, et al., Case Number 03-CV-6978 (RCC)

Dear Mr. LaMura:

I am writing regarding the Court's request for transmittal of a summons, complaint, and notice of suit to the Republic of Sudan pursuant to 28 U.S.C. Section 1608(a)(4) as a defendant in the above referenced case.

The American Embassy in Khartoum, Sudan transmitted the summons, complaint and notice of suit to the Ministry of Foreign Affairs of the Republic of Sudan under cover of a diplomatic note No. CONS/11/29/2004/636 dated November 29, 2004. A certified copy of the Embassy's diplomatic note, and a copy of the documents transmitted to the Ministry of Foreign Affairs are enclosed herewith in accordance with the procedures established for the implementation of the Foreign Sovereign Immunities Act.

Should you have any questions regarding this matter, please do not hesitate to contact me at (202) 736-9115.

Sincerely,

William P. Fritzlen
Attorney Adviser
Office of Policy Review and Interagency Liaison

Enclosures As Stated

cc:    J. Scott Tarbutton
       Cozen O'Connor Attorneys
       1900 Market Street
       Philadelphia, PA 19103-3508



Republic of Sudan _____ )
State of Khartoum _____ ) SS:
City of Khartoum _____ )
Embassy of the United States of America )

I, Allen J. Kepchar, Consular Officer of the United States of America in Khartoum, Sudan, certify that this is a true copy of the Embassy of the United States of America, diplomatic note number CONS/11/29/2004/636 dated November 29, 2004 and delivered to the Ministry of Foreign Affairs of the Republic of Sudan on November 30, 2004.

_____
(Signature)

ALLEN J. KEPCHAR
CONSULAR OFFICER

November 30, 2004



*Embassy of the United States of America*

*Khartoum, Sudan*

CONS/11/29/2004/636

The Embassy of the United States of America presents its compliments to the Ministry of Foreign Affairs of the Republic of Sudan and has the honor to refer the Ministry to the lawsuit entitled "Federal Insurance Company, et al. v. Al-Qaida, et al.," which is pending in the Federal District Court for the Southern District of New York, Case No. 3-CV-978 (RCC) in which the Government of the Republic of Sudan is a defendant.

The Embassy herewith transmits a Notice of Suit with summons and complaint. This note constitutes transmittal of these documents to the Government of Sudan as contemplated in Title 28, United States Code, Section 1608(a)(4).

Under applicable United States law a defendant in a lawsuit must file an answer to the complaint or some other responsive pleading within sixty (60) days from the date of transmittal of the complaint (i.e., the date of this Diplomatic Note) or face the possibility of having final judgment entered against it without the opportunity of presenting evidence or arguments in its behalf. Accordingly, the Embassy requests that the enclosed summons, complaint and notice of suit be forwarded to the appropriate authority of the Republic of Sudan with a view towards taking whatever steps are necessary to avoid a default judgment.

Under the laws of the United States, any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to

consult an attorney in the United States.  Otherwise, proceedings will continue without an opportunity to present evidence or possible defenses. Consistent with practice, the United States Department of State is available to discuss with counsel the requirements of U.S. law.  The United States Government is not a party to this litigation and cannot represent other parties in this matter.

In addition to the summons and complaint, the Embassy is enclosing a notice of suit prepared by the plaintiff, which summarizes the nature of the case and includes references to pertinent U.S. laws concerning suits against foreign states.

The Embassy of the United States of America avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Republic of Sudan the assurances of its highest consideration.

Embassy of the United States of America
November 29, 2004



Attachments:

1. Summons, Complaint and Notice of Suit

2. Translations into Arabic

# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FILED
U.S. DISTRICT COURT

2004 JUN -4 P 12: 58

**CERTIFICATE OF MAILING**
S.D. OF N.Y.

Federal Insurance Co., et al

               Plaintiff,

         -V-

Al Qaida, et al

               Defendants..

#133

03CV 6978 (RCC)

I, J. Michael McMahon, Clerk of Court for the Souther District of New York, do hereby certify that on the

**June 4, 2004**

I served the

**SUMMONS & COMPLAINT**
NOTICE OF SUIT
AND AFFIDAVIT OF TRANSLATOR

filed and issued herein on the

**Sept. 10, 2004**

Pursuant to the foreign sovereign immunities act 28 U.S.C. §1608(a)(3), by mailing by registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

#RB 632 958 829          #_____          #_____

#_____          #_____          #_____

(Chinatown Station) that was issued at my request as aforementioned,

J. Michael McMahon
_____

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK

IN RE TERRORIST ATTACK
ON SEPTEMBER 11, 2001
_____

Federal Insurance Company, et al.

V.

al-Qaida, et al.

SUPPLEMENTAL

## SUMMONS IN A CIVIL CASE

CASE NUMBER:
03 MD 1570
03CV6978 RCC

TO: (Name and address of defendant)

ALL DEFENDANTS ON ATTACHED RIDER

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael J. Sommi, Esq.
Cozen O'Connor
45 Broadway Atrium
Suite 1600
New York, NY  10006

an answer to the complaint which is herewith served upon you, within _____ 60 (Sixty) _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                    MAR 1 0 2004

CLERK

_Melanie L. Lopez_

(BY) DEPUTY CLERK                      DATE

AO 440  (Rev. 10/93)  Summons In a Civil Action -SDNY  WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served: _____

_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

_____

☐  Returned unexecuted: _____

_____

_____

☐  Other *(specify)*: _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
            Date                                      Signature of Server

_____
Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Federal Insurance Company et al., v al Qaida et al.
03 cv 6978 (RCC)

al Qaida
Egyptian Islamic Jihad
Asbat al-Ansar
Al Gama'a al-Islamiyya
Salafist Group for Call and Combat
Lashkar I Janghvi
Lashkar-e Tayyiba
Jemaah Islamiya Organization
Lebanese Hezbollah
Abu Sayef Group
Algerian Armed Islamic Group
Hamas
Palestine Islamic Jihad
The Islamic Republic of Iran
Republic of Iraq
The Republic of the Sudan
Syrian Arab Republic
The Kingdom of Saudi Arabia
Usama bin Laden
Muhammad Atif a/k/a Subhi Sitta a/k/a Abu Hafs al-Masri
Sayf al-Adl
Shaykh Sa'id a/k/a Mustafa Muhammad Ahmad
Abu Hafs the Mauritanian a/k/a Mahfouz Ould al-Walid a/k/a Khalid al-Shanqiti
Ibn al-Shaykh al-Libi
Abu Zubaydah a/k/a Zayn al Abidin Muhammad Husayn Tariq
Abu al-Hadi al-Iraqi a/k/a Abu Abdullah
Ayman al-Zawahiri
Thirwat Salah Shihata
Tariq Anwar al-Sayyid Ahmad a/k/a Fathi a/k/a Amr al-Fatih
Muhammad Salah
Makhtab Al-Khidamat a/k/a Al-Khifaf
Al-Itihaad al-Islamiya (AIAI)
Islamic Army of Aden
Wafa Humanitarian Organization
Al-Rashid Trust
Mamoun Darkazanli Import-Export Company
Nurjaman Riduan Ismuddin a/k/a Hambali
Mohammed Iqbal Abdurrahman a/k/a/ Abu Jibril
Benevolence International Foundation
Benevolence International Fund
Bosanska Idealna Futura
Global Relief Foundation a/k/a Foundation Secours Mondial
Mounir El Motassadeq
Ramzi Binalshibh
Said Bahaji
Turkistan Islamic Movement

**RIDER**
Federal Insurance Company et al., v al Qaida et al.
03 cv 6978 (RCC)

Wa'el Hamza Julaidan
Adel Ben Soltane
Nabil Benattia
Yassine Chekkouri
Riadh Jelassi
Mendi Kammoun
Samir Kishk
Tarek Ben Habib Maaroufi
Abdelhalim Remadna
Mansour Thaer
Lazhar Ben Mohammed Tlili
Habib Waddani
Akida Bank Private Limited
Akida Investment Co
Nasreddin Group International Holding Ltd.
Nasco Nasreddin Holding A.S.
Nascotex S.A.
Nasreddin Foundation
BA Taqwa for Commerce and Real Estate Company Ltd.
Miga - Malaysian Swiss, Gulf and African Chamber
Gulf Center S.R.L.
Nascoservice S.R.L.
Nasco Business Residence Center SAS Di Nasreddin Ahmed Idris EC
Nasreddin Company Nasco SAS Di Ahmed Idris Nassneddin EC
Nada International Anstalt
Nasreddin International Group Limited Holding
The Aid organization of the Ulema
Ahmed Idris Nasreddin
Youssef Nada
Abdelkadir Mahmoud Es Sayed
Khalid Al-Fawaz
Abu Hamza Al-Masri
Mohamed Ben Belgacem Aouadi
Mokhtar Boughougha
Tarek Charaabi
Sami Ben Khemais Essid
Lased Ben Heni
Somalia Branch of the Al-Haramain Islamic Foundation
Bosnia-Herzegovina branch of Al-Haramain Islamic Foundation
Umma Tameer-E-Nau (UTN)
Bashir-Ud-Din Mahmood
Abdul Majeed
S.M. Tufail
Al-Barakaat
Al Taqwa/Nada Group
Aaran Money Wire Service   Inc.

2

RIDER

Federal Insurance Company et al., v al Qaida et al.

03 cv 6978 (RCC)

Al Baraka Exchange LLC
Al Barakaat Bank
Al-Barakat Bank of Somalia (BSS)
Al-Barakat Finance Group
Al-Barakat Financial Holding Co.
Al-Barakat Global Telecommunications
Al-Barakat Group of Companies Somalia Limited
Al-Barakat International a/k/a Baraco Co
Al-Barakat Investments
Al-Barakat Wiring Service
Al Taqwa Trade, Property and Industry Company Limited
ASAT Trust
Bank of al Taqwa Limited
Baraka Trading Company
Barakaat Boston
Barakaat Construction Company
Barakaat Enterprise
Barakaat Group of Companies
Barakaat International
Barakaat International Foundation
Barakaat International, Inc.
Barakaat North America, Inc.
Barakaat Red Sea Telecommunications
Barakaat Telecommunications Co. Somalia
Barakat Bank and Remittances
Barakat Computer Consulting (BCC)
Barakat Consulting Group (BCG)
Barakat Global Telephone Company
Barakat International Companies (BICO)
Barakat Post Express (BPE)
Barakat Refreshment Company
Barakat Wire Transfer Company
Barakat Telecommunications Company Limited (BTELCO)
Barako Trading Company, LLC
Global Services International
Heyatul Ulya
Nada Management Organization
Parka Trading Company
Red Sea Barakat Company Limited
Somalia International Relief Organization
Somalia Internet Company
Somalia Network AB
Youssef M Nada & Co. Gesellschaft MBH
Hussein Mahmud Abdullkadir
Abdirasik Aden
Abbas Abdi Ali

3

Federal Insurance Company et al., v al Qaida et al.
03 cv 6978 (RCC)

Abdi Adulaziz Ali
Yusaf Ahmed Ali
Dahir Ubeidullahi Aweys
Hassan Dahir Aweys
Garad Jama
Ali Ghaleb Himmat
Albert Fredrich Armand Huber
Liban Hussein
Ahmed Nur Ali Jim'ale
Abdullahi Hussein Kahie
Mohammed Mansour
Zeinab Mansour-Fattah
Abdullah Ahmed Abdullah a/k/a Abu Mariam a/k/a Abu Mohamed Al-Masri a/k/a
Saleh
Haji Abdul Manan Agha a/k/a Abd Al-Man'am Saiyid
Al-Hamati Sweets Bakeries
Muhammad Al-Hamati a/k/a Mohammad Hamdi Sadiq Al-Ahdal a/k/a Abu Asim Al-
Makki; Mohammed Hamdi al-Ahdal
Amin Al-Haq a/k/a Dr. Amin Ah Haq a/k/a Muhammad Amin a/k/a Dr. Amin Ul-Haq
Saqar Al-Sadawi
Ahmad Sa'Id Al-Kadr a/k/a Abu Abd Al-Rahman Al-Kanadi
Anas Al-Liby a/k/a Anas Al-Libi a/k/a Nazim Al-Raghie a/k/a Nazih Abdul Hamed Al-
Raghie a/k/a Anas Al-Sabai
Ahmad Ibrahim Al- Mughassil a/k/a Abu Omran a/k/a Ahmed Ibrahim Al-Mughassil
Abdelkarim Hussein Mohamed Al-Nasser
Al-Nur Honey Press Shops a/k/a Al-Nur Honey Center
Yasin Al-Qadi
Sa'D Al-Sharif
Al-Shifa' Honey Press for Industry and Commerce
Ibrahim Salih Mohammed Al-Yacoub
Ahmed Mohammed Hamed Ali a/k/a Ahmed Mohammed Abdurehman a/k/a Abu
Fatima a/k/a Abu Islam a/k/a Abu Khadijah a/k/a Ahmed Hamed a/k/a Ahmed the
Egyptian a/k/a Ahmed Ahmed a/k/a Ahamad Al-Masri a/k/a Abu Islam Al-Surir a/k/a
Ahmed Mohammed Ali a/k/a Hamed Ali a/k/a Ahmed Hemed a/k/a Ahmed Shieb
a/k/a Shuaib
Ali Atwa a/k/a Ammar Mansour Bouslim a/k/a Hassan Rostom Salim
Muhsin Musa Matwalli Atwah a/k/a Abdel Rahman a/k/a Abdul Rahman a/k/a Abdul
Rahman Al-Muhajir a/k/a Mohammed K.A. Al-Namer
Bilal Bin Marwan
Ayadi Chafiq Bin Muhammad a/k/a Ben Muhammad Aiadi a/k/a Ben Muhammad
Aiady a/k/a Ben Muhammad Ayadi Chafik a/k/a Ben Muhammad Ayadi Shafiq
Mamoun Darkazanli
Ali Saed Bin Ali El-Hoorie a/k/a Ali Saed Bin Ali Al-Houri a/k/a Ali Saed Bin Ali El-
Houri
Mustafa Mohamed Fadhil a/k/a Abd Al Wakil Al Masri a/k/a Abu Al-Nubi a/k/a Hassan
Ali a/k/a Abu Anis a/k/a Moustafa Ali Elbishy a/k/a Mustafa Muhamad Fadil a/k/a

4

RIDER
Federal Insurance Company et al., v al Qaida et al.
03 cv 6978 (RCC)

Mustafa Fazul a/k/a Hussein a/k/a Abu Jihad a/k/a Khalid a/k/a Nu Man a/k/a Mustafa Mohammed a/k/a Abu Yussrr

Ahmed Khalfan Ghailani a/k/a Ahmed the Tanzanian a/k/a Foopie a/k/a Fupi a/k/a Abu Bakr Ahmad a/k/a A. Ahmed a/k/a Abubakar Ahrmed a/k/a Abubakar K. Ahmed a/k/a Abubakar Khalfan Ahmed a/k/a Abubakary K. Ahmed a/k/a Ahmed Khalfan Ahmed a/k/a Ahmad Al Tanzani a/k/a Ahmed Khalfan Ali a/k/a Abu Bakr a/k/a Abubakary Khalfan Ahmed Ghailani a/k/a Ammed Ghailani a/k/a Ahmad Khalafan Ghilani a/k/a Mahafudh Abubakar Ahmed Abdallah Hussein a/k/a Abu Khabar a/k/a Ahmed Khalfan a/k/a Shariff Omar Mohammed

Riad Hijazi a/k/a Abu-Ahmad Al-Amriki a/k/a Abu-Ahmad Al-Hawen a/k/a Rashid Al-Maghribi a/k/a Abu-Ahmad Al-Shahid a/k/a M Raed Hijazi

Hasan Izz-Al-Din a/k/a Ahmed Garbaya a/k/a Sa-Id a/k/a Samir Salwwan

Jaish-I-Mohammed a/k/a Army of Mohammed

Jam'Yah Ta'Awun Al-Islamia a/k/a Jam'lyat Al Ta'Awun Al Islamiyya a/k/a JIT a/k/a Society of Islamic Cooperation

Mufti Rashid Ahmad Ladehyanoy a/k/a Mufti Rasheed Ahma a/k/a Mufti Rashid Ahmad Ludhianvi a/k/a Mufti Rashid Ahmad Wadehyanoy

Fazul Abdullah Mohammed a/k/a Fazul Abdalla a/k/a Fazul Adballah a/k/a Abu Aisha a/k/a Abu Seif Al Sudani a/k/a Fadel Abdallah Mohammed Ali a/k/a Abdalla Fazul a/k/a Abdallah Fazul a/k/a Abdallah Mohammed Fazul a/k/a Haroon Fazul a/k/a Harun Fazul a/k/a Haroon a/k/a Fadhil Haroun a/k/a Harun a/k/a Abu Luqman a/k/a Fazul Mohammed a/k/a Fazul Abdilahi Mohammed a/k/a Fouad Mohammed a/k/a Fadil Abdallah Muhamad

Khalid Shaikh Mohammed

Fahid Mohammed Ally Msalam a/k/a Usama Al-Kini a/k/a Fahid Mohammed Ally a/k/a Fahad Ally Msalam a/k/a Fahid Mohammed Ali Msalam a/k/a Mohammed Ally Msalam a/k/a Fahid Mohammed Ali Musalaam a/k/a Fahid Muhamad Ali Salem

Rabita Trust

Ansar al-Islam (AI) a/k/a Jund al-Islam

Youssef Abdaoui a/k/a Abu Abdullah a/k/a Abdellah a/k/a Abdullah

Mohammed Amine Akli

Mohrez Amdouni a/k/a Fabio Fusco a/k/a Mohammed Hassan a/k/a Tuale Abu

Chiheb Ben Mohamed Ayari a/k/a Abu Hohem Hichem

Mondher Baazaoui a/k/a Hamza

Lionel Dumont a/k/a Bilal a/k/a Hamza a/k/a Jacques Brougere

Moussa Ben Amor Essaadi a/k/a Dah Dah a/k/a Abdelrahmman a/k/a Bechir

Rachid Fehar a/k/a Aminedel Belgio a/k/a Djaffar

Brahim Ben Hedili Hamami

Khalil Jarraya a/k/a Khalil Yarraya a/k/a Aziz Ben Narvan Abdel' a/k/a Amro a/k/a Omar a/k/a Amrou a/k/a Amr

Mounir Ben Habib Jerraya

Fouzi Jendoubi aka Said / aka Samir

Fethi Ben Rebai Masri a/k/a Amor a/k/a Omar Abu a/k/a Fethi Alic

Najib Ouaz

Ahmed Hasni Rarrbo a/k/a Abdallah a/k/a Abdullah

Nedal Saleh a/k/a Hitem

5

Federal Insurance Company et al., v al Qaida et al.
03 cv 6978 (RCC)

Abdelghani Mzoudi
Gulbuddin Hekmatyar
Imad Mughniyeh
Muhammad Omar
Islamic International Brigade
Special Purpose Islamic Regiment
Riyadus-Salikhin Recognizance and Sabotage Battalion of Chechen Martyrs
Princess Haifa Al-Faisal
Prince Bandar Iban Sultan
Osama Bassnan
Fahad Al-Thumairy
World Assembly of Muslim Youth
Sheikh Ahmed Salim Swedan
Muhammad Abu-Islam
Abdullah 'Qassim
Hashim Abdulrahman
Jamal Al-Badawi
Mohammed Omar Al-Harazi
Walid Al-Sourouri
Fatha Adbul Rahman
Yasser Al-Azzani
Jamal Bakhorsh
Ahmad Al-Shinni
Jamil Qasim Saeed
Abu Abdul Rahman
Mohamed Bayazid
Abu Musab Zarqawi
Sheikh Omar Bakri Muhammad
Abdul Fattah Zammar
Ghasoub Al Abrash Ghalyoun a/k/a Abu Musab
Bensayah Belkacem
Sabir Lamar
Wadih El-Hage
Wali Khan Amin Shah
Zacarias Moussaoui
The Taliban
Maulvi Abdul Kabir
Jalil Shinwari
Noor Jalil
Abdel Hussein
Adu Agab
National Islamic Front
Hassan Turabi
Iss El-Din El Sayed
Lashkar Redayan-E-Islami
Ahmad Salah a/k/a Salim

6

RIDER
Federal Insurance Company et al., v al Qaida et al.
03 cv 6978 (RCC)

Abd Al-Mushin Al-Libi
Abdul Rahman Khaled Bin Mahfouz
Abdul Rahman Yasin
Abdulla Al Obaid
Abdula Bin Laden
Advice and Reformation Committee
Afghan Support Committee
Al Khaleejia for Expert Promotion and Marketing Company
Al-Haramain Islamic Foundation
Enaam M Arnanout
International Development Foundation
International Islamic Relief Organization
International Institute of Islamic Thought
Islamic Cultural Institute of Milan
Jamal Barzinji
Khaled Bin Mahfouz
Mohammed Jamal Khalifa
Mohammed Salim Bin Mahfouz
Muslim World League
National Commercial Bank
Prince Nayef Bin Abdulaziz Al Saud
Prince Sultan Bin Abdulaziz Al Saud
Rabih Haddah
SAAR Foundation
Saudi Sudanese Bank
Al Shamal Islamic Bank a/k/a Shamel Bank a/k/a Bank El Shamar
Sheikh Abu Bdul Aziz Nagi
Sheik Adil Galil Batargy a/k/a Adel Abdul Jalil Batterjee
Suleiman Abdel Aziz Al Rajhi
Taba Investments
Tanzanite King
Ulema Union of Afghanistan
Wadi Al Aqiq
Infocus Tech of Malaysia
Yazid Sufaat of Kuala Lumpur Malaysia
Al-Shaykh Al-Iraqi
Azzam Service Center
Abu Hajer Al Iraqi
Prince Mohammed Al Faisal Al Saud
Al-Hijrah Construction and Development Limited
Gum Arabic Company Limited
Al Shamal For Investment and Development
Saleh Abdullah Kamel
Al Baraka Investment and Development Company
Saudi Dallah Al Baraka Group LLC
Islamic Investment Company of the Gulf

7

Federal Insurance Company et al., v al Qaida et al.
03 cv 6978 (RCC)

Dar-Al-Maal Al Islami
Al-Bir Saudi Organization
Mohammad S. Mohammad
Tadamon Islamic Bank
Mustasim Abdel-Rahim
National Fund for Social Insurance
Abdul-Rahim Mohammed Hussein
Al Amn Al-Dakhili
Al Amn Al-Khariji
Abd Al Samad Al-Ta'Ish
Mohamed Sadeek Odeh
Abdel Barry
Mahdi Chamran Savehi
Mohammed Sarkawi
Al Tawhid
Haji Mohamad Akram
Abdallah Omar
Umar Faruq
Abd Al-Rahim Al-Nashiri
Prince Turki Al Faisal Al Saud
Prince Abdullah Al Faisal Bin Abdulaziz Al Saud
Prince Salmin Bin Abdul Aziz Al Saud
Mullah Kakshar
Abdulaziz Bin Abdul Rahman Al Saud
Haydar Mohamed Bin Laden
Mohammed Bin Abdulrahman Al Ariefy
Faisal Group Holding Company
Alfaisaliah Group
Bashsh Hospital
Mushayt for Trading Establishment
Abdullah Bin Abdul Muhsen Al Turki a/k/a Al Turki
Saudi High Commission
Abdul Aziz Al Ibrahim a/k/a Al Ibrahim
Tarek Ayoubi
Al Anwa
Help African People
Ibrahim Bin Abdul Aziz Al Ibrahim Foundation
Mercy International Relief Agency
Islamic Movement of Uzbekistan
Saudi Bin Laden Group
Bakr M. bin Laden
Salem Bin Laden
Saleh Gazaz
Mohammed Bahareth
Abdullah Bin Said
Mohammed Nur Rahmi

8

Federal Insurance Company et al., v al Qaida et al.
03 cv 6978 (RCC)

Tarek M. Bin Laden
Omar M. Bin Laden
Mohammed Bin Laden Organization
Saudi Bin Laden International Company
Yeslam M Bin Laden
Global Diamond Resource
Human Concern International Society
Talal Mohammed Badkook
Dr. Mohaman Ali Elgari
New Diamond Holdings
M.M. Badkook Company for Catering & Trading
Al-Mustaqbal Group
National Management Consultancy Center
Al-Rajhi Banking & Investment Corporation
Saleh Abdulaziz Al-Rajhi
Abdullah Sulaiman Al-Rajhi
Khalid Sulaiman Al-Rajhi
Al-Watania Poultry
Mar-Jac Poultry
Mar-Jac Investments, Inc.
Piedmont Poultry
Salim Bin Mahfouz
SNCB Corporate Finance Limited
SNCB Securities Limited in London
SNCB Securities Limited in New York
Saudi Economic and Development Company
Zakat Committee
Red Crescent Saudi Committee
Blessed Relief Foundation
Abdulkarim Khaled Uusuf Abdulla
Al-Birr
Hisham Arnanout
Hezb-e-Islami
Saif Al Islam El Masry
Syed Suleman Ahmer
Mazin M.H. Bareth
Shahir Abdulraoof Batterjee
Zahir H. Kazmi
Muzaffar Kahn
Soliman J. Khudeira
Jamal Nyrabeh
Ahmad Ajaj
Success Foundation
Abdul Rahman Alamoudi
American Muslim Foundation
Mohammed Omeish

9

Federal Insurance Company et al., v al Qaida et al.
03 cv 6978 (RCC)

Adnan Basha
Mahmoud Jaballah
Arafat El-Ashi
Moro Islamic Liberation Front
Jamal Ahmed Mohammed
Mohammed Khatib
Saudi Joint Relief Committee
Taibah International Aid Association
Islamic African Relief Agency
Tarik Hamdi
Fazeh Ahed
Sanabil Al-Khair
Sana-Bell, Inc.
Sanabel Al-Kheer, Inc.
Khaled Nouri
Abdullah M Al-Mahdi
Tareq M Al-Swaidan: Abdul Al-Moslah
Salah Badahdh
Hassan A.A Bahfzallah
M. Yaqub Mirza
Ihab Ali
Samir Salah
Ibrahim Hassabella
Hisham Al-Talib
Abu Sulayman
Ahmed Totonji
Iqbal Yunus
M. Omar Ashraf
Mohammed Jaghlit
Muhammad Ashraf
Sherif Sedky
African Muslim Agency
Aradi, Inc.
Grove Corporate, Inc.
Heritage Education Trust
Mena Corporation
Reston Investments, Inc.
Safa Trust
Sterling Charitable Gift Fund
Sterling Management Group
York Foundation
National Development Bank
Dallah Avco Trans Arabia Co. Ltd.
Omar Al Bayoumi a/k/a Abu Imard
Masjed Al Madinah Al Munawarah a/k/a Masjid Al Madinah Al Munawarah
Aqsa Islamic Bank

Federal Insurance Company et al., v al Qaida et al.
03 cv 6978 (RCC)

Aqeel Al-Aqeel
Mansouri Al-Kadi
Soliman H.S. Al-Buthe
Perouz Seda Ghaty
Ahmed Ibrahim Al Najjar
Adel Muhammad Sadiq Bin Kazem
Saudi American Bank
Abdulaziz Bin Hamad
Khalil A. Kordi
Rashid M Al Romaizan
Abdulaziz Bin Hamad Al Gosaibi
Saudi Cement Company in Damman
Omar Sulaiman Al-Rajhi
Arab Cement Company
Zeinab Mansour-Fattouh
Mohammed Chehade
Hazem Ragab
Mohammed Alchurbaji
Mustafa Al-Kadir
Abu Al-Maid
Sulaiman Al-Ali
Muslim World League NY Offices
Abdullah Bin saleh Al-Obaid
Taha Jaber Al-Alwani
Ibrahim S Abdullah
Mohammed Bin Faris
Dr. Mahmoud Dakhil
Abdul Rahman Al Swailem
Delta Oil Company
Nimir, LLC
Arab Bank, PLC
Dubai Islamic Bank
Nada Management Organization, SA
Ary Group
Islamic Cultural Center of Geneva
Hani Ramadan
The Committee for the Defense of Legitimate Rights
Proyectos Y Promociones Iso
Afamia, SL
Cobis
Abrash Company
Promociones Y Construcciones Tetuan Pricote, S.A.
Contratas Gioma
Eurocovia Obras, S.A.
Proyectos Y Promociones Pardise, S.L.
Proyectos Edispan

11

RIDER
Federal Insurance Company et al., v al Qaida et al.
03 cv 6978 (RCC)

Ghasoub Al Abrash
Mustaf Ahmed Al-Hisawi a/k/a Sheik Saeed
Imad Eddin Barakat Yarkas a/k/a Abu Dahdah
Muhammed Galeb Kalaje Zuoyadi a/k/a Abu Talha
Bassam Dalati Satut
Abdalrahman Alarnout Abu Aljer a/k/a Abu obed
Mohammed Khair Al Saqqa a/k/a Abu Al Darda
Mohammed Ali Sayed Mushayt
Mohammed Hussein Al-Amoudi
Abu Qatada Al-Filistini a/k/a Abu Ismail a/k/a Abu Umar a/k/a Abu Omar Omar a/k/a
Abu Umar Takfiri a/k/a Abu Umar umar a/k/a Ali-Samman Uthman a/k/a Omar
Mahmoud Uthman a/k/a Umar Uthman
Yassir Al-Sirri a/k/a Ammar
Mohammed Al Massari
Lujain Al-Iman
Ziyad Khaleel
Ibrahim bah
Mamdouh Mahmud Salim a/k/a Abu Hajer Al Iraqi
Sheikh Abdullah Azzam a/k/a Abu Muhammed
Abdullah Samil Bahmadan
Essam Al Ridi
Omar Abu Omar
Mohammed Ali Hasan Al Moayad
Al Farooq Mosque
Yousef Jameel
Ibrahim Muhammed Afandi
Mohammed Bin Abdullah Al-Jomaith
Abdulrahman Hassan Sharbatly
Salahuddin Abduljawad
Ahmed Zaki Yamani
Ahmad Al Harbi
Mohammed Al-Issai
Hamad Hussaini
Abu Rida Al Suri a/k/a Mohammed Loay Bayazid
Saudi Red Crescent
Ahmed Brahim
Abu Musab Al-Zarqawi
Abu Ibrahim Al-Masri
Dar Al Maal Al Islami Trust
DMI Administrative Services, S.A.
Islamic Assembly of North America
Salman Al-Ouda
Safar Al-Hawali
Saleh Al-Hussayen
Sami Omar Al-Hussayen
Muhammed J. Fakihi

RIDER

Federal Insurance Company et al., v al Qaida et al.
03 cv 6978 (RCC)

**Queen City Cigarettes and Candy**
**Agus Budiman**
**Al-Baraka Bankcorp, Inc.**
**Ahmed Ressam**
**Zakariya Essabar**

H:\xpsystem\My Documents\187$601!.DOC

13

COZEN O'CONNOR
Attorneys for Plaintiffs
Michael J. Sommi, Esq. (MS-7910)
45 Broadway, 16th Floor
New York, New York 10006
(212) 509-9400



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE TERRORIST ATTACK            :
ON SEPTEMBER 11, 2001                          CIVIL ACTION NO.: 03 MD 1570

                                  :

FEDERAL INSURANCE COMPANY;        :
PACIFIC INDEMNITY COMPANY;        :
CHUBB CUSTOM INSURANCE            :    CIVIL ACTION NO.: 03 CV 6978
COMPANY; CHUBB INDEMNITY          :
INSURANCE COMPANY; CHUBB          :
INSURANCE COMPANY OF CANADA;      :
CHUBB INSURANCE COMPANY OF        :
NEW JERSEY; GREAT NORTHERN        :    FIRST AMENDED
INSURANCE COMPANY; VIGILANT       :    COMPLAINT
INSURANCE COMPANY; ZURICH         :
AMERICAN INSURANCE COMPANY;       :
AMERICAN GUARANTEE AND            :
LIABILITY INSURANCE COMPANY;      :
AMERICAN ZURICH INSURANCE         :    JURY TRIAL DEMANDED
COMPANY; ASSURANCE COMPANY        :
OF AMERICA; COLONIAL AMERICAN     :
CASUALTY AND SURETY               :
INSURANCE COMPANY; FIDELITY       :
AND DEPOSIT COMPANY OF            :
MARYLAND; MARYLAND                :
CASUALTY COMPANY; NORTHERN        :
INSURANCE COMPANY OF NEW          :
YORK; STEADFAST INSURANCE         :
COMPANY; VALIANT INSURANCE        :
COMPANY; ONE BEACON               :
INSURANCE COMPANY; ONE            :
BEACON AMERICA INSURANCE          :
COMPANY; AMERICAN EMPLOYERS'      :
INSURANCE COMPANY; THE            :

# NOTICE OF SUIT

| | | |
|---|---|---|
| 1. | Title of Legal Proceeding: | *Federal Insurance Company, et al v. Al-Qaida, et al*; United States District Court for the Southern District of New York, Civil Action No. 03 CV 6978 |
| 2. | Name of Foreign State Concerned: | The Islamic Republic of Iran |
| 3. | Identities of Other Parties: | A list of all parties is attached hereto as Exhibit 1. |
| 4. | Nature of Documents Served: | Summons and Complaint |
| 5. | Nature and Purpose of Proceedings: | Action to recover for property damage, business interruption losses, personal injuries, wrongful deaths and other injuries resulting from the terrorist attack upon the United States of September 11, 2001 (the September 11th Attack). The Islamic Republic of Iran has been sued based on its participation in a conspiracy among the defendants to commit acts of international terrorism against the United States, its nationals and allies, of which the September 11th Attack was a direct, intended and foreseeable product. The conspiracy among the defendants to commit acts of international terrorism against the United States, its nationals and allies, included the aiding and abetting of, and provision of material support and resources to, al Qaida and/or affiliated foreign states, foreign terrorist organizations, commercial entities, persons and other parties. |
| 6. | Date of Default: | N/A |

7. A response to a "Summons" and "Complaint" is required to be submitted to the court, not later than 60 days after these documents are received. The response may present jurisdictional defenses (including defenses relating to state immunity).

8. The failure to submit a timely response with the court can result in a Default Judgment and a request for execution to satisfy the judgment. If a default judgment has been entered, a procedure may be available to vacate or open that judgment.

9.   Questions relating to state immunities and to the jurisdiction of United States courts over foreign states are governed by the Foreign Sovereign Immunities Act of 1976, which appears in sections 1330, 1391(f), 1441(d), and 1602 through 1611, of Title 28, United States Code (Pub. L. 94-583; 90 Stat. 2891). A copy of the Foreign Sovereign Immunities Act is attached hereto.

COZEN O'CONNOR


By:_____
MICHAEL J. SOMMI, ESQ. (MJS-7910)
45 Broadway Atrium, Suite 1600
New York, NY 10006
(212) 908-1244
(866) 591-9129 (*direct fax*)
Attorneys for Plaintiffs


Dated: _____


OF COUNSEL:

STEPHEN A. COZEN, ESQUIRE
ELLIOTT R. FELDMAN, ESQUIRE
SEAN P. CARTER, ESQUIRE
JOHN M. POPILOCK, ESQUIRE
J. SCOTT TARBUTTON, ESQUIRE
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000


PHILA1\1898480\1 117430.000

2

**Language Services**
associates

INTERPRETERS AND TRANSLATORS

# CERTIFICATE OF AUTHENTICITY

This is to certify that the enclosed documents, in the case of *Federal Insurance Co., et al. v. Al Qaida, et al.*, 03-CV-6978 (S.D.N.Y.); *In Re Terrorist Attack On September 11, 2001*, 03-MD-1570 (S.D.N.Y.):

- Summons served upon the Syrian Arab Republic;

- Notice of Suit to the Syrian Arab Republic;

- Listing of all parties to the lawsuit in *Federal Insurance Co., et al. v. Al Qaida, et al.*, 03-CV-6978 (S.D.N.Y.);

- A copy of the Foreign Sovereign Immunities Act;

- First Amended Complaint brought in the United States District Court for the Southern District of New York;

have been translated from English into Arabic by members of Language Services Associates and is, to the best of our knowledge, ability and belief, a true and accurate translation.

5-17-04
Date

Florencia Agote
Translation Project Manager

Sworn to and subscribed before me
this 17 day of May , 2004

Notarial Seal
Joan B. Ryan, Notary Public
Philadelphia, Philadelphia County
My Commission Expires Nov. 8, 2004

Member, Pennsylvania Association of Notaries

4



PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS,
DENVER
LAS VEGAS
LONDON
LOS ANGELES

**COZEN**
**O'CONNOR**
ATTORNEYS

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com

May 20, 2004

**J. Scott Tarbutton**
Direct Phone 215.665.7255
Direct Fax   215.701.2467
starbutton@cozen.com

J. Michael McMahon
Clerk of the Court
United States District Court for the
    Southern District of New York
Office of the Clerk
500 Pearl Street
New York, NY 10007-1312

Re:    *Federal Insurance Co., et al v. Al Qaida, et al*
       **United States District Court for the Southern District for New York,**
       **Docket No. 03-CV-6978**

Dear Mr. McMahon:



        We represent the Plaintiffs in the above referenced September 11 lawsuit in which the
Syrian Arab Republic has been named as a defendant.  I am writing to request your assistance in
effectuating service of process on Syria under the Foreign Sovereign Immunities Act ("FSIA"),
28 U.S.C. § 1608(a)(3).

        Enclosed are three copies of the following documents, in both English and Arabic, the
official language of Syria:

        *Federal Insurance Co. et al v. Al Qaida, et al*
        **United States District Court for the Southern District of New York,**
        **Docket No. 03-CV-6978**

        • Summons
        • Notice of Suit (including copy of the FSIA and list of parties in the lawsuit)
        • Complaint

        Also enclosed are three copies of the notarized Certificate of Authenticity from the
translator stating that the translations are complete and accurate in *Federal Insurance Co.*  In
addition, I am enclosing an addressed mailing envelop for your use in transmitting *the Federal
Insurance Co.* materials to Syrian Ministry of Foreign Affairs as follows:

J. Michael McMahon
Clerk of the Court
United States District Court for the
Southern District of New York
May 20, 2004
Page 2

---

            The Syrian Arab Republic
            Ministry of Foreign Affairs
            Farouk Al-Shara
            Muhajereen Shora Avenue
            Damascus, Syria

       Thank you for your assistance.  If there are any questions, please do not hesitate to contact me directly.

Sincerely,

COZEN O'CONNOR

By:    J. Scott Tarbutton

JST/wlb
Enclosures

Phila1\2071439\1

**UNITED STATES POSTAL SERVICE**

0364 6928

**Return Receipt for International Mail**
(Registered, Insured, Recorded Delivery, Express Mail)

*Par Avion*

Postmark of the office returning the receipt
Timbre du bureau renvoyant l'avis

Return by the quickest route (air or surface mail), à découvert and postage free

Renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise

The sender completes and indicates the address for the return of this receipt.
(A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.)

Name or Firm (Nom ou raison sociale)
Clerk of Court - Southern District of N.Y.

Street and Number. (Rue et no.)
500 Pearl Street

City, State, and ZIP (Localité et code postal)
New York N.Y. 10007-1312

UNITED STATES OF AMERICA    États-Unis d'Amérique

*Avis de réception*    **CN07** (Old C5)

---

**Registered No.**

RR632958829US

| | | | |
|---|---|---|---|
| Reg. Fee $ 7.50 | | Special Delivery $ | |
| Handling Charge $ | | Return Receipt $ 1.75 | |
| Postage $ 29.45 | | Restricted Delivery $ | |
| Received by | | | |

To Be Completed By Post Office

**Date Stamp**

UNIT ID: 0004
Clerk: KSJJJP
06/04/04

Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse)

Customer Must Declare Full Value $

☐ With Postal Insurance
☐ Without Postal Insurance

To Be Completed By Customer (Please Print). All Entries Must Be In Ballpoint or Typed

FROM
Clerk of Court - Southern District of NY
500 Pearl Street
New York N.Y. 10007-1312

TO
The Syrian Arab Republic Ministry of Foreign Affairs
Farouk Al-Sharaa
Muhajereen Shora Avenue
Damascus, Syria

PS Form **3806**,   **Receipt for Registered Mail**   (Customer Copy)
June 2000                                              (See Information on Reverse)

| Item Description (Nature de l'envoi) | Registered ☐ Article (Envoi recommandé) | ☐ Letter (Lettre) | Printed ☒ Matter (Imprimé) | ☐ Other (Autre) | Recorded Delivery (Envoi à livraison attestée) | Express Mail International |
|---|---|---|---|---|---|---|

| Insured Parcel ☐ (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) | Article Number |
|---|---|---|
| | | RB 632 958 829 |

Office of Mailing (Bureau de dépôt)

Date of Posting (Date de dépôt)

*Syrian Arab Republic*

Addressee Name or Firm (Nom ou raison sociale du destinataire)

*Ministry of Foreign Affairs   Farouk Al-Shara*

No. (Rue et No.)

*Al-Inependence Shara Avenue*

Place and Country (Localité et pays)

*Damascus Syria*

15 06 2004

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if the regulations to provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

Postmark of the office of destination (Timbre du Bureau de destination)

☐ The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.)

Date *15-6-2004*

Signature of Addressee (Signature du destinataire)

Office of Destination Employee Signature (Signature de l'agent du bureau de destination)

Form 2865, February 1997 (Reverse)

---

**Declaration of Value:** *You must declare the full value* of all registered mail articles at the time of mailing, whether you want to purchase insurance or not.

**With Postal Insurance:** You can purchase postal insurance against loss or damage by paying the appropriate fee.

**Without Postal Insurance:** You can also send an article by registered mail without purchasing postal insurance. No indemnity is paid for uninsured articles.

**Indemnity Coverage:**

Domestic - Indemnity coverage for domestic registered mail is limited to the lesser of (1) the value of the article at the time of mailing if lost or totally damaged, or (2) the cost of repairs. Ask your postmaster for additional information about insurance limits and coverage. See *Domestic Mail Manual* S010 and S911 for limitations of coverage.

International - Indemnity coverage for international registered mail is limited to the maximum set by the Convention of the Universal Postal Union. Ask your postmaster and see the *International Mail Manual* for limitations of coverage and individual country prohibitions and restrictions.

**How to File a Claim:** You must file domestic claims within one year of the date the article was mailed. Effective January 1, 2001, international indemnity claims for loss must be filed within six months of the date the article was mailed. Make claims for complete or partial loss of contents, damage, or alleged rifling immediately. For complete or partial loss or damage present (1) this receipt, (2) the article, container, and packaging; and, (3) evidence to substantiate your claim.

**Please do not inquire** about the status of your claim for at least 3 months after you file.

PS Form 3806, June 2000, (Customer Copy - Reverse)

Save this receipt for registered mail claims and inquiries

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**OFFICE OF THE CLERK**
**500 PEARL STREET**
**NEW YORK, NEW YORK 10007**

**J. MICHAEL MCMAHON**                    May 26, 2004
**CLERK**

The Syrian Arab Republic
Ministry of Foreign Affairs
Farouk Al-Shara
Muhajereen Shora Avenue
Damascus, Syria

Federal Insurance Co., et al lv. Al Qaida, et al
03 Cv. 6978

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act {28U.S.C. §1608(a)(3), one copy of the following documents is being served on you on behalf of the Plaintiff in the above-referenced action which names your country and/or a government office as a defendant:

Summons
Amended Complaint
Notice of Suit
Certificate of Authenticity

The documents are in Arabic , your country's official language.

Respectfully yours,

Joe LaMura
Chief Deputy

Enc.