UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

IN RE TERRORIST ATTACKS ON           Civil Action No.
SEPTEMBER 11, 2001                   03 MDL 1570 (RCC)

------------------------------------------------------------x

This document relates to:
> *Euro Brokers, Inc., et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 04-CV-7279 (S.D.N.Y.)
> *World Trade Center Properties, et al. v. Al Baraka Investment and Development Corp, et al.*, Case No. 04-CV-7280 (S.D.N.Y.)

## PLAINTIFFS' MORE DEFINITE STATEMENT AS TO DEFENDANT SAUDI AMERICAN BANK

Counsel for the above-captioned Plaintiffs hereby provide a more definite statement as to Defendant Saudi American Bank. This statement, annexed hereto as Exhibit 1, is hereby incorporated into the consolidated Complaints, pursuant to the Court's Case Management Order No. 1, dated March 10, 2004, and Case Management Order No. 2, dated June 16, 2004, paragraph 13.

Dated: September 9, 2005          Respectfully submitted,

              /S/
Michael E. Elsner, Esq. (NY - ME8337; VA-41424; SC-72893)
Ronald L. Motley, Esq. (SC-4123)
Jodi Westbrook Flowers, Esq. (SC-66300)
Donald A. Migliori, Esq. (RI-4936; MA-567562; MN-0245951)
Robert T. Haefele, Esq. (NJ-58293; PA-57937)
Justin B. Kaplan, Esq. (TN-022145)
John Eubanks (MD)
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, South Carolina 29465
Telephone: (843) 216-9000

Jayne Conroy, Esq. (NY-JC8611)
Paul J. Hanly, Jr., Esq. (NY-PH5486)
Andrea Bierstein, Esq. (NY-AB4618)
HANLY CONROY BIERSTEIN
    & SHERIDAN, LLP
415 Madison Avenue
New York, NY 10017-1111
Telephone:  (212) 401-7600

*Attorneys for Plaintiffs*