UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON                    Civil Action No.
SEPTEMBER 11, 2001                            03 MDL 1570 (RCC)


-----------------------------------------------------------x

This document relates to:

    *Thomas E. Burnett, Sr., et al. vs. Al Baraka Investment and Development Corp., et al.,*
       *Case No.* 03-CV-5738 (S.D.N.Y.)
    *Euro Brokers, Inc., et al. v. Al Baraka Investment and Development Corp., et al., Case*
       *No. 04-CV-7279 (S.D.N.Y.)*
    *World Trade Center Properties, et al. v. Al Baraka Investment and Development Corp, et*
       *al., Case No. 04-CV-7280 (S.D.N.Y.)*

## PLAINTIFFS' MORE DEFINITE STATEMENT AS TO
## DEFENDANT SAUDI RED CRESCENT


       Counsel for the above-captioned Plaintiffs hereby provide a more definite statement as to

Defendant Saudi Red Crescent.   This statement, annexed hereto as Exhibit 1, is hereby

incorporated into the consolidated Complaints pursuant to the Court's Case Management Order

No. 1, dated March 10, 2004, and Case Management Order No. 2, dated June 16, 2004,

paragraph 13.

Dated: September 9, 2005       Respectfully submitted,


         ____/S/_____
         Michael E. Elsner, Esq. (NY - ME8337; VA-41424;
           SC-72893)
         Ronald L. Motley, Esq. (SC-4123)
         Jodi Westbrook Flowers, Esq. (SC-66300)
         Donald A. Migliori, Esq. (RI-4936; MA-567562;
           MN-0245951)
         Robert T. Haefele, Esq. (NJ-58293; PA-57937)
         Justin B. Kaplan, Esq. (TN-022145)
         John Eubanks (MD)
         MOTLEY RICE LLC
         28 Bridgeside Boulevard
         P.O. Box 1792
         Mount Pleasant, South Carolina 29465
         Telephone:  (843) 216-9000

Jayne Conroy, Esq. (NY-JC8611)
Paul J. Hanly, Jr., Esq. (NY-PH5486)
Andrea Bierstein, Esq. (NY-AB4618)
HANLY CONROY BIERSTEIN
    & SHERIDAN, LLP
415 Madison Avenue
New York, NY 10017-1111
Telephone:  (212) 401-7600

*Attorneys for Plaintiffs*