**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br><br>ECF Case |

This document relates to:                    Estate of John P. O'Neill, Sr. v. Al Baraka Inv. &
                                             Dev. Corp., et al. (04 CV 1923)

## NOTICE OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(2) and 12(b)(6) BY DMI ADMINISTRATIVE SERVICES S.A.

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in

Support of Motion To Dismiss of Defendant DMI Administrative Services S.A., and all prior

pleadings and proceedings herein, Defendant DMI Administrative Services S.A., by their attorneys

Sheppard Mullin Richter & Hampton LLP, will move this Court on _____, 2004,

at _____ a.m., or as soon thereafter as counsel may be heard, before the Honorable Richard

C. Casey, United States District Judge, United States District Court for the Southern District of New

York, at the United States Court House, 500 Pearl Street, New York, New York, for an Order

pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing

all claims against Defendant DMI Administrative Services S.A. in the above referenced action with

prejudice, and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
        September 9, 2005

                              Respectfully submitted,
                              SHEPPARD MULLIN RICHTER & HAMPTON LLP

                              By:_____/s/_____
                                  James J. McGuire (JM-5390)

                                  30 Rockefeller Plaza, 24th Floor
                                  New York, New York 10112
                                  (212) 332-3800

                                  *Attorneys for Defendant*
                                      *DMI Administrative Services S.A.*

Timothy J. McCarthy
Eric S. O'Connor
Of Counsel