UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON              Civil Action No.
SEPTEMBER 11, 2001                      03 MDL 1570 (RCC)

-----------------------------------------------------------x

This document relates to:
    *Thomas E. Burnett, Sr., et al. vs. Al Baraka Investment and Development Corp., et al.,*
        *Case No. 03-CV-5738 (S.D.N.Y.)*
    *Thomas E. Burnett, Sr., et al. vs. Al Baraka Investment and Development Corp., et al.,*
        *Case No. 03-CV-9849 (S.D.N.Y.)*

## MOTION TO ADD PARTIES PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 15(d)

Pursuant to Federal Rules of Civil Procedure 15(d) and the Anti-Terrorism Act (28 U.S.C. §2331, et seq.), Plaintiffs herein move the Court to allow addition of the following parties as Defendants in the above referenced action:

- The Islamic Republic of Iran (D304)
- Ayatollah Ali Hoseini-Khamenei (D305)
- Iranian Ministry of Information and Security (D306)
- The Islamic Revolutionary Guard Corps (D307)
- The Iranian Ministry of Petroleum (D308)
- Iranian Ministry of Economic Affairs and Finance (D309)
- Iranian Ministry of Commerce (D310)
- Iranian Ministry of Defense and Armed Forces Logistics (D311)

Dated: September 9, 2005                    Respectfully submitted,

                                                                       /S/
                                        Ronald L. Motley, Esq. (SC-4123)
                                        Jodi Westbrook Flowers, Esq. (SC-66300)
                                        Donald A. Migliori, Esq. (RI-4936; MA-567562; MN-0245951)
                                        Michael E. Elsner, Esq. (NY & VA-ME8337)
                                        Robert T. Haefele, Esq. (NJ-58293; PA-57937)
                                        Justin B. Kaplan, Esq. (TN-022145)
                                        John Eubanks (MD)
                                        MOTLEY RICE LLC
                                        28 Bridgeside Boulevard
                                        P.O. Box 1792
                                        Mount Pleasant, South Carolina 29465
                                        Telephone: (843) 216-9000

2

                Jayne Conroy, Esq. (NY-JC8611)
                Paul J. Hanly, Jr., Esq. (NY-PH5486)
                Andrea Bierstein, Esq. (NY-AB4618)
                HANLY CONROY BIERSTEIN
                  & SHERIDAN, LLP
                415 Madison Avenue
                New York, NY 10017-1111
                Telephone:  (212) 401-7600