

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-9-05

6600 Sears Tower
Chicago, Illinois 60606
t 312.258.5500
f 312.258.5600
www.schiffhardin.com

Ayad P. Jacob
312.258.5585
ajacob@schiffhardin.com

ECF

September 6, 2005

**VIA FEDERAL EXPRESS**

The Honorable Richard Conway Casey
United States District Court for the Southern District of New York
United States Courthouse
500 Pearl Street, Room 1950
New York, NY 10007

     Re:    *In re Terrorist Attacks of September 11, 2001, 03 MDL 1570 (RCC)*
             *Estate of O'Neill, et al. v. The Republic of Iraq, et al.*, Case No. 04 CV 1076 (RCC)
             *Estate of O'Neill, et al. v. Al Baraka, et al.*, Case No. 04 CV 1923 (RCC)

Dear Judge Casey:

     Counsel respectfully requests that the Court endorse an agreed upon extension of time for Defendants, Schreiber and Zindel Treuhand Anstalt, Frank Zindel, Engelbert Schreiber, and Engelbert Schreiber, Jr., (hereinafter collectively "the S&Z Defendants") to file their reply in support of their motion to dismiss.

     Counsel for Plaintiffs and Defendants entered into a stipulation on August 31, 2005 extending the time for Defendants to file their reply to and including September 6, 2005. On September 6, 2005 Defendants contacted Plaintiffs' counsel and requested that the date for filing be extended to and including September 8, 2005. Plaintiffs agreed upon that date.

     We respectfully request that the Court endorse this extension of time.

                       Respectfully Submitted,

                       SCHIFF HARDIN LLP

                       By: _____
                          Ayad P. Jacob, Esq.

APJ:pdp

cc:    John N. Scholnick, Esq.
       Jerry S. Goldman, Esq.

*Application granted*

*9/9/05*    *Richard Conway Casey*