UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
IN RE: TERRORIST ATTACKS          :
OF SEPTEMBER 11, 2001             :          03 MDL No. 1570 (RCC)
                                  :          ORDER
                                  :
                                  :
---------------------------------------------------------------x
*This Document Relates to*: All Actions   :
                                  :
---------------------------------------------------------------x
Richard Conway Casey, U.S.D.J.:

Plaintiffs' request of September 1, 2005 for a 30-day extension to file an amended complaint is denied.

The Court will hold a conference in this matter on September 27, 2005 at 11:00 a.m. in Courtroom 14C. The parties should be prepared to address the following topics as <u>briefly and succinctly</u> as possible:

- **Case Management Plan**: Necessity of revising the case management plan to include cases filed after the entry of the June 15, 2004 Case Management Order #2.

- **Managing Correspondence to the Court**: In light of the increase in recent correspondence regarding briefing schedules on motions to dismiss by Defendants who claim they have been served improperly, the Court believes these Defendants should include their objections to service in their motions to dismiss so that those Defendants who are not properly in the case are ferreted out.

    The Court would also like to discuss the possibility of establishing a Defendants' Committee, similar to the Plaintiffs' Committee, with the understanding that membership will be flexible. It is the Court's hope that correspondence to the Court be first streamlined through the Committees so that the parties are encouraged to work out their differences without unnecessary Court intervention.

- **Motions to Dismiss**: The Court believes further oral arguments on the outstanding motions to dismiss are unnecessary and is prepared to render decisions on them without argument. The parties are asked to submit proposals about the order in which the Court should address those motions. With respect to motions to dismiss that have not yet been filed, the Court prefers consolidated briefing as much as possible.

The Court would appreciate one <u>brief</u> submission from each side setting out their respective

1

positions on these matters by September 22, 2005.

So ordered.

_____
Richard Conway Casey, U.S.D.J.

Dated:
September 9, 2005
New York, New York