UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re Terrorist Attacks on September 11, 2001    03 MDL 1570 (RCC)
                                                  ECF Case
------------------------------------------------------------x

This document relates to:

    *Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al. (1:04-cv-7065)*

## NOTICE OF SUPPLEMENTAL AUTHORITY

PLEASE TAKE NOTICE that the following decision, issued after briefing was complete, relate to Plaintiffs' opposition to motions to dismiss Plaintiffs' claims by Dubai Islamic Bank, Faisal Islamic Bank (Sudan), Sulaiman Al Rahji, Al Haramain Islamic Foundation, Inc., and Khalid Bin Mahfouz filed in the above referenced matter, as well as supplemental authority in support of Plaintiffs' opposition to motions to dismiss by Defendants Kingdom of Saudi Arabia, HRH Prince Sultan, HRH Prince Turki, HRH Prince Mohamed and al Rahji Banking and Investment & Co., pursuant to the Court's April 28, 2005 Order:

1.    <u>Courtney Linde, et al. v. Arab Bank Plc</u>, Case No. 04 CV 2799 (NG) (VVP) (United States District Court for the Eastern District of New York Sept. 2, 2005).

Dated: September 12, 2005

          Respectfully submitted,

          /s/ *Christopher T. Leonardo*

          Christopher T. Leonardo (CL 3043)
          Dickstein Shapiro Morin & Oshinsky LLP
          2101 L St., NW
          Washington, D.C. 20037
          Telephone: 202-777-2585
          Fax: 202-887-0689
          (Attorneys for Plaintiffs in *Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al*. (1:04-cv-7065)

## CERTIFICATE OF SERVICE

I certify that I am a citizen of the United States, am over the age of 18 years, and am not a party to the above referenced action. I am employed in Washington, D.C.; my business address is. 2101 L Street NW, Washington, D.C. 20037.

I hereby certify that on September 12, 2005, the foregoing Notice of Supplemental Authority was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                    */s/ Christopher T. Leonardo*
                                                    Christopher T. Leonardo