UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON                    Civil Action No.
SEPTEMBER 11, 2001                            03 MDL 1570 (RCC)

-----------------------------------------------------------x

This document relates to:
    *Thomas E. Burnett, Sr., et al. vs. Al Baraka Investment and Development Corp., et al.,*
        *Case No. 03-CV-5738 (S.D.N.Y.)*
    *Thomas E. Burnett, Sr., et al. vs. Al Baraka Investment and Development Corp., et al.,*
        *Case No. 03-CV-9849 (S.D.N.Y.)*

## NOTICE OF MOTION TO ADD PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(d)

PLEASE TAKE NOTICE that for the reasons stated in the accompanying motion, Plaintiffs, by and through undersigned counsel, will move this Court, the Honorable Richard Conway Casey, United States District Judge, United States District Court for the Southern District of New York, at a date and time to be determined by the Court, for an order permitting Plaintiffs to add the parties listed in the attached motion as Defendants in the above referenced actions effective as of this date September 9, 2005.

Dated: September 9, 2005        Respectfully submitted,

                                        __/S/_____
                                        Ronald L. Motley, Esq. (SC-4123)
                                        Jodi Westbrook Flowers, Esq. (SC-66300)
                                        Donald A. Migliori, Esq. (RI-4936; MA-567562; MN-0245951)
                                        Michael E. Elsner, Esq. (NY & VA-ME8337)
                                        Robert T. Haefele, Esq. (NJ-58293; PA-57937)
                                        Justin B. Kaplan, Esq. (TN-022145)
                                        John Eubanks (MD)
                                        MOTLEY RICE LLC
                                        28 Bridgeside Boulevard
                                        P.O. Box 1792
                                        Mount Pleasant, South Carolina 29465
                                        Telephone:  (843) 216-9000

2

        Jayne Conroy, Esq. (NY-JC8611)
        Paul J. Hanly, Jr., Esq. (NY-PH5486)
        Andrea Bierstein, Esq. (NY-AB4618)
        HANLY CONROY BIERSTEIN
          & SHERIDAN, LLP
        112 Madison Avenue
        7th Floor
        New York, NY  10016-7416
        Telephone:   (212) 784-6400