UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON				Civil Action No.
SEPTEMBER 11, 2001					03 MDL 1570 (RCC)

----------------------------------------------------------x

This document relates to:
    *Thomas E. Burnett, Sr., et al. vs. Al Baraka Investment and Development Corp., et al.,*
        Case No. 03-CV-5738 (S.D.N.Y.)
    *Thomas E. Burnett, Sr., et al. vs. Al Baraka Investment and Development Corp., et al.,*
        Case No. 03-CV-9849 (S.D.N.Y.)

## NOTICE

Plaintiffs attempted to file Plaintiffs' Motion to Add Parties Pursuant to Federal Rule of Civil Procedure 15(d) on September 9, 2005.  Numerous attempts to file said motion under the "Motions" category on the Court's ECF system resulted in error messages, thereby preventing Plaintiffs from filing this pleading correctly.  Therefore, Plaintiffs' filed said pleading as a Notice (See Docket #1217).  Accordingly, Plaintiffs are now filing this pleading as a Motion with the Court today.

Dated: September 12, 2005			Respectfully submitted,

                                              __/S/_____
                                              Ronald L. Motley, Esq. (SC-4123)
                                              Jodi Westbrook Flowers, Esq. (SC-66300)
                                              Donald A. Migliori, Esq. (RI-4936; MA-567562; MN-0245951)
                                              Michael E. Elsner, Esq. (NY & VA-ME8337)
                                              Robert T. Haefele, Esq. (NJ-58293; PA-57937)
                                              Justin B. Kaplan, Esq. (TN-022145)
                                              John Eubanks (MD)
                                              MOTLEY RICE LLC
                                              28 Bridgeside Boulevard
                                              P.O. Box 1792
                                              Mount Pleasant, South Carolina 29465
                                              Telephone:  (843) 216-9000