UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

IN RE TERRORIST ATTACKS ON                Civil Action No.
SEPTEMBER 11, 2001                        03 MDL 1570 (RCC)


------------------------------------------------------------x

This document relates to:
> *Thomas E. Burnett, Sr., et al. vs. Al Baraka Investment and Development Corp., et al.,*
> *Case No. 03-CV-5738 (S.D.N.Y.)*
> *Thomas E. Burnett, Sr., et al. vs. Al Baraka Investment and Development Corp., et al.,*
> *Case No. 03-CV-9849 (S.D.N.Y.)*

## MOTION TO ADD PARTIES PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 15(d)

Pursuant to Federal Rules of Civil Procedure 15(d) and the Anti-Terrorism Act (28

U.S.C. §2331, et seq.), Plaintiffs herein move the Court to allow addition of the following parties

as Defendants in the above referenced action:

- The Islamic Republic of Iran (D304)
- Ayatollah Ali Hoseini-Khamenei (D305)
- Iranian Ministry of Information and Security (D306)
- The Islamic Revolutionary Guard Corps (D307)
- The Iranian Ministry of Petroleum (D308)
- Iranian Ministry of Economic Affairs and Finance (D309)
- Iranian Ministry of Commerce (D310)
- Iranian Ministry of Defense and Armed Forces Logistics (D311)


Dated:  September 9, 2005                 Respectfully submitted,


                                          __/S/_____
                                          Ronald L. Motley, Esq. (SC-4123)
                                          Jodi Westbrook Flowers, Esq. (SC-66300)
                                          Donald A. Migliori, Esq. (RI-4936; MA-
                                          567562; MN-0245951)
                                          Michael E. Elsner, Esq. (NY & VA-ME8337)
                                          Robert T. Haefele, Esq. (NJ-58293; PA-57937)
                                          Justin B. Kaplan, Esq. (TN-022145)
                                          John Eubanks (MD)
                                          MOTLEY RICE LLC
                                          28 Bridgeside Boulevard
                                          P.O. Box 1792
                                          Mount Pleasant, South Carolina 29465
                                          Telephone:  (843) 216-9000

Jayne Conroy, Esq. (NY-JC8611)
Paul J. Hanly, Jr., Esq. (NY-PH5486)
Andrea Bierstein, Esq. (NY-AB4618)
HANLY CONROY BIERSTEIN
    & SHERIDAN, LLP
112 Madison Avenue
7th Floor
New York, NY  10016-7416
Telephone:   (212) 784-6400