UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

IN RE TERRORIST ATTACKS ON            Civil Action No.
SEPTEMBER 11, 2001                    03 MDL 1570 (RCC)


------------------------------------------------------------x

This document relates to:
    *Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-CV-6978 (S.D.N.Y.)
    *Euro Brokers, Inc., et al. v. Al Baraka Investment and Development Corp., et al.*, Case
        No. 04-CV-7279 (S.D.N.Y.)
    *New York Marine and General Insurance Co. v. Al Qaida, et al.*, Case No. 04-CV-6105
        (S.D.N.Y.)
    *World Trade Center Properties, et al. v. Al Baraka Investment and Development Corp, et
        al.*, Case No. 04-CV-7280 (S.D.N.Y.)

## MODIFIED STIPULATION AS TO BRIEFING SCHEDULE RELATING TO COMPLAINTS CONSOLIDATED UNDER MDL 1570

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs in all of the above-referenced cases consolidated under 03 MDL 1570 and Defendant Yousef Jameel, by and through their undersigned counsel, that the briefing schedule shall be extended by 15 days, thereby making Plaintiffs' response to Mr. Jameel's motion to dismiss the Complaints due on or before September 16, 2005, and that Defendant's counsel shall file reply papers, if any, within thirty days of the filing of Plaintiffs' opposing papers.

Dated: September 7, 2005                    Respectfully submitted,

                                              HANLY CONROY BIERSTEIN &
                                                SHERIDAN LLP

                                                By: _____
                                                     Andrea Bierstein (AB-4618)
                                                     112 Madison Avenue, 7th Floor
                                                     New York, NY 10016-7416

                                                *Attorneys for Plaintiffs*

BANCROFT ASSOCIATES PLLC

By: _____
Viet D. Dinh (VD-1388)
Pro Hac Vice
2121 Bancroft Place, N.W.
Washington, D.C. 20008

*Attorneys for Defendant Yousef Jameel*

SO ORDERED:
_____
RICHARD CONWAY CASEY, U.S.D.J.

Dated: September 12, 2005