USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-15-05

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) ECF Case |
|---|---|

*This document relates to:*
Kathleen Ashton, et al v. Al Qaeda Islamic Army, et al. Case No. 1:02-6977 (S.D.N.Y.)
Federal Insurance Co., et al. v. Al Qaida, et al., Case No. 03-CV-6978 (S.D.N.Y.)
Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al., Case No. 04-CV-05970-UA (S.D.N.Y.)
New York Marine and General Insurance Co. v. Al Qaida, et al., Case No. 04-CV-6105 (S.D.N.Y.)

## STIPULATION AND ORDER SETTING REVISED SCHEDULE FOR ABDULRAHMAN BIN MAHFOUZ TO RESPOND TO THE OPERATIVE COMPLAINTS IN CERTAIN ACTIONS CONSOLIDATED UNDER MDL 1570

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for the Plaintiffs in the above-referenced cases that are consolidated for pretrial proceedings under 03-MDL-1570 ("Plaintiffs") and Defendant Abdulrahman Bin Mahfouz ("Mr. Bin Mahfouz"), subject to the approval of the Court, as follows:

1. On July 27, 2005, the Court entered a Stipulation and Order (MDL Docket No. 1070) setting a briefing schedule for Mr. Bin Mahfouz to answer or otherwise respond to the operative Complaints in the above-referenced actions, which are the Fifth Amended Complaint in *Ashton*, the First Amended Complaint in *Federal Insurance*, the First Amended Complaint in *Continental Casualty*, and the First Amended Complaint in *New York Marine* (collectively, the "Operative Complaints").

2. Pursuant to that initial Stipulation and Order, Mr. Bin Mahfouz has until and through Monday, September 19, 2005, to answer or otherwise respond to the Operative Complaints.

3.  Later on July 27, 2005, the Court entered an additional Order (MDL Docket No. 1073), extending plaintiffs' deadline to file amended complaints in the above-captioned actions (among others) until and through Friday, September 30, 2005.

4.  Any amended complaints may contain substantive or procedural amendments of relevance to Mr. Bin Mahfouz's responsive pleadings. To avoid the waste of judicial resources and the filing of duplicative motions, the parties have agreed to enlarge the time for Mr. Bin Mahfouz to file his responsive pleadings, until and through Friday, October 28, 2005. This enlargement of time will afford counsel for Mr. Bin Mahfouz an opportunity to review and respond to any amended complaints that may be filed by plaintiffs' counsel by September 30, 2005, and to avoid burdening the Court with duplicative motions directed to the amended complaints.

5.  Plaintiffs' oppositions to Mr. Bin Mahfouz's responsive pleadings, if any, shall be served on counsel for Mr. Bin Mahfouz within sixty (60) days of the service of Mr. Bin Mahfouz's responsive pleadings.

6.  Mr. Bin Mahfouz's reply papers to plaintiffs' oppositions (if any) shall be served on counsel for plaintiffs within thirty (30) days of the service of plaintiffs' oppositions (if any).

2

7. The parties respectfully request that the Court adopt and enter the foregoing revised schedule for the filing of Mr. Bin Mahfouz's responsive pleadings.

Respectfully submitted,

COZEN O'CONNOR

By: _____
Sean P. Carter
J. Scott Tarbutton

1900 Market Street
Philadelphia, PA 19103

*Attorneys for Plaintiffs*

Dated: September 13, 2005

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Peter J. Kahn
John L. Cuddihy

725 Twelfth Street, N.W.
Washington, D.C. 20005

*Attorneys for Defendant Abdulrahman Bin Mahfouz*

Dated: September 13, 2005

SO ORDERED:

_____
RICHARD CONWAY CASEY, U.S.D.J.

Dated: September 14, 2005

3