UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br><br>ECF Case |

**This document relates to:**    World Trade Center Properties, LLC, et al. v. Al Baraka Inv. & Dev. Corp., et al. (04 CV 7280)

Euro Brokers, Inc., et al. v. Al Baraka Inv. & Dev. Corp., et al. (04 CV 7279)

### NOTICE OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(2) and 12(b)(6) BY DMI ADMINISTRATIVE SERVICES S.A.

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Motion To Dismiss of Defendant DMI Administrative Services S.A., and all prior pleadings and proceedings herein, Defendant DMI Administrative Services S.A., by their attorneys Sheppard Mullin Richter & Hampton LLP, will move this Court on _____, 2004, at _____ a.m., or as soon thereafter as counsel may be heard, before the Honorable Richard C. Casey, United States District Judge, United States District Court for the Southern District of New York, at the United States Court House, 500 Pearl Street, New York, New York, for an Order pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing

-2-

all claims against Defendant DMI Administrative Services S.A. in the above referenced actions with prejudice, and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
September 16, 2005

Respectfully submitted,
SHEPPARD MULLIN RICHTER & HAMPTON LLP

By:_____/s/_____
    James J. McGuire (JM-5390)

30 Rockefeller Plaza, 24th Floor
New York, New York 10112
(212) 332-3800

*Attorneys for Defendant*
   *DMI Administrative Services S.A.*

Timothy J. McCarthy
Eric S. O'Connor
Of Counsel