# Exhibit 1 (Part 8 of 14)

## Attachments B & C to

## Affidavit of David K. Draper

# Attachment B

*(Parenthetical remarks in Italic are the translator's)*

*(Document name: **TAREEKHOSAMA/29/Tareekh Osama.91**)*

In the name of God, the most Compassionate, the most Merciful

1. The families stay as they are.

2. The camps remain as they are.

3. Urging the brethren to benefit from the training.

4. Urging the leaders to go inside.  Media

5. Identifying the brethren, among everyone, who are ready to go inside.

6. Holding a mass-media event to collect in-kind and financial donations.

7. Clarifying the Mujahideen's situation to the world and keeping the spirit of Jihad alive.

8. Sending brethren during this month to prepare bases for the Arab brethren.

9. Forming an advisory council for the Arab brethren and using it as the leadership.

10. Forming a committee to receive donations and maintain an account and the spending

    __ the Crescent *(most likely, the Saudi Red Crescent)*, the Rabita *(the Muslim World League)*, Sheikh Abdallah, the Relief Agency *(Hayaat Al-Ighata)*, and Abu Mazin.

11. Urging the Islamic agencies to bring in all of what they have.

12. Halting expansion.

13. Unifying the administration (presenting strong leadership for Peshawar, Suda, Warsak, and Al-Maasada.

14. Consulting with a lawyer regarding financial accounts and affairs.

15. Discussing with the Suda group their capability to provide provisions for the inside, and researching the ways which will lead to that.  Abu Al-Jood, Sheikh Abdallah, and Abu Abdallah *(the names were written in green ink, and it is*

*unclear which paragraph they were intended for)*

16. Reducing the number of the working brethren, except for those who are needed urgently.

17. Discussing the present situation with the Al-Jamaa Al-Islamiyya *(the Islamic Group)*, and the possibility of cooperation (Abu el-Jood).

(Text continues in **TAREEKHOSAMA/29/Tareekh Osama.92**)

بسم الله الرحمن الرحيم

1- تبقى العوائل كما هي
2- المعسكرات كما هي
3- تحريض الأخوة على الاستفادة من التدريب
4- تحريض القادة على الدخول الداخل
5- معرفة الأخوة المستعدين للدخول من الجميع
6- القيام بجهد إعلامي واسع لجميع التبرعات
7- توضيح موقف المجاهدين للعالم وإذاعة ذلك
8- إرسال أخوة في هذا الشهر لتهيئة قواعد للأخوة العرب
9- تشكيل مجلس شورى للأخوة العرب دائم ذو كفاءة
10- تشكيل لجنة لجمع واستقبال التبرعات من المتبرعين
— البيدل والرابطة والشيخ عبد الله وهيئة الإغاثة وأبو بيان
11- هدت البيانات أنه سلد سيد بدءاً ما عنده صناعة
12- ابقاء في التوسع
13- توحيد إدارة إبراز تبادلات قوية لكل من بيادر
       جريدة ورسالة ومأسدة. الجو...
14- إعتذار من أبو بالنسبة للأمور والأسباب ...
15- البحث مع جماعة جهدهم من إمكانية ... للمجاهد...
البلد ... وبحث الظروف المؤدية لذلك
16- تعليمات تحذر دخول القوة العاملين إلا للأمور العلمية
17- إنشاء درس مع الجماعة الإسلامية ومضامين الماليا
    وإمكانية التعاون معها بحرب

*(Parenthetical remarks in Italic are the translator's)*

*(Document name: **TAREEKHOSAMA/29/Tareekh Osama.92**, continuation of document **TAREEKHOSAMA/29/Tareekh Osama.91**)*

18. Discussing with the leaders the best places for us to help them.

19. Visiting the leaders and expressing delight with their position, and displaying our capabilities and our wish to support their march as much as we can, *(God)* willing.

20. Sending some brethren to secure provisions for the Mujahideen.

21. Inviting the leader Sayyaf to a reassuring conference

22. After making clear decisions about the coming period, the brethren should be reassured through lectures with broad outlines in most instances, and prepared for the first shock.

23. A printed declaration which will explain the following:

    a. The East's and West's agreement to prevent the establishment of an Islamic nation and thorn.

    b. The only solution is the continuation of the armed Jihad.

    c. Taking interest in the training and seizing the opportunity.

    d. Supporting the Mujahideen believers and *(illegible)*.

    e. Specifying the locations where we want the brethren to be. Will be signed by Yunis Khalis, Ansar Al-Jihad *(supporters of Jihad)*.

    f. Urging the brethren to be patient, pious, obedient, and to practice abstinence (Abu Hajir).

24. Forming a committee to run the brethren's affairs, categorize and solve their problems, their passports, tickets, and taking care of their situation and lodging, according to. And where will their effects be kept.

25. A work plan for the inside; the distribution of the brethren, and the locations where they will be present.

26. Designating points outside Pakistan for assembly when necessary, after inquiring about how easy obtaining visas is.

27. The brethren should disperse in the central fronts, and with the Having the brethren scattered in central fronts under the leadership of trustworthy commanders.

(Text continues in **TAREEKHOSAMA/29/Tareekh Osama.92a**)

BOS000071

١- البحث مع القادة جون آين أحسن الذي تكنة لنا لمساعدتهم
   بزيارة القادة وغبداً باسرور من طرفهم
   بداء قواتنا ورغبنا في دعم مسيرتهم بكل ما ينفذ

٢- ارسال أشرطة لنا عن إنفراد لتعبئة المجاهدين

١٦- دعوة القائد ـــــــ الى ندوة مطبخه

٢٢- بعد الانتهاء إلى المقررات الموضوعه للمشترك القادمات
    يخص منها مع محاضرات ذات طابع طريق إلى الطالب
    ويسير للمطلوبة وان

٣- بيان مشاجبك يتضمن ما يلي:
   أ- إتباع المشرعة والغرب للعيلوه دون قيام شوكة والإسلام
   ب- الجلد النوصو تهومسو اتيدة الدخول في المحي
   ج- إلا جنسام بالط وسب والسخفاة من التعرفيه
   د- السير فرقة جز المنجمس الكياتهمين وإتخذ طريق
   و- لن هنيير لمكان العيش برغب مع الدعوة السيد وغيرها
   ه- ـــــــــــــــــــ

٤- تكبير أونية لتكون الاطهور ديضحيك ضنا الهم وصلبها
   وعبادتهم دينكرهم وإنا سبا أهدالهم ورمزهم الصليب
   ــــــــــــــــ جانبا
٥- خطبة جيد في الداخل بوضع الاصياق وانكر بعد جوهم
٦- اعلان نقطة موقف جم بأن إن المنجيع عند الضرورة سقط
   ــــــــــــ مسؤول عند النص
٧- أن يبت موالا يومه في الجبهات لكركزية عند القادة حول النص

*(Parenthetical remarks in Italic are the translator's)*

*(Document name: **TAREEKHOSAMA/29/Tareekh Osama.92a**, continuation of document **TAREEKHOSAMA/29/Tareekh Osama.92**)*

*(continuation of paragraph 27)*  The presence must be tangible.

28.  Keeping alive the Jihadist spirit among Muslims in general, and the Arabs in particular, by opening bases for their Jihad along with maintaining contact lines with them.  The Sudan is recommended.

29.  Not aligning with the parties as there is risk in that at the present time.

30.  Isolating the rank and file during instances of sedition, after failing to rectify the situation.

31.  Encouraging the Afghan brethren to continue the Jihad with the presence of the brethren among them, and the *(illegible)*.

(٢٨) المحافظة على ذكاء الروح الجهادية بين المسلمين عامة والعرب خاصة بمنهج توعية جهادهم بالمحافظة على عظم الاتصال بهم و يقترح السودان.

(٢٩) عدم التحزب جماعة حزب لما في ذلك من الظهور كجماعة.

(٣٠) اعتزال الصف في حادث الفتن بعد تحذير من وقع فيه.

(٣١) تشجيع الأمور من الإيمان على إياكم راجين دعوة بمولود ذكر منتظر .

BOS000074

# Attachment C



```
158


 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x

 3   UNITED STATES OF AMERICA

 4            v.                            S(7) 98 Cr. 1023

 5   USAMA BIN LADEN, et al.,

 6                Defendants.

 7   ------------------------------x

 8
                                            New York, N.Y.
 9                                          February 6, 2001
                                            10:00 a.m.
10

11

12   Before:

13                    HON. LEONARD B. SAND,

14                                          District Judge

15

16

17

18

19

20

21

22

23

24

25
```

231

```
 1   Q.   Is that the same person you just described before the
 2   break who was talking with members of al Qaeda about moving to
 3   the Sudan?
 4   A.   Correct.
 5            MR. FITZGERALD:  Finally, the government would seek
 6   to display to the witness for identification purposes
 7   Government's Exhibit 90.
 8   Q.   I ask if you recognize what is on your screen which is
 9   Government's Exhibit 90?
10   A.   Yes.
11   Q.   What is it that you see?
12   A.   This is sign of Usama Mohamed Abdallah Bin Laden.
13   Q.   What do you mean sign?
14   A.   Signature.
15   Q.   How are you familiar with the signature of Usama Bin
16   Laden?
17   A.   Very much, because I worked with him.
18   Q.   Is this a fair and accurate depiction of what Usama Bin
19   Laden's signature looks like?
20   A.   Yes, it's fair.
21            MR. FITZGERALD:  Your Honor, I would offer
22   Government's Exhibit 90 in evidence.
23            MR. WILFORD:  No objection.
24            THE COURT:  Received.
25            (Government's Exhibit 90 received in evidence)
```