# Exhibit 1 (Part 13 of 14)

## Attachments I-R to

## Affidavit of David K. Draper

# Attachment I

Tareekh, AlMusadat 41

(Translator's note: The following page contains 3 paragraphs, 2 of which are signed)

Association of Saudi Red Crescent
Peshawar
Phone 41488 - 74264

Brother Abu Al Ridha
God Protect you
Peace be with you and God's Forgiveness and Blessings

I wish that all weapons we have in MiranShah be inventoried, and establishing Ahmad's front we want it to be a permanent base for us.

Signature unclear

Saudi Red Crescent for Afghan Refugees in Pakistan Peshawar
Tele:74264/41488


Brother Abu Al Hasan we have an extreme need for weapons so I urge that you not provide them with more than 25% of the existing weapons and Peace

Signed
Osama Bin Laden
7/22/08 H (Hijri calendar)

Tareekh, AlMusadat 41a


1- Brother Abu Osama God Protect Him
Peace be with you
It is advised handing brother Ahmad more of the Seminovs and
R.P.G., medium mortar, heavy Goryunov.

BOS000154

جمعية الهلال الأحمر السعودي
بشاور
تلفون ٨٤٢٨٨٠ - ٧٤٢٢٤

Saudi Red Crescent for Afghan Refugees - Pakistan Peshawar Tele: 76206341455

الشيخ / أبوالحسن نفذ من جامعة لهذا المبلغ نأمل أن يجرا أن لا يتجاوز
اسدادهم بأكثر من ٢٥٪ من الموجود والسلام

٥-١٢/١/٢٢

الداخل ابو اسامة معطوب ايلته

بسم علكم

ربى فيلم الرج احمد مزيد من السينمات . RPG o

هاتف وسط وآتون قتيل

# Attachment J

*(Parenthetical remarks in Italic are the translator's)*

*(Document name:* **Tareekh Osama/30/Tareekh Osama 93***)*

In the name of God

1- Advisory council.

2- Cooperating with Sheikh Saleh.

3- Security Officer.

5- Reducing the number of workers.

6- Forming a committee to take care of the brothers' problems, and of the financial matters.

1A- Sheikh Abdallah.

1B- Sheikh Tameem.

1G- Brother Wael Jleidan.

1D- Brother Abu Hajer.

1H- Brother Adel Farhat.

*(Illegible)*- Abu Abdallah         President

?- Abu Khalid.

?- Abu Ubaidah.

1- The mobilization committee, Sheikh Abdallah, Sheikh Tameem, Abu Abdallah, and Abu Hasan.

بسم الله

١- مجلس شورى

٢- التعاون مع الشيخ عبد الله

٣- ضابط أمني

ـ تقديم عدد الدعاة من

ـ تكون لجنة من تسام مها كل الدعوة و عدد منها مالية

ـ بيد الشيخ عبد الله

ـ الشيخ تميم

ـ الحاج وائل حمدون

ـ الحاج أبو حاجر

ـ الحاج محمد نصرت

ـ أبو عرفات

ـ أبو عبيدة

ـ لجنة الاستثمار للشيخ عبد الرحمن تميم

# Attachment K

BIF/1B087/01/ALTahdi 88-1

In the name of God, the most compassionate, the most merciful

Honorable Brethren:May God safeguard you.

Peace be upon you and God's mercy and blessings

A dispute has arisen regarding the medical and educational work project inside Afghanistan "Al-Tahadi". This is a joint project for all Islamic Relief Organization that operate in Peshawar between brother Ahmed Sa'eed Khidhir (Project Supervisor) as Party One and Wa'el Jaleedan (President of the Saudi Crescent) and Dr. Abdullah Azzam as Party two. The dispute can be summed as follows:

1. Party Two has arranged with the Saudi Benevolence Committee (Adel Baterji) to put a hold on the project funds that are in their possession and refuse to turn them over to the project.

2. By refusing to to surrender the funds to the project, party Two has pressured Party One t sign documents to transfer the ownership of the project to something called the "Founding Committee" comprised of Party Two and two other loyal persons who work in the project in addition to Party One.

3. While Party One was traveling to collect funds for the project work which has been threatened to halt as a result of the hold placed on the funds and on Wednesday, November 2, 1988, at 9 P.M., with the collaboration of the above-mentioned two persons (members of what is called the founding committee working for the project), Party Two did the following:

   A. Seized all contents of the main project office in Peshawar/ Pakistan including the personal belongings of Party One and the possessions belonging to the Project of Motherhood and Childhood Center run by the wife of Party One. All these possessions were transferred to the dental clinic that is a part of the Saudi Red Crescent located nest to the residence of engineer Hikmatyar.

   B. Seized all the contents of the project storage.(the main and small storage or stores (maybe) and transferred them to the major storages of the Saudi Red Crescent in camp Gashgary, Peshawar.

4. Party Two has pressured the president of Habeeb Bank, Peshawar Branch and was able to seize all the bank accounts of the project.

BOS000028

BIF/1B087/01/ALTahdi 88-1

5. Party Two has faxed letters, and telephone calls to different
   destinations (Saudi Arabia, Kuwait, Yemen, the Sudan,
   Canada, America, Sweden, etc...and claimed the following:

   A. Severed Party One from managing the project.
   B. The ownership of Party Two of the project represented in
      the so-called Founding Committee.
   C. Accusation of Party One of:
      a. Attempting to seize the project and sell it to the
         American Embassy or to Christian or humanitarian
         relief organizations or any one.
      b. Suspicious contacts with non-Islamic bodies.
      c. Threatening Party One with jailing and beating if
         it returned to Peshawar.
      d. Threatening any body or organization that deals or
         .cooperates with Party One by destroying that
         organization and exposing them publicly in the
         Party Two controlled newspapers (Al-Jihad
         Magazine published in Peshawar)

6. Party Two has demanded -and pressured- Party One not to
   return to Peshawar. But Party One did.

Party One has asked for arbitration of Party Two beginning
November 26, 1988 in the form of phone calls, hand-delivered
messages, mediation of the leaders of the mujahiddeen such as
Shaikh Rubbani, Shaikh Sayyaf, engineer Hikmatyar, and Shaikh
Younis Khalis, and finally by sending a delegation to negotiate
with Party Two.

Party two tried to evade arbitration first by procrastination
and then raising objection to public arbitration, then
protesting to the Party One demand for chastisement and the
subject of arbitration, and finally objecting to the judges
Party Two had initially agreed to.

At the end, both agreed that arbitration be held on Friday,
December 16, 1988. On that same day, Party Two carried out its
threat against Party One by beating. A group of Dr. Abdullah
Azzam were sent to beat some worshipers who dared distribute a
proclamation in which Party One was demanding Party Two to
accept arbitration.

Arbitration started secretly on Monday, November 25, 1988.

BOS000029

بسم الله الرحمن الرحيم

الاخوة الأفاضل :

حفظهم الله .

السلام عنكم ورحمة الله وبركاته وبعد :

فقد وقفت خصومه خصوص مشروع العمل الطبي والسريري داخل أفغانستان (( المتحدى )) وهو مشروع تضامني لكافة الهيئات الاسلامية العاملة على الساحة (( في سنتور )) وهي :

طرف أول :    (( الأخ أحمد سعيد خضر (( مدير المشروع ))
طرف ثان :    وائل حمزة جليدان ( رشيد بلال السعودي ) و د . دمد عثه غرّام

وتمثلت هذه المجموعة في :

١ ـ حس الطرف الثاني بناحيتين من ناحية البر السعودب ليؤدل سريعى أموال المشروع المحفوظه لديهم وه...
تسليمها للمشروع

٢ ـ حتم العمال من المشروع    قام الطرف الثاني بالتحفظ على اطرف الاول لتوقيع أوراق تسقل ملكة المشروع ناسى ماسمى "ليبيا الناس..." لمسكوته . من لطرف الثاني وبخمس آخرين سو حسن له . ويسعلان فى المشروع (( نهائية الى الطرف الاول

٣ ـ أثناء سفر الطرف الاول لجمع أموال لمشروع لكذا أمس عبدا اختنفت نتيجة نفسة ثمال ثبته وفى اس...امة استنهه سساء يوم الأربعاء الموافق ٢ ١١/ ١٤٨٨م وبنسمعون من بنتحمين احدكورس أعلاه ((مساء ما سسسسى بامسته الأساسسية بمأسمين بنستنز(( ء قامابنطرف الثانى بعد سى :

١ ـ الاستيلاء على كافة محتويات مكتب المشروع الرئيسى فى سنتور "ماكتان" بما فيها استملكات الشخصة للطرف الاول . وممتلكات تابعة لمشروع رعاية الامومة والطفولة الذى تديره روحة الطرف الاول ونقل كل هذه الاشياء الى سيادة الاحسان الثامة للبلان الاحمر السعودى "نجاور مكن لسيحد حكمنبار"

٢ ـ الاستيلا على كافة محتويات مخازن المشروع (( المخزن العسكر و المخزن الرئسى )) ونقل محتويات هذه المخازن الى مخازن البلال الاحمر السعودى المشتركة فى عمة "كنتش ى" استثناو .

٣ ـ قام لطرف الثانى بالتحفظ على مدير الحسب عنه ( فرع / ) ستثور كانت / وتمكن من الاستيلاء على كافة العمات الممكنة للمشروع

٥ ـ قام الطرف الثانى بارسال (( الفاكس )) ورسائل ومكلبات هاتفية الى جهات مختلفة ( سسعودية . الكوت . السعن . سعودن . كندا . أمريك . السعودة (( ... ) مضح (( دحى فيها الآتى :

١ ـ فصل الطرف الاول من ادارة المشروع .

٢ ـ ملكية الطرف ثانى للمشروع ممثلا فى الهيمنة للملسسسه الماعة .

٣ ـ اتهام الطرف الاول بعد حنى :

* محاولة الاستيلاء على المشروع أو بعد استدرد لامريكنه (( لحبهات منسمة (( للاغاثة الاسلامة
أو (( أى جيسة ))
* الادخال المشروع بحمبات غير سطمه
* بيده الطرف الاول بشخص وبعترب ان عاد فى سنتاور
* بيده احميه أو منفسه ما هامون أو سامدوب من بلخطرف . لأول بعد معرض. انمشمير سبا فى المجمعه التى منظر علسبا الطرف الثانى (( جملنه احمهاد الـى بحمد من سنتور ))

٦ ـ طلب الطرف ثانى من وبمطه على الطرف الاول(تدمم تومزده فى سنتاور . ولكن لطرف الاول عاد
طلب الطرف الاول التحكم من اطرف الثانى فى ٢٢ / ١١/ ١٤٨٨م بشكل :
* بمالات هاتفه *خطابات شمت عده * وسمط غاده لساهدهس( تمثم رلس . استم سناف . المسهسد. حكمنبار . اشمبوس حالنى ( ٢٠ ارسان وقد نسعاوض نم للاءمراى على العلمنه فى المحكمنم الاعراى وقد حذون الطرف الثانى لمبرب من لتحكمم أول ونسسسست نم للاءمراى على لمحكمت نم الاعزان على موضوع بنحكمه نم الاسر بن على لمحكمس تمسن يانسم لرنماعم فى أول الاسر .

وفى لسمات ولغوا على لمحكمه بوم لحمه المواعق ١٦ / ١٢/ ١٤٨٨م . وفى نفس لسوم . يضد. لطرف الثانى بيده للطرب حمث أسلت محمونة من أطل بـ د . بعد اننه عرام لمنظرب بعض اصطلس الذمن حرأوا على توربعلملآ وبطلاب نمه (الطرف . لاول لطرف الثانى بالمكمه ٠٠٠٠
بحدا (( لمحكم مرا بوم الانسمن المواحد ٢٥ / ١١/ ١٤٨٨م ٠

In conclusion, the reader of the prosecution decision submitted by Party One to the arbitration committee against Party Two, and of the decision of the arbitration committee and its attached legal questions and decisions, will find t that he arbitration committee has proven the claims of Party One against Party Two.and has proven that Party One has committed:

lying, swindling, slandering, defamation, distrust, carelessness, fabrication, and theft to transfer the ownership of the project to itself and also possessing the properties of the project. Sadly enough, the arbitration committee has proven tha tParty One has forged some documents it had submitted to the committee. The committee has voided all that Party Two has done and put justice back on its track.
     "Say that the truth has triumphed and falsehood expired. Falsehood is bound to vanish."

At the end, there were more questions than answers:

1. For whose advantage was this dispute which delayed the only Islamic deed inside Afghanistan for five months while Christians planted their seeds and embedded their roots in the country.

2. Do these actions represent Party Two as individuals or as representatives of the government of Saudi Arabia's stance as demonstrated by Wa'el Jaleedan, President of the Saudi Red Crescent, and Dr. Abdullah Azzam's position, the employee of Islamic World League, knowing that Party Two members have exploited their positions as officials of two Saudi organizations as follows:

   A. Exercised a lot of pressure on others to seize the project.

   B. Using the employees of the Saudi Red Crescent, its technological equipment, its buildings, and storage to execute effort of taking over the project.

   C. Lying in the name of the Islamic Coordination Committee (UI) and making decisions which the committee has disavowed in its session held on December 12, 1988.

He who wishes us,Islam and the Muslims well, (God) grant him success. He who wishes us, Islam and the Muslims evil, take him away because he doesn't glorify thy name including the heavens and the earth. (This is a supplication: t.n.)

Our last supplication is that thanks to God, Lord of the Universe
                    Party One: Ahmed Sa'eed Khidhir
                               POB 942
                               Peshawar, Pakistan
                               Tel. (521) 42557

BOS000031

( ٢ )

ختاما فإن النظرى للقرار الادعاء الذى قدمه الطرف الاول الى لجنة تحكيم ضد الطرف الثانى وللقرار لجنة تحكيم وحيثياته المرفقة تجد أن لجنة التحكيم ضد أنسب فى ما ادعى به الطرف الاول على الطرف الثانى ، حيث اثبت على الطرف الثانى :

قيامه بالكذب وتخداع والغيبة والنميمة وسوء الظن وعدم الننضت وعدم الحنين والافتراء والابتزاز لنقـــــــل ملكية المشروع اليــه ، من والاستخلاء على مستلكات المشروع ، ومما يؤكـــد لـه أنه قـد ثبت نجمة التحكيم ـ ثم قيام الطرف الثانى بالتزوير فى بعض الوثائق التى قدمها لجنة ، فاثبتت لجنة التحكيم فى ما فعل الطرف منافى وأعادت الحق على صاحبه .

؟ فن جاء الحق ورهق اسطر ان خناض كنى زهونا ؟

وفى التهامة بثبت نباؤلات نحاج أنى اجنه ؟

١ ـ لمصلحة من تم هذا الامر الذى يمثل شعبى الاسلامى ، نوسيد باخى المسلمان يرد حمــة شعور مهرمة المسلميون يحزون بخزوهم ويحمون بخزوهم داخلتنا ؟

٢ ـ هل تمثل هذه التصرفات نظرف الثانى كأفراد ؟ أم أنها تمثل موقف الحكومة السعودية متمثلا فى موقف واضل جنيدان رئيس جمعية الهلال الاحمر السعودى وبرفضه د ـ عبد الله غرام الموظف برابطة العالم الاسلامى على أمناء الطرف الثانى قد استنفروا مراكزهم كمسؤولين رسمى بجيشتن سعوديتين بينما هى :

١) عملية كشر من استفوط على الاخرين فى سجين الاستخلاء على المشروع؟

٢) استخدام موظفى الهلال الاحمر السعودى وأجبره الخمسة ومختزنه فى تنهد محاولة الاستيلاء على المشروع ٠

٣) الكذب باسم مجلس استنبى الاسلامى وانهاضهم بمجلس ، وانخاذه قرارات شرآ ضنيد المجلس فى جلسه بتاريخ ١٤ / ١٢ / ١٩٨٨م

نكمهم من أرادنا والاسلام وتعلمنب يخمن عرفنه لكى غير ٠ وس أرادنا والاسلام ومعصمنبى شر نخمه ٠

اخذ سيرى متشدد ٠ نابه لحخنم علمت باسميم السموات والازض ٠

وأتم ديوان أ احمد لمه ربى صاحب

نصيرف الاون : أحمد سعيد غمر

P.O. Box 942
Peshawar, Pakistan
Tel : (521) 42557

BOS000032

BIF/1B087/01/ALTahdi 88-5

In the name of God, the most compassionate, the most merciful

Arbitration regarding the dispute between the parties of the *Al-Tahadi Project*

Thanks to God and prayer and peace on the Messenger of God God said," So fear not mankind, but fear me. And barter not My revelations for a litle gain. Whoso judgeth not by that which Allah hath revealed: such are disbelievers." Surat Alma'ida

*The Disputants:*

*Party One - Brother Abu Abdul Rahman Al-Kindy*
*Party Two - Dr. Abdullah Azzam, brother Abdul Hasan Al-Madani*

Both parties have agreed on paper to arbitrate the dispute with the mediation of Dr. Fadhl and brother Abu Hajir. Also, both parties have agreed to abide by the decisions of the arbitration committee.
The session was held on Monday 17/05/1409H, 12/26/88AD from 9:30 AM to 9PM. Those present were the arbitrators, Abul Hasan and Abu Abdul Rahman. Both parties exchanged accusations, the judges listened to their statements and reviewed their documents. The following are the arbitration decisions followed by the legal questions:

*The Decisions:*

1. The formation of the Founding Committee as responsible for the Al-Tahadi Project is hereby null and void. So is its chart issued on 09/03/1409H, 10/19/88AD

2. All the decisions of the above committee issued on 23/03/1409H, 11/02/88AD are null and void. So are the proceedings that came out of them.

3. Reassigning brother Abu Abdul Rahman Al-Kindi to his former position as the director of the project 'Al-Tahadi' with resorting to the Coordination Committee of the Islamic Relief organizations to decide on the administrative and technical differences attributed to him and referred to in the judgments, and to decide whether he may continue in the position or not. We recommend that none of his opponents from the Coordination Committee participate in investigating him. The Coordination Committee is considered the only unit responsible for the project.

4. Vindicate brother Abu Abdul Rahman of the accusation of having contacts with suspicious non-Islamic agencies. As for the accusation of his efforts to transfer the ownership of the project to the Humanitarian Relief Association, there is doubt.

BOS000033

ALTahdi 88-5   cont'd.

5. <u>All private possessions Belonging to Abu Abdul Rahman that were taken from his office must be returned to him</u> .

6. It is recommended that an administrative and technical committee be formed from the Coordination Council of Islamic Organizations to put two basic and internal bills for the project that shall be permanent, no changes or substitutes no matter who the financier is along with placing a regular financial policy for the project.

7. All individuals and associations, and those informed of the decisions of the Founding Committee in article two, in and out of Pakistan, are to be informed

BOS000034

بسم الله الرحمن الرحيم

الحكم في الخصومة بين الشركتين

على مشروع الحديث

الحمد لله ، والصلاة و السلام على رسول الله ،

أما بعد

قال الله تعالى ( فإن تنازعتم الناس والجبر ، وردوه إلى الله الرسول ان

لم يحكم بما أنزل الله فأولئك هم الكافرون ) المائدة

الخصوم

الطرف الأول .. الأخ / أبو عبد الرحيم الكندي

الطرف الثاني .. الدكتور / عبد الله عزام ، والأخر ان الحسن المدني ) وقد أناب

الدكتور عبد الله الأخ / أبا المحسن عنه في حضور جلسات المحكمة

وقد واقم الطرفان كتابيا على الحكم في القضية بواسطة الدكتور فضل

والأخ أبي ماهر . كما واقم الطرفان على الالتزام بما يصدر قرارات المحكمة .

وقد عقدت جلسة الحكيم يوم الاثنين ١٤٠٩/٤/١٧ هـ - ١٩٨٨/١٢/٢٦ مـ مع

الساعة ٩،٣٠ صباحا إلى الساعة ٩ مساء ، وحضرها الطرفان ، والأخ أبو المحسن

والأخ أبو عبد الرحيم . وقد تبارك الطرفان الزرماء ، وامتنع اثنان من أبي أدوات

لو يطلعا على مستنداتها ، و سنذكر فيما يلي قرارات الحكيم تتلوها الحيثيات .

- - - - - - - - - - - - -

القرارات

١- بطلان تشكيل الهيئة التأسيسية كمسئول عن مشروع الحديث وبطلان

لائحتها الصادرة في ١٤٠٩/٣/٩هـ - ١٩٨٨/١٠/١٩هـ - ١٩٨٨/١٠/١٩ مـ

٢- بطلان قرارات الهيئة التأسيسية المذكورة : الصادرة في ١٤٠٩/٣/٢٣ هـ -

١٩٨٨/١١/٤ مـ ، وبطلان كافة الإجراءات المترتبة على تلك القرارات .

٣- إعادة الأخ أبي عبد الرحيم الكندي الى محمد ... مدير مشروع الحديث .

يسع المرجوع ان مجلس تنسيق خطة التنظيمية لانت في الملفات

الإدارية والفنية المسؤولة إليه والمثنى الرا في الحيثيات ، والبت في شأن

استمراره في تعلم مدرسة المرسومة ، وبوص بأن يبارك ، ينبه بعضهم بأعضاء مجلس التنسيق

عن التنسيق معه ، ويمكن مجلس التنسيق ... الجهة الرئيسية المسؤولة عن المشروع .

٤- تبرئة ساحة الأخ أبي عبد الرحيم الكندي مما وجهه الاخوة المشرفون ... إليه

إسلامية ، و أما ترجمة العمل في بعض مسائلة المشروع تجربة الإدارة الإسلامية بها فيما

وشيمة . ٥- إعادة الجملة ... الحليبية بأعضائها وكلاهم ... تسكيك آخرين .. وليت المراقبة للكتابة

٦- نوصي بتشكيل لجنة إدارية جديدة من مجلس التنسيق يختار المعلمون الإسلامي

لوضع لائحته أساسية و اداخلية للمشروع . لا تكون عرضة للتجير والتبديل

باختلاف المجودين . مع وضع سياسة مالية ثابتة واضحة للإدارة .

٧- يتطلب خصم الأفراد و الربحيين ، داخل ملفات ... والان .. الأفراد .

ALTahdi 88-6

the decisions arrived at by the arbitration committee.

8. Both parties promise not to take any aggressive attitude toward the other.

### _Legal reasons on which the judgment is based_

The concept of the Al-Tahadi Project (Medical and Educational work inside Afghanistan was the brainchild of the following:

1. Brother Dr. Ali Al-Hadeeb (the former president of he Kuwaiti Crescent) who suggested the idea to Abul Hasan Al-Madani (President of the Saudi Crescent) but the idea never saw the light of the day because there was no one there to take any action.
2. Brother Abu Abdul Rahman Al-Kindi,while in Canada, prepared a preliminary study for the project in June 1986.

During the first half of 1987, the two brothers Abul Hasan and Abu Abdul Rahman met and agreed on the concept. Then the project was submitted to the Coordination Committee of the Islamic Relief Organizations in June 1987. The committee approved it as a joint collective project for all Islamic Organizations in the field. These are: The Saudi Crescent, The Kuwaiti Crescent, Convocation Committee, The Islamic Agency (Isra'), The Islamic World League, The Islamic relief, and the World Center for Schools. That is by the approval of both parties of the dispute.

Work on the project began in July 1987. Brother Abu Abdul Rahman traveled to raise funds for the project on December 10, 1987. A committee was formed in Saudi Arabia to collect the money promised by the donors. Abu Abdul Rahman returned in mid-December 1987 and requested to have a meeting of the Coordination Committee through the committee's secretary (Dr. Sameer). The meeting didn't take place and the members were individually notified. The committee's position was negative since then and until the recent dispute. The treatment of Abu Abdul Rahman remained limited to dealing with Saudi Crescent, Dr. Abdullah Azzam, and the Saudi Benevolence Committee. All the collected funds from Saudi donors settled with the latter committee.

The Benevolence Committee had asked that it must have the right to review and check the accounts and express opinion in regards to the project on the basis that this committee is the major financier. This in itself violates the Coordination Committee which is the owner of the project and reserves the right to review it.

BOS000036

ALTahdi 88-6

The project suffered financial hardships because the Benevolence
Committee delayed sending the amounts agreed upon. Their excuse
was that they were dissatisfied with the administration of Abu
Abdul Rahman of the project. By August 1988, the project was
redlined. Abu Abdul Rahman insisted on asking for money until
brother Abul Hasan invited him to a meeting on October 19, 1988.
In the meeting, Abul Hasan suggested that a bill must be written
to specify the authoritative role of each party in the project.
Abu Abdul Rahman agreed and Dr. Abdullah Azzam produced a
document with the letterhead of the Founding Committee for the
Al-Tahadi Project that included the project bill which has been
signed by the members of the Founding Committee. These members
are: Dr. Abdullah Azzam as president, Abul Hasan Al-Madani, Abu
Dawood as Abu Hudhaipha deputy, Abu Suhaib Al-Misri, and Abu
Abdul Rahman who has said that he had never previously heard of
the name of the Founding Committee and that he had signed it (the
bill) reluctantly.*

*The last line on this page and also 7, 8, and 9 of this document
are either partially or wholly cut-off. An asterisk on these
pages will indicate the place where the cut-off occurs.
(Translator's Note)*

BOS000037

- لقرارات الهيئة التأسيسية المذكورة في بند ٥ ، بهذه القرارات التجارية ٥،
- لجنة التحكيم

٨ - يتعهد الطرف المجيز باتخاذ أي إجراءات بمناسبة عبد الطرف الآخر

**الكيميات**

- بينت فكرة مشروع المعهد للاتصال المقر، والغربي ، داخل المجمعة س) لدى كل من
- بعلاقتهم للمركز على المريب (رئيس الهيئة الكبير من الأسبوع) جية في الانتخاب الكل
- ألا في أن الحمد المدني (رئيس الهيئة المسعودي) في ٦/٦/١٦٨١م ٥٠ م سرور المطلوب
- إلى حيث التصنيف لعدم وجود مبينته بها
- عدد الأخ إلى عبد الرحمة الكندي في ٩/٦/١٩٨٦م ، حيث كان يكما ، ووضح دراسة
- مبدئية للمشروع
- للتقى بالأخماء أبو الحمد وأبو عبد الرحمه و أكد على فكرة المشروع خلال
- النصف الأول مستعام ١٩٨٨م ، وتم ترحيبه المشروع على مجلس السيو مطلبات
- الإغاثة الإسلامية في شهر ١٦/ ١٩٨٨م ، وأقر المجلس هذا المشروع كمشروع يتناسب
- جامع لكل المنظمات الإسلامية في المعاهدة ، وهي ( البنوك السعودي، والبنك الغربي
- ولجنة للدعوة والوكالة الإسلامية ( الجزائر ، ورابطة العالم الإسلامي، والمعهد الإسلامي
- والمركز العالمي للدراسة ) وذلك بتكرار طرفي الجمعية
- وبدا العمل في المشروع في ٦/٧/١٩٨٨ ، و سافر الأخ أبو عبد الرحمه مع مع مالي
- للمشروع ( بلد عدد ١٩٨٧م ) . وتشكلت لجنة بالسعودية لجمع الأموال
- المتوقعة للمشروع - وعاد أبو عبد الرحمه في منتصف ٨/٨٧ وظف اجتماع مجلس
- المعنيين عن طريق سكرتير المجلس ( درسين ) ولم يبين الاجتماع لأنه الأعضاء لا ظاهرة
- وبكذا كان موقف المجلس سلبيا بعد المشروع عند ذلك المجيدردي ونوع الجمعية
- الأمر بذلك ونظلت محافظة أبو عبد الرحمه المذكورة في المجامل بين البلدان المسعودة و دار
- عبد الله عزايم - ولجنة البر بالسعودية وكل التي آلت إليه الأحوال المجودة عبد المركبية بالسعودي
- طلبت لجنة البر أمريكن لها قهم المراجعة والتفحيص السياسي وإبداء الرأي في
- المشروع ، باختيار صفة الهيئة الحرف الرئيسي ، وامتد في حدود تدخل للفريد
- لحان المشروع هي قهم المشروع وصاحب هي المراجعة ل -
- تقرر المشروع لعدم استقرار مالي، بسبب تأخر لجنة البر في إرسال المناهي المتوقع
- عالميا ، لكنه أنه الهيئة غير راضية عن إدارة أبو عبد الرحمه فحسمت في الحق الأساسي
- المشروع مدينة ضعد أن ١٩٨٨/٨ ، وقد نقل أبو عبد الرحمه يطلب في طلب الانا هي وعاد
- الأخ أبو الحمد إلى أنه العمل في ١٦/١٠/١٩٨٨ ، وكان قد بقي وضع لاكمة كدر
- دبلوماسيات ويدور كل طرف في المشروع ، في الأوراق بين الأطراف ، و قرير دراسة للقرارات
- وربط بأصل الهيئة التأسيسية مشروع القرارات ، بسماته الثلاثة الأشخاص ، فأبو الحكيم
- وتم عليها ( عضاء الهيئة التأسيسية وأم     المدكر عبد الرحمه وأيضا ، وأبو الحكيم
- المدني ، والميردات كتب له أن بمحدية ، واسم شرك المذبورين ( وأبو عبد الرحمه الكندي
- أكد أنه في إطلاع وتصحيح باسم ( الرئيسة التأسيسية ) هو العلي لمراور، وفي مطلعا

ALTahdi 88-7

this bill on 09/03/1409H, 10/19/1988AD. <u>The bill states that the</u>
<u>Founding Committee has the right to change those (the officials)</u>
<u>who work on the project in and out of Afghanistan. This article</u>
<u>was added particularly to isolate Abu Abdul Rahman</u> for the
inclusion of the statement "those who work.....of Afghanistan."
Dr. Fadhl asked Abul Hasan about it (the above article) and the
latter swore that that was not stated.

Anyway, we decide that this committee and its bill to be null and
void for the following (reasons):

1. This bill made those responsible for the project individuals
   ·and not committees. It gave them the right to accounting,
   dissolving, and transacting in the project. For example, Who
   do Abu Suhaib and Abu Dawood represent? What is their
   connection to the project? Both of them are project
   officials. The excuse for admitting them to the committee
   was that the latter deputized for Abu Hudhaipha and had
   attended the discussions on the outset of the project. So
   did the former.

2. The bill gave the right of supervision and interference to
   three bodies:
      -The Coordination Committee for the Islamic Organizations
      -The Founding Committee
      -The Benevolence Committee in Saudi Arabia as the main
       financier. This leaves the door open for any new
       financier to claim this right to himself.

   This makes the project like a man who has ill-tempered
   partners. But <u>the more important thing than this is</u> that
   this trilateral supervision violates what was previously
   agreed upon that this <u>project emerged from the Coordination</u>
   <u>Committee which has the right to review. This is what Dr.</u>
   <u>Abdullah Azzam had mentioned when he honored Abu Abdul</u>
   <u>Rahman with collecting funds for the project saying, " this</u>
   <u>is a joint project for all the Islamic organizations working</u>
   <u>in the field."</u> He handwrote and signed this on 05/11/1407H,
   06/29/87AD. This is exactly what the Islamic Agency (Isra')
   attested to with the signature of Dr. Mohammed Ibrahim. Abul
   Hasan has recognized the authority of the Coordination
   Committee.

3. Upon reviewing the account and the indebtedness, it was found
   out that the project was actually in the red at the time of
   signing the bill. Therefore, Abu Abdul Rahman's claim that
   he had signed it reluctantly, has some kind of merit.

BOS000039

As for the <u>decisions of this committee</u> issued on November 2, 1988, that included the removal of Abu Abdul Rahman from the project, <u>we hereby by declare them null and void for the following (reasons):</u>

1. These <u>decisions were issued by a committee irrelevant to the project.</u> This is the Founding Committee as we explained earlier.

2. <u>It has been proven to us that there had been some falsification in the date these decisions were issued.</u> It has been mentioned in the text of this report,"The Founding Committee for the Al-Tahadi Project, the medical and educational work project in Afghanistan met on 23/02/1409H, 11/02/1988AD". This report bears the signature of Dr. Abdullah Azzam who was traveling outside of Pakistan on this date. Brother Abul Hasan has recognized that*

BOS000040

١

- صدر القرار في ٩/ ٣/ ٥١٤٩ - ٨٨/١٠/١٩ م ، وقد تمت الموافقة على أنه الرئيس
- للتأسيسية .( تقلد هو تغيير المانحين على المشروع في داخل افغانستان أو
- خارجها ) ، وكأن هذا البند موضوعي هجمنا حول ان عبدالرحمن قد ورد في هذه
- كلمة ( للتأسيس ..... أوخارجها ) . فسألت الأخ ابا الحسن عن هذا فأقسم أنه
- صدر الحكم كيف هذا . ( المسائل ذكر دراجها )
- وعلى أي حال فقد نشر ببطاقة صدر الرئيس وللتمييز ما يلي ..
- ١- جعلت صدر القرار المسؤولين مع المشروع أفراداً وبيوتا معينين - وأعطاهم
- هم الحاسمة وللكل والمعترف للمشروع ، فمثلا : أبو داود وأبو بشير جملة ....
- ومنهي عملهم بالمشروع ؟ وكلاهما موظف بالمشروع . وكانت هذه إرهاصات في
- للتأسيس للمسؤول بشرب هذه ......
- وليس الثاني كذلك .
- ٢- أوكلت للتأسيسة هي الإشراف والدخول في المشروع إلى ثلاث جهات :
- مجلس تنسيق المنظمات الإسلامية .
- للرئيسة التأسيسة .
- لجنة الأمر بالمعروف باعتبارها المدخل الرئيس ، وهذا بني الباب
- أمامي كل حمل جديد لإدخال هذا الحير لتقم
- وصار جمل المشروع كرجل فير وشركاء .... أنه
- هذا الإشراف الثلاثي فيلاث ما التقم عليه ....
- التنسيق وأستقبل الحمل مخصصاهم هم المانحين : وليد القادرين دراجيم ذراع
- إلى تزكية لأب عبدالرحمن صدرا ....
- هو مشروع تضامني كل المنظمات الإسلامية المسددة في المجتمع ....
- بتاريخ ٥/١٤٠٧/١٠ و ٨٨/٦/٢٨
- الوكالة الإسلامية (إسلام يترون دراك ..... كلاهما أبو الحسن بطاقة ....
- ٣- ثبت بمراجعة .... أن المشروع كان جديداً ومن ترتيب اللائحة ،
- وتدللت قيام إنقاذ أن عبدالرحمن بأنه وقع ....
- صدر الحكم ...

- أما مع وقرارات اتخذ ان .... لشيخ النصارى في ٨٨/١٢/٢٢ ....
- عبدالرحمن صدر المشروع ..... ببطاقة يطال ما يلي .

- ١- أبه تعين القرارات .... عقد هيئة ...... وزير الرئيس التأسيسة
- كما سبق بيانه .

- ٢- ثبت لدينا أنه قد ..... بتزوير في .... التأسيسة العنت القرارات ، فقد ورد في
- نص هذا الخبر ( فقد .... بصحة الرئيسة التأسيسة ....
- القانوني والتربيتي في داخل .....
- ٨٨/٢ ، ١٩٨٨ .....
- هارا بأماكنه ....

ALTahdi 88-8

and then just a week before the date mentioned above on the night
of Dr. Abdullah Azzam's trip October 10,1988. The members of the
Founding Committee have agreed to implement the decisions if Abu
Abdul Rahman insisted to travel to Canada. And he did on 29ᵗʰ. Of
(the month appears to have been whited out accidentally)1988.

3. No investigation has been conducted with Abu Abdul Rahman
regarding the accusations ascribed to him. He was in
Peshawar, Pakistan at the time these decisions were made
(around October 26, 1980) including abominable accusations
after his trip. If the jurisprudent have disagreed in
judging in absentia to oppose the narrative of Hind Bint
Ataba with the narratives of Ali and Um Salma, then how is
it possible to rule in absentia against someone present?

4. The Founding Committee has encountered many technical problems
in respect to the termination of Abu Abdul Rahman. The
committee has not one medical unit. This pays for for
incompetence.

5. Some of the documents on which Abu Abdul Rahman's termination
and slander was based were taken illegally by vandalizing
his office. These documents were also misinterpreted as will
be explained later.

6. Abu Abdul Rahman was not notified in regards to these
decisions (his termination) before his travel even though it
was agreed that he would be (terminated) if he traveled.
Until now, he has not received a copy of the committee's
decision to terminate him. Therefore, based on what was said
earlier, we have ruled to annul the termination decision and
reassign Abu Abdul Rahman to his position as the Director of
the project. We recommend the formation of an investigative
board from the Coordination Committee void of any of his
rivals. This will examine the administrative and technical
violations ascribed to him in the decision of termination
considering that the CC is responsible for the project. The
Board calls for that by a request from the rivals.

As for the accusation that Abu Abdul Rahman has contacts with
suspicious non-Islamic agencies, that is null and void and sheer
falsehood. Some documents were possessed after the break-in into
his office. These were just correspondences between him and
brother Fadhil and between an American relief association MSH and
another American medical equipment company called Smartmed.

This association has an offer of $12 million to provide medical
supplies to the Afghans.

Abu Abdul Rahman has explained this relationship as follows:

ALTahdi 88-8

1. He and brother Fadhil dealt with this association as representatives for the Humanitarian Relief Association authorized by the Afghan leaders to receive the assistance from this association. The purpose for this was to prevent direct contact between the Americans and the Afghans. The two judges have reviewed the following which supports Abdul Rahman's claim.

   A. The correspondence between the head of the Humanitarian Relief in Canada (Abu Nadhir) and between Mr. O'Brien, the person in charge at MSH. In this (correspondence), Abu Nadhir writes that the Peshawar Office has obtained the approval of the four largest Afghan Parties' leaders that the humanitarian relief represent them in receiving the assistance.

   B. We (judges) have looked into some of the Afghan leaders' recommendations.

2. Abu Abdul Rahman has said that communications*

BOS000043

٤

يتم قبل التاريخ المذكور جمادى الاسبوع ، وذلك بينما يسير دار عبدالله عراهيم الذي

سافر يوم ٦٢/٠١/١٩٨٨ ، وأمّا أعضاء الرئيسة الثأ سيدة الشّورى على انذار

صنف الفرارات إذا أصرّ أبو عبدالرحيم على السفر ربّ كما ، وقد سافر في ٦٩/١/٨٨م

٣- لم يتم إجراء أي تحقيق مع أبي عبدالرحيم في الرقم المشورة إليه ، وقد كان

موجود لبه تسلسل يشاور وقت اتّخذ صنف الفرارات ( جمادى٦٩/٦/٨٥/١ )

وقد مهّم الشّيخ ما علم بعد سيّر ، و إذا تأمّد الشّبّة السّابقة ١

على الصقط على العائشة بخارصه هيّة صندبت عتبه مح حديثي على دوام سلطة

يكتب رقي الملم عابيّا على الماض ؟

٤ - تعرضت الرئيسة الثأ سيدة في هيّئات شائلا لأبن عبد الرحيم اب

ملي ، فنّصّة ، وليس بالهيّئة عناصر ضيّ رأحمد ، ضروف صادقي الإقتصادي

٥- بعضد المظاهر الّتي بني علينا قرار فضل أبي عبدالرحيم والتّشيّ علمه ،

اختف حتّ ما سلوك غير شرعي بتنظيم مكتب أبي عبدالرحيم ، فما لم نرى أسياق صنف

صنف الفرائد ما سأني

ـ٦ـ تم إعلان أبي عبدالرحيم رفضه الفرارات ( فصله) فمن بسّ وكأن

ـ٧ـ رغم بالإعفاء على فضله و هيّاله سافر و يوم يتسلّم صورة قرار الترويب لفضله إلى

الرّه ، وبناءً على ما بعد ، حكينا بطلام قرار الفصل ، و اعتبار أبي عبدالرحيم

إن بعد تكمير للشّروى ، ونحي بتشكيل لجنة سد وقف التّمسير ليس بها أحمد ، فخصوص

للتّقيم معه في الخلافات الإدارية والفنّية المشورة إليه في قرار فصله ، باعتبار

أنه مجلّت للتّمسير هو المسلك سد المشروع ، و بقى اطلع لذلك بتوى صده الفرار

ـ ثامنا : لماهيه نقاهير أيام اب عبد الرحمة الاتصال المشورة بما أشيرا لزيته : فناطر ، بنذرر

ـ فقد تمّ ضبط بعض الوثائق في طلب أبي عبد الرحمن بعد فسّه ، عباره عن

ـ مراسلات بينه والأ في ناض و بيد مؤسّسة إغاثة أمريكية BIF وشركة

ـ ارواتس طبيّة أمريكية ٣smart

ـ وصده المؤسّسة لديها عرضه بتقديم بعونه طبيّة للأغان جملج ابن عشر

ـ مليون دولار من الدولارات .

و قد فسّر أبو عبدالرحمن صنه العلاقة قد عدّ له

١- أم تعامل مع صنده المؤسّسة يتم والأمر ناص ، تجنّبا لسير التّير والإغانة

الإنسانية بتحونيه سد قبل الكثرة الأغانة بازكلام المعدات ساء الربّة ١

وأما اعترضه صدا شم شبه الانتقال الها بكر بيد الأمريكيين ، و ببد الأغانب ،

وقد اطلع أحكام ب على ساب ، مؤذ بيد أبي عبدالرحمن

أ- مراسلات بيد رئيس الإغاثة لوساتية بلساً ( أبي سير ) ، وبد يد نشبر ٨ ٨٨

سمر أو بريده ، يقول فيها أبو مدبر إله سكين بادور و فضلا على حواجته قدره الأغمران ، 

الزبون بيد الأربعة الأكبار ، بأنّه تشمير مرهم الإغانة في الساحية إلّا رئاسية في الانتقام في المعدات

ب- واطلعنا على بحض تر صيات الفرار الأغان ،

ALTahdi 88-9

which started by submitting to the Coordination Committee in June 1987. These communications started while Abu Abdul Rahman was in Canada from July 1986 to January 1987. The two judges have ascertained that by reviewing all correspondence and telecommunications and confirmed that all of them were dated prior to June 1987.

Abu Abdul Rahman was also accused of following an illegal method in all of his telecommunications by cunningly using the Kuwaiti Crescent telex system. Abu Abdul Rahman presented a document from brother Abdul Rahman Al- Mudaraj dated 12/14/1988. The document stated that he (Al-Mudaraj) did permit Abu Abdul Rahman and Fadhil to use the Crescent's telex system from May 3, 1987 for correspondence to U.S. and Canada. A quote from the document by Al-Mudaraj," What I know that these telecommunications have no bearing on the project of Al-Tahadi which had not started yet)." At this time, Abdul Rahman was the director of the Crescent.

Also, the addresses that were listed in Abdul Rahman's diaries such as the officials at MSH as it was proven in the telex. Brother Abul Hasan has informed us that he had gone to the Peshawar MSH Office through a commission from the Coordination Office to closely observe their plans. Also, Abu Abdul Rahman's contacts with them were as a representative of the humanitarian relief and prior to the start of the Al-Tahadi Project.

As for the accusation that Abu Abdul Rahman was plotting to transfer the ownership of the project to the Humanitarian Relief Committee, brother Abul Hasan has not presented sufficient evidence.(two just witnesses). The testimony of brother Fadhil was accepted only. In this written testimony, he declared that Abu Abdul Rahman did suggest to him the transfer of the Al-Tahadi project to the Humanitarian Relief provided that Abu Abdul Rahman be assigned as the general director, Fadhil as his deputy, and Abu Suhaib Al-Misri(the Al-Tahadi accountant) would become the administrative and financial director. Abu Abdul Rahman has denied this accusation under oath.. Also, the framework for the new project proposed by Fadhil is probable: to join the Humanitarian Relief Committee under the administration of Abu Abdul Rahman so that he becomes both the director of Al-Tahadi and the Humanitarian Relief at the same time. Abu Abdul Rahman said that he'd been asked to share in the supervisory administration of the Humanitarian Relief. Abu Abdul Rahman has presented a letter dated November 6, 1988 signed bu Abu Nadhir, the director of the Relief in Canada, addressed to the Coordination Committee. The letter states that the Relief has donated $250,000 for 1988 and $400,000 for 1989. Abu Abdul Rahman also produced a copy of a check sent by the Relief in Canada to

ALTahdi 88-9

the medical and educational project in the amount of $200,000.
Fadhil has claimed that the check was for him and not for Abu
Abdul Rahman. Abu Abdul Rahman says that the amount was
exclusively meant for Fadhil and then was transferred to Al-
Tahadi. Then when he was terminated from the project, he was
asked to forward it back to Fadhil. We (the judges) have reviewed
all that is in this letter from Abu Nadhir dated 11/06/88.

Brother Abul Hasan has confirmed that he did contact Abu
Nadhir telephonically while Abu Abdul Rahman was in Canada. Abu
Nadhir had told Abul Hasan that Abu Abdul Rahman had arrived in
Canada to raise funds for the Al-Tahadi project.

We say that we don't have conclusively sufficient proofs for
accusing Abu Abdul Rahman of transferring the ownership of the
project. The matter may probably require the hearing of the
testimony of the rest of the witnesses in the Humanitarian
Relief in Canada but this was not easy to do. The Coordination
Committee may have a follow-up*

BOS000046

الذي بدأ بعرضه على مجلس التشيير في ٣ /١٩٨٧ ، وإن عبد الرحمن كانت بدأت
ابتداء وجوده بكناد سه بكناد سه من ١٩٨٦/٤/٣ إلى ١٩٨٨/١ ، ورتبة أكبر الحكام ...
مدخلاً بمراجعة تواريخ المراسلات والتلكسات، فعند كانت كلها قبل ١٩٨٧/١ ...
ـ كذلك لجأ أبو عبد الرحمن بأسلوب أسلوب غير مشروع في المراسلات التلكسية ...
ـ وللبباح حيال لاستخدام تلك البلاد الغربي ... شقة أبو عبد الرحمن في مساحة ...
مساحة في عبد الرحمن الديني بتاريخ ١٩٨٨/١٢/٢١ عبره أنه ...
ـ وبفصل بانعدام علاقة البلاد به ٣-١٩٨٧/٥/٣ لإرساله إلى أمريكا والتقاط وقبل
عائشه (والتي أعرف أن هذه التلكسات ليس لها علاقة بمشروع اليمن العملي
يكن قد بدأ بعد) وكان عبد الرحمن سكرتير لعبد البلال في تلك الغربي ...
ـ كما أن المنادوبر إلى صبف في مذكرات أبي عبد الرحمن وهذا أسماء المطلوبين
في ASH كاهم شبت بالتلكسات ... وقد أخبرنا الأخ أبو أحمد أنه ذهب إلى مكتب MSII بمشاور
بتكليف من مكتب التشبير لاستكشاف هطظهم . كذلك فإن انضاف أبي عبد الرحمن م ...
كان بصفته ممثلاً لهيئة الإغاثة الإنسانية وقبل بدء الخل بمشروع اليمن ...

أما عبد الإنعام أبو عبد الرحمن بأنسحي في نشر ملكس المشروع الرائض الإغاثة الأنسان
... علي ... النظام ... الحس ... بيئة كافية (مشاهده عدليم) ولم نقبل منه إلا ... إشارة الإ ...
تفاصيل المؤسسه بكناد سه ... أبا عبد الرحمن عرضه علي نشر مشروع اليمن ... الإغاثة
الإنسانية علي أسس ... أبو عبد الرحمن مديراً عاماً وأصل ما ... المقرر والمؤسسة المشورحة
بجانب البلدان مديراً لأعماله وإدارية ... وقد أكر أنه عبد الرحمن وعده ... بتعيينه ... هذا م ...
هيكل المشروع الجديد ... عرضه فاضل ... له ... هيئة الإغاثة ... باسم ...
أبي عبد الرحمن ... عنكبر، مديراً للنشر والإدارة ... الإغاثة ... اسم ... الوحيد ، وكذلك ضبط م ...
... طلب من المحكمة الإشرافية الإدارية ... الإغاثة ... الأساس ...
ـ ... وقد قدم أبو عبد الرحمن هذا ... عبد ... مديراً ... باسم ... ما الرطب
للتشبير ... بمبلغ الإغاثة بمبلغ ٥٠٠،٠٠٠ دولار عام ١٩٨٨ و ٧٠٠،٠٠٠ دولار عبره
ـ ١٩٨٩ وضعت الحساب بتاريخ ٨٨/٧٦/١ كما قدر ... عبد الرحمن ... ما ... الإغاثة
الإغاثة كذلك إلى المشروع النظامي والغربي بلغ ٥٠٠،٠٠٠ دولار وما وقد ... الضيف ...
لم ولين لأبي عبد الرحمن ، وذلك أن عبد الرحمن اسم الملغ ... فقط بهم نقل تقريرهم بالوصول به
المشروع طلب منه تقديم المستند إلى ... فاضل ... وقد الطلحة على صاحبه ... ماة وبا
أبي نديم ... ١١/٦/٨٨ .

وقد أكر الأخ أبو أحمد بأن إنضال تقدية نبأ عن ... ... عبد الرحمن ... مباشرة ...
وإسلام سكرن ... عبد الرحمن ... أبا عبد الرحمن فقد كذلك في عبد الرحمن ...
فنقول في نفي أول ... كافيه وأثبت علي البيان ... عبد الرحمن ... عبد ...
وتلي الأمر ... شهادة شهود مسه الشهادة ... الأربع ... عبد ... للمذكورين في ...
ونكم مؤلف المنشر ...

ALTahdi 88-10

As for the accusation of Abu Abdul Rahman of the attempt to transfer the banking account from the main account to business account with one signature despite the fact that this cannot take place without the signatures of Abul Hasan and Abu Hadhifa in addition to his own. Abu Abdul Rahman confirms that he tried to do so because some of the coworkers urged him to due to the financial hardship the project was encountering. However, he alone bears the responsibility for this mistake. This took place in October 18, 1988.

Brother Abu Abdul Rahman confirms that he is not the owner project and his position is only that of the founding partner and a director as a result of being chosen by the officials. He and Abul Hasan have stated that the Coordination Committee is the owner of the project. He also affirmed that the Coordination Committee has the authority to hold him accountable and under its supervision. When asked about what role he'll play, he responded that it would be technical as the study prepared about the project showed.

We have received another complaint from brother Abul Hasan on 19/05/1409H, 12/28/1988AD against brother Abu Abdul Rahman in regards to the pamphlet he distributed in the mosque of the Kuwaiti Crescent. The complaint was that his rivals rejected arbitration. We, hereby, prove the following: That Dr. Abdullah Azzam agreed that a quadlateral committee be formed from Abu Hajir, Abu Abdul Rahman Al-Misri, Abu Firas, and Dr. Fadhl. The committee met on 12/14/88. Abul Hasan said if the arbitration is with respect to the rights of brother Abdul Rahman Al-Kindi as an employee with us, that doesn't matter. But the situation gets rather significant when it comes to the matter of the ownership of the project. When the committee said it had the right to look into any problem, Dr. Abdullah said that he had to return to the founding committee of the project. He then notified the committee on the morning of 12/15/88 that it requested adding a fifth person to the committee. After deliberations between the rivalling parties, they agreed to choose Ans (UI) Ibrahim. Then brother Abul Hasan objected to the committee as a whole on the evening of 12/15. Later, it was unanimously agreed that only a trilateral committee be formed headed by Shaikh Younis Khalis along with an envoy (or deputy) for each party. The rejection of Abul Hasan was due to his total dissatisfaction with the committee. On Friday, 12/16/88, Abu Hajir received a statement signed by Dr. Abdullah and Abul Hasan expressing their approval to arbitrate through Abu Hajir and Dr. Fadhl. Abu Abdul Rahman had signed it before Friday prayer. Thus, we notice that it was possible for the latter to (UI) distribute the pamphlet after the prayer. He has erred in this regard.

BOS000048

ALTahdi 88-10

We have received a letter from the Saudi Benevolence Committee on 18/05/1409H, 12/27/88AD in which brother Adel Betarji mentions that Abu Abdul Rahman has many violations at work that led the committee to decide to stop the financing. This matter has been forwarded to the Coordination Committee for investigation.

Also, brother Adel Betarji requests that since their committee is the main financier, it must grant them their total rights in the project. He offered their readiness to administer the project in its entirety. This is not within our (judges) jurisdiction and we consider it something that sprang out of the coordination and has the right to decide in these matters.

BOS000049



BOS000050

ALTahdi 88-11

Conclusion and Advice: As the investigations went on, it was proven that distrust and defamation and without circumspection and clarification have all played a major role in developing this dispute and escalating it. God Almighty says,"O ye believers, avoideth too many assumptions. Some of them are sins and spy not." Also God says,"O ye believers, if a deviate bringeth ye tidings, examineth it lest thou accuseth a people with ignorance; then thou shalt regreteth what ye have done."

( The above two Koranic verses are translated to the best of the translator's ability.)

We advise ourselves and the rest of the Moslems to work according to these venerable verses as an impediment to evil, depravity profligacy, and hatred. We also recommend to write contracts and abide by their regulations.

This session was concluded on Thursday 20/05/1409H, 12/29/1988AD. In contains seven (7) pages. On page 4, a length of 2 centimeters at the end of line fourteen (14), the words are crossed out. So are the following: the beginning of the fifteenth (15th) line, length of 4 centimeters: on page five (5) at the end of the eleventh (11th) line (two-thirds of the line) and the first third of the following line.

The report was read in the presence of the two judges and the two parties on the same day at 12PM. It was signed by the two judges with the consent of the two parties. Copies of the report are released to the two judges and the two parties.

We ask that both to abide by these decisions as they promised. May God with His abundant grace and mercy forgive us, and we repent to Him.

Signatures of the two judges consenting to the report and all its decisions herewith.

Brother Abu Hajir
12/29/88

Dr. Fadhl
I kept photocopies of
the documents of both
Parties of the dispute
20/05/1409   12/29/88

The signatures of the two parties

Brother Abul Hasan Al-Madani
12/29/88

Brother Abdul raman Al-Kindi
12/29/88



# Attachment L

*(Parenthetical remarks in Italic are the translator's)*

*(Document name: **TAREEKHOSAMA/12/Tareekh Osama.68**)*

In the name of God, the most Compassionate, the most Merciful

Brother Abu Al-Rida, may God protect him

God's peace, mercy, and blessings be upon you, and may God make you happy

We request that you send us 500,000 Rupees, five hundred thousand Rupees, with some trustworthy brothers from your end, as well as giving the bearer of this paper (Sabir) the amount of 100,000, one hundred thousand only, on an urgent basis, and the remainder *(can be sent)* with the visiting brothers.

Give our best regards to brother Abu Al-Hasan, may God protect him.  All of the brothers send you their regards.

On behalf of/your brother Abu Al-Qaaqaa

Abu Muath

*(signature)*

4.3.87

*(Text continues in **TAREEKHOSAMA/12/Tareekh Osama.68a**)*

BOS000053

بسم الله الرحمن الرحيم

الى الاخ / ابوالرضا حفظه الله

السلام عليكم ورحمة الله وبركاته ثم بعد، ارجو
ان تكون رسالتى هذه قد وصلتكم وانتم بخير وصحة جيدة
وبعد لنا من عندطيبه والخوة الطيبين مبلغكم

مع اخطار حاج حمزه بصفقة (صابر) بلغ ...سيارا
فتجار الاخ تنفيذ استلمى رباتم مع الاخوة الطيبين وبعد
سلم ... يشترك السلام على الاخ / ابو ... سه حفظه الله
منهم انا احوته قبلاً يهلموني السلام.

مع / اخى ابو القعقاع
ابو معاذ

٤.٣.٨٧

# Attachment M

TAREEKHOSAMA/54/Tareekh Osama 127 - 127a

..202659/72

In the Name of God, the most Compassionate, the most Merciful ..2002659/72 (scratched out)

The brothers mentioned in the second page attended the Sheikh's house, to discuss the case of the Advisory Council, and the new distribution in Peshawar, mentioned in the attached document. Most of the discussion was about choosing an Advisory Council, which is accepted by all who are present in the arena.  A summary of what happened was the formation of Maktab Al Khadamat.  The meeting was held for 2 days in a row, Thursday and Saturday, and after it, the meeting Advisory Council, on Friday, with the following brothers:

1.  Sheikh Usama.
2.  Abu Ubaida Al Bansheeri.
3.  Abu Burhan,
4.  Sheikh Tameem.
5.  Abu Hajir.
6.  Abu Anas.
7.  Abu Al Hasan Al Madani.
8.  Abu Al Hasan Al Maki.
9.  Abu Ibraheem.

* The meeting resulted in explanation of 40 points of them and the Sheikh summarized it in 2 points:

- The complaints.
- Mismanagement and bad treatment in Maktab Al Khadamat.

The Sheikh decided to engage the Council in making a change - on financial and administration.

The meeting stayed from sunset until two at night, after midnight:

The meeting resulted in, disposition is for the Sheikh, as he sees it tomorrow.

And on Saturday morning, 8/20/1988, the aforementioned brothers came and started the meeting, and the military work was suggested to be divided in two parts, according to duration:

- Limited duration (known), they will go to Sada Camp, then get trained and distributed on Afghan fronts, under supervision of the military council.

- Open duration (long), they enter a testing camp and the best brothers of them are chosen, in preparation to enter Al Qaida Al Askariya (the Military Base).

The mentioned Al Qaida is basically an organized Islamic faction,

its goal will be to lift the word of God, to make His religion victorious.

Requirements to enter Al Qaida:

- Members of the open duration.
- Listening and obedient.
- Good manners.
- Referred from a trusted side.
- Obeying statutes and instructions of Al Qaida.   These are from the rules of the work.

<u>Reads the pledge:</u>

The pledge of God and his covenant is upon me, to listen and obey the superiors, who are doing this work, in energy, early-rising, difficulty, and easiness, and for his superiority upon us, so that the word of God will be the highest, and His religion victorious.

The meeting ended on the evening of Saturday, 8/20/19. Work of Al Qaida commenced on 9/10/1988, with a group of 15 brothers, including nine administrative brothers:

| | | |
|---|---|---|
| 1. | Abu Ayoub | General Emir (Commander). |
| 2. | Abu Usama Al Jazairi | Military Supervisor. |
| 3. | Saifullah | Administration. |
| 4. | Abdul Majeed | Administration. |
| 5. | Abu Khalid | Administration. |
| 6. | Yaseen | Administration. |
| 7. | Ameer Al Fateh | Soldier. |
| 8. | Sabir | Administration. |
| 9. | | |

Until the date 9/20/, Commandant Abu Ubaida arrived to inform me of the existence of thirty brothers in Al Qaida, meeting the requirements, and thank God.

BOS000090

بسم الله الرحمن الرحيم

[النص مكتوب بخط اليد وغير واضح بشكل كافٍ للقراءة الدقيقة]

١- ...
٢- جعبة التصوير
٣- جهاز ...
٤- ...
٥- جهاز ...
٦- جهاز ...
٧- ...
٨- ...
٩- أجهزة ...

ما شير/ اجتماع مجلس ... ... ... ١٩

يبدأ العمل بالقاعدة في ... ... ... ١٩٨٨

مجموعة رقمها ٥ ... ... ... إدارة (المدير العام)

- أبو أيوب ... ... ...

- ترتيب الجزائري ... مشرف عام

- ... ... ... إدارة

- عبد الحميد ... إدارة

١٠- وضحا لـ ... إدارة

٦-

٧- أبو البخيتي ... طبي

٨- جابر ... إدارة

٩-

... ... ... القاعدة ... ... ...

# Attachment N

*(Parenthetical remarks in Italic are the translator's)*

*(Document name:* **TAREEKHOSAMA/33/Tareekh Osama.99**)

In the name of God, the most Compassionate, the most Merciful

Dear brother Abu Al Rida, may God protect him

God's peace, mercy, and blessings be upon you

I hope that you and all of the brothers are well and enjoying the approval of God the Almighty.  It disappoints me that your news reached us very late, knowing that travelers come to us frequently, so I hope that you tell me about Abu Mohamed Al-Shamali's subject, through Abu Hamza.  I also hope that after Abu Anees reaches you that you move toward us immediately in anticipation of the attack on the Russians as the time has come, and I hope that you tell me about Usama and Ameen and their status.  One of the brothers whose name is Abu Abdel Lateef is with Abu Al-Nasr, and if he wants to come tonight, take care of him so that he comes to us tomorrow, for his plane is *(departs)* on Thursday from Karachi to Yemen.  I request that you ask the Yemeni embassy if a Saudi needs a visa to enter Yemen.  If so, I hope you work on a visa for me so I can go with him.  I ask that you communicate my greetings to Abu Al-Hasan Al-Madani and I hope that he will visit us if he has returned from Hijaz, and I also hope that you bring 500,000 Rupees at a minimum.

And God's peace, mercy, and blessings be upon you.  Do not forget us in your prayers

Your brother

*(Usama Bin Laden's signature)*

9/8/07 *(1407 Hijriyya)*

Note: Abu Al-Nasr is sick and I urge visiting him and conveying my regards to him, I think he is in the hospital

BOS000020

بسم الله الرحمن الرحيم

الأخ العزيز أبو الرضا حفظه الله

السلام عليكم ورحمة الله وبركاته

وبعد

إنا نرجو أن تكونوا جميع الأخوة بخير وصحة من الله سبحانه وتعالى،
ونحـــــن إنا أخباركم أن فرتت علينا كثيراً عاملاً إنا قريب بأخوة،
البعد كثيراً فنأرجوا أخباركم عن موضوع أبو محمد السباعي عن طريق المحمودة
كى أرجو بعدان يصله أبو أنيس أن نتحرك؛ لينا قول استعداداً للطبخ
على الروس حبتان الفرصة ازف، وأنا جودتنا سيء عن أسامة وميزه خاصها
كى أن أحد الدعوة أسمه أبو عبد القبض موجود عندأبو النظر إذا عزم على
المجيء بعد الليلة كأن قدرا ذمره عنا لمجيء؛ لينا هيت أن ظ نزفه الجيس
من تحرزا تشي بأى اليمن، وذار جوسؤال السفارة اليمنية؛هل بنا؟اجالسعودي
إلى فيزه لدخول اليمن بان كان كذلك هذا جودل كلا فيزه لى لكى أذهب
معها بحثنا فقروا، وبذات نبلغ سلام من أبو الحسن المدني وأنا جده لزيا رنا
أن نباد من الجباد أن سكنا أرجو أن تيصلوا منة الف روبية بن الأذل
والسلام عليكم ورحمة الله وبركاته؟

ودتسونا شاد وأبى دعائكم

ملاحظة:
أبو النصر مريض فأرجو زيارته
وابلاعى سلام وأطمئنه فى المستشفى

٩/٨/٢٠٠٧ م

BOS000021

# Attachment O



# Attachment P



2003 - 16
9    Wael Hamzah Jelaidan

# Attachment Q

*(Parenthetical remarks in Italic are the translator's)*

*(Document name: **TAREEKHOSAMA/14/Tareekh Osama.70**)*

In the name of God, the most Compassionate, the most Merciful

To dear brother Abu Al-Rida, may God protect him

God's peace, mercy, and blessings be upon you, and may God make you happy

I am dispatching to you the exalted brothers from brotherly Yemen, and they are Abu Mukhtar and Abu Mohamed, in order to arrange for their travel to Yemen and also to provide them with departing tickets, and also to take care of their lodging and their needs, and this is based on what brother Abu Abdallah informed us at the Al-Maasada, especially financially.  May God bless all of you.

We also request that you send an amount of 400,000 Rupees to the owner of the weapon for delivery in Parachinar, according to Abu Al-Hasan's wishes, for security reasons.

Your brother Abu Muath Al-Masri

*(Signature)*

17.3.87

BOS000055

بسم الله الرحمن الرحيم

اخي الكريم الحبيب أبو رضا    حفظه الله

السلام عليكم ورحمة الله وبركاته  وبعد؛ وبناتكم

رسلى اليكم لا هذه الرسائل من سعيد السعيد وهم أبوختار

وأبومحمد وذلك لترتيب أمر سفرهم الى المدينة واعلامهم

بذلك بينك ذهاب وكذلك لاهتمام بأمر سيتم وتسهيل

أمرهم وذلك كما أخبرنا لا خ/أبو حبيب بف بالمساعدة خاصة بذلك

وبارك الله فيكم .

كما وننوه ، بان سفح من خلال هذا   سوف يوجه لصاحب السلاح

لتسليمه في باراضنا حبذا لعنة أبومحمد وذلك الامور الامنية .

أخوكم أبورضا والعربي

١٧.٣.٨٧ .

# Attachment R



*Special Dispatch Series - No. 632*

**December 23, 2003**                                                                                     **No.632**

## Al-Qa'ida Magazine Debates Attacks in Saudi Arabia – Proposes More Attacks in the U.S. will Boost Support

*For the past several months, Al-Qa'ida operatives have been debating the organization's attacks in Saudi Arabia. There has been no dispute over striking American or Western targets around the world - only regarding attacks within the kingdom. Furthermore, while some favor striking only at "Crusader" – namely American – targets in Saudi Arabia, others are willing to include the Saudi regime and security forces as targets.*

*The opposition to attacks inside Saudi Arabia, and specifically against the country's regime and security forces, is not based on religious considerations. The arguments against these attacks focuses on tactical matters, such as the importance of Saudi society's identification with and funding of Al-Qa'ida – and the implications of such attacks on the potential of recruiting new members from Saudi Arabia. The following are excerpts from recent editions of the Al-Qa'ida magazine,* **The Voice of Jihad***:*

### The Attacks and Al-Qa'ida's Status in Saudi Society

*High-ranking Al-Qa'ida member* **Abd Al-'Aziz Al-Muqren***,* **also known as Abu Hajer,** *who is on Saudi Arabia's most-wanted list, referred to the dispute over the attacks inside Saudi Arabia in an interview with an Al-Qa'ida online magazine, The Voice of Jihad: " Jihad members and Mujahideen sympathizers were divided: Some said we must attack the invading forces that defile the land of the two holy places [i.e. the Arabian Peninsula], and must cause the Americans to become preoccupied with themselves and their bases so they won't leave them to crush the countries and lands of the Muslims, country by country.*

*"Others said we had to preserve the security of this base and of this country [i.e. Saudi Arabia], from which we recruit the armies, from which we take out the young people, and from which we receive [financial] backing. It must therefore remain safe.*

*"My opinion is an intermediate opinion, between the two groups. It is true that we must keep the enemy preoccupied with himself and not give him a sense of security, because as soon as he secures his bases and his lines of supply, he will have an opportunity to use them to attack our brothers in different parts of the countries of the Islamic world. But we must prepare ourselves and be ready for this momentous event the best way we possibly can. We told them: 'Wait, we are readying ourselves.' Then we attacked the Americans.*

*"It is also true that we must take advantage of this country [Saudi Arabia] because it is the primary source of funds for most Jihad movements, and it has some degree of security and freedom of movement. But we must strike a balance between this and America's invasion of the Islamic world and its hobbling of the Jihad movement and even of other Islamic movements…"* [1]

### Another Strike in the U.S. Will Restore Sympathy for Al-Qa'ida

*Al-Qa'ida members deny that Muslims have been killed in their bombings in Saudi Arabia, but recognize that the regime has managed, via the media, to convey such*

*a message – which has damaged Al-Qa'ida's image.*

*In an interview in The Voice of Jihad, **Louis Attiya Allah** (an alias), [2] one of Al-Qa'ida's leading ideologues, stated: "Regarding the Al-Muhaya operation [the November 8, 2003 bombing in Riyadh], it can be claimed that the house of Salul [3] had some media success in portraying the battle as the killing of Muslims, and in inciting some against the Mujahideen. But this effect is temporary and will disappear if, for example, the Mujahideen strike another blow in America. Then sympathy will return to what it was in the past, and may even increase."*

*When asked whether the attacks in Saudi Arabia "caused Mujahideen shares to plummet" in Saudi society, he responded: "That may have happened, but we must look at the matter with a broader view, and place these operations in the framework of the war of the Mujahideen against the whole Western-American plan. At certain stages of this war, the Mujahideen can think they require these operations, despite their high price in terms of morale." [4]*

**Attacks are Against 'Crusaders,' Not the Saudi Regime**

*The statement that Al-Qa'ida members in Saudi Arabia are fighting the Americans and not the Saudi security forces has repeatedly appeared in The Voice of Jihad. In the interview, Abu Hajer said: "We have not carried out a single attack. All the operations that took place were defensive operations. The brothers try as much as possible to avoid clashes with the military and the security forces. Nevertheless, the government is escalating its war, and is trying to uproot me, uproot you, and uproot all Islamists… I have sworn to purge the Arabian Peninsula of the polytheists. We were born in this country, and we will fight in it against the Crusaders and against the Jews until we remove them or taste what was tasted by **Hamza bin Abd Al-Muttalib** [i.e. martyrdom]…" [5]*

***Voice of Jihad editorial writer Suleiman Al-Dosari*** *went even further, calling on the Mujahideen to fight the Saudi security forces only when it was clearly self-defense: "We draw the attention of the Mujahideen to the strategy of the **Sheikh of the Mujahideen, Abu Abdallah Osama bin Laden, and Sheikh Dr. Ayman Al-Zawahiri**, a strategy on which many of the great Mujahideen have agreed in regard to fighting the enemy: Our number-one enemy is the Jews and the Christians, and we must make ourselves available and invest all our effort until we destroy them – and we are capable of doing this if Allah allows us to – because they are the main obstacle to the establishment of the Islamic state.*

*"… Notice the trick used by the [Arab] tyrants… [In their view] the blood of an American is equal to the blood of all the Muslims. They are willing to send hundreds [of Muslims] to their deaths in exchange for Americans enjoying security and well-being… We must be wary of this trick and avoid, as much as possible, confronting the state's armies and forces, so that we can deliver knock-out blows to the occupiers, Allah willing.*

*"This does not mean surrendering to those defending the Crusaders if they raid us; on the contrary, in this case we must resist with all our might and punish them so they turn their swords towards the Americans and fight in our ranks, refrain from confronting us, or stand against us and wait for what is anticipated for them [at our hands], by virtue of Allah and with His strength…" [6]*

**The Al-Haramayn Brigades: Focusing on Saudi Targets**

*Saudi Arabia does not lack for radical Islamists interested in filling the void left by Al-Qa'ida when it gave up direct attacks against the Saudi regime. One example is a new organization called **The Al-Haramayn [Two Holy Places] Brigades**, which has so far published two communiqués claiming to have carried out, on December 5, 2003, the shooting of a high-ranking Saudi security officer. Its first communiqué stated:*

*"The aim of this operation was, first and foremost, to let him [the Saudi officer] and every apostate tyrant know that he will not in any way be protected from the Mujahideen and their weapons, Allah willing… This operation was the first*

*measure by the Brigades in the land of the two holy places, and part of its plan to purge it, as it was decided that the first stage would focus on the two groups of apostates:*

*"The first group is the leaders of the Crusader attack on the land of the two holy places, and it includes all those who cooperated with America in any way – by gathering information on the Mujahideen, by writing reports, by giving advice to the Crusaders, by raiding peaceful Muslims and intimidating them in their homes, by bringing their sons to the prisons, and by raiding the Mujahideen groups. The second group is the hangmen, which includes anyone who carries out torture in the prisons...*

*"Since our brothers in Al-Qa'ida are preoccupied with waging war on the Crusaders, and since it has become clear from their repeated communiqués that they are not attacking the internal security apparatus, we have decided to relieve them of this important [religious obligation] and to purge the land of the two holy places of the [Arab] agents, freeing [Al-Qa'ida] to purge it of the Crusaders...*

*"This is a message from The Al-Haramayn Brigades, [a message] based on a plan for 'cleansing the land of the two holy places,' directed at anyone whose hand is stained with the defilement of collaboration [with the Americans] or whose defiled hand has tortured any of the monotheists [i.e. the Islamists]: He must cease this immediately, or the hands of the monotheists will reach him..."* [7]

### Strike At America So America Cannot Strike at Saudi Arabia

*The damage done to Al-Qa'ida's image by the Saudi bombings is not the only reason the organization prefers targeting "Crusaders" in Saudi Arabia or carrying out attacks in the West. According to Louis Attiya Allah, some Al-Qa'ida members claim that the Saudi regime's continued existence is in the organization's best interest, because it prevents the U.S. from striking hard at the Islamists in the Arabian Peninsula.*

*When asked why there had been no Jihad operations against the royal family, Attiya Allah said: "I don't know. Personally, I think attacking the heads of the regime will hasten its collapse. These decisions are discussed at Mujahideen meetings, and it is they who make this kind of decision, as ultimately these are military decisions.*

*"Perhaps the aim of the Mujahideen is to refrain from toppling the regime because the treasonous cover provided by the Saudi regime prevents America from striking a powerful blow to the entire country. That is one of the ideas that led the Mujahideen [to prefer] first of all neutralizing America, or paralyzing it, and only afterward turning to this regime and its ilk. I say this, even though I maintain that eliminating some members of the regime would be very useful and would make things easier for the Mujahideen without causing the regime's downfall."*

*Attiya Allah also discussed what might happen in the region were the Saudi regime to collapse. When asked whether "the Americans would leave us alone if the zero hour arrives and the regime of the House of Salul is removed," Attiya Allah responded:*

*"No, they would not leave us alone. As a first step, they would try to secure the oil fields, in accordance with an old plan. They would not stand idly by. But the question is whether they would be able to do this in the event that the regime completely collapses and anarchy prevails. I doubt this very much. If they become more and more entangled in the Iraqi quagmire, and if we strike painful blows in America, those blows will deprive them of their ability to focus on [Saudi Arabia]... What arouses real concern is the acts of their allies the Shiites in the event of the collapse [of the Saudi regime]. This would be an extremely grave situation requiring great thought and preparation of alternatives by the Mujadiheen."*

*Also in the interview, Attiya Allah explained why Al-Qa'ida was more concerned about the U.S. than about the Saudi regime: "The Mujahideen are waging a great*

*ongoing war with the masters [the Americans], and the slaves [the Saudis] have no place in this battle. The slaps and kicks that harm the slave during the Mujahideen's battle against its master are of no consequence in light of his fate when his master is defeated... The Mujahideen are warring with the masters, but we may soon see a little more attention directed toward these slaves..." [8]*

**Al-Qa'ida's Political Program**

*In the interview, The Voice of Jihad asked Louis Attiya Allah how he responded to those who argued that Al-Qa'ida had no comprehensive political program. He said, "Does **[Saudi Crown Prince] Abdallah bin Abd Al-Aziz**, for example, have a political program, apart from being an agent and slave of the Americans? Do any of the existing regimesin the Islamic world have a genuine political program?... If you mean a political program compatible with the existing world order, I say to you that yes, Al-Qa'ida has no political program compatible with the existing world order, simply because the existing world order does not recognize us as an independent Islamic state, and forces us to be its satellite, to adapt ourselves to its secular laws and to be subjugated to its military rule.*

*"Al-Qa'ida is absolutely opposed to this, and states: The world order must be removed from the region and defeated, first of all militarily. Then, the Islamic state must be reestablished, in accordance with the Islamic regime. This means that we will control our fate, rule over ourselves, and control our resources. More generally, we will rebuild our lives according to our foundations and our principles. The experience [of an Islamic state] is real, and it existed 1,300 years ago. The peoples of the East ruled themselves and lived according to their own rules long before the West was in the region. There is nothing to prevent the revival of these rules, which are based on the Koran and the Sunna...*

*"No political program has a chance of succeeding if we do not defeat the West, militarily and culturally, and remove it from Muslim countries. Then, it will not be difficult for the nation, with the help of its tremendous resources, to rebuild life according to religious Islamic principles. We will become the masters of the world, as the world's economic fate depends on us because we have the resources the world needs and all the elements of controlling the world are in our hands. What we are lacking is to live free and to rule ourselves by ourselves, cut off from the West and its agents."*

**'Arab Nation States Have Neither a Right to Exist Nor a Popular Base'**

*Attiya Allah also spoke of the fate Al-Qa'ida has planned for the Arab countries: "The [Arab] nation-states... are a Western model that the West created to allow it to build up its general colonialist plan for the Islamic East. These countries have no religious foundation, and have neither a right to exist nor a popular base. They were forced upon the Muslim peoples, and their survival is linked to the Western forces that created them. Therefore, the general aim of the Jihad and the Mujahideen is to strike at the foundations and infrastructure of the Western colonialist program or at the so-called world order – or, to put it bluntly, to defeat Crusaders in the battle that has been going on for over a century. Their defeat means, simply, the elimination of all forms of nation-states, such that all that remains is the natural existence familiar to Islam – the regional entity under the great Islamic state.*

**The Jihad Movement Will Not Stop at Any Arab Border**

*"Expelling the colonialists from the Muslim lands means simply eradicating the borders and all types of nation-states created by the West. The significance of this is that when the Jihad goes into action in Iraq, for example, it will not stop at the colonialist borders; it will not stop in Jordan and recognize it as an entity, because in Islamic concepts this country called Jordan has no [right to] exist. The Jihad movement in the Arabian Peninsula will not be stopped by the borders of the so-called Kingdom of Saudi Arabia, because the entity called by this name is an artificial entity that has no religious foundation. There is no religious consideration that prevents, for example, the transfer of Jihad outside this entity to Yemen or to the countries called the Gulf States. All these types of nation-states have no significance, and they have no [religious] protection preventing their removal*

when the Jihad goes into action.

*"Igniting the fire in the Arabian Peninsula is expected to be one of the keys to the great change, because the Arabian Peninsula is the heart, and any change in the Arabian Peninsula affects the other parts of the Islamic body."*

**'The More Martyrs' Blood Shed, the Greater the Light of Jihad'**

*"Even if we assume that, Allah willing, the sparking of conflicts will lead to painful results in the short term and perhaps in the intermediate term, in the long term the changes happening here will be the key to the cleansing of the entire Islamic world, to ridding ourselves of the colonialists, and to removing the Crusaders – so that we can then prepare for the great conflicts with them in the battles to come, including the decisive war with the Byzantines of which the Prophet spoke... [9]*

*"The main enemies of the nation, the Byzantines, will not come to their end until Judgment Day, and therefore there is no point in talking of stopping the battle... The most important thing is that the Mujahideen will safeguard the burning ember of Jihad. The more martyrs' blood is shed for the sake of this ember, the greater its light; it will burn the enemies more quickly and victory will draw near, Allah willing..." [10]*

[1] *The Voice of Jihad, Nos. 1 and 2, Sha'ban 1424 (October 2003).*

[2] *Louis Attiya Allah is the alias of a Saudi who is considered a leading Al-Qa'ida ideologue. His writings have appeared on the Internet since September 11, and since the killing of* **Sheikh Yousef Al-'Ayyiri,** *Attiya Allah is probably the most popular of Al-Qa'ida's ideologues.*

[3] *A highly derogatory term used by Islamists for the Saudi royal family, the house of Saud. The term is derived from* **Abdallah bin Ubay ibn Salul,** *consideredin Islam to be the leader of the hypocrites.*

[4] *The Voice of Jihad, No. 6, Shawwal 1424 (early December 2003).*

[5] *The Voice of Jihad, Nos. 1 and 2, Sha'ban 1424 (October 2003).*

[6] *The Voice of Jihad, No. 2, Sha'ban 1424 (October 2003).*

[7] *http://groups.yahoo.com/group/globalislamicmedia/message/228.*

[8] *The Voice of Jihad, No. 6, Shawwal 1424 (early December, 2003).*

[9] *A reference to the war against the Christians, termed in this context "Byzantines" following a Hadith that is attributed to the Prophet Muhammad regarding the future battle. See MEMRI Special Dispatch No. 447.*

[10] *The Voice of Jihad, No. 6, Shawwal 1424 (early December 2003).*



*Print This Article*



*Close Window*