# Exhibit 2

**A Public Notice Timeline:  Al Qaeda Openly and Notoriously Targeted America**

**Al Qaeda Announcements & Attacks**

**January 26-29, 1987**
The Fifth Islamic Summit Conference of Muslim states and affiliated organizations, including the Kingdom of Saudi Arabia, Muslim World League and the World Assembly of Muslim Youth, "categorically condemned all acts of criminal international terrorism and declared the readiness of Islamic states to cooperate among themselves and with the community to eliminate international terrorism."
*(SOURCE:  The Fifth Islamic Summit Conference, Kuwait, 26-29 January 1987)*

**1988**
At an Islamist conference in Oklahoma, al Qaeda founder Abdullah Azzam announced that the Holy War had only just begun with the fight against the Soviets.
*(SOURCE:  Der Spiegel, "The Prince and the Terror, Inc.," September 15, 2001)*

**April 1988**                                                              **Founding of Al Qaeda**
In 1988, the undisputed spiritual and political chief of the Arab-Afghans was the late Dr. Abdullah Azzam. Azzam, a Palestinian cleric who had lectured in Saudi Arabia, was the most famous and well-known international recruiter for the Afghan jihad. He schemed to use the conflict in Afghanistan as a means to create a multi-national radical Islamic army to conquer and annex secular "infidel" regimes across the Middle East, Asia, and North Africa. Prior to 1988, Azzam's headquarters was known as the Makhtab-e-Khidamat al-Mujahideen (MAK, Mujahideen Services Office), located in Peshawar, Pakistan. On a fundraising trip to the United States, Azzam proclaimed to his followers, "Oh brothers, after Afghanistan, nothing in the world is impossible for us anymore. There are no superpowers or mini-powers—what matters is the willpower that springs from our religious belief."
*(SOURCE:  Emerson, Steven.  Jihad in America.  SAE Productions (for PBS); Washington, DC.  Originally aired November 21, 1994.  Running time: 1 hour.)*

In April 1988, Abdullah Azzam published his greatest manifesto in the MAK's official newsletter, *Al-Jihad* magazine. The document was appropriately titled "*Al Qaeda*," meaning "the Solid Foundation." Azzam issued what he referred to as "the final call": "We shall continue the Jihad no matter how long the way is until the last breath and the last beating of the pulse or we see the Islamic state established."  English-language flyers celebrating Azzam's declaration of the founding of *Al Qaeda* were found at the Al-Kifah Refugee Center in Brooklyn, NY—the U.S. branch office of the MAK.
*(SOURCE:  Azzam, Dr. Abdallah.  "Al-Qa`ida."  Al-Jihad.  No. 41; April 1988.  Page 46.)*

**July 1989**
An editorial in the Pakistani jihadist magazine *Al Bunyan Al Marsus* proclaims: "It is the duty of all Muslims to complete the Jihad until we reach America and liberate her."
*(SOURCE: Al Bunyan Al Marsus, July 1989)*

**1989**
Al Qaeda founder Abdullah Azzam hosts the "First Jihad World Conference" in Brooklyn, New York.  During the same period, Islamic radicals met openly at a conference in Kansas City, at which high-ranking leaders of the Palestinian Hamas and the Algerian Islamic Salvation Front also participated.
*(SOURCE:  Der Spiegel, "The Prince and the Terror, Inc.," September 15, 2001)*

**1989**
At his last public press conference before being assassinated, Abdullah Azzam spoke of the key role Osama bin Laden was playing in the growing radical Islamist movement:

> "He came himself, with his wealth, in his way of Allah, and he is paying for [mujahideen] tickets and looking after their families, paying for their rent and their transport, and their sustenance inside Afghanistan.  He is in the frontline, where the fighting is…One hundred Arabs have given their lives for Allah.  What have they come for?  Someone like Osama bin Ladin, like Wael Jalaidan, and others from leading families in Saudi Arabia…[who] have come in search of paradise.  They believe that there is a God and that there is a paradise, and that life is cheap."

*(SOURCE:  Videotape of last press conference of Shaykh Abdullah Azzam, circa 1989)*

**July 1989**
In four consecutive weekends, the special operations unit of the New York FBI field office followed four groups of Middle Eastern men from the notorious Alkifah Center to exit 71 off the Long Island Expressway—and they photographed them firing automatic weapons. Of the men photographed on those four weekends, three went on to bomb the World Trade Center, one (Nosair) went on to kill Rabbi Meir Kahane, two went on to plot with the Blind Sheik (Sheik Omar Abdul Rahman) to blow up tunnels around Manhattan.  The leader of the group, Ali Mohammed, went on to train bin Laden's bodyguards in Khost, Afghanistan and he later performed surveillance for the African Embassy bombings in August 1998.  The surveillance of the men was discontinued at the end of summer 1989.
*(SOURCE:  Claire White, "1000 Years for Revenge:  A Conversation with Peter Lance," Writers Write, October, 2003.)*

**November 5, 1990**
Considered the opening round of violence in the rise of global terrorism during the 1990s, Islamic extremist El-Sayid Nosair shoots and kills Rabbi Meir Kahane, founder of the conservative Jewish Defense League during a speech in New York City.  Upon searching Nosair's apartment in Cliffside Park, New Jersey, police found 47 boxes of evidence which included:  1400 rounds of ammunition, top secret manuals from the U.S. Special Forces Warfare school in Fort Bragg, NC, maps of the World Trade Center, pictures of the World Trade Center, bomb recipes, and the untranslated sermons and writings

describing the Blind Sheikh's sermons which said that they wanted to hit the edifices of capitalism—"the high world buildings." Many of the materials were later tied to Ali Mohammed, an FBI double agent with direct ties to al Qaeda and Osama bin Laden and coordinator of the 1998 Africa embassy bombings.
*(SOURCE: Claire White, "1000 Years for Revenge: A Conversation with Peter Lance," Writers Write, October, 2003.)*

**1992**
Clement Rodney Hampton-El, an American-born Muslim convert later convicted of plotting to destroy New York City landmarks, testified in 1995 that he received the names of U.S. servicemen who were about to complete their tours of duty. He then tried to recruit the veterans as fighters in Osama bin Laden-sponsored insurgency in Bosnia. Hampton-El's contact was an employee of the Saudi government, who secretly worked to convert U.S. soldiers to Islam immediately after the Gulf War. Imam Bilal Phillips worked as a proselytization officer for the Saudi air force in a program that converted thousands of active duty U.S. soldiers to Islam and collected the names of thousands more. Hampton-El was called to the Saudi Embassy in December 1992, where he met with Phillips and a member of the Saudi royal family, before being given the list of names at a U.S. military installation the following day. He was told at the meeting that he would be given a $150,000 budget for training and support in the effort to recruit fighters for Bosnia.
*(SOURCE: J.M. Berger, "Al Qaeda tried to recruit Gulf War vets in 1992," Intelwire.com, January 7, 2004)*

**Autumn 1992**                                                **Bosnia as Staging Ground for America**
In the fall of 1992, Osama bin Laden personally ordered a former key Sudanese member of al Qaeda—later turned government informant—Jamal Ahmed al-Fadl, to travel to nearby Zagreb, Croatia for consultations with key Arab-Afghan leaders operating as al Qaeda emissaries in Bosnia, including Abu Zubair al-Madani. Jamal al-Fadl was advised by several senior al Qaeda members that "al Qaeda was seeking to establish training camps in Bosnia, forge relations with relief agencies in Bosnia and establish businesses to support al Qaeda economically." **Al-Fadl was also told by these operatives that al Qaeda's primary goal in Bosnia "was to establish a base for operations in Europe against al Qaeda's true enemy, the United States."** Not long afterward, Abu Hajer al-Iraqi (Mamdouh Mahmud Salim, one of the original founders of al Qaeda in Afghanistan) confirmed to al-Fadl that Abu Abdel Aziz had spoken the truth, and Osama bin Laden's interest in Bosnia was largely as a staging area from which to strike at America.
*(SOURCE: "Government's Evidentiary Proffer Supporting the Admissibility of Co-Conspirator Statements." United States of America v. Enaam M. Arnaout. United States District Court Northern District of Illinois, Eastern Division. Case #: 02 CR 892. January 31, 2003. Page 24-25.)*

**December 1992**                                                                 **Aden Bombing**
A bomb attack at a hotel in Aden, Yemen narrowly missed 100 American soldiers who were staying there en route to peacekeeping duties in nearby Somalia. The scheme nevertheless caused an explosion that killed two Australian tourists. In the aftermath of

3

the Aden bombings, Yemeni authorities arrested hundreds of suspected Islamic militants and uncovered several major weapons caches. The evidence seized by the Yemenis allegedly pointed to a group of Arab-Afghan veterans—compatriots of Osama bin Laden—who had gathered in Yemen under the leadership of Shaykh Tariq Bin Nasir Bin Abdullah al-Fadli, a local leader from a prominent family in the Abyan province. Al Qaeda was known to have an open alliance with the Yemeni Islamic Jihad and the Aden-Abyan Islamic Army, both known to operate in this same region. Yemeni authorities eventually besieged Shaykh Tariq's fortress-like compound in the rugged Maraqasha mountains to little avail. The bombing in Aden was the apparent result of a fatwah (religious edict) issued on behalf of Al Qaeda in late 1992. The fatwah, of unidentified origin, condemned U.S. military forces for invading Somalia and the horn of Africa in the second-phrase of its purported campaign to "take [over] the Islamic countries." Former senior al Qaeda member Jamal Al-Fadl testified in federal court that this fatwah was specifically discussed in al Qaeda terrorist guesthouses in Khartoum, Sudan—and endorsed by al Qaeda's then-chief military commander, Abu Ubaidah Al-Banshiri.
*(SOURCE: Whitaker, Brian. "Yemen and Osama Bin Laden." Yemen Gateway. August 1998; United States v. Osama bin Laden, et al. S(7) 98 Cr. 1023 (LBS). United States District Court, Southern District of New York. Trial Transcript, February 6, 2001. Page 268.)*

**September 1992 – March 1993**
The Egyptian terrorist organization Vanguard of the Islamic Conquest (Tala'i al-Fath al-Islami) received financial and military aid through members of Saudi intelligence. Leaders of the Vanguard visited Saudi Arabia by invitation, and met with the top aides of Prince Turki bin Faysal, director of the Saudi Intelligence Department. Saudi intelligence furnished members of the Vanguard with detailed maps of certain areas throughout Egypt, particularly instructions for moving their operations to areas of Egypt less frequently targeted by terrorist groups.
*(SOURCE: Al-Safir Beirut, 6-2-93)*

**February 26, 1993**                                                **World Trade Center bombing**
Al Qaeda's "Fifth Battalion of the Liberation Army" executed their first successful terrorist strike on the American homeland. A rental truck packed with powerful explosives detonated in an underground parking lot below the World Trade Center, killing six bystanders, injuring 1,500, and causing havoc in downtown Manhattan. A claim of responsibility delivered to New York media sources were signed by "Abu Bakr al-Makki." The chief bombmaker—later determined to be Ramzi Yousef—was an ambitious graduate of al Qaeda's *Al-Sadda* training camp, not to mention the nephew of senior al Qaeda terrorist mastermind Khalid Shaykh Mohammed who "[t]hrough additional intelligence and investigative efforts in 1995… was also connected to the first World Trade Center bombing."
*(SOURCE: "Report of the Joint Inquiry into the Terrorist Attacks of September 11, 2001." House Permanent Select Committee on Intelligence/Senate Select Committee on Intelligence. Senate Report No. 107-351/House Report No. 107-792. 107th Congress, 2nd Session; December 2002. Page 32.)*

**Winter 1993**                                                            **Terror Factory on US Soil**

During the same period of the first World Trade Center bombing, members of the same terror cell were also seeking to bankroll terrorist training camps setup inside the United States. In a wiretapped conversations with an FBI informant, Siddig Ibrahim explained:

> "Our goal is that these people get extensive and very, very, very good training, so that we can get started at any place where Jihad is needed…And after they receive their training, they go to Bosnia, I mean, they depart…And whoever survives, I mean, could come and…[instruct] somewhere else…and other place."

*(SOURCE: FBI Transcript of conversation between Emad Salem and Siddig Ibrahim Ali. United States v. Omar Ahmad Ali Abdel Rahman et al. S3 93 Cr. 181 (MBM))*

**October 3, 1993**

Al Qaeda sponsors and trains operatives who carry out attacks on U.S. soldiers in Mogadishu, Somalia. Eighteen American soldiers are killed.
*(SOURCE: http://www.msnbc.msn.com/id/4798571)*


**Mid-1993**                                                               **The New York Jihad Cell**

Many New Yorkers were shocked to learn about a second incredible terror conspiracy that was only stopped by the very admirable work of one key federal informant and a team of government agents and officials determined to prevent another World Trade Center bombing. The new plots—linked to the first World Trade Center bombing—aimed at bringing down a number of other New York landmarks simultaneously, including the United Nations building, New York Federal Plaza, the Holland and Lincoln Tunnels, and even a planned attack on the motorcade of visiting Egyptian President Hosni Mubarak (the "Golden Cow" operation).

The co-conspirators casually joked how they would cause the entire of downtown New York to "flood" in a disastrous fashion. "You will be swimming," one cracked to Emad Salem. "It is going to be a hole… I should cut off this artery completely…Billions of dollars. Even one Tunnel, its daily revenue is approximately $400,000… the economy will come to a standstill… all of the trucks which carry supplies of the daily life, such as vegetables, milk, and so and so on… People will not be able to go to the World Trade Center and New York, not to Wall Street… there will be no transportation… the World Trade Center, compared to this, will [be] like a dwarf… the water will be going everywhere. Everything will be broken into smithereens, everything." The plot discovery resulted in the arrest of eight individuals.
*(SOURCE: FBI Transcript of conversation involving Emad Salem, Siddig Ibrahim Siddig Ali, Mrs. Siddig Ali, Victor Alvarez, Amir Abdelgani, and Fares Khallafalla. June 19, 1993. United States v. Omar Ahmad Ali Abdel Rahman et al. S3 93 Cr. 181(MBM). Government Exhibit 352-T. Page 10.)*

**Late 1993**                                                            **OBL Head of Snake Fatwa**
Bin Laden announced to a group of al Qaeda members that "the American army now they came to the Horn of Africa, and we have to stop the head of the snake…the snake is America, and we have to stop them. We have to cut the head and stop them."
*(SOURCE: United States v. Osama bin Laden, et al., S(7) 98 Ct. 1023 (LBS), United States District Court, South District of New York, Trial Transcript February 6, 2001, pp. 280-285)*

**April 9, 1994**                                                        **KSA Revokes OBL Citizenship**
*The New York Times* reports that Saudi Arabia has revoked Osama bin Laden's citizenship and frozen his domestic assets:

> "...because of his irresponsible behavior that contradicts the interests of Saudi Arabia and harms sisterly countries, and his refusal to obey instructions issued to him." The newspaper states, "the most common financial backing by these [Islamic] militants by wealthy Saudis and other tycoons in Kuwait, Qatar and the United Arab Emirates is through support of Islamic charities or so-called Islamic businesses, which in turn pump money to the militants."

*(SOURCE: Youssef Ibrahim, "Saudis Strip Citizenship from Backer of Militants," April 9, 1994)*

**November 12, 1994**
Al Qaeda operatives in the Philippines attempt to carry out a failed plot to assassinate President Clinton during a state visit to the country.
*(SOURCE:   http://www.msnbc.msn.com/id/4798571)*

**December 24, 1994**                                                    **AQ Financing of Affiliated Groups**
The *Philippine Daily Inquirer* ran an expose of the al Qaeda-connected Abu Sayyaf Group. The Abu Sayyaf was established in Basilan in the late 1980s by Abdurajik Abubakar Janjalani, a teacher of Islam in the local madaris. He had studied in Libya. Some members of the Moro Islamic Liberation Front (MILF) claimed it had links with military officers involved in ransom kidnap rings. Some captured members said that they had received weapons from the Philippine armed forces. As a result of the report detailing the involvement of the ISI in sponsoring the Abu Sayyaf group, Pakistan was forced to publicly deny connections between its intelligence service and terrorist activities in southeast Asia.
*(SOURCE: Edward Mickolus and Susan L. Simmons, Terrorism, 1992-95: A chronology of events and a selectively annotated bibliography, Westport, CT: Greenwood Press, 1997)*

**January 1995**                                                         **Bojinka Plot**
A Philippine National Police raid turns up materials in a Manila apartment indicating that three individuals - Ramzi Yousef, Abdul Murad, and Khalid Sheikh Mohammad - planned, among other things, to crash an airplane into CIA headquarters in Langley,

6

Virginia. The Philippine National Police said that the same group was responsible for the bombing of a Philippine airliner on December 12, 1994.

Authorities also uncover the Bojinka plot to simultaneously blow up 12 commercial aircraft over the Pacific Ocean.  In addition, a letter written by the terrorists who planned the failed 1993 WTC bombing is found on a computer disk by law enforcement officials in the Philippines.  The letter warns that future attacks would be more precise and they would continue to target the WTC if their demands were not met.

Among the other targets that the plotters proposed were Benazhir Bhutto, then prime minister of Pakistan; the U.S. Consulate in Karachi, Pakistan, U.S. nuclear power plants, and a variety of U.S. government buildings, including CIA headquarters and the Pentagon.
*(SOURCE: United States v. Yousef, Docket No. 98-1041, (2nd Cir., April 4, 2003); FBI Documents; L.A. Times 9/1/02; Insight 5/27/02; Terry McDermott, "Early Scheme to Turn Jets Into Weapons," Los Angeles Times, June 24, 2002; See April 10, 1995 entry for plot to fly plane into CIA headquarters)*

**November 13, 1995**                                                                 **Riyadh Bombing**
A car-bomb in Riyadh, Saudi Arabia kills seven people, five of them American military and civilian advisers for National Guard training. Al Qaeda-related groups including the "Tigers of the Gulf," "Islamist Movement for Change," and "Fighting Advocates of God" fax a letter to CNN claiming responsibility for the attacks and explaining that it was carried out in retaliation for the imprisonment of sheiks al-Ouda and al-Hawali. In their confessions, all three suspects in the attacks spoke of receiving faxed communiqués from Osama bin Laden "as well as bulletins of the Islamic groups in Egypt and Algeria." Al-Shamrani, an apparent leader of the conspiracy, had first trained in a 3-month course at the *Al-Farooq* military camp run by al Qaeda.
*(SOURCE: United States v. Sami Omar Al-Hussayen, Case No. CR03-48-N, Testimony of Michael Gneckow, March 11-12, 2003)*

**May 6, 1996**
In an interview with *Time* magazine in Khartoum, Sudan, Osama bin Laden states, "People are supposed to be innocent until proven guilty.  Well, not the Afghan fighters. They are the 'terrorists of the world.' But pushing them against the wall will do nothing except increase the terrorism."
*(SOURCE:  Time Magazine, May 6, 1996)*

**June 25, 1996**                                                                        **Khobar Towers Bombing**
A bomb aboard a fuel truck explodes outside a U.S. air force installation in Dhahran, Saudi Arabia. Nineteen U.S. military personnel are killed in the Khobar Towers housing facility, and 515 are wounded, including 240 Americans.

7

**July 10, 1996**
Osama bin Laden tells a British reporter in an interview from his hideout in eastern Afghanistan that Saudi Arabian authorities were only "secondary enemies." As he saw it, the world had now reached "the beginning of war between Muslims and the United States" and that al Qaeda terrorists had "hit their main enemy, which is the Americans."
*(SOURCE: Robert Fisk, The Independent, July 10, 1996)*

**August 1996**                                                                                          **1996 Fatwa**
Osama bin Laden issues a public *fatwa* entitled, "Declaration of War against the Americans Occupying the Land of the Two Holy Places." The statement, first published in *Al Quds Al Arabi*, authorizes attacks on Western military targets in the Arabian Peninsula. Bin Laden declares:

> It is a duty now on every tribe in the Arab Peninsula to fight, Jihad, in the cause of Allah and to cleanse the land from those occupiers. Allah knows that their blood is permitted to be spilled and their wealth is a booty; their wealth is a booty to those who kill them…Your brothers in Palestine and in the land of the two Holy Places are calling upon your help and asking you to take part in fighting against the enemy -your enemy and their enemy- the Americans and the Israelis. They are asking you to do whatever you can, with one own means and ability, to expel the enemy, humiliated and defeated, out of the sanctities of Islam."
> *See* Declaration of War Against the Americans Occupying the Land of the Two Holy Places, August 1996.

*(SOURCE: "Issa Abdullah Ali (Bosnia)." Indigo Publications Intelligence Newsletter. No. 282; February 22, 1996; "NATO forces warned of U.S. extremist in Bosnia." The New York Times. January 23, 1996; Committee for the Defense of Legitimate Rights (CDLR) 100043.1420@CompuServe.com; MSANEWS: " The Ladenese Epistle: Declaration of War (I)")*

**November 1996**
Bin Laden states in an interview, "If we wanted to carry out small operations, it would have been easy to do so after the statements, but the nature of the battle requires qualitative operations that affect the adversary, which obviously requires good preparation."
*(SOURCE: CIA Director George Tenet, Joint Congressional Inquiry Committee, October 17, 2002)*

**November 1996**
In an interview with Palestinian newspaper editor Abdelbari Atwan in a cave outside Kandahar, Afghanistan, Osama bin Laden states that he felt "back home, because the whole Islamic world is a homeland for Muslims," and that the recent terrorist bombings against American targets in Saudi Arabia, at Riyadh and Dhahran, were "a laudable kind of terrorism, because it was against thieves." He also boasted about his endurance: "Having borne arms against the Russians for ten years, we think our battle with the

8

Americans will be easy by comparison, and we are now more determined to carry out until we see the face of God."
*(SOURCE: Steve Coll, "Ghost Wars: The Secret History of the CIA, Afghanistan, and bin Laden.")*

**October 13, 1997**
Newsweek first reports that Osama bin Laden is providing large financial payments to the Taliban in exchange for his sanctuary in Afghanistan.
*(SOURCE: Steve LeVine, Newsweek, October 13, 1997)*

**March 1997**                                                  **CNN Peter Bergen Interview**
Osama bin Laden grants his first western television interview to CNN commentators Peter Bergen and Peter Arnett. During the interview, bin Laden tells Bergen, "We declared a jihad, a holy war, against the U.S. government because it is unjust, tyrannical. We call for jihad against U.S. soldiers in Saudi Arabia…The concentration at this point of jihad is against the American occupiers." The leader of al Qaeda then went on to describe his organization's involvement in the 1993 attacks on U.S. soldiers in Mogadishu, Somalia. He said al Qaeda was planning additional attacks against U.S. soldiers in the future, and if America civilians were harmed in those attacks that was their problem, not his.
*(SOURCE: Peter Bergen, Cable News Network, Interview with Osama bin Laden, May 1997; Peter Bergen, Holy War, Inc., pp. 1-23; Vernon Loeb, The Washington Post, August 23, 1998.)*

**November 10, 1997**
Al Qaeda members gun down four American oil workers in Pakistan.
*(SOURCE: Paul L. Williams, "Al Qaeda: Brotherhood of Terror," 2002)*

**February 23, 1998**                                                                      **1998 Fatwa**
Osama bin Laden issues a *fatwa*, declaring it a religious duty of all Muslims "to kill the Americans and their allies-civilians and military and plunder their money when and wherever they find it…in any country in which it is possible." The statement is an expansion of an earlier *fatwa* issued in August 1996.

Bin Laden and other Middle Eastern terrorist leaders in attendance jointly agreed **"the ruling to kill the Americans and their allies—civilians and military—is an individual duty for every Muslim who can do it in any country in which it is possible to do it."**

**"We—with God's help—call on every Muslim who believes in God and wishes to be rewarded to comply with God's order to kill the Americans and plunder their money wherever and whenever they find it. We also call on Muslim ulema, leaders, youths, and soldiers to launch the raid on Satan's U.S. troops and the devil's supporters allying with them, and to displace those who are behind them so that they may learn a lesson."**

9

**March 27, 1998**
Security was tightened at the US Embassy in Pakistan after receipt of "credible information" of terrorist threats.  Islamabad's Al-Akhbar reported that bin Ladin was targeting the US Consulate in Peshawar and US Embassy in Islamabad.
*(SOURCE*: *Edward Mickolus and Susan L. Simmons, Terrorism, 1998-2001:  A chronology of events and a selectively annotated bibliography, Westport, CT: Greenwood Press)*

**May 28, 1998**                                                                            **ABC News Interview**
In an interview with *ABC News*, Osama bin Laden states:

> "Our battle with the Americans is larger than our battle with the Russians…We predict a black day for America and the end of the United States as United States, and it will be separate states, and will retreat from our land and collect the bodies of its sons back to America, Allah willing.
>
> Once again, I have to stress the necessity of focusing on the Americans and the Jews for they represent the spearhead with which the members of our religion have been slaughtered.  Any effort directed against America and the Jews yields positive and direct results, Allah willing. It is far better for anyone to kill a single American soldier than to squander his efforts on other activities."

*(SOURCE:  ABC News, May 28, 1998.)*

**July 1998**                                                                                          **Albania Plot**
A number of men had formed a terrorist sleeper cell in Albania loyal to the Egyptian Islamic Jihad movement. As early as 1993, U.S. Embassy officials in Tirana became alarmed at the presence of such extremist Islamic terrorist cells in the locality were observed circling the embassy in Tirana, apparently casing it as a potential target.  The U.S. Central Intelligence Agency (CIA) and their Albanian counterparts in the SHIK coordinated a series of arrests and raids, seizing the men and interrogating them as to their connections and intentions. These men, known as the "Albanian Returnees," caused a huge stir when they were rendered over to Egypt and subsequently brought before one of the largest North African mass trials of Islamic militants during the 1990s. The involvement of the U.S. in the extraction of the extremist Egyptians was not taken lightly by their particular *Amir*, Ayman al-Zawahiri. Several of Al-Jihad's most prominent commanders were arrested in Albania and deported to Egypt, including Ahmad Salamah Mabruk, Zawahiri's "right-hand man."
*(SOURCE:  "Al-Sharq Al-Awsat Publishes Extracts from Al-Jihad Leader Al- Zawahiri's New Book."  Al-Sharq al-Awsat (London).  December 2, 2001.  Page 6.)*

**July 1998**                                                              **This Man Wants you Dead Article**
A feature in *Reader's Digest* and in the *Wall Street Journal*, entitled 'This Man Wants You Dead,' describes the threat posed by Osama bin Laden to the United States and links

10

bin Laden to the 1993 World Trade Center bombing, 1993 Somalia attack on American forces, and the 1996 Khobar Towers bombing in Saudi Arabia.
*(SOURCE: Kenneth Timmerman, "This Man Wants You Dead," Reader's Digest, July, 1998)*

**August 7, 1998**                                                                                      **Embassy Bombings**
In its most deadly act of terrorism yet, al Qaeda claims responsibility for bombing the U.S. embassies in Nairobi, Kenya and Dar es Salaam, Tanzania. In Nairobi, 12 Americans are among the 291 killed, and over 5,000 are wounded, including 6 Americans. In Dar es Salaam, one U.S. citizen is wounded among the 10 killed and 77 injured.

**Mid-August 1998**                                                                                       **Blind Sheikh Fatwa**
In response to the embassy bombings in Africa and the resulting U.S. missile strikes on al Qaeda training camps in Afghanistan, Shaykh Omar Abdel Rahman issued a new call to arms in the form of a religious fatwah. The fatwah was smuggled out of Shaykh Omar's American prison cell with the help of his paralegals and lawyer Lynne Stewart.

The fatwah urged all Muslims:

> "[The Jews and Christians] are the ones that are fighting every Muslim resurrection in the whole world, they act to spread prostitution, usury, and other kinds of corruption all over the land. Oh, Muslims everywhere! Cut the transportation of their countries, tear it apart, destroy their economy, burn their companies, eliminate their interests, sink their ships, shoot down their planes, kill them on the sea, air, or land. Kill them when you find them, take them and encircle them, paralyze their every post. Kill those infidels… Allah will torment by your hands those who wish to kill you; Allah will put shame upon them, he will blow wind in the chests of the believers and show the anger of their hearts."

Shaykh Omar Abdel Rahman, writing from an American prison cell. Al Qaeda terrorist Ahmed Ressam later recalled the same *fatwah* distributed widely in the Afghan military training camps in 1998-1999.
*(SOURCE: Excerpted from the will and testament of Shaykh Omar Abdel Rahman, written in an American prison cell. Al-Minhaj. Page 27. http://www.badr.com. Dated: 1997.)*

**August 25, 1998**
National Public Radio reports that Osama bin Laden had twice attempted to assassinate President Clinton, forcing President Clinton to change his official travel plans overseas.
*(SOURCE: Edward Mickolus and Susan L. Simmons, Terrorism, 1998-2001: A chronology of events and a selectively annotated bibliography, Westport, CT: Greenwood Press)*

**November 1998**
Muslim radical leaders convened their first annual Islamic Revival conference in London, U.K. At the close of the day, the leaders issued a joint declaration, later published on the Internet:

> "The Islamic movements agree that the U.S. government and their alliance are the greatest enemy for Islam and Muslims today. They require us to put all of our recourses together in order to counter the aggression whether it be cooperation militarily, politically or economically. The Islamic Movements endorse the struggle of Sheikh Osama bin Laden against the US, their alliance and all non-Muslim forces in Muslim countries."

*(SOURCE: The First Islamic Revival Conference, UK, November 1998.)*

**December 22, 1998**
In an *ABC News* interview, Osama bin Laden called for Muslims around the world to attack U.S. and U.K. citizens and interests to avenge their bombing of Iraq. Bin Laden also threatened Israelis and called for a fight against "the Jews and the crusaders, especially the Americans and British, who did not care about the rights of any child, elderly man or woman in Iraq." The world's most wanted terrorist stated it is a "religious duty" to acquire weapons of mass destruction, and noted, "How we would use them is up to us."
*(SOURCE: ABC News Interview, December 22, 1998; Edward Mickolus and Susan L. Simmons, Terrorism, 1998-2001: A chronology of events and a selectively annotated bibliography, Westport, CT: Greenwood Press; 9/18/02 Congressional Testimony)*

**January 11, 1999**                                       **Any American is a target**
Osama bin Laden tells *Newsweek*: "Muslim scholars have issued a fatwa [religious edict] against any American who pays taxes to his Government. He is our target, because he is helping the American war machine against the Muslim nation."
*(Jamal Ismail Interview with Osama bin Laden, Newsweek, January 11, 1999.)*

**February 1999**
During a London Islamist rally, Abu Hamza, Imam of the Finsbury Park Mosque, unveiled a plan to punish the United States and Britain for their air attacks on Iraq. Abu Hamza stated the following: "America declared war against Islam, and the West declared war against Islam, and we declare war against them."

Abu Hamza described a terrorist plot against civilian aircraft: "The idea is to slow down [the traffic] and make the sky very high risk for anybody who flies." During the same rally, an English-language presentation is circulated. It included a slide title "Muslim Antiaircraft Net," a plan to build connected webs of "flying mines" hanging from balloons. The slide shows a spider web of mines. Another slide shows a military aircraft whose nose explodes while hitting the web.
*(SOURCE: CBC News, The National, "The Recruiters," Terence McKenna, June 2002)*

12

**June 1999**
Osama bin Laden tells *Al-Jazeera:*

> "We think the United States is very much weaker than Russia. Based on the reports from our brothers who participated in jihad in Somalia, we learned they saw weakness, frailty, and cowardice of U.S. troops. Only 80 U.S. troops were killed. Nonetheless, they fled in the heart of darkness, frustrated, after they had caused great commotion about the new world order."

*(SOURCE: Osama bin Laden, Al-Jazeera, June 10, 1999)*

**October 5, 1999**                                                      **1999 Stock Exchange Plot**
U.S. intelligence sources, fearing that Osama bin Laden is plotting a major terrorist attack on U.S. soil, with particular concern for New York, recommend increased security at the New York Stock Exchange and the Federal Reserve. U.S. authorities believe that bin Laden may have acquired chemical weapons. Terrorism expert Yossef Bodansky expresses the growing anxiety amongst the intelligence community: "There are rumblings throughout the Islamic community right now. There's a lot of movement and talk. It's like a volcano just before the explosion."
*(Source: Carl Limbacher, "London Report: Bin Laden May Hit New York, Stock Exchange," NewsMax, October 5, 1999)*

**December 1999:**                                                       **The Millenium Plot**
In 1999, al Qaeda terrorist commanders Abu Zubaydah and Abu Doha conceived an international twin terror scheme to take place on the eve of the Millenium. A host of senior al Qaeda aides around the world were cooperating and planning to send two loyal sleeper cells, one based in Jordan and one in Montreal, to launch devastating attacks on American, British, and Israeli targets. The Montreal cell—headed by veteran Algerian Armed Islamic Group (GIA) militants Fateh Kamel and Karim Said Atmani—came narrowly close to succeeding penetrating U.S. borders with over 100 pounds of high explosive. In late 1998, Montreal cell member Ahmed Ressam met with several other comrades and al Qaeda representatives in Afghanistan. Ressam was ultimately arrested on the Washington-Canada border.

**January 2000:**                                                        **U.S.S. Sullivans Failed Plot**
In early January 2000, a group of al Qaeda operatives made a failed attempt to sink the U.S. naval warship The Sullivans while it refueled in Aden harbor. The warship was to be targeted in a suicide attack involving a small boat packed with explosives. In this case, the boat was overloaded and sank before it could reach The Sullivans. The failed plot was allegedly masterminded by Abdel Rahim Al-Nashiri, who later became al Qaeda's chief of operations in the Persian Gulf region. Al-Nashiri was reportedly introduced to other terrorist operatives active in Yemen in the summer of 1999 by Tawfiq bin Attash (a.k.a. Khallad) who had been a combat trainer at an al Qaeda camp in Afghanistan. Following Al-Nashiri's introduction, one of those he met set about obtaining the boat that would be

used in the failed attack on USS The Sullivans. The same boat was recovered from Aden harbor and used again later that year in the successful follow-up attack against the U.S.S. Cole.

**March 10, 2000**
President Clinton's planned visit to a village in Bangladesh is called off because of a terrorist threat linked to al Qaeda.
*(SOURCE:  Paul L. Williams, "Al Qaeda:  Brotherhood of Terror," 2002)*

**September 2000**
In September 2000, a new videotape mysteriously surfaced of bin Laden and other terrorist leaders meeting in Afghanistan. Bin Laden addressed the camera and promised "to work with all our power to free our brother, Sheikh Omar Abdel Rahman, and all our prisoners in America, Egypt, and Riyadh." Also in attendance at the meeting was Shaykh Omar's son Asadullah, who vigorously applauded Bin Laden's words and urged Muslims to "move forward and shed blood." The September 2000 video was widely aired on Arab news channels and by *ABC News* in the U.S.

**October 24, 2000**
Shortly after the U.S.S. Cole attack, the Taliban defiantly urged that Israel "should be given a practical and tooth breaking response."
*(SOURCE:  <u>Shariat Weekly</u> (Kabul), October 24, 2000)*

**May 2001**                                                              **Suicide Fatwa Online**
An article appears on a website maintained by defendant Sami Omar Al-Hussayen, currently on trial in United States District Court, District of Idaho, Southern Division, written by radical Saudi sheik, Homed Ali (phonetic) which reads, "the holy warrior must kill himself if he knows that this will lead to the killing of a great number of the enemies: "[H]e will not be able to kill them without killing himself first or demolishing a center vital to the enemy or its military force…"  "This is not possible except by involving the human element in the operation.  In this new era, this can be accomplished with the modern means of bombing or bringing down an airplane on an important location that will cause the enemy great losses."
*(SOURCE: <u>United States v. Sami Omar Al-Hussayen</u>, Case No. CR03-48-N, Testimony of Michael Gneckow, March 11-12, 2003)*

**June 2001**
Osama bin Laden sends a message to his followers worldwide just months before September 11th.  OBL cryptically states: "[T]o all mujahideens…it's time to penetrate America and Israel and hit them where it hurts the most."
(*SOURCE:*  CNN link: http://www.cnn.com/2001/WORLD/europe/06/21/video.binladen/index.html.)

**June 24, 2001**
The London-based Arabic satellite channel Middle East Broadcasting Corp. (MBC) airs a video warning of an impending al Qaeda attack.  The MBC reporter met with bin Laden

14

and his top aides, including Abu Hafs and Ayman al-Zawahiri. Bin Laden's supporters said that within two weeks "a severe blow is expected against USA and Israeli interests worldwide." Says the MBC reporter, "it seems that there is a race of who will strike first. Will it be the United States or Osama bin Laden?" In response, U.S. Marines cut short a joint training mission with Jordanian forces, and the U.S. Navy fleet of minesweepers in Bahrain sends its ships out of port.
*(SOURCE: Michael Theodoulou and Michael Evans, "Bin Laden 'plans new attacks in two weeks,'" The Times (London), June 25, 2001; Bassem Mroue, "Report: Bin Laden's followers say U.S. and Israeli targets to be hit within weeks," Associated Press, June 24, 2001)*

**June 25, 2001**
A bin Laden deputy tells the Taliban news agency that recent satellite reports of an impending al Qaeda attack on American and Israeli interests are "baseless." The satellite channel's reporter met with bin Laden aides, who allegedly said "the coming weeks will hold important surprises that will target American and Israeli interests in the world." After the State Department issues alert warning American citizens of a possible terrorist threat, the Taliban reassures the United States that bin Laden is under strict control and is not permitted to use Afghan territory as a base for attacks.
*(SOURCE: Amir Shah, "Bin Laden Aide Denies Terror Reports," Associated Press Online, June 25, 2001)*

**June 27-July 6, 2001**
Al Qaeda operative and Millennium plot mastermind Ahmed Ressam testifies in the trial of Mokhtar Haouari, "we were speaking about America as an enemy of Islam." In particular, he recalled a fatwah distributed widely "issued by Sheik Omar Abdel Rahmman with his picture on it…It says fight Americans and hit their interest everywhere."
*(SOURCE: Direct Examination of Ahmed Ressam, United States v. Mokhtar Haouari, United States District Court Southern District Court Southern District of New York, Case: 00R15, June 27-July 6, 2001.)*

**July 21, 2001**
A regional Iraqi newspaper reports that Osama bin Laden "will try to bomb the Pentagon after he destroys the White House, is insisting very convincingly that he will strike America on the arm that is already hurting, and will curse the memory of Frank Sinatra every time he hears his songs [New York, New York]."
*(SOURCE: 7/21/01 "America: An Obsession Called Osama bin Ladin," Al-Nassiriya)*