# Exhibit 3



**Uluslararası İlişkiler Dergisi**

Türkçe | English | Deutsch

15 September Thursday 200[0]

**Terrorist Organisations**
17 November
Abu Nidal
Action Directe
ASALA
C.C.C.
DHKP/C
EN NAHDA
ETA
HAMAS
Hizbullah
IRA
Japanese Red Arm[y]
Red Regiments
PKK / KADEK
RAF
TDP
TKP/ML-TIKKO

**Propaganda**
Propaganda Units
Armed Propaganda
Separatist Propaganda
Suicidal Actions
Memories of S. Dy[a]

**Financial Resources**
The Sponsor State[s]
Burglary - Usurp
Tax Collecting
Forgery
Drug Trafficking

**What is Terrorism?**
**Terrorism in EU**
**Counter-Terrorism in EU**
**Middle East and Terrorism**
**USA and Terrorism**
**International Foundations**
**Counter-Terrorism**
**Terror Organisations in Turkey**
**Terror Org. in the Other Countries**
**Terror Org. and Propaganda**
**Terror and Youth**
**Terror and Drug Trafficking**
**News on Terrorism**
**Terrorism in Numbers**
**Criminal Organisations**
**How Can We Prevent?**
**References**

## TERROR ORGANISATIONS IN THE OTHER COUNTRIES

### Terror Organisations in Middle-East
### FIS (Algeria)

In 1992, after Islamic Security Front won the elections with great majority in Algeria, the election was cancelled and a military administration as the " High Level Government Committee" was formed and FIS was forbidden.

Islamique du Salut Front, which was forbidden, is formed from many groups. MIA (Movement Islamic Arms) Algeria branch of "Al Takfir Wal- Hidrija" group established by Choustri MUSTAPHA in Egypt in 1971, " El Dschihad fifty-four " "Dschidad Islamique" the groups of Shiis such as "Kataep Quds" and "As-Sunna Wal-Charia" and "Hesbollah Algerian" groups are known as to be the real responsibles of fundamentalist terrorism.

FIS leader in Algeria, Abbasi MADANI and Ali BEDJAH was sentenced to 12 years imprisonment in 1992. FİS leaders have been imprisoned since May 1995 who were taken under custody after leaving the jail as a result of the dialog negotiations with the government in the year 1994.

The military conflicts between the Islamic fundamentalists and the other guilty part Morocco Government have spread to the Central Europe. The danger has been increasing.

Totally 28 people had been injured but five were seriously injured in the bomb attack held by the radical Muslims from Morocco , at 07.00 on October 17 ,1995 , in the subway in Paris.

Just after a week, Abdulbaki SAHRAOUI, one of the founders of the Islamic Welfare Party (F.I.S.) was killed on July 11, 1995 in a mosque around Paris rue Myrha with the claim of being a traitor; terrorist activities have begun in France and in these activities 7 people died, and nearly 180 people were injured.

The bomb placed in a railway between Paris and Lyon was determined on August 26, 1995 and then neutralized, and a Morocco originated person named Khaled KELKAL, who was found by following the fingerprint on the bomb was captured as dead as a result of the fight with the police. After the terrorist who was approved to have close relations with FİS, was killed; it became definite that the bombing and explosion attacks held by the terrorists in France have been in relation with FİS.

Up to now 40.000 people have died as a result of the fights started between the military administration in Morocco and the fundamentalist Muslims.

The military government have established special teams and put

special laws into effect in order to struggle against terrorism and implemented strict oppression on the radical Muslims. 26 terrorist were executed between the years 1992 and 1993.





| What is Terrorism? | Terrorism in EU | Counter-Terrorism in EU |
| Middle East and Terrorism | USA and Terrorism | International Foundations |
| Counter-Terrorism | Terror Organisations in Turkey |
| Terror Org. in the Other Countries | Terror Org. and Propaganda |
| Terror and Youth | Terror and Drug Trafficking | News on Terrorism |
| Terrorism in Numbers | Criminal Organisations | How Can We Prevent? | References |

Bütün hakları saklıdır. © 2000 FORSN

http://www.teror.gen.tr/english/other/middleeast/fis.html