# Exhibit 6

| NAME | CITY | OFF1 | OFF2 | OFF3 | RES. |
|---|---|---|---|---|---|
| JAAFAR, MOHD NAJIB | KUALA LUMPUR | 00603/2988888 | 2934480 | | |
| JABAL, MUSTAFA | PADOVA | 0039049/651372 | | | |
| JABALLAH, ABDALLAH | ALGER | 002132/667666 | | | 002132/356856 |
| JABALLAH, AHMED | | 00333/86794062 | | | 00333/86794172 |
| JABER, TAHA DR. | VIRGINIA | 001703/6233333M | 7420479 | 4711133 | 001703/4446239 |
| JABERI, MAN | ALEPPO | | | | 0096321/240677 |
| JABI, FATHI (LABIBE') | OHIO | 001216/4735414 | | | |
| JABR, FAWZI | KUWAIT | 00965/433406 | | | 00965/5338310 |
| JAFARI, MUSTAFA | ISTANBUL | 0090212/5212628 | | | 0090212/5252210 |
| JAMAAT ISLAMI | LAHORE | 009242/7570125 | 7832194 | 7570128 | 009242/7570124 |
| JAMAL. KHASHOGJI | JEDDAH | 009662/6392396 | EXT. 29 | | AL HAYAT NEWSP. |
| JAMAN, ALI BIN ABDULLA M. | DHAHRAN | 009663/8602030 | | | 009663/8606336 |
| JAMEEL, YOUSSEF 1 | JEDDAH | 009662/6716700 | EXT.273 | EXT.207 | |
| JAMEEL, YOUSSEF 2 | JEDDAH | 009662/6714488 | 6728724F | 6691133 | SECR.MR.CLARENS |
| JAMEEL, YOUSSEF 3 | LONDON | 0044207/7530359 | | | M.0044850915925 |
| JAMJOOM, MOHAMED DR. | JEDDAH | 009662/6470878 | 6477588 | 6470639 | KANANHA COMPANY |
| JAMJOOM, MOHAMED DR. | JEDDAH | 009662/6484610 | | 6103095 | 6203050-6208560 |
| JARBA, AHMAD DR. | PADOVA | MOB003936417961 | 00390376 | 398633 | |
| JARHI, MABID DR. | ABU DHABI | 009712/215000 | | | 009712/320630 |
| JAWAD, GHOSHE | JERUSALEM | 009722/6562696 | | | 009722/5328210 |
| JAZAIRY, FATHI | | | | | 001310/6415031 |
| JAZAIRY, SALMA | CAIRO | | | | 00202/3036220 |
| JEANBART, MICHEL -ROLACO | GENEVA | 022/8070030 | | | |
| JEANBART, MICHEL -ROLACO | JEDDAH | 009662/6510524 | 6514224 | 6534280F | 0096655/644389M |
| JEBREEL, SALEH | JEDDAH | 009663/6445041 | | | 009663/6369844 |
| JEHLE, HANSPETER | VADUZ | 075/82850 | | | |
| JIHANGIR, MR. | KUALA LUMPUR | 00603/2833303 | | | M.0060102233072 |
| JIJAKLI, AMAL | DAMASCUS | | | | 0096311/3731906 |
| JIJAKLI, GHAZI | DAMASCUS | 0096311/228929 | | | 0096311/720562 |
| JIJAKLI, MUTAZ | | | | | 001713/7803937 |
| JIJAKLI, NUREDDIN | ATLANTA | | | | 001713/7833246 |
| JIJAKLI, SAADE | DAMASCUS | 0096311/211461 | 3731258 | | 0096311/3722021 |
| JOHA, KHEIR | | | | | 0096311/441123 |
| JOHAR, NUREDDIN | U.S.A. | | | | 001301/4707907 |
| JOHN, MR. | LUGANO | | | | 6053049 |
| JOHN,GIOVANNI - BANK BUC | LUGANO | 8063111 | | | |
| JOLAN, MERKAZI | SALZBURG | 0043662/877029 | | | |
| JOANI, ADNAN | MILAN | | | | 003902/27302483 |
| JOLANI, ANWAR | MILAN | 00392/70004954 | | | 003902/92101010 |
| JORDAN, DANIEL | VANCOUVER | 001604/4879010 | | | |
| JUMA AL MAJID | MONTREUX | | | | 021/9639794 |
| JUMA AL MAJID EST | DUBAI | 009714/665210 | DIRECT | 660040 | FAX OFF.627726 |
| JUMA AL MAJID, H.E. | DUBAI | M00971506445777 | 892560 | | 009714/892303/6 |
| JUMA AL MAJID, H.E. | LONDON | 0044207/2252595 | | | |
| JUNDI, AKRAM ENG. | CAIRO | 3487797/3487673 | 3604669 | 3482827 | 00202/5852062 |
| JWAMIR, MOHSEN ISMAIL | GOETEBORG | 004631/864302 | | | 004631/864149 |