# Exhibit 9

Copyright 2000 Moneyclips GCC Ltd.
Middle East Newsfile

March 1, 2000

LENGTH: 129 words

HEADLINE: Jameel donates $1m to AUC

ARAB NEWS

BODY:
   JEDDAH--**Yousef Jameel, chief of Abdul Latif Jameel Group (ALJ), recently donated $1 million for the American University of Cairo's new campus**.

   Jameel announced this at the dinner he hosted in honor of AUC delegates at Lailaty Hall here.

   US Consul General Richard Baltimore, senior executives and top businessmen attended the party.

   The AUC delegation was in the Kingdom to encourage Saudi students into enrolling at the prestigious university in Cairo.

   "The donation is in continuation of the ALJ Group's sponsorship of four annual graduate business administration scholarships," an ALJ press statement said. "**The ALJ is also sponsoring scholarships at Massachusetts Institute of Technology as well as other educational and training programs**," it added.

LOAD-DATE: March 8, 2000