# EXHIBITS 1 TO 2

# EXHIBIT 1

1 of 1 DOCUMENT

Copyright 1986 The Washington Post
The Washington Post

July 21, 1986, Monday, Final Edition

**SECTION:** First Section; A9

**LENGTH:** 1113 words

**HEADLINE:** Dreams of Martyrdom Draw Islamic Arabs to Join Afghan Rebels

**BYLINE:** By James Rupert, Washington Post Foreign Service

**DATELINE:** KHUNE KANDA, Afghanistan

**BODY:**

Abu Daoud, a Jordanian in his 20s, quit his job in Amman last year to come fight the Russians in Afghanistan.

Abu Daoud is calm and matter-of-fact as he explains that he will stay in the war "until I am martyred."

Hundreds of young Arab men have come to find a role in the Afghan jihad, or holy war, against the 6 1/2-year Soviet presence in Afghanistan. Many, like Abu Daoud, (a pseudonym), are fighting actively in what they see as part of a larger struggle between Islam and communism. They are inspired by a sense of moral outrage and a religious devotion heightened by frequent accounts of divine miracles in the war.

Early this month here, near a guerrilla base about 15 miles south of Kabul, the Afghan capital, a group of a dozen Arabs shouldered Kalashnikov assault rifles and rocket-propelled grenades as they marched with several Afghan resistance fighters toward Soviet Army posts along a strategic road. Stopping for a moment's rest, they discussed their day's mission in the Arabic accents of the eastern Mediterranean.

The Arab mujaheddin — "holy warriors" — were fighting under the command of Ittihad-i-Islami (Islamic Unity), one of the seven main Afghan resistance groups. According to various Afghan and Arab sources, most of the Arabs who come to fight in Afghanistan do so with Ittihad-i-Islami, a fundamentalist party with close ties to Saudi Arabia and other Arab states.

"Most of the Arab mujaheddin come from Lebanon, Syria, Egypt and Jordan," said Mohammed Gul, a local commander of Ittihad-i-Islami. "Like the Afghan mujaheddin, they are ordinary people — not specially military men," he said; "They are just here to fight for their Islamic ideals."

Many of the Arab fighters are university students on summer vacation or men who take a few months of leave from their jobs, Mohammed Gul said.

In Jordan, Abu Daoud said, he had managed a firm belonging to his father, whom he described as one of Amman's leading businessmen. Interviewed in the Pakistani city of Peshawar, Abu Daoud said, "At first, I told my father I was coming to Pakistan to study. After I arrived, I started telling him gradually about fighting in the jihad."

Abu Daoud said his parents had accepted his decision to fight until martyrdom in Afghanistan. "Maybe I would die in Amman; maybe I will die here," he said. "It is in the hands of God."

Like Abu Daoud, most of the Arabs who come to fight here seem well-educated and from middle or upper class families. They are Moslem fundamentalists who express common feelings of outrage toward both the United States and the Soviet Union for what they see as the superpowers' injustice toward Moslem Palestinians and Afghans.

They speak contemptuously of their own government leaders for aligning with either superpower and for being what one Arab called "paper Moslems."

"The Arabs who come here, we don't mention our real names because of problems with our governments," said a

The Washington Post, July 21, 1986

Jordanian from Aqaba.

"Our government leaders — Syrian President Hafez Assad, Jordan's King Hussein, Saudi King Fahd — they do not like strong Moslems," he said. "They only like people they can control."

Ten months ago, Abu Ahmed, a university graduate, left his job with a Saudi company to edit a glossy Peshawar-based magazine called Al Jihad. Shocking pictures in the magazine, showing horribly mutilated Afghan war victims, seem to mirror Abu Ahmed's personal outrage at what Soviet military might is inflicting on Afghans.

As do the Arab and Afghan mujaheddin, Al Jihad casts the war as a battle between Islam and communism. Articles in the magazine, which is barred from newsstands in Arab countries, describe the Soviet Central Asian republics as "colonized Islamic lands."

Abu Ahmed says his magazine, written in Arabic, tries to interest Moslems in helping the jihad. A recent edition included an interview with Yusuf Islam, the former British pop music star Cat Stevens, who converted to Islam in the late 1970s and is helping Afghan refugees with his London-based charity, Moslem Aid.

"We are not trying to convince people to come fight in the jihad, said Abu Ahmed. He agreed with other Arabs, though, that books and magazines circulating in the Middle East with accounts of divine miracles in the war influence many Arabs in their decisions to come to Afghanistan.

Stories of miracles often focus on men who are killed in battle and, as martyrs for Islam, are believed to find places in heaven. "Sometimes, people have heard the voices of martyrs praising God," said an Arab who helps produce Al Jihad, "and the body of a Soviet, an unbeliever, begins to stink after two or three days — but a martyr's body smells of perfume."

Abu Daoud said he saw such a miracle in eastern Afghanistan a few months ago, when "at night, as I watched by the graves of two martyrs, a shaft of light, like white neon, came out of the graves and shot straight up into the sky."

"When stories of brothers who are martyred are heard back in our countries, it inspires more Moslems to come and fight in the jihad," said Dr. Abu Hazifa, director of a Saudi Red Crescent clinic for war victims. "We do not know exactly why such miracles occur, but my thinking is that God performs them to encourage the mujaheddin — to show them that he is with us in this war."

Abu Hazifa said the Arab fighters in Afghanistan also play an important role in facilitating Arab relief aid inside the country.

"Moslems who come to do jihad help us with reports on the situation inside, to see how our aid is being used," he said, adding that 50 such men currently are working for the Saudi Red Crescent.

None of the Afghan resistance parties openly encourages Arabs to fight against the Soviets. But even if the presence of the Arabs is not of particular military benefit in the war, many Afghans argue that, as Moslems, the Arabs should be permitted to participate in the jihad.

Ahmed Shah, a senior political officer of Ittihad-i-Islami, said, "We welcome any Moslem . . . who wants to help, and if he wants to share in the fighting, we have no objection."

A western analyst suggested fundamentalist Afghan parties also welcome Arabs who, on returning home, might aid their fundraising.

Some Afghans are more cautious in accepting the Arabs, saying that they sometimes try to preach their own interpretations of Islam. Arabs from the conservative Wahhabi sect centered in Saudi Arabia object to what they regard as "impurities" of mysticism and tribal traditions among Afghan Moslems.

Afghan intellectuals frequently express private worries that Arabs, and especially Saudis, are using their aid to gain religious influence in Afghanistan.

# EXHIBIT 2

SECRET
NOFORN

```
                          (b)(2)
PRODUCER: OTHER
SOURCE:   DODIR
DOCTYPE:  OTHER
DOR:      19981016
TOR:      165836
DOCPREC:  R
ORIGDATE: 199810161909
MHFNO:    98 3095345
DOCCLASS: -S-
CAVEATS:  -NOFORN-

CDS

  / /                           SECRET          FRP:  , ,3,4, , , ,
```

```
98 3095345    MSR          PAGE 001           NC 3095345
                     TOR: 162055Z OCT 98                         (b)(2)
------------------------------------------------------------------
--
HEADER
RR RUEAIIA
DE RUCOMCC #0806 2892019
ZNY -SSSSS- ZUI RHFJOLC0842 2891909
R 161909Z OCT 98
TO RUEKDIA/DIA WASHINGTON DC/
INFO RUEADWD/DA WASHINGTON DC
                                                  (b)(2)

RUCNFB/FBI WASHINGTON DC
RUEAIIA/CIA WASHINGTON DC
                                                  (b)(2)
```

NOFORN
SECRET

Page 1 

~~SECRET~~
~~NOFORN~~



(b)(2)

CONTROLS
~~C-E-C-R-E-T NOFORN~~        (b)(2)

SERIAL:  (U)  IIR ▮▮▮▮

TEXT ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮        (b)(2) (b)(3)

COUNTRY:  (U)  AFGHANISTAN (AF); RUSSIA (RS); PAKISTAN (PK); SAUDI ARABIA (SA); SUDAN (SU).

COMBINE: COMPLETE        (b)(2)

SUBJ: IIR ▮▮▮▮▮▮▮/SWIFT KNIGHT - USAM BEN LADEN'S CURRENT AND HISTORICAL ACTIVITIES (U)
WARNING:  (U)  THIS IS AN INFORMATION REPORT, NOT FINALLY EVALUATED INTELLIGENCE.  REPORT CLASSIFIED ~~S-E-C-R-E-T~~  ~~NOT RELEASABLE TO FOREIGN NATIONALS.~~

------------------------------------------------------------
                    DEPARTMENT OF DEFENSE
------------------------------------------------------------

DOI:  (U)  980000.
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮        (b)(2)
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮        (b)(1)

SUMMARY: ~~(S/NF)~~ THIS IS A SWIFT KNIGHT REPORT CONCERNING TERRORIST ACTIVITIES OF SHEIKH USAM BEN MUHAMMAD BEN AVAD BEN LADEN.
TEXT:  (U)
1. ~~(S/NF)~~ THE FOLLOWING IS INFORMATION ABOUT TERRORIST ACTIVITIES OF SHEIKH USAM BEN MUHAMMAD BEN AVAD ((BEN LADEN)), DERIVED FROM A HANDWRITTEN DOCUMENT DETAILING BEN LADEN'S ACTIVITIES, HISTORICALLY AND CURRENTLY. ▮▮▮▮▮▮▮▮▮▮ THE DOCUMENT WAS WRITTEN        (b)(2)
APPROXIMATELY DURING THE FIRST TWO WEEKS OF OCTOBER 1998; DOI IS UNCERTAIN, BUT BELIEVED TO BE CURRENT AS OF 1998. THE INFORMATION IS PRESENTED IN APPROXIMATELY THE SAME SEQUENCE AS THE DOCUMENT. SPELLINGS AND REFERENCES BELOW ARE TAKEN VERBATIM FROM THE DOCUMENT, AND MAY DIFFER FROM SPELLINGS COMMONLY RECOGNIZED.  FOR

SECRET
NOFORN

EXAMPLE, THE DOCUMENT REFERS TO "USAM BEN LADEN" VICE "USAMA BIN LADEN".

2. (S/NF) USAM BEN LADEN WAS BORN IN DJIDDA IN 1957. IN 1994, HE WAS BARRED FROM SAUDI CITIZENSHIP FOR "ANTI-STATE ACTIVITY." HE HAS RELATIVES IN SAUDI ARABIA AND YEMEN. HE OWNS TRADING HOLDINGS IN ARAB COUNTRIES (UNSPECIFIED), GERMANY, AND ENGLAND, AND HAS A FORTUNE WORTH 150 MILLION U.S. DOLLARS (USD); 35 MILLION IS INVESTED IN SUDAN.

3. (S/NF) BEN LADEN TOOK AN ACTIVE PART IN THE AFGHAN WAR AGAINST THE SOVIETS. HE LIVED IN ISLAMABAD, PAKISTAN, AND FROM THERE SUPPLIED MODZAKHEDS (THE SINGULAR FORM OF MODJAHEDDIN), AS WELL AS RECRUITED AND SELECTED ARAB MILITANTS. WITHIN SOVIET AND RUSSIAN INTELLIGENCE ORGANIZATIONS, THESE RECRUITS WERE CALLED "AFGHAN ARABS" (ALSO REFERRED TO IN THE DOCUMENT AS "ARAB AFGHANS").

[REDACTED (b)(1)] UP UNTIL MAY 1996, BEN LADEN STAYED IN KHARTOUM, WHERE 700 AFGHAN ARABS WERE CONCENTRATED. FROM THIS GROUP, HE CREATED THE NUCLEUS OF THE TERRORIST FUNDAMENTALIST POLITICAL ORGANIZATION "AL-KAIDA". AMONG THE MEMBERS WAS HIS PERSONAL FRIEND, AMIR ((KHATTAB)), A JORDANIAN CHECHEN WHOSE REPUTATION WAS DISTINGUISHED EVEN IN THEIR OWN CIRCLE FOR UNMOTIVATED BRUTALITY. IN 1995, KHATTAB APPEARED IN CHECHNYA TO CARRY OUT A SPECIAL MISSION ASSIGNED TO HIM BY USAM BEN LADEN TO ORGANIZE TRAINING CAMPS FOR INTERNATIONAL TERRORISTS. HE MARRIED NADIR KHACHILAEV'S SISTER (A DAGESTANIAN WOMAN FROM THE "LAK TUKHUM", AN EXTENDED CLAN). HE WAS A COLONEL, FOUGHT AS A FIELD COMMANDER, AND WAS WOUNDED IN THE HAND. KHATTAB ORGANIZED THREE TRAINING CAMPS IN THE VEDENO AND NOJAI-URT AREAS OF THE FORESTED MOUNTAIN ZONE. GRADUATION IS HELD AT THE THREE CAMPS EVERY TWO MONTHS. THEY ARE VERY WELL EQUIPPED, WITH FIRING RANGE FACILITIES AND CAPABILITY TO CREATE MODELS OF "SITES OF DIVERSION", AS WELL AS CLASSES FOR SAPPERS AND SNIPERS.

4. (S/NF) BEN LADEN AND KHATTAB ARE STATED AS HAVING CONNECTIONS WITH THE FOLLOWING LEADERS OF INTERNATIONAL ISLAMIC TERRORISTS, ALL CONSIDERED "FOUNDERS AND PRINCIPAL IDEOLOGISTS OF INTERNATIONAL ISLAMIC TERRORISM"--
- M. AL-((MASARY))
- TARK AL-((FADLY)), A FORMER FIELD COMMANDER IN AFGHANISTAN, YEMEN
- KHASAN AT-((TURABY)), SUDAN
- RASHID AL-((GANNUSHY)), TUNISIA
- ABDALLA ((AZAM)), PALESTINE
- OMAR ADAL ((RAKHMAN)), EGYPT
- LEADERS OF THE SOUTHERN PUSHTUN TRIBES
- KARY (('KADYR)), LEADER OF THE COUNCIL OF MODZAKHEDS IN DZILALABAD

5. (S/NF) THE GOALS OF THE GROUP WERE, AT MINIMUM, TO OVERTHROW FAKHD IN SAUDI ARABIA, AND TO BUILD A "JUST ISLAMIC STATE" THERE, AND AT MAXIMUM, TO ESTABLISH A WORLDWIDE ISLAMIC STATE CAPABLE OF DIRECTLY CHALLENGING THE U.S., CHINA, RUSSIA, AND WHAT IT VIEWS AS JUDEO-CHRISTIAN AND CONFUCIAN DOMINATION.

6. (S/NF) THE MEANS BY WHICH THE ABOVE GOALS ARE TO BE MET ARE VIA TERROR, ETHNIC CLEANSING, "LATENT PENETRATION" (NFI), AND CONTROL OVER NUCLEAR AND BIOLOGICAL WEAPONS (JIKHAD). FURTHER, RADICAL ISLAMIC (PREDOMINANTLY SUNNI) REGIMES ARE TO BE ESTABLISHED AND SUPPORTED EVERYWHERE POSSIBLE, INCLUDING BOSNIA, ALBANIA,

NOFORN
SECRET

SECRET
NOFORN

CHECHNYA, DAGESTAN, THE ENTIRE NORTHERN CAUCASUS "FROM SEA TO SEA", CENTRAL ASIAN REPUBLICS, TATARSTAN, BASHKORTOSTAN, ALL OF RUSSIA, AFGHANISTAN, PAKISTAN, TURKEY, INDONESIA, MALAYSIA, ALGERIA, MOROCCO, EGYPT, TUNISIA, SUDAN, AND THE STATES OF THE PERSIAN GULF. TERRORIST ACTIVITIES ARE TO BE CONDUCTED AGAINST AMERICANS AND WESTERNERS, ISRAELIS, RUSSIANS (PREDOMINANTLY COSSSACKS), SERBS, CHINESE, ARMENIANS, AND DISLOYAL MUSLIMS. COORDINATION AND FINANCIAL SUPPORT ARE TO BE GIVEN TO THE FOLLOWING GROUPS--
- AL JAMA'AT - EGYPT
- AL ISLAMY' - EGYPT
- AL JIKHAD - EGYPT
- JIKHAD AL-ISLAMY - PALESTINE
- KHAMAS - PALESTINE
- ARMED ISLAM GROUP - ALGERIA
- DISSIDENTS IN SAUDI ARABIA
- NATIONAL FRONT OF ISLAM - SUDAN
- ARAB TERRORIST GROUPS AND TRAINING CAMPS IN AFGHANISTAN
- TALIBAN MOVEMENT AND ITS CAMPS, AL BADR AND AL BADR2 IN THE KHOST AREA
- KLA AND BOSNIAN ISLAMIC GROUPS AND CONSPIRATORIAL ELEMENTS
- ISLAMIC WAY AND WAKHABITES IN CHECHNYA, DAGESTAN, KABARDA, KARACHAI, BALKARIA, AND CRIMEA.
- CELLS ARE TO BE CREATED IN AZERBAIJAN, TATARSTAN, BASHKORTOSTAN, CENTRAL ASIAN REPUBLICS, AND AMONG MOSCOW AND ST. PETERSBURG MUSLIM-CHECHENS.
- TRAINING CAMPS ARE TO BE ESTABLISHED IN CHECHNYA, INGUSHETIA, BALKARIA, KARACHAI, ADYGEYA, TAJIKISTAN.
- JAMA'AT-UD-DARA-VA-SUNNA AND ITS TRAINING CAMPS FOR THE MILITANTS OF AL-DZIKHAD INTERNATIONAL AND "MUSLIM BROTHERS".
THE PURPOSE OF ALL TRAINING CAMPS IS TO PREPARE "MINERS" (THE DOCUMENT MOST LIKELY INTENDS THE MEANING AS SAPPERS), SPIES, COMMUNICATORS, IDEOLOGISTS, AND PROPAGANDISTS, ALL SPECIALISTS IN SPREADING FALSE RUMORS, DEFAMATION, AND PANIC TO BECOME PART OF THE TADJIK OPPOSITION.
7. (S/NF) THE DOCUMENT STATES THAT SPECIFIC ATTENTION SHOULD BE GIVEN TO THE NORTHERN CAUCASUS, AND ESPECIALLY CHECHNYA SINCE THEY ARE REGARDED AS AREAS UNREACHABLE BY STRIKES FROM THE WEST. THE INTENT IS TO CREATE A NEWLY DEVELOPED BASE FOR TRAINING TERRORISTS. AMIR KHATTAB AND NINE OTHER MILITANTS OF USAM BEN LADEN WERE SENT THERE WITH PASSPORTS OF ARAB COUNTRIES (NFI). THEY WORK AS MILITARY INSTRUCTORS IN KHATTAB'S THREE SCHOOLS; THEY ALSO WORK AS INSTRUCTORS IN THE ARMY OF CHECHNYA. TWO MORE SCHOOLS ARE BEING ORGANIZED IN INGUSHETIA AND DAGESTAN.
8. (S/NF) SEVERAL TIMES IN 1997 IN AFGHANISTAN, BEN LADEN MET WITH REPRESENTATIVES OF MOVLADY UDAGOV'S PARTY, "ISLAMIC WAY", AND REPRESENTATIVES OF CHECHEN AND DAGESTAN WAKHABITES FROM GUDERNICS, GROZNY AND KARAMAKHY. THEY SETTLED THE QUESTION OF COOPERATION--AGREEING TO EXCHANGE "FINANCIAL SUPPLIES" TO CHECHEN MILITANTS. THEY STRESSED THE NECESSITY OF TRAINING TERRORISTS DRAWN FROM AMONG "CONVERTED" EUROPEANS, RUSSIANS, UKRAINIANS, COSSACKS, AND OSSETIANS IN KHATTAB'S TRAINING CAMPS TO CONDUCT KIDNAPPINGS AND TERRORIST ACTS AGAINST FRENCH, ISRAELI, U.S., AND ENGLISH CITIZENS. ▮▮▮▮▮▮▮THE DOCUMENT NOTES THAT THE KIDNAPPING OF VINCENT COCHETEL, A UNHCR OFFICIAL IN VLADIKARKAZ   (b)(2) EARLIER THIS YEAR WAS PERFORMED BY THESE GRADUATES OF KHATTAB'S

NOFORN
SECRET

Page 4

~~SECRET~~
~~NOFORN~~

SCHOOL IN VEDENO.) THESE MILITANTS WILL BE USED IN THE INTEREST OF THE "ARMED ISLAMIC GROUP" AND "MUSLIM BROTHERS", AND FOR SPREADING TERROR IN THE CENTRAL ASIAN REPUBLICS, CRIMEA, AND RUSSIA. "VOLUNTEERS" FROM WHAT THE DOCUMENT REFERRED TO AS BEN LADEN'S "CHARITY SOCIETIES" FROM PAKISTAN AND AFGHANISTAN HAVE GONE TO CHECHNYA AND TO THE NORTHERN CAUCASUS FOR THE NEW ROUND OF JIKHAD AGAINST COSSACKS AND RUSSIA. FINANCIAL CRISIS IS TO BE USED FOR CREATING DISORDER, AND NEW STRIKES AND KIDNAPPING CONDUCTED FOR THE PURPOSE OF PROVOKING A UNIFIED UPRISING AGAINST RUSSIA, AND CREATING AN ISLAMIC STATE OF NORTHERN CAUCASUS.

9. ~~(S/NF)~~ A DIRECT ROUTE HAS BEEN ESTABLISHED TO CHECHNYA FROM PAKISTAN AND AFGHANISTAN THROUGH TURKEY AND AZERBAIJAN. ABU ((SAYAF)) (ALSO NOTED IN QUOTES IN THE DOCUMENT AS "SAFAY") COORDINATES THIS TRAFFIC OF "VOLUNTEERS", AS WELL AS DRUG TRAFFICKING, WORKING AS A REPRESENTATIVE OF BEN LADEN IN THE CHECHEN FOREIGN MINISTRY UNDER THE PROTECTION OF MOVLADY UDUGOV.

10. ~~(S/NF)~~ TEREK COSSACK INTELLIGENCE REPORTS THAT IN JUNE 1998, THE FIRST PARTY OF 25 "AFGHAN ARABS" APPEARED IN THE TRAINING CAMPS OF VEDENO AND NOJAI-URT. ALONG WITH TRADITIONAL PREPARATION, THEY ARE LEARNING THE RUSSIAN LANGUAGE, WITH THE INTENT OF EVENTUALLY SETTLING IN RUSSIA, SUPPOSEDLY IN TATARSTAN. AFTER AN ADAPTATION PERIOD, THEY WOULD GO TO THE CENTRAL ASIAN REPUBLICS "FOR DIVERSION" AND TO CREATE WAKHABITES AND TALIBAN CELLS, SPREADING TERROR AGAINST U.S., RUSSIAN, AND OTHER WESTERN OFFICIALS AND BUSINESSMEN. ███████████████ (b)(1)
███████████████ AMONG THE INSTRUCTORS ARE MILITANTS FROM AFGHANISTAN, PAKISTAN, SAUDI ARABIA, TURKEY, IRAN, AND AZERBAIJAN. THE NEW PROGRAM INCLUDES TOPICS IN--
- "DIVERSIONS" WITH THE HELP OF MEANS OF MASS DESTRUCTION, INCLUDING POISONOUS, BACTERIOLOGICAL, AND INCENDIARY MIXTURES
- PREPARATION OF FALSE DOCUMENTS
- BEHAVIOR DURING INTERROGATION
- PARKING BOMB VEHICLES ON BRIDGES AND BY BUILDINGS
ALL INSTRUCTORS AND AGENTS USE NICKNAMES AND PSEDONYMS; REAL NAMES OF AGENTS ARE KNOWN ONLY TO AMIR KHATTAB AND ABU SAYAF.



(b)(1)
(b)(3)

ADMIN
PROJ: (U)

(b)(2)

~~NOFORN~~
~~SECRET~~

Page 5