# EXHIBITS 5 TO 11

# EXHIBIT 5

 **HOMEPAGE | WORLD SERVICE | EDUCATION**

low graphics version | feedback | help

**B B C NEWS**



You are in: World: **Europe**

Front Page
World

Monday, 3 April, 2000, 20:08 GMT 21:08 UK

# US fears terrorist attack in Kosovo

Africa
Americas
Asia-Pacific
Europe
Middle East
South Asia
-------------
From Our Own
Correspondent
-------------
Letter From America
UK
UK Politics
Business
Sci/Tech
Health
Education
Entertainment
Talking Point
In Depth
AudioVideo



K-For has stepped up security measures in Kosovo

**By Nick Wood in Kosovo**

US officials have come under criticism over a raid by K-For military police on an Islamic relief organisation in Kosovo last weekend.

The police, who were acting on a tip-off from US officials, raided a house rented by the Saudi Joint Relief Committee (SJRC).

The operation followed fears of a possible terrorist attack on the US office in the province.

US security officials say they believe members of the SJRC are linked with Osama bin Laden, the man suspected of being behind the attacks on the US embassies in Kenya and Tanzania.

In a separate incident British soldiers blew up a suspect car belonging to an employee of the charity.

The owner had stuck an SJRC sticker to his windscreen.

Neither incident revealed any evidence that could link the group with any terrorist activity.

### Suspicious photos

K-For officials say the operations were part of increased security measures introduced after two members of the group were supposedly seen taking photos near the US office and K-For headquarters in Pristina.

**Search BBC News Online**

Advanced search options

Launch console for latest audio/video

◀) **BBC RADIO NEWS**
📺 **BBC ONE TV NEWS**
◀) **WORLD NEWS SUMMARY**
📺 **BBC NEWS 24 BULLETIN**
▶ **PROGRAMMES GUIDE**

**Europe Contents**

▶ **Country profiles**

**See also:**

02 Apr 00 | Europe
Kosovo gripped by racketeers
31 Mar 00 | Europe
Kosovars pay ransoms for relatives
16 Mar 00 | Europe
Kosovo one year on
22 Mar 00 | Special Report
A Kosovo homecoming: A long road still to travel
28 Mar 00 | Europe
'Plot' to kill Nato chiefs
24 Apr 99 | Middle East
Gulf Arabs aid Kosovo refugees

**Internet links:**

Nato - Kosovo one year on
Kosovo Information Centre
UN in Kosovo
US State Department
Red Cross and Red Crescent

The BBC is not responsible for the content of external internet sites

**Links to other Europe stories are at the foot of the page.**

New vehicle checkpoints have been introduced in the area, and visitors to both compounds are obliged to enter on foot.

It is not the first time the US officials here have raised concern about the charity.



Osama bin Laden: Allegedly linked to the charity

Before Christmas a warning was given of a possible threat to US citizens in Kosovo.

### Secret document

In a document seen by the BBC in Pristina, US officials called on the UN police force in the province to undertake open surveillance of the group.

Marked "Secret: US office only - Release to UNMIK" the report names two former members of the charity.

It claims Adel Muhammad Sadiq Bin Kazem, and Wa'el Hamza Jalaidan, the Committee's former Director, are "associates of Osama bin Laden" and that Mr Jalaidan helped Mr bin Laden "move money and men to and from the Balkans".

The claims are being strongly denied by the group.

A spokesman for the group says they were "stunned" by the raids, and are awaiting an explanation from K-For.

They have also offered to open up all their files for K-For or police officials to look at.

### Bad publicity

The Relief Committee works as an umbrella body for several Saudi NGO's including the Saudi Red Crescent, and has a multi million-dollar budget partly financed by the Saudi government.

It works with the UNHCR and the World Food Programme, and has worked with K-For

**Some K-For and UN officials say the US is concerned with avoiding American**

on the rebuilding of several schools in the province.

**casualties in the run-up to the presidential elections**

The group's Assistant Director, Faisal Alshami, said he was disappointed at what he saw was an attempt to paint his organisation in a bad light.

"We have spent a lot of money here, trying to help people, we really hope this is not an attempt to curtail our work" he said.

Privately some K-For and UN police officials say the US is highly concerned about "force protection", or avoiding US casualties, in the run-up to presidential elections later this autumn, and is reacting to even the slightest threats.

 **E-mail this story to a friend**

### Links to more Europe stories

In This Section

GO

_____

© B B C  ^^ **Back to top**

**News Front Page | World | UK | UK Politics | Business | Sci/Tech | Health | Education | Entertainment | Talking Point | In Depth | AudioVideo**

--------------------------------------------------------------------------------
**To BBC Sport>> | To BBC Weather>>**
--------------------------------------------------------------------------------
© **MMIII | News Sources | Privacy**

# EXHIBIT 6

**Pakistan: Two Sudanese Held in Egyptian Embassy Blast Case**
*Islamabad THE NEWS in English, 1 Feb 96 p5*
*THE NEWS*
*Thursday, February 1, 1996*
**Journal Code:** 1091 **Language:** ENGLISH **Record Type:** FULLTEXT
**Document Type:** Daily Report; News
**Word Count:** 495

(Article by Ismail Khan)

(FBIS Transcribed Text) Peshawar -- Investigators have picked up two Sudanese for
interrogations in connection with the suicidal bombing attack on the Egyptian
Embassy in Islamabad.

A senior police investigator whose agency arrested the two Sudanese, Muhammad Ali
Syed and Bashir Babar Qadim, from Faisalabad last week said that they were being
interrogated in Islamabad by an investigation committee headed by the inspector
general of police, Islamabad and comprised officials from the Federal Investigation
Agency and Islamabad police. The two Sudanese were teachers at Ummul Qura', a
religious educational institution at Chakdara, Dir in Malakand Agency funded by the
Saudi Red Crescent and had resigned their posts to take up their new assignments at
Maajid Muqqadas Ahle Hadith, a madrassa in Faisalabad. An official of the Saudi
Red Crescent confirmed the two Sudanese had been their employees but did not give
any details.

What appeared a coincidence, the official said, turned out to be a major lead which
might help investigators in tracking down the real culprits behind the November 19
bombing of the Egyptian Embassy in Islamabad that killed eighteen people and
wounded 80 others. The mighty explosion caused by a suicidal bomber who rammed
his explosives- loaded vehicle into the chancery killed among others nine embassy
staffers, seven of them Egyptians, Press Counsellor Hesham and Second Secretary
Ahmad Nomir Khalid.

The official said the timing of their resignation on November 14, just a week before
the explosion prompted investigators to pick on their trail. A photograph of
Muhammad Ali Syed Ahmad sent in for identification to the car-dealers in
Rawalpindi was identified as the one who purchased the vehicle used in the bombing
incident. "It was a lucky break", the official said.

However, an official associated with the probe and interrogation in Islamabad said
subsequent identification parade held a few day ago did not produce any results. "We
haven't lost heart. We are after it", the official remarked.

The police investigator said Muhammad Ali was said to be an explosive expert and
was believed to have received training at Abu- Bakr camp at Khost in Afghanistan.
The camp, he said, was abode to around 60 Arabs, almost from all Arab states, who
were imparted training in guerrilla warfare. Abu-Bakr is said to be among the four
other training camps for Arabs operating in Khost, Jali and Jalalabad in Afghanistan.

Significantly, Federal Interior Minister Naseerullah Babar had earlier claimed to have arrested the mastermind or financier behind the embassy bombing. Ahmad Saeed, regional director of Human Concern International, a Canadian relief agency was picked up by police in Peshawar, reportedly while sneaking through the Pak-Afghan border.

Investigators now believe Saeed did not directly finance the suicidal bombing but siphoned off part of the money for his agency to the training camp exclusively run by the Egyptian Al-Jehad group in Afghanistan.

THIS REPORT MAY CONTAIN COPYRIGHTED MATERIAL. COPYING AND DISSEMINATION IS PROHIBITED WITHOUT PERMISSION OF THE COPYRIGHT OWNERS

Copyright © 1996 NTIS, US Dept. of Commerce. All rights reserved.

**AFS Document Number:** DRNES022_V_96004
**City/Source:** Islamabad THE NEWS
**FBIS Document Number:** FBIS-NES-96-022
**Geographic Names:** South Asia; Pakistan
**NewsEdge Document Number:** 200303261477.1_ac20000d98796d02
**Original Source Language:** English; Article_Type BFN
**WNC Document Number:** 0DM69OK0386XA5
**WNC Insert Date:** February 2, 1996

World News Connection®
Compiled and distributed by NTIS. All rights reserved.
Dialog® File Number 985 Accession Number 38100371

# EXHIBIT 7

Jane's
INTELLIGENCE
REVIEW

 send this page to a colleague

03 October 2001

# Ayman Al-Zawahiri: attention turns to the other prime suspect

### By JIR contributor Ed Blanche

Osama bin Laden is not the only target of George W Bush's war on global terrorism. The Saudi renegade's reputed deputy, Ayman Mohammed Rabie al-Zawahiri, a lifelong Egyptian radical who many believe is the real brains behind the loose-knit network of Islamic militants, is also a prime suspect. It may be that the USA would find it prudent to go after al-Zawahiri first if it wants to eliminate the enemy it has identified. Indeed, the genesis of what the USA thinks it is coming to grips with may well lie more in Egypt than in Saudi Arabia.

Al-Zawahiri, now 50, was indicted along with Bin Laden by a federal grand jury in New York in 1999 for the US embassy bombings in Nairobi and Dar-es Salaam in August 1998 and has been named as a prime suspect in the 11 September suicide attacks on the World Trade Center in New York and the Pentagon in Washington.

On 25 September, Interpol issued an arrest warrant for him at the request of the Egyptian police, saying he was 'considered to have masterminded several terrorist operations in Egypt' as well as the 19 November 1995 suicide bombing of the Egyptian embassy in Islamabad, in which 17 people were killed. Al-Zawahiri was sentenced to death in absentia by an Egyptian military court that year for his activities with al-Jihad, one of the deadliest of Egypt's Islamic organisations.

While Bin Laden has the charisma and the funds that built the Al-Qaeda (The Base) network of Islamic fundamentalists, mainly from the men who followed him during the fighting against the Soviets in Afghanistan in the 1980s, al-Zawahiri is widely seen by counterterrorism and Islamic specialists as the intellect and ideological driving force behind the organisation.

According to Arab analysts, al-Zawahiri was instrumental in forging the coalition of al-Jihad (or the wing of it he now controls after its fragmentation by Egyptian security authorities several years ago), Bin Laden's forces, two Pakistani groups and another from Bangladesh in February 1998 with the purpose of waging war on the USA. The hundreds of al-Jihad members — estimates range as high as 1,000, about one-third of Bin Laden's force in Afghanistan — with al-Zawahiri in Afghanistan formed a hard core of seasoned militants around which the coalition, the International Front for Fighting Jews and Crusaders, has been built.

Mohammed Atta, the 33-year-old Hamburg-educated architect who the USA believes was at the controls of the hijacked American Airlines Flight 11 when it was the first to punch into the World Trade Center on 11 September, was one of at least two of the 19 hijackers who struck on that day believed to have been members of al-Jihad.

The Egyptian influence is extensive. Sobhi al-Sitta, an Egyptian Islamist also known as Abu Hafas al-Masri, is the commander of the front's military arm — known as the Islamic Army for the Liberation of the Holy Sites, which claimed responsibility for the 1998 embassy bombings in East Africa. He succeeded another Egyptian, Ali al-Rashidi, who drowned in Lake Victoria, Uganda, in 1995 two years after he had been dispatched to Africa to recruit for Bin Laden. It was the cadres he organised there who carried out the bombings in Nairobi and Dar-es Salaam. One of al-Sitta's daughters married Bin Laden's son Mohammed in January 2001. A videotape of the celebrations in Kandahar, broadcast by Qatar's Al-Jazeera satellite television station, showed Bin Laden sitting with al-Sitta and al-Zawahiri. "Al-Zawahiri's experience is much wider than even Bin Laden's," according to Dia'a Rashwan, a leading expert on Islamic militants in Egypt. "His name has come up in virtually every case involving Muslim groups since the 1970s. He's the chief ideologue in the Bin Laden group. Both he and Bin Laden have combat experience, but it's Ayman who has the intellectual edge."

Al-Zawahiri has been a central figure in the conflict waged by Islamic zealots in Egypt since the 1970s, fighting alongside the main Islamic group, al-Gamaa al-Islamiya, with the aim of establishing an Islamic state.

Indeed, al-Zawahiri has been active since 1966, when as a boy of 15, he was arrested for membership of al-Ilkwan al-Muslimun, the Muslim Brotherhood. The Islamic movement, committed to purging Egyptian society of foreign influences, particularly the British, was founded in 1928 by Egyptian schoolteacher Hassan al-Banna. Later outlawed, it became the catalyst for most of the militant Muslim organisations that sprang up across the

Arab world.

Al-Zawahiri was born on 9 June 1951 in Cairo. His father, a pharmacology professor at Cairo University's medical school, died in 1995. Ayman graduated from the same school in 1974 and later obtained a master's degree in surgery. His paternal grandfather, Rabia'a al-Zawahiri, was the Grand Imam at the al-Azhar institute, the highest religious authority for the Sunni branch of Islam and mainstream Islam's paramount seat of learning, early in the last century. His great-uncle, Abdel-Rahman Azzam, was the first secretary-general of the Arab League.

Al-Zawahiri wrote several books on Islamic movements, the best known of which is The Bitter Harvest, a critical assessment of the Muslim Brotherhood. He worked as a paediatrician, but abandoned his practice to follow a path of violent opposition to the secular Cairo government and by the late 1970s he had taken over Islamic Jihad. On 6 October 1981, al-Jihad activists, disguised as soldiers, assassinated President Anwar Sadat at a military parade outside Cairo to mark the anniversary of the 1973 Ramadan War against Israel. Sadat was murdered because he had made peace with Israel in 1979.

Al-Zawahiri was arrested along with hundreds of other Islamic militants in a nationwide dragnet. The authorities were unable to prove he was directly involved in the assassination plot, but he was sentenced to three years' imprisonment for possessing weapons. He was released in 1984 and two years later left Egypt, going first to Saudi Arabia, travelling from there to Peshawar, Pakistan, the gateway for Islamic militants who poured into Afghanistan in the 1980s to fight the Soviets after they invaded in December 1979.

The Egyptian government, whose insistence for many years that Islamic terrorism had become global fell on deaf ears, informed Western intelligence services several years ago that al-Zawahiri travelled with French and Swiss passports in the name of Amin Othman. He is also understood to have a Dutch passport in the name of Sami Mahmoud el-Hifnawi in the early 1990s when he apparently travelled extensively in Western Europe, living at various times in Switzerland and Denmark. Al- Jihad members testified during the 1999 trial in Egypt that he had entered the USA in 1995 using the alias Dr Abdel Moez and while there raised funds used to finance the attack on the Egyptian embassy in Islamabad. According to London's Guardian newspaper, the US House of Representatives judiciary subcommittee on immigration was told by a counterterrorism expert in January 2000 that al-Zawahiri was one of several Islamic militants who had been granted green card status by the US Immigration Service. Al-Zawahiri seems to have had vastly more experience in clandestine operations than Bin Laden.

Ahmed Salama Mabruk, a senior al-Jihad figure among the 107 (63 in absentia) on trial for 'using terrorism to… undermine state institutions', said at that time that al-Zawahiri was in Afghanistan, but had been missing for six months after being arrested by the Taliban. "I am convinced that al-Zawahiri was abducted by the Central Intelligence Agency," he said. Although the CIA would have dearly loved to have got their hands on the Egyptian fugitive, he was in fact residing with Bin Laden at the Tora Bora military base in eastern Afghanistan.

According to Arab analysts, al-Zawahiri, after re-establishing al-Jihad in Afghanistan from where he controlled its activities in Egypt by cadres of 'Arab Afghans' (Arabs who fought against the Soviet occupation of Afghanistan), decided to widen its operational horizons to target the USA and move the focus of the Islamists' war against the Cairo government away from domestic attacks into the international arena. Evidence of this strategy includes a car bombing in Croatia in September 1995 after prominent Egyptian Islamic activist Taalat Qassem was arrested there and, according to Egyptian dissidents, shipped back to Cairo; the assassination in Geneva in November 1995 of an Egyptian diplomat believed to be an intelligence officer tasked with hunting down Islamic militants; and the bombing of the embassy in Islamabad, a key base for Egyptian intelligence operations against people like al-Zawahiri.

Whether it was al-Zawahiri who influenced Bin Laden in February 1998 when the Islamic alliance was formed in Afghanistan, or the other way round, is a matter of conjecture. But from their union grew an apocalyptic vision that in many ways resonates more of al-Zawahiri's modus vivendi than Bin Laden's. Other al-Jihad leaders disagreed with al-Zawahiri's alliance with Bin Laden, fearing it would incur the wrath of the world's superpower — as indeed now seems to be case. They broke away from al-Zawahiri, although they and elements of al-Gamaa al-Islamiya remain in Afghanistan.

After the Americans unleashed 70 or more Tomahawk cruise missiles against Bin Laden's camps following the East Africa bombings, al-Zawahiri telephoned a Pakistani reporter and declared: "The war has started. The Americans should wait for an answer … Tell the Americans that we are not afraid of the bombardment, threats and acts of aggression. We suffered and survived Soviet bombings for 10 years in Afghanistan, and we are ready

for more sacrifice."



This video grab shows Ayman al-Zawahiri, the ideologue
behind Osama bin Laden's al-Qaeda terrorist network now
wanted for the attacks on the World Trade Center and the
Pentagon. The grab is taken from a video tape circulated in
Kuwait in June 2001.

## More information on this product
See our products section for more information and pricing on Intelligence Review.

# EXHIBIT 8

 **MSNBC.com**

# Who is Ayman al-Zawahri?
**Egyptian doctor is bin Laden'sNo. 2, al-Qaida's chief ideologist**

Updated: 3:01 p.m. ET March 25, 2004

**Full name:** Ayman Mohamed Rabi' Ayman al-Zawahri

**Born:** June 19, 1951

**Known aliases:** Abu Mohamed, Abu Fatima, Mohamed Ibrahim, Abu Abdullah, Abu al Mu'iz, The Doctor, The Teacher, Nur, Ustaz, Abu Mohamed Nur ed-Din, Abel Mu'iz

**Nationality:** Egyptian

**Education:** In 1974, he graduated from University of Cairo Faculty of Medicine, following that up in 1978 with a master's degree in surgery.

**Travel:** Far more well traveled than his boss, Osama bin Laden, visiting North America, Europe, even Chechnya as part of the "jihad."

**Suspected location:** Most recently believed to be in a remote location along the Afghan-Pakistani border, moving between Khowst in Afghanistan and Wana in Pakistan.  Believed to be near bin Laden but not traveling with him.

**Health:** No major health problems other than possible wounds suffered during the Afghan war.  His eyeglasses are one of his most prominent features but he is not believed to have significant vision problems.

**Family:** A twin, his sister, Omnaya Hiba, is an oncologist and professor. Of his two brothers, Hussein, his youngest sibling, still lives in Egypt and is not involved in Islamist activities, while his older brother, Mohamed, joined Ayman in Afghanistan at the leadership level and is now missing. Both were trained as architects. Ayman's parents, Rabi'a al Zawahri and Umayma Azzam, were pillars of modern Egypt. His father was a pharmacology professor who died in 1995. His mother continues to live in Ayman's old apartment in the Maadi district of Cairo.

Like bin Laden's, his family was politically connected at the highest levels of its society.  His paternal grandfather, Sheikh al Ahmadi Al Zawahri, was the Imam of Al Azhar Mosque, one of the greatest positions of authority in Sunni Islam.  His other grandfather, Abd Al Wahab Azzam, was president of Cairo University and an ambassador to Pakistan, Saudi Arabia and Yemen.  His great-uncle was the first secretary general of the Arab League.

Wife Azza Ahmed Nuwair graduated from Cairo University with a degree in philosophy. They had four children. She and a son and daughter are believed to have been killed in allied bombing in December 2001 near Tora Bora, Afghanistan, according to Egyptian intelligence. Two other daughters are still alive. (Various reports say some or all of the children died.) Nuwair's family put a death notice in an Egyptian daily at the time. Egyptian intelligence confirms that after he was widowed, Zawahri later remarried two widows of a Jihad colleague who died in the allied bombing.

**Followers:** Thousands through the world, operating in 68 countries. Between 10,000 and 20,000 Muslims were trained in al-Qaida camps in Afghanistan. More than 3,000 have been arrested worldwide since Sept. 11, 2001.  It has been his voice rather than bin Laden's that has been heard the most since U.S. troops and aircraft pounded Tora Bora in December 2001.  U.S. officials believe there are links between his statements and subsequent attacks, that his statements constitute "go" signals for al-Qaida.

**Modus operandi:** Target surveillance for up to five years; planning for four to six months; use of different cells for planning and execution, the latter often referred to as "the muscle."

**History with bin Laden:** A year after he received his master's in surgery from Cairo University and only months after he was married, Zawahri joined Egyptian Islamic Jihad in 1979 and, like bin Laden, quickly moved to Afghanistan to aid in the fight against the Soviet Union.

He first came to international attention in 1981 when he was charged as part of the plot to assassinate Egyptian President Anwar Sadat. He was sentenced to three years in prison for illegal possession of weapons and was tortured while in prison, according to fellow inmates. He was released in 1984 and went to Afghanistan, where the jihad against Soviet troops was at its height.

In 1986, he went to Pakistan, where he worked with the Red Crescent, treating wounded from the battles with Soviet troops. There he met bin Laden, who shortly thereafter formed al-Qaida, "the Military Base."

Back in Egypt in 1991, he published "The Bitter Harvest," a condemnation of the moderate Muslim Brotherhood and justification for jihad, then in 1992 joined bin Laden in Sudan, where both were under the protection of Hasan al Turabi, who like the two Islamists, is well educated and radical.

At the same time, Zawahri traveled to the United States and Europe to raise money for the EIJ, which he headed as of 1993. Over the next two years, EIJ carried out two spectacular operations. On June 26, 1995, EIJ operatives attempted to assassinate Egyptian President Hosni Mubarak in Ethiopia but failed, leaving two of their number dead. On Nov. 19, 1995, EIJ carried out another spectacular attack, this time succeeding. Two suicide bombers blew up the Egyptian Embassy in Islamabad, Pakistan, killing 16 as well as the two bombers.

Six months later, Zawahri was expelled from Sudan and with bin Laden and 400 others went to Afghanistan. Over the next few years, Zawahri's role included traveling to raise money and to cement ties with other militant groups. In December 1996, he went to Chechnya to see about setting up a base but was arrested in Dagestan and sentenced in April 1997 to six months for illegal entry, after which he was released. Bin Laden paid to bail him out.

Finally, in August 1998, Zawahri merged his Egyptian Islamic Jihad into bin Laden's al-Qaida, becoming bin Laden's deputy and chief Islamic ideologist.

*Compiled by NBC's Robert Windrem*

© 2005 MSNBC.com

URL: http://msnbc.msn.com/id/4555901/

# EXHIBIT 9


NETFLIX
**Netflix Delivers DVD Rentals!**
No late fees.  Free shipping both ways.  Over 50,000 titles.

Click here!



Signup for free news alerts    Your Email Here    Submit now    Privacy Policy

Home | Money | Jokes | Links | Advertise | Search | Cartoons | Classifieds | Contact | Shop

September 20, 2005

Become an
AMERICAN
ELITE HOMES
INC.
American Elite
Homes Broker

Search



[!] **BREAKING NEWS**

► Hurricane Rita Now Cat 2 - Track Here

## Bin Laden Underling Raised Money in U.S.

***NewsMax.com Wires***
***Friday, Oct. 12, 2001***

SAN FRANCISCO - A high-ranking deputy of terrorist kingpin Osama bin Laden, identified as Ayman al-Zawahiri, made a fund-raising trip to the San Francisco area in 1995 and raised around $500,000 for what donors believed at the time was Afghanistan refugee relief.

The San Francisco Chronicle said Thursday that two jailed members of a Silicon Valley terrorist cell arranged the visit by al-Zawahiri to drum up donations from the Bay Area's Afghans and other Muslims.

The money that the donors thought would be used to aid refugees from the Afghan-Soviet war of the 1980s actually was sent to the coffers of Egyptian Islamic Jihad, an extremist group implicated in the 1998 terrorist bombings of two U.S. embassies in African and the 1981 assassination of Egyptian President Anwar Sadat.

Al-Zawahiri was seen in a videotape released Sunday seated next to bin Laden as the terrorist leader railed against the West as Afghanistan was relentlessly peppered with bombs and cruise missiles by U.S. and British ships and planes.

"He is bin Laden's right-hand man, and in a way even more," terrorism author Khalid Duran told the Chronicle. "He is like his teacher, his mentor."

The Egyptian-born former surgeon has been a leader of Islamic Jihad and an associate of bin Laden since the mid-1980s. He is considered to be staunchly anti-American and a leading planner of terrorist missions planned by bin Laden, including the Sept. 11 attacks on the World Trade Center and Pentagon.

"The very fact that someone like al-Zawahiri came to the U.S. should be quite stunning to many Americans," Duran declared.

According to the Chronicle, U.S. authorities learned of al-Zawahiri's fund-raising trip from Ali Mohamed and Khalid Abu-al-Dahab, two Egyptian-born U.S. citizens who have confessed that they spent more than a decade in the Silicon Valley area as undercover operatives for the terrorist organization Islamic Jihad.

The money raised by al-Zawahiri apparently helped to finance the 1995 bombing of the Egyptian Embassy in Pakistan and also a plot to break a number of terrorists out of an Egyptian prison that was never carried off.

Al-Zawahiri visited mosques in Santa Clara, Stockton and Sacramento while using a false name and carrying a forged passport, the sources said.

● Web
○ NewsMax.com
Powered by Google


Handgun
S.W.A.T.
Skills

Heavens
Home
Protection
Packet
Click Here Now

buying gold
online:
"That was
Easy"
GoldMoney


BetOnIraq.com
25000

Power
Notebooks .com

**We live
to serve
Him,
and you!**

CALL NOW!
TOLL FREE
877 711-1777





One donor, who has testified before a federal grand jury investigating bin Laden, told the newspaper that al-Zawahiri presented himself as a representative of the Red Crescent, the Islamic equivalent of the Red Cross.

Terrorism experts have warned that Islamic extremists solicit money from American Muslims, usually under the false pretense of a charitable cause as the beneficiary, and also use such fund-raising events to scout for potential recruits among immigrants.

Dahab and Mohamed both joined Islamic Jihad while living in Egypt. They immigrated separately to the United States, gaining U.S. citizenship through short-lived marriages to American women.

Copyright 2001 by United Press International.

All rights reserved.

**Read more on this subject in related Hot Topics:**
Al-Qaeda

Immigration/Borders

War on Terrorism

**A product that might interest you:**
Living Terrors: Surviving the Coming Bioterrorist Catastrophe



**SITES TO CHECKOUT**

The Ultimate Fitness Program

New Three Month Offer

- ► Married or Single: Get Athena Pheromones and get more romance.

- ► Athena Pheromones get you more romantic attention. Scientifically proven formulas for men and women.

- ► 100% Passive Wealth Building System! No Marketing, No Phone Calls! Earn $5,000-$15,000+ Per Month!

- ► Who Do You worship, God Or Satan, Do You Know Which one's work you're doing?

- ► 200% Gold Profits? Learn why experts call gold "Buy Of A Generation." Free Gold Guide

- ► Guaranteed!! $1000-$50,000 per Month!! No Selling, No Phone Calls, No Risk, Proven System

- ► Stop Hair Loss! DHT hormone causes 90% of hair losses. Dihydro-testosterone (DHT) damages hair follicles until...

- ► The Real Viagra, Cialis and Levitra Deal on the Internet 10 Tablets $99, Free Shipping

- ► Support our Troops - send a package from www.treatsfortroops.com and make a soldier smile.

- ► Lower and Stabilize Blood Sugar - Now! Lower A1C and more Feel Better - Have More Energy

- ► It's a good time to bank on Iraq's currency; now only fractions of a cent.

- ► Kickstart your next BBQ: Save up to 65% on Omaha Steaks & Get 3 Free Gifts!

Home | Money | Jokes | Links | Advertise | Search | Cartoons | Classifieds | Contact | Shop



**Join the Border Patrol  Wear the Cap!**
**Click Here Now!**

All Rights Reserved © 2005 NewsMax.Com

# EXHIBIT 10

**Pak's North-West Frontier Province govt seeks deportation of NGO's Arab workers**
*Rawalpindi Jang in Urdu 03 Oct 01 pp 8, 7*
*JANG*
*Wednesday, October 3, 2001*
**Journal Code:** 2296 **Language:** ENGLISH **Record Type:** FULLTEXT
**Document Type:** Daily Report; News
**Word Count:** 252

Report by Gauhar Ali: "Decision to deport Arab, African workers of NGOs"

(FBIS Translated Text) Peshawar - It has been learned from knowledgeable sources that the NWFP (North-West Frontier Province) government has decided to deport more than fifty Arab and African citizens working with different foreign non-government organizations in the province. According to sources, in this regard the provincial interior ministry has written a letter to the federal interior ministry. The letter says that there are seven non-government organizations in the NWFP working for Afghan refugees. Their names are: the Afghan Support Company, the World Assembly of Muslim Youth, the Kuwait Joint Committee, the Islamic Relief Agency, the Saudi Red Crescent Society, the International Islamic Relief Organization, and al-Dawat-i-Islami. In these non-government organizations, 56 Arab citizens are working, including 21 Iraqis, 14 Jordanians, 4 Syrians, 4 Algerians, and one citizen of Morocco, Somalia, Indonesia, and Saudi Arabia.

The letter says that in view of the current Afghan situation, these Arab citizens must be sent back to their countries. However, the federal interior ministry has not made the final decision in this regard.

A list containing the names of Arab citizens has also been attached to the letter. A decision in this regard is expected in the coming few days.

(Description of Source: Rawalpindi Jang in Urdu -- Largest circulation daily) THIS REPORT MAY CONTAIN COPYRIGHTED MATERIAL. COPYING AND DISSEMINATION IS PROHIBITED WITHOUT PERMISSION OF THE COPYRIGHT OWNERS.

Inquiries may be directed to NTIS, US Dept. of Commerce.

Copyright © 2001 NTIS, US Dept. of Commerce. All rights reserved.

**AFS Document Number:** SAP20011004000108
**City/Source:** Rawalpindi Jang
**Descriptors:** FBIS Translated Text
**FBIS Document Number:** FBIS-NES-2001-1004
**Geographic Names:** Near East & South Asia; South Asia; Pakistan
**NewsEdge Document Number:** 200303191477.1_4edf000541c2b9a2
**Original Source Language:** Urdu
**Region:** Near East & South Asia
**WNC Document Number:** 0GKY4KA01KGIB3
**WNC Insert Date:** October 9, 2001

World News Connection®
Compiled and distributed by NTIS. All rights reserved.
Dialog® File Number 985 Accession Number 141600986

# EXHIBIT 11

**ONASA Carries Biographies of Six Algerians Handed Over to US Officials 18 Jan**
*Sarajevo ONASA (Internet Version-WWW) in English 1904 GMT 18 Jan 02*
*ONASA*
*Friday, January 18, 2002*
**Journal Code:** 6994 **Language:** ENGLISH **Record Type:** FULLTEXT
**Document Type:** Daily Report; News
**Word Count:** 591

Reference: 1. eup20020118000278 paris afp (north european service) english 1434 gmt 18 jan 02 2. eup20020118000153 sarajevo onasa (internet version-www) english 1004 gmt 18 jan 02 3. eup20020118000046 paris afp (north european service) english 0752 gmt 18 jan 02 4. eup20020117000563 paris afp (north european service) english 2114 gmt 17 jan 02 (FBIS Transcribed Text) SARAJEVO, Jan 18 (ONASA) -- Following is basic information on six Algerians accused of involvement in terrorism and handed over to US custody on Friday (18 January) by the Bosnian authorities.

A senior US official said they would be quickly moved to the US Navy base at Guantanamo, Cuba, where al-Qa'ida and Taliban detainees from the war in Afghanistan are being held, Reuters reported.

The six were separately arrested in October after threats closed the US and British Sarajevo embassies for several days.

Bosnian and NATO officials have said they suspect the men were in contact with the al-Qa'ida network of Saudi-born fugitive Usama Bin Ladin.

The following information has been compiled from government and court documents, press statements and local media reports.

BENSAYAH BELKACEM, 41. Nicknamed Medz. A farmer. Had both Yemeni and Algerian birth certificates. One gives his first name as Bensayah and family name as Belkacem, the other has them the other way round. Came to Bosnia in 1995 under a third name and obtained Bosnian citizenship the same year. Government says US intelligence reports showed he had contacts with Abu Zubaydah, allegedly a key Bin Ladin aide, with whom he was said to have discussed procurement of false passports and -- in a coded conversation -- a possible operation against the US embassy in Sarajevo.

Married to a Bosnian woman. They have two small children.

SABER LAHMAR, 32. Arabic language teacher who worked for the Islamic center of Saudi High Committee for aid for Bosnia. Said to have fought in Afghanistan with Mujahideen. Has one small child with a Bosnian woman he recently married, the daughter of a former local worker at the US embassy.

According to Bosnia's central government, he is a member of the Algerian GIA militant organization and fled his home country fearing arrest for terrorist activities.

Sentenced in Bosnia to five years in prison for robberies after the Balkan state's 1992-5 war but pardoned in a general amnesty. Does not have Bosnian citizenship.

AIT IDIR MUSTAFA, 31. Computer specialist employed by Taibah humanitarian agency. Bosnian government said he obtained Bosnian citizenship with false and erroneous documents. Married to a Bosnian woman. They have two small children.

BOUDELLA HAJ, 26. Religious official, employed by Human Appeal humanitarian agency. The government said he obtained Bosnian citizenship with false documents about membership of Bosnia's Muslim-led army during the war. Married to a Bosnian woman. They have five small children.

BOUMEDIENE LAKHDAR, 36, also known as AL MUNTASER. Mechanic and administrator employed in Red Crescent humanitarian agency. Obtained Bosnian citizenship claiming he fought in the Bosnian war but the government said checks showed he was in Pakistan at the time. Married to a Bosnian woman. They have two small children.

NECHLE MOHAMED, 33, also known as SHARFULDI. Administrator in Red Crescent humanitarian agency. The government said he obtained citizenship with false and erroneous documents. Married to a Bosnian woman, with whom he has two small children.

(Description of Source: Sarajevo ONASA (Internet Version-WWW) in English -- privately owned press agency in Sarajevo) THIS REPORT MAY CONTAIN COPYRIGHTED MATERIAL. COPYING AND DISSEMINATION IS PROHIBITED WITHOUT PERMISSION OF THE COPYRIGHT OWNERS.

Inquiries may be directed to NTIS, US Dept. of Commerce.

Copyright © 2002 NTIS, US Dept. of Commerce. All rights reserved.

**AFS Document Number:** EUP20020118000462
**City/Source:** Sarajevo ONASA (Internet Version-WWW)
**Descriptors:** FBIS Transcribed Text
**FBIS Document Number:** FBIS-EEU-2002-0118
**Geographic Names:** East Europe; The Americas; Near East & South Asia; Balkan States; North America; Arab Africa; Bosnia-Herzegovina; United States; Algeria
**NewsEdge Document Number:** 200303181477.1_390f0014fe3f0d78
**Original Source Language:** English
**Region:** East Europe; The Americas; Near East & South Asia
**WNC Document Number:** 0GQCH9X02P9CP5
**WNC Insert Date:** January 22, 2002

World News Connection®
Compiled and distributed by NTIS. All rights reserved.
Dialog® File Number 985 Accession Number 146950310