# **EXHIBIT A**



FedEx Express  
Customer Support Trace  
3875 Airways Boulevard  
Module H, 4th Floor  
Memphis, TN 38116

U.S. Mail: PO Box 727  
Memphis, TN 38194-4643

Telephone: 901-369-3600

03/30/2005

Dear Customer:

Here is the proof of delivery for the shipment with tracking number 619389911374. Our records reflect the following information.

Delivery Information:

Signed for by: .CO STAMP NASCO  
Delivery Location: CORSO SEMPIONE 69  
Delivery Date: May 27, 2004 11:20

Shipping Information:

Tracking number: 619389911374

Ship Date: May 25, 2004

Recipient:  
AHMED IDRIS NASREDDIN  
CORSO SEMPIONE 69  
MILAN 20149  
IT

Shipper:  
MIKE ROBERTS  
COZEN OCONNOR-PHILADELPHIA  
1900 MARKET STREET  
PHILADELPHIA , PA 19103  
US

Reference:  117430.000

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service  
1-800-Go-FedEx®

Track Shipments                                                                          (?) Quick Help
## Detailed Results

| | | | |
|---|---|---|---|
| Tracking number | 619389911374 | Reference | 117430.000 |
| Signed for by | .CO STAMP NASCO | Delivery location | MILAN IT |
| Ship date | May 25, 2004 | Service type | Priority Overnight |
| Delivery date | May 27, 2004 11:20 AM | | |
| Status | Delivered | | |

| Date/Time | Activity | Location | Details |
|---|---|---|---|

[ Signature proof ]   [ Track more shipments ]

Enter your email, submit up to three email addresses (separated by commas), add your message (optional), and click **Send email**.

From                                               Add a message to this email.

To

                                                                                    [ Send email ]