# EXHIBIT B

DHL - Tracking Number Detail

Page 1 of 1



## TRACKING RESULTS: DETAIL

Start a new search

**Tracking Number:**  8659371136

**Shipment Summary:**

Current Status:  Shipment delivered.
Delivered on:  7/28/04  9:15 am
Delivered to:
Signed for by:  RAED

**Shipment History:**

| DATE | TIME | ACTIVITY AND COMMENTS | LOCATION |
| --- | --- | --- | --- |
| 7/28/04 | 9:15 am | Shipment delivered. | Tel Aviv, Israel |
| 7/27/04 | 10:26 am | In transit. | Tel Aviv, Israel |
|  | 10:13 am | With delivery courier. | Tel Aviv, Israel |
|  | 9:04 am | In transit. | Tel Aviv, Israel |
| 7/22/04 | 8:38 am | Clearance Delay. | Tel Aviv, Israel |
| 7/21/04 | 6:29 am | Arrived at DHL facility. | New York, NY |
| 7/20/04 | 9:47 pm | Departing origin. | Philadelphia, PA |
|  | 6:10 pm | Picked Up by DHL. | Shipper's Door |

**Shipper:**

COZEN O'CONNOR
Philadelphia, PA  191033527
United States

**Receiver:**

AL AGSA ISLAMIC BANK
West Bank
II

**Shipment Detail:**

Service:  Next Day AM
Special:
Weight:  10
Pieces:

Ship Type:
Description:  DOCUMENTS
Shipper's Reference:

back to top



- Tracking detail provided by DHL: 8/3/2004, 7:10:29 am pt.
- For assistance, please contact us.
- You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other use of DHL tracking systems and information is strictly prohibited.

© DHL  |  Privacy Policy  |  Contact Us  |  Site Map  |  DHL Global/Corporate Information  |  Home

http://track.dhl-usa.com/TrackByNbr.asp

8/3/2004