# **EXHIBIT G**



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

03/30/2005

Dear Customer:

Here is the proof of delivery for the shipment with tracking number 619389912646. Our records reflect the following information.

Delivery Information:

Signed for by: J.TOOR

Delivery Location: 555 GROVE STREET
Delivery Date: Jun 1, 2004 09:54

Shipping Information:

Tracking number: 619389912646

Ship Date: May 28, 2004

Recipient:
HISHAM AL TALIB
555 GROVE STREET
HERNDON, VA 20170
US

Shipper:
COZEN O'CONNOR
COZEN O'CONNOR
1900 MARKET ST
PHILADELPHIA, PA 191033527
US

Reference:                           117430.000

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx®

Track Shipments                                                                              (?) Quick Help
## Detailed Results

| | | | |
|---|---|---|---|
| Tracking number | 619389912646 | Reference | 117430.000 |
| Signed for by | J.TOOR | Delivery location | HERNDON, VA |
| Ship date | May 28, 2004 | Service type | Priority Overnight |
| Delivery date | Jun 1, 2004 9:54 AM | | |
| Status | Delivered | | |

Date/Time       Activity           Location         Details

[ Signature proof ]   [ Track more shipments ]

Email your detailed tracking results (optional)

Enter your email, submit up to three email addresses (separated by commas), add your message (optional), and click **Send email**.

Add a message to this email.

From

To

[ Send email ]