# <u>EXHIBIT I</u>



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

03/30/2005

Dear Customer:

Here is the proof of delivery for the shipment with tracking number 619389911569. Our records reflect the following information.

Delivery Information:

Signed for by: ..DARKAZANKI
Delivery Location: UHLENHORSETERWEG 34 11
Delivery Date: May 27, 2004 10:19

Shipping Information:

Tracking number: 619389911569

Ship Date: May 25, 2004

Recipient:
COMPANY
UHLENHORSETERWEG 34 11
HAMBURG 22085
DE

Shipper:
MIKE ROBERTS
COZEN OCONNOR-PHILADELPHIA
1900 MARKET STREET
PHILADELPHIA , PA 19103
US

Reference:

117430.000

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx®

FedEx | Track

Track Shipments
## Detailed Results

Quick Help

| | | | |
|---|---|---|---|
| Tracking number | 619389911569 | Reference | 117430.000 |
| Signed for by | ..DARKAZANKI | Delivery location | HAMBURG DE |
| Ship date | May 25. 2004 | Service type | Priority Overnight |
| Delivery date | May 27, 2004 10:19 AM | | |
| Status | Delivered | | |

Date/Time                                    oration

[ Signature proof ]   [ Track more shipments ]

Email your detailed tracking results (optional)

Enter your email, submit up to three email addresses (separated by commas), add your
message (optional), and click **Send email**.

Add a message to this email.

From

To

[ Send email ]