# EXHIBIT K



| | |
|---|---|
| FedEx Express<br>Customer Support Trace<br>3875 Airways Boulevard<br>Module H, 4th Floor<br>Memphis, TN 38116 | U.S. Mail: PO Box 727<br>Memphis, TN 38194-4643<br><br>Telephone: 901-369-3600 |

03/30/2005

Dear Customer:

Here is the proof of delivery for the shipment with tracking number 619389911250. Our records reflect the following information.

Delivery Information:

Signed for by: .CO STAMP NASCO
Delivery Location: CORSO SEMPIONE 69
Delivery Date: May 27, 2004 11:20

Shipping Information:

Tracking number: 619389911250            Ship Date: May 25, 2004

Recipient:
DI NASREDDIN AHMED IDRIS EC
CORSO SEMPIONE 69
MILAN , - 20149
IT

Shipper:
MIKE ROBERTS
COZEN OCONNOR-PHILADELPHIA
1900 MARKET STREET
PHILADELPHIA , PA 19103
US

Reference:                                117430.000

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx®

Track Shipments
## Detailed Results

| | | | |
|---|---|---|---|
| **Tracking number** | 619389911250 | **Reference** | 117430.000 |
| **Signed for by** | .CO STAMP NASCO | **Delivery location** | MILAN IT |
| **Ship date** | May 25, 2004 | **Service type** | Priority Overnight |
| **Delivery date** | May 27, 2004 11:20 AM | | |
| **Status** | Delivered | | |

[ Signature proof ]    [ Track more shipments ]

Email your detailed tracking results (optional)

Enter your email, submit up to three email addresses (separated by commas), add your message (optional), and click **Send email**.

From

To

Add a message to this email.

[ Send email ]