# EXHIBIT M



FedEx Express  
Customer Support Trace  
3875 Airways Boulevard  
Module H, 4th Floor  
Memphis, TN 38116

U.S. Mail: PO Box 727  
Memphis, TN 38194-4643

Telephone: 901-369-3600

03/30/2005

Dear Customer:

Here is the proof of delivery for the shipment with tracking number **619389911433**. Our records reflect the following information.

Delivery Information:

Signed for by: B.ARAKAT  
Delivery Location: HALLBYBACKEN 15  
Delivery Date: May 27, 2004 13:31

Shipping Information:

Tracking number: 619389911433

Ship Date: May 25, 2004

Recipient:  
SOMAILA NETWORK AB  
HALLBYBACKEN 15  
SPANGA 99999  
SE

Shipper:  
MIKE ROBERTS  
COZEN OCONNOR-PHILADELPHIA  
1900 MARKET STREET  
PHILADELPHIA , PA 19103  
US

Reference:                          117430.000

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service  
1-800-Go-FedEx®

Track Shipments                                                         ? Quick Help
## Detailed Results

| | | | |
|---|---|---|---|
| Tracking number | 619389911433 | Reference | 117430.000 |
| Signed for by | B.ARAKAT | Delivery location | SPANGA SE |
| Ship date | May 25, 2004 | Service type | Priority Overnight |
| Delivery date | May 27, 2004 1:31 PM | | |
| Status | Delivered | | |

[ Signature proof ]    [ Track more shipments ]

Enter your email, submit up to three email addresses (separated by commas), add your message (optional), and click **Send email**.

Add a message to this email.

From

To

[ Send email ]