# EXHIBIT O

State of Wisconsin
Adams County Sheriff's Dept
Civil Division
Friendship, WI 53934

Process Number:      2823                Court Number: 03CV6978

I, Roberta E Sindelar, Sheriff of Adams County Sheriff's Dept do hereby certify

that I received the within and foregoing Summons & Complaint on 31st day of

March, 2004, and that I served the same on:


    ENAAM M ARNAOUT                              (Defendant        )
    2561 Cth H  FCI-Oxford   INSIDE
    Oxford, WI  53952
    Served on: 1st day of April, 2004 at 09:34:00     by Kroetz, Mike
    Served to: Enaam Arnout
               2561 Cth H  FCI-Oxford   INSIDE
               Oxford, WI  53952

Returned on the 5th day of April, 2004

I also certify that I endorsed on the said copy the date of service, signed my

name, and added my official title thereto.

Dated the 5th day of April, 2004

Fees:
    Service:        0.00        Roberta E Sindelar, Sheriff
    Mileage:       12.75        Adams County Sheriff's Dept, Wisconsin
    Other  :       37.60
    Total  :       50.35        BY: _Sgt Mike Kroetz_____
                                   Authorized Representative
                                   Civil Division