# EXHIBIT P



PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES

COZEN
O'CONNOR
ATTORNEYS

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

1900 MARKET STREET     PHILADELPHIA, PA 19103-3508     215.665.2000     800.523.2900     215.665.2013 FAX     www.cozen.com

**J. Scott Tarbutton**
Direct Phone 215.665.7255
Direct Fax    215.701.2467
STARBUTTON@COZEN.COM

March 25, 2004

Laurie Falash
Adams County Sheriff's Office
P.O. Box 279
Friendship, Wisconsin 53934

    Re:   *Federal Insurance Co., et al. v. Al Qaida, et al.*,
            United States District Court for the Southern District of New York,
            <u>Docket No. 03-CV-6978</u>

Dear Ms. Falsh:

      I am once again requesting your assistance with service of process on Benevolence International Foundation ("Benevolence"), another defendant in the above referenced lawsuit. Prior to his imprisonment, Enaam M. Arnaout (Inmate Register No. 14504-424) was the executive director and founder of Benevolence, a Chicago-based Muslim charity that allegedly provided funds to assist the Al Qaida terrorist network. As a result of his status within the Muslim charity and his control over the organization's operations and funds, Mr. Arnaout is a sufficiently high-ranking official with the authority and/or responsibility to accept service of process on behalf of Benevolence. See <u>Smith v. Islamic Emirate of Afghanistan</u>, 2001 U.S. Dist. LEXIS 21712, *12 (S.D.N.Y.) (holding that service of process upon an incarcerated senior officer is a proper method for serving a foreign terrorist organization); <u>Legends Industries, Inc. v. C.P.P. Corp.</u>, 49 B.R. 935, 937 (Bankr. E.D.N.Y. 1985) (stating that the person accepting service of process should have the sufficient authority or responsibility within the organization so as to make it reasonable to assume that he will realize his responsibility and know what he should do with any legal papers served upon him).

March 25, 2004
Page 2

---

    Therefore, please serve the attached Summons and Amended Complaint on Benevolence through Mr. Arnaout and kindly return a notarized Affidavit of Service once your office has successfully completed service on Benevolence.

                            Sincerely,

                            COZEN O'CONNOR

                            By:    J. Scott Tarbutton

JST

PHILA1\2038809\1 117430.000

State of Wisconsin
Adams County Sheriff's Dept
Civil Division
Friendship, WI 53934

Process Number:     2823                Court Number: 03CV6978

I, Roberta E Sindelar, Sheriff of Adams County Sheriff's Dept do hereby certify that I received the within and foregoing Summons & Complaint on 31st day of March, 2004, and that I served the same on:

BENEVOLENCE                                               (Defendant     )
2561 Cth G FCI-Oxford
Oxford, WI   53952
Served on: 1st day of April, 2004 at 09:34:00      by Kroetz, Mike
Served to: Enaam M Arnaout
           2561 Cth G FCI-Oxford
           Oxford, WI   53952

Returned on the 5th day of April, 2004

I also certify that I endorsed on the said copy the date of service, signed my name, and added my official title thereto.

Dated the 5th day of April, 2004

Fees:
  Service:      0.00              Roberta E Sindelar, Sheriff
  Mileage:     12.75              Adams County Sheriff's Dept, Wisconsin
  Other  :     37.60
  Total  :     50.35              BY: _____
                                  Authorized Representative
                                  Civil Division