# **EXHIBIT R**

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 03 CV 6978

Date Filed: _____

Plaintiff:
**Federal Insurance Company, et al.**

vs.

Defendant:
**Al Qaida, et al.**

Received by Esquire Deposition Services, Inc. on the 30th day of March, 2004 at 10:58 am to be served on **SAAR FOUNDATION, C/O M. YACUB MIRZA, REGISTERED AGENT - 555 GROVE STREET, SUITE 114, HERNDON, VA 22070**.

I, Daniel F. Portnoy, being duly sworn, depose and say that on the **31st day of March, 2004 at 12:00 pm**, I:

**Personally Served** the within named person by hand delivering to and personally leaving a true copy of the **SUMMONS IN A CIVIL CASE and FIRST AMENDED COMPLAINT**.

**Description** of Person Served: Age: 50s, Sex: M, Race/Skin Color: Middle Eastern, Height: 5'10", Weight: 165, Hair: Black/Gray, Glasses: Y

I certify that I am United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

STATE OF VIRGINIA

COUNTY OF FAIRFAX

Subscribed and Sworn to before me on the 7th day of April, 2004 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

My Commission Expires: 12/31/07

_____
Daniel F. Portnoy
Process Server

Esquire Deposition Services, Inc.
1880 John F. Kennedy Blvd.
15th Floor
Philadelphia, PA 19103
(215) 988-9191
Our Job Serial Number: 2004000971

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

# UNITED STATES DISTRICT COURT

## Southern District of New York

Federal Insurance Company, et al

V.

al-Qaida, et al

SUMMONS IN A CIVIL CASE

CASE NUMBER: 03 CV 6978

TO ALL DEFENDANTS IN ATTACHED RIDER

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael J. Sommi, Esquire
Cozen O'Connor
45 Broadway Atrium
Suite 1600
New York, NY 10006

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**
CLERK

(By) DEPUTY CLERK

SEP 10 2003
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 3-31-04 at 12:00pm |
| NAME OF SERVER (PRINT) Daniel F. Portnoy | TITLE private process server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Yacub Mirza
555 Grove St., Suite 114, Herndon, VA 22070

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-7-04
           Date

Signature of Server

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.