UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |
|---|---|

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN)

### [PROPOSED] FINAL ORDER OF JUDGMENT ON BEHALF OF *ASHTON XIX* PLAINTIFFS IDENTIFIED AT EXHIBIT A

Upon consideration of the evidence and arguments submitted by Plaintiffs identified in Exhibit A to this Order, plaintiffs in *Ashton et al. v. Al Qaeda Islamic Army et al.*, 02-cv-6977 (S.D.N.Y.) (GBD) (SN) ("*Ashton*"), who are each an immediate family member of a victim killed in the terrorist attacks on September 11, 2001, and the Judgment by Default for liability only against the Islamic Republic of Iran ("Iran") entered on 08/26/2015, together with the entire record in this case, it is hereby;

**ORDERED** that service of process was effected upon Iran in accordance with 28 U.S.C. § 1608(a) for sovereign defendants;

**ORDERED** that final judgment is entered against Iran and on behalf of the Plaintiffs in *Ashton*, as identified in the attached Exhibit A, who are the immediate family members of an individual killed in the terrorist attacks on September 11, 2001, as described in Exhibit A;

**ORDERED** that Plaintiffs identified in Exhibit A are awarded: solatium damages in the amount as set forth in Exhibit A;

**ORDERED** that the *Ashton* Plaintiffs identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment;

**ORDERED** that Plaintiffs identified in Exhibit A may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue; and it is

**ORDERED** that the remaining *Ashton* Plaintiffs not appearing on Exhibit A, may submit in later stages applications for damages awards, and to the extent they are for solatium or by estates for compensatory damages for decedents' pain and suffering from the September 11, 2001 attacks, they will be approved consistent with those approved herein for the Plaintiffs appearing on Exhibit A.

Dated: New York, New York
FEB 12 2020

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

# Exhibit A

Case 1:02-cv-06977-GBD-SN Document 1259 Filed 02/12/20 Page 3 of 4
Case 1:03-md-01570-GBD-SN Document 5605-1 Filed 01/15/20 Page 1 of 2

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | SUFFIX | PLAINTIFF FIRST NAME | PLAINTIFF MIDDLE NAME | PLAINTIFF LAST NAME | PLAINTIFF SUFFIX | RELATIONSHIP TO DECEDENT | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Stanley | S. | Smagala | Jr. | Andrew | | Smagala | | Sibling | $ 4,250,000.00 |
| 2 | Stanley | S. | Smagala | Jr. | Dena | | Smagala | | Spouse | $ 12,500,000.00 |
| 3 | Stanley | S. | Smagala | Jr. | Gary | | Smagala | | Sibling | $ 4,250,000.00 |
| 4 | Stanley | S. | Smagala | Jr. | James | | Smagala | | Sibling | $ 4,250,000.00 |
| 5 | Stanley | S. | Smagala | Jr. | Robert | | Smagala | | Sibling | $ 4,250,000.00 |
| 6 | Stanley | S. | Smagala | Jr. | Linda | | Kuzmiskas | | Sibling | $ 4,250,000.00 |