# EXHIBITS 1 TO 5

# EXHIBIT 1

(US)

Jan '98

OF THE 250 LOCAL AND FOREIGN-BASED NONGOVERNMENTAL
CHARITABLE ORGANIZATIONS (NGOS) THAT OPERATE WORLDWIDE, OVER 50
ARE INTERNATIONAL ISLAMIC NGOS CONDUCTING HUMANITARIAN WORK.
AVAILABLE INFORMATION INDICATES THAT APPROXIMATELY ONE THIRD OF
THESE ISLAMIC NGOS SUPPORT TERRORIST GROUPS OR EMPLOY INDIVIDUALS
WHO ARE SUSPECTED OF HAVING TERRORIST CONNECTIONS.
THIS REPORT DESCRIBES THE TERRORIST-RELATED ACTIVITIES AND
LINKAGES AMONG 15 OF THESE NGOS OPERATING IN OTHER PART OF THE
WORLD. INDIVIDUALS CONNECTED TO SOME OF THESE NGOS HAVE PLOTTED
TO KIDNAP OR KILL U.S. PERSONNEL.

INTERNATIONAL ISLAMIC CHARITIES HAVE ESTABLISHED A PRESENCE
IN NEARLY EVERY COUNTRY AROUND THE WORLD THAT HAS A SUBSTANTIAL
MUSLIM POPULATION. FOR BOTH TRADITIONAL AND MORE ACTIVIST
MUSLIMS, AIDING MUSLIMS IN DISTRESS IS A RELIGIOUS DUTY. ISLAMIC
ACTIVISTS DOMINATE THE LEADERSHIP OF THE LARGEST CHARITIES, AND
PROMINENT MEMBERS OF SOME SMALLER ORGANIZATIONS HAVE BEEN
IDENTIFIED AS EXTREMISTS. THE MAIN OBJECTIVES OF THESE
ORGANIZATIONS INCLUDE PROSELYTIZING, HELPING THE NEEDY, AND
DEFENDING MUSLIM COMMUNITIES FROM ENEMIES. WHERE MUSLIMS ARE
ENGAGED IN ARMED CONFLICT, SOME ISLAMIC ORGANIZATIONS PROVIDE
MILITARY AID AS PART OF A "HUMANITARIAN" PACKAGE.

THE MAIN ISLAMIC CHARITIES MAINTAIN HEADQUARTERS AND RAISE
MONEY IN A FEW REGIONAL CENTERS, THE MOST IMPORTANT BEING IN THE
ARABIAN PENINSULA AND SUDAN. SMALLER ORGANIZATIONS -- IMPORTANT
BECAUSE OF THEIR SUPPORT TO EXTREMIST GROUPS -- OFTEN HAVE
HEADQUARTERS IN EUROPE AND OFFICES IN NORTH AMERICA. PRIVATE
DONORS RETAIN A MAJOR INFLUENCE ON EACH GROUP'S POLICIES.

GOVERNMENTS IN THE ISLAMIC WORLD GENERALLY SUPPORT THE MAJOR
CHARITIES' RELIGIOUS ACTIVITIES AND HELP FINANCE THEM, BUT ARE
UNABLE TO MONITOR THE GROUPS OR CONTROL HOW THEY USE THEIR MONEY.
THESE GOVERNMENTS RELY ON THE NGOS TO COLLECT AND DISTRIBUTE MUCH
OF THE HUMANITARIAN AID GIVEN TO REFUGEES AND DISPLACED PERSONS.
LEADERS OF COUNTRIES WHERE ISLAMIC NGOS ARE BASED OR OPERATE ARE
UNLIKELY TO TAKE MAJOR STEPS TO STOP THE ORGANIZATIONS'
ACTIVITIES UNLESS THEY BELIEVE THAT THESE GROUPS THREATEN THEIR
OWN STABILITY OR ARE DAMAGING IMPORTANT BILATERAL OR MULTILATERAL
RELATIONSHIPS.



ALL OF THE MAJOR AND MOST OF THE MINOR ISLAMIC CHARITIES ARE SIGNIFICANT PLAYERS IN THE FORMER YUGOSLAVIA, PARTICULARLY IN AIDING BOSNIAN MUSLIMS. THEIR CONTRIBUTIONS REPRESENT A SIGNIFICANT PROPORTION OF HUMANITARIAN AID IN BOSNIA. ACCORDING TO THE US EMBASSY IN RIYADH, SAUDI NATIONALS ALONE GAVE $150 MILLION THROUGH ISLAMIC NGOS FOR AID TO BOSNIA IN 1994. MOST OF THE OFFICES OF NGOS ACTIVE IN BOSNIA ARE LOCATED IN ZAGREB, SARAJEVO, ZENICA, AND TUZLA. THEIR FIELD OPERATIONS APPEAR TO BE CONFINED TO THE MUSLIM AREAS OF NORTHEASTERN AND CENTRAL BOSNIA.

-- THE NGOS' CHARITABLE ACTIVITIES INCLUDE DELIVERY OF FOOD, CLOTHING, AND MEDICINE; SUPPORT TO ORPHANAGES, SCHOOLS, HOSPITALS, AND REFUGEE CAMPS; AND HOUSING CONSTRUCTION, INFRASTRUCTURE SUPPORT, AND AGRICULTURAL PROJECTS.

-- MANY OF THESE ORGANIZATIONS ALSO SUPPORT FOREIGN MUJAHEDIN FIGHTERS IN BOSNIA. COORDINATION COUNCILS BASED IN ZAGREB AND SARAJEVO COORDINATE THE ACTIVITIES OF THE MOST IMPORTANT ORGANIZATIONS. THESE COUNCILS MAY FUNCTION LIKE A SIMILAR ONE ESTABLISHED IN PESHAWAR, PAKISTAN, WHICH ORGANIZES ARMS SHIPMENTS AND AID TO MILITARY TRAINING CAMPS, AND PROVIDES HUMANITARIAN AID TO REFUGEES, ACCORDING TO A CLANDESTINE SOURCE.

A GROWING BODY OF REPORTING INDICATES THAT SOME OF THESE CHARITIES ARE BEING USED TO AID ISLAMIC EXTREMIST GROUPS THAT ENGAGE IN TERRORISM. WE HAVE INFORMATION THAT NEARLY ONE THIRD OF THE ISLAMIC NGOS IN THE BALKANS HAVE FACILITATED THE ACTIVITIES OF ISLAMIC GROUPS THAT ENGAGE IN TERRORISM, INCLUDING THE EGYPTIAN AL-GAMA'AT AL-ISLAMIYYA, PALESTINIAN HAMAS, ALGERIAN GROUPS, AND LEBANESE HIZBALLAH. SOME OF THE TERRORIST GROUPS, SUCH AS AL-GAMA'AT, HAVE ACCESS TO CREDENTIALS FOR THE UN HIGH COMMISSION FOR REFUGEES AND OTHER UN STAFFS IN THE FORMER YUGOSLAVIA.

EFFORTS TO COUNTER NGOS

EFFORTS BY GOVERNMENTS TO COUNTER TERRORIST GROUPS' USE OF NGOS ARE COMPLICATED BY DOMESTIC AND INTERNATIONAL POLITICAL CONCERNS, LEGAL CONSTRAINTS, AND THE SIZE AND FLEXIBILITY OF THE INTERNATIONAL EXTREMIST NETWORK. DOMESTIC ISLAMIC ORGANIZATIONS -- AND SOMETIMES FOREIGN GOVERNMENTS -- HAVE ACCUSED HOST

2

GOVERNMENTS OF ATTACKING LEGITIMATE ISLAMIC INSTITUTIONS AND
INTENTIONALLY HAMPERING RELIEF EFFORTS.  ALTHOUGH SOME
GOVERNMENTS HAVE PROVED WILLING TO ACT WHEN THEIR OWN INTERESTS
WERE AT STAKE AND WHEN LEGAL GROUNDS EXISTED FOR TARGETING
INDIVIDUAL NGO EMPLOYEES OR EVEN NGO BRANCH OFFICES, ONLY SOME
MEASURES HAVE PROVED EFFECTIVE AND ALL HAVE DRAWBACKS.  FOUR
APPROACHES HAVE BEEN USED.

CLOSED NGO OFFICES.  SEVERAL COUNTRIES -- INCLUDING ITALY,
AUSTRIA, ALBANIA, CROATIA, MACEDONIA, PAKISTAN, AND SAUDI ARABIA
-- HAVE CLOSED THE OFFICES OF NGOS WHOSE MEMBERS SUPPORTED
OPPOSITION GROUPS, OTHERWISE ATTACKED THE GOVERNMENT, OR
CONDUCTED CERTAIN ILLEGAL ACTIVITIES SUCH AS ARMS SMUGGLING.  IN
EACH CASE, SOME EMPLOYEES OF THE TARGETED OFFICES ESCAPED AND
JOINED OTHER NGOS, USUALLY IN NEIGHBORING COUNTRIES, WHERE THEY
CONTINUED THEIR ACTIVITIES.  IN SOME CASES, THE OFFICES REOPENED
LATER AT NEW ADDRESSES.

CONTROL FINANCES.  SAUDI ARABIA, KUWAIT, AND THE UNITED ARAB
EMIRATES HAVE TAKEN STEPS IN THE PAST TWO YEARS TO CONTROL THE
FLOW OF MONEY TO EXTREMISTS.  THEY HAVE PASSED LAWS MANDATING
THAT MAJOR DONATIONS GO ONLY TO GOVERNMENT-APPROVED CHARITIES OR
A CENTRAL COLLECTING AGENCY, AND THEY HAVE REMOVED STREET-CORNER
CHARITY BOXES PLACED BY SOME NGOS:

-- CENTRAL COLLECTING AGENCIES HAVE INCREASED THEIR
RESOURCES AND POWER, BUT WE HAVE NO EVIDENCE THAT THESE EFFORTS
HAVE PROVED EFFECTIVE IN CURBING THE ACTIVITIES OF NGOS.  MOST
MEASURES ARE ONE-TIME-ONLY ACTS WITH LITTLE FOLLOW-UP, AND
OVERSIGHT OF FIELD OPERATIONS HAS NOT INCREASED.

-- DONATIONS FROM CITIZEN'S OVERSEAS ACCOUNTS UNDOUBTEDLY
CONTINUE, AND SMALLER NGOS MAY BE BACKED BY POWERFUL INTEREST
GROUPS.

-- MOST GOVERNMENTS HAVE LITTLE OR NO AUTHORITY OVER NGOS
BASED ON THEIR TERRITORY.

CONTROL STAFFING.  GOVERNMENTS HAVE SOMETIMES EXERTED
GREATER CONTROL OVER PERSONNEL IN SEMIOFFICIAL NGOS, PARTICULARLY
WHEN PRESSURED BY FOREIGN GOVERNMENTS.  FOR EXAMPLE, SAUDI ARABIA
FIRED THE HEAD OF THE PESHAWAR, PAKISTAN BRANCH OF THE MUSLIM
WORLD LEAGUE, WHO WAS ILLICITLY SUPPLYING LEAGUE DOCUMENTATION

3



AND ARMS TO MILITANTS IN AFGHANISTAN AND TAJIKISTAN, AFTER COMING
UNDER PRESSURE TO DO SO FROM EGYPT, ALGERIA, AND OTHER STATES.
WE CONTINUE TO HAVE EVIDENCE THAT EVEN HIGH RANKING MEMBERS OF
THE COLLECTING OR MONITORING AGENCIES IN SAUDI ARABIA, KUWAIT,
AND PAKISTAN -- SUCH AS THE SAUDI HIGH COMMISSION -- ARE INVOLVED
IN ILLICIT ACTIVITIES, INCLUDING SUPPORT FOR TERRORISTS.

ARREST INDIVIDUAL MEMBERS. SOME COUNTRIES HAVE CONTINUED TO
ALLOW SUSPECT NGOS TO OPERATE WHILE ARRESTING INDIVIDUAL MEMBERS
FOR TERRORISM OR OTHER ILLEGAL ACTS. THIS TACTIC, WHEN APPLIED
CONSISTENTLY, APPEARS TO BE THE MOST SUCCESSFUL IN HALTING
ILLEGAL ACTIVITIES WITHIN NGOS. FOR EXAMPLE, POLICE IN THE
PHILIPPINES HAVE BEEN INVESTIGATING PEOPLE AND ORGANIZATIONS,
INCLUDING NGOS, INVOLVED IN PLOTS AGAINST WESTERN AIRLINERS,
AMBASSADORS, THE POPE, AND PHILIPPINE OFFICIALS SINCE JANUARY
1995. THESE INVESTIGATIONS HAVE LED TO PERIODIC ARRESTS AND
APPEAR TO HAVE PREVENTED SOME NGOS, INCLUDING THE INTERNATIONAL
ISLAMIC RELIEF ORGANIZATION, FROM CONTINUING TO BE USED AS COVER
FOR ILLICIT ACTIVITIES. THE PHILIPPINE GOVERNMENT HAS ESCAPED
CONDEMNATION FOR ITS EFFORTS BY ALL BUT EXTREMIST ISLAMIC GROUPS
AND APPEARS TO HAVE FOILED, TO DATE, ANY ATTEMPTS BY THOSE GROUPS
TO EXACT REVENGE.

OTHER COUNTRIES HAVE FACED RETRIBUTION FROM EXTREMIST
ISLAMIC GROUPS FOR THE ARREST OF THEIR MEMBERS, HOWEVER. FOR
EXAMPLE, EGYPTIAN ISLAMIC EXTREMIST GROUPS CONDUCTED TERRORIST
ATTACKS IN BOTH CROATIA AND PAKISTAN THIS YEAR BECAUSE THOSE
GOVERNMENTS ARRESTED KNOWN TERRORISTS OPERATING WITHIN NGOS. IN
BOTH CASES, THE GOVERNMENTS CLAIM THAT THE ATTACKS WERE
PERPETRATED WITH THE HELP OF EXTREMISTS OPERATING IN DIFFERENT
NGOS.

PROFILES OF NGOS WITH EXTREMIST TIES IN BOSNIA

THE FOLLOWING 15 ORGANIZATIONS EMPLOY MEMBERS OR OTHERWISE
FACILITATE THE ACTIVITIES OF TERRORIST GROUPS OPERATING IN
BOSNIA. MANY OF THE ORGANIZATIONS BELONG TO COORDINATION
COUNCILS. SOME ISLAMIC NGOS NOT INCLUDED IN THIS LIST HAVE
TERRORIST CONNECTIONS OUTSIDE OF THE BALKANS.

AL-HARAMAYN ISLAMIC FOUNDATION

-- ARABIC NAME: MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA.

4

-- AKA:  THE CHARITABLE ESTABLISHMENT OF THE TWO HOLY MOSQUES.

-- OFFICES:  ZAGREB, RIJEKA, OSIJEK, AND BELIKOJ GORICI, ALBANIA.

HAS HAD OFFICES IN MACEDONIA, SUDAN, AND SOMALIA.

-- EXTREMIST CONNECTIONS:  AL-GAMA'AT AL-ISLAMIYYA.

-- SUPPORT FOR EXTREMIST/TERRORIST ACTIVITIES:  AL-HARAMAYN HELPS FUND AND SUPPORT THE MUJAHEDIN BATTALION IN ZENICA, ACCORDING TO A FOREIGN GOVERNMENT SERVICE.  THE ZAGREB OFFICE HAS BEEN RAIDED OFTEN BY CROATIAN SECURITY FOR SMUGGLING ACTIVITIES. IN MACEDONIA, PRESS REPORTS HAVE ACCUSED THE ORGANIZATION OF ILLEGAL FUNDING THROUGH DRUGS AND PROSTITUTION.

-- LINKS TO OTHER NGOS:  NO INFORMATION.

HUMAN APPEAL INTERNATIONAL (HAI)

-- ARABIC NAME:  HAY'AT AL-A'MAL AL-KHAYRIYYA.

-- AKA:  CHARITABLE WORKS ORGANIZATION/COMMITTEE, CHARITY ORGANIZATION (ORIGINAL NAME).

-- OFFICES:  ZAGREB AND TUZLA.  HEADQUARTERED IN DUBAI, UNITED ARAB EMIRATES.  OTHER OFFICES IN SIDON, KHARTOUM, NOUAKCHOTT, MAURITANIA, AND ALSO IN DENMARK, TURKEY, AND THE UNITED KINGDOM.

-- EXTREMIST CONNECTIONS:  HAMAS.

-- SUPPORT TO EXTREMIST/TERRORIST ACTIVITIES:  AMONG OTHER ACTIVITIES, THIS ORGANIZATION PROBABLY ACTS AS A FUND-RAISER FOR HAMAS, ACCORDING TO A FOREIGN GOVERNMENT SERVICE.

-- LINKS TO OTHER NGOS:  COORDINATION COUNCIL, HUMAN RELIEF INTERNATIONAL (HRI), MUWAFAQ, QATAR CHARITABLE SOCIETY.

HUMAN CONCERN INTERNATIONAL (HCI)

-- OFFICES:  ZAGREB.  HEADQUARTERS IN OTTAWA, CANADA WITH OTHER OFFICES IN PAKISTAN, LEBANON, AND SWEDEN.

5



-- EXTREMIST CONNECTIONS: AL-GAMA'AT AL-ISLAMIYYA, ALGERIAN GROUPS.

-- SUPPORT TO EXTREMIST/TERRORIST ACTIVITY: TWO FOREIGN GOVERNMENT SERVICES REPORT THAT HCI PROVIDES SUPPORT TO THE ALGERIAN ARMED ISLAMIC GROUP AND HAS CONTACTS WITH AL-GAMA'AT. ACCORDING TO ONE SERVICE, THE OFFICE IN SWEDEN MAY SMUGGLE WEAPONS TO BOSNIA. PAKISTANI PRESS REPORTS THAT THE HEAD OF THE

OFFICE IN PAKISTAN WAS ARRESTED RECENTLY FOR HIS SUSPECTED ROLE IN THE NOVEMBER 1995 BOMBING OF THE EGYPTIAN EMBASSY IN ISLAMABAD. OTHER PRESS REPORTS SAY THAT THE ENTIRE PESHAWAR OFFICE IS MADE UP OF GAMA'AT MEMBERS.

-- LINKS TO OTHER NGOS: NO INFORMATION.

HUMAN RELIEF INTERNATIONAL (HRI)

-- AKA: HUMAN RELIEF AGENCY (HRA), A SUBSIDIARY OF HRI.

-- OFFICES: ZAGREB, TUZLA, KOSOVO, DOBRINJA, AND PROBABLY LUKAVAC, ZIVINICE, KISELJAK, AND LONDON. SUBORDINATE TO THE EGYPTIAN DOCTOR'S UNION, WHICH IS DOMINATED BY MEMBERS OF THE MUSLIM BROTHERHOOD. A FOREIGN GOVERNMENT SERVICE REPORTS THAT THE ORGANIZATION HAS SPILT INTO TWO GROUPS, HRI AND HRA.

-- EXTREMIST CONNECTIONS: POSSIBLY HAMAS, ALGERIAN MILITANTS, AL-GAMA'AT AL-ISLAMIYYA.

-- SUPPORT TO EXTREMIST/TERRORIST ACTIVITY: IN 1993 MUHAMMAD SA'D DARWISH AL-SHAZY, A HRI EMPLOYEE AND MEMBER OF A RADICAL ISLAMIC EXTREMIST GROUP, POSSIBLY HAMAS, USED THE HRA'S ZAGREB OFFICE AND A MOSQUE TO PROMOTE IDEAS FOR TERRORIST ACTS, ACCORDING TO THE SERVICE. THE REPORTING CLAIMS THAT AL-SHAZY'S GROUP WAS CONSIDERING COMMITTING ANTI-JEWISH BOMBINGS THERE, AND INCLUDED THE HEADS OF THE ZAGREB OFFICES OF THE SAUDI HIGH COMMISSION AND THE KUWAITI JOINT RELIEF COMMITTEE, THE HEAD OF HRI'S VIENNA OFFICE, AND MEMBERS OF THE SAUDI-BASED INTERNATIONAL ISLAMIC RELIEF ORGANIZATION AND THE PRIVATELY-RUN QATAR CHARITABLE SOCIETY. AT A DECEMBER 1993 MEETING IN THE HRA OFFICE IN ZAGREB, ACCORDING TO THE SAME SOURCE, SOME OF THE GROUP DISCUSSED PLANS TO ASSASSINATE A FORMER ALGERIAN PRIME MINISTER

6



AND PLO CHIEF YASIR ARAFAT, AND TO CONDUCT BOMBINGS TO SUPPORT
THE "BROTHER ALGERIANS" IN CROATIA.  HRA'S OFFICE IN ALBANIA WAS
STAFFED BY GAMA'AT MEMBERS, INCLUDING THE LATE ANWAR SHABAN,
KILLED BY CROATIAN SECURITY FORCES IN DECEMBER, WHO WERE INVOLVED
IN THE 1993 SURVEILLANCE OF THE US EMBASSY IN TIRANA.  THE OFFICE
WAS CLOSED IN APRIL 1995 DUE TO PRESSURE FROM ALBANIAN
AUTHORITIES.

-- LINKS TO OTHER NGOS:  COORDINATION COUNCIL, INTERNATIONAL
ISLAMIC RELIEF ORGANIZATION, QATAR CHARITABLE SOCIETY, KUWAIT
JOINT RELIEF COMMITTEE, SAUDI HIGH COMMISSION.

INTERNATIONAL HUMANITAIRE HILFSORGANIZATION (IHI:

-- AKA:  INTERNATIONAL HUMANITARIAN RELIEF ORGANIZATION.

-- OFFICES:  ZAGREB AND SARAJEVO.  HEADQUARTERS IN GERMANY,
ESTABLISHED BY A MEMBER OF THE TURKISH REFAH PARTY.

-- EXTREMIST CONNECTIONS:  IRAN, ALGERIAN GROUPS.

-- SUPPORT FOR EXTREMIST/TERRORIST ACTIVITY:  THE SARAJEVO
OFFICE DIRECTOR HAS BEEN LINKED TO IRANIAN OPERATIVES.

-- LINKS TO OTHER NGOS:  NO INFORMATION.

-- INTERNATIONAL ISLAMIC RELIEF ORGANIZATION (IIRO)

-- ARABIC NAME:  HAY'AT AL-IGHATHA AL-ISLAMIYYA AL-'ALAMIYYA.

-- AKA:  IGHATHA OR IGASA.

-- OFFICES:  ZAGREB, SARAJEVO, SPLIT, LJUBLJANA, AND TUZLA; ALSO
IN VIENNA, AUSTRIA.  OPERATES IN CELIC, GRACANICA, ZIVINICE,
SREBRENIK, BANOVICI, KALESIJA, AND TEOCAK.  HEADQUARTERS IN
JIDDAH, SAUDI ARABIA.  THE IIRO IS AFFILIATED WITH THE MUSLIM
WORLD LEAGUE (MWL), A MAJOR INTERNATIONAL ORGANIZATION LARGELY
FINANCED BY THE GOVERNMENT OF SAUDI ARABIA.  LAST YEAR, THE HEAD
OF THE MWL, WHO IS APPOINTED BY KING FAHD, WAS ALSO CHAIRMAN OF
THE BOARD OF TRUSTEES OF THE IIRO, ACCORDING TO IIRO LITERATURE.
THE IIRO HAS OFFICES IN OVER 90 COUNTRIES.

-- EXTREMIST CONNECTIONS:  HAMAS, ALGERIANS, AL-GAMA'AT

7



AL-ISLAMIYYA. RAMZI AHMED YOUSEF, WHO IS AWAITING TRIAL IN NEW
YORK FOR HIS SUSPECTED INVOLVEMENT IN THE WORLD TRADE CENTER
BOMBING. USAMA BIN LADIN, A WEALTHY SAUDI-BORN BUSINESSMAN
CURRENTLY RESIDING IN SUDAN WHO SUPPORTS VARIOUS ISLAMIC
EXTREMIST GROUPS.

-- SUPPORT FOR EXTREMIST/TERRORIST ACTIVITY: THE REGIONAL
FINANCIAL ACCOUNTANT FOR THE IIRO, AN EGYPTIAN NAMED HOSSAM
MZAWAD MOHAMMAD ALI, WAS DETAINED BY CROATIAN AUTHORITIES IN A
RAID IN ZAGREB IN APRIL 1995 AND HAS RELOCATED TO LJUBLJANA,
ACCORDING TO A FOREIGN GOVERNMENT SERVICE. THE MACEDONIAN
GOVERNMENT CLOSED THE IIRO OFFICE IN SKOPJE IN MARCH 1995 FOR
AIDING ALBANIAN ETHNIC POLITICAL PARTIES AND THE ALBANIAN ISLAMIC
YOUTH ORGANIZATION. THE FORMER HEAD OF THE IIRO OFFICE IN THE
PHILIPPINES, MOHAMMAD JAMAL KHALIFA, HAS BEEN LINKED TO MANILA-
BASED PLOTS TO TARGET THE POPE AND US AIRLINES; HIS BROTHER-IN-
LAW IS USAMA BIN LADIN. ANOTHER HIGH-RANKING OFFICIAL IN THE
PHILIPPINES LEADS HAMAS MEETINGS, AND THE MAJORITY OF HAMAS
MEMBERS IN THE PHILIPPINES ARE EMPLOYED BY THE ORGANIZATION. THE
IIRO HELPS FUND SIX MILITANT TRAINING CAMPS IN AFGHANISTAN,
ACCORDING TO A CLANDESTINE SOURCE.

-- LINKS TO OTHER NGOS: COORDINATION COUNCIL, HRA, THIRD WORLD
RELIEF AGENCY, QATAR CHARITABLE SOCIETY, KJRC, SAUDI HIGH
COMMISSION.

ISLAMIC RELIEF AGENCY (ISRA)

-- AKA: IARA, YARA, AFRICAN ISLAMIC RELIEF AGENCY.

-- OFFICES: SARAJEVO, ZAGREB, TIRANA, TUZLA, KALESIJA, AND
UNSPECIFIED CITIES IN GERMANY. OPERATES IN KALESIJA, BANOVICI,
DOBOJ EAST, AND ZVORNIK. BASED IN KHARTOUM, SUDAN. OFFICES IN
30 COUNTRIES WORLDWIDE.

-- EXTREMIST CONNECTIONS: SUDAN.

-- SUPPORT TO EXTREMIST/TERRORIST ACTIVITY: THE ISRA OFFICE IN
ZAGREB PROVIDES WEAPONS TO THE BOSNIAN MILITARY, ACCORDING TO A
CLANDESTINE SOURCE. THE SOURCE CLAIMED THE OFFICE WAS CONTROLLED
BY OFFICIALS OF SUDAN'S RULING PARTY, THE NATIONAL ISLAMIC FRONT.

-- LINKS TO OTHER NGOS: THIRD WORLD RELIEF AGENCY.



KUWAITI JOINT RELIEF COMMITTEE (KJRC)

-- AKA:  GENERAL COMMITTEE FOR REFUGEE ASSISTANCE.

-- OFFICES:  ZAGREB, SARAJEVO, AND LJUBLJANA.  KJRC IS THE
OFFICIAL KUWAITI GOVERNMENT ORGANIZATION WHICH DISTRIBUTES FUNDS
TO OTHER NGOS.

-- EXTREMIST CONNECTIONS:  POSSIBLY HAMAS, ALGERIANS, AL-GAMA'AT
AL-ISLAMIYYA.

-- SUPPORT TO EXTREMIST/TERRORIST ACTIVITY:  THE ZAGREB OFFICE
DIRECTOR, PROFESSOR SHAIKH ABU ADIL UTHMAN AL-HAYDER, WAS
DESCRIBED BY AN ASSOCIATE AS A "POWERFUL HAMAS AND MUSLIM
BROTHERHOOD MEMBER," ACCORDING TO A FOREIGN GOVERNMENT SERVICE,
AND MEMBERS OF HIS OFFICE WERE INVOLVED IN MEETINGS INVOLVING
SEVERAL EXTREMIST GROUPS HELD AT THE HUMAN RELIEF AGENCY OFFICE
IN ZAGREB IN 1993 (SEE HRI FOR FURTHER DETAILS).

-- LINKS TO OTHER NGOS:  HRI (HRA), IIRO, QATAR CHARITABLE
SOCIETY, SAUDI HIGH COMMISSION.

LAJNAT AL-BIRR AL-ISLAMIYYA (LBI)

-- AKA:  ISLAMIC CHARITY COMMITTEE; PROBABLY A SUBSIDIARY OF THE
SAUDI-BASED MUSLIM WORLD LEAGUE.
OFFICES:  ZAGREB AND ZENICA.  HEADQUARTERS IN JIDDAH, SAUDI
ARABIA.

-- EXTREMIST CONNECTIONS:  AFGHAN VETERANS.

-- SUPPORT TO EXTREMIST/TERRORIST ACTIVITY:  ONE ZAGREB
EMPLOYEE, IDENTIFIED AS SYRIAN-BORN US CITIZEN ABU MAHMUD, WAS IN
PAKISTAN AT AN UNSPECIFIED TIME, ACCORDING TO A FOREIGN
GOVERNMENT SERVICE.  HE MATCHES THE DESCRIPTION, PROVIDED BY A
CLANDESTINE SOURCE, OF A MAN WHO WAS ALLEGEDLY INVOLVED IN THE
KIDNAPPING OF SIX WESTERNERS IN KASHMIR IN JULY 1995, AND WHO
LEFT PAKISTAN IN EARLY OCTOBER FOR BOSNIA VIA THE UNITED STATES.
THE SOURCE SAID THAT HE WORKED AT VARIOUS TIMES FOR LBI, MAKTAB
AL-KHIDMAT, AND BENEVOLENCE FOUNDATION INTERNATIONAL IN PAKISTAN.
LAJNAT AL-BIRR HAS PROVIDED SUPPORT TO A COMMANDER OF AT LEAST



ONE TRAINING CAMP IN AFGHANISTAN, ACCORDING TO A CLANDESTINE
SOURCE.

-- LINKS TO OTHER NGOS:  IIRO, POSSIBLY MAKHTAB AL-KHIDAMAT.
PROBABLY A SUBSIDIARY OF THE SAUDI-BASED MUSLIM WORLD LEAGUE.

MAKHTAB AL-KHIDAMAT (MAK)

-- AKA:  HUMAN SERVICES ORGANIZATION/OFFICE (HSO), AL-KIFAH.

-- OFFICES:  ZAGREB AND SARAJEVO.  HEADQUARTERS IN PESHAWAR,
PAKISTAN.

-- EXTREMIST CONNECTIONS:  ALGERIAN GROUPS, AFGHAN VETERANS,
RAMZI YOUSEF, USAMA BIN LADIN, AND POSSIBLY HIZBALLAH, AND
AL-GAMA'AT AL-ISLAMIYYA.

-- SUPPORT TO EXTREMIST/TERRORIST ACTIVITY:  ACCORDING TO A
FOREIGN GOVERNMENT SERVICE, THE FORMER DIRECTOR OF THE ZAGREB
OFFICE OF HSO AND HIS DEPUTY WERE BOTH SENIOR MEMBERS OF ALGERIAN
EXTREMIST GROUPS;  FRENCH POLICE ARRESTED THE DEPUTY FOR WEAPONS
SMUGGLING IN FRANCE IN JULY 1994, ACCORDING TO A FRENCH LAW
ENFORCEMENT OFFICIAL.  ANOTHER FOREIGN GOVERNMENT SERVICE
REPORTED THAT AN ALGERIAN NATIONAL AFFILIATED WITH HSO AND A
SENIOR COMMANDER OF THE MUJAHEDIN, ALSO ALGERIAN, WERE PREPARING
FOR AN UNSPECIFIED TERRORIST ATTACK IN EUROPE IF SHAYKH UMAR ABD
AL-RAHMAN, THEN ON TRIAL IN NEW YORK FOR COMPLICITY IN THE 1993
WORLD TRADE CENTER BOMBING, WERE CONVICTED.  THE SHAYKH WAS
CONVICTED IN OCTOBER 1995 OF CONSPIRACY TO COMMIT TERRORIST ACTS
IN THE UNITED STATES.  HE WAS SENTENCED TO LIFE IN PRISON WITHOUT
PAROLE ON 17 JANUARY 1996.  IN APRIL 1995 THE CROATIAN SERVICE
DETAINED AN ALGERIAN EMPLOYEE OF THE HSO WHO HAD IN HIS
POSSESSION PASSPORTS OF ARAB INDIVIDUALS IN BOSNIA, INCLUDING AN
EMPLOYEE OF THE THIRD WORLD RELIEF AGENCY, ACCORDING TO THE
SECOND SERVICE.  THE PRESS HAS REPORTED THAT SOME EMPLOYEES OF
MAK'S NEW YORK BRANCH WERE INVOLVED IN THE WORLD TRADE CENTER
BOMBING. THE PESHAWAR OFFICE FUNDS AT LEAST NINE TRAINING CAMPS
IN AFGHANISTAN, ACCORDING TO CLANDESTINE SOURCES.

-- LINKS TO OTHER NGOS:  TWRA, IIRO.  MAK IS SUSPECTED OF HAVING
LINKS TO THE MUSLIM WORLD LEAGUE.

MUWAFAQ FOUNDATION



-- ARABIC NAME: AL-MUWAFAQ.

-- AKA: MUWAFAQ, MUWAFAQ FOUNDATION, AND MUWAFAQ AL-KHAYRIYYA BENEVOLENT FOUNDATION.

-- OFFICES: ZAGREB, SARAJEVO, SPLIT, ZENICA, DOBRINJA, TIRANA, KONJIC, AND TUZLA. PLANS TO ESTABLISH OFFICES IN KAKANJ, VISOKO, VITEZ, TRAVNIK, BUGOJNO, MAJLAJ, MOSTAR, JABLANICA, AND PAZARIC. ALSO OPERATES IN TARCIN AND SIPOVO AND HAS OTHER BOSNIA-RELATED OFFICES IN SIEGEN, GERMANY, AND VIENNA, AUSTRIA. REGISTERED IN JERSEY, UNITED KINGDOM, BUT BASED IN KHARTOUM, SUDAN.

-- EXTREMIST CONNECTIONS: AL-GAMA'AT AL-ISLAMIYYA.

-- SUPPORT FOR EXTREMIST/TERRORIST ACTIVITY: THIS ORGANIZATION HELPS FUND THE EGYPTIAN MUJAHEDIN BATTALION IN BOSNIA, ACCORDING TO A FOREIGN GOVERNMENT SERVICE, AND IT ALSO FUNDS AT LEAST ONE TRAINING CAMP IN AFGHANISTAN.

-- LINKS TO OTHER NGOS: NO INFORMATION.

QATAR CHARITABLE SOCIETY/COMMITTEE

-- AKA: QATAR COMMITTEE TO SPONSOR ORPHANS.

-- OFFICES: ZAGREB, SARAJEVO, MOSTAR, TUZLA, ZENICA, AND SPLIT. ALSO OPERATES IN KALESIJA, KLADANJ, ZIVINICE, AND LUKAVAC. BASED IN DOHA, QATAR, AND FUNDED BY PRIVATE BUSINESSMEN.

-- EXTREMIST CONNECTIONS: POSSIBLY HAMAS, ALGERIANS.

-- SUPPORT FOR EXTREMIST/TERRORIST ACTIVITY: AN INDIVIDUAL IDENTIFIED BY THE SERVICE AS A HAMAS OFFICIAL IS LISTED AS A STAFF MEMBER IN BOTH QATAR AND THE HUMAN RELIEF AGENCY (SEE HRI), WHERE A HAMAS LEADER AND ALGERIANS MET IN 1993 TO DISCUSS TERRORIST OPERATIONS, ACCORDING TO A FOREIGN GOVERNMENT SERVICE.

-- LINKS TO OTHER NGOS: HRI, IIRO, KJRC, SAUDI HIGH COMMISSION, HUMAN APPEAL INTERNATIONAL, COORDINATION COUNCIL.

11



RED CRESCENT, IRAN

-- ARABIC NAME:  HELAL AHMAR.

-- AKA:  IRANIAN RED CRESCENT SOCIETY, IRANIAN HUMANITARIAN AID ORGANIZATION.

-- OFFICES:  SARAJEVO, SPLIT, TUZLA, AND ZENICA.

-- EXTREMIST CONNECTIONS:  IRAN.

-- SUPPORT FOR EXTREMIST/TERRORIST ACTIVITY:  OFTEN USED BY THE IRANIAN MOIS AS COVER FOR INTELLIGENCE OFFICERS, AGENTS, AND ARMS SHIPMENTS.

-- LINKS TO OTHER NGOS:  MERHAMET (CROATIA).

SAUDI HIGH COMMISSION

THE OFFICIAL SAUDI GOVERNMENT ORGANIZATION FOR COLLECTING AND DISBURSING HUMANITARIAN AID.

-- OFFICES:  ZAGREB, SARAJEVO, AND TUZLA.  OPERATES IN ZENICA, MOSTAR, AND SPLIT.

-- EXTREMIST CONNECTIONS:  HAMAS, ALGERIANS.

-- SUPPORT TO EXTREMIST/TERRORIST ACTIVITY:  (SEE HUMAN RELIEF INTERNATIONAL FOR DETAILS ON CONNECTIONS OF INDIVIDUAL MEMBERS TO POSSIBLY HAMAS AND ALGERIAN MILITANTS.)  THE OFFICES ARE STAFFED BY SAUDIS, SYRIANS, ALGERIANS, MOROCCANS, AND JORDANIANS, ACCORDING TO A FOREIGN GOVERNMENT SERVICE.

-- LINKS TO OTHER NGOS:  HRI, IIRO, KJRC, QATAR CHARITABLE SOCIETY.

THIRD WORLD RELIEF AGENCY (TWRA)

-- OFFICES:  ZAGREB, TUZLA, SARAJEVO, SPLIT, ISTANBUL, AND UNSPECIFIED CITIES IN GERMANY AND SWITZERLAND.  HEADQUARTERED IN SUDAN, OFFICE IN TURKEY.

12



-- EXTREMIST CONNECTIONS: AL-GAMA'AT AL-ISLAMIYYA.

-- SUPPORT TO EXTREMIST/TERRORIST ACTIVITY: AN EMPLOYEE OF TWRA ALLEGED TO BE A MEMBER OF GAMA'AT CARRIED OUT A SUICIDE CAR BOMBING OF A CROATIAN POLICE FACILITY IN RIJEKA IN MID-OCTOBER, IN RETALIATION FOR THE CROATIANS' ARREST OF A SENIOR GAMA'AT MEMBER, ACCORDING TO A FOREIGN GOVERNMENT SERVICE. THE BOMBING WAS OVERSEEN BY ANWAR SHABAN, FORMER LEADER OF THE MUJAHEDIN IN ZENICA WHO WAS KILLED IN DECEMBER 1995 BY CROATIAN SECURITY FORCES. HE AND OTHER MUJAHEDIN LEADERS HAD BEGUN PLANNING TO ATTACK NATO FORCES WHICH WOULD BE SENT TO BOSNIA, ACCORDING TO A FOREIGN GOVERNMENT SERVICE. A CONFIDENTIAL CONTACT REPORTS THAT THE REGIONAL DIRECTOR OF THE ORGANIZATION, DR. MUHAMMAD FATIH HASANAYN, IS THE MOST INFLUENTIAL NGO OFFICIAL IN BOSNIA. HE IS A MAJOR ARMS SUPPLIER TO THE GOVERNMENT, ACCORDING TO CLANDESTINE AND PRESS REPORTING, AND WAS FORCED TO RELOCATE HIS OFFICE FROM ZAGREB IN 1994 AFTER HIS WEAPONS SMUGGLING OPERATIONS WERE EXPOSED. ACCORDING TO A FOREIGN GOVERNMENT SERVICE, HASANAYN SUPPORTS US MUSLIM EXTREMISTS IN BOSNIA. (ONE NGO IN BOSNIA THAT INCLUDES EXTREMIST US MUSLIMS IS TAIBAH INTERNATIONAL, WHICH HAS OFFICES IN ZAGREB, SPLIT, AND SARAJEVO.) IN AUGUST 1995, HASANAYN SENT HIS BROTHER TO ITALY TO ASSESS THE GAMA'AT NETWORK THERE AFTER THE RAIDS BY ITALIAN POLICE, ACCORDING TO A FOREIGN GOVERNMENT SERVICE. HASANAYN INTENDED TO RESUME FUNDING AL-GAMA'AT AND OTHER EXTREMISTS IN MILAN AND ROME WHEN THE NETWORK WAS REBUILT.

-- LINKS TO OTHER NGOS: MAK, ISRA, MWL.

THE ISLAMIC WORLD COMMITTEE OR COMMISSION

-- ARABIC: LAJNAT AL-'ALAM AL-ISLAMI
-- IS A SUBCOMMITTEE OF THE SOCIAL REFORM SOCIETY, WHICH IS A LEGALLY-REGISTERED CHARITY IN KUWAIT, RUN BY MEMBERS OF THE MUSLIM BROTHERHOOD (ALSO LEGAL IN KUWAIT). ACCORDING TO INFORMATION THE GROUP PROVIDED TO THE US EMBASSY IN KUWAIT, THE IWC CONTRIBUTED $2,427,235 IN AID TO MUSLIMS IN THE BALKANS IN 1994. ESTABLISHED IN 1982, AS OF LATE 1995 IT HAD OFFICES IN SARAJEVO, TUZLA, AND ZAGREB AS WELL AS IN ALBANIA, BULGARIA, AND AUSTRIA. THE COMMITTEE'S AREA OF RESPONSIBILITY ALSO INCLUDES SOUTH AND SOUTHEAST ASIA. THE IWC PRESIDENT IS 'ABD AL-'AZIZ AL-JIRAN. WE HAVE VERY LITTLE INFORMATION ON THE IWC'S ACTIVITIES, BUT IT PROBABLY SUPPORTED ARAB MUJAHIDIN IN BOSNIA AT LEAST

BEFORE THE DAYTON AGREEMENT.  OVERTLY, THE IWC SPONSORS
EDUCATIONAL AND MEDICAL AID AND PROSELYTIZES AN REFORMIST VERSION
OF ISLAM BASED ON MUSLIM BROTHERHOOD PRINCIPLES.  US MILITARY
REPORTING HAS LINKED A MEMBER OF THE ORGANIZATION WITH A FORMER
MUJAHIDIN CAMP IN MAGLAJ, AND SOURCES IN OTHER REGIONS OF THE
WORLD HAVE LINKED A FEW EMPLOYEES OF THE IWC WITH ARAB EXTREMIST
GROUPS, ALTHOUGH WE HAVE NO EVIDENCE THAT THE KUWAITI-BASED
LEADERSHIP HAS BEEN AWARE OF THESE LINKS.  ANOTHER SUBCOMMITTEE
OF THE SOCIAL REFORM SOCIETY APPEARS TO HAVE BEEN SUBSTANTIALLY
INVOLVED IN SUPPORTING ARAB MUJAHIDIN IN AFGHANISTAN.  WE HAVE NO
EVIDENCE OF DIRECT OR CONTINUING TIES BETWEEN THE IWC OR ITS
PARENT ORGANIZATION AND IRAN.

14

# EXHIBIT 2

1 of 2 DOCUMENTS

Copyright 1996 U.S. News & World Report
U.S. News & World Report

July 8, 1996

**SECTION:** WORLD REPORT; Pg. 32

**LENGTH:** 433 words

**HEADLINE:** A helping hand from Saudi Arabia

**BYLINE:** By Richard Z. Chesnoff; Robin Knight

**DATELINE:** Saudi Arabia; London

**HIGHLIGHT:**
Who funds Hamas?;

**BODY:**

From a spacious headquarters in a warehouse near Jidda Port, the International Islamic Relief Organization coordinates a multimillion-dollar campaign to fund communal and social work among refugees and the poor throughout Africa, Asia and the Middle East.

But according to Western intelligence sources, the relief organization does much more than that: They believe that the IIRO, one of the largest nongovernmental organizations in Saudi Arabia, is a major clearinghouse for an estimated $ 20 million a year in Saudi financial aid to Islamic extremists in Gaza and the West Bank. It's all a high-risk gamble for the kingdom. Allowing the raising of money for foreign groups that support religious extremism and terror, say these intelligence sources, could spark even greater dissent against the Saudi government.

Dangerous liaisons. Much of the aid sent to the West Bank and Gaza, report these sources, is given as unsupervised cash grants. The funds are first transferred to London and Amman bank accounts of Islamic welfare organizations such as the Palestine and Lebanon Relief Fund (PLRF) and the Palestinian Relief and Development Fund (Interpal). At least some of that money, say the sources, winds up financing Hamas activities, from funding the families of suicide bombers to bankrolling the suicide units.

Farid Y. Qurashi, the general secretary of the IIRO, denies that his organization sends support to any political group, "even if it's a good cause." But, adds the American-educated Qurashi, "it would be silly and unacceptable to say we cannot help Palestinians."

According to a copy of a document obtained by U.S. News, officials of a Hamas fund-raising group in the West Bank and Gaza were instructed to send letters of thanks to the executives of the IIRO and another Saudi organization, the World Association of Muslim Youth, for "charity for this year."

A spokesman for Interpal in London denies either group has any ties to Hamas. And, after a three-month investigation, the British Charity Commission declared it could find "no deliberate transfer of funds to Hamas." But David Rich, head of the BCC's Investigation Unit, says that "considering where the money goes, it is conceivable some of it reaches Hamas supporters."

Page 2

U.S. News & World Report July 8, 1996

Government officials in Riyadh insist that while Saudi businessmen and worshipers may have made private gifts to Hamas and other Palestinian extremist groups, the Saudi government never provided direct aid to Hamas. But Riyadh diplomats say that such donations by businessmen are oftenofficially sanctioned--and even "suggested."

**GRAPHIC:** Picture, A pro-Hamas demonstration in Gaza. And letters of thanks for "charity for this year" (Ahmed Jadallah--Reuter)

**LOAD-DATE:** July 5, 1996

120SG5
********** Print Completed **********

Time of Request:   April 20, 2005  11:52 AM EDT

Print Number:      1862:41358089
Number of Lines:   50
Number of Pages:

Send To:  WTCELLIOTT, COZEN
          COZEN & O'CONNOR
          1900 MARKET ST
          PHILADELPHIA, PA 19103-3527

# EXHIBIT 3

Copyright 1996 Daily News, L.P.
Daily News (New York)

July 31, 1996, Wednesday

**SECTION:** Editorial; Pg. 31

**LENGTH:** 586 words

**HEADLINE:** IT'S MORE THAN JUST WHO PLANTS THE EXPLOSIVES

**BYLINE:** BY RICHARD Z. CHESNOFF

**BODY:**

HERE'S THE real message out of that anti-terrorism conference in Paris yesterday: It's not enough to go after individual terrorists, like those who blew TWA 800 out of the sky.

If the world is truly determined to fight terrorism, it must search out and break the knees of the nations and organizations that inspire, guide and support terrorists.

Half the past decade's worst commercial airplane disasters have been the results of man-made attacks. Add in the park bombers, car bombers, bus bombers and suicide bombers who have struck in recent times from India to Israel to England to Colombia to Oklahoma City and you have a concentric pattern of organized terror that draws support from a long list of government and secret groups: From Libya to Syria to Iran to Afghanistan to North Korea to U.S. racist gangs and the Colombian drug cartels.

The most frightening aspect of this worldwide wave of terror is that thanks to their backers, terrorists no longer rely just on homemade bombs. They have access to big-time weapons and explosives. The bomb that killed 19 American servicemen near Dhahran, Saudi Arabia, last month was larger than the blast that hit Oklahoma City.

Defense Secretary William Perry who arrived in Saudi Arabia yesterday to discuss security improvements for U.S. troops recently warned that Islamic extremists in the Persian Gulf area could easily strike again, this time with chemical weapons and short-range missiles!

The biggest mistake we can make is to underestimate terrorists' abilities and the extent of their networks. Saudi Arabia is a good example.

After serious nudging from Washington, the Saudi rulers have agreed to let most of the 5,000 U.S. troops stationed there move to a more secluded and thus safer part of the Saudi desert. That is, apparently, one of the points Perry is there to nail down. There are also signs the Saudis and FBI units assigned to work with them are zeroing in on the Dhahran terrorists.

But catching terrorists and shattering their network cannot be a myopic battle. For example, while Saudi authorities are trying to ferret out anti-government, anti-American desert radicals, they're still doing nothing about the Saudis who fund other terrorist groups around the world.

At least $ 20 million a year flows out of Saudi Arabia to Hamas, the Palestinian terror group that claimed responsibility for the recent slew of suicide bombings in Israel.

Intelligence officials are convinced that the International Islamic Relief Organization is a major funnel for this Saudi support. During a recent visit to Saudi Arabia, I stopped by the IIRO's office. The American-educated general

Daily News (New York) July 31, 1996, Wednesday

secretary, Farid Gurashi, nervously but vehemently denied his group funds Hamas or any other political or terrorist gang. "Are you inquiring for intelligence or reporting purposes," Gurashi asked me with an edgy giggle.

Gurashi has every reason to be nervous. Western intelligence services have traced IIRO money transfers to bank accounts in London and Amman, Jordan, and from there to front organizations that transferred the money to Hamas-backed groups in the West Bank and Gaza.

Some acts of destruction are committed by loners, like the Unabomber and, apparently, the person behind the bomb in Atlanta. But the major incidents are almost invariably the product of determined organizations. In those cases, stopping the groups and nations that support the terrorism is as important as catching the mules who plants the bombs.

**LOAD-DATE:** July 31, 1996

120SG5

********** Print Completed **********

Time of Request:   April 20, 2005  11:50 AM EDT

Print Number:     1862:41357683
Number of Lines:   50
Number of Pages:

Send To:  WTCELLIOTT, COZEN
          COZEN & O'CONNOR
          1900 MARKET ST
          PHILADELPHIA, PA 19103-3527

# EXHIBIT 4

**THE MUSLIM WORLD**

Monday 17-23 Rabi-Awwal 1418 H.

21-27 July 1997 G              THE MUSLIM WORLD

*In a seminar held by Al Ahram Regional Press Institute in Cairo,*
*Muslim World League Secretary General sheds light on the League's foundation, goals,*
*activities, programs and concerns:*
*"The Muslim World League has spent 5.8 billion riyals, mostly provided by Saudi Arabia,*
*to serve Islam and Muslims.*
*Reports on the League funneling funds to extremist groups have proved to be groundless*
*as the information provided on this issue is inaccurate.*
*The League participates in seminars held in the West to spread the true image of Islam.*

*Dr. al-Obaid extends his thanks and appreciation to the Saudi Government under the*
*leadership of the Custodian of the Two Holy Mosques, and His Royal Highness Prince*
*Abdullah as well as Prince Sultan, for the funds and facilities they have provided to the*
*League.*

The League has spent 5.8 billion riyals, mostly provided by Saudi Arabia, to serve Islam
and Muslims. The League participates in seminars held in the West to spread the true image
of Islam.

*[Caption: Dr. Abdullah Bin Saleh al-Obaid]*

Secretary General of The Muslim World League in Holy Mecca, His Excellency Dr. Abdullah bin
Saleh al Obaid, has stated that the League is inspiring new Muslim generations through a scientific
moderate approach of Islam. The league has also exerted persistent efforts in order to help people
deepen their understanding of Islam by spreading the Islamic culture that addresses the deficiencies
of contemporary thinking. It handles both types of deficiencies: those vehemently fighting Islam
and those extremely exaggerating its teachings.

This was stated in His Excellency's speech at the seminar held on Tuesday, 11/3/1418 H. (July 16,
1997) by Al Ahram Regional Press Institute, affiliated with Al Ahram Organization in Cairo, Egypt.
The seminar's objectives were to introduce The Muslim World League, its goals and activities in
the fields of Islamic Da'wa[1] and relief.

--------------------

[1] Call to Islam

In His Excellency's speech, he welcomed this seminar and extended thanks to its organizers. Then, he explained the reasons of establishing The Muslim World League, its objectives, councils and bodies, as well as some of its prominent activities.

His Excellency said "After independence, the Islamic nation was in a dire need for an entity to unite and protect it against the malicious conspiracies plotted by its enemies and the atheistic intellectual streams, so that Muslims can regain their unity, solidarity, glory, and leadership. Hence came the call for holding a large Islamic conference in the Holy Mecca. This conference was held on Zul Hija 14th, 1381 (March 21, 1962) . Among the participants were some of the nation's leaders, scholars and thinkers who have decided to establish an Islamic organization with headquarters in the Holy Mecca. They have also decided that such an organization shall possess a council comprising top scholars and thinkers whose mission is to reinforce Islamic solidarity and spread the message of Islam all over the world, so that peace, welfare and happiness can prevail. The Muslim World League, therefore, came to existence as a global popular Islamic organization representing the Islamic peoples and minorities in the world. The League has also played a prominent role in several parts of the world through its offices and the cultural centers, as well as its membership in a number of international organizations. The League, as a consultant non-governmental organization, is a senior supervisory member of the United Nations Social and Economic Council. It is also a member of the United Nations Educational, Scientific, and Cultural Organization (UNESCO), as well as the United Nations Children's Fund (UNICEF), and a supervisory member of the Islamic Conference Organization, attending all of its conferences, including summit conferences and foreign ministers meetings".

His Excellency has clarified that the League's objectives are spreading the message of Islam through legitimate channels, explaining the principles and teachings of Islam, refuting any doubts about Islam, challenging the destructive trends and thoughts, and supporting Islamic issues in a way that best serves Muslims' interests and hopes. It also works on solving Muslims' problems as well as providing them with services covering different fields such as educational, cultural, social, health and others. To these ends, the League coordinates with Islamic organizations and institutions sharing the same objectives, including the World Islamic Council for Da'wa and Relief in Cairo, headed by Sheikh of Al Azhar, and the Supreme Council of Islamic Affairs, affiliated with the Ministry of Awqaf *(Religious Endowments)* in Egypt, and University of Al Azhar, and other similar official and national organizations in Islamic and Arab world.

His Excellency has explained that the League consists of a number of councils and bodies, the most prominent of which is the World Islamic Conference, that is considered the highest legislative authority in the League. The World Islamic Conference is held whenever it is needed. The second prominent body is the League's Founding Board that consists of about sixty members, mostly

scholars and Islamic thinkers. Members of the Founding Board are representing the Muslim peoples and minorities all over the world. During its sessions, the Board adopts resolutions and recommendations on Islamic issues and its developments, such as the issue of Jerusalem and the Holy Mosque of Al Aqsa, and other public Islamic issues, as well as the issues and problems of the Muslim minorities.

The World Supreme Council for Mosques is another body affiliated with the League. Its objective is to revitalize the mission of the Mosque to undertake the role that it used to undertake during the early days if Islam. One of the Council's objectives is to form a unified Islamic public opinion. Emanating from this Council is a number of continental and local councils concerned with mosques, and maintaining and revitalizing the Mosque's activities all over the world.

One of the councils is the Islamic Fiqh Academy, whose objective is to study any emerging issues or questions concerning Shari'a (Islamic rulings) and to provide clarifications of Islamic judgment under the guidance of the Holy Quran, Sunnah, Ijma'a[1] and Analogy. Additionally, its objectives are to demonstrate the superiority of Islamic jurisprudence compared to all positive laws and human legislations. It also struggles for reviving, and spreading Islamic juridical heritage. The Council comprises some of the best jurisprudents of Islamic Sharia and it seeks the assistance of consultants experienced in non-religious sciences in a number of Islamic nations and nations with Muslim minorities.

Afterwards, he introduced the different bodies of the League and outlined the objectives of the Organization of Scientific Inimitability in the Holy Quran and the Noble Sunnah as: 1) gathering and organizing the efforts of Muslim researchers, 2) coordinating among universities and Islamic organizations in order to add a tincture of Islamic "faith" to cosmic sciences, and 3) working through serious and documented research on discovering the subtle meanings of Quranic verses and noble Hadiths (Prophet's sayings) in relation to cosmic sciences in light of the latest scientific discoveries. The Organization attempts also to hold meetings with prominent non-Muslim scientists from all over the world in order to inform them about the outcome of researches of interest to the Organization or researches issued by the organization itself.

He also spoke about the Islamic World Relief Organization in the Kingdom of Saudi Arabia, the League's authority that is specialized in charity and relief efforts. He stated that the Organization's objective is to alleviate the pains of Muslims suffering from wars and abrupt environmental disasters. The Organization also works on the establishment of any necessary projects in the under-served Muslim communities and where poor Muslim minorities live.

He clarified that the League undertakes lots of activities through its councils, bodies, offices and worldwide centers. The objective of these activities is focusing on creating an Islamic public

---

[1] Consensus of the Muslim scholar community

opinion putting the Da'wa (Islamic missionary work) back on the right track, in order to spare the Muslim youth the troubles of extremism. The League also works on clarifying the true meaning of Islam and rectifying the distorted image of Islam in the minds of non-Muslim people through quiet discussions and public conferences and meetings in which the League's top officials are participating along with several worldwide officials and national authorities. In its Da'wa programs, the League highlights the inculcation of an Islamic moderate approach in Muslim life and thought, bringing up coming generations in accordance with the guidance of the Holy Quran and the traditions of His Messenger (peace and prayers be upon him).

His Excellency affirmed that upon the League's desire for guiding Muslim generations in accordance with a moderate scientific approach, the League has worked hard to increase Islamic awareness. This was accomplished through spreading the Islamic culture addressing the diseases represented by contemporary thought, whether in the form of fighting Islam or extremist understanding of the teachings of Islam. The League undertakes its programs in this field through the publication and distribution of Islamic books on a large scale amongst Muslims and others. It purchases a number of useful books in the areas of creed, Da'wa and defending Islam in order to distribute them in different languages. The League does not only publish books to formulate a balanced Islamic awareness, but also considers education as a solid foundation to form the Muslim character based on a moderate approach to bring our Islamic communities closer to the nature ordained by God upon the Muslim nation, as set out in God's Words *"Thus, have We made of you a nation justly balanced, that ye might be witnesses over the nations, and the Messenger a witness over yourselves. "*

And since the Islamic mission is universal and has no boundaries, the League has opened the doors to dialogue with other religions, especially with followers of the Christian faith. In such a dialogue, the League depends on Shari'a principles and rules set by Islam, as stated by God Almighty in the Holy Quran "O People of the Book! come to common terms as between us and you: That we worship none but Allah; that we associate no partners with him; that we erect not, from among ourselves, Lords and patrons other than Allah. If then they turn back, say ye: Bear witness that we (at least) are Muslims (bowing to Allah's Will). And also His Saying And dispute ye not with the People of the Book, except with means better (than mere disputation).

His Excellency indicated that the League has held good meetings with the followers of other religions, through which the League has refuted some fabrications and suspicions aroused by enemies of Islam against this religion and its noble teachings. In its dialogue, the League focuses on demonstrating the merits of the Islamic religion, its tolerant teachings, moderate approach and ability to find solutions for human problems, and the need of mankind for Islam. It also focuses on

the solutions provided by Islam for political, social and environmental problems suffered by mankind.

His Excellency concluded his speech by saying "The League has provided services in several fields working towards several goals for the Muslim peoples. It's sufficient to say that what the League provided helped achieve the cooperation and solidarity aspired by Muslims on the path of Muslim unity". God Almighty, says, "Surely this Islam is your religion, one religion." "God Almighty speaks the truth." Then, he extended thanks to Al Ahram Organization for this invitation and called for more efforts.

Afterwards, His Excellency answered questions and inquiries from participants and representatives of newspapers, news agencies, satellite channels and radio stations. A number of media representatives from Egypt, Saudi Arabia, and the Gulf held meetings with His Excellency, in which he answered their questions including inquiries about the League's interests, decisions, Islamic centers and its stance towards the relationship between Islam and the West, in addition to other issues of concern to the League. With respect to the League's Islamic activities, His Excellency stated that the League is not concerned only with the achievement of social and economic objectives for the Islamic world, but it has achieved much in respect of the political issues. Most prominent among these issues was the call adopted by the League for establishing the Islamic Conference Organization shortly after the burning Al Aqsa Mosque, as well as its call for boycotting Israel. He indicated that the League held several seminars and conferences on Jerusalem, and participated in achieving reconciliation between Afghani citizens. The League is cooperating with Mujahideen bodies in Kashmir and is still working on achieving reconciliation amongst the fighting groups in Somalia.

### Untrue Information

Answering a question on the reports regarding the League's funds being funneled to extremist groups, Dr. al-Obaid said, "This is a closed chapter, especially since information on this issue is not accurate due to the nature of relief work carried out by charities in general". He indicated that there are no infallible authorities or even countries. It has been already proven that there were people who exploited the situation and misused some funds, but we have repeatedly emphasized that charitable organizations had no ill intention. We have asked the concerned parties to provide any information in this regard; but ultimately, we are one "nation". Regarding the League's activities in general, Dr. al-Obaid stated that the League has spent 4 billion Riyals to serve Muslims, and most of these funds were provided by the Kingdom of Saudi Arabia. Furthermore, 1.7 billion Riyals, wholly provided by Saudi Arabia, were spent on Muslim relief efforts around the world. Additionally, more than 100 million Riyals were allocated to serve Islamic goals, of which 20 million Riyals were allocated for

mosques, and none of these amounts was spent inside the Kingdom. He expressed his thanks and appreciation to the Government of Saudi Arabia under the leadership of King Fahd Bin Abdul Aziz the Custodian of the Two Holy Mosques, and His Royal Highness Crown Prince Abdullah Bin Abdul Aziz for the funds and facilities they provide to the League.

As for the League's activities in Egypt, His Excellency stated that the League provides support to 18 thousand orphans, and has signed an agreement with Ain Shams University, whereby free scholarships shall be granted to distinguished Muslim students. There is also an effective cooperation with Al Azhar University through providing scholarships to the citizens of Muslim minorities in Chechnya, Bosnia-Herzegovina and Eastern Europe.

Further, there is a continued cooperation with the Islamic Relief Organization in Egypt, where there is an office managing expenditures for the orphans and also programs such as "Productive Families Program", in addition to millions spent by the League on the education of our Egyptian brothers.

### Islam and the West

*The conflict between Islam and the West is not a religious or ideological issue, but rather a military and economic one.*

*The time has come for the West to know about Islam as much as they know about the organizations, institutions and economy of the Islamic countries.*

Regarding the defamation facing Islam in the West and the League's role in this respect, Dr. Abdullah al-Obaid stated that the image of Muslims in the West is unfortunately bad; and that surely this is attributed to a lot of ignorance, but it is partially intended. In this regard, the League participated in several seminars in the West, the latest of which was a seminar held in Rome and similar others in Croatia, Bosnia-Herzegovina, and France. All these seminars aimed at unveiling the truth of Islam. He added that the League worked through its centers in London, Madrid, Brussels, Italy, the Netherlands, Sweden, France, and Austria where the league spreads books revealing the truth of Islam. As for intentional defamation, he stressed that defaming Islam is sometimes intentional. In this respect, the League has attempted to reveal the parties standing behind these acts. Whenever the League has information that a statesman attacks Islam, the League contacts him/her and clarifies the truth of Islam. This happened with the French Interior Minister, who stated that his attitudes towards Islam were due to the lack of sufficient information about it. Answering a question about the dimensions and significance of selecting the subject "Islam and the West. The Past, The Present and The Future", His Excellency said "The selection of this subject means everyone must face reality and today's needs. Five years ago, the West was inclined to deal with Islam in a new manner, which is based on a misconception of Islam. The West needs to understand the true teachings of Islam, and we need to make them understand our reality and

situation- so the need is mutual. There is no doubt that there are indications pushing the two sides towards engaging in the right dialogue, especially in light of the circumstances and changes taking place now and then. Expectations make us fear the future. Our fear of the future makes us walk on the right path and request the West also to do the same. We cannot deal with each other, unless we understand each other." His Excellency stated that ten years ago, Muslims and the West were united against communism. When communism, represented by Russia, faded away, the friend has become an enemy, and the Mujahideen became enemies, described as terrorists. This was helped by the existence of circumstances, reasons and reactions which created terrorism and a sort of misunderstanding. However, it is not in the interest of mankind in any way to close our eyes and go our separate ways.

He added that the responsibility for clarifying the truth of Islam falls in the first place upon the party who classified Islam as a terrorist religion, that is the West. Then, the responsibility falls also upon Muslims who should clarify the truth - so the responsibility is mutual. It is not only the church, which classified Islam as an enemy, but also the centers of observation, research and strategic studies. Therefore, it is not only an ideological or religious issue, but it is an issue of military and economic conflict as well. Such bodies have also tried to prove the inevitability of such conflict, especially since Islam is still growing all over the world, as it is the message of God and no one can stand against it. The history even proves that whenever Muslims get more besieged, Islam grows even greater. However, it is in the interest of all to understand the truth of Islam. We have scientific and educational institutions looking for the best ways to do that. Let the West study and know Islam- the Islam that we know. The West knows now a lot about Islamic institutions, Islamic personalities, and Islamic countries and their resources. We want them now to know a lot about Islam, which they consider their enemy. I believe the mission of Muslims is to introduce Islam in a language that the West understands. I do not think that they will fear Islam. They will even find happiness in this religion, as found by more than a billion Muslims.

About whether there is an Islamic strategy to enter the new century, Dr. al-Obaid stated that the twenty first century is like other past centuries, and its days carry nothing new as they belong to God. However, there will be new things in terms of treatment and international relationships. That is why Muslims should unite, coordinate their efforts and do their best to understand their religion and introduce it to others, so that Islam may not be misunderstood and exploited by anybody.

This is what the Muslim World League has sought through organizing seminars and conferences in the West. During the last year, the League participated in more than five forums in the West, and we are trying to handle an important issue, which is explaining our Islam to the West and demanding our rights from them. We ask our brethren to unite and to reach a bottom line agreement in order to represent Islam before local authorities in each European country, through one entity to

be elected and chosen by all Islamic organizations. I believe that using these means, we will be able to solve part of the problem.

### Difference between Dialogue and Da'wa

Belief is a matter of religious difference. Everybody is free to choose his/her own religion, this is a deep rooted rule in Islam. This is proved by the Al Hudaybia Agreement and many others.

Dr. Abdullah warned against the dangers of Ijtihad *(independent interpretation of religion)*, which could be harmful, as some Muslims have different opinions on some very well known issues, some of which are based on independent interpretations. This causes unnecessary troubles. Examples for this include statements such as "Islam is a religion of polygamy "; "Islam permits family planning" while their intentions are malicious. There are also those who call for human rights according to what suits them, not based on the teachings of Islam.

Therefore, I think that there is a need for a single entity that should undertake dialogue, whether on the intellectual level or on the religious level. Such an entity should be governed by well defined terms and should be based on Shari'a. He stated that it was very important to differentiate between dialogue and Da'wa; however, dialogue should be in the framework of Da'wa.

In relation to dialogue with followers of other religions, he stated that this comes from the point that there are common interests between Islam and other religions, such as the issue of women, as Muslims and Christians rejected the UN proposals for permitting abortion. There are other common issues such as the prohibition of the degradation of religions and prophets, as well as other common issues in the fields of environment, family and human rights.

### League Resolutions Are Not Binding

Answering a question on whether the League's resolutions are binding upon members, he stated that they are not; however, it is inevitable to adopt the juridical opinions issued by the Jurisprudence Council. In fact, the resolutions of the Jurisprudence Council, affiliated with the Islamic Conference Organization, are not binding upon members, unless the members agree on the issue, as when they reached and agreement on limiting the number of pilgrims. If members were adopting different views, then a resolution will not be binding.

### Islamic Centers

As for Islamic centers supervised by the League, he said that it has centers in Italy, Belgium, Chad, Benin, Niger, Nigeria, the Netherlands, Togo, Brazil, Austria, France, and Madrid and many others. Moreover, the League has lots of bodies and authorities affiliated with it such as the General Islamic Conference, the Founding Council, the World Supreme Council for Mosques, the Jurisprudence Council, the International Islamic Relief Organization and the Organization of Scientific Inimitability of the Holy Quran and Noble Sunnah.

### Fatwa (ruling) on Organs Transplantation

Regarding the League's opinion on organs transplantation, the Secretary General of the Muslim World League in the Holy Mecca stated that "the Jurisprudence Council affiliated with the League, issued a fatwa (ruling) in this regard, permitting transplantations that cause no harm to the donor's life, as well as the transplantation of organs of the dead; however, he could not remember the exact wording of the ruling."

### IESCO Calls to Put an End to Anti-Islam Propaganda

Rabat-Reuter

The Islamic Educational, Scientific and Cultural Organization (IESCO) has called upon U.S. President Bill Clinton to help put an end to the defamation of Islam in the occupied Palestinian territories. In a statement addressed to the U.S president from its headquarters in Rabat the IESCO called him to take the initiative to stop the provocative acts against Islam; and particularly the issuance of publications degrading Prophet Muhammad (peace and prayers be upon him).

The statement referred to the posters placed in Hebron, which agitated Arabs, because the posters depicted the Prophet Muhammad (peace and prayers be upon him) in a bad way. The Head of the Organization, Abdul Aziz Othman Al Nowaijri, in his meeting with the Russian Ambassador to Rabat, also called upon Moscow to mobilize the international community with the aim of putting an end to provocative acts against Islam.

Placing this poster last June 27th on twenty stores in the Palestinian section of Hebron has agitated the Muslim feelings and augmented protests against Israel. The Islamic Educational, Scientific and Cultural Organization is affiliated with the Islamic Conference Organization and is concerned with the revival of the Islamic culture.

### Positive Initiative in Sweden

Parents of some Muslim students at "Roz e Naqor[1]" school in Sweden have called for making Arabic classes equal to classes of other languages at school, and organizing classes about Islam for those who are interested. This initiative is considered the first of its kind in Swedish schools.

The Muslim community hopes that the decision will be generalized to include the rest of Swedish schools, as adopted in other European countries.

*In an interview with the Egyptian "Al Masaa" Newspaper:*

**Dr. Ibn Obaid Praises the League's Role in Serving Muslims**
**The League Pays Special Attention to the Liberation of Jerusalem & Supporting Palestinians**

Saudi News Agency- Cairo

The Secretary General of the Muslim World League, Dr. Abudllah Bin Saleh al-Obaid shed lights on the significant role undertaken by the League in serving Muslims and the Islamic world.

In an interview with the Egyptian Newspaper "*Al Masaa*", he affirmed that the League has duly played its social, economic and political role in serving the causes of the Islamic world and Muslim minorities all over the world. He stated that the League has succeeded in settling several problems in the Islamic world. Dr. al-Obaid indicated that the Muslim World League was completely keen on eliminating the degraded image of Muslims in the eyes of the West and its media, clarifying that the League held several seminars in Europe and the United States in this regard to improve this image.

He added "this included the participation by the League representatives in an educational seminar in Madrid and holding several seminars in London, Italy and Austria, in addition to printing several books within the Da'wat Al Haq *(Message of Truth)* series addressing this issue and providing the optimal image of Islam". He also stated that twenty-five years ago, the Muslim World League was the first to call for a dialogue with the followers of other religions. Such a dialog was based on the Islamic principles, rules and the Islamic tolerance. He indicated that the League cooperated with some moderate individuals in the West, such as Britain's Crown Prince Charles who, on several occasions, praised Islam, describing it as a good religion for every time and place. Concerning the issue of Organs Transplantation Dr. al-Obaid emphasized that the Islamic Jurisprudence Council settled this question by issuing a fatwa (Ruling) permitting the transplantation of the organs of the dead to the living on certain conditions. The Secretary General of the Muslim World League clarified that the League cooperates with Al Azhar on providing scholarships to some students, and

---

[1] School Name could not be verified

also provides financial and in-kind aids to 18,000 orphans in Egypt through the Orphan Support Program. Dr. al-Obaid has also indicated that the League paid special attention to the liberation of Jerusalem and supporting Palestinians in the occupied territories, and also it contributes to the facilitation of conferences stressing the Muslims' rights to Jerusalem and Al Aqsa Mosque. The League also engages in fund-raising activities for the Palestinian people.

# EXHIBIT 5

1 of 1 DOCUMENT

Copyright 1998 IPS-Inter Press Service/Global Information Network
IPS-Inter Press Service

September 10, 1998, Thursday

**LENGTH:** 779 words

**HEADLINE:** KENYA: GOV'T SHUTS DOWN FIVE ISLAMIC RELIEF AGENCIES

**BYLINE:** By Judith Achieng'

**DATELINE:** NAIROBI, Sep. 10

**BODY:**

Kenya's decision to ban five Islamic relief agencies for allegedly "supporting" terrorism has alarmed the East African country's NGO community.

"It is discouraging and threatening for many of us who are honestly trying to improve the living standards of the poor," said Alice Muita of the Nairobi-based Horn of Africa Relief Agency (HARA).

HARA operates in neighboring Somalia and Sudan with the majority Muslim populations. Muita fears that HARA may become the Kenyan government's next victim.

The five organizations were de-registered on Sept. 8 by the NGO coordinating board, a government body which oversees aid groups.

According to the NGO coordinating board's director, John Etemesi, the organizations "had been found to be working against the interests of Kenyans in terms of security".

The offices of one of them, Mercy Relief International, were raided by a team of Kenyan police and U.S. Federal Bureau of Investigations (FBI) agents a few days after the Aug. 7 bombing of the U.S. embassies in Nairobi and Dar es Salaam, Tanzania.

The other four — the Al-Haramain Foundation, Help African People, the Islamic Relief Organization and Ibrahim Bin Abdul Aziz Al Ibrahim Foundation — have not been raided by the law enforcement officers.

More than 250 people were killed and 5,000 others injured in the two East African cities by the bomb blasts, which were blamed on Islamic terrorists linked to the dissident Saudi millionaire, Osama bin Laden.

"The de-registered organizations were recently involved in activities and matters that are not in the interest of state security," Etemesi said.

He added that Kenya's 984 NGOs would be investigated and if "found to indulge in matters not worth the safety and interest of the welfare of Kenyans", they would be de-registered.

"When NGOs begin to involve themselves in matters for which they are not registered, the board takes this as a serious matter," he was quoted as saying by Kenya's independent East African Standard newspaper yesterday.

Kenyan authorities suspect that materials used for the building of the bombs, each weighing at least 800 kilograms, were smuggled into East Africa disguised as relief aid with the help of some Islamic relief agencies.

The decision to de-register the agencies came barely a month after President Daniel arap Moi, at a public rally in the Kenyan capital of Nairobi, questioned the credibility of some organizations he said had come into the country under the guise of relief agencies, but were a threat to public security. He said his government would trim down the number of NGOs from 984 to a manageable size, leaving only recognized charities like the Red Cross and the U.N. Children's Fund (UNICEF) to operate in Kenya.

Addressing mourners at the bomb site a few days later, he said those behind the Aug. 7 bombing "could not have been

IPS-Inter Press Service September 10, 1998

Christians".

His widely publicized remarks drew criticism from Muslim leaders who claimed their religion was being wrongly associated with violence. "Islam like any other religion does not support the killing of innocent people for whatever reason," Sheikh Ahmad Khalif, head of the Supreme Council of Kenyan Muslims (SUPKEM), said.

He accused the government of deliberately excluding Muslims, who form about 10 percent of Kenya's 30 million population, from the prayer services held for the victims of the bomb blast. The services were conducted by Christian leaders.

Moses Mureithi of the Joint Kenya–Arab Chamber of Commerce and Industry, which promotes trade between Kenya and Arab countries, warned that the crackdown would harm Kenya's economy.

"The government ought to rethink its dealings with errant organizations, because it may discourage genuine Arabs from investing in this country," he said.

Some think the government is simply using the Aug. 7 bombing incident to crackdown on "maverick" civic groups. "NGO's have always stood up against the rampant corruption in government offices," said Muita of HARA.

Unconfirmed reports indicate that the government might introduce a tax as a way to control the NGOs. If that happens, "many NGOs will close down, because they will not be able to afford it. Already there is little flow of funds from the donors," she added.

Badru Mapesa of the Nairobi–based Islamic Foundation of Kenya, however, takes a different view. "The government knows what it is doing and there is nothing wrong in investigating NGO activities," he said. "Some NGOs claim that they bring a lot of benefit to the country but, if the benefits are less than what it costs to host them, then they should be done away with".

**LOAD–DATE:** September 11, 1998

120SG5

********** Print Completed **********

Time of Request:  May 31, 2005  12:18 PM EDT

Print Number:  2822:46656777
Number of Lines:  64
Number of Pages:  2

Send To:  WTCELLIOTT, COZEN
          COZEN O'CONNOR
          1900 MARKET ST
          PHILADELPHIA, PA 19103-3527