# EXHIBITS 6 TO 13

# EXHIBIT 6

1 of 1 DOCUMENT

Copyright 1998 Associated Press
All Rights Reserved
Associated Press Worldstream

These materials may not be republished without the express written consent of The
Associated Press

September 18, 1998; Friday 08:50 Eastern Time

**SECTION:** International news

**LENGTH:** 677 words

**HEADLINE:** Briefs

**BODY:**

--

JOHANNESBURG, South Africa (AP)

A spokesman for Deputy President Thabo Mbeki pleaded guilty to culpable homicide, negligent driving and having consumed alcohol over the legal limit in connection with a fatal car crash last year, a newspaper reported Friday.

Sentencing for Thami Ntenteni, 44, was scheduled for Nov. 5, the Sowetan newspaper reported. He had entered the plea on Thursday.

His conviction followed an accident on the N1 Highway near Midrand, north of Johannesburg, on December 22 last year, in which one person was killed and four others injured.

Ntenteni has been suspended as Mbeki's spokesman.

--

NAIROBI, Kenya (AP)

A judge suspended a ban on four Muslim aid agencies, causing Muslims in Kenya to call off a countrywide prayer-protest on Friday.

Justice Joyce Alouch said she granted the suspension Thursday so representatives could challenge the ban and the cancellation of work permits for four officials heading the agencies, the East African Standard said. However, bans on two other Muslim aid agencies weren't suspended.

Last week, a month after the bombing of the U.S. Embassy in Nairobi that killed 247 people, the government banned 16 nongovernmental organizations, including six Muslim aid agencies.

The government imposed the ban after investigators reportedly discovered that the explosives used to make the bomb entered Kenya in relief food shipments handled by a Muslim aid agency.

The four agencies that were granted suspension of the ban are the International Islamic Relief Organization, the Muslim World League, Al-Haramain and Mercy Relief International.

Three of the agencies are funded by Saudi Arabia.

The relief agencies have been running health centers, schools and orphanages for Muslims and non-Muslims, mainly in northeastern Kenya.

Associated Press Worldstream September 18, 1998; Friday

--

LISBON, Portugal (AP)

Portugal is sending 137 tons of aid, including food and medicine, to its former colony Guinea-Bissau where some 300,000 people have been displaced by a three-month conflict.

The aid is scheduled to leave Lisbon by ship Sept. 22 on a week-long voyage to the tiny West African country, according to news reports Friday.

Efforts to help the displaced population have been stymied by the failure to broker a peace deal between a breakaway military faction and President Joao Bernardo Vieira who is supported by troops from neighboring Senegal.

The two sides agreed to a cease-fire July 26, but ongoing talks mediated by the Economic Community of West African States and the Community of Portuguese-Speaking Countries have failed to cement a permanent peace accord.

Aid groups have warned of a possible humanitarian crisis if the refugees did not receive food and medicine.

--

LAGOS, Nigeria (AP)

The World Bank says it will increase its investments in development projects for Nigeria Africa's most populous nation.

World Bank Vice President Jean-Louis Sarbib made the pledge in Lagos on Thursday, on the last leg of an official visit to Nigeria.

"The World Bank is ready to co-operate with Nigeria in its aspiration to

achieve political stability and economic growth," Sarbib was quoted Friday as saying by the News Agency of Nigeria.

Earlier during his visit, Sarbib praised head of state Gen. Abdulsalami Abubakar who took over after the June death of dictator Gen. Sani Abacha.

Since coming to power, Abubakar has freed many political detainees and pledged a return to civilian rule next year.

Commending Abubakar's administration's reforms, Sarbib described them as "beacon of hope for the country."

--

ABIDJAN, Ivory Coast (AP)

Mobile phones, a trademark for the Ivory Coast's commercial elite, are also increasingly popular with thieves, a newspaper reported Friday.

Over 200 cellular telephones are stolen each week in Abidjan, the Ivory Coast's primary city, Fraternite Matin newspaper reported.

Phones are most often snatched from users at traffic lights, or from people in their cars during the capital's morning traffic jams, the report said.

(var-aos)

**LOAD-DATE:** September 18, 1998

120SG5

\*\*\*\*\*\*\*\*\*\* Print Completed \*\*\*\*\*\*\*\*\*\*

Time of Request:   April 20, 2005  01:41 PM EDT

Print Number:      1822:41375922
Number of Lines:   58
Number of Pages:

Send To: WTCELLIOTT, COZEN
         COZEN & O'CONNOR
         1900 MARKET ST
         PHILADELPHIA, PA 19103-3527

# EXHIBIT 7

1 of 1 DOCUMENT

Copyright 1999 Kyodo News Service
Japan Economic Newswire

February 13, 1999, Saturday

**LENGTH:** 577 words

**HEADLINE:** Bin Laden providing money, military aid to MILF: report

**DATELINE:** MANILA, Feb. 13 Kyodo

**BODY:**

International terrorist Osama bin Laden continues to provide not just financial but direct military aid to secessionist Muslim rebels in the southern Philippines' Mindanao Island, a confidential military report stated.

The report, which traced the Moro Islamic Liberation Front's (MILF) foreign fund sources, also said that bin Laden sent military experts from Sudan, Egypt and Afghanistan to train MILF rebels in handling explosives, commando tactics and other guerrilla welfare techniques.

A handful of Indonesian and Malaysian extremists are also among those being trained at the MILF's Camp Bushra in Butig, Lanao del Sur Province, the report said. Intelligence officials say the training began last November and would be finished in April.

Among the foreign experts are a former Sudanese colonel whose expertise is explosives, while the Egyptian and Afghan trainers are veterans of the Afghan war against the Soviet Union, it said.

The report said that MILF Chairman Hashim Salamat has direct links with bin Laden through a group organized in Jeddah, Saudi Arabia, called Ikhwan al-Muslimin or Islamic Brotherhood.

Bin Laden, a Saudi Arabian millionaire, is wanted by the United States for the bombing of its two embassies in eastern Africa last August, which killed 240 people. A 5 million dollar reward has been put up by the U.S. government for his arrest.

The confidential report said the Jeddah-based Islamic Brotherhood, represented by Ustadz Muslimen, is being used by the MILF leader to coordinate and solicit funds for the rebel group.

Last September, Muslimen facilitated the visit of Saudi Arabian businessman Hussain Mustapha to Camp Abubakar, the MILF's main jungle base in Barira, Maguindanao Province, the report added.

Mustapha delivered money to the MILF, which used it to set up an international satellite communications system inside the base as well as a web page in the Internet, the report said.

Mustapha is known to be an associate of Mohamad Jamal Khalifa, one of bin Laden's brothers-in-law.

The Philippine military says Khalifa himself is instrumental in funneling funds to the MILF and the extremist Abu Sayyaf Group, another Muslim rebel faction in Mindanao, through a relief agency he had set up in the southern Philippine city of Marawi more than seven years ago.

The relief agency, International Islamic Relief Organization (IIRO), is a local branch of the Jeddah-based social agency of the Muslim World League, the report said.

Japan Economic Newswire, February 13, 1999

The IIRO is suspected by Western intelligence agencies to be bin Laden's conduit to various terrorist organizations in Islamic countries, like the Muslim Jamaat Brotherhood in Egypt, Jordan, Sudan and Syria, the Pakistan-based Jamaat al-Islami Party and Jamiat-i-Islami Party in the Taliban-controlled Afghanistan.

The MILF leadership has admitted receiving donations in the past from bin Laden for the building of mosques and Islamic schools for poor Muslim communities but they said the donations stopped after bin Laden became involved in the Afghan war in the late 1980s.

The government and the MILF have just concluded preliminary talks to end decades of hostilities in the southern Philippines and President Joseph Estrada has said he is willing to meet with MILF Chairman Salamat when he visits Mindanao from Feb. 25 to 28.

The other Muslim rebel faction, the Moro National Liberation Front, signed a peace agreement with the government in 1997.

**LOAD-DATE:** February 13, 1999

120SG5

\*\*\*\*\*\*\*\*\*\* Print Completed \*\*\*\*\*\*\*\*\*\*

Time of Request:   April 20, 2005  12:05 PM EDT

Print Number:      1862:41361099
Number of Lines:   48
Number of Pages:

Send To:  WTCELLIOTT, COZEN
          COZEN & O'CONNOR
          1900 MARKET ST
          PHILADELPHIA, PA 19103-3527

# EXHIBIT 8





**India's National Magazine**
*From the publishers of THE HINDU*

Vol. 16 :: No. 05 :: Feb. 27 - Mar. 12, 1999

**TERRORISM**

# A terrorist plot unearthed

**The interrogation of a Lashkar-e-Taiba activist, trained in United States-sponsored camps from the Cold War era, points to a plot to bomb U.S. consulates in Chennai and Calcutta.**

**PRAVEEN SWAMI**
*in New Delhi*

TWO decades after the United States began its war in Afghanistan, the chickens are coming home to roost. On January 7, acting on the basis of an intelligence tip-off, the Delhi Police arrested a Bangladesh national, Syed Abu Nasir, a top Lashkar-e-Taiba activist alleged to have been supervising an operation to bomb the U.S. Consulates in Chennai and Calcutta. Information on Nasir's arrest was at first treated with disdain by the U.S. Government, which believed that it was part of an Indian smear campaign against Pakistan. But subsequent investigation has led to disturbing evidence that Nasir's tale is true - and that the U.S. has no one to blame but itself for the war that Pakistan-based Islamic groups are now waging against it.

Federal Bureau of Investigation (FBI) psychologist Frederick Gonnel was the first U.S. official to interrogate Nasir. Gonnel arrived in New Delhi in early January with an array of lie-detection equipment. Such equipment works on what might be described as the Pinocchio Principle - the assumption that the act of speaking a falsehood is reflected in measurable physical reactions. India possesses lie-detection equipment, but its use here has been minimal since few police officials believe that the method has any investigative value. In the U.S., by contrast, both official investigative agencies and major corporations place considerable value in such polygraph tests.

Gonnel carried out three separate sets of tests on Nasir, two in New Delhi and one in Chennai. Just what he asked the Lashkar-e-Taiba operative is not known. Officials who saw the equipment, however, told *Frontline* that it measured not only pulse rates and other traditional indicators, but also eyebrow movements and even small changes in facial expressions. At each session Gonnel used a detailed questionnaire, in which queries about Nasir's mission were interspersed with a set of control questions.

The U.S. was initially dismissive about the Indian claims, letting it be known that it believed that the bombing plot was a fabrication. A January 20 report in *The Washington Post* quoted U.S. State Department officials as saying that Nasir had walked into the U.S. Embassy in New Delhi in December 1998 offering information on threats to the security of the U.S. Nasir's information, they

said, was simply not credible. The officials also told *The Washington Post* that Nasir had been picked up by the Delhi Police shortly after his visit to the Embassy, implying that the Lashkar-e-Taiba recruit had been held in illegal custody until his arrest was announced on January 7.

BUT what Gonnel found shook the U.S. intelligence apparatus. The psychologist's three rounds of tests led him to conclude that Nasir had indeed told the truth about his role in a plot to blow up the Consulates in Chennai and Calcutta. By the third week of January, a special counter-terrorist team of the U.S. was in New Delhi to interrogate Nasir. Kevin Huska, Karl Wighalm and Frederick Wong identified themselves to Indian officials as FBI officers. A fourth U.S. official, Mark Rossini, offered no information on his post, which led Indian officials to believe that he was a Central Intelligence Agency(CIA) operative. This group of four was conducted to interrogations by Embassy security staffer Albert Djong.

The disdain U.S. officials had shown for Nasir's story in December now dissolved into alarm. For one, Nasir had information that no casual observer would possess. He knew that only one vehicle other than those of the Consulate had regular access to the Consulate in Chennai. This was a Bank of America car that came to pick up cash collected from visa applicants in the course of the day. Nasir also spoke about a service lane that divided the Consulate offices in Calcutta from a residential area, where a security oversight meant that vehicles could be parked unchecked. A medium-sized explosive device planted in the lane, he pointed out, would wipe out buildings in a 100-metre radius.

### The U.S. Consulate in Chennai, the Anna Flyover overlooking it.



S. THANTHONI

Even more disturbing was the fact that Nasir's account of the plot bore alarming similarities to those that led to the explosions at the U.S. Embassies in Dar-es-Salaam and Nairobi last year. Nasir's cell had made videotapes of the physical environment of the two Consulates, and of the patterns of activity around them. It is unclear why these details of his story were overlooked when he visited the U.S. Embassy in December. Nasir claimed before Indian intelligence officials that his decision to offer information on the plot was driven by a growing Bangladeshi nationalist resentment against Pakistan. This sudden ideological *volte-face*, however, is more than a little implausible; some officials believe that he acted in anticipation of monetary gain.

Nasir's story is embarrassing to the U.S. security establishment. A literature graduate from Chittagong University, Nasir first made contact with the Islamic Right when he began working for the International Islamic Relief Organisation (IIRO) in 1991. The Saudi Arabia-based IIRO is engaged in charitable work in strife-torn areas such as Bosnia. It has also been closely associated with the billionaire terrorist Osama bin Laden. Transferred to the IIRO office in Bangkok and then to Lahore, Nasir made contact with the Lashkar-e-Taiba establishment, including its operations commander for terrorist activity in India Azam Cheema, field commander Abdul Karim 'Tunda', and supreme religious leader and head of its patron body, the Markaz Dawa wal'Irshad, Hafiz Mohammad Sayeed.

By 1994, Nasir was involved with the Lashkar-e-Taiba deeply enough to volunteer for an arms training course in Kunnad, Afghanistan. That camp and the Lashkar-e-Taiba's sprawling base camp on 80 hectares in Muridke near Lahore were both in essence U.S. creations. The Kunnad camp had been a forward base to train Afghan terrorist groups that are engaged in the U.S.' war against the socialist regime in Kabul. The Murdike complex was built with official patronage on land donated by former Pakistan President Zia-ul-Haq in 1987. The construction of the complex was one of the first major CIA-backed moves to create a base for operations against the Soviet Union-supported Gove-

rnment in Afghanistan. If figures like bin Laden had no direct CIA links, the Lashkar-e-Taiba was from the outset clearly a U.S. enterprise.

Shortly after his training, Nasir was contacted for the first time by officials of Pakistan's Inter Services Intelligence (ISI). One Brigadier Malik and one Colonel Farooq, he told his interrogators, had tasked him to cross the India-Bangladesh border and gather information on the establishments of the Indian Army's Eastern Command around Siliguri. The names of both Malik and Farooq have figured repeatedly in the course of the interrogation of terrorists who were active in Jammu and Kashmir; they have also referred to a group of officials in the ISI's 'Raja' and 'Chaudhury' units, which manage all India-related operations. Nasir set up home in Siliguri under the alias Robi Bose and began forwarding reports to a Dubai address. While he is not believed to have discovered anything particularly sensitive, Nasir proved his competence. He returned to Bangladesh in August 1998 in preparation for a new posting in Calcutta where he was instructed to monitor the Eastern Command headquarters at Fort William. Nasir travelled by road to Kathmandu and then to Lahore and Dhaka on a Bangladesh passport.

That last visit was to prove fateful. In the middle of September 1998, Nasir says, he was called to a meeting by Cheema. Sayeed was present there, along with the IIRO's Asia chairman, Sheikh Ahmad al-Ganidi. Cheema instructed Nasir to arrange safe passage across the Bangladesh border for six Lashkar-e-Taiba agents. These were Mustafa, Ibrahim al-Hazara, Ismail and Zainul Abedin from Egypt, a Sudanese national named Lui, and a Myanmarese national from the Arakan area, Hafiz Mohammad Saleh. Getting across the border proved easy. The group stayed for a month in Calcutta, and then proceeded to Chennai. Nasir then left for a brief trip to New Delhi, where he was arrested.

Nasir's story offers insights into the working of the Lashkar-e-Taiba. For one, if his account of the meeting in Dhaka is true, it is interesting that the organisation chose Bangladesh rather than Pakistan as the venue. Nor were any ISI officials present at the meeting; indeed, Cheema's instructions flew in the face of what Nasir had been told to do by his intelligence handlers. These facts suggest that the bombing plot was organised independently by the Lashkar-e-Taiba, perhaps without the institutional knowledge of the ISI. Clearly, despite its organic linkages with Pakistan's intelligence apparatus, the Lashkar-e-Taiba was now shaping its own agenda rather than being told what it could and could not do.

BY SPECIAL ARRANGEMENT



**Syed Abu Nasir, who allegedly supervised an operation to bomb U.S. consulates in Chennai and Calcutta.**

Little is known about what the six Lashkar agents who were given the task of carrying out the consulate bombings are now doing. Akhlaq Ahmad Khan, Ghulam Mohammad and Abdullah Sulfi, who organised the group's cross-border movement and stay in Calcutta, have, however, been arrested. Sulfi and Khan are known to have been previously involved in moving Jammu and Kashmir-based terrorists across border. For its part, the U.S. Government itself is maintaining a stoic silence.

A spokesperson of the U.S. Embassy in New Delhi, Donna Reginsky, told *Frontline* that her Government "is in possession of information, which it is in the process of evaluating". Asked if the U.S. still believed Nasir's story was a fabrication, she offered no comment.

The reasons for the U.S. silence are not difficult to comprehend. Its most bitter enemies were not too long ago its best friends. The Markaz Dawa wal'Irshad leader Sayeed, who condemned the U.S.' bombing of Iraq in December, was responsible for sending hundreds of volunteers to fight the U.S.' war in Afghanistan. He received overt U.S. patronage, in that enterprise. The fundamentalism the

U.S. now condemns was politics that it encouraged enthusiastically through the 1980s, with senior U.S. politicians routinely describing the fascist clerics of Afghanistan as freedom fighters. To admit that the Lashkar-e-Taiba is now ready to join in a terrorist campaign against the U.S. would involve a painful engagement with the past.

"It's a bit like your own dog barking at you," says an Indian intelligence official wryly. "No one will believe that the dog has decided it doesn't like you anymore - until it actually bites."

Figures like the Markaz's Sayeed are the U.S.' own Bhindranwales. Pakistan Prime Minister Nawaz Sharif's recent declarations suggest that he is considerably more sensitive to the issues than the U.S. strategy establishment. Sharif has been attempting, albeit ineffectually, to rein in the religious Right's terrorist operations which have transcended any meaningful state control. The U.S., despite its polemic, remains more ambivalent. At least some persons incharge of policy continue to advocate a policy of rapprochement with the Taliban regime in Afghanistan and, by extension, with chauvinist groups in Pakistan. They could discover that the U.S., as much as anyone in South Asia, will finally have to pay the price.

Table of Contents

Home | The Hindu | Business Line | Sportstar

# EXHIBIT 9

# Overseas Immigration News
5-21-1999

Items from Canada (2), Ireland (2), Germany,
Turkey, South Africa, and Australia –

Immigration claims teacher linked to terrorists Alleged Al-Jihad member:
Egyptian denies allegations, is appealing legal proceedings
By Stewart Bell
The National Post, May 20, 1999

Immigration officials have linked a biology teacher living in Canada since
1996 to an Egyptian terrorist group that is part of the Osama bin Laden
network blamed for last year's deadly bombings at American embassies in
Kenya and Tanzania.

Mahmoud Es-Sayy Jaballah is identified in a Federal Court document, filed
to support his appeal on a refused refugee claim, as an "alleged member" of
Al-Jihad, a unit of bin Laden's World Islamic Front.

Al-Jihad is behind a violent campaign to establish an Islamic state in Egypt.

Mr. Jaballah, 37, is currently being detained in a Toronto jail awaiting
deportation on the grounds he is a national security risk.

He admits to being arrested in Egypt in connection with terrorist activity
but says he is innocent.

"Quite simply, I am a devout Muslim," he said in a court statement.

"I have never belonged to any particular political or religious group."

A document filed in court diagrams the alleged connections between Mr.
Jaballah and Al-Jihad, which the U.S. state department describes as an
"Islamic extremist group" that "specializes in armed attacks against
high-level Egyptian government officials."

Written by Terry MacKay, an official in the Immigration Department's war
crimes unit, the document says Mr. Jaballah worked for an organization in
Pakistan that "secretly funds terrorism."

The document also links Mr. Jaballah to Abdel-Bari, who Mr. MacKay said
"controls" a group that is the "propaganda machine for Al-Jihad."

Steve Rosenbaum, Mr. Jaballah's lawyer, countered the diagram was
"conjecture and has no basis in fact."

The latest of dozens of would-be Canadians to face deportation under
Canada's anti-terrorism laws, Mr. Jaballah is scheduled to appear in court
next month on the security-risk proceedings.

Born in Al-Shrqia, Egypt, Mr. Jaballah earned his bachelor of education
degree from the University of Zakaziki.

At age 19, he was arrested in connection with the 1981 assassination of
Anwar Sadat, the Egyptian president, but was released two years later
without being charged.

He was again arrested in August, 1987, for allegedly conspiring to
assassinate Egypt's interior minister.

Later that year, an Egyptian newspaper article, filed as evidence,
identified Mr. Jaballah as a member of the military wing of an Islamic
extremist group "that supported the operations of political assassinations."

After being detained seven times by Egyptian authorities, during which time
he claims to have been tortured but never charged with any crimes, Mr.
Jaballah fled to Saudi Arabia and then to Pakistan, where he worked for the
International Islamic Relief Organization (IIRO).

Immigration Canada claims in court documents that the IIRO "secretly funds
terrorism," by raising money for Al-Jihad. Since Mr. Jaballah was employed
by the group, "he has direct links to terrorism," Mr. MacKay argued.

Mr. Rosenbaum said "that some people who may be linked to terrorism" had
used the group "as a front to cover the intention of his real activities,"
but maintained it is a humanitarian agency.

Mr. Jaballah left Pakistan in 1994 and lived in Yemen, Azerbaijan, and
Turkey before arriving at Lester B. Pearson International Airport three
years ago with his wife and four children.

He claimed refugee status because of his "political and religious beliefs."

His refugee claim was rejected March 14, 1999.

The Immigration and Refugee Board said there were "serious implausibilities
and internal inconsistencies" in his claim and noted: "He is perceived by
the authorities to be a militant Islamist who is allegedly wanted in
connection with terrorist activities of which he claims to be innocent."

He was arrested on March 31.

Al-Jihad has been active since the late '70s. One faction is headed by
Ayman al-Zawahiri, a key bin Laden leader.

Bin Laden, a Saudi-born billionaire, is suspected in the Aug. 7 embassy
bombings that killed 224.

Two weeks after the attacks, the U.S. fired cruise missiles at bin Laden's
hideout in Afghanistan.

\*\*\*\*
\*\*\*\*

Minister pushes swipe card to reduce U.S. border checks Proposal for reforms
BY Robert Fife
The National Post, May 21, 1999

OTTAWA - Half of the $365-billion in trade between Canada and the United
States could cross the border without being inspected by 2001 as a result
of high-level talks between Herb Dhaliwal, the Revenue Minister, and senior
American officials.

Mr. Dhaliwal said U.S. cabinet officials and American senators were
"extremely positive" about his proposal for reforms aimed at easing customs
and immigration checks at borders for exporters and frequent business
travellers.

"The simple fact is that our customs officers handle over 35,000 commercial
clearances a day. I'd like to cut that number way back and allow those

officers to concentrate on high-risk shipments," he said yesterday.

"Resources ought to be concentrated on drug traffickers, security threats, crooks, and cheats -- not on honest business people or tourists."

The revenue minister, who is expected to be in line for a promotion in the upcoming cabinet shuffle, wants both nations to issue computerized identity cards for low-risk shippers of goods, such as General Motors, Steelco, and other major exporters.

A similar card, with finger-print identification, would be issued to allow frequent business travellers to whisk through airport kiosks without having to wait in long customs lineups. If they had duty to pay on goods, they could pay it directly by credit card.

"They just have to show the card and pass right through with no questions asked. You show your card with your picture and drive right through. The same card can be used at airports as well. You go to a kiosk and put your card in and it checks your fingerprints and you go through without talking to a customs officer," he said.

****
****

State loses appeal on power to deport immigrants
By Carol Coulter
The Irish Times, May 21, 1999

The State will be unable to deport non-nationals until July at the earliest following a Supreme Court decision that part of the Aliens Act is unconstitutional.

It is estimated that to 100 people who would otherwise have been deported since January may now remain in Ireland pending a change in the law. The Government hopes to have its new Immigration Bill passed into law before the Dáil recess in July in order to allow deportations to resume.

The High Court made a decision last January which suspended all pending deportation orders. The Supreme Court yesterday upheld that decision, meaning that there remains no legal basis for carrying out deportations.

The new Immigration Bill was introduced by the Minister for Justice in the wake of last January's High Court ruling. The upholding of the High Court decision in the Supreme Court has added to the urgency in the Government that the Bill should be enacted before the summer recess.

More than 60 people were deported from the State in 1998. This number would probably have risen to some hundreds by the end of this year, because of the increased rate of processing applications for asylum, if the relevant section of the Aliens Act had not been found unconstitutional.

By a majority of three to two the Supreme Court yesterday upheld the earlier judgment of the High Court that Section five (1) (e) of the 1935 Aliens Act, under which people are deported, was unconstitutional, on the basis that it gave powers to the Minister for Justice which ought to belong solely to the Oireachtas.

The Supreme Court also declared that a deportation order made against a Romanian asylum-seeker, Mr Sorin Laurentiu, and the article of the 1946 Aliens Order under which it was made, were invalid. Mr Justice Keane and Ms Justice Denham ruled against the appeal, and the Chief Justice, Mr Justice

Hamilton, agreed with them. Mr Justice Barrington and Mr Justice Lynch upheld the appeal.

Mr Justice Keane said that the power which the 1935 Act gave to the Minister was "inconsistent with the exclusive role in legislation conferred on the Oireachtas by Article 15.2.1 [of the Constitution]."

Ms Justice Denham said: "One searches in vain to find principles and policies regarding deportation in the Act. The legislature grasped the power over aliens from the executive and then delegated it inadequately to the Minister. It abdicated its power."

Mr Laurentiu, a former professional footballer, who was in court yesterday with his fiancée, Ms Michelle O'Rourke, said he was delighted with the decision. "It means we can go on holiday now", said Ms O'Rourke, who met Mr Laurentiu five years ago, the day after his arrival in Ireland.

As well as introducing the Bill, the Minister appealed the High Court decision to the Supreme Court on the grounds that the legislature could delegate to the Minister the power to deport aliens. Until the new Bill becomes law, he remains without that power.

****
****

Survey finds emigration high among the marginalised
By Carol Coulter
The Irish Times, May 21, 1999

More than 20,000 people a year are emigrating from the Republic, the majority of them young, ill-educated and marginalised, according to a survey published today. Many of them end up unemployed or ill, live in poor housing and enter unrewarding occupations.

These are among the findings of a study of emigration commissioned by the Irish Episcopal Commission for Emigrants and the Irish Commission for Prisoners Overseas.

The report found a need for substantial support services both among the new and existing emigrant populations in the main host countries, Britain, the US, Australia and in the EU.

The study found that, although emigration has fallen since the 1980s, some 31,000 people are leaving Ireland every year. In 1998 21,000 left the Republic and the most recent figures indicate 10,000 left the North.

The report found little evidence to support the image of Irish emigrants today as highly educated, upwardly mobile and successful.

"The situation of Irish people appears to deteriorate post-arrival in Britain and the evidence is remarkably consistent across different groups in different locations," it says.

Sixty-five per cent of the 1.2 million Irish-born people living abroad live in Britain and about 50 per cent of today's emigrants go there. "They experience high rates of unemployment and illness, a low rate of upward social mobility, live in poor housing, enter unrewarding occupations, suffer a distinct level of discrimination and present a high rate of social problems, including alcoholism and suicide," the study found.

A startling statistic is that Irish-born people constitute the largest

ethnic group of prisoners in Britain. There are about 1,200 Irish prisoners
serving sentences abroad, in countries as far apart as Brazil and Cuba,
Thailand, Spain and Morocco.

After Britain, the US is the most popular destination, with 17 per cent of
the Irish-born living abroad residing there. This includes 70,000 illegal
immigrants, with an estimated 4,000 more arriving every year. Although the
visa initiatives helped, the recent stricter immigration laws mean that it
is now almost impossible for the undocumented to regularise their situation.

According to the report, "of the 740 people who approached the Aisling
Centre in New York in a nine-month period in 1998, 91 per cent were
undocumented. Only 11 per cent had a university degree."

Bolstered by Government support for EU directives on labour migration,
emigration to the EU has almost doubled.

The report stresses the need for a coherent policy on emigration, with
substantial Government support for NGOs (non-governmental organisations)
helping emigrants. Currently that support amounts to only £1 million annually.

It urges the Government to establish a time-limited task force on
emigration, give sole responsibility to the Department of Foreign Affairs
for the area, maintain accurate data and analysis of emigration trends and
devise coherent policies in partnership with NGOs.

\*\*\*\*
\*\*\*\*

German Citizenship Reform Gets Final Parliamentary OK
May 21, 1999

BONN (AP)--Parliament gave final approval Friday to a historic overhaul of
Germany's blood-based 1913 citizenship law, despite continuing opposition
from conservatives who had succeeded in watering down the reform.

The new law, passed by the upper house Friday, cuts the link between German
blood ties and nationality by granting automatic citizenship to anyone born
in the country. It also eases naturalization rules for longtime foreign
residents.

Interior Minister Otto Schily spoke of a watershed toward a more modern
sense of nationhood that would help integrate Germany's 7.3 million
foreigners, who make up nearly 10% of the population. The largest group,
about 2 million, are Turks.

"To define the nation mainly by blood connection was one of the tragic
errors in our past," he told the chamber.

Debate over the plan has raged for months, straining Chancellor Gerhard
Schroeder's center-left coalition and sparking a nationwide petition by
conservative foes that has garnered some 5 million signatures. The lower
house passed the bill earlier this month.

The new law, to take effect Jan. 1, allows children to hold both their
parents' nationality and a German passport until age 23, when they would
have to choose. Adults would be allowed to hold two passports only in rare
hardship cases, as previously. Schroeder dropped plans to make dual
citizenship the rule under conservative pressure.

The period required for naturalization is cut to eight years from 15.

****
****

Turkish police intercept 300 illegal immigrants Turkey-Immigrants
May 21, 1999

BOLU, Turkey (AP) - Police found some 300 would-be immigrants, mostly
Afghans, Pakistanis and Bangladeshis, crammed in a truck heading toward
Europe, police said Friday.

The immigrants said they had paid dlrs 2,000 each to the smugglers to reach
Europe through Turkey, the Anatolia news agency reported. They said they
had spent seven days in the truck with little water or food.

Police intercepted the truck near Bolu,which lies 200 kilometers (120
miles) east of Istanbul.

The Afghans said they were fleeing the Afghanistan's radical Islamic
Taliban rule and had transited through Pakistan and Iran.

Turkey, a crossroads between Europe and Asia, is under pressure from
European nations to stop the flow of illegal immigrants across its borders.

****
****

Too Many Foreigners Worry Cote d'Ivoire
By Melvis Dzisah
Panafrican News Agency, May 20, 1999

ABIDJAN, Cote d'Ivoire (PANA) - The authorities in Cote d'Ivoire are
worried about what they describe as the high foreigner presence in the
country.

"The tolerable threshold has been surpassed, calling for urgent measures to
prevent a major foreigner invasion," the Economic and Social Council said
in a report titled "Immigration In Cote d'Ivoire."

The council, which has as its members eminent personalities from diverse
walks of life, is the government's think tank on socio-economic issues.

According to the report, described as top secret but was leaked to the
local press, the foreigner presence has maintained an alarming proportion
since the first general population census in 1965.

"From 17.5 percent of the total population in 1965, it went up to 22
percent in 1975, 28 percent in 1968 and stabilised at 26 percent in 1993,"
it said. "It is no doubt that the 1998 census has revealed a more defiant
and breathtaking figures concerning the progress of immigration in our
country."

The report pointed out that "in other West African countries, the rate of
immigration is not more than 2 percent. It is 1.8 percent in Senegal, 1.2
percent in Niger, 0.9 percent in Mauritania, 0.7 percent in Mali and
Burkina Faso and 0.3 percent in Guinea Conakry."

It said "these figures without commentry, demostrates the importance of
immigration in our country, which is transforming even the population
structure."

It also revealed that "the Ivorian population, which was characterised by a
surplus of women at a ratio of 97 men to 100 women in 1988, has today
changed from 105 men to 100 women by the grace of immigration, with the
ratio being 126 men to 100 women among the immigrant population."

The report said 52 percent of the immigrants are Burkinabe, 23 percent
Mali, 7 percent Guinea and 6 percent Ghana. When put together, they
represented 48 percent of the active population in Cote d'Ivoire.

"Twelve percent of our population is also made up of immigrants from
countries without boarders with us," it said.

The report attributed present high immigrant population to the country's
geographical position, history, socio-political and economic situation.

"The character of a coastal country constitutes, without doubt, an
attractive determinant for immigration, while historically, it was our
colonisers who started it," it noted.

According to the report, the former French colonial masters recruited by
force 420,000 labourers between 1933-46 from the former Upper Volta, now
Burkina Faso, to work on their cocoa, coffee and rubber plantations.

"After the second world war, despite the suppression of the forced labour
system, immigration from Burkina Faso was carried out between 1947 and 1959
during which more than 230,000 new immigrants arrived in Cote d'Ivoire,"
the report disclosed. "This was also helped by our open political system
and economic stability."

As a way out of the situation, the report recommended that adequate
dispositions should be undertaken so that "we are not invaded by strangers."

"It is not xenophobia. It is a question of national protection," it stressed.

****
****

Australia being deluged by illegal boat people

CANBERRA, May 21 AAP - The federal opposition says the arrival of another
two boats carrying illegal immigrants to Australia is a direct result of
the failure of the nation's coastal security earlier in the year.

One vessel carrying 20 illegal immigrants from the Middle East and three
crew arrived at Christmas Island while a second with seven people from the
Indian sub continent and two crew was intercepted by the Navy at Ashmore
Reef.

Opposition Justice spokesman Duncan Kerr said the arrival of the boats was
a direct response to the failure to intercept two boatloads of illegal
immigrants from China who landed on the east coast earlier this year.

"Labor warned the government months ago, when a boat arrived on a Cairns
suburban beach, that the failure of the nation's coastal security network
would send the wrong message to those considering illegal entry to
Australia," he said in a statement.

"Two more boats carrying illegal immigrants have now arrived fromn the
Indian sub continent and the Middle East. Obviously the message has been
heard loud and clear, at least by people smugglers."

Immigration Minister Philip Ruddock said there had been a surge in attempts
to land illegal immigrants by boat, with 440 detected so far this year,
more than twice the number for the whole of 1998.

# EXHIBIT 10

Russian Troops Find Arab, Bosnian Passports in Chechnya

*ITAR-TASS*, 21 February 2000

(FBIS Transcribed Text) Russian troops have found another archive of Chechen rebels in Grozny. It contains copies of the passports and school diplomas belonging to citizens of Bangladesh, Yemen, Thailand and Zambia, the staff of the federal troops in the North Caucasus told Itar- Tass on Monday.

Judging from the applications to International Relief Organisation, attached to the personal documents, this Islamic organisation arranged for the transportation of mercenaries to Chechnya. The main office of the organisation is in Saudi Arabia.

Among the documents of Arab citizens there is a Bosnia- Herzegovina passport. A mark in the passport suggests that its owner might have worked at the Bosnian embassy in Tripoli.

The staff of the federal troops in the North Caucasus identified the Yugoslav mercenary as Mesud Djidjic, born in 1968.

Military experts are now studying the documents. They believe that the supply of Moslem mercenaries to Chechnya was well organised.

It is all known that people from Arab African countries and Southeast Asia were used by terrorists as soldiers, while representatives from Jordan, Saudi Arabia and Pakistan had the ranks of officers and served either as commanders or as military instructors.

# EXHIBIT 11

3 of 3 DOCUMENTS

Copyright 2000 Financial Times Information
All rights reserved
Global News Wire
Copyright 2000 Philippine Daily Inquirer.
Philippine Daily Inquirer

August 9, 2000

**SECTION:** Pg. 1

**LENGTH:** 1607 words

**HEADLINE:** FRONT PAGE: BIN LADEN FUNDS ABU SAYYAF THROUGH MUSLIM RELIEF GROUP

**BYLINE:** CHRISTINE HERRERA

**BODY:**

A MUSLIM relief organization is a conduit for funds to the Abu Sayyaf from Saudi billionaire, Osama Bin Laden, the US Public Enemy No. 1, and his brother-in-law, Mohammad Jamal Khalifa.

This was confirmed to the INQUIRER in Davao City by a former member of the original Abu Sayyaf group, who uses the nom de guerre Abu Anzar.

Anzar's disclosure is supported by police and military intelligence reports that state Bin Laden and Khalifa in 1992 set up the International Islamic Relief Organization Inc. (IIRO) with offices in Makati and in several cities in Mindanao as a front organization for funding terrorist activities.

The IIRO, according to the intelligence report, was working under the Muslim World League, an organization wholly financed by the Saudi Arabia government.

"The IIRO which claims to be a relief institution is being utilized by foreign extremists as a pipeline through which funding for the local extremists is being coursed," the intelligence report noted.

Bin Laden has used his personal fortune to finance terrorist activities all over the world. US authorities had fingered Bin Laden as the mastermind of the bombing of the US embassies in Kenya and Tanzania in August 1998 which killed 257 persons and wounded more than 5,000.

Though Khalifa has denied involvement in Bin Laden's activities, he had admitted "very close ties in the past." The second of Khalifa's four wives is the sister of Bin Laden.

Through Khalifa, who lived in the country for nine years, a Stratfor intelligence report said that "Bin Laden's network is already deeply entrenched in the Philippines."

Education

It was the MWL-IIRO that established the Al-Makdhum University in Zamboanga City which started accepting Islamic students in 1992, the intelligence report said.

According to the report, the IIRO also offers scholarship to qualified students who have the potential to be Islamic scholars. They then are tasked to indoctrinate other Muslims on terrorist tactics.

In an interview with the INQUIRER, Anzar said the IIRO was used by Bin Laden and Khalifa to distribute funds for the purchase of arms and other logistical requirements of the Abu Sayyaf in the guise of relief and livelihood projects for Muslim communities in Mindanao.

"Only 10 to 30 percent of the foreign funding goes to the legitimate relief and livelihood projects and the rest go to terrorist operations," Anzar added.

"The IIRO was behind the construction of mosques, school buildings and other livelihood projects in areas penetrated, highly influenced and controlled by the Abu Sayyaf," Anzar said.

The IIRO provides a steady supply of clothing, canned goods, rice and other necessities to impoverished Muslim communities.

"Bin Laden and Khalifa saw that the Muslim people needed help but he wanted immediate results, which he could not expect from the MILF. So he founded and funded the Abu Sayyaf, the Muslims' terrorist arm," he explained

Al Haj Murad, MILF vice chair for military affairs, had confirmed to the INQUIRER two years ago that Bin Laden and Khalifa provided "help and assistance" to MILF cadres who volunteered in the 1980s to help the Taliban struggle against the Soviet-backed Afghanistan government.

Original Abu

The original Abu Sayyaf was headed by Aburajak Abubakr Janjalani and another faction was led by Galib Andang, aka Commander Robot, who broke away from the Moro National Liberation Front after the formation of the Southern Philippines Council for Peace and Development under former Moro National Liberation Front chief Nur Misuari.

Anzar said Bin Laden and Khalifa financed the urban warfare and terrorism training in Libya of their recruits to the Abu Sayyaf, including Janjalani and Edwin Angeles, the founding Abu Sayyaf vice commander and intelligence chief.

It was Angeles who recruited Anzar to the Abu Sayyaf. After undergoing advanced Islamic studies, Anzar became the group's liaison officer and Angeles' right-hand man.

When Angeles returned from Libya, he allegedly carried out the bombing of the Jolo Cathedral in Sulu in 1991.

Bin Laden and Khalifa also funded the three-month commando training course of the recruited Abu Sayyaf members in March 1993 in Patikul, Sulu, Anzar recounted. Khalifa served as one of the advisers of the Abu Sayyaf, the intelligence report noted, which was also confirmed by Anzar.

Records show the IIRO, a non-stock, non-profit organization, was registered with the Securities and Exchange Commission on Sept. 20, 1991 with Khalifa as president and chair of the board of trustees.

Based on the SEC documents obtained by the INQUIRER, the IIRO's primary objectives are:

* To provide humanitarian services which will develop and elevate the educational, social and health aspects among the communities in the Philippines.

* To assist victims of natural and man-made calamities in the Philippines by giving financial assistance and relief goods, clothing, etc.

* To own, acquire, purchase, lease, sell, convey, transfer and establish orphanage centers, mosques, machinery equipment.

* To accept donations and contributions from national and foreign sources.

* Other incidental purposes not mentioned above.

The IIRO is expected to exist for 50 years from and after the date of incorporation in 1991.

Anzar said it was the objective "other incidental purposes not mentioned above" that became the priority of Bin Laden and Khalifa's group.

Asked why Bin Laden and Khalifa were supporting the Moro terrorists, Anzar said: "Any Muslim community that the Philippine government wanted to control got help."

"Bin Laden and Khalifa knew the Muslim people are no match for the resources and logistics of the Philippine government. So they decided to pour in funds to help us through the IIRO. It's a legal bank-to-bank transaction and a legitimate relief organization but the bulk of the funds go to terrorist operations," Anzar said.

"Based on our doctrine that Bin Laden and Khalifa share, if you are a Muslim, you are obliged to help reach your goal-to establish an Islamic state-even by force," he stressed.

He explained that if the Muslim could not personally engage in combat, he or she could help through spiritual or material aspects.

"Spiritual help means we pray for the success of the operations and material is logistics," he said.

"In the case of Bin Laden and Khalifa, they are not combatants, so they give material support. Money. Lots of money," Anzar explained.

The money was used, he said, primarily to create chaos and embarrass the Manila government.

"See, if there are bombings, kidnappings and killings, there will be no peace and development. Local and foreign investors would not come to Mindanao. That's what we want. They should not invade our place. Mindanao is ours. How come other non-Muslim people reign here? We are the ones who are hungry; we are on the run; we have no livelihood," Anzar said.

"Bin Laden, Khalifa and other foreign Muslim terrorists share that so they help us turn away the invaders, including the government. We don't need the Philippine government here. We want our own Muslim government."

Bin Laden and Khalifa generously provided the funds for the terrorist acts of the Abu Sayyaf and they had no complaints, he said.

"Whether the money was used for bombings, kidnappings, Bin Laden and Khalifa did not complain, for as long as the objective-to fight and prevail upon the government-was reached," he said.

Support for Robot

He said the original Abu Sayyaf members supported Commander Robot's kidnapping of 31 mostly foreign nationals because it sent a strong message to the Philippine government and the foreign governments "not to mess with Muslim people in Mindanao."

From the multimillion-peso ransom raised by the Robot gang, "Bin Laden and Khalifa do not get a single centavo. They even give more," Anzar said.

This act of generosity, Anzar said, has lured more Muslims to join the Abu Sayyaf.

"There's plenty of money. For instance, we have a weeklong operation, we leave money to our families more than enough to spend for the month," he said. "For example, our families spend about P1,000 a week, we would be given five times that amount."

Anzar said this allowed the Abu Sayyaf to sustain their operations. The more they engaged in terrorism, the more financial support poured in from Bin Laden and Khalifa.

Anzar said even before Angeles was nabbed by the government (although the Abu Sayyaf believed he surrendered and turned against his comrades), Bin Laden and Khalifa started organizing another group-that of Commander Robot.

"So there would be no setback in terrorist operations," he said.

The financial support from Bin Laden continued even after Khalifa was arrested in Sta. Rita, California, on Dec. 26, 1994 and was detained by the US Federal Bureau of Investigation for using fake travel papers, he said.

He said Angeles was killed in January 1999, a month after Janjalani was killed by government troops on Dec. 18, 1998.

"Janjalani's relatives believed it was Angeles who had Janjalani killed so he was also killed by the relatives," he said.

"The (original) group broke up. We had contacts with Commander Robot. We are still armed up to now. But we'd rather do our own thing. Preferably lie low, now that the government is going after the original members," he said.

Anzar said he surfaced to tell his story to the INQUIRER that the Abu Sayyaf are proud to be called terrorists. (Tomorrow, Khalifa's own terrorist network. And who's the Cabinet official listed as a board member of the IIRO foundation?)

**JOURNAL-CODE:** WDPI

**LOAD-DATE:** March 17, 2001

120SG5

********** Print Completed **********

Time of Request:   April 20, 2005  12:04 PM EDT

Print Number:     1862:41360817
Number of Lines:   105
Number of Pages:

Send To:  WTCELLIOTT, COZEN
          COZEN & O'CONNOR
          1900 MARKET ST
          PHILADELPHIA, PA 19103-3527

# EXHIBIT 12

3 of 3 DOCUMENTS

Copyright 2000 Financial Times Information
All rights reserved
Global News Wire
Copyright 2000 Philippine Daily Inquirer.
Philippine Daily Inquirer

August 10, 2000

**SECTION:** Pg. 1

**LENGTH:** 1079 words

**HEADLINE:** FRONT PAGE: GEMMA LINKED TO BIN LADEN GROUP FUNDING SAYYAF, MILF

**BYLINE:** CHRISTINE HERRERA

**BODY:**

TOURISM Secretary Gemma Cruz-Araneta has been linked to a Muslim relief organization allegedly being used by accused international terrorists Osama bin Laden and his brother-in-law Mohammad Jamal Khalifa as a front to finance the operations of the Abu Sayyaf and the Moro Islamic Liberation Front.

The information was disclosed to the INQUIRER by a former member of the original Abu Sayyaf group, who uses the nom de guerre Abu Anzar.

Anzar was the Abu Sayyaf liaison officer and right-hand man of the late Edwin Angeles, one of the Abu Sayyaf founders who was its vice commander and chief intelligence officer.

Araneta served as board member and treasurer of the International Islamic Relief Organization (IIRO) which works under the Muslim World League.

Based on IIRO documents at the Securities and Exchange Commission, Khalifa and Araneta were among the five incorporators who signed the documents of registration. Araneta appears to be the only non-Muslim in the group. Besides Khalifa, the others are Zakaria M. Shikh, a Jordanian; Abubakar Sharifada, a Filipino and Alice Yabo, aka Jameelah, a Filipino and believed to be Khalifa's wife.

The IIRO was registered with the SEC on Sept: 20, 1991. It has a life of 50 years from the date of incorporation. To date, the SEC documents on IIRO lists Araneta as the treasurer.

Khalifa was IIRO's president and chair of the board of trustees. Bin Laden was its main financier, according to police and military intelligence reports.

As treasurer, Araneta was tasked "to act as such until her successor is duly elected and qualified in accordance with the by-laws, and that as such, she has been authorized to receive for and in the name and for the benefit of the association, all contributions or donations paid or given by the members," according to the reports.

Typo error

Araneta used her maiden name, Gemma Cruz, in the document. But Araneta's middle initial in the document is C., thus, Gemma C. Cruz, instead of G. for Guerrero, which is her mother's surname.

Anzar attributed the mistake to a mere typographical error.

"The error was typographical. She cannot deny that she and Khalifa were together when they went to Mindanao in October 1993 and again in June 1994," Anzar told the INQUIRER in an interview.

"I should know. I acted as their security escort," he said.

Documents obtained by the INQUIRER confirmed that Khalifa was indeed in the country during the dates mentioned by Aznar.

Khalifa was issued passport numbers 024632 on Oct. 16, 1992 in Manila and AZ215927 on Jan. 29, 1994 in Jeddah, the intelligence reports noted.

2 meetings

According to Anzar, he fetched Araneta and Khalifa from General Santos City and brought them to visit the mosques, buildings and schools in Sirawan in Toril District in Davao City in October 1993. The projects were funded by the IIRO.

"It's impossible for Gemma Cruz not to know because the Muslim communities know," Anzar said. "To the Muslim communities, Khalifa is not only philanthropist but an international terrorist. So Muslims have high regard for him."

Khalifa, without naming Araneta, introduced her to the communities as the one who managed the IIRO's finances, Anzar said.

Eyebrows

In his first encounter with Araneta, Angeles introduced her to Anzar as the former Miss Philippines.

"I didn't ask the name because it was a no-no in our group. You just wait to be told, otherwise you would be mistaken as a government deep penetration agent," Anzar said.

She described Araneta as pretty, chinky-eyed and "very tall."

When showed recent photos of several former Miss Philippines, Anzar examined the photos and pointed to Araneta's photo as the woman he saw in 1993 and 1994 with Khalifa.

"This is Gemma Cruz. I could never forget her eyebrows," he said. "But she was prettier and younger in 1993 and 1994. She even had long hair."

But in their second meeting in Zamboanga City in early June 1994, Anzar said, Angeles introduced her to him as Gemma Cruz.

He said he was surprised to see Araneta wearing a Muslim dress that prompted him to ask Angeles whether she was a Muslim.

"Bro (brother), yang babaeng yan, may balak mag-balik-Islam. Yan ang dating Miss Philippines, si Gemma Cruz," Anzar quoted Angeles as having told him.

He explained that the "balik-Islam" was the term used when someone was converting to Islam.

"The visit was Bin Laden's and Khalifa's way of telling the Muslim communities highly influenced and penetrated by the Abu Sayyaf that the people got help because they support the cause of the Abu Sayyaf," Anzar said.

"They do the same in MILF-controlled areas," he added.

Though it set up livelihood projects, built mosques and schools and provided for the basic needs of impoverished Muslim communities, the IIRO also provided funds for the purchase of arms and other logistical requirements of the Abu Sayyaf, Anzar said.

In fact, he said, only 10 to 30 percent of the funds coursed through the IIRO went to the charity projects. "The bulk of the fund goes to terrorist operations of the Abu Sayyaf and the MILF. We have not lost contact with the MILF. We even coordinate with them. So we know they also get financial support from the IIRO."

He said the Muslim communities were aware that Khalifa and Bin Laden were "international terrorists and the projects were part of their agenda to win the hearts and minds of the Muslims."

Philippine Daily Inquirer August 10, 2000

Wali Khan Amin Shah, one of the conspirators convicted in 1996 for his role in a plot to blow up US planes, told authorities that a Muslim charity run by Khalifa and backed by Bin Laden had financed the plot, according to US and Philippine intelligence reports.

Now believed to be hiding out in Afghanistan, Bin Laden, the youngest son of a Saudi construction magnate, is wanted by the United States for allegedly masterminding the attacks on the US embassies in Kenya and Tanzania in 1998 which killed 224 people.

Khalifa was arrested in Sta. Rita, California, on Dec. 26, 1994 and was detained by the Federal Bureau of Investigation for using fake travel papers. His alleged ties to terrorist activities became evident on Jan. 6, 1995 when the police raided an apartment in Manila shared by Ramzi Yousef and Abdul Hakim Murad, both of whom were later convicted of the 1993 World Trade Center bombing in New York.

Khalifa was a frequent visitor here where he owned a rattan furniture factory on top of working with the IIRO.

**JOURNAL-CODE:** WDPI

**LOAD-DATE:** March 17, 2001

120SG5

********** Print Completed **********

Time of Request:   April 20, 2005  12:07 PM EDT

Print Number:      1862:41361389
Number of Lines:  79
Number of Pages:

Send To: WTCELLIOTT, COZEN
         COZEN & O'CONNOR
         1900 MARKET ST
         PHILADELPHIA, PA 19103-3527

# EXHIBIT 13

 **Sipadan Hostage Crisis** 

Home    News    Directory

  This account has been deactivated.  

| News Source | 10 August 2000 - The Straits Times |
|---|---|
| Borneo Bulletin<br>Daily Express<br>New Sabah Times<br>Bernama<br>The Manila Times<br>CNN.com<br>Reuters | **Osama gave funds to Abu Sayyaf: Manila**<br><br>MANILA -- Philippine Defence Secretary Orlando Mercado said international terrorist Osama bin Laden has provided funds to Muslim extremists holding more than a dozen hostages in the southern Philippines.<br><br>Mr Mercado said he could not detail military information on the link between Osama and the Abu Sayyaf group, but remarked that ""in recent years, they had been receiving funds''.<br><br>He added that the Abu Sayyaf had been ""boasting'' of their connection with Bin Laden, a wealthy Saudi dissident living in Afghanistan and wanted by the United States for masterminding a terrorist attack on two US embassies in east Africa in 1998 which killed 224 people.<br><br>Mr Mercado was reacting to a report by the Philippine Daily Inquirer newspaper yesterday, quoting a former member of the Abu Sayyaf group as saying that Bin Laden and his brother-in-law Mohammad Jamal Khalifa had set up the International Islamic Relief Organisation (IIRO) in 1992 only to serve as a front for funding extremist groups.<br><br>The Abu Sayyaf member, identified only as Abu Anzar, said the IIRO worked under the Muslim World League, an organisation supported by the Saudi Arabia government.<br><br>Anzar said the relief organisation, in the guise of giving charity to local Muslim communities, provided funds to the Abu Sayyaf for acquiring arms.<br><br>Meanwhile, Muslim separatist guerillas raided a village in the southern Philippines and briefly held several Christian villagers as human shields against government troops, a military spokesman said yesterday.<br><br>Major Julieto Ando said about 50 members of the Moro Islamic Liberation Front stormed the village of Takol in Davao del Sur province on Tuesday, ransacking homes for food and rations. |

When government troops arrived later, the rebels hastily fled but seized an undetermined number of villagers to be used as human shields, Major Ando said.

Back to Sipadan Hostages News

Back to This Week's Borneo News

**Info Sections –**    Info Borneo    Inside Borneo    Inside Internet

**Premier Services –** Borneo Forum    Classified Ads    Online Chat  Event Board  Free Email  Web Hosting
                       Electronic Cards  Borneo Auction  Borneo Quiz

**E-Borneo Project –** General Info  Contribution  Feedback  Submit URL  Mailing List  Link to Us

Home | About e-Borneo | Announcement | Services | Bookmark Us | Disclaimer | Privacy Policy | Copyright | Contact

Copyright © 1999, 2000  e-Borneo.  All rights reserved worldwide