# EXHIBITS 38 TO 39

# EXHIBIT 38

*Al Arabia*

Thursday, July 15, 2004 G.- 28 Jumada I, 1425 Hijri

## Eda'at: Prince Khaled Al Faisal

[Caption: Prince Khaled Al Faisal, Prince of the Aseer District- Saudi Arabia]
[Caption: Turki Al Dakhil, Host of *Eda'at program]*

Show Name:          Eda'at
Show Host:          Turki Al Dakhil
Episode Date: Wednesday, 07/14/2004

## Program Guest:

- Prince Khaled Al Faisal, Prince of the Aseer District.

Turki Al Dakhil: Brothers and sisters, peace, and God's mercy and blessings be upon you! This is
Turki Al Dakhil greeting you in a new episode of your weekly program *Eda'at.* Our guest today,
brothers, is Prince Khaled Al Faisal, Prince of the Aseer District. Welcome to our show, Your
Highness!

Prince Khaled Al Faisal (Prince of the Aseer District): Welcome, Turki!

*Terrorism is the most prominent issue.*

Turki Al Dakhil: Welcome Your Highness. Let's start. It seems that the issue of terrorism, which
the Kingdom of Saudi Arabia suffers from, is the most prominent one among many in Saudi Arabia.
Your Highness, about a month ago, you wrote an editorial in *Al Watan* newspaper issued in Abha,
entitled "Who took the smile away?". You were speaking about the Aseer District, of which you
have been the Prince for more than thirty years, stating that the people of this area were known for
the smiles on their faces and their hospitality. Then, this smile turned into silence, anticipation and
alertness. Reading this article, I would like to ask Your Highness who took the smile away from the
people of the Aseer region?

*A person from the Aseer District is good, brave, and generous, and has very good qualities.*

Prince Khaled Al Faisal (Prince of the Aseer District): First, I would like to say that the people of
the Aseer District are good, brave and generous, and have very good qualities. Among these are joy.

1

I mean, you always see joy and happiness on the faces of the Aseer people. All of a sudden, this smile has disappeared in recent years.

Turki Al Dakhil: How did that happen, Your Highness?

Prince Khaled Al Faisal (Prince of the Aseer District): How? How could there be a smile on the face of a Muslim going to the mosque? In the past, a Muslim was promised paradise for being Muslim, praying, fasting, alms tax and performing Hajj. Today, the same Muslim goes to the mosque and is promised and threatened with the fire and hell – this same Muslim.

Turki Al Dakhil: Does this mean that his conduct did not change, but the promises did?

Prince Khaled Al Faisal (Prince of the Aseer District): How could there be a smile on the face of a father whose son enters his house and calls him an infidel? How could there be a smile on the face of a mother whose daughter enters her house and calls her an infidel? How could there be a smile on the face of a father whose son goes to school with one ideology and comes back home with another ideology, prohibiting TV and some clothes, even prohibiting the television on which he sees the Kingdom's news? All these things affect the personality of these people. These people are not only in the Aseer District- I only wrote about the Aseer people because I work there.

Turki Al Dakhil [Interrupting]: For example?

Prince Khaled Al Faisal (Prince of the Aseer District) [Continuing]: I am sure, however, that this absence of smile applies to every person in this country.

Turki Al Dakhil: Does this mean that you wrote about the Aseer people as an example for the smile that has disappeared from the faces of all Saudis?

Prince Khaled Al Faisal (Prince of the Aseer District): Exactly.

Turki Al Dakhil: Well! In your opinion., Your Highness, who created this atmosphere? The atmosphere, which...

Prince Khaled Al Faisal (Prince of the Aseer District) [Interrupting]: Actually, this perverse ideology, this perverse ideology that began to spread in the Kingdom, started to spread in schools, the mosques, and everywhere. Moreover, there are satellite channels that propagate such extremist ideologies and condemn people as infidels. There are camps, and I will give a very simple but strange example: Hospitals.

2

Turki Al Dakhil: In Saudi Arabia?

Prince Khaled Al Faisal (Prince of the Aseer District): In Saudi Arabia, a hospital is supposed to treat patients- this is the main task of a hospital.

Turki Al Dakhil: Yes.

Prince Khaled Al Faisal (Prince of the Aseer District): Why are there several weekly lectures in hospitals- called "educational lectures"? Who wants to be educated in this hospital? The patients? Do they want to attend such kind of lectures and listen to lecturers? Or do they want to gather doctors and nurses, have them leave their work and listen to someone giving them a lecture? And what is this lecture? What kind is it? Who is the lecturer? Who is targeted? Who does the inviting? Unfortunately, those people have multiplied in our mosques and schools. They are young men of 15, 20 or …. All those people give lectures as if they were scholars, prominent scholars. Sometimes, those young men who direct people undertake the Islamic call and call themselves Islamic missionaries, speak ill of and attack the highest scholars of the Kingdom of Saudi Arabia.

Turki Al Dakhil: Well! What is different now, Your Highness Prince Khaled Al Faisal? Saudi Arabia has been a religious and conservative country since the establishment of a modern country under the Third Saudi State. What has been different in recent years to that degree?

Prince Khaled Al Faisal (Prince of the Aseer District): Many things have changed. First, we never had this type of ideology before. It came to us from abroad, not now but many years ago. When this ideology came to the Kingdom of Saudi Arabia, some people found it pleasant, became disciples of their? teachers, and spread it.

Turki Al Dakhil: We constantly hear about this ideology. Is it a new one? Is it an authentic ideology originating from this country? You just said, Your Highness, that this ideology came from abroad. Do you think it didn't respect Saudi privacy, social privacy, and cultural privacy, and that made it more accepted by this society? Or did it come in foreign forms?

Prince Khaled Al Faisal (Prince of the Aseer District): Certainly this ideology found fertile soil, as Saudis are religious people. I have always said that the strength of the Saudi people is their weakness.

Turki Al Dakhil: How is that, Your Highness?

3

*You can easily deceive a Saudi Arabian using a religious project or idea*

Prince Khaled Al Faisal (Prince of the Aseer District): This means that you can easily deceive a Saudi Arabian using a religious project or idea. In the meantime, this man, strong in this religion, faces the world, as he faced the whole world when this country was established. He faced it with courage and strength until this entity was established on a correct Islamic basis. Unfortunately, the goodness of the Saudi people has been exploited to spread this perverse ideology in this good religious community which has been exploited for many years to change the tolerant spirit of Islam. This means that people ...

Turki Al Dakhil [Interrupting]: Towards extremism or ...?

Prince Khaled Al Faisal (Prince of the Aseer District): Towards extremism and violence. Now, for God's sake, when you first meet someone, what do you say to him? You say: "Peace be upon you." So the first word you pronounce is "peace".

Turki Al Dakhil: Spreading peace...

Prince Khaled Al Faisal (Prince of the Aseer District): Spreading peace between you and others. When you embark on anything in your life, you say "In the Name of God, Most Gracious and Merciful". Out of his 99 names, God, may he be praised and exalted, chose "Most Gracious, Most Merciful" for embarking on any work. God did not chose 'the Strong," "the Almighty," "the Mighty," "the Proud," or "the All-Powerful." He didn't choose... he chose "Most Gracious, Most Merciful." Why?

Turki Al Dakhil: To start your work.

Prince Khaled Al Faisal (Prince of the Aseer District): To start your work and spread mercy, mutual affection and harmony among Muslims. This is what we learned in our schools. What we learned in our schools now differs completely from what our children and grandchildren are learning in schools today. The curricula may not have changed much.

Turki Al Dakhil: Your Highness, this brings up another question. The Second National Dialogue, held a while ago in Honored Mecca, included a long debate on the relation between the curricula in Saudi education and terrorism, in terms of its feeding terrorism or spreading an extremist atmosphere in one way or another. Your Highness, as a citizen who studied these curricula for a long period of your life, and now as the Prince of the Aseer District, do you see that curricula have anything to do with the ideology of violence that began to spread in Saudi Arabia?

4

Prince Khaled Al Faisal (Prince of the Aseer District): There are some things I have heard …I have not seen them myself. However, I heard that there were additions to the old curricula. These paragraphs, some things that were added, were added while this country was exposed to the spread of the Jihadist ideology and ideologies of violence. Thus these ideas came from abroad and are not foundational. They can be cleaned up and you can easily…

Turki Al Dakhil [Interrupting] Reconsider....

Prince Khaled Al Faisal (Prince of the Aseer District) [Continuing]: …Reconsider and revise these curricula, remove some phrases and some …, so that they are once again the way they were. The problem is that this ideology is spreading in a way and style that are different from the present written curriculum.

*The Secret Curriculum and the Published Curriculum*

Turki Al Dakhil: What is this method and style?

Prince Khaled Al Faisal (Prince of the Aseer District) [Interrupting]: This is called a secret curriculum, and this is what the symposium…

Turki Al Dakhil [Interrupting]: In Abha, during the Abha Summer Activities Festival, there were cultural symposia openly entitled "The Secret Curriculum and the Published Curriculum."

Prince Khaled Al Faisal (Prince of the Aseer District): Exactly.

Turki Al Dakhil: This is what I wanted to ask you about.

Prince Khaled Al Faisal (Prince of the Aseer District): The study of this phenomenon that spread in schools, universities, institutes and colleges, showed that a teacher or professor does not only teach the published, written curriculum, decided on and approved by the Ministry and the State.

Turki Al Dakhil [Interrupting]: So …

Prince Khaled Al Faisal (Prince of the Aseer District) [Continuing]: The teacher has thoughts he spreads his just by being with his students in a closed classroom, or with other students in camps and activities called extracurricular activities.

5

Turki Al Dakhil: So in your opinion, there is a problem with extracurricular activities?

Prince Khaled Al Faisal (Prince of the Aseer District): Yes, there is a problem, and it is a well-known fact. I will give you an example with something that happened to us in Abha. Last summer, I heard about a camp I had no idea about. When I inquired about this camp, they said, we don't know of it. It had not been approved or authorized.

Turki Al Dakhil: Not approved by the official authorities?

Prince Khaled Al Faisal (Prince of the Aseer District): Not approved by us. I sent people to the camp to see what was going on. But it took us a few days and apparently the people at the camp found out about it and quickly moved their camp at night and left in the morning or that same night. When the men I sent arrived at the camp to ask about them and search, they found out that the camp was finished and they left and drove away. We found papers that they left behind in their haste at the campsite. These papers were drawings of bombs, machine guns, and military plans. This was a youth camp.

Turki Al Dakhil [Interrupting]: Is this camp affiliated with people who are not working for a governmental agency, or is it ...?

Prince Khaled Al Faisal (Prince of the Aseer District) [interrupting]: We later inquired about them, about who they are and where they came from. We also inquired about the camp area. We found out that it came from another area, and that the director of education from a province in another region wrote about it. He told some brothers here that it was a youth and student camp from their region and asked some of his friends in this area to help them out and they came. Neither we nor the Ministry knew about it. These actions are the secret curriculum, because they are not published, but they do in fact exist. However, they are not decided or approved or accepted by the official agencies.

Turki Al Dakhil: So this problem has caused more violence than the curricula, in your estimation?

Prince Khaled Al Faisal (Prince of the Aseer District): There is no doubt that that it is not the whole curriculum. A curriculum as we say does not even constitute 20% of the issue. 80% is the secret curriculum, the method of spreading these ideas of violence and extremism through the officials and those responsible for students at schools, institutes, colleges and universities.

Turki Al Dakhil: Well! This is an important point. Your Highness, does this mean that that there are people working for official agencies who allow these thoughts to be spread?

6

Prince Khaled Al Faisal (Prince of the Aseer District): Yes, there are people working in our governmental agencies, and they spread these ideologies and aid and help spread and disseminate them.

Turki Al Dakhil: So they are part of these groups and are working for governmental agencies?

Prince Khaled Al Faisal (Prince of the Aseer District): Their followers.

Turki Al Dakhil: Do you think that this means that they have penetrated the State agencies in some way, Your Highness?

Prince Khaled Al Faisal (Prince of the Aseer District): This ideology has been spreading in many governmental authorities concerned with or specialized in youth, the public or the general culture, such as the Ministry of Education, the Ministry of Higher Education, the Ministry of Islamic Affairs in terms of the Islamic missionary work, and the Ministry of Social Affairs in terms of charitable associations. This ideology is very widespread in charities, whether they are for men or women. I believe that this ideology exists even in media institutions including the Ministry of Culture and Information.

Turki Al Dakhil: So, Your Highness Khaled Al Faisal, do you see that those who create extremist environments are penetrating the Saudi society?

Prince Khaled Al Faisal (Prince of the Aseer District): Undoubtedly they have penetrated into official and national arenas, and even into national associations. There are large national associations allocating funds for charitable, religious and Islamic projects,. As I told you before, the Saudi people can be easily deceived through religion. It is possible....

Turki Al Dakhil [Interrupting]: We can be easily fooled if God is used as a tool.

Prince Khaled Al Faisal (Prince of the Aseer District): Exactly. It's easy and possible to approach a rich man and ask for funds for building a mosque in Africa, Asia or any Islamic region. A rich man can comfortably give funds to such a person, confident that he is a Muslim and would not deceive him, when in fact ...

Turki Al Dakhil [Interrupting]: ...he is just taking his money.

7

Prince Khaled Al Faisal (Prince of the Aseer District) [Continuing]: These funds may go neither toward a mosque nor toward an Islamic project, but toward a destructive extremist terrorist project.

Turki Al Dakhil: Well, Your Highness, in your opinion, when did these facts become known? Do you feel that you have pointed out some extremely important and dangerous points?

Prince Khaled Al Faisal (Prince of the Aseer District): I believe that this is clear. Any person concerned with, supervising or following what is going on can easily see it and notice it. They are not such secret, hidden things. They are often obvious, but many people in the Kingdom of Saudi Arabia ignore or disregard them. They do not want to believe them, even if they do exist.

Turki Al Dakhil: Your Highness, talking about this issue is very important. I promise that we will continue after a short break. Dear brothers, we will resume our interview in *Eda'at* with Prince Khaled Al Faisal after a short break. Stay tuned.

[Commercial break]

Turki Al Dakhil: Dear brothers and sisters, welcome back to *Eda'at*. We will resume our interview with Prince Khaled Al Faisal, Prince of the Aseer District. Your Highness, before the break, you talked about issues I believe are very dangerous. You referred to those people adopting the ideology of Jihad or spreading the ideology of violence- people who contribute to a violent ideology have penetrated into many fields of life, whether official and social. Your Highness, this is a serious sign. How do you think we now must deal with an extremely dangerous situation of this kind?

*The Dangerous Situation in the Kingdom*

Prince Khaled Al Faisal (Prince of the Aseer District): It's a dangerous situation. We must admit that the situation we have is serious. Making light of this issue is not possible and not acceptable. I talked about the spread of this ideology in some governmental departments and some ministries in particular. Actually, I don't want to limit the problem to ministries. I want to say that this ideology is widespread in all areas of the Kingdom. Therefore as I spoke of Ministries, I must speak also about the district authorities. I will then be just in my warning. I alerted Ministers and I believe that I should also alert the District Princes. I am one of them and we have a huge duty to monitor and follow the spread of this ideology. While the prince of a district is responsible for security, he is also responsible for the ideology of security. This ideology is very important, not less so than security in the streets. We also want security of peoples' minds, souls, and families. We want people to feel safe. These are the duties of a district prince. A prince must follow up on what is going on in schools, hospitals, institutes, and orphanages.

8

Turki Al Dakhil: Orphanages? What is the relation between orphanages and extremist or violent ideology?

Prince Khaled Al Faisal (Prince of the Aseer District): Let me tell you. There is a tape circulated in the Kingdom …

Turki Al Dakhil: Audiotape?

Prince Khaled Al Faisal (Prince of the Aseer District): It is a videotape of a child of about 10 years old or less. This child is asked: "Who is your hero?" and the child answers "Osama Bin Laden!" When asked about his nationality and identity, the child answered "Islam". When asked about his homeland, the child answered: "The world". When asked what Riyadh represents for him, the child answered: "What does it mean, Riyadh is the capital of Saudi Arabia?" The child does not know that Riyadh is the capital of Saudi Arabia! Neither does he know that there is a capital and a country called Saudi Arabia!

Turki Al Dakhil: This means that there is absence of the sense of citizenship.

Prince Khaled Al Faisal (Prince of the Aseer District): Exactly. This child thinks this way in an orphanage supervised by a governmental department. The employees in the orphanage are governmental employees receiving salaries from the government. This governmental institution certainly does not direct them toward this kind of ideological direction, nor does it tolerate it being given to this... Then you only … When I think about this orphan in an orphanage, can you imagine a person exploiting a child of that age, and an orphan...

*A district prince cannot dismiss or transfer a person working at a governmental institution. However, a district prince can write a report about the department itself.*

Turki Al Dakhil [Interrupting]: To spread poisoned thoughts...

Prince Khaled Al Faisal (Prince of the Aseer District) [Continuing]: To form a human bomb that will explode one day in our streets and homes!

Turki Al Dakhil: Well, Your Highness! You indicated that you wanted to alert district princes. What should a district prince do?  You mentioned that they have penetrated; what can … Did you dismiss people? Did...

9

Prince Khaled Al Faisal (Prince of the Aseer District) [Interrupting]: We cannot do that. A district prince cannot dismiss or transfer a person working at governmental department. However, a prince can write a report on the department itself or on the event itself, to be submitted to the officials.

Turki Al Dakhil [Interrupting]: To the Cabinet? Or to .. ?

Prince Khaled Al Faisal (Prince of the Aseer District) [Interrupting]: No. A district prince must submit a report to the Minister of Interior who will then either, as he sees fit, submit it to the Prince of the Royal Court or write to the relevant ministries himself. However, as the first person in charge in his district, a district prince has the right to interfere, inspect, follow up and supervise everything going on in his district.

Turki Al Dakhil: Well Your Highness Khaled Al Faisal! A problem of this kind is a huge one. It is a problem related to the spirit of humans in the presence of this entity to a great degree. Is it enough that some people pay attention, even if they have some ...?

Prince Khaled Al Faisal (Prince of the Aseer District) [Interrupting]: He listens to them and talks to them ...

Turki Al Dakhil [Interrupting]: I mean there should be a strategy to deal with this kind of situation.

Prince Khaled Al Faisal (Prince of the Aseer District): That is necessary. Let me start with the issue of the direct relation between a prince and his area. I will give you an example of what I do myself:

- I meet with school principals and instructors each year.
- I meet with university professors, rectors, heads of departments, and deans of faculties each year.
- I meet with the preachers of this district.

For example, in our meetings, we have a dialogue and I share my observations with them and listen to their observations. All this happens. This phenomenon cannot ... the spread of this extremist ideology, cannot be stopped by mere treatments or personal initiatives undertaken by individual officials. That is to say, there should be a governmental strategy- a State-sponsored strategy to confront this ideology. I believe in the creation of an institution to fight the terrorist ideology, not only to fight terrorism, i.e. street terrorism, but also the terrorist ideology. I believe this is possible, and I believe there should be ...

10

Turki Al Dakhil [Interrupting]: Possible? Do you mean that Your Highness is working on it, or you are calling for its creation?

Prince Khaled Al Faisal (Prince of the Aseer District): I am not ...

Turki Al Dakhil: I am asking ...

Prince Khaled Al Faisal (Prince of the Aseer District): I cannot say that officials can or cannot do it. However, I am raising this idea and I am sure that officials in the Kingdom will consider it and other alternatives they may have. Let's suppose that such an authority is headed by His Highness the Minister of Interior. I see also that the only members of such authorities should be security officials from governmental ministries, i.e. intelligence and investigation officers from the Ministry of Interior, in order to provide the authority with information. This entity should also include, say, around ten or more experts ...

Turki Al Dakhil [Interrupting]: Academics for example?

Prince Khaled Al Faisal (Prince of the Aseer District): Researchers in politics, economy, social affairs and administrative affairs, as well as religious scholars and legal experts. I mean all kinds of specialists. This is a huge problem and should be studied so that we can develop a strategy. This strategy must have a program whose implementation is obligatory to each government official and all official and non-official agencies- even national associations. We need a national campaign in which the government, citizens, official establishments and national organizations participate and help execute this plan. That is to say there we need a national campaign to fight the terrorist ideology on one hand. On the other hand, during such study, these agencies should find out what causes the spread of such ideologies and who is spreading them in this country. We must not focus only on how such ideology came to us and who brought it here, but we should also find out who propagates this ideology inside this country.

Turki Al Dakhil: Your Highness, some say that raising such an idea may increase the lack of unity in the street at a time when we need solidarity in the Saudi street.

Prince Khaled Al Faisal (Prince of the Aseer District): No, I think that the nation today enjoys a unparalleled sense of patriotism...

Turki Al Dakhil [Interrupting]: In confronting this ....

11

Prince Khaled Al Faisal (Prince of the Aseer District) [Continuing]: In confronting this ideology and this unacceptable terrorist trend. I don't think that there is one individual, except for the enemies of this country... This curriculum and this direction is very clear now. Just watch TV and see those groups of people coming to the Royal Court in order to renounce ..., read the newspapers, watch TV. Well, but all this ....

Turki Al Dakhil [Interrupting]: Well, Your Highness! All groups renounce, but on the other hand ...

Prince Khaled Al Faisal (Prince of the Aseer District): These groups don't only renounce ...

Turki Al Dakhil [Interrupting]: And also reject and condemn it.

Prince Khaled Al Faisal (Prince of the Aseer District) [Continuing]: No, all those people work hand in hand with the government and have demands. Watch the speeches made before His Royal Highness the Crown Prince. They make demands of the State and the leadership...

Turki Al Dakhil [Interrupting]: ...to eradicate these thoughts.

Prince Khaled Al Faisal (Prince of the Aseer District) [Continuing]: ...to eradicate these thoughts. The Leadership itself has promised the nation and citizens and the country to eradicate this terrorist ideology from the nation. His Royal Highness the Crown Prince stated that he and the government together with the people will keep working on this issue, even for decades. He also stated that whoever keeps silent, whoever hides, and whoever ignores this issue is an enemy of this people and this nation and an accomplice to terrorism.

*Terrorism, the shocking crisis*

Turki Al Dakhil: Well, Your Highness Khaled Al Faisal! How do you evaluate, so far, the reaction in Saudi Arabia in dealing with this crisis that came into existence around two years ago? The crisis is not simply that of a mere ideology. This ideology has turned into violence on the ground, killing people and shedding blood.

Prince Khaled Al Faisal (Prince of the Aseer District): I believe that this crisis was an unbelievable shock to the Saudi nation and people in the beginning. They were shocked and could not believe what happened, that their children could commit suicide and murder at the same time in the streets of Riyadh, Jeddah, Al Qaseem, Al Khobar and other Saudi cities. Then, Saudis entered into a state of stupor, not knowing what to believe. However, I believe that now all citizens all over Saudi Arabia are united against this violent extremist ideology that labels them as infidels.

12

Turki Al Dakhil: Well, Your Highness, some say that the Kingdom of Saudi Arabia has faced a crisis similar to this in the eighties, in 1400 Hijri, when the Juhaiman Group attacked the Holy Mosque in Mecca. They dealt with this issue militarily, expelled the group out of mosque and liberated it. They had trials for the people who participated; they punished and imprisoned some of them. However, they did not deal with this issue in terms of ideology.

Prince Khaled Al Faisal (Prince of the Aseer District): This is true.

Turki Al Dakhil: So, you agree with this?

Prince Khaled Al Faisal (Prince of the Aseer District): I believe that we made a mistake in the Kingdom.

*We eliminated the people who committed the Juhaiman crime, but we completely neglected the ideology that was behind this crime and let it spread all over the country. That was a big mistake.*

Turki Al Dakhil: What was the mistake, Your Highness?

Prince Khaled Al Faisal (Prince of the Aseer District): It is that we eliminated the people who committed the crime …

Turki Al Dakhil [Interrupting]: The Juhaiman crime?

Prince Khaled Al Faisal (Prince of the Aseer District): The Juhaiman Crime. However, we neglected the ideology that was behind such crime and let it spread all over this country. That was a big mistake because …

Turki Al Dakhil [Interrupting]: Did the government neglect this issue by giving in to some claims made by the Juhaiman group?

*People who call others infidels and those who anesthetize others*

Prince Khaled Al Faisal (Prince of the Aseer District): Not only by giving in. I say that there are people who call others infidels and people who anesthetize others.

Turki Al Dakhil: We know people who call others infidels, but who are the anesthetizers?

13

Prince Khaled Al Faisal (Prince of the Aseer District): Some people call others infidels and others anesthetize. They are people in this society who try to tell all of us that this is a simple matter and an accident.

Turki Al Dakhil [Interrupting]: A temporary disturbance.

Prince Khaled Al Faisal (Prince of the Aseer District) [Continuing]: ...that this is a temporary disturbance and will come to end when this band or group or minority ends or is eliminated.

Turki Al Dakhil: But this is not the case in your opinion?

Prince Khaled Al Faisal (Prince of the Aseer District): Of course not. This is a widespread phenomenon and a widespread ideology. The situation is critical and should be strictly confronted with complete seriousness, with wisdom and prudence, and studied as much as possible. We must not deal with this trend and such ideology by improvising or reacting. We must study the situation very carefully and take the necessary measures. As I said, we must develop a strategy to fight such an ideology. Moreover, it is not enough to develop a strategy or a program. This mission must be assigned to men and women who will follow up this plan full-time: How can the Kingdom be saved? How can it be saved in governmental agencies and national and popular agencies? How will this project be executed? Who will interact with it and who will not? Who will carry it out and who will not? There should be measures and steps.

Turki Al Dakhil: It's clear ...

Prince Khaled Al Faisal (Prince of the Aseer District) [Continuing]: ...and continuous follow up, until we can ...

Turki Al Dakhil [Interrupting]: ...overcome this stage.

Prince Khaled Al Faisal (Prince of the Aseer District) [Continuing]: We must uproot this ideology. Otherwise, its roots will remain with us. By the way, I warn that if we let this period pass by in the same manner as in the period of the Juhaiman crisis, the consequences and the crisis in the near future will be more serious than they are now. If we compare what is going on today to the Juhaiman crisis, we will find a huge difference. In the Juhaiman case, it was a group that gathered in the Holy Mosque and announced a rebellion...

Turki Al Dakhil [Interrupting]: A disobedience.

14

Prince Khaled Al Faisal (Prince of the Aseer District) [Continuing] A rebellion. Now, the situation is different.

Turki Al Dakhil: There are large numbers of people and as you said, they have a foundation that is being laid.

Prince Khaled Al Faisal (Prince of the Aseer District): There is an agenda, a policy, planning, and sophisticated weapons. We are no longer dealing with just machine guns. There have explosives, car bombs, grenades, RPGs, anti- …

Turki Al Dakhil [Interrupting]: Weapons for big battles.

Prince Khaled Al Faisal (Prince of the Aseer District): Weapons for battles. I just would like .. Just imagine the difference between the Juhaiman period and now. Imagine the difference that will be, God Forbid…

Turki Al Dakhil [Interrupting] …in case we cannot solve this problem from its roots.

Prince Khaled Al Faisal (Prince of the Aseer District) [Continuing]: If such problem occurs in the future after five or ten years, what kind of weapons will be used? What kind of plans will they have and how will they carry them out? What kind of political and military management will they have? It will be much more sophisticated than today.

Turki Al Dakhil: Your Highness, talking about this issue is very interesting. We will continue after a short break. Dear brothers, we will be back to resume our interview with Prince Khaled Al Faisal, Prince of the Aseer District, after a short break. Stay tuned.

[Commercial break]

Turki Al Dakhil: Dear brothers and sisters, welcome back to *Eda'at*.

We are still with our guest Prince Khaled Al Faisal.

Turki Al Dakhil: Your Highness, to continue our discussion on the issue of terrorism, which seems to be full of several explosive elements at the same time. Your Highness, at the Abha cultural seminar, you commented on one symposium entitled "The Secret Curriculum and the Published Curriculum". Your comment raised a lot of controversy in several arenas…Saudi cultural arenas. In the beginning, Your Highness indicated that the terrorism phenomenon we see today has no relation

to the Muslim Brotherhood or historical issues. Then, you referred to the books of Al Mowdawdi, Sayed Qutb and Mohamed Qutb. How…

Prince Khaled Al Faisal (Prince of the Aseer District) [Interrupting]: In the first place, one of the participants talked about… we were talking about the secret curriculum in our schools, and I don't know why he mentioned the Muslim Brotherhood and the battle of Al Sablat…

Turki Al Dakhil [Interrupting]: The brothers who seceded from King Abdul Aziz in the battle of Al Sablat.

Prince Khaled Al Faisal (Prince of the Aseer District): I wondered what the connection was between this movement and the secret curriculum today in our schools. I reminded him that I didn't think …

*The Muslim Brotherhood and Terrorism*

Turki Al Dakhil [Interrupting]: So, you are referring to The Brotherhood of Al Sablat and not The Muslim Brotherhood? However, it seems that you see a connection between this ideology and The Muslim Brotherhood as you referred to the books of Al Mowdawdi and Sayed Qutb?

*Some who claim to be moderates today are the same people who were stirring up the youth and spreading the ideologies of Sayed Qutb, Al Mowdawdi and others.*

Prince Khaled Al Faisal (Prince of the Aseer District): Yes. It is the result of what is going on today, because most of the result came from the books of Sayed Qutb, Al Mowdawdi and some people who adopted this ideology such as Al Muqadasi, Mohamed Surur and others. These thoughts are propagated in the Saudi communities, particularly within youth cultural groups.

Turki Al Dakhil: Well, Your Highness! What stirred a lot of controversy was your statement in the comment, which seemed well-prepared and written out before you made it.

Prince Khaled Al Faisal (Prince of the Aseer District) [Interrupting]: No, it was improvised.

Turki Al Dakhil [Continuing]: You said "Moderate pioneers in this country who are accusing the traditional establishment, referring to the Al Shaikh and Al Saud families, have spread the ideologies of Sayd Qutb and Al Mowdawdi, and are students of Mohamed Qutb". Then you said "Go to their websites and read their publications in which they attack the regimes and leadership of the Arab and Muslim world. They are the same people. You can listen to their audiotapes still

16

circulating in our schools, colleges, institutes and mosques. Listen to how they describe Arab Leaders. They describe them as tyrants. Listen to how they describe Arab Governments. They describe them as dictatorships that should be toppled. They are the same people who stir up all young men to rebel against each government and authority in the Arab and Muslim world". This violent attack on what you call …

Prince Khaled Al Faisal (Prince of the Aseer District) [Interrupting]: I don't think it is violent. I just …

Turki Al Dakhil: It is obvious that …

Prince Khaled Al Faisal (Prince of the Aseer District): I believe these are facts.

Turki Al Dakhil [Interrupting]: Well! Even the facts…

Prince Khaled Al Faisal (Prince of the Aseer District) [Continuing]: Because even those who claim to be moderates today are the same people who were previously stirring up young men and spreading the thoughts of Sayd Qutb, Al Mowdawdi and others. They are the people who are stirring up youths against Muslim and Arab rulers, governments and regimes. They are describing the rulers as tyrants, calling upon and stirring up all the nation's youth to topple these Muslim and Arab regimes, even in this country. This is not a secret fact; they have put their names and signatures on all these publications, brochures, books …

Turki Al Dakhil [Interrupting]: And recordings.

Prince Khaled Al Faisal (Prince of the Aseer District) [Continuing]: Twenty years now have passed since the Juhaiman event, and you can see … listen to recordings promoted on audiotapes, brochures, and books. They are now in markets and have been discussed by some educated people from inside and outside the Kingdom. I mean, some books were discussed.

Turki Al Dakhil [Interrupting]: But some say that those people received official protection at some points.

Prince Khaled Al Faisal (Prince of the Aseer District): No. How can people describing the rulers and official authorities as infidels get official protection? What protection do they hope to get?

Turki Al Dakhil: At least, silence?

17

Prince Khaled Al Faisal (Prince of the Aseer District): No, not even silence. What is going on now is that those people 'changed their skin'...

Turki Al Dakhil: They abandoned such ideology.

Prince Khaled Al Faisal (Prince of the Aseer District) [Continuing]: They 'changed their skin' all of sudden after they found out that the entire world outside the Kingdom and all the people inside the Kingdom are now against this ideology. 'A miracle has occurred' and they become moderates.

Turki Al Dakhil: Well! Are you angry at such moderation?

Prince Khaled Al Faisal (Prince of the Aseer District): No, not if it is true moderation. If this retreat is real, and proceeds from good motives, they will be welcomed and we will encourage them. However, they have to declare openly that they have wronged this nation and this people and this citizen. The nation and the citizen have rights, and we must safeguard these rights- this mother who lost her son, this father who lost his beloved son who was kidnapped. Imagine that a son is suddenly kidnapped from his father, and the father finds out that he became a killer or finds him killed in the streets of Riyadh, Afghanistan, Iraq or other places where violence, murder and explosions are practiced. These families have rights, my brother, and those people must apologize to the nation and the citizen and the country at the same time. They have called the rulers infidels and our scholars stupid- our most prominent scholars- and described them in unbecoming terms. They forsook their responsibilities for violence, explosions, and called other people infidels ...

Turki Al Dakhil [Interrupting]: You think that they are responsible for violence and explosions in some way?

Prince Khaled Al Faisal (Prince of the Aseer District): Those people stirred up the youth into that kind of thinking ...

Turki Al Dakhil [Interrupting]: They got them into trouble and then turned their back on them and abandoned them.

Prince Khaled Al Faisal (Prince of the Aseer District): I wish they had only abandoned them. This would have been great. They abandoned the youth and accused what they call "the establishment..."

Turki Al Dakhil [Interrupting]: The Official Religious Establishment.

18

Prince Khaled Al Faisal (Prince of the Aseer District) [Continuing]: The Traditional Saudi Religious Establishment. What is the meaning of "traditional"? What is the "Saudi Traditional Establishment"? Is there a Saudi traditional religious establishment other than the Salafi Doctrine established by Imam Mohamed Bin Saud and Sheikh Mohamed Bin Abdul Wahhab? I mean the followers of this doctrine and this State originally started as a reformist movement in the Arabian Peninsula. It aimed at combating the heresies and polytheism that were prevalent in the Arabian Peninsula. Thank God, they have fought and eradicated them at that time, thanks to this doctrine and those scholars. I went to school late in the era of King Abdul Aziz and witnessed all the eras: King Saud, King Faisal, King Khaled and King Fahd, may God protect him. During my study in the eras of King Abdul Aziz, King Saud and King Faisal, we graduated and had not faced any destructive ideology or calls to label other people infidels. This did not happen to my colleagues or me. Why is what never happened before to us happening now to the youth at school?

Turki Al Dakhil: Well, Your Highness! Why do you refuse to mention the names of those people? Why? Aren't they known by their names?

Prince Khaled Al Faisal (Prince of the Aseer District): Because I don't know them all.

Turki Al Dakhil: Are they ghosts?

Prince Khaled Al Faisal (Prince of the Aseer District): No, they are not ghosts.

Turki Al Dakhil: They are known.

Prince Khaled Al Faisal (Prince of the Aseer District): Take the tapes, books and brochures distributed at schools, institutes and mosques during the last twenty years, and you will find that there are some tapes and books that have nothing wrong with them. However, you will find other tapes and identify the people who propagated this ideology of extremism and violence in our youths at schools, universities and mosques.

Turki Al Dakhil: Well, Your Highness! In this regard, you indicated ... you did not wish to name them ...

Prince Khaled Al Faisal (Prince of the Aseer District) [Interrupting]: Because I do not know them all, and don't want to mention this one and that one and leave out the rest.

Turki Al Dakhil: Leave out the rest. Well! There is a four-page message to Prince Khaled Bin Faisal Bin Abdul Aziz by Dr. Mohsen Al Awaji, published on the Internet. It is a reply to your thesis on

19

the interference we have talked about a short time ago. In this message, he stated that because he has a forum called "The Moderation Forum" on the Internet and since you were referring to him and other people, he invites you to a live TV debate. Your Highness, how do you comment on this message?

Prince Khaled Al Faisal (Prince of the Aseer District): My first comment is that I do not know which part of my speech caused such reaction from Dr. Al Awaji. I don't know Dr. Al Awaji and know little about him, and I have heard about him only in recent years. In the early years, I did not hear about him at all. As for the message he published, which ...

Turki Al Dakhil [Interrupting]: Have you read it?

Prince Khaled Al Faisal (Prince of the Aseer District): Yes, I read it. I don't think that this message is addressed to me personally....

Turki Al Dakhil [Interrupting]: To whom then?

Prince Khaled Al Faisal (Prince of the Aseer District) [Continuing]: He used my name and took advantage of this opportunity and occasion. This message is addressed to officials higher than me ...

Turki Al Dakhil [Interrupting]: Like whom?

Prince Khaled Al Faisal (Prince of the Aseer District): This message is addressed to the State, the Rulers- my uncles. I believe that they have better knowledge of the appropriate manner and opportunity to reply to such attacks and wishes made in his message. However, neither I nor others want to be occupied with secondary and marginal attempts and lose sight of the main issue, which is the religion and the nation. This religion has been exploited to cause harm to the nation. The religion has never caused harm to anything, let alone the nation! Those people distorted everything in the Islamic religion and defamed the Muslim people. For example, imagine the Saudi people now compared to years ago. Years ago, the Saudi people were able to travel to any place in the world with complete dignity. Now, they have to be searched everywhere and wait at the end of the lines in order to get to any place...

Turki Al Dakhil: Even to obtain a visa ...

Prince Khaled Al Faisal (Prince of the Aseer District): And if you obtain a visa, you get it with difficulty. Also, all the projects the Kingdom of Saudi Arabia was developing, Islamic projects,

20

projects for Islamic missionary work, projects to build mosques, opening Islamic centers- all these projects have stopped.

Turki Al Dakhil [Interrupting]: But Your Highness indicated that these associations were penetrated on some occasions.

Prince Khaled Al Faisal (Prince of the Aseer District): Yes, but I mean see the image distortion that Saudis and Muslims are suffering from as a result of this ideology, extremism and trend.

Turki Al Dakhil: Well, Your Highness Khaled Al Faisal! You are one of the people who come under attack on the Internet. In your opinion, why Khaled Al Faisal in particular?

Prince Khaled Al Faisal (Prince of the Aseer District): Actually, I do not know. Anyway, if they attack me, I am proud to be attacked and defend my religion, my country and family. This is a great honor for me.

Turki Al Dakhil: Well! Do you think that, for example, the issue of tourism in Aseer has anything to do with this matter? Especially that you indicated in the Abha Summer Festival that some religious activities were ignored by some people and not much attention was paid to them, while concerts received attention?

Prince Khaled Al Faisal (Prince of the Aseer District): The Aseer District is home to the Khawarij sect and other sects supporting the Khawarij as in the rest of the Kingdom ...

Turki Al Dakhil: [Interrupting] Do you mean the Khawarij are terrorists, and that some among them carry arms?

Prince Khaled Al Faisal (Prince of the Aseer District): Yes. Those Khawarij do not like anything, including development or praising any governmental project.

Turki Al Dakhil: How so?

Prince Khaled Al Faisal (Prince of the Aseer District): Tourism is a governmental project, and it is a well-established governmental strategy. They attack these projects. How do they attack them? They marginalize any positive role of this project, and invent some negative points on which they focus. So I wonder! We have 1600 Islamic missionary events and these are only the ones sponsored by the Ministry of Islamic affairs. There are also other events organized by other agencies at schools, institutes, universities and the Agency for Commanding Good and Combating Evil. The Khawarij

don't mention any of these activities, nor the other 1600 events, in the reports they send out or publish in secret publications of theirs.

Turki Al Dakhil: Your Highness, to whom they submit those reports?

Prince Khaled Al Faisal (Prince of the Aseer District): They are not reports. They are publications they distribute to Sheikhs and State officials, accusing this or that person and claiming that there are violations of the Islamic Law. The Aseer District is part of the Kingdom and what is happening in Aseer happens in all areas of the Kingdom, and what is prohibited in Saudi Arabia is prohibited in Aseer. However, those people do not like that and want to distort things. In fact, this is an attack on the State more than on Khaled Al Faisal or the leadership of Aseer. They want to distort the image of the State and its Leadership.

Turki Al Dakhil: Your Highness, we are out of time. I thank you for this opportunity. Dear brothers, this is Turki Al Dakhil. Thank you for watching this interview. Until we meet in another episode of *Eda'at,* may God bless you, and may peace and God's mercy and blessings be upon you!

# EXHIBIT 39

**Okaz**
**January 5th, 2000**

*Clear Words*

*Saud Bin Mohamed Al Rashod (\*)*

*Method of Relief Work in Prince Salman's Speech*

I was very glad to attend and listen to the excellent speech delivered recently by His Royal Highness Prince Salman Bin Abdul Aziz, Prince of the Riyadh Area, who presided over the joint charitable gathering organized by the International Islamic Relief Organization, the World Council of Muslim Youth and the Al Haramain Charitable Foundation at Al Khazami Hotel in Riyadh. Along with others who listened to the speech, I was glad that it dealt with a number of important points relating to relief and charitable work undertaken by the various relief organizations and establishments in the Kingdom, to the benefit of needy and impoverished Muslims everywhere.

One of the most important points in this speech was in reference to the importance of unifying relief efforts undertaken by Saudi organizations and establishments abroad, as well as unifying the donation collection process [Illegible] from supporters and donors. Further, His Generous Highness called for benefiting from the actual experience in the relief work done by some organizations, allowing relief organizations to work hand in hand in order to attain the relief goal there. At last, there was his call for organized and coordinated efforts to carry out the various relief programs.

In fact, these ideas are not new or strange to His Highness. He has much rich experience in this field. He is well versed in the details, difficulties and dimensions of relief work in the current circumstances surrounding impoverished and unfortunate Muslims everywhere. His call for donations and competing to relieve and support Muslims in Chechnya and Kosovo, and his reference to branch organizations in the various provinces of the Kingdom which raise funds for them are proof of this.

What we can understand from this speech is the need to unify efforts and means of support, cooperation and coordination to carry out the various programs and projects for the benefit of victims everywhere. The speech also stressed the importance of unifying efforts in the field of fundraising, so that the society can interact with confidence with any cause for which fundraising is

1

done, and be convinced that this support, whether in the form of donation or Zakat[1], will go to the needy wherever they are regardless of the distance, to fulfill the promise made to those supporters to deliver these donations to the refugees, widows, orphans and others who need them.

Thus, because of the importance of organizing relief work and avoiding randomness and spontaneity, we must pay attention to financial and administrative aspects, follow up on improving donations, record all deposits and payments, control everything connected with financial matters, and prepare regular reports on the operation of open accounts and payments made based on recommendations made. Moreover, it is important to form media departments to be in charge of media activities serving Saudi relief and its different purposes such as increasing the society's awareness of these causes, encouraging individuals and urging them to donate and provide the necessary support to their needy brethren, in addition to establishing and offering guidance to registered information centers in order to benefit from and organize the accumulation of information to spur on the relief work.

In addition to being comprehensive and accurate, the speech of His Royal Highness Prince Salman Bin Abdul Aziz set forth important rules and focuses of relief work. It is therefore imperative that workers and people concerned with relief work adopt and benefit from the contents of this speech and make it a reality to serve the noble charitable ends that we all aspire to attain.

(*)Executive Office Manager at the Higher Fundraising Organization for Muslims of Bosnia and Herzegovina.

[1] One of the five pillars of Islam in which Muslims are obligated to give 2.5% of their annual savings to the poor and needy.