# EXHIBITS A TO K

# EXHIBIT A


Express

FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

03/30/2005

Dear Customer:

Here is the proof of delivery for the shipment with tracking number **619389911374**  Our records reflect the following information.

**Delivery Information:**

Signed for by: .CO STAMP NASCO
Delivery Location: CORSO SEMPIONE 69
Delivery Date: May 27, 2004 11:20

**Shipping Information:**

Tracking number: 619389911374

Ship Date: May 25, 2004

**Recipient:**
AHMED IDRIS NASREDDIN
CORSO SEMPIONE 69
MILAN 20149
IT

**Shipper:**
MIKE ROBERTS
COZEN OCONNOR-PHILADELPHIA
1900 MARKET STREET
PHILADELPHIA , PA 19103
US

Reference:

117430.000

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx®

Track Shipments
## Detailed Results

? Quick Help

| | | |
|---|---|---|
| Tracking number | 619389911374 | Reference | 117430.000 |
| Signed for by | .CO STAMP NASCO | Delivery location | MILAN IT |
| Ship date | May 25, 2004 | Service type | Priority Overnight |
| Delivery date | May 27, 2004 11:20 AM | | |
| Status | Delivered | | |

Activity          Location      Details

[ Signature proof ]      [ Track more shipments ]

Enter your email, submit up to three email addresses (separated by commas), add your
message (optional), and click **Send email**.

Add a message to this email.

From

To

[ Send email ]

# EXHIBIT B

DHL - Tracking Number Detail

Page 1 of 1



| | Track | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |

**By Number** | By Reference | By Email | Signature P.O.D. | Sky Courier Shipments

## TRACKING RESULTS: DETAIL

Start a new search

**Tracking Number:** 8659371136

**Shipment Summary:**

| Current Status: | Shipment delivered. |
| --- | --- |
| Delivered on: | 7/28/04  9:15 am |
| Delivered to: | |
| Signed for by: | RAED |

**Shipment History:**

| DATE | TIME | ACTIVITY AND COMMENTS | LOCATION |
| --- | --- | --- | --- |
| 7/28/04 | 9:15 am | Shipment delivered. | Tel Aviv, Israel |
| 7/27/04 | 10:26 am | In transit. | Tel Aviv, Israel |
| | 10:13 am | With delivery courier. | Tel Aviv, Israel |
| | 9:04 am | In transit. | Tel Aviv, Israel |
| 7/22/04 | 8:38 am | Clearance Delay. | Tel Aviv, Israel |
| 7/21/04 | 6:29 am | Arrived at DHL facility. | New York, NY |
| 7/20/04 | 9:47 pm | Departing origin. | Philadelphia, PA |
| | 6:10 pm | Picked Up by DHL. | Shipper's Door |

**Shipper:**

COZEN O'CONNOR
Philadelphia, PA 191033527
United States

**Receiver:**

AL AGSA ISLAMIC BANK
West Bank
Il

**Shipment Detail:**

| Service: | Next Day AM | Ship Type: | |
| --- | --- | --- | --- |
| Special: | | Description: | DOCUMENTS |
| Weight: | 10 | Shipper's Reference: | |
| Pieces: | | | |

back to top

> New Search

+ Tracking detail provided by DHL: 8/3/2004, 7:10:29 am pt.

+ For assistance, please contact us.

+ You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other use of DHL tracking systems and information is strictly prohibited.

© DHL | Privacy Policy | Contact Us | Site Map | DHL Global/Corporate Information | Home

http://track.dhl-usa.com/TrackByNbr.asp

8/3/2004

# EXHIBIT C



| | FedEx Express | U.S. Mail: PO Box 727 |
|---|---|---|
| | Customer Support Trace | Memphis, TN 38194-4643 |
| | 3875 Airways Boulevard | |
| | Module H, 4th Floor | Telephone: 901-369-3600 |
| | Memphis, TN 38116 | |

03/28/2005

Dear Customer:

Here is the proof of delivery for the shipment with tracking number **619389925153**. Our records reflect the following information.

## Delivery Information:

**Signed for by:** M.ASHRAF



**Delivery Location:** 555 GROVE STREET
**Delivery Date:** Jul 21, 2004 09:51

## Shipping Information:

**Tracking number:** 619389925153                    **Ship Date:** Jul 20, 2004

**Recipient:**                                        **Shipper:**
ARADI, INC                                            COZEN O'CONNOR
555 GROVE STREET                                      COZEN O'CONNOR
HERNDON , VA 20170                                    1900 MARKET ST
US                                                    PHILADELPHIA , PA 191033527
                                                      US

**Reference:**                                        117430.000

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx®

# **EXHIBIT D**



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

03/30/2005

Dear Customer:

Here is the proof of delivery for the shipment with tracking number 619389911503. Our records reflect the following information.

Delivery Information:

Signed for by: B.ARAKAT
Delivery Location: HALLBYBACKEN 15
Delivery Date: May 27, 2004 13:31

Shipping Information:

Tracking number: 619389911503

Ship Date: May 25, 2004

Recipient:
BARAKAAT INTERNATIONAL
HALLBYBACKEN 15
SPANGA 99999
SE

Shipper:
MIKE ROBERTS
COZEN OCONNOR-PHILADELPHIA
1900 MARKET STREET
PHILADELPHIA , PA 19103
US

Reference:

117430.000

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx®

FedEx | Track                                                  Page 1 of 1

Track Shipments
## Detailed Results

| | | | |
|---|---|---|---|
| Tracking number | 619389911503 | Reference | 117430.000 |
| Signed for by | B.ARAKAT | Delivery location | SPANGA SE |
| Ship date | May 25, 2004 | Service type | Priority Overnight |
| Delivery date | May 27, 2004 1:31 PM | | |
| Status | Delivered | | |

Date/Time          Activity          Location          Detail

[ Signature proof ]    [ Track more shipments ]

Email your detailed tracking results (optional)

Enter your email, submit up to three email addresses (separated by commas), add your
message (optional), and click Send email.

                                    Add a message to this email.

From

    To

                                              [ Send email ]

# **EXHIBIT E**



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

03/30/2005

Dear Customer:

Here is the proof of delivery for the shipment with tracking number 619389911514. Our records reflect the following information.

Delivery Information:

Signed for by: B.ARAKAT
Delivery Location: RINKEBYTORGET 1
Delivery Date: May 27, 2004 13:31

Shipping Information:

Tracking number: 619389911514          Ship Date: May 25, 2004

Recipient:                              Shipper:
BARAKAAT INTERNATIONAL FOUNDAT          MIKE ROBERTS
RINKEBYTORGET 1                         COZEN OCONNOR-PHILADELPHIA
SPANGA 99999                            1900 MARKET STREET
SE                                      PHILADELPHIA , PA 19103
                                        US

Reference:                              117430.000

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx®

Track Shipments
## Detailed Results

?  Quick Help

| | | | |
|---|---|---|---|
| Tracking number | 619389911514 | Reference | 117430.000 |
| Signed for by | B.ARAKAT | Delivery location | SPANGA SE |
| Ship date | May 25, 2004 | Service type | Priority Overnight |
| Delivery date | May 27, 2004 1:31 PM | | |
| Status | Delivered | | |

[ Signature proof ]    [ Track more shipments ]

Email your detailed track no results (optional)

Enter your email, submit up to three email addresses (separated by commas), add your
message (optional), and click Send email.

Add a message to this email.

From

To

[ Send email ]

# EXHIBIT F

Page 1 of 1



**FedEx Express**
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

**U.S. Mail: PO Box 727**
Memphis, TN 38194-4643

Telephone: 901-369-3600

03/30/2005

Dear Customer:

Here is the proof of delivery for the shipment with tracking number **619389911536**. Our records reflect the following information.

**Delivery Information:**

Signed for by: .CO STAMP NASCO
Delivery Location: CORSO SEMPIONE 69
Delivery Date: May 27, 2004 11:20

**Shipping Information:**

Tracking number: 619389911536          Ship Date: May 25, 2004

**Recipient:**                          **Shipper:**
GULF CENTER S.R.L.                      MIKE ROBERTS
CORSO SEMPIONE 69                       COZEN OCONNOR-PHILADELPHIA
MILAN 20149                             1900 MARKET STREET
IT                                      PHILADELPHIA , PA 19103
                                        US

**Reference:**                          117430.000

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx®

FedEx | Track                                                                    Page 1 of 1

Track Shipments                                                    (?) Quick Help
**Detailed Results**

| | | | |
|---|---|---|---|
| **Tracking number** | 619389911536 | **Reference** | 117430.000 |
| **Signed for by** | .CO STAMP NASCO | **Delivery location** | MILAN IT |
| **Ship date** | May 25, 2004 | **Service type** | Priority Overnight |
| **Delivery date** | May 27, 2004 11:20 AM | | |
| **Status** | Delivered | | |

| Date/Time | Activity | Location | Details |
|---|---|---|---|

[ Signature proof ]    [ Track more shipments ]

Email your detailed tracking results (optional)

Enter your email, submit up to three email addresses (separated by commas), add your
message (optional), and click **Send email**.

                                         Add a message to this email.
        From

        To

                                                              [ Send email ]

# EXHIBIT G

Page 1 of 1


Express

| | |
|---|---|
| FedEx Express<br>Customer Support Trace<br>3875 Airways Boulevard<br>Module H, 4th Floor<br>Memphis, TN 38116 | U.S. Mail: PO Box 727<br>Memphis, TN 38194-4643<br><br>Telephone: 901-369-3600 |

03/30/2005

Dear Customer:

Here is the proof of delivery for the shipment with tracking number 619389912646. Our records reflect the following information.

Delivery Information:

Signed for by: J.TOOR

**Delivery Location:** 555 GROVE STREET
**Delivery Date:** Jun 1, 2004 09:54

**Shipping Information:**

Tracking number: 619389912646          Ship Date: May 28, 2004

**Recipient:**                          **Shipper:**
HISHAM AL TALIB                          COZEN O'CONNOR
555 GROVE STREET                         COZEN O'CONNOR
HERNDON , VA 20170                       1900 MARKET ST
US                                       PHILADELPHIA , PA 191033527
                                         US

Reference:                               117430.000

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx®

FedEx | Track

Track Shipments

⑦ Quick Help

## Detailed Results

| | | | |
|---|---|---|---|
| Tracking number | 619389912646 | Reference | 117430.000 |
| Signed for by | J.TOOR | Delivery location | HERNDON, VA |
| Ship date | May 28, 2004 | Service type | Priority Overnight |
| Delivery date | Jun 1, 2004 9:54 AM | | |
| Status | Delivered | | |

| Date/Time | Activity | Location | Details |
|---|---|---|---|

[ Signature proof ]     [ Track more shipments ]

Email your detailed tracking results (optional)

Enter your email, submit up to three email addresses (separated by commas), add your
message (optional), and click **Send email**.

Add a message to this email.

From

To

[ Send email ]

# EXHIBIT H

Page 1 of 1



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

03/30/2005

Dear Customer:

Here is the proof of delivery for the shipment with tracking number 619389911363. Our records reflect the following information.

**Delivery Information:**

Signed for by: ..DARKAZANKI
Delivery Location: UHLENHORSETERWEG 34 11
Delivery Date: May 27, 2004 10:19

**Shipping Information:**

Tracking number: 619389911363

Ship Date: May 25, 2004

**Recipient:**
MAMOUN DARKAZALI
UHLENHORSETERWEG 34 11
HAMBURG , - 22085
DE

**Shipper:**
MIKE ROBERTS
COZEN OCONNOR-PHILADELPHIA
1900 MARKET STREET
PHILADELPHIA , PA 19103
US

Reference:

117430.000

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx®

FedEx | Track

Track Shipments
## Detailed Results

(?) Quick Help

| | | | |
|---|---|---|---|
| Tracking number | 619389911363 | Reference | 117430.000 |
| Signed for by | ..DARKAZANKI | Delivery location | HAMBURG DE |
| Ship date | May 25, 2004 | Service type | Priority Overnight |
| Delivery date | May 27, 2004 10:19 AM | | |
| Status | Delivered | | |

| Date/Time | Activity | Location | Details |
|---|---|---|---|

| Signature proof | | Track more shipments |

Email your detailed tracking results (optional)

Enter your email, submit up to three email addresses (separated by commas), add your
message (optional), and click **Send email**.

Add a message to this email.

From

To

Send email

# EXHIBIT I


Express

FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

03/30/2005

Dear Customer:

Here is the proof of delivery for the shipment with tracking number 619389911569. Our records reflect the
following information.

Delivery Information:

Signed for by: ..DARKAZANKI
Delivery Location: UHLENHORSETERWEG 34 11
Delivery Date: May 27, 2004 10:19

Shipping Information:

Tracking number: 619389911569                Ship Date: May 25, 2004

Recipient:                                   Shipper:
COMPANY                                       MIKE ROBERTS
UHLENHORSETERWEG 34 11                        COZEN OCONNOR-PHILADELPHIA
HAMBURG 22085                                 1900 MARKET STREET
DE                                            PHILADELPHIA , PA 19103
                                              US

Reference:                    117430.000

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx®

Track Shipments                                                      ? Quick Help
**Detailed Results**

| | | | |
|---|---|---|---|
| Tracking number | 619389911569 | Reference | 117430.000 |
| Signed for by | ..DARKAZANKI | Delivery location | HAMBURG DE |
| Ship date | May 25. 2004 | Service type | Priority Overnight |
| Delivery date | May 27, 2004 10:19 AM | | |
| Status | Delivered | | |

Date/Time                              Location

[ Signature proof ]        [ Track more shipments ]

Email your detailed tracking results (optional)

Enter your email, submit up to three email addresses (separated by commas), add your
message (optional), and click Send email.

Add a message to this email.

From

To

[ Send email ]

# EXHIBIT J



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

03/30/2005

Dear Customer:

Here is the proof of delivery for the shipment with tracking number 619389911190. Our records reflect the following information.

Delivery Information:

Signed for by: .CO STAMP NASCO
Delivery Location: CORSO SEMPIONE 69
Delivery Date: May 27, 2004 11:20

Shipping Information:

Tracking number: 619389911190

Ship Date: May 25, 2004

Recipient:
AND AFRICAN CHAMBERS
CORSO SEMPIONE 69
MILANO . - 20149
IT

Shipper:
MIKE ROBERTS
COZEN OCONNOR-PHILADELPHIA
1900 MARKET STREET
PHILADELPHIA , PA 19103
US

Reference:                    117430.000

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx®

FedEx | Track                                                                     Page 1 of 1

Track Shipments                                              (?) Quick Help
## Detailed Results

| | | | |
|---|---|---|---|
| Tracking number | 619389911190 | Reference | 117430.000 |
| Signed for by | .CO STAMP NASCO | Delivery location | MILANO IT |
| Ship date | May 25, 2004 | Service type | Priority Overnight |
| Delivery date | May 27, 2004 11:20 AM | | |
| Status | Delivered | | |

[ Signature proof ]        [ Track more shipments ]

Email your detailed tracking results (optional)

Enter your email, submit up to three email addresses (separated by commas), add your
message (optional), and click **Send email**.

                                              Add a message to this email.

From

    To

                                                              [ Send email ]

http://www.fedex.com/Tracking/Detail?...start_url=&totalPieceNum=&backTo=&templ...   3/30/2005

# EXHIBIT K



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

03/30/2005

Dear Customer:

Here is the proof of delivery for the shipment with tracking number 619389911250. Our records reflect the
following information.

Delivery information:

**Signed for by:** .CO STAMP NASCO
**Delivery Location:** CORSO SEMPIONE 69
**Delivery Date:** May 27, 2004 11:20

Shipping Information:

**Tracking number:** 619389911250       **Ship Date:** May 25, 2004

**Recipient:**
DI NASREDDIN AHMED IDRIS EC
CORSO SEMPIONE 69
MILAN , - 20149
IT

**Shipper:**
MIKE ROBERTS
COZEN OCONNOR-PHILADELPHIA
1900 MARKET STREET
PHILADELPHIA , PA 19103
US

**Reference:**                        117430.000

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx®

Track Shipments
## Detailed Results

⚡ Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 619389911250 | **Reference** | 117430.000 |
| **Signed for by** | .CO STAMP NASCO | **Delivery location** | MILAN IT |
| **Ship date** | May 25, 2004 | **Service type** | Priority Overnight |
| **Delivery date** | May 27, 2004 11:20 AM | | |
| **Status** | Delivered | | |

[ Signature proof ]    [ Track more shipments ]

Email your detailed tracking results (optional)

Enter your email, submit up to three email addresses (separated by commas), add your message (optional), and click **Send email**.

Add a message to this email.

From

To

[ Send email ]