# EXHIBITS L TO R

# EXHIBIT L

Page 1 of 1


Express

**FedEx Express**
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

03/30/2005

Dear Customer:

Here is the proof of delivery for the shipment with tracking number 619389911385. Our records reflect the following information.

**Delivery Information:**

Signed for by: .CO STAMP NASCO
Delivery Location: CORSO SEMPIONE 69
Delivery Date: May 27, 2004 11:20

**Shipping Information:**

Tracking number: 619389911385          Ship Date: May 25, 2004

**Recipient:**
NASCO NASREDDIN HOLDING A.S.
CORSO SEMPIONE 69
MILAN 20149
IT

**Shipper:**
MIKE ROBERTS
COZEN OCONNOR-PHILADELPHIA
1900 MARKET STREET
PHILADELPHIA , PA 19103
US

Reference:                              117430.000

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx®

FedEx | Track

Track Shipments
## Detailed Results

(?) Quick Help

| | | | |
|---|---|---|---|
| Tracking number | 619389911385 | Reference | 117430.000 |
| Signed for by | .CO STAMP NASCO | Delivery location | MILAN IT |
| Ship date | May 25, 2004 | Service type | Priority Overnight |
| Delivery date | May 27, 2004 11:20 AM | | |

| | | | |
|---|---|---|---|
| Status | Delivered | | |

| Date/Time | Activity | Location | Details |
|---|---|---|---|

[ Signature proof ]     [ Track more shipments ]

Email your detailed tracking results (optional)

Enter your email, submit up to three email addresses (separated by commas), add your
message (optional), and click Send email.

Add a message to this email.

From

To

[ Send email ]

# EXHIBIT M



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

03/30/2005

Dear Customer:

Here is the proof of delivery for the shipment with tracking number 619389911433. Our records reflect the following information.

Delivery Information:

**Signed for by:** B.ARAKAT
**Delivery Location:** HALLBYBACKEN 15
**Delivery Date:** May 27, 2004 13:31

Shipping Information:

Tracking number: 619389911433

Ship Date: May 25, 2004

Recipient:
SOMAILA NETWORK AB
HALLBYBACKEN 15
SPANGA 99999
SE

Shipper:
MIKE ROBERTS
COZEN OCONNOR-PHILADELPHIA
1900 MARKET STREET
PHILADELPHIA , PA 19103
US

Reference:                          117430.000

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx®

FedEx | Track                                                                 Page 1 of 1

Track Shipments                                                    (?) Quick Help
Detailed Results


| Tracking number | 619389911433 | Reference | 117430.000 |
| Signed for by | B.ARAKAT | Delivery location | SPANGA SE |
| Ship date | May 25, 2004 | Service type | Priority Overnight |
| Delivery date | May 27, 2004 1:31 PM | | |

Status            Delivered


Date/T    Time          Location     Details


[ Signature proof ]      [ Track more shipments ]


Email your tracking results (optional)

Enter your email, submit up to three email addresses (separated by commas), add your
message (optional), and click Send email.

                                        Add a message to this email.
      From

       To


                                                          [ Send email ]

# EXHIBIT N


Express

FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

03/30/2005

Dear Customer:

Here is the proof of delivery for the shipment with tracking number 619389911720. Our records reflect the following information.

**Delivery Information:**

Signed for by: F.REIHMANN
Delivery Location: HESLIBACHSTRASSE 20
Delivery Date: May 27, 2004 09:54

**Shipping Information:**

Tracking number: 619389911720          Ship Date: May 25, 2004

Recipient:                              Shipper:
ZEINAB MANSOUR                          MIKE ROBERTS
HESLIBACHSTRASSE 20                     COZEN OCONNOR-PHILADELPHIA
KUSNACHT 8700                           1900 MARKET STREET
CH                                      PHILADELPHIA , PA 19103
                                        US

Reference:                              117430.000

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx®

FedEx | Track

Track Shipments
## Detailed Results

⟨?⟩ Quick Help

| | | | |
|---|---|---|---|
| Tracking number | 619389911720 | Reference | 117430.000 |
| Signed for by | F.REIHMANN | Delivery location | KUSNACHT CH |
| Ship date | May 25, 2004 | Service type | Priority Overnight |
| Delivery date | May 27, 2004 9:54 AM | | |
| Status | Delivered | | |

| | | Location | Details |
|---|---|---|---|

[ Signature proof ]     [ Track more shipments ]

Email your detailed tracking results (optional)

Enter your email, submit up to three email addresses (separated by commas), add your
message (optional), and click Send email.

Add a message to this email.

From

To

[ Send email ]

# EXHIBIT O

State of Wisconsin
Adams County Sheriff's Dept
Civil Division
Friendship, WI 53934

Process Number:      2823              Court Number: 03CV6978

I, Roberta E Sindelar, Sheriff of Adams County Sheriff's Dept do hereby certify

that I received the within and foregoing Summons & Complaint on 31st day of

March, 2004, and that I served the same on:

      ENAAM M ARNAOUT                          (Defendant        )
      2561 Cth H  FCI-Oxford  INSIDE
      Oxford, WI  53952
      Served on: 1st day of April, 2004 at 09:34:00    by Kroetz, Mike
      Served to: Enaam Arnout
            2561 Cth H  FCI-Oxford  INSIDE
            Oxford, WI  53952

Returned on the 5th day of April, 2004

I also certify that I endorsed on the said copy the date of service, signed my

name, and added my official title thereto.

Dated the 5th day of April, 2004

Fees:
   Service:        0.00        Roberta E Sindelar, Sheriff
   Mileage:       12.75        Adams County Sheriff's Dept, Wisconsin
   Other  :       37.60
   Total  :       50.35        BY:_____
                               Authorized Representative
                               Civil Division

# EXHIBIT P



PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES

**COZEN
O'CONNOR**
ATTORNEYS

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com

J. Scott Tarbutton
Direct Phone 215.665.7255
Direct Fax   215.701.2467
STARBUTTON@COZEN.COM

March 25, 2004

Laurie Falash
Adams County Sheriff's Office
P.O. Box 279
Friendship, Wisconsin 53934

   **Re:** *Federal Insurance Co., et al. v. Al Qaida, et al.,*
     **United States District Court for the Southern District of New York,**
     <u>**Docket No. 03-CV-6978**</u>

Dear Ms. Falsh:

  I am once again requesting your assistance with service of process on Benevolence International Foundation ("Benevolence"), another defendant in the above referenced lawsuit. Prior to his imprisonment, Enaam M. Arnaout (Inmate Register No. 14504-424) was the executive director and founder of Benevolence, a Chicago-based Muslim charity that allegedly provided funds to assist the Al Qaida terrorist network. As a result of his status within the Muslim charity and his control over the organization's operations and funds, Mr. Arnaout is a sufficiently high-ranking official with the authority and/or responsibility to accept service of process on behalf of Benevolence. See <u>Smith v. Islamic Emirate of Afghanistan</u>, 2001 U.S. Dist. LEXIS 21712, *12 (S.D.N.Y.) (holding that service of process upon an incarcerated senior officer is a proper method for serving a foreign terrorist organization); <u>Legends Industries, Inc. v. C.P.P. Corp.</u>, 49 B.R. 935, 937 (Bankr. E.D.N.Y. 1985) (stating that the person accepting service of process should have the sufficient authority or responsibility within the organization so as to make it reasonable to assume that he will realize his responsibility and know what he should do with any legal papers served upon him).

March 25, 2004
Page 2

Therefore, please serve the attached Summons and Amended Complaint on Benevolence through Mr. Arnaout and kindly return a notarized Affidavit of Service once your office has successfully completed service on Benevolence.

Sincerely,

COZEN O'CONNOR

By:    J. Scott Tarbutton

JST

PHILA1\2038809\1 117430.000

State of Wisconsin
Adams County Sheriff's Dept
Civil Division
Friendship, WI 53934

Process Number:        2823                Court Number: 03CV6978

I, Roberta E Sindelar, Sheriff of Adams County Sheriff's Dept do hereby certify

that I received the within and foregoing Summons & Complaint on 31st day of

March, 2004, and that I served the same on:

        BENEVOLENCE                                (Defendant        )
        2561 Cth G FCI-Oxford
        Oxford, WI  53952
        Served on: 1st day of April, 2004 at 09:34:00        by Kroetz, Mike
        Served to: Enaam M Arnaout
                2561 Cth G FCI-Oxford
                Oxford, WI  53952

Returned on the 5th day of April, 2004

I also certify that I endorsed on the said copy the date of service, signed my

name, and added my official title thereto.

Dated the 5th day of April, 2004

Fees:
    Service:        0.00        Roberta E Sindelar, Sheriff
    Mileage:       12.75        Adams County Sheriff's Dept, Wisconsin
    Other  :       37.60
    Total  :       50.35        BY: _____
                                    Authorized Representative
                                    Civil Division

# EXHIBIT Q



PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES

**COZEN
O'CONNOR**
ATTORNEYS

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com

J. Scott Tarbutton
Direct Phone  215.665.7255
Direct Fax    215.701.2467
starbutton@cozen.com

May 20, 2004

Sarah S. Normand
Assistant U.S. Attorney
86 Chambers Street
3rd Floor
New York, New York 10007

Re:    Federal Insurance Co., et al. v. Al Qaida, et al.
       United States District Court for the Southern District of New York
       Docket No. 03-CV-6978

Dear Sarah:

Per our recent discussions, I am enclosing the completed U.S. Marshals Service forms and copies of the Summons and Amended Complaint for service on Zacarias Moussaoui and Abdul Rahman Al-Amoudi.

I am also requesting your assistance with service of process on American Muslim Foundation ("AMF"), another defendant in the above referenced lawsuit. Prior to his imprisonment, Mr. Al-Amoudi was the founder and registered agent of AMF, a Washington D.C. area-based Muslim charity with links to the Al Qaida terrorist network. As a result of his status within the Muslim charity and his control over the organization's operations and funds, Mr. Al-Amoudi is a sufficiently high-ranking official with the authority and/or responsibility to accept service of process on behalf of AMF. See Smith v. Islamic Emirate of Afghanistan, 2001 U.S. Dist. LEXIS 21712, *12 (S.D.N.Y.) (holding that service of process upon an incarcerated senior officer is a proper method for serving a foreign terrorist organization); Legends Industries, Inc. v. C.P.P. Corp., 49 B.R. 935, 937 (Bankr. E.D.N.Y. 1985) (stating that the person accepting service of process should have the sufficient authority or responsibility within the organization so as to make it reasonable to assume that he will realize his responsibility and know what he should do

Sarah S. Normand
May 20, 2004
Page 2

with any legal papers served upon him).  Therefore, I am including additional copies of the Summons and Amended Complaint to be served on Mr. Al-Amoudi.

Should you have any questions, please do not hesitate to contact me.

Very Truly Yours,

COZEN O'CONNOR

By:     J. Scott Tarbutton

JST

PHILA1\2071954\1 117430.000

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF Federal Insurance Co., et al | COURT CASE NUMBER 03-CV-6978 (S.D.N.Y.) |
|---|---|
| DEFENDANT Al Qaida, et al | TYPE OF PROCESS Personal |

| SERVE ➤ AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN Abdul Rahman Al-Amoudi |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) c/o U.S. Marshal's Service |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

J. Scott Tarbutton, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

| Number of process to be served with this Form - 285 | 2 |
|---|---|
| Number of parties to be served in this case | 525 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                     Fold

| Signature of Attorney or other Originator requesting service on behalf of: | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 215-665-7255 | DATE 5-10-04 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process P3 | District of Origin No. 54 | District to Serve No. 54 | Signature of Authorized USMS Deputy or Clerk | Date 5-25-04 |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service 6/1/04 | Time 3:00 pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee $45 | Total Mileage Charges (including endeavors) .37 | Forwarding Fee 8.00 | Total Charges 53.37 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

NOTE
55-108 ✓

| PRIOR EDITIONS MAY BE USED | **3. NOTICE OF SERVICE** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

# EXHIBIT R

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Southern District of New York

*B ~ 1.10*

Index Number: 03 CV 6978                                     Date Filed: _____

Plaintiff:
**Federal Insurance Company, et al.**
vs.
Defendant:
**Al Qaida, et al.**

Received by Esquire Deposition Services, Inc. on the 30th day of March, 2004 at 10:58 am to be served on **SAAR FOUNDATION, C/O M. YACUB MIRZA, REGISTERED AGENT - 555 GROVE STREET, SUITE 114, HERNDON, VA 22070.**

I, Daniel F. Portnoy, being duly sworn, depose and say that on the **31st day of March, 2004** at **12:00 pm, I:**

**Personally Served** the within named person by hand delivering to and personally leaving a true copy of the **SUMMONS IN A CIVIL CASE and FIRST AMENDED COMPLAINT** .

**Description** of Person Served:  Age: 50s,  Sex: M,  Race/Skin Color: Middle Eastern,  Height: 5'10",  Weight: 165,  Hair: Black/Gray,  Glasses: Y

I certify that I am United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

STATE OF VIRGINIA

COUNTY OF FAIRFAX

Subscribed and Sworn to before me on the 7th day of April, 2004 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

My Commission Expires: *12/31/07*

**Daniel F. Portnoy**
Process Server

**Esquire Deposition Services, Inc.**
**1880 John F. Kennedy Blvd.**
**15th Floor**
**Philadelphia, PA  19103**
**(215) 988-9191**
Our Job Serial Number: 2004000971

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

# UNITED STATES DISTRICT COURT

## Southern District of New York

Federal Insurance Company, et al

v.

al-Qaida, et al

SUMMONS IN A CIVIL CASE

CASE NUMBER:  03 CV 6978

TO   ALL DEFENDANTS IN ATTACHED RIDER

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael J. Sommi, Esquire
Cozen O'Connor
45 Broadway Atrium
Suite 1600
New York, NY 10006

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

## J. MICHAEL McMAHON

SEP 1 0 2003

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 3-31-04 at 12:00 pm |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Daniel F. Portnoy | private process server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant  Place where served  Yacub Mirca
555 Grove St. Suite 114 Herndon, VA 22070

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4-7-04
_____     _____
Date                                      Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.