UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON　　　　　　　Civil Action No.
SEPTEMBER 11, 2001　　　　　　　　　　　　03 MDL 1570 (RCC)

-----------------------------------------------------------x

This document relates to:
  *Euro Brokers, Inc., et al. v. Al Baraka Investment and Development Corp., et al.*, Case
   No. 04-CV-7279 (S.D.N.Y.)
  *World Trade Center Properties, et al. v. Al Baraka Investment and Development Corp, et
   al.*, Case No. 04-CV-7280 (S.D.N.Y.)

## PLAINTIFFS' MORE DEFINITE STATEMENT AS TO
## DEFENDANT AL RAJHI BANKING AND INVESTMENT CORPORATION

  Counsel for the above-captioned Plaintiffs hereby provide a more definite statement as to Defendant Al Rajhi Banking and Investment Corporation. This statement, annexed hereto as Exhibit 1, is hereby incorporated into the consolidated Complaints pursuant to the Court's Case Management Order No. 1, dated March 10, 2004, and Case Management Order No. 2, dated June 16, 2004, paragraph 13.

Dated: September 27, 2005　　　　　　Respectfully submitted,

           ____/S/_____
           Michael E. Elsner, Esq. (NY - ME8337; VA-41424;
            SC-72893)
           Ronald L. Motley, Esq. (SC-4123)
           Jodi Westbrook Flowers, Esq. (SC-66300)
           Donald A. Migliori, Esq. (RI-4936; MA-567562;
            MN-0245951)
           Robert T. Haefele, Esq. (NJ-58293; PA-57937)
           Justin B. Kaplan, Esq. (TN-022145)
           John Eubanks (MD)
           MOTLEY RICE LLC
           28 Bridgeside Boulevard
           P.O. Box 1792
           Mount Pleasant, South Carolina 29465
           Telephone: (843) 216-9000
           Jayne Conroy, Esq. (NY-JC8611)
           Paul J. Hanly, Jr., Esq. (NY-PH5486)

                Andrea Bierstein, Esq. (NY-AB4618)
                HANLY CONROY BIERSTEIN
                   & SHERIDAN, LLP
                112 Madison Avenue, 7th Floor
                New York, NY  10016-7416
                Tel:  (212) 784-6400

*Attorneys for Plaintiffs*