UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON          Civil Action No.
SEPTEMBER 11, 2001                  03 MDL 1570 (RCC)

-----------------------------------------------------------x

This document relates to:
> *Thomas E. Burnett, Sr., et al. vs. Al Baraka Investment and Development Corp., et al.,*
> Case No. 03-CV-5738, 03-CV-9849 (S.D.N.Y.)
> *Euro Brokers, Inc., et al. v. Al Baraka Investment and Development Corp., et al., Case No. 04-CV-7279 (S.D.N.Y.)*
> *World Trade Center Properties, et al. v. Al Baraka Investment and Development Corp, et al., Case No. 04-CV-7280 (S.D.N.Y.)*

## PLAINTIFFS' MORE DEFINITE STATEMENT AS TO DEFENDANT THE QATAR CHARITABLE SOCIETY

Counsel for the above-captioned Plaintiffs hereby provide a more definite statement as to Defendant the Qatar Charitable Society. This statement, annexed hereto as Exhibit 1, is hereby incorporated into the consolidated Complaints pursuant to the Court's Case Management Order No. 1, dated March 10, 2004, and Case Management Order No. 2, dated June 16, 2004, paragraph 13.

Dated: September 27, 2005          Respectfully submitted,

          ____/S/_____
          Michael E. Elsner, Esq. (NY - ME8337; VA-41424;
             SC-72893)
          Ronald L. Motley, Esq. (SC-4123)
          Jodi Westbrook Flowers, Esq. (SC-66300)
          Donald A. Migliori, Esq. (RI-4936; MA-567562;
             MN-0245951)
          Robert T. Haefele, Esq. (NJ-58293; PA-57937)
          Justin B. Kaplan, Esq. (TN-022145)
          John Eubanks (MD)
          MOTLEY RICE LLC
          28 Bridgeside Boulevard
          P.O. Box 1792
          Mount Pleasant, South Carolina 29465
          Telephone: (843) 216-9000

        Jayne Conroy, Esq. (NY-JC8611)
        Paul J. Hanly, Jr., Esq. (NY-PH5486)
        Andrea Bierstein, Esq. (NY-AB4618)
        HANLY CONROY BIERSTEIN
          & SHERIDAN, LLP
        112 Madison Avenue, 7th Floor
        New York, NY  10016-7416
        Tel:  (212) 784-6400

        *Attorneys for Plaintiffs*