# EXHIBIT 1

## More Definite Statement as to Sami Omar Al-Hussayen

1.      Plaintiffs hereby incorporate all other allegations contained in the Complaint for World Trade Center Properties LLC, et al. v. Al Baraka Investment and Development Corp., et al., 03 MD 1570 (RCC); 04 CV 7280 (RCC) and incorporate all other responses to Defendants' motions for more definite statements pursuant to Fed. R. Civ. P. Rule 12 (e).

2.      Sami Al-Hussayen is a citizen of Saudi Arabia.  Between roughly August 7, 1994 and September 23, 1998 Mr. Al-Hussayen studied at Ball State University in Muncie, Indiana and Southern Methodist University in Dallas, Texas where he obtained a Master's Degree.

3.      In January of 1999, Sami Al-Hussayen was admitted to the Computer Science PhD. program at the University of Idaho.  The defendant began his studies at the University of Idaho in the Spring Semester, 1999.  On or about August 11, 1999, Sami Al-Hussayen was readmitted into the United States on an F-1 student visa for the purpose of pursuing his PhD. degree.  Sami Al-Hussayen never disclosed in any of his visa applications that he was providing World Wide Web-based services and funding for numerous charities and associations.

4.      From at least October 2, 1998 until February 13, 2003 Sami Al-Hussayen provided expert computer services, advice, assistance and support to organizations and individuals, in the form of web-site registration, management, administration and maintenance.  Sami Al-Hussayen actively participated in the creation and design of these websites which entailed determining the inclusion and placement of various articles and

images. Sami Al-Hussayen assisted the Islamic Assembly of North America (IANA) and numerous other groups in the maintenance of their sites.

5.      The IANA was incorporated in Colorado in 1993 as a non-profit charitable organization designed to spread the word of Islam. The IANA spreads the message of Islam through its website, internet magazines, radio services, toll-free telephone lines and website bulletin boards where patrons may post messages on the World Wide Web. The IANA also organizes Islamic conferences in the United States. IANA maintains an office in Ann Arbor, Michigan.

6.      Sami Al-Hussayen was the formal registered agent for the IANA in Idaho. In addition, Sami Al-Hussayen was the registrant or administrative contact for a number of internet websites which either belonged to or were associated with the IANA. Al-Hussayen was the sole registrant of the following websites:

> www.alasr.ws
> www.alasr.net
> www.almawred.com
> www.heejrah.com
> www.cybermsa.org
> www.liveislam.net

7.      Sami Al-Hussayen was also listed as the administrative contact for the website {www.almanar.net}. Al-Hussayen was the head of the Supervisory Committee and the Technical Committee for IANA and {www.ianaradionet.com}. The website {www.islamway.com} was registered to IANA, with direct links to Al-Hussayen's websites {www.alasr.ws} and {www.cybersma.org}. In fact, the President of IANA, Muhammad Al-Ahmari, e-mailed Sami Al Hussayen stating that "what matters to me is what we agreed upon, which is **your total supervision of all of the Assembly's sites**. Sami Al Hussayen was also registered as the administrative contact for

{www.alhawali.com} and {www.alhawali.org}.  Islam al-Maurabit, the administrator for {www.iana.org} sent an e-mail to Sami Al-Hussayen stating that:

> With Allah's support, I suggest that no one is to have the authority to add or delete any banners, except for one person from the office, which shall be you…
>
> Anyway, Abu Al-Muhanned (a/k/a Sami Al-Hussayen), you have been the site manager for a very long time now and I know how busy you are but I want to stress the importance of defined authorities and responsibilities.

8. The internet, websites and chat rooms are an important medium through which Islamic fundamentalism is spread, donations are collected and Muslims are recruited to join violent jihad.  "Today, almost all active terrorist organizations maintain websites, and many maintain more than one website and use several different languages."

9. "The Internet is in many ways an ideal arena for activity by terrorist organizations.  Most notably it offers: easy access; little or no regulation, censorship, or other forms of governmental control; potentially huge audiences spread throughout the world; anonymity of communication; fast flow of information; inexpensive development and maintenance of web presence; a multimedia environment (the ability to combine text, graphics, audio, video and to allow users to download films, songs, books, posters, and so forth); and the ability to shape coverage in the traditional mass media, which increasingly use the internet as a source for stories."

10. In their use of the internet, "terrorists commonly employ three rhetorical structures, all used to justify their reliance on violence.  The first one is the claim that the terrorists have no other choice other than to turn to violence."  "While the sites avoid mentioning how terrorists victimize others, the forceful actions of the governments and regimes that combat terrorists are heavily emphasized and characterized with terms such

4

as 'slaughter,' 'murder' and 'genocide.'"  The second method employed by terrorists is to demonize or delegitimize the enemy.  "The members of the movement or organization are presented as freedom fighters, forced against their will to use violence because a ruthless enemy is crushing the rights and dignity of their people or group."  "Terrorist rhetoric tries to shift the responsibility for violence from the terrorist to the adversary, which is accused of displaying brutality, inhumanity, and immorality."  The third rhetorical device is to use language of nonviolence in an attempt to counter the terrorists' violent image.  An example of this demonization is given in an interview by an individual working for the website {www.aljihad.com}:

> We have tried and we have succeeded to show to the world that the democracy and liberty in America is only for the good of the white man. We have won this war against America, now, all the World knows that all the concepts and principles, the Americans talk about, are just lies, with our website which costs us about 70 dollars, we were capable of destroying all those lies. The Americans have destroyed our Website five times, where is the freedom they are talking about? Why they should do that?  Why they are fighting a small Website like ours?  This explains that the American civilization reaches its end, they can not lie more, in addition, the blessed September 11, put the American administration in a series of troubles, it's their end now.

11.     "The Internet is emerging as a cheap and powerful delivery system, capable of great disruptive power over long distances. It offers minimal risk to any individual or group wishing to illustrate the strength of its argument with direct confrontation against companies or governments." Jimmy Gurulé, Under Secretary of the Treasury for Enforcement, U.S. Department of the Treasury, testified before the U.S. Senate Judiciary Committee that terrorist groups exploit the Internet to recruit supporters and to raise terrorist funds.

12. "Al Qaeda has always depended heavily on donations, and its global fundraising network is built upon a foundation of charities, nongovernmental organizations, and other financial institutions that use websites and Internet-based chat rooms and forums." Frequently, the websites offer specific bank account numbers of the site to which donations may be wired. "The U.S. government has also frozen the assets of three seemingly legitimate charities that use the internet to raise money--the Benevolence International Foundation (BIF), the Global Relief Foundation, and the Al Haramain Foundation--because of evidence that those charities have funneled money to Al Qaeda." Each of these charities are associated with and have direct relationships with Sami Al-Hussayen or the websites he maintains for IANA.

13. In addition to soliciting donations, websites are also used "to recruit and mobilize supporters to play a more active role in support of terrorist activities or causes." Terrorist organizations capture information about users who browse their websites. Those who appear to be most interested are sent e-mails with religious decrees and Anti-American propaganda.

14. Mohamad bin Ahmad Assalim, a member of Al Qaeda wrote an article entitled "39 Ways to participate in Jihad and Serve the Mujahideen." He called for the publication of news about the mujahideen fighting jihad. "The publication and circulation of Mujahideen news should not be underestimated. So, as a Muslim, one should participate in these actions because it is a duty that has to be carried out." "You have to publish any information or materials to promote Jihad and to praise the Mujahideen." "You may also put this document in the Internet so that your brothers can have access to it."

15. He specifically mentions websites in item 34:

> Websites: This is a vital area for support and exchange of information on Jihad and the Mujahideen. Some of the topics could be discussed through the internet among a limited group of Muslims:
>
> > Promoting Jihad
> > Ways to Defend the Mujahideen
> > Guidance
> > Jihad Literature

16. Similarly, Jandal Al-Azdi declared in <u>Destroying America</u>, a media war.

> The Islamic jihadist websites should be a spider network that participates more in this conflict. These websites have to be developed and have to become more advanced, in fact, more websites are needed, their number should multiply like ants. Our war starts by the media, we have to win this war in order to be able to continue the conflict and fight."

17. "Terrorists use the Internet not only to learn how to build bombs but also to plan and coordinate specific attacks. Al Qaeda operatives relied heavily on the Internet in planning and coordinating the September 11 attacks."

18. Defendant Sami Al-Hussayen is committed to the principles of violent jihad. He actively supports and promotes this ideology by registering and maintaining websites. Sami Al-Hussayen established, developed and maintained websites for individuals and groups which promote violent jihad and directly support Al Qaeda. He performed this service and disseminated fatwas, articles, images and other materials with the intention of recruiting supporters, sympathizers and members and to raise money for terrorist groups like Al Qaeda.

*Sheiks Al-Hawali and Ouda*

19. Sheiks Safar Al-Hawali and Salman Al-Ouda are the spiritual leaders of the Al Qaeda movement. In September 1990, during the initial U.S.-Iraq conflict, Sheikh Al-Hawali released a tape which established a vision for Osama bin Laden's war against the United States and the West:

> We have asked the help of our real enemies in defending us. The point is that we need an internal change. The first war should be against the infidels inside and then we will be strong enough to face our external enemy. Brothers, you have a duty to perform. The war will be long. The confrontation is coming.

20. After the 1995 bombing of the U.S. National Guard Khobar Towers facility in Saudi Arabia, a fax was sent to CNN in Atlanta claiming responsibility for the attack. The terrorists stated that the attack was in retaliation for the imprisonment of Sheik Al-Hawali and Sheik Al-Ouda.

21. In 1996, when Osama bin Laden issued his fatwa or declaration entitled, Declaration of War against the Americans Occupying the Land of the Two Holy Places" Osama bin Laden specifically called for the release of these two Saudi sheiks from imprisonment in Saudi Arabia.

> By orders from the USA they also arrested a large number of scholars, Da'ees and young people - in the land of the two Holy Places- among them the prominent **Sheikh Salman Al-Oud'a and Sheikh Safar Al-Hawali** and their brothers; (We bemoan this and can only say: "No power and power acquiring except through Allah")...The imprisoned Sheikh **Safar Al-Hawali**, may Allah hasten his release...

22. Immediately after the 1998 attacks against the United States embassies in Africa, Osama bin Laden issued statements supporting the bombings and stating that attacks against the United States will continue until certain demands are met. One of these demands called for "Releasing Islamic preachers and youths detained inside prisons

8

in the United States, Israel, and Saudi Arabia, foremost of whom are Sheik Omar Abdel Rahman, **Sheik Alman Al-Ouda**, **Sheik Safar Al-Hawaly** and their brothers."

23. These Saudi sheiks were outspoken in their proclamations of jihad, terrorism and violence against the West. In fact, they have promoted suicide operations as a legitimate means of jihad. Copies of Sheik Al-Ouda's sermons promoting violent jihad were found in one of Osama bin Laden's residences in Afghanistan.

24. In an October 19, 2001 open letter to President George W. Bush, Sheikh Al Hawali wrote: "In the midst of this continuous confusion and frustration, the events of the 11th of September occurred. I will not conceal from you that a tremendous wave of joy…was felt by the Muslim in the street."

25. The sheiks used websites to spread their violent message of jihad against the United States and non-Muslims. Sami Al-Hussayan assisted in their promotional efforts by creating a medium for them to express their ideology. Sami Al-Hussayen provided material support to the Al Qaeda network by creating websites by which violent jihad against the United States could be espoused. In furtherance of Al Qaeda's goals, he purposefully and knowingly posted militant articles and messages written by these Saudi sheiks--the spiritual leaders of Al Qaeda.

26. A member of Mohammed Atta's September 11 hijacker cell in Hamburg, Germany made several calls to Sheik Al Hawali and Sheik Ouda. The sheiks provided ideological justifications and support for suicide attacks. It has also been recently revealed that the United States National Security Agency intercepted phone conversations between the September 11th hijackers and sheiks from Saudi Arabia. Although the

identity of the sheiks that the hijackers contacted has not been revealed at this time, it seems likely that they may have tried to contact these same Saudi Sheiks.

27. Sheik Al Hawali's websites {www.alhawali.org} and (www.alhawali.com} were registered by Sami Al-Hussayan. Sheik Ouda publishes his articles and fatwas on the website {www.islamtoday.net}. IslamToday was registered by the Specially Designated Global Terrorist Al Haramain Islamic charity on behalf of these two Saudi sheiks. Sami al-Hussayen administered the site {www.islamtoday.net}.

28. On May 15, 2001, three and one-half months before the September 11th attacks, an article written by Sheik Ouda called "Suicide Operations" was posted on the website {www.alasr.ws}. Sami Al-Hussayen was the sole registrant for this website. Sheik Ouda wrote:

> The second part of the rule is that the Mujahid (warrior) must kill himself if he knows that this will lead to killing a great number of the enemies, and that he will not be able to kill them without killing himself first, or demolishing a center vital to the enemy or its military force, and so on. This is not possible except by involving the human element in the operation. In this new era, this can be accomplished with the modern means of bombing **or bringing down an airplane** on an important location that will cause the enemy great losses.

29. Sami Al-Hussayen paid invoices for the website domain name {www.alasr.net}. The defendant's computer also contained images of the materials posted on the "alasr" site. FTP logs show that Al-Hussayen uploaded these files from his computer to the website {www.alasr.ws}. In fact, Sami Al-Hussayen conducted this upload to the "alasr" site on the same date the fatwa was written.

30. Sami Al-Hussayen promoted these suicide operations and the ideology espoused by Sheik Ouda. Mr. Al-Hussayen e-mailed a poem to his brother entitled "A

10

Martyr Under Twenty."  The introduction to this poem was written by Sheik Ouda.  The poem praises violent jihad through suicide operations.

31.     As a telling precursor to the defense currently asserted by Sami Al-Hussayen in his criminal trial in Idaho, he stated that in the email that "if ever questioned about posting the messages of suicide attacks by Sheik Al-Hawali, 'I will simply deny knowledge of the content of the message and claim that I merely host the servers.'"

*Al-Multaqa*

32.     Al-Hussayen also maintained and posted information on the website {www.al-multaqa}.  The website presented an online version of the Arabic magazine *Al-Mutaqa.*  The magazine contained Sami Al-Hussayen's contact phone numbers.  The magazine also displayed news about the Chechen mujahideen and advised visitors to join the Yahoo!QoqazGroup for news about jihad in Chechnya.  In one such article, among many found on the website and also on Sami Al Hussayen's personal computer is an article entitled "The True Meaning of Shaheed."  The article states that to die as a shaheed [martyr] is the ultimate honor.

33.     The magazine is hyper linked to the "alasr" websites and {www.ianaradio.net}maintained by Al-Hussayen.  The site is also linked to the website {www.qoqaz.com} which has been used frequently by Al Qaeda to promote jihad in Chechnya.  The "alasr" site is also linked to {www.palestine-info.org}, a site considered by numerous experts to be the official website of Hamas.  Hamas and Al Qaeda are designated as global terrorist groups.

34.     Al-Multaqa also included links for subscribing to the internet bulletin board that later became Yahoo!QoqazGroup, which was maintained by Sami Al-

Hussayen. In a telephone call with Verizon, Al-Hussayen requested the activation of the telephone number of Al Multaqa – 208 892 9197. He gave his own home phone number and address as a point of contact.

35. Sami Al-Hussayen received an e-mail thanking him for posting messages while the {www.qoqaz.com} website was not functioning. The Qoqaz website is the premier website promoting jihad in Chechnya. The website includes images of Ibn-ul-Khattab, the Al Qaeda leader of jihad in Chechnya. These images were found saved on Sami Al-Hussayen's computer.

36. As described above, Al-Hussayen also monitored and participated in the Yahoo!QoqazGroup chat room. Participants in this chat room promoted violence and jihad. The invitation to join the chat room was posted on the Al-Multaqa website and announced the "Establishment of a network to support and disseminate news of the Caucasus [Qoqaz]." The purpose of the chat room was described the following way:

> So that those who cannot physically engage in holy war may support the Chechen issue and holy war by the pen and tongue, an electronic network [listserve] has been established. Please use this [listserve] for all news, discussions, dialogues, and consultations relating to the issue of our Chechen holy warrior brothers.... We ask everyone to help the Chechen holy warriors with your support, your money, and your selves. This is a duty upon us, and we must not be negligent.

37. The first posting that Sami Al-Hussayen issued on the Qoqaz group chat room called for "A Cry and Call" to fight "idolators with your money, your selves, your tongues and your prayers." His postings also included a statement that the problem with contemporary Islam is that Muslims have given up jihad and are not practicing it enough. In addition, he posted "Virtues of Jihad" which glorified those who die in battle while

performing jihad. He said that these martyrs have a special place in heaven close to Allah.

38. Al Hussayen received jihadist messages on the Yahoo!QoqazGroup chat room which included an audiotape from Osama bin Laden. Sami downloaded and transferred these audio messages by e-mail to fellow terrorist operatives with instructions to its recipients to send the messages out to as many people as possible. Thus, Sami Al-Hussayen directly promoted and distributed messages from Osama bin Laden.

*Islamic Assembly of North America*

39. Sami Al-Hussayen controlled IANA's websites. Al-Hussayen described himself in an e-mail as the Webmaster for IANA. IANA's sites include {www.islamway.com}, {www.iana.org} and {www.ianaradio.net}. Al-Hussayen maintained a complete back-up of these websites on his computer. Al-Hussayen knowingly and intentionally selected materials for the websites.

40. On June 19, 2001, IANA's website {www.islamway.com} published an article by al-Hawali that was republished on his website, {www.islamtoday.net}. On November 4, 2001, an article was posted on the site which:

> justified and advocated suicide bombings if certain conditions were met, namely: (1) that the purpose is to assist Allah's religion; (2) that 'the attacker is almost certain that his act will have some benefit, either by inflicting the enemy with casualties or injuries, by encouraging the Muslims to fight the enemy, or by weakening the enemy's resolve by showing them what a single man is capable of…[;] (3) that the act is against 'unbelievers who have declared war against the Muslims…[;] (4) that 'the act is in their countries or in countries under their rule, where Muslims need to resists them and expel them…[;] and (5) 'to be approved by the parents of the attacker…'

13

41. On August 16, 2001, IANA's website {www.islamway.com} published a propaganda statement that encouraged individuals to join arms in jihad against the West. Appropriately entitled "An Invitation to Jihad," the publication stated that "[t]he mujahid brothers will accept you with open arms and within a period of two weeks you will be given commando training and will be sent to the frontline."

42. Just two days before the attacks, on September 9, 2001, an individual posted a statement on IANA's website {www.islamway.com} that he was leaving Afghanistan "on duty" and that "Jihad is the only means to eradicate all evil on a personal and general level[;]" that "[t]he only answer is to ignite and trigger an all out war, a worldwide Jihad; and that "[w]e will do our best to ignite this war, may Allah protect us."

43. In addition, an officer of IANA's Canada branch ran a mosque that harbored an al-Qaeda operative. Bahaa Elbatal is a director of the Islamic Assembly of North America in Canada. Elbatal is also the Secretary of the mosque in Montreal where Ould Slahi found refuge and led prayers. Slahi is a senior al-Qaeda operative that provided assistance to both the 1998 Embassy Bombing attacks and the failed Millennium bomb plot on the United States.

44. From November 1999 through February 13, 2003 Al-Hussayen was functioning as an IANA officer and employee. Al-Hussayen was actively involved in IANA's business transactions and fundraising activities. He also assisted in the coordination of an IANA conference.

45. A number of IANA conferences were sponsored by the Global Relief Foundation (GRF) which is a Specially Designated Global Terrorist and co-defendant in

this action. GRF also participated in the IANA conferences and sent money to IANA to offset the conferences' costs.

46. These conferences were also sponsored and/or financed, in part, by the Benevolence International Foundation which is also a Specially Designated Global Terrorist and co-defendant in this action.

*Images Found on Sami Al Hussayen's Computer*

47. In addition to the messages and articles previously described, Sami Al Hussayen also maintained several disturbing images on his computer for use on these websites. Such images included:

> Several pictures of the World Trade Center Towers including a computer generated image of where the airplanes struck the towers, and images of the towers before and after they collapsed;
>
> An aerial photograph of the Pentagon;
>
> A picture of a United Airlines airplane;
>
> A photograph of a U.S. Navy Aircraft Carrier;
>
> Photographs of other Al Qaeda terrorist targets including the Golden Gate Bridge and the Capitol Building in Washington, DC;
>
> Numerous photographs of Osama bin Laden including an image of Osama bin Laden facing off with President George Bush. There is a target superimposed on President Bush's head with the center of his head in the cross hairs of the target. A copy of this photograph is included below;



15

>Numerous photographs of Sheik Salman Ouda;
>
>Photograph of Sudaman Abu Ghaith who is an Al Qaeda spokesman;
>
>A poster of Chechnya with a symbol for the website Qoqaz.com and images of armed mujahideen soldiers;
>
>Photographs of Zacarias Moussaoui, the suspected 20th hijacker who has been indicted in Virginia and Richard Reid, the Al Qaeda operative convicted of attempting to explode a trans-Atlantic flight from Paris to Miami with explosives inserted in his shoes;
>
>Photograph of a Taliban soldier firing a rocket propelled grenade.

These are merely a sample of the thousands of images contained on his computer.

*Financial Support*

48. Sami Al-Hussayen also provided material support to Al Qaeda and other terrorist groups through the collection of donations. From August of 1994 until at least February of 2003, Sami Al-Hussayen maintained at least six different bank accounts in the United States. From at least 1997, Sami used some of these accounts to receive donations and large sums of money. He transferred these sums to the IANA and other organizations and individuals. Sami Al Hussayen also made disbursements to individuals in Cairo, Egypt; Montreal, Canada; Riyadh, Saudi Arabia; Amman, Jordon; and Islamabad, Pakistan.

49. Monies transferred from Al-Hussayen were used to fund salaries of IANA officers, and to permit patrons to travel to IANA conventions. Mr. Al-Hussayen played an active role in determining where the IANA would send its contributions and how the business should operate. The IANA received and distributed over three million dollars ($3,000,000.00). These funds were also used to support jihad and the Al Qaeda network.

50. Sami Al-Hussayen used the Yahoo!QoqazGroup to directly request financial contributions to support those engaged in jihad. In a response to statements that the Russians won the Chechen conflict, Al-Hussayen posted a message to the jihadist email group on February 9, 2000, "We request the Muslims to increase their *Duas* to Allah and to increase their moral and financial support to the mujahideen."

51. In September, 1998, Sami Al-Hussayen received two checks totaling one hundred thousand dollars ($100,000.00) from his uncle, Saleh Al-Hussayen. Sami Al-Hussayen forwarded this money directly to the IANA. This same uncle's travel was sponsored by the IANA. He traveled to the United States on an IANA fundraising mission to the United States in the weeks leading up to the September 11th terrorist attacks. Saleh al-Hussayen is a senior Saudi cleric and the director of the Two Holy Mosques. In August 2001, he arrived in New York City and was given a tour of the city, including the vicinity of the World Trade Center Towers. He then traveled to Chicago, Detroit and Canada meeting with IANA officials and with officials from other charities.

52. There is an indication that Sami Al-Hussayen met with his uncle in Michigan, because he received a cash disbursement in Ann Arbor around the same time that his uncle Saleh was in Ann Arbor. On September 6, 2001, Sami's uncle Saleh arrived in Herndon, Virginia. Two or three days before the September 11th attacks, Saleh Al-Hussayen switched from his original hotel to a hotel a few miles away, the Marriott Residence Inn in Herndon. The Marriott Residence Inn in Herndon was the same hotel where at least three of the American Airlines Flight 77 hijackers stayed the night before September 11th. The following morning these men hijacked Flight 77 and crashed the airliner into the Pentagon.

53. When interviewed by the FBI, Saleh Al-Hussayen feigned a heart attack to avoid interrogation. The doctor attending to Saleh Al-Hussayen claimed that he could not find anything wrong with him.

*Indictment*

54. Sami Al Hussayen was indicted on January 9, 2004 for providing material support and resources to terrorists. The indictment states that:

> Sami Omar Al-Hussayen did knowingly conspire, combine, confederate, and agree with persons known and unknown to the Grand Jury, to provide material support and resources, and to conceal and disguise the nature, location, source and ownership of material support and resources, intending that they were to be used in preparation for and in carrying out a violation of Title 18, United States Code, Section 956 (conspiracy to kill, kidnap, maim, or injure persons or damage property in a foreign country), in violation of Title 18, United States Code, Section 2339A and Section 371.

55. The grand jury found that "the purpose of the conspiracy was to create and maintain websites and other internet media, which were intended in part to recruit personnel and raise funds for violent jihad…." The Grand Jury also determined that Sami Al Hussayen, on the {www.al-multaqa.com} website, invited "those who cannot physically engage in holy war" to join an internet e-mail group "for all news, discussions, dialogues, and consultations relating to the issue of our Chechen holy warrior brothers," and urged all readers "to help the Chechen holy warriors with [their] support, [their] money, and [their] selves." As described above, members of this internet e-mail group posted inquiries and information relating to violent jihad.

56. Through these websites, Sami Al-Hussayen published and broadcast a wide variety of speeches, lectures and articles justifying and glorifying violent jihad. He

also called upon Muslims to personally participate in violent jihad, or alternatively to provide financial assistance to such groups.

57.     The Defendant also "published graphic videos depicting mujahideen and other subjects relating to violent jihad with the intent to inspire viewers to engage in violent jihad or to provide financial assistance to those who did so.  Individuals in the United states who viewed these videos were inspired, at least in part, by the videos to travel overseas to train for and engage in violent jihad and related terrorist offenses."

58.     Sami Al-Hussayen ideologically supports global jihad believing that, irrespective of location, Muslims should support fellow Muslims who are engaging in violent jihad against non-Muslim regimes including the United States of America.  Sami Al-Hussayen has directly provided material support to groups that sponsor and carry out international terrorist activities, including suicide operations.

59.     Sami Al-Hussayen has materially supported the Al Qaeda network which carried out the September 11, 2001 attacks upon the United States by promoting and distributing articles and fatwas issued by the spiritual leaders of Al Qaeda Sheiks Ouda and Al-Hawali.  Sami Al-Hussayen has also downloaded and distributed a speech given by Osama bin Laden with instructions that the speech be widely distributed.  Consistent with this ideological support of Al Qaeda, Sami Al Hussayen has created, registered and maintained numerous websites and Internet chat rooms which promote radical and violent jihad for the purpose of recruitment and raising funds to perpetuate the Al Qaeda jihad.