UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON            Civil Action No.
SEPTEMBER 11, 2001                            03 MDL 1570 (RCC)

-----------------------------------------------------------x

This document relates to:
  *Thomas E. Burnett, Sr., et al. vs. Al Baraka Investment and Development Corp., et al.,*
      Case No. 03-CV-5738, 03-CV-9849 (S.D.N.Y.)
  *Euro Brokers, Inc., et al. v. Al Baraka Investment and Development Corp., et al.,* Case
      No. 04-CV-7279 (S.D.N.Y.)
  *World Trade Center Properties, et al. v. Al Baraka Investment and Development Corp, et
      al., Case No. 04-CV-7280 (S.D.N.Y.)*

## PLAINTIFFS' MORE DEFINITE STATEMENT AS TO DEFENDANT SHAHIR BATTERJEE

Counsel for the above-captioned Plaintiffs hereby provide a more definite statement as to Defendant Shahir Batterjee. This statement, annexed hereto as Exhibit 1, is hereby incorporated into the consolidated Complaints pursuant to the Court's Case Management Order No. 1, dated March 10, 2004, and Case Management Order No. 2, dated June 16, 2004, paragraph 13.

Dated: September 27, 2005            Respectfully submitted,

                                     ____/S/_____
                                     Michael E. Elsner, Esq. (NY - ME8337; VA-41424;
                                        SC-72893)
                                     Ronald L. Motley, Esq. (SC-4123)
                                     Jodi Westbrook Flowers, Esq. (SC-66300)
                                     Donald A. Migliori, Esq. (RI-4936; MA-567562;
                                        MN-0245951)
                                     Robert T. Haefele, Esq. (NJ-58293; PA-57937)
                                     Justin B. Kaplan, Esq. (TN-022145)
                                     John Eubanks (MD)
                                     MOTLEY RICE LLC
                                     28 Bridgeside Boulevard
                                     P.O. Box 1792
                                     Mount Pleasant, South Carolina 29465
                                     Telephone: (843) 216-9000

Jayne Conroy, Esq. (NY-JC8611)
Paul J. Hanly, Jr., Esq. (NY-PH5486)
Andrea Bierstein, Esq. (NY-AB4618)
HANLY CONROY BIERSTEIN
  & SHERIDAN, LLP
112 Madison Avenue, 7th Floor
New York, NY  10016-7416
Tel:  (212) 784-6400

*Attorneys for Plaintiffs*