UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON          Civil Action No.
SEPTEMBER 11, 2001                  03 MDL 1570 (RCC)

-----------------------------------------------------------x

This document relates to:
  *Thomas E. Burnett, Sr., et al. vs. Al Baraka Investment and Development Corp., et al.,*
      *Case No.* 03-CV-5738, 03-CV-9849 (S.D.N.Y.)


## PLAINTIFFS' MORE DEFINITE STATEMENT AS TO DEFENDANT STANDARD CHARTER BANK

Counsel for the above-captioned Plaintiffs hereby provide a more definite statement as to Defendant Standard Charter Bank. This statement, annexed hereto as Exhibit 1, is hereby incorporated into the consolidated Complaints pursuant to the Court's Case Management Order No. 1, dated March 10, 2004, and Case Management Order No. 2, dated June 16, 2004, paragraph 13.


Dated: September 27, 2005          Respectfully submitted,


                                   ____/S/_____
                                   Michael E. Elsner, Esq. (NY - ME8337; VA-41424;
                                       SC-72893)
                                   Ronald L. Motley, Esq. (SC-4123)
                                   Jodi Westbrook Flowers, Esq. (SC-66300)
                                   Donald A. Migliori, Esq. (RI-4936; MA-567562;
                                       MN-0245951)
                                   Robert T. Haefele, Esq. (NJ-58293; PA-57937)
                                   Justin B. Kaplan, Esq. (TN-022145)
                                   John Eubanks (MD)
                                   MOTLEY RICE LLC
                                   28 Bridgeside Boulevard
                                   P.O. Box 1792
                                   Mount Pleasant, South Carolina 29465
                                   Telephone:  (843) 216-9000

Jayne Conroy, Esq. (NY-JC8611)
Paul J. Hanly, Jr., Esq. (NY-PH5486)
Andrea Bierstein, Esq. (NY-AB4618)
HANLY CONROY BIERSTEIN
  & SHERIDAN, LLP
112 Madison Avenue, 7th Floor
New York, NY  10016-7416
Tel:  (212) 784-6400

*Attorneys for Plaintiffs*