UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON			Civil Action No.
SEPTEMBER 11, 2001				03 MDL 1570 (RCC)

-----------------------------------------------------------x

This document relates to:
    *Thomas E. Burnett, Sr., et al. vs. Al Baraka Investment and Development Corp., et al.,*
        *Case No.* 03-CV-5738, 03-CV-9849 (S.D.N.Y.)


## PLAINTIFFS' MORE DEFINITE STATEMENT AS TO DEFENDANT THE SYRIAN ARAB REPUBLIC

Counsel for the above-captioned Plaintiffs hereby provide a more definite statement as to Defendant the Syrian Arab Republic. This statement, annexed hereto as Exhibit 1, is hereby incorporated into the consolidated Complaints pursuant to the Court's Case Management Order No. 1, dated March 10, 2004, and Case Management Order No. 2, dated June 16, 2004, paragraph 13.


Dated: September 27, 2005        Respectfully submitted,

                              _____/S/_____
                              Michael E. Elsner, Esq. (NY - ME8337; VA-41424; SC-72893)
                              Ronald L. Motley, Esq. (SC-4123)
                              Jodi Westbrook Flowers, Esq. (SC-66300)
                              Donald A. Migliori, Esq. (RI-4936; MA-567562; MN-0245951)
                              Robert T. Haefele, Esq. (NJ-58293; PA-57937)
                              Justin B. Kaplan, Esq. (TN-022145)
                              John Eubanks (MD)
                              MOTLEY RICE LLC
                              28 Bridgeside Boulevard
                              P.O. Box 1792
                              Mount Pleasant, South Carolina 29465
                              Telephone:  (843) 216-9000

>Jayne Conroy, Esq. (NY-JC8611)
>Paul J. Hanly, Jr., Esq. (NY-PH5486)
>Andrea Bierstein, Esq. (NY-AB4618)
>HANLY CONROY BIERSTEIN
>  & SHERIDAN, LLP
>112 Madison Avenue, 7th Floor
>New York, NY  10016-7416
>Tel:  (212) 784-6400
>
>*Attorneys for Plaintiffs*