UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON                Civil Action No.
SEPTEMBER 11, 2001                        03 MDL 1570 (RCC)

-----------------------------------------------------------x

This document relates to:
*Thomas E. Burnett, Sr., et al. vs. Al Baraka Investment and Development Corp., et al.,*
*Case No.* 03-CV-5738, 03-CV-9849 (S.D.N.Y.)

## PLAINTIFFS' MORE DEFINITE STATEMENT AS TO DEFENDANT BANK AL JAZIRA

Counsel for the above-captioned Plaintiffs hereby provide a more definite statement as to Defendant Bank Al Jazira. This statement, annexed hereto as Exhibit 1, is hereby incorporated into the consolidated Complaints pursuant to the Court's Case Management Order No. 1, dated March 10, 2004, and Case Management Order No. 2, dated June 16, 2004, paragraph 13.

Dated: September 27, 2005         Respectfully submitted,

                                  ____/S/_____
                                  Michael E. Elsner, Esq. (NY - ME8337; VA-41424;
                                      SC-72893)
                                  Ronald L. Motley, Esq. (SC-4123)
                                  Jodi Westbrook Flowers, Esq. (SC-66300)
                                  Donald A. Migliori, Esq. (RI-4936; MA-567562;
                                      MN-0245951)
                                  Robert T. Haefele, Esq. (NJ-58293; PA-57937)
                                  Justin B. Kaplan, Esq. (TN-022145)
                                  John Eubanks (MD)
                                  MOTLEY RICE LLC
                                  28 Bridgeside Boulevard
                                  P.O. Box 1792
                                  Mount Pleasant, South Carolina 29465
                                  Telephone:  (843) 216-9000

Jayne Conroy, Esq. (NY-JC8611)
Paul J. Hanly, Jr., Esq. (NY-PH5486)
Andrea Bierstein, Esq. (NY-AB4618)
HANLY CONROY BIERSTEIN
   & SHERIDAN, LLP
112 Madison Avenue, 7th Floor
New York, NY  10016-7416
Tel:  (212) 784-6400

*Attorneys for Plaintiffs*