UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br><br>ECF Case |

**This document relates to:**   Continental Casualty Co., et al. v. Al Qaeda Islamic Army (04-CV-5970) (RCC)

Federal Insurance Co. v. al Qaida (03-CV-06978) (RCC)

### NOTICE OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(2) and 12(b)(6) BY DEFENDANT ABDUL AZIZ BIN IBRAHIM AL-IBRAHIM

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Motion To Dismiss of Defendant Abul Aziz Bin Ibrahim Al-Ibrahim, and all prior pleadings and proceedings herein, Defendant Abul Aziz Ibrahim Bin Al-Ibrahim, by his attorneys Sheppard Mullin Richter & Hampton LLP, will move this Court on _____, 2005, at _____ a.m./ p.m., or as soon thereafter as counsel may be heard, before the Honorable Richard C. Casey, United States District Judge, United States District Court for the Southern District of New York, at the United States Court House, 500 Pearl Street, New York, New York, for an Order pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing all claims against Defendant Abul Aziz Bin Ibrahim Al-Ibrahim in the above-referenced actions with prejudice, and for such other and further relief as the Court may deem just and proper.

-2-

Dated: New York, New York
September 27, 2005

                      Respectfully submitted,
                      SHEPPARD MULLIN RICHTER & HAMPTON LLP

                      By:_____/s/_____
                         James J. McGuire (JM-5390)

                         30 Rockefeller Plaza, 24th Floor
                         New York, New York 10112
                         (212) 332-3800

                      *Attorneys for Defendant*
                         *Abul Aziz Bin Ibrahim Al-Ibrahim*

Daniel Brown
Of Counsel