UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) <br><br> ECF Case |

This document relates to: New York Marine and General Insurance Co. v. Al Qaida, et al., (1:04-cv- 6105) (RCC)

# NOTICE OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(2) and 12(b)(6) BY DEFENDANT ABDUL AZIZ BIN IBRAHIM AL-IBRAHIM

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Motion To Dismiss of Defendant Abul Aziz Bin Ibrahim Al-Ibrahim, and all prior pleadings and proceedings herein, Defendant Abul Aziz Bin Ibrahim Al-Ibrahim, by his attorneys Sheppard Mullin Richter & Hampton LLP, will move this Court on _____, 2004, at _____ a.m./ p.m., or as soon thereafter as counsel may be heard, before the Honorable Richard C. Casey, United States District Judge, United States District Court for the Southern District of New York, at the United States Court House, 500 Pearl Street, New York, New York, for an Order pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing all claims against Defendant Abul Aziz Bin Ibrahim Al-Ibrahim in the above-referenced action with prejudice, and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
       September 27, 2005

               Respectfully submitted,
               SHEPPARD MULLIN RICHTER & HAMPTON LLP

               By:_____/s/_____
                 James J. McGuire (JM-5390)

               30 Rockefeller Plaza, 24th Floor
               New York, New York 10112
               (212) 332-3800

               *Attorneys for Defendant*
                 *Abul Aziz Bin Ibrahim Al-Ibrahim*

Daniel L. Brown
Of Counsel