05-24-1885 12:41   2025284177   COBURN AND SCHERTLER   PAGE 02/03

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/27/05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: TERRORIST ATTACKS OF ) 03 MDL 1570 (RCC)
SEPTEMBER 11, 2001 ) ECF CASE
)
) 04 CV 1076
) 04 CV 1923
)
) **STIPULATION AND ORDER OF**
) **SUBSTITUTION OF COUNSEL**

This document relates to:
   Estate of John P. O'Neill, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.,
   04-CV-1923 (RCC)
   Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et al.,
   04-CV-1076 (RCC)

IT IS HEREBY STIPULATED AND AGREED that the Law Office of David Gourevitch, P.C., shall be and hereby is substituted for Coburn & Schertler, LLP, now known as Schertler & Onorato, LLP, as counsel for defendants Martin Wachter, Erwin Wachter, Secor Treuhand Anstalt, and Asat Trust Reg.

Dated: New York, NY
   September 26, 2005

COBURN & SCHERTLER, LLP
SCHERTLER & ONORATO, LLP

By _____
Lisa Freeman Fishberg (SDNY LF6546)
Schertler & Onorato LLP
1140 Connecticut Avenue NW, Suite 1140
Washington D.C., 20036
Ph. (202) 628-4199
Fax. (202) 628-4177
Email: lfishberg@schertlerlaw.com

09/24/2005  12:41  2025284177            COBURNANDSCHERTLER                    PAGE  03/03

Former attorneys for Defendants
Martin Wachter
Erwin Wachter
Sercor Treuhand Anstalt
Asat Trust Reg.

LAW OFFICE OF DAVID GOUREVITCH, P.C.

By: *David Gourevitch*
David U. Gourevitch (SDNY #DG8795)
Law Office of David Gourevitch, P.C.
Tower 56, Second Floor
126 East 56th Street
New York, NY 10022
Tel:  (212) 355-1300
Fax:  (212) 355-1531
Email: david@gourevitchlaw.com

New attorneys for Defendants
Martin Wachter
Erwin Wachter
Sercor Treuhand Anstalt
Asat Trust Reg.

SO ORDERED

*Richard Conway*
U.S.D.J.

September 27, 2005

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001

)
) 03 MDL 1570 (RCC)
) ECF CASE
)
) 04 CV 1076
) 04 CV 1923
)
)
)

### AFFIDAVIT OF DAVID U. GOUREVITCH IN SUPPORT OF APPLICATION TO CHANGE LOCAL COUNSEL PURSUANT TO LOCAL CIVIL RULE 1.4

This document relates to:
   *Estate of John P. O'Neill, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*,
   04-CV-1923 (RCC)
   *Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et al.*,
   04-CV-1076 (RCC)

DAVID U. GOUREVITCH, being duly sworn, deposes and says:

1. I am a member of the Bar of this Court and a member of the Law Office of David Gourevitch, P.C. I submit this declaration in support of the application of defendants Martin Wachter, Erwin Wachter, Sercor Treuhand Anstalt, and Asat Trust Reg., pursuant to Local Civil Rule 1.4, for leave to substitute my firm as their counsel in this action.

2. The firm of Coburn & Schertler previously represented defendants Martin Wachter, Erwin Wachter, Sercor Treuhand Anstalt, and Asat Trust Reg. in this action. Mr. Coburn was lead counsel. Lisa Fishberg, of Coburn & Schertler, was counsel of record. Mr. Coburn recently left Coburn & Schertler, now known as Schertler & Onorato, and joined the law firm Trout Cacheris, PLLC, where he will continue to serve as lead counsel for the defendants.

The defendants have retained my firm to serve as local counsel and to substitute for Schertler & Onorato. I anticipate shortly moving the admission pro hac vice of Mr. Coburn as well as of Amy Berman Jackson who is a partner at Trout Cacheris, PLLC.

3. In 2002, plaintiffs commenced this action in the United States District Court for the District of Columbia. In December 2003, the Judicial Panel on Multi-District Litigation transferred this action to this court. On August 1, 2005, defendants Martin Wachter, Erwin Wachter, Sercor Treuhand Anstalt, and Asat Trust Reg., filed a Motion to Dismiss. On September 14, 2005, the O'Neill Plaintiffs filed an Opposition. The plaintiffs and defendants have agreed by stipulation to extend the due date for the defendants' Reply to October 24, 2005. No trial date has been set. Mr. Coburn who has served as lead counsel for defendants from the start of this litigation will continue to do so. Therefore, it is not anticipated that the proposed substitution of counsel will delay the progress of this case.

4. The firm of Schertler & Onorato consents to the relief sought in this application. We are also submitting for the Court's signature a Stipulation and Order signed by Schertler & Onorato and by me.

5. Accordingly, I respectfully request that the Court grant leave for the Law Office of David Gourevitch, P.C. to substitute as counsel for Martin Wachter, Erwin Wachter, Sercor Treuhand Anstalt, and Asat Trust Reg.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, NY
September 26, 2005

David U. Gourevitch (SDNY #DG8795)
Law Office of David Gourevitch, P.C.
Tower 56, Second Floor
126 East 56th Street
New York, NY 10022
Tel: (212) 355-1300
Fax: (212) 355-1531
Email: david@gourevitchlaw.com