UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re Terrorist Attacks on September 11, 2001          03 MDL 1570 (RCC)
                                                       ECF Case

-------------------------------------------------------------x

This document relates to:

> *Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al. (1:04-cv-7065)*

PLAINTIFFS' MORE DEFINITE STATEMENT AS TO DEFENDANTS
DAR AL MAAL AL ISLAMI A/K/A DAR-AL-MALL AL ISLAMI A/K/A DAR AL-MAAL AL-ISLAMI (DMI) REFERRING TO AND INCLUDING DAR AL MAAL ADMINISTRATIVE SERVICES SA A/K/A DMI ADMINISTRATIVE SERVICES SA AND DAR AL MAAL AL ISLAMI TRUST ("DMI TRUST") (HEREIN AFTER COLLECTIVELY KNOWN AS "DMI").

Counsel for the above-captioned Plaintiffs hereby provide a more definite statement as to the above titled Defendants.  This statement, annexed hereto as Exhibit 1, is hereby incorporated into the Plaintiffs' Amended Complaint pursuant to the Court's Case Management Order No. 1, dated March 10, 2004, and Case Management Order No. 2, dated June 16, 2004, paragraph 13.

Dated: September 29, 2005                    Respectfully submitted,

                                             ____/S/_____
                                             Christopher T. Leonardo, Esq. (CL 3043)
                                             Dickstein Shapiro Morin & Oshinsky LLP
                                             2101 L Street, NW
                                             Washington DC 20037
                                             (202) 777-2585
                                             (*Attorneys for Plaintiffs*)

DSMDB.1986914.1