UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re Terrorist Attacks on September 11, 2001      03 MDL 1570 (RCC)
                                                    ECF Case

------------------------------------------------------------x

This document relates to:

      *Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al. (1:04-cv-7065)*

   PLAINTIFFS' MORE DEFINITE STATEMENT AS TO DEFENDANT NATIONAL COMMERCIAL BANK

   Counsel for the above-captioned Plaintiffs hereby provide a more definite statement as to the above titled Defendants. This statement, annexed hereto as Exhibit 1, is hereby incorporated into the Plaintiffs' Amended Complaint pursuant to the Court's Case Management Order No. 1, dated March 10, 2004, and Case Management Order No. 2, dated June 16, 2004, paragraph 13.

Dated: September 29, 2005      Respectfully submitted,

               ____/S/_____
               Christopher T. Leonardo, Esq. (CL 3043)
               Dickstein Shapiro Morin & Oshinsky LLP
               2101 L Street, NW
               Washington DC 20037
               (202) 777-2585
               (*Attorneys for Plaintiffs*)