## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*   *Federal Insurance Co., et al v. al Qaida, et al.*
03 CV 06978 (RCC)

### AFFIDAVIT OF SERVICE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF NEW YORK:

J. Scott Tarbutton, Esquire, hereby states that Plaintiffs' First Amended Complaint,

Summons, Notice of Suit, and translations of each, filed in the above-captioned matter were

served upon defendant, the Republic of Iraq.

Service was effectuated upon the Ministry of Foreign Affairs of the Republic of Iraq, as

transmitted by the U.S. Embassy in Baghdad, Iraq, on July 26, 2005, in accordance with the

Foreign Sovereign Immunities Act, 28 U.S.C. § 1608 *et seq.*  True and correct copies of the

Return of Service and supporting U.S. Department of State documents are attached hereto as

Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing information contained herein is true and correct.

Dated: Philadelphia, Pennsylvania
      September 29, 2005

J. Scott Tarbutton, Esq. (JT-3496)
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
Tel:  (215) 665-2000

Sworn to before me this

day of

_Notary Public_

NOTARIAL SEAL
ADRIENNE E O'DONNELL
Notary Public
CITY OF PHILADELPHIA, PHILADELPHIA COUNTY
My Commission Expires Dec 14, 2008

PHILA1\2352983\1 117430.000

# EXHIBIT A



United States Department of State

*Washington, D.C. 20520*

August 9, 2005

Mr. Joseph LaMura
Chief Deputy Clerk
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> re: **Federal Insurance Company, et al. v.
> al-Qaida, et al., Case Number 03-CV-6978 (RCC)**

Dear Mr. LaMura:

I am writing regarding a request for service of a summons, complaint and notice of suit pursuant to the Foreign Sovereign Immunities Act (FSIA), 28 U.S.C. 1608(a)(4), upon the Republic of Iraq as a defendant in the above mentioned lawsuit.

The U.S. Embassy transmitted the documents to Republic of Iraq under cover of diplomatic note number 70, dated July 19, 2005 and delivered to the Ministry of Foreign Affairs of the Republic of Iraq on July 26, 2005. I am enclosing a certified copy of the diplomatic note used to transmit these documents as well as copies of the documents themselves.

In accordance with the service provisions of the FSIA, 28 U.S.C. 1608(c)(1), service is deemed effective as of the date of transmittal indicated in the certified copy of the diplomatic note.

Should you have any questions regarding your request, please do not hesitate to contact me at (202) 736-9115.

Sincerely,

William P. Fritzlen
Attorney Adviser
Office of Policy Review and Interagency Liaison

Enclosures As Stated

Cc:   J. Scott Tarbutton
      Cozen O'Connor
      1900 Market Street
      Philadelphia, PA 19103-3508



*Embassy of the United States of America*

Baghdad, Iraq

I, Marie C. Damour, Consul in Baghdad, Iraq, certify that this is a true copy of the Embassy of the United States of America diplomatic note number 70 dated July 19, 2005, and delivered to the Ministry of Foreign Affairs of Iraq on July 26, 2005.

Marie C. Damour
Consul
Chief, Consular Section

July 26, 2005

Note No. 70

The Embassy of the United States of America presents its compliments to the Ministry of Foreign Affairs of Iraq and has the honor to refer the Ministry of Foreign Affairs to the lawsuit entitled Federal Insurance Company, et al. v. al-Qaida, et al. which is pending in the Federal District Court for the Southern District of New York, case number 03-CV-6978 (RCC) in which Iraq is a defendant. The Embassy herewith transmits a summons and complaint. This note constitutes transmittal of these documents to Iraq as contemplated in Title 28, United States Code, Section 1608(a)(4).

Under applicable United States law a defendant in a lawsuit must file an answer to the complaint or some other responsive pleading within 60 days from the date of transmittal of the complain (i.e. the date of this Note) or face the possibility of having judgment entered against it without the opportunity of presenting evidence or arguments in its behalf. Accordingly, the Embassy requests that the enclosed summons, complaint and notice of suit be forwarded

**DIPLOMATIC NOTE**

to the appropriate authority of Iraq with a view towards taking whatever steps are necessary to avoid a default judgment.

Under the laws of the United States, any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. Otherwise, proceedings will continue without an opportunity to present evidence or possible defenses. Consistent with practice, the United States Department of State is available to discuss with counsel the requirements of U.S. law. The United States Government is not a party to this litigation and cannot represent other parties in this matter.

In addition to the summons and complaint, the Embassy is enclosing a notice of suit prepared by the plaintiff, which summarizes the nature of the case and includes references to pertinent U.S. laws concerning suits against foreign States.

The Embassy of the United States of America avails itself of this opportunity to renew to the Ministry of Foreign Affairs in Iraq the assurances of its highest consideration.

Embassy of the United States of America,

Baghdad, July 19, 2005.

Enclosures:

1. Summons, Complaint and Notice of Suit
2. Translations



الرقم:70

تهدي سفارة الولايات المتحدة الأمريكية تحياتها الى وزارة الخارجية في جمهورية
العراق وتتشرف أن توجه عناية وزارة الخارجية الى القضية المعنونة شركة التامين
الاتحادية وآخرون ضد القاعدة وآخرون والمعلقة لدى محكمة مقاطعة الفدرالية للمنطقة
الجنوبية لولاية نيويورك، رقم القضية 3- سي في – 6978 (آر سي سي) والمسمى
فيها العراق مدعى عليه. ترسل السفارة طياً أوامر الأستدعاء والشكوى. تمثل هذه
المذكرة إحالة هذه المستندات الى العراق كما هو منصوص في العنوان 28 من قانون
الولايات المتحدة القسم 1608 (أ) (4).

وأستناداً الى القانون المرعي في الولايات المتحدة ، يتوجب على المدعى عليه في
قضية تقديم أجابة على الدعوى أو بعض المرافعات الجوابية الأخرى في غضون 60
يوماً من تاريخ إحالة الشكوى ( الذي هو تاريخ هذه المذكرة) أو مواجهة أمكانية أصدار
حكم ضده دون الحصول على فرصة لتقديم أدلة أو دفاع بالنيابة عنه. وبناءاً على ذلك،
تطلب السفارة أن توجه أوامر الأستدعاء المرفقة والشكاوى والأشعار الخاص في
القضية الى السلطات العراقية المختصة لإتخاذ أية أجراءات ضرورية لتجنب إصدار
حكم غيابي.

أستناداً لقوانين الولايات المتحدة الأمريكية، فأن المقايضة او الدفاع  بما في ذلك
دعاوى الحصانة السيادية  يجب أن يقدم الى المحكمة المختصة في هذه القضية قبل
البت في الامر.  ولذاك، يستحسن أستشارة محام في الولايات المتحدة الأمريكية.
وبخلاف ذلك، تستأنف الأجراءات من دون الحصول على فرصة لتقديم دليل أو دفاع.
وأنسجاماً مع الإجراءات المتبعة، فأن وزارة الخارجية الامريكية مستعدة للتحاور مع
محام فيما يتعلق بمتطلبات القانون في الولايات المتحدة الأمريكية. أن حكومة الولايات
المتحدة الأمريكية ليست طرفاً في النزاع ولا يمكنها أن تمثل أطراف أخرى في هذه
القضية.

**DIPLOMATIC NOTE**

بالأضافة الى أوامر الأستدعاء والشكوى، ترفق السفارة إخطاراً بالقضية تم أعداده من قبل المدعي يلخص فيه طبيعة القضية ويتضمن مراجع في قوانين الولايات الاميريكية المتحدة ذات الصلة بموضوع القضايا ضد الدولة الاجنبية.

تغتنم سفارة الولايات المتحدة الأمريكية الفرصة لتجديد تقديرها العالي الى وزارة الخارجية في جمهورية العراق.

سفارة الولايات المتحدة الأمريكية

بغداد، 19 تموز 2005

المرفقات:

1- أمر الاستدعاء والشكوى وأخطار المحكمة

2- الترجمة