UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*     *Federal Insurance Co., et al v. al Qaida, et al.*
                                03 CV 06978 (RCC)

## AFFIDAVIT IN SUPPORT OF REQUEST FOR ISSUANCE OF CLERK'S CERTIFICATE OF DEFAULT

COMMONWEALTH OF PENNSYLVANIA   )
                               )
COUNTY OF PHILADELPHIA         )

J. Scott Tarbutton, being duly sworn, deposes and says:

1. I am an attorney admitted to practice *pro hac vice* in the above captioned matter, and a member of the law firm Cozen O'Connor. I am familiar with the facts and circumstances in this action.

2. I make this affidavit pursuant to Rules 55.1 and 55.2(a) of the Civil Rules for the Southern District of New York, in support of Plaintiffs' application for the entry of default against defendant, the Republic of Iraq ("Iraq").

3. This is an action to recover damages owed by defendants to Plaintiffs for injuries resulting from the terrorist attack upon the United States of September 11, 2001 (the September 11th Attack). Defendant Iraq has been sued based on its participation in a conspiracy to commit acts of international terrorism against the United States, its nationals and allies, of which the September 11th Attack was a direct, intended and foreseeable product. *See Federal Insurance* First Amended Complaint ¶¶ 536-540.

4. Jurisdiction of this Court over defendant Iraq is invoked pursuant to 28 U.S.C. § 1330, as the claims against this defendant fall within the exceptions to immunity set forth at 28 U.S.C. §§ 1605(a)(2), 1605(a)(5) and 1605(a)(7) (Foreign Sovereign Immunities Act).

5. This action was commenced on September 10, 2003 by the filing of the Summons and Complaint. The First Amended Complaint and Summons were filed on March 10, 2004. Defendant Iraq was served with a copy of the First Amended Complaint and Summons, in accordance with the FSIA, as set forth below.

6. Service was effectuated on defendant Iraq through diplomatic channels by the United States Department of State on July 26, 2005. True and correct copies of the Return of Service and supporting U.S. Department of State documents are attached to the Affidavit of Service as Exhibit A.

7. Defendant Iraq has not answered or otherwise responded to the First Amended Complaint and the time for the defendant to answer or otherwise respond to the First Amended Complaint has expired.

8. Plaintiffs request a Clerk's Certificate of Default, which is attached hereto, to provide to Judge Richard C. Casey in connection with a Motion for Default pursuant to F.R.C.P. 55.

WHEREFORE, the Plaintiffs in *Federal Insurance Co. v. al Qaida*, 03-CV-6978 (RCC), respectfully request a Certificate of Default against defendant, the Republic of Iraq.

Dated: Philadelphia, Pennsylvania
September 29, 2005

J. Scott Tarbutton, Esq. (JT-3496)
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
Tel: (215) 665-2000

Sworn to before me this 29th
day of September 2005

_____
Notary Public

[Notary seal]

PHILA1\2352987\1 117430.000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to: Federal Insurance Co. v. al Qaida*, 03-CV-6978 (RCC)

### CLERK'S CERTIFICATE OF DEFAULT

I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York ("SDNY"), do hereby certify that this action was commenced on September 10, 2003 with the filing of the Summons and Complaint, and the First Amended Complaint and Summons were filed on March 10, 2004. The First Amended Complaint and Summons were served on defendant, the Republic of Iraq, as follows:

Service was effectuated on defendant, the Republic of Iraq, through diplomatic channels by the U.S. Department of State on July 26, 2005. Proof of such service was transmitted to the SDNY Chief Deputy Clerk Joseph LaMura by the U.S. Department of State on August 9, 2005 and was filed by the Plaintiffs on September 29, 2005.

I further certify that the docket entries indicate that defendant, the Republic of Iraq, has not filed an answer or otherwise moved with respect to the First Amended Complaint herein. The default of the aforesaid defendant is hereby noted.

Dated: New York, New York
       September ___, 2005

                                              J. MICHAEL MCMAHON
                                              Clerk of the Court

                          By:_____
                                Deputy Clerk