UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON                Civil Action No.
SEPTEMBER 11, 2001                        03 MDL 1570 (RCC)

----------------------------------------------------------x

This document relates to:
    *Thomas E. Burnett, Sr., et al. vs. Al Baraka Investment and Development Corp., et al.,*
    *Case No.* 03-CV-5738, 03-CV-9849 (S.D.N.Y.)


**PLAINTIFFS' MORE DEFINITE STATEMENT AS TO
DEFENDANTS AL FAROOQ MOSQUE, ISLAMIC CALL ORGANIZATION,
MOHAMMED AL MASSARI, GLOBAL JIHAD FUND, AL MUHAJIROUN GROUP,
SAUDI COMMISSION FOR RELIEF AND CHARITY WORK ABROAD,
ABU HAFS THE MAURITANIAN, AGUS BUDIMAN, AHMED RESSAM,
SAID BAHAJI, ZAKARIYA ESSABAR, MOHAMMED ALI HASAN AL MOAYAD,
IBRAHIM MUHAMMAD AFANDI, ABDULRAHMAN HASSAN SHARBATLY,
AHMED ZAKI YAMANI, AHMAD AL HARBI, MOHAMMED AL-ISSAIM,
HAMAD HUSSAINI, MOHAMED LOAY BAYAZID, AHMED BRAHIM,
ABU MUSAB AL-ZARQAWI, AYMAN AL-ZAWAHIRI, ABU IBRAHIM AL-MASRI,
MOHAMMAD J. FAKIHI, MOHAMED BIN MOHAMED ABDELHEDI,
KAMEL DARRAJI, IMED BEN BECHIR JAMMALI, HABIB BEN AHMED LOUBIRI,
CHABAANE BEN MOHAMED TRABELSI, SWAR AL DHAHAB,
ABU HAMZA AL MASRI, RAMZI AHMED YOUSEF, ABU BAKAR BASHIR,
ABDUL HAKIM MURAD, TAWFIQ BIN ATTASH, A.K.A. KHALLAD,
SAMIR SALAH, AYADI CHAFIQ BIN MUHAMMAD, MUHAMMAD ALI HARRATH,
ABU MUHAMMAD AL-MAQDESI, KHALID AL MIHDHAR, MAJED MOQED,
NAWAF AL HAZMI, SALEM AL HAZMI, HANI HANJOUR,
SATAM M.A. AL SUQAMI, WALEED AL SHEHRI, WAIL AL SHEHRI,
MOHAMED ATTA, ABDUL AZIZ AL OMARI, MARWAN AL-SHEHHI,
FAYEZ BANIHAMMAD, AHMED AL GHAMDI, HAMZA AL GHAMDI,
MOHAND AL SHEHRI, SAEED AL GHAMDI, AHMAD AL HAZNAWI,
<u>AHMED AL NAMI, AND ZIAD SAMIR JARRAH</u>**

Counsel for the above-captioned Plaintiffs hereby provide a more definite statement as to Defendants Al Farooq Mosque, Islamic Call Organization, Mohammed Al Massari, Global Jihad Fund, Al Muhajiroun Group, Saudi Commission for Relief and Charity Work Abroad, Abu Hafs the Mauritanian, Agus Budiman, Ahmed Ressam, Said Bahaji, Zakariya Essabar, Mohammed Ali Hasan Al Moayad, Ibrahim Muhammad Afandi, Abdulrahman Hassan Sharbatly, Ahmed

Zaki Yamani, Ahmad Al Harbi, Mohammed Al-Issaim, Hamad Hussaini, Mohamed Loay Bayazid, Ahmed Brahim, Abu Musab Al-Zarqawi, Ayman Al-Zawahiri, Abu Ibrahim Al-Masri, Mohammad J. Fakihi, Mohamed Bin Mohamed Abdelhedi, Kamel Darraji, Imed Ben Bechir Jammali, Habib Ben Ahmed Loubiri, Chabaane Ben Mohamed Trabelsi, Swar Al Dhahab, Abu Hamza Al Masri, Ramzi Ahmed Yousef, Abu Bakar Bashir, Abdul Hakim Murad, Tawfiq Bin Attash, a.k.a. Khallad, Samir Salah, Ayadi Chafiq Bin Muhammad, Muhammad Ali Harrath, Abu Muhammad Al-Maqdesi, Khalid al Mihdhar, Majed Moqed, Nawaf al Hazmi, Salem al Hazmi, Hani Hanjour, Satam M.A. al Suqami, Waleed al Shehri, Wail al Shehri, Mohamed Atta, Abdul Aziz al Omari, Marwan Al-Shehhi, Fayez Banihammad, Ahmed al Ghamdi, Hamza al Ghamdi, Mohand al Shehri, Saeed al Ghamdi, Ahmad al Haznawi, Ahmed al Nami, and Ziad Samir Jarrah. This statement, annexed hereto as Exhibit 1, is hereby incorporated into the consolidated Complaints pursuant to the Court's Case Management Order No. 1, dated March 10, 2004, and Case Management Order No. 2, dated June 16, 2004, paragraph 13.

Dated: September 30, 2005        Respectfully submitted,

           /S/_____
Michael E. Elsner, Esq. (NY - ME8337; VA-41424;
   SC-72893)
Ronald L. Motley, Esq. (SC-4123)
Jodi Westbrook Flowers, Esq. (SC-66300)
Donald A. Migliori, Esq. (RI-4936; MA-567562;
   MN-0245951)
Robert T. Haefele, Esq. (NJ-58293; PA-57937)
Justin B. Kaplan, Esq. (TN-022145)
John Eubanks (MD)
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, South Carolina 29465
Telephone: (843) 216-9000

Jayne Conroy, Esq. (NY-JC8611)
Paul J. Hanly, Jr., Esq. (NY-PH5486)
Andrea Bierstein, Esq. (NY-AB4618)
HANLY CONROY BIERSTEIN
  & SHERIDAN, LLP
112 Madison Avenue, 7th Floor
New York, NY  10016-7416
Tel:  (212) 784-6400

*Attorneys for Plaintiffs*