UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON          Civil Action No.
SEPTEMBER 11, 2001          03 MDL 1570 (RCC)

-----------------------------------------------------------x

This document relates to:
> *Thomas E. Burnett, Sr., et al. vs. Al Baraka Investment and Development Corp., et al.,*
> *Case No.* 03-CV-9849 (S.D.N.Y.)

## NOTICE OF CONSOLIDATION OF PLEADINGS

The following pleadings are hereby consolidated pursuant to Case Management Order No. 2.

In the United States District Court for the District of Columbia
Case No. 1:02-CV-1616:

| DATE FILED | DOCKET NO. | DOCKET TEXT |
|---|---|---|
| 11/22/2002 | 26 | NOTICE by ALL PLAINTIFFS Appendix to the Third Amended Complaint filed on November 22, 2002 (Huge, Harry) (Entered: 11/22/2002) |
| 11/22/2002 | 29 | AMENDED COMPLAINT (THIRD) against ALL DEFENDANTS, adding more defendants and plaintiffs to the case. , filed by ALL PLAINTIFFS .(bcs, ) (Entered: 11/26/2002) |
| 02/21/2003 | 77 | NOTICE by ALL PLAINTIFFS - *Plaintiffs' Addition and Removal of Parties Pursuant to Case Management Order No. 1, and Federal Rule of Civil Procedure 15(d)* (Attachments: # 1 Attachment A# 2 Attachment B# 3 Attachment C# 4 Attachment D)(Huge, Harry) (Entered: 02/21/2003) |
| 05/02/2003 | 139 | NOTICE by ALL PLAINTIFFS Plaintiffs' Second Addition and Removal of Defendants Pursuant to Case Management Order No. 1 and Federal Rule of Civil Procedure 15(d) (Attachments: # 1 Attachment A# 2 Attachment B)(Huge, Harry) (Entered: 05/02/2003) |

| | | |
|---|---|---|
| 05/23/2003 | 155 | NOTICE by ALL PLAINTIFFS Plaintiffs' Second Addition and Removal of Parties Pursuant to Case Management Order No. 1 and Federal Rule of Civil Procedure 15(d) (Attachments: # 1 Attachment A# 2 Attachment B)(Huge, Harry) (Entered: 05/23/2003) |
| 08/01/2003 | 232 | NOTICE by ALL PLAINTIFFS - Plaintiffs' August 1, 2003 Addition and Removal of Parties Pursuant to Case Management Order No. 1 And Federal Rule of Civil Procedure 15(d) (Attachments: # 1 Attachment A# 2 Attachment B)(Huge, Harry) (Entered: 08/01/2003) |
| 08/22/2003 | 261 | NOTICE by ALL PLAINTIFFS - Plaintiffs' Third Addition and Removal of Defendants Pursuant to Case Management Order No. 1 and Federal Rule of Civil Procedure 15(d) (Attachments: # 1 Attachment A)(Huge, Harry) (Entered: 08/22/2003) |
| 08/27/2003 | 266 | RESPONSE to Al Rajhi Bank's Rule 12(e) Request to Plaintiffs filed by ALL PLAINTIFFS. (Attachments: # 1 Exhibit 1)(Huge, Harry) (Entered: 08/27/2003) |
| 09/05/2003 | 305 | NOTICE by ALL PLAINTIFFS - Plaintiffs' Addition and Removal of Parties Pursuant to Case Management Order No. 1 and Federal Rule of Civil Procedure 15(d) (Attachments: # 1 Attachment A# 2 Attachment B)(Huge, Harry) (Entered: 09/05/2003) |
| 09/10/2003 | 313 | NOTICE by ALL PLAINTIFFS - Plaintiffs' Addition and Removal of Parties Pursuant to Case Management Order No. 1 and Federal Rule of Civil Procedure 15(d) (Attachments: # 1 Attachment A# 2 Attachment B)(Huge, Harry) (Entered: 09/10/2003) |
| 10/27/2003 | 367 | NOTICE by ALL PLAINTIFFS - Plaintiffs' Fourth Addition and Removal of Defendants Pursuant to Case Management Order No. 1 and Federal Rule of Civil Procedure 15(d) (Attachments: # 1 Attachment A)(Huge, Harry) (Entered: 10/27/2003) |
| 12/19/2003 | 432 | NOTICE by ALL PLAINTIFFS - Plaintiffs' December 19, 2003 Addition and Removal of Parties Pursuant to Case Management Order No. 1. and Federal Rule of Civil Procedure 15(d) (Attachments: # 1 Attachment A# 2 Attachment B# 3 Attachment C)(Huge, Harry) (Entered: 12/19/2003) |
| 12/30/2003 | 438 | NOTICE by ALL PLAINTIFFS of December 30, 2003 |

>Addition of Parties Pursuant to Case Management Order No. 1. and Federal Rule of Civil Procedure 15(d) (Attachments: # 1 Attachment A, Additional Defendants)(Huge, Harry) (Entered: 12/30/2003)

In the United States District Court for the Southern District of New York
Case No. 1:03-MDL-1570:

| DATE FILED | DOCKET NO. | DOCKET TEXT |
|---|---|---|
| 03/16/2004 | 26 | AMENDED DOCUMENT *Plaintiffs' More Definite Statement as to Defendant Yousef Abdul Latif Jameel*. Document filed by Burnett Plaintiffs.(Elsner, Michael) (Entered: 03/16/2004) |
| 05/14/2004 | 149 | RESPONSE to Motion re: 36 MOTION for More Definite Statement. Plaintiffs' Response to Defendant Sami Omar Al-Hussayen's Declaration In Support of Defendants' Motion For A More Definite Statement. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit 1 - More Definite Statement as to Sami Omar Al-Hussayen# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C)(Elsner, Michael) (Entered: 05/14/2004) |
| 06/04/2004 | 208 | NOTICE of Plaintiffs' More Definite Statement As To Defendant Islamic Assembly of North America re: 110 MOTION to Dismiss.. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 06/04/2004) |
| 06/04/2004 | 216 | NOTICE of Plaintiffs' More Definite Statement As To Defendant Sulaiman Al-Ali re: 109 MOTION to Dismiss.. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 06/04/2004) |
| 10/15/2004 | 503 | DECLARATION of Michael E. Elsner in Opposition re: 295 MOTION to Dismiss or in the Alternative for a More Definite Statement.. Document filed by Burnett Plaintiffs. (Attachments: # 1 Attachment 1 to Declaration# 2 Attachment 2 to Declaration# 3 Attachment 3 to Declaration# 4 Attachment 4 to Declaration# 5 Attachment 5 to Declaration# 6 Attachment 6 to Declaration# 7 Attachment 7 to Declaration# 8 Attachment 8 to Declaration# 9 Attachment 9 to Declaration# 10 Attachment 10 to Declaration)Filed In Associated Cases: 1:03-md-01570-RCC,1:03-cv-09849-RCC(Elsner, Michael) (Entered: 10/15/2004) |

| Date | No. | Description |
|---|---|---|
| 03/21/2005 | 756 | NOTICE of More Definite Statement as to Yeslam Bin Laden re: 13 MOTION (FILED ON SERVICE DATE) to Dismiss.. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 03/21/2005) |
| 05/10/2005 | 896 | NOTICE of Plaintiffs' More Definite Statement as to Defendants DMI Adminstrative Services S.A. and Daar Al-Maal Al-Islami Trust. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 05/10/2005) |
| 05/25/2005 | 943 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Mohammed Hussein Al Amoudi. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 05/25/2005) |
| 09/27/2005 | 1271 | NOTICE of Plaintiffs' More Definite Statement as to Defendants Al-Barakat, Al-Barakat Bank of Somalia, Al-Barakat Finance Group, Al-Barakat Financial Holding Co., Al-Barakat Global Telecommunications, Al-Barakat Group of Companies Somalia Limited, Al-Barakat International, Al-Barakat Investments, Barakat Wire Transfer Company. Document filed by Burnett Plaintiffs, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005) |
| 09/27/2005 | 1273 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Al Shamal Islamic Bank. Document filed by Burnett Plaintiffs, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005) |
| 09/27/2005 | 1274 | NOTICE of Plaintiffs' More Definite Statement as to Defendants Bank Al Taqwa Limited, Al Taqwa Trade, Property and Industry Company, Ahmed Idris Nasreddin and Youssef M. Nada. Document filed by Burnett Plaintiffs, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005) |
| 09/27/2005 | 1275 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Abdulla bin Khalid al Thani. Document filed by Burnett Plaintiffs, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005) |
| 09/27/2005 | 1276 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Ary Gold. Document filed by Burnett Plaintiffs, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) |

| | | |
|---|---|---|
| | | (Entered: 09/27/2005) |
| 09/27/2005 | 1277 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Omar Al Bayoumi. Document filed by Burnett Plaintiffs, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005) |
| 09/27/2005 | 1278 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Mamoun Darkazanli. Document filed by Burnett Plaintiffs, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005) |
| 09/27/2005 | 1279 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Global Relief Foundation. Document filed by Burnett Plaintiffs, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005) |
| 09/27/2005 | 1280 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Habib Bank. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005) |
| 09/27/2005 | 1281 | NOTICE of Plaintiffs' More Definite Statement as to Defendant the Islamic Assembly of North America. Document filed by Burnett Plaintiffs, World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005) |
| 09/27/2005 | 1282 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Islamic African Relief Agency. Document filed by Burnett Plaintiffs, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005) |
| 09/27/2005 | 1283 | NOTICE of Plaintiffs' More Definite Statement as to Defendant the Islamic Republic of Iran. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005) |
| 09/27/2005 | 1284 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Mashreq Bank. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005) |
| 09/27/2005 | 1287 | NOTICE of Plaintiffs' More Definite Statement as to Defendant the Rabita Trust. Document filed by Burnett Plaintiffs, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005) |

5

| | | |
|---|---|---|
| 09/27/2005 | 1289 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Shahir Batterjee. Document filed by Burnett Plaintiffs, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005) |
| 09/27/2005 | 1290 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Standard Charter Bank. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005) |
| 09/27/2005 | 1291 | NOTICE of Plaintiffs' More Definite Statement as to Defendant the Syrian Arab Republic. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005) |
| 09/27/2005 | 1292 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Tadamon Islamic Bank. Document filed by Burnett Plaintiffs, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005) |
| 09/27/2005 | 1293 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Wafa Humanitarian Organization. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005) |
| 09/27/2005 | 1294 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Yassin Abdullah Al Kadi. Document filed by Burnett Plaintiffs, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005) |
| 09/27/2005 | 1295 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Saudi Hollandi Bank. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005) |
| 09/27/2005 | 1296 | NOTICE of Plaintiffs' More Definite Statement as to Defendant National Bank of Kuwait. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005) |
| 09/27/2005 | 1297 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Bank Al Jazira. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005) |
| 09/30/2005 | 1366 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Kalia Foreign Exchange. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/30/2005) |

| | | | |
|---|---|---|---|
| 09/30/2005 | | 1367 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Muwafaq Foundation. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/30/2005) |
| 09/30/2005 | | 1368 | NOTICE of Plaintiffs' More Definite Statement as to Defendants Al Farooq Mosque, Islamic Call Organization, Mohammed Al Massari, Global Jihad Fund, Al Muhajiroun Group, Saudi Commission for Relief and Charity Work Abroad, Abu Hafs the Mauritanian, Agus Budiman, Ahmed Ressam, Said Bahaji, Zakariya Essabar, Mohammed Ali Hasan Al Moayad, Ibrahim Muhammad Afandi, Abdulrahman Hassan Sharbatly, Ahmed Zaki Yamani, Ahmad Al Harbi, Mohammed Al-Issaim, Hamad Hussaini, Mohamed Loay Bayazid, Ahmed Brahim, Abu Musab Al-Zarqawi, Ayman Al-Zawahiri, Abu Ibrahim Al-Masri, Mohammad J. Fakihi, Mohamed Bin Mohamed Abdelhedi, Kamel Darraji, Imed Ben Bechir Jammali, Habib Ben Ahmed Loubiri, Chabaane Ben Mohamed Trabelsi, Swar Al Dhahab, Abu Hamza Al Masri, Ramzi Ahmed Yousef, Abu Bakar Bashir, Abdul Hakim Murad, Tawfiq Bin Attash, a.k.a. Khallad, Samir Salah, Ayadi Chafiq Bin Muhammad, Muhammad Ali Harrath, Abu Muhammad Al-Maqdesi, Khalid al Mihdhar, Majed Moqed, Nawaf al Hazmi, Salem al Hazmi, Hani Hanjour, Satam M.A. al Suqami, Waleed al Shehri, Wail al Shehri, Mohamed Atta, Abdul Aziz al Omari, Marwan Al-Shehhi, Fayez Banihammad, Ahmed al Ghamdi, Hamza al Ghamdi, Mohand al Shehri, Saeed al Ghamdi, Ahmad al Haznawi, Ahmed al Nami, and Ziad Samir Jarrah.. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/30/2005) |
| 09/30/2005 | | 1370 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Yusuf Al-Qardawi. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/30/2005) |
| 09/30/2005 | | 1371 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Muhammed Galeb Kalaje Zouaydi. Document filed by Burnett Plaintiffs, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/30/2005) |
| 09/30/2005 | | 1372 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Vakufska Banka. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/30/2005) |

Dated: September 30, 2005    Respectfully submitted,

             /S/
            Michael E. Elsner, Esq. (NY - ME8337; VA-41424; SC-72893)
            Ronald L. Motley, Esq. (SC-4123)
            Jodi Westbrook Flowers, Esq. (SC-66300)
            Donald A. Migliori, Esq. (RI-4936; MA-567562; MN-0245951)
            Robert T. Haefele, Esq. (NJ-58293; PA-57937)
            Justin B. Kaplan, Esq. (TN-022145)
            John Eubanks (MD)
            MOTLEY RICE LLC
            28 Bridgeside Boulevard
            P.O. Box 1792
            Mount Pleasant, South Carolina 29465
            Telephone:  (843) 216-9000

            Jayne Conroy, Esq. (NY-JC8611)
            Paul J. Hanly, Jr., Esq. (NY-PH5486)
            Andrea Bierstein, Esq. (NY-AB4618)
            HANLY CONROY BIERSTEIN & SHERIDAN, LLP
            112 Madison Avenue, 7th Floor
            New York, NY  10016-7416
            Tel:  (212) 784-6400

            *Attorneys for Plaintiffs*