UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON             Civil Action No.
SEPTEMBER 11, 2001                     03 MDL 1570 (RCC)

-----------------------------------------------------------x

This document relates to:
    *Euro Brokers, Inc., et al. v. Al Baraka Investment and Development Corp., et al.*, Case
        *No. 04-CV-7279 (S.D.N.Y.)*

## NOTICE OF CONSOLIDATION OF PLEADINGS

The following pleadings are hereby consolidated pursuant to Case Management Order No. 2.

In the United States District Court for the Southern District of New York

Case No. 1:04-CV-7279:

| DATE FILED | DOCKET NO. | DOCKET TEXT |
|---|---|---|
| 09/10/2004 | 1 | COMPLAINT against Al Baraka Investment and Development Corporation, National Commercial Bank. (Filing Fee $ 150.00, Receipt Number 519392)Document filed by Euro Brokers (Switzerland) S.A., Euro Brokers Financial Services Limited, Euro Brokers Inc., Euro Brokers Ltd., Euro Brokers Mexico, S.A. DE C.V., Maxcor Financial Asset Management Inc., Maxcor Financial Group Inc., Maxcor Financial Inc., Maxcor Information Inc., Tradesoft Technologies, Inc..(laq, ) Additional attachment(s) added on 9/20/2004 (laq, ). (Entered: 09/16/2004) |

Case No. 1:03-MDL-1570:

| DATE FILED | DOCKET NO. | DOCKET TEXT |
|---|---|---|
| 02/25/2005 | 697 | RICO STATEMENT *Applicable to Al Haramain Islamic Foundation*. Document filed by Euro Brokers Inc., et al.. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Elsner, Michael) (Entered: 02/25/2005) |

| | | |
|---|---|---|
| 02/25/2005 | 698 | RICO STATEMENT Applicable to Mar-Jac Poultry, African Muslim Agency, Grove Corporate, Inc., Heritage Education Trust, Inc., International Institute of Islamic Thought, Mar-Jac Investments, Inc., Mena Corporation, Reston Investments, Inc., Safa Trust, Sterling Charitable Gift Fund, Sterling Management Group, Inc., and York Foundation. Document filed by Euro Brokers Inc., et al.. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Elsner, Michael) (Entered: 02/25/2005) |
| 02/25/2005 | 699 | RICO STATEMENT Applicable to Taha Jaber Al-Alwani, Muhammed Ashraf, M. Omar Ashraf, Yaqub M. Mirza, Iqbal Yunus, Ahmed Totonji, and Mohammed Jaghlit. Document filed by Euro Brokers Inc., et al.. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Elsner, Michael) (Entered: 02/25/2005) |
| 03/07/2005 | 717 | RICO STATEMENT Applicable to Faisal Islamic Bank. Document filed by Euro Brokers Inc., et al.. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Elsner, Michael) (Entered: 03/07/2005) |
| 03/18/2005 | 742 | RICO STATEMENT - Amended RICO Statement as to Faisal Islamic Bank. Document filed by Euro Brokers Inc., et al.. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Elsner, Michael) (Entered: 03/18/2005) |
| 03/31/2005 | 779 | RICO STATEMENT Applicable to Sulaiman Bin Abdul Aziz Al Rajhi, Saleh Abdul Aziz Al Rajhi, Abdullah Sulaiman Al-Rajhi and Khalid Sulaiman Al-Rajhi. Document filed by Euro Brokers Inc., et al.. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Elsner, Michael) (Entered: 03/31/2005) |
| 04/29/2005 | 860 | RICO STATEMENT Applicable to Dubai Islamic Bank. Document filed by Euro Brokers Inc., et al.. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Elsner, Michael) (Entered: 04/29/2005) |
| 05/10/2005 | 899 | RICO STATEMENT Applicable to DMI Administrative Services S.A. and Daar Al-Maal Al-Islami Trust. Document filed by Euro Brokers Inc., et al.. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Elsner, Michael) (Entered: 05/10/2005) |
| 05/10/2005 | 900 | RICO STATEMENT Applicable to Yeslam Bin Laden. Document filed by Euro Brokers Inc., et al.. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Elsner, Michael) (Entered: 05/10/2005) |
| 05/13/2005 | 907 | RICO STATEMENT Applicable to Islamic Investment Company of the Gulf (Bahrain). Document filed by Euro Brokers Inc., et al.. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Elsner, Michael) (Entered: 05/13/2005) |
| 05/20/2005 | 925 | RICO STATEMENT Applicable to Khalid Bin Salim Bin |

| | | |
|---|---|---|
| | | Mahfouz. Document filed by Euro Brokers Inc., et al.. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Elsner, Michael) (Entered: 05/20/2005) |
| 05/25/2005 | 945 | RICO STATEMENT Applicable to Mohammed Hussein Al Amoudi. Document filed by Euro Brokers Inc., et al.. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Elsner, Michael) (Entered: 05/25/2005) |
| 06/03/2005 | 971 | RICO STATEMENT Applicable to Yousef Abdul Latif Jameel. Document filed by Euro Brokers Inc., et al.. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Elsner, Michael) (Entered: 06/03/2005) |
| 08/15/2005 | 1122 | RICO STATEMENT Applicable to the Saudi Binladin Group. Document filed by Euro Brokers Inc., et al.. (Attachments: # 1 Exhibit A)(Elsner, Michael) (Entered: 08/15/2005) |
| 08/15/2005 | 1123 | RICO STATEMENT Applicable to Bakr Bin Laden, Tarek Bin Laden and Omar Bin Laden. Document filed by Euro Brokers Inc., et al.. (Attachments: # 1 Exhibit A)(Elsner, Michael) (Entered: 08/15/2005) |
| 08/19/2005 | 1139 | RICO STATEMENT Applicable to Abdulrahman Bin Khalid Bin Mahfouz. Document filed by Euro Brokers Inc., et al.. (Attachments: # 1 Exhibit A)(Elsner, Michael) (Entered: 08/19/2005) |
| 08/26/2005 | 1153 | RICO STATEMENT Applicable to Abdul Aziz al Ibrahim Foundation. Document filed by Euro Brokers Inc., et al.. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Elsner, Michael) (Entered: 08/26/2005) |
| 08/31/2005 | 1165 | RICO STATEMENT Applicable to the World Assembly of Muslim Youth. Document filed by Euro Brokers Inc., et al.. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Elsner, Michael) (Entered: 08/31/2005) |
| 09/09/2005 | 1211 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Saudi American Bank. Document filed by Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/09/2005) |
| 09/09/2005 | 1212 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Saudi Red Crescent. Document filed by Burnett Plaintiffs, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/09/2005) |
| 09/09/2005 | 1218 | RICO STATEMENT Applicable to Dallah Al Baraka Group and Al Baraka Investment and Development Corporation. |

| | | |
|---|---|---|
| | | Document filed by Euro Brokers Inc., et al.. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Elsner, Michael) (Entered: 09/09/2005) |
| 09/09/2005 | 1219 | RICO STATEMENT Applicable to Saleh Abdullah Kamel. Document filed by Euro Brokers Inc., et al.. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Elsner, Michael) (Entered: 09/09/2005) |
| 09/27/2005 | 1271 | NOTICE of Plaintiffs' More Definite Statement as to Defendants Al-Barakat, Al-Barakat Bank of Somalia, Al-Barakat Finance Group, Al-Barakat Financial Holding Co., Al-Barakat Global Telecommunications, Al-Barakat Group of Companies Somalia Limited, Al-Barakat International, Al-Barakat Investments, Barakat Wire Transfer Company. Document filed by Burnett Plaintiffs, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005) |
| 09/27/2005 | 1272 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Al Rajhi Banking and Investment Corporation. Document filed by Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005) |
| 09/27/2005 | 1273 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Al Shamal Islamic Bank. Document filed by Burnett Plaintiffs, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005) |
| 09/27/2005 | 1274 | NOTICE of Plaintiffs' More Definite Statement as to Defendants Bank Al Taqwa Limited, Al Taqwa Trade, Property and Industry Company, Ahmed Idris Nasreddin and Youssef M. Nada. Document filed by Burnett Plaintiffs, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005) |
| 09/27/2005 | 1275 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Abdulla bin Khalid al Thani. Document filed by Burnett Plaintiffs, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005) |
| 09/27/2005 | 1276 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Ary Gold. Document filed by Burnett Plaintiffs, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005) |

| | | |
|---|---|---|
| 09/27/2005 | 1277 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Omar Al Bayoumi. Document filed by Burnett Plaintiffs, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005) |
| 09/27/2005 | 1278 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Mamoun Darkazanli. Document filed by Burnett Plaintiffs, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005) |
| 09/27/2005 | 1279 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Global Relief Foundation. Document filed by Burnett Plaintiffs, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005) |
| 09/27/2005 | 1282 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Islamic African Relief Agency. Document filed by Burnett Plaintiffs, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005) |
| 09/27/2005 | 1285 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Mustafa Ahmed Al-Hisawi. Document filed by Burnett Plaintiffs, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005) |
| 09/27/2005 | 1286 | NOTICE of Plaintiffs' More Definite Statement as to Defendant the Qatar Charitable Society. Document filed by Burnett Plaintiffs, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005) |
| 09/27/2005 | 1287 | NOTICE of Plaintiffs' More Definite Statement as to Defendant the Rabita Trust. Document filed by Burnett Plaintiffs, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005) |
| 09/27/2005 | 1289 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Shahir Batterjee. Document filed by Burnett Plaintiffs, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005) |
| 09/27/2005 | 1292 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Tadamon Islamic Bank. Document filed by Burnett Plaintiffs, Euro Brokers Inc., et al., World Trade Center |

|            |      |                                                                                                                                                                                                                                                                                          |
|------------|------|------|
| 09/27/2005 | 1294 | Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005) |
| 09/27/2005 | 1294 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Yassin Abdullah Al Kadi. Document filed by Burnett Plaintiffs, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005) |
| 09/27/2005 | 1298 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Benevolence International Foundation. Document filed by Burnett Plaintiffs, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005) |

Dated: September 30, 2005             Respectfully submitted,

                                      \_\_\_\_/S/_____
                                      Michael E. Elsner, Esq. (NY - ME8337; VA-41424; SC-72893)
                                      Ronald L. Motley, Esq. (SC-4123)
                                      Jodi Westbrook Flowers, Esq. (SC-66300)
                                      Donald A. Migliori, Esq. (RI-4936; MA-567562; MN-0245951)
                                      Robert T. Haefele, Esq. (NJ-58293; PA-57937)
                                      Justin B. Kaplan, Esq. (TN-022145)
                                      John Eubanks (MD)
                                      MOTLEY RICE LLC
                                      28 Bridgeside Boulevard
                                      P.O. Box 1792
                                      Mount Pleasant, South Carolina 29465
                                      Telephone:  (843) 216-9000

                                      Jayne Conroy, Esq. (NY-JC8611)
                                      Paul J. Hanly, Jr., Esq. (NY-PH5486)
                                      Andrea Bierstein, Esq. (NY-AB4618)
                                      HANLY CONROY BIERSTEIN
                                         & SHERIDAN, LLP
                                      112 Madison Avenue, 7th Floor
                                      New York, NY  10016-7416
                                      Tel:  (212) 784-6400

                                      *Attorneys for Plaintiffs*