UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

IN RE TERRORIST ATTACKS ON                    Civil Action No.
SEPTEMBER 11, 2001                            03 MDL 1570 (RCC)


---------------------------------------------------------x

This document relates to:
   *World Trade Center Properties, et al. v. Al Baraka Investment and Development Corp, et al., Case No. 04-CV-7280 (S.D.N.Y.)*


NOTICE OF CONSOLIDATION OF PLEADINGS


The following pleadings are hereby consolidated pursuant to Case Management Order

No. 2.

In the United States District Court for the Southern District of New York

Case No. 1:04-CV-7280:


| DATE FILED | DOCKET NO. | DOCKET TEXT |
|---|---|---|
| 09/10/2004 | 1 | COMPLAINT against African Muslim Agency, Syed Suleman Ahmer, Akida Bank Private Limited, Al Baraka Investment and Development Corporation, Al Barakaat Exchange LLC, Al Haramain Foundation, Al Haramain Islamic Foundation, Inc., Yassin Abdullah Al Kadi, Mohammad Jamal Al Khalifa, Saleh Abdul Aziz Al Rajhi, Sulaiman Bin Abdul Aziz Al Rajhi, Al Rajhi Banking and Investment, Mohammed Al Faisal Al Saud, Sultan Bin Abdul Aziz Al Saud, Turki Al Faisal Al Saud, Al Shamal Islamic Bank, Al Taqwa Trade, Property and Industry Company Limited, Sulaiman Al-Ali, Taha Jaber Al-Alwani, Aqeel Abdul-Azeel Al-Aqeel, Aqueel Al-Aqueel, Soliman H.S. Al-Buthe, Mansour Al-Kadi, Abdullah Bin Saleh Al-Obaid, Abdullah Sulaiman Al-Rajhi, Khalid Sulaiman Al-Rajhi, Tareq M. Al-Swaidan, Hisham Al-Talib, Abdurahman Alamoudi, Arab Bank, PLC, Aradi, Inc., Enaam Mahmoud Arnaout, M. Omar Ashraf, Muhammad Ashraf, Hassan A.A. Bahafzallah, Mazin M.H. Bahareth, Bank Al-Taqwa Limited, Adel Abdul Jalil Batterjee, Shahir Abdulraoof Batterjee, Benevolence International Foundation, Benevolence International Foundation- Canada, Benevolence International Foundation-USA, Abdullah Bin Laden, Osama Bin Laden, Tarek M. Bin Laden, Abdulrahman Bin Khalid |

Bin Mahfouz, Khalid Bin Salim Bin Mahfouz, Dubai Islamic Bank, Faisal Islamic Bank-Sudan, Perouz Seda Ghaty, Grove Corporate, Inc, Tarik Hamdi, Heritage Education Trust, International Institute of Islamic Thought, International Islamic Relief Organization, Mohammed Jaghlit, Wa'el Hamza Jalaidan, Saleh Abdullah Kamel, Muzaffar Khan, Mar-Jac Investments Inc., Mar-Jac Poultry, Inc., Mena Corporation, M. Yaqub Mirza, Yaqub Mirza, Yaqub M. Mirza, Muslim World League, Muslim World League Offices, Abdullah Omar Naseef, National Commercial Bank(D2), Jamal Nyrabeh, Mohamed S. Omeish, Rabita Trust, Reston Investments, Inc., Saar Foundation, Saar International, Safa Trust, Sanabel Al Kheer, Inc., Saudi Bin Laden Group, Sherif Sedky, Sterling Charitable Gift Fund, Sterling Management Group, Inc., Success Foundation, Inc., Abu Sulayman, Tadamon Islamic Bank, The Global Relief Foundation, The Republic of Sudan, The Republic of Sudan Ministry of Defense, The Republic of Sudan Ministry of Interior, Ahmed Totonji, World Assembly of Muslim Youth, York Foundation, Iqbal Yunus. (Filing Fee $ 150.00, Receipt Number 519392)Document filed by 1 World Trade Center L.L.C., 2 World Trade Center L.L.C., 4 World Trade Center L.L.C., 5 World Trade Center L.L.C., 7 World Trade Company L.P., Silverstein WTC Mgmt. Co. L.L.C., World Trade Center Properties, L.L.C..(laq, ) Additional attachment(s) added on 9/20/2004 (laq, ). (Entered: 09/17/2004)

Case No. 1:03-MDL-1570:

| DATE FILED | DOCKET NO. | DOCKET TEXT |
|---|---|---|
| 02/25/2005 | 700 | RICO STATEMENT *Applicable to Al Haramain Islamic Foundation*. Document filed by World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit A)(Elsner, Michael) (Entered: 02/25/2005) |
| 02/25/2005 | 701 | RICO STATEMENT Applicable to Mar-Jac Poultry, African Muslim Agency, Grove Corporate, Inc. Heritage Education Trust, Inc., International Institute of Islamic Thought, Mar-Jac Investments, Inc., Mena Corporation, Reston Investments, Inc., Safa Trust, Sterling Charitable Gift Fund, Sterling Management Group, Inc., and York Foundation. Document filed by World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit A)(Elsner, Michael) (Entered: 02/25/2005) |
| 02/25/2005 | 702 | RICO STATEMENT Applicable to Taha Jaber Al-Alwani, Muhammed Ashraf, M. Omar Ashraf, Yaqub M. Mirza, Iqbal Yunus, Ahmed Totonji, and Mohammed Jaghlit. Document |

|  |  |  |
|---|---|---|
|  |  | filed by World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit A)(Elsner, Michael) (Entered: 02/25/2005) |
| 03/07/2005 | 716 | RICO STATEMENT Applicable to Faisal Islamic Bank. Document filed by World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit A)(Elsner, Michael) (Entered: 03/07/2005) |
| 03/18/2005 | 743 | RICO STATEMENT - Amended RICO Statement as to Faisal Islamic Bank. Document filed by World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit A)(Elsner, Michael) (Entered: 03/18/2005) |
| 03/18/2005 | 743 | RICO STATEMENT - Amended RICO Statement as to Faisal Islamic Bank. Document filed by World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit A)(Elsner, Michael) (Entered: 03/18/2005) |
| 03/31/2005 | 778 | RICO STATEMENT Applicable to Sulaiman Bin Abdul Aziz Al Rajhi, Saleh Abdul Aziz Al Rajhi, Abdullah Sulaiman Al-Rajhi and Khalid Sulaiman Al-Rajhi. Document filed by World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit A)(Elsner, Michael) (Entered: 03/31/2005) |
| 04/29/2005 | 859 | RICO STATEMENT Applicable to Dubai Islamic Bank. Document filed by World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit A)(Elsner, Michael) (Entered: 04/29/2005) |
| 05/10/2005 | 897 | RICO STATEMENT Applicable to DMI Administrative Services S.A. and Daar Al-Maal Al-Islami Trust. Document filed by World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit A)(Elsner, Michael) (Entered: 05/10/2005) |
| 05/10/2005 | 898 | RICO STATEMENT Applicable to Yeslam Bin Laden. Document filed by World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit A)(Elsner, Michael) (Entered: 05/10/2005) |
| 05/13/2005 | 906 | RICO STATEMENT Applicable to Islamic Investment Company of the Gulf (Bahrain). Document filed by World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit A)(Elsner, Michael) (Entered: 05/13/2005) |
| 05/20/2005 | 923 | RICO STATEMENT Applicable to Sami Omar Al-Hussayen. Document filed by World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Elsner, Michael) (Entered: 05/20/2005) |
| 05/20/2005 | 924 | RICO STATEMENT Applicable to Khalid Bin Salim Bin |

|            |      |                                                                                                                                                                                                                                                       |
|------------|------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |      | Mahfouz. Document filed by World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit A)(Elsner, Michael) (Entered: 05/20/2005)                                                                                                               |
| 05/25/2005 | 944  | RICO STATEMENT Applicable to Mohammed Hussein Al Amoudi. Document filed by World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit A)(Elsner, Michael) (Entered: 05/25/2005)                                                               |
| 06/03/2005 | 970  | RICO STATEMENT Applicable to Yousef Abdul Latif Jameel. Document filed by World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit A)(Elsner, Michael) (Entered: 06/03/2005)                                                                |
| 08/15/2005 | 1124 | RICO STATEMENT Applicable to the Saudi Binladin Group. Document filed by World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit A)(Elsner, Michael) (Entered: 08/15/2005)                                                                 |
| 08/15/2005 | 1125 | RICO STATEMENT Applicable to Bakr Bin Laden, Tarek Bin Laden and Omar Bin Laden. Document filed by World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit A)(Elsner, Michael) (Entered: 08/15/2005)                                       |
| 08/19/2005 | 1140 | RICO STATEMENT Applicable to Abdulrahman Bin Khalid Bin Mahfouz. Document filed by World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit A)(Elsner, Michael) (Entered: 08/19/2005)                                                       |
| 08/26/2005 | 1154 | RICO STATEMENT Applicable to Abdul Aziz al Ibrahim Foundation. Document filed by World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit A)(Elsner, Michael) (Entered: 08/26/2005)                                                         |
| 08/31/2005 | 1166 | RICO STATEMENT Applicable to the World Assembly of Muslim Youth. Document filed by World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit A)(Elsner, Michael) (Entered: 08/31/2005)                                                       |
| 09/09/2005 | 1211 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Saudi American Bank. Document filed by Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/09/2005)          |
| 09/09/2005 | 1212 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Saudi Red Crescent. Document filed by Burnett Plaintiffs, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/09/2005) |
| 09/09/2005 | 1220 | RICO STATEMENT Applicable to Dallah Al Baraka Group                                                                                                                                                                                                    |

4

and Al Baraka Investment and Development Corporation. Document filed by World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit A)(Elsner, Michael) (Entered: 09/09/2005)

09/09/2005     1221    RICO STATEMENT Applicable to Saleh Abdullah Kamel. Document filed by World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit A)(Elsner, Michael) (Entered: 09/09/2005)

09/27/2005     1271    NOTICE of Plaintiffs' More Definite Statement as to Defendants Al-Barakat, Al-Barakat Bank of Somalia, Al-Barakat Finance Group, Al-Barakat Financial Holding Co., Al-Barakat Global Telecommunications, Al-Barakat Group of Companies Somalia Limited, Al-Barakat International, Al-Barakat Investments, Barakat Wire Transfer Company. Document filed by Burnett Plaintiffs, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005)

09/27/2005     1272    NOTICE of Plaintiffs' More Definite Statement as to Defendant Al Rajhi Banking and Investment Corporation. Document filed by Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005)

09/27/2005     1273    NOTICE of Plaintiffs' More Definite Statement as to Defendant Al Shamal Islamic Bank. Document filed by Burnett Plaintiffs, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005)

09/27/2005     1274    NOTICE of Plaintiffs' More Definite Statement as to Defendants Bank Al Taqwa Limited, Al Taqwa Trade, Property and Industry Company, Ahmed Idris Nasreddin and Youssef M. Nada. Document filed by Burnett Plaintiffs, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005)

09/27/2005     1275    NOTICE of Plaintiffs' More Definite Statement as to Defendant Abdulla bin Khalid al Thani. Document filed by Burnett Plaintiffs, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005)

09/27/2005     1276    NOTICE of Plaintiffs' More Definite Statement as to Defendant Ary Gold. Document filed by Burnett Plaintiffs, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005)

09/27/2005     1277   NOTICE of Plaintiffs' More Definite Statement as to
                      Defendant Omar Al Bayoumi. Document filed by Burnett
                      Plaintiffs, Euro Brokers Inc., et al., World Trade Center
                      Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner,
                      Michael) (Entered: 09/27/2005)

09/27/2005     1278   NOTICE of Plaintiffs' More Definite Statement as to
                      Defendant Mamoun Darkazanli. Document filed by Burnett
                      Plaintiffs, Euro Brokers Inc., et al., World Trade Center
                      Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner,
                      Michael) (Entered: 09/27/2005)

09/27/2005     1279   NOTICE of Plaintiffs' More Definite Statement as to
                      Defendant Global Relief Foundation. Document filed by
                      Burnett Plaintiffs, Euro Brokers Inc., et al., World Trade
                      Center Properties LLC, et al.. (Attachments: # 1 Exhibit
                      1)(Elsner, Michael) (Entered: 09/27/2005)

09/27/2005     1281   NOTICE of Plaintiffs' More Definite Statement as to
                      Defendant the Islamic Assembly of North America. Document
                      filed by Burnett Plaintiffs, World Trade Center Properties
                      LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael)
                      (Entered: 09/27/2005)

09/27/2005     1282   NOTICE of Plaintiffs' More Definite Statement as to
                      Defendant Islamic African Relief Agency. Document filed by
                      Burnett Plaintiffs, Euro Brokers Inc., et al., World Trade
                      Center Properties LLC, et al.. (Attachments: # 1 Exhibit
                      1)(Elsner, Michael) (Entered: 09/27/2005)

09/27/2005     1285   NOTICE of Plaintiffs' More Definite Statement as to
                      Defendant Mustafa Ahmed Al-Hisawi. Document filed by
                      Burnett Plaintiffs, Euro Brokers Inc., et al., World Trade
                      Center Properties LLC, et al.. (Attachments: # 1 Exhibit
                      1)(Elsner, Michael) (Entered: 09/27/2005)

09/27/2005     1286   NOTICE of Plaintiffs' More Definite Statement as to
                      Defendant the Qatar Charitable Society. Document filed by
                      Burnett Plaintiffs, Euro Brokers Inc., et al., World Trade
                      Center Properties LLC, et al.. (Attachments: # 1 Exhibit
                      1)(Elsner, Michael) (Entered: 09/27/2005)

09/27/2005     1287   NOTICE of Plaintiffs' More Definite Statement as to
                      Defendant the Rabita Trust. Document filed by Burnett
                      Plaintiffs, Euro Brokers Inc., et al., World Trade Center
                      Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner,
                      Michael) (Entered: 09/27/2005)

09/27/2005     1288   NOTICE of Plaintiffs' More Definite Statement as to
                      Defendant Sami Omar Al-Hussayen. Document filed by
                      World Trade Center Properties LLC, et al.. (Attachments: # 1

Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005)

| 09/27/2005 | 1289 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Shahir Batterjee. Document filed by Burnett Plaintiffs, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005) |
| 09/27/2005 | 1292 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Tadamon Islamic Bank. Document filed by Burnett Plaintiffs, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005) |
| 09/27/2005 | 1294 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Yassin Abdullah Al Kadi. Document filed by Burnett Plaintiffs, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005) |
| 09/27/2005 | 1298 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Benevolence International Foundation. Document filed by Burnett Plaintiffs, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005) |

Dated: September 30, 2005          Respectfully submitted,


          _____/S/_____
          Michael E. Elsner, Esq. (NY - ME8337; VA-41424; SC-72893)
          Ronald L. Motley, Esq. (SC-4123)
          Jodi Westbrook Flowers, Esq. (SC-66300)
          Donald A. Migliori, Esq. (RI-4936; MA-567562; MN-0245951)
          Robert T. Haefele, Esq. (NJ-58293; PA-57937)
          Justin B. Kaplan, Esq. (TN-022145)
          John Eubanks (MD)
          MOTLEY RICE LLC
          28 Bridgeside Boulevard
          P.O. Box 1792
          Mount Pleasant, South Carolina 29465
          Telephone:  (843) 216-9000

Jayne Conroy, Esq. (NY-JC8611)
Paul J. Hanly, Jr., Esq. (NY-PH5486)
Andrea Bierstein, Esq. (NY-AB4618)
HANLY CONROY BIERSTEIN
   & SHERIDAN, LLP
112 Madison Avenue, 7th Floor
New York, NY  10016-7416
Tel:  (212) 784-6400

*Attorneys for Plaintiffs*