UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| *In re Terrorist Attacks on September 11, 2001* | 03 MD 1570 (RCC) ECF Case |
|---|---|

This document relates to:

*Federal Insurance Co., et al. v. Al Qaida, et al.*, No. 03-CV-6978

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Federal Plaintiffs' First Amended Complaint with Incorporated More Definite Statements, RICO Statements and Rule 15(d) Supplemental Pleadings, Filed in Accordance with Paragraph 13 of Case Management Order Number 2, including exhibits, was served upon all counsel of record by electronic mail on the 30th day of September, 2005.

**COZEN O'CONNOR**

BY: _____/s/_____

ELLIOTT R. FELDMAN, ESQUIRE
SEAN P. CARTER, ESQUIRE (SPC-0636)
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000