UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ x
                                                       :
In re TERRORIST ATTACKS ON          :   03 MDL 1570 (RCC)
SEPTEMBER 11, 2001                         :   ECF Case
                                                       :
------------------------------------------------------ x

*This document relates to:*

*Estate of John P. O'Neill, Sr., on behalf John P. O'Neill, Sr., deceased, and on behalf of decedent's heirs-at-law, et al. v. Al Baraka Investment and Development Corp., et al., Case No. 04-CV-1923*

## STATEMENT PURSUANT TO FRCP 7.1

Pursuant to Rule 7.1, Fed. R. Civ. P., defendant Banca del Gottardo states that it is a wholly-owned subsidiary of Swiss Life Holding, a corporation whose shares are publicly traded on the Swiss Exchange.

Date:   New York, New York
            October 3, 2005

**SONNENSCHEIN NATH & ROSENTHAL LLP**

By:   /s/
        Martin R. Gold (MG 6528)
        Martin J. Schwartz (MS 4227)
        Monica Pa (MP 3307)
1221 Avenue of the Americas
New York, New York  10020
Tel.:  (212) 768-6700
Fax:  (212) 768-6800

*Attorneys for Defendant Banca del Gottardo*