UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

In re Terrorist Attacks on September 11, 2001        03 MDL 1570 (RCC)
                                                     ECF Case

-----------------------------------------------------------

This document relates to: *All Actions*

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 1.4, David P. Donovan hereby submits this Motion for Leave to Withdraw as Counsel for Defendant Prince Mohamed al Faisal al Saud ("Prince Mohamed"), and in support thereof, states as follows:

1.  David P. Donovan of the law firm Wilmer Cutler Pickering Hale and Dorr LLP, 1600 Tysons Blvd., Suite 1000, McLean, Virginia 22102, (703) 251-9760 (phone), (703) 251-9797 (fax), was admitted *pro hac vice* in certain of the cases consolidated in, or related to, this action, as counsel for Prince Mohamed.

2.  Mr. Donovan is resigning from the law firm of Wilmer Cutler Pickering Hale and Dorr LLP effective October 7, 2005, to accept a position as general counsel of a professional sports franchise. Mr. Donovan will no longer be associated with a law firm, and therefore seeks to withdraw as counsel for Prince Mohamed.

3.  In addition to Mr. Donovan, other attorneys from the law firm of Wilmer Cutler Pickering Hale and Dorr LLP have entered appearances or been admitted *pro hac vice* in certain of the cases consolidated in, or related to, this action, as counsel for Prince Mohamed, and they will continue to represent Prince Mohamed. Mr. Donovan's withdrawal will have no effect on the schedule or any proceedings in this action.

WHEREFORE, David P. Donovan respectfully requests that this Court enter an Order granting him leave to withdraw as counsel for Prince Mohamed.

Respectfully submitted,

David P. Donovan (DD 7012)
WILMER CUTLER PICKERING
   HALE and DORR LLP
1600 Tysons Boulevard, Suite 1000
McLean, VA 22101
Tel: (703) 251-9700
Fax: (703) 251-9797

Louis R. Cohen (LC 4012)
Tracey C. Allen (TA 4353)
WILMER CUTLER PICKERING
   HALE and DORR LLP
2445 M Street, N.W.
Washington, DC 20037
Tel: (202) 663-6000
Fax: (202) 663-6363

David W. Bowker (DB 3029)
WILMER CUTLER PICKERING
   HALE and DORR LLP
399 Park Avenue
New York, NY 10022
Tel.: 212-230-8800
Fax: 212-230-8888

*Counsel for Defendant Prince Mohamed al Faisal al Saud*

Date: ~~September 29~~ October 4, 2005

2

## Certificate of Service

I hereby certify that I caused the foregoing Motion for Leave to Withdraw As Counsel to be served this 4th day of October 2005, by the Court's Electronic Case Filing System ("ECF"), on all counsel of record.

_____
Tracey C. Allen