UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

In re Terrorist Attacks on September 11, 2001               03 MDL 1570 (RCC)
                                                            ECF Case

------------------------------------------------------------

This document relates to: *All Actions*

## ORDER

For the reasons stated in David P. Donovan's Motion for Leave to Withdraw as Counsel, it is hereby ordered that David P. Donovan is granted leave to withdraw as counsel for Prince Mohamed al Faisal al Saud in this action.

SO ORDERED THIS ___ DAY OF _____ 2005.

                                                  _____
                                                  The Honorable Richard C. Casey
                                                  Judge, United States District Court