

IN CHAMBERS ON 16TH DECEMBER, 1998

BEFORE THE HON. MR. JUSTICE MULWA

### ORDER

**UPON READING** the application presented to this Court on 8th October, 1998 by Counsel for the Applicants under Order LIII rules 1,2,3 and 4 the Civil Procedure Rules, the Law Reform Act and all other enabling powers and provisions of the Law.

**AND UPON READING** the statement of facts pursuant to order LIII of the Civil Procedure Rules and the verifying affidavits of HAJI ABDALLAH ABDUL HAMID, ZAKARIA MOHAMED SHIKH, TARIQ MOHAMED ABDALLA HAMMAD and MOHAMED ABDALLA ABBAKER AND THE ANNEXTURES THERETO AND UPON HEARING counsel for the Applicants and counsel for the Respondents

IT IS HEREBY ORDERED BY CONSENT:

1. THAT the decision of the Chairman of the Board of the NGO cancelling the certificate of registration of AL HARAMAIN FOUNDATION, INTERNATIONAL ISLAMIC RELIEF ORGANIZATION, IBRAHIM BIN ABDUL AZIZ AL IBRAHIM FOUNDATION be and is hereby quashed.

2. THAT the NGO Board do undertake to reinstate the said NGO's above mentioned in the register of the Non-Governmental Organizations and to withdraw the notice of cancellation served upon them by the Board.

3. THAT the application by the 4th applicant be and is hereby marked as withdrawn.

4. THAT the costs of this application and leave to file shall be paid by the first respondent to the three NGO's above mentioned.

5. THAT the matter be mentioned on 26th January, 1999.

**GIVEN** under my hand and the seal of the court this 16th day of December, 1998

**ISSUED** at Nairobi this ........18th........ day of ........December........ 1998.

I CERTIFY THIS IS TRUE COPY OF THE ORIGINAL.
DATED: 22/2/05
DEPUTY REGISTRAR
HIGH COURT OF KENYA, NAIROBI

**M. J. BHATT**
DEPUTY REGISTRAR
HIGH COURT OF KENYA, NAIROBI