

# NON-GOVERNMENTAL ORGANIZATIONS BUREAU

Telegraphic address: "NGO BUREAU"
Telephone: Nairobi 214044

Fax No.
When replying please quote

Ref. No. **OP.5/30A/8/Vol.II (193)**

P.O. Box 44617
NAIROBI

15th December, 19 98

IBRAHIM BIN ABDUL AZIZ-AL-IBRAHIM
FOUNDATION
P.O. BOX
NAIROBI

Dear Sirs/Madams,

## RE : NOTIFICATION OF INTENDED CANCELLATION OF REGISTRATION

The above subject refers.

Please be informed that the NGOs Co-ordination Board has resolved to **withdraw** the Notices of INTENDED cancellation of your Registration earlier sent to you by the Chairman of the Board.

You are now free to continue with your operations as a Registered NGO.

Yours faithfully,



I.N. LUKALO
EXECUTIVE DIRECTOR
NGOS CO-ORDINATION BUREAU

CONFIDENTIAL



CERTIFIED TRUE COPY OF
THE ORIGINAL
17/3/2005
EXECUTIVE DIRECTOR
NGO BUREAU