KREINDLER & KREINDLER LLP
JAMES KREINDLER, ESQ.
MARC MOLLER, ESQ.
JUSTIN T. GREEN, ESQ.
ANDREW J. MALONEY, ESQ.
100 Park Avenue
New York, NY 10017
(212) 687-8181
Attorneys for *Ashton* Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re TERRORIST ATTACKS on SEPTEMBER 11, 2001 | 03 MDL 1570 (RCC) |
| KATHLEEN ASHTON et al., Plaintiffs, v. AL QAEDA ISLAMIC ARMY et al., Defendants. | **ORDER GRANTING VOLUNTARY DISMISSALS** 02 CV 6977 (RCC) |

THIS MATTER having come before the Court on Motion of Plaintiffs in *Ashton, et al. v. Al Qaeda Islamic Army, et al.*, for an Order voluntarily dismissing, without prejudice, the defendants listed in the attached Exhibit A.

IT IS HEREBY ORDERED that Plaintiff's Motion to voluntarily dismiss the defendants named in Exhibit A of the *Ashton* complaint be GRANTED.

SO ORDERED:

Dated: October 3, 2005

_____
U.S.D.J.

## **Exhibit A**

Mohamed al Hamati

Abdelhadi al Iraqi

Ibn al Sheikh al Libi

Bensayeh Belkacem

Zakariya Essabar

Nurjaman Riduan Ismuddin aka Hambali

Lebanese Hezbollah

Abdelghani Mzoudi

Estate of Qusay Hussein

Estate of Uday Hussein

Imad Mughniyeh

Gulf Center S.R.L.