UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ x
                                                       :
In re TERRORIST ATTACKS ON              :    03 MDL 1570 (RCC)
SEPTEMBER 11, 2001                      :    ECF Case
                                                       :
------------------------------------------------------ x

*This document relates to:*

*Estate of John P. O'Neill, Sr., on behalf John P. O'Neill, Sr., deceased, and on behalf of decedent's heirs-at-law, et al. v. Al Baraka Investment and Development Corp., et al., Case No. 04-CV-1923*

## NOTICE OF MOTION

PLEASE TAKE NOTICE that defendant Banca del Gottardo ("BDG"), by its attorneys Sonnenschein Nath & Rosenthal LLP, will move this Court, before Hon. Richard Conway Casey, United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order pursuant to Rules 12(b)(1) and 12(b)(6), dismissing the Second Amended Class Action Complaint for failure to state a claim against BDG upon which relief can be granted, and for lack of subject matter jurisdiction as to the claim brought under the Alien Tort Claims Act, and for such other and further relief as to the Court may seem appropriate.

In support of this motion, BDG relies on the accompanying Memorandum of Law in Support of Motion to Dismiss Second Amended Class Action Complaint on Behalf of Defendant Banca del Gottardo.

Dated: October 3, 2005
       New York, New York

                                   **SONNENSCHEIN NATH & ROSENTHAL LLP**

                                   By:    /s/
                                          Martin R. Gold (MG 6528)
                                          Martin J. Schwartz (MS 4227)
                                          Monica Pa (MP 3307)
                                   1221 Avenue of the Americas
                                   New York, New York  10020
                                   Tel.:  (212) 768-6700
                                   Fax:  (212) 768-6800

                                   *Attorneys for Defendant Banca del Gottardo*