UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to: Federal Insurance Co. v. al Qaida*, 03-CV-6978 (RCC)

## CLERK'S CERTIFICATE OF DEFAULT

I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York ("SDNY"), do hereby certify that this action was commenced on September 10, 2003 with the filing of the Summons and Complaint, and the First Amended Complaint and Summons were filed on March 10, 2004. The First Amended Complaint and Summons were served on defendant, the Republic of Iraq, as follows:

Service was effectuated on defendant, the Republic of Iraq, through diplomatic channels by the U.S. Department of State on July 26, 2005. Proof of such service was transmitted to the SDNY Chief Deputy Clerk Joseph LaMura by the U.S. Department of State on August 9, 2005 and was filed by the Plaintiffs on September 29, 2005.

I further certify that the docket entries indicate that defendant, the Republic of Iraq, has not filed an answer or otherwise moved with respect to the First Amended Complaint herein. The default of the aforesaid defendant is hereby noted.

Dated: New York, New York
      September 30, 2005

                                    J. MICHAEL MCMAHON
                                    Clerk of the Court

By: _____
            Deputy Clerk