UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) <br><br> ECF Case |

This document relates to:   Federal Ins. Co., et al. v. Al Qaida, et al.
                            (03 CV 6978)

## NOTICE OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6) BY DAR AL-MAAL AL-ISLAMI TRUST

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Motion To Dismiss of Defendant Dar Al-Maal Al-Islami Trust, and all prior pleadings and proceedings herein, Defendant Dar Al-Maal Al-Islami Trust, by their attorneys Sheppard Mullin Richter & Hampton LLP, will move this Court on _____, 2005, at _____ a.m., or as soon thereafter as counsel may be heard, before the Honorable Richard C. Casey, United States District Judge, United States District Court for the Southern District of New York, at the United States Court House, 500 Pearl Street, New York, New York, for an Order pursuant to Rules 12(b)(6) of the Federal Rules of Civil Procedure, dismissing all claims against Defendant Dar Al-

Maal Al-Islami Trust in the above referenced action with prejudice, and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
October 7, 2005

        Respectfully submitted,
        SHEPPARD MULLIN RICHTER & HAMPTON LLP

        By:_____/s/_____
          James J. McGuire (JM-5390)

        30 Rockefeller Plaza, 24th Floor
        New York, New York 10112
        (212) 332-3800

        *Attorneys for Defendant*
          *Dar Al-Maal Al-Islami Trust*

Timothy J. McCarthy
Eric S. O'Connor
Of Counsel