**Sean P. Carter**
Direct Phone 215.665.2105
Direct Fax 215.701.2105
scarter@cozen.com

October 7, 2005

**VIA FEDERAL EXPRESS**

The Honorable Richard C. Casey
United States District Court for the District
Of New York
United States Courthouse
500 Pearl Street, Room 1950
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-12-05
```

*In Re: Terrorist Attack on September 11, 2001*, **03 MDL 1570 (RCC)**

Dear Judge Casey:

    On September 30, 2005, the *Federal Insurance* plaintiffs filed their First Amended Complaint with incorporated More Definite Statements, RICO and Rule 15(d) Supplemental Pleadings. Unlike the electronic filing which we previously had done in this matter, the complaint was required to be filed in paper format with the clerk's office. Until the complaint was filed, we thought it premature to serve copies on all counsel. Once the complaint was filed, we immediately served an electronic version of the complaint on all counsel, accompanied by the Certificate of Service which was filed contemporaneously via ECF.

    The Clerk advised us that because the Certificate of Service was not appended to the filing, the clerk's office needs approval from Your Honor to accept the filing.

    A copy of the Certificate of Service, verifying that the September 30, 2005 pleading was served on all counsel of record via email on September 30, is attached hereto. The Certificate of Service was filed through ECF system on September 30, shortly after the Complaint was filed.

    The *Federal Insurance* plaintiffs respectfully request that your Honor approve the filing in light of the fact that service on all counsel was made in a timely and proper fashion on September 30, 2005.

Case 1:03-md-01570-GBD-SN   Document 1407   Filed 10/12/05   Page 1 of 2

BY:     SEAN P. CARTER

SPC/bdw
Enclosure

cc:     All Counsel of Record (*via email*)

*Application granted*

*Oct. 11, 2005*

*Richard Conway*