fter Proper Processing
ure

ECF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON<br>SEPTEMBER 11, 2001 | Civil Action No.<br>03 MDL 1570 (RCC)<br>ECF Case |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/05

*This document relates to:*

    Federal Insurance Co., et al. v. Al Qaida, et al., Case No. 03-CV-6978 (S.D.N.Y.)
    Euro Brokers, Inc., et al. v. Al Baraka Investment and Development Corp., et al., Case No. 04-CV-7279 (S.D.N.Y.)
    New York Marine and General Insurance Co. v. Al Qaida, et al., Case No. 04-CV-6105 (S.D.N.Y.)
    World Trade Center Properties, LLC, et al. v. Al Baraka Investment and Development Corp., et al., Case No. 04-CV-7280 (S.D.N.Y)

### MODIFIED STIPULATION AS TO BRIEFING SCHEDULE RELATING TO COMPLAINTS CONSOLIDATED UNDER MDL 1570

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs in all of the above-referenced cases consolidated under 03 MDL 1570 and Defendant Yousef Jameel, by and through their undersigned counsel, that the briefing schedule shall be extended by 15 days, thereby making Mr. Jameel's Reply to Plaintiffs' Opposition to Motion Dismiss the Complaints due on or before October 31, 2005.

Dated: October 7, 2005

                                            Respectfully Submitted,

                                            BANCROFT ASSOCIATES PLLC

                                            By:

                                            Viet D. Dinh (VD-1388)
                                            Pro Hac Vice
                                            601 13th St., N.W.
                                            Suite 930 South
                                            Washington, D.C. 20005

                                        Attorneys for Defendant Yousef Jameel

MOTLEY RICE LLC

By: _____
Jodi Westbrook Flowers
(South Carolina 066300)
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, S.C. 29465

SO ORDERED:
_____
RICHARD CONWAY CASEY, U.S.D.J.

Dated: 10/14/05