**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:  Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) ECF Case |

*This document relates to:*


*Ashton v. Al Qaeda Islamic Army,* 02 CV 6977
*Burnett v. Al Baraka Investment & Development Corp.,* 03 CV 5738
*Cantor Fitzgerald & Co. v. Akida Bank Private Ltd.,* 04 CV 7065
*Continental Casualty Co. v. Al Qaeda Islamic Army,* 04 CV 5970
*Euro Brokers, Inc. v. Al Baraka Investment and Development Corp.,* 03 CV 6978
*O'Neill v. Al Baraka Investment and Development Corp.,* 04 CV 1923
*New York Marine & General Insurance Co. v. Al Qaida,* 04 CV 6105
*World Trade Center Properties, LLC v. Al Baraka Investment,* 04 CV 7280
*Federal Insurance Co. v. Al Baraka Investment and Development Corp.,* 03 CV 6978


### NOTICE OF MOTION FOR AN ORDER ADJOURNING INDEFINITELY THE TIME FOR DEFENDANT FAISAL ISLAMIC BANK - SUDAN <u>TO RESPOND TO RECENT PLEADINGS</u>


Please take notice that defendant, Faisal Islamic Bank - Sudan ("FIBS"), through its attorneys, moves this Court, before the Honorable Richard Conway Casey, United States District Judge, at the United States District Court, Southern District of New York, 500 Pearl Street, Room 1950, New York, N.Y. 10007, at a date and time to be determined by the Court, for an order adjourning indefinitely the time for FIBS to respond to recent pleadings filed by the above plaintiffs.

Dated:  October 17, 2005
      Tampa, Florida

Respectfully Submitted,

**LAURO LAW FIRM**

By: _____/s/_____
JOHN F. LAURO, ESQ. (JFL-2635)
KARENA L. NASHBAR, ESQ. (Fla.Bar 697982)
(not admitted in New York)

101 E. Kennedy Blvd., Suite 2180
Tampa, Florida 33602
Phone: (813) 222-8990
Fax: (813) 222-8991
*In New York, Reply To:*
300 Park Avenue, Suite 1700
New York, NY 10022
E-mail: jlauro@laurolawfirm.com

*Attorneys for Defendant*
*Faisal Islamic Bank-Sudan*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of October, 2005, the forgoing Notice of Motion for an Order Adjourning Indefinitely the Time for FIBS to Respond to Recent Pleadings was filed electronically through the Court's ECF/PACER system and was electronically served to opposing counsel pursuant to Court rules.

_____/s/_____
John F. Lauro, Esquire