**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____
                                                    )
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001       )        No. 03 MDL 1570 (RCC)
                                                    )        ECF Case
_____)

This document relates to:
    BURNETT, *et al.* v. AL BARAKA INVESTMENT & DEVELOPMENT CORP., *et al.*, Case No. 03-CV-5738;
    BURNETT, *et al.* v. AL BARAKA INVESTMENT & DEVELOPMENT CORP., *et al.*, Case No. 03-CV-9849;
    EURO BROKERS, INC., *et al.* v. AL BARAKA INVESTMENT AND DEVELOPMENT CORP., *et al.*, Case No. 04-CV-07279;
    FEDERAL INSURANCE CO., *et al.* v. AL QAIDA, *et al.*, Case No. 03-CV-6978;
    NEW YORK MARINE AND GENERAL INSURANCE CO. v. AL QAIDA, *et al.*, Case No. 04-CV-6105;
    WORLD TRADE CENTER PROPERTIES LLC, *et al.* v. AL BARAKA INVESTMENT AND DEVELOPMENT CORP., *et al.*, Case No. 04-CV-07280.

**NOTICE OF SAFER AL-HAWALI'S AND SALMAN AL-OADAH'S**
**RESPONSE TO PLAINTIFFS' CONSOLIDATED COMPLAINTS**

Defendants Sheikh Safer Al-Hawali and Salman Al-Oadah, by and through undersigned counsel, respectfully submit their response to the plaintiffs' "consolidated" complaints. Defendants' motions to dismiss the *Burnett I, Burnett II, Euro Brokers, Federal Insurance, New York Marine,* and *WTC Properties* complaints are fully briefed.

Subsequently, on September 30, 2005, these plaintiffs filed their "consolidated" complaints, which merely consisted of their complaints supplemented by a total of 132 RICO Statements and Rule 12(e) More Definite Statements. However, none of these supplemental filings has any new allegations about these two defendants that have not already been addressed in their motions to dismiss. Therefore, Sheikhs Al-Hawali and Al-Oadah request that this Court consider their fully briefed motions to dismiss in *Burnett I*, Nos. 81 and 84 (April 8, 2004) and Nos. 330 and 334 (July 23, 2004), and in the remaining cases, Nos. 1186-1188 (Sept. 6, 2005)

and No. 1310 (Sept. 27, 2005), as their response to the plaintiffs' "consolidated" complaints.

                Respectfully submitted,

                /s/ Lynne Bernabei

                Lynne Bernabei, Esquire  (LB2489)
                Alan R. Kabat, Esquire  (AK7194)
                Bernabei & Katz, PLLC
                1773 T Street, N.W.
                Washington, D.C. 20009-7139
                (202) 745-1942

                Attorneys for Defendants
                  Safer Al-Hawali and Salman Al-Oadah

DATED:  October 18, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2005, I caused the foregoing to be served electronically on counsel of record by the Court's Electronic Case Filing (ECF) System, pursuant to ¶ 9(a) of Case Management Order No. 2 (June 16, 2004).

/s/ Alan R. Kabat

Alan R. Kabat