**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____

                                                 )

*IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001    )        No. 03 MDL 1570 (RCC)

                                                 )        ECF Case

_____)

This document relates to:

      ASHTON, *et al.* v. AL QAEDA ISLAMIC ARMY, *et al.*, Case No. 02-CV-6977;

      BURNETT*, et al.* v. AL BARAKA INVESTMENT & DEVELOPMENT CORP.*, et al.*, Case No.
            03-CV-5738;

      BURNETT, *et al.* v. AL BARAKA INVESTMENT & DEVELOPMENT CORP., *et al.*, Case No.
            03-CV-9849;

      CONTINENTAL CASUALTY CO.*, et al.* v. AL QAEDA ISLAMIC ARMY*, et al.*, Case No. 04-
            CV-05970;

      EURO BROKERS, INC.*, et al.* v. AL BARAKA INVESTMENT AND DEVELOPMENT CORP.*, et
            al.*, Case No. 04-CV-07279;

      FEDERAL INSURANCE CO.*, et al.* v. AL QAIDA*, et al.*, Case No. 03-CV-6978;

      NEW YORK MARINE AND GENERAL INSURANCE CO. v. AL QAIDA*, et al.*, Case No. 04-
            CV-6105; and

      WORLD TRADE CENTER PROPERTIES LLC, *et al.* v. AL BARAKA INVESTMENT AND
            DEVELOPMENT CORP.*, et al.*, Case No. 04-CV-07280.

**DR. ABDULLAH BIN ABDUL MOHSEN AL-TURKI'S
RESPONSE TO PLAINTIFFS' CONSOLIDATED COMPLAINTS**

Defendant Dr. Abdullah Bin Abdul Mohsen Al-Turki, by and through undersigned

counsel, respectfully submits his response to the plaintiffs' "consolidated" complaints.

Defendant's motions to dismiss the *Ashton, Burnett I, Burnett II, Continental Casualty, Euro*

*Brokers, Federal Insurance, New York Marine,* and *WTC Properties* complaints are fully

briefed.

Subsequently, on September 30, 2005, these plaintiffs filed their "consolidated"

complaints, which merely consisted of their complaints supplemented by a total of 132 RICO

Statements and Rule 12(e) More Definite Statements.  However, none of these supplemental

filings has any new allegations about Dr. Al-Turki that has not already been addressed in his

motions to dismiss.  Therefore, Dr. Al-Turki requests that this Court consider his fully briefed

motions to dismiss in *Burnett I*, No. 85 (April 8, 2004) and No. 360 (July 30, 2004), and in the

remaining cases, Nos. 1183-1185 (Sept. 6, 2005) and No. 1301 (Sept. 27, 2005), as his response

to the plaintiffs' "consolidated" complaints.

                              Respectfully submitted,

                              /s/ Lynne Bernabei

                              Lynne Bernabei, Esquire  (LB2489)
                              Alan R. Kabat, Esquire  (AK7194)
                              Bernabei & Katz, PLLC
                              1773 T Street, N.W.
                              Washington, D.C. 20009-7139
                              (202) 745-1942

                              Attorneys for Defendant
                               Dr. Abdullah Bin Abdul Mohsen Al-Turki

DATED:  October 18, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2005, I caused the foregoing to be served

electronically on counsel of record by the Court's Electronic Case Filing (ECF) System, pursuant

to ¶ 9(a) of Case Management Order No. 2 (June 16, 2004).

/s/ Alan R. Kabat

Alan R. Kabat