IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____
                                                    )
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001       )     No. 03 MDL 1570 (RCC)
                                                    )     ECF Case
_____)

This document relates to:
    BURNETT, *et al.* v. AL BARAKA INVESTMENT & DEVELOPMENT CORP., *et al.*, Case No.
        03-CV-5738;
    BURNETT, *et al.* v. AL BARAKA INVESTMENT & DEVELOPMENT CORP., *et al.*, Case No.
        03-CV-9849;
    EURO BROKERS, INC., *et al.* v. AL BARAKA INVESTMENT AND DEVELOPMENT CORP., *et al.*, Case No. 04-CV-07279;
    FEDERAL INSURANCE CO., *et al.* v. AL QAIDA, *et al.*, Case No. 03-CV-6978;
    NEW YORK MARINE AND GENERAL INSURANCE CO. v. AL QAIDA, *et al.*, Case No. 04-CV-6105; and
    WORLD TRADE CENTER PROPERTIES LLC, *et al.* v. AL BARAKA INVESTMENT AND DEVELOPMENT CORP., *et al.*, Case No. 04-CV-07280.

## SALEH AL-HUSSAYEN'S
## RESPONSE TO PLAINTIFFS' CONSOLIDATED COMPLAINTS

Defendant Sheikh Saleh Al-Hussayen, by and through undersigned counsel, respectfully submits his response to the plaintiffs' "consolidated" complaints. Defendant's motions to dismiss the *Burnett I, Burnett II, Euro Brokers, Federal Insurance, New York Marine,* and *WTC Properties* complaints are fully briefed.

Subsequently, on September 30, 2005, these plaintiffs filed their "consolidated" complaints, which merely consisted of their complaints supplemented by a total of 132 RICO Statements and Rule 12(e) More Definite Statements. However, none of these supplemental filings has any new allegations about Sheikh Al-Hussayen that has not already been addressed in his motions to dismiss. Therefore, Sheikh Al-Hussayen requests that this Court consider his fully briefed motions to dismiss in *Burnett I*, No. 83 (April 8, 2004) and No. 335 (July 23, 2004), and in the remaining cases, Nos. 1177-1179 (Sept. 6, 2005) and No. 1299 (Sept. 27, 2005), as his

response to the plaintiffs' "consolidated" complaints.

                        Respectfully submitted,

                        /s/ Lynne Bernabei

                        Lynne Bernabei, Esquire  (LB2489)
                        Alan R. Kabat, Esquire  (AK7194)
                        Bernabei & Katz, PLLC
                        1773 T Street, N.W.
                        Washington, D.C. 20009-7139
                        (202) 745-1942

                        Attorneys for Defendant
                         Saleh Al-Hussayen

DATED:  October 18, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2005, I caused the foregoing to be served electronically on counsel of record by the Court's Electronic Case Filing (ECF) System, pursuant to ¶ 9(a) of Case Management Order No. 2 (June 16, 2004).

/s/ Alan R. Kabat

Alan R. Kabat