IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____
                                            )
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001   )   No. 03 MDL 1570 (RCC)
                                            )   ECF Case
_____)

This document relates to:
    ASHTON, *et al.* v. AL QAEDA ISLAMIC ARMY, *et al.*, Case No. 02-CV-6977;
    BURNETT, *et al.* v. AL BARAKA INVESTMENT & DEVELOPMENT CORP., *et al.*, Case No. 03-CV-5738;
    BURNETT, *et al.* v. AL BARAKA INVESTMENT & DEVELOPMENT CORP., *et al.*, Case No. 03-CV-9849;
    CONTINENTAL CASUALTY CO., *et al.* v. AL QAEDA ISLAMIC ARMY, *et al.*, Case No. 04-CV-05970;
    EURO BROKERS, INC., *et al.* v. AL BARAKA INVESTMENT AND DEVELOPMENT CORP., *et al.*, Case No. 04-CV-07279;
    NEW YORK MARINE AND GENERAL INSURANCE CO. v. AL QAIDA, *et al.*, Case No. 04-CV-6105;
    TREMSKY, *et al.* v. OSAMA BIN LADEN, *et al.*, Case No. 02-CV-7300; and
    WORLD TRADE CENTER PROPERTIES LLC, *et al.* v. AL BARAKA INVESTMENT AND DEVELOPMENT CORP., *et al.*, Case No. 04-CV-07280.

### DR. ABDULLAH NASEEF'S
### RESPONSE TO PLAINTIFFS' CONSOLIDATED COMPLAINTS

Defendant Dr. Abdullah Naseef, by and through undersigned counsel, respectfully submits his response to the plaintiffs' "consolidated" complaints.  Defendant's motions to dismiss the *Ashton, Burnett I, Burnett II, Continental Casualty, Euro Brokers, New York Marine, Tremsky,* and *WTC Properties* complaints are fully briefed.

Subsequently, on September 30, 2005, these plaintiffs filed their "consolidated" complaints, which merely consisted of their complaints supplemented by a total of 122 RICO Statements and Rule 12(e) More Definite Statements (however, the *Tremsky* plaintiffs did not file anything).  However, none of these supplemental filings has any new allegations about Dr. Naseef that has not already been addressed in his motions to dismiss.  Therefore, Dr. Naseef

requests that this Court consider his fully briefed motions to dismiss in *Burnett I*, No. 87 (April 8, 2004) and No. 332 (July 23, 2004), and in the remaining cases, Nos. 1204-1206 (Sept. 6, 2005) and No. 1307 (Sept. 27, 2005), as his response to the plaintiffs' "consolidated" complaints.

        Respectfully submitted,

        /s/ Lynne Bernabei

        Lynne Bernabei, Esquire  (LB2489)
        Alan R. Kabat, Esquire  (AK7194)
        Bernabei & Katz, PLLC
        1773 T Street, N.W.
        Washington, D.C. 20009-7139
        (202) 745-1942

        Attorneys for Defendant
         Dr. Abdullah Naseef

DATED:  October 18, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2005, I caused the foregoing to be served electronically on counsel of record by the Court's Electronic Case Filing (ECF) System, pursuant to ¶ 9(a) of Case Management Order No. 2 (June 16, 2004).

/s/ Alan R. Kabat

Alan R. Kabat