AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001

v.

**APPEARANCE**

Case Number: 03 MDL 1570 (RCC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Aradi, Inc.

I certify that I am admitted to practice in this court.

October 19, 2005
Date

*/s/ R. Castello*
Signature

Raymond R. Castello — 2106
Print Name — Bar Number

Fish & Richardson P.C., 153 East 53rd Street
Address

New York    NY    10022
City    State    Zip Code

(212) 765-5070    (212) 258-2291
Phone Number    Fax Number