United States District Court
Southern District of New York

| | |
|---|---|
| **In re Terrorist Attacks on September 11, 2001** | 03 MDL 1570 (RCC)<br>ECF Case |

This document relates to:

*Ashton, et al. v. Al Qaeda Islamic Army, et al.*, 02-CV-6977 (RCC)
*Barrera, et al. v. Al Qaeda Islamic Army, et al.*, 03-CV-7036 (RCC)
*Burnett v. Al Baraka Investment*, 03-CV-5738 (RCC)
*Burnett v. Al Baraka Investment.*, 03-CV-9849 (RCC)
*Continental Casualty Co. et al. v. Al Qaeda, et al.*, 04-CV-5970 (RCC)
*Euro Brokers Inc. et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 04-CV-7279 (RCC)
*Federal Insurance Co. v. Al Qaida*, 03-CV-6978 (RCC)
*New York Marine & General Ins. Co. v. Al Qaida*, 04-CV-6105 (RCC)
*Salvo, et al. v. Al Qaeda Islamic Army, et al.*, 1:03-CV-5071 (RCC)
*Gladys H. Salvo v. Al Qaeda Islamic Army*, 03-CV-5071 (RCC)
*Walter Tremsky v. Osama bin Laden*, 02-CV-7300 (RCC)
*World Trade Ctr. Props. L.L.C. v. Al Baraka Inv. & Dev. Corp.*, 04-CV-7280 (RCC)

## APPEARANCE

TO THE CLERK OF COURT, AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for Defendant Aradi, Inc. I certify that I am admitted to practice in this court.

Respectfully submitted,

FISH & RICHARDSON P.C.

Dated: October 19, 2005

s/Raymond R. Castello
By: Raymond R. Castello (RC-2106)
153 East 53rd Street, 52nd Floor
New York, NY  10022
Tel:  (212) 765-5070
Fax:  (212) 258-2291

Thomas M. Melsheimer (TM-4466)
(Admitted *pro hac vice*)
John M. Helms (JH-7931)
(Admitted *pro hac vice*)
1717 Main Street, Suite 5000
Dallas, Texas  75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Telecopy)
*Attorneys for Defendant Aradi, Inc.*