UNITED STATES DISTRICT COURT
SOUTHERN DISTRIC OF NEW YORK

|                                      | **03 MDL 1570 (RCC)** |
|---|---|
| In re TERRORIST ATTACKS on SEPTEMBER 11, 2001 | NOTICE OF MOTION |

This document relates to:  *Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al. (04 CV 7065)*

*Continental Casualty Co., et al. v. Al Qaeda Islamic Army, e. al. (04 CV 5970)*

*Euro Brokers, Inc., et al. v. Al Baraka Inv. & Dev. Corp., et al. (04 CV 7279)*

*New York Marine & General Ins. Co. v. Al Qaida, et al. (04 CV 6105)*

*Estate of John P. O'Neill, Sr. v. Al Baraka Inv. & Dev. Corp., et al. (04 CV 1923)*

*World Trade Center Prop., L.L.C., et al. v. Al Baraka Inv. & Dev. Corp., et al. (04 CV 7280)*

**PLEASE TAKE NOTICE** that, upon the accompanying Memoradum of Law and all prior papers and proceedings herein, defendants Saleh Abdullah Kamel, Al Baraka Investment and Development Corp. and Dallah al Baraka, will move before the Honorable Richard Conway Casey, United States District Court for the Southern District of New York, at the United States Courthouse locate at 500 Pearl Street, New York, for the following relief:

(a) dismissal of plaintiffs' Complaints pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted;

(b) dismissal of plaintiffs' Complaints pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisidciton;

(c) and for any such further relief as he Court deems just and proper

Dated: October 24, 2005

                                          Respectfully submitted,

                                                /s/

                                        Martin F. McMahon (MM 4389)
                                        Martin McMahon & Associates
                                        1150 Connecticut Ave., N.W.
                                        Ste. 900
                                        Washington, D.C. 20036
                                        (202) 862-4343

*Attorney for Defendants Saleh Abdullah Kamel, Al Baraka Investment & Development Corp., and Dallah al Baraka*