**SONNENSCHEIN NATH & ROSENTHAL LLP**
1221 Avenue of the Americas
New York, New York  10020
Tel.: (212) 768-6700

Attorneys for Defendant
Banca Del Gottardo

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC<br><br>**NOTICE OF APPEARANCE** |

*This document relates to:*
*Estate of John P. O'Neill, Sr., on behalf John P. O'Neill, Sr., deceased, and on behalf of decedent's heirs-at-law, et al. v. Al Baraka Investment and Development Corp., et al., Case No. 04-CV-1923(RCC)*

PLEASE TAKE NOTICE that SONNENSCHEIN NATH & ROSENTHAL LLP appears herein on behalf of defendant Banca Del Gottardo, and respectfully demands that all papers in this action be served upon the undersigned at the address set forth below.  This appearance does not constitute a waiver of any defenses, all of which are expressly preserved.

Dated: October 24, 2005
          New York, NY

**SONNENSCHEIN NATH & ROSENTHAL LLP**


By: /s/
Monica Pa (MP 3307)
1221 Avenue of the Americas
New York, New York  10020
Tel.:  (212) 768-6700

*Attorney for Defendant Banca Del Gottardo*

17496960\V-1