

LAW FIRM OF
## OMAR T. MOHAMMEDI
200 MADISON AVENUE, SUITE 1901
NEW YORK, NY 10016-3903
PHONE (212) 725-3846
FACSIMILE (212) 725-9160

ASSOCIATE
ALLY HACK, ESQ.

OF COUNSEL:
MARC RUBIN
DEVERAUX CANNICK
ARMANI SCOTT
SETH MARCUS

OMAR T. MOHAMMEDI
DIRECT LINE: EXT. 18

WEBSITE: WWW.OTMLAW.COM
OMOHAMMEDI@OTMLAW.COM

October 21, 2005

**VIA HAND DELIVERY**
The Honorable Richard Conway Casey
United States District Court for the
Southern District of New York
United States Courthouse
500 Pearl Street, Courtroom 14C
New York, New York 10007

*Application denied*
*10/24/05*
*Richard Conway Casey*

### RE: MDL 1570

Dear Judge Casey:

We represent WAMY and WAMY International in the above captioned matters and are preparing to file motions to dismiss. We are attempting to file two consolidated motions to dismiss 1) motion to dismiss addressing property damage actions, 2) motion to dismiss addressing personal injury actions, including service issues with respect to individual cases.

We are filing our motions in response to various Plaintiffs and would be very difficult to file the consolidated motions within the 25 page limit pursuant to Your Honor's individual rules. For the forgoing reasons we respectfully request that we be allowed to extend our page limit to 35 pages.

Respectfully Submitted,

Omar Mohammedi

WAMY/LT RCC