UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*

> *Thomas E. Burnett, Sr., et al. v. Al Baraka Investment & Development Corp., et al.*, Case No. 03-CV-9849, No. 03-CV-5738 (S.D.N.Y.)
> *Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-CV-6978 (S.D.N.Y.)
> *Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.*, Case No. 04-CV-05970-UA (S.D.N.Y.)
> *Euro Brokers, Inc., et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 04-CV-07279-UA (S.D.N.Y.)
> *New York Marine and General Insurance Co. v. Al Qaida, et al.*, Case No. 04-CV-6105 (S.D.N.Y.)
> *World Trade Center Properties, LLC, et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 04-CV-7280 (S.D.N.Y.)

## ENTRY OF APPEARANCE

TO THE CLERK of this Court and all parties of record:

Enter my appearance as counsel in the above referenced cases for defendant Yeslam Binladin.

I certify that I am admitted to practice in this Court and respectfully request that all papers be serve upon the undersigned.  This appearance does not constitute a waiver of any defenses, all of which are expressly reserved.

October 28, 2005                                   Respectfully submitted,

                                                                                                                                  /s/

Lawrence Schoenbach (SDNY #LS8497)
Law Offices of Lawrence H. Schoenbach
The Trinity Building
111 Broadway, 13th Floor
New York, New York  10006
Tel:  (212) 346-2400
Fax:  (212) 346-2400
Schoenbachlawoffice@att.net

*Attorney for Defendant Yeslam Binladin*

2