IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
: 03 MDL 1570 (RCC)
IN RE TERRORIST ATTACKS ON          : ECF CASE
SEPTEMBER 11, 2001.                 :
: ORAL ARGUMENT REQUESTED
------------------------------------------------------------X

*This document relates to:*

    *Kathleen Ashton v. Al Qaeda Islamic Army, et al.,* 02-CV-6977 (RCC)
    *Federal Insurance Company v. Al Qaeda Islamic Army, et al.,* 03-CV-6978 (RCC)
    *Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.,* 04-CV-05970 (RCC)
    *New York Marine and General Insurance Co. v. Al Qaida, et al.,* 04-CV-6105 (RCC)

### MOTION OF DEFENDANT ABDULRAHMAN BIN MAHFOUZ TO DISMISS PLAINTIFFS' COMPLAINTS WITH PREJUDICE

Defendant Abdulrahman Bin Mahfouz, by and through undersigned counsel, hereby moves this Court to dismiss with prejudice each of the claims asserted against him in the Sixth Amended Complaint in *Ashton*; the First Amended Complaint in *Federal Insurance*; the Second Amended Complaint in *Continental Casualty*; and the Second Amended Complaint in *New York Marine*. This motion is made pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), for lack of personal jurisdiction and for failure to state a claim upon which relief may be granted. A consolidated memorandum of law and proposed Order accompany this motion.

Dated:  October 28, 2005

                                                                Respectfully submitted,

                                                                WILLIAMS & CONNOLLY LLP

                                                                By: _/s/ Peter J. Kahn_
                                                                  Gerald A. Feffer (GF-2179)
                                                                Peter J. Kahn (PK-3611)
                                                               John L. Cuddihy (JC-4015)

                                                            725 Twelfth Street, N.W.
                                                           Washington, D.C.  20005
                                                           (202) 434-5000

                                                           Attorneys for Defendant Abdulrahman Bin Mahfouz