**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*

> *Thomas E. Burnett, Sr., et al. v. Al Baraka Investment & Development Corp., et al.*, Case Nos. 03-CV-5738 and 03-CV-9849 (S.D.N.Y.)
> *Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-CV-6978 (S.D.N.Y.)
> *Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.*, Case No. 04-CV-05970-UA (S.D.N.Y.)
> *Euro Brokers, Inc., et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 04-CV-07279-UA (S.D.N.Y.)
> *New York Marine and General Insurance Co. v. Al Qaida, et al.*, Case No. 04-CV-6105 (S.D.N.Y.)
> *World Trade Center Properties, LLC, et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 04-CV-7280 (S.D.N.Y.)

**DEFENDANT YESLAM BINLADIN'S**
**MOTION TO DISMISS PLAINTIFFS' COMPLAINTS**

Defendant Yeslam Binladin hereby respectfully moves this Court for an order dismissing

Plaintiffs' Complaints pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6).  A

memorandum of law accompanies this motion.


Dated:  October 28, 2005                    Respectfully submitted,

                                            /s/ Geoffrey S. Stewart
                                            _____
                                            Geoffrey S. Stewart (GS-5413)
                                            JONES DAY
                                            222 East 41st Street
                                            New York, New York  10017-6702
                                            Tel:  (212) 326-3939
                                            Fax:  (212) 755-7306

Stephen J. Brogan
Mary Ellen Powers
Timothy J. Finn
Jonathan C. Rose
James E. Gauch
Michael P. Gurdak
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001
Tel:  (202) 879-3939
Fax:  (202) 626-1700

Lawrence Schoenbach
Law Offices of Lawrence H. Schoenbach
The Trinity Building
111 Broadway, 13th Floor
New York, New York  10006
Tel:  (212) 346-2400
Fax:  (212) 346-2400

*Attorneys for Defendant Yeslam Binladin*