# Exhibit B

*LeMonde.fr*

## Brother of Osama Bin Laden Subpoenaed by French Judiciary

Article appears in the 09/28/04 issue.

YESLAM BIN LADEN, Osama Bin Laden's half-brother living in Switzerland, has been summoned to Paris as a witness on Monday, September 27th by Inquest Judge Renaud Van Ruymbeke to testify about his financial ties to the man who masterminded the 9/11 attacks in the United States.

This hearing is part of an inquest that was opened on December 5th, 2001 into allegations of money laundering linked to financial transfers that were made through Parisian subsidiaries of the Saudi Investment Company (SICO) group, headed by Yeslam Bin Laden, who also manages a portion of the assets belonging to the family's Saudi Bin Laden Group (SBG).

In a previous appearance before the magistrate, Yeslam Bin Laden indicated that he has had no contact with his half-brother for about twenty years. In a letter to *Le Monde,* he assured that his company's business activities were limited to subscription investments in mutual funds offered by well-known banking establishments.

However, on September 6th, Jean-Charles Brisard, an expert working with Swiss legal authorities, forwarded evidence to Judge Van Ruymbeke, which seemed to contradict Bin Laden's story. According to Brisard, Swiss authorities had, during their own investigations, obtained documents from the UBS bank in Geneva, which show that Yeslam and Osama Bin Laden had used a joint account at this establishment between 1990 and 1997.

Opened on August 17th, 1990, this account was one of 54 accounts established to hold Bin Laden family assets, claims Brisard, who works for attorneys representing the families of the 9/11 victims. According to Brisard, UBS documents show that the account had been opened by Omar and Haider Bin Laden, two of Osama's other brothers. On August 20th, 1990, there was an initial deposit of 450,000 dollars made to the account, with only Yeslam and Osama being authorized to sign the documents for it. And, lastly, UBS explained to the Berne Attorney General that Osama Bin Laden was the sole "economic beneficiary" of the account.

When questioned on Friday, September 24th, Messrs. Pierre Depreux, and Vincent Solari, the Swiss attorneys representing Yeslam Bin Laden, declined to give detains about the subpoena. Their client has already publicly denied any money laundering activity or the existence of any "financial permeability" between his company and his half-brother's activities. Currently, neither he nor the SICO group is subject of any legal proceedings.

**Jacques Follorou**





## COMPREHENSIVE LANGUAGE CENTER, INC.
TRANSLATION ◆ INTERPRETATION ◆ DESKTOP PUBLISHING ◆ LANGUAGE TRAINING

## CERTIFICATION

I, Pericles C. Konstas, hereby certify that the documents named below were translated from French to English by a competent translator of the French and English languages, were edited by a second, equally-qualified translator, and that the translations (bearing the red ink stamp "Certified Translation Level 2, Comprehensive Language Center") are true, accurate and complete to the best of my knowledge and belief.

- Le Monde article "Brother of Osama Bin Laden Subpoenaed by French Judiciary," dated September 28, 2004.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Comprehensive Language Center Representative

Date: October 28, 2005        Signature: _____
Pericles C. Konstas
Director, Language Services
Comprehensive Language Center, Inc.

2200 WILSON BOULEVARD ◆ SUITE 500 ◆ ARLINGTON, VA 22201
VOICE 703 247 0700 ◆ TOLL FREE 800 634 5764 ◆ FAX 703 247 4295 ◆ WEB www.comprehensivelc.com