UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Civil Action No.<br>03 MDL 1570 (RCC)<br>ECF Case<br><br>**REPLY DECLARATION OF VIET D. DINH IN SUPPORT OF DEFENDANT YOUSEF JAMEEL'S <u>MOTION TO DISMISS</u>** |

This document relates to:

 Thomas E. Burnett, Sr., et al. v. Al Baraka Investment & Development Corp., et al., Case No. 03-CV-9849 (S.D.N.Y.)
 Federal Insurance Co., et al. v. Al Qaida, et al., Case No. 03-CV-6978 (S.D.N.Y.)
 Euro Brokers, Inc., et al. v. Al Baraka Investment and Development Corp., et al., Case No. 04-CV-07279-UA (S.D.N.Y.)
 New York Marine and General Insurance Co. v. Al Qaida, et al., Case No. 04-CV-6105 (S.D.N.Y.)
 World Trade Center Properties, LLC, et al. v. Al Baraka Investment and Development Corp., et al., Case No. 04-CV-7280 (S.D.N.Y.)

VIET D. DINH declares the following:

1. I am a member of the District of Columbia Bar, and was admitted pro hac vice to the Southern District of New York on July 20, 2004 (VD-1388). I am a Shareholder of Bancroft Associates PLLC, counsel to Defendant Yousef Jameel. I submit this Reply Declaration in support of Mr. Jameel's Motion to Dismiss, dated July 18, 2005.

2. Attached to this Reply Declaration are the following Exhibits:

 a. Exhibit 1 is a copy of Abderrahmane Bensid, *Algerian Situation Deserves Fairer Coverage*, Wash. Times, May 21, 1990.

      b.  Exhibit 2 is a copy of *State Department Regular Briefing: Margaret Tutwiler*, Fed. News Service, June 14, 1990.

      c.  Exhibit 3 is a copy of Jennifer Senior, A Nation Unto Himself, N.Y. Times Mag., Mar 14, 2004.

      d.  Exhibit 4 is a copy of Tony Bartelme, *The King of Torts vs. al-Qaida, Inc.*, Charleston Post and Courier, June 22, 2003.

I declare under the penalties of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed October 31, 2005

                                                    /s/ Viet D. Dinh

                                                    VIET D. DINH