# EXHIBIT 2

Copyright 1990 Federal Information Systems Corporation
Federal News Service

JUNE 14, 1990, THURSDAY

**SECTION:** FROM THE STATE DEPARTMENT

**LENGTH:** 6296 words

**HEADLINE:** CB
STATE DEPARTMENT
REGULAR BRIEFING
BRIEFER: MARGARET TUTWILER

**BODY:**
MS. TUTWILER: I have two housekeeping announcements, and then one statement, please.

Housekeeping: Next week, the Secretary will be traveling to Germany, as many of you know, for the second two-plus-four ministerial on June 22nd. He will be hosted, as you know, by the East Germans. Sign-up sheet for this trip has been posted in the press office, and will be taken down tomorrow at the close of business.

I'd also like to remind you all that the sign-up sheet for the Secretary's trip this Sunday to Guatemala will be taken down today at 5:00 p.m.

My statement concerns Romania. The United States condemns in the strongest possible terms the Romanian government's brutal suppression, including the use of deadly force, of legitimate forms of dissent and political protest. We deplore, as well, government inspired vigilante violence by workers and others against Romanian citizens. These actions, as well as the attacks by protestors on government buildings and the Romanian television station depart from the commonly accepted norms of democracy and the rule of law. These violent events follow elections held less than one month ago, which were intended to bring democracy to post-Ceausescu Romania, and take place at a time when Romania is seeking to reintegrate itself into the Helsinki process through its participation in the CSCE conference on the human dimension in Copenhagen.

We call upon President Iliescu to use his electoral mandate to resolve the present crisis peacefully, establish the rule of law, and implement his stated commitment to genuine democratization. Restraint, tolerance and good faith, democratic measures, are now urgently required if Romania expects to promote the goals of the December revolution. Threats to the democratic process in Romania are not only of concern to the United States. They jeopardize the goal of a Europe whole and free. We call upon the democratic nations of Europe to make their concerns known to the Romanian leadership and encourage all Romanians to avoid violence. The success of Romania's democratic experiment will require encouragement and support from abroad.

Q On that subject —

MS. TUTWILER: Mm-hmm?

Q — is it fair to assume that the United States will defer any decision on economic assistance to Romania until it is satisfied with the human rights situation?

MS. TUTWILER: Mm-hmm. (Affirmative response.)

Q And is — what will they have to do in order to be qualified?

MS. TUTWILER: As you know, Jim, a number of factors go into our decisions concerning the granting of MFN. As we had said after the election in Romania, we had not made a determination on the granting of MFN for Romania and that still remains the case today. But I can't go through for you a list of criteria, but it is something that there is obviously no decision on.

Q On another subject, following up the Secretary's testimony yesterday before the House Foreign Affairs Committee —

MS. TUTWILER: Mm-hmm. (In acknowledgement.)

Q — is it correct to assume that the Secretary is close to suspending his attempts to mediate a Middle East settlement?

MS. TUTWILER: No. He said clearly that as long — which is consistent with what he has said ever since he has been engaged in this over his tenure here as Secretary of State — as long as there is sincere involvement and desires on the behalf of those parties, he will be engaged. And that is the exact message that he was stating again yesterday.

Q Well, the question arises because some time ago, I guess it was almost a year ago, you said that when the Secretary has decided that there is no more possibility of progress he will make public the — his questions to the various parties. Yesterday he did make public one of those questions, the final one —

MS. TUTWILER: Correct.

Q — and going back to his earlier statement it would seem, then, that he has given up.

MS. TUTWILER: Wrong. His message yesterday, which I don't need to interpret for you, says that we cannot want peace more than the parties. We cannot bring peace to the region if the region does not want it. That was what he was articulating. He did not say it anywhere that I heard in yesterday's testimony, or the day before, before the Senate Foreign Relations Committee, that he was throwing in the towel. He is not, but his clear message was — is, we can't want this more than the people on the ground in the region, and that yes he is — will and intends, as the President, to stay engaged, involved as long as there was a reason to be.

Q What is he doing precisely to be engaged and involved?

MS. TUTWILER: I can't point to a specific that he personally is involved in at this moment in time, Norm, but as you know he has worked very, very hard and given an enormous amount of his time and energy to this effort to implement the Prime Minister's initiative and he is willing to continue to do so.

Q Margaret, yesterday he gave a very public message to the Israelis. Did he give any private message prior to that? Was there any private communication prior to that public message with the new Israeli government since it was formed?

MS. TUTWILER: No.

Q Why did he choose to make his first communication with the Israeli government so public?

MS. TUTWILER: His first communication with the new government was not that, Alan. He sent on Monday a congratulatory letter to the new Foreign Minister, but in the congratulatory letter the custom is that you do not, in your congratulatory messages, immediately delve into substance. So, as far as communication, he has communicated, on Monday to his new counterpart in Israel.

Q Well why was his first substantive communication in public?

MS. TUTWILER: As he said when he began his explanation yesterday, he had just read a number of wire reports on public comments that had been made by Prime Minister Shamir, by the new Police Minister, by the new Foreign Minister, they were very public comments and he in turn decided to respond publicly himself.

Q Well, I am very flattered as a wire reporter that you put such credence in our reporting, but surely, I mean, the normal diplomatic process that you, yourself have followed in the past would be to clarify these things first through your own diplomatic channels and then react.

MS. TUTWILER: He didn't say anything on the record yesterday that he has not consistently said in private.

Q Margaret, if I could follow-up on this —

MS. TUTWILER: Excuse me, there were no surprises in what he said, Alan. It may have been a surprise to you because he put it on the record, the question, for instance, et cetera. But his views are — on the peace process on this question are very well-known in Israel.

Q Is it the Secretary's view then the communications between the United States government and the government of Israel should be done through the medium of wire services? I'm very happy if it is, but — (laughter) —

Q You just said that the Secretary's belief [is] that as long as the parties are willing to continue, the US and he will. What he said yesterday led me to believe that he has concluded that one of the parties — that's Israel — does not want to continue and that's why he gave them the number to call when they decide to return or resuscitate the peace process? Is that a wrong understanding?

MS. TUTWILER: That's your interpretation and your conclusion and if you will look closely at his public transcript, he's said any number of times "parties" in the plural, and said, "We cannot want peace more than the parties there in the region." That's a plural that he said and it's in the public transcript.

Q Yeah, Margaret, but he did —

Q But don't you think he was a bit ticked off with the Israelis more than other parties? Like he refers this telephone number — by the way, the White House switchboard referred to the State Department switchboard.

MS. TUTWILER: And he sent roses to the White House operators this morning.

Q Change the number. But he referred this —

Q That won't do it.

Q Margaret, he referred this telephone number to the Israelis.

MS. TUTWILER: That is your interpretation. He —

Q This is in the text.

MS. TUTWILER: I've read the text. I know what he thinking was, what his intention was, is, "If you're serious about

peace, there is only so much that we can do. We have worked hard. We have tried. You all, here's the number. Call us, if you're serious." (Paraphrasing.)

Q This was directed only to the Israelis or to all sides?

MS. TUTWILER: I've answered, I think, now three times this morning. He talked about all parties —

Q When he offered the telephone number?

MS. TUTWILER: Excuse me. Let's also focus — since you're focusing on one testimony yesterday before the House Foreign Affairs Committee, let's also remind ourselves that he publicly at the Senate Foreign Affairs (sic, Relations) Committee publicly stated on the record the two things that he has stated to the PLO that the United States government has been asking them and put that right out there on the record and said exactly what he expected from them.

Q So he's offering the telephone number to all the sides?

Q That phone number was plainly to the Israelis and not to anybody else.

MS. TUTWILER: Well, I have asked him and I have said, "Did you mean to pinpoint specifically the Israelis?" His answer to me was, "I intended the phone number to be used by all."

Q Which parties you are meaning —

Q (Off mike.)

Q — the PLO? Egypt?

MS. TUTWILER: Our channel is — is Pelletreau.

Q Which parties you are talking about? Can you be specific?

MS. TUTWILER: I'm not going to be any more specific —

Q PLO? Egypt? Are Israelis Egypt now —

MS. TUTWILER: — than the people that have been involved in trying to pursue peace here.

Q Margaret?

MS. TUTWILER: Yes?

Q You said, as long as there are sincere desires by those engaged in the process —

MS. TUTWILER: Mm-hmm.

Q — the US will be — will remain involved. Are you saying, therefore, that you do believe right now that Israel has a sincere desire to be engaged, and is that the message that you're trying to get across?

MS. TUTWILER: I don't want to speak for Israel, but I do not have any reasons to believe that the new Israeli government that has emerged is not sincere in working towards peace.

Q But have you had any — have you had any response or reply privately from the Israelis since the Secretary's testimony?

MS. TUTWILER: The Secretary has not. I'm sure that officials here in the Middle East Bureau have talked, as is normal, with other Israeli officials. But I don't have a specific for you.

Q No, I'm talking about a specific response from Israel in private —

MS. TUTWILER: No.

Q — not their press statement — to the Secretary about his testimony yesterday?

MS. TUTWILER: Not that I am aware of, John, no.

Q The new Israeli Foreign Minister says that the American position misread the Israeli position, on Mr. Shamir's plan, according to the story this morning. Will you have any comment on that, that you misread their intention, and you came with your points and plans?

MS. TUTWILER: What I am really going to refrain from doing, I am not going to explain or interpret or say for another government from this podium what they do or do not mean. You can get that from someplace else.

Q Margaret — (inaudible) —

MS. TUTWILER: Mm-hmm?

Q The Secretary and the US spokespersons have said many times that they were waiting for the Israeli government — new Israeli government — to be formed.

MS. TUTWILER: Mm-hmm. (In acknowledgement.)

Q There is a new Israeli government now.

MS. TUTWILER: Mm-hmm. (In acknowledgement.)

Q Are you still waiting for them to reply to Mr. Baker's — to Secretary Baker's question? Or are you going to ask them to reply? What's next?

MS. TUTWILER: What we have said consistently, since the Israeli government fell — I believe it was, what, three months ago? — when asked this question, "Where do you anticipate picking back up?" we have consistently on the record answered, "We would hope that we would pick up where we left off."

The Secretary yesterday stated and put on the record for all of you the question that — which is where we left off. That is

our hope is where we would begin again.

Q Margaret?

Q Now, what is next then, Margaret? Excuse me. What — I mean, are the Israelis waiting for you to proceed, or are you waiting for the Israelis to proceed?

MS. TUTWILER: I'm not exactly sure what you're asking me.

Q What I'm asking is — in a way, actually, I'm asking my question once again. There is an Israeli government.

MS. TUTWILER: Correct. And we have said, and the President has said, we look forward to working with the government that has emerged.

Q Okay, but you also said previously, Margaret, that you were — when the government is established, you would be waiting to have their response to the five points of Secretary Baker. Yesterday, in a way, the Israelis said this is all gone, we're going to have to start from zero.

MS. TUTWILER: The five points were agreed to.

Q I'm sorry?

MS. TUTWILER: The five points, if you remember, were agreed to. This is another question, this was the question.

Q Okay, okay, but —

MS. TUTWILER: We had had agreement in principle to the five points, remember?

Q All right. Margaret, let me actually phrase it once again, then. The Israelis yesterday said, the Foreign Minister said that the American plan is finished, is — in a way we have to go to ground zero. Then, do you wait for them now to come with new proposals, or who is going to start the peace process once again?

MS. TUTWILER: That will be a decision that would be for the President and the Secretary of State to make. We have been very consistent, as I just stated to you, of where we had said we had hoped to pick back up when a new Israeli government emerged.

(Cross talk.)

Q As far as you are concerned — Margaret, as far as you are concerned that the point — the plan for — (inaudible) — the — (inaudible) — plan for peace in the Middle East are your five points that Mr. Baker presented?

MS. TUTWILER: That —

Q They are the thing that you are working with now?

MS. TUTWILER: The five points are not what we're discussing right now. If you all will read back onto the record, the five points were accepted in principle. We moved beyond the five points, if you'll remember. What we had refrained from doing was putting on the record the question that the United States government posed to the Israeli government that the Israeli government, to date, has been unable to say a yea or nay to.

Q Well, Margaret, do you mean at this point that the Israeli government must answer that question before the peace talks can go forward?

MS. TUTWILER: I've not answered that question for you. I have said that is something that the President of the United States would articulate. I have said what we have consistently said is that it would be our hope, as the Secretary said yesterday in testimony and I believe the day before, is that we pick up in our efforts to implement the Shamir initiative to move towards a dialogue, to move towards elections where we left off.

Q Well, having a hope —

MS. TUTWILER: That hasn't changed.

Q Having a hope is quite different from making that a condition of resumption of the talks. Which is it, a hope or a condition?

MS. TUTWILER: I'm not going to take it further for you today, John, and lay down a condition. That is something that would be at a much higher level than mine, which would be the President.

Q Let me ask the question a different way, Margaret —

MS. TUTWILER: You're going to get the same answer.

Q You said where you left off. If the Israeli government now comes and says that, where you started 11 months ago, it does not exist any more, and this is a new ballgame that you are talking about, when they say that it's not relevant, the five points are not relevant, and all that you achieved in the 11 months is not relevant.

MS. TUTWILER: I don't know why you keep talking about the five points. The five points, we got over that, that's why we have said all the things that you came to closure on, we would hope not to have to reopen, to redo.

Q But Margaret, two weeks after the attack in Israel, don't you think that it's about time to make a decision about the dialogue with the PLO?

MS. TUTWILER: The Secretary of State answered that question yesterday in public testimony and the day before.

Q But there is no decision yet.

MS. TUTWILER: He was very clear about what the United States' policy was on this. He was very clear about putting on the record on Tuesday exactly what it is that we are — we have to have as far as what we have been asking the PLO to do. The President has spoken this week on the record about this. And the Secretary has said, in public testimony, and I'd just refer you to his record yesterday, exactly what we were doing and how we were handling this. He laid it all out there.
Q But you — you gave some friendly governments a little bit more time, as he said, okay? Now —
MS. TUTWILER: And he said he wasn't going to be driven by artificial deadlines.
Q So, this is unlimited time?
MS. TUTWILER: He didn't say that, did he?
Q No, I'm asking you.
MS. TUTWILER: I'm going to refer you to his testimony. He was very precise, very clear, and very distinct, in how he answered all of those questions.
Q So one day there will be a decision?
MS. TUTWILER: He never said there would not be one, did he?
Q Margaret, following up from that, he said that the PLO had to begin to take steps to discipline Abu Abbas. Now, today in the New York Times there's a report that the PLO's said to have started an inquiry into the raid and that they have told you, through diplomatic channels, what they're planning to do. Is this considered to be a step, or the beginning of a step, to discipline Abu Abbas?
MS. TUTWILER: This does not eliminate the two things that he has put on the record that must be done. This specific attack must be condemned, number one, as he said two days running here in our country. And two, they must, as you've just quoted to me, he said, begin taking disciplinary action —
Q Yeah, I know —
MS. TUTWILER: — against Abu Abbas.
Q I'm not asking whether this eliminates the conditions. What I'm asking is whether or not this contributes to one of those conditions.
MS. TUTWILER: It may contribute, but it does not supersede the two things the United States government is asking.
Q That's not my question.
MS. TUTWILER: What is your question? I'm answering you.
Q I'm trying to find out whether or not this is considering — whether you consider that if they do this —
MS. TUTWILER: And I'm answering you no.
Q — that this is a step towards fulfilling one of those conditions.
MS. TUTWILER: Having an internal investigation, I do not believe answers question one or two. Those two questions have to be answered by the — to the United States government's satisfaction and they are very clear: one, condemn; two, discipline.
(Cross talk.)
Q (Off mike) — to this internal investigation that —
MS. TUTWILER: That's right back to his question. I refer you to Secretary Baker's testimony.
Q Margaret?
Q Margaret, there are published reports that the administration is concerned that Israel is selling a great volume of military technology to China, filling the gap left because the US will not sell military equipment or technology to China. Do you know anything about that?
MS. TUTWILER: Can I look into that for you? I'm sorry, I didn't bring it with me.
Q Okay.
Q Does the US accept Avi Paznir's explanation? He claims that some of the reports were taken out of context, the reports of what the Israelis said.
MS. TUTWILER: I'm sure that's true. That happens to us all of the time.
Q (Off mike.)
Q So do you think there is a — do you think there is a possibility then, that —
MS. TUTWILER: You know how accurate you all are —
Q Except for Reuters.
Q (Inaudible.)
MS. TUTWILER: Come on Alan (sp?)!
Q No, do you think there was a possibility that anything that the Israelis said was misinterpreted?
MS. TUTWILER: Secretary Baker responded to a number, as he said in the plural yesterday, of wire reports, comments that he had read. I have said for you in the spirit of fairness, you said that their spokesman had said some of it could be

misconstrued. There's some. I'm not stating to you that all of it was misconstrued. And I don't believe they're saying that.
Q Margaret are you satisfied with the other answer of the other parties, like Egypt and the Palestinians, to your questions?
MS. TUTWILER: As you know, and Secretary Baker pointed out yesterday, you had gotten to a point where Palestinians in the territories had said they would come to a meeting, a dialogue and begin discussions on elections.
Q So are you satisfied —
MS. TUTWILER: There was satisfaction to that degree, yes, you know that —
Q Yes, and with other parties. So only one party you are not satisfied with their answer, yet? Because you said, he meant all the parties to respond, now you said you are satisfied with the Palestinian answer. What other parties you are expecting their answer from? Egypt? From whom?
MS. TUTWILER: His question on peace was to the big picture. He has also pointed out yesterday, you really should read his testimony —
Q I read it —
MS. TUTWILER: — on what all the Arab nations should do. For one, you could start by recognizing Israel. Number two, to tone down their rhetoric. Number three, the campaign against Soviet Jewish immigration. He spoke yesterday quite extensively to the entire situation — Arab Nations, Palestinians, Israel. And his message was, which was very clear, that, if you are sincerely, seriously interested in peace, we'll be there. We will work, we will be engaged, we will do everything we can to bring peace to this region. But if you are not, call us.
Q But I thought he said to them, "I say to my friends, the Israelis, the number is so-and-so." He did not say for the Arabs —
Q "If you ARE."
MS. TUTWILER: If you aren't — yeah, if you are, right.
Q He didn't say that my friend, the Arabs, call me. He said, "My friends, the Israelis, please call me." That's what I remember from the transcript. Am I wrong?
MS. TUTWILER: So what's your question?
Q He did not invite the Arabs to respond, he had only asked the Israelis to respond.
MS. TUTWILER: He's asking everyone to respond who is —
Q I don't remember that.
MS. TUTWILER: — sincerely interested in finding a way to —
Q You are saying that now. He did not say it, you mean.
MS. TUTWILER: If you read his entire transcript, he talked about all parties.
Q No, he did not —
Q Just to follow that — in determining the seriousness of all of the parties, will a major criterion be their willingness to take up the dialogue precisely where it left off in February? Will that be a key factor in determining the seriousness?
MS. TUTWILER: That's the same question that John Dancy asked me — that I said "I'm going to state for you what we have said consistently for the last three months on the record." I am not, without presidential authority, going to go out and lock our President into a position that he has not articulated.
Q Margaret, do you — do you have reason to believe that the Palestinians in the Territories are still ready to take the step they were ready to take in February if Israel responds in a way it has not since February?
MS. TUTWILER: I wouldn't want to venture a guess on that, Norm, because I'm not sure that any of us have a correct reading on that in the three months that have transpired.
Q Have you had a chance to study the program, the platform, of the new Israeli government, which is a public document and speaks of a desire to increase the settlements?
MS. TUTWILER: If we have, I don't have an analysis of it for you. Our views on settlements are well known. That wouldn't alter those.
Q Margaret, are you saying — expecting any higher-level contacts between the administration and the Israelis to clarify actually as to where to start from, where they left before, or is there something new? What I'm trying to ask is, if the President, or the Secretary is about to make a major speech on the Middle East, or is the American ambassador in Tel Aviv about to approach the Israelis to clarify what is required in order to proceed? Or what is next? I mean —
MS. TUTWILER: I don't have an answer for you for next steps.
Q Margaret, do you think that the peace process is in a vacuum now?
MS. TUTWILER: Is in a what?
Q Vacuum. Is there the loss of momentum as a result of this crisis?
MS. TUTWILER: I think that Secretary Baker generated quite a bit of momentum yesterday. (Laughter.)
Q I know that he was providing it. (Laughter.) And do you have any comments on the United Nations envoy to the — the

Occupied Territories?

MS. TUTWILER: What do you mean, "a comment"? I don't have a time frame of when he's going. I refer you to the UN. I don't know what else it is you'd like me to comment on.

Q I want you to — the mission — I'm asking —

MS. TUTWILER: What?

Q — about his mission that was blessed by the United States, or it was sent only by the initiative of the Secretary General, or what do you say the scope of his work there in the territories?

MS. TUTWILER: I'm sorry, what do you want to know?

Q His mission, the envoy that was sent by the Security — by the Secretary General of the United Nations to the territories.

MS. TUTWILER: Mm-hmm?

Q What do you expect that this will bring, because you were supporting that position —

MS. TUTWILER: We did support it, and we refer you to the Secretary General's office to get his arrangements, timing, et cetera, et cetera. We don't have that.

Q Margaret, staying on the Middle East, but a different subject. Was there a statment released by the press office here at the State Department about the tear gassing of 66 Palestinian babies in Gaza?

MS. TUTWILER: The what?

Q Tear gas.

Q Tear gas.

MS. TUTWILER: Was there something released here yesterday? No.

Q Well, can I please ask that and have — expect some answer sometime?

MS. TUTWILER: Mm-hmm (affirmative).

Q Do you have anything on Algierian elections, since we are on the Middle East?

MS. TUTWILER: While the final vote tallies are not yet in, with about 40 percent of the results in, it appears the Islamic Fundamentalist Party has a substantial lead over other parties. We would note that the turnout rate of 60 percent was relatively low because a number of groups boycotted the election. While it will be prudent not to comment until we see more complete results, we would like to note that these local elections demonstrate Algeria's commitment to an open, multiparty political system.

Q Margaret, are you at all concerned by it being an Islamic fundamentalist movement in an area that was known for being more moderate and more open than, say, other areas of the Middle East?

MS. TUTWILER: Beyond the comment that we have made, I do not have a further comment for you on the Algerian election.

Q Margaret, please, a follow-up. Why you only comment on the Algerian election and you refuse to comment on the Syrian election which happened on the 30th of May, which I asked you a couple of times?

MS. TUTWILER: Did we post it?

Q There was no answer, no.

MS. TUTWILER: Okay, we'll be able — let us look into it again.

Q Yes, thanks.

Q Has any question been asked about the Secretary's statement yesterday — (laughter) —

MS. TUTWILER: You missed a lot of it, Joe, we've been at it for 35 minutes.

Q Just a minute, just a minute please. There may be some other points.

MS. TUTWILER: I bet there are.

Q Have you — just a minute, please —

MS. TUTWILER: One question.

Q Have you any question — have you any responses to the Secretary's statement that he will work with the Israeli government as soon as possible on the loan guarantee, as soon as — now that it's government is formed?

MS. TUTWILER: Do I have a further elaboration of what he said yesterday?

Q Yes.

MS. TUTWILER: No, sir, I do not.

Q Have the Israelis been asked to meet with anybody in the State Department to discuss it?

MS. TUTWILER: He answered that yesterday and said that he did not believe they had and that that is something they would be working out.

Q How was that? Wait a minute! Wait a minute! That they would not be working out? He said that they would start working on it as soon as their new government was in office, which it is.

MS. TUTWILER: I'm sure it's the microphone. I said that we would be working out.

Q Working out. Okay. Next question. Have you something on the — is the Secretary regretful now that he said that the Israeli government is not sincere in seeking peace?

MS. TUTWILER: No, sir, he stands by his comments of yesterday.

Q So he thinks that the Israeli government is insincere, is that right?

MS. TUTWILER: I'm sorry. You were late. I apologize. But we really have spent about 35 minutes on this and I've really, I believe elaborated fully on what Secretary Baker said.

(Cross-talk.)

Q — question about Liberia.

MS. TUTWILER: Wait, Connie. Wait one second.

Q Has the United States continued to try to bring the fighting in Liberia to an end by negotiations, and with whom is the United States in contact?

MS. TUTWILER: Can I give you just an overall update of the situation in Liberia?

Q Yes, please.

MS. TUTWILER: There has been no significant military activity during the past 48 hours. To the best of our knowledge, the government remains in control of Roberts Field. Talks between delegations of the government of Liberia and the National Patriotic Fund of Liberia began, as you know, in Freetown June 12th, with the mediation of the Liberian Council of Churches. The parties met again yesterday and issued a joint appeal to stop the killing.

They plan to resume talks today. The talks were described as cordial and constructive. As you know, in response to a request from the Liberian Council of Churches, the United States has agreed to play a facilitating role by making available the United States Embassy as a venue for the talks. This does not presage a broader US engagement in the talks. Our Ambassador-designate to Liberia is in Freetown to help facilitate the process. He will not be sitting at the negotiating table.

And the latest on our update of figures, Jim, there are still 70 official Americans that are at our embassy in Monrovia and the latest account of American citizens in Liberia are 1,455. Air Guinea continues to schedule four flights per week and we, the United States government, are looking into another charter for maybe sometime this weekend.

Q There's a report coming from reporters who are with the rebels that the United States has given — or suggested — a list of officials now in the Liberian government who ought to stay in a position as part of a coalition. Is there — is the United States engaged at that level of detail?

MS. TUTWILER: I haven't heard anything like that, but I'll be happy to check for you.

Q Have you —

MS. TUTWILER: Connie had a question.

Q — comments on any aspects of de Klerk's interview with the Washington Times?

MS. TUTWILER: I had — no, I haven't seen it.

Q — in Mozambigue?

MS. TUTWILER: Mozambique? (Pause.) We have maintained an active dialogue with both sides for the past 12 months. We continue to support the government of President Chissano in his efforts to initiate peace with RENAMO. At his request, we are playing a facilitative role in the process, and are currently urging the parties to move ahead expeditiously to end the suffering of the Mozambican people and the devastation being wrought on the country's infrastructure.

On the — let me see — the President's attempt to arrange direct talks in Malawi on June 12 did not succeed as RENAMO failed to appear. We are not certain why this effort failed. The government of Malawi and official Kenyan and Zimbabwean mediators are currently working to resolve this problem.

Q Have you said anything about the report that the — there is trade between Israel and China on certain types of weapons or technology?

MS. TUTWILER: Uhm-hmm (in acknowledgememt). I was asked that this morning, and I said I would get the answer for Mr. Plante.

Q Margaret, do you have anything on reports of a breakthrough or progress with the CFE talks?

MS. TUTWILER: CFE talks?

Q — in Vienna.

MS. TUTWILER: No.

Q Can you take the question?

MS. TUTWILER: Yeah — you think there was?

Q There was a report — wire report — this morning.

MS. TUTWILER: Hmm — yeah, I hadn't seen that.

Q Margaret, do you have — let's go back to East Europe — any reaction to disturbances in Yugoslavia and in Bulgaria?

MS. TUTWILER: Bulgaria? Yes. Results from the first round of voting were finally announced at 3:00 PM today in Sofia. We understand that the announcement was delayed because representatives of the parties, the electoral officials and the government were meeting to discuss some of the reported irregularities and to determine the proper response to them.

Official returns indicate that the Bulgarian Socialist Party won 172 seats. The Union of Democratic Forces won 107. The Rights and Freedoms movement, representing primarily the Muslim minority, won 24 seats, and the Agrarian Party won 16. Eighty-one of the 400 seats will be decided in the runoff election next Sunday, which is June 17th.

As we have said before, it is inappropriate to draw conclusions before the election is completed and the vote announced. However, as we have also pointed out, the problems that have come to light about improper behavior of officials in many locations, especially about widespread intimidation of voters before and during election day, raise serious questions about the electoral process.

They are many reports of local officials threatening voters with the loss of jobs, pensions, or other benefits. In addition, proper measures to ensure secrecy were not taken in all locations, with uncurtained polling stations and transparent ballot envelopes reported in some places. In some villages, local officials reportedly handed out BSP ballots into voters in their polling places.

American observer teams noted these irregularities and especially emphasized the atmosphere of fear which still existed throughout the countryside.

The Presidential Mission has returned to the United States, but several American groups will have observers in place this Sunday. The demonstrations in Sophia yesterday, and other cities, indicate that many Bulgarian citizens are not satisfied that the government did everything in its power to see that intimidation ceased and that government resources were equitably allocated to ensure fairness for the contestants in the election.

We note that demonstrations so far have been peaceful and the political leaders have called on the people to respect the law. We also urge all citizens to use only peaceful means to express their views.

We will have further reactions after the final voting results when the run-off elections are announced sometime next week.

Q And in Belgrade, disturbances —

MS. TUTWILER: Yugoslavia? It's not as long, I promise.

Q (Laughs.)

MS. TUTWILER: We understand that the main focus of the demonstration was the demand for free, multi-party elections in the Serbian Republic before the end of the year. The United States supports the growth of democracy throughout Yugoslavia.

In a May letter, to Yugoslavian President Jovic, President Bush cited the recent elections in Slovenia and Croatia and expressed the hope that democratic elections would take place in the other republics and autonomous provinces and at the federal level, during President Jovic's year in office.

We are deeply concerned by reports that police, without provocation or adequate warning, used excessive force to disperse a group of demonstrators who had gathered before a radio and television station.

Q Margaret, on more election — Dominican Republic?

MS. TUTWILER: I don't have anything. Sorry.

Q Nothing?

Q Margaret, on the question of Southeast Asian refugees, there are several items in the papers today. Washington Times has a big ad. There's a letter from the Ambassador of Malaysia in the Washington Post and then there's the story about the stand-off in the Philippines, that those refugees apparently have now landed on Philippine soil. All of them involve issues that the ASEAN — the countries of first asylum have asked that there be some movement on what's called a regional holding center for these refugees. Do you have any comment on that?

MS. TUTWILER: No. Can I look into it for you?

Q The other question that rises out of the Philippine situation was that apparently the Philippines were asking for guarantees from the United States, specifically, about the resettlements of those refugees that were on US warships. Were any guarantees given to your knowledge, or any — any comments on that particular situation?

MR. TUTWILER: What I'd rather do for you is let the experts look into it for you. I don't have anything current on guarantees or non-guarantee.

Q Okay, thank you.

MR. TUTWILER: Thanks, Jim.