**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**
──────────────────────────────────────x

*In re Terrorist Attacks on September 11, 2001*        **03 MDL 1570**
──────────────────────────────────────x

This filing applies to:
    *Ashton, et al. v. Al Qaeda Islamic Army, et al.*, Case No. 02-CV-6977
    *Estate of John P. O'Neill, Sr., et al. v. Al Baraka Investment and Development
        Corporation, et al.*, Case No. 04-CV-01923 (RCC)
    *Thomas E. Burnett, Sr., in his own right as the Father of Thomas E. Burnett, Jr.,
        et al., v. Al Baraka Investment and Development Corporation, et al.* Case
        No. 03-CV-5738

**NOTICE OF MOTION TO DISMISS PERSONAL INJURY COMPLAINTS
PURSUANT TO FED. R. CIV. P. 12(b)(6) AND 12(b)(5) BY THE WORLD
ASSEMBLY OF MUSLIM YOUTH IN SAUDI ARABIA AND WORLD
ASSEMBLY OF MUSLIM YOUTH INTERNATIONAL**

        **PLEASE TAKE NOTICE** that, pursuant to Rule 12 (b), Fed. R. Civ. P., upon the accompanying Memorandum of Law in Support of Motion To Dismiss of Defendants World Assembly of Muslim Youth in Saudi Arabia ("WAMY SA") and World Assembly of Muslim Youth International ("WAMY USA"), and all prior pleadings and proceedings herein, Defendants WAMY SA and WAMY USA, by and through their undersigned counsel, will move this Court before the Honorable Richard C. Casey, United States District Judge, United States District Court for the Southern District of New York, at the United States Court House, 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for an order dismissing, pursuant to Rule 12(b)(5) and 12(b)(6), Fed. R. Civ. P., all claims against Defendants WAMY and WAMY International in the above referenced actions with prejudice, and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
November 1, 2005

          Respectfully submitted,
          THE LAW FIRM OF OMAR T. MOHAMMEDI, LLC


          By:_____/s/_____
               Omar T. Mohammedi (OM-7234)


          200 Madison Avenue
          New York, New York 10016
          (212) 725-3846
          *Attorneys for Defendants*
          *WAMY SA and WAMY USA*