## CERTIFICATE OF SERVICE

I, ALLY HACK, Esq. do hereby certify that I served the within Memorandum of Law in Support of the World Assembly of Muslim Youth in Saudi Arabia and the World Assembly of Muslim Youth International's Motion to Dismiss on this date, on all parties in the case via filing with the Court's Electronic Case Filing (ECF) system.

Dated: November 1, 2005

ALLY HACK, ESQ.