# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | ) ) ) | 03 MDL No. 1570 (RCC) |

---

| | | |
|---|---|---|
| THOMAS E. BURNETT, SR., *et al.*, | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | C.A. No. 03 CV 9849 (RCC) |
| AL BARAKA INVESTMENT AND DEVELOPMENT CORPORATION, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

---

## DECLARATION OF ADEL A.J. BATTERJEE (D93)

I, Adel A.J. Batterjee, being duly sworn, declare and state as follows:

1.      I am over 18 years of age and competent to testify to the matters set forth below of my own personal knowledge.

2.      I have been informed by my attorney that I am listed as a defendant (D93) in the above-captioned action.  I am submitting this declaration in support of my Motion to Dismiss for lack of personal jurisdiction, failure to state a claim upon which relief can be granted and improper service of process.

3.      I was born on June 1, 1946 in Jeddah, Saudi Arabia, and have lived in Saudi Arabia all of my life.  I have always been a citizen of the Kingdom of Saudi Arabia.

4.      I am a merchant in Jeddah, Saudi Arabia.

5.      I first visited the United States when I came as a student from 1963-1967.  I have visited the US since then, with the last visit in June 2000.  The purposes of the visits were

personal.

6.      I own no real property in the United States.  I also have no bank accounts, and

have no investments in the United States.  I do not conduct any personal business with any

businesses in the United States nor do I have a Social Security number.

7.      I do not subscribe to or read either the *International Herald Tribune* or the *Al

Quds al Arabi*.  The latter publication, to my knowledge, is banned in the Kingdom of Saudi

Arabia.

8.      I have never supported the loss of innocent life and believe that there is no

justification for the tragic attacks of September 11, 2001.  I have never supported any person or

organization that I have known to participate in terrorist activities.  At no time did I ever

knowingly participate in, or support in any way, terrorist activities, nor was anyone ever

authorized by me, explicitly or implicitly, to engage in such activities.

9.      The only specific allegations against me in the Third Amended Complaint in

¶¶75, 76, 180-5, 217-219, 228-230, 365 are rife with factual errors and incorrect associations.

While the word 'Bir' in Arabic is translated as 'Benevolence', BIF was never a branch of Al Bir

or vice versa.  I never sent money to BIF in all its history and transferred all control in 1993,

after which I exercised neither daily nor financial control of BIF in any way.  Also, I never

served as any executive of World Assembly of Muslim Youth, let alone Secretary-General.

Furthermore, I was never charged or implicated in any criminal case in the US.  Taken in their

totality, all the allegations about me in the Third Amended Complaint portraying me as

conducting business in the US and being tied, directly or indirectly, to al-Qaeda are false.

10.     I also deny that I had any knowledge of the activities of Osama bin Laden and al

Qaeda other than what is generally known through the press.  Also, I never wrote a biography of

bin Laden as alleged in ¶230.

11.     I also deny having any knowledge of any terrorist activities as alleged in ¶¶ 14,

15, 18, 20 and 38 of Plaintiffs' More Definite Statement as to Defendant Yousef Abdul Latif

Jameel (Mar. 16, 2004), due largely to Plaintiff's lack of specificity and the secret nature of the

alleged "evidence" used by the governments in their investigation and designation process.

12.     I can read and understand English.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

A. Batterjee
_____
Adel A.J. Batterjee

Executed on the _8th_ day of _April_____, 2004.

# EXHIBIT B



**World Assembly of Muslim Youth**

Member of the UN NGO'S



الندوة العالمية للشباب الإسلامي

عضو المنظمات غير الحكومية - هيئة الأمم المتحدة

Ref. No : **1/12010**  الرقم :
**27/09/1426H**
Date : **30/10/2005G** التاريخ :

مكتب الأمين العام

The Secretary General Office

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

*IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001     *03 MDL 1570 (RCC)*

_____ **ECF Case**

### DECLARATION OF SALEH AL-WOHAIBI

1. In the Name of God, the Merciful, the Compassionate, I, Saleh Al-Wohaibi, being duly sworn, declare and state the following:

2. I am the Secretary General of the World Assembly of Muslim Youth ("WAMY") located in Riyadh, Saudi Arabia.

3. I am submitting this declaration in support of WAMY's motions to dismiss for failure to state a claim upon which relief can be granted.

4. I am over 18 years of age and competent to testify to the matters set forth below from my personal knowledge.

5. WAMY is one of the world's largest Muslim youth organizations. WAMY believes in and strives for world peace and the betterment of humankind.

6. I have been informed by my attorney that WAMY is being sued in the above captioned action.

7. WAMY has never supported the loss of innocent lives; it believes that there is no justification for the tragic attacks of September 11, 2001. WAMY has never supported any person or organization known to participate in terrorist activities. At no time did WAMY knowingly participate in, or support in any way, terrorist

*P.O. Box: 10845 Riyadh 11443 -Kingdom of Saudi Arabia*
*Building 1079 King Fahd Road - Muhammadiah Dist.*
*Tel: (+9661) 2050000  Fax: (+9661) 2050811*

ص.ب: ١٠٨٤٥ - الرياض ١١٤٤٣ - المملكة العربية السعودية
مبنى رقم ١٠٧٩ - طريق الملك فهد - حي المحمدية
هاتف: ٢٠٥٠٠٠٠(٩٦٦١+) فاكس: ٢٠٥٠٨١١(٩٦٦١+)

www.wamy.org     e-mail: info@wamy.org

**World Assembly of Muslim Youth**

Member of the UN NGO'S



الندوة العالمية للشباب الإسلامي

عضو المنظمات غير الحكومية - هيئة الأمم المتحدة

Ref. No : __**1/12010**__ الرقم :
**27/09/1426H**
Date : - - **30/10/2005G** : التاريخ

مكتب الأمين العام

The Secretary General Office

activities, financially or otherwise, nor was anyone ever authorized by WAMY, explicitly or implicitly, to engage in such activities.

8. WAMY has never had any connection with Benevolence International Foundation ("BIF").

9 Benevolence Foundation and BIF are two completely separate organizations, the former of which operated under the umbrella of WAMY on a few humanitarian projects.

12. In 1996 WAMY ended its relationship with the Benevolence Foundation.

13. In 1996 the Benevolence Foundation ceased to exist.

14. Dr. Adel Batterjee's relations with WAMY were limited, and ended in 1993.

15. Dr. Batterjee was never a Secretary General of WAMY, nor did he hold any other official position within the organization. Dr. Batterjee never acted on behalf of or represented WAMY.

16. The following is a list of all the Secretary Generals of WAMY since its inception:

   1. Dr. Abdul Hameed Abu Soliman (1973 to 1978)
   2. Dr. Ahmad Abdul Qadir bahifdallah (1978 to 1981)
   3. Dr. Tawfeeq ibn Ahmed Al Qusayyer (1981 to 1986)
   4. Dr. Manih ibn Hammad al Juhani (1986 to 2002)
   5. Dr. Saleh S. Al-Wohaibi (2002 to present).

17. WAMY is a well respected charitable and humanitarian organization.

18. WAMY has a good working relationship with various countries from around the world. WAMY's humanitarian projects are usually coordinated and approved by the hosting countries.

19. WAMY is a peaceful organization that believes in helping the needy, the orphans and the poor as well as the victims of wars and natural disasters. WAMY believes in saving lives and not destroying them. Its humanitarian projects have



*P.O. Box: 10845 Riyadh 11443 -Kingdom of Saudi Arabia*
*Building 1079 King Fahd Road - Muhammadiah Dist.*
*Tel: (+9661) 2050000 Fax:(+9661) 2050011*

ص.ب، ١٠٨٤٥ - الرياض ١١٤٤٣ - المملكة العربية السعودية
مبنى رقم ١٠٧٩ - طريق الملك فهد - حي المحمدية
هاتف، ٢٠٥٠٠٠٠(٠٩٦٦١) فاكس، ٢٠٥٠٠١١(٠٩٦٦١)

www.wamy.org    e-mail: info@......-....



**World Assembly of Muslim Youth**

Member of the UN NGO'S



الندوة العالمية للشباب الإسلامي

عضو المنظمات غير الحكومية - هيئة الأمم المتحدة

Ref. No: **1/12010**    الرقم : 
**27/09/1426H**
Date : **30/10/2005G**    التاريخ : 

مكتب الأمين العام

The Secretary General Office

saved many lives and offered education to those youths who may otherwise have not received one.

20. Since its existence, WAMY has never intentionally or knowingly carried out or assisted in any way illegal activities that would cause harm to any person, nation or property.

21. WAMY is a separate and distinct organization from the International Islamic Relief Organization ("IIRO").

22. I speak both English and Arabic languages.

I declare under the penalties of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 30th day of October, 2005.

Dr. Saleh Al-Wohaibi



*P.O. Box: 10845 Riyadh 11443 -Kingdom of Saudi Arabia*
*Building 1079  King Fahd Road - Muhammadiah Dist.*
*Tel: (+9661) 2050000  Fax:(+9661) 2050011*

www.wamy.org    e-mail: info@wamy.org

ب، ١٠٨٤٥ - الرياض ١١٤٤٣ - المملكة العربية السعودية
ى رقم ١٠٧٩ - طريق الملك فهد - حي المحمدية
تلف.. ٢٠٥٠٠٠٠(٩٦٦١+) فاكس، ٢٠٥٠٠١١(٩٦٦١+)

# EXHIBIT C

10/27/2005

Translation from Arabic

Hand written;                    1- International Benevolence Foundation
                                 2- Benevolence Committee

*On The Name of Allah, the Most Merciful and Most Gracious*
*{Illegible Emblem}*

## World Assembly of Muslim Youth

Office of the Secretary General                    Number: 4431
                                                   Date: 4/9/1413 H.

His Excellency, Mr. Adel Batterji,          May God save him,
Chairman, Benevolence International Islamic Committee Foundation,

May Peace and God's Mercy be on you.

I am pleased to your kind attention that the Assembly has learnt about your formation of an organization bearing the name Benevolence International Foundation. Since the similarity between the Foundation and the Benevolence Islamic Committee within the Assembly is clear, in terms of the unified emblem of both of them and their role and functions, I request of your Excellency that this be in consideration in the future, since it may have a confusing effect on the dealers and the donors, despite the fact that the two are not organizationally or administratively related.

I urge you to alert those who deal with your organization to be observant of that issue, if the Foundation's emblem and name remain the same, since the Assembly, along with its affiliate Benevolence Committee, is not responsible for the Foundation's activities or advertisements. I also wish to alert those who cooperate with the Foundation, in donation-collection within the Kingdom, to not confuse the Committee and the Foundation, considering the importance of this matter.

We gratefully appreciate your kind attention and cooperation.
May Peace and God's Mercy be on you.

{Circular Seal of World Assembly of Muslim Youth}

                                                   S/M-225

Secretary General of World Muslim Youth,
Dr. Sanel Bin Hammad Al-Jahani {Signed}

P.O. Box 10845, Riyadh, Prince Sultan Bin Abdul Aziz St.,
Saudi Arabic, Tel: (01) 4641669/4841663. Cable: ISLAMYIAH RIYADH
Tlx: 400413/405220 ISLAM SJ         Fax: (01) 4641710/4541676





بسم الله الرحمن الرحيم

سم منظمة البر الاسلامية ..
عن / لجنة البر

**World Assembly of Muslim Youth**                    **الندوة العالمية للشباب الاسلامي**

مكتب الأمين العام

**Office of the Secretary General**

الرقـم ........... ٤٤٢١
التاريخ .......... ١٤١٣/٩/٨ هـ

سعادة الأخ الفاضل الاستاذ / عادل بترجي            حفظه اللـه
رئيس منظمة لجنة البر الاسلامية العالمية

السلام عليكم ورحمة الله وبركاته ..

يسرني أن أحيط سعادتكم علما بأن الندوة قد علمت بتكوينكم منظمة تحمل اسم
منظمة البر العالمية .. ولما كان التشابه واضحا فيما بين المنظمة ولجنة البر
الاسلامية في الندوة سواء من ناحية الشعار الموحد لهما أو دورهما ووظيفتهما
فانني ارجو من سعادتكم ان يؤخذ ذلك مستقبلا بعين الاعتبار حيث ان نتيجته قد تعود
باللبس على المتعاملين والمتبرعين رغم عدم وجود رابطة بينهما من الناحيـــــة
التنظيمية والادارية .

آمل التنبيه على المتعاونين مع منظمتكم بمراعاة ذلك اذا ظل شعار المنظمـة
على ما هو عليه واسمها كذلك حيث ان الندوة تعتبر غير مسئولة مع لجنة البـر
التابعة لها عما يصدر من المنظمة من نشاطات او اعلانات كما ارجو التأكيد علـى
المتعاونين مع المنظمة في حالة جمع التبرعات داخل المملكة على عدم الخلط بيـن
اللجنة والمنظمة نظرا لأهمية هذا الأمر .

شاكرين ومقدرين حسن تعاونكم واهتمامكم ..

والسلام عليكم ورحمة الله وبركاته ،،،،

الأمين العــام
للندوة العالمية للشباب الاسلامي

د . مانع بن حماد الجهنــــي



٢٢٥ - م/م

P.O.Box 10845 · Riyadh 11443 · Prince Sultan Bin Abdul Aziz Str,
Saudi Arabia, Tel. (01) 4641669/4641663, Cable: ISLAMIYAH RIYADH
Tlx. 400413/405220 ISLAMI SJ. Fax. (01) 4641710/4641676

ص . ب ١٠٨٤٥ ــ الرياض ١١٤٤٣ ــ شارع الأمير سلطان بن عبد العزيز ــ العليا
المملكة العربية السعودية، هاتف ٤٦٤١٦٦٣/٤٦٤١٦٦٩ (٠١)، برقيا: اسلامية الرياض
تلكس ٤٠٠٤١٣/٤٠٥٢٢٠ اسلامي اس جي، فاكس ٤٦٤١٧١٠/٤٦٤١٦٧٦ (٠١)



**The Language Link**

## TO WHOM IT MAY CONCERN
## STATEMENT CERTIFYING PROFESSIONAL TRANSLATION

The Language Link provides professional translation services. We have translated the attached documents from Arabic into English employing a team of professional and experienced translators who have a fluent knowledge of both languages.

We edited the translated text for meaning, accuracy and consistency with the original source text, and we proofread the translated text for spelling and grammatical accuracy.

We hereby certify that to the best of our knowledge, the translation that we have provided is an accurate and faithful translation of the original text provided to us.

Evren Ay
*ATA Certified Translator*
The Language Link, Inc.

*SWORN TO BEFORE ME THIS*
1st day of November, 2005

(Notary Public)

DONNA A. HARRISON
Notary Public, State of New York
No. 01HA5082928
Qualified in Kings County
Commission Expires July 8, 2006

51 East 42nd Street, Suite 1510  New York, NY 10017

Tel: (212) 697 1749  Fax:(212) 286 8224  e-mail:info@thelanguagelink.com  www.thelanguagelink.com

# EXHIBIT D

LAW FIRM OF
## OMAR T. MOHAMMEDI
200 MADISON AVENUE, SUITE 1901
NEW YORK, NY 10016-3903
PHONE (212) 725-3846
FACSIMILE (212) 725-9160

OF COUNSEL:
TARIK DAVIS
MARC RUBIN
KHURRUM WAHID
DEVEREAUX CANNICK

WEBSITE: OTMLAW.COM

E-MAIL: OMOHAMMEDI@OTMLAW.COM

Friday, July 10th 2004

United States Attorney's Office,
Eastern District of Virginia
John T. Martin,
Assistant United States Attorney
2100 Jamieson Ave,
Alexandria, VA
22314-5794

Mr. Martin,

I spoke to you via telephone on June 3, 2004 regarding my client World Assembly of Muslim Youth, WAMY. We discussed a release of property seized either in original or copied format sometime in July based upon the progress of your investigation.

As of today WAMY has received no indication that any items will be returned. It is important that WAMY receive the items taken for it to fulfill its obligations under U.S. law including but not limited to the filing of licensing and taxation information. At least three items seized were classified as "Attorney/Client Doc's". As WAMY is involved in civil litigation these items need to be recovered in a timely manner. I have attached a list of the items seized and sought to be returned.

As I stated in the conversation WAMY is a non-profit charitable organization that seeks only to assist children and youth around the world. As such it is entirely in line with our mission to work in a positive manner with law enforcement and in fact we have done so on occasions in the past. Once again I offer our full cooperation in your investigation and we are confident it will exonerate WAMY and its Officers and Directors from any cloud of criminal conduct.

Sincerely,

Khurrum Wahid, Esq.
Counsel for
World Assembly of Muslim Youth
Cell phone (917) 940-5997
Email khurrum.wahid@verizon.net

LAW FIRM OF
# OMAR T. MOHAMMEDI
200 MADISON AVENUE, SUITE 1901
NEW YORK, NY 10016-3903
PHONE (212) 725-3846
FACSIMILE (212) 725-9160

OF COUNSEL:
TARIK DAVIS
MARC RUBIN
DEVEREAUX CANNICK

WEBSITE: OTMLAW.COM
E-MAIL: OMOHAMMEDI@OTMLAW.COM

June 29, 2004

**VIA AIRBORNE EXPRESS**
Harry Huge, Esq.
Harry Huge Law Firm, LLP
401 Ninth Street, N.W., Suite 450
Market Square North
Washington, D.C. 20004
Phone: (843) 722-1628
Facsimile: (202) 318-1261

**Re: Burnett v. Al Baraka Investment and Development Corp., et al. (1:03-CV-
09849(RCC)
Master Docket: 03 MDL 1570 (RCC)**

Dear Mr. Huge:

As retained counsel for the World Assembly of Muslim Youth ("WAMY"), my Co-Counsel Khurrum Wahid sent you a letter on April 8, 2004, offering a one month extension to serve our client in Virginia. This was following a telephone conversation he had with you. Mr. Wahid provided the address to serve. (Attached is the letter offered). To date WAMY has not been served.

In addition, on June, 4, 2004, Kreindler & Kreindler filed a motion to voluntarily dismiss WAMY among other defendants in Kathleen Ashton, et al., v. Al Qaeda Islamic Army, et al., 02-CV-6977 (RCC), consolidated under 03 MDL 1570. Attached please find a copy of the Motion for Voluntary Dismissal. As you may know, the Ashton and Burnett cases were consolidated. The factual allegations, causations and remedies are identical in the two cases. We are requesting a voluntary dismissal of WAMY and

WAMY International in the Burnett v. Al Baraka Investment and Development Corp., 1:03-CV-09849, consolidated under 03 MDL 1570.

We look forward to hearing from you to discuss this matter further.

Sincerely,

Omar Mohammedi

Enclosures:
- Letter offering extension to serve (April 8th)
- Motion for Voluntary Dismissal (June 4th)

Cc: Ronald Motley, Esquire

WAMY/BRN

# EXHIBIT E

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THOMAS BURNETT, SR.,                        )
in his own right As the father of           )
THOMAS E. BURNETT, JR.,                      )
Deceased, et al.                             )
                                             )
                     Plaintiffs,             )
                                             )
v.                                           )
                                             ) Civil Action No: 1:02 CV 01616 (JR)
WORLD ASSEMBLY OF MUSLIM                     )
YOUTH                                        )
a/k/a/ WAMY INTERNATIONAL. INC,              )
a/k/a/ WORLD ASSOCIATION FOR                 )
MUSLIM YOUTH                                 )
                     Defendants.             )

**DECLARATION OF MAHER H. HANANIA**

I Maher H. Hanania hereby state and declare that:

1. I am an attorney with the Law Firm of HANANIA & KHEDER with offices located in the Commonwealth of Virginia.

2. I was retained by the WAMY to represent them in the above referenced matter.

3. On April 22, 2003, Defendants' counsel filed a Consent Motion for an Extension of Time to Respond to Plaintiff second Amended Complaint.

4. On April 25, 2003 the court granted the said Motion.

5. Thereafter, counsel for Plaintiff contacted Counsel to find out when an answer on behalf of WAMY will be filed.

6.  Counsel for Defendant informed Plaintiff counsel that he did not serve WAMY and that they have not served the Third Amended Complaint.

7.  Counsel for Plaintiff informed Counsel for Defendant that the Third Amended Complaint will be served.

8.  Counsel for Defendant informed Counsel for Plaintiff that an answer will be filed on time once the Complaint is served.

9.  Upon information and belief Counsel for Plaintiff never served defendants.

10. Upon information and belief service of original complaint was not perfected on Defendants.

11. Pursuant to 28 U.S.C. § 1746, I declared under penalty of perjury that the foregoing is true and correct.

Executed this 2th, day of November, 2004.

Maher H. Hanania

# EXHIBIT F

(703) 7838409

982(a)(23)

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Young, Riley Dudley & Debrota<br>3815 River Crossing Parkway #340<br>Indianapolis, Indiana 46240 | (317) 848-7939 | |
| | Ref. No. or File No. | |

ATTORNEY FOR *(Name):*

Insert name of court and name of judicial district and branch court, if any:
United States District Court of Columbia

SHORT TITLE OF CASE:
Burnett vs. Al Baraka

| PROOF OF SERVICE<br>(Summons) | DATE: | TIME: | DEPT./DIV.: | CASE NUMBER:<br>1-02-01616-JR |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the *(specify documents):*
   Summons & Amended Complaint

2. a. Party served *(specify name of party as shown on the documents served):*
   World Assembly of Muslim Youth a/k/a a Wamy International, Inc., a/k/a
   World Association for Muslim Youth
   b. Person served: ☐ party in item 2a  ☒ other *(specify name and title or relationship to the party named in item 2a):*
   Caroline Sodder (Person in Charge Authorized to Accept Service)
   c. Address: 5134 Leesburg
   Alexandria, VA 22302

3. I served the party named in item 2
   a. ☐ by personally delivering the copies  (1) on  *(date):*                    (2) at *(time):*
   b. ☒ by leaving the copies with or in the presence of *(name and title or relationship to person indicated in item 2b):*
      Caroline Sodder (Person in Charge Authorized to Accept Service)
      (1) ☒ (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the
          person served. I informed him or her of the general nature of the papers.
      (2) ☐ (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of
          abode of the person served. I informed him or her of the general nature of the papers.
      (3) on  *(date):* 12/23/02     (4) at *(time):*  4:10 pm
      (5) ☐ A declaration of diligence is attached. *(Substituted service on natural person, minor, conservatee, or candidate.)*
   c. ☒ by mailing the copies to the person served, addressed as shown in item 2c, by first-class mail, postage prepaid,
      (1) on  *(date):* 12/23/02 .   (2) from *(city):* Los Angeles, CA
      (3) ☐ with two copies of the Notice and Acknowledgment of Receipt and a postage-paid return envelope addressed to me.
      (4) ☐ to an address outside California with return receipt requested.      ↘ *(Attach completed form.)* ↗
   d. ☐ by causing copies to be mailed. A declaration of mailing is attached.
   e. ☐ other *(specify other manner of service and authorizing code section):*

4. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☒ on behalf of *(specify):* World Assembly of Muslim Youth a/k/a a Wamy International, Inc., a/k/a World Association for muslim youth
      under: ☒ CCP 416.10 (corporation)     ☐ CCP 416.60 (minor)          ☐ other:
             ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
             ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (individual)

5. Person serving *(name, address, and telephone No.):*
   Process Service Network
   10010 Canoga Avenue #B-6
   Chatsworth, CA 91311-3043
   (818)772-4795  Fax: (818)772-4798
   Member CAPPS and NAPPS

   a. Fee for service: $        89.00
      CCP1033.5 (a) 4B
   b. ☐ Not a registered California process server.
   c. ☐ Exempt from registration under B&P § 22350(b).
   d. ☒ Registered California process server.
      (1) ☐ Employee or independent contractor.
      (2) Registration No.:
      (3) County:

6. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
7. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

Date: 12-23-02                    ▶ _____
                                         *(SIGNATURE)*

Form Adopted by Rule 982
Judicial Council of California
982(a)(23) (New July 1, 1987)
Mandatory Form

PROOF OF SERVICE
(Summons)

40/Blank

Code Civ. Proc. § 417.10(f)

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## District of Columbia

THOMAS BURNETT, SR., in his own right
as the Father of THOMAS E. BURNETT, JR.,
Deceased, et al.,

      Plaintiff(s),

            V.

AL BARAKA INVESTMENT AND DEVELOPMENT
CORPORATION, a/k/a AL BARAKA BANK a/k/a
DALLAH ALBARAKA GROUP, LLC, et al.,

      Defendant(s).

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1-02-01616-JR

TO: (Name and address of Defendant)

Dr. Anwar Hajjaj
President
c/o Taibah International Aid Association
P.O. Box 1181
Falls Church, Virginia 22041

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Harry Huge, Esq.
Market Street North
401 Ninth Street NW
Suite 450
Washington, DC 20004
(202) 824-6045

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

OCT 3 1 2002

_____
CLERK

_____
DATE

*[signature]*
_____
(By) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  12/23/02 |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:  Anat Haddad (Co-Tenant)
4124 Bennett Dr., Annandale, VA 22003-3401

G  Returned unexecuted: _____

_____

_____

G  Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0.00 | 89.00 | 89.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/23/02          _____
                Date              *Signature of Server*

Process Service Network
10010 Canoga Ave #B6
Chatsworth, CA 91311
*Address of Server*

**RECEIVED**

MAY 12 2003

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# EXHIBIT G

LAW FIRM OF
## OMAR T. MOHAMMEDI
200 MADISON AVENUE, SUITE 1901
NEW YORK, NY 10016-3903
PHONE (212) 725-3846
FACSIMILE (212) 725-9160

OF COUNSEL:

MARC RLHIN
DEVEREAUX CANNICK
KHURRUM WAHID
SETH MARCUS

WEBSITE: WWW.OTMLAW.COM

OMAR T. MOHAMMEDI
DIRECT LINE: EXT. 18
OMOHAMMEDI@OTMLAW.COM

November 29, 2004

## VIA TELECOPY & AIRBORNE EXPRESS

J. Scott Tarbutton, Esq.
Cozen O'Connor, P.C.
1900 Market Street
Philadelphia, Pennsylvania 19103
Facsimile: (215) 701-2492

Andrea Bierstein, Esq.
Hanly Conroy Bierstein & Sherridan LLP
415 Madison Avenue
New York, New York 10017-5590
Facsimile: (212) 401-7635

Gina MacNeill, Esq.
Jerry Goldman & Associates
1500 JFK Boulevard, Suite 1411
Philadelphia, Pennsylvania 19102
Facsimile: (215) 569-8899

> **Re: MDL-1570:**
> **Federal Insurance Co. v. Al Qaeda, et al., 03-CV-6978 (RCC);**
> **O'Neil v. Al Baraka Investment & Development Corp., et al.,**
> **04-CV-1923 (RCC); Burnett, et al. v. Al Baraka Investment &**
> **Development Corp., et al., 03-CV-9849 (RCC)**

Dear Counsel:

 We write on behalf of our clients, the World Assembly of Muslim Youth International ("WAMY USA") and the World Assembly of Muslim Youth ("WAMY Saudi Arabia SA"). This letter addresses the service issues in the above captioned matters.

 As per our telephone conversation with J. Scott Tarbutton on November 16th

and 18th and 23rd, the Law Firm of Omar T. Mohammedi will accept service on behalf of WAMY USA and WAMY SA in the Federal Insurance Co. et al., v. Al Qaeda, et al. In return Plaintiffs in Federal Insurance will strike WAMY's name from service by publication as per the Judge's Order on September 15, 2004. WAMY and WAMY USA, however, preserve all their defenses that may be asserted, including but not limited to Rule 12(b) of the Federal Rules of Civil Procedure

With regard to O'Neil v. Al Baraka Investment & Development Corp., et al., as per our telephone conversations on November 17, 2004 with Gina MacNeill, despite the fact that Plaintiffs' counsel has not yet attempted to serve WAMY USA or WAMY SA, we have agreed to accept service through our firm. In exchange, Plaintiffs' counsel agreed to strike WAMY from service by publication.

With regard to other cases, WAMY would like to know the other Plaintiffs seeking to serve WAMY via publication. WAMY has been dismissed in Ashton, et al. v. Al Qaeda, et al., Salvo et al. v. Qaeda Islamic et al, and Bauer v. Al Qaeda Islamic Army et al.

This firm's acceptance of service is conditioned on the establishment of a reasonable briefing schedule for the motions to dismiss. We trust that the stipulation will be drafted on behalf of all parties and cases.

With regard to Burnett, et al. v. Al Baraka Investment & Development Corp., et al., WAMY USA and WAMY SA will not agree to accept service for the following reasons:

On December 23, 2002, Plaintiffs' counsel failed to serve WAMY USA in Alexandria, Virginia by serving a Summons and Complaint on a person not authorized to accept service. WAMY's former attorney informed Plaintiff of the defect and requested that Plaintiffs' counsel reserve WAMY USA. Plaintiffs' counsel never did.

On April 8, 2004, upon our appearance to represent WAMY, co-counsel Khurrum Wahid spoke to Mr. Harry Huge about the defective service. Thereafter, Mr. Wahid offered Mr. Huge a 30-day extension to effectuate service upon WAMY USA and WAMY SA. Notwithstanding the fact that the 120-day limitation period had long expired, counsel for Plaintiff did not attempt to serve WAMY or at least contact Defendant's counsel when offered another 30 days to serve Defendant. Back in June, we wrote another letter requesting that Plaintiff either serve or dismiss WAMY. Once again Plaintiffs' counsel ignored Defendant's counsel communication.

In our last attempt to give Plaintiff another opportunity, on July 22nd, I personally met with Ms. Bierstein and requested that Plaintiffs' counsel either serve or dismiss WAMY. Ms. Bierstein promised that someone will get in touch with us to resolve this issue. We have not heard from anyone since.

# HANLY CONROY BIERSTEIN & SHERIDAN LLP

415 MADISON AVENUE
NEW YORK, NEW YORK 10017-1111
www.hanlyconroy.com

ANDREA BIERSTEIN (NY & MA)
  (212) 401-7556
JAYNE CONROY (NY, DC & MA)
  (212) 401-7555
CLINTON B. FISHER (NY & DC)
  (212) 401-7557
PAUL J. HANLY, JR. (NY & TX)
  (212) 401-7550
THOMAS I. SHERIDAN, III (NY)
  (212) 401-7602

TELEPHONE (MAIN)
(212) 401-7600

TELECOPIER
(212) 401-7635

EMAIL
abierstein@hanlyconroy.com

VIA EMAIL & MAIL

December 1, 2004

Omar T. Mohammedi, Esq.
Law Firm of Omar T. Mohammedi
200 Madison Avenue, Suite 1901
New York, New York 10016-3903

Re:   MDL 1570 (*Burnett v. Al Baraka Inv. & Devel. Co.*, 03 Civ-9849 (RCC))

Dear Mr. Mohammedi:

I write in response to your letter of November 29, 2004, concerning service of process on the World Assembly of Muslim Youth ("WAMY") in the *Burnett* case. You contend that you will not accept service of process in *Burnett* because you believe that our earlier efforts to serve your client were invalid and you further assert that we have ignored your efforts to resolve the issue between us. Neither of these positions is correct.

On September 7, 2004, in response to your earlier inquiries, Justin Kaplan of Motley Rice LLC faxed to you copies of the Certificate of Service and the affidavit from our process server confirming service on WAMY in December, 2002. In his cover letter, Mr. Kaplan invited you to provide us with any reason you might have why we should not view your client as being in default. (I enclose another copy of Mr. Kaplan's letter for your reference.) I understand from Mr. Kaplan that he never received a response from you. Thus, it is you, and not we, that have refused to address the question of service on WAMY. Moreover, the documents that Mr. Kaplan sent show that WAMY was properly served and is currently in default. Accordingly, it is our intention to seek a default judgment against your client. If you wish to discuss this further, please contact Mr. Kaplan at 843-216-9109.

Sincerely,

Andrea Bierstein

Enc.
cc:   Justin Kaplan, Esq.

LAW FIRM OF
## OMAR T. MOHAMMEDI
200 MADISON AVENUE, SUITE 1901
NEW YORK, NY 10016-3903
PHONE (212) 725-3846
FACSIMILE (212) 725-9160

OF COUNSEL:

MARC RUDIN
DRVEREAUX CARNICK
KHERRUN WAHID
SETH MARCUS

WEBSITE WWW.OTMLAW.COM

OMAR T. MOHAMMEDI
DIRECT LINE: EXT. 18
OMOHAMMEDI@OTMLAW.COM

December 2, 2004

## VIA TELECOPY & FACSIMILE

Andrea Bierstein, Esq.
Hanly Conroy Bierstein & Sherridan LLP
100 Park Avenue
New York, New York 10017-5590
Facsimile: (212) 401-7635

Justin B. Kaplan
Motley Rice, LLC
9701 Lake Forest Boulevard
New Orleans, LA 70127
Facsimile: (504) 245-1816

### Re: MDL-1570:
### Burnett, et al. v. Al Baraka Investment &
### Development Corp., et al., 03-CV-9849 (RCC)

Dear Ms. Bierstein:

I write in response to your December 1, 2004 letter. In that letter you contend that on September 7, 2004 Justin Kaplan faxed me copies of the Certificate of Service, as well as the affidavit from your process server which purported to confirm service on WAMY in December 2002. You further have the audacity to state that Mr. Kaplan's cover letter invited me to provide any reason why my clients should not be viewed as being in default, and that I failed to respond to this invitation.

Our attempts to contact you regarding service issues have been well documented in our previous letters and communications. If we were not prepared to respond, as you allege, we would not have initiated contact with you, nor would we have repeatedly attempted to follow up on that contact to urge you to serve our clients.

As for the September 7, 2004 letter, supposedly sent to us by Mr. Kaplan, we never responded to it simply because we never received it. Please provide us with proof of the fax transmission.

It is our intention to seek a court order to dismiss the <u>Burnett</u> action based on the above stated facts. Thank you and please contact me with any questions.

Sincerely,

Omar T. Mohammedi

WAMY/Service