USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*
> *Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-CV-6978 (S.D.N.Y.)
> *Kathleen Ashton, et al v. Al Qaeda Islamic Army, et al.* Case No. 1:02-6977 (S.D.N.Y.)
> *Cantor Fitzgerald & Co., et al. v. Akida Bank Private., Ltd., et al.*, Case No. 04-CV-7065 (S.D.N.Y.)
> *Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.*, Case No. 04-CV-05970-UA (S.D.N.Y.)
> *New York Marine and General Insurance Co. v. Al Qaida, et al.*, Case No. 04-CV-6105 (S.D.N.Y.)
> *Estate of John P. O'Neill, Sr., on behalf John P. O'Neill, Sr., deceased, and on behalf of decedent's heirs-at-law, et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 04-CV-1923 (S.D.N.Y.)

### STIPULATION AS TO SERVICE OF PROCESS AND EXTENSION OF TIME TO RESPOND TO COMPLAINTS CONSOLIDATED UNDER MDL 1570

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs in all of the above-referenced cases consolidated under 03 MDL 1570 and Defendant Al Shamal Islamic Bank ("Al Shamal"), by and through their undersigned counsel, that the undersigned Defendant's counsel hereby agrees that Al Shamal was properly served with the Complaint in each of the cases referenced above.

IT IS FURTHER HEREBY STIPULATED AND AGREED that Plaintiffs pursuing claims for relief under the Racketeer Influenced and Corrupt Organizations Act ("RICO") shall serve their respective RICO Statements concerning Al Shamal, on or before December 16, 2005.

IT IS FURTHER HEREBY STIPULATED AND AGREED that Al Shamal shall file a consolidated motion to dismiss the Complaint in each of the cases referenced above on or before January 16, 2006.

IT IS FURTHER HEREBY STIPULATED AND AGREED that the Plaintiffs' consolidated opposition to Al Shamal's motion to dismiss shall be served within sixty days of receipt of same from defendant's counsel, and defendant's counsel shall file reply papers, if any, within thirty days of receipt of Plaintiffs' opposing papers.

IT IS FURTHER HEREBY STIPULATED AND AGREED that Al Shamal hereby waives any and all affirmative defenses, objections, privileges, immunities and arguments relating to service of process in each of the cases referenced above, but preserves any and all other defenses, objections, privileges, immunities and arguments available to it.

Respectfully submitted.

COZEN O'CONNOR

By: _____
Sean P. Carter
J. Scott Tarbutton
1900 Market Street
Philadelphia, PA 19103

*Attorneys for Federal Insurance Plaintiffs and Liaison Counsel to Plaintiffs' Executive Committee*

2

MARTIN F. MCMAHON & ASSOCIATES

By: /s/ Martin F. McMahon

Martin F. McMahon
1150 Connecticut Ave., N.W.
Suite 900
Washington, D.C. 20036

*Attorneys for Defendant Al Shamal Islamic Bank*

**SO ORDERED:**

_____
RICHARD CONWAY CASEY, U.S.D.J.

Dated: November 1, 2005

PHILA1\2355878\2 117430.000

3