UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

| | |
|---|---|
| *IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001* | Case No. 03 MDL 1570 (RCC) |
| (SAMI OMAR AL-HUSSAYEN, defendant) | MOTION FOR LEAVE TO WITHDRAW DEAN ARNOLD AND MARSHALL MINTZ AS COUNSEL |

--------------------------------------------------------X

This document relates to:

*Thomas Burnett, et al v. Al Baraka Investment and Dev. Corp, et al.,* Case No. 03 CV 9849 (RCC)
*Euro Brokers, Inc., et al v. Al Baraka Investment and Dev. Corp., et al.,* Case No. 04 CV 7279 (RCC)
*Federal Insurance Company, et al v. Al Qaida, et al.,* Case No. 03 CV 6978 (RCC)
*New York Marine and General Insurance Company, et al v. Al Qaida, et al.*, Case No. 04 CV 6105 (RCC)
*World Trade Center Properties LLC, et al v. Al Baraka Investment and Dev. Corp.,* 04 CV 7280 (RCC)

      COMES NOW Nevin, Benjamin & McKay LLP, attorneys for Defendant Sami Omar Al-Hussayen, and pursuant to Local Civil Rule 1.4, respectfully moves this Court to enter an Order granting attorneys Dean Arnold and Marshall Mintz leave to withdraw as counsel in the above-captioned cases.  This motion is made because Mr. Arnold is no longer employed as an associate of Nevin Benjamin & McKay LLP, and Mr. Mintz is no longer employed as an associate for our local counsel, Joshua L. Dratel, PC.  Other attorneys from Nevin, Benjamin & McKay LLP have been admitted *pro hac vice* in the above cases and Mr. Dratel has entered an appearance as counsel for Mr. Al-Hussayen and all will continue to represent Mr. Al-Hussayen in the above remaining cases.[1]  The withdrawal of Messrs. Arnold and Mintz will not effect or otherwise delay these proceedings.

---

[1] After filing motions to dismiss in the above five cases naming him as a defendant, Mr. Al-Hussayen was voluntarily dismissed from the *Euro Brokers* lawsuit (*see* MDL Docket No. 922 – Notice of Voluntary Dismissal filed by plaintiffs) and the *NY MAGIC* lawsuit (*see* MDL Docket No. 1118 – Stipulation for Dismissal With Prejudice of Defendant Sami Omar Al-Hussayen and Order).  His motions to dismiss in the three remaining lawsuits are pending.

    DATED this 4th day of November, 2005.

                                                    Respectfully submitted,

| | |
|---|---|
| | ___/s/_____ |
| Joshua L. Dratel (JLD 4037) | Scott McKay (SM3330) |
| JOSHUA L. DRATEL, P.C. | NEVIN, BENJAMIN & MCKAY LLP |
| 14 Wall Street, 28th Floor | David Z. Nevin (DN2615) |
| New York, NY 10005 | Sheryl L. Musgrove (SLM5233) |
| Telephone: 212-732-0707 | 303 West Bannock |
| Facsimile: 212-571-6341 | P.O. Box 2772 |
| | Boise, ID 83701 |
| | Telephone: 208-343-1000 |
| | Facsimile: 208-345-8274 |

                                                    *Attorneys for Defendant Sami Omar Al-Hussayen*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 4th day of November, 2005, I caused the foregoing Motion for Leave to Withdraw Dean Arnold and Marshall Mintz as Counsel to be served electronically pursuant to the Court's ECF system on all counsel of record.

      ___/s/_____
      Scott McKay