```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-9-5
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*
  *Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-CV-6978 (S.D.N.Y.)
  *Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.*, Case No. 04-CV-05970-UA (S.D.N.Y.)
  *Euro Brokers, Inc., et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 04-CV-07279-UA (S.D.N.Y.)
  *New York Marine and General Insurance Co. v. Al Qaida, et al.*, Case No. 04-CV-6105 (S.D.N.Y.)
  *World Trade Center Properties, LLC, et al. v. Al Baraka Investment and Development Corporation, et al.*, Case No. 04-CV-2780 (S.D.N.Y)

## STIPULATION EXTENDING TIME
## TO RESPOND TO COMPLAINTS CONSOLIDATED UNDER MDL 1570

IT IS HEREBY STIPULATED AND AGREED, between undersigned counsel for *Federal Insurance* Plaintiffs, represented by Sean Carter on behalf of all Plaintiffs in the above captioned actions, and undersigned counsel for Defendants World Assembly of Muslim Youth in Saudi Arabia ("WAMY SA") and the World Assembly of Muslim Youth International, ("WAMY USA") represented by the Law Firm of Omar T. Mohammedi that

(1) The parties respectfully seek this Court's approval for an extension of time for the Defendants WAMY SA and WAMY USA to answer or otherwise move against the above referenced complaints by November 21, 2005,

(2) Its is also stipulated and agreed that Plaintiffs' oppositions shall be served within (60) sixty days of service of the motion and Defendants' reply briefs shall be served within (30) days of the service of Plaintiffs' oppositions.

(3) All other provisions of the Stipulation as to Service of Process and Extension of Time to Respond previously filed by the parties on July 26, 2005 remain in full force and effect.

Respectfully submitted.

COZEN O'CONNOR

By: _____
Sean P. Carter, Esq.
J. Scott Tarbutton, Esq.
1900 Market Street
Philadelphia, PA 19103

*Attorneys for Plaintiffs*

LAW FIRM OF OMAR T. MOHAMMEDI

By: _____
Omar T. Mohammedi, Esq.
200 Madison Avenue
New York, New York 10016

*Attorneys for Defendants*

SO ORDERED:

_____
RICHARD CONWAY CASEY, U.S.D.J.

Dated: November 9, 2005

2