USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-9-05

Ecf

MotleyRice

Jodi Westbrook Flowers
Licensed in SC
DIRECT DIAL 843.216.9163
DIRECT FAX 843.216.9027
JFlowers@motleyrice.com

*Application denied*
*11/9/05*
*Richard Conway Casey*

November 4, 2005

**HAND DELIVERED**

Honorable Richard Conway Casey
United States District Court for the
  Southern District of New York
500 Pearl Street, Room 1350
New York, New York 10007-1312

    Re:   *In Re: Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (RCC)

Dear Judge Casey:

    Plaintiffs in the above-referenced cases hereby move the Court for leave to file a sur-reply to the Reply Memorandum of Law in Support of Motion to Dismiss filed by Defendant Yousef Jameel on October 31, 2005 ("Jameel Reply"). Plaintiffs attempted to resolve this matter with defense counsel. Simply stated, a short sur-reply is required for two reasons: The Jameel Reply contains such invective toward counsel that it falls squarely within this Court's clear admonition on May 25, 2004 regarding *ad hominem* attacks against opposing counsel and requests for professionalism, and second, the Jameel Reply unfairly and inaccurately accuses Plaintiffs of fabricating documents. (Jameel Reply at 1.) No such fabrication occurred.

    Plaintiffs understand that it is not the common practice of this Court to allow sur-replies and do not make this request lightly.[1] However, the charges levied by counsel for Yousef Jameel against Plaintiffs' counsel are so unfounded and serious as to merit a <u>short</u> sur-reply. Alternatively, Plaintiffs ask that the offending portions of the Jameel Reply be stricken or disregarded by the Court.

---

[1] Plaintiffs are aware that, on at least one prior occasion, your Honor has granted leave for the filing of sur-replies in a case pending before you. *See Fezzani v. Bear, Stearns & Co., Inc.,* Case No. 99-CV-793 (RCC), 2004 WL 1781148 (S.D.N.Y. Aug. 10, 2004) (J. Casey).

Motley Rice LLC
Attorneys at Law



28 Bridgeside Blvd.
PO Box 1792
Mt. Pleasant SC 29465
843 216 9000
843 216 9450 fax

1750 K St. N.W.
P.O. Box ...
Washington DC 20852
202 232 5800
202 232 7048 fax

...South Main St.
P.O. Box 10067
Providence RI 02910
401 457 7700
401 457 7708 fax

...Lake Forest Bl.
New Orleans LA 70127
504 345 1012
504 345 1961 fax

...Hartford St.
Hartford CT ...
860 882 1681
860 882 1682 fax

Judge Richard Conway Casey
United States District Court for the
 Southern District of New York
November 4, 2005
Page 2

Thank you for your consideration of this request.

Respectfully submitted,

*Jodi W. Flowers/mp*

Jodi Westbrook Flowers

JWF/crh
cc:   All Counsel of Record