UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In Re: **TERRORIST ATTACKS OF** **SEPTEMBER 11, 2001** | ) |
|  | ) **03 MDL 1570 (RCC)** |
|  | ) **ECF CASE** |
|  | ) |
|  | ) **04 CV 1076** |
|  | ) **04 CV 1923** |
|  | ) |
|  | ) |
|  | ) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-10-05

## NOTICE OF MOTION FOR PRO HAC VICE ADMISSION
## OF AMY BERMAN JACKSON

PLEASE TAKE NOTICE that upon the annexed declarations of David U.

Gourevitch and Amy Berman Jackson, and the exhibits thereto, Defendants Martin

Wachter, Erwin Wachter, Sercor Treuhand Anstalt, and Asat Trust Reg. will move this

Court at a date and at such a time as may be designated by the Court in the United States

Courthouse at 500 Pearl Street, New York, NY 10007 for an Order pursuant to Local

Civil Rule 1.3(c) of this Court for the *pro hac vice* admission of Amy Berman Jackson to

appear before this Court as counsel for Martin Wachter, Erwin Wachter, Sercor Treuhand

Anstalt, and Asat Trust Reg.

October 21, 2005

Respectfully submitted,

David Gourevitch

David U. Gourevitch (DG8795)
Law Office of David Gourevitch
Tower 56, Second Floor
126 East 56th Street
New York, NY 10022
Tel.:   (212) 355-1300
Fax:   (212) 355-1531

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In Re: **TERRORIST ATTACKS OF**<br>**SEPTEMBER 11, 2001** | )<br>)  **03 MDL 1570 (RCC)**<br>)  **ECF CASE**<br>)<br>)  **04 CV 1076**<br>)  **04 CV 1923**<br>)<br>)<br>) |

## DECLARATION OF DAVID U. GOUREVITCH IN SUPPORT
## OF THE MOTION OF DEFENDANTS MARTIN WACHTER, ERWIN
## WACHTER, SERCOR TREUHAND ANSTALT, AND ASAT TRUST REG.
## FOR *PRO HAC VICE* ADMISSION OF AMY BERMAN JACKSON

I, DAVID U. GOUREVITCH, declare as follows:

1.   I am a partner in the Law Office of David Gourevitch, P.C., counsel for

defendants Martin Wachter, Erwin Wachter, Sercor Treuhand Anstalt, and Asat Trust

Reg., and I am duly admitted to practice before this Court and the courts of the State of

New York.

2.   I submit this declaration in support of the motion under Local Civil Rule 1.3(c)

for the *pro hac vice* admission of Amy Berman Jackson to appear before this Court as

attorney for defendants Martin Wachter, Erwin Wachter, Sercor Treuhand Anstalt, and

Asat Trust Reg. in this action.

3.   In connection with this application, I submit as Exhibit B Ms. Jackson's

declaration in which she describes her experience and familiarity with the Judicial Code

governing practice in the United States District Courts, Federal Rules of Civil Procedure,

Federal Rules of Evidence, and Local Rules governing practice in this Court.  Attached to

Ms. Jackson's declaration are certificates of good standing issued within the past 30 days

from the District of Columbia and Virginia.

    4.  For the foregoing reasons, I respectfully request the *pro hac vice* admission of

Amy Berman Jackson in this action. For the Court's convenience, a proposed order

granting the motion to admit Ms. Jackson *pro hac vice* is attached as Exhibit A.


    I declare under penalty of perjury under the laws of the Southern District of New

York that the foregoing is true and correct.


New York, NY
October 21, 2005

David Gourevitch

David U. Gourevitch (DG8795)
Law Office of David Gourevitch, P.C.
Tower 56, Second Floor
126 East 56th Street
New York, NY 10022
Tel.:  (212) 355-1300
Fax:  (212) 355-1531

**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| | ) |
| **In Re: TERRORIST ATTACKS OF** | ) **03 MDL 1570 (RCC)** |
| **SEPTEMBER 11, 2001** | ) **ECF CASE** |
| | ) |
| | ) **04 CV 1076** |
| | ) **04 CV 1923** |
| | ) |
| | ) |
| | ) |

### ORDER ADMITTING COUNSEL PRO HAC VICE

This matter having been brought before the Court by Martin Wachter, Erwin

Wachter, Sercor Treuhand Anstalt, and Asat Trust Reg., by motion pursuant to Local

Civil Rule 1.3(c) of this Court for the *pro hac vice* admission of Amy Berman Jackson,

on notice to all parties of record hereto, and the Court having reviewed and considered

the papers filed in support of this Motion, it is hereby

ORDERED that Amy Berman Jackson be and hereby is admitted *pro hac vice* in

connection with this action and that she shall abide by the provisions of the Local Rules

of this Court in all respects and be subject to the disciplinary jurisdiction of the Court in

accordance with Local Rule 1.5.

SO ORDERED.

_____

The Honorable Richard Conway Casey
United States District Judge      11-9-05

**EXHIBIT B**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In Re: **TERRORIST ATTACKS OF** | ) **03 MDL 1570 (RCC)** |
| **SEPTEMBER 11, 2001** | ) **ECF CASE** |
|  | ) |
|  | ) **04 CV 1076** |
|  | ) **04 CV 1923** |
|  | ) |
|  | ) |
|  | ) |

## DECLARATION OF AMY BERMAN JACKSON IN SUPPORT
## OF THE MOTION OF DEFENDANTS MARTIN WACHTER, ERWIN
## WACHTER, SERCOR TREUHAND ANSTALT, AND ASAT TRUST REG.
## FOR *PRO HAC VICE* ADMISSION OF BARRY COBURN AND AMY BERMAN
## JACKSON

I, Amy Berman Jackson, declare as follows:

1. I am a partner in the law firm of Trout Cacheris, PLLC, co-counsel for defendants

Martin Wachter, Erwin Wachter, Sercor Treuhand Anstalt, and Asat Trust Reg. My

current office address is 1350 Connecticut Avenue, N.W., Suite 300, Washington, D.C.

20036.

2. I submit this declaration in support of the motion under Local Civil Rule 1.3(c)

for my *pro hac vice* admission to appear before this Court as an attorney for defendants

Martin Wachter, Erwin Wachter, Sercor Treuhand Anstalt, and Asat Trust Reg. in this

action.

3. I have been admitted to practice law in the District of Columbia since December

17, 1979. As shown in the Certificate of Good Standing attached to this declaration as

Exhibit 1, I am currently a member in good standing of the Bar of the District of

Columbia. I have been admitted to practice law in Virginia since September 4, 1986. As

shown in the Certificate of Good Standing attached to this declaration as Exhibit 2, I am currently a member in good standing of the Virginia State Bar.

4. I have been admitted to practice before the highest court of the District of Columbia and in the following federal courts: United States District Court for the District of Columbia; United States District Court for the District of Maryland; and United States District Court for the Eastern District of Virginia. I am also admitted to practice before the United States Court of Appeals for the Fourth, Fifth and District of Columbia Circuits.

5. There are no pending disciplinary proceedings against me in any state or federal court.

6. I have read and am familiar with: (a) the provisions of the Judicial Code which pertain to the jurisdiction of, and the practice in, the United States District Courts; (b) the Federal Rules of Civil Procedure; (c) the Federal Rules of Criminal Procedure; and (d) the Local Rules of the United States District Court for the Southern and Eastern Districts of New York.

7. I will faithfully adhere to all rules applicable to my conduct in connection with any activities of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Washington, D.C.
October 17, 2005

Amy Berman Jackson

**EXHIBIT 1**



### District of Columbia Court of Appeals
#### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

### AMY BERMAN JACKSON

was on the ___17___ day of _____DECEMBER, 1979_____ duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 27, 2005.

CARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

**EXHIBIT 2**

Phillip V. Anderson  President
Indik Anderson & Deake, P.C.
29 Franklin Road
P O Box 1240
Roanoke, Virginia 24006-1240
Telephone: (540) 772-4600

Karen A. Gould  President-elect
Childress Gould & Russell  P.C.
5311 West Broad Street
Richmond, Virginia 23230
Telephone: (804) 565-2415

David P. Bobzien  Immediate Past-President
2322 Durand Drive
Roanoke Virginia 23014, 1312
Telephone: (703) 324-2643

Barbara Ann Williams
Bar Counsel

Thomas A. Edmonds
Executive Director and
Chief Operating Officer

Mary Yancey Spencer
Deputy Executive Director

Elizabeth L. Keller
Assistant Executive Director
for Bar Services

Susan C. Busch
Assistant Executive Director
for Administration



# Virginia State Bar

Eighth and Main Building
707 East Main Street, Suite 1500
Richmond, Virginia 23219-2800
Telephone: (804) 775-0500

Facsimile: (804) 775-0501  TDD: (804) 775-0502

*September 28, 2005*

## *CERTIFICATE OF GOOD STANDING*

*THIS IS TO CERTIFY THAT **AMY BERMAN JACKSON** IS AN*

*ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING.*

***MRS. JACKSON** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON*

***SEPTEMBER 4, 1986**, AFTER ADMISSION ON MOTION THROUGH THE*

*SUPREME COURT OF VIRGINIA.*

*SINCERELY,*

*THOMAS A. EDMONDS*
*EXECUTIVE DIRECTOR AND*
*CHIEF OPERATING OFFICER*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In Re: TERRORIST ATTACKS OF** | ) **03 MDL 1570 (RCC)** |
| **SEPTEMBER 11, 2001** | ) **ECF CASE** |
| | ) |
| | ) **04 CV 1076** |
| | ) **04 CV 1923** |
| | ) |
| | ) |
| | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Notice of Motion for Pro Hac

Vice Admission of Amy Berman Jackson, Declaration of David U. Gourevitch In

Support of the Motion of Martin Wachter, Erwin Wachter, Sercor Treuhand Anstalt, and

Asat Trust Reg. For Pro Hac Vice Admission of Amy Berman Jackson, Declaration of

Amy Berman Jackson In Support of the Motion of Martin Wachter, Erwin Wachter,

Sercor Treuhand Anstalt, and Asat Trust Reg. For Pro Hac Vice Admission, and

Proposed Order was served upon all counsel of record by mail on the 21st day of October,

2005.

LAW OFFICE OF DAVID GOUREVITCH, P.C.

David Gourevitch

David U. Gourevitch (DG8795)
Law Office of David Gourevitch, P.C.
Tower 56, Second Floor
126 East 56th Street
New York, NY 10022
Tel.: (212) 355-1300
Fax: (212) 355-1531