UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE TERRORIST ATTACKS SEPTEMBER 11, 2001 | |
|---|---|
| This document relates to:<br><br>Burnett, et al<br><br>Plaintiffs<br><br>v.<br><br>Al Qaeda Islamic, *et al.*<br><br>Defendants | Case No. 1:03-cv-09849-RCC |

**STIPULATION AND ORDER OF DEFENDANT INTERNATIONAL ISLAMIC RELIEF ORGANIZATION TO EXTEND TIME FOR FILING A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT**

IT IS HEREBY STIPULATED and agreed by Plaintiffs and Defendant International Islamic Relief Organization, by and through undersigned counsel, that:

Defendant's time to answer Plaintiff's Complaint is extended until December 5, 2005.

DATED this 11th day of November, 2005

FOR PLAINTIFFS

/s/
Justin Kaplan, Esq.
Motley Rice LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC  29465
(843) 216-9109

FOR DEFENDANT

/s/
Martin F. McMahon, Esq.
Martin F. McMahon & Associates
1150 Connecticut Ave. N.W., Suite 900
Washington, DC  20036
(202) 862-4343

**SO ORDERED:**

_____
Honorable Richard C. Casey
United States District Judge