UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS SEPTEMBER 11, 2001 <br><br> This document relates to: <br><br> Ashton, et al <br><br> Plaintiffs <br><br> v. <br><br> Al Qaeda Islamic, *et al.* <br><br> Defendants | Case No. 1:02-cv-06977-RCC |

**STIPULATION AND ORDER OF DEFENDANT INTERNATIONAL ISLAMIC RELIEF ORGANIZATION TO EXTEND TIME FOR FILING A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT**

IT IS HEREBY STIPULATED and agreed by Plaintiffs and Defendant International Islamic Relief Organization, by and through undersigned counsel, that:

Defendant's time to answer Plaintiff's Complaint is extended until _December 5, 2005_

DATED this __ day of November, 2005

FOR PLAINTIFFS

_____
Andrew J. Maloney, III
Kreindler & Kreindler LLP
100 Park Ave.
New York, NY 10017-5590

FOR DEFENDANTS

_____
Martin F. McMahon
Martin F. McMahon & Associates
1150 Connecticut Ave. N.W., Suite 900
Washington, DC 20036

**SO ORDERED:**

---

Honorable Richard C. Casey
United States District Judge