UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS SEPTEMBER 11, 2001<br><br>This document relates to:<br><br>Ashton, et al<br><br>                    Plaintiffs<br><br>                    v.<br><br>Al Qaeda Islamic, *et al.*<br><br>                    Defendants | Case No.  1:02-cv-06977-RCC |

**STIPULATION AND ORDER OF DEFENDANT WAEL JELAIDEN TO EXTEND TIME FOR FILING A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT**

IT IS HEREBY STIPULATED and agreed by Plaintiffs and Defendant Wael Jelaidan, by and through undersigned counsel, that:

Defendant's time to answer Plaintiff's Complaint is extended until December 5, 2005.

DATED this 11th day of November, 2005

FOR PLAINTIFFS                                          FOR DEFENDANTS

_____/s/_____                          _____/s/_____
Andrew J. Maloney, III                              Martin F. McMahon
Kreindler & Kreindler LLP                        Martin F. McMahon & Associates
100 Park Ave.                                             1150 Connecticut Ave. N.W., Suite 900
New York, NY 10017-5590                       Washington, DC  20036

**SO ORDERED:**

_____
Honorable Richard C. Casey
United States District Judge