**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| IN RE TERRORIST ATTACKS SEPTEMBER 11, 2001 |
| This document relates to: Burnett, et al |
| Plaintiffs |
| v. |
| Al Qaeda Islamic, *et al.* |
| Defendants |

Case No.  1:03-cv-09849-RCC

**STIPULATION AND ORDER OF DEFENDANT WAEL JELAIDAN TO EXTEND TIME FOR FILING A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT**

IT IS HEREBY STIPULATED and agreed by Plaintiffs and Defendant, by and through undersigned counsel, that:

Defendant's time to answer Plaintiff's Complaint is extended until December 5, 2005.

DATED this 11th day of November, 2005

FOR PLAINTIFFS                              FOR DEFENDANT


_____/s/_____                  _____/s/_____
Justin Kaplan, Esq.                         Martin F. McMahon, Esq.
Motley Rice LLC                             Martin F. McMahon & Associates
28 Bridgeside Blvd.                         1150 Connecticut Ave. N.W., Suite 900
Mt. Pleasant, SC  29465                     Washington, DC  20036
(843) 216-9109                              (202) 862-4343

**SO ORDERED:**

_____

Honorable Richard C. Casey
United States District Judge