UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE TERRORIST ATTACKS SEPTEMBER 11, 2001 | |
|---|---|
| This document relates to:<br><br>Federal Ins., et al<br><br>　　　　　　　　Plaintiffs<br><br>　　　　　　　　v.<br><br>Al Qaeda Islamic, *et al.*<br><br>　　　　　　　　Defendants | Case No. 03-cv-06978 (RCC) |

**STIPULATION AND ORDER OF DEFENDANT WAEL JELAIDEN TO EXTEND TIME FOR FILING A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT**

IT IS HEREBY STIPULATED and agreed by Plaintiffs and Defendant Wael Jelaidan, by and through undersigned counsel, that:

Defendant's time to answer Plaintiff's Complaint is extended until December 5, 2005.

DATED this 11th day of November, 2005

FOR PLAINTIFFS　　　　　　　　　　　　　　FOR DEFENDANTS

　　　/s/　　　　　　　　　　　　　　　　　　　/s/
Scott Tarbutton　　　　　　　　　　　　　　Martin F. McMahon
Cozen O'Connor　　　　　　　　　　　　　Martin F. McMahon & Associates
1900 Market St.　　　　　　　　　　　　　1150 Connecticut Ave. N.W., Suite 900
Philadelphia, Pa. 19103　　　　　　　　　Washington, DC 20036
(215) 665-2000　　　　　　　　　　　　　(202) 862-4343

**SO ORDERED:**

_____
Honorable Richard C. Casey
United States District Judge