## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) ECF Case |
|---|---|

**This document relates to:** *Ashton et al. v. Al Qaeda Islamic Army et al.*, 02 CV 6977 (RCC)

### CLERK'S CERTIFICATE OF DEFAULT

I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York ("SDNY"), do hereby certify that this action was commenced on September 4, 2002 with the filing of the Complaint, and the Consolidated Master Complaint was filed on March 6, 2003. The Consolidated Master Complaint and Summons were served on Defendant, the Republic of Sudan ("Sudan"), as follows:

Service was effectuated on Defendant Sudan through diplomatic channels by the Untied States Department of State on April 29, 2003. Proof of such service was transmitted to me, SDNY Clerk J. Michael McMahon, by the U.S. Department of State on May 15, 2003. Proof of such service was filed by the Plaintiffs on September 16, 2005.

I further certify that the docket entries indicate that Defendant, the Republic of Sudan, has not filed an answer or otherwise moved with respect to the Consolidated Master Complaint.

The default of the Defendant, the Republic of Sudan, is hereby noted.

Dated: November ____, 2005
New York, New York

**J. MICHAEL MCMAHON**
Clerk of the Court

By:_____
Deputy Clerk