11/03/2005 18:10 FAX  212 972 9432         Kreindler&Kreindler LLP                    ☒002/003

*(A1et, 5.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) ECF Case |
|---|---|

This document relates to:

*Ashton v. Al Qaeda Islamic Army*, 02 CV 6977 (RCC)

**STIPULATION AND ORDER SETTING THE SCHEDULE FOR DEFENDANTS JAMAL BARZINJI, MUHAMMAD ASHRAF, M. OMAR ASHRAF, YAQUB MIRZA, IQBAL UNUS, AHMED TOTONJI AND MOHAMMED JAGHLIT TO RESPOND TO PLAINTIFFS' SIXTH AMENDED CONSOLIDATED MASTER COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiffs and for Defendants Jamal Barzinji, Muhammad Ashraf, M. Omar Ashraf, Yaqub Mirza, Iqbal Unus, Ahmed Totonji and Mohammed Jaghlit ("Defendants"), subject to the approval of the Court as follows:

1. Defendants shall have thirty (30) days from the Court's approval of this stipulation to move to dismiss the amended complaint.

2. Plaintiffs shall have sixty (60) days from the date on which they are served with Defendant's motion to dismiss to serve any opposition papers to those motions.

3. Defendants shall file reply papers within thirty (30) days from the date on which they are served with Plaintiffs' opposition.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-16-05
```

4.   This stipulation supersedes all previous stipulations between Plaintiffs and Defendants.

Respectfully submitted,

DLA PIPER RUDNICK GRAY CARY LLP

Dated: November 1, 2005

By: _____
Steven K. Barentzen (SB 9717)
1200 Nineteenth Street, NW
Washington DC 20036-2412
Tel. No. 202.861.3890
Fax No. 202.223.2085
*Attorneys for Defendants Jamal Barzinji, Muhammad Ashraf, M. Omar Ashraf, Yaqub Mirza, Iqbal Unus, Ahmed Totonji and Mohammed Jaghlit*

KREINDLER & KREINDLER

Dated: November __, 2005

By: _____
Andrew J. Maloney (AM    )
100 Park Avenue
New York, NY 10017
*Attorneys for Plaintiffs*

SO ORDERED:

_____
RICHARD CONWAY CASEY, U.S.D.J.

Dated: November 7, 2005