DOCUMENT ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-17-05

(A)67,5,

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------x

In re Terrorist Attacks on September 11, 2001          03 MDL 1570 (RCC)

-----------------------------------x

This document relates to:

    *Estate of John P. O'Neill, Sr., et al. v. Al Baraka Investment and Dev. Corp., et al.*,
        Case No. 04-CV-1923 (RCC)
    *Estate of John P. O'Neill, Sr., et al. v. Iraq, et al.*,
        Case No. 04-CV-1076 (RCC)

## STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1), by and between plaintiff, Estate of John P. O'Neill, Sr., et al., and Metalor a/k/a La Groupe Metalor a/k/a La Groupe Metalor Technologies a/k/a Metalor Group a/k/a Metalor Technologies SA a/k/a Metalor Technologies International SA, as follows:

1. These actions were commenced, in the United States District Court for the Southern District of New York under Case numbers 04-CV-1923(RCC) and 04-CV-1076(RCC), as part of the above referenced multi-district litigation.

2. The actions are not presently certified as a class action, a receiver has not been appointed, and the action is not governed by any statute of the United States that requires an order of the court for dismissal.

3. These actions are hereby voluntarily dismissed, in their entirety, without prejudice, and with each party to bear its own fees, costs and expenses.

November 11, 2005

By: /s/ Jerry S. Goldman

Jerry S. Goldman, Esquire (JG8445)
LAW OFFICES OF JERRY S.
GOLDMAN & ASSOCIATES, P.C.

111 Broadway, 13th Floor
New York, NY 10006
Phone: 212-242-2232
Facsimile: 212-346-4665

*Attorneys for Plaintiffs,*

By: /s/ David M. Ryan

David M. Ryan, Esquire
(DMR0473)
NIXON PEABODY LLP

100 Summer Street
Boston, MA 02110-2131
Telephone: 617.345.1300
Facsimile: 617.345.6060

*Attorney for Defendants,*

Nov. 17, 2005

SO ORDERED.

/s/ Richard Conway

U.S.D.J.