IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re TERRORIST ATTACKS on SEPTEMBER 11, 2001 ) ) ) ) | 03 MDL 1570 (RCC) ECF Case |

*This document relates to:*
   *Estate of O'Neill, et al. v. Republic of Iraq, et al.*, 04-CV-1076 (RCC)

### Declaration of Gina MacNeill, Esquire Relating to Taha Al Alwani

GINA M. MAC NEILL, on this 18th day of November, 2005, hereby declares pursuant to 28 United States Code Sec. 1746, and under penalties of perjury, that the foregoing is true and correct:

1. I am an attorney at law, licensed to practice law in the Commonwealth of Pennsylvania, the State of New Jersey, and admitted to practice in the United States District Court for the Southern District of New York.

2. I, along with Jerry S. Goldman, Esquire and others, am attorney of record in the instant matter.

3. On October 14, 2004, a letter was sent to Nancy Luque, Esquire, of Gray Carey, attorney of record for Taha Al Alwani a/k/a Dr. Taha Jabir Al Alwani ("Taha Al Alwani") in the multi-district litigation 03 MDL 1570 (RCC), requesting that defense counsel accept service on behalf of their client.

4. On October 25, 2004, a letter from Jay D. Hanson, Esquire, from Gray Cary, was received by our office in which Mr. Hanson declared that "[w]e are quite certain that the Taha Al Alwani you seek to serve in your case against Iraq is not our client, but rather an Iraqi living and associated with Iraqi governmental affairs,

quite possibly the Mayor of Fallujah, who has his name." See Exhibit A.

5. On February 2, 2005, I sent out a service package to Mr. Taha Al Alwani, at 1105 Safa Street, Herndon, VA 20170, via Federal Express, tracking #8507 5919 9999, requesting a waiver of service of summons and which included:

   a. One (1) Notice of Lawsuit and Request for Waiver of Service of Summons ("Notice");

   b. Two (2) copies of a Waiver of Service of Summons ("Waiver");

   c. Two (2) copies of the Original Complaint;

   d. Two (2) Copies of the First Amended Complaint;

   e. Two (2) Copies of the Second Amended Complaint; and

   f. A Federal Express Return Envelope. See Exhibit B.

6. The package was received on February 7, 2005, according to Federal Express records. See Exhibit C.

7. We did not receive a response from Mr. Taha Al Alwani, or his counsel who was named as attorney of record in the multi-district litigation, 03 MDL 1570(RCC).

8. On July 29, 2005, at 9:25 a.m., personal service was effectuated upon Taha Al Alwani, by Mr. Scott Chapman. A copy of the affidavit of service is hereto attached as Exhibit D.

GINA M. MAC NEILL, ESQUIRE
2 Penn Center Plaza
1500 JFK Blvd, Ste. 1411
Philadelphia, PA 19102
215.569.4500

# GrayCary

4365 Executive Drive, Suite 1100
San Diego, CA 92121-2133
www.graycary.com
O] 858-638-6769
F] 858-677-1401

October 25, 2004
VIA U.S. MAIL AND FACSIMILE (212-346-4665)

OUR FILE NO. 2103638-6

Jerry S. Goldman, Esq.
Jerry S. Goldman & Associates, P.C.
111 Broadway, 13th Floor
New York, NY 10006

Re:   In re: Terrorist Attacks on September 11, 2001
      MDL No. 1570
      O'Neill, et al. v. Republic of Iraq, et al.
      04-CV-1076 (RCC)

Dear Mr. Goldman:

This is to follow up my telephone call and email to you today, in response to your letter to my partner Nancy Luque of October 14. We are quite certain that the Taha Al Alwani you seek to serve in your case against Iraq is not our client, but rather an Iraqi living in Iraq and associated with Iraqi governmental affairs, quite possibly the Mayor of Fallujah, who has this name. Please contact me to straighten out this mis-identification issue. My direct telephone is (858) 638-6769.

Very truly yours,

Gray Cary Ware & Freidenrich LLP

Jay D. Hanson
jhanson@graycary.com

Admitted to practice in California

JDH:gw

cc:   Nancy Luque
      Cris Beal

Gray Cary\SD\1615462.1
2103638-6

AUSTIN   LA JOLLA   SACRAMENTO   SAN DIEGO   SAN FRANCISCO   SEATTLE   SILICON VALLEY   WASHINGTON

EXHIBIT A

# LAW OFFICES OF
# JERRY S. GOLDMAN & ASSOCIATES, P.C.

A NEW YORK PROFESSIONAL CORPORATION DULY QUALIFIED TO TRANSACT BUSINESS WITHIN THE COMMONWEALTH OF PENNSYLVANIA

ONE PENN CENTER PLAZA • SUITE 1411
1500 JFK BOULEVARD
PHILADELPHIA, PA 19102
TEL: 215.569.4500 • FAX: 215.569.8899

111 BROADWAY • 13TH FLOOR
NEW YORK, NY 10006
TEL: 212.242.2232 • FAX: 212.346.4665

3109 STIRLING ROAD • SUITE 101
FORT LAUDERDALE, FL 33312
TEL: 954.981.6533 • FAX: 954.989.8068

GINA M. MAC NEILL
DIRECT DIAL: 215.569.4500 ext. 25
gmacneill@goldmanlawyers.com
Admitted to: PA & NJ

Reply To: PHILADELPHIA

February 1, 2005

**Via Federal Express**

Taha al'Alwani a/k/a Dr. Taha Jaber al'Alwani
1105 Safa Streeet
Herndon, VA 20170-2326

Re:   *In re Terrorist Attacks of September 11, 2001*
      **03 MDL 1570 (RCC)**
      *Estate of John P. O'Neill, et al. v. Republic of Iraq, et al.*
      **04-CV-1076 (RCC)**

Dear Mr. al'Alwani:

Enclosed please find the following documents relating to the above-referenced case:

1. One (1) Notice of Lawsuit and Request for Waiver of Service of Summons ("Notice");
2. Two (2) copies of a Waiver of Service of Summons ("Waiver");
3. Two (2) copies of the Original Complaint;
4. Two (2) Copies of the First Amended Complaint;
5. Two (2) Copies of the Second Amended Complaint; and
6. A Federal Express Return Envelope.

Please be sure to review all enclosed materials carefully, as they relate to a legal matter, as explained in the enclosed Notice and Waiver.

X:\Clients\ONeill v. Saudi arabia\Correspondence\-Taha al'Alwani - Iraq - Waiver of service of summons

EXHIBIT B

LAW OFFICES OF JERRY S. GOLDMAN & ASSOCIATES, P.C.

February 1, 2005
Page 2

If you have any questions or comments, please feel free to contact me.

              Very truly yours,

              LAW OFFICES OF JERRY S. GOLDMAN &
              ASSOCIATES, P.C.

              By: _____
                  GINA M. MAC NEILL, ESQUIRE

GMM:jf
Enc. a/s
cc: Jerry S. Goldman, Esquire

X:\Clients\ONeill v. Saudi arabia\Correspondence\-Taha al'Alwani - Iraq - Waiver of service of summons

# FedEx US Airbill

Tracking Number: 8507 5919 9999

**1 From** Please print and press hard.

Date: 2/2/05

Sender's Name: Jerry S. Goldman, Esq.

Sender's FedEx Account Number: 2524-5006-3

Company: GOLDMAN, JERRY S. LAW OFFICES

Phone: (215) 569-4500

Address: 1500 JFK BLVD STE 1411

City: PHILADELPHIA   State: PA   ZIP: 19102-1749

**2 Your Internal Billing Reference**
First 24 characters will appear on invoice.

O'Neill

**3 To**

Recipient's Name: Taha al'Alwani a/k/a Dr. Taha Jaber Al'Alwani

Phone:

Company:

Address: 1105 Safa Street

City: Herndon   State: VA   ZIP: 20170-2326

**4a Express Package Service**

☐ FedEx Priority Overnight
☒ FedEx Standard Overnight
☐ FedEx First Overnight

☐ FedEx 2Day
☐ FedEx Express Saver

**4b Express Freight Service**

☐ FedEx 1Day Freight
☐ FedEx 2Day Freight
☐ FedEx 3Day Freight

**5 Packaging**

☐ FedEx Envelope
☒ FedEx Pak
☐ FedEx Box
☐ FedEx Tube
☐ Other

**6 Special Handling**

☐ SATURDAY Delivery
☐ HOLD Weekday at FedEx Location
☐ HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
☐ No ☐ Yes ☐ Yes Shipper's Declaration not required
☐ Dry Ice   ☐ Cargo Aircraft Only

**7 Payment** Bill to:

☒ Sender   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check

**8 Sign to Authorize Delivery Without a Signature**

Form 0215
SPH32

0298565853

466

United States Home | Information Center | Customer Support

**FedEx**

Package/Envelope Services | Office / Print Services | Freight Services | Expedited Services

Ship | Track | Manage My Account | International Tools

Track Shipments
**Detailed Results**

Printable Version | Quick Help

| | |
|---|---|
| **Tracking number** | 850759199999 |
| **Signed for by** | Signature release on file |
| **Ship date** | Feb 2, 2005 |
| **Delivery date** | Feb 7, 2005 9:18 AM |
| **Reference** | |
| **Delivered to** | Residence |
| **Service type** | Standard Pak |
| **Weight** | 5.0 lbs. |
| **Status** | Delivered |

O'NEILL

You can also track:
- By TCN
- FedEx Trade Networks shipments
- By Email Track
- By FedEx Wireless Solutions

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Feb 7, 2005 | 9:18 AM | Delivered | | Left at front door. No signature required - release waiver on file |
| | 7:37 AM | On FedEx vehicle for delivery | HERNDON, VA | |
| Feb 4, 2005 | 5:05 PM | At local FedEx facility | HERNDON, VA | |
| | 12:07 PM | Delivery exception | HERNDON, VA | Customer not available or business closed |
| | 7:11 AM | On FedEx vehicle for delivery | HERNDON, VA | |
| Feb 3, 2005 | 3:38 PM | At local FedEx facility | HERNDON, VA | |
| | 10:39 AM | Delivery exception | HERNDON, VA | Customer not available or business closed |
| | 7:02 AM | On FedEx vehicle for delivery | HERNDON, VA | |
| | 6:50 AM | At local FedEx facility | HERNDON, VA | |
| | 5:17 AM | At dest sort facility | DULLES, VA | |
| | 12:32 AM | Arrived at FedEx location | NEWARK, NJ | |
| Feb 2, 2005 | 11:50 PM | Package data transmitted to FedEx | | |
| | 9:15 PM | Left origin | PHILADELPHIA, PA | |
| | 6:33 PM | Picked up | PHILADELPHIA, PA | |

Wrong Address?
Reduce future mistakes by using FedEx Address Checker.

Shipping Freight?
FedEx has LTL, air freight, surface, air expedited freight, multi piece pak deliveries, and ocean freight.

Signature proof | Track more shipments

Email your detailed tracking results (optional)

Enter your email, submit up to three email addresses (separated by commas), add your message (optional), and click **Send email**.





Add a message to this email.

Send email

Global Home | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2005 FedEx



EXHIBIT C

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Estate of John P. O'Neill et al
Plaintiff(s)

Case Number: 04cv1076(RCC)

vs

The Republic of Iraq et al
Defendant(s)

## AFFIDAVIT OF SERVICE

I, Scott Chapman, hereby certify that on July 29, 2005 at 9:26 AM, I executed service of process upon **TAHA AL ALWANI AKA DR. TAHA JABIT AL'ALWANI** at 1105 Safa Street, Herndon, VA 20170 by delivering to and leaving with personally, copies of Summons and Complaint.

Taha Al Alwani aka Dr. Taha Jabit Al'Alwani is described as a Middle Eastern Male, approximately 5' 7" tall, 200-225 pounds, Brown eyes, Grey, balding hair, and 54 years of age. The undersigned further certifies that my place of business is: 331 8th Street, NE, Washington, DC 20002; that I am 24 years of age, Date of Birth 3/11/1981; and that I am not a party to this action.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on August 4, 2005.

Date August 4, 2005.

_____
Scott Chapman

WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on August 4, 2005.

_____

My Commission Expires:

Shandora Dobson
Notary Public, District of Columbia
My Commission Expires 12-14-2008

Ref.# 63285



EXHIBIT D