IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
_____x

*In re Terrorist Attacks on September 11, 2001*          ***03 MDL 1570 (RCC)***
_____x

This filing applies to:
    *Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.*, Case No.
        04-CV-05970 (RCC);
    *Euro Brokers, Inc., et al. v. Al Baraka Investment and Development Corp., et al.*,
        Case No. 04-CV-07279 (RCC);
    *Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-CV-6978 (RCC);
    *New York Marine and General Insurance Co. v. Al Qaida, et al.*, Case No.
        04-CV-6105 (RCC);
    *World Trade Center Properties LLC, et al. v. Al Baraka Investment and*
        *Development Corp., et al.*, Case No. 04-CV-07280 (RCC).

### NOTICE OF MOTION TO DISMISS PROPERTY DAMAGE COMPLAINTS PURSUANT TO FED. R. CIV. P. 12(b)(6) AGAINST THE WORLD ASSEMBLY OF MUSLIM YOUTH IN SAUDI ARABIA AND WORLD ASSEMBLY OF MUSLIM YOUTH INTERNATIONAL

**PLEASE TAKE NOTICE** that, pursuant to Rule 12 (b), Fed. R. Civ. P., upon the accompanying Memorandum of Law in Support of Motion To Dismiss of Defendants World Assembly of Muslim Youth in Saudi Arabia ("WAMY S.A.") and World Assembly of Muslim Youth International ("WAMY USA"), and all prior pleadings and proceedings herein, Defendants WAMY S.A. and WAMY USA, by and through their undersigned counsel, will move this Court before the Honorable Richard C. Casey, United States District Judge, United States District Court for the Southern District of New York, at the United States Court House, 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for an order dismissing, pursuant to Rule 12(b)(6), Fed. R. Civ. P., all claims against Defendants WAMY S.A. and WAMY

USA in the above referenced actions with prejudice, and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
November 21, 2005

                Respectfully submitted,
                THE LAW FIRM OF OMAR T. MOHAMMEDI, LLC

                By:_____/s/_____
                        Omar T. Mohammedi (OM-7234)

                        200 Madison Avenue
                        New York, New York 10016
                        (212) 725-3846
                        *Attorneys for Defendants*
                        *WAMY S.A. and WAMY USA*

## CERTIFICATE OF SERVICE

I, ALLY HACK, Esq. do hereby certify that I served the within Memorandum of Law in Support of the World Assembly of Muslim Youth in Saudi Arabia and the World Assembly of Muslim Youth International's Motion to Dismiss on this date, on all parties in the case via filing with the Court's Electronic Case Filing (ECF) system.

Dated: November 21, 2005

ALLY HACK, ESQ.