# EXHIBIT A

10/27/2005

Translation from Arabic

Hand written;

1- International Benevolence Foundation
2- Benevolence Committee

*On The Name of Allah, the Most Merciful and Most Gracious*
*{Illegible Emblem}*

## World Assembly of Muslim Youth

Office of the Secretary General

Number: 4431
Date: 4/9/1413 H.

His Excellency, Mr. Adel Batterji,                    May God save him,
Chairman, Benevolence International Islamic Committee Foundation,

May Peace and God's Mercy be on you.

I am pleased to your kind attention that the Assembly has learnt about your formation of an organization bearing the name Benevolence International Foundation. Since the similarity between the Foundation and the Benevolence Islamic Committee within the Assembly is clear, in terms of the unified emblem of both of them and their role and functions, I request of your Excellency that this be in consideration in the future, since it may have a confusing effect on the dealers and the donors, despite the fact that the two are not organizationally or administratively related.

I urge you to alert those who deal with your organization to be observant of that issue, if the Foundation's emblem and name remain the same, since the Assembly, along with its affiliate Benevolence Committee, is not responsible for the Foundation's activities or advertisements. I also wish to alert those who cooperate with the Foundation, in donation-collection within the Kingdom, to not confuse the Committee and the Foundation, considering the importance of this matter.

We gratefully appreciate your kind attention and cooperation.
May Peace and God's Mercy be on you.

{Circular Seal of World Assembly of Muslim Youth}

S/M-225

Secretary General of World Muslim Youth,
Dr. Sanel Bin Hammad Al-Jahani {Signed}

P.O. Box 10845, Riyadh, Prince Sultan Bin Abdul Aziz St.,
Saudi Arabic, Tel: (01) 4641669/4841663. Cable: ISLAMYIAH RIYADH
Tlx: 400413/405220 ISLAM SJ          Fax: (01) 4641710/4541676



منظمة البر الدين
لجنة البر

**World Assembly of Muslim Youth**

الندوة العالمية للشباب الاسلامي

مكتب الأمين العام

*Office of the Secretary General*

الرقم ........ ١٢٢٢٤

التاريخ ...... ٢ / ٩ / ١٤١٣هـ

سعادة الأخ الفاضل الاستاذ / عادل بستنرجي

رئيس منظمة لجنة البر الاسلامية العالمية

حفظه الله

السلام عليكم ورحمة الله وبركاته ..

يسرني أن احيط سعادتكم علما بأن الندوة قد علمت بتكوينكم منظمة تحمل اسم منظمة البر العالمية .. ولما كان التشابه واضحا فيما بين المنظمة ولجنة البر الاسلامية في الندوة سواء من ناحية الشعار الموحد لهما او دورهما ووظيفتهما فانني ارجو من سعادتكم ان يوخذ ذلك مستقبلا بعين الاعتبار حيث ان نتيجته قد تعود باللبس على المتعاملين والمتبرعين رغم عدم وجود رابطة بينهما من الناحية التنظيمية والإدارية .

آمل التنبيه على المتعاونين مع منظمتكم بمراعاة ذلك اذا لل شعار المنظمة التابعة لها مما يصدر من المنظمة من نشاطات او اعلانات كما ارجو التأكيد على اللجنة والمنظمة نظرا لأهمية هذا الأمر . والمنظمة نظرا لأهمية هذا الأمر .

شاكرين ومقدرين حسن تعاونكم واهتمامكم ..

والسلام عليكم ورحمة الله وبركاته ....

الأمين العـــــام

للندوة العالمية للشباب الاسلامي

د . مانع بن حماد الجهنـــــي



ج/ط ـ ٢٢٥

ه

P.O.Box 10845 · Riyadh 11443 · Prince Sultan Bin Abdul Aziz Str,
Saudi Arabia, Tel. (01) 4641669/4641663, Cable: ISLAMIYAH RIYADH
Tlx. 400413/405220 ISLAMI SJ. Fax. (01) 4641710/4641676



## TO WHOM IT MAY CONCERN
## STATEMENT CERTIFYING PROFESSIONAL TRANSLATION

The Language Link provides professional translation services. We have translated the attached documents from Arabic into English employing a team of professional and experienced translators who have a fluent knowledge of both languages.

We edited the translated text for meaning, accuracy and consistency with the original source text, and we proofread the translated text for spelling and grammatical accuracy.

We hereby certify that to the best of our knowledge, the translation that we have provided is an accurate and faithful translation of the original text provided to us.

Evren Ay
*ATA Certified Translator*
The Language Link, Inc.

*SWORN TO BEFORE ME THIS*
1st day of November, 2005

(Notary Public)

DONNA A. HARRISON
Notary Public, State of New York
No. 01HA5082926
Qualified in Kings County
Commission Expires July 8, 2006

51 East 42nd Street, Suite 1510 New York, NY 10017

mail:info@thelanguagelink.com www.thelanguagelink.com

# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| *IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001 ) | 03 MDL No. 1570 (RCC) |
| ) | |
| _____ ) | |
| ) | |
| THOMAS E. BURNETT, SR., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 03 CV 9849 (RCC) |
| ) | |
| AL BARAKA INVESTMENT AND DEVELOPMENT ) | |
| CORPORATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## DECLARATION OF ADEL A.J. BATTERJEE (D93)

I, Adel A.J. Batterjee, being duly sworn, declare and state as follows:

1.      I am over 18 years of age and competent to testify to the matters set forth below of my own personal knowledge.

2.      I have been informed by my attorney that I am listed as a defendant (D93) in the above-captioned action.  I am submitting this declaration in support of my Motion to Dismiss for lack of personal jurisdiction, failure to state a claim upon which relief can be granted and improper service of process.

3.      I was born on June 1, 1946 in Jeddah, Saudi Arabia, and have lived in Saudi Arabia all of my life.  I have always been a citizen of the Kingdom of Saudi Arabia.

4.      I am a merchant in Jeddah, Saudi Arabia.

5.      I first visited the United States when I came as a student from 1963-1967.  I have visited the US since then, with the last visit in June 2000.  The purposes of the visits were

personal.

6.      I own no real property in the United States. I also have no bank accounts, and have no investments in the United States. I do not conduct any personal business with any businesses in the United States nor do I have a Social Security number.

7.      I do not subscribe to or read either the *International Herald Tribune* or the *Al Quds al Arabi*. The latter publication, to my knowledge, is banned in the Kingdom of Saudi Arabia.

8.      I have never supported the loss of innocent life and believe that there is no justification for the tragic attacks of September 11, 2001. I have never supported any person or organization that I have known to participate in terrorist activities. At no time did I ever knowingly participate in, or support in any way, terrorist activities, nor was anyone ever authorized by me, explicitly or implicitly, to engage in such activities.

9.      The only specific allegations against me in the Third Amended Complaint in ¶¶75, 76, 180-5, 217-219, 228-230, 365 are rife with factual errors and incorrect associations. While the word 'Bir' in Arabic is translated as 'Benevolence', BIF was never a branch of Al Bir or vice versa. I never sent money to BIF in all its history and transferred all control in 1993, after which I exercised neither daily nor financial control of BIF in any way. Also, I never served as any executive of World Assembly of Muslim Youth, let alone Secretary-General. Furthermore, I was never charged or implicated in any criminal case in the US. Taken in their totality, all the allegations about me in the Third Amended Complaint portraying me as conducting business in the US and being tied, directly or indirectly, to al-Qaeda are false.

10.      I also deny that I had any knowledge of the activities of Osama bin Laden and al Qaeda other than what is generally known through the press. Also, I never wrote a biography of

bin Laden as alleged in ¶230.

11.     I also deny having any knowledge of any terrorist activities as alleged in ¶¶ 14, 15, 18, 20 and 38 of Plaintiffs' More Definite Statement as to Defendant Yousef Abdul Latif Jameel (Mar. 16, 2004), due largely to Plaintiff's lack of specificity and the secret nature of the alleged "evidence" used by the governments in their investigation and designation process.

12.     I can read and understand English.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_A. Batterjee_
Adel A.J. Batterjee

Executed on the _8th_ day of _April_____, 2004.

3

# EXHIBIT C



**World Assembly of Muslim Youth**

Member of the UN NGO'S



الندوة العالمية للشباب الإسلامي

عضو المنظمات غير الحكومية - هيئة الأمم المتحدة

Ref. No : **1/12175**
**18/10/1426H**

Date : - **20/11/2005G** - :التاريخ

الرقم :

مكتب الأمين العام

The Secretary General Office

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

_IN RE_ TERRORIST ATTACKS ON SEPTEMBER 11, 2001

*03 MDL 1570 (RCC)*

**ECF Case**

This updated Declaration applies to:

*Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.,* Case No.
      04-CV-05970;
*Euro Brokers, Inc., et al. v. Al Baraka Investment and Development Corp., et al.,*
      Case No. 04-CV-07279;
*Federal Insurance Co., et al. v. Al Qaida, et al.,* Case No. 03-CV-6978;
*New York Marine and General Insurance Co. v. Al Qaida, et al.,* Case No.
      04-CV-6105;
*World Trade Center Properties LLC, et al. v. Al Baraka Investment and
            Development Corp., et al.,* Case No. 04-CV-07280.
*Ashton, et al. v. Al Qaeda Islamic Army, et al.,* Case No. 02-CV-6977
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka Investment and Development
      Corporation, et al.,* Case No. 04-CV-01923 (RCC)
*Thomas E. Burnett, Sr., in his own right as the Father of Thomas E. Burnett, Jr.,
      et al., v. Al Baraka Investment and Development Corporation, et al. Case No. 03-
      CV-5738*

## DECLARATION OF SALEH AL-WOHAIBI

1.      In the Name of God, the Merciful, the Compassionate, I, Saleh Al-Wohaibi, being duly
        sworn, declare and state the following:

2.      I am the Secretary General of the World Assembly of Muslim Youth ("WAMY")
        located in Riyadh, Saudi Arabia.

3.      I am submitting this declaration in support of WAMY's motions to dismiss for failure to
        state a claim upon which relief can be granted.

*P.O. Box: 10845 Riyadh 11443 -Kingdom of Saudi Arabia*
*Building 1079 King Fahd Road - Muhammadiah Dist.*
*Tel: (+9661) 2050600  Fax:(+9661) 2050011*

ص.ب، ١٠٨٤٥ ـ الرياض ١١٤٤٣ ـ الملكة العربية السعودية
مبنى رقم ١٠٧٩ ـ طريق الملك فهد ـ حي المحمدية
هاتف ......... فاكس ...........



**World Assembly of Muslim Youth**

Member of the UN NGO'S



الندوة العالمية للشباب الإسلامي

عضو المنظمات غير الحكومية - هيئة الأمم المتحدة

Ref. No : **1/12175**      الرقم :

**18/10/1426H**

Date : **20/11/2005G**      التاريخ :

مكتب الأمين العام

The Secretary General Office

4.   I am over 18 years of age and competent to testify to the matters set forth below from my personal knowledge.

5.   WAMY is one of the world's largest Muslim youth organizations. WAMY believes in and strives for world peace and the betterment of humankind.

6.   I have been informed by my attorney that WAMY is being sued in the above captioned action.

7.   WAMY has never supported the loss of innocent lives; it believes that there is no justification for the tragic attacks of September 11, 2001. WAMY has never supported any person or organization known to participate in terrorist activities. At no time did WAMY knowingly participate in, or support in any way, terrorist activities, financially or otherwise, nor was anyone ever authorized by WAMY explicitly or implicitly, to engage in such activities.

8.   WAMY has no affiliation and did not conduct any transaction with the entities and organizations that plaintiffs in their pleadings have labeled as "SAAR Network."

9.   Ahmed Totonji and Jamal Barjanji are not founders of WAMY.

10.  WAMY is a humanitarian organization. It has never participated or had a role in any arm conflict. It has never sent any of its members or employees to fight under Gulbadin Hekmatyar in Afghanistan. WAMY is a humanitarian organization

11.  WAMY has never had any connection with Benevolence International Foundation (BIF).

12.  Benevolence Foundation (BF) and BIF are two completely separate organizations, the former of which operated under the umbrella of WAMY on a few humanitarian projects.

13.  In 1996 the Benevolence Foundation ceased to exist.

14.  Dr. Adel Batterjee's dealings with WAMY were very limited and ended in 1993.

15.  Dr. Batterjee was never a Secretary General of WAMY, nor did he hold any other official position within the organization. Dr. Batterjee never acted on behalf of or represented WAMY.

2

P.O. Box: 10845 Riyadh 11443 -Kingdom of Saudi Arabia
Building 1079  King Fahd Road - Muhammadiah Dist.
Tel: (+9661) 2050000  Fax: (+9661) 2050011

ص.ب، ٥٤٠١٠ - الرياض ١١٤٤٣ - المملكة العربية السعودية
مبنى رقم ١٠٧٩ - طريق الملك فهد - حي المحمدية
هاتف، ٢٠٥٠٠٠٠ (٩٦٦١+) فاكس، ٢٠٥٠٠١١ (٩٦٦١+)



**World Assembly of Muslim Youth**

Member of the UN NGO'S

الندوة العالمية للشباب الإسلامي

عضو المنظمات غير الحكومية - هيئة الأمم المتحدة

Ref. No : **1/12175**   الرقم :

**18/10/1426H**

Date : - **20/11/2005G** - : التاريخ

مكتب الأمين العام

The Secretary General Office

16.  The following is a list of all the Secretary Generals of WAMY since its inception:

  1) Dr. Abdul Hameed Abu Soliman (1973 to 1978)
  2) Dr. Ahmad Bahafidhallah (1978 to 1981)
  3) Dr. Tawfeeq Al Qusayyer (1981 to 1986)
  4) Dr. Manih al Juhani (1986 to 2002)
  5) Dr. Saleh S. Al-Wohaibi (2002 to present).

17.  WAMY is a well respected humanitarian organization.

18.  WAMY has a good working relationship with various countries in Africa, Asia, Europe and America. WAMY's humanitarian projects are usually coordinated and approved by the hosting countries.

19.  WAMY is a peaceful organization that believes in helping the needy, the orphans and the poor as well as victims of wars and natural disasters. WAMY believes in saving lives and not destroying them. Its humanitarian projects have saved many lives and offered educations to those youths who may otherwise have not received one.

20.  Since its existence, WAMY has never intentionally or knowingly carried out or assisted in any way illegal activities that would cause harm to any person, nation or property.

21.  WAMY is a separate and distinct organization from the International Islamic Relief Organization ("IIRO").

22.  I speak both English and Arabic languages.

  I declare under the penalties of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.
Executed on this 19 day of November, 2005.



Saleh Al-Wohaibi

3

P.O. Box: 10845 Riyadh 11443 -Kingdom of Saudi Arabia
Building 1079  King Fahd Road - Muhammadiah Dist.
Tel: (+9661) 2050000  Fax:(+9661) 2050011

ص.ب: ١٠٨٤٥ - الرياض ١١٤٤٣ - المملكة العربية السعودية
مبنى رقم ١٠٧٩ - طريق الملك فهد - حي المحمدية
هاتف: ٢٠٥٠٠٠٠ (٩٦٦١+) هاكس: ٢٠٥٠٠١١ (٩٦٦١+)