IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001

03 MDL 1570 (RCC)
**ECF Case**

---

This filing applies to:
    *Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.*, Case No. 04-CV-05970 (RCC);
    *Euro Brokers, Inc., et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 04-CV-07279 (RCC);
    *Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-CV-6978 (RCC);
    *New York Marine and General Insurance Co. v. Al Qaida, et al.*, Case No. 04-CV-6105 (RCC);
    *World Trade Center Properties LLC, et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 04-CV-07280 (RCC).

**DECLARATION OF ALLY HACK
REGARDING FILING OF THE MEMORANDUM OF LAW IN SUPPORT OF
THE WORLD ASSEMBLY OF MUSLIM YOUTH IN SAUDI ARABIA'S AND
THE WORLD ASSEMBLY OF MUSLIM YOUTH INTERNATIONAL'S
MOTION TO DISMISS FILED ON NOVEMBER 21, 2005**

I am an attorney licensed to practice in the Southern District of New York. I am with the Law Firm of Omar T. Mohammedi, LLC, counsel to the World Assembly of Muslim Youth in Saudi Arabia ("WAMY S.A.") and the World Assembly of Muslim Youth International ("WAMY USA"). I submit this declaration to transmit to the Court the following:

1. On November 21, 2005, I filed via the ECF system a Notice of Motion to Dismiss and the Declaration of Omar T. Mohammedi in the above referenced matters, on behalf of our clients WAMY S.A. and WAMY USA.

2. I also filed the Memorandum of Law in support of Motion to Dismiss, along with exhibits.

3. Although the Notice of Motion and Declaration were docketed, the Memorandum of Law, and exhibits, were not.

4. Today, after four hours of attempting to re-file the Memorandum of Law, I was not able to do so. I contacted the docket support unit of the ECF Help Desk. A representative informed me that, due to technical issues pertaining to the MDL-

  1570 case, I would have to file the memorandum of law, with exhibits, individually in each of the above captioned cases.

5. As a result of the foregoing, I am now filing the Memorandum of Law in support of Motion to Dismiss on behalf of the WAMY S.A. as well as WAMY USA.

I declare under the penalties of perjury that the foregoing is true and correct to the best of my knowledge and belief.

                 /s/
                ALLY HACK

Dated: November 22, 2005