```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/05
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

IN RE SIERRA WIRELESS, INC. SECURITIES   :   05-md-1696 (SHS)
LITIGATION,
                                         :   ORDER
This Order relates to all actions.
------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

The related cases in this multi district action have been assigned to this Court for all purposes. Counsel for all parties are required to register promptly as filing users in accordance with the Procedures for Electronic Case Filing, if they have not already done so.

IT IS HEREBY ORDERED that:

1. There will be an initial conference on December 2, 2005, at 11:30 a.m. in Courtroom 23A for oral argument on the pending motions for consolidation, appointment of lead plaintiff, and approval of selection of lead counsel.

2. Any attorney not admitted to practice in this District is directed to apply for admission *pro hac vice* pursuant to Rule 1.3 of the Local Rules of the U.S. District Court for the Southern and Eastern Districts of New York; and

3. All future orders shall be filed with the above caption unless otherwise indicated.

Dated: New York, New York
       November 22, 2005

                                         SO ORDERED:

                                         _____
                                         Sidney H. Stein, U.S.D.J.