**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

This document relates to:

> *Federal Insurance Co., et al. v. Al Qaeda, et al.,* No. 03 Civ. 6978
> *Continental Casualty Co,, et al. v. Al Qaeda, et al.,* No. 04 Civ. 5970
> *Thomas Burnett, Sr., et al. v. Al Baraka Invest. & Develop. Corp., et al.,* No. 03-CV-5738
> *New York Marine & General Insurance Co. v. Al Qaeda, et al.,* No. 04-CV-6105
> *Euro Brokers Inc., et al., v. Al Baraka, et al.,* No. 04-CV-7279
> *WTC Properties LLC, et al. v. Al Baraka, et al.,* No. 04-CV-7280

**AFFIRMATION OF ADAM C. BONIN TRANSMITTING EVIDENCE IN SUPPORT OF**
**PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO**
**THE MOTIONS TO DISMISS OF ABDUL AZIZ BIN IBRAHIM AL-IBRAHIM AND**
**THE IBRAHIM BIN ABDUL AZIZ BIN IBRAHIM AL-IBRAHIM FOUNDATION**

Adam C. Bonin, Esq., affirms as follows:

1.      I am an attorney admitted to practice *pro hac vice* in the above-captioned matter, and a member of the law firm Cozen O'Connor.  I submit this Affirmation to transmit to the Court the following documents in support of Plaintiffs' Consolidated Memorandum of Law In Opposition to the Motions to Dismiss of Abdul Aziz Bin Ibrahim Al-Ibrahim and the Ibrahim Bin Abdul Aziz Bin Ibrahim Al-Ibrahim Foundation.

2.      Exhibit 1 to this Affirmation is a true and accurate copy of an article entitled "Ritz's Owners, Management In Legal Battler"*,* published by the Washington Post on February 18, 1995.

3.      Exhibit 2 to this Affirmation is a true and accurate copy of the civil docket for N.Y. Overnight, et al, v. The Ritz-Carlton, et al, 95-CV-122 (S.D.N.Y.).

4.      Exhibit 3 to this Affirmation is a true and accurate copy of an article entitled

"Lawyers Duke It Out In Suit Involving Saudi Sheik," published by the Washington Post on June

25, 1995.

Affirmed in Philadelphia, Pennsylvania on November 28, 2005.

_____/s/_____
Adam C. Bonin