UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

In re Terrorist Attacks on September 11, 2001       03 MDL 1570 (RCC)
                                                    ECF Case


-------------------------------------------------------------

This document relates to:

*Ashton, et al. v. Al Qaeda Islamic Army, et al.*, Case No. 02-CV-6977;
*Burnett, et al. v. Al Baraka Investment & Development Corporation, et al.*, Case No. 03-CV-9849;
*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Limited, et al.*, Case No. 04-CV-7065;
*Continental Casualty Co., et al. v. Al Qaeda, et al.*, Case No. 04-CV-5970;
*Euro Brokers, Inc., et al. v. Al Baraka Investment & Development Corp.*, et al., Case No. 04-CV-07279;
*Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-CV-6978;
*Walter Tremsky, et al. v. Osama Bin Laden, et al.*, Case No. 02-CV-7300;
*World Trade Center Properties LLC, et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 04-CV-07280;
*Estate of John P. O'Neill v. al Baraka, et al.*, Case No. 04-CV-1923.


### NOTICE OF MOTION OF HRH PRINCE MOHAMED AL FAISAL AL SAUD FOR ENTRY OF FINAL JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(B)

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 54(b) and upon the

Memorandum in support of this Motion attached hereto, Defendant HRH Prince Mohamed Al

Faisal Al Saud ("Prince Mohamed") by his undersigned attorneys, will move this Court, before

the Honorable Richard C. Casey, at the United States Courthouse located at 500 Pearl Street,

New York, New York, for an entry of final judgment under Fed. R. Civ. P. 54(b).  The

dismissals of Prince Mohamed for lack of personal jurisdiction under Fed. R. Civ. P. 12(b)(2)

from all cases consolidated in this proceeding are final and there is no just reason to delay the

1

entry of final judgment. The grounds for this Motion are fully set forth in the attached Memorandum of Law.

    Respectfully submitted,

                                                                         /s/_____
                                               Louis R. Cohen (LC 4012)
                                               Tracey C. Allen (TA 4353)
                                               WILMER CUTLER PICKERING
                                                   HALE and DORR LLP
                                               2445 M Street, N.W.
                                               Washington, DC  20037
                                               Tel: (202) 663-6000
                                               Fax: (202) 663-6363

                                               Douglas F. Curtis (DC 2076)
                                               David W. Bowker (DB 3029)
                                               WILMER CUTLER PICKERING
                                                   HALE and DORR LLP
                                               399 Park Avenue
                                               New York, NY 10022
                                               Tel.: 212-230-8800
                                               Fax: 212-230-8888

                                               *Counsel for Defendant Prince Mohamed al Faisal al Saud*

Date:  November 30, 2005