United States District Court
Southern District Of New York

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This Document Relates to:*
    <u>Burnett v. Al Baraka Inv. & Dev. Corp.</u>, 03-CV-5738
    <u>Cantor Fitzgerald Associates v. Akida Investment Co.</u>, 04-CV-7065
    <u>Continental Casualty Co. v. Al Qaeda Islamic Army</u>, 04-CV-5970
    <u>Euro Brokers Inc. v. Al Baraka Inv. & Dev. Corp.</u>, 04-CV-7279
    <u>World Trade Center Properties LLC v. Al Baraka Inv. & Dev. Corp.</u>, 04-CV-7280
    <u>New York Marine and General Insurance Co. v. Al Qaida, et al.</u>, 04-CV-6105 (RCC)

### NOTICE OF MOTION TO DISMISS BY HIS ROYAL HIGHNESS PRINCE NAIF BIN ABDULAZIZ AL-SAUD, HIS ROYAL HIGHNESS PRINCE SALMAN BIN ABDULAZIZ AL-SAUD, AND THE SAUDI HIGH COMMISSION

PLEASE TAKE NOTICE that upon the attached memorandum of law dated December 1, 2005, and all pleadings and proceedings had herein, Defendants Prince Naif bin Abdulaziz Al-Saud ("Prince Naif"), Prince Salman bin Abdulaziz Al-Saud ("Prince Salman"), and the Saudi High Commission (the "SHC"), by their undersigned, appear specially to move before the Honorable Judge Richard C. Casey of the above-entitled Court at the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for an order dismissing, pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), and 12(b)(5), the complaints in the above-captioned cases.

Respectfully Submitted,

| BAKER BOTTS L.L.P. | BRYAN CAVE LLP |
|---|---|
| By: ___/S/_____ | By: ___/S/_____ |
| William H. Jeffress, Jr.  (admitted *pro hac vice*) | James M. Cole (admitted *pro hac vice*) |
| Christopher R. Cooper  (admitted *pro hac vice*) | James J. Murphy (admitted *pro hac vice*) |
| Jamie S. Kilberg  (admitted *pro hac vice*) | Michael G. Biggers (MB 4743) |
| Sara E. Kropf  (admitted *pro hac vice*) | |
| | 700 13th Street, N.W. |
| 1299 Pennsylvania Avenue, N.W. | Washington, D.C.  20005-6000 |
| Washington, D.C.  20004-2400 | Phone:   (202) 508-6000 |
| Phone: (202) 639-7700 | Fax:       (202) 508-6200 |
| Fax:    (202) 639-7890 | |
| | *Counsel for Prince Naif bin Abdulaziz Al-Saud* |
| *Counsel for Prince Naif bin Abdulaziz Al-Saud and Prince Salman bin Abdulaziz Al-Saud* | |

ROBBINS, RUSSELL, ENGLERT, ORSECK
& UNTEREINER LLP

By: ___/S/_____
Lawrence S. Robbins (LR 8917)
1801 K Street, N.W.
Washington, D.C.  20006
Phone: (202) 775-4500
Fax:    (202) 775-4510

*Counsel for the Saudi High Commission*

December 1, 2005