# GRAYCARY

4365 Executive Drive, Suite 1100
San Diego, CA 92121-2133
www.graycary.com
O] 858-638-6769
F] 858-677-1401

October 25, 2004                                                OUR FILE NO. 2103638-6

VIA U.S. MAIL AND FACSIMILE (212-346-4665)

Jerry S. Goldman, Esq.
Jerry S. Goldman & Associates, P.C.
111 Broadway, 13th Floor
New York, NY 10006

Re:  In re: Terrorist Attacks on September 11, 2001
     MDL No. 1570
     O'Neill, et al. v. Republic of Iraq, et al.
     04-CV-1076 (RCC)

Dear Mr. Goldman:

This is to follow up my telephone call and email to you today, in response to your letter to my
partner Nancy Luque of October 14. We are quite certain that the Taha Al Alwani you seek to serve
in your case against Iraq is not our client, but rather an Iraqi living in Iraq and associated with Iraqi
governmental affairs, quite possibly the Mayor of Fallujah, who has this name. Please contact me
to straighten out this mis-identification issue. My direct telephone is (858) 638-6769.

Very truly yours,

Gray Cary Ware & Freidenrich LLP

Jay D. Hanson
jhanson@graycary.com

Admitted to practice in California

JDH:gw

cc:   Nancy Luque
      Cris Beal

Gray Cary\SD\1615462.1
2103638-6

AUSTIN   LA JOLLA   SACRAMENTO   SAN DIEGO   SAN FRANCISCO   SEATTLE   SILICON VALLEY   WASHINGTON

EXHIBIT
A