# Barentzen, Steven

| | |
|---|---|
| **From:** | Gina MacNeill [gmacneill@goldmanlawyers.com] |
| **Sent:** | Thursday, August 11, 2005 10:59 AM |
| **To:** | Barentzen, Steven |
| **Cc:** | Jerry S. Goldman |
| **Subject:** | Stipulation of Briefing Schedule for Taha Al Alwani |
| **Attachments:** | Taha Al alwani - v1clean.doc |

Please find attached a proposed briefing schedule.

Please advise whether this is acceptable.

*Gina M. Mac Neill, Esquire*
*Law Offices of Jerry S. Goldman & Associates*
*1500 JFK Boulevard, Suite 1411*
*Philadelphia, PA 19102*
*Phone: 215.569.4500 Ext. 25*
*Fax: 215.569.8899*

******************************************
Above email is for intended recipient only and may be
confidential and protected by attorney/client privilege. If you
are not the intended recipient, please advise the sender
immediately. Unauthorized use or distribution is prohibited and
may be unlawful.
******************************************

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*

*Estate of John P. O'Neill, Sr., on behalf John P. O'Neill, Sr., deceased, and on behalf of decedent's heirs-at-law, et al. v. Republic of Iraq, Case No. 04-CV-1076(RCC)*

## STIPULATION AND ORDER SETTING THE SCHEDULE FOR TAHA AL ALWANI A/K/A DR. TAHA JABIT AL'ALWANI TO RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiffs and for Defendant, Taha Al Alwani a/k/a Dr. Taha Jabit Al'Alwani ("Defendant"), subject to the approval of the Court as follows:

1. Plaintiffs shall serve their RICO Statement concerning Defendant, as required by Paragraph 7 of the Court's Standing Rules of Practice and in Paragraph 14 of Case Management Order No. 2, within thirty (30) days from the Court's approval of this stipulation.

2. Defendant shall move to dismiss or otherwise respond to Plaintiffs' Complaint, as amended, within forty-five (45) days from the receipt of the Plaintiff's RICO statement.

3. Plaintiffs shall have forty-five (45) days from the date on which it is served with Defendant's motion to dismiss to serve its opposition to same or serve its response, if required, to the answer to the Complaint, as amended.

4. Defendant shall file reply papers, if any, within fifteen (15) days from the date on which Defendant is served with Plaintiffs' opposition to a motion to dismiss, or response to an answer.

IT IS FURTHER STIPULATED AND AGREED that Defendant hereby waives any and all affirmative defenses, objections, privileges, immunities and arguments relating to insufficiency of process and insufficiency of service of process, but preserves any and all other defenses, objections, privileges, immunities and arguments available to it.

Respectfully submitted,

DLA PIPER RUDNICK GRAY CARY LLP

Dated:_____        By: _____
                            Steven K. Barentzen, Esquire (SB____)
                            1200 Nineteenth Street, NW
                            Washington DC 20036-2412
                            Tel. No. 202.862.3890
                            Fax No. 202.223.2085
                            Email: Steven.barentzen@dlapiper.com

                            *Attorney for Defendant Taha Al Alwani*

                            LAW OFFICES OF JERRY S. GOLDMAN
                            & ASSOCIATES, P.C.

Dated: _____      By: _____
                            Jerry S. Goldman, Esquire (JG 8445)
                            111 Broadway, 13th Floor
                            New York, NY 10006
                            Phone: 212-242-2232
                            Facsimile: 212-346-4665
                            Email: jgoldman@goldmanlawyers.com

                            *Attorney for Plaintiffs*

**SO ORDERED:**

Dated:_____

_____
RICHARD CONWAY CASEY, U.S.D.J.

3C:\Documents and Settings\sbarentzen\Local Settings\Temporary Internet Files\OLK8\Taha Al alwani - v1clean (5).doc