## Barentzen, Steven

**From:** Jerry S. Goldman [jgoldman@goldmanlawyers.com]
**Sent:** Thursday, August 11, 2005 4:45 PM
**To:** Barentzen, Steven; Gina MacNeill
**Cc:** Gina MacNeill; 'Fred Salek, Esq.'
**Subject:** RE: Stipulation of Briefing Schedule for Taha Al Alwani

I suggest, then, that you contact the court.

jsg

Jerry S. Goldman, Esquire

jgoldman@goldmanlawyers.com

Two Penn Center Plaza          The Trinity Building
1500 J.F.K. Blvd. Suite 1411   111 Broadway, 13th Floor
Philadelphia, PA 19102         New York, NY 10006
Telephone: 215.569.4500        Telephone: 212.242.2232
Facsimile: 215.569.8899        Facsimile: 212.346.4665

3109 Stirling Road, Suite 101
Fort Lauderdale, Fl 33312
Telephone: 954.981.6533
Facsimile: 954.989.8068
Facsimile: 856.858.4606

******************************************

Above email is for intended recipient only and may be
confidential and protected by attorney/client privilege. If you
are not the intended recipient, please advise the sender
immediately. Unauthorized use or distribution is prohibited and may be unlawful.

******************************************

-----Original Message-----
**From:** Barentzen, Steven [mailto:Steven.Barentzen@dlapiper.com]
**Sent:** Thursday, August 11, 2005 2:50 PM
**To:** Gina MacNeill
**Cc:** Jerry S. Goldman
**Subject:** RE: Stipulation of Briefing Schedule for Taha Al Alwani

Ms. MacNeill:

I did not know that you intended to include a provision in the stipulation permitting you to file a RICO Statement. We agree with counsel for Mr. Bin Mahfouz, Williams & Connolly, who in their August 8, 2005 letter to Judge Casey stated that Case Management Order No. 2 only applies to the Federal Insurance plaintiffs. We also believe that to be the case and do not believe you should be permitted to file a RICO statement at this late date.

Moreover, I cannot agree to waive service as a defense. As I told Mr. Goldman yesterday, we intend to defend this action on the ground that you served the wrong Taha Al Alwani.

11/22/2005

If you remove those two paragraphs we can agree to the stipulation. If you will not agree to these revisions, please let me know immediately, as we intend to write to Judge Casey and advise him of our support of Williams & Connolloy's August 8, 2005 letter.

Very truly yours, Steven Barentzen:

**From:** Gina MacNeill [mailto:gmacneill@goldmanlawyers.com]
**Sent:** Thursday, August 11, 2005 10:59 AM
**To:** Barentzen, Steven
**Cc:** Jerry S. Goldman
**Subject:** Stipulation of Briefing Schedule for Taha Al Alwani

Please find attached a proposed briefing schedule.

Please advise whether this is acceptable.

*Gina M. MacNeill, Esquire*
*Law Offices of Jerry S. Goldman & Associates*
*1500 JFK Boulevard, Suite 1411*
*Philadelphia, PA 19102*
*Phone: 215.569.4500 Ext. 25*
*Fax: 215.569.8899*

******************************************
Above email is for intended recipient only and may be confidential and protected by attorney/client privilege. If you are not the intended recipient, please advise the sender immediately. Unauthorized use or distribution is prohibited and may be unlawful.
******************************************

The information contained in this email may be confidential and/or legally privileged. It has been sent fo the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please contact the sender by reply email and destroy all copies of the original message. To contact our email administrator directly, send to postmaster@dlapiper.com

Thank you.

11/22/2005