# Barentzen, Steven

| | |
|---|---|
| **From:** | Barentzen, Steven |
| **Sent:** | Tuesday, August 23, 2005 7:06 PM |
| **To:** | 'Gina MacNeill' |
| **Cc:** | Jerry S. Goldman |
| **Subject:** | RE: Stipulation of Briefing Schedule for Taha Al Alwani |
| **Attachments:** | Al-Alwani Stip(2).doc |

Here is a new briefing stipulation based upon Judge Casey's ruling today. Let me know if you have any comments.

---

**From:** Gina MacNeill [mailto:gmacneill@goldmanlawyers.com]
**Sent:** Thursday, August 11, 2005 10:59 AM
**To:** Barentzen, Steven
**Cc:** Jerry S. Goldman
**Subject:** Stipulation of Briefing Schedule for Taha Al Alwani

Please find attached a proposed briefing schedule.

Please advise whether this is acceptable.

*Gina M. MacNeill, Esquire*
*Law Offices of Jerry S. Goldman & Associates*
*1500 JFK Boulevard, Suite 1411*
*Philadelphia, PA 19102*
*Phone: 215.569.4500 Ext. 25*
*Fax: 215.569.8899*

*****************************************
Above email is for intended recipient only and may be
confidential and protected by attorney/client privilege. If you
are not the intended recipient, please advise the sender
immediately. Unauthorized use or distribution is prohibited and
may be unlawful.
*****************************************

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

This document relates to:

*Estate of John P. O'Neill, Sr., on behalf John P. O'Neill, Sr., deceased, and on behalf of decedent's heirs-at-law, et al. v. Republic of Iraq*, Case No. 04-CV-1076(RCC)

### STIPULATION AND ORDER SETTING THE SCHEDULE FOR TAHA AL ALWANI A/K/A DR. TAHA JABIT AL'ALWANI TO RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiffs and for Defendant, Taha Al Alwani a/k/a Dr. Taha Jabit Al'Alwani ("Defendant"), subject to the approval of the Court as follows:

1. Defendant shall move to dismiss or otherwise respond to Plaintiffs' Complaint, as amended, within forty-five (45) days from the Court's approval of this stipulation.

2. Plaintiffs shall have forty-five (45) days from the date on which they are served with Defendant's motion to dismiss to serve its opposition to same.

3. Defendant shall file reply papers, if any, within fifteen (15) days from the date on which Defendant is served with Plaintiffs' opposition to a motion to dismiss.

Respectfully submitted,

DLA PIPER RUDNICK GRAY CARY LLP

Dated:_____     By:_____
Steven K. Barentzen, Esquire (SB____)
1200 Nineteenth Street, NW
Washington DC 20036-2412
Tel. No. 202.862.3890
Fax No. 202.223.2085

Email: Steven.barentzen@dlapiper.com
*Attorneys for Defendant Taha Al Alwani*

LAW OFFICES OF JERRY S. GOLDMAN & ASSOCIATES, P.C.

Dated: _____   By: _____
Jerry S. Goldman, Esquire (JG 8445)
111 Broadway, 13th Floor
New York, NY 10006
Phone: 212-242-2232
Facsimile: 212-346-4665
Email: jgoldman@goldmanlawyers.com
*Attorneys for Plaintiffs*

**SO ORDERED:**

_____   Dated:_____
RICHARD CONWAY CASEY, U.S.D.J.