## Barentzen, Steven

**From:** Jerry S. Goldman [jgoldman@goldmanlawyers.com]
**Sent:** Wednesday, August 24, 2005 8:55 AM
**To:** Barentzen, Steven; Gina MacNeill
**Cc:** Gina MacNeill; 'Fred Salek, Esq.'
**Subject:** RE: Stipulation of Briefing Schedule for Taha Al Alwani

Let me get back to you on this one.
I understand Judge Casey's order, although, obviously, I respectfully disagree.
There is nothing in it, however, about the service issue.

I would assume, that under the terms of his order, we may be late in filing a "RICO Statement"; I understand that your client was served, I believe, on the 29th or 30th of July, which is well over 30 days ago.

jsg


Jerry S. Goldman, Esquire

jgoldman@goldmanlawyers.com

Two Penn Center Plaza          The Trinity Building
1500 J.F.K. Blvd. Suite 1411   111 Broadway, 13th Floor
Philadelphia, PA 19102         New York, NY 10006
Telephone: 215.569.4500        Telephone: 212.242.2232
Facsimile: 215.569.8899        Facsimile: 212.346.4665

3109 Stirling Road, Suite 101
Fort Lauderdale, Fl 33312
Telephone: 954.981.6533
Facsimile: 954.989.8068
Facsimile: 856.858.4606

******************************************

Above email is for intended recipient only and may be
confidential and protected by attorney/client privilege. If you
are not the intended recipient, please advise the sender
immediately. Unauthorized use or distribution is prohibited and may be unlawful.

******************************************

-----Original Message-----
**From:** Barentzen, Steven [mailto:Steven.Barentzen@dlapiper.com]
**Sent:** Tuesday, August 23, 2005 7:06 PM
**To:** Gina MacNeill
**Cc:** Jerry S. Goldman
**Subject:** RE: Stipulation of Briefing Schedule for Taha Al Alwani

Here is a new briefing stipulation based upon Judge Casey's ruling today. Let me know if you have any comments.

11/22/2005

**From:** Gina MacNeill [mailto:gmacneill@goldmanlawyers.com]
**Sent:** Thursday, August 11, 2005 10:59 AM
**To:** Barentzen, Steven
**Cc:** Jerry S. Goldman
**Subject:** Stipulation of Briefing Schedule for Taha Al Alwani

Please find attached a proposed briefing schedule.

Please advise whether this is acceptable.

*Gina M. MacNeill, Esquire*
*Law Offices of Jerry S. Goldman & Associates*
*1500 JFK Boulevard, Suite 1411*
*Philadelphia, PA 19102*
*Phone: 215.569.4500 Ext. 25*
*Fax: 215.569.8899*

*******************************************
Above email is for intended recipient only and may be confidential and protected by attorney/client privilege. If you are not the intended recipient, please advise the sender immediately. Unauthorized use or distribution is prohibited and may be unlawful.
*******************************************

The information contained in this email may be confidential and/or legally privileged. It has been : the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, y hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copyi this communication, or any of its contents, is strictly prohibited. If you have received this commun in error, please contact the sender by reply email and destroy all copies of the original message. T( contact our email administrator directly, send to postmaster@dlapiper.com

Thank you.

11/22/2005