## Barentzen, Steven

| | |
|---|---|
| **From:** | Jerry S. Goldman [jgoldman@goldmanlawyers.com] |
| **Sent:** | Friday, August 26, 2005 1:39 PM |
| **To:** | Barentzen, Steven |
| **Cc:** | 'Fred Salek, Esq.'; Gina MacNeill |
| **Subject:** | RE: Draft Letter to Judge Casey |
| **Attachments:** | I-CaseyJKPC.pdf |

Mr. Barentzen:

In response to a communication to the Executive Committee, we will not be tendering a response to your letter application to the court. Rather, we are simply tendering the following directly to the Court.

jsg



Jerry S. Goldman, Esquire

jgoldman@goldmanlawyers.com

Two Penn Center Plaza
1500 J.F.K. Blvd. Suite 1411
Philadelphia, PA 19102
Telephone: 215.569.4500
Facsimile: 215.569.8899

The Trinity Building
111 Broadway, 13th Floor
New York, NY 10006
Telephone: 212.242.2232
Facsimile: 212.346.4665

3109 Stirling Road, Suite 101
Fort Lauderdale, Fl 33312
Telephone: 954.981.6533
Facsimile: 954.989.8068
Facsimile: 856.858.4606

******************************************
Above email is for intended recipient only and may be
confidential and protected by attorney/client privilege. If you
are not the intended recipient, please advise the sender
immediately. Unauthorized use or distribution is prohibited and may be unlawful.

******************************************

>  -----Original Message-----
> **From:** Barentzen, Steven [mailto:Steven.Barentzen@dlapiper.com]
> **Sent:** Thursday, August 25, 2005 7:23 PM
> **To:** Jerry S. Goldman
> **Subject:** Draft Letter to Judge Casey
>
> Mr. Goldman:
>
> At your request, attached please find a draft of the letter we intend to send to Judge Casey tomorrow. You have agreed to send me a response by the close of business tomorrow. I look forward to your response.

11/22/2005

Steve Barentzen.

<<Ltr to Casey(4) (2).pdf>>

---

The information contained in this email may be confidential and/or legally privileged. It has been : the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, y hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copyi this communication, or any of its contents, is strictly prohibited. If you have received this commur in error, please contact the sender by reply email and destroy all copies of the original message. Tc contact our email administrator directly, send to postmaster@dlapiper.com

Thank you.

---

11/22/2005

# LAW OFFICES OF
# JERRY S. GOLDMAN & ASSOCIATES, P.C.

A NEW YORK PROFESSIONAL CORPORATION DULY QUALIFIED TO TRANSACT BUSINESS WITHIN THE COMMONWEALTH OF PENNSYLVANIA

TWO PENN CENTER PLAZA • SUITE 1411
1500 JFK BOULEVARD
PHILADELPHIA, PA 19102
TEL: 215.569.4500 • FAX: 215.569.8899

111 BROADWAY • 13TH FLOOR
NEW YORK, NY 10006
TEL: 212.242.2232 • FAX: 212.346.4665

3109 STIRLING ROAD • SUITE 101
FORT LAUDERDALE, FL 33312
TEL: 954.981.6533 • FAX: 954.989.8068

JERRY S. GOLDMAN
DIRECT DIAL: 215.569.4500 ext. 12
jgoldman@goldmanlawyers.com
Admitted to: NY, PA & MASS
LLM in Taxation

Reply To: New York

August 26, 2005

**VIA OVERNIGHT MAIL**

Honorable Richard Conway Casey
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
Room 1950
New York, NY 10007

    Re:   *In re Terrorist Attacks of September 11, 2001*
          **03 MDL 1570 (RCC)**
          *Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al.*
          **04 CV 1922 (RCC)**
          *Estate of John P. O'Neill, Sr., et al. v. Al Baraka, et al.*
          **04 CV 1923 (RCC)**
          *Estate of John P. O'Neill, Sr., et al. v. Republic of Iraq, et al.*
          **04 CV 1076 (RCC)**

Dear Judge Casey:

    Having spoken to James Kreindler, Esquire, I understand that the Court does not want to receive a flurry of correspondence.

    Accordingly, I will not respond to the recent letters on the *O'Neill* cases, relative to scheduling, supplemental submissions and the like, unless the Court desires us to respond.

                          Respectfully submitted,

                          LAW OFFICES OF JERRY S. GOLDMAN &
                                ASSOCIATES, P.C.

                          By:_____
                              JERRY S. GOLDMAN, ESQUIRE

JSG:ng
cc: All Counsel