**Barentzen, Steven**

| | |
|---|---|
| **From:** | Barentzen, Steven |
| **Sent:** | Wednesday, October 12, 2005 9:16 AM |
| **To:** | 'Jerry S. Goldman' |
| **Subject:** | Draft Briefing Stipulation |
| **Attachments:** | Al-Alwani Stip(3).doc |

Mr. Goldman:

I write to follow up on my phone call to you yesterday. Attached is a draft briefing stipulation for your review that I hope you will agree to sign so that we can jointly submit it to the Court. Please let me know if you have any comments or suggestions.

Steve



Al-Alwani Stip(3).doc (29 KB)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

This document relates to:

*Estate of John P. O'Neill, Sr., on behalf John P. O'Neill, Sr., deceased, and on behalf of decedent's heirs-at-law, et al. v. Republic of Iraq*, Case No. 04-CV-1076(RCC)

## STIPULATION AND ORDER SETTING THE SCHEDULE FOR TAHA AL-ALWANI TO RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiffs and for Defendant Taha Al-Alwani ("Defendant"), subject to the approval of the Court as follows:

1. Defendant shall have 45 days from the Court's approval of this stipulation to move to dismiss Plaintiffs' Complaint, as amended. Defendant also intends to move for sanctions against Plaintiffs pursuant to Fed. R. Civ. Pro. 11, and shall serve his Rule 11 motion on Plaintiffs along with his motion to dismiss.

2. Plaintiffs shall have 21 days from the date they are served with the Rule 11 motion to withdraw their complaint against Defendant with prejudice. If Plaintiffs withdraw their complaint within that 21 day period, Plaintiffs will withdraw their Rule 11 motion. If Plaintiffs do not agree to voluntarily withdraw their complaint, Defendant shall file the motion in accordance with Rule 11.

3. If Plaintiffs do not agree to withdraw their complaint, they shall have forty-five (45) days from the date on which they are served with Defendant's motion to dismiss and Rule 11 motion to serve any opposition papers to those motions.

4. Defendant shall file reply papers within fifteen (15) days from the date on which Defendant is served with Plaintiffs' opposition to the motion to dismiss and the Rule 11 motion.

5. By entering into this stipulation, neither Plaintiffs nor Defendant waive, and each party expressly reserves the right to raise, any defenses or arguments they may have against the other party, including but not limited to the sufficiency of service or any alleged default by the other party.

Respectfully submitted,

DLA PIPER RUDNICK GRAY CARY LLP

Dated: October __, 2005

By:_____
Steven K. Barentzen, Esquire (SB 8777)
1200 Nineteenth Street, NW
Washington DC 20036-2412
Tel. No. 202.861.3890
Fax No. 202.223.2085
Email: Steven.barentzen@dlapiper.com
*Attorneys for Defendant Taha Al Alwani*

LAW OFFICES OF JERRY S. GOLDMAN & ASSOCIATES, P.C.

Dated: _____

By: _____
Jerry S. Goldman, Esquire (JG 8445)
111 Broadway, 13th Floor
New York, NY 10006
Phone: 212-242-2232
Facsimile: 212-346-4665
Email: jgoldman@goldmanlawyers.com
*Attorneys for Plaintiffs*

**SO ORDERED:**

Dated:_____

_____
RICHARD CONWAY CASEY, U.S.D.J.