UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

This document relates to:

*Estate of John P. O'Neill, Sr., on behalf John P. O'Neill, Sr., deceased, and on behalf of decedent's heirs-at-law, et al. v. Republic of Iraq*, Case No. 04-CV-1076 (RCC)

## DECLARATION OF STEVEN K. BARENTZEN

STEVEN K. BARENTZEN, on this 11th day of November 2005, hereby declares pursuant to 28 U.S.C. § 1746, and under the penalties of perjury, that the foregoing is true and correct:

1. I am an attorney licensed to practice law in the State of New York and the District of Columbia. I am an associate with the law firm of DLA Piper Rudnick Gray Cary US LLP and I submit this declaration in support of Taha Al-Alwani's Motion for Sanctions Pursuant to Rule 11.

2. Attached hereto as Exhibit A is a true and correct copy of the Declaration of Taha Jabir Al-Alwani, sworn to October 4, 2005.

3. Attached hereto as Exhibit B is a true and correct copy of Plaintiffs' More Definite Statement Pursuant to the Fed. R. Civ. Pro. Rule 12(e), Judge Casey's CMO-2, Paragraph 13, and/or RICO Statement Applicable to Taha Al Alwani a/k/a Dr. Taha Jabir Al'Alwani," dated August 25, 2005.

4. Attached hereto as Exhibit C is a true and correct copy of a letter dated September 2, 2005 from Steven K. Barentzen to Jerry S. Goldman.

5. Attached hereto as Exhibit D is a true and correct copy of a letter dated September 30, 2005 from Jerry S. Goldman to Steven K. Barentzen.

_____
Steven K. Barentzen

## CERTIFICATE OF SERVICE

      I hereby certify that on this 11th day of November, 2005, I caused an electronic copy of the foregoing Declaration of Steven K. Barentzen to be served by email upon all parties scheduled for electronic notice.

                                                /s/ Steven K. Barentzen
                                                Steven K. Barentzen (SB-8777)