# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

This document relates to:

*Estate of John P. O'Neill, Sr., on behalf John P. O'Neill, Sr., deceased, and on behalf of decedent's heirs-at-law, et al. v. Republic of Iraq*, Case No. 04-CV-1076 (RCC)

## DECLARATION OF DR. TAHA JABIR AL-ALWANI

I, Dr. Taha Al-Alwani, state as follows:

1.      I submit this declaration in support of my motion to dismiss the Second Amended Complaint (the "Complaint") that was served on me in the above-referenced action.  The Complaint against me should be dismissed because I am not the Taha Al-Alwani that is named as a Defendant in the Complaint.

2.      The Al-Alwani named in the Complaint is described in paragraph 36 as a "natural person[ ], subject[ ] and citizen[ ] of Iraq" and a "leader[ ], official[ ], agent[ ]/or employee[ ] of Iraq and/or its Intelligence Agency, who participated in the acts and conspiracy described below while acting in the course and scope of their employment."

3.      This does not describe me.  I was born in Iraq in 1935, but I left that country in 1969 and have never returned.  I moved permanently to the United States in 1984 and I became a United States citizen in 1992.

4.      Moreover, I am not – and never have been – a leader, official, agent or employee of Iraq and/or its Intelligence Agency.  Nor did I participate in any of the acts or conspiracies described in the Complaint.

5.      The surname "Al-Alwani" is a tribal in Iraq;  there may be as many as 50,000 families with that name living in Iraq.  It is likely that the Taha Al-Alwani that the Defendants name and describe in the complaint is the former mayor of Fallujah, who is named Taha *Badwi Hamid* Al-Alwani, whose was born in 1955, or perhaps another Iraqi national, who actually was a member of Saddam Hussein's Baath party.

I declare under the penalty of perjury under the laws of the United States of America, including 28 U.S.C. § 1746, this 4th day of October, 2005, that the foregoing is true and correct.

Dr. Taha Jabir Al-Alwani