IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACK ON SEPTEMBER 11, 2001 | Civil Action No. 03 MDL 1570 (RCC) |

This document relates to:

*Ashton v. Al Qaeda Islamic Army,* Case No. 03-CV-6978

### NOTICE OF MOTION TO DISMISS OF MUHAMMAD ASHRAF, M. OMAR ASHRAF, IQBAL UNUS, MOHAMMED JAGHLIT, AHMED TOTONJI AND YAQUB MIRZA PURSUANT TO RULE 12(B)(6) FOR FAILURE TO STATE A CLAIM

PLEASE TAKE NOTICE that pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and upon the memorandum of law attached hereto, Muhammad Ashraf, M. Omar Ashraf, Iqbal Unus, Mohammed Jaghlit, Ahmed Totonji and Yaqub Mirza (the "Moving Defendants"), by and through undersigned counsel, will move the Court, before the Honorable Richard C. Casey, U.S.D.J., at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, 10007, on at a date and time to be determined by the Court, for an order dismissing all of the claims asserted against them in *Ashton* for failure to state a claim upon which relief can be granted.

Respectfully submitted,

Dated:   December 7, 2005         By: /s/ Nancy Luque
                                  Nancy Luque (NL-1012)
                                  Jay Hanson (admitted *pro hac vice*)
                                  Steven K. Barentzen (SB-8777)
                                  DLA PIPER RUDNICK GRAY CARY US LLP
                                  1200 Nineteenth Street
                                  Washington, DC  20036-2247
                                  Tel: 202-861-3900
                                  Fax: 202-223-2085

*Attorneys for Muhammad Ashraf, M. Omar Ashraf, Iqbal Unus, Mohammed Jaghlit, Ahmed Totonji and Yaqub Mirza*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of December, 2005, I caused an electronic copy of the foregoing Notice Of Motion To Dismiss Of Muhammad Ashraf, M. Omar Ashraf, Iqbal Unus, Mohammed Jaghlit, Ahmed Totonji and Yaqub Mirza Pursuant To Rule 12(B)(6) For Failure To State A Claim to be served by the Court's electronic filing system upon all parties scheduled for electronic notice.

/s/ Steven K. Barentzen
Steven K. Barentzen (SB-8777)