**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

**IN RE TERRORIST ATTACK**
**ON SEPTEMBER 11, 2001**

**FEDERAL INSURANCE COMPANY**, et al.
                              **Plaintiffs**

                    v.

**AL QAIDA,** et al.
                              **Defendants**

**Case No.: 02 CV 6978 (RCC)**

**03 MDL 1570**

**DEFENDANT INTERNATIONAL ISLAMIC RELIEF ORGANIZATION'S**
**AMENDED ANSWER TO PLAINTIFFS FIRST AMENDED COMPLAINT**

Defendant International Islamic Relief Organization ("IIRO"), through undersigned

counsel, and pursuant to Rule 12, Fed. R. Civ. P., hereby submits its Amended Answer to

the Plaintiffs' First Amended Complaint ("Complaint").

**PARTIES**

1.  IIRO does not possess sufficient information to admit or deny the allegations in

    paragraph 1.

2.  IIRO does not possess sufficient information to admit or deny the allegations in

    paragraph 2.

3.  IIRO does not possess sufficient information to admit or deny the allegations in

    paragraph 3.

4.  IIRO does not possess sufficient information to admit or deny the allegations in

    paragraph 4.

5. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 5.

6. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 6.

7. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 7.

8. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 8.

9. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 9.

10. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 10.

11. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 11.

12. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 12.

13. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 13.

14. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 14.

15. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 15.

16. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 16.

17. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 17.

18. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 18.

19. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 19.

20. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 20.

21. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 21.

22. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 22.

23. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 23.

24. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 24.

25. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 25.

26. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 26.

27. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 27.

28. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 28.

29. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 29.

30. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 30.

31. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 31.

32. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 32.

33. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 33.

34. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 34.

35. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 35.

36. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 36.

37. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 37.

38. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 38.

39. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 39.

40. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 40.

41. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 41.

42. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 42.

43. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 43.

44. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 44.

45. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 45.

46. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 46.

47. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 47.

48. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 48.

49. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 49.

50. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 50.

51. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 51.

52. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 52.

53. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 53

54. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 54

55. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 55.

56. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 56.

57. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 57.

58. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 58.

59. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 59.

60. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 60.

61. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 61.

62. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 62.

63. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 63.

64. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 64.

65. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 65.

66. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 66.

## **JURISDICTION**

67. IIRO denies that this court has subject matter jurisdiction over IIRO.

68. IIRO denies that denies that the allegations in paragraph 68 fall within the exceptions to jurisdictional immunity

69. IIRO denies that venue is proper in this district.

## FACTUAL BACKGROUND

70. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 70.

71. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 71.

72. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 72.

73. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 73.

74. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 74.

## ORIGINS OF AL QAIDA

75. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 75.

76. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 76.

77. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 77.

78. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 78.

## GENERAL ALLEGATIONS COMMON TO ALL CHARITY DEFENDANTS

79. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 79.

80. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 80.

81. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 81.

82. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 82.

83. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 83.

### **BENEVOLENCE INTERNATIONAL FOUNDATION**

84. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 84.

85. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 85.

86. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 86.

87. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 87.

88. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 88.

89. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 89.

90. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 90.

91. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 91.

92. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 92.

93. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 93.

94. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 94.

95. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 95.

96. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 96.

97. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 97.

98. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 98.

99. IIRO does not possess sufficient information to admit or deny the allegations in paragraph 99.

100.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 100.

101.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 101.

102.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 102.

103.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 103.

104.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 104.

105.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 105.

106.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 106.

107.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 107.

108.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 108.

109.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 109.

110.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 110.

111.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 111.

112.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 112.

## THE MUSLIM WORLD LEAGUE

113.      IIRO does not possess sufficient information to admit or deny the allegations in paragraph 113.

114.      IIRO does not possess sufficient information to admit or deny the allegations in paragraph 114.

115.      IIRO denies the allegations of paragraph 115 insofar as they relate to IIRO.

116.      IIRO does not possess sufficient information to admit or deny the allegations in paragraph 116.

117.      IIRO does not possess sufficient information to admit or deny the allegations in paragraph 117.

118.      IIRO does not possess sufficient information to admit or deny the allegations in paragraph 118.

119.      IIRO does not possess sufficient information to admit or deny the allegations in paragraph 119.

120.      IIRO does not possess sufficient information to admit or deny the allegations in paragraph 120.

121.      IIRO does not possess sufficient information to admit or deny the allegations in paragraph 121.

122.      IIRO does not possess sufficient information to admit or deny the allegations in paragraph 122.

123.      IIRO does not possess sufficient information to admit or deny the allegations in paragraph 123.

124.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 124.

125.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 125.

126.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 126.

127.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 127.

128.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 128.

129.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 129.

## **INTERNATIONAL ISLAMIC RELIEF ORGANIZATION (IIRO)**

130.     IIRO denies the allegations of paragraph 130.

131.     IIRO denies the allegations of paragraph 131.

132.     IIRO denies the allegations of paragraph 132.

133.     IIRO denies the allegations of paragraph 133.

134.     IIRO denies the allegations of paragraph 134.

135.     IIRO denies the allegations of paragraph 135.

136.     IIRO denies the allegations of paragraph 136.

137.     IIRO denies the allegations of paragraph 137.

138.     IIRO denies the allegations of paragraph 138.

139.     IIRO denies the allegations of paragraph 139.

140.     IIRO denies the allegations of paragraph 140.

141.     IIRO denies the allegations of paragraph 141.

142.     IIRO denies the allegations of paragraph 142.

143.     IIRO denies the allegations of paragraph 143.

144.     IIRO denies the allegations of paragraph 144.

145.     IIRO denies the allegations of paragraph 145.

146.     IIRO denies the allegations of paragraph 146.

147.     IIRO denies the allegations of paragraph 147.

148.     IIRO denies the allegations of paragraph 148.

149.     IIRO denies the allegations of paragraph 149.

## <u>WORLD ASSEMBLY OF MUSLIM YOUTH</u>

150.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 150.

151.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 151.

152.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 152.

153.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 153.

154.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 154.

155.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 155.

156.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 156.

157.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 157.

158.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 158.

159.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 159.

160.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 160.

161.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 161.

162.     IIRO denies the allegation of paragraph 162 insofar as they relate to IIRO.

163.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 163.

164.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 164.

165.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 165.

166.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 166.

## AL HARAMAIN ISLAMIC FOUNDATION

167.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 167.

168.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 168.

169.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 169.

170.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 170.

171.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 171.

172.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 172.

173.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 173.

174.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 174.

175.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 175.

176.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 176.

177.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 177.

178.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 178.

179.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 179.

180.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 180.

181.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 181.

182.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 182.

183.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 183.

184.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 184.

185.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 185.

186.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 186.

187.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 187.

188.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 188.

189.      IIRO does not possess sufficient information to admit or deny the allegations in paragraph 189.

190.      IIRO does not possess sufficient information to admit or deny the allegations in paragraph 190.

191.      IIRO does not possess sufficient information to admit or deny the allegations in paragraph 191.

192.      IIRO does not possess sufficient information to admit or deny the allegations in paragraph 192.

193.      IIRO does not possess sufficient information to admit or deny the allegations in paragraph 193.

194.      IIRO does not possess sufficient information to admit or deny the allegations in paragraph 194.

195.      IIRO does not possess sufficient information to admit or deny the allegations in paragraph 195.

196.      IIRO does not possess sufficient information to admit or deny the allegations in paragraph 196.

197.      IIRO does not possess sufficient information to admit or deny the allegations in paragraph 197.

198.      IIRO does not possess sufficient information to admit or deny the allegations in paragraph 198.

199.      IIRO does not possess sufficient information to admit or deny the allegations in paragraph 199.

200.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 200.

201.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 201.

202.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 202.

## SAUDI JOINT RELIEF COMMITTEE FOR KOSOVO AND CHECHNYA

203.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 203.

204.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 204.

205.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 205.

206.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 206.

207.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 207.

## RABITA TRUST

208.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 208.

209.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 209.

210.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 210.

211.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 211.

212.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 212.

213.     IIRO denies the allegations of paragraph 213 insofar as they relate to IIRO.

214.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 214.

215.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 215.

216.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 216.

## GLOBAL RELIEF FOUNDATION

217.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 217.

218.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 218.

219.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 219.

220.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 220.

221.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 221.

## THE SAAR NETWORK

222.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 222.

223.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 223.

224.     IIRO denies the allegations of paragraph 224 insofar as they relate to IIRO.

225.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 225.

226.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 226.

227.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 227.

228.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 228.

229.     IIRO denies the allegations of paragraph 229 insofar as they relate to IIRO.

230.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 230.

231.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 231.

232.　　　IIRO does not possess sufficient information to admit or deny the allegations in paragraph 232.

## BLESSED RELIEF (MUWAFAQ) FOUNDATION

233.　　　IIRO does not possess sufficient information to admit or deny the allegations in paragraph 233.

234.　　　IIRO does not possess sufficient information to admit or deny the allegations in paragraph 234.

235.　　　IIRO does not possess sufficient information to admit or deny the allegations in paragraph 235.

236.　　　IIRO does not possess sufficient information to admit or deny the allegations in paragraph 236.

237.　　　IIRO does not possess sufficient information to admit or deny the allegations in paragraph 237.

## TAIBAH INTERNATIONAL AID ASSOCIATION

238.　　　IIRO does not possess sufficient information to admit or deny the allegations in paragraph 238.

239.　　　IIRO does not possess sufficient information to admit or deny the allegations in paragraph 239.

240.　　　IIRO does not possess sufficient information to admit or deny the allegations in paragraph 240.

241.　　　IIRO does not possess sufficient information to admit or deny the allegations in paragraph 241.

242.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 242.

243.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 243.

244.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 244.

245.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 245.

246.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 246.

247.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 247.

248.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 248.

249.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 249.

250.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 250.

251.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 251.

252.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 252.

## AL QAIDA'S PARTNERS IN THE INTERNAIONAL BANKING SYSTEM

253.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 253.

254.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 254.

255.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 255.

256.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 256.

257.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 257.

258.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 258.

## THE AL TAQWA FINANCIAL NETWORK

259.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 259.

260.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 260.

261.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 261.

262.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 262.

263.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 263.

264.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 264.

265.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 265.

266.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 266.

267.     IIRO denies the allegations of paragraph 267 insofar as they relate to IIRO.

268.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 268.

269.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 269.

## AL BARAKAAT GROUP

270.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 270.

271.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 271.

272.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 272.

273.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 273.

274.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 274.

## AL RAJHI BANKING AND INVESTMENT GROUP

275.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 275.

276.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 276.

277.     IIRO denies the allegations of paragraph 277 insofar as they relate to IIRO.

278.     IIRO denies the allegations of paragraph 278 insofar as they relate to IIRO.

279.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 279.

280.     IIRO denies the allegations of paragraph 280 insofar as they relate to IIRO.

281.     IIRO denies the allegations of paragraph 281 insofar as they relate to IIRO.

282.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 282.

283.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 283.

284.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 284.

## NATIONAL COMMERCIAL BANK

285.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 285.

286.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 286.

287.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 287.

288.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 288.

289.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 289.

290.     IIRO denies the allegations of paragraph 290 insofar as they relate to IIRO.

291.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 291.

292.     IIRO denies the allegations of paragraph 292 insofar as they relate to IIRO.

293.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 293.

294.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 294.

295.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 295.

296.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 296.

297.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 297.

## AL BARAKA INVESTMENT AND DEVELOPMENT CORPORATION

298.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 298.

299.     IIRO denies the allegations of paragraph 299 insofar as they relate to IIRO.

300.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 300.

301.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 301.

302.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 302.

303.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 303.

304.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 304.

305.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 305.

306.     IIRO does not possess sufficient information to admit or deny the
allegations in paragraph 306.

### DAR-AL-MAAL AL ISLAMI

307.     IIRO does not possess sufficient information to admit or deny the
allegations in paragraph 307.

308.     IIRO does not possess sufficient information to admit or deny the
allegations in paragraph 308.

309.     IIRO does not possess sufficient information to admit or deny the
allegations in paragraph 309.

310.     IIRO does not possess sufficient information to admit or deny the
allegations in paragraph 310.

311.     IIRO does not possess sufficient information to admit or deny the
allegations in paragraph 311.

312.     IIRO does not possess sufficient information to admit or deny the
allegations in paragraph 312.

### FAISAL ISLAMIC BANK – SUDAN

313.     IIRO does not possess sufficient information to admit or deny the
allegations in paragraph 313.

314.     IIRO does not possess sufficient information to admit or deny the
allegations in paragraph 314.

315.     IIRO does not possess sufficient information to admit or deny the
allegations in paragraph 315.

316.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 316.

317.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 317.

318.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 318.

319.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 319.


## AL SHAMAL ISLAMIC BANK

320.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 320.

321.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 321.

322.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 322.

323.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 323.

324.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 324.

325.     IIRO denies the allegations of paragraph 325 insofar as they relate to IIRO.

326.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 326.

327.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 327.

328.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 328.

329.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 329.

330.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 330.

331.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 331.

332.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 332.

333.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 333.

## TADAMON ISLAMIC BANK

334.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 334.

335.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 335.

336.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 336.

337.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 337.

338.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 338.

339.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 339.

340.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 340.

341.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 341.

342.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 342.

## DUBAI ISLAMIC BANK

343.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 343.

344.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 344.

345.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 345.

346.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 346.

347.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 347.

348.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 348.

349.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 349.

350.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 350.

## ISLAMIC DEVELOPMENT BANK

351.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 351.

352.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 352.

353.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 353.

354.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 354.

355.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 355.

356.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 356.

## ARAB BANK, PLC

357.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 357.

358.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 358.

359.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 359.

360.     IIRO denies the allegations of paragraph 360 insofar as they relate to IIRO.

361.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 361.

362.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 362.

363.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 363.

364.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 364.

## SAUDI AMERICAN BANK

365.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 365.

366.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 366.

367.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 367.

368.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 368.

369.     IIRO denies the allegations of paragraph 369 insofar as they relate to IIRO.

370.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 370.

371.     IIRO denies the allegations of paragraph 371 insofar as they relate to IIRO.

372.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 372.

373.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 373.

374.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 374.

375.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 375.

## AL QAIDA'S SPONSORS AND PARTNERS IN THE BUSINESS COMMUNITY

376.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 376.

377.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 377.

378.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 378.

379.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 379.

380.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 380.

381.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 381.

382.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 382.

383.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 383.

384.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 384.

385.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 385.

386.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 386.

387.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 387.

388.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 388.

389.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 389.

390.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 390.

391.    IIRO does not possess sufficient information to admit or deny the allegations in paragraph 391.

392.    IIRO does not possess sufficient information to admit or deny the allegations in paragraph 392.

393.    IIRO does not possess sufficient information to admit or deny the allegations in paragraph 393.

394.    IIRO does not possess sufficient information to admit or deny the allegations in paragraph 394.

395.    IIRO does not possess sufficient information to admit or deny the allegations in paragraph 395.

396.    IIRO does not possess sufficient information to admit or deny the allegations in paragraph 396.

397.    IIRO does not possess sufficient information to admit or deny the allegations in paragraph 397.

## KINGDOM OF SAUDI ARABIA, SAUDI ROYAL FAMILY AND SAUDI ELITES

398.    IIRO does not possess sufficient information to admit or deny the allegations in paragraph 398.

399.    IIRO does not possess sufficient information to admit or deny the allegations in paragraph 399.

400.    IIRO does not possess sufficient information to admit or deny the allegations in paragraph 400.

401.    IIRO does not possess sufficient information to admit or deny the allegations in paragraph 401.

402.    IIRO does not possess sufficient information to admit or deny the allegations in paragraph 402.

403.    IIRO does not possess sufficient information to admit or deny the allegations in paragraph 403.

404.    IIRO does not possess sufficient information to admit or deny the allegations in paragraph 404.

405.    IIRO does not possess sufficient information to admit or deny the allegations in paragraph 405.

406.    IIRO does not possess sufficient information to admit or deny the allegations in paragraph 406.

407.    IIRO does not possess sufficient information to admit or deny the allegations in paragraph 407.

408.    IIRO does not possess sufficient information to admit or deny the allegations in paragraph 408.

409.    IIRO does not possess sufficient information to admit or deny the allegations in paragraph 409.

410.    IIRO does not possess sufficient information to admit or deny the allegations in paragraph 410.

411.    IIRO does not possess sufficient information to admit or deny the allegations in paragraph 411.

412.    IIRO does not possess sufficient information to admit or deny the allegations in paragraph 412.

413.      IIRO does not possess sufficient information to admit or deny the allegations in paragraph 413.

414.      IIRO does not possess sufficient information to admit or deny the allegations in paragraph 414.

415.      IIRO does not possess sufficient information to admit or deny the allegations in paragraph 415.

416.      IIRO does not possess sufficient information to admit or deny the allegations in paragraph 416.

417.      IIRO does not possess sufficient information to admit or deny the allegations in paragraph 417.

418.      IIRO does not possess sufficient information to admit or deny the allegations in paragraph 418.

419.      IIRO does not possess sufficient information to admit or deny the allegations in paragraph 419.

420.      IIRO does not possess sufficient information to admit or deny the allegations in paragraph 420.

421.      IIRO does not possess sufficient information to admit or deny the allegations in paragraph 421.

422.      IIRO does not possess sufficient information to admit or deny the allegations in paragraph 422.

423.      IIRO does not possess sufficient information to admit or deny the allegations in paragraph 423.

424.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 424.

425.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 425.

426.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 426.

427.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 427.

428.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 428.

429.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 429.

430.     IIRO denies the allegations of paragraph 430 insofar as they relate to IIRO.

431.     IIRO denies the allegations of paragraph 431 insofar as they relate to IIRO.

432.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 432.

433.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 433.

434.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 434.

435.     IIRO denies the allegations of paragraph 435 insofar as they relate to IIRO.

436.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 436.

437.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 437.

438.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 438.

439.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 439.

440.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 440.

441.     IIRO denies the allegations of paragraph 441 insofar as they relate to IIRO.

442.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 442.

443.     IIRO denies the allegations of paragraph 267 insofar as they relate to IIRO.

444.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 444.

445.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 445.

446.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 446.

447.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 447.

448.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 448.

449.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 449.

450.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 450.

451.     IIRO denies the allegations of paragraph 451 insofar as they relate to IIRO.

452.     IIRO denies the allegations of paragraph 452 insofar as they relate to IIRO.

453.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 453.

454.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 454.

455.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 455.

456.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 456.

457.      IIRO does not possess sufficient information to admit or deny the allegations in paragraph 457.

458.      IIRO does not possess sufficient information to admit or deny the allegations in paragraph 458.

459.      IIRO does not possess sufficient information to admit or deny the allegations in paragraph 459.

460.      IIRO does not possess sufficient information to admit or deny the allegations in paragraph 460.

461.      IIRO denies the allegations of paragraph 461 insofar as they relate to IIRO.

462.      IIRO denies the allegations of paragraph 462 insofar as they relate to IIRO.

463.      IIRO denies the allegations of paragraph 463 insofar as they relate to IIRO.

464.      IIRO does not possess sufficient information to admit or deny the allegations in paragraph 464.

465.      IIRO does not possess sufficient information to admit or deny the allegations in paragraph 465.

466.      IIRO does not possess sufficient information to admit or deny the allegations in paragraph 466.

467.      IIRO denies the allegations of paragraph 467 insofar as they relate to IIRO.

468.     IIRO denies the allegations of paragraph 468 insofar as they relate to IIRO.

469.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 469.

470.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 470.

471.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 471.

472.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 472.

473.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 473.

474.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 474.

475.     IIRO denies the allegations of paragraph 475 insofar as they relate to IIRO.

476.     IIRO denies the allegations of paragraph 476 insofar as they relate to IIRO.

477.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 477.

478.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 478.

479.        IIRO denies the allegations of paragraph 479 insofar as they relate to

IIRO.

480.        IIRO denies the allegations of paragraph 480 insofar as they relate to

IIRO.

481.        IIRO does not possess sufficient information to admit or deny the

allegations in paragraph 481.

482.        IIRO does not possess sufficient information to admit or deny the

allegations in paragraph 482.

483.        IIRO does not possess sufficient information to admit or deny the

allegations in paragraph 483.

484.        IIRO denies the allegations of paragraph 484 insofar as they relate to

IIRO.

485.        IIRO does not possess sufficient information to admit or deny the

allegations in paragraph 485.

486.        IIRO denies the allegations of paragraph 486 insofar as they relate to

IIRO.

487.        IIRO does not possess sufficient information to admit or deny the

allegations in paragraph 487.

488.        IIRO does not possess sufficient information to admit or deny the

allegations in paragraph 488.

489.        IIRO does not possess sufficient information to admit or deny the

allegations in paragraph 489.

490.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 490.

491.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 491.

492.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 492.

493.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 493.

494.     IIRO denies the allegations of paragraph 494 insofar as they relate to IIRO.

495.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 495.

496.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 496.

497.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 497.

498.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 498.

499.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 499.

500.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 500.

501.      IIRO denies the allegations of paragraph 501 insofar as they relate to IIRO.

502.      IIRO does not possess sufficient information to admit or deny the allegations in paragraph 502.

503.      IIRO does not possess sufficient information to admit or deny the allegations in paragraph 503.

504.      IIRO does not possess sufficient information to admit or deny the allegations in paragraph 504.

505.      IIRO denies the allegations of paragraph 505 insofar as they relate to IIRO.

506.      IIRO does not possess sufficient information to admit or deny the allegations in paragraph 506.

507.      IIRO does not possess sufficient information to admit or deny the allegations in paragraph 507.

508.      IIRO does not possess sufficient information to admit or deny the allegations in paragraph 508.

## **SUDAN**

509.      IIRO does not possess sufficient information to admit or deny the allegations in paragraph 509.

510.      IIRO does not possess sufficient information to admit or deny the allegations in paragraph 510.

511.      IIRO does not possess sufficient information to admit or deny the allegations in paragraph 511.

512.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 512.

513.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 513.

514.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 514.

515.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 515.

516.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 516.

## **SYRIAN ARAB REPUBLIC**

517.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 517.

518.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 518.

519.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 519.

520.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 520.

521.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 521.

522.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 522.

523.        IIRO does not possess sufficient information to admit or deny the allegations in paragraph 523.

524.        IIRO does not possess sufficient information to admit or deny the allegations in paragraph 524.

## THE ISLAMIC REPUBLIC OF IRAN

525.        IIRO does not possess sufficient information to admit or deny the allegations in paragraph 525.

526.        IIRO does not possess sufficient information to admit or deny the allegations in paragraph 526.

527.        IIRO does not possess sufficient information to admit or deny the allegations in paragraph 527.

528.        IIRO does not possess sufficient information to admit or deny the allegations in paragraph 528.

529.        IIRO does not possess sufficient information to admit or deny the allegations in paragraph 529.

530.        IIRO does not possess sufficient information to admit or deny the allegations in paragraph 530.

531.        IIRO does not possess sufficient information to admit or deny the allegations in paragraph 531.

532.        IIRO does not possess sufficient information to admit or deny the allegations in paragraph 532.

533.        IIRO does not possess sufficient information to admit or deny the allegations in paragraph 533.

534.       IIRO does not possess sufficient information to admit or deny the allegations in paragraph 534.

535.       IIRO does not possess sufficient information to admit or deny the allegations in paragraph 535.

## REPUBLIC OF IRAQ

536.       IIRO does not possess sufficient information to admit or deny the allegations in paragraph 536.

537.       IIRO does not possess sufficient information to admit or deny the allegations in paragraph 537.

538.       IIRO does not possess sufficient information to admit or deny the allegations in paragraph 538.

539.       IIRO does not possess sufficient information to admit or deny the allegations in paragraph 539.

540.       IIRO does not possess sufficient information to admit or deny the allegations in paragraph 540.

## PLAINTIFFS' INJURIES

541.       IIRO does not possess sufficient information to admit or deny the allegations in paragraph 541.

542.       IIRO does not possess sufficient information to admit or deny the allegations in paragraph 542.

543.       IIRO does not possess sufficient information to admit or deny the allegations in paragraph 543.

544.      IIRO does not possess sufficient information to admit or deny the allegations in paragraph 544.

545.      IIRO does not possess sufficient information to admit or deny the allegations in paragraph 545.

546.      IIRO does not possess sufficient information to admit or deny the allegations in paragraph 546.

547.      IIRO does not possess sufficient information to admit or deny the allegations in paragraph 547.

548.      IIRO does not possess sufficient information to admit or deny the allegations in paragraph 548.

549.      IIRO does not possess sufficient information to admit or deny the allegations in paragraph 549.

550.      IIRO does not possess sufficient information to admit or deny the allegations in paragraph 550.

551.      IIRO does not possess sufficient information to admit or deny the allegations in paragraph 551.

552.      IIRO does not possess sufficient information to admit or deny the allegations in paragraph 552.

553.      IIRO does not possess sufficient information to admit or deny the allegations in paragraph 553.

554.      IIRO does not possess sufficient information to admit or deny the allegations in paragraph 554.

555.        IIRO does not possess sufficient information to admit or deny the
allegations in paragraph 555.

556.        IIRO does not possess sufficient information to admit or deny the
allegations in paragraph 556.

557.        IIRO does not possess sufficient information to admit or deny the
allegations in paragraph 557.

558.        IIRO does not possess sufficient information to admit or deny the
allegations in paragraph 558.

559.        IIRO does not possess sufficient information to admit or deny the
allegations in paragraph 559.

560.        IIRO does not possess sufficient information to admit or deny the
allegations in paragraph 560.

561.        IIRO does not possess sufficient information to admit or deny the
allegations in paragraph 561.

562.        IIRO does not possess sufficient information to admit or deny the
allegations in paragraph 562.

563.        IIRO does not possess sufficient information to admit or deny the
allegations in paragraph 563.

564.        IIRO does not possess sufficient information to admit or deny the
allegations in paragraph 564.

565.        IIRO does not possess sufficient information to admit or deny the
allegations in paragraph 565.

566.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 566.

567.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 567.

568.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 568.

569.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 569.

570.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 570.

571.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 571.

572.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 572.

573.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 573.

574.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 574.

575.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 575.

576.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 576.

577.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 577.

578.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 578.

579.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 579.

580.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 580.

581.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 581.

582.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 582.

583.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 583.

584.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 584.

585.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 585.

586.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 586.

587.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 587.

588.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 588.

589.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 589.

590.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 590.

591.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 591.

592.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 592.

593.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 593.

594.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 594.

595.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 595.

596.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 596.

597.     IIRO does not possess sufficient information to admit or deny the allegations in paragraph 597.

## COUNT I
## PLAINTIFFS V. ALL DEFENDANTS
## TRESPASS

598.        The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

599.        The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

600.        The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

601.        The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

602.        The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

603.        The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

## COUNT II

**PLAINTIFFS V. ALL DEFENDANTS
WRONGFUL DEATH**

604.     The allegations of this paragraph constitute a conclusion of law to which
no response is required. To the extent a response is required, the allegations are
denied.

605.     The allegations of this paragraph constitute a conclusion of law to which
no response is required. To the extent a response is required, the allegations are
denied.

606.     The allegations of this paragraph constitute a conclusion of law to which
no response is required. To the extent a response is required, the allegations are
denied.

**COUNT III
PLAINTIFFS V. ALL DEFENDANTS
SURVIVAL ACTION**

607.     The allegations of this paragraph constitute a conclusion of law to which
no response is required. To the extent a response is required, the allegations are
denied.

608.     The allegations of this paragraph constitute a conclusion of law to which
no response is required. To the extent a response is required, the allegations are
denied.

609.     The allegations of this paragraph constitute a conclusion of law to which
no response is required. To the extent a response is required, the allegations are
denied.

## COUNT IV
## PLAINTIFFS V. ALL DEFENDANTS
## ASSAULT AND BATTERY

610.     The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

611.     The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

612.     The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

613.     The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

## COUNT V
## PLAINTIFFS V. ALL DEFENDANTS
## INTENTIONAL AND/OR NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

614.     The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

615.     The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

616.     The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

617.     The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

### COUNT VI
### PLAINTIFFS V. ALL DEFENDANTS
### TORTURE VICTIM PROTECTION ACT

618.     The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

619.     The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

620.     The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

621.     The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

622.     The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

**COUNT VII**
**PLAINTIFFS V. ALL DEFENDANTS**
**CONSPIRACY**

623.     The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

624.     The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

625.     The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

626.     The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

**COUNT VIII**
**PLAINTIFFS V. ALL DEFENDANTS**
**18 U.S.C. § 1962(a) – CIVIL RICO**

627.     The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

628.     The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

629.     The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

## COUNT IX
## PLAINTIFFS V. ALL DEFENDANTS
## AIDING AND ABETTING

630.     The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

631.     The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

632.     The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

633.     The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

## COUNT X
## PLAINTIFFS V. ALL DEFENDANTS
## 18 U.S.C. § 2333

634.     The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

635.     The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

636.     The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

637.     The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

638.     The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

**COUNT XI**
**PLAINTIFFS V. ALL DEFENDANTS**
**NEGLIGENCE**

639.     The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

640.     The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

641.     The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

642.     The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

643.     The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

## COUNT XII
## PLAINTIFFS V. ALL DEFENDANTS
## PUNITIVE DAMAGES

644.     The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

645.     The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

646.     The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

## <u>FIRST AFFIRMATIVE DEFENSE</u>

(Failure to State a Claim)

Plaintiffs' claims fail to state a claim against IIRO for which relief may be granted.

## <u>SECOND AFFIRMATIVE DEFENSE</u>

(Causation)

There is no causal connection between any of IIRO's activities and plaintiffs' injuries.

### THIRD AFFIRMATIVE DEFENSE

(Causation)

No act or omission of any agent, servant, or employee of IIRO proximately caused any harm or damages to plaintiffs.

### FOURTH AFFIRMATIVE DEFENSE

(Other Tortfeasors)

Plaintiffs' damages and injuries were caused by other individuals or entities who are, or are not, named as parties to this action.

### FIFTH AFFIRMATIVE DEFENSE

(Improper Venue)

This Court is not the proper venue for plaintiffs' claims against IIRO.

### SIXTH AFFIRMATIVE DEFENSE

(Subject Matter Jurisdiction)

This Court does not have subject matter jurisdiction over plaintiffs' claims against IIRO.

### SEVENTH AFFIRMATIVE DEFENSE

The Central Intelligence Agency, The Federal Bureau of Investigation, and other agencies of the United States government had information and resources to prevent the September 11, 2001, attacks from occurring. But for their failure to utilize this information and these resources, MWL would not be a named defendant in this action.

## EIGHTH AFFIRMATIVE DEFENSE

(Personal Jurisdiction)

This Court does not have personal jurisdiction over plaintiffs' claims against IIRO.

## NINTH AFFIRMATIVE DEFENSE

(Estoppel)

Plaintiffs are estopped from receiving the relief requested against IIRO.

## TENTH AFFIRMATIVE DEFENSE

(Statute of Limitations)

Plaintiffs' claims against IIRO are barred, in whole or in part, by the applicable statute of limitations.

## ELEVENTH AFFIRMATIVE DEFENSE

(Punitive Damages)

Plaintiffs' claims for punitive damages against IIRO are barred because IIRO's activities, as alleged by plaintiffs, were not committed with intent, malice, willful and outrageous conduct aggravated by evil motive, or reckless indifference, and none of IIRO's activities in any way were intended to, or did harm, the plaintiffs in this action.

## TWELFTH AFFIRMATIVE DEFENSE

(No Double Recovery)

Plaintiffs' claims for compensatory and punitive damages are barred to the extent that some plaintiffs are also seeking recovery against IIRO, for the same or similar claims, in the civil actions comprising the multi-district entitled *In re*

*Terrorist Attacks on September 11, 2001,* 03 MDL 1570 (RCC), pending in the United States District Court for the Southern District of New York.

## THIRTEENTH AFFIRMATIVE DEFENSE

(Immunity)

IIRO is an instrumentality of the government of the Kingdom of Saudi Arabia. Accordingly, IIRO is immune from suit.

## FOURTEENTH AFFIRMATIVE DEFENSE

In response to plaintiffs' claims, IIRO intends to invoke any other defenses, including, affirmative defenses, as they may become apparent through discovery, and reserve the right, in accordance with the Federal Rules of Civil Procedure and the Local Civil Rules of the United States District Court for the District of Columbia, to assert such defenses.

IIRO requests that the Plaintiffs' First Amended Complaint be dismissed with prejudice as to IIRO, and the Court award attorney's fees and costs to IIRO in defending this case with no factual or legal basis against IIRO, and award any other relief that the Court deems just under the circumstances.

Respectfully submitted,

_____
Martin F. McMahon, Esq.
Bar No. 196642
Martin McMahon & Associates
1150 Connecticut Ave., N.W.
Ste. 900
Washington, D.C.  20036
(202) 862-4343