USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*

> *Thomas E. Burnett, Sr., et al. v. Al Baraka Investment & Development Corp., et al.*, Case Nos. 03-CV-5738 and 03-CV-9849 (S.D.N.Y.)
> *Kathleen Ashton, et al. v. Al Qaeda Islamic Army, et al.*, Case No. 1:02-6977 (S.D.N.Y.)
> *Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-CV-6978 (S.D.N.Y.)
> *Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.*, Case No. 04-CV-05970-UA (S.D.N.Y.)
> *Euro Brokers, Inc., et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 04-CV-07279-UA (S.D.N.Y.)
> *New York Marine and General Insurance Co. v. Al Qaida, et al.*, Case No. 04-CV-6105 (S.D.N.Y.)
> *World Trade Center Properties, LLC, et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 04-CV-7280 (S.D.N.Y.)

**STIPULATION AND ORDER SETTING THE SCHEDULE FOR DEFENDANTS MOHAMMAD BINLADIN ORGANIZATION, SAUDI BINLADIN INTERNATIONAL CO., YESLAM BINLADIN, ABDULLAH BINLADIN, BAKR BINLADIN, TARIQ BINLADIN, AND OMAR BINLADIN TO RESPOND TO PLAINTIFFS' COMPLAINTS**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiffs in the above-captioned cases and for named Defendants Bakr Binladin, Tariq Binladin, Omar Binladin, Mohammad Binladin Organization, and Saudi Binladin International Co. (collectively "Bakr, et al."), Yeslam Binladin, and Abdullah Binladin, by and through their undersigned counsel, that:

1. Bakr, et al. shall serve their consolidated motion to dismiss on or before January 27, 2006. Plaintiffs shall serve their consolidated opposition to that motion on or before March 28, 2006, and the movants shall serve their consolidated reply on or before April 27, 2006.

2. Plaintiffs shall serve their consolidated opposition to Yeslam Binladin's motion to dismiss on or before January 20, 2006 and Yeslam Binladin shall serve his consolidated reply on or before February 24, 2006.

3. Plaintiffs shall serve their consolidated opposition to Abdullah Binladin's motion to dismiss on or before January 30, 2006 and Abdullah Binladin shall serve his consolidated reply on or before March 1, 2006.

Dated: December 14, 2005

Respectfully submitted,

JONES DAY

By: _____
Stephen J. Brogan
James E. Gauch
Michael P. Gurdak
51 Louisiana Avenue, N.W.
Washington, D.C. 20001

*Attorneys for named Defendants Mohammad Binladin Organization, Saudi Binladin International Co., Yeslam Binladin, Abdullah Binladin, Bakr Binladin, Tariq Binladin, and Omar Binladin*

COZEN O'CONNOR

By: _____
Sean P. Carter
J. Scott Tarbutton
1900 Market Street
Philadelphia, PA 19103

KREINDLER & KREINDLER

By: _____/s/_____
James P. Kreindler
Andrew J. Maloney, III
100 Park Avenue
New York, NY 10017

MOTLEY RICE LLC

By: _____/s/_____
Ronald L. Motley

2

Michael Elsner
Jodi Westbrook Flowers
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465

HARRY HUGE LAW FIRM, LLP

By: _____/s/_____
Harry Huge
Market Square North
401 Ninth Street, N.W., Suite 450
Washington, D.C. 20004

HANLY CONROY BIERSTEIN &
SHERIDAN, LLP

By: _____/s/_____
Andrea Bierstein
Paul J. Hanly, Jr.
Jayne Conroy
112 Madison Avenue - 7th Floor
New York, NY 10016-7416

ROBSON FERBER FROST CHAN &
ESSNER, LLP

By: _____/s/_____
Robert Kaplan
530 Fifth Avenue 23rd Floor
New York, NY 10036-5101

BROWN, GAVALAS & FROMM, LLP

By: _____/s/_____
David H. Fromm
Robert J. Brown
Frank Rubino
355 Lexington Avenue
9th Floor
New York, NY 10017

*Attorneys for Plaintiffs*

SO ORDERED:

_____
Richard Conway Casey, U.S.D.J.

Dated: December 16, 2005

3