USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*
*Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-CV-6978 (S.D.N.Y.)

### STIPULATION AS TO THE INTERNATIONAL ISLAMIC RELIEF ORGANIZATION'S AMENDED ANSWER ADDING NEW AFFIRMATIVE DEFENSE

WHEREAS, Defendant International Islamic Relief Organization ("IIRO"), by and through its undersigned counsel, filed its Answer to the *Federal Insurance* Complaint on December 5, 2005;

WHEREAS, IIRO wishes to file an Amended Answer to the *Federal Insurance* Complaint which will include an additional affirmative defense asserting that the IIRO is an instrumentality of the government of the Kingdom of Saudi Arabia and is therefore immune from suit;

WHEREAS, the parties wish to resolve this matter without this Court's intervention;

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs in the above-referenced case consolidated under 03 MDL 1570 and Defendant IIRO, by and through their undersigned counsel, that the IIRO shall file its Amended Answer to the *Federal Insurance* Complaint on or before December 26, 2005.

IT IS FURTHER HEREBY STIPULATED AND AGREED that by consenting to the IIRO's Amended Answer and the addition of the above-referenced immunity defense, Plaintiffs are in no way acknowledging and/or conceding that the inclusion of any additional defense in any Amended Answer to the *Federal Insurance* Complaint is substantively or procedurally valid.

IT IS FURTHER HEREBY STIPULATED AND AGREED that nothing herein shall be construed to waive the Plaintiffs' position and/or right to argue that the IIRO has previously waived any defense based on sovereign immunity by failing to raise such defense in IIRO's Motion to Dismiss the *Federal Insurance* Complaint filed on July 30, 2004.

Respectfully submitted.

COZEN O'CONNOR

By: _____
Sean P. Carter
J. Scott Tarbutton
1900 Market Street
Philadelphia, PA 19103

*Attorneys for Federal Insurance Plaintiffs and Liaison Counsel to Plaintiffs' Executive Committee*

MARTIN F. MCMAHON & ASSOCIATES

By: _____/s/_____
Martin F. McMahon
1150 Connecticut Ave., N.W.
Suite 900
Washington, D.C. 20036

*Attorneys for Defendant International Islamic Relief Organization*

SO ORDERED:

_____
RICHARD CONWAY CASEY, U.S.D.J.

Dated: December 16, 2005