**LAW OFFICES OF**
**JERRY S. GOLDMAN & ASSOCIATES, P.C.**
A NEW YORK PROFESSIONAL CORPORATION DULY QUALIFIED TO TRANSACT
BUSINESS WITHIN THE COMMONWEALTH OF PENNSYLVANIA

TWO PENN CENTER PLAZA • SUITE 1411
1500 JFK BOULEVARD
PHILADELPHIA, PA 19102
TEL. 215.569.4500 • FAX: 215.569.8899

111 BROADWAY • 13TH FLOOR
NEW YORK, NY 10006
TEL. 212.242.2232 • FAX. 212.346.4665

3109 STIRLING ROAD • SUITE 101
FORT LAUDERDALE FL 33312
TEL: 954.981.6533 • FAX: 954.989.8068

Reply To: New York

December 13, 2005

The Honorable Richard Conway Casey
United States District Court for the
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1950
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/05
```

Re:   *In re Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (RCC)
      *Estate of John P. O'Neill Sr., et al., v. Al Baraka, et al.*, 04 CV 1923 RCC)
      Motion to Dismiss of Defendant CAIR - Request for Extension of Time

Dear Judge Casey:

The parties have agreed to modify the previously entered into briefing schedule, dated July 9, 2005, in the captioned matter: Plaintiffs shall serve their Opposition to the Defendants' Motion to Dismiss by Friday, December 23, 2005, and the Defendants shall serve their Reply, in accordance with the existing briefing schedule, within thirty (30) days from the receipt of the Plaintiffs' opposing papers. All other provisions of the July 9, 2005 briefing schedule shall remain in full force and effect.

Defendants' counsel has authorized this extension. Would you please endorse this letter for the record.

Sincerely,

Jerry S. Goldman, Esq.
Law Offices of Jerry S. Goldman and Assoc., P.C.

cc: Law Firm of Omar T. Mohammed

So Ordered this _16_ day of December, 2005:

Hon. Richard Conway Casey

X: Clients\ONeill v. Saudi arabia\Correspondence\12-13-05--Extension of time for Pl to respond to CAIR-FINAL.doc