UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |
|---|---|

*This document relates to:*   *Federal Insurance Co., et al v. al Qaida, et al.*
03 CV 06978 (RCC)

### NOTICE OF THE FEDERAL PLAINTIFFS' MOTION TO STRIKE THE RENEWED MOTION TO DISMISS OF DEFENDANTS AFRICAN MUSLIM AGENCY, GROVE CORPORATE, INC., HERITAGE EDUCATION TRUST, INTERNATIONAL INSTITUTE OF ISLAMIC THOUGHT, MAR-JAC INVESTMENTS, INC., MENA CORPORATION, RESTON INVESTMENTS, INC., SAFA TRUST, SANA-BELL, INC., STERLING CHARITABLE GIFT FUND, STERLING MANAGEMENT GROUP, INC., AND YORK FOUNDATION

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure and upon the accompanying Memorandum of Law in Support of the Federal Plaintiffs' Motion to Strike the Renewed Motion to Dismiss of Defendants African Muslim Agency, Grove Corporate, Inc., Heritage Education Trust, International Institute of Islamic Thought, Mar-Jac Investments, Inc., Mena Corporation, Reston Investments, Inc., Safa Trust, Sana-bell, inc., Sterling Charitable Gift Fund, Sterling Management Group, Inc., and York Foundation, the plaintiffs in *Federal Insurance, et al. v. Al Qaida, et al.*, 03 CV 6978, by and through the undersigned counsel, hereby move this Court for an Order striking the Renewed Motion to Dismiss of Defendants African Muslim Agency, Grove Corporate, Inc., Heritage Education Trust, International Institute of Islamic Thought, Mar-Jac Investments, Inc., Mena Corporation, Reston Investments, Inc., Safa Trust, Sana-Bell, Inc., Sterling Charitable Gift Fund, Sterling Management Group, Inc., and York Foundation.

Respectfully submitted,

COZEN O'CONNOR


BY: _____/S/_____
       Stephen A. Cozen, Esquire
       Elliott R. Feldman, Esquire
       Sean P. Carter, Esquire
       1900 Market Street
       Philadelphia, PA 19103
       Tele: (215) 665-2000

Attorneys for *Federal Insurance* Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that, pursuant to this Court's Case Management Order No. 2, on December 19, 2005, a true and correct copy of the foregoing Notice of Motion to Strike and Supporting Memorandum of Law were served on all counsel electronically, via the Court's Electronic Case Filing (ECF) System.

COZEN O'CONNOR

BY: _____/S/_____
Scott Tarbutton, Esquire
1900 Market Street
Philadelphia, PA 19103
Tele: (215) 665-2000

Attorneys for *Federal Insurance* Plaintiffs

Dated: December 19, 2005