

**DLA Piper Rudnick Gray Carry US LLP**
1200 19th Street, NW
Washington DC 20036-2247
O 202.861.3909
F 202.223.2085
W www.dlapiper.com

DLA PIPER RUDNICK GRAY GARY

# FAX TRANSMISSION COVER SHEET        May    2005

| To: | Telephone: | Fax Number: |
|---|---|---|
| **Scott Tarbutton, Esq** | | 215-665-2013 |

| From: | Steven K. Barentzen | Client-Matter Number: |
|---|---|---|
| | 202-861-3890 | |

Re:

Pages: - 2 - (including this form)      Originals:  Will be mailed

**If there is a problem with this transmission, please call Mary Pasternack at 202-689.7979.**

**Message:**

**CONFIDENTIALITY NOTICE**
This communication is ONLY for the person named above. Unless otherwise indicated, it contains information that is confidential, privileged or exempt from disclosure under applicable law. If you are not the person named above, or responsible for delivering it to that person, be aware that disclosure, copying, distribution or use of this communication is strictly PROHIBITED. If you have received it in error, or are uncertain as to its proper handling, please **immediately** notify us by collect telephone and mail the original to us at the above address. Thank you.

**Serving clients globally**



**DLA PIPER RUDNICK GRAY GARY**

**DLA Piper Rudnick Gray Cary US LLP**
1200 19th Street, NW
Washington DC 20036-2412
**O 202.861.3890**
**F** 202.223, 2065
W www.diapipe,r.com

May 11, 2005
Via Facsimile and U.S. Mail

OUR FILE NO. 353138-6

Scott Tarbutton, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

Re: In re Terrorist Attacks of September 11, 2001, MDL No. 1570 (RCC);
Federal Insurance Co. v. Al Maeda, 03 CV 6978 (RCC)

Dear Scott:

We represent African Muslim Agency, Grove Corporate, Inc., Heritage Education Trust, International Institute of Islamic Thought, Mar-Jac Investments, Inc., Mena Corporation, Reston Investments, Inc„ Safa Trust, Sterling Charitable Gift Fund, Sterling Management Group and York Foundation.

Please be advised that these entities will no longer be contesting personal jurisdiction in the above-referenced action. Accordingly, these parties will not be responding to plaintiffs' jurisdictional discovery requests, as those requests are now moot.

Please contact me at your convenience so that we can work out a briefing schedule for the renewed motions to dismiss we intend to bring on behalf of these entities.

Very truly yours,

**DLA Piper Rudnick Gray Cary US LLP**

Steven K. Barentzen
*Attorney*
Steven.barentzen ac}dlapipe , corn

Admitted to practice in New York and the District of Columbia

DC\14013547.1
**353138-6**

**Serving clients globally**