RECEIVED DEC 16 2005 CHAMBERS OF RICHARD CONWAY CASEY U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL 1570 (RCC) <br> ECF Case |
| *This document relates to:* | |

*Burnett, et al. v. Al Baraka Investment & Development Corp., et al.*, 03-CV-5738 (RCC);
*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, 04-CV-7065 (RCC)
*Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.*, 04-CV-5970 (RCC)
*Euro Brokers Inc., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 04-CV-7279 (RCC)
*New York Marine and General Insurance Co. v. Al Qaida, et al.*, 04-CV-6105 (RCC)
*World Trade Ctr. Props. L.L.C., et al. v. Al Baraka Inv. & Dev. Corp. et al.*, 04-CV-7280 (RCC)

## STIPULATION AS TO BRIEFING SCHEDULE RELATING TO COMPLAINTS CONSOLIDATED UNDER MDL 1570

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs in all of the above-referenced cases consolidated under 03 MDL 1570 and Defendants Prince Naif bin Abdulaziz Al-Saud, Prince Salman bin Abdulaziz Al-Saud, and the Saudi High Commission, by and through the undersigned counsel, that Plaintiffs' response to Defendants' motion to dismiss shall be due on or before January 30, 2006, and that Defendants' counsel shall file reply papers on or before March 1, 2006.

Dated: December 15, 2005

Respectfully Submitted,

BAKER BOTTS, L.L.P.

By: /s/ Jamie S. Kilberg
JAMIE S. KILBERG
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

*Counsel for Defendants Prince Salman bin Abdulaziz Al-Saud and Prince Naif bin Abdulaziz Al-Saud*

MOTLEY RICE LLC

By: /s/ Justin B. Kaplan
JUSTIN B. KAPLAN
28 Bridgeside Boulevard
Mount Pleasant, S.C. 29465

*Counsel for Plaintiffs*

ROBBINS, RUSSELL, ENGLERT,
ORSECK & UNTEREINER LLP

By: /s/ Lawrence S. Robbins
LAWRENCE S. ROBBINS
1801 K. Street, N.W.
Suite 411
Washington, D.C. 20009

*Counsel for the Saudi High Commission*

BRYAN CAVE, LLP

By: /s/ James M. Cole
JAMES M. COLE
700 13TH Street, N.W.
Washington, D.C. 20005

*Counsel for Prince Naif bin Abdulaziz Al-Saud*

**SO ORDERED**:

/s/ Richard Conway Casey
RICHARD CONWAY CASEY, U.S.D.J.

Dated: December 16, 2005

Dated: December 15, 2005

Respectfully Submitted,

BAKER BOTTS, L.L.P.

By: /s/ Jamie S. Kilberg
JAMIE S. KILBERG
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

*Counsel for Defendants Prince Salman bin Abdulaziz Al-Saud and Prince Naif bin Abdulaziz Al-Saud*

MOTLEY RICE LLC

By: /s/ Justin B. Kaplan
JUSTIN B. KAPLAN
28 Bridgeside Boulevard
Mount Pleasant, S.C. 29465

*Counsel for Plaintiffs*

ROBBINS, RUSSELL, ENGLERT, ORSECK & UNTEREINER LLP

By: /s/ Lawrence S. Robbins
LAWRENCE S. ROBBINS
1801 K. Street, N.W.
Suite 411
Washington, D.C. 20009

*Counsel for the Saudi High Commission*

BRYAN CAVE, LLP

By: /s/ James M. Cole
JAMES M. COLE
700 13TH Street, N.W.
Washington, D.C. 20005

*Counsel for Prince Naif bin Abdulaziz Al-Saud*

**SO ORDERED**:

/s/ Richard Conway Casey
RICHARD CONWAY CASEY, U.S.D.J.

Dated: December 16, 2005