Attachment C

# Safa Group Businesses & Corporations

**A & W Stores, Inc.** - Status: "Terminated (Automatic)"
555 Grove St., Suite 110, Herndon, VA
    George, Jawad F. – Registered Agent

**African Muslim Agency** - Status: Active
555 Grove St., Herndon, VA (no suite #)
    Alsumait, Adbulrahman - President
    Altalib, Hisham - Treasurer
    Mirza, M. Yaqub – Vice President

**Al-Aqsa Educational Fund** – Status: Active
PO Box 1124, Oxford, Mississippi 38655
    Mushtaha, Fawaz – former director
    Bushnaq, Yaser – former director
    El-Gajleet(Jaghlit), Mohammad – former President
    Al-Ashkar, Abdelhaleem – Vice President

**Al-Wahyayn Publishing Company** - Status: "Terminated (Automatic)"
555 Grove St., Suite 200, Herndon, VA
    Aqeel, Abdul R. – President/Treasurer
    Barzinji, Jamal - Secretary

**All Dulles Area Muslim Society (ADAMS)** - Status: Active
46970 Community Plaza, Suite 218, Sterling, VA
500 Grove St., Herndon, VA;
    Alkhairo, Wael – President/Registered Agent
    Ashraf, M. Omar – Registered Agent
    Awand, Mazhar A. – Treasurer
    Bari, Aziz – Secretary/Chairman
    Jaka, Rizwan – Vice President
    Khan, Bashir Ahmad – Treasurer/CFO
    Khan, Mumtaz – President
    Latib, Abdulrahman - Chairman
    Manraj, Abdul Hafez – CFO
    Noor, Ahmed - Treasurer
    Rayyan, Ahmad I – Secretary/Officer
    Salah, Said - Secretary
    Unus, Iqbal J. – Vice President

**Attachment C**
Page 2

**Altalib Family Limited Partnership** –   Status: Active
11776 Stratford House Pl.,#1403, Reston,VA
 Altalib, Hisham Yahya – Registered Agent

**AMC Foundation**  -  Status: Active
555 Grove St., Suite 116, Herdon, VA
 Ashraf, Muhammad - Registered Agent

**Amana Limited**
Isle of Man

**Amana Mutual Funds**
1300 North State Street, Bellingham, Washington

**American Institute for Societal Studies**  -  Status: Active
555 Grove St., Suite 116, Herdon, VA
 Ashraf, Muhammad – President/Secretary/Treasurer
 Altalib, Hisham – Registered Agent**American Products International**, Inc.  -  Status: Active11919 Safa Ct., Herndon, VA; 1162  (Registered Office)
 Kandil, Osama – Registered Agent Sadoun, Jamal - Director     Sadoun, Nabil – Director**American Projects Investments Corporation**  -  Status: "Terminated (Automatic)"555 Grove St., Suite 110, Herndon, VA
 George, Jawad F. – Registered Agent

**Arabic Software Computer, Inc.**  -  Status:  Inactive-Dissolved555 Grove St., Suite 110, Herndon, VA
 Ashraf, Mohammad Omar – President/Chairman         Iqbal, Mahamed – Registered Agent     Russel, William R. – Register Agent**Association of Muslim Social Scientists** – Status: Active1145 Herndon Pky, #500, Herndon, VA
 Ahmad, Dr. Mumtaz – President    El-Ansary, Waleed – Treasurer    Haq, Faizan – Secretary    Safi, Dr. Louay – Vice-President
 Abusulayman, Abdelhamid – former director
 **Aradi, Inc.**  -  Status: Active555 Grove St., Suite 110, Herndn, VA; Al-Rajhi, Abdullah Sulaiman – President       Altalib, Hisham – Vice-President/Treasurer
 Sedky, Cherif – Secretary**Attia Grafisk USA, Inc**.  -  Status:  "Terminated (Automatic)"555 Grove St., Herndon, VA
 Mohamed, Abla M. – President       Hadeed, Michael Jr., P.C. – Registered Agent
**Beauregard Associates, LC**  -  Status: Active555 Grove St., Suite 104,Herdon, VA
 Totonji, Irfan K. – Register Agent

**Attachment C**
**Page 3**


**Bone Shami Ventures, Inc. -  Status:  "Terminated (Automatic)"**
555 Grove St., Suite 110, Herndon, VA
 George, Jawad F. – Registered Agent

**Capital Diamond Center, Inc.** -  Status:  "Terminated (Automatic)"
555 Grove St., Suite 110, Herndon, VA
 George, Jawad F. – Registered Agent

**Child Development Foundation**  -  Status:  Active
555 Grove St., Suite 114, Herndon, VA
 Abusulayman, Dr. Abdulhamid – President/Registered Agent
 Altalib, Dr. Hisham – Vice-President/Treasurer
 Unus, Dr. Iqbal J. – Secretary

**Courtland Farm Conservancy Lots Homeowners Assn., Inc**.  -  Status:  Active
555 Grove St., Suite 112, Herndon, VA
 Mirza, M. Yaqub – President/Treasurer
 Ashraf, Muhammad – Secretary
 Altalib, Hisham – Registered Agent

**Creativity International Productions, LLC**   -  Status:  Canceled
555 Grove St., Suite 116, Herndon, VA
 Mirza, M. Yacub – Registered Agent

**Dar El-Eiman USA, Inc.**  -  Status:  Active
360 S. Washington St., Ste. 101, Falls Church, VA
 Mushtaha, Fawaz  -  Registered Agent/President/Treasurer

**East Stratford Phase A & B Homeowners Association** –  Status:  Active
555 Grove St., Suite 104, Herndon, VA
 Totonji, Irfan K. – President/Registered Agent

**Education, Training and Research Associates**  -  Status:  Active
 Unus, Iqbal J.  -  Registered Agent

**Elite Investment and Management Group, Inc.  -  Status:  Active**
555 Grove St., Suite 104, Herndon, VA
 Totonji, Irfan K. – President/Secretary/Treasurer/Registered Agent
 Al Younes-Totonji, Ghazwa A. – Vice President

**Elite Management Resources, Inc.**  -  Status:  "Terminated (Automatic)"
 Totonji, Irfan K. – President/Secretary

**Attachment C**
Page 4

  Al-Hassan, Yazen M. – Vice-President/Treasurer/Registered Agent

**Elite Trading and Contracting, Inc.** - Status: "Terminated (Voluntary)"
555 Grove St., Suite 104, Herndon, VA
  Totonji, Irfan K. – President/Treasurer/Registered Agent
  Almoayyad, Abdulelah, - Chairman
  Alyounes-Totonji, Ghazwa – Vice President

**Equity Investors Associates, Ltd.** - Status: "Terminated (Automatiac)"
555 Grove St., Suite 110, Herndon, VA
  George, Jawad F. – Registered Agent

**Enterprise Investment Group, Inc.** - Status: Active
12528 Rock Ridge Rd., Herndon, VA
  Ashraf, Muhammad - Registered Agent

**Executive Building Maintenance** - Status: Active
555 Grove St., Suite 104, Herndon, VA
  Totonji, Irfan K. – President/Treasurer/Secretary/Registered Agent
  Alyounes-Totonji, Ghawza – Vice-President
  Almoayyad, Abdulelah – Chairman

**FIQH Council of North America, Inc.** - Status: Active
750-A Miller Dr., SE, Leesburg, VA
  Al-Alwani, Taha J. - Registered Agent
  Issam, Akkad - Treasurer

**Ghazwa Associates, LLC** - Status: Active
c/o Elite Investment & Management, 555 Grove St., Suite 104, Herndon, VA
  Sanderson, Douglas J. – Registered Agent

**Global Enterprises, LLC** - Status: Active
555 Grove St., Suite 116, Herndon, VA
  Ashraf, Muhammad – Registered Agent

**Global Holdings, LLC** - Status: Active
555 Grove St., Suite 116, Herndon, VA
  Ashraf, Muhammad – Registered Agent

**Graduate School of Islamic & Social Sciences** - Status: Active
(Formerly known as The Islamic Institute of Advanced Studies [IIAS] and the
School of Islamic and Social Sciences [SISS])
750-A Miller Dr., SE,Leesburg, VA
  Al-Alwani, Taha J. - Registered Agent

Attachment C
Page 5

      **Abusulayman, Dr. Abdulhamid  -  Secretary**
      **Mirza, M. Yacub  -  Treasurer**

**Grove Corporate Plaza**  -  Status:  Active
**555 Grove St., Suite 110, Herndon, VA**
      **Mirza, M. Yaqub – President/Treasurer/Registered Agent**
      **Ashraf, M. Omar – Vice-President/Secretary**

**Grove Street Corporation – Inactive**
**555 Grove Street, Herndon, Virginia**
      **Al-Talib, Hisham**
      **Ashraf, Omar**

**Heritage Education Trust, Inc.**  -  Status:  Active
**750-A Miller Dr.,SE, Leesburg, VA**
      **Jaghlit, Mohammad – Secretary/Treasurer/Registered Agent**
      **Al-Alwani, Taha J.  -  President**

**Heritage Holdings**  -  Status:  Active
**750-A Miller Dr., SE, Leesburg, VA**
      **Al-Alwani, Taha J.  -  Registered Agent**

**Herndon Grand, Inc.**  -  Status:  "Terminated (Automatic)"
**555 Grove St., Suite 205, Herndon, VA**
      **Altalib, Hisham – President/Treasurer/Registered Agent**
      **Totonji, Irfan – Vice-President**
      **Ashraf, Muhammad – Secretary**

**HFC Feed Mill, LLC**  -  Status:  Active
**555 Grove St., Suite 116, Herndon, VA**
      **Ashraf, Muhammad – Registered Agent**

**Home Owners of Mena Estates Association**  -  Status:  "Terminated (Automatic)"
**555 Grove St., Herndon, VA**
      **Barzinji, Jamal – Secretary**
      **Estwani, Bassam – Treasurer**
      **Becker, Larry E. – Registered Agent**

**Horizons Education Association**  -  Status:  Active
**555 Grove St., Suite 116, Herndon, VA**
      **Mirza, M. Yaqub – Registered Agent**

**Humana Charitable Trust  c/o Amana Ltd.,**
**Abacus House, Mona Street, Douglas, Isle of Man**

Attachment C
Page 6

P.O. Box 1297, Herndon, VA

**IFSO Training Bureau  -  Status:  "Terminated (Automatic)"**
555 Grove St., Herndon, VA
    Kasule, Omar. H. – Registered Agent

**Impact Training Center, Inc.**  -  Status:  "Terminated (Voluntary)
501 Merlins Lane, Herndon, VA
    Salah, Samir I. – Registered Agent

**International Education Trust, Inc.**  -  Status:  Active
9034 Swift Creek Rd., Fairfax Station, VA
    Jaghlit, Mohammad – President/Treasurer/Registered Agent
    Malkawi, Fathi – Vice-President/Secretary
    Rashdan, Mahmouda – Vice-President

**International Institution of Islamic Thought, Inc.**  -  Status:  Active
500 Grove St., Herndon, VA
    Abusulayman, Abdulhamid – Chairman/President/Director
    Al Alwani, Taha J. – Chief Financial Officer
    Altalib, Hisham – Vice-President/Registered Agent
    Barzinji, Jamal – Treasurer/Secretary/CFO
    Jaghlit, Mohammad – President/Treasurer/Registered Agent

**International Islamic Charitable Organization (IICO) -  Status:  Active**
555 Grove St., Suite 116, Herndon, VA
    Hassaballa, Ibrahim – Vice-President
    Mirza, M. Yacub – Treasurer/Registered Agent
    Mohamed, Mohieldin A. – Vice-President
    Ashraf, Muhammad – Secretary

**International Islamic Forum for Science, Technology and Human Resources Development, Inc.  dba  IIFTIKHAR**  -  Status:  Active
1145 Herndon Pky,#500A, Herndon, VA
    Totonji, Dr. Ahmad – President
    Barzinji, Dr. Jamal -  Vice-President
    Abusulayman, Dr. Abdulhamid  -  Chairman
    Unus, Dr. Iqbal J.  -  Secretary/Treasurer/Registered Agent

**International Relief Organization (a.k.a. International Islamic Relief Organization)**
    Status:  Active
P.O.Box 8125, Falls Church, VA; 360 S. Washington St., Falls Church, VA; 5501 Backlick Rd., #220, Springfield, VA (Registered Agent)
    Al Suwaidan, Tareq – Secretary/Treasurer
    Al Sulaiman, Ali – President

**Attachment C**
**Page 7**

      Al Mahdi, Abdullah M. – Vice-President, Chief Financial Officer
      Al Mahdi, Tareq M. – Secretary
      Hadeed, Michael – Registered Agent
      Omeish, Mohamed S. – President/Secretary

**International Technology Marketing, Inc.**  Status: "Terminated (Automatic)"
**501 Merlins Lane, Herndon, VA**
      Salah, Samir I. – Registered Agent

**International Origin Solutions, LLC**  Status: Active
**555 Grove St., Suite 116, Herndon, VA**
      Ashraf, Muhammad – Registered Agent

**Jet Express, Inc**.  -  Status: "Terminated (Automatic)"
**555 Grove St., Suite 110, Herndon, VA**
      George, Jawad F.  -  Registered Agent

**Jucosa USA, Inc.**  Status: Active
**555 Grove St., Suite 116, Herndon, VA**
**(Registered Agent:  555 Grove St., Suite 114, Herndon, VA)**
      Uziel, Sergio Araya – President
      Silva, Miguel Montes – Vice-President
      Ashraf, M. Omar – Secretary/Treasurer
      Mirza, Dr. M. Yacub – Chairman/Registered Agent

**Latib International, Inc.**  -  Status: "Terminated (Automatic)"
**555 Grove St., Suite 110, Herndon, VA**
      George, Jawad F. – Registered Agent

**Light Star Travel Agency, Inc.– Status: active**
**360 South Washington St., Ste. 102, Falls Church, Virginia 22046**
      Abdelellah, Aber – Vice Presdient
      Mushtaha, Fawaz – President/Registered Agent

**Lynx Holdings, Inc.** -  Status: "Terminated (Automatic)"
**555 Grove St., (no suite #), Herndon, VA**
      Barzinji, Jamal – President
      Mirza, M. Y. – Vice-President/Secretary
      Altalib, Hisham – Treasurer/Registered Agent

**Lynx Real Estate, Inc**.  -  Status: "Withdrawn"
**555 Grove St., 1st Floor, Herndon, VA**
**(Registered Agent)  555 Grove St., Suite 230, Herndon, VA**

**Attachment C**
Page 8

    **Altalib, Hisham Dr. – President/Treasurer/Registered Agent**
    **Ashraf, Muhammad  -  Secretary**

**Makkah Mukarramah Charity Trust, Inc.** -  Status:  "Terminated (Automatic)"
    **Almoayyad, Abdulelah – Vice President**
    **Mirza, Yaqub – Secretary/Treasurer**
    **Totonji, Ahmad – President**

**Mar-Jac Investments**  -  Status:  Active
555 Grove St., Suite 110, Herndon,VA
    **Mirza, M. Yacub – President/Treasurer/Registered Agent**
    **Ashraf, M. Omar – Vice-President/Secretary**

**Mar-Jac Farms, Inc.**  -  Status:  "Merged"
P.O. Box 1017, Gainesville, GA
    **Al-Barzinji, Jamal Dr. – Chief Executive Officer**
    **Al-Talib, Hisham Dr. – Chief Financial Officer**
    **Mirza, M.Y. Dr. – Director**
    **Mohamed, Mahmoud – Registered Agent**

**Mar-Jac Holdings, Inc.** – Active
555 Grove Street, Herndon, Virginia
    **Safa Trust, Inc.**

**Mar-Jac Poultry, Inc.** – Status:  Active
Aviation Blvd., P.O. Box 1017, Gainesville, GA
    **Al-Barzinji, Jamal Dr. – Chief Executive Officer**
    **Al-Talib, Hisham – Chief Financial Officer**
    **Mirza, M.Y. Dr. – Secretary**
    **Carnes, Doug – Registered Agent**

**Mena Corporation** – Inactive
555 Grove Street, Herndon, Virginia
**Mena Estates, Inc.,  DBA  Mena for Development**  -  Status: Active555 Grove St., Suite 212, Herndon, VA
    **Barzinji, Jamal – President	Altalib, Hisham – Secretary/Treasurer/Registered Agent	Mirza, M. Yaqub – Vice-PresidentMena Investments, Inc.**  -  Status: Active555 Grove St., (no suite #), Herndon, VA
    **Barzinji, Jamal – President	Altalib, Hisham – Secretary/Treasurer/Registered Agent	Mirza, M. Yaqub – Vice-PresidentMirza Family Limited Partnership**  -  Status : Active11922 Safa Ct., Herndon, VA
    **Mirza, Tanveer A. – Registered Agent**

Attachment C
Page 9

**Muslim World League** -  Status: Active360 S. Washington St., #300, Falls Church, VA(Registered Office: 555 Grove St., Suite 116), Herndon, VA)
Al Obaid, Dr. Abdullah Bin Saleh – President     Bahafzallah, Dr. Hassan A.A. – Vice-PresidentMirza, Dr. M. Yaqub – Secretary/Treasurer/Registere Agent**Newcom Investors, LLC**  -  Status: anceled555 Grove St., Suite 116, Herndon, VA
Ashraf, Muhammad – Registered Agent**Noor International**  -  Status:Active12028 Waterside View Apt #12, Reston, VA
Yacoob, Snober  -  Registerd Agent         Mirza, Tanveer A. – Vice President/ Seretary/  Yacoob, Sanobar Akhtr – President
**Ozaan Capital Management, Inc.**  -  Status:  Active12541 Browns Ferry Rd., Herndon, VA
Ashraf, Mohammad O. – Registered Agent/President     Ashraf, Zahida P.  -  Scretary**Piedmont Medical Services, Inc.**  -  Status:  Active501 Merlins Lane, Herndon, VA
Salah, Samir I. – Registered Agent/President/Secretary  Salah, Saniya S.  -  Vice-President**Properties Development Corp.**  -  Status:  "Revoked (Automatic)"555 Grove St., (no suite #), Herndon, VA
Altalib, Dr. Hisham – President/Treasurer/Registered Agent     Ashraf, Muhammad – Secretary**R & S International, Inc.**  -  Status:  "Terminated (Automatic)"555 Grove St., Suite 140, Herndon, VA
Yacoob, Sanobar A. – President     Irshad, Tariq M. – Secretary/Registered Agent  Lehan, Sultan A. – Treasurer**Reston Investments, Inc.**  -  Status: Active555 Grove St., Suite 114, Herndon, VA
Barjinji, Jamal  -  PresidentMirza, Dr. M. Yaqub  -  Vice-President/Secretary  Altalib, Dr. Hisham  -  Treasurer
**SAAR Foundation Canada, Inc.**

**SAAR Foundation, Inc**.  –  Status:  "Terminated (Voluntary)"555 Grove St., Suite 110, Herndon, VA
Mirza, M. Yaqub – President/Chief Executive Officer/Registered Agent
Jaghlit, Mohammad - Treasurer     Sedky, Cherif – Secretary

**SAAR International, Inc.**
1212 New York Avenue, 12th Fl., Washington, DC
1212 New York Avenue, Inc.
**Safa Trust**  -  Status:  Active555 Grove St., Suite 114, Herndon, VA
Barzinji, Jamal – President Mirza, M. Yaqub – Vice-President/Registered Agent  Altalib, Hisham – Treasurer         Totonji, Ahmad – Secretary**Safty, LLC**  -   Status:  Active11922 Safa Court, Herndon, VA

**Attachment C**
**Page 10**

      Mirza, M. Yacub – Registered Agent<u>Sanabel Al Kheer, Inc.</u>  -  Status:  Active555 Grove St., Suite 116, Herndon, VA
      Al Obaid, Dr. Abdullah Bin Saleh – President         Bahafzallah, Dr. Hassan A.A. – Vice-President         Mirza, Dr. M. Yaqub – Secretary/Treasurer/Registered Agent<u>Sana-Bell, Inc.</u>  -  Status:  "Revoked (Automatic)" 555 Grove St., Suite 116, Herndon, VA
      Obad, Bin Saleh L. – President
      Bahafzallah, Hassan M. – Vice-President
      Al Noshan, Abdullah M. – Treasurer
      Mirza, M. Yacub – Secretary

<u>Silicon Valley Venture Fund I, LLC</u>  -  Status:  Active
555 Grove St., Suite 116, Herndon, VA
      Ashraf, Muhammad – Registered Agent

<u>Silicon Valley Venture Fund II, LLC</u>  -  Status:  Active
555 Grove St., Suite 116, Herndon, VA
      Ashraf, Muhammad – Registered Agent

<u>Sterling Advisors, Inc.</u>  -  Status:  Active
555 Grove St., Suite 116, Herndon, VA
(Registered Office 555 Grove St., Suite 114, Herndon, VA<u>)</u>
      Mirza, Dr. M. Yacub – Chairman/President/Chief Executive Officer
      Ashraf, M. Omar – Executive Vice-Pres/President/Treasurer/Reg. Agent
      Ashraf, Muhammad – Vice-President/Secretary

<u>Sterling Charitable Gift Fund</u>  -  No Record  <u>(VASOS)</u>
      Mirza, Yacub – President/CEO/Chairman
      Ashraf, Muhammad – Vice-President/Secretary
      Ashraf, M. Omar – Executive Vice-President/Treasurer/Reg. Agent
      Zeki, Nabil A.M. – Vice-President

<u>Sterling Infogain, Fund, LLC</u>  -  Status:  Active
555 Grove St., Suite 116, Herndon, VA
      Ashraf, Muhammad – Registered Agent

<u>Sterling Investment Group, LLC</u>  -  Status:  Active
555 Grove St., Suite 110, Herndon, VA
      Ashraf, Muhammad – Registered<u> Agent</u>

<u>Sterling Lynux Works, LLC</u>  -  Status:  Active
555 Grove St., Suite 116, Herndon, VA
      Ashraf, Muhammad – Register<u>ed Agent</u>

**Attachment C**
Page 11


**Sterling Management Group, Inc.** - Status: Active
555 Grove St., Suite 116, Herndon, VA
    Mirza, Yacub – President/CEO/Chairman
    Ashraf, Muhammad – Vice-President/Secretary
    Ashraf, M. Omar – Executive Vice-President/Treasurer/Reg. Agent
    Zeki, Nabil A.M. – Vice-President

**Sterling Packet Stream Fund, LLC** - Status: Active
555 Grove St., Suite 116, Herndon, VA
    Ashraf, Muhammad - Registered Agent

**Sterling Ptech Fund, LLC** - Status: Active
555 Grove St., Suite 114, Herndon, VA
    Ashraf, Muhammad – Registered Agent

**Sterling Poultry Company** - Status: "Terminated (Voluntary)"
555 Grove St., (no suite #), Herndon, VA
    Barzinji, Jamal – President
    Mirza, M. Yacub – Vice-President/Secretary/Registered Agent
    Altalib, Hisham - Treasurer

**Sterling Stock Invesments, LLC** - Status: "Canceled"
555 Grove., Suite 114, Herndon, VA
    Ashraf, M. Omar – Registered Agent

**Sterling Technology Fund, LLC** - Status: Active
**Formerly: Sterling Malaysian Fund, LLC**
555 Grove St., Suite 116, Herndon, VA
    Mirza, M. Yacub – Registered Agent

**Stratford Associates, LC** - Status: Active
555 Grove St., Suite 104, Herndon, VA
    Totonji, Irfan K. / Elite Investment & Mgmt Group – Registered Agent

**Stratford Commercial Associates, L.C** - Status: "Canceled"
555 Grove St., Suite 104, Herndon, VA
    Totonji, Irfan K./Elite Investments & Mgmt Group – Registered Agent

**Stuart Road Associates, LC** - Status: "Active"
555 Grove St., Suite 104, Herndon, VA
    Totonji, Irfan K./Elite Investments & Mgmt Group – Registered Agent

**Attachment C**
Page 12

**The Success Foundation, Inc.**
3606 Forest Drive, Alexandria, Virginia 22302; 360 South Washington St., Ste. 300 Falls Church, Virginia 22046
    Omeish, Mohamed – President
    Alamoudi, Abdulrahman – Secretary
    Nouri, Khaled - Treasurer

**Sugarland Road Development, LLC**  -  Status:  Active
447 Carlisle Dr., Herndon, VA
(Registered Office:  56970 Community Plaza, Suite 218, Sterling, VA)
    Ashraf, M. Omar – Registered Agent

**Tafy Enterprises, Inc.**  -  Status:  Active
11922 Safa Court, Herndon, VA
    Mirza, Tanveer A.  -  President/Secretary/Registered Agent
    Mirza, M. Yaqub  -  Treasurer

**Taibah International Aid Association**  -  Status:  Active
360 S. Washington St., #104, Falls Church, VA
    Al-Almoudi, Abdul Rahman  -  Director
    Hajjaj, Anwar -  Vice-Chairman/Registered Agent
    Salah, Samir - Treasurer

**Union Capital Corporation**  -  Status:  Active
12541 Browns Ferry Rd., Herndon, VA
    Ashraf, Mohammad O. – Registered Agent

**United Investments Group, Inc.**  -  Status:  "Terminated (Automatic)"
555 Grove St., Suite 110C, Herndon, VA
    Ashraf, Muhammad – Registered Agent

**Vale Ridge Associates, LC**  -  Status:  Canceled
555 Grove St., Suite 104, Herndon, VA
    Totonji, Irfan K. dba Elite Investments & Mgmt Group – Registered Agent

**Virginia American Properties, Inc.**  -  Status:  "Terminated (Voluntary)"
555 Grove Street, Herndon, VA
    Altalib, Hisham – President/Treasurer/Registered Agent
    Ashraf, Muhammad - Secretary

**Woodland Development, LLC**  -  Status:  "Canceled"
555 Grove St., Suite 110, Herndon, VA
    Mirza, M. Yacub – Registered Agent

**Attachment C**
**Page 13**


**York Foundation**  -  Status:  Active
**555 Grove St., Suite 114, Herndon, VA**
    **Mirza, M. Yacub – President/Treasurer/Registered Agent**
    **Ashraf, Muhammad – Secretary**

**York International – Active**
**Isle of Man**

**500 Grove Street, LLC**  -  Status:  Active
**555 Grove St., Suite 116, Herndon, VA**
    **Ashraf, Muhammad – Registered Agent**