## ATTACHMENT D

### Safa Group
### Officers and Directors & Their Related Businesses and Organizations

| Name Of Officer | Associated/Related Corporation/Business |
|---|---|
| **Abdelellah, Aber** | Light Star Travel |
| **Abusulayman, Abdulhamid** | Child Development Foundation<br>IIIT<br>GSISS<br>International Islamic Forum for Science, Technology & Human Resources Development, Inc. (IIFTIKHAR) |
| **Ahmad, Mumtaz** | Assn of Muslim Social Scientists |
| **Ahmed, Gamal** | Boshra, Inc. |
| **Al Almoudi, Abdul Rahman** | Taibah International Aid Association<br>Success Foundation<br>American Muslim Foundation American Muslim Council |
| **Al Alwani, Taha J.** | IIIT<br>FIQH<br>GISS<br>Heritage Education Trust Inc.<br>Heritage Holdings |
| **Al Ashkar, Abdelhaleem** | Al-Aqsa Educational Fund |
| **Al Hassan, Yazen M** | Elite Management Resources, Inc. |
| **Al Mahdi, Abdullah M**. | International Relief Organization |
| **Al Mahdi, Tareq M**. | International Relief Organization |
| **Al Noshan, Abdullah M.** | Sana-Bell, Inc. |
| **Al Obaid, Abdullah Bin Saleh** | Muslim World League |

Attachment D
Page 2

|  |  |
|---|---|
|  | Sana-Bell, Inc.<br>Sanabel Al Kheer, Inc. |
| **Al Rajhi, Abdullah Sulaiman** | Aradi, Inc. |
| **Al Sulaiman, Ali** | International Relief Organization |
| **Al Suwaidan, Tareq** | International Relief Organization |
| **Al Younes-Totonji, Ghazwa A.** | Elite Investment & Management Group Inc.<br>Elite Training & Contracting Inc.<br>Executive Building Maintenance |
| **Alkhairo, Wael** | All Dulles Area Muslim Society |
| **Almoayyad, Abdulelah** | Elite Training & Contracting Inc.<br>Executive Building Maintenance<br>Makkah Mukarramah Charity Trust |
| **Alsumait, Adbulrahman** | African Muslim Agency |
| **Altalib, Hisham** | Aradi Inc.<br>African Muslim Agency<br>Altalib Family Limited Partnership<br>American Institute for Islamic Societal Studies<br>Child Development Foundation<br>Courtland Farm Conservancy Lots Homeowners Assn., Inc.<br>Herndon Grand, Inc.<br>IIIT<br>Lynx Holdings Inc.<br>Lynx Real Estate Inc.<br>Mar-Jac Farms, Inc.<br>Mar-Jac Poultry, Inc.<br>Mena Estates Inc., DBA Mena for Development<br>Mena Investments Inc.<br>Properties Development Corp.<br>Reston Investments Inc.<br>Safa Trust<br>Sterling Poultry Co.<br>Virginia American Properties Inc. |
| **Aqeel, Abdul R**. | Al-Wahyayn Publishing Co. |

Attachment D
Page 3

| | |
|---|---|
| **Ashraf, M. Omar** | All Dulles Area Muslim Society |
| | Arabic Software Computer, Inc. |
| | Grove Corporate Plaza |
| | Jucosa USA, Inc. |
| | Mar-Jac Investments Inc. |
| | Ozaan Capital Management, Inc. |
| | Sterling Advisors Inc. |
| | Sterling Management Group |
| | Sterling Stock Investments LLC |
| | Sugarland Road Development Inc. |
| | Union Capital Corporation |
| **Ashraf, Muhammad** | AMC Foundation Inc. |
| | American Institute for Islamic Societal Studies |
| | Courtland Farm Conservancy Lots |
| | Homeowners Association Inc. |
| | Herndon Grand Inc. |
| | HFC Feed Mill LLC |
| | Enterprise Investment Group Inc. |
| | Global Enterprises LLC |
| | Global Holdings LLC |
| | International Islamic Charitable Organization |
| | International Origin Solutions LLC |
| | Lynx Real Estate Inc. |
| | Newcom Investors LLC |
| | Properties Development Corporation |
| | Silicon Valley Venture Fund I, LLC |
| | Silicon Valley Venture Fund II, LLC |
| | Sterling Advisors Inc. |
| | Sterling Infogain Fund LLC |
| | Sterling Investment Group LLC |
| | Sterling Lynux Works LLC |
| | Sterling Management Group Sterling |
| | Packet Stream Fund, LLC |
| | Sterling Ptech Fund, LLC |
| | United Investment Group |
| | Virginia American Properties, Inc. |
| | York Foundation |
| | 500 Grove Street LLC |
| **Ashraf, Zahida P.** | Ozaan Capital Management Inc. |
| **Awand, Mazhar A.** | All Dulles Area Muslim Society |

Attachment D
Page 4

| | |
|---|---|
| **Bahafzallah, Hassan A.A.** | Muslim World League<br>Sana-Bell Inc.<br>Sanabel Al Kheer Inc. |
| **Bari, Aziz** | All Dulles Area Muslim Society |
| **Barzinji, Jamal** | Al-Wahyayn Publishing Company<br>Home Owners of Mena Estates Assn.<br>Heritage Holdings<br>IIFSTHRD<br>Lynx Holdings Inc.<br>Mar-Jac Farms, Inc.<br>Mar-Jac Poultry, Inc.<br>Mena Estates, Inc.<br>Mena Investments Inc.<br>Home Owners of Mena Estates Assn.<br>Reston Investments Inc.<br>Safa Trust<br>Sterling Poultry Company<br>American Muslim Council |
| **Becker, Larry E.** | Mena Estates Assn. |
| **Bushnaq, Yaser** | Al-Aqsa Educational Fund |
| **El Ansary, Waleed** | Association of Muslim Social Scientists |
| **Estwani, Bassam** | Boshra, Inc.<br>Home Owners of Mena Estates Association |
| **George, Jawad F.** | A & W Stores Inc.<br>American Projects Investments, Corporation<br>Bone Shami Venture<br>Capital Diamond Center<br>Equity Investors Associates Ltd.<br>Jet Express Inc.<br>Latib International Inc. |
| **Hadeed, Michael Jr.** | Attia Grafisk USA Inc.<br>International Relief Organization |

Attachment D
Page 5

| | |
|---|---|
| **Hajjaj, Anwar** | Taibah International Aid Association |
| **Hansen, David** | Courtland Farm Homeowners Assn. |
| **Haq, Faizan** | Association of Muslim Social Scientists |
| **Hassaballa, Ibrahim** | International Islamic Charitable Organization |
| **Holt, James W.** | Courtland Farm Homeowners Assn. |
| **Iqbal, Mahamed** | Arabic Software Computer, Inc. |
| **Irshad, Tariq M.** | R & S International, Inc. |
| **Isam, Akkad** | FIQH Council of North America |
| **Jaghlit, Mohammad** | International Education Trust, Inc.<br>Heritage Education Trust Inc.<br>Heritage Holdings<br>SAAR Foundation Inc.<br>Al-Aqsa Educational Fund |
| **Jaka, Rizwan** | All Dulles Area Muslim Society |
| **Kandil, Osama** | American Products International |
| **Kasule, Omar H.** | IFSO Training Bureau |
| **Khan, Bashir Ahmad** | All Dulles Area Muslim Society |
| **Khan, Mumtaz** | All Dulles Area Muslim Society |
| **Kline, Bradford S.** | Courtland Farm Homeowners Assn. |
| **Latib, Abdulrahman** | All Dulles Area Muslim Society |
| **Lehan, Sultan A.** | R & S International Inc. |
| **Malkawi, Fathi** | International Education Trust Inc. |
| **Manraj, Abdul Hafez** | All Dulles Area Muslim Society |

Attachment D
Page 6

Attachment D
Page 7

| | |
|---|---|
| **Mirza, M. Yaqub** | African Muslim Agency |
| | Courtland Farms Homeowners Association Inc. |
| | Horizons Education Association Creativity |
| | International Productions, LLC |
| | GSISS |
| | Grove Corporate Plaza |
| | Jucosa USA, Inc. |
| | Lynx Holdings Inc. |
| | Mar-Jac Investments |
| | Mar-Jac Farms Inc. |
| | Mar-Jac Poultry Inc. |
| | Makkah Mukarramah Charity Trust |
| | Mena Estates Inc. DBA Mena for Development |
| | Mena Investments Inc. |
| | Mirza Family Limited Partnership |
| | Muslim World League |
| | Reston Investments Inc. |
| | SAAR Foundation Inc. |
| | Safa Trust Inc. |
| | Safty LLC |
| | Sanabel Al Kheer Inc. |
| | Sana-Bell Inc. |
| | Sterling Advisors Inc. |
| | Sterling Management Group |
| | Sterling Poultry Company |
| | Sterling Technology Fund LLC |
| | Tafy Enterprises Inc. |
| | Woodland Development LLC |
| | York Foundation |
| **Mirza, Tanveer A.** | Mirza Family Limited Partnership |
| | Noor International |
| | Tafy Enterprises |
| **Mohamed, Alba M.** | Attia Grafisk USA, Inc. |
| **Mohamed, Mahmoud** | Mar-Jac Farms, Inc. |
| **Mohamed, Mohieldin A.** | International Islamic Charitable Organization |
| **Mushtaha, Fawaz** | Dar El-Eiman USA Inc. |
| | Light Star Travel Agency |

Attachment D
Page 8

|  |  |
|---|---|
|  | Al-Aqsa Educational Fund |
| **Noor, Ahmed** | All Dulles Area Muslim Society |
| **Omeish, Mohamed S.** | International Relief Organization (IRO)/International Islamic Relief Organization(IIRO)/ Success Foundation |
| **Rashdan, Mahmouda** | International Education Trust Inc. |
| **Rayyan, Ahmad I.** | All Dulles Area Muslim Society |
| **Safi, Louay** | Association of Muslim Social Scientists (AMSS) |
| **Salah, Said** | All Dulles Area Muslim Society |
| **Salah, Samir I** | Impact Training Center Inc.<br>International Technology Marketing<br>Piedmont Medical Services<br>Taibah International<br>SAAR Foundation<br>Mar-Jac Investments<br>Piedmont Trading<br>Piedmont Management<br>Piedmont Medical<br>Marwa Investments<br>All Dulles Area Muslim Society |
| **Salah, Saniyz S** | Piedmont Medical Services, Inc. |
| **Sedky, Cherif** | Al-Murjan Corporation<br>Aradi Inc.<br>SAAR Foundation Inc.<br>Courtland Farm Conservancy<br>Nimir Petroleum<br>Yeminvest |
| **Silva, Miguel Montes** | Jucosa USA Inc. |
| **Totonji, Irfan K.** | Beauregard Associates LLC<br>Herndon Grand Inc.<br>East Stratford Phase A & B Homeowners Ass'n |

Attachment D
Page 9

|  |  |
|---|---|
|  | Elite Investment & Management Group Inc.<br>Elite Management Resources Inc.<br>Elite Training & Contracting Inc.<br>Executive Building Maintenance |
| **Totonji, Ahmad** | IIIT<br>IIFTIKHAR<br>Makkah Mukarramah Charity Trust |
| **Unus, Iqbal J.** | All Dulles Area Muslim Society<br>Child Development Foundation<br>Education, Training & Research Associates<br>IIFTIKHAR |
| **Uziel, Sergio Araya** | Jucosa USA, Inc. |
| **Yacoob, Sanobar** | R & S International Inc.<br>Noor International |
| **Yacoob, Snober** | Noor International |
| **Zeki, Nabil A.M.** |  |