Attachment E
Page 1

## Attachment E

**Glossary of Terms, Individuals, and Organizations Relevant To This Affidavit**

<u>Abusulayman, Abdulhamid</u> - President of IIIT and associated with other Safa Group entities, Abusulayman shared ideological affinities with PIJ fund raiser Sami Al-Arian.

<u>African Muslim Agency</u> – Safa Group entity located on "paper" at 555 Grove Street, Herndon, Virginia, operated by Al-Talib and Mirza.

<u>Al-Alwani, Taha Jaber</u>   Officer or director of IIIT, FIQH, GSISS and other Safa Group entities.  Al-Alwani shared ideological affinities with PIJ fund raiser Sami Al-Arian.

<u>Al-Arian, Sami</u> – Al-Arian is a PIJ fund raiser in Tampa Florida, who founded ICP and WISE, and authored the PIJ manifesto found in the search warrant at his house in 1995.

<u>Al-Aqsa Educational Fund</u> – Mohammed Jaghlit was the president of this charity, which raised funds for HAMAS.

<u>Al-Fawwaz, Khalid</u> – An aide of Osama Bin Laden, Al-Fawwaz is an SDT and is awaiting extradition to the United States for his part in the Embassy Bombings.

<u>Alamoudi, Abdulrahman</u> – Director of the American Muslim Council, the American Muslim Foundation, and many other Islamic fundamentalist organizations.

<u>Ali, Ahmed Mohammed</u> – The Secretary General of the Muslim World League (MWL).  Ali publicly stated that the International Islamic Relief Organization is the "operational arm" of the MWL.

<u>All Dulles Area Muslim Society (ADAMS)</u> – A member of the Safa Group that transferred large amounts of money to other members of the Safa Group.

<u>Alshehri, Fayez Ahmed</u> – September 11, 2001 hijacker who worked for the International Islamic Relief Organization in the United States.

<u>Al-Rajhi, Abdullah Sulaiman</u> – Safa Group member and member of wealthy Al-Rajhi family in Saudi Arabia.  He is also a director of Aradi, Inc. at 555 Grove Street, Herdon, Virginia

<u>Al-Rajhi Charity</u> – An alleged charity operated by the Al-Rajhi family in Saudi Arabia.

<u>Al-Rajhi Commercial and Foreign Exchange</u> – Business operated by members of the Al-Rajhi family in Saudi Arabia.

Goldman Exhibit G4

Attachment E
Page 2


Al-Rajhi, Sulaiman Abdul Aziz – Founder and head of the Al-Rajhi conglomerate in Saudi Arabia, and the namesake of the SAAR Foundation.

Al-Shifa Pharmaceutical Industries Company – Company located in Khartoum, Sudan which was the subject of a U.S. cruise missile attack on August 20, 1998 for its involvement in the Embassy bombings in Tanzania and Kenya.

Al-Talib Family Limited Partnership – Limited partnership operated by Hisham Al-Talib and incorporated at his home residence, 11776 Stratford House Pl., Suite 1403, Reston, Virginia.

Al-Talib, Hisham – Officer or director of various Safa Group entities, Al-Talib shared ideological affinities with PIJ fund raiser Sami Al-Arian.

Alamoudi, Abdurahman – Safa Group member and current director of the Success Foundation, the American Muslim Foundation, and the American Muslim Council, among others.  Previous director of the SAAR Foundation.  Was recorded on video during a year 2000 Islamic rally in Lafayette Park, Washington, D.C. stating that he supported HAMAS and Hezbollah.

Amana Limited – Safa Group corporation located in the Isle of Man.

Amana Mutual Funds Trust – Safa Group mutual fund company.

Aradi, Inc. – "Safa Group" corporation located on "paper" at 555 Grove Street, Herndon, Virginia.  Operated by Cherif Sedky, Abdullah Sulaiman Al-Rajhi and Hisham Al-Talib.

Ashraf, M. Omar – Officer and/or director of Mar-Jac Investments, Sterling Charitable Gift Fund, and other companies listed in Attachment C.

Ashraf, Muhammed – Officer and/or director of Courtland Farm Conservancy Lots Homeowners Association, Inc., International Islamic Charitable Organization, Sterling Charitable Gift Fund, Sterling Management Group, and others entities listed in Attachment C.

Atef, Mohammed – A high-ranking Al-Qaida member and designated terrorist who was killed by U.S. forces in the war on terrorism in 2001.

Barzinji, Jamal -  Officer or director of various Safa Group entities.  Barzinji shared ideological affinities with PIJ fund raiser Sami Al-Arian.

Bin Laden, Osama/Usama – Islamic fundamentalist terrorist and founder of Al-Qaida who has orchestrated several terrorist attacks, including the attacks on the World Trade Center and Pentagon.  Bin Laden is a designated terrorist and the FBI's #1 most wanted person.

Attachment E
Page 3

<u>Child Development Foundation</u> – "Safa Group" organization located at 555 Grove Street, #114, Herndon, Virginia, operated by Abdulhamid Abusulayman, Hisham Al-Talib and Iqbal Unus.

<u>Courtland Farm Conservancy Lots Homeowners Association, Inc.</u> – "Safa Group" organization located at 555 Grove Street, #112, Herndon, Virginia, operated by Muhammad Ashraf, Yacub Mirza and Hisham Al-Talib.

<u>El-Khatib, Mohammed Taysir</u> – member of the PIJ Shura Council.

<u>Elbarasse, Ismail</u> – Directed funds for HAMAS through confessed HAMAS member Mohammed Salah.

<u>Elite Investment and Management Group, Inc.</u> – "Safa Group" corporation located at 555 Grove Street, #104, Herndon, Virginia, and operated by Ghazwa Al Younes-Totonji and Irfan Totonji.

<u>Elite Trading and Contracting, Inc.</u> - "Safa Group" organization located at 555 Grove Street, #104, Herndon, Virginia, and operated by Abdulelah Almoayyad, Ghazwa Alyounes-Totonji, and Irfan Totonji.

<u>FIQH Council of North America, Inc.</u> – "Safa Group" corporation located at 750-A Miller Dr., SE, Leesburg, Virginia, operated by Taha Al-Alwani.

<u>Foreign Terrorist Organization (FTO)</u> – Terrorist organization as designated the U.S. Department of State.

<u>Graduate School of Islamic and Social Sciences (GSISS)</u> – "Safa Group" corporation located at 750-A Miller Drive, SE, Leesburg, Virginia, operated by Taha Al-Alwani.  Formerly known as the Islamic Institute of Advanced Studies (IIAS)/School of Islamic and Social Sciences (SISS).

<u>Grove Corporate Plaza</u> – "Safa Group" corporation located at 555 Grove Street, #110, Herndon, Virginia, operated by Omar Ashraf and Yaqub Mirza..

<u>Grove Street Corporation</u> – Safa organization previously located at 555 Grove Street.

<u>HAMAS Terrorist Group</u> – a/k/a Islamic Resistance Movement.  HAMAS is a Designated Terrorist Organization that is responsible for numerous terrorist attacks that have resulted in the death of innocent civilians, including American nationals.

<u>Hamdi, Tariq Abdulmelik (a/k/a Tariq Hamdi Ismael Azami)</u> – Employed by IIIT, Hamdi delivered a satellite telephone battery to an aide to Bin Laden in May 1998, that enabled Bin Laden to communicate with his followers in preparation for the Embassy Bombings in Kenya and Tanzania.

Attachment E
Page 4

Hassaballah, Ibrahim -  Director of International Islamic Charitable Organization (IICO), along with Muhammad Ashraf, Yaqub Mirza and Mohieldin Mohamed.  Currency and Monetary Instrument Reports (CMIRs) registered on Hassaballah show that he has moved large amounts of currency into the United States from abroad, including over $3 million on one occasion in the early 1980s.

Hassan, Beverly – The custodian of records on various Safa Group 990s.

Heritage Education Trust, Inc. – "Safa Group" corporation located at 750-A Miller Drive, SE, Leesburg, Virginia, operated by Mohammed Jaghlit.

HFC Feed Mill, LLC – Safa Group corporation located at 555 Grove Street, Herndon, Virginia, managed by Muhammad Ashraf

Holy Land Foundation (HLF) – A Designated Terrorist Organization.  The HLF's primary purpose is to fund HAMAS.

Home Owners of Mena Estates Association – "Safa Group" organization previously located at 555 Grove Street, Herndon, Virginia, and operated by Jamal Barzinji and Bassam Estwani.

Hozien, Wafa -  Wife of Tariq Hamdi.

Humana Charitable Trust – Safa Group organization located in the Isle of Man.  Large amounts of Safa Group money are sent to this entity.

International Education Trust, Inc. – "Safa Group" corporation located at the residence of Mohammad Jaghlit.

International Institute of Islamic Thought (IIIT) – IIIT is a core member of the Safa Group.  Employs Tariq Hamdi.  Corresponded directly with Al-Arian's groups in Tampa.

International Islamic Charitable Organization (IICO) – "Safa Group" corporation located at 555 Grove Street, #116, Herndon, Virginia, operated by Muhammad Ashraf, Ibrahim Hassaballa, Yaqub Mirza and Mohieldin Mohamed.

International Islamic Relief Organization (IIRO) – A subsidiary of the Muslim World League.

International Relief Organization (IRO) – Variation of IIRO.

Intifadah – Uprising in Israel and the Palestinian Authority Controlled Areas by the Palestinians.  The Jihad Intifadah refers to an armed struggle as it relates to the "Holy War" against the infidels,

Attachment E
Page 5

which are considered the Jews, Christians (the West), and complacent Arab regimes.  The main scope of the Intifadah is to drive the Israelis out of Israel and to reclaim the Palestinian homeland.

Islamic Committee for Palestine (ICP) - a/k/a Islamic Concern Project.  ICP was a Palestine Islamic Jihad front organization operated and incorporated by Sami Al-Arian in close relationship with World Islamic Studies Enterprise (WISE).

Islamic Concern Project (ICP) - a/k/a Islamic Committee for Palestine.  ICP is a Palestine Islamic Jihad front organization incorporated by Sami Al-Arian in close relationship with World Islamic Studies Enterprise (WISE).

Islamic Jihad of Palestine – another variation of the Palestinian Islamic Jihad.

Islamic Relief Organization (IRO) – Same entity as International Islamic Relief Organization/Success Foundation.

Islamic Resistance Movement – HAMAS

Islamic Studies Enterprise (ISE) – An Islamic organization linked to Sami Al-Arian and the PIJ..

Jabala, Mohamoud – Suspected Egyptian militant who worked for the International Islamic Relief Organization (IIRO).  Jabala is currently incarcerated in Canada, awaiting trial on terrorism charges.

Jaghlit, Mohammad  Officer or director of various Safa Group entities.  Jaghlit shared ideological affinities with PIJ fund raiser Sami Al-Arian and also with HAMAS.

Jaghlit Family Trust Number 1/Number 2 – Family Trusts used by Safa Group member Mohammad Jaghlit.

Khaleel, Ziyad - A Designated Terrorist.  Purchased satellite telephone battery for Osama Bin Laden that allegedly facilitated the Al-Qaeda attack on the U.S. embassies in Tanzania and Kenya.

Khalifa, Mohammed Jamal – Brother-in-law of Osama Bin Laden involved in secessionist militant movement in the southern Philippines.

Makkah Mukarramah Charity Trust, Inc. – "Safa Group" charity which was previously located at 555 Grove Street, Herndon, Virginia and operated by Abdulelah Almoayyad, Yaqub Mirza and Ahmad Totonji.

Mar-Jac Holdings, Inc. – Subsidiary of Safa Trust, Inc., used for transferring large amounts of funds between various Safa Group organizations.

Attachment E
Page 6

Mar-Jac Poultry, Inc. – Poultry farm and producing plant in Gainesville, Georgia controlled by the Safa Group.

Mar-Jac Investments, Inc., Safa Group corporation managed by M. Omar Ashraf and Yaqub Mirza.

Mar-Jac Farms – "Safa Group" organization operated by Barzinji, Al-Talib, and Mirza.

Marzook, Mousa Abu (SDT) – Current head of HAMAS, Marzouk is a Specially Designated Terrorist.

Mena Corporation – Safa Group organization.

Mena Investments, Inc. – Safa Group corporation located at 555 Grove Street, Herndon, Virginia, managed by Al-Talib, Barzinji and Mirza.

Mirza, M. Yaqub – Officer or director of numerous Safa Group entities, including African Muslim Agency, Courtland Farm Conservancy, Grove Corporate Plaza, International Islamic Charitable Organization, Makkah Mukarramah Charity Trust, Mar-Jac Investments, Muslim World League, Reston Investments, Sana-Bell, SAFA Trust, SAAR Foundation, Sterling Charitable Gift Fund.

Mirza Revocable Living Trust – Safa Group trust operated by Yaqub Mirza.

Muslim World League (MWL) – MWL was founded by the founders of Al-Qaida. International Islamic Relief Organization is the operational arm of the MWL.

Nafi, Bashir – Active directing member of the World Islamic Studies Enterprise/ Islamic Committee for Palestine until he was deported for visa fraud in mid 1990's. Nafi was sponsored into the U.S. by Sami Al-Arian and later worked at IIIT.

Najar, Mazen – Currently incarcerated in the United States for immigration violations, Najar was formerly involved in the daily operations of WISE and ICP in Florida, along with Al-Arian, Khalil Shikaki, Bashir Nafi and Ramadan Shallah.

Naseef, Abdullah Omar – Officer and/or Director of Makkah Murrah Charity Trust and Rabita Trust.

Nasir, Sayed Abu – Bangladeshi national alleged by India's Deputy Commissioner of Police to have targeted U.S. Consulates for bombings.

Nouri, Khaled – Director of the Success Foundation.

Odeh, Sheik Abdel Aziz – Spiritual leader of the Palestinian Islamic Jihad-SF, Odeh was a cofounder of the PIJ-SF along with Fathi Shikaki.

Attachment E
Page 7


Omeish, Mohamed – President of Islamic Relief Organization, Success Foundation, and IIRO.

Orr, Mark – Director of the International Affairs Center, University of South Florida.  Orr was the addressee on a letter from Ramadan Abdallah Shallah, wherein Shallah identifies IIIT as the largest contributor to the World Islamic Studies Enterprise.

Ozaan Capital Management, Inc. – "Safa Group" corporation located at the residence of Mohammad Omar Ashraf.

Palestine Islamic Jihad-Shikaki Faction (PIJ-SF) – A Specially Designated Terrorist Group founded by Fathi Shikaki in 1980, with the mission of the elimination and destruction of Israel. After Shikaki was assassinated in 1995, Ramadan Abdallah Shallah succeeded Shikaki as the organization's leader.

Qureshi, Manzoor – Now deceased, Quereshi was the accountant for many of the Safa Group organizations.

Rabita Trust – A designated terrorist organization, Rabita Trust is a Pakistani-based contingent of the Muslim World League, which has no branches or offices in the U.S.

Rahman, Sheik Omar Abdel (a.k.a the "Blind Sheik") – A convicted terrorist who orchestrated the World Trade Center bombing in 1993.

Reston Investments, Inc. – "Safa Group" corporation located at 555 Grove Street, Ste. 114, Herndon, Virginia, currently operated by Al-Talib, Barzinji, and Mirza.

SAAR Foundation - The SAAR Foundation at 555 Grove Street, Herndon, Virginia was dissolved in December 2000 and replaced by the Sterling Charitable Gift Fund.  Its directors were Mirza, Sedky and Jaghlit.

SAAR Foundation, Canada – The SAAR Foundation Canada is an affiliate of the SAAR Foundation.

SAAR International – A "Safa Group" corporation currently incorporated in Washington, D.C. and operated by the company 1212 New York Avenue, Inc., a company itself operated by Lynx Systems of 555 Grove Street, Herndon, Virginia.

Safa Charities – Charities utilized by the Safa Group, including the African Muslim Agency, Heritage Education Trust, the IIIT, the SAAR Foundation, Safa Trust, Inc., the Sterling Charitable Gift Fund, and the York Foundation, among others.

Attachment E
Page 8

Safa Group – A complex coalition of overlapping companies in Northern Virginia controlled by individuals who have shown support for terrorists and or terrorist fronts.  The primary business addresses associated with these individuals are 500 and 555 Grove Street, Herndon, Virginia; and 750-A Miller Drive, SE, Leesburg, Virginia.

Safa Trust, Inc. – A "Safa Group" corporation.

Salah, Mohammed – After he was arrested by Israeli authorities, Salah stated that authorities that he received funds from Elbarasse for HAMAS military operations.

Salah, Samir – Safa Group member.  Director of ADAMS, Taibah International Aid Association and former director of both the SAAR Foundation and Mar-Jac Investments.

Sana-Bell Al Kheer, Inc. – A corporation with a mailing address of 555 Grove Street, Ste. 114, Herndon, Virginia, operated by Hassan Bahafzallah, Yaqub Mirza and Abdullah Bin Saleh Al-Obaid. Sana-Bell receives rent from the Muslim World League and International Islamic Relief Organization.

School of Islamic and Social Sciences (SISS) – Safa Group entity now known as the GSISS, located at 750-a Miller Dr., Leesburg, Virginia.

Sedky, Cherif – Officer and/or director of Aradi, Inc., SAAR Foundation, and Yeminvest.

Shallah, Ramadan Abdullah – Shallah is the current leader of the Palestine Islamic Jihad.  He previously was involved in the operations of the Islamic Concern Project and World Islamic Studies Enterprise.

Shikaki, Fathi - Founded Palestine Islamic Jihad-Shikaki Faction (PIJ-SF) in 1980.  Shikaki led the PIJ-SF until his assassination in 1995.

Shikaki, Khalil – PIJ member and brother of slain PIJ founder, Khalil Shikaki.  Khalil also helped Ramadan Shallah, Sami Al-Arian, Bashir Nafi and Mazen Al-Najar in the day to day operations of the ICP and WISE in Florida.  Khalil also received direct money transfers from the SAAR Foundation.

Specially Designated Terrorist (SDT) - Term used in this affidavit to describe those individuals who have been designated terrorists by either the U.S. Department of State or by the President of the United States.

Sterling Charitable Gift Fund (d/b/a Sterling Management Corporation) – "Safa Group" corporation managed by M. Omar Ashraf, Muhammad Ashraf, Yaqub Mirza and Nabil Zeki.

Attachment E
Page 9

<u>Sterling Investment Group</u> – Safa Group corporation directed by Muhammad Ashraf.

<u>Sterling Management Group, Inc.</u> – Listed operating name of Sterling Charitable Gift Fund.

<u>Success Foundation</u> – An affiliate of the International Islamic Relief Organization (IIRO/IRO).

<u>Totonji, Ahmad</u> - Director of Makkah Mukarramah Charity Trust, Safa Trust and other companies.

<u>Unus, Iqbal</u> – An officer or director of organizations in the "Safa Group".

<u>World Islamic Studies Enterprise (WISE)</u> – A Palestine Islamic Jihad (PIJ-SF) front organization closely connected to the Islamic Concern Project/Islamic Committee for Palestine, all formed by Al-Arian in Tampa.

<u>York International</u> – Safa Group organization located in the Isle of Man.

<u>York Foundation</u> – Safa Group organization located at 555 Grove Street, Herndon, Virginia, managed by Mirza and Muhammad Ashraf.