# United States District Court

**EASTERN** DISTRICT OF **VIRGINIA**

UNITED STATES OF AMERICA

v.                                                    **CRIMINAL COMPLAINT**

**Abdurahman Muhammad Alamoudi**
**a/k/a Abdulrahman Alamoudi**
  **Abdul Rahman Al-Amoudi**
  **Abdulrahman Mohamed Omar Alamoudi**
**3311 Garland Drive, Falls Church, VA**                CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 3, 1999, November 14, 200 and August 14, 2001** in **Fairfax** county, in the **Eastern** District of **Virginia** defendant(s) did, (Track Statutory Language of Offense)

**willfully attempt to violate Executive Orders 12543 and 12544, 31 C.F.R. Sections 550.207 and 550.209, orders and regulations issued under the authority of the International Economic Emergency Powers Act (IEEPA)(Title 50, United States Code, Sections 1701-1706);**

in violation of Title **50** United States Code, Section(s) **1705 (b)**.

I further state that I am a(n) **Special Agent, ICE** and that this complaint is based on the following facts:
Official Title

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
**SAUSA - Steven P. Ward**                           **Brett Gentrup**
Sworn to before me and subscribed in my presence,    **Special Agent**
                                                     **Immigration and Customs Enforcement**

**September 30, 2003**                               at   **Alexandria, Virginia**
Date                                                      City and State

The Honorable Theresa Carroll Buchanan
Name & Title of Judicial Officer                          Signature of Judicial Officer

Goldman Exhibit H-1