```
                                                                  119PJM
Print Request:   All Documents

Time of Request: December 11, 2005   02:21 PM EST

Number of Lines: 1127
Job Number:   1842:74687763

Client ID/Project Name: oneill

Research Information:

 Mega News, All (English, Full Text)
Taha /4 Alwani
```

```
Send to:   GOLDMAN, JERRY
           JERRY S GOLDMAN & ASSOC PC
           2 PENN CTR PLAZA
           1500 JFK BLVD., STE 1411
           PHILADELPHIA, PA 19102
```

Goldman Exhibit I-1

1.  Defense & Foreign Affairs Daily, August 12, 2003 Tuesday, Vol. XXI, No. 123, 2670 words, First NATO Out-of-Area Mission Raises Question of Transformation of Alliance into Broader Membership
by the town's mayor, **Taha** Bdewi Hamid Al-**Alwani.** The understanding centered on  …

2. THE DAILY TELEGRAPH(LONDON), August 09, 2003, Saturday, Pg. 14, 705 words, Sheikhs agree to peace deal with coalition troops, By Harry de Quetteville in Fallujah
blood money," said **Taha** Bdewi Hamid Al-**Alwani,** Fallujah's mayor, yesterday. "If they  …

3. National Public Radio (NPR), Morning Edition (10:00 AM ET) - NPR, July 22, 2003 Tuesday, 901 words, Efforts to restore functioning government to Fallujah, BOB EDWARDS, ERIC WESTERVELT
staff to the new mayor, **Taha** Bedaiwi **Alwani.  Alwani** doesn't control much  …
electricity and security. Mayor **TAHA** BEDAIWI **ALWANI** (Fallujah): (Through Translator)  …

4. Charleston Gazette (West Virginia), July 6, 2003, Sunday, News; Pg. P13A, 986 words, Continued attacks Resistance in Iraq may indicate forming guerrilla groups July 6, 2003, Sunday, Tom Lasseter Knight Ridder Newspapers
shootings are revenge," said **Taha Alwani,** the town's mayor, who was  …

5. Knight Ridder Washington Bureau, July 6, 2003, Sunday, INTERNATIONAL NEWS, K0857, 1366 words, Fallujah symbolizes U.S. failure to bring peace, stability to Iraq, By Tom Lasseter
said, the town's mayor, **Taha Alwani,** has often told the press that he  …

6. Saint Paul Pioneer Press (Minnesota), July 6, 2003 Sunday CITY EDITION, MAIN; Pg. A4, 718 words, U.S. TROOPS ON INCREASINGLY SHAKY GROUND STABILITY SLIPPING AWAY AS ATTACKS CONTINUE, TOM LASSETERKnight Ridder Foreign Service
said, the town's mayor, **Taha Alwani,** has often told the press that he  …

7.  Detroit Free Press, JULY 5, 2003 Saturday METRO FINAL EDITION, NWS; Pg. 1A, 1160 words, IRAQ CHAOS IS 'LIKE THE WILD WEST'; COMMANDERS PUZZLED BY ATTACKS ON TROOPS PEACE PROVES ELUSIVE, TOM LASSETER KNIGHT RIDDER NEWSPAPERS
said, the town's mayor, **Taha Alwani,** has often told the press that he  …

8. Lexington Herald Leader (Kentucky), JULY 5, 2003 Saturday FINAL EDITION, MAIN NEWS; Pg. A3, 975 words, WHO'S THE ENEMY? TROOPS IN FALLUJAH NOT SURE, Tom Lasseter, Herald-Leader Staff Writer, FALLUJAH, IRAQ
said, the town's mayor, **Taha Alwani,** has often told the press that he  …

9.  The Philadelphia Inquirer, JULY 5, 2003 Saturday CITY-D EDITION, NATIONAL; Pg. A01, 1093 words, Daily attacks in Fallujah illustrate tough U.S. job, Tom Lasseter KNIGHT RIDDER NEWS SERVICE, FALLUJAH, Iraq
said, the town's mayor, **Taha Alwani,** has often told the press that he  …

10.  Los Angeles Times, July 4, 2003 Friday,   Home Edition, MAIN NEWS; Part 1; Foreign Desk; Pg. 4 , 773 words, Military Split on Blast at Mosque;  U.S. commanders on the ground dispute top brass' claim that a bomb-making class at the Iraqi complex might have been responsible., Patrick J. McDonnell and Terry McDermott, Times Staff Writers, FALLOUJA, Iraq
U.S.-backed mayor, **Taha** Badawi **Alwani,** called the explosion "a  …

11. Knight Ridder Washington Bureau, July 2, 2003, Wednesday, INTERNATIONAL NEWS,  K5913, 1003 words, Resistance, retaliation by Iraqis resembles guerilla warfare, By Tom Lasseter
shootings are revenge," said **Taha Alwani,** the town's mayor, who was  …

12. Knight Ridder Washington Bureau, July 2, 2003, Wednesday, WA-USIRAQ, 1105 words, Mosque Explosion in Fallujah, Iraq, Prompts Calls for Holy War against U.S.
jihad," said Mayor **Taha Alwani,** who was speaking before  …

13. Orlando Sentinel (Florida), July 2, 2003 Wednesday, FINAL, A SECTION; Pg. A1, 616 words, IRAQIS CALL FOR U.S. BLOOD; IN WASHINGTON; PRESIDENT BUSH VOWS THERE WILL BE 'NORETURN TO TYRANNY IN IRAQ.'; IN FALLUJAH; MOSQUE EXPLOSION KILLS 10 IRAQIS. ENRAGED CROWD BLAMES U.S. MISSILE STRIKE.; IN BAGHDAD; TOP U.S. ADMINISTRATOR REQUESTS MORE TROOPS TO HELP RESTORE ORDER AND SERVICES.; , Compiled From Wire Reports
jihad," said Mayor **Taha Alwani,** who was speaking before  …

14.   The Philadelphia Inquirer, JULY 2, 2003 Wednesday CITY-D EDITION, NATIONAL; Pg. A01, 830 words, Grim signs of guerrilla war; Cycle of attack, counterattack suggests troubling Iraq scenario., Tom Lasseter KNIGHT RIDDER NEWS SERVICE, BAGHDAD
shootings are revenge," said **Taha Alwani,** the town's mayor, who was …

15.   Arab Studies Quarterly, July 1, 2003, Pg. 29, 7699 words, THE SOCIAL CONTEXT OF PRE-ISLAMIC POETRY: POETIC IMAGERY AND SOCIAL REALITY IN THE MU^sup c^ALLAQAT, Brown, Jonathan A C, *from Factiva* 2000-June2001.   Shaykh **Taha** Jabir Al-**Alwani,** School of Islamic Social …

16.   The Miami Herald, JULY 1, 2003 Tuesday FINAL EDITION, FRONT; Pg. 8A, 838 words, IRAQI ATTACKS, U.S. RAIDS CREATE NEW CYCLE OF ANGER, TOM LASSETER, Knight Ridder News Service, BAGHDAD
shootings are revenge," said **Taha Alwani,** the town's mayor, who was …

17. Orlando Sentinel (Florida), June 22, 2003 Sunday, FINAL, A SECTION; Pg. A1, 923 words, IRAQI GUERRILLAS ORGANIZE;  NETWORK OF ARMED GROUPS AIMS TO DRIVE OUT AMERICANS, Daniel Williams, the Washington Post
Return is operating here," said **Taha** Bedaiwi **Alwani,** the U.S.-supported mayor of  …

18.   The Washington Post, June 22, 2003 Sunday,   Final Edition, A SECTION; Pg. A01, 1061 words, Attacks In Iraq Traced to Network;  Resistance to U.S. Is Loosely Organized, Daniel Williams, Washington Post Foreign Service, FALLUJAH, Iraq June 21
Return is operating here," said **Taha** Bedaiwi **Alwani,** the U.S.-supported mayor of  …

19. Agence France Presse -- English, June 20, 2003 Friday, International News, 666 words, US pursues crackdown after attacks in flashpoint Iraqi town, NAYLA RAZZOUK, BAGHDAD, June 20
in late April. **Taha** Badawi al-**Alwani,** head of the local council,  …

20. Agence France Presse -- English, June 20, 2003 Friday, International News, 653 words, Resistance to US forces in Iraqi "City of Mosques" splits residents, NAYLA RAZZOUK, FALLUJAH, Iraq, June 20
coalition troops remain. **Taha** Badawi al-**Alwani,** head of Fallujah's local  …

21. Agence France Presse -- English, June 20, 2003 Friday, International News, 682 words, US troops come under renewed fire in flashpoint Iraqi town, NAYLA RAZZOUK, FALLUJAH, Iraq, June 20
in late April. **Taha** Badawi al-**Alwani,** head of the local council,  …

22.   The Washington Post, June 6, 2003 Friday,   Final Edition, A SECTION; Pg. A01, 1047 words, U.S. Soldier Killed in Iraqi Attack;  5 Others Hurt in Fallujah Despite Military Buildup, Daniel Williams, Washington Post Foreign Service, FALLUJAH, Iraq June 5
city," said Mayor **Taha** Bedaiwi **Alwani,** a dissident during  …

23. United Press International, June 5, 2003 Thursday, 858 words, Washington Agenda-General, By United Press International
Bashir G. Ahmed **Taha** Jabir al-**Alwani,** President, GraduateSchool of Islamic and  …

24.   Chicago Tribune, May 28, 2003 Wednesday,   CHICAGO FINAL EDITION, NEWS; ZONE: C; Pg. 3, 892 words, Firefight kills 2 soldiers;  11 others injured in worst violence since war's end, By E.A. Torriero and Mike Dorning, Tribune staff reporters, FALLUJAH, Iraq
city. The city's mayor, **Taha** Bidawi **Alwani,** 52, said that a  …

25.   Los Angeles Times, May 28, 2003 Wednesday,   Home Edition, MAIN NEWS; Part 1; Foreign Desk; Pg. 1 , 1330 words, THE WORLD;  More Attacks Raise Worries of Violent Resistance in Iraq, John Daniszewski and John Hendren, Times Staff Writers, FALLOUJA, Iraq
78 more.  Mayor **Taha** Badawi **Alwani,** in an interview  …

26. National Public Radio (NPR), All Things Considered (8:00 PM ET) - NPR, May 28, 2003 Wednesday, 684 words, Anti-American sentiment in Fallujah, Iraq, MICHELE NORRIS, NICK SPICER
American troops. Mayor **TAHA** BEDAIWI **ALWANI** (Fallujah, Iraq): (Through  …

27.   The Washington Post, May 28, 2003 Wednesday,   Final Edition, A SECTION; Pg. A01, 1158 words, 2 U.S. Soldiers Killed In Restive Iraqi City;  Incident Highlights Mounting Resentment, Anthony Shadid, Washington Post Foreign

Service, FALLUJAH, Iraq May 27
entered the mouth of the wolf."   **Taha** Bedaiwi **Alwani,** whom U.S. forces have recognized as the  …

28. The Associated Press, May 15, 2003, Thursday, BC cycle, International News, 404 words, Iraqi town where U.S. troops fired on crowds still tense, but quiet, By NIKO PRICE, Associated Press Writer, FALLUJAH, Iraq
clothes." But Mayor **Taha** Bedaiwi al-**Alwani** said the Americans have become  …

29. Associated Press Online, May 15, 2003 Thursday, INTERNATIONAL NEWS, 401 words, Iraqi Town Still Tense After U.S. Row, NIKO PRICE; Associated Press Writer, FALLUJAH, Iraq
clothes." But Mayor **Taha** Bedaiwi al-**Alwani** said the Americans have become  …

30. Associated Press Worldstream, May 15, 2003 Thursday, INTERNATIONAL NEWS, 453 words, Iraqi town where U.S. troops fired on crowds still tense, but quiet, NIKO PRICE; Associated Press Writer, FALLUJAH, Iraq
But Fallujah's mayor, **Taha** Bedaiwi al-**Alwani,** said the Americans have become  …

31. The San Diego Union-Tribune, May 5, 2003, Monday, NEWS;Pg. A-2, 288 words, Iraq clash site calm, but it remains tense, Maureen Fan; KNIGHT RIDDER NEWS SERVICE
pictures of naked women. **Taha** Bedaiwi al-**Alwani,** governor of Fallujah, said  …

32. San Jose Mercury News (California), May 5, 2003 Monday MORNING FINAL EDITION, FRONT; Pg. 8A, 287 words, IRAQI CITY REMAINS TENSE, BUT CALMER AFTER CLASHES, MAUREEN FAN, Mercury News, AL-FALLUJAH, Iraq
pictures of naked women. **Taha** Bedaiwi al-**Alwani,** governor of Al-Fallujah,  …

33.  The Washington Post, May 4, 2003 Sunday,   Final Edition, A SECTION; Pg. A23, 826 words, Troops Detain Three Top Iraqi Officials;  Captives Include Chief of Weapons Development, Carol Morello, Washington Post Staff Writer, BAGHDAD
residents and U.S. troops.   **Taha** Bedaiwi **Alwani,** whom U.S. occupation authorities  …

34. The San Diego Union-Tribune, May 3, 2003, Saturday, NEWS;Pg. A-1, 1096 words, Three more Iraqis on 'most wanted' list in custody, Andrea Gerlin and Soraya Sarhaddi Nelson; KNIGHT RIDDER NEWS SERVICE | The Associated Press and Reuters contributed to this report.
1. The mayor of Fallujah, **Taha** Bedaiwi al-**Alwani** (center), and Lt. Col.  …

35. Ventura County Star (California), May 3, 2003 Saturday, News; Pg. A04, 567 words, City seethes under U.S. presence, Carol Rosenberg; Knight Ridder Newspapers
a security measure," **Taha** Bidawi al **Alwani** said. "But we refuse the  …
through an interpreter, **Taha** Bidawi al **Alwani,** the mayor ofFallujah,Iraq,  …

36.  The Washington Post, May 3, 2003 Saturday,   Final Edition, A SECTION; Pg. A13, 826 words, Troops Detain 3 Top Iraqi Officials;  Captives Include Arms Development Chief, Carol Morello, Washington Post Staff Writer, BAGHDAD May 2
residents and U.S. troops.   **Taha** Bedaiwi **Alwani,** whom U.S. occupation authorities  …

37.  Los Angeles Times, May 2, 2003 Friday,   Home Edition, MAIN NEWS; Part 1; Foreign Desk; Pg. 6 , 204 words, Grenade Attack Wounds 7 Soldiers, From Times Wire Services, FALLOUJA, Iraq
said.  Fallouja Mayor **Taha** Badawi Hamid **Alwani** and some residents said the  …

38. Orlando Sentinel (Florida), May 2, 2003 Friday, FINAL, A SECTION; Pg. A9, 937 words, 7 U.S. SOLDIERS HURT IN ATTACK ON COMPOUND, Rajiv Chandrasekaran and Scott Wilson, the Washington Post
U.S.-recognized mayor, **Taha** Bedawi **Alwani,** in an effort to  …

39. The Record (Kitchener-Waterloo, Ontario), May 2, 2003 Friday Final Edition, FRONT; Pg. A9, 796 words, U.S. officials say Iraq is calm despite some clashes, FALLUJAH, IRAQ
dead and injured," said **Taha** Bedaiwi al-**Alwani,** the new, U.S.-recognized  …

40. The Scotsman, May 2, 2003, Friday, Pg. 15, 686 words, SOLDIERS HURT IN GRENADE ATTACK AT BASE, Saul Hudson In Falluja And Foreign Staff
yesterday.  Falluja's mayor, **Taha** Badawi Hamid al-**Alwani,** yesterday condemned the attack. "  …

41. St. Petersburg Times (Florida), May 2, 2003 Friday 0 South Pinellas Edition, NATIONAL; Pg. 7A, 823 words, U.S.

soldiers hurt as Iraqi fury festers
U.S.-recognized mayor, **Taha** Bedawi **Alwani,** in an effort to  …

42. The Standard (St. Catharines, Ontario), May 2, 2003 Friday Final Edition, World; Pg. C8, 484 words, Grenade attack wounds 7 U.S. soldiers, Charles J. Hanley, FALLUJAH, Iraq
dead and injured," said **Taha** Bedaiwi al-**Alwani,** the new, U.S.-recognized  …

43. Times Colonist (Victoria, British Columbia), May 2, 2003 Friday Final Edition, News; Pg. A4, 948 words, Attackers lob grenades at GIs: Seven U.S. soldiers wounded as postwar violence continues, Charles J. Hanley, FALLUJAH, Iraq
dead and injured," said **Taha** Bedaiwi al-**Alwani,** the new, U.S.-recognized  …

44. Voice of America News, May 2, 2003, CORRESPONDENT REPORT 2-302832, 444 words, IRAQ / FALLUJA (L O), LAURIE KASSMAN
self-appointed mayor, **Taha** Bidawi al **Alwani,** says he wants the U-  …

45.  Voice of America Press Releases and Documents, May 2, 2003 Friday, 437 words, IRAQ / FALLUJA (L O), *from Factiva*
self-appointed mayor, **Taha** Bidawi al **Alwani,** says he wants the U-  …

46.  The Washington Post, May 2, 2003 Friday,   Final Edition, A SECTION; Pg. A21, 1119 words, Iraqi City Simmers With New Attack;  Grenade Wounds 7 Soldiers in Fallujah, Rajiv Chandrasekaran and Scott Wilson, Washington Post Foreign Service, FALLUJAH, Iraq May 1
U.S.-recognized mayor, **Taha** Bedaiwi **Alwani,** in an effort to  …

47. The Washington Times, May 2, 2003, Friday, Final Edition, NATION; Pg. A15, 796 words, Grenade attack injures 7 U.S. troops;  Strike follows series of deadly clashes between Army, Iraqi protesters, By Charles J. Hanley, THE WASHINGTON TIMES, FALLUJAH, Iraq
dead and injured," said **Taha** Bedaiwi al-**Alwani,** the new, U.S.-recognized  …

48.  Al-Bawaba, May 1, 2003 Thursday, 203 words, US compound attacked in Fallujah, seven soldiers wounded, By Al-Bawaba Reporters
dead and injured," said **Taha** Bedaiwi al-**Alwani,** the new, U.S.-recognized  …

49.  Al-Bawaba, May 1, 2003 Thursday, 203 words, US compound attacked in Fallujah, seven soldiers wounded, By Al-Bawaba Reporters
dead and injured," said **Taha** Bedaiwi al-**Alwani,** the new, U.S.-recognized  …

50. The Associated Press, May 1, 2003, Thursday, BC cycle, International News, 896 words, More protesters fall to U.S. guns in Fallujah; commander says Americans will remain, By CHARLES J. HANLEY, AP Special Correspondent, FALLUJAH, Iraq
dead and injured," said **Taha** Bedaiwi al-**Alwani,** the new, U.S.-recognized  …

51. The Associated Press, May 1, 2003, Thursday, BC cycle, International News, 775 words
dead and injured," said **Taha** Bedaiwi al-**Alwani,** the new, U.S.-recognized  …

52. The Associated Press, May 1, 2003, Thursday, BC cycle, International News, 1057 words
dead and injured," said **Taha** Bedaiwi al-**Alwani,** the new, U.S.-recognized  …

53. The Associated Press, May 1, 2003, Thursday, BC cycle, International News, 829 words, U.S. troops, conservative religion a fiery combination in heartland town, By CHARLES J. HANLEY, AP Special Correspondent, FALLUJAH, Iraq
tensions. The acting mayor, **Taha** Bedaiwi al-**Alwani,** said the U.S. officers  …

54. Associated Press Online, May 1, 2003 Thursday, INTERNATIONAL NEWS, 891 words, U.S. Troops Fire on Iraq Protesters Again, CHARLES J. HANLEY; AP Special Correspondent, FALLUJAH, Iraq
dead and injured," said **Taha** Bedaiwi al-**Alwani,** the new, U.S.-recognized  …

55. Associated Press Online, May 1, 2003 Thursday, INTERNATIONAL NEWS, 825 words, U.S. Troops, Religion a Fiery Mix in Iraq, CHARLES J. HANLEY; AP Special Correspondent, FALLUJAH, Iraq
tensions. The acting mayor, **Taha** Bedaiwi al-**Alwani,** said the U.S. officers  …

56. Associated Press Online, May 1, 2003 Thursday, INTERNATIONAL NEWS, 986 words, Iraq Grenade Attack Hurts

7 U.S. Soldiers, CHARLES J. HANLEY; AP Special Correspondent, FALLUJAH, Iraq
dead and injured," said **Taha** Bedaiwi al-**Alwani,** the new, U.S.-recognized …

57. Associated Press Worldstream, May 1, 2003 Thursday, INTERNATIONAL NEWS, 880 words, More protesters fall to U.S. guns in Fallujah; commander says troops will remain, CHARLES J. HANLEY; AP Special Correspondent, FALLUJAH, Iraq
dead and injured," said **Taha** Bedaiwi al-**Alwani,** the new, U.S.-recognized " …

58. Associated Press Worldstream, May 1, 2003 Thursday, INTERNATIONAL NEWS, 986 words, Grenade attack wounds seven U.S. soldiers in Iraq as Bush readies speech declaring major combat over, CHARLES J. HANLEY; AP Special Correspondent, FALLUJAH, Iraq
dead and injured," said **Taha** Bedaiwi al-**Alwani,** the new, U.S.-recognized …

59. Associated Press Worldstream, May 1, 2003 Thursday, INTERNATIONAL NEWS, 820 words, U.S. troops, conservative religion a fiery combination in heartland town, CHARLES J. HANLEY; AP Special Correspondent, FALLUJAH, Iraq
tensions. The acting mayor, **Taha** Bedaiwi al-**Alwani,** said the U.S. officers …

60. Belfast News Letter (Northern Ireland), May 1, 2003, Thursday, NEWS; Pg. 6, 427 words, TENSIONS FOLLOW A SECOND DAY OF SHOOTINGS, CHARLES HANLEY
met Fallujah mayor **Taha** Bedaiwi al-**Alwani** and the area's top clerics …

61. Birmingham Post, May 1, 2003, Thursday, NEWS; Pg. 9, 465 words, DEATH TOLL MOUNTS AS US SOLDIERS FIRE ON PROTESTERS An Iraqi man lies dead in the street as others, some injured, scramble for safety in Fallujah, Iraq, yesterday. Meanwhile, left, demonstrators try to prevent fellow protesters from throwing stones at US troops.
met Fallujah mayor **Taha** Bedaiwi al-**Alwani** and the area's top clerics …

62. Birmingham Post, May 1, 2003, Thursday, NEWS; Pg. 9, 465 words, DEATH TOLL MOUNTS AS US SOLDIERS FIRE ON PROTESTERS An Iraqi man lies dead in the street as others, some injured, scramble for safety in Fallujah, Iraq, yesterday. Meanwhile, left, demonstrators try to prevent fellow protesters from throwing stones at US troops.
met Fallujah mayor **Taha** Bedaiwi al-**Alwani** and the area's top clerics …

63. Deseret News (Salt Lake City), May 1, 2003, Thursday, WIRE;, Pg. A09, 947 words, 7 soldiers injured in grenade attack, By Charles J. Hanley AP special correspondent
dead and injured," said **Taha** Bedaiwi al-**Alwani,** the new, U.S.-recognized …

64. The Halifax Daily News (Nova Scotia), May 1, 2003 Thursday DAILY Edition, NEWS; Pg. 15, 705 words, U.S. troops fire on Iraqi protesters again, By Charles J. Hanley, The Associated Press, Fallujah, Iraq
dead and injured," said **Taha** Bedaiwi al-**Alwani,** the new, U.S.-recognized …

65. Irish News, May 01, 2003, Pg. 23, 463 words, US troops fire on demonstrators in rally;
met Fallujah mayor **Taha** Bedaiwi al-**Alwani** and the area's top clerics …

66. Knight Ridder Washington Bureau, May 1, 2003, Thursday, WA-USIRAQ, 998 words, U.S. Soldiers Kill at Least Two More Anti-War Protestors in Iraq
will fight," said **Taha** Bidawi al **Alwani. Alwani** also accused the U.S. forces of " …

67.   The Miami Herald, MAY 1, 2003 Thursday FINAL EDITION, FRONT; Pg. 1A, 940 words, U.S. TROOPS KILL 2 PROTESTERS; WEEK'S IRAQI TOLL RISES TO 15, CAROL ROSENBERG AND ANDREA GERLIN, crosenberg@herald.com, FALLUJAH, Iraq
will fight," said **Taha** Bidawi **Alwani. Alwani** also accused the U.S. forces of " …

68. National Post (Canada), May 1, 2003 Thursday National Edition, World; Pg. A13, 808 words, Bush to declare end to fighting: Announcement aboard USS Abraham Lincoln sets the stage for reconstruction of Iraq: Mere 'pockets of danger', Araminta Wordsworth
gunshots from among the protesters. **Taha** Bedaiwi al-**Alwani,** Falluja's Mayor, said …

69.   The New York Times, May 1, 2003 Thursday,   Late Edition - Final , Section A; Column 2; Foreign Desk; Pg. 1, 1148 words, AFTEREFFECTS: VIOLENCE;  G.I.'s Kill 2 More Protesters in an Angry Iraqi City,  By IAN FISHER with MICHAEL R. GORDON , FALLUJA, Iraq, April 30

Today, the city's mayor, **Taha** Bedaiwi al-**Alwani,** who was chosen by …

70. Newsletter, May 1, 2003, 425 words, TENSIONS FOLLOW A SECOND DAY OF SHOOTINGS, CHARLES HANLEY
met Fallujah mayor **Taha** Bedaiwi al-**Alwani** and the area's top clerics …

71. The Record (Kitchener-Waterloo, Ontario), May 1, 2003 Thursday Final Edition, FRONT; Pg. A8, 417 words, Two more Iraqi protesters said killed by U.S. troops, BAGHDAD
mosques. Fallujah's mayor, **Taha** Bedaiwi al-**Alwani,** said he asked for …

72.  Reuters News, May 1, 2003 Thursday,  2:39 PM GMT, 631 words, UPDATE 4-Seven US soldiers wounded in Iraq grenade attack., By Saul Hudson, *from Factiva*
protests. Falluja Mayor **Taha** Badawi Hamid al-**Alwani** and some residents said the  …

73. San Jose Mercury News (California), May 1, 2003 Thursday MORNING FINAL EDITION, FRONT; Pg. 1A, 1074 words, TWO MORE IRAQIS SLAIN BY U.S. DURING PROTESTS; RUMSFELD MAKES TRIUMPHANT TOUR OF BAGHDAD U.S. SOLDIERS AGAIN SAY THEY WERE FIRED ON FIRST, CAROL ROSENBERG AND ANDREA GERLIN, Mercury News, AL-FALLUJAH, Iraq
will fight," said **Taha** Bidawi al-**Alwani. Alwani** also accused the U.S. forces of " …

74. The Scotsman, May 1, 2003, Thursday, Pg. 13, 718 words, BUSH DECIDES WAR'S MAJOR COMBAT IS OVER, Jeanette Oldham
crowd.  Fallujah's mayor, **Taha** Bedaiwi al-**Alwani,** said two people were  …

75. The Scotsman, May 1, 2003, Thursday, Pg. 13, 718 words, BUSH DECIDES WAR'S MAJOR COMBAT IS OVER, Jeanette Oldham
crowd.  Fallujah's mayor, **Taha** Bedaiwi al-**Alwani,** said two people were  …

76. The Star Phoenix (Saskatoon, Saskatchewan), May 1, 2003 Thursday Final Edition, World; Pg. D7, 480 words, U.S. troops fire again on protesting Iraqis:  Rumsfeld tours Saddam's palaces in Baghdad, BAGHDAD
mosques. Fallujah's mayor, **Taha** Bedaiwi al-**Alwani,** said two people were …

77.  The Star-Ledger Newark, NJ, May 1, 2003 Thursday,  FINAL Edition, NEWS; Pg. 001, 1008 words, NEW, RISKY MISSION FOR TROOPS - Iraq clashes show perils U.S. faces as a peacekeeper, J. SCOTT ORR, STAR-LEDGER WASHINGTON BUREAU, *from Factiva*
yesterday with Fallujah Mayor **Taha** Bedaiwi al-**Alwani,** who asked that troops …

78. The Times (London), May 1, 2003, Thursday, Overseas news; 21, 744 words,  Mob fury as US soldiers shoot two protesters dead, Catherine Philp
until they see their intentions," **Taha** Bedaiwi al-**Alwani** said.  He met American …

79. USA TODAY, May 1, 2003, Thursday,, FINAL EDITION, NEWS;, Pg. 1A, 649 words, U.S. not ready to say war is over, Judy Keen and Richard Benedetto, WASHINGTON
returned fire. Mayor **Taha** Bedaiwi al-**Alwani** said two men were …

80. The Associated Press, April 30, 2003, Wednesday, BC cycle, International News, 578 words, U.S. troops open fire for second time this week in tense Iraqi town; one Iraqi reported dead, By CHARLES J. HANLEY, AP Special Correspondent, FALLUJAH, Iraq
met with Fallujah mayor **Taha** Bedaiwi al-**Alwani** and leading area sheiks …

81. The Associated Press, April 30, 2003, Wednesday, BC cycle, International News, 1127 words
mosques. Fallujah's mayor, **Taha** Bedaiwi al-**Alwani,** said two people were …

82. The Associated Press, April 30, 2003, Wednesday, BC cycle, International News, 796 words, U.S. troops open fire for second time this week in tense Iraqi town; two Iraqis reported dead, By CHARLES J. HANLEY, AP Special Correspondent, FALLUJAH, Iraq
spokesman. Fallujah Mayor **Taha** Bedaiwi al-**Alwani** said two people were …

83. The Associated Press, April 30, 2003, Wednesday, BC cycle Correction Appended, International News, 864 words, More protesters fall to U.S. guns in Fallujah; commander says Americans will remain, By CHARLES J. HANLEY, AP Special Correspondent, FALLUJAH, Iraq

dead and injured," said **Taha** Bedaiwi al-**Alwani,** the new, U.S.-recognized  …

84. Associated Press Online, April 30, 2003 Wednesday, INTERNATIONAL NEWS, 1058 words, More Protest Violence Hits Iraqi Town, NIKO PRICE; Associated Press Writer, BAGHDAD, Iraq
mosques. Fallujah's mayor, **Taha** Bedaiwi al-**Alwani,** said two people were  …

85. Associated Press Online, April 30, 2003 Wednesday Correction Appended, INTERNATIONAL NEWS, 860 words, U.S. Troops Fire on Iraq Protesters Again, CHARLES J. HANLEY; AP Special Correspondent, FALLUJAH, Iraq
dead and injured," said **Taha** Bedaiwi al-**Alwani,** the new, U.S.-recognized  …

86. Associated Press Worldstream, April 30, 2003 Wednesday Correction Appended, INTERNATIONAL NEWS, 807 words, More protesters injured, killed as U.S. troops fire on protesters in Fallujah; army commander says troops will remain, CHARLES J. HANLEY; AP Special Correspondent, FALLUJAH, Iraq
dead and injured," said **Taha** Bedaiwi al-**Alwani,** the new, U.S.-recognized "  …

87. Deseret News (Salt Lake City), April 30, 2003, Wednesday, WIRE;, Pg. A10, 1060 words, U.S. troops fire on Iraqis; 2 reported killed, By Niko Price Associated Press writer
mosques. Fallujah's mayor, **Taha** Bedaiwi al-**Alwani,** said two people were  …

88.  Dow Jones International News, April 30, 2003 Wednesday,  9:18 PM GMT, 797 words, US Army Colonel Says Troops Will Remain In Fallujah, Iraq, *from Factiva*
dead and injured," said **Taha** Bedaiwi al-**Alwani,** the new, U.S.-recognized "  …

89.  Dow Jones International News, April 30, 2003 Wednesday,  10:42 AM GMT, 444 words, Two Reported Dead As US Troops Fire On Fallujah Protests, *from Factiva*
demonstrators. Fallujah mayor **Taha** Bedaiwi al-**Alwani** Medical said two  …

90. Newhouse News Service, April 30, 2003 Wednesday, WASHINGTON, 882 words, Mission Shift Holds Dangers for U.S. Forces in Iraq, By J. SCOTT ORR; J. Scott Orr can be contacted at scott.orr(at)newhouse.com, WASHINGTON
Wednesday with Fallujah Mayor **Taha** Bedaiwi al-**Alwani,** who asked that troops  …

91.  Reuters News, April 30, 2003 Wednesday,  2:08 PM GMT, 779 words, UPDATE 3-US troops fire on Falluja crowd, Iraqis say 2 dead., By Edmund Blair, *from Factiva*
home!" Falluja's mayor, **Taha** Badawi Hamid al-**Alwani,** told Dubai-based  …

92. Richmond Times Dispatch (Virginia), March 30, 2003 Sunday City Edition, 992 words, MUSLIMS IN MILITARY: A THORNY ISSUE, Marilyn Rauber, Media General News Service, WASHINGTON
president of the Islamic school, **Taha** Jabir Al-**Alwani,** nor the head of Muslim foundation,  …

93. St. Petersburg Times (Florida), March 27, 2003 Thursday 0 South Pinellas Edition, NATIONAL; Pg. 7A, 933 words, Muslim linked to Al-Arian trained military chaplains, MARY JACOBY, WASHINGTON
prominent Islamic scholar **Taha** Jabir Al-**Alwani.** Al-Alwani and a  …

94. The Washington Times, March 25, 2003, Tuesday, Final Edition, COMMENTARY; Pg. A17, 990 words, The 'Fifth Column' syndrome, By Frank Gaffney Jr., THE WASHINGTON TIMES
students at GSISS, and **Taha** Al-**Alwani,** the school's president. According to  …

95. The Washington Daybook, March 12, 2003, Al-Hewar Center holds a discussion on "The Iraqi Issue: Shadows of the Past and Possibilities for the Future.", 8 p.m., Al-Hewar Center, 124 Park Street SE, Vienna, Va.
… **Taha** Jaber Al-**Alwani,** thinker and Islamic Iraqi  …

96. St. Petersburg Times (Florida), March 11, 2003 Tuesday 0 South Pinellas Edition, NATIONAL; Pg. 1A, 1648 words, Saudi form of Islam wars with moderates, MARY JACOBY; GRAHAM BRINK, TAMPA
Institute of Islamic Thought, **Taha** Jaber Al-**Alwani. Alwani** appears to be described in the  …

97. The Washington Daybook, November 13, 2002, Al-Hewar Center – holds a¬ discussion on "Challenges for Arabs and Muslims in the U.S.", 8 p.m., Al-Hewar Center, 124 Park Street SE, Vienna, VA
… **Taha** Jaber Al-**Alwani,** president, Graduate School of  …

98. United Press International, November 6, 2002 Wednesday, 825 words, Faith: Ramadan rigor greatest in US, By UWE SIEMON-NETTO, WASHINGTON, Nov. 6 (UPI)

needy better, said **Taha** Al **Alwani,** President of the North American …

99. Commentary, November 1, 2002, No. 4, Vol. 114; Pg. 17; ISSN: 0010-2601, 3955 words, Jihad and the professors; Islam in America, Pipes, Daniel
Woodard of Arizona State, **Taha** Jabir Al-**Alwani** of the graduate school of Islamic and …

100. Commentary Magazine, November 1, 2002 , Vol. 114, No. 4; Pg. 17-21, CM2002110101, 3808 words, Jihad and the professors, Pipes, Daniel
Woodard of Arizona State, **Taha** Jabir Al-**Alwani** of the graduate school of Islamic and …

101. Calgary Herald (Alberta, Canada), October 7, 2002 Monday Final Edition, News; Pg. A1 / FRONT, 773 words, Top U.S. Muslim groups linked to terrorism money: Moderates insulted, Douglas Farah and John Mintz
It's a smearing." **Taha** Jabir Al-**Alwani,** who has been part of the Herndon …

102. Forward, September 6, 2002, Vol. CVI; No. 31; Pg. 1, 1002F2DM 104 000152, 1424 words, Out of the Mosques and Into the Voting Booths: Regrouping After 9/11, Muslim Americans Flex Political Muscle at Capital Confab , Nir, Ori
Muslim Council appealed to **Taha** Jaber al-**Alwani,** one of the chief experts …

103. St. John's Telegram (Newfoundland), June 1, 2002 Saturday Final Edition, International; Pg. D16, 542 words, New FBI leeway causes uneasiness, WASHINGTON
part of this nation," said **Taha** Al-**Alwani,** president of the Graduate School of …

104. The Advocate (Baton Rouge, Louisiana), May 31, 2002, Friday, METRO EDITION, 736 words, Some uneasy at loosening of restrictions, NANCY BENAC
part of this nation," said **Taha** Al-**Alwani,** president of the Graduate School of …

105. The Halifax Daily News (Nova Scotia), May 31, 2002 Friday DAILY Edition, NEWS; Pg. 19, 484 words, Americans fear police state will arise from new FBI rules, WASHINGTON
part of this nation," said **Taha** Al-**Alwani,** president of the Graduate School of …

106.  The Star-Ledger Newark, NJ, May 31, 2002 Friday,   FINAL Edition, NEWS; Pg. 013, 729 words, FBI can now snoop on you just about anywhere in public - Broader powers raise concerns, but others say there's no need to worry, NANCY BENAC, ASSOCIATED PRESS, *from Factiva*
part of this nation," said **Taha** Al-**Alwani,** president of the Graduate School of …

107.  Winnipeg Free Press, May 31, 2002 Friday,   Metro Edition, WORLD WIRE; Pg. b4, 545 words, FBI allowed to expand domestic spying Decisions pushed to field offices, many in U.S. fear abuse of new law, CP Wire, *from Factiva*
part of this nation," said **Taha** Al-**Alwani,** president of the Graduate School of …

108. May 31, 2002, Friday, BC cycle, Washington Dateline, 734 words, New FBI leeway leaves some uneasy; others say there is nothing to fear, By NANCY BENAC, Associated Press Writer, WASHINGTON
part of this nation," said **Taha** Al-**Alwani,** president of the Graduate School of …

109. Associated Press Online, May 30, 2002 Thursday, WASHINGTON DATELINE, 730 words, New FBI Power Leaves Some Uneasy, NANCY BENAC; Associated Press Writer, WASHINGTON
part of this nation," said **Taha** Al-**Alwani,** president of the Graduate School of …

110. Associated Press Worldstream, May 30, 2002 Thursday, INTERNATIONAL NEWS, 588 words, New FBI leeway leaves some Americans uneasy; others say there is nothing to fear, NANCY BENAC; Associated Press Writer, WASHINGTON
part of this nation," said **Taha** Al-**Alwani,** president of the Graduate School of …

111. May 30, 2002, Thursday, BC cycle, Washington Dateline, 736 words, New FBI leeway leaves some uneasy, but others say there's nothing to fear, By NANCY BENAC, Associated Press Writer, WASHINGTON
part of this nation," said **Taha** Al-**Alwani,** president of the Graduate School of …

112. May 30, 2002, Thursday, BC cycle, Washington Dateline, 734 words, New FBI leeway leaves some uneasy; others say there is nothing to fear, By NANCY BENAC, Associated Press Writer, WASHINGTON
part of this nation," said **Taha** Al-**Alwani,** president of the Graduate School of …

113.  Daily Star, March 26, 2002 Tuesday, 774 words, Opinion - Moderate Muslims - the new target?, *from Factiva*

community. If people like **Taha Alwani** are also targets in the so- …

114. National Post (Canada), March 21, 2002 Thursday Toronto / Late Edition, News; Pg. A1, 1226 words, Quebec group tied to al-Qaeda money web: Virginia office raided, Stewart Bell
province. Its executives are listed as: - **Taha** Al **Alwani,** administrator, an Iraqi …

115. National Post (Canada), March 21, 2002 Thursday All but Toronto/Late Edition, News; Pg. A1, 1335 words, Quebec group tied to al-Qaeda money web: Virginia office raided: Aid agency accused of funnelling Saudis' riches to terrorists, Stewart Bell
province. Its executives are listed as: - **Taha** Al **Alwani,** administrator, an Iraqi …

116. The Washington Post, March 21, 2002 Thursday, Final Edition, METRO; Pg. B01, 749 words, N.Va. Sites Raided in Probe of Terrorism; Federal Agencies Seek Information on Funds, Tom Jackman, Washington Post Staff Writer
Drive in Leesburg. **Taha** Al-**alwani,** president of the school, said …

117. The Washington Post, March 21, 2002 Thursday, Final Edition, METRO; Pg. B01, 749 words, Raids Held in Terror Probe; N.Va. Sites Searched for Information About Funding, Tom Jackman, Washington Post Staff Writer
Drive in Leesburg. **Taha** Al-**alwani,** president of the school, said …

118. The Washington Daybook, February 6, 2002, Al-Hewar Center - presents a conversation on "Arabism, Islam and the West.", 8 p.m., Al-Hewar Center, 124 Park Street SE, Level B, Vienna, VA
South, American University, and **Taha** Jaber Al-**Alwani,** president, Graduate School of …

119. The Associated Press State & Local Wire, December 15, 2001, Saturday, BC cycle, State and Regional, 1234 words, America's newly visible Muslims try to find their place in the nation and in their worldwide faith, By RICHARD N. OSTLING, AP Religion Writer
Muslims. In his ruling, **Taha** Jaber al-**Alwani,** chairman of the Fiqh Council of …

120. December 15, 2001, Saturday, BC cycle, Domestic News, 1237 words, America's newly visible Muslims try to find their place in the nation and in their worldwide faith, By RICHARD N. OSTLING, AP Religion Writer
Muslims. In his ruling, **Taha** Jaber al-**Alwani,** chairman of the Fiqh Council of …

121. The Associated Press State & Local Wire, December 11, 2001, Tuesday, BC cycle, State and Regional, 1241 words, America's newly visible Muslims try to find their place in the nation and in their worldwide faith, By RICHARD N. OSTLING, AP Religion Writer
Muslims. In his ruling, **Taha** Jaber al-**Alwani,** chairman of the Fiqh Council of …

122. Associated Press Worldstream, December 11, 2001 Tuesday, INTERNATIONAL NEWS, 1240 words, America's newly visible Muslims try to find their place in the nation and in their worldwide faith, RICHARD N. OSTLING; AP Religion Writer, NEW YORK
Muslims. In his ruling, **Taha** Jaber al-**Alwani,** chairman of the Fiqh Council of …

123. December 10, 2001, Monday, BC cycle, Domestic News, 1242 words, America's newly visible Muslims try to find their place in the nation and in their worldwide faith, By RICHARD N. OSTLING, AP Religion Writer
Muslims. In his ruling, **Taha** Jaber al-**Alwani,** chairman of the Fiqh Council of …

124. Ledger (Lakeland, Florida), November 21, 2001, Wednesday, 649 words, MUSLIMS TAKE HARD LINE THIS HOLIDAY, JAMES BANDLER The Wall Street Journal
holiday, is permissible. Indeed, **Taha** Jabir Al-**Alwani,** the Fiqh Council's chairman, …

125. The Wall Street Journal, November 20, 2001 Tuesday Correction Appended, Pg. A1, 1199 words, A Hard Line on Turkey (The Bird, That Is) Is Harder After Sept. 11 — American Muslims, Long Split Over Thanksgiving, Find Debate Has a New Gravity, By James Bandler, Staff Reporter of The Wall Street Journal, *from Factiva*
holiday, is permissible. Indeed, **Taha** Jabir Al-**Alwani,** the Fiqh Council's chairman, …

126. The Weekly Standard, November 12, 2001, ARTICLES; Vol. 7, No. 9; Pg. 20, 814 words, In Search of a Moderate Sheikh; A pro-American Muslim cleric is hard to find, BY STEPHEN SCHWARTZ; Stephen Schwartz is working on a book to be titled The Two Faces of Islam.
Leesburg, Virginia, one **Taha** Jabir **Alwani.** As if that weren't unusual enough, …
… SHEIKH QARADAWI (96%); **TAHA** JABIR **ALWANI** (60%); ABDUL-RASHID …

127. National Catholic Reporter, October 26, 2001, No. 1, Vol. 38; Pg. 8; ISSN: 0027–8939, 292 words, Muslim soldiers told to take part in military campaign; Nation; United States; Brief Article, Donovan, Gill
fatwa, was issued by **Taha** Jabir **Alwani,** an Islamic scholar …
RASHEED MUHAMMAD (90%); **TAHA** JABIR **ALWANI** (71%);

128. The Bulletin's Frontrunner, October 11, 2001, Leading The News, 126 words, Islamic Scholars Say Muslims In US Armed Forces May Fight Against Other Muslims.
put to one of the scholars, **Taha** Jabir **Alwani,** of Leesburg, by a …

129. Christian Science Monitor (Boston, MA), October 11, 2001, Thursday, FEATURES; IDEAS; Pg. 14, 1781 words, Morality and War, Jane Lampman Religion and ethics correspondent of The Christian Science Monitor
in Islam," says **Taha** Jabir Al–**Alwani,** director of the Graduate School of …

130.  The Washington Post, October 11, 2001 Thursday,  Final Edition, A SECTION; Pg. A22, 724 words, Islamic Scholars Say U.S. Muslim Soldiers Must Fight for Country, Caryle Murphy, Washington Post Staff Writer
put to one of the scholars, **Taha** Jabir **Alwani,** of Leesburg, by a …

131. Globes [online] – Israel's Business Arena, October 07, 2001 Sunday, 2264 words, The American Way ; The Palestinians, after a year of fighting, realize that they cannot achieve their goals by force, or without negotiation. Israel, after a year of attrition, understands that it has no chance of decisively winning the battle against them, and that, in effect, the wall of its physical security stands breached, leaving it wide open to the violent tactics being pursued by the opposing camp., Yoram Gabbai
differently from [economist]Dr. **Taha** Jabir al **Alwani** and the late Hassan Taboub [of the  …

132. Calgary Sun (Alberta, Canada), September 26, 2001 Wednesday,, Final Edition, News;, Pg. 3, 156 words, CAMPAIGN CODE NAME CHANGED, WASHINGTON
a disappointment." Sheik **Taha** al–**Alwani,** chairman of the Islamic Jurisprudence …

133. USA TODAY, September 26, 2001, Wednesday,, FINAL EDITION, NEWS;, Pg. 5A, 160 words, Mobilization name changes, Jonathan Weisman, WASHINGTON
a disappointment."   Sheik **Taha** al–**Alwani,** chairman of the Islamic Jurisprudence …

134. The Hotline, September 21, 2001, THE WAR, 1484 words, MILITARY STRATEGY: PENTAGON DEPLOYS GROUND TROOPS
against terrorism." Sheik **Taha** al–**Alwani,** chair of Islamic jurists …

135. USA TODAY, September 21, 2001, Friday,, FINAL EDITION, NEWS;, Pg. 6A, 232 words, Administration has used words that offend Muslims, Barbara Slavin, WASHINGTON
a misunderstanding."   Sheik **Taha** al–**Alwani,** chairman of Islamic jurists …

136. National Journal's House Race Hotline, September 20, 2001, Thursday, THE WAR, MILITARY STRATEGY, 1465 words, Pentagon Deploys Ground Troops
against terrorism." Sheik **Taha** al–**Alwani,** chair of Islamic jurists …