**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____

                                                    )
In Re TERRORIST ATTACKS on          )          03 MDL 1570 (RCC)
SEPTEMBER 11, 2001                        )          ECF Case
_____)

*This document relates to:*

 *Estate of O'Neill, et al. v. Republic of Iraq, et al.*, 04-CV-1076 (RCC)

**<u>Declaration of  Gina M. MacNeill, Esquire Relating to ECF Filing Error</u>**

 Gina M. MacNeill, Esquire, on this 20th day of December, 2005, hereby declares pursuant to 28 United States Code Section 1746, and under penalties of perjury, that the foregoing is true and correct:

1. I, am attorney at law, duly admitted to practice before this court, and, along with Jerry S. Goldman, Esq. and Joshua Ambush, Esq. and others, am attorney of record in the instant matter.

2. I am submitting this Declaration pertaining to technical difficulties I had last evening relative to the filing of a declaration in connection with the above-referenced matter.

3. After we had filed the Memorandum of Law in Opposition to the Rule 11 Motion, and the Declaration of Joshua Ambush, I attempted to file my declaration, and Jerry S. Goldman attempted to file his declaration.

4. When we filed one of the earlier documents, we did not receive a confirmation, although we found it on the docket thereafter.

5. Similarly, when we filed my declaration and Mr. Goldman's declaration, we did

2

not receive a confirmation.  I assumed because of the size of the filing, a similar occurrence had taken place.   Mr. Goldman and I filed the declarations at approximately 6:00 P.M.  I had finished mine first.

6.  However, when Mr. Goldman checked the docket this morning, he learned that it was not docketed.  He promptly contacted the clerk and was instructed to re-file, along with this.  He was told that it was possibly an issue with 'spread text'.

7.  I am accordingly refilling my declaration, and Mr. Goldman, his

_____
Gina M. MacNeill, Esquire
2 Penn Center Plaza, Suite 1411
Philadelphia, PA 19102

X:\Clients\ONeill v. Saudi arabia\Motions\Rule 11\Taha\Final Plaintiffs Documents\MacNeill Declaration-Final\MacNeillDeclarationFiling Error.doc