## LAW OFFICES OF
# JERRY S. GOLDMAN & ASSOCIATES, P.C.

A NEW YORK PROFESSIONAL CORPORATION DULY QUALIFIED TO TRANSACT
BUSINESS WITHIN THE COMMONWEALTH OF PENNSYLVANIA

JERRY S. GOLDMAN
DIRECT DIAL: 215.569.4500 ext. 12
jgoldman@goldmanlawyers.com
Admitted to: NY, PA & MASS
LLM in Taxation

1500 JFK BOULEVARD
PHILADELPHIA, PA 19102
TEL: 215.569.4500 • FAX: 215.569.8899

111 BROADWAY • 13TH FLOOR
NEW YORK, NY 10006
TEL: 212.242.2232 • FAX: 212.346.4665

3109 STIRLING ROAD • SUITE 101
FORT LAUDERDALE, FL 33312
TEL: 954.981.6533 • FAX: 954.989.8068

Reply To: New York

October 14, 2004

*Original Via First Class Mail*

*Copy Via Facsimile: 202-238-7701*

*Copy Via Email: MDL1570@graycary.com*

Nancy Luque, Esquire
Gray Cary Ware and Friedenrich, LLP
1625 Massachusetts Ave NW
Suite 300
Washington, DC 20036

> **Re:   In re: Terrorist Attacks on September 11, 2001**
> **MDL No. 1570**
> **O'Neill *et al* v. Republic of Iraq, *et al.***
> **04-CV-1076 (RCC)**

Dear Ms. Luque:

Please be advised that we represent the Plaintiffs' in the above referenced actions ("O'Neill Case").

It is our understanding that you represent Taha Al Alwani a/k/a Dr. Taha Jabit Al'Alwani, which is a Defendant in our action.

It is our further understanding that, in a companion case, subject to the above Multi-District litigation, you have accepted service, and/or that your client was already served in a companion case, and/or you have otherwise entered an appearance.

Please advise as to whether or not you are amenable to accept service on your client's behalf in the O'Neill Case. If that is the case, we will forward a copy of the Complaint and Summons to your attention, and prepare the appropriate stipulation acknowledging the acceptance of service with the court for your execution.

X:\Clients\ONeill v Saudi arabia\Correspondence\1-Defense Attorney_Accept of Service - Taha Al Alwani

Exhibit 1

October 14, 2004
Page 2

Should you have any questions, please feel free to contact me at your earliest ·nvenience.

Very truly yours,

LAW OFFICES OF JERRY S. GOLDMAN &
ASSOCIATES, P.C.

By:_____
JERRY S. GOLDMAN, ESQUIRE

JSG:ck
cc: Joshua Ambush, Esquire - *via email*
    Gina Mac Neill, Esquire - *via email*
    Paul Hoffman, Esquire - *via email*
    Paul Dubinsky, Esquire - *via email*
    Roger Alford, Esquire - *via email*

X:\Clients\ONeill v. Saudi arabia\Correspondence\I. Defense Attorney_Accept of Service - Tsha Al Alwani