IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Estate of John P. O'Neill et al
Plaintiff(s)

Case Number: 04cv1076(RCC)

vs

The Republic of Iraq et al
Defendant(s)

### AFFIDAVIT OF SERVICE

I, Scott Chapman, hereby certify that on July 29, 2005 at 9:26 AM, I executed service of process upon **TAHA AL ALWANI AKA DR. TAHA JABIT AL'ALWANI** at 1105 Safa Street, Herndon, VA 20170 by delivering to and leaving with personally, copies of Summons and Complaint.

Taha Al Alwani aka Dr. Taha Jabit Al'Alwani is described as a Middle Eastern Male, approximately 5' 7" tall, 200-225 pounds, Brown eyes, Grey hair, and 54 years of age. The undersigned further certifies that my place of business is: 331 8th Street, NE, Washington, DC 20002; that I am 24 years of age, Date of Birth 3/11/1981; and that I am not a party to this action.

The cost of service is $75.00

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on August 15, 2005.

Date August 15, 2005.

_____
Scott Chapman

Commonwealth of Virginia, County of Fairfax
Subscribed and sworn to before me on August 15, 2005.

_____
My Commission Expires: 08/31/05

Ref.# 63285

Exhibit 12