are not the intended recipient, please advise the sender
immediately. Unauthorized use or distribution is prohibited and may be unlawful.

*******************************************

-----Original Message-----
**From:** Barentzen, Steven [mailto:Steven.Barentzen@dlapiper.com]
**Sent:** Thursday, August 25, 2005 7:23 PM
**To:** Jerry S. Goldman
**Subject:** Draft Letter to Judge Casey

Mr. Goldman:

At your request, attached please find a draft of the letter we intend to send to Judge Casey tomorrow. You have agreed to send me a response by the close of business tomorrow. I look forward to your response.

Steve Barentzen.

<<Ltr to Casey(4) (2).pdf>>

The information contained in this email may be confidential and/or legally privileged. the sole use of the intended recipient(s). If the reader of this message is not an intende hereby notified that any unauthorized review, use, disclosure, dissemination, distribut this communication, or any of its contents, is strictly prohibited. If you have received in error, please contact the sender by reply email and destroy all copies of the original contact our email administrator directly, send to postmaster@dlapiper.com

Thank you.

The information contained in this email may be confidential and/or legally privileged. It has been : the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, y hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copyi this communication, or any of its contents, is strictly prohibited. If you have received this commur in error, please contact the sender by reply email and destroy all copies of the original message. Tc contact our email administrator directly, send to postmaster@dlapiper.com

Thank you.

11/22/2005　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Exhibit 15