3109 Stirling Road, Suite 101
Fort Lauderdale, Fl 33312
Telephone: 954.981.6533
Facsimile: 954.989.8068
Facsimile: 856.858.4606

*******************************************

Above email is for intended recipient only and may be
confidential and protected by attorney/client privilege. If you
are not the intended recipient, please advise the sender
immediately. Unauthorized use or distribution is prohibited and may be unlawful.

*******************************************

-----Original Message-----
**From:** Barentzen, Steven [mailto:Steven.Barentzen@dlapiper.com]
**Sent:** Friday, August 26, 2005 1:50 PM
**To:** Jerry S. Goldman
**Subject:** RE: Draft Letter to Judge Casey

Are you agreeing to sign our stipulation?

---

**From:** Jerry S. Goldman [mailto:jgoldman@goldmanlawyers.com]
**Sent:** Friday, August 26, 2005 1:39 PM
**To:** Barentzen, Steven
**Cc:** 'Fred Salek, Esq.'; Gina MacNeill
**Subject:** RE: Draft Letter to Judge Casey

Mr. Barentzen:

In response to a communication to the Executive Committee, we will not be tendering a response to your letter application to the court. Rather, we are simply tendering the following directly to the Court.

jsg



Jerry S. Goldman, Esquire

jgoldman@goldmanlawyers.com

| Two Penn Center Plaza | The Trinity Building |
| --- | --- |
| 1500 J.F.K. Blvd. Suite 1411 | 111 Broadway, 13th Floor |
| Philadelphia, PA 19102 | New York, NY 10006 |
| Telephone: 215.569.4500 | Telephone: 212.242.2232 |
| Facsimile: 215.569.8899 | Facsimile: 212.346.4665 |

3109 Stirling Road, Suite 101
Fort Lauderdale, Fl 33312
Telephone: 954.981.6533
Facsimile: 954.989.8068
Facsimile: 856.858.4606

*******************************************

Above email is for intended recipient only and may be
confidential and protected by attorney/client privilege. If you

11/22/2005

Exhibit 16