**LAW OFFICES OF**

**JERRY S. GOLDMAN & ASSOCIATES, P.C.**

A  NEW  YORK  PROFESSIONAL  CORPORATION  DULY  QUALIFIED  TO  TRANSACT
BUSINESS  WITHIN  THE  COMMONWEALTH  OF  PENNSYLVANIA

JERRY S. GOLDMAN
DIRECT DIAL. 215.569.4500 ext. 12
jgoldman@goldmanlawyers.com
Admitted to: NY, PA & MASS
LLM in Taxation

TWO PENN CENTER PLAZA • SUITE 1411
1500 JFK BOULEVARD
PHILADELPHIA, PA  19102
TEL: 215.569.4500 • FAX: 215.569.8899
———

111 BROADWAY • 13ᵗʰ FLOOR
NEW YORK, NY  10006
TEL: 212.242.2232 • FAX: 212.346.4665
...........

3109 STIRLING ROAD • SUITE 101
FORT LAUDERDALE, FL  33312
TEL: 954.981.6533 • FAX: 954.989.8068
............

Reply To:  New York

August 26, 2005

**VIA OVERNIGHT MAIL**

Honorable Richard Conway Casey
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
Room 1950
New York, NY 10007

> Re:   *In re Terrorist Attacks of September 11, 2001*
> **03 MDL 1570 (RCC)**
> *Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al.*
> **04 CV 1922 (RCC)**
> *Estate of John P. O'Neill, Sr., et al. v. Al Baraka, et al.*
> **04 CV 1923 (RCC)**
> *Estate of John P. O'Neill, Sr., et al. v. Republic of Iraq, et al.*
> **04 CV 1076 (RCC)**

Dear Judge Casey:

    Having spoken to James Kreindler, Esquire, I understand that the Court does not want to receive a flurry of correspondence.

    Accordingly, I will not respond to the recent letters on the *O'Neill* cases, relative to scheduling, supplemental submissions and the like, unless the Court desires us to respond.

                            Respectfully submitted,

                            LAW OFFICES OF JERRY S. GOLDMAN &
                            ASSOCIATES, P.C.

                            By:_____
                               JERRY S. GOLDMAN, ESQUIRE

JSG:ng
cc: All Counsel

Exhibit 23