UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

This document relates to:

*Ashton v. Al Qaeda Islamic Army*, 02-CV-6977 (RCC)
*Continental Cas. Co. v. Al Qaeda*, 04-CV-5970 (RCC)
*Federal Ins. v. Al Qaida*, 03-CV-6978 (RCC)
*New York Marine & General Ins. Co. v. Al Qaida*, 04-CV-6105 (RCC)

## AFFIRMATION OF WILLIAM O. ANGELLEY IN OPPOSITION TO ABDULRAHMAN BIN MAHFOUZ'S MOTION TO DISMISS

William O. Angelley affirms the following under penalty of perjury:

1. I am a lawyer admitted to practice in this Court, and I am an associate of Kreindler & Kreindler LLP. I make this Affirmation to transmit to the Court the following documents submitted in opposition to the motion to dismiss filed by Abdulrahman Bin Mahfouz:

2. Exhibit 1 is a true and correct copy of the Affidavit of John Fawcett in support of Plaintiffs' Opposition to Abdulrahman Bin Mahfouz's Motion to Dismiss, with the following documents attached thereto:

    A. Attached Document # 1 to Exhibit 1 is a true and correct copy of an October 12, 2001 Press Release of the U.S. Department of the Treasury; and

    B. Attached Document # 2 to Exhibit 1 are true and correct copies of press accounts and excerpts from Senate hearings, discussing, among other things, the October 12, 2001 Treasury Department press release;

    C. Attached Document # 3 to Exhibit 1 is a true and correct copy of a November 29, 2001 letter from David D. Aufhauser to M. Claude Nicati;

    D. Attached Document # 4 to Exhibit 1 are true and correct copies of portions of Nemir Petroleum Registries and its annual report, as well as press accounts related to Nemir Petroleum;

    E. Attached Document # 5 to Exhibit 1 are true and correct copies of portions of certain Nemir Petroleum UCC filings;

    F. Attached Document # 6 to Exhibit 1 is a true and correct copy of Texas driver's license information for Abdulrahman Bin Mahfouz;

    G. Attached Document # 7 to Exhibit 1 are true and correct copies of documents reflecting investments of up to $30 million by Abdulrahman Bin Mahfouz in U.S. companies.

Affirmed in New York, New York on December 22, 2005.

                 /s/
              William O. Angelley (WA5862)

2