# DOCUMENT #1

Treasury Press Release of October 12, 2001

PRESS ROOM

**FROM THE OFFICE OF PUBLIC AFFAIRS**

October 12, 2001
PO-689

**TREASURY DEPARTMENT RELEASES LIST OF 39 ADDITIONAL SPECIALLY DESIGNATED GLOBAL TERRORISTS**

Treasury Office of Foreign Asset Control (OFAC) has added the names of 39 terrorists to its list of Specially Designated Global Terrorists (SDGT). Their assets must be blocked immediately.

ABDULLAH, Abdullah Ahmed (a.k.a. ABU MARIAM; a.k.a. AL-MASRI, Abu Mohamed; a.k.a. SALEH), Afghanistan (DOB 1963; POB Egypt; citizen Egypt) (individual) [SDGT]

AGHA, Haji Abdul Manan (a.k.a. SAIYID, Abd Al-Man'am), Pakistan (individual) [SDGT]

AL-HAMATI SWEETS BAKERIES, Al-Mukallah, Hadhramawt Governorate, Yemen [SDGT]

AL-HAMATI, Muhammad (a.k.a. AL-AHDAL, Mohammad Hamdi Sadiq; a.k.a. AL-MAKKI, Abu Asim), Yemen (individual) [SDGT]

AL-HAQ, Amin (a.k.a. AH HAQ, Dr. Amin; a.k.a. AMIN, Muhammad; a.k.a. UL-HAQ, Dr. Amin) (DOB 1960; POB Nangahar Province, Afghanistan) (individual) [SDGT]

AL-JADAWI, Saqar (DOB 1965) (individual) [SDGT]

AL-KADR, Ahmad Sa'id (a.k.a. AL-KANADI, Abu Abd Al-Rahman) (DOB 01 Mar 1948; POB Cairo, Egypt) (individual) [SDGT]

AL-LIBY, Anas (a.k.a. AL-LIBI, Anas; a.k.a. AL-RAGHIE, Nazih; a.k.a. AL-RAGHIE, Nazih Abdul Hamed; a.k.a. AL-SABAI, Anas), Afghanistan (DOB 30 Mar 1964, Alt. DOB 14 May 1964; POB Tripoli, Libya; citizen Libya) (individual) [SDGT]

AL-MUGHASSIL, Ahmad Ibrahim (a.k.a. ABU OMRAN; a.k.a. AL-MUGHASSIL,

Ahmed Ibrahim) (DOB 26 Jun 1967; POB Qatif-Bab al Shamal, Saudi Arabia; citizen Saudi Arabia) (individual) [SDGT]

AL-NASSER, Abdelkarim Hussein Mohamed (POB Al Ihsa, Saudi Arabia; citizen Saudi Arabia) (individual) [SDGT]

AL-NUR HONEY PRESS SHOPS (a.k.a. AL-NUR HONEY CENTER), Sanaa, Yemen. [SDGT]

AL-QADI, Yasin (a.k.a. KADI, Shaykh Yassin Abdullah; a.k.a. KAHDI, Yasin), Jeddah, Saudi Arabia (individual) [SDGT]

AL-SHARIF, Sa'd (DOB 1969; POB Saudi Arabia) (individual) [SDGT]

AL-SHIFA' HONEY PRESS FOR INDUSTRY AND COMMERCE, Al-Nasr Street, Doha, Qatar; By the Shrine Next to the Gas Station, Jamal Street, Ta'iz, Yemen; Al-'Arudh Square, Khur Maksar, Aden, Yemen; P.O. Box 8089, Al-Hasabah, Sanaa, Yemen [SDGT]

AL-YACOUB, Ibrahim Salih Mohammed (DOB 16 Oct 1966; POB Tarut, Saudi Arabia; citizen Saudi Arabia) (individual) [SDGT]

ALI, Ahmed Mohammed Hamed (a.k.a. ABDUREHMAN, Ahmed Mohammed; a.k.a. ABU FATIMA; a.k.a. ABU ISLAM; a.k.a. ABU KHADIIJAH; a.k.a. AHMED HAMED; a.k.a. Ahmed The Egyptian; a.k.a. AHMED, Ahmed; a.k.a. AL-MASRI, Ahmad; a.k.a. AL-SURIR, Abu Islam; a.k.a. ALI, Ahmed Mohammed; a.k.a. ALI, Hamed; a.k.a. HEMED, Ahmed; a.k.a. SHIEB, Ahmed; a.k.a. SHUAIB), Afghanistan (DOB 1965; POB Egypt; citizen Egypt) (individual) [SDGT]

ATWA, Ali (a.k.a. BOUSLIM, Ammar Mansour; a.k.a. SALIM, Hassan Rostom), Lebanon (DOB 1960; POB Lebanon; citizen Lebanon) (individual) [SDGT1]

ATWAH, Muhsin Musa Matwalli (a.k.a. ABDEL RAHMAN; a.k.a. ABDUL RAHMAN; a.k.a. AL-MUHAJIR, Abdul Rahman; a.k.a. AL-NAMER, Mohammed K.A.), Afghanistan (DOB 19 Jun 1964; POB Egypt; citizen Egypt) (individual) [SDGT]

BIN MARWAN, Bilal (DOB 1947) (individual) [SDGT]

BIN MUHAMMAD, Ayadi Chafiq (a.k.a. AIADI, Ben Muhammad; a.k.a. AIADY, Ben Muhammad; a.k.a. AYADI CHAFIK, Ben Muhammad; a.k.a. AYADI SHAFIQ, Ben Muhammad), Darvingasse 1/2/58-60, Vienna, Austria; 28 Chaussee de Lille, Mouscron, Belgium; 129 Park Road, NW8, London, England; Helene Meyer Ring 10-1415-80809, Munich, Germany; Tunisia (DOB 21 Jan 1963; POB Safais (Sfax), Tunisia) (individual) [SDGT]

DARKAZANLI, Mamoun, Uhlenhorsterweg 34 11, 22085, Hamburg, Germany (DOB 4 Aug 1958; POB Aleppo, Syria; Passport No: 1310636262 <Germany>)

(individual) [SDGT]

EL-HOORIE, Ali Saed Bin Ali (a.k.a. AL-HOURI, Ali Saed Bin Ali; a.k.a. EL-HOURI, Ali Saed Bin Ali) (DOB 10 Jul 1965, alt. DOB 11 Jul 1965; POB El Dibabiya, Saudi Arabia; citizen Saudi Arabia) (individual) [SDGT]

FADHIL, Mustafa Mohamed (a.k.a. AL MASRI, Abd Al Wakil; a.k.a. AL-NUBI, Abu; a.k.a. ALI, Hassan; a.k.a. ANIS, Abu; a.k.a. ELBISHY, Moustafa Ali; a.k.a. FADIL, Mustafa Muhamad; a.k.a. FAZUL, Mustafa; a.k.a. HUSSEIN; a.k.a. JIHAD, Abu; a.k.a. KHALID; a.k.a. MAN, Nu; a.k.a. MOHAMMED, Mustafa; a.k.a. YUSSRR, Abu) (DOB 23 Jun 1976; POB Cairo, Egypt; citizen Egypt, alt. citizen Kenya; Kenyan ID No. 12773667; Serial No. 201735161) (individual) [SDGT]

GHAILANI, Ahmed Khalfan (a.k.a. "AHMED THE TANZANIAN"; a.k.a. "FOOPIE"; a.k.a. "FUPI"; a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, A.; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. BAKR, Abu; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHABAR, Abu; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar) (DOB 14 Mar 1974, alt. DOB 13 Apr 1974, alt. DOB 14 Apr 1974, alt. DOB 1 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania) (individual) [SDGT]

HIJAZI, Riad (a.k.a. AL-AMRIKI, Abu-Ahmad; a.k.a. AL-HAWEN, Abu-Ahmad; a.k.a. AL-MAGHRIBI, Rashid; a.k.a. AL-SHAHID, Abu-Ahmad; a.k.a. HIJAZI, Raed M), Jordan (DOB 1968; POB California, U.S.A.; SSN: 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 <U.S.A.>) (individual) [SDGT]

IZZ-AL-DIN, Hasan (a.k.a. GARBAYA, AHMED; a.k.a. SA-ID; a.k.a. SALWWAN, Samir), Lebanon (DOB 1963; POB Lebanon; citizen Lebanon) (individual) [SDGT1]

JAISH-I-MOHAMMED (a.k.a. ARMY OF MOHAMMED), Pakistan [SDGT]

JAM'YAH TA'AWUN AL-ISLAMIA (a.k.a. JAM'IYAT AL TA'AWUN AL ISLAMIYYA; a.k.a. JIT; a.k.a. SOCIETY OF ISLAMIC COOPERATION), Qandahar City, Afghanistan [SDGT]

LADEHYANOY, Mufti Rashid Ahmad (a.k.a. AHMAD, Mufti Rasheed; a.k.a. LUDHIANVI, Mufti Rashid Ahmad; a.k.a. WADEHYANOY, Mufti Rashid Ahmad), Karachi, Pakistan (individual) [SDGT]

MOHAMMED, Fazul Abdullah (a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. AL SUDANI, Abu Seif; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROON; a.k.a. HAROUN, Fadhil; a.k.a. HARUN; a.k.a. LUQMAN, Abu; a.k.a.

MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fouad: a.k.a. MUHAMAD, Fadil Abdallah) (DOB 25 Aug 1972. alt. DOB 25 Dec 1974. alt. DOB 25 Feb 1974; POB Moroni. Comoros Islands; citizen Comoros. alt. citizen Kenya) (individual) [SDGT]

MOHAMMED. Khalid Shaikh (a.k.a. ALI. Salem; a.k.a. BIN KHALID. Fahd Bin Adballah: a.k.a. HENIN, Ashraf Refaat Nabith; a.k.a. WADOOD. Khalid Adbul) (DOB 14 Apr 1965. alt. DOB 1 Mar 1964; POB Kuwait; citizen Kuwait) (individual) [SDGT]

MSALAM, Fahid Mohammed Ally (a.k.a. AL-KINI, Usama; a.k.a. ALLY, Fahid Mohammed; a.k.a. MSALAM, Fahad Ally; a.k.a. MSALAM, Fahid Mohammed Ali; a.k.a. MSALAM, Mohammed Ally; a.k.a. MUSALAAM, Fahid Mohammed Ali: a.k.a. SALEM, Fahid Muhamad Ali) (DOB 19 Feb 1976; POB Mombasa, Kenya; citizen Kenya) (individual) [SDGT]

RABITA TRUST, Room 9A, 2nd Floor, Wahdat Road, Education Town, Lahore, Pakistan; Wares Colony, Lahore, Pakistan [SDGT]

SWEDAN, Sheikh Ahmed Salim (a.k.a. Ahmed the Tall; a.k.a. ALLY, Ahmed; a.k.a. BAHAMAD; a.k.a. BAHAMAD, Sheik; a.k.a. BAHAMADI, Sheikh; a.k.a. SUWEIDAN, Sheikh Ahmad Salem; a.k.a. SWEDAN, Sheikh; a.k.a. SWEDAN, Sheikh Ahmed Salem) (DOB 9 Apr 1969, alt. DOB 9 Apr 1960; POB Mombasa, Kenya; citizen Kenya) (individual) [SDGT]

UTHMAN, Omar Mahmoud (a.k.a. ABU ISMAIL; a.k.a. ABU UMAR, Abu Omar: a.k.a. AL-FILISTINI, Abu Qatada; a.k.a. TAKFIRI, Abu 'Umr; a.k.a. UMAR, Abu Umar; a.k.a. UTHMAN, Al-Samman; a.k.a. UTHMAN, Umar), London, England (DOB 30 Dec 1960, alt. DOB 13 Dec 1960) (individual) [SDGT]

YASIN, Abdul Rahman (a.k.a. TAHA, Abdul Rahman S.; a.k.a. TAHER, Abdul Rahman S.; a.k.a. YASIN, Abdul Rahman Said; a.k.a. YASIN, Aboud) (DOB 10 Apr 1960; POB Bloomington, Indiana U.S.A.; SSN 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 <U.S.A.>; Passport No. 27082171 <U.S.A. - issued 21 Jun 1992 in Amman, Jordan>, alt. Passport No. M0887925 <Iraq>; citizen U.S.A.) (individual) [SDGT]

YULDASHEV, Tohir (a.k.a. YULDASHEV, Takhir), Uzbekistan (individual) [SDGT]

ZIA, Mohammad (a.k.a. ZIA, Ahmad), c/o Ahmed Shah s/o Painda Mohammad al-Karim Set, Peshawar, Pakistan; c/o Alam General Store Shop 17, Awami Market, Peshawar, Pakistan; c/o Zahir Shah s/o Murad Khan Ander Sher, Peshawar, Pakistan (individual) [SDGT]

MUGHNIYAH, Imad Fa'iz (a.k.a. MUGHNIYAH, Imad Fayiz), Senior Intelligence Officer of HIZBALLAH (DOB 07 Dec 1962. POB Tayr Dibba, Lebanon, Passport No. 432298 <Lebanon>) (individual) [SDT] (Already on SDN List)

*Entities*

**Al-Hamati Sweets Bakeries**

Al-Hamati Sweets and Al-Nur Honey are both owned by Muhammad Hamdi Sadiq al-Ahdal. Al-Hamati is located in Al Mukallah in the Hadframat Governate of Yemen. Al-Nur is located in Sana'a, Yemen. Muhammad Al-Hamati is aka Mohammad Hamdi Sadiq al-Ahdal and aka Abu Asim Al-Makki. Abu Asim was detained in prison in Saudi Arabia for planning terrorist activities against Saudi Arabia.

**Al-Nur Honey Press Shops**

Al-Hamati Sweets and Al-Nur Honey are both owned by Muhammad Hamdi Sadiq al-Ahdal. Al-Hamati is located in Al Mukallah in the Hadframat Governate of Yemen. Al-Nur is located in Sana'a, Yemen. Muhammad Al-Hamati is aka Mohammad Hamdi Sadiq al-Ahdal and aka Abu Asim Al-Makki. Abu Asim was detained in prison in Saudi Arabia for planning terrorist activities against Saudi Arabia.

**Al-Shifa Honey Press for Industry and Commerce**

Located in Sana'a, Yemen. Owned by Mahmud Abu al-Fatuh Muhammad aka abu Khaled aka Mahmud Abu Al-Kadr, and aka Abu Adel, located in Sana'a, Yemen. He is linked to the Islamic Cultural Institute in Milan. The Institute's name appears in the United States v. Bin Laden trial as directly connected to the embassy bombings. The Institute is considered the main al-Qaeda station house in Europe. It is used to facilitate the movement of weapons, men and money across the world.

**Jaish-I-Mohammed (JIM) (Army of Mohammed)**

JIM is a militant, pro-Taliban Pakistan force that receives support within Pakistan. Jaish-e-Mohammed is an Islamist group based in Pakistan that has rapidly expanded in size and capability since Maulana Masood Azhar, former ultrafundamentalist Haraka ul-Ansar (HUA) leader, announced its formation in February 2001. JIM's leader, Masood Azhar, was released from Indian imprisonment in December 1999 in exchange for 156 hijacked Indian Airlines hostages in Afghanistan. In July, a JIM rocket-grenade attack failed to injure the Chief Minister of Kasmir at his office in Srinagar, India, but wounded four other persons. In December, JIM militants launched grenade attacks at a bus stop in Kupwara, India, injuring 24 persons, and at a marketplace in Chadoura, India, injuring 16 persons. JIM militants also planted two bombs that killed 21 persons in Qamarwari and Srinagar. JIM is based in Peshawar and Muzaffarabad, but members conduct terrorist activities primarily in Kashmir. The JIM maintains training camps in Afghanistan. JIM is sometimes refereed to as JEM.

**Society of Islamic Cooperation**

Located in Qandahar City. Established by Usama bin Laden in early 2001. Reportedly headed by Abu Talha, alleged brother of bin Laden's youngest wife. Also appears to be headed by Abu Sa'd. Abu Talha is an Al-Qaeda explosives specialist.

**Rabita Trust**

The Secretary-General of the Rabita Trust is Wa'el Hamza Jalaidan, one of the founders of Al-Qaeda along with Osama bin Laden. Wa'el Julaidan is the logistics chief of Bin-Ladin's organization and fought on Bin-Ladin's side in Afghanistan.

*Individuals*

**Haji Abdul Manan Agha**

Possibly in Pakistan. A large scale hawala dealer who runs the Al-Qadir Traders in Quetta, Pakistan.

**Muhammad al-Hamati**

Owner of Al-Hamati Sweets and Al-Nur Honey. Al-Hamati is located in Al Mukallah in the Hadframat Governate of Yemen. Al-Nur is located in Sana'a, Yemen. Muhammad Al-Hamati is aka Mohammad Hamdi Sadiq al-Ahdal and aka Abu Asim Al-Makki. Abu Asim was detained in prison in Saudi Arabia for planning terrorist activities against Saudi Arabia.

**Dr. Amin Al-Haq**

Dr. Amin al-Haq is bin Laden's Security Coordinator. He is aka Muhammad Amin. He is on the U.N. list of individuals and entities associated with Usama bin Laden. He is designated as the Security Coordinator of Usama bin Laden, or the Al-Qaeda organization. Born c.1960, Nangahar province, Afghanistan. Dr. al-Haq is an Urologist practicing in Pesawar, Pakistan.

**Saqar al-Jadawi**

Saqar al-Jadawi may be born c. 1965. He is thought to be a Yemeni and Saudi national. He is an aide to Usama Bin Laden.

**Ahmad Sa'id Al-Kadr**

Operates the Afghanistan operations of Human Concern International (HCI). HCI is Headquartered in Canada. Al-Kadr is an al-Qaeda operative who worked through the front organization, HCI. He is aka Abu Abd Al-Rahman Al-Kanadi. Born 01/03/48, Cairo, Egypt. Thought to be an Egyptian and Canadian national. He is an aide to Usama Bid Ladin. He was detained by Pakistan police authorities in connection with the November 9, 1995 bombing of the Egyptian Embassy in Islamabad, Pakistan.

**Yasin al-Qadi**

He is aka Shaykh Yassin Abdullah Kadj. May be in Jedah, Saudi Arabia. He heads the Saudi-based Muwafaq Foundation. Muwafaq is an al-Qaeda front that receives funding from wealthy Saudi businessmen. Blessed Relief is the English translation. Saudi businessmen have been transferring millions of dollars to Bin Laden through Blessed Relief.

**Sa'd Al-Sharif**

Sa'd Al-Sharif is a senior bin Laden associate. He is aka Abu Mohamed Saudi, and aka Abu el Masry. Born c. 1969, Saudi Arabia. Brother-in-law of bin Laden. Believed to be the head of bin Laden's financial network.

**Bilal Bin Marwan**

Born c. 1947. He is a senior lieutenant of Usama bin Laden. He is on the U.N. list of individuals and entities associated with Usama bin Laden.

**Ayadi Chafiq bin Muhammad**

May be in Tunisia. Born on January 21, 1963 in Safsis, Tunisia. Nationality: Bosnian. Chafiq is connected to the bin Laden financial network through the Mouwafaq Foundation in Munich, Germany.

**Mamoun Darkazanli**

He is a well-connected Bin Laden agent. His association with al-Qaeda is through two Bin Laden aides: Manduh Mahmud Salim, one of bin Laden's reported finance chiefs and Wadih El-Hage, bin Laden's personal secretary, who was implicated in the 1998 embassy bombings. Darkazanli is wanted for his role in the U.S. Embassy bombings in Africa.

**Riad Hijazi**

He is aka Abu-Ahmad al-Hawen, Rashid al-Maghribi (The Moroccan), Abu-Ahmad. Jailed in Jordan. Born in California, 1968. Held joint Jordanian-U.S. citizenship. He was convicted in absentia in Jordan for plotting to attack tourists in Amman during the millennium celebrations. He resided in the United States until late 1999, when he went to Jordan to plot the millennium attacks. He was accused by the Jordanian government of purchasing bomb-making materials and weapons to be used in the attacks.

**Mufti Rashid Ahmad Ladehyanoy**

May be in Karachi, Pakistan. Linked to Al-Rashid Trust. Mufti Rashid Ahmad Ladehyanoy is a Karachi based religious leader who heads the Pakistani pro-Taliban party.

**Omar Mahmoud Uthman**

He is aka Abu Qatada al-Filistini. May be in London, England. Date of Birth: December 30, 1960. Omar Mahmoud Uthman is a senior agent for bin Laden in Europe.

**Tohir Yuldashev**

May be in Uzbekistan. Tohir Yuldashev is the leader of the Islamic movement of Uzbekistan, which was supported by bin Laden and the Taliban. Nationality: Uzbek. Residence: Taliban-controlled Afghanistan. Yuldeshev is the leader of the Islamic Movement of Uzbekistan (IMU). IMU is believed to receive financial, logistical and operational support from Bin Laden's Al-Qaeda network.

**Mohammad Zia**

May be in Pakistan.

**For more information re the FBI most wanted terrorists, go to:**
http://www.fbi.gov/mostwant/terrorists/terswedan.htm

TOTAL P.05
TOTAL P.05

TOTAL P.05