# DOCUMENT #5

**Nimir UCC Filings**

DPPA - 1. Litigation
GLBA - 1. Fraud Prevention or Detection

Name Variations/DBAs (1) | Telephone #s | Addresses (1) | Profile Info | Bankruptcies
Judgments & Liens (2) | Real Property | Licenses | Associated Entities (1) | Sources (3)

FOR INFORMATIONAL PURPOSES ONLY
Copyright 2005 LexisNexis,
a division of Reed Elsevier Inc. All Rights Reserved

| Name | Address | County | Phone |
|---|---|---|---|
| NIMIR HOCOL LIMITED | CARRERA 7 NO 73 47 APARTADO SANTAFE, DE 99999 | | |

## Name Variations

**Name Variation(s)/DBA(s)**                                    View Name Variation Sources

| # | Name Variations |
|---|---|
| 1. | NIMIR HOCOL LIMITED |

## Addresses

**Address Variation(s)**                                        View Address Variation Sources

| # | Address | County | MSA | Actions |
|---|---|---|---|---|
| 1. | CARRERA 7 NO 73 47 APARTADO SANTAFE, DE 99999 | | | Get Report |

## Judgments/Liens

Liens (2)

**Lien Information**

**1. NY UCC RECORD**

| | |
|---|---|
| Jurisdiction: | NY UCC RECORD |
| Secured Parties: | THE CHASE MANHATTAN BANK NA AS AGENT |
| Debtor(s): | NIMIR HOCOL LIMITED |
| Type: | UCC FINANCE STATEMENT FILED |
| Filing Date: | 3/4/1996 |
| Filing Number: | 1996044531 |

**2. NY UCC RECORD**

| | |
|---|---|
| Jurisdiction: | NY UCC RECORD |
| Secured Parties: | THE CHASE MANHATTAN BANK NA AS TRUSTEE |
| Debtor(s): | NIMIR HOCOL LIMITED |
| Type: | UCC FINANCE STATEMENT CONTINUED |
| Filing Date: | 10/23/2000 |
| Filing Number: | 2000204833 |

## Associated Entities

Business Associates (1)

**Business Associates**

| # | Full Name | Address | Actions |
|---|---|---|---|
| 1. | THE CHASE MANHATTAN BANK NA | 1 CHASE MANHATTAN PLZ FL 8TH NEW YORK, NY 10005-1401 | Get Report |

## Sources

### Sources

| | |
|---|---|
| All Sources | 3 Source Documents |
| UCC Lien Filings | 2 Source Documents |
| Business Finder | 1 Source Document |

Important: The Public Records and commercially available data sources used in Smartlinx(TM) Reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the information contained in the Smartlinx(TM) Reports is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

DPPA - 1. Litigation
GLBA - 1. Fraud Prevention or Detection

Name Variations/DBAs (1) | Telephone #s | Addresses (1) | Profile Info | Bankruptcies
Judgments & Liens (2) | Real Property | Licenses | Associated Entities (1) | Sources (3)

FOR INFORMATIONAL PURPOSES ONLY
Copyright 2005 LexisNexis,
a division of Reed Elsevier Inc. All Rights Reserved

| Name | Address | County | Phone |
|---|---|---|---|
| NIMIR PETROLEUM COMPANY COLOMBIA LIMITED | CARRERA 7 NO 73 47 APARTADO MANNING, ND 58642 | DUNN | |

## Name Variations

**Name Variation(s)/DBA(s)**                                                                 View Name Variation Sources

| # | Name Variations |
|---|---|
| 1. | NIMIR PETROLEUM COMPANY COLOMBIA LIMITED |

## Addresses

**Address Variation(s)**                                                                     View Address Variation Sources

| # | Address | County | MSA | Actions |
|---|---|---|---|---|
| 1. | CARRERA 7 NO 73 47 APARTADO MANNING, ND 58642 | DUNN | | Get Report |

## Judgments/Liens

Liens (2)

**Lien Information**

| 1: NY UCC RECORD | |
|---|---|
| Jurisdiction: | NY UCC RECORD |
| Secured Parties: | THE CHASE MANHATTAN BANK NA AS AGENT |
| Debtor(s): | NIMIR PETROLEUM COMPANY COLOMBIA LIMITED |
| Type: | UCC FINANCE STATEMENT TERMINATED |
| Filing Date: | 4/25/1996 |
| Filing Number: | 1996083175 |
| 2: NY UCC RECORD | |
| Jurisdiction: | NY UCC RECORD |
| Secured Parties: | THE CHASE MANHATTAN BANK NA AS AGENT |
| Debtor(s): | NIMIR PETROLEUM COMPANY COLOMBIA LIMITED |
| Type: | UCC FINANCE STATEMENT FILED |
| Filing Date: | 11/29/1995 |
| Filing Number: | 1995238635 |

## Associated Entities

Business Associates (1)

**Business Associates**

| # | Full Name | Address | Actions |
|---|---|---|---|
| 1. | THE CHASE MANHATTAN BANK NA | 1 CHASE MANHATTAN PLZ FL 8TH NEW YORK, NY 10005-1401 | Get Report |

## Sources

### Sources

| | |
|---|---|
| All Sources | 3 Source Documents |
| Business Finder | 1 Source Document |
| UCC Lien Filings | 2 Source Documents |

Important: The Public Records and commercially available data sources used in Smartlinx(TM) Reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the information contained in the Smartlinx(TM) Reports is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

DPPA - 1. Litigation
GLBA - 1. Fraud Prevention or Detection

Name Variations/DBAs (2) | Telephone #s | Addresses (1) | Profile Info | Bankruptcies
Judgments & Liens (2) | Real Property | Licenses | Associated Entities (1) | Sources (4)

FOR INFORMATIONAL PURPOSES ONLY
Copyright 2005 LexisNexis,
a division of Reed Elsevier Inc. All Rights Reserved

| Name | Address | County | Phone |
|---|---|---|---|
| NIMIR PETOLEUM (COLUMBIA) SERVICES LIMITED | 18 PARLIAMENT ST HAMILTON HM12, 99999 | | |

## Name Variations

**Name Variation(s)/DBA(s)**                          View Name Variation Sources

| # | Name Variations |
|---|---|
| 1. | NIMIR PETOLEUM (COLUMBIA) SERVICES LIMITED |
| 2. | NIMIR PETOLEUM COLUMBIA SERVICES LIMITED |

## Addresses

**Address Variation(s)**                              View Address Variation Sources

| # | Address | County | MSA | Actions |
|---|---|---|---|---|
| 1. | 18 PARLIAMENT ST HAMILTON HM12, 99999 | | | Get Report |

## Judgments/Liens

Liens (2)

**Lien Information**

**1: NY UCC RECORD**

| | |
|---|---|
| Jurisdiction: | NY UCC RECORD |
| Secured Parties: | THE CHASE MANHATTAN BANK NA AS TRUSTEE |
| Debtor(s): | NIMIR PETOLEUM COLUMBIA SERVICES LIMITED |
| Type: | UCC FINANCE STATEMENT CONTINUED |
| Filing Date: | 10/23/2000 |
| Filing Number: | 2000205476 |

**2: NY UCC RECORD**

| | |
|---|---|
| Jurisdiction: | NY UCC RECORD |
| Secured Parties: | THE CHASE MANHATTAN BANK NA AS TRUSTEE |
| Debtor(s): | NIMIR PETOLEUM COLUMBIA SERVICES LIMITED |
| Type: | UCC FINANCE STATEMENT FILED |
| Filing Date: | 3/4/1996 |
| Filing Number: | 1996044533 |

## Associated Entities

Business Associates (1)

**Business Associates**

| # | Full Name | Address | Actions |
|---|---|---|---|
| 1. | THE CHASE MANHATTAN BANK (NATIONAL ASSOCIATION) AS TRUSTEE | 1 CHASE MANHATTAN PLZ NEW YORK, NY 10005-1401 | Get Report |

## Sources

### Sources

| | |
|---|---|
| All Sources | 4 Source Documents |
| UCC Lien Filings | 2 Source Documents |
| Business Finder | 2 Source Documents |

Important: The Public Records and commercially available data sources used in Smartlinx(TM) Reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the information contained in the Smartlinx(TM) Reports is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.