# DOCUMENT #6

## Record of Driver's License

BINMAHFOOZ, ABDULRAHMAN K

**THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY**

TEXAS DRIVERS LICENSE RECORD

**Name:** BINMAHFOOZ, ABDULRAHMAN K

**Address:**
7580 FANNIN #100
HOUSTON, TX 77054

LICENSE INFORMATION

PERSONAL INFORMATION

**Date of Birth:** 4/16/1970