**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON            Civil Action No.
SEPTEMBER 11, 2001                    03 MDL 1570 (RCC)

-----------------------------------------------------------x

**This document relates to:**

    *Thomas E. Burnett, Sr., et al. vs. Al Baraka
    Investment and Development Corp., et al.*
    03 CV 9849 (RCC)


### MOTION FOR RECONSIDERATION OF THE COURT'S ORDER[1] THAT THE PARTIES TO SUBMIT A PROPOSED ORDER CERTIFYING THE DEFENDANTS DISMISSED ON 12(B)(1) AND 12(B)(2) GROUNDS BUT NOT THE DEFENDANTS DISMISSED ON 12(B)(6) GROUNDS

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, and upon all prior papers and proceedings herein, the *Burnett* plaintiffs, by their attorneys, will move this Court before the Honorable Richard Conway Casey at the Courthouse, 500 Pearl Street, New York, New York, at a date and time to be set by the Court, for an order pursuant to Rule 6.3 of the Local Civil Rules for the Southern District of New York: (a) granting reconsideration of the Court's Order That the Parties to Submit a Proposed Order Certifying the Defendants Dismissed on 12(b)(1) and 12(b)(2) Grounds But Not the Defendants Dismissed on 12(b)(6) Grounds; and (b) upon reconsideration, certifying the Court's decision as to Al Rajhi in *Burnett* under Rule 54(b) for immediate appeal.

---

[1] Although the order is dated Friday, December 9, 2005, the order was not actually docketed until Monday, December 12, 2005.

Dated: New York, NY  
       December 27, 2005

Respectfully Submitted,

_____/s/_____  
Ronald L. Motley, Esq. (SC Bar #4123)  
Jodi Westbrook Flowers, Esq. (SC Bar #66300)  
Donald M. Migliori, Esq. (RI Bar #4936)  
Michael E. Elsner, Esq. (ME-8337)  
Robert T. Haefele, Esq. (NJ-58293; PA-57937)  
Justin B. Kaplan, Esq. (TN-022145)  
John Eubanks, Esq.  
MOTLEY RICE LLC  
28 Bridgeside Boulevard  
P.O. Box 1792  
Mount Pleasant, South Carolina 29465  
Tel:  (843) 216-9000

Paul J. Hanly, Jr., Esq. (PH-5486)  
Jayne Conroy, Esq. (JC-8611)  
Andrea Bierstein, Esq. (AB-4618)  
HANLY CONROY BIERSTEIN & SHERIDAN, LLP  
112 Madison Avenue, 7th Floor  
New York, NY  10016-7416  
Tel:  (212) 784-6400

*Attorneys for Burnett Plaintiffs*

2