Exhibit B

IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 03 MDL 1570 (RCC)

Declaration in Opposition To Motion To Dismiss Of
Defendant Dar Al-Maal Al-Islami Trust

# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE TERRORIST ATTACK
ON SEPTEMBER 11, 2001

CIVIL ACTION NO.: 03 MD 1570

-------------------------------------------------------------------------X

CONTINENTAL CASUALTY COMPANY,
TRANSCONTINENTAL INSURANCE COMPANY,
TRANSPORTATION INSURANCE COMPANY, VALLEY
FORGE INSURANCE COMPANY, NATIONAL FIRE
INSURANCE COMPANY OF HARTFORD and
AMERICAN CASUALTY COMPANY OF
READING, PENNSYLVANIA.

Plaintiffs,

04 Civ. 5970

SECOND AMENDED
COMPLAINT

- against -

JURY TRIAL
DEMANDED

ECF CASE

AL QAEDA
ABD AI-HADI AL-IRAQI
ABD AL SAMAD AL-TA'ISH
ABD AL-MUSHIN AL-LIBI
ABDEL BARRY
ABDEL HUSSEIN
ABDELGHANI MZOUDI
ABDELKADIR MAHMOUD ES SAYED
ABDUL AL-MOSLAH
ABDUL AZIZ AL IBRAHIM
ABDUL FATTAH ZAMMAR
ABDUL RAHMAN KHALID BIN MAHFOUZ
ABDUL RAHMAN YASIN
ABDUL RAJEM MOHAMMED HUSSEIN, Interior Minister
ABDULA BIN LADEN
ABDULAZIS BIN ABDUL RAHMAN AL SAUD
ABDULAZIZ BIN HAMAD
ABDULLA AL OBALID
ABDULLAH AHMED ABDULLAH
ABDULLAH M. AL-MAHDI



60573