Exhibit E

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x

**IN RE TERRORIST ATTACKS ON**
**SEPTEMBER 11, 2001**                                          MDL No. 1570

-------------------------------------------------------------------x

**THOMAS BURNETT, SR.,** *ET AL.*                               Civ. Action No.
                                                                03 CV 9849 (RCC)
**Plaintiffs,**

- **against** -

**AL BARAKA INVESTMENT & DEVELOPMENT**
**CORP.,** *ET AL.***,**

                        **Defendants.**
-------------------------------------------------------------------x

**PLAINTIFFS' DECEMBER 30, 2004, ADDITION/REMOVAL OF PARTIES**
**PURSUANT TO CASE MANAGEMENT ORDER NO. 2 AND FEDERAL RULE**
**OF CIVIL PROCEDURE 15(d)**

Pursuant to Case Management Order No. 2 and Federal Rule of Civil Procedure 15(d), the Plaintiffs listed on Attachment A are hereby dismissed without prejudice from this civil action.

Pursuant to Case Management Order No. 2 and Federal Rule of Civil Procedure 15(d), the Plaintiffs listed on Attachment B are hereby added as additional Plaintiffs in this civil action.

Pursuant to Case Management Order No. 2 and Federal Rules of Civil Procedure 15(d) and 41(a)(1), the Defendants listed on Attachment C are hereby dismissed without prejudice from this civil action.

Pursuant to Case Management Order No. 2 and Federal Rule of Civil Procedure 15(d), the Defendants listed on Attachment D are hereby added as Defendants in this civil action.

Dated:  January 3, 2005                            Respectfully submitted,

   /S/
Ronald L. Motley, Esq. (SC-4123)
Jodi Westbrook Flowers, Esq. (SC-66300)
Donald A. Migliori, Esq. (RI-4936; MA-567562; MN-0245951)
Michael E. Elsner, Esq. (NY & VA-ME8337)
Robert T. Haefele, Esq. (NJ-58293; PA-57937)
Elizabeth Smith, Esq.
Justin B. Kaplan, Esq. (TN-022145)
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, South Carolina 29465
Telephone:  (843) 216-9000


Jayne Conroy, Esq. (NY-JC8611)
Paul J. Hanly, Jr., Esq. (NY-PH5486)
Andrea Bierstein, Esq. (NY-AB4618)
HANLY CONROY BIERSTEIN
   & SHERIDAN, LLP
415 Madison Avenue
New York, NY 10017-1111
Telephone:  (212) 401-7600

# ATTACHMENT C

**M. YAQUB MIRZA (D19)**

**TAHA JABER AL-ALWANI (D35)**

**YAQUB MIRZA (D37)**

**KHALID SULAIMAN AL-RAJHI (D90)**

**ABU QATADA AL-FILISTINI (D161)**

**SHEIK ABDULLAH AZZAM (D177)**

**ABDULLAH SALIM BAHAMDAN (D179)**

**OMAR ABU OMAR (D189)**