USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-29-05

(A)6T, 5.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*

*Kathleen Ashton, et al v. Al Qaeda Islamic Army, et al.* Case No. 1:02-6977 (S.D.N.Y.)
*Estate of John P. O'Neill, Sr., on behalf John P. O'Neill, Sr., deceased, and on behalf of decedent's heirs-at-law, et al. v. Al Baraka Investment and Development Corp., et al.,* Case No. 04-CV-1923 (S.D.N.Y.)
*Thomas E. Burnett, Sr., et al. v. Al Baraka Investment & Development Corp., et al.,* Case No. 03-CV-5738 (S.D.N.Y.)

### STIPULATION AS TO EXTENSION OF TIME
### TO RESPOND TO COMPLAINTS CONSOLIDATED UNDER MDL 1570

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs in all of the above-referenced cases consolidated under 03 MDL 1570 ("Personal Injury Plaintiffs"), and Defendants World Assembly of Muslim Youth in Saudi Arabia ("WAMY SA") and the World Assembly of Muslim Youth International ("WAMY USA"), by and through their undersigned counsel, that:

(1) On July 26, 2005, the parties signed and filed a Stipulation As To Service of Process and Extension of Time to Respond to Complaints Consolidated Under MDL 1570 which set forth an agreed upon briefing schedule for Defendants to file Motions to Dismiss in the following Plaintiffs' cases: *Federal Insurance, Ashton, Continental Casualty, Euro Brokers, New York Marine, O'Neill,* and *World Trade Center Properties.* The *Burnett* action referenced above was not a party to that stipulation;

(2) Defendants filed their Memorandum of Law in Support of Their Motion to Dismiss the Personal Injury Plaintiffs' claims on November 1, 2005, and a corrected Memorandum of Law was filed on November 2, 2005;

(3) Per Judge Richard C. Casey's Order dated September 9, 2005, Defendants filed their motion to dismiss against *Burnett*, including lack of service, without a briefing schedule on November 1, 2005;

(4) In the interests of judicial economy, Defendants included the above referenced *Burnett* action in their November 1, 2005 consolidated Motion to Dismiss the Personal Injury Plaintiffs' claims;

(5) Per a stipulation endorsed by Judge Richard C. Casey on November 11, 2005, Defendants filed their Memorandum of Law in Support of Their Motion to Dismiss the Property Damage Plaintiffs' claims on November 21, 2005;

(6) The parties respectfully seek this Court's approval for an extension of time for the above-referenced Personal Injury Plaintiffs to file their opposition to WAMY's Motion to Dismiss within sixty (60) days of service of Defendants' Motion to Dismiss the Property Plaintiffs' claims;

(7) It is further stipulated that Defendants' reply briefs shall be served within thirty (30) days of service of the Plaintiffs' oppositions;

(8) In the interest of judicial economy, Defendants are including *Burnett* Plaintiffs in this stipulation;

(9) It is further stipulated that other provisions as to Service of Process and Extension of Time to respond previously filed by the parties on July 26, 2005 remain in force as to *O'Neill* and *Ashton* Plaintiffs only.

FROM : LAW FIRM OF OMAR MOHAMMEDI   FAX NO. : 12127259160   Dec. 28 2005 01:28AM P3

Respectfully submitted.

COZEN O'CONNOR

By: _____
Sean P. Carter
J. Scott Tarbutton
1900 Market Street
Philadelphia, PA 19103

*Attorneys for Plaintiffs*

LAW FIRM OF OMAR T. MOHAMMEDI, LLC

By: _____
Omar T. Mohammedi
200 Madison Avenue
Suite 1901
New York, NY 10016

*Attorneys for Defendants*

SO ORDERED:

_____
RICHARD CONWAY CASEY, U.S.D.J.

Dated: 12/29/05

PHLA1\2385062\2 117430.000

3