UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*          All Actions

**NOTICE OF THE PLAINTIFFS' LETTER OPPOSITION TO
DEFENDANTS' PROPOSED ORDER FOR ENTRY OF FINAL
JUDGMENTS PURSUANT TO FED. R. CIV. P. 54(b)**

      PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure, Local Rules of the United States District Court for the Southern District of New York and Case Management Orders governing these consolidated proceedings, and upon the December 16, 2005 letter to the Honorable Richard C. Casey, attached hereto as Exhibit "A," plaintiffs opposed the Proposed Form of Order for Entry of Final Judgments Pursuant to Fed. R. Civ. P. 54(b) submitted by the defendants to the Court under cover of letter dated December 15, 2005. The defendants responded to plaintiffs' Letter Opposition via a December 17, 2005 letter to the Honorable Richard C. Casey, a copy of which is attached hereto as Exhibit "B."

Respectfully submitted,

COZEN O'CONNOR

BY: _____/S/_____
    Stephen A. Cozen, Esquire
    Elliott R. Feldman, Esquire
    Sean P. Carter, Esquire
    1900 Market Street
    Philadelphia, PA 19103
    Tele: (215) 665-2000

Attorneys for the *Federal Insurance* Plaintiffs and co-chairs of the Plaintiffs' Executive Committee for Commercial Claims

MOTLEY RICE

BY: _____/S/_____
    Ronald Motley, Esquire
    28 Bridgeside Boulevard
    Mt. Pleasant, SC 29465
    Tele:  (843) 216-9000

Attorneys for the *Burnett, World Trade Center Properties, and Eurobrokers* Plaintiffs and co-chair of the Plaintiffs' Executive Committee for Personal Injury and Wrongful Death Claims

KREINDLER & KREINDLER

BY: _____/S/_____
    James Kreindler, Esquire
    100 Park Avenue
    New York, NY 10017-5590
    Tele:  (212) 687-8181

Attorneys for the *Ashton* Plaintiffs and co-chair of the Plaintiffs' Executive Committee for Personal Injury and Wrongful Death Claims

Date:  __01/03/06_____