CASE 15.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:* Estate of John P. O'Neill, Sr., et al. v. Al Baraka Inv. Dev. Corp., et al., 04 CV 01923 (RCC)

## STIPULATED EXTENSION OF TIME TO ANSWER

TO THE HONORABLE COURT:

Muslim World League as defined in the FCC ("MWL"), by and through the undersigned counsel, along with the undersigned counsel representing the Plaintiff, in this matter, respectfully stipulate and agree to, subject to the approval of the Court, as follows:

1. MWL shall have until January 23, 2006 to file its Answer to the First Consolidated Complaint ("FCC").

Dated: 12/23/02

Respectfully submitted,

_____
Martin F. McMahon, Esquire
MARTIN F. MACMAHON &
ASSOCIATES
1150 Connecticut Avenue N.W.
Suite 900
Washington D.C. 20035

*Attorneys for Defendant*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-4-06

Dated: _____

[signature]
Jerry S. Goldman, Esquire (JG 8445)
THE LAW OFFICES OF JERRY S.
GOLDMAN & ASSOCIATES
The Trinity Building
111 Broadway, 13th Floor
New York, New York

*Attorneys for Plaintiff*

So ordered this 3 day of January, 2006

[signature]
_____
Hon. Richard C. Casey,
United States District Court Judge