USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) ECF Case |
|---|---|

*This document relates to:* Estate of John P. O'Neill, Sr., *et al.* v. Al Baraka Inv. Dev. Corp., *et al.*, 04 CV 01923 (RCC)

### STIPULATED EXTENSION OF TIME TO ANSWER

TO THE HONORABLE COURT:

International Islamic Relief Organization as defined in the FCC ("IIRO"),

by and through the undersigned counsel, along with the undersigned counsel representing

the Plaintiff, in this matter, respectfully stipulate and agree to, subject to the

approval of the Court, as follows:

1. IIRO shall have until February 23, 2006 to file its Answer to the

First Consolidated Complaint ("FCC").

Dated: 12/28/05

Respectfully submitted,

Martin F. McMahon, Esquire
MARTIN F. MACMAHON &
ASSOCIATES
1150 Connecticut Avenue N.W.
Suite 900
Washington D.C. 20035

*Attorneys for Defendant*

Dated: _____

*[signature]*
Jerry S. Goldman, Esquire (JG 8445)
THE LAW OFFICES OF JERRY S.
GOLDMAN & ASSOCIATES
The Trinity Building
111 Broadway, 13th Floor
New York, New York

*Attorneys for Plaintiff*

So ordered this 3 day of January, 2006

*[signature]*
Hon. Richard C. Casey,
United States District Court Judge