# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) <br> ECF Case |
|---|---|

*This document relates to:*
  *Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-CV-6978 (S.D.N.Y.)
  *Pacific Employers Insurance Co., et al. v. Kingdom of Saudi Arabia, et al.*, Case No. 04-CV-7216 (S.D.N.Y.)

### STIPULATION OF VOLUNTARY DISMISSAL
### PURSUANT TO F.R.C.P. 41(a)

IT HEREBY IS STIPULATED by and among the parties hereto that, upon Court approval, the claims asserted in the First Amended Complaint by the following plaintiffs shall be and hereby are voluntarily dismissed:

AIU Insurance Company, American Global Insurance Company, American Home Assurance Company, American International Specialty Lines Insurance Company, Birmingham Fire Insurance Company of Pennsylvania, China America Insurance Company Limited, Commerce and Industry Insurance Company, Commerce and Industry Insurance Company of Canada, Granite State Insurance Company, Illinois National Insurance Company, Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, New Hampshire Insurance Company, The Insurance Company State of Pennsylvania, and Transatlantic Reinsurance Company.

Respectfully submitted,

COZEN O'CONNOR

By: _____
STEPHEN A. COZEN, ESQUIRE
ELLIOTT R. FELDMAN, ESQUIRE
SEAN P. CARTER, ESQUIRE
1900 Market Street
Philadelphia, PA 19103
(215)665-2000

*Attorneys for Federal Insurance Plaintiffs*

Dated: January 3, 2006

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-4-06

SO ORDERED:
_____
RICHARD CONWAY CASEY, U.S.D.J.