UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

This document relates to:

*Estate of John P. O'Neill, Sr., on behalf John P. O'Neill, Sr., deceased, and on behalf of decedent's heirs-at-law, et al. v. Republic of Iraq,* Case No. 04-CV-1076 (RCC)

### DECLARATION OF STEVEN K. BARENTZEN

STEVEN K. BARENTZEN, on this 6th day of January 2006, hereby declares pursuant to 28 U.S.C. § 1746, and under the penalties of perjury, that the foregoing is true and correct:

1. I am an attorney licensed to practice law in the State of New York and the District of Columbia. I am an associate with the law firm of DLA Piper Rudnick Gray Cary US LLP and I submit this declaration in support of Defendant Taha Jabir Al-Alwani's Rule 11 Motion for Sanctions.

2. Attached hereto as Exhibit A is a true and correct copy of a letter I sent to Plaintiffs' counsel, Jerry Goldman, on November 30, 2005.

_____
Steven K. Barentzen

# EXHIBIT A



**PIPER RUDNICK GRAYCARY**

**DLA Piper Rudnick Gray Cary US LLP**
1200 Nineteenth Street, NW
Suite 700
Washington, DC  20036-2430
T   202.861.3890
F   202.223.2085
W  www.dlapiper.com

November 30, 2005

**Via E-mail**

Jerry S. Goldman, Esq.
Law Offices of Jerry S. Goldman & Associates, P.C.
111 Broadway, 13th Floor
New York, New York 10006

Re:   *In re Terrorist Attacks of September 11, 2001*, MDL No. 1570 (RCC)

Dear Mr. Goldman:

I write in response to your November 30, 2005 letter.

Our Rule 11 motion seeks sanctions against Plaintiffs and their attorneys for filing the Second Amended Complaint, the "More Definite Statement and/or RICO Statement," the First Consolidated Complaint and the attached More Definite Statement. Rule 11 permits us to file the motion for sanctions with the Court twenty-one (21) days after service of the motion on Plaintiffs if the "challenged paper, claim, defense, contention, allegation, or denial is not withdrawn or appropriately corrected."

Your "tendered amendment" neither withdraws nor appropriately corrects any of the pleadings that are the subject of the Rule 11 motion. If anything, your cross motion itself is grounds for Rule 11 sanctions as it further needlessly increases the cost of this litigation.

Therefore, it remains our intention to file the Rule 11 motion with the Court on December 2, 2005.

Very truly yours,

**DLA Piper Rudnick Gray Cary US LLP**

Steven Barentzen
Attorney
*steven.barentzen@dlapiper.com*

Admitted to practice in the District of Columbia and New York

**Serving clients globally**

## CERTIFICATE OF SERVICE

      I hereby certify that on this 6th day of January, 2006, I caused an electronic copy of the foregoing Declaration of Steven K. Barentzen to be served by email upon all parties scheduled for electronic notice.

                                          /s/ Steven K. Barentzen
                                          Steven K. Barentzen (SB-8777)