**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____

)
*IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001      )      No. 03 MDL 1570 (RCC)
                                                                                     )      ECF Case
_____)

This document relates to:

ASHTON, *et al.* v. AL QAEDA ISLAMIC ARMY, *et al.*, Case No. 02-CV-6977;

BURNETT, *et al.* v. AL BARAKA INVESTMENT & DEVELOPMENT CORP., *et al.*, Case No. 03-CV-5738;

CANTOR FITZGERALD ASSOCIATES, LP, *et al.* v. AKIDA INVESTMENT CO., LTD., *et al.*, Case No. 04-CV-7065;

CONTINENTAL CASUALTY CO., *et al.* v. AL QAEDA ISLAMIC ARMY, *et al.*, Case No. 04-CV-05970;

EURO BROKERS, INC., *et al.* v. AL BARAKA INVESTMENT AND DEVELOPMENT CORP., *et al.*, Case No. 04-CV-07279;

FEDERAL INSURANCE CO., *et al.* v. AL QAIDA, *et al.*, Case No. 03-CV-6978;

NEW YORK MARINE AND GENERAL INSURANCE CO. v. AL QAIDA, *et al.*, Case No. 04-CV-6105;

ESTATE OF O'NEILL, *et al.* v. AL BARAKA INVESTMENT AND DEVELOPMENT CORP., *et al.*, Case No. 04-CV-1923;

TREMSKY, *et al.* v. OSAMA BIN LADEN, *et al.*, Case No. 02-CV-7300; and

WORLD TRADE CENTER PROPERTIES LLC, *et al.* v. AL BARAKA INVESTMENT AND DEVELOPMENT CORP., *et al.*, Case No. 04-CV-07280.

**AL HARAMAIN ISLAMIC FOUNDATION, INC. (USA)'s,**
**PEROUZ SEDAGHATY'S, AND SOLIMAN H.S. AL-BUTHE'S**
**SUPPLEMENTAL BRIEF PURSUANT TO CASE MANAGEMENT ORDER NO. 4**

Defendants Al Haramain Islamic Foundation, Inc. (USA) ("AHIF"), Perouz Sedaghaty,

and Soliman H.S. Al-Buthe, by and through undersigned counsel, respectfully notify this Court

that their "Response to Plaintiffs' Amended Complaints" (Doc. No. 1425), which they filed on

October 18, 2005, pursuant to Rule 15(a), Fed. R. Civ. P., also constitutes their supplemental

brief pursuant to Case Management Order No. 4, ¶ 5 (Dec. 9, 2005).

Respectfully submitted,

/s/ Lynne Bernabei

Lynne Bernabei, Esquire  (LB2489)
Alan R. Kabat, Esquire  (AK7194)
Bernabei & Katz, PLLC
1773 T Street, N.W.
Washington, D.C. 20009-7139
(202) 745-1942

Attorneys for Defendants
 Al Haramain Islamic Foundation, Inc. (U.S.A.),
 Perouz Sedaghaty, and Soliman H.S. Al-Buthe

DATED:  January 9, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2006, I caused the foregoing to be served

electronically on counsel of record by the Court's Electronic Case Filing (ECF) System, pursuant

to ¶ 9(a) of Case Management Order No. 2 (June 16, 2004).


/s/ Alan R. Kabat

Alan R. Kabat