

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) <br><br> ECF Case |

*This document relates to:*
  *Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-CV-6978 (S.D.N.Y.)
  *Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.*, Case No. 04-CV-05970-UA (S.D.N.Y.)
  *New York Marine and General Insurance Co. v. Al Qaida, et al.*, Case No. 04-CV-6105 (S.D.N.Y.)

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs in all of the above-referenced cases consolidated under 03 MDL 1570 and Defendant Abdul Aziz Bin Ibrahim Al-Ibrahim ("Al-Ibrahim"), by and through their undersigned counsel, that Al-Ibrahim's reply to Plaintiffs' Consolidated Memorandum of Law in Opposition to the Motion to Dismiss, dated November 28, 2005, will be served on or before January 11, 2006.

Respectfully submitted,

COZEN O'CONNOR

By: _____
Sean P. Carter
J. Scott Tarbutton
1900 Market Street
Philadelphia, PA 19103

*Attorneys for Federal Insurance Plaintiffs and Liaison Counsel to Plaintiffs' Executive Committee*

W02-NY:7DLB1\120007267.1

SHEPPARD MULLIN RICHTER
& HAMPTON LLP

By: _____
James J. McGuire
Daniel L. Brown
30 Rockefeller Plaza, Suite 2400
New York, NY 10112

*Attorneys for Defendant* Abdul *Aziz Bin Ibrahim Al-Ibrahim*

SO ORDERED: _____
RICHARD CONWAY CASEY, U.S.D.J.

Dated: January 9, 2006