USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-9-06

(A)E, S

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) |
| | ECF Case |

*This document relates to:*

*Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-CV-6978 (S.D.N.Y.)
*Thomas E. Burnett, Sr., et al. v. Al Baraka Investment & Development Corp., et al.*,
    Case No. 03-CV-9849 (S.D.N.Y.)
*Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.*, Case No. 04-CV-
    05970-UA (S.D.N.Y.)
*Euro Brokers, Inc., et al. v. Al Baraka Investment and Development Corp., et al.*, Case
    No. 04-CV-07279-UA (S.D.N.Y)
*New York Marine and General Insurance Co. v. Al Qaida, et al.*, Case No. 04-CV-6105
    (S.D.N.Y.)
*World Trade Center Properties, LLC, et al. v. Al Baraka Investment and Development
Corporation, et al.*, Case No. 04-CV-7280 (S.D.N.Y)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs in all of the

above-referenced cases consolidated under 03 MDL 1570 and Defendant Ibrahim Bin Abdul

Aziz Al-Ibrahim Foundation (the "Foundation"), by and through their undersigned counsel, that

the Foundation's reply to Plaintiffs' Consolidated Memorandum of Law in Opposition to the

Motion to Dismiss, dated November 28, 2005, will be served on or before January 11, 2006.

W02-NY:7DAR1\120007271.1

Respectfully submitted.

COZEN O'CONNOR

By: _____

Sean P. Carter
J. Scott Tarbutton
1900 Market Street
Philadelphia, PA 19103

*Attorneys for Federal Insurance Plaintiffs
and Liaison Counsel to Plaintiffs' Executive
Committee*

SHEPPARD MULLIN RICHTER &
HAMPTON LLP

By: _____

James J. McGuire
Daniel L. Brown
30 Rockefeller Plaza, Suite 2400
New York, NY 10112

*Attorneys for Defendant Ibrahim Bin Abdul
Aziz Al-Ibrahim Foundation*

SO ORDERED:

_____
RICHARD CONWAY CASEY, U.S.D.J.

Dated: January 9, 2006