UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) ECF Case |

*This document relates to:* Burnett, *et al.* v. Al Qaeda Islamic, *et al.*,
1:03 CV 09849 (RCC)

### STIPULATION AND ORDER OF DEFENDANT WAEL JELAIDAN TO REFILE ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT

IT IS HEREBY STIPULATED and agreed by Plaintiffs and Defendant Wa'el Jelaidan, by and through undersigned counsel, that:

On or about December 5, 2005 Defendant filed an answer to Plaintiff's Third Amended Complaint in case number 1:03-cv-05738 rather than 1:03-cv-09849. As such, the docket report in case 1:03-cv-09849 does not reflect Defendant's answer to Plaintiff's Third Amended Complaint in case 1:03-cv-09849.

Upon entry of this stipulation and order, Defendant will refile its answer to Plaintiff's Third Amended Complaint in case number 1:03-cv-09849.

DATED this 30th day of December, 2005

FOR PLAINTIFFS

Justin Kaplan, Esq.
Motley Rice LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29465
(843) 216-9109

FOR DEFENDANT

Martin F. McMahon, Esq.
Martin F. McMahon & Associates
1150 Connecticut Ave. N.W., Suite 900
Washington, DC 20036
(202) 862-4343

SO ORDERED:

_____ January 9, 2006
U.S.D.J.