UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

This document relates to:

*Ashton v. Al Qaeda Islamic Army*, 02-CV-6977 (RCC) ECF Case

### ASHTON PLAINTIFFS' NOTICE OF APPEAL

NOTICE is hereby given that all plaintiffs in the consolidated case of *Ashton et al. v. Al Qaeda Islamic Army et al.*, 02 CV 6977 (RCC), by their attorneys Kreindler & Kreindler LLP, Barasch McGarry Salzman Penson & Lim, Baumeister & Samuels, P.C., Speiser, Krause, Nolan & Granito, Law Firm of Aaron J. Broder & Jonathan C. Reiter, and Jaroslawicz & Jaros, Esqs., hereby appeal to the United States Court of Appeals for the Second Circuit from each and every part of the final judgment in favor of the following six defendants: (1) Prince Turki Al Faisal Bin Abdulaziz Al Saud; (2) Prince Salman Bin Abdulaziz Al Saud; (3) Prince Sultan Bin Abdulaziz Al Saud; (4) Prince Nayef Bin Abdulaziz Al Saud; (5) Prince Mohamed Al Faisal Al Saud; and (6) the Saudi High Commission a/k/a the Saudi High Relief Commission, entered in this action on the 10th day of January, 2006.

Dated: January 11, 2006
New York, New York

Respectfully submitted,

James P. Kreindler, Esq. (JK7084)
Justin T. Green, Esq. (JG0318)
Andrew J. Maloney III, Esq. (AM8684)
Kreindler & Kreindler LLP
100 Park Avenue
New York, New York 10017-5590
Phone (212) 687-8181

Barasch McGarry Salzman Penson & Lim
11 Park Place
New York, NY 10007
Phone: (212) 385-8000
Fax: (212) 385-7845

Baumeister & Samuels, P.C.
One Exchange Plaza
New York, NY 10006
Phone: (212) 363-1200
Fax: (212) 363-1346

Speiser, Krause, Nolan & Granito
Two Grand Central Tower
140 East 45th Street (34th Floor)
New York, NY 10017
Phone: (212) 661-0011
Fax: (212) 953-6483

Law Firm of Aaron J. Broder
 & Jonathan C. Reiter
350 Fifth Avenue, Suite 2811
New York, NY 10118
Phone: (212) 244-2000

Jaroslawicz & Jaros, Esqs.
150 William Street
New York, NY 10038
Phone: (212) 227-2780

*Counsel for Ashton Plaintiffs*