## ADDENDUM TO CERTIFICATE OF SERVICE

  I hereby certify that I attempted to serve a copy of the foregoing document on the Court's electronic filing system on January 18, 2006, but was unable to do so because the ECF system was unavailable that day.  I am therefore filing the document on January 19, 2006 now that the system has been restored.

                /s/  Steven K. Barentzen_____
                Steven K. Barentzen (SB-8777)