UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

This document relates to:

*Federal Insurance Co., et. Al. v. Al Qaida, et al.*, Case No. 04-CV-1076 (RCC)

### DECLARATION OF STEVEN K. BARENTZEN

STEVEN K. BARENTZEN, on this 18th day of January 2006, hereby declares pursuant to 28 U.S.C. § 1746, and under the penalties of perjury, that the foregoing is true and correct:

1. I am an attorney licensed to practice law in the State of New York and the District of Columbia. I am an associate with the law firm of DLA Piper Rudnick Gray Cary US LLP and I submit this declaration in support of the Reply Memorandum of Law of African Muslim Agency, Grove Corporate, Inc., Heritage Education Trust, International Institute of Islamic Thought, Mar-Jac Investments, Inc., Mena Corporation, Reston Investments, Inc., Safa Trust, Sterling Charitable Gift Fund, Sterling Management Group, Inc., York Foundation, Ahmed Totonji and Mohammed Jaghlit in Further Support of their Motions to Dismiss Pursuant to Rule 12(B)(6) For Failure to State a Claim and in Opposition to Plaintiffs' Cross-Motion to Strike the Motion to Dismiss.

2. Attached hereto as Exhibit A is a true and correct copy of Plaintiffs' First Set of Jurisdictional Requests for Production of Documents Directed to Mar-Jac Investments, Inc., dated April 20, 2005.

3. Attached hereto as Exhibit B is a true and correct copy of a letter dated May 11, 2005, from me to Plaintiffs' counsel Scott Tarbutton.

4.   Attached hereto as Exhibit C is a true and correct copy of a letter dated July 11, 2005, from Plaintiffs' counsel Sean Carter to me.

5.   Attached hereto as Exhibit D is a true and correct copy of a letter dated July 18, 2005, from me to Sean Carter.

                                                                    _____
                                                                    Steven K. Barentzen

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of January, 2006, I caused an electronic copy of the foregoing Declaration of Steven K. Barentzen to be served by email upon all parties scheduled for electronic notice.

/s/  Steven K. Barentzen
Steven K. Barentzen (SB-8777)