# EXHIBIT B

May 11, 2005                                                  OUR FILE NO. 353138-6
Via Facsimile and U.S. Mail

Scott Tarbutton, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

Re:   In re Terrorist Attacks of September 11, 2001, MDL No. 1570 (RCC);
      Federal Insurance Co. v. Al Maeda, 03 CV 6978 (RCC)

Dear Scott:

We represent African Muslim Agency, Grove Corporate, Inc., Heritage Education Trust, International Institute of Islamic Thought, Mar-Jac Investments, Inc., Mena Corporation, Reston Investments, Inc., Safa Trust, Sterling Charitable Gift Fund, Sterling Management Group and York Foundation.

Please be advised that these entities will no longer be contesting personal jurisdiction in the above-referenced action. Accordingly, these parties will not be responding to plaintiffs' jurisdictional discovery requests, as those requests are now moot.

Please contact me at your convenience so that we can work out a briefing schedule for the renewed motions to dismiss we intend to bring on behalf of these entities.

Very truly yours,

**DLA Piper Rudnick Gray Cary US LLP**

Steven K. Barentzen
*Attorney*
*Steven.barentzen ac}dlapipe, corn*

Admitted to practice in New York and the District of Columbia

DC\14013547.1
**353138-6**

**Serving clients globally**