FILED U.S. DC
JAN 7
S.D. OF N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case<br><br>**NOTICE OF APPEAL** |

*This document relates to:*   *Federal Insurance Co., et al v. al Qaida, et al.,*
                              03 CV 06978 (RCC)

NOTICE is hereby given that Federal Insurance Company, Pacific Indemnity Company, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Chubb Insurance Company of Canada, Chubb Insurance Company of New Jersey, Great Northern Insurance Company, Vigilant Insurance Company, Zurich American Insurance Company, American Guarantee and Liability Insurance Company, American Zurich Insurance Company, Assurance Company of America, Colonial American Casualty and Surety Insurance Company, Fidelity and Deposit Company of Maryland, Maryland Casualty Company, Northern Insurance Company of New York, Steadfast Insurance Company, Valiant Insurance Company, One Beacon Insurance Company, One Beacon America Insurance Company, American Employers' Insurance Company, The Camden Fire Insurance Association, Homeland Insurance Company of New York, Crum & Forster Indemnity Company, North River Insurance Company, United States Fire Insurance Company, American Alternative Insurance Corporation, Great Lakes Reinsurance U.K. PLC, The Princeton Excess & Surplus Lines Insurance Company, Amlin Underwriting, Ltd., Hiscox Dedicated Corporate Member, Ltd., Allstate Insurance Company, Boston Old Colony Insurance Company, Continental Insurance Company, Commercial Insurance Company of Newark, NJ, CNA Casualty of California, Continental Insurance Company of New Jersey, Fidelity and Casualty Company of New York, Glens Falls Insurance Company, National Ben

Franklin Insurance Company of Illinois, Seneca Insurance Company, Inc., ACE American Insurance Company, ACE Bermuda Insurance Ltd, ACE INA Insurance Company of Canada, ACE Insurance SA-NV, ACE Property & Casualty Insurance Company, ACE Capital V Ltd, Atlantic Employers Insurance Company, Bankers Standard Insurance Company, Indemnity Insurance Company of North America, Insurance Company of North America, Westchester Fire Insurance Company, Westchester Surplus Lines Insurance Company, TIG Insurance Company, Woburn Insurance Ltd, Ace Indemnity Insurance Company, Pacific Employers Insurance Company, AXA Corporate Solutions Insurance Company, AXA Corporate Solutions Assurance UK Branch, AXA Re, AXA Re Canadian Branch, AXA Corporate Solutions Reinsurance Company, AXA Reinsurance UK Plc., AXA Art Insurance Corporation, SPS Reassurance, AXA Versicherung AG, AXA Global Risks UK Ltd., (Plaintiffs), in the above named case, hereby appeal to the United States Court of Appeals for the Second Circuit the final judgment entered in favor of HRH Prince Naif bin Abdulaziz Al-Saud in this action on January 10, 2006, and in all respects the underlying Opinions and Orders granting dismissal to HRH Prince Naif bin Abdulaziz Al-Saud in this action.

Respectfully submitted,

COZEN O'CONNOR

BY: _____
Stephen A. Cozen, Esquire (SAC 1625)
Elliott R. Feldman, Esquire (ERF 8111)
Sean P. Carter, Esquire (SPC 0636)
1900 Market Street
Philadelphia, PA 19103
Tele: (215) 665-2000
Attorneys for Plaintiffs/Appellants

Date: 01/16/06