UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|   | 03 MDL 1570 (RCC) |
|---|---|
| In re TERRORIST ATTACKS on SEPTEMBER 11, 2001 | NOTICE OF MOTION |

This document relates to:   *Federal Insurance Co., et al. v. Al Qaida, et al. (03 CV 6978)*
*Kathleen Ashton, et al. v. Al Qaeda Islamic Army, et al. (02 CV 6977)*
*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al. (04 CV 7065)*
*Continental Casualty Co., et al. v. Al Qaeda Islamic Army, e. al. (04 CV 5970)*
*New York Marine & General Ins. Co. v. Al Qaida, et al. (04 CV 6105)*
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al. (04 CV 1923)*

**STATEMENT OF ATTORNEY RE: FILING DATE**

This statement is being attached as per the directions of the ECF website. As I understand, the ECF Website was down for maintenance from Jan. 12-19. Al Shamal Islamic Bank's Motion to Dismiss and Memorandum in Support was initially due on the 17th. We could not file on that date and, as per the instructions on the ECF website, have delayed filing until today, the first day that filing is possible. As per the website's directions, we did not file a paper copy of the Motion and Memorandum.

Dated: January 19, 2006                                    Respectfully submitted,

                                                           /s/
                                                           Martin F. McMahon (MM 4389)
                                                           Martin McMahon & Associates
                                                           1150 Connecticut Ave., N.W.
                                                           Ste. 900
                                                           Washington, D.C. 20036
                                                           (202) 862-4343

                                                           *Attorney for Defendant Al Shamal Islamic Bank*