# Declaration of Mr. Mohamed Bushra Khalaf Alla

I, Mr. Mohamed Bushra Khalaf Alla declare and state as follows:

1- I am over 18 years of age and competent to testify to the matters set forth below of my own personal knowledge.

2- I have been informed by Al Shamal Islamic Bank's ( " Al Shamal " ) attorneys that it is a defendant in civil lawsuits in the United States. I am submitting this declaration in support of Al Shamal's Motion to Dismiss for lack of personal jurisdiction in those cases.

3- I am employed by Al Shamal and my current title is Assistant General Manager. I have been employed by Al Shamal since 1989 and my past job titles include: Ministry of labor.

4- Based on my experience within the company, I have knowledge of Al Shamal's international operations and connections to the United States, I have also reviewed all company records known to me which might reveal any contact Al Shamal has had with the United States.

5- Al Shamal is not, and has never been domiciled, organized or incorporated in my form in the united states.

6- Al Shamal is not, and has never been, licensed or registered to do bushes in the United States.

7- Al Shamal does not, and has never, owned or leased property in the United States.

8- Al Shamal does not have, and never has had, a branch office, a representative, an employee or an agent in the United States, except for its representation by an attorney in this court.

9- Al Shamal does not now, and has never, offered or advertised banking or any other services within the United States.

10- Al Shamal has never received funds which originated in the United States.

11- Shares of Al Shamal stock have never been offered or sold in the United States.

12- Al Shamal does not have, and has never had, a bank account in the United States. Al Shamal also has never, on its own initiative or at the request of any customer, transferred funds intended for the United States.

13- Al Shamal does maintain correspondent relationships with the United States based banks: Arab American Bank, American Express Bank, and Citibank. These correspondent relationships are necessary to perform routine international monetary transfers and have never been used to perform any business within the United States.

I declare under penalty of law that the foregoing is true and correct Executed on the Seventh day of January. 2006.

**Name: Mohamed Bushra Khalaf Alla**
*Assistant General Manager*
*Al Shamal Islamic Bank*





THE REPUBLIC OF THE SUDAN
CERTIFIED BY THE MINISTRY OF FOREIGN AFFAIRS AS GENUINE
SIGNATURE OF Al-Shamal Islamic Bank
AND STAMP
SIGNATURE
DATE: 7.1.2006