# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS E. BURNETT, SR., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No.: No. 1:02CV01616(JR) |
| ) | |
| AL BARAKA INVESTMENT AND ) | |
| DEVELOPMENT CORPORATION, *et al.*, ) | |
| ) | |
| Defendants ) | |

## PLAINTIFFS' RESPONSE TO AL RAJHI BANK'S
## RULE 12(e) REQUEST TO PLAINTIFFS

Counsel for Plaintiffs file herewith Plaintiffs' Response to Al Rajhi Bank's Rule 12(e) Request to Plaintiffs, attached as Exhibit 1, incorporated herein to the Third Amended Complaint (Docket #29).

Dated:  August 27, 2003                                   Respectfully submitted,


 /S/ Harry Huge
Harry Huge, Esq. (D.C. Bar #55640)
HARRY HUGE LAW FIRM, LLP
Market Square North
401 Ninth Street, N.W., Suite 450
Washington, D.C. 20004
Telephone:  (202) 824-6046


Ronald L. Motley, Esq. (SC Bar #4123)
Jodi Westbrook Flowers, Esq. (SC Bar #66300)
Donald Migliori, Esq. (RI Bar #4936)
Jeff Thompson, Esq.
Michael Elsner, Esq. (NY & VA Bar #ME-8337)
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792

Mount Pleasant, South Carolina 29465
Telephone: (843) 216-9000
Jayne Conroy, Esq.
Paul J. Hanly, Jr., Esq. (NY Bar #PH-5486)
Andrea Bierstein, Esq.
HANLY & CONROY, LLP
415 Madison Avenue
New York, NY 10017-1111
Telephone: (212) 401-7600


Bill Narwold, Esq.
Joel Casey, Esq.
Ingrid Moll, Esq.
CUMMINGS & LOCKWOOD
CityPlace I
185 Asylum Street, 36th Floor
Hartford, Connecticut 06103
Telephone: (860) 275-6700


William N. Riley, Esq.(IN Bar #4941-49)
Mark K. Dudley, Esq. (IN Bar #15418-49)
Amy Ficklin DeBrota, Esq. (IN Bar #17294-49)
YOUNG, RILEY, DUDLEY & DEBROTA
3815 River Crossing Parkway, Suite 340
Indianapolis, Indiana 46240
Telephone: (317) 848-7939


Don Howarth, Esq. (CA Bar #53783)
Suzelle M. Smith, Esq. (CA Bar #113992)
Robert D. Brain, Esq. (CA Bar #98815)
HOWARTH & SMITH
800 Wilshire Boulevard, Suite 750
Los Angeles, CA 90017
Telephone: (213) 955-9400


Chip Robertson, Esq.
Mary Winter, Esq.
BARTIMUS, FRICKLETON, ROBERTSON & OBETZ
200 Madison Avenue, Suite 1000
Jefferson City, MO 65101
Telephone: (573) 230-4665

Allan Gerson, Esq.  (DC Bar #327494)
ATTORNEY AT LAW
4221 Lenore Lane
Washington, DC 20008
Tel:  (202) 966-8557

Attorneys for Plaintiffs