UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case<br><br>**NOTICE OF APPEAL** |

*This document relates to:*   *Pacific Employers Ins., et al. v. Kingdom of Saudi Arabia, et al,*
04 CV 7216 (RCC)

NOTICE is hereby given that Pacific Employers Insurance Company, Indemnity Insurance Company of North America and ACE American Insurance Company, (Plaintiffs), in the above named case, hereby appeal to the United States Court of Appeals for the Second Circuit the final judgment entered in favor of the Kingdom of Saudi Arabia in this action on January 10, 2006, and in all respects the underlying Opinions and Orders granting dismissal to the Kingdom of Saudi Arabia in this action.

Respectfully submitted,

COZEN O'CONNOR

BY: _____
Stephen A. Cozen, Esquire (SAC 1625)
Elliott R. Feldman, Esquire (ERF 8111)
Sean P. Carter, Esquire (SPC 0636)
1900 Market Street
Philadelphia, PA 19103
Tele: (215) 665-2000

Attorneys for Plaintiffs/Appellants

Date: 01/16/06