CA1EX, 5.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-12-06

In re Terrorist Attacks on September 11, 2001

03 MDL 1570 (RCC)
ECF Case

This document relates to:
New York Marine and General Insurance Co. v. Al Qaida, et al., Case No. 04-CV-6105 (S.D.N.Y.)

## STIPULATION AS TO REPLY DATE FOR ARADI, INC.'S MOTION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs in the above-referenced case consolidated under 03 MDL 1570 and Defendant Aradi, Inc., by and through their undersigned counsel, that the reply brief for Aradi Inc.'s motion to dismiss Plaintiffs' complaint, currently pending before the Court, shall be due to be filed and served on the same date as the reply brief for Aradi Inc.'s currently pending motion to dismiss the other complaints in this consolidated action that name Aradi, Inc. as a defendant. Moreover, this stipulation supersedes any prior stipulations between the Aradi Inc. and the above referenced plaintiffs as to the due date for a reply to a motion to dismiss.

Respectfully submitted,

Brown, Gavalas, & Fromm

By: _____
Mr. F. Rubino, Esq.
355 Lexington Avenue
New York, New York 10017

*Attorneys for Plaintiffs*

FISH & RICHARDSON P.C.

By: /s Thomas Melsheimer
    John Helms
    Thomas Melsheimer
    1717 Main Street, Suite 5000
    Dallas, Texas 75225

*Attorneys for Defendant*

Dated: January 12, 2006

SO ORDERED:

*[signature]*

RICHARD CONWAY CASEY, U.S.D.J.