USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-18-06

UNITED STATES DISTRICT ...
SOUTHERN DISTRICT ...

-------------------------------------X

IN RE: TERRORIST ATTACKS ... SEPTEMBER 11, 2001

03 MDL 1570 (RCC)
ECF Case

**Order**

-------------------------------------X

*This document relates to:* ...

**Richard Conway Casey,** United States District Judge:

The January 10, 200... ed by the Clerk in these cases applies only to cases in which the Court has gran... ... fendants' motions to dismiss.

So ordered.

_____
Richard Conway Casey, U.S.D.J.

Dated:
January 17, 2006
New York, New York