

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |
|---|---|

*This document relates to:*
    *Thomas E. Burnett, Sr., et al. v Al Baraka Investment & Development Corp., et al.*, Case Nos. 03-CV-5738 and 03-CV-9849 (S.D.N.Y.)
    *Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-CV-6978 (S.D.N.Y.)
    *Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.*, Case No. 04-CV-05970-UA (S.D.N.Y.)
    *Euro Brokers, Inc., et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 04-CV-07279-UA (S.D.N.Y.)
    *New York Marine and General Insurance Co. v. Al Qaida, et al.*, Case No. 04-CV-6105 (S.D.N.Y.)
    *World Trade Center Properties, LLC, et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 04-CV-7280 (S.D.N.Y.)

## STIPULATION AS TO EXTENSION OF TIME TO RESPOND TO COMPLAINTS CONSOLIDATED UNDER MDL 1570

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs in all of the above-referenced cases consolidated under 03 MDL 1570 and Defendant Yeslam Binladin by and through their undersigned counsel, that:

(1) The parties respectfully seek this Court's approval for an extension of time to February 3, 2006, for the Plaintiffs to respond to the Motion to Dismiss of Yeslam Binladin, which was filed on October 28, 2005.

(2) It is also stipulated and agreed that any reply by Defendant shall be served on or by March 10, 2006.

(3) Nothing in this stipulation is intended to change the terms of prior stipulations except as to the briefing due dates for Yeslam Binladin.

Respectfully submitted,

MOTLEY RICE LLC

By: *Jodi W. Flowers /rjc*
Ronald L. Motley
Donald A. Migliori
Jodi W. Flowers
Michael E. Elsner
Justin B. Kaplan
28 Bridgeside Boulevard
P.O. Box 1792 (29465)
Mount Pleasant, SC 29464

*On behalf of consolidated cases*

JONES DAY

By: *Michael P. Gurdak*
Stephen J. Brogan
Mary Ellen Powers
James E. Gauch
Michael P. Gurdak
51 Louisiana Avenue, N.W.
Washington, D.C. 20001

*Attorneys for Yeslam Binladin*

SO ORDERED:

*Richard Conway Casey*
Richard Conway Casey, U.S.D.J.

Dated: January 23, 2006