# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |
| *This document relates to:* | |

*Kathleen Ashton, et al v. Al Qaeda Islamic Army, et al. No. 02-CV-6977*
*Burnett, et al. v. Al Baraka Invest. & Develop. Corp., et al., No. 03-CV-5738, 03-CV-9849*
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka., et al., No. 04-CV-1923*

### AFFIRMATION OF ROBERT T. HAEFELE IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO DISMISS FILED BY DEFENDANT WORLD ASSEMBLY OF MUSLIM YOUTH INTERNATIONAL AND WORLD ASSEMBLY OF MUSLIM YOUTH SAUDI ARABIA

Robert T. Haefele, an attorney admitted pro hac vice to practice before this Court, under penalty of perjury, affirm as follows:

1.    I am an Associate at the firm of Motley Rice, LLC, counsel for Plaintiffs in *Euro Brokers, et al. v. Al Baraka, et al., 04 CV 7279 (RCC); World Trade Center Properties LLC, et al. v. Al Baraka, et al., 04 CV 7280 (RCC)*, and *Burnett v. Al Baraka 03 CV 9489, 03 CV 5738* (RCC). I submit this Declaration in support of Plaintiffs' Memorandum of Law in Opposition to Motion to Dismiss filed by defendant World Assembly of Muslim Youth Saudi Arabia and World Assembly of Muslim Youth International.

2.    Exhibit A is a true and accurate copy of several pages from the transcript of a hearing conducted by this Court in *In Re: Terrorist Attacks on September 11, 2001,*

1

on May 12, 2004.

      3.      Exhibit B is a true and accurate copy of the Affidavit of Robert Reynolds.

      4.      Exhibit C is a true and accurate copy of the Affidavit of Nelson Tucker.

      5.      Exhibit D is a true and accurate copy of a printout regarding WAMY International, Inc., from Westlaw's Database of Corporate Records and Business Registrations.

      6.      Exhibit E is a true and accurate copy of several archived website pages of a WAMY website, http://www.wamy.org, catalogued by and downloaded from http://www.waybackmachine.org.

      7.      Exhibit F is a true and accurate copy of several archived website pages of a WAMY website, http://www.wamyusa.org, catalogued by and downloaded from http://www.waybackmachine.org.

      8.      Exhibit G is a true and accurate copy of a printout of a page from a WAMY website, http://www.wamy.co.uk, current as of January 22, 2006.

      9.      Exhibit H is a true and accurate copy of a printout of several pages of information regarding WAMY downloaded from http://www.register.com, identifying registration and administration information regarding the websites registered as http://www.wamy.org and http://www.wamyusa.org.

Affirmed in Mount Pleasant, South Carolina, on January 23, 2006.

 

_____

Robert T. Haefele

# EXHIBIT A

1

45C7TERM

1    UNITED STATES DISTRICT COURT
1    SOUTHERN DISTRICT OF NEW YORK
2    ----------------------------x
2
3    IN RE:  TERRORIST ATTACKS ON
3    SEPTEMBER 11, 2001              03 MDL 1570 (RCC)
4
4    ----------------------------x
5
5                        May 12, 2004
6                        2:20 p.m.
6
7    Before:
7
8              HON. RICHARD CONWAY CASEY
8
9                    District Judge
9
10                  APPEARANCES
10
11   MOTLEY RICE, LLC
11        Attorneys for Plaintiff
12   BY:  RONALD L. MOTLEY
12        DONALD A. MIGLIORI
13        MICHAEL E. ELSNER
13        JUSTIN KAPLAN
14
14   KREINDLER & KREINDLER
15        Attorneys for Plaintiff
15   BY:  JAMES P. KREINDLER
16        ANDREW MALONEY
17   COZEN O'CONNOR
17        Attorneys for Plaintiff
18   BY:  ELLIOTT FELDMAN
18        SEAN CARTER
19        MARK MULLEN
19
20   DAVID N. KELLEY
20        United States Attorney for the
21        Southern District of New York
21   BY:  SARAH S. NORMAND
22        Assistant United States Attorney
23
24
25

              SOUTHERN DISTRICT REPORTERS, P.C.
                     (212) 805-0300

29

45C7TERM

1    is considered sufficient.
2          THE COURT:  You don't think it reasonable to expect
3    they would go to this mail drop, which is in effect what they
4    did do?
5          MS. BERNABEI:  I don't think it is, no.
6          THE COURT:  That's how they got the actual notice,
7    right?
8          MS. BERNABEI:  Well, only one individual, one
9    individual whose residence --
10         THE COURT:  Was it good enough for him, do you think?
11         MS. BERNABEI:  No, I think that it's very clear under
12   Oregon law that that is not sufficient.  And, you know,
13   regardless of the arguments about the legal --
14         THE COURT:  Isn't this sort of -- you talk about a
15   dance.  Isn't this a bit of a dance?  You maintain this mail
16   drop, or your client does, they go and get it, they are
17   notified of it, they in fact pick and choose, knowing exactly
18   what's there, and refuse to pick up the other?
19         MS. BERNABEI:  Well, first of all, there is only one
20   individual that actually --
21         THE COURT:  Isn't that putting the form over the
22   substance?
23         MS. BERNABEI:  Well, service is intended to do exactly
24   that.
25         THE COURT:  Is that what it is?
                  SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300

30

45C7TERM

1          MS. BERNABEI:  It affords reasonable notice.  That's
2   what the federal rules say, and that's what the Oregon courts
3   have said, that reasonable notice is something different than
4   actual notice.
5          If in fact all that was needed was actual notice or
6   some facsimile of that, we could dispense with all these rules.
7   And the courts over and over again --
8          THE COURT:  Is that right?  That's an interesting
9   concept.
10         MS. BERNABEI:  But the Oregon courts -- and I can cite
11   your Honor to a number of cases, including by the Oregon
12   Supreme Court, Edwards v. Edwards, a 1990 case that says no
13   Oregon case upholds service of summons by mail is adequate
14   unless receipt is acknowledged by the defendant."  So it's very
15   clear that actual notice and even the circumstances go beyond
16   that.
17         THE COURT:  Isn't it acknowledging it by the fact that
18   you are here?
19         MS. BERNABEI:  Your Honor, I also represent the
20   charities.
21         THE COURT:  Of which they are the officers.
22         MS. BERNABEI:  That's correct.  But service upon
23   individuals who happen to be officers of a corporation have
24   never been considered to be served simply by service upon the
25   corporation itself.  There is a ream of cases, some of which we
                    SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

64

45C7TERM

1   this list.  We don't have it, so it's easy to disregard.  We
2   will get the actual list tomorrow.  Is that right?
3        MR. CARTER:  Correct, your Honor.
4        THE COURT:  Okay.  Anything else?  Going, going, gone.
5   Good, people.  Thank you very much.  I will see you I guess in
6   two weeks, is it?
7                    - - -
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# EXHIBIT B

## Affidavit of Robert Reynolds

I, Robert Reynolds, declare under penalty of perjury, that the following is true and correct, that I have personal knowledge as to the facts stated, and that I could competently testify, if called, that:

I am a professional process server, am over the age of 18 years, and not a party to the within-named action.   I have been a process server since 1981.   I regularly serve, or cause to be served, legal documents in the Northern Virginia/Washington, D.C. area.

I received a request from Process Servers Network to serve documents in Alexandria, Virginia of documents related to the matter Burnett v. Al Baraka, case number 1-02-01616-JR.  I was instructed to serve World Assembly of Muslim Youth a/k/a WAMY International, Inc. a/k/a World Association for Muslim Youth at their business address of 5134 Leesburg, Alexandria, Virginia 22302.

On December 23, 2002, I arrived at the above-mentioned address and attempted to enter the premises.  I could not open the front door to the unit since it was locked.  I knocked on the door once and a female employee came to the door. I advised her that I had legal papers for the above-named defendant and she advised me that she would not accept them and that the documents had to be delivered to their attorney. Upon inquiry, she identified herself as Caroline Sodder and advised me that she was normally authorized to accept legal documents but not on this case.  She attempted to close the door and I threw the papers inside.  She picked them up and threw them back outside.

I immediately called Nelson at Process Service Network in California and advised him as to what had happened.  He requested that I also mail a copy to the same defendant but I could not since I did not have an extra copy of the documents.  He advised me that he would mail a copy to the defendant.

I declare and can competently testify, under penalty of perjury of the laws of the United States of America, that the foregoing is true and correct.  Executed on May 23, 2003, at Falls Church, Virginia.

Robert Reynolds

# EXHIBIT C

## Declaration of Nelson Tucker

I, Nelson Tucker, declare under penalty of perjury of the laws of the United States of America, that the following is true and correct, that I have personal knowledge as to the facts stated, and that I could competently testify, if called, that:

1.  I am the President of *Process Service Network,* an international service of process firm, am over the age of 18 years, and not a party to the within-named action.   I have been a Registered Process Server and owner of an attorney service since 1978.  I have authored two (2) books on service of process, investigations and court filing procedures and have conducted training seminars for the past 18 years. I regularly serve, or cause to be served, legal documents domestically and worldwide and supervise all international service assignments.  I currently teach Service of Process and Court Filing Procedures at *Los Angeles Valley College* and Service of Process at *Legal Services Institute.* I have conducted MCLE courses for attorneys, as qualified by the State Bar of California, on service of process. I am a Life Member of the *National Association of Investigative Specialists* and the *International Process Servers Association.* I am qualified as an expert witness on the following subjects: service of process, international service of process, and court filing procedures.

2.  This Declaration is made related to international service of process upon World Assembly of Muslim Youth a.k.a. Wamy International, Inc. a.k.a. World Association for Muslim Youth, related to the matter of *Burnett, et al. v. Al Baraka Investment, et al.,* case No. 1-02-01616-JR, filed in the United States District Court, District of Columbia.

3.  On or about November 4, 2002, I forwarded an assignment from the law firm of Young Riley Dudley & DeBrota, to a private process server in Washington, D.C. with instructions to serve World Assembly of Muslim Youth at 5134 Leesburg, Alexandria, VA.

4.  On or about December 23, 2002, I received a phone call from the process server who advised me that service had been completed by substituted service.  However, it was my understanding that the service was actually personal service since it was served on a person who identified herself as being authorized to accept service.

1

1  5. Since there was a question as to the method of service, I also mailed a copy of the documents on

2  December 24, 2002, from Los Angeles, CA by first-class mail, postage fully pre-paid to the

3  defendant at the same address where documents were served (see attached U.S. Postal Service

4  Delivery Confirmation Receipt).

5  I declare and can competently testify, under penalty of perjury of the laws of the United States of

6  America, that the foregoing is true and correct. Executed on March 14, 2003, at Los Angeles, CA.

7

8  Nelson Tucker

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26                                        2

27

28

6-02-2003 12:38PM    FROM YROD 317 848 7831                                    P.6



**U.S. Postal Service Delivery Confirmation Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

*World Assembly of Muslim Youth*
*5134 Leesburg*
*Alexandria, VA 22302*

**POSTAL CUSTOMER:**
Keep this receipt. For inquiries:
Access Internet web site at
www.usps.com
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☒ Priority Mail®
☐ Package Services
(See Reverse)

DELIVERY CONFIRMATION NUMBER:
0302 0740 0002 5924 2442

Postmark
Here
DEC 2 4 2002
CHATSWORTH CA

PS Form 152, January 2001

# EXHIBIT D

Westlaw.

18144732994                                                      Page 1


18144732994

**CORPORATE RECORDS & BUSINESS REGISTRATIONS**


This Record Last Updated:     07/05/2005
Database Last Updated:        01-20-2006
Update Frequency:             WEEKLY
Current Date:                 01/22/2006
Source:                       AS REPORTED BY THE SECRETARY OF STATE OR OTHER
                              OFFICIAL SOURCE

**COMPANY INFORMATION**


Name:                         **WAMY** INTERNATIONAL, INC.
Address:                      PO BOX 8096
                              FALLS CHURCH, VA 22041-8096


**FILING INFORMATION**


Identification Number:        0388361
Filing Date:                  02/19/1992
State of Incorporation:       VIRGINIA
Date Incorporated:            02/19/1992
Duration:                     PERPETUAL
Status:                       ACTIVE
Status Attained Date:         06/02/2005
Corporation Type:             NOT AVAILABLE
Business Type:                CORPORATION
Address Type:                 BUSINESS
Where Filed:                  STATE CORPORATE COMMISSION
                              1220 BANK ST
                              RICHMOND, VA 23219


**REGISTERED AGENT INFORMATION**


Name:                         FADEL SOLIMAN
Address:                      5134 LEESBURG PIKE
                              ALEXANDRIA, VA 22302
Appointed Date:               12/31/2002

**PRINCIPAL INFORMATION**


©  2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Name:                      HAJJAJ, ANWAR
Title:                     DIRECTOR


### ADDITIONAL DETAIL INFORMATION


Additional Details:        INDUSTRY:  GENERAL


                    Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
                    to order copies of documents related to this or other matters.
                              Additional charges apply.

THE PRECEDING PUBLIC RECORD DATA IS FOR INFORMATION PURPOSES ONLY AND IS NOT THE
OFFICIAL RECORD.  CERTIFIED COPIES CAN ONLY BE OBTAINED FROM THE OFFICIAL SOURCE.

END OF DOCUMENT


©  2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

# EXHIBIT E

Home     Go Back     Feedback     Contents     Search

## Contact Info

you're
welcome

## Contact Information

### Main Office:

P.O. Box 10845, Riyadh 11443 Saudi Arabia

Telephone: (01)464-1663 / 464-1669    Fax: (01) 464-1710

### U.S.A. Office (host office):

**Telephone**
703-916-0924
**FAX**
703-916-0925
**Postal address**
P.O. Box 8096 Falls Church, Virginia 22041 USA
**Electronic mail**
General Information: wamy@wamy.org
Sales: 703-916-0924

Webmaster: wamy@wamy.org

Counter: 00001

**Send mail to wamy@wamy.org with questions or comments about this web site.**

# World Assembly of Muslim Youth
## USA Office







WAMY is the first International Islamic Organization
dealing specially with youth affairs embracing over
450 Islamic youth / students organization in the five
continents

P.O. Box 8096
Falls Church, VA
22041, USA

(703) 820-6656,
(703) 820-6494 office
(703) 783-8409 Voice
(703) 783-8410 · fax
info@wamyusa.org

This site is sponsored by
infocomcorp

**Download power point presentation:**

☒

Islam In Brief (with voice) 17.34MB
[click here to download]

Islam In Brief (no voice) 2.99MB
[click here to download]

El Islam en Breve (no voice) 3.96MB
[click here to download]

----->Read More about it

World Assembly of Muslim Youth

# WAMY international
World Assembly of Muslim Youth

**Home**
**Missions**
**What's New**
**About WAMY**
**Camps**
**Projects**
**Publications**
**WAMY & UN**
**Islam - An**
**Overview**



WAMY is the first International Islamic Organization dealing specially with youth affairs embracing over 450 Islamic youth / students organization in the five continents

*P.O. Box 8096*
*Falls Church,*
*VA 22041, USA*

*office*
*(703) 820-6656,*
*(703) 820-6494*
*Voice*
*(703) 783-8409*
*fax*
*(703) 783-8410*
*info@wamyusa.org*

**Islamic Audio Programs via streaming Mp3!**
**[Click Here]**

## Download power point presentation:
Islam In Brief (no voice) 3.74MB
[click here to download]

El Islam en Breve (no voice) 3.96MB
[click here to download]

----->Read More about it

Concurso de Jesus y Maria

Entre Aqui!

# EXHIBIT F

Contact Info

you're
welcome

## Contact Information

## Main Office:

P.O. Box 10845, Riyadh 11443 Saudi Arabia

Telephone: (01)464-1663 / 464-1669    Fax: (01) 464-1710

## U.S.A. Office (host office):

### Telephone
Voice Mail: 703-783-8410
Direct: 703-820-6656, 703-820-6494

### FAX
703-783-8409

### Postal address
P.O. Box 8096 Falls Church, Virginia 22041 USA

### Electronic mail
General Information: info@wamyusa.org
Sales: 703-916-0924

Webmaster: support@wamyusa.org

Counter: Hit Counter

Send mail to info@wamyusa.org with questions or comments about this web site.

# EXHIBIT G

WAMY - World Assembly of Muslim Youth



# WAMY
## WORLD ASSEMBLY OF MUSLIM YOUTH

عربي

HOME    FEEDBACK    E-MAIL

CONATCT
ABOUT US
SERVICES
ACTIVITIES
PUBLICATIONS
PRESS RELEASES
ASK THE SCHOLARS
HUMANITARIAN AID

CONTACT WAMY

**LONDON**

WAMY UK
46 Goodge Street
London W1T 4LX
United Kingdom
Tel: +44 (0) 20 7636 7010
Fax: +44 (0) 20 7636 7080
Email: wamy@wamy.co.uk
website: www.wamy.co.uk

**RIYADH**

WAMY Head Office
P.O. Box 10845
Riyadh 11443
Saudi Arabia

Tel: + 9661 205 0000
Fax: + 9661 205 0011

Website: www.wamy.org
Email: info@wamy.org

**JEDDAH**

WAMY Jeddah
P.O. Box 8856
Jeddah 21492
Saudi Arabia
Tel: + 9622 660 1878
Fax: + 9622 664 0286
Email: jeddah@wamy.org

**NORTH AMERICA**

Contact via Riyadh office

# EXHIBIT H

NOTICE: Access to .ORG WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the Public Interest Registry
registry database. The data in this record is provided by Public Interest Registry
for informational purposes only, and Public Interest Registry does not guarantee its
accuracy. This service is intended only for query-based access. You agree
that you will use this data only for lawful purposes and that, under no
circumstances will you use this data to: (a) allow, enable, or otherwise
support the transmission by e-mail, telephone, or facsimile of mass
unsolicited, commercial advertising or solicitations to entities other than
the data recipient's own existing customers; or (b) enable high volume,
automated, electronic processes that send queries or data to the systems of
Registry Operator or any ICANN-Accredited Registrar, except as reasonably
necessary to register domain names or modify existing registrations.  All
rights reserved. Public Interest Registry reserves the right to modify these terms at any
time. By submitting this query, you agree to abide by this policy.

Domain ID:D19500337-LROR
Domain Name:WAMY.ORG
Created On:09-Feb-2000 18:38:35 UTC
Last Updated On:08-Jun-2005 06:48:29 UTC
Expiration Date:09-Feb-2008 18:38:35 UTC
Sponsoring Registrar:Network Solutions LLC (R63-LROR)
Status:CLIENT TRANSFER PROHIBITED
Registrant ID:20712614-NSI
Registrant Name:WAMY
Registrant Organization:WAMY
Registrant Street1:P.O. Box 10845 Riyadh 11443
Registrant Street2:
Registrant Street3:
Registrant City:Riyadh
Registrant State/Province:RY
Registrant Postal Code:11443
Registrant Country:SA
Registrant Phone:+1.96614641669
Registrant Phone Ext.:
Registrant FAX:
Registrant FAX Ext.:
Registrant Email:office@wamy.org
Admin ID:34258638-NSI
Admin Name:WAMYUSA
Admin Organization:WAMYUSA
Admin Street1:P.O.Box 3096
Admin Street2:
Admin Street3:
Admin City:Falls Church
Admin State/Province:VA
Admin Postal Code:22041
Admin Country:US
Admin Phone:+1.7038206656
Admin Phone Ext.:
Admin FAX:
Admin FAX Ext.:
Admin Email:info@wamyusa.org
Tech ID:34258680-NSI
Tech Name:WAMY Riyadh
Tech Organization:WAMY Riyadh
Tech Street1:P.O.Box 10845
Tech Street2:
Tech Street3:
Tech City:Riyadh
Tech State/Province:
Tech Postal Code:11443
Tech Country:SA
Tech Phone:+1.7038206656
Tech Phone Ext.:
Tech FAX:
Tech FAX Ext.:
Tech Email:info@wamy.org
Name Server:NS14WDNS.COM

http://www.register.com/retail/whois_info.rcmx?requestType=validate_challenge          1/22/2006

NOTICE: Access to .ORG WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the Public Interest Registry
registry database. The data in this record is provided by Public Interest Registry
for informational purposes only, and Public Interest Registry does not guarantee its
accuracy. This service is intended only for query-based access. You agree
that you will use this data only for lawful purposes and that, under no
circumstances will you use this data to: (a) allow, enable, or otherwise
support the transmission by e-mail, telephone, or facsimile of mass
unsolicited, commercial advertising or solicitations to entities other than
the data recipient's own existing customers; or (b) enable high volume,
automated, electronic processes that send queries or data to the systems of
Registry Operator or any ICANN-Accredited Registrar, except as reasonably
necessary to register domain names or modify existing registrations.  All
rights reserved. Public Interest Registry reserves the right to modify these terms at any
time. By submitting this query, you agree to abide by this policy.

Domain ID:D19814309-LROR
Domain Name:WAMYUSA.ORG
Created On:14-Feb-2000 14:43:25 UTC
Last Updated On:19-Oct-2004 19:37:51 UTC
Expiration Date:14-Feb-2008 14:43:25 UTC
Sponsoring Registrar:Network Solutions LLC (R63-LROR)
Status:CLIENT TRANSFER PROHIBITED
Registrant ID:20712614-NSI
Registrant Name:WAMY
Registrant Organization:WAMY
Registrant Street1:P.O. Box 10845 Riyadh 11443
Registrant Street2:
Registrant Street3:
Registrant City:Riyadh
Registrant State/Province:RY
Registrant Postal Code:11443
Registrant Country:SA
Registrant Phone:+1.96614641669
Registrant Phone Ext.:
Registrant FAX:
Registrant FAX Ext.:
Registrant Email:office@wamy.org
Admin ID:20712614-NSI
Admin Name:WAMY
Admin Organization:WAMY
Admin Street1:P.O. Box 10845 Riyadh 11443
Admin Street2:
Admin Street3:
Admin City:Riyadh
Admin State/Province:RY
Admin Postal Code:11443
Admin Country:SA
Admin Phone:+1.96614641669
Admin Phone Ext.:
Admin FAX:
Admin FAX Ext.:
Admin Email:office@wamy.org
Tech ID:20712614-NSI
Tech Name:WAMY
Tech Organization:WAMY
Tech Street1:P.O. Box 10845 Riyadh 11443
Tech Street2:
Tech Street3:
Tech City:Riyadh
Tech State/Province:RY
Tech Postal Code:11443
Tech Country:SA
Tech Phone:+1.96614641669
Tech Phone Ext.:
Tech FAX:
Tech FAX Ext.:
Tech Email:office@wamy.org
Name Server:NS2.RACKSPACE.COM