IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____x

*In re Terrorist Attacks on September 11, 2001*          **03 MDL 1570**
_____x

This filing applies to:    *Estate of John P. O'Neill, Sr., et al. v. Al Baraka, et al.,*
04 CV 01923 (RCC)

## NOTICE OF APPEAL

Notice is hereby given that all Plaintiffs in the matter of *Estate of John P. O'Neil, Sr. et al. v. Al Baraka Investment and Development Corporation, et al.*, 04 CV 01923 (RCC), hereby appeal to the United States Court of Appeals for the Second Circuit from each and every part of the final judgment entered in this action by the United States District Court in favor of MOHAMMED AL FAISAL AL SAUD and the underlying Opinion and Orders of dismissing MOHAMMED AL FAISAL AL SAUD from this action.

Dated: January 13, 2006

               Respectfully submitted,

               **/S/ Jerry S. Goldman_____**
               Jerry S. Goldman, Esquire (JG8445)
               LAW OFFICES OF JERRY S. GOLDMAN AND
                 ASSOCIATES, P.C.
               1ll Broadway, 13thFloor
               New York, New York 10006
               Tel:(212)242-2232
               Fax: (212) 346-4665
               *Attorney for the Plaintiffs*