IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____x

*In re Terrorist Attacks on September 11, 2001*            **03 MDL 1570**
_____x

This filing applies to:            *Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al.,* **04 CV 01922** (RCC)

## NOTICE OF APPEAL

Notice is hereby given that all Plaintiffs in the matter of *Estate of John P. O'Neil, Sr. et al. v. Kingdom of Saudi Arabia et al.*, 04 CV 01922 (RCC), hereby appeal to the United States Court of Appeals for the Second Circuit from each and every part of the final judgment and the underlying Opinion and Orders entered in this action by the United States District Court in favor of, and granting dismissal to, the Kingdom of Saudi Arabia and the following Agencies and Instrumentalities of the Kingdom of Saudi Arabia**:**

> Directorate of Intelligence
> General Staff
> Intelligence Section (G-2)
> Ministry of State for Internal Affairs
> Ministry of Interior
> Saudi Committee for Support of the Intifada
> The Supreme Council of Islamic Affairs
> The Council of Ministers

1

The Special Committee of the Council of Ministers

Dated: January 13, 2006

                                    Respectfully submitted,

                                    **/S/ Jerry S. Goldman_____**
Jerry S. Goldman, Esquire (JG 8445)
LAW OFFICES OF JERRY S. GOLDMAN &
      ASSOCIATES, P.C.
111 Broadway, 13thFloor
New York, New York 10006
Tel:(212)242-2232
Fax: (212) 346-4665
*Attorney for the Plaintiffs*