JERRY S GOLDMAN ASSOC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-4-05

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) <br> ECF Case |
|---|---|

*This document relates to:*

*Estate of O'Neill, et al. v. The Republic of Iraq, et al.*, Case No. 04 CV 1076 (RCC) (S.D.N.Y.)

*Estate of O'Neill, et al. v. Al Baraka, et al.*, Case No. 04 CV 1923 (RCC) (S.D.N.Y.)

## STIPULATION AS TO THE EXTENSION OT TIME FOR DEFENDANTS SCHREIBER & ZINDEL TREUHAND ANSTALT, FRANK ZINDEL, ENGELBERT SCHREIBER, AND ENGELBERT SCHREIBER, JR. TO REPLY IN SUPPORT OF THEIR MOTION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs in the above referenced cases consolidated under 03 MDL 1570 and Defendants Schreiber & Zindel Treuhand Anstalt, Frank Zindel, Engelbert Schreiber, and Engelbert Schreiber, Jr. ("Defendants"), by and through their undersigned counsel, that the time for Defendants to reply in support of their Motion to Dismiss Plaintiffs Third Amended Complaint in *Estate of O'Neill, et al. v. The Republic of Iraq, et al.*, Case No. 04 CV 1076 (RCC) (S.D.N.Y.) and *Estate of O'Neill, et al. v. Al Baraka, et al.*, Case No. 04 CV 1923 (RCC) (S.D.N.Y.) shall be extended to and including September 6, 2005. Upon the filing of their Reply, Defendants will withdraw their August 25, 2005 letter addressed to Judge Casey.

Dated: August 31, 2005.                Respectfully Submitted,

                                    SCHIFF HARDIN LLP

                                    By: _____
                                           Donald A. Klein (DK7821)
                                    623 Fifth Avenue
                                    New York, NY 10022
                                    (212) 753-5000

                                    John N. Scholnick (JS7654)
                                    Ayad P. Jacob (AJ6888)
                                    6600 Sears Tower
                                    Chicago, IL 50505
                                    (312) 258-5500

                                    Attorneys for Defendants
                                    *Schreiber & Zindel Treuhand*
                                    *Anstalt, Frank O. Zindel, Engelbert*
                                    *Schreiber, Sr., and Engelbert*
                                    *Schreiber, Jr.*

                                    LAW OFFICES OF JERRY S. GOLDMAN
                                    & ASSOCIATES, P.C.

                                    By: _____
                                           Jerry S. Goldman (JG8445)
                                    111 Broadway, 13th Floor
                                    New York, NY 10006
                                    Attorneys for Plaintiffs

**SO ORDERED:**

_____
RICHARD CONWAY CASEY, U.S.D.J.

Dated: September 8, 2005