UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____
                                            )
In re Terrorist Attacks on September 11, 2001     )     No. 03-MD-1570 (RCC)
_____)

*This document relates to:*

*Ashton v. Al Qaeda*, No. 02-CV-6977 (RCC)
*Federal Insurance v. Al Qaida*, No. 03-CV-6978 (RCC)
*World Trade Center v. Al Baraka*, No. 04-CV-7280 (RCC)
*Continental Casualty v. Al Qaeda*, No. 04-CV-5970 (RCC)
*Euro Brokers v. Al Baraka*, No. 04-CV-7279 (RCC)
*New York Marine v. Al Qaida*, No. 04-CV-6105 (RCC)
*Burnett v. Al Baraka*, No. 03-CV-5738 (RCC)

### DEFENDANTS BAKR BINLADIN, OMAR BINLADIN, TARIQ BINLADIN, MOHAMMAD BINLADIN COMPANY, AND BINLADIN GROUP INTERNATIONAL COMPANY LTD.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINTS

Defendants Bakr Binladin, Omar Binladin, Tariq Binladin, Mohammad Binladin Company, and Binladin Group International Company Ltd. hereby respectfully move this Court for an order dismissing Plaintiffs' Complaints pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6). A memorandum of law accompanies this motion.

Dated: January 27, 2006              Respectfully submitted,

                                     /s/ Geoffrey S. Stewart
                                     _____
                                     Geoffrey S. Stewart (GS-5413)
                                     JONES DAY
                                     222 East 41st Street
                                     New York, New York  10017-6702
                                     Tel:  (212) 326-3939
                                     Fax:  (212) 755-7306

Stephen J. Brogan
Mary Ellen Powers
Timothy J. Finn
Jonathan C. Rose
James E. Gauch
Michael P. Gurdak
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001
Tel:  (202) 879-3939
Fax:  (202) 626-1700

*Attorneys for Defendants Bakr Binladin, Omar Binladin, Tariq Binladin, Mohammad Binladin Company, and Binladin Group International Company Ltd.*