# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*

> *Thomas E. Burnett, Sr., et al. v. Al Baraka Investment & Development Corp., et al.*, Case No. 03-CV-9849 (S.D.N.Y.)
> *Kathleen Ashton, et al. v. Al Qaeda Islamic Army, et al.*, Case No. 1:02-6977 (S.D.N.Y.)
> *Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-CV-6978 (S.D.N.Y.)
> *Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.*, Case No. 04-CV-05970-UA (S.D.N.Y.)
> *Euro Brokers, Inc., et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 04-CV-07279-UA (S.D.N.Y.)
> *New York Marine and General Insurance Co. v. Al Qaida, et al.*, Case No. 04-CV-6105 (S.D.N.Y.)
> *World Trade Center Properties, LLC, et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 04-CV-7280 (S.D.N.Y.)

## AFFIDAVIT OF OMAR MOHAMMAD BINLADIN

I, Omar Mohammad Binladin, state under penalty of perjury, as follows:

1.      I was born in Saudi Arabia in 1950 and am a resident and citizen of the Kingdom of Saudi Arabia.

2.      I am one of 54 children of Mohammad Awad Binladin.  Osama Bin Laden ("Osama") is my half-brother, but we have different mothers, grew up in different households, and had very little contact growing up.

3.      I last saw Osama at the end of 1990.  Since that time, I have spoken to him on only one occasion when he telephoned me in 1995 to offer condolences on the death of my sister. That conversation lasted only about a minute, as I purposely cut it short.

4.      I went to college in the United States in the early 1970's, but I have not lived there since I graduated in 1974. I have vacationed in the United States on several occasions, but the last time I visited the United States, for vacation or any other reason, was in 1997.

5.      I have never lived in Falls Church, Virginia, nor do I recall ever even visiting that city. I am the uncle, not the brother, of Abdullah Awad Binladin, who is named as a defendant in this action. I have never lived with my nephew Abdullah Binladin, in Falls Church, Virginia or anywhere else. I have never had any connection with WAMY International in Virginia, nor have I had any connection with the World Assembly of Muslim Youth anywhere else in the world.

6.      I have never been an investor in WorldCare Ltd. in Massachusetts, as plaintiffs claim.

7.      I am a member of the board of directors of Mohammad Binladin Company ("MBC"). I am also the chairman of the executive board of the Public Buildings and Airports Division of the Saudi Binladin Group ("SBG"). I am not and never have been a director of SBG. MBC and SBG are separate companies with separate offices. MBC is neither a subsidiary (as plaintiffs allege) nor a parent company of SBG.

8.      In August 1990, in response to Saddam Hussein's invasion of Kuwait, my half-brother Haydar Binladin and I opened a master account at Swiss Bank Corporation (now UBS) in Geneva for the benefit of the heirs of my father, Mohammad Binladin, who had died in 1967. Sub-accounts were set up for the benefit of each of more than 50 heirs of Mohammad Binladin, including one sub-account on behalf of Osama, and these sub-accounts were funded in August 1990 with a portion of the legal inheritance of each heir. Attached as Exhibit 1 are documents obtained from UBS regarding Osama's sub-account. These documents reflect that the account

was essentially depleted as of October 28, 1991, and that there were no further external transfers of funds from that account after that date.

9.    During the 1990-91 Gulf War and thereafter, SBG and its subsidiaries performed a number of construction and telecommunications contracts for the United States military in Saudi Arabia.  Among the projects on which SBG worked was construction of the King Abdul Aziz Air Base, from which U.S. forces operated, and a project to widen and build connections to a 1200 kilometer road that was required so that U.S. troops could move easily and safely to and from the northern regions of Saudi Arabia.  I was personally involved in oversight of the road construction project.  As reflected in the documents attached as Exhibit 2, SBG, its affiliates and employees were recognized by the United States government for their superior performance on a number of these projects.

10.    In 1989, Binladin Overseas (Pvt. Ltd.) was awarded a contract for the construction of the Port Sudan airport in the Sudan.  Performance of the contract began in or about February 1990, and the project was substantially completed in 1992.  The Public Buildings and Airports Division of SBG was responsible for performance of the contract.

11.    To the best of my knowledge, Osama had no role in the performance of the Port Sudan airport construction project.  He was not employed by Binladin Overseas (Pvt. Ltd.) or by SBG, MBC, or any of their affiliates.  Al Hijra Construction Company ("Al Hijra"), a company allegedly owned by Osama, had no role in the construction project.  Al Hijra is not a subsidiary or affiliate of SBG, MBC, or Binladin Overseas (Pvt. Ltd.).

12.    Neither SBG nor MBC nor Binladin Overseas (Pvt. Ltd.) nor any of their subsidiaries or affiliates participated in the construction of the Tahaddi Road project in the Sudan.  Nor, to my knowledge, did any of these companies engage in any joint construction

projects in the Sudan in the 1990's with Al Hijra or with any other company controlled by Osama.

13.    In or about June 1992, I attended and spoke at a ceremony for the inauguration of the Port Sudan airport. To the best of my recollection, Osama was not in attendance at that ceremony. Attached as Exhibit 3 is a contemporaneous media account of the inauguration ceremony, which makes no mention of his presence. I did not see or meet with Osama on that trip or, in fact, on any other trip I made to the Sudan.

14.    Binladin Group International Company Limited ("BGI") is not the same company as Binladin Overseas (Pvt. Ltd.). Binladin Overseas (Pvt. Ltd.) was incorporated in the Jersey Channel Islands in the late 1980's and had its principal place of business in Dubai. Binladin Overseas (Pvt. Ltd.) ceased doing business after the Port Sudan project was completed.

15.    BGI was incorporated in the Cayman Islands in November 1995 as "Binladin International Company Limited." The name was changed to Binladin Group International Company Limited in October 1997. Attached as Exhibit 4 are copies of the Certificate of Incorporation and Certificate of Incorporation on Change of Name. BGI had no involvement in the Port Sudan construction project, the Tahaddi Road project or any other construction project in the Sudan.

16.    In June 1993, the shareholders of SBG and MBC, including myself, adopted resolutions to amend the Articles of Association of each of these two entities so as to remove Osama as a shareholder. To the best of my knowledge, Osama has received no distributions of funds or other support from MBC, SBG or any of their subsidiaries or affiliates since prior to the time the resolutions were adopted in June 1993. Since that time, I have not authorized any person or entity to make any payments to, do business with, or otherwise provide any support to

4

Osama, nor have I personally provided any such support to him. Plaintiffs' allegation that "[t]he family dedicated 50 million Saudi Riyals to the protection of Osama" after September 11, 2001, and that I participated in funding this "protection," is completely false.

17.     I have never provided any support to any organization that I understood to be associated with al Qaeda or with terrorism of any kind. I was appalled by the horrific events of September 11, 2001 and I reject and condemn such violence.

Kingdom of Saudi Arabia
Western Province
City of Jeddah                                      ) SS:
Consulate General of the
United States of America

_____
OMAR MOHAMMAD BINLADIN

Sworn to before me this
25 th day of January 2006

MARK MCGOVERN
VICE - CONSUL OF THE
UNITED STATES OF AMERICA

_____
Notary Public
My Commission Expires _____ INDEFINITELY

# EXHIBIT 1

*GF*

*O K*

Transformé en
compte numérique
le **0 1 OCT. 1993**

## Declaration on opening an account or securities account
### (Form A as per Art. 3 and 4 CDB)

The undersigned hereby declares:
(mark with a cross where applicable)

[X] **as holder of the account,**

[ ] that he is the beneficial owner of the assets to be deposited with the bank

Documents annulés
selon clôture
Le: **1 4 OCT. 1997**
J.-J. TESSIER

[X] that the beneficial owner of the assets to be deposited with the bank is:

Full name (or firm)                    Address/Domicile/Country
                                       (or location of head office)

*Mr. Osama M. Binladin*

[ ] **as representative of the account holder,**

that the following person(s) is/are the beneficial owner(s) of the assets to be deposited with the
bank:

Full name (or firm)                    Address/Domicile/Country
                                       (or location of head office)

The undersigned takes due note that:

– the banking secrecy privilege protected by Art. 47 of the Federal Law on Banks and Savings Banks of
November 8, 1934/March 11, 1971 is not unrestricted. The officers, employees and mandataries of the
bank are liable to provide evidence and information vis-à-vis the authorities when required to do so
under federal or cantonal laws (such as during a criminal proceeding). Such an obligation also exists
vis-à-vis foreign authorities, insofar as the Swiss Confederation grants judicial assistance to the
country concerned;

– the system of numbered or coded accounts and deposits is a purely internal measure of the bank and
in no way affects the obligation to provide evidence or to testify to the authorities.

Mr. Omar Mohamed A. BIN LADEN and Mr. Haider Mohamed A. BIN LADEN
Full name, or firm, if applicable

P.O.Box 958   Jeddah   Saudi Arabia
Exact address

Geneva, August 17, 1990
Place and date                          Signature

with Swiss Bank Corporation in ..................................................   ~ . . . . . /~~~~~~/ . . . . . . .

| Account-holder(s)    Name and first names (married women, please indicate maiden name) | Legal Domicile (exact address) | Nationality Date of birth | Profession |
|---|---|---|---|
| 1) Mr. Omar Mohamed A. BIN LADEN | P.O. Box 958 Jeddah Saudi Arabia | Saudi 1.7.1950 | Business |
| 2) Mr. Haider Mohamed A. BIN LADEN | *Transforme en compte numerique le 01 OCT. 1993* | Saudi 1957 | Business |
| Jointly account | | | |

References / Identity Papers    Saudi Passport   Nr. 194008 issued on 1.8.89 at Jeddah

Correspondence      (Language    English      )
— except in the case of special circumstances left at the bank's discretion —
☐ To be sent to the following address:

Saudi passport Nr 389980 issued at Jeddah on 18.9.90 and valid until 28.7.95

☒ To be retained, against remuneration, by the Bank which is hereby discharged of any liability for possible consequences. Mail not claimed by me/us can be destroyed after a period of 3 years.

**Account / Securities deposit / Precious metals**
☐ Account in Swiss francs
☒ Current account in foreign currency    US$
☐ Securities deposit
☐ Metal account
☐

Remittances received in a currency for which there is no corresponding account are to be credited at the Bank's discretion to an already existing account or to be maintained in the currency received.
If a Joint Account is opened, remittances received in the sole favour of one account holder only shall automatically be credited to the joint account, unless a separate account exists in the exclusive favour of the beneficiary or unless the Bank is in possession of instructions to the contrary.

**Capital increases**
☐ Please ask for instructions
☐ Exercise the rights

☐ Sell the rights
☐ The Bank is authorized to act at its discretion in the customer's interest

Special instructions ..................................................

*Documents annulés selon clôture*
*Le: 14 OCT. 1997*
*J.J. TESSIER*

The Bank is discharged of all liability for decisions left to its discretion.

I/We acknowledge having taken note of the translation of the General Conditions reproduced on the reverse side and consider myself/ourselves bound by the official text in French and furthermore accept jurisdiction of the Courts in ................................................

Metal accounts and the custody of precious metals and coins are subject to separate regulations.

If the consent of the spouse is required by law for an account to be opened, the Bank is entitled to assume that this consent has been given.

Geneva, August 17, 1990
Place / Date

Signature(s)

*Signature en procuration*

INVESTISSEURS PRIVES 1 — 110/01/6019

# Agreement for a joint and several account

*OK*

Swiss Bank Corporation in _____ **GENEVA**
hereby opens in the names of

**Mr. Omar Mohamed A. BIN LADEN**

**Mr. Haider Mohamed A. BIN LADEN**

_____

_____

_____

as depositors, creditors and debtors, jointly and severally, a securities deposit and/or one or more accounts under the customer number _CO-565.167_ which are subject to the General Conditions of the Bank and to the following provisions:

1. Each of the account holders shall have the sole and unrestricted right to dispose of any of the assets and funds deposited, in particular to pledge them as security, to give any instructions or approvals whatsoever, and to appoint attorneys. The signature of any one of them shall be sufficient to give full discharge to the Bank, and the said powers of attorney shall be considered as given in the name of all account holders.

2. The account holders shall be jointly and severally liable to Swiss Bank Corporation as joint and several debtors (as defined by Arts. 143–149 of the Swiss Code of Obligations) for all present and future claims which said bank may have against them, even if such claims result from instructions issued or commitments entered into by only one of them.

3. In the event of the death of one of the account holders the survivor(s) and any attorney shall be alone entitled as far as the Bank is concerned to dispose of the securities and monies in the aforementioned manner. At the request of one who has been properly, i.e. legally, identified as a statutory or testamentary heir of the deceased joint account holder, the bank is entitled to reveal the contents of the deposit or account as it stood on the day of death and to communicate the name(s) of the surviving joint account holder(s) and any agent(s) to whom powers of attorney have been granted.

4. This agreement shall govern the relations between the account holders and the Bank irrespective of those existing between the account holders themselves or their successors, and irrespective, in particular, of the ownership of the assets.

5. All communications relating to the said deposit and accounts shall be deemed to have been validly made if sent to the last address indicated to the Bank.

6. The law applicable and jurisdiction shall be those laid down by the General Conditions of the Swiss Bank Corporation to which the account holders have agreed.

Signed and delivered in ___2___ originals.

**Documents annulés selon clôture**

Le: **14 OCT. 1997**

J.-J. TESSIER

_Geneva, August 17, 1990_
Place / Date

**Signatures of the depositors**

Swiss Bank Corporation

Signature vérifiée

Transmis comp.d numéropré

le 01 OCT. 1993

INVESTISSEURS PRIVES I — Γ(0/ Vi/ 6043

# Agreement for a joint and several account

Transférée en
~~Compte Numérique~~

Swiss Bank Corporation in _____ **GENEVA** _____
hereby opens in the names of

Mr. Omar Mohamed A. BIN LADEN

Mr. Haider Mohamed A. BIN LADEN

as depositors, creditors and debtors, jointly and severally, a securities deposit and/or one or more accounts under the customer number _C0-565'167_ which are subject to the General Conditions of the Bank and to the following provisions:

1. Each of the account holders shall have the sole and unrestricted right to dispose of any of the assets and funds deposited, in particular to pledge them as security, to give any instructions or approvals whatsoever, and to appoint attorneys. The signature of any one of them shall be sufficient to give full discharge to the Bank, and the said powers of attorney shall be considered as given in the name of all account holders.

2. The account holders shall be jointly and severally liable to Swiss Bank Corporation as joint and several debtors (as defined by Arts. 143–149 of the Swiss Code of Obligations) for all present and future claims which said bank may have against them, even if such claims result from instructions issued or commitments entered into by only one of them.

3. In the event of the death of one of the account holders the survivor(s) and any attorney shall be alone entitled as far as the Bank is concerned to dispose of the securities and monies in the aforementioned manner. At the request of one who has been properly, i.e. legally, identified as a statutory or testamentary heir of the deceased joint account holder, the bank is entitled to reveal the contents of the deposit or account as it stood on the day of death and to communicate the name(s) of the surviving joint account holder(s) and any agent(s) to whom powers of attorney have been granted.

4. This agreement shall govern the relations between the account holders and the Bank irrespective of those existing between the account holders themselves or their successors, and, irrespective, in particular, of the ownership of the assets.

5. All communications relating to the said deposit and accounts shall be deemed to have been validly made if sent to the last address indicated to the Bank.

6. The law applicable and jurisdiction shall be those laid down by the General Conditions of the Swiss Bank Corporation to which the account holders have agreed.

Signed and delivered in ___ 2 ___ originals.

Documents annulés
selon clôture
Le: 1 4 OCT. 1997
J.-J. TESSIER

Geneva, August 17, 1990
Place / Date

Signatures of the depositors

Swiss Bank Corporation

S. Mah...

Signature
vérifiée

INVESTISSEURS PRIVES 1 – ΠΟ/ Ρ Τ/ Ρ'╵

**Swiss Bank Corporation**
**Schweizerischer Bankverein**
P.O. Box

re: account   *CO-565'167 G-F*   GENEVA

BINLADIN Omar M.A.
BINLADIN Haider M.A.

Transformé en
compte numérique
le   0 1 OCT. 1993

2 9 NOV. 1990

Dear Sir/Madam,

I/we hereby authorize you to use all or part of the funds available at a given time in my/our account at yo
bank to make investments in your name, for my/our account and at my/our risk.

The choice of debtor (bank or non-bank), currency, amount and maturity (including renewals, extensions
increases and reductions of the investments) is left to your discretion.

These instructions remain valid even after the event of my/our death or incapacity.

I/we expressly declare myself/ourselves to be in agreement with any action taken by you for my/our
account on the basis of these instructions and, moreover, expressly confirm that you cannot be held liabl
for any consequences resulting from your compliance with these instructions.

These instructions are governed by Swiss law, subject to measures ordered by the country of the curren
concerned and the country where the funds are invested.

Notice of my/our cancellation of these standing instructions will reach you at least five days before
maturity of the investment(s) running at the time.

Documents annulés
selon clôture
Le: 1 4 OCT. 1997   Yours faithfully
J. TESSIER

2 9 NOV.

I agree with your fiduciary commission
of 3/8% per year.

Geneva, August 17, 1990
Place/Date

Signature
vérifiée

Signature(s)

INVESTISSEURS PRIVÉS I — Mo/DP/6079



**Swiss Bank Corporation**
**Schweizerischer Bankverein**
P.O. Box

67 GF   GENEVA

~~BINLADIN Omar M.A.~~
BINLADIN Haider M.A.

Transformé en
compte numérique
le   01 OCT. 1993

Documents annulés
selon clôture
Le:  14 OCT. 1997

J.-J. TESSIER

Dear Sir/Madam,

I/we hereby authorize you to use all or part of the funds available at a given time in my/our account at your bank to make investments in your name, for my/our account and at my/our risk.

The choice of debtor (bank or non-bank), currency, amount and maturity (including renewals, extensions, increases and reductions of the investments) is left to your discretion.

These instructions remain valid even after the event of my/our death or incapacity.

I/we expressly declare myself/ourselves to be in agreement with any action taken by you for my/our account on the basis of these instructions and, moreover, expressly confirm that you cannot be held liable for any consequences resulting from your compliance with these instructions.

These instructions are governed by Swiss law, subject to measures ordered by the country of the currency concerned and the country where the funds are invested.

Notice of my/our cancellation of these standing instructions will reach you at least five days before maturity of the investment(s) running at the time.

Yours faithfully

I agree with your fiduciary commission
of 3/8% per year.

Geneva, August 17, 1990
Place/Date

Signature vérifiée

Signature(s)

I/We the undersigned      INVESTISSEURS PRIVÉS I – Mo/DP/6079   OK

Mr. Omar Mohamed A. BIN LADEN
Mr. Haider Mohamed A. BIN LADEN

> compte numérique
> le  01 OCT. 1993

resident in JEDDAH Saudi Arabis
hereby give full Power of Attorney, ~~with power of substitution,~~ to (Please indicate name, first name and domicile)

Mr. Yeslam Mohamed A. BINLADIN

Sheikh Osama Mohamed BINLADIN

to represent me/us vis-à-vis the Swiss Bank Corporation in

GENEVA

(hereinafter called the Bank) and in particular to dispose of all or any assets deposited at any time in my/our name with the Bank and to incur liabilities on my/our behalf.

In particular, the said Attorney(s) shall be empowered to deposit, buy, sell, pledge, convert and withdraw securities in my/our name, to lodge or withdraw funds in any manner whatsoever, be it by cheque or otherwise, to sign all settlements of account, receipts, discharges, transfers and assignments, to issue, accept, endorse or give discharges on bills of exchange, cheques, orders or similar instruments of every kind, to receive communications, extracts of account or deposit and all other statements, to submit to jurisdiction and generally to do everything she/they/he may deem expedient or necessary. This power includes dispositions of the said Attorney(s) in his/her/their own favour.

2 The Attorneys
— are authorized to act severally and by their sole signature.1
— ~~shall act jointly, any _____ signing together. In the event of the death, incapacity or resignation of one or more of the Attorneys and unless the Bank receives instructions from me/us to the contrary, the power of signature is so constituted that in each instance the remaining Attorneys may sign jointly or the sole remaining Attorney individually.1~~
This power shall remain in force notwithstanding my/our death or incapacity.

Applicable law and jurisdiction: All disputes will be decided in accordance with Swiss law. The place of performance, the place for special proceedings for the collection of debts owed by persons domiciled or residing abroad and the place of jurisdiction shall be

GENEVA

but the Bank shall also be entitled to bring proceedings against the undersigned at his/their domicile, in which event Swiss law shall remain applicable.

> Documents annulés
> selon clôture
> Le 14 OCT. 1997
> J.-J. TESSIER

Geneva, August 17, 1990
Place/Date

Signature(s) and address(es) of the attorney(s)      Signature(s) of the principal(s)

Signature vérifiée

**Specimene de signature / Unterschriftenproben**
**Firme depositate / Specimen signatures**

Titolare(i) / Kontoinhaber / Titolary(i) / Account-Holder(s)

17.8.90 | No CO-565167

| Nom(e)/Name(n)/Cognome(i)/Si/name(s) | Prénom(s)/Vorname(n)/Nome(i)/First name(s) | Data Datum Data Data | Signature(s)/Unterschrift(en)/Firma(e)/Signature(s) |
|---|---|---|---|
| BIN LADEN | Omar Mohamed A. | | |
| BIN LADEN | Haider Mohamed A. | | |
| BINLADIN | | | |

Documents annulés
selon clôture

Le: 14 OCT. 1997

J.-J. TESSIER

Transformé en
compte courrier
to: 01 JUIN 1993

Procuration en faveur de / Vollmacht zugunden von / Procura a favore di / Power of Attorney in favour of

| Nom(s)/Name(n)/Cognome(i)/Surname(s) | Prénom(s)/Vorname(n)/Nome(i)/First name(s) | | Signature(s)/Unterschrift(en)/Firma(e)/Signature(s) |
|---|---|---|---|
| BINLADIN | Yeslem Mohamed A. | | |

F 2725 N  11.81  220'000

| Nom(s)/Name(n)/Cognome(i)/Surname(s) | Prénom(s)/Vorname(n)/Nome(i)/First name(s) | Signature(s)/Unterschrift(art)/Firma(s)/Signature(s) |
|---|---|---|
| B. L. LADEN | Omar Mohamed A. | |
| BIN LADEN | Haider Mohamed A. | |
| | | |
| | | |

Procuration en faveur de / Vollmacht zugunsten von / Procura a favore di / Power of attorney in favor of

| Nom(s)/Name(n)/Cognome(i)/Surname(s) | Prénom(s)/Vorname(n)/Nome(i)/First name(s) | Signature(s)/Unterschrift(art)/Firma(s)/Signature(s) |
|---|---|---|
| BINLADIN | Yeslem Mohamed A. | |
| | | |
| | | |

F 27325 N  11.81  220000

INVESTISSEURS PRIVÉS I - Mo/DP/6073

Documents annulés
selon clôture
Le: 1 4 OCT. 1997
J.-J. TESSIER

## Dossier

S12   G91023991027   ZV
*ZV

1211 GENEVA 2          28.10.91
6404

626/CO-   38810.0001/58947                    CO-565,167.0

DEBIT ADVICE

WE HAVE DEBITED YOUR ACCOUNT          MR OMAR M.A. BINLADIN      4
AS FOLLOWS:                           MR HAIDER M.A. BINLADIN

ORDER:  24.10.91

IN FAV. OF ACC. 4911814                      US$       AMOUNT
HAYDER M.BINLADIN
                                                      482,000.00
                                      CHARGES              34.37
                                                  ----------------
                                      D                482,034.37

ACCOUNT WITH:
T/AL ANDULUS STREET
BRANCH                                VAL       28.10.91
JEDDAH SAUDI ARABIA


TRANSFER THROUGH:
SAUDI AMERICAN BANK
REDEC PLAZA
P.O. BOX 490
JEDDAH  -SAUDI ARABIA-
ACCT: CITIBANK N.A.      NEW-YORK*


FORM WITHOUT SIGNATURE

SWISS BANK
RUE CONFE.
1211 GENE'
TEL. 022/:

INTERIM S

DATE
26.08 TRAI

26.09 CRE[
5.

K1

1211 GENEVE 11

886 06404 KOA

31.12.1990   CO-565,187.0   US$

MR OMAR M.A.BINLADIN
MR HAIDER M.A.BINLADIN

04

| DATE | | TRANSACTION | REF | DEBIT | CREDIT | BALANCE | VALUE DATE |
|---|---|---|---|---|---|---|---|
| 20.09 | F | TRANSFER | 721743 | 450,000.00 | 450,000.00 | 450,000.00 | 20.09.90 |
| 20.09 | F | TRANSFER | 721743 | 18.00 | | 18.00 | 20.09.90 |
| 20.09 | F | CHARGES | | 147.00 | | 165.00 | 20.09.90 |
| 20.09 | F | TRUST COMMISSION | 721743 | | 2,979.91 | 2,813.91 | 20.09.90 |
| 20.09 | F | TRANSFER | 721743 | | 450,000.00 | 452,813.91 | 20.09.90 |
| 20.09 | F | TRANSFER | 729073 | 19.00 | | 813.91 | 20.09.90 |
| 21.10 | F | CHARGES | 729073 | 154.00 | | 794.91 | 22.10.90 |
| 21.10 | F | TRUST COMMISSION | 729073 | | 3,083.58 | 640.91 | 22.10.90 |
| 22.10 | F | TRANSFER | 729073 | | 452,000.00 | 3,704.47 | 22.10.90 |
| 22.10 | F | TRANSFER | 738644 | 485,000.00 | | 455,704.47 | 22.10.90 |
| 23.11 | F | CHARGES | 738644 | 19.00 | | 704.47 | 23.10.90 |
| 23.11 | F | TRANSFER | 738644 | 153.00 | | 685.47 | 23.11.90 |
| 23.11 | F | TRUST COMMISSION | 738644 | | 3,109.17 | 532.47 | 23.11.90 |
| 23.11 | F | TRANSFER | 744917 | | 456,000.00 | 3,641.64 | 23.11.90 |
| 23.11 | F | TRANSFER | 744917 | 457,000.00 | | 456,641.64 | 23.11.90 |
| 21.12 | F | CHARGES | 744917 | 19.00 | | 1,641.64 | 21.12.90 |
| 21.12 | F | TRUST COMMISSION | 744917 | 155.00 | | 1,682.64 | 21.12.90 |
| 21.12 | F | TRANSFER | 744917 | | 2,681.40 | 4,089.04 | 21.12.90 |
| 21.12 | F | TRANSFER | 744917 | | 457,000.00 | 461,089.04 | 21.12.90 |
| 7.12 | F | FEES RETAINED MAIL | 753320 | 459,000.00 | | 2,089.04 | 21.12.90 |
| 31.12 | | CHARGES | | 39.14 | | 2,049.90 | 31.12.90 |
| | | CHARGES | | 11.50 | | | 31.12.90 |
| | | BALANCE | | 2,038.40 | | | 31.12.90 |

1175/2   2,275,773.04

104395 BALANCE IN YOUR FAVOUR   2,275,773.04   2,038,402.64 O.E.

31.12.90 153   31.12.90 O.E.

FEHLENDE ODER UNRICHTIGE
ZAHLUNGEN UND SALDENSTELLUNGEN
SIND UNS INNERHALB
VIER STUNDEN ZU MELDEN

MR OMAR M.A. BINLADIN
MR HAIDER M.A. BINLADIN          D4

1211 SCHEDULE 2

DATE 31.12.1991          CO-565,167.0          USD

K1          628 C8404 KOA

| TRANS | DESCRIPTION | REF | DEBIT | CREDIT | NEW BALANCE | VALUE DATE |
|---|---|---|---|---|---|---|
| 31.12 F | BAL BROUGHT FORWARD | | | | 2,036.40 | 31.12.90 |
| 22.01 F | CHARGES | | 19.00 | | 2,019.40 | 22.01.91 |
| 22.01 F | TRUST COMMISSION | 753380 | 159.00 | | 1,860.40 | 22.01.91 |
| 22.01 F | TRANSFER | 753380 | | 3,187.50 | 5,047.90 | 22.01.91 |
| 22.01 F | TRANSFER | 753380 | 463,000.00 | 489,000.00 | 464,047.90 | 22.01.91 |
| 22.02 F | TRANSFER | 760518 | 20.00 | | 1,047.90 | 22.02.91 |
| 22.02 F | CHARGES | 760518 | 20.00 | | 1,027.90 | 22.02.91 |
| 22.02 F | TRUST COMMISSION | 760518 | 156.00 | | 871.90 | 22.02.91 |
| 22.02 F | TRANSFER | 760518 | | 2,716.11 | 3,588.01 | 22.02.91 |
| 22.02 F | TRANSFER | 604081 | 465,000.00 | 463,000.00 | 466,588.01 | 22.02.91 |
| 22.03 F | TRANSFER | 604081 | 20.00 | | 1,588.01 | 22.03.91 |
| 22.03 F | CHARGES | 604081 | 159.00 | | 1,568.01 | 22.03.91 |
| 22.03 F | TRUST COMMISSION | 604081 | 159.00 | | 1,409.01 | 22.03.91 |
| 22.03 F | TRANSFER | 611877 | | 2,690.42 | 3,699.43 | 22.03.91 |
| 22.03 F | TRANSFER | 611877 | 467,000.00 | 465,000.00 | 468,699.43 | 22.03.91 |
| 22.04 F | CHARGES | 611877 | 19.00 | | 1,680.43 | 22.04.91 |
| 22.04 F | TRUST COMMISSION | 619057 | 153.00 | | 1,467.43 | 22.04.91 |
| 22.04 F | TRANSFER | 619057 | | 2,498.23 | 3,965.66 | 22.04.91 |
| 22.04 F | TRANSFER | 619057 | 469,000.00 | 467,000.00 | 470,965.66 | 22.04.91 |
| 22.05 F | CHARGES | 619057 | 18.00 | | 1,965.66 | 22.05.91 |
| 22.05 F | TRUST COMMISSION | 619057 | 146.56 | | 1,847.10 | 22.05.91 |
| 22.05 F | TRANSFER | 619057 | | 2,149.58 | 3,970.68 | 22.05.91 |
| 22.05 F | TRANSFER | 626441D | 471,000.00 | 469,000.00 | 472,970.68 | 22.05.91 |
| 24.06 F | CHARGES | | 17.00 | | 1,953.68 | 24.06.91 |

THIS IS NOT A STATEMENT

***K-03***

PAGE 2

31.12.1991   USB

CO-585,187.0

| DATE | | ACCOUNT | | | VALUE DATE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 24.06 | F TRUST COMMISSION | 626410 | | 161.91 | 1,791.47 | 24.06.91 | | | |
| 24.06 | F TRANSFER. | 626410 | | 2,638.70 | 4,431.47 | 24.06.91 | | | |
| 24.06 | F TRANSFER | 626410 | 475,000.00 | 471,000.00 | 475,031.47 | 24.06.91 | | | |
| 24.07 | F TRANSFER | 653978 | 17.00 | | 475,031.47 | 24.07.91 | | | |
| 24.07 | F CHARGES | 653978 | 147.81 | | 2,031.47 | 24.07.91 | | | |
| 24.07 | F TRUST COMMISSION | 653978 | | | 2,014.47 | 24.07.91 | | | |
| 24.07 | F TRANSFER. | 633978 | | 2,094.00 | 1,886.66 | 24.07.91 | | | |
| 24.07 | F TRANSFER | 633978 | 475,000.00 | 473,000.00 | 3,980.67 | 24.07.91 | | | |
| 24.07 | F TRANSFER | 644185 | | | 478,980.67 | 24.07.91 | | | |
| 26.08 | F CHARGE | 644185 | 16.00 | | 1,980.67 | 24.07.91 | | | |
| 26.08 | F TRUST COMMISSION | 644185 | 165.28 | | 1,964.67 | 26.08.91 | | | |
| 26.08 | F TRANSFER. | 644185 | | 2,448.28 | 1,781.39 | 26.08.91 | | | |
| 26.08 | F TRANSFER | 647441 | 477,000.00 | 475,000.00 | 4,230.61 | 26.08.91 | | | |
| 26.08 | F TRANSFER | 647441 | | | 479,230.61 | 26.08.91 | | | |
| 26.09 | F CHARGES | 647441 | 16.00 | | 2,230.61 | 26.09.91 | | | |
| 26.09 | F TRUST COMMISSION | 647441 | 164.00 | | 2,214.61 | 26.09.91 | | | |
| 26.09 | F TRANSFER | 647441 | | 2,130.77 | 2,050.61 | 26.09.91 | | | |
| 26.09 | F TRANSFER | 653987 | 476,000.00 | 477,000.00 | 4,181.38 | 26.09.91 | | | |
| 26.10 | F TRANSFER | 653987 | | | 481,181.38 | 26.09.91 | | | |
| 26.10 | F CHARGES | 653987 | 16.00 | | 3,185.38 | 28.10.91 | | | |
| 26.10 | F TRUST COMMISSION | 653987 | 164.00 | | 3,169.38 | 28.10.91 | | | |
| 26.10 | F TRANSFER. | 653987 | | 2,021.37 | 5,022.71 | 28.10.91 | | | |
| 26.10 | F TRANSFER | 653987 | 476,000.00 | 478,000.00 | 483,072.71 | 28.10.91 | | | |
| 31.12 | F FIXED RETAINED MAIL | 38810 | X 482,034.37 | | 1,036.34 | 28.10.91 | | | |
| 31.12 | F CHARGE | | 144.03 | | 19.41 | 20.12.91 | | | |
| | F BALANCE | | 19.41 | | 883.41 | 31.12.91 | | | |
| | | | 874.00 | | | | | | |

4,721,885.27   4,722,885.27

12251

114960  BALANCE IN YOUR FAVOUR   874.00   A.O.E.   31.12.91   365

Schweizerischer Bankverein
Société de Banque Suisse
Società di Banca Svizzera
Swiss Bank Corporation

1211 GENEVE 2

MR. OMAR M.A. BINLADIN   04
MR. HAIDER M.A. BINLADIN

Konto
Kontokorrent 31-12-1992
Valuta 31.12.1992

| Datum | | Text | | | Saldo / Solde débiteur | | Saldo / Solde créditeur | | |
|---|---|---|---|---|---|---|---|---|---|
| 31.12 | P | BAL. BROUGHT FORWARD | | | | 874.00 | | | |
| 19.02 | F | SAFE-CUSTODY-CHARGES | | | | | | | |
| 30.11 | F | FEE FOR MAIL REL. | | | | | | | |
| 26.12 | F | CHARGES! | | | | | | | |
| | | BALANCE | | | | | | | |

Schweizerischer Bankverein
Société de Banque Suisse
Società di Banca Svizzera
Swiss Bank Corporation

1211 GENEVE 2

Kontoauszug
Relevé de compte
Estratto di conto
Statement of Account

K0          624 06404 B 01 565,167   KOA

Abschlussdatum
Date de clôture
Data di chiusura 31.12.1993
(Sichtstichtag)
Kontonummer
N° de compte
N° di conto
Kontonummer          C0-565,167.-0

Valuta
Valeur
Valuta 31.12.1993
Valuta
Währung USD
Monnaie
Moneta
Currency

5 6 5 1 6 7   Q F . - 04

| Buchungsdatum Interdatb. Jaud'opér. Datacontab. | Text Texte Testo Text | Soll Debit Debit | Haben Avoir Credit | Valuta-Datum-Soll-Debit Valeur-Date-Soll-Debit | Valuta-Datum-Haben-Credit Valeur-Date-Haben-Credit | Valuta Valeur Valuta | Saldo-Solde-Saldo-Balance -Vortrag-Report- | Vergut. Bonif. Saved Oper. | Zins-Vk.-Adres. Nummer/subeten | Zins-Vk.-Adres. Nummer/subeten |
|---|---|---|---|---|---|---|---|---|---|---|
| 31.12 F | BAL. BROUGHT FORWARD | | 593,79 | | 593,79 | | 593,79 | | | |
| 26.12 F | FEES F.NUMBERED | 133,42 | | | 448,37 | 31.12.93 | | | | |
| 25.12 F | CHARGES | 5,85 | | | 455,02 | 24.11.93 | | | | |
| | BALANCE | 455,02 | | | | 31.12.93 | | | | |

114007

| 09320 BALANCE IN YOUR FAVOUR | | 455,12E.8 O.E. |
|---|---|---|

31.12.93 365

Kontoführende Geschäftsstelle
Agence qui tient le compte
Filiale que tiene
Branch tenant / agency

Schweizerischer Bankverein
Société de Banque Suisse
Società di Banca Svizzera
Swiss Bank Corporation

1211 GENEVE 2
K8   Kontoauszug / Abschluss / Relevé de compte / Extrait de dépôt / Statement of account

399 06404 B 01 565,167 KOA

Abschluss / Date de clôture 31.12.1994
Entrée de compte CO-565,167.0

Valuta 31.12.1994
Währung USD
Currency

5 6 5 1 6 7   0 F   04

| Datum | Text | | Soll / Débit | Haben / Avoir | Saldo/Solde·Sollsaldo ±Sol·Déb·Dav·Sald | Valuta |
|---|---|---|---|---|---|---|
| 31.12 | F | SAL.BROUGHT FORWARD | 2 | | 455.12 | 455.12 | 31.12.93 |
| 25.11 | F | FEES P.INNKBERGED | | 191.75 | | 383.27 | 25.11.94 |
| 25.12 | F | CHARGES | | 4.56 | | 248.71 | 31.12.94 |
| | | BALANCE | | 298.71 | | | |

111954

IXJSIK BALANCE IN YOUR FAVOUR

655.02   455.02
248.71E·6 O.E.   31.12.94 155

*** N 03 ***

Schweizerischer Bankverein
Société de Banque Suisse
Società di Banca Svizzera
Swiss Book Corporation

1211 GENEVE 2

Kontoauszug
Relevé de compte    399ⁿ 06404 B 01 565.167   KOA
Estratto di conto
Statement of Account

K8

Abschlussdatum
Date de clôture
Dato di chiusura 31.12.1995
Closing date
Kontonummer
No de compte
No di conto
Account number   C0-565,167.0

565167. 0 F   04

Valuta
Valeur
Valuta   31.12.1995
Valore
Monats
Wahrung USD
Currency

| | Text<br>Texte<br>Testo<br>Text | | Soll<br>Déb.<br>Dare<br>Debit | Haben<br>Avoir<br>Avere<br>Credit | Saldo Debet · Solde débiteur<br>= Soll Chait · Dare Debit | Solde Débet· Solde créance<br>= Soll Chait ·Dare Debit | Valuta<br>Valeur<br>Valuta<br>Value | Text<br>Jahr<br>Anno<br>Tête | Zins-Nr St<br>Numéro d'intérêt<br>Numero d'interesse<br>Entry numero | Zins-Nr Intérêts<br>Numéro d'intérêt<br>Numero d'interesse<br>Credit postion |
|---|---|---|---|---|---|---|---|---|---|---|
| 31.12 | F | BAL.BROUGHT FORWARD | | | | 298.71 | 31.12.94 | | | |
| 6.02 | F | FEES F.NUMBERED | 2 | 38.93 | | 259.78 | 6.02.95 | | | |
| 23.06 | F | FEES F.NUMBERED | 2 | 43.18 | | 216.60 | 23.06.95 | | | |
| 22.09 | F | FEES F.NUMBERED | 2 | 43.74 | | 172.86 | 20.09.95 | | | |
| 23.12 | F | FEES F.NUMBERED | 2 | 43.22 | | 129.64 | 31.12.95 | | | |
| 23.12 | F | CHARGES | | 5.25 | | 124.39 | 31.12.95 | | | |
| | | BALANCE | | 124.39 | | | | | | |

107974

124434   BALANCE IN YOUR FAVOUR          298.71      298.71          124,396.0 D.E.
31.12.95 5365

Fortschreibung /Portraschrift
Fonds von physique
Mächte neuer Plätze
Form auделен Ageräume

··· J 06 new

Schweizerischer Bankverein
Société de Banque Suisse
Società di Banca Svizzera
Swiss Bank Corporation

1211 GENEVE 2
Kohlerweg

K6

Relevé de Compte    599 06404 B 01 565,167    KOA
Extrait de Compte
Statement of Account

Auszichsldatum/Date d'extrait 31.12.1996    CO-565,167.0

Valuta 31.12.1996
Währung USD
Currency

5 6 5 1 6 7  G F    04

| Datum Text | Sent Out Debit | Haben Avoir Credit | Saldo-Solde-Saldo-Balance +:St-Hab-Cor-Avoir | Valuta Valeur Value |
|---|---|---|---|---|
| 31.12 F BAL.BROUGHT FORWARD | | | 124.39 | |
| 22.03 F FEES F.NUMBERED | 2 | 41.87 | 12.59 | 31.12.95 |
| 24.06 F FEES F.NUMBERED | 2 | 39.56 | 43.52 | 31.03.96 |
| 20.09 F FEES F.NUMBERED | 2 | 40.21 | 42.96 | 30.06.96 |
| 28.12 F FEES F.NUMBERED | 2 | 57.56 | 2.75 | 30.09.96 |
| BALANCE | | | 34.59- | 31.12.96 |

103637    158.98    34.59

100190 BALANCE IN OUR FAVOUR    158 78    E.& O.E.    31.12.56 356

*** G 03 ***

Saldovortrag
Report à nouveau
Saldo anteriore
Balance brought forward

Schweizerischer Bankverein
Société de Banque Suisse
Società di Banca Svizzera
Swiss Bank Corporation

K8

1211 GENEVE 2
Kontoauszug
Relevé de compte    651 06404 B 01 565,167
Estratto di conto
Statement of account

5 5 6 1 6 7  G F  04

Abschlussdatum 10.10.1997
Beleg Abschluss CO-565,167.0   ZA/M
Kontonummer
Account number   651 06404 B 01 565,167

Valuta 10.10.1997
Währung USD
Currency

| Datum Text | Soll Debit | Haben Credit | Saldo / Solde / Balance | Valuta Value | Tage Jours | Zahlen Kt.Soll | Zahlen Kt.Haben |
|---|---|---|---|---|---|---|---|
| 31.12 F BAL. BROUGHT FORWARD | | | 54.59- | 31.12.96 | 90 | | |
| 21.03 F FEES F.NUMBERED | 54.59 2 | | 69.17- | 31.03.97 | 30 | 31 | |
| 30.04 F REVISED INTER.RATE | 54.58 | | 69.17- | 30.04.97 | 61 | 21 | |
| 20.06 F FEES F.NUMBERED | 54.77 2 | | 103.94- | 30.06.97 | 92 | 42 | |
| 19.09 F FEES F.NUMBERED | 54.25 2 | | 138.19- | 30.09.97 | | 96 | |
| 10.10 F REVERSAL ENTRY | | 138.19 | | | | | 190 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 946 BALANCE IN YOUR FAVOUR | 138.19 | 138.19 | | 10.10.97 | 285 | 190 | 190 |

E. & O. E.

*** K 15 ***

Formular ohne Unterschrift
Formule sans signature
Modulo senza firma
Form without signature

# EXHIBIT 2




# DEPARTMENT OF THE ARMY

## U.S. ARMY CENTRAL
## SUPPORT COMMAND

*Certificate of Achievement*

*is awarded to*

## Saudi Bin Laden Group

FOR OUTSTANDING PERFORMANCE IN THE
CONSTRUCTION OF HELIPORT, PHASE I
ON KING ABDUL AZIZ AIR BASE BETWEEN
30 SEPT 90 AND 7 NOV 90 IN SUPPORT
OF THE UNITED STATES ARMY DEPLOYED
ON OPERATION DESERT SHIELD.



WILLIAM G. PAGONIS
MAJOR GENERAL, USA
COMMANDING

1 DEC 90
Date



# DEPARTMENT OF THE ARMY

## U.S. ARMY CENTRAL COMMAND

## 22nd SUPPORT COMMAND ( TAA )

### Certificate of Achievement

*is awarded to*

### MOHAMMAD BAMUFLEH
**THROUGH THE SAUDI BINLADIN GROUP**

*In recognition of your personal contribution to operation "DESERT SHIELD" and "DESERT STORM", the most successful logistical deployment in support of a combat victory in military history. It was through your personal commitment and professionalism that the United States and Coalition Forces, while on duty in a hostile environment, were triumphant in their mission to destroy the Iraqi Republican Guard and liberate the Emirate of Kuwait. We are Proud of your accomplishments and humbled by your sacrifices. We salute and thank you.*

20 JULY 1991
_____
Date



William D. Pagonis

**WILLIAM G. PAGONIS**
*LIEUTENANT GENERAL USA*
*COMMANDING*







# DEPARTMENT OF THE ARMY

## U.S. ARMY CENTRAL COMMAND

### 22nd SUPPORT COMMAND ( TAA )

## Certificate of Achievement

*is awarded to*

**AZMI F. ZORBA**

CIVIL ENGINEER, SAUDI BINLADIN GROUP

In recognition of your personal contribution to operation "DESERT SHIELD" and "DESERT STORM", the most successful logistical deployment in support of a combat victory in military history. It was through your personal commitment and professionalism that the United States and Coalition Forces, while on duty in a hostile environment, were triumphant in their mission to destroy the Iraqi Republican Guard and liberate the Emirate of Kuwait. We are Proud of your accomplishments and humbled by your sacrifices. We salute and thank you.

**20 JULY 1991**

Date



*William G. Pagonis*

**WILLIAM G. PAGONIS**

LIEUTENANT GENERAL USA

COMMANDING



# DEPARTMENT OF THE ARMY

## U.S. ARMY CENTRAL COMMAND

### 22nd SUPPORT COMMAND ( TAA )

*Certificate of Achievement*

is awarded to

**HAITHAM AL JAYYUSI**
CIVIL ENGINEER, SAUDI. BINLADIN GROUP

In recognition of your personal contribution to operation "DESERT SHIELD" and "DESERT STORM", the most successful logistical deployment in support of a combat victory in military history. It was through your personal commitment and professionalism that the United States and Coalition Forces, while on duty in a hostile environment, were triumphant in their mission to destroy the Iraqi Republican Guard and liberate the Emirate of Kuwait. We are Proud of your accomplishments and humbled by your sacrifices. We salute and thank you.



20 JULY 1991
_____
Date

*William G. Pagonis*
_____
**WILLIAM G. PAGONIS**
LIEUTENANT GENERAL USA
COMMANDING



# UNITED STATES CENTRAL COMMAND

MacDill AFB, Florida

## CERTIFICATE OF APPRECIATION

TO:   Mr. Alawi M. Baroum
      Binladen Telecommunications Co. Ltd.

FOR:  Outstanding support of Operation Desert Shield//Desert Storm.

H. Norman Schwarzkopf, General, USA
Commander-in-Chief



# UNITED STATES CENTRAL COMMAND

COMMAND AND CONTROL, COMMUNICATIONS AND COMPUTER SYSTEMS DIRECTORATE

## CERTIFICATE OF APPLICATION

TO:     *Mr. Alawi M. Baroum*
        *Binladen Telecommunications Co. Ltd.*

FOR:    Exceptional performance in support of United States Central Command
        during Operation Desert Shield and Operation Desert Storm.

Roscoe M. Cougill
Brigadier General

Sidney L. Taylor
Colonel (Select)



35th Signal Brigade
(Corps Airborne)

Certificate of Achievement

BN1JOR 1TH COMMUNICATIONS SQ 1.TO.
MRS. JOSEPH M. ALLFRANCO

For outstanding service during

Operations Desert Shield and Desert Storm

Raymond J. Dolan, Colonel
Commanding






# 4409th AIR BASE GROUP (PROVISIONAL)

*Presents this*

*Certificate of Appreciation*

*to*

## SAUDI BINLADIN GROUP

IN RECOGNITION OF A JOB WELL DONE. FOR OUTSTANDING SUPPORT AND COOPERATION DURING THE ESKAN VILLAGE HOUSING RENOVATION AND FACILITY CONSTRUCTION PROJECT.

LARRY SIMPSON, Lt Col, USAF
Commander, 4409th Air Base Group (P)





## DEPARTMENT OF THE AIR FORCE
### 4409TH AIR BASE GROUP (PROVISIONAL) (ACC)
### APO AREA EUROPE  09852-6200
ادارة القوات الجوية الامريكية
المجموعة الجوية ٤٤٠٩

31 October 98

Subject: Appreciation letter

To whom it may concern,

We would like to present this letter of appreciation with our deep gratitude to the Saudi Binladin Group in recognition of successful completion of the residential housing and the recreation center in Eskan Village.

This is to certify that throughout the execution of the projects, the Saudi Binladin Group acted with unparalleled professionalism and due diligence, abiding strictly with all specified security measures and full coordination with our security personnel at all times.

We present our compliments to the Saudi Binladin Group and wish them the best of luck in their future endeavors.

Sincerely,

Lt. Colonel Larry Simpson
4409 Air Base Group Commander
United States Air Force

# EXHIBIT 3

| Year thirty three, issue number 9463 {missing text} al-Hajja 1412 Hijri 3 Al-Saratan 1270 Hijri, corresponding to 25th of June 1992. | Ahdath Al-Sa'a | Okaz |
|---|---|---|

## The king of Saudi Arabia (the Servant of the Two Holy Mosques) present the Sudanese people with a new gift

King Fahd ibn Abdulaziz Al Saud (the Servant of the Two Holy Mosques) gave a new present to the Sudanese people through participation in funding the Port Sudan International Airport project by giving one hundred and one million Saudi Riyal. The total expenses were 146 million riyal.

The launching of the project was marked by large public celebrations yesterday morning. Among the attendees were His Excellency Pr. Mohammed Bin Abdullah Al-Saqeer, chief deputy and the delegated member for the Saudi Development Fund, and a number of Saudi and Sudanese officials.

The important project aims at building a new international airport in Port Sudan city which can receive jumbo jets, and manage the increasing demands of air travelers and cargo both domestically and outside of the country.  In addition, the airport will provide services to the aviation industry.

The large project was launched with large demonstrations and public support. Okaz reporters and photographers witnessed the celebration as they attended the event.



King Fahd… continuous support to Arab and Islamic peoples.



General view of the airport's buildings and rooms.



The control tower … a gift from the kingdom to the Sudanese people.

Chief of the Saudi delegation:

**Our kingdom is happy that we are doing a project which will benefit the people of Sudan.**

E. Omar Bin Ladin:

**We were honored to build this amazing structure in Sudan.**

Okaz special correspondent:
**Sami Al-Mhanna**
(Port Sudan)
photographer: Mujeed Al-Hassan

**The beginning of the celebration:**
The celebration started with a reading from the Qura'n. Then Major General (M) Mr. Hashim Hussein Hashim (General Manager of Sudan civil aviation) gave his speech. He greeted the Saudi delegation and spoke about the importance of this project for the aviation services in Sudan. He said, "I'm delighted to greet the chief of the Saudi delegation Mr. Mohammed Bin Abdullah Al-Saqeer and engineer Omar Bin Ladin for this project which was funded by the Saudi Development Fund. Engineering services advice and execution supervision was done by the Saudi consultant Dar Al-Riyadh. The Saudi contractor Bin Ladin Group took care of the construction that started in February 1990.

**The speech of Bin Ladin Group:**
Engineer Omar Mohammed Bin Ladin (management council member) for the Bin Ladin Group gave a speech emphasizing that the company and its employees were honored to handle, by the will of God (Allah), this project, in  Sudan our sister country.
He also expressed his gratitude for this opportunity that was provided to the Group to execute the Port Sudan International Airport project which will have an important impact in providing services to Sudanese.
He also indicated what is involved in this new cultural project, as the size of the main building is estimated at 4830 square meters the main, services and support systems have international features and can satisfy all the needs and technical services as the most advanced international airports. This will positively affect airline traffic in the Republic of Sudan. In addition there is the main landing strip for arrivals and departures which is 2,500 m in length. Also there are parking spots for the airplanes. The total size is thirty-eight thousand square meters including the control fields and the main tower.

Engineer Omar Bin Ladin concluded his speech by saying that "this project has been accomplished by the will of God and according to the international requirements & specifications and we are happy to participate in this celebration to inaugurate this cultural large edifice and we ask God to bless this project and everyone who participated in it.

**Airline trade:**

After that the Sudanese Minister of Defense, Major General and engineer, Othman Mohammed Al-Hassan (Minister without portfolio) gave his speech. He said that Port Sudan, the new airport will contribute to the development of investments and tourism in Sudan.

The new Port Sudan International Airport can be considered a big step for the Sudanese aviation industry. He also indicated that Port Sudan was chosen as the site to build this new airport for the stable weather between the city and Khartoum making it easy to arrange flights and landing in rotations.

He also said that 68 companies of different nationalities presented their offers to build the project but the Saudi Bin Ladin Group won the contract because the group was funded by the Development Fund of Saudi Arabia. The contract started in February 1990. Now we have another airport ready to receive all types of airplanes and supplied with the most advanced devices & special services. All this has been achieved by the help of the Kingdom of Saudi Arabia.

**The speech of the Saudi Development Fund**

After that, his Excellency Mr. Mohammed Bin Abdullah Al-Saqeer Chief Deputy of the Management Council and the General Manager of the Saudi Development Fund, Gave a speech.  He said, "I am happy to represent the Saudi Development Fund at this celebration for the inauguration of Port Sudan International Airport which was sponsored by the kingdom and his highness king Fahd Bin Abdulaziz Al Saud (God bless him and grant him a long life)". They funded the project with one hundred and one million Saudi Riyal. The work started in 1988 and the idea was to help modernize the transportation sector, for our brothers, the Sudanese people, and by finishing this project now Port Sudan city has its own international airport which can be used by large cargo and passengers' airplanes and transit.

The airport includes all the features available in other international airports such as a landing strip of two and half kilometers in length, a passengers' waiting room, homes for the employees, buildings for cargo transports in addition to other technical departments for maintenance, monitoring and control.

Finally the Saudi kingdom is very happy to have participated in a project which will help and support the essential needs of our brothers in Sudan.

**The speech of Al-Sharqiya governor:**

Al-Sharqiya Governor, Captain Al-Jaleli Ahmad Al-Shareef said that, "By the will of God and with his help Port Sudan International Airport was now opened with much thanks to by Mr. Mohammed Bin Abdullah Al-Saqeer, the representative of  the Saudi Development Fund who have funded and supervised the project, and engineer Omar Bin

Ladin representing Bin Ladin Group, the company that executed the project; we ask God to bless the kingdom who funded the project".

He added "this airport carries a strategic importance for this eastern state, and we believe that the result of the efforts by the Bin Ladin Group translated into this important project, and many thanks for the kingdom who funded and supervised the project, and I want to present my appreciation to his Excellency Mr. Mohammed Bin Abdullah Al-Saqeer and the attendant delegation for coming here, undertaking the traveling discomfort as they are the spiritual owners of this project.

And we ask God  to make this project the bridge between the hearts of the two countries and the fruitful result of the cooperation between the two countries.

May God  bless you".


**Celebration attendants**

The celebration was attended by engineer Mr. Yussif Ibrahim Al-Bassam, General Manager of the technical management of the Saudi Development Fund, engineer Mohammed Abdullah al-Shawi projects manager of East Africa, Mr. Ahmad Al-Shalali manager of Dar Al-Riyadh for engineering consultations, Mr. Abu Baker Salim Al-Hamid General Manager of Public Buildings and Airports in Bin Ladin Group. Mr. Ibrahim Ahmed Shaikheen PR General Manager in the Bin Ladin Group.

Sudanese officiasls who attended the inauguration ceremony: Governor of the Red Sea Dr. Sa'eed Al-Hussain Abdulrahman, Deputy Governor of Al-Sharqiya province Dr. Habeeb Ahmad Makhtoom and many more.

- **Big** celebrations for the inauguration of Port Sudan airport. They all prayed for the health of his Highness the king of Saudi Arabia and thanked him for this gift which will provide the needs for travel and air transportation of the Sudanese people.
-  Mr. Mohammed Bin Abdullah Al-Saqeer the chief of the Saudi delegation supervised all the many preparations to open Port Sudan airport which was a gift by his highness the Saudi king (The Servants of the Two Holy Mosques). The project was funded with 101 million Saudi Riyal.
- The airplane of the Sudanese delegation was the first Sudanese airplane touching down at the new airport yesterday.
- Manager of Sudanese Civil Aviation Major General Hashim Hussein Hashim said: "the airport has been supplied with the latest equipment and international services and we are happy to present this project which was funded by the Saudi Development Fund and executed by the Bin Ladin Group as an extension to the cooperation of the two sister countries and to motivate transportation between Sudan and the Saudi kingdom as well as other Gulf countries.
- Engineer Omar Mohammed Bin Ladin spoke about the importance of this project as it included the building of 2,500 meters landing strip, hangars to park the planes, passengers' waiting room, two monitoring towers, houses for employees in the airport, buildings for air shipping, maintenance and electricity generator, building to receive important visitors, two water tanks and another for fire fighting as well as equipment to support the needed air navigation.

- A one day special trip took the Saudi delegation from Jeddah to Port Sudan.
- Saudi Arabian media delegation consisted of the colleagues: Abdullah Al-Kaharboosh from the Saudi news agency, Fahd Al-Sinani Al-Sinani from a television station, Adel al-Munayef from the agency and the special delegated from Okaz.  Bin Ladin Group delegation consisted of some technical consultants: engineer Haitham Al-Jyoosh, engineer William Damees, engineer Frayeh Hadad, technician Mujeeb Al-Hassan, engineer Mohammed Ali Saheh project manager deputy, engineer Abdulaziz Al-Husami manager of designing and presidency and engineer Auni Esmaeil managing the construction department.
- Folklore dances and Sudanese traditions were carried by traditional dancers … around five thousand Sudanese citizens took part in these dances.

## Port Sudan project is an outreach of the kingdom policy to support other brother countries

Port Sudan airport was inaugurated yesterday. The project has been sponsored by the Saudi Development Fund. Okaz interviewed Mr. Ibrahim Bin Abdulrahman Al-Tassan, Ministry of Finance. He spoke about the core issues, and the challenges resulting from this important project and the kingdom policy of supporting developmental projects in all Arab countries.

- **How do you see the coming results of Port Sudan airport which was funded by Saudi Arabia?**

There is no doubt that this project is a big achievement and as an outreach of the kingdom policy directed by his highness King Fahd Bin Abdulaziz (the Servant of the Two Holy Mosques) and the prince to help Arab and Islamic nations and stand by their side, we hope that others will appreciate the good intentions of the kingdom policy.

- **The opening of this important project occurred at the same time as attacks from other media against the kingdom. So how do you popularize the kingdom policy that supports the developmental projects in different Arab and Islamic countries?**

Through these vital and important projects the kingdom aims more at serving Islam and the Moslems, and supporting Arab nations and Islamic nations and doing its duty that has been part of a religious duty ordered by the religion of the kingdom .

The servant of  the Two Holy Mosques (the king God bless and grant him a long life) was clear when he said: the kingdom does not want to interfere in others'affairs. It is a duty and we hope that others will appreciate such projects.

There is no doubt that the project of Port Sudan airport has been a clear and realistic answer about the capacity of the kingdom's support and help to the brothers from all countries, and to participate in advancing and developing their situations in standing by their side.



The head of the Saudi delegation presented with a token of appreciation.



Engineer Omar Bin Ladin speaking for the company who constructed the airport



A visit at the airport with the state Governor and Engineer Bin Ladin



Registration desk in Port Sudan airport



Showing the services provided at the airport matching international standards.



The Saudi delegation arriving at the airport with Captain Al-Shareef and the project's engineers.



Registration desk in Port Sudan airport



Showing the services provided at the airport matching international standards.



The Saudi delegation arriving at the airport with Captain Al-Shareef and the project's engineers.

# MERRILL BRINK
## INTERNATIONAL

State of Minnesota )
)                    ss:
County of Hennepin )

## Certificate of Accuracy

This is to certify that the attached document, article from news journal, Okaz, dated June 25th, 1992, originally written in Arabic is, to the best of our knowledge and belief, a true, accurate and complete translation into English.

Dated: *January 27, 2006*

*[signature]*

Bridget Freed
Project Manager
Merrill Brink International

Sworn to and signed before
Me this 27th day of
January , 2006

*[signature]*

Notary Public



LORI A WIETMAN
NOTARY PUBLIC – MINNESOTA
MY COMMISSION EXPIRES 1-31-2010

Merrill Brink International Corporation
6100 Golden Valley Road, Minneapolis, MN 55422
Phone 763-591-1977, Fax 763-542-9138

Case 1:03-md-01570-GBD-SN   Document 1645-3   Filed 01/27/06   Page 47 of 50

# خادم الحرمين الشريفين يقدم هدية جديدة للشعب السوداني الشقيق





قدم خادم الحرمين الشريفين الملك فهد بن عبدالعزيز هدية جديدة للشعب السوداني الشقيق وذلك بمساهمة رئيسية في تمويل مشروع مطار بورتسودان الدولي بمبلغ مائة وواحد مليون ريال سعودي من التكاليف الإجمالية البالغة نحو ١٤٦ مليون ريال وقد تم افتتاح هذا المشروع الجبار وسط مظاهر عظيمة وفرحة شعبية غامرة...

المسئولون السعوديون والسودانيون ويهدف هذا المشروع الى إنشاء مطار دولي في مدينة بورتسودان القديمة ان استقبال الطائرات الكبيرة واستيعاب الحركة المتزايدة للمسافرين والبضائع داخلها وخارجا...

تبرج الغرافة في المطار الذي أهدته المملكة للشعب السوداني

الملك فهد.. مواقف متواصلة الى جانب الشعوب العربية والإسلامية



## ١٠١ مليون ريال سعودي مساهمة المملكة في تنفيذ مطار بورتسودان بتكلفة ١٤٦ مليونا

### والي الولاية الشرقية بالسودان: نشكر المملكة على هذا الإنجاز الكبير

**رئيس الوفد السعودي:**

سعداء في المملكة باقامة مشروع يخدم الشعب السوداني على أرض السودان

**م. عمر بن لادن:**

شرفنا بانجاز هذا الصرح الحضاري



المهندس عمر بن لادن يلقي كلمة شركة الشعب للادخار





مبانى الحجر بمطار بورتسودان



**عكاظ**

مشروع بورتسودان امتدادا لسياسة المملكة فى دعم الأشقاء



الوفد السعودي الحاضر وصوله الى مطار بورتسودان فى استقبال الشعب الشريف ومهندس الشاروخ

# EXHIBIT 4



*Certificate of Incorporation*

REGISTRAR OF COMPANIES
EXEMPTED
CAYMAN ISLANDS

I, CINDY YVONNE JEFFERSON
DO HEREBY CERTIFY, pursuant to the Companies of the Cayman Islands
Law in respect of registration were complied all the requirements of the said

**BINLADIN INTERNATIONAL LIMITED**

an Exempted Company incorporated in the Cayman Islands with Limited Liability with effect from
the 27th Day of November One Thousand Nine Hundred Ninety-Five

Given under my Hand and Seal at George Town in the
Island of Grand Cayman this Twenty-Seventh day of November
One Thousand Nine Hundred Ninety-Five

Deputy Registrar
of Companies Cayman Islands, B.W.I.

CERTIFIED TO BE A TRUE AND CORRECT COPY

SIG. _____
CINDY Y. JEFFERSON
Dep. Registrar of Companies

DATE ___27th November 1995___



CR-62714

*Certificate of Incorporation On Change Of Name*

REGISTRAR OF COMPANIES · CAYMAN ISLANDS

EXEMPTED

INCORPORATED

I DO HEREBY CERTIFY that

**BINLADIN INTERNATIONAL COMPANY LIMITED**

having by Special Resolution dated 27th of October 1997
changed its name, is now incorporated under the name of

**BINLADIN GROUP INTERNATIONAL COMPANY LIMITED**

Given under my hand and Seal at George Town in the
Island of Grand Cayman this Eighteenth day of November
One Thousand Nine Hundred Ninety-Seven

(SGD) H. LUI (GODDARD)

An Authorised Officer,
Registry of Companies,
Cayman Islands

SOUTH ITALY FOUNDED

CERTIFIED TO BE A TRUE AND CORRECT COPY

SIG. _____
Anthony I Goddard
Asst. Registrar of Companies

DATE. 18th November, 1997