# EXHIBIT C



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |
|---|---|

*This document relates to:*

*Thomas E. Burnett, Sr., et al. v. Al Baraka Investment & Development Corp., et al.*, Case No. 03-CV-9849 (S.D.N.Y.)
*Kathleen Ashton, et al. v. Al Qaeda Islamic Army, et al.*, Case No. 1:02-6977 (S.D.N.Y.)
*Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-CV-6978 (S.D.N.Y.)
*Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.*, Case No. 04-CV-05970-UA (S.D.N.Y.)
*Euro Brokers, Inc., et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 04-CV-07279-UA (S.D.N.Y.)
*New York Marine and General Insurance Co. v. Al Qaida, et al.*, Case No. 04-CV-6105 (S.D.N.Y.)
*World Trade Center Properties, LLC, et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 04-CV-7280 (S.D.N.Y.)

**AFFIDAVIT OF BAKR BINLADIN**

I, Bakr Binladin, state under penalty of perjury as follows:

1. I am a citizen of the Kingdom of Saudi Arabia and currently reside in Jeddah, Saudi Arabia. I have personal knowledge of the matters stated in this affidavit.

2. I am one of 54 children of Mohammad Awad Binladin. Osama Bin Laden ("Osama") is my half-brother. We have different mothers and were raised in different households. Osama did not live in the family compound in Jeddah during his younger years, and he spent most of his adulthood outside of Saudi Arabia, so I have had only very limited contact with him. The last time I saw Osama was in 1992.

3.      I attended college at the University of Miami, but I have not lived in the United States since I graduated in 1973. To the best of my recollection, I have only made two visits to the United States since 1973. I have never attended Harvard Law School, as plaintiffs allege.

4.      My father formed a construction company in the 1930's which grew to become one of the largest construction and engineering companies in the Middle East. Effective in or about 1989, the company my father had founded was restructured into a limited liability company known as Mohammad Binladin Company ("MBC"). I had been appointed by royal decree as a member of the board of directors of the predecessor company, Mohammad Binladin Establishment, and I have also served on the board of directors of MBC since its inception in 1989.

5.      In 1989, the Saudi Binladin Group ("SBG") was established as a limited partnership. I am, and since 1989 have been, the Chairman of SBG. SBG and MBC are separate companies with separate offices, assets and financial records. MBC owns no interest in SBG, and SBG owns no interest in MBC. MBC is not a subsidiary or branch of SBG.

6.      Plaintiffs' allegation that Osama was "forced to leave the Kingdom of Saudi Arabia in 1991" is untrue. Similarly, the allegation that I "intervened" along with Sheikh Khalid Bin Mahfouz "before Prince Nayef and Prince Sultan to ensure that Osama Bin Laden's business and financial interests would remain untouched" when he was allegedly expelled from Saudi Arabia in 1991 is also false. I never intervened with Prince Nayef, Prince Sultan or anyone else in the Saudi government to assist Osama in connection with his voluntary departure from Saudi Arabia in 1991. Nor was I aware at that time of any involvement by Osama in terrorist activities of any kind.

7.     On or about June 16, 1993, the shareholders of SBG and MBC each adopted resolutions amending their respective Articles of Association to remove Osama as a shareholder in the two entities.  The shareholder resolutions were approved by the Saudi Ministry of Commerce and the Shariah Court, and they became final effective on or about December 15, 1993.  A summary of the SBG resolution was subsequently published in an edition of the Al-Nadwa newspaper dated May 5, 1994, and a summary of the MBC resolution was subsequently published in an edition of the Um al-Qura newspaper dated June 27, 1994.  Attached as Exhibits 1 and 2 are true and correct copies of the shareholder resolutions of SBG and MBC, along with certified English translations of those resolutions.

8.     The value of Osama's shares in SBG and MBC, estimated to be approximately $9.9 million, was not paid to Osama.  After consultation with and at the direction of appropriate Saudi authorities, the money was placed in a trust outside Osama's control.  Osama did not receive any "buy-out payment" nor has he ever had access to those funds.  My family took these actions in June 1993 because Osama's increasingly vocal criticisms of the Saudi government were harmful to the companies' reputations in the Kingdom and elsewhere in the Middle East, and because Osama had refused to comply with the Saudi government's demand that he return to the Kingdom.

9.     In February 1994, I issued a statement to the media on behalf of the family denouncing Osama and making clear that the family had severed ties with him.  Attached as Exhibit 3 is a copy of my statement as reported in the media, along with a certified English translation of the published statement.

10.     Osama has not received a penny from MBC or SBG or any of their affiliates since, at the latest, June 1993.  Nor has Osama received any other form of support from MBC,



SBG or any of their affiliates since that time. I have not authorized and, indeed, have forbidden any person acting on behalf of MBC, SBG or any of their affiliates to make any payments, do any business with, or otherwise provide any support directly or indirectly to Osama or any of his companies since June 1993.

11. Plaintiffs' allegations that I visited Osama in the Sudan in 1994 and that I visited him in Afghanistan after he moved there in 1996 are false. As stated above, I have not seen him since 1992.

12. After the United States government designated Osama Bin Laden as a terrorist in August 1998, I issued a statement to the media on behalf of SBG confirming that the company had previously severed all ties with Osama. A true and accurate copy of the statement dated September 5, 1998 is attached as Exhibit 4.

13. Plaintiffs' allegation that "[t]he family dedicated 50 million Saudi Riyals to the protection of Osama" Bin Laden after September 11, 2001, and that I participated in funding this "protection," is completely false. Neither I, nor to the best of my knowledge, any other member of the Binladin family, has provided any money, or established any fund, to protect Osama or to benefit him or his terrorist activities in any way.

14. I have never made any charitable contributions to any organization I understood to be associated with al Qaeda or terrorism of any sort.

15. I have never provided or authorized anyone else to provide any money or other support to any person or organization I understood to be associated with al Qaeda or terrorism of any kind. I was appalled by the horrific events of September 11, 2001 and I reject and condemn such violence.

United Arab Emirates
Consular District of the
Consulate General of the
United States of America
at Dubai
} S.S.

Bakr Binladin

25 JAN 2006

Sworn to me this ___ day of January, 2006

Valerie J. Chittenden
Notary Public
Consul of the United States of America
Dubai, United Arab Emirates
My Commission Expires INDEFINITELY

# EXHIBIT 1



**In the Name of Allah, Most Merciful,**
**Most Compassionate**

**Shareholders Resolution to effect**
**the Fourth Amendment to the**
**Articles of Association**
**of**
**Binladin Saudi Group -**
**Bakr Muhamad Binladin & Brothers**
**relating to the Exit of One Shareholder**
**dated 26/12/1413 H., corresponding to 16/6/1993**

The parties whose names appear below:

1. Mr. Bakr Muhamad Awadh Binladin
2. Mr. Tareq Muhamad Awadh Binladin
3. Mr. Thabet Muhamad Awadh Binladin
4. Mr. Omar Muhamad Awadh Binladin
5. Mr. Mahroos Muhamad Awadh Binladin
6. Mr. Hassan Muhamad Awadh Binladin
7. Mr. Khaled Muhamad Awadh Binladin
8. Mr. Ghaleb Muhamad Awadh Binladin
9. Mr. Yahia Muhamad Awadh Binladin
10. Mr. Abdul Aziz Muhamad Awadh Binladin
11. Mr. Issa Muhamad Awadh Binladin

12. Mr. Ahmad Muhamad Awadh Binladin
13. Mr. Khalil Muhamad Awadh Binladin
14. Mr. Saleh Muhamad Awadh Binladin
15. Mr. Haider Muhamad Awadh Binladin
16. Mr. Osama Muhamad Awadh Binladin
17. Mr. Saad Muhamad Awadh Binladin
18. Mr. Yasser Muhamad Awadh Binladin
19. Mr. Abdullah Muhamad Awadh Binladin
20. Mr. Muhamad Muhamad Awadh Binladin

have already set up the Saudi Binladin Group - Bakr Muhamad Binladin and Brothers - registered in the Commercial Register of the city of Jeddah under No. 4030068284 dated 12/5/1410 A.H., as a limited partnership whose Articles of Association were notarized with the Notary Public of Jeddah under No. 160 dated 8/5/1410 A.H., and whose first amendment annex was notarized also with the Notary Public of Jeddah under No. 41 dated 2/2/1412 A.H., and whose second amendment annex was notarized before the Notary Public of Jeddah under No. 107 dated 10/7/1412 A.H., and whose third amendment annex was authenticated by the branch of the Ministry of Commerce in Jeddah under No. 100 dated 24/9/1413 A.H.;

And whereas the Shareholder Osama Muhamad Awadh Binladin represented by his lawful attorney Muhamad Salem Ali Al Yafei as per the power of attorney No. 13 volume 282/3 dated 24/9/1414 A.H.,

issued by the Jeddah Second Notary Public Office, wishes to assign all of his shares amounting to 5,000 shares in the Company's capital to the Shareholder Ghaleb Muhamad Awadh Binladin who has accepted this assignment together with all the rights and obligations pertaining thereto;

And whereas the remaining shareholders have agreed to that assignment and whereas each one of them has relinquished his right to recover the shares assigned;

And whereas the parties have satisfied their rights vis-a-vis each other;

And whereas the signature on this resolution is regarded as a final deed of release between them.

Now, therefore, the shareholders have unanimously agreed to amend the Company's Articles of Association in accordance with the following conditions:

**First:** The above preamble shall be regarded as an integral part of this resolution.

**Second:** The premise of the Articles of Association of the Company shall be amended so that the present shareholders owning the Company shall be:

1. Mr. Bakr Muhamad Awadh Binladin, Saudi national, as per identity card number 63935, registry of Makkah Al Mukarramah, dated 22/10/1387 A.H., a Civil Engineer by profession, born in the year 1368 A.H. **(First Party)**

2. Mr. Tareq Muhamad Awadh Binladin, Saudi national, as per identity card number 63937, registry of Makkah Al Mukarramah, dated 22/10/1387 A.H., a Businessman by profession, born in the year 1369 A.H. **(Second Party)**

3. Mr. Thabet Muhamad Awadh Binladin, Saudi national, as per identity card number 68250, registry of Makkah Al Mukarramah, dated 20/1/1389 A.H., a Businessman by profession, born in the year 1366 A.H. **(Third Party)**

4. Mr. Omar Muhamad Awadh Binladin, Saudi national, as per identity card number 298, registry of Al Medina Al Munawara, dated 27/3/1387 A.H., a Civil Engineer by profession, born in the year 1369 A.H. **(Fourth Party)**

5. Mr. Mahroos Muhamad Awadh Binladin, Saudi national, as per identity card number 63938, registry of Makkah Al Mukarramah, dated 22/10/1387 A.H., a Businessman by profession, born in the year 1367 A.H. **(Fifth Party)**

6. Mr. Hassan Muhamad Awadh Binladin, Saudi national, as per identity card number 6393, registry of Makkah Al Mukarramah, dated 22/10/1387 A.H., a Businessman by profession, born in the year 1367 A.H. **(Sixth Party)**

7. Mr. Khalid Muhamad Awadh Binladin, Saudi national, as per identity card number 63936, registry of Makkah Al Mukarramah, dated 22/10/1387 A.H., a Businessman by profession, born in the year 1367 A.H. (Seventh **Party)**

8. Mr. Ghaleb Muhamad Awadh Binladin, Saudi national, as per identity card number 63934, registry of Makkah Al

Mukarramah, dated 22/10/1387 A.H., a Civil Engineer by profession, born in the year 1366 A.H. **(Eighth Party)**

9. Mr. Yahia Muhamad Awadh Binladin, Saudi national, as per identity card number 63931, registry of Makkah Al Mukarramah, dated 22/10/1387 A.H., an Industrial Engineer by profession, born in the year 1368 A.H. **(Ninth Party)**

10. Mr. Abdul Aziz Muhamad Awadh Binladin, Saudi national, as per identity card number 63932, registry of Makkah Al Mukarramah, dated 22/10/1387 A.H., a Businessman by profession, born in the year 1368 A.H. **(Tenth Party)**

11. Mr. Issa Muhamad Awadh Binladin, Saudi national, as per identity card number 66541, registry of Makkah Al Mukarramah, dated 18/6/1388 A.H., a Businessman by profession, born in the year 1369 A.H. **(Eleventh Party)**

12. Mr. Ahmad Muhamad Awadh Binladin, Saudi national, as per identity card number 88636, registry of Makkah Al Mukarramah, dated 26/6/1396 A.H., a Businessman by profession, born in the year 1373 A.H. **(Twelfth Party)**

13. Mr. Khalil Muhamad Awadh Binladin, Saudi national, as per identity card number 100093, registry of Makkah Al Mukarramah, dated 6/6/1395 A.H., a Businessman by profession, born in the year 1377 A.H. **(Thirteenth Party)**

14. Mr. Saleh Muhamad Awadh Binladin, Saudi national, as per identity card number 88635, registry of Makkah Al Mukarramah, dated 26/6/1393 A.H., a Businessman by profession, born in the year 1375 A.H. **(Fourteenth Party)**

15. Mr. Haider Muhamad Awadh Binladin, Saudi national, as per identity card number 100094, registry of Makkah Al Mukarramah, dated 6/6/1395 A.H., a Businessman by profession, born in the year 1377 A.H. **(Fifteenth Party)**

16. Mr. Saad Muhamad Awadh Binladin, Saudi national, as per identity card number 80149, registry of Jeddah, dated 14/11/1403 A.H., a Student by profession, born in the year 1383 A.H. **(Sixteenth Party)**

17. Mr. Yasser Muhamad Awadh Binladin, Saudi national, as per identity card number 78938, registry of Jeddah, dated 24/5/1305 A.H., a Businessman by profession, born in the year 1385 A.H. **(Seventeenth Party)**

18. Mr. Abdullah Muhamad Awadh Binladin, Saudi national, as per identity card number 78925, registry of Jeddah, dated 23/5/1403 A.H., a Student by profession, born in the year 1385 A.H. **(Eighteenth Party)**

19. Mr. Muhamad Muhamad Awadh Binladin, Saudi national, as per identity card umber 7436, registry of Jeddah, dated 10/1/1407 A.H., a Student by profession, born in the year 1387 A.H. **(Nineteenth Party)**

Who are all living in Jeddah, Al Jami'ah District, behind Binladin Mosque.

**Third:** The fifth Article of the Company's Articles of Association and its amendment annexes relating to the distribution of capital and of shares shall be amended to become as follows:

**Article 5 - Capital:**

The Company share capital has been fixed at S.R. 220,000,000 (Saudi Riyals Two Hundred Twenty Million) divided into 220,000 (Two Hundred Twenty Thousand) cash shares of equal value of S.R. 1000 (One Thousand) each subscribed for by the shareholders as follows:

| Name of the Shareholders | No. of Shares | Value of Each Share Saudi | Total Value of Shares Riyals |
|---|---|---|---|
| 1. Mr. Bakr Muhamad Awadh Binladin | 51,875 | 1000 | 51,875,000 |
| 2. Mr. Tareq Muhamad Awadh Binladin | 5,000 | 1000 | 5,000,000 |
| 3. Mr. Thabet Muhamad Awadh Binladin | 5,000 | 1000 | 5,000,000 |
| 4. Mr. Omar Muhamad Awadh Binladin | 22,500 | 1000 | 22,500,000 |
| 5. Mr. Mahroos Muhamad Awadh Binladin | 5,000 | 1000 | 5,000,000 |
| 6. Mr. Hassan Muhamad Awadh Binladin | 5,000 | 1000 | 5,000,000 |
| 7. Mr. Khaled Muhamad Awadh Binladin | 14,375 | 1000 | 14,375,000 |
| 8. Mr. Ghaleb Muhamad Awadh Binladin | 15,000 | 1000 | 15,000,000 |
| 9. Mr. Yahia Muhamad Awadh Binladin | 5,000 | 1000 | 5,000,000 |
| 10. Mr. Abdul Aziz Muhamad Awadh Binladin | 5,000 | 1000 | 5,000,000 |
| 11. Mr. Issa Muhamad Awadh Binladin | 5,000 | 1000 | 5,000,000 |
| 12. Mr. Ahmad Muhamad Awadh Binladin | 12,500 | 1000 | 12,500,000 |
| 13. Mr. Khalil Muhamad Awadh Binladin | 17,500 | 1000 | 17,500,000 |
| 14. Mr. Saleh Muhamad Awadh Binladin | 10,000 | 1000 | 10,000,000 |
| 15. Mr. Haider Muhamad Awadh Binladin | 11,875 | 1000 | 11,875,000 |
| 16. Mr. Saad Muhamad Awadh Binladin | 14,375 | 1000 | 14,375,000 |



| | | | |
|---|---|---|---|
| 17. Mr. Yasser Muhamad Awadh Binladin | 5,000 | 1000 | 5,000,000 |
| 18. Mr. Abdullah Muhamad Awadh Binladin | 5,000 | 1000 | 5,000,000 |
| 19. Mr. Muhamad Muhamad Awadh Binladin | 5,000 | 1000 | 5,000,000 |
| Total | 220,000 | | 220,000,000 |

The shareholders declare that the shares have been subscribed for by them and that the capital of the Company has been paid at the time of formation.

**Fourth:** The remaining Articles and Clauses of the Company's Articles of Association and the amendment annexes thereof shall remain as are without any change.

**Fifth:** All the parties have authorized Ahmad Muhamad Ahmad Al Ghamdi to take all the necessary legal procedures so as to submit the resolution for the purpose of studying and comparing same with the law and of registering same in the Commercial Register and in the Register of Companies with the Ministry of Commerce Branch in the city of Jeddah and to pay the fees and receive the Commercial Register of the Company and to sign for the receipt thereof.

Allah is the bestower of success.

Jeddah on 26/12/1413 A.H., corresponding to 16/6/1993 A.D.

**Shareholders Signatures**

1. Mr. Bakr Muhamad Awadh Binladin
2. Mr. Tareq Muhamad Awadh Binladin
3. Mr. Thabet Muhamad Awadh Binladin



4. Mr. Omar Muhamad Awadh Binladin

5. Mr. Mahroos Muhamad Awadh Binladin

6. Mr. Hassan Muhamad Awadh Binladin

7. Mr. Khaled Muhamad Awadh Binladin

8. Mr. Ghaleb Muhamad Awadh Binladin

9. Mr. Yahia Muhamad Awadh Binladin

10. Mr. Abdul Aziz Muhamad Awadh Binladin

11. Mr. Issa Muhamad Awadh Binladin

12. Mr. Ahmad Muhamad Awadh Binladin

13. Mr. Khalil Muhamad Awadh Binladin

14. Mr. Saleh Muhamad Awadh Binladin

15. Mr. Haider Muhamad Awadh Binladin

16. Mr. Osama Muhamad Awadh Binladin
(By his lawful attorney, Muhamad Salem Al Yaf'ei

17. Mr. Saad Muhamad Awadh Binladin

18. Mr. Yasser Muhamad Awadh Binladin

19. Mr. Abdullah Muhamad Awadh Binladin



20. Mr. Muhamad Muhamad Awadh Binladin

Personally and in my capacity as their attorney in fact
(Signed)
Hassan Mohammad Binladin

Kingdom of Saudi Arabia
Ministry of Commerce
Branch of Jeddah
at exactly 11.30 in the morning of Sunday
20/11/1414 A.H., the notarization was done under No. 151/414
The addendum to the Articles was signed before me.
(Signed)
Director of Legal Department
Mohammad Ateeq Al Harbi

30662



بسم الله الرحمن الرحيم

شركة مجموعة بن لادن السعودية
بكر محمد بن لادن وإخوانه - توصية بسيطة
Legal Department
الشؤون القانونية

# قرار الشركاء بالتعديل الرابع لعقد تأسيس شركة مجموعة بن لادن السعودية بكر محمد بن لادن وإخوانه بخروج شريك

بتاريخ ١٤١٣/١٢/٢٦هـ الموافق ١٩٩٣/٦/١٦

لقد سبق للأطراف الآتية أسماءهم:

١ - بكر محمد عوض بن لادن
٢ - طارق محمد عوض بن لادن
٣ - ثابت محمد عوض بن لادن
٤ - عمر محمد عوض بن لادن
٥ - محروس محمد عوض بن لادن
٦ - حسن محمد عوض بن لادن
٧ - خالد محمد عوض بن لادن
٨ - غالب محمد عوض بن لادن
٩ - يحيى محمد عوض بن لادن
١٠ - عبدالعزيز محمد عوض بن لادن
١١ - عيسى محمد عوض بن لادن
١٢ - أحمد محمد عوض بن لادن
١٣ - خليل محمد عوض بن لادن
١٤ - صالح محمد عوض بن لادن
١٥ - حيدر محمد عوض بن لادن
١٦ - أسامة محمد عوض بن لادن
١٧ - سعد محمد عوض بن لادن
١٨ - ياسر محمد عوض بن لادن
١٩ - عبدالله محمد عوض بن لادن
٢٠ - محمد محمد عوض بن لادن

تأسيس شركة مجموعة بن لادن السعودية بكر محمد بن لادن وإخوانه المسجلة بالسجل التجاري لمدينة جدة تحت رقم ٤٠٣٠٠٦٨٢٨٤ وتاريخ ١٤١٠/٥/١٢هـ كشركة توصية بسيطة، وأثبت عقد تأسيسها لدى كتابة عدل جدة بالعدد (١٦٠) تاريخ ١٤١٠/٥/٨هـ، وأثبت ملحق تعديلها الأول لدى كاتب عدل جدة بالعدد (٤١) تاريخ ١٤١٢/٢/٢هـ، وأثبت ملحق تعديلها الثاني لدى كاتب عدل جدة بالعدد (١٠٧) تاريخ ١٤١٢/٧/١٠هـ، والموثق ملحق تعديلها الثالث لدى فرع وزارة التجارة بجدة بالرقم (١٠٠) تاريخ ١٤١٣/٩/٢٤هـ.

ولما كان الشريك أسامة محمد عوض بن لادن ممثلاً بوكيله الشرعي محمد سالم علي اليافعي بموجب صك الوكالة رقم ١٣ الجلد ٣/٢٨٢ تاريخ ١٤١٤/٩/٢٤هـ الصادرة عن كتابة عدل جدة الثانية، قد رغب في التنازل عن جميع حصصه البالغة (٥٠٠٠) خمسة آلاف حصة من رأسمال الشركة إلى الشريك غالب محمد عوض بن لادن الذي قبل هذا التنازل بما لهذه الحصص من حقوق وما عليها من إلتزامات ووافق باقي الشركاء على ذلك التنازل وأسقط كلٌ منهم حقه في إسترداد الحصص المتنازل عنها.

وقد إستوفى الأطراف حقوقهم قبل بعضهم البعض ويعتبر توقيعهم على هذا القرار بمثابة مخالصة نهائية فيما بينهم.

لذا فقد قرر الشركاء بالإجماع تعديل عقد تأسيس الشركة وفقاً للشروط التالية:

أولاً: يعتبر التمهيد السابق جزءاً لايتجزأ من هذا القرار.

ثانياً: تُعدّل مقدمة العقد الأساسي للشركة ليصبح الشركاء الحاليين المالكين للشركة هم:

١- بكر محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ٦٣٩٣٥ سجل مكة المكرمة وتاريخ ١٣٨٧/١٠/٢٢هـ ومهنته مهندس مدني تولد عام ١٣٦٨هـ. (طرف أول)

وزارة التجارة
[illegible]

ص.ب: ٨٩١٨ جدة ٢١٤٩٢ المملكة العربية السعودية - تليفون: ٦٦٩٢٦٦٦ فاكس: ٦٦٩٦٤٤٥
P.O. Box 8918 Jeddah 21492, Saudi Arabia, Tel. 6692666 - Fax: 6696445 - Tlx

شركة مجموعة بن لادن السعودية
بكر محمد بن لادن واخوانه - توصية بسيطة
Legal Department
الشئون القانونية

سجل مكة المكرمة وتاريخ ١٣٨٧/١٠/٢٢هـ، ومهنته رجل أعمال، تولد عام ١٣٦٩هـ. (طرف ثاني).

٢- طارق محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ٦٣٩٣٧ سجل مكة المكرمة وتاريخ ١٣٨٧/١٠/٢٢هـ، ومهنته رجل أعمال، تولد عام ١٣٦٩هـ. (طرف ثاني).

٣- ثابت محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ٦٨٢٥٠ وتاريخ ١٣٨٩/١/٢٠هـ سجل مكة المكرمة، ومهنته رجل أعمال، تولد عام ١٣٦٦هـ. (طرف ثالث).

٤- عمر محمد عوض بن لادن، السعودي الجنسية، بموجب حفيظة النفوس رقم ٢٩٨ سجل المدينة المنورة وتاريخ ١٣٨٧/٣/٢٧هـ ومهنته مهندس مدني، تولد عام ١٣٦٩هـ. (طرف رابع).

٥- محروس محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ٦٣٩٢٨ سجل مكة المكرمة وتاريخ ١٣٨٧/١٠/٢٢هـ ومهنته رجل أعمال تولد عام ١٣٦٧هـ. (طرف خامس).

٦- حسن محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ٦٣٩٣٣ سجل مكة المكرمة وتاريخ ١٣٨٧/١٠/٢٢هـ ومهنته رجل أعمال، تولد عام ١٣٦٧هـ. (طرف سادس).

٧- خالد محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ٦٣٩٣٦ سجل مكة المكرمة وتاريخ ١٣٨٧/١٠/٢٢هـ ومهنته رجل أعمال، تولد عام ١٣٦٦هـ. (طرف سابع).

٨- غالب محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ٦٣٩٢٤ سجل مكة المكرمة وتاريخ ١٣٨٧/١٠/٢٢هـ ومهنته مهندس مدني، تولد عام ١٣٦٦هـ. (طرف ثامن).

٩- يحيىٰ محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ٦٣٩٢١ سجل مكة المكرمة وتاريخ ١٣٨٧/١٠/٢٢هـ ومهنته مهندس صناعي، تولد عام ١٣٦٨هـ. (طرف تاسع).

١٠- عبدالعزيز محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ٦٣٩٢٢ سجل مكة المكرمة وتاريخ ١٣٨٧/١٠/٢٢هـ ومهنته رجل أعمال، تولد عام ١٣٦٨هـ (طرف عاشر).

١١- عيسىٰ محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ٦٦٥٤١ سجل مكة المكرمة وتاريخ ١٣٨٨/٦/١٨هـ ومهنته رجل أعمال، تولد عام ١٣٦٩هـ. (طرف حادي عاشر).

١٢- أحمد محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ٨٨٦٣٦ سجل مكة المكرمة وتاريخ ١٣٩٦/٦/٢٦هـ ومهنته رجل أعمال، تولد عام ١٣٧٣هـ (طرف ثاني عشر).

١٣- خليل محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ١٠٠٠٩٣ سجل مكة المكرمة وتاريخ ١٣٩٥/٦/٦هـ ومهنته رجل أعمال، تولد عام ١٣٧٧هـ (طرف ثالث عشر).

١٤- صالح محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ٨٨٦٣٥ سجل مكة المكرمة وتاريخ ١٣٩٣/٦/٢٦هـ، ومهنته رجل أعمال، تولد عام ١٣٧٥هـ (طرف رابع عشر).

١٥- حيدر محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ١٠٠٠٩٤ سجل مكة المكرمة وتاريخ ١٣٩٥/٦/٦هـ ومهنته رجل أعمال، تولد عام ١٣٧٧هـ (طرف خامس عشر).

١٦- سعد محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ٨٠١٤٩ سجل جدة وتاريخ ١٤٠٣/١١/١٤هـ، ومهنته رجل أعمال، تولد عام ١٣٨٣هـ (طرف سادس عشر).

١٧- ياسر محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ٧٨٩٣٨ سجل جدة وتاريخ ١٤٠٣/٥/٢٤هـ، ومهنته رجل أعمال، تولد عام ١٣٨٥هـ (طرف سابع عشر).

١٨- عبدالله محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ٧٨٩٢٥ سجل جدة وتاريخ ١٤٠٣/٥/٢٣هـ، ومهنته طالب، تولد عام ١٣٨٥هـ (طرف ثامن عشر).

١٩- محمد محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ٧٤٣٦ سجل جدة وتاريخ ١٤٠٧/١/١٠هـ، ومهنته طالب، تولد عام ١٣٨٧هـ (طرف تاسع عشر).

- الجميع مقيمون بجدة — حي الجامعة خلف مسجد بن لادن.

وزارة التجارة
تم تدقيق ... 
إدارة الغرف ...

ص.ب ٨١١٨ جدة ٢١٤٩٢ المملكة العربية السعودية - تليفون: ٦٦٩٢٦٦٦ فاكس: ...
P.O. Box 8118 Jeddah 21492, Saudi Arabia, Tel. ...

شركة مجموعة بن لادن السعودية
بكر محمد بن لادن وإخوانه - توصية بسيطة
Legal Department
الشؤون القانونية

**ثالثاً:** يعدل البند الخامس من عقد تأسيس الشركة وملاحق تعديله المتعلق برأس المال وتوزيع الحصص ليصبح كمايلي:

**البند الخامس: رأس المال:**

حدد رأس مال الشركة بمبلغ (٢٢٠,٠٠٠,٠٠٠) مائتان وعشرون مليون ريال مقسم إلى (٢٢٠,٠٠٠) مائتان وعشرون ألف حصة نقدية متساوية القيمة قيمة كل حصة (١٠٠٠) ألف ريال سعودي تم توزيعها على الشركاء كالآتي:

| اســم الشريــك | عدد الحصص | قيمة الحصة ريال | مجموع قيمة الحصص ريال سعودي |
|---|---|---|---|
| ١- بكـر محمد عوض بن لادن | ٥١,٨٧٥ | ١٠٠٠ | ٥١,٨٧٥,٠٠٠ ريال |
| ٢- طـارق محمد عوض بن لادن | ٥,٠٠٠ | ١٠٠٠ | ٥,٠٠٠,٠٠٠ ريال |
| ٣- ثـابت محمد عوض بن لادن | ٥,٠٠٠ | ١٠٠٠ | ٥,٠٠٠,٠٠٠ ريال |
| ٤- عمـر محمد عوض بن لادن | ١٢,٥٠٠ | ١٠٠٠ | ١٢,٥٠٠,٠٠٠ ريال |
| ٥- محـروس محمد عوض بن لادن | ٥,٠٠٠ | ١٠٠٠ | ٥,٠٠٠,٠٠٠ ريال |
| ٦- حسـن محمد عوض بن لادن | ٥,٠٠٠ | ١٠٠٠ | ٥,٠٠٠,٠٠٠ ريال |
| ٧- خـالد محمد عوض بن لادن | ١٤,٣٧٥ | ١٠٠٠ | ١٤,٣٧٥,٠٠٠ ريال |
| ٨- غـالب محمد عوض بن لادن | ١٥,٠٠٠ | ١٠٠٠ | ١٥,٠٠٠,٠٠٠ ريال |
| ٩- يحـيى محمد عوض بن لادن | ٥,٠٠٠ | ١٠٠٠ | ٥,٠٠٠,٠٠٠ ريال |
| ١٠- عبد العزيز محمد عوض بن لادن | ٥,٠٠٠ | ١٠٠٠ | ٥,٠٠٠,٠٠٠ ريال |
| ١١- عيـسى محمد عوض بن لادن | ٥,٠٠٠ | ١٠٠٠ | ٥,٠٠٠,٠٠٠ ريال |
| ١٢- أحـمد محمد عوض بن لادن | ١٢,٥٠٠ | ١٠٠٠ | ١٢,٥٠٠,٠٠٠ ريال |
| ١٣- خـليل محمد عوض بن لادن | ١٧,٥٠٠ | ١٠٠٠ | ١٧,٥٠٠,٠٠٠ ريال |
| ١٤- صـالح محمد عوض بن لادن | ١٠,٠٠٠ | ١٠٠٠ | ١٠,٠٠٠,٠٠٠ ريال |
| ١٥- حـيدر محمد عوض بن لادن | ١١,٨٧٥ | ١٠٠٠ | ١١,٨٧٥,٠٠٠ ريال |
| ١٦- سـعد محمد عوض بن لادن | ١٤,٣٧٥ | ١٠٠٠ | ١٤,٣٧٥,٠٠٠ ريال |
| ١٧- يـاسر محمد عوض بن لادن | ٥,٠٠٠ | ١٠٠٠ | ٥,٠٠٠,٠٠٠ ريال |
| ١٨- عبد الله محمد عوض بن لادن | ٥,٠٠٠ | ١٠٠٠ | ٥,٠٠٠,٠٠٠ ريال |
| ١٩- محـمد محمد عوض بن لادن | ٥,٠٠٠ | ١٠٠٠ | ٥,٠٠٠,٠٠٠ ريال |
| المجمـوع | ٢٢٠,٠٠٠ | | ٢٢٠,٠٠٠,٠٠٠ ريال |

ويقر الشركاء أنه تم توزيع الحصص فيما بينهم وأنه سبق أن تم الوفاء برأس المال الشركة عند التأسيس.

وزارة التجارة

S.R No. 80261 ... P.O. Box 8918 Jeddah 21492, Saudi Arabia, Tel ... 
ص.ب ٨٩١٨ جدة ٢١٤٩٢ المملكة العربية السعودية - تليفون ... فاكس ...

شركة مجموعة بن لادن السعودية
بكر محمد بن لادن وإخوانه - توصية بسيطة
Legal Department
الشؤون القانونية

رابعاً: تبقى باقي مواد وبنود عقد تأسيس الشركة الأساسي وملاحق تعديله كما هي عليه بدون أي تعديل.

خامساً: فوض جميع الأطراف المكرم أحمد محمد أحمد الغامدي باتخاذ جميع الإجراءات النظامية اللازمة لتقديم القرار لدراسته ومطابقته للنظام وتسجيله في السجل التجاري وسجل الشركات لدى فرع وزارة التجارة في مدينة جدة وتسديد الرسوم واستلام السجل التجاري للشركة والتوقيع على الاستلام.

والله ولي التوفيق ،،،

جدة في ٢٦/١٢/١٤١٣هـ الموافق ١٦/٦/١٩٩٣م

## توقيعات الشركاء

١- بكر محمد عوض بن لادن

٢- طارق محمد عوض بن لادن

٣- ثابت محمد عوض بن لادن

٤- عمر محمد عوض بن لادن

٥- محروس محمد عوض بن لادن

٦- حسن محمد عوض بن لادن

٧- خالد محمد عوض بن لادن

٨- غالب محمد عوض بن لادن

٩- يحيى محمد عوض بن لادن

١٠- عبدالعزيز محمد عوض بن لادن

١١- عيسى محمد عوض بن لادن

١٢- أحمد محمد عوض بن لادن

١٣- خليل محمد عوض بن لادن

١٤- صالح محمد عوض بن لادن

١٥- حيدر محمد عوض بن لادن

١٦- أسامة محمد عوض بن لادن
(عنه وكيله الشرعي محمد سالم اليافعي)

١٧- سعد محمد عوض بن لادن

١٨- ياسر محمد عوض بن لادن

١٩- عبدالله محمد عوض بن لادن
عنه أصالة ووكالة
حسن محمد بن لادن

٢٠- محمد محمد عوض بن لادن

وزارة التجارة
تم تصديق هذا القرار
بمعرفة إدارة الشركات
١٨/١/١٤١٤

س ت ٦٨٢٨٤ – ص ب ٨٩١٨ جدة ٢١٤٩٢ المملكة العربية السعودية – تليفون ٦٦٩٢٦٦٦ فاكس ٦٦٩٦٤٤٠ – تلكس ٦٠٧٤٣٨ إس جي
S.R No. 68284 - P.O.Box : 8918 Jeddah 21492 , Saudi Arabia , Tel. 6692--- - Fax : ------

المملكة العربية السعودية
وزارة التجارة - فرع جدة
في تمام الساعة ١١,٣٠ صباحاً من يوم الاحد
تاريخ التوثيق ٢ / ١١ / ١٤١٤هـ رقم التوثيق ١٥١/٤١٤
جرت توثيقه بحضوري العقد أمامي ...
مدير الادارة القانونية
محمد عتيق الحربي
التوقيع:

المحامي
حسان المحاسني

قسم الترجمة ( ترخيص رقم ٢٣ )

مكتب جدة
ص.ب: ٢٢٥٦ جدة ٢١٤٥١
هاتف: ٦٦٥٤٢٥٣ (٢-٩٦٦)
فاكس: ٦٦٩٢٩٩٦ (٢-٩٦٦)
( ع ت ٣٠٠ )

مكتب الرياض
ص.ب: ١٧٤١١ الرياض ٨٤
هاتف: ٤٧٦٠٧٠٩٩ (١-٩٦٦)
فاكس: ٤٧٦٠٠١١٠ (١-٩٦٦)
المملكة العربية السعودية

## CERTIFICATE

The Translation Department of the Law Office of Hassan Mahassni, hereby certifies that it is an office licensed to perform translation work from and into English and Arabic, and that the translation of the attached copies of documents, from Arabic into English, is a full and correct translation.

[Je]ddah on:

Translation Department

Mohamad Zouhair Samhouri
(licensed translator)

## شـهـادة

بهذا يشهد "قسم الترجمة - مكتب المحامي حسان المحاسني" أنه مكتب مرخص له بالقيام بأعمال الترجمة من والى اللغتين الانكليزية والعربية، وان ترجمته لصور الوثائق المرفقة، من اللغة العربية الى اللغة الانكليزية، ترجمة كاملة وصحيحة.

جدة في:

قسم الترجمة

محمد زهير سمهوري
( مترجم مرخص )

# EXHIBIT 2

In the Name of Allah, the Most Merciful,
the Most Compassionate

Mohammad Binladin Company
(Limited Liability Co.)
Joint Companies Division

**PARTNERS' RESOLUTION PERTAINING TO THE FIRST AMENDMENT OF THE ARTICLES OF ASSOCIATION OF MOHAMMED BINLADIN COMPANY, UNDER THE TRADENAME MOHAMMAD BINLADIN ESTABLISHMENT**
**A Limited Liability Company**
**Dated: 26/12/1413 A.H., corresponding to 16/6/1993**

The following parties whose names appear below:

1. Bakr M. Awad Binladin
2. Tariq M. Awad Binladin
3- Thabith M. Awadh Binladin
4- Omar M. Awadh Binladin
5- Mahroos M. Awadh Binladin
6- Hasan M. Awadh Binladin
7- Khalid M. Awadh Binladin
8- Yaslam M. Awadh Binladin
9- Ghalib M. Awadh Binladin
10- Yehya M. Awadh Binladin
11- Abdul Aziz M. A. Binladin
12- Issa M. Awadh Binladin
13- Ahmed M. Awadh Binladin
14- Ibrahim M. Awadh Binladin
15- Shafeeq M. Awadh Binladin
16- Khalil M. Awadh Binladin
17- Saleh M. Awadh Binladin
18- Hayder M. Awadh Binladin
19- Osama M. Awad Binladin
20. Su'aad M. Awadh Binladin
21- Abdullah M. Awadh Binladin
22- Yassir M. Awadh Binladin
23- Mohammad M. Awadh Binladin
24- Aisha M. Awadh Binladin
25- Noor M. Awadh Binladin
26- Fatimah M. Awadh Binladin
27- Sheikha M. Awadh Binladin
28- Sa'ad M. Awadh Binladin
29- Salma M. Awadh Binladin
30- Taibah M. Awadh Binladin
31- Rafaa M. Awadh Binladin
32- Zeenat M. Awadh Binladin
33- Rukkaiyah M. Awadh Binladin
34- Renda M. Awadh Binladin

Law Office of Hassan Mahassni - Translation Department - Translation Licence No. 23

35- Zubaidah M. Awadh Binladin
36- Najiah M. Awadh Binladin
37- Samiah M. Awadh Binladin
38- Muna M. Awadh Binladin
39- Saleha M. Awadh Binladin
40- Mariam M. Awadh Binladin
41- Foziah M. Awadh Binladin
42- Rajaa M. Awadh Binladin
43- Huda M. Awadh Binladin
44- Ra'idah M. Awadh Binladin
45- Emaan M. Awadh Binladin
46- Seema M. Awadh Binladin
47- Etedal M. Awadh Binladin
48- Sahar M. Awadh Binladin
49- Ilham M. Awadh Binladin
50- Sanaa M. Awadh Binladin
51- Malak M.Awadh Binladin
52- Muneerah M. Awadh Binladin
53- Khadijah Araabi Mohammad
54- Etedal Zaki Marstani
55- Rajaa Bashir Osman Hashim
56- Hissah Abdullah Bin Suleiman Al-Saeed
57- Fatimah Ahmed Mohsen Baharith
58- Salman Salim M.A.Binladin
59- Sarah S.M. Awadh Binladin
60- Samaa S. M. Awadh Binladin

have formed Mohammad Binladin Company, under the tradename of Muhammad Binladin Establishment, registered in the Commercial Register of the city of Makkah Al-Mukarramah under No. 4031021734, dated 30/12/1410 A.H., as a limited liability company, whose articles were notarized at Makkah Al Mukarramah's First Notary Public in the Record Book No. 1087, Pages from 99 to 131, dated 4/12/1410 A.H.

Whereas, the Partner Osamah Muhammad Binladin, who was represented by his attorney-in-fact Muhammad Salem Ali Al-Yafi'i, by virtue of the Power of Attorney Deed No. 13, Volume 282/3, dated 24/9/1414 A.H., issued by Jeddah Second Notary Public, desired to assign all his 8000 (eight Thousand) shares in the Company's share capital to the partner Ghaleb Muhammad Awad Binladin, who accept such assignment together with the rights and liabilities associated with such shares, and whereas, the remaining partners have approved such assignment, each having waived his right to retrieve the assigned shares, the partners having received their rights vis-a-vis one another, their signing this resolution being a final release between them;

Law Office of Hassan Mahassni - Translation Department - Translation Licence No. 23

Now, therefore, the Partners have unanimously agreed to amend the Company's articles in accordance with the following conditions:

**First** : The above preamble shall be an integral part hereof.

**Second** : The premises of the company's articles shall be amended so that the present partners who own the Company shall be the following:

1. Bakr Mohammad Awad Binladin, Saudi national, as per I.D. Card No. 63935, Makkah Al-Mukarramah Register, dated 22/10/1387 A.H., a Civil Engineer by profession, born in 1368 A.H.

2. Tariq Mohammad Awad Binladin, Saudi national, as per I.D. Card No. 63937, Makkah Al-Mukarramah Register, dated 22/10/1387 A.H., a Businessman by profession, born in 1369 A.H.

3. Thabit Mohammad Awad Binladin, Saudi national, as per I.D. Card No. 68250, Makkah Al-Mukarramah Register, dated 20/1/1389 A.H., a Businessman by profession, born in 1366 A.H.

4. Omar Mohammad Awad Binladin, Saudi national, as per I.D. Card No. 298, Madinah Al-Munawarah Register, dated 27/3/1387 A.H., a Civil Engineer by profession, born in 1369 A.H.

5. Mahrous Mohammad Awad Binladin, Saudi national, as per I.D. Card No. 63938, Makkah Al-Mukarramah Register, dated 22/10/1387 A.H., a Businessman by profession, born in 1367 A.H.

6. Hassan Mohammad Awad Binladin, Saudi national, as per I.D. Card No. 63933, Makkah Al-Mukarramah Register, dated 22/10/1387 A.H., a Businessman by profession, born in 1367 A.H.

Law Office of Hassan Mahassni - Translation Department - Translation Licence No. 23

7. Khaled Mohammad Awad Binladin, Saudi national, as per I.D. Card No. 63936, Makkah Al-Mukarramah Register, dated 22/10/1387 A.H., a Businessman by profession, born in 1366 A.H.

8. Yaslam Mohammad Awad Binladin, Saudi national, as per I.D. Card No. 68249, Makkah Al-Mukarramah Register, dated 20/1/1389 A.H., a Businessman by profession, born in 1366 A.H.

9. Ghalib Mohammad Awad Binladin, Saudi national, as per I.D. Card No. 63934, Makkah Al-Mukarramah Register, dated 22/10/1387 A.H., a Civil Engineer by profession, born in 1366 A.H.

10. Yahya Mohammad Awad Binladin, Saudi national, as per I.D. Card No. 63931, Makkah Al-Mukarramah Register, dated 22/10/1387 A.H., an Industrial Engineer by profession, born in 1368 A.H.

11. Abdulaziz Mohammad Awad Binladin, Saudi national, as per I.D. Card No. 63932, Makkah Al-Mukarramah Register, dated 22/10/1387 A.H., a Businessman by profession, born in 1368 A.H.

12. Issa Mohammad Awad Binladin, Saudi national, as per I.D. Card No. 66541, Makkah Al-Mukarramah Register, dated 18/6/1388 A.H., a Businessman by profession, born in 1369 A.H.

13. Ahmad Mohammad Awad Binladin, Saudi national, as per I.D. Card No. 88636, Makkah Al-Mukarramah Register, dated 26/6/1396 A.H., a Businessman by profession, born in 1373 A.H.

14. Ibrahim Mohammad Awad Binladin, Saudi national, as per I.D. Card No. 100091, Makkah Al-Mukarramah Register, dated 6/6/1395 A.H., a Businessman by profession, born in 1377 A.H.

Law Office of Hassan Mahassni - Translation Department - Translation Licence No. 23

15. Shafiq Mohammad Awad Binladin, Saudi national, as per I.D. Card No. 100092, Makkah Al-Mukarramah Register, dated 6/6/1395 A.H., a Businessman by profession, born in 1377 A.H.

16. Khalil Mohammad Awad Binladin, Saudi national, as per I.D. Card No. 100093, Makkah Al-Mukarramah Register, dated 6/6/1395 A.H., a Businessman by profession, born in 1377 A.H.

17. Saleh Mohammad Awad Binladin, Saudi national, as per I.D. Card No. 88635, Makkah Al-Mukarramah Register, dated 26/6/1393 A.H., a Businessman by profession, born in 1375 A.H.

18. Haider Mohammad Awad Binladin, Saudi national, as per I.D. Card No. 100094, Makkah Al-Mukarramah Register, dated 6/6/1395 A.H., a Businessman by profession, born in 1377 A.H.

19. Saad Mohammad Awad Binladin, Saudi national, as per I.D. Card No. 80149, Jeddah Register, dated 14/11/1403 A.H., a Businessman by profession, born in 1383 A.H.

20. Abdullah Mohammad Awad Binladin, Saudi national, as per I.D. Card No. 78925, Jeddah Register, dated 23/5/1403 A.H., a Student by profession, born in 1385 A.H.

21. Yasir Mohammad Awad Binladin, Saudi national, as per I.D. Card No. 78938, Jeddah Register, dated 24/5/1403 A.H., a Businessman by profession, born in 1385 A.H.

22. Mohammad Mohammad Awad Binladin, Saudi national, as per I.D. Card No. 7436, Jeddah Register, dated 10/1/1407 A.H., a Student by profession, born in 1387 A.H.

Law Office of Hassan Mahassni - Translation Department - Translation Licence No. 23

23. Aysha Mohammad Awad Binladin, Saudi national, as per I.D. Card No. 64314, Makkah Al-Mukarramah Register, dated 25/12/1387 A.H., a Housewife by profession, born in 1362 A.H.

24. Nour Mohammad Awad Binladin, Saudi national, as per I.D. Card No. 90659, Makkah Al-Mukarramah Register, dated 10/10/1393 A.H., a Housewife by profession, born in 1369 A.H.

25. Fatima Mohammad Awad Binladin, Saudi national, as per her husband's I.D. Card No. 59/3978, Al-Kharj Register, dated 10/1/1382 A.H., a Housewife by profession, born in 1366 A.H.

26. Sheikha Mohammad Awad Binladin, Saudi national, as per I.D. Card No. 64309, Makkah Al-Mukarramah Register, dated 25/12/1387 A.H., a Housewife by profession, born in 1368 A.H.

27. Su'aad Mohammad Awad Binladin, Saudi national, as per I.D. Card No. 64312, Makkah Al-Mukarramah Register, dated 25/12/1387 A.H., a Housewife by profession, born in 1365 A.H.

28. Salma Mohammad Awad Binladin, Saudi national, as per I.D. Card No. 64313, Makkah Al-Mukarramah Register, dated 25/12/1387 A.H., a Housewife by profession, born in 1374 A.H.

29. Tayyeba Mohammad Awad Binladin, Saudi national, as per I.D. Card No. 75279, Makkah Al-Mukarramah Register, dated 15/9/1390 A.H., a Housewife by profession, born in 1366 A.H.

30. Wafa Mohammad Awad Binladin, Saudi national, as per I.D. Card No. 32727, Jeddah Register, dated 12/4/1385 A.H., a Housewife by profession, born in 1366 A.H.

Law Office of Hassan Mahassni - Translation Department - Translation Licence No. 23

31. Zeenat Mohammad Awad Binladin, Saudi national, as per I.D. Card No. 928, Jeddah Register, dated 4/9/1389 A.H., a Housewife by profession, born in 1373 A.H.

32. Ruqqueiya Mohammad Awad Binladin, Saudi national, as per I.D. Card No. 89128, Makkah Al-Mukarramah Register, dated 18/7/1393 A.H., a Housewife by profession, born in 1372 A.H.

33. Randa Mohammad Awad Binladin, Saudi national, as per I.D. Card No. 89127, Makkah Al-Mukarramah Register, dated 18/7/1393 A.H., a Student by profession, born in 1374 A.H.

34. Zubaida Mohammad Awad Binladin, Saudi national, as per I.D. Card No. 100096, Makkah Al-Mukarramah Register, dated 6/6/1395 A.H., an Student by profession, born in 1376 A.H.

35. Najiah Mohammad Awad Binladin, Saudi national, as per I.D. Card No. 89153, Makkah Al-Mukarramah Register, dated 20/7/1393 A.H., a Housewife by profession, born in 1372 A.H.

36. Samiah Mohammad Awad Binladin, Saudi national, as per I.D. Card No. 89152, Makkah Al-Mukarramah Register, dated 20/7/1393 A.H., a Housewife by profession, born in 1375 A.H.

37. Muna Mohammad Awad Binladin, Saudi national, as per I.D. Card No. 99837, Makkah Al-Mukarramah Register, dated 23/5/1395 A.H., an Housewife by profession, born in 1375 A.H.

38. Saleha Mohammad Awad Binladin, Saudi national, as per I.D. Card No. 90660, Makkah Al-Mukarramah Register, dated 10/10/1393 A.H., a Housewife by profession, born in 1375 A.H.

Law Office of Hassan Mahassni - Translation Department - Translation Licence No. 23

39. Mariam Mohammad Awad Binladin, Saudi national, as per I.D. Card No. 100097, Makkah Al-Mukarramah Register, dated 6/6/1395 A.H., a Housewife by profession, born in 1377 A.H.

40. Fowziyah Mohammad Awad Binladin, Saudi national, as per I.D. Card No. 100098, Makkah Al-Mukarramah Register, dated 6/6/1395 A.H., a Housewife by profession, born in 1377 A.H.

41. Raja Mohammad Awad Binladin, Saudi national, as per I.D. Card No. 89230, Makkah Al-Mukarramah Register, dated 22/7/1393 A.H., a Housewife by profession, born in 1375 A.H.

42. Huda Mohammad Awad Binladin, Saudi national, as per I.D. Card No. 89126, Makkah Al-Mukarramah Register, dated 18/7/1393 A.H., an Student by profession, born in 1374 A.H.

43. Raedah Mohammad Awad Binladin, Saudi national, as per I.D. Card No. 100095, Makkah Al-Mukarramah Register, dated 6/6/1393 A.H., an Decor Engineer by profession, born in 1379 A.H.

44. Eman Mohammad Awad Binladin, Saudi national, as per her husband's I.D. Card No. 85022, Medinah Al-Munawwarah Register, dated 17/8/1393 A.H., a Housewife by profession, born in 1380 A.H.

45. Seema Mohammad Awad Binladin, Saudi national, as per I.D. Card No. 905085, Makkah Al-Mukarramah Register, dated 10/3/1396 A.H., an Student by profession, born in 1378 A.H.

46. Aetedal Mohammad Awad Binladin, Saudi national, as per her husband's I.D. Card No. 57200, Medinah Al-Munawwarah Register, dated 3/8/1394 A.H., a Housewife by profession, born in 1379 A.H.

Law Office of Hassan Mahassni - Translation Department - Translation Licence No. 23

47. Sahar Mohammad Awad Binladin, Saudi national, as per I.D. Card No. 9382, Jeddah Register, dated 27/10/1408 A.H., an Student by profession, born in 1381 A.H.

48. Ilham Mohammad Awad Binladin, Saudi national, as per I.D. Card No. 98239, Jeddah Register, dated 29/1/1409 A.H., an Student by profession, born in 1381 A.H.

49. Sana'a Mohammad Awad Binladin, Saudi national, as per I.D. Card No. 9381, Jeddah Register, dated 27/10/1408 A.H., a Housewife by profession, born in 1381 A.H.

50. Malak Mohammad Awad Binladin, Saudi national, as per I.D. Card No. 8459, Jeddah Register, dated 22/11/1407 A.H., a Housewife by profession, born in 1384 A.H.

51. Muneera Mohammad Awad Binladin, Saudi national, as per I.D. Card No. 82929, Jeddah Register, dated 16/11/1404 A.H., an Student by profession, born in 1386 A.H.

52. Khadijah Urabi Mohammad Ali, Saudi national, as per I.D. Card No. 64315, Makkah Al-Mukarramah Register, dated 25/12/1387 A.H., a Housewife by profession, born in 1344 A.H.

53. Etidal Zaki Mursatani, Saudi national, as per I.D. Card No. 4541, Makkah Al-Mukarramah Register, dated 28/12/1387 A.H., a Housewife by profession, born in 1354 A.H.

54. Raja'a Basheer Othman Hashim, Saudi national, as per I.D. Card No. 2233/87933, Makkah Al-Mukarramah Register, dated 5/5/1386 A.H., a Housewife by profession, born in 1358 A.H.

Law Office of Hassan Mahassni - Translation Department - Translation Licence No. 23

55. Hassa Abdullah Bin Suleiman Al-Saeed, Saudi national, as per I.D. Card No. 20556, Makkah Al-Mukarramah Register, dated 24/3/1381 A.H., a Housewife by profession, born in 1368 A.H.

56. Fatimah Ahmad Mohsen Bahareth, Saudi national, as per I.D. Card No. 60815, Makkah Al-Mukarramah Register, dated 27/2/1387 A.H., a Housewife by profession, born in 1344 A.H.

57. Salman Salem Mohammad Awad Binladin, Saudi national, as per his father's I.D. Card No. 63939, Makkah Al-Mukarramah Register, dated 22/10/1387 A.H., a Student by profession, born in 1398 A.H.

58. Sarah Salem Mohammad Awad Binladin, Saudi national, as per her father's I.D. Card No. 63939, Makkah Al-Mukarramah Register, dated 22/10/1387 A.H., a Student by profession, born in 1396 A.H.

59. Sama Salem Mohammad Awad Binladin, Saudi national, as per her father's I.D. Card No. 63939, Makkah Al-Mukarramah Register, dated 22/10/1387 A.H., a Student by profession, born in 1408 A.H.

All of them residing in Jeddah, Al-Jami'ah District, behind Binladin Mosque.

**Third** : The third Article of the Articles of Association related to the share capital shall be amended to read as follows:

**Article Five : Share Capital:**

The Company's share capital has been fixed at (S.R. 352,000,000) three hundred fifty two million Saudi Riyals divided into 352,1000 shares, each share valued at (S.R. 1000) one thousand Saudi Riyals, which were distributed among the partners as follows:

Law Office of Hassan Mahassni - Translation Department - Translation Licence No. 23

| | NAME OF PARTNERS | NO. OF SHARES | VALUE OF EACH SHARE EACH SHARE | TOTAL VALUE OF SHARES |
|---|---|---|---|---|
| | | | SAUDI RIYALS | |
| 1. | Bakr M. Awad Binladin | 8,000 | 1000 | 8,000,000 |
| 2. | Tariq M. Awad Binladin | 8,000 | 1000 | 8,000,000 |
| 3- | Thabith M. Awadh Binladin | 8,000 | 1000 | 8,000,000 |
| 4- | Omar M. Awadh Binladin | 8,000 | 1000 | 8,000,000 |
| 5- | Mahroos M. Awadh Binladin | 8,000 | 1000 | 8,000,000 |
| 6- | Hasan M. Awadh Binladin | 8,000 | 1000 | 8,000,000 |
| 7- | Khalid M. Awadh Binladin | 8,000 | 1000 | 8,000,000 |
| 8- | Yaslam M. Awadh Binladin | 8,000 | 1000 | 8,000,000 |
| 9- | Ghalib M. Awadh Binladin | 8,000 | 1000 | 8,000,000 |
| 10- | Yehya M. Awadh Binladin | 8,000 | 16000 | 16,000,000 |
| 11- | Abdul Aziz M. A. Binladin | 8,000 | 1000 | 8,000,000 |
| 12- | Issa M. Awadh Binladin | 8,000 | 1000 | 8,000,000 |
| 13- | Ahmed M. Awadh Binladin | 8,000 | 1000 | 8,000,000 |
| 14- | Ibrahim M. Awadh Binladin | 8,000 | 1000 | 8,000,000 |
| 15- | Shafeeq M. Awadh Binladin | 8,000 | 1000 | 8,000,000 |
| 16- | Khalil M. Awadh Binladin | 8,000 | 1000 | 8,000,000 |
| 17- | Saleh M. Awadh Binladin | 8,000 | 1000 | 8,000,000 |
| 18- | Hyder M. Awadh Binladin | 8,000 | 1000 | 8,000,000 |
| 19. | Saad M. Awadh Binladin | 8,000 | 1000 | 8,000,000 |
| 20- | Abdullah M. Awadh Binladin | 8,000 | 1000 | 8,000,000 |
| 21- | Yassir M. Awadh Binladin | 8,000 | 1000 | 8,000,000 |
| 22- | Mohammad M. Awadh Binladin | 8,000 | 1000 | 8,000,000 |
| 23- | Aisha M. Awadh Binladin | 8,000 | 1000 | 8,000,000 |
| 24- | Noor M. Awadh Binladin | 4,000 | 4000 | 4,000,000 |
| 25- | Fatimah M. Awadh Binladin | 4,000 | 4000 | 4,000,000 |
| 26- | Sheikha M. Awadh Binladin | 4,000 | 4000 | 4,000,000 |
| 27- | Sa'ad M. Awadh Binladin | 4,000 | 4000 | 4,000,000 |
| 28- | Salma M. Awadh Binladin | 4,000 | 4000 | 4,000,000 |
| | | 4,000 | 4000 | 4,000,000 |

Law Office of Hassan Mahassni - Translation Department

| | | | | |
|---|---|---|---|---|
| 29- | Taibah M. Awadh Binladin | 4,000 | 4000 | 4,000,000 |
| 30- | Rafaa M. Awadh Binladin | 4,000 | 4000 | 4,000,000 |
| 31- | Zeenat M. Awadh Binladin | 4,000 | 4000 | 4,000,000 |
| 32- | Rukkaiyah M. Awadh Binladin | 4,000 | 4000 | 4,000,000 |
| 33- | Renda M. Awadh Binladin | 4,000 | 4000 | 4,000,000 |
| 34- | Zubaidah M. Awadh Binladin | 4,000 | 4000 | 4,000,000 |
| 35- | Najiah M. Awadh Binladin | 4,000 | 4000 | 4,000,000 |
| 36- | Samiah M. Awadh Binladin | 4,000 | 4000 | 4,000,000 |
| 37- | Muna M. Awadh Binladin | 4,000 | 4000 | 4,000,000 |
| 38- | Saleha M. Awadh Binladin | 4,000 | 4000 | 4,000,000 |
| 39- | Mariam M. Awadh Binladin | 4,000 | 4000 | 4,000,000 |
| 40- | Foziah M. Awadh Binladin | 4,000 | 4000 | 4,000,000 |
| 41- | Rajaa M. Awadh Binladin | 4,000 | 4000 | 4,000,000 |
| 42- | Huda M. Awadh Binladin | 4,000 | 4000 | 4,000,000 |
| 43- | Raidah M. Awadh Binladin | 4,000 | 4000 | 4,000,000 |
| 44- | Imaan M. Awadh Binladin | 4,000 | 4000 | 4,000,000 |
| 45- | Seema M. Awadh Binladin | 4,000 | 4000 | 4,000,000 |
| 46- | Etedal M. Awadh Binladin | 4,000 | 4000 | 4,000,000 |
| 47- | Sahar M. Awadh Binladin | 4,000 | 4000 | 4,000,000 |
| 48- | Alham M. Awadh Binladin | 4,000 | 4000 | 4,000,000 |
| 49- | Sanaa M. Awadh Binladin | 4,000 | 4000 | 4,000,000 |
| 50- | Malik M.Awadh Binladin | 4,000 | 4000 | 4,000,000 |
| 51- | Muneerah M. Awadh Binladin | 4,000 | 4000 | 4,000,000 |
| 52- | Khadijah Araabi Mohammad | 4,000 | 4000 | 4,000,000 |
| 53- | Etedal Zaki Marstani | 11,000 | 1000 | 11,000,000 |
| 54- | Rajaa Bashir Hashim | 11,000 | 1000 | 11,000,000 |
| 55- | Hissah Abdullah Al-Saeed | 11,000 | 1000 | 11,000,000 |
| 56- | Fatimah Ahmed Baharith | 11,000 | 1000 | 11,000,000 |
| 57- | Salman Salim M.A.Binladin | 1,333 | 1000 | 1,333,000 |
| 58- | Sarah S.M. Awadh Binladin | 2,833 | 1000 | 2,833,000 |
| 59- | Samaa S. M. Awadh Binladin | 1,417 | 1000 | 1,417,000 |
| | | 2,417 | 1000 | 2,417,000 |
| | TOTAL: | 352,000 | | S.R.352,000,000 |

Law Office of Hassan Mahassni - Translation Department - Translation Licence No. 23

The Partners declare that the share have been distributed among them and that the Company's capital has already been paid up when the Company was formed.

**Fourth** : The remaining articles shall remain unchanged.

**Fifth** : All the Parties have authorized Mr. Ahmad Muhammad Ahmad Al-Ghamdi to take all legal steps for submitting the resolution for study and for checking the conformity of same to the Regulation, to register same in the Commercial Register and the Companies Register with the Branch of the Ministry of Commerce in Makkah Al-Mukarramah, to pay the fees, to receive the Company's Commercial Register and to sign to that effect.

Allah is the Bestower of success.
Jeddah 26/12/1413 A.H.,
Corresponding to 16/6/1993 A.D.

Signatures of Partners

1. Bakr M. Awad Binladin
2. Tariq M. Awad Binladin
3- Thabith M. Awadh Binladin
4- Omar M. Awadh Binladin
5- Mahroos M. Awadh Binladin
6- Hasan M. Awadh Binladin
7- Khalid M. Awadh Binladin
8- Yaslam M. Awadh Binladin
9- Ghalib M. Awadh Binladin
10- Yehya M. Awadh Binladin
11- Abdul Aziz M. A. Binladin
12- Issa M. Awadh Binladin
13- Ahmed M. Awadh Binladin
14- Ibrahim M. Awadh Binladin
15- Shafeeq M. Awadh Binladin
16- Khalil M. Awadh Binladin
17- Saleh M. Awadh Binladin
18- Hyder M. Awadh Binladin
19- Osama M. Awad Binladin
20. Saad M. Awadh Binladin
21- Abdullah M. Awadh Binladin
22- Yassir M. Awadh Binladin
23- Mohammad M. Awadh Binladin
24- Aisha M. Awadh Binladin

Law Office of Hassan Mahassni - Translation Department - Translation Licence No 23

25- Noor M. Awadh Binladin
26- Fatimah M. Awadh Binladin
27- Sheikha M. Awadh Binladin
28- Su'aad M. Awadh Binladin
29- Salma M. Awadh Binladin
30- Taibah M. Awadh Binladin
31- Rafaa M. Awadh Binladin
32- Zeenat M. Awadh Binladin
33- Rukkaiyah M. Awadh Binladin
34- Renda M. Awadh Binladin
35- Zubaidah M. Awadh Binladin
36- Najiah M. Awadh Binladin
37- Samiah M. Awadh Binladin
38- Muna M. Awadh Binladin
39- Saleha M. Awadh Binladin
40- Mariam M. Awadh Binladin
41- Foziah M. Awadh Binladin
42- Rajaa M. Awadh Binladin
43- Huda M. Awadh Binladin
44- Raidah M. Awadh Binladin
45- Imaan M. Awadh Binladin
46- Seema M. Awadh Binladin
47- Etedal M. Awadh Binladin
48- Sahar M. Awadh Binladin
49- Alham M. Awadh Binladin
50- Sanaa M. Awadh Binladin
51- Malak M.Awadh Binladin
52- Muneerah M.Awadh Binladin
53- Khadijah Araabi Mohammad
54- Aetedal Zaki Marstani
55- Rajaa Bashir Hashim
56- Hissah Abdullah Al-Saeed
57- Fatimah Ahmed Baharith
58- Salman Salim M.A.Binladin
59- Sarah S.M. Awadh Binladin
60- Samaa S. M. Awadh Binladin

The stamp of the Ministry of Commerce is affixed thereto indicating that the resolution has been reviewed and approved by the Companies Department on 18/10/1414 A.H. ( ).

TRN11405

Law Office of Hassan Mahassni - Translation Department - Translation Licence No. 23

بسم الله الرحمن الرحيم

M. BINLADIN COMPANY
(LIMITED LIABILITY CO.)
JOINT COMPANIES DIVISION

شركة محمد بن لادن
(ذات مسئولية محدودة)
قسم المشاركات

قرار الشركاء بالتعديل الأول لعقد تأسيس
شركة محمد بن لادن وسمتها التجارية مؤسسة محمد بن لادن
شركة ذات مسؤولية محدودة
بتاريخ ١٤١٣/١٢/٢٦هـ الموافق ١٩٩٣/٦/١٦

لقد سبق للأطراف الآتية أسماءهم:

١- بكر محمد عوض بن لادن
٢- طارق محمد عوض بن لادن
٣- ثابت محمد عوض بن لادن
٤- عمر محمد عوض بن لادن
٥- محروس محمدعوض بن لادن
٦- حسن محمد عوض بن لادن
٧- خالد محمد عوض بن لادن
٨- يسلم محمد عوض بن لادن
٩- غالب محمد عوض بن لادن
١٠- يحيى محمد عوض بن لادن
١١- عبدالعزيزمحمد عوض بن لادن
١٢- عيسى محمد عوض بن لادن
١٣- أحمدمحمد عوض بن لادن
١٤- إبراهيم محمد عوض بن لادن
١٥- شفيق محمد عوض بن لادن
١٦- خليل محمد عوض بن لادن
١٧- صالح محمد عوض بن لادن
١٨- حيدر محمد عوض بن لادن
١٩- أسامة محمد عوض بن لادن
٢٠- سعد محمد عوض بن لادن
٢١- عبد الله محمد عوض بن لادن
٢٢- ياسر محمد عوض بن لادن
٢٣- محمد محمد عوض بن لادن
٢٤- عائشة محمد عوض بن لادن
٢٥- نور محمد عوض بن لادن
٢٦- فاطمة محمد عوض بن لادن
٢٧- شيخة محمد عوض بن لادن
٢٨- سعاد محمد عوض بن لادن
٢٩- سلمى محمد عوض بن لادن
٣٠- طيبة محمد عوض بن لادن
٣١- رفاء محمد عوض بن لادن
٣٢- زينات محمد عوض بن لادن
٣٣- رقية محمد عوض بن لادن
٣٤- رندا محمد عوض بن لادن
٣٥- زبيدة محمد عوض بن لادن
٣٦- ناجية محمد عوض بن لادن
٣٧- سامية محمد عوض بن لادن
٣٨- منى محمد عوض بن لادن
٣٩- صالحة محمد عوض بن لادن
٤٠- مريم محمد عوض بن لادن
٤١- فوزية محمد عوض بن لادن
٤٢- رجاء محمد عوض بن لادن
٤٣- هدى محمد عوض بن لادن
٤٤- راشدة محمد عوض بن لادن
٤٥- إيمان محمد عوض بن لادن
٤٦- سيما محمد عوض بن لادن
٤٧- إعتدال محمد عوض بن لادن
٤٨- سحر محمد عوض بن لادن
٤٩- إلهام محمد عوض بن لادن
٥٠- سناء محمد عوض بن لادن
٥١- ملك محمد عوض بن لادن
٥٢- منيرة محمد عوض بن لادن
٥٣- خديجة عرابي محمد علي
٥٤- إعتدال زكي مرستاني
٥٥- رجاء بشير عثمان هاشم
٥٦- حصة عبدالله بن سليمان السعيد
٥٧- فاطمة أحمد محسن باحارث
٥٨- سلمان سالم محمد عوض بن لادن
٥٩- سارة سالم محمد عوض بن لادن
٦٠- سما سالم محمد عوض بن لادن

تأسيس شركة محمد بن لادن وسمتها التجارية مؤسسة محمد بن لادن المسجلة بالسجل التجاري لمدينة مكة المكرمة تحت رقم ٤٠٣١٠٢١٧٣٤ وتاريخ ١٤١٠/١٢/٣٠هـ كشركة ذات مسؤولية محدودة، وأثبت عقد تأسيسها لدى كتابة عدل الأولى بمكة المكرمة في دفتر الضبط رقم (١٠٨٧) بالصحائف من رقم (٩١ إلى ١٣١) تاريخ ١٤١٠/١٢/٤هـ.

وزارة التجارة
تم تدقيق ... بمعرفة إدارة الشركات

ATTACH: ............ المرفقات ............ DATE: ............ الرقم ............ NO. ............

بسم الله الرحمن الرحيم

M. BINLADIN COMPANY
(LIMITED LIABILITY CO.)
JOINT COMPANIES DIVISION

شركة محمد بن لادن
( ذات مسئولية محدودة )
قسم المشاركات

ولما كان الشريك أسامة محمد عوض بن لادن ممثلاً بوكيله الشرعي محمد سالم علي اليافعي بموجب صك الوكالة رقم ١٣ الجلد ٣/٢٨٢ تاريخ ١٤١٤/٩/٢٤هـ الصادرة عن كتابة عدل جدة الثانية، قد رغب في التنازل عن جميع حصصه البالغة (٨,٠٠٠) ثمانية آلاف حصة من رأسمال الشركة إلىٰ الشريك غالب محمد عوض بن لادن الذي قبل هذا التنازل بما لهذه الحصص من حقوق وما عليها من إلتزامات ووافق باقي الشركاء علىٰ ذلك التنازل وأسقط كلٌ منهم حقه في إسترداد الحصص المتنازل عنها، وقد إستوفىٰ الأطراف حقوقهم قبل بعضهم البعض ويعتبر توقيعهم علىٰ هذا القرار بمثابة مخالصة نهائية فيما بينهم.

لذا فقد قرر الشركاء بالإجماع تعديل عقد تأسيس الشركة وفقاً للشروط التالية:

**أولاً:** يعتبر التمهيد السابق جزءاً لايتجزأ من هذا القرار.

**ثانياً:** تُعدّل مقدمة العقد الأساسي للشركة ليصبح الشركاء الحاليين المالكين للشركة هم:

١- بكر محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ٦٣٩٣٥ سجل مكة المكرمة وتاريخ ١٣٨٧/١٠/٢٢هـ ومهنته مهندس مدني تولد عام ١٣٦٨هـ.
٢- طارق محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ٦٣٩٣٧ سجل مكة المكرمة وتاريخ ١٣٨٧/١٠/٢٢هـ، ومهنته رجل أعمال، تولد عام ١٣٦٩هـ.
٣- ثابت محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ٦٨٢٥٠ وتاريخ ١٣٨٩/١/٢٠هـ سجل مكة المكرمة، ومهنته رجل أعمال، تولد عام ١٣٦٦هـ.
٤- عمر محمد عوض بن لادن، السعودي الجنسية، بموجب حفيظة النفوس رقم ٢٩٨ سجل المدينة المنورة وتاريخ ١٣٨٧/٣/٢٧هـ ومهنته مهندس مدني، تولد عام ١٣٦٩هـ.
٥- محروس محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ٦٣٩٣٨ سجل مكة المكرمة وتاريخ ١٣٨٧/١٠/٢٢هـ ومهنته رجل أعمال تولد عام ١٣٦٧هـ.
٦- حسن محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ٦٣٩٣٣ سجل مكة المكرمة وتاريخ ١٣٨٧/١٠/٢٢هـ ومهنته رجل أعمال، تولد عام ١٣٦٧هـ.
٧- خالد محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ٦٣٩٣٦ سجل مكة المكرمة وتاريخ ١٣٨٧/١٠/٢٢هـ ومهنته رجل أعمال، تولد عام ١٣٦٦هـ.
٨- يسلم محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ٦٨٢٤٩ سجل مكة المكرمة وتاريخ ١٣٨٩/١/٢٠هـ ومهنته رجل أعمال، تولد عام ١٣٦٦هـ.
٩- غالب محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ٦٣٩٣٤ سجل مكة المكرمة وتاريخ ١٣٨٧/١٠/٢٢هـ ومهنته مهندس مدني، تولد عام ١٣٦٦هـ.
١٠- يحيىٰ محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ٦٣٩٣١ سجل مكة المكرمة وتاريخ ١٣٨٧/١٠/٢٢هـ ومهنته مهندس صناعي، تولد عام ١٣٦٨هـ.
١١- عبدالعزيز محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ٦٣٩٣٢ سجل مكة المكرمة وتاريخ ١٣٨٧/١٠/٢٢هـ ومهنته رجل أعمال، تولد عام ١٣٦٨هـ.

وزارة التجارة

ATTACH: DATE: NO.:

بسم الله الرحمن الرحيم

M. BINLADIN COMPANY
(LIMITED LIABILITY CO.)
JOINT COMPANIES DIVISION

( ذات مسئولية محدودة )
قسم المشاركات

١٢- عيسى محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ٦٦٥٤١ سجل مكة المكرمة وتاريخ ١٨/٦/١٣٨٨هـ ومهنته رجل أعمال، تولد عام ١٣٦٩هـ.

١٣- أحمد محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ٨٨٦٣٦ سجل مكة المكرمة وتاريخ ٢٦/٦/١٣٩٦هـ ومهنته رجل أعمال، تولد عام ١٣٧٣هـ.

١٤- إبراهيم محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ١٠٠٠٩١ سجل مكة المكرمة وتاريخ ٦/٦/١٣٩٥هـ ومهنته رجل أعمال، تولد عام ١٣٧٧هـ.

١٥- شفيق محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ١٠٠٠٩٢ سجل مكة المكرمة وتاريخ ٦/٦/١٣٩٥هـ ومهنته رجل أعمال، تولد عام ١٣٧٧هـ.

١٦- خليل محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ١٠٠٠٩٣ سجل مكة المكرمة وتاريخ ٦/٦/١٣٩٥هـ ومهنته رجل أعمال، تولد عام ١٣٧٧هـ.

١٧- صالح محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ٨٨٦٣٥ سجل مكة المكرمة وتاريخ ٢٦/٦/١٣٩٣هـ، ومهنته رجل أعمال، تولد عام ١٣٧٥هـ.

١٨- حيدر محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ١٠٠٠٩٤ سجل مكة المكرمة وتاريخ ٦/٦/١٣٩٥هـ ومهنته رجل أعمال، تولد عام ١٣٧٧هـ.

١٩- سعد محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ٨٠١٤٩ سجل جدة وتاريخ ١٤/١١/١٤٠٣هـ، ومهنته رجل أعمال، تولد عام ١٣٨٣هـ.

٢٠- عبدالله محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ٧٨٩٢٥ سجل جدة وتاريخ ٢٣/٥/١٤٠٢هـ، ومهنته طالب، تولد عام ١٣٨٥هـ.

٢١- ياسر محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ٧٨٩٢٨ سجل جدة وتاريخ ٢٤/٥/١٤٠٣هـ، ومهنته رجل أعمال، تولد عام ١٣٨٥هـ.

٢٢- محمد محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ٧٤٣٦ سجل جدة وتاريخ ١٠/١/١٤٠٧هـ، ومهنته طالب، تولد عام ١٣٨٧هـ.

٢٣- عائشة محمد عوض بن لادن، سعودية الجنسية، بموجب حفيظة النفوس رقم ٦٤٣١٤ سجل مكة المكرمة وتاريخ ٢٥/١٢/١٣٨٧هـ، ومهنتها ربة منزل، تولد عام ١٣٦٢هـ.

٢٤- نور محمد عوض بن لادن، سعودية الجنسية، بموجب حفيظة النفوس رقم ٩٠٦٥٩ سجل مكة المكرمة وتاريخ ١٠/١٠/١٣٩٣هـ، ومهنتها ربة منزل، تولد عام ١٣٦٦هـ.

٢٥- فاطمة محمد عوض بن لادن، سعودية الجنسية، بموجب حفيظة نفوس زوجها رقم ٥٩/٣٩٧٨ سجل الخرج وتاريخ ١٠/١/١٣٨٢هـ، ومهنتها ربة منزل، تولد عام ١٣٦٦هـ.

٢٦- شيخة محمد عوض بن لادن، سعودية الجنسية، بموجب حفيظة النفوس رقم ٦٤٣٠٩ سجل مكة المكرمة وتاريخ ٢٥/١٢/١٣٨٧هـ، ومهنتها ربة منزل، تولد عام ١٣٦٨هـ.

٢٧- سعاد محمد عوض بن لادن، سعودية الجنسية، بموجب حفيظة النفوس رقم ٦٤٣١٢ سجل مكة المكرمة وتاريخ ٢٥/١٢/١٣٨٧هـ، ومهنتها ربة منزل، تولد عام ١٣٦٥هـ.

٢٨- سلمى محمد عوض بن لادن، سعودية الجنسية، بموجب حفيظة النفوس رقم ٦٤٣١٣ سجل مكة المكرمة وتاريخ ٢٥/١٢/١٣٨٧هـ، ومهنتها ربة منزل، تولد عام ١٣٧٤هـ.

وزارة التجارة
تم تدقيق هذا العقد
بمعرفة إدارة الشركات

ATTACH: DATE: التاريخ: NO.

{٤}

بسم الله الرحمن الرحيم

M. BINLADIN COMPANY
(LIMITED LIABILITY CO.)
JOINT COMPANIES DIVISION

( ذات مسئولية محدودة )
قسم المشاركات

٢٩- طيبة محمد عوض بن لادن، سعودية الجنسية، بموجب حفيظة النفوس رقم ٧٥٢٧٩ سجل مكة المكرمة وتاريخ ١٥/٩/١٣٩٠هـ، ومهنتها ربة منزل، تولد عام ١٣٦٦هـ.

٣٠- رفاء محمد عوض بن لادن، سعودية الجنسية، بموجب حفيظة النفوس رقم ٣٢٧٢٧ سجل جدة وتاريخ ١٢/٤/١٣٨٥هـ، ومهنتها ربة منزل، تولد عام ١٣٦٦هـ.

٣١- زينات محمد عوض بن لادن، سعودية الجنسية، بموجب حفيظة نفوس زوجها رقم ٩٢٨ سجل جدة وتاريخ ٤/٩/١٣٨٩هـ، ومهنتها ربة منزل، تولد عام ١٣٧٣هـ.

٣٢- رقية محمد عوض بن لادن، سعودية الجنسية، بموجب حفيظة النفوس رقم ٨٩١٢٨ سجل مكة المكرمة وتاريخ ١٨/٧/١٣٩٣هـ، ومهنتها ربة منزل، تولد عام ١٣٧٢هـ.

٣٣- رندا محمد عوض بن لادن، سعودية الجنسية، بموجب حفيظة النفوس رقم ٨٩١٢٧ سجل مكة المكرمة وتاريخ ١٨/٧/١٣٩٣هـ، ومهنتها طالبة، تولد عام ١٣٧٤هـ.

٣٤- زبيدة محمد عوض بن لادن، سعودية الجنسية، بموجب حفيظة النفوس رقم ١٠٠٩٦ سجل مكة المكرمة وتاريخ ٦/٦/١٣٩٥هـ، ومهنتها طالبة، تولد عام ١٣٧٦هـ.

٣٥- ناجية محمد عوض بن لادن، سعودية الجنسية، بموجب حفيظة النفوس رقم ٨٩١٥٣ سجل مكة المكرمة وتاريخ ٢٠/٧/١٣٩٣هـ، ومهنتها ربة منزل، تولد عام ١٣٧٢هـ.

٣٦- سامية محمد عوض بن لادن، سعودية الجنسية، بموجب حفيظة النفوس رقم ٨٩١٥٢ سجل مكة المكرمة وتاريخ ٢٠/٧/١٣٩٣هـ، ومهنتها ربة منزل، تولد عام ١٣٧٥هـ.

٣٧- منى محمد عوض بن لادن، سعودية الجنسية، بموجب حفيظة النفوس رقم ٩٩٨٣٧ سجل مكة المكرمة وتاريخ ٢٣/٥/١٣٩٥هـ، ومهنتها ربة منزل، تولد عام ١٣٧٥هـ.

٣٨- صالحة محمد عوض بن لادن، سعودية الجنسية، بموجب حفيظة النفوس رقم ٩٠٦٦٠ سجل مكة المكرمة وتاريخ ١٠/١٠/١٣٩٢هـ، ومهنتها ربة منزل، تولد عام ١٣٧٥هـ.

٣٩- مريم محمد عوض بن لادن، سعودية الجنسية، بموجب حفيظة النفوس رقم ١٠٠٩٧ سجل مكة المكرمة وتاريخ ٦/٦/١٣٩٥هـ، ومهنتها ربة منزل، تولد عام ١٣٧٧هـ.

٤٠- فوزية محمد عوض بن لادن، سعودية الجنسية، بموجب حفيظة النفوس رقم ١٠٠٩٨ سجل مكة المكرمة وتاريخ ٦/٦/١٣٩٥هـ، ومهنتها ربة منزل، تولد عام ١٣٧٧هـ.

٤١- رجاء محمد عوض بن لادن، سعودية الجنسية، بموجب حفيظة النفوس رقم ٨٩٢٣٠ سجل مكة المكرمة وتاريخ ٢٢/٧/١٣٩٣هـ، ومهنتها ربة منزل، تولد عام ١٣٧٥هـ.

٤٢- هدى محمد عوض بن لادن، سعودية الجنسية، بموجب حفيظة النفوس رقم ٨٩١٢٦ سجل مكة المكرمة وتاريخ ١٨/٧/١٣٩٣هـ، ومهنتها طالبة، تولد عام ١٣٧٤هـ.

٤٣- رائدة محمد عوض بن لادن، سعودية الجنسية، بموجب حفيظة النفوس رقم ١٠٠٩٥ سجل مكة المكرمة وتاريخ ٦/٦/١٣٩٣هـ، ومهنتها مهندسة ديكور، تولد عام ١٣٧٩هـ.

٤٤- إيمان محمد عوض بن لادن، سعودية الجنسية، بموجب حفيظة نفوس زوجها رقم ٥٨٠٢٢ سجل المدينة المنورة وتاريخ ١٧/٨/١٣٩٤هـ، ومهنتها ربة منزل، تولد عام ١٣٨٠هـ.

بسم الله الرحمن الرحيم

M. BINLADIN COMPANY
(LIMITED LIABILITY CO.)
JOINT COMPANIES DIVISION

شركة محمد بن لادن
(ذات مسئولية محدودة)
قسم المشاركات

٤٥- سيما محمد عوض بن لادن، سعودية الجنسية، بموجب حفيظة النفوس رقم ٩٠٥٠٨٥ سجل مكة المكرمة وتاريخ ١٣٩٦/٣/١٠هـ، ومهنتها صالبة، تولد عام ١٣٧٨هـ.

٤٦- إعتدال محمد عوض بن لادن، سعودية الجنسية، بموجب حفيظة نفوس زوجها رقم ٥٧٢٠٠ سجل المدينة المنورة وتاريخ ١٣٩٤/٨/٣هـ، ومهنتها ربة منزل، تولد عام ١٣٧٩هـ.

٤٧- سحر محمد عوض بن لادن، سعودية الجنسية، بموجب حفيظة النفوس رقم ٩٣٨٢ سجل جدة وتاريخ ١٤٠٨/١٠/٢٧هـ، ومهنتها طالبة، تولد عام ١٣٨١هـ.

٤٨- إلهام محمد عوض بن لادن، سعودية الجنسية، بموجب حفيظة النفوس رقم ٩٨٢٣٩ سجل جدة وتاريخ ١٤٠٩/١/٢٩هـ، ومهنتها طالبة، تولد عام ١٣٨١هـ.

٤٩- سناء محمد عوض بن لادن، سعودية الجنسية، بموجب حفيظة النفوس رقم ٩٣٨١ سجل جدة وتاريخ ١٤٠٨/١٠/٢٧هـ، ومهنتها ربة منزل، تولد عام ١٣٨١هـ.

٥٠- ملك محمد عوض بن لادن، سعودية الجنسية، بموجب حفيظة النفوس رقم ٨٤٥٩ سجل جدة وتاريخ ١٤٠٧/١١/٢٢هـ، ومهنتها ربة منزل، تولد عام ١٣٨٤هـ.

٥١- منيرة محمد عوض بن لادن، سعودية الجنسية، بموجب حفيظة النفوس رقم ٨٢٩٢٩ سجل جدة وتاريخ ١٤٠٤/١١/١٦هـ، ومهنتها طالبة، تولد عام ١٣٨٦هـ.

٥٢- خديجة عرابي محمد علي، سعودية الجنسية، بموجب حفيظة النفوس رقم ٦٤٣١٥ سجل مكة المكرمة وتاريخ ١٣٨٧/١٢/٢٥هـ، ومهنتها ربة منزل، تولد عام ١٣٤٤هـ.

٥٣- إعتدال زكي مرستاني، سعودية الجنسية، بموجب حفيظة النفوس رقم ٤٥٤١ سجل مكة المكرمة وتاريخ ١٣٨٧/١٢/٢٨هـ، ومهنتها ربة منزل، تولد عام ١٣٥٤هـ.

٥٤- رجاء بشير عثمان هاشم، سعودية الجنسية، بموجب حفيظة النفوس رقم ٢٢٢٣/٨٧٩٣٣ سجل مكة المكرمة وتاريخ ١٣٨٦/٥/٥هـ، ومهنتها ربة منزل، تولد عام ١٣٥٨هـ.

٥٥- حصة عبدالله بن سليمان السعيد، سعودية الجنسية، بموجب حفيظة النفوس رقم ٢٠٥٥٦ سجل مكة المكرمة وتاريخ ١٣٨١/٣/٢٤هـ، ومهنتها ربة منزل، تولد عام ١٣٦٨هـ.

٥٦- فاطمة أحمد محسن باحارث، سعودية الجنسية، بموجب حفيظة النفوس رقم ٦٠٨١٥ سجل مكة المكرمة وتاريخ ١٣٨٧/٢/٢٧هـ، ومهنتها ربة منزل، تولد عام ١٣٤٤هـ.

٥٧- سلمان سالم محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة نفوس والده رقم ٦٣٩٣٩ سجل مكة المكرمة وتاريخ ١٣٨٧/١٠/٢٢هـ، ومهنته طالب، تولد عام ١٣٩٨هـ.

٥٨- سارة سالم محمد عوض بن لادن، سعودية الجنسية، بموجب حفيظة نفوس والدها رقم ٦٣٩٣٩ سجل مكة المكرمة وتاريخ ١٣٨٧/١٠/٢٢هـ، ومهنتها طالبة، تولد عام ١٣٩٦هـ.

٥٩- سما سالم محمد عوض بن لادن، سعودية الجنسية، بموجب حفيظة نفوس والدها رقم ٦٣٩٣٩ سجل مكة المكرمة وتاريخ ١٣٨٧/١٠/٢٢هـ، ومهنتها طالبة، تولد عام ١٤٠٨هـ.

- الجميع مقيمون بجدة ـ حي الجامعة خلف مسجد بن لادن.

وزارة التجارة
تم التدقيق هذه ...
بمعرفة إدارة الشركات

ثالثاً: تعدل المادة الخامسة من عقد تأسيس الشركة الأساسي المتعلقة برأس المال لتصبح على النحو التالي:

ATTACH: ........ المرفقات: ........ DATE: ........ تاريخ: ........ NO. ........

﴿٦﴾

بسم الله الرحمن الرحيم

M. BINLADIN COMPANY
(LIMITED LIABILITY CO.)
JOINT COMPANIES DIVISION

شركة محمد بن لادن
( ذات مسئولية محدودة )
قسم المشاركات

**المادة الخامسة : رأس المال:**

حدد رأس مال الشركة بمبلغ (٣٥٢,٠٠٠,٠٠٠) ثلاثمائة واثنان وخمسون مليون ريال مقسم إلى (٣٥٢,٠٠٠) ثلاثمائة واثنان وخمسون ألف حصة عيني متساوية القيمة حصة (١٠٠٠) ألف ريال سعودي تم توزيعها على الشركاء كالاتي:-

| اسم الشريك | عدد الحصص | قيمة الحصة | مجموع قيمة الحصص ريال سعودي |
|---|---|---|---|
| ١- بكر محمد عوض بن لادن | ٨,٠٠٠ | ١٠٠٠ | ٨,٠٠٠,٠٠٠ ريال |
| ٢- طارق محمد عوض بن لادن | ٨,٠٠٠ | ١٠٠٠ | ٨,٠٠٠,٠٠٠ ريال |
| ٣- ثابت محمد عوض بن لادن | ٨,٠٠٠ | ١٠٠٠ | ٨,٠٠٠,٠٠٠ ريال |
| ٤- عمر محمد عوض بن لادن | ٨,٠٠٠ | ١٠٠٠ | ٨,٠٠٠,٠٠٠ ريال |
| ٥- محروس محمد عوض بن لادن | ٨,٠٠٠ | ١٠٠٠ | ٨,٠٠٠,٠٠٠ ريال |
| ٦- حسن محمد عوض بن لادن | ٨,٠٠٠ | ١٠٠٠ | ٨,٠٠٠,٠٠٠ ريال |
| ٧- خالد محمد عوض بن لادن | ٨,٠٠٠ | ١٠٠٠ | ٨,٠٠٠,٠٠٠ ريال |
| ٨- يسلم محمد عوض بن لادن | ٨,٠٠٠ | ١٠٠٠ | ٨,٠٠٠,٠٠٠ ريال |
| ٩- غالب محمد عوض بن لادن | ١٦,٠٠٠ | ١٠٠٠ | ١٦,٠٠٠,٠٠٠ ريال |
| ١٠- يحيى محمد عوض بن لادن | ٨,٠٠٠ | ١٠٠٠ | ٨,٠٠٠,٠٠٠ ريال |
| ١١- عبدالعزيز محمد عوض بن لادن | ٨,٠٠٠ | ١٠٠٠ | ٨,٠٠٠,٠٠٠ ريال |
| ١٢- عيسى محمد عوض بن لادن | ٨,٠٠٠ | ١٠٠٠ | ٨,٠٠٠,٠٠٠ ريال |
| ١٣- احمد محمد عوض بن لادن | ٨,٠٠٠ | ١٠٠٠ | ٨,٠٠٠,٠٠٠ ريال |
| ١٤- ابراهيم محمد عوض بن لادن | ٨,٠٠٠ | ١٠٠٠ | ٨,٠٠٠,٠٠٠ ريال |
| ١٥- شفيق محمد عوض بن لادن | ٨,٠٠٠ | ١٠٠٠ | ٨,٠٠٠,٠٠٠ ريال |
| ١٦- خليل محمد عوض بن لادن | ٨,٠٠٠ | ١٠٠٠ | ٨,٠٠٠,٠٠٠ ريال |
| ١٧- صالح محمد عوض بن لادن | ٨,٠٠٠ | ١٠٠٠ | ٨,٠٠٠,٠٠٠ ريال |
| ١٨- حيدر محمد عوض بن لادن | ٨,٠٠٠ | ١٠٠٠ | ٨,٠٠٠,٠٠٠ ريال |
| ١٩- سعد محمد عوض بن لادن | ٨,٠٠٠ | ١٠٠٠ | ٨,٠٠٠,٠٠٠ ريال |
| ٢٠- عبدالله محمد عوض بن لادن | ٨,٠٠٠ | ١٠٠٠ | ٨,٠٠٠,٠٠٠ ريال |
| ٢١- ياسر محمد عوض بن لادن | ٨,٠٠٠ | ١٠٠٠ | ٨,٠٠٠,٠٠٠ ريال |
| ٢٢- محمد محمد عوض بن لادن | ٨,٠٠٠ | ١٠٠٠ | ٨,٠٠٠,٠٠٠ ريال |
| ٢٣- عائشة محمد عوض بن لادن | ٤,٠٠٠ | ١٠٠٠ | ٤,٠٠٠,٠٠٠ ريال |
| ٢٤- نور محمد عوض بن لادن | ٤,٠٠٠ | ١٠٠٠ | ٤,٠٠٠,٠٠٠ ريال |
| ٢٥- فاطمة محمد عوض بن لادن | ٤,٠٠٠ | ١٠٠٠ | ٤,٠٠٠,٠٠٠ ريال |
| ٢٦- شيخة محمد عوض بن لادن | ٤,٠٠٠ | ١٠٠٠ | ٤,٠٠٠,٠٠٠ ريال |
| ٢٧- [illegible] محمد عوض بن لادن | ٤,٠٠٠ | ١٠٠٠ | ٤,٠٠٠,٠٠٠ ريال |
| ٢٨- [illegible] محمد عوض بن لادن | ٤,٠٠٠ | ١٠٠٠ | ٤,٠٠٠,٠٠٠ ريال |
| ٢٩- [illegible] محمد عوض بن لادن | ٤,٠٠٠ | ١٠٠٠ | ٤,٠٠٠,٠٠٠ ريال |

وزارة التجارة
بمعرفة إدارة الشركات

ATTACH: ........ :المرفقات DATE: ....

بسم الله الرحمن الرحيم

M. BINLADIN COMPANY
(LIMITED LIABILITY CO.)
JOINT COMPANIES DIVISION

( ذات مسئولية محدودة )
قسم المشاركات

| اسم الشريك | عدد الحصص | قيمة الحصة | مجموع قيمة الحصص |
|---|---|---|---|
| ٣٠- رفاء محمد عوض بن لادن | ٤,٠٠٠ | ١٠٠٠ | ٤,٠٠٠,٠٠٠ ريال |
| ٣١- زينات محمد عوض بن لادن | ٤,٠٠٠ | ١٠٠٠ | ٤,٠٠٠,٠٠٠ ريال |
| ٣٢- رقية محمد عوض بن لادن | ٤,٠٠٠ | ١٠٠٠ | ٤,٠٠٠,٠٠٠ ريال |
| ٣٣- رالدا محمد عوض بن لادن | ٤,٠٠٠ | ١٠٠٠ | ٤,٠٠٠,٠٠٠ ريال |
| ٣٤- زبيدة محمد عوض بن لادن | ٤,٠٠٠ | ١٠٠٠ | ٤,٠٠٠,٠٠٠ ريال |
| ٣٥- ناجية محمد عوض بن لادن | ٤,٠٠٠ | ١٠٠٠ | ٤,٠٠٠,٠٠٠ ريال |
| ٣٦- سامية محمد عوض بن لادن | ٤,٠٠٠ | ١٠٠٠ | ٤,٠٠٠,٠٠٠ ريال |
| ٣٧- منى محمد عوض بن لادن | ٤,٠٠٠ | ١٠٠٠ | ٤,٠٠٠,٠٠٠ ريال |
| ٣٨- صالحة محمد عوض بن لادن | ٤,٠٠٠ | ١٠٠٠ | ٤,٠٠٠,٠٠٠ ريال |
| ٣٩- مريم محمد عوض بن لادن | ٤,٠٠٠ | ١٠٠٠ | ٤,٠٠٠,٠٠٠ ريال |
| ٤٠- فوزية محمد عوض بن لادن | ٤,٠٠٠ | ١٠٠٠ | ٤,٠٠٠,٠٠٠ ريال |
| ٤١- رجاء محمد عوض بن لادن | ٤,٠٠٠ | ١٠٠٠ | ٤,٠٠٠,٠٠٠ ريال |
| ٤٢- هدى محمد عوض بن لادن | ٤,٠٠٠ | ١٠٠٠ | ٤,٠٠٠,٠٠٠ ريال |
| ٤٣- رائدة محمد عوض بن لادن | ٤,٠٠٠ | ١٠٠٠ | ٤,٠٠٠,٠٠٠ ريال |
| ٤٤- ايمان محمد عوض بن لادن | ٤,٠٠٠ | ١٠٠٠ | ٤,٠٠٠,٠٠٠ ريال |
| ٤٥- سيما محمد عوض بن لادن | ٤,٠٠٠ | ١٠٠٠ | ٤,٠٠٠,٠٠٠ ريال |
| ٤٦- اعتدال محمد عوض بن لادن | ٤,٠٠٠ | ١٠٠٠ | ٤,٠٠٠,٠٠٠ ريال |
| ٤٧- سحر محمد عوض بن لادن | ٤,٠٠٠ | ١٠٠٠ | ٤,٠٠٠,٠٠٠ ريال |
| ٤٨- الهام محمد عوض بن لادن | ٤,٠٠٠ | ١٠٠٠ | ٤,٠٠٠,٠٠٠ ريال |
| ٤٩- سناء محمد عوض بن لادن | ٤,٠٠٠ | ١٠٠٠ | ٤,٠٠٠,٠٠٠ ريال |
| ٥٠- ملك محمد عوض بن لادن | ٤,٠٠٠ | ١٠٠٠ | ٤,٠٠٠,٠٠٠ ريال |
| ٥١- منيرة محمد عوض بن لادن | ٤,٠٠٠ | ١٠٠٠ | ٤,٠٠٠,٠٠٠ ريال |
| ٥٢- خديجة عرابي محمد | ١١,٠٠٠ | ١٠٠٠ | ١١,٠٠٠,٠٠٠ ريال |
| ٥٣- اعتدال زكي مرستاني | ١١,٠٠٠ | ١٠٠٠ | ١١,٠٠٠,٠٠٠ ريال |
| ٥٤- رجاء بشير هاشم | ١١,٠٠٠ | ١٠٠٠ | ١١,٠٠٠,٠٠٠ ريال |
| ٥٥- حصة عبد الله السعيد | ١١,٠٠٠ | ١٠٠٠ | ١١,٠٠٠,٠٠٠ ريال |
| ٥٦- فاطمة احمد باحارث | ١,٣٣٣ | ١٠٠٠ | ١,٣٣٣,٠٠٠ ريال |
| ٥٧ سلمان سالم محمد عوض بن لادن | ٢,٨٣٣ | ١٠٠٠ | ٢,٨٣٣,٠٠٠ ريال |
| ٥٨- سارة سالم محمد عوض بن لادن | ١,٤١٧ | ١٠٠٠ | ١,٤١٧,٠٠٠ ريال |
| ٥٩- سما سالم محمد عوض بن لادن | ٢,٤١٧ | ١٠٠٠ | ٢,٤١٧,٠٠٠ ريال |
| المجموع | ٣٥٢,٠٠٠ | | ٣٥٢,٠٠٠,٠٠٠ ريال |

ويقر الشركاء أنه تم توزيع الحصص فيما بينهم وأنه سبق أن تم الوفاء برأسمال الشركة عند التأسيس

وزارة التجارة
تم لدق ... هذا القرار
بمعرفة إدارة الشركات

ATTACH: ............ المرفقات DATE: ............ التاريخ NO. ............

(٨)

M. BINLADIN COMPANY
(LIMITED LIABILITY CO.)
JOINT COMPANIES DIVISION

شركة محمد بن لادن
( ذات مسئولية محدودة )
قسم المشاركات

رابعاً: تبقى باقي مواد عقد تأسيس الشركة الأساسي كما هي عليه بدون أي تعديل.

خامساً: فوض جميع الأطراف المكرم أحمد محمد أحمد الغامدي بإتخاذ جميع الإجراءات النظامية اللازمة لتقديم القرار لدراسته ومطابقته للنظام وتسجيله في السجل التجاري وسجل الشركات لدى فرع وزارة التجارة في مكة المكرمة وتسديد الرسوم وإستلام السجل التجاري للشركة والتوقيع على الإستلام.

والله ولي التوفيق ،،،

جدة في ٢٦/١٢/١٤١٣هـ الموافق ١٦/٦/١٩٩٣م

هـ ش/ش ق
ard-4

## توقيعات الشركاء

١- بكر محمد عوض بن لادن
٢- طارق محمد عوض بن لادن
٣- ثابت محمد عوض بن لادن
٤- عمر محمد عوض بن لادن
٥- محروس محمدعوض بن لادن
٦- حسن محمد عوض بن لادن
٧- خالد محمد عوض بن لادن
٨- يسلم محمد عوض بن لادن
٩- غالب محمد عوض بن لادن
١٠- يحيى محمد عوض بن لادن
١١- عبدالعزيزمحمد عوض بن لادن
١٢- عيسى محمد عوض بن لادن
١٣- احمد محمد عوض بن لادن
١٤- إبراهيم محمد عوض بن لادن
١٥- شفيق محمد عوض بن لادن
١٦- خليل محمد عوض بن لادن
١٧- صالح محمد عوض بن لادن
١٨- حيدر محمد عوض بن لادن
١٩- أسامة محمد عوض بن لادن
(عنه وكيله الشرعي محمد سالم اليافعي)
٢٠- سعد محمد عوض بن لادن
٢١- عبد الله محمد عوض بن لادن
٢٢- ياسر محمد عوض بن لادن
٢٣- محمد محمد عوض بن لادن
٢٤- عائشة محمد عوض بن لادن
٢٥- نور محمد عوض بن لادن
٢٦- فاطمة محمد عوض بن لادن
٢٧- شيخةمحمد عوض بن لادن
٢٨- سعاد محمد عوض بن لادن
٢٩- سلمى محمد عوض بن لادن
٣٠- طيبة محمد عوض بن لادن
٣١- رناء محمد عوض بن لادن
٣٢- زينات محمد عوض بن لادن
٣٣- رقية محمد عوض بن لادن
٣٤- رندا محمد عوض بن لادن
٣٥- زبيدة محمد عوض بن لادن
٣٦- ناجية محمد عوض بن لادن
٣٧- سامية محمد عوض بن لادن
٣٨- منى محمد عوض بن لادن
٣٩- صالحة محمد عوض بن لادن
٤٠- مريم محمد عوض بن لادن
٤١- فوزية محمد عوض بن لادن
٤٢- رجاء محمد عوض بن لادن
٤٣- هدى محمد عوض بن لادن
٤٤- رائدة محمد عوض بن لادن
٤٥- إيمان محمد عوض بن لادن
٤٦- سيما محمد عوض بن لادن
٤٧- إعتدال محمد عوض بن لادن
٤٨- سحر محمد عوض بن لادن
٤٩- إلهام محمد عوض بن لادن
٥٠- سناء محمد عوض بن لادن
٥١- ملك محمد عوض بن لادن
٥٢- منيرة محمد عوض بن لادن
٥٣- خديجة عرابي محمد علي
٥٤- إعتدال زكي مرستاني
٥٥- رجاء بشير عثمان هاشم
٥٦- حصة عبدالله بن سليمان السعيد
٥٧- فاطمة أحمد محسن باحارث
٥٨- سلمان سالم محمد عوض بن لادن
٥٩- سارة سالم محمد عوض بن لادن
٦٠- سما سالم محمد عوض بن لادن

وزارة التجارة

ATTACH:........ المرفقات:........ DATE:....

مكتب جدة
ص.ب: ٢٢٥٦ جدة ٢١٤٥١
هاتف: ٦٦٥٤٢٥٢ (٢-٩٦٦)
فاكس: ٦٦٩٤٩٦٦ (٢-٩٦٦)
(غ-ت ٢٠٠)

مكتب الرياض
ص.ب: ١٧٤١١ الرياض ١١٤٨٤
هاتف: ٤٧٦٠٧٠٩٩ (١-٩٦٦)
فاكس: ٤٧٦٠٠١١٠ (١-٩٦٦)
المملكة العربية السعودية

المحامي
حسان المحاسني
قسم الترجمة (ترخيص رقم ٢٣)

## CERTIFICATE

The Translation Department of the Law Office of Hassan Mahassni, hereby certifies that it is an office licensed to perform translation work from and into English and Arabic, and that the translation of the attached copies of documents, from Arabic into English, is a full and correct translation.

Jeddah on:

Translation Department

Mohamad Zouhair Samhouri
(licensed translator)

## شهادة

يهذا يشهد "قسم الترجمة - مكتب المحامي حسان المحاسني" أنه مكتب مرخص له بالقيام بأعمال الترجمة من والى اللغتين الانكليزية والعربية، وأن ترجمته لصور الوثائق المرفقة، من اللغة العربية الى اللغة الانكليزية، ترجمة كاملة وصحيحة.

جدة في:

قسم الترجمة

محمد زهير سمهوري
(مترجم مرخص)

# EXHIBIT 3

AL-NADWAH , Issue No. 10706
Sunday, 10 Ramadan 1414 H.
(20/2/1994 A.D.)

BAKR BINLADEN: ALL FAMILY MEMBERS

CONDEMN OSAMA BINLADEN'S BEHAVIOR

Following reports by the media regarding Osama Muhammad Binladen, and in order to clarify his family's position towards him, Engineer Bakr Muhammad Binladen, the senior member of the Binladen family, has made the following statement:

"I myself, and all members of the family, whose number exceeds fifty persons, express our strong condemnation and denunciation of all the behavior of Osama, which behavior we do not accept or approve of. As said Osama has been residing outside the Kingdom of Saudi Arabia for more than two years despite our attempts to convince him to return to the right path, we, therefore, consider him to be alone responsible for his statements, actions and behavior, if truly emanating from him."

LAW OFFICES OF HASSAN MAHASSNI
TRANSLATION DEPARTMENT
JEDDAH

حسان المحاسني

قسم الترجمة (ترخيص رقم ٢٣)

## شهادة

## CERTIFICATE

بهذا يشهد "قسم الترجمة - مكتب المحامي حسان المحاسني" إنه مكتب مرخص له بالقيام بأعمال الترجمة من والى اللغتين الانكليزية والعربية، وان ترجمته لصور الوثائق المرفقة، من اللغة العربية الى اللغة الانكليزية، ترجمة كاملة وصحيحة.

The Translation Department of the Law Office of Hassan Mahassni, hereby certifies that it is an office licensed to perform translation work from and into English and Arabic, and that the translation of the attached copies of documents, from Arabic into English, is a full and correct translation.

جدة في:

Jeddah on:

قسم الترجمة

Translation Department

محمد زهير سمهوري

(مترجم مرخص)

Mohamad Zouhair Samhouri

(licensed translator)

الندوة
العدد ١٠٧٦٦ الأحد ١٠ رمضان ١٤١٤هـ

# بكر بن لادن: جميع أفراد العائلة يستنكرون تصرفات أسامة بن لادن

○○ بناء على ما تناقلته بعض وسائل الاعلام من انباء تتعلق بأسامة محمد بن لادن .. ورغبة في ايضاح موقف اسرته منه ، فقد صدر عن المهندس بكر محمد بن لادن كبير آل بن لادن التصريح التالي :

«اني وجميع افراد العائلة الذين يتجاوز عددهم خمسين شخصاً نعرب عن بالغ اسفنا وشجبنا واستنكارنا لكل ما صدر عن اسامة من تصرفات لا نقرها ولا نرضاها .. وحيث ان المذكور يقيم حالياً خارج المملكة العربية السعودية منذ اكثر من عامين رغم كل المحاولات التي بذلناها لعودته الى طريق الصواب فانا نعتبره وحده المسئول عن اقواله واعماله وتصرفاته ان صح صدورها منه» .

● بكر بن لادن

# EXHIBIT 4

SAUDI BINLADIN GROUP
CHAIRMAN

مجموعة بن لادن السعودية

**OFFICIAL STATEMENT BY**
**THE SAUDI BINLADIN GROUP**

**SUBJECT : USAMA BIN LADIN**

As Chairman of the Saudi Binladin Group I hereby issue the following declarations on our position vis-à-vis the subject, Usama bin Muhammad bin Awad bin Ladin (a.k.a. Usama bin Ladin):

1. Usama bin Ladin possesses no legal or beneficial interest whatsoever (directly or indirectly) in Saudi Binladin Group or any of its subsidiaries, affiliates or other entities which form part of the Saudi Binladin Group.

2. Usama bin Ladin possesses no interest whatsoever (directly or indirectly) in any assets or any other property belonging to the Saudi Binladin Group or any of its subsidiaries, affiliates or other entities which form part of the Saudi Binladin Group.

3. Usama bin Ladin possesses no contractual, business or any other relationship whatsoever (directly or indirectly) with the Saudi Binladin Group or any of its subsidiaries, affiliates or other entities which form part of the Saudi Binladin Group.

4. Usama bin Ladin is not funded (directly or indirectly) by the Saudi Binladin Group or any of its subsidiaries, affiliates or other entities which form part of the Saudi Binladin Group.

Issued in Jeddah, Kingdom of Saudi Arabia, on the 5th day of September, 1998.

Bakr Muhammad Binladin
Chairman
Saudi Binladin Group