# EXHIBIT I

536

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x

 3   UNITED STATES OF AMERICA

 4              v.                          S(7)98CR1023

 5   USAMA BIN LADEN, et al.,

 6              Defendants.

 7   ------------------------------x

 8
                                          New York, N.Y.
 9                                        February 14, 2001
                                          10:30 a.m.
10

11

12   Before:

13                    HON. LEONARD B. SAND,

14                                        District Judge

15

16

17

18

19

20

21

22

23

24

25
```

539

```
 1   treat that as evidence.
 2            This is a stipulation agreed by and between the
 3   United States of America and the defendants by and with the
 4   consent of their attorneys as follows.
 5            1.  On December 27, 1979 the Soviet Union invaded
 6   Afghanistan, a country with a predominantly Muslim population.
 7            2.  In response to the Soviet invasion of Afghanistan
 8   groups of Muslims formed an armed force that became known as
 9   the Afghan Mujahadeen.  The Afghan Mujahadeen fought the
10   invading Soviet force and the Soviet-supported Afghan
11   government.
12            3.  In 1986 during its occupation of Afghanistan, the
13   Soviet Union installed Mohammed Najibullah as president of
14   Afghanistan.
15            4.  On February 15, 1989, the last Soviet troops
16   departed from Afghanistan.
17            5.  From the time of the departure of Soviet troops
18   from Afghanistan in February 1989, through the dissolution of
19   the Soviet Union in 1991, the Soviet Union provided economic
20   and military support to the Najibullah government in
21   Afghanistan.
22            6.  From shortly after the start of the Soviet
23   invasion in Afghanistan in 1979, through September 1991, the
24   United States, through one of its intelligence agencies,
25   provided economic and military support to the Afghan
```

540

```
 1    mujahideen through a third country intermediary.
 2              7.  Beginning in 1987 the American military support
 3    to the Afghan mujahideen included stinger antiaircraft
 4    missiles.
 5              The parties have so stipulated, and, as I said, those
 6    are facts which are not disputed and are in evidence before
 7    you.
 8              MR. FITZGERALD:  The government now calls Essam al
 9    Ridi.
10    ESSAM AL RIDI,
11         called as a witness by the government,
12         having been duly sworn, testified as follows:
13              THE DEPUTY CLERK:  Please be seated.  Please state
14    your full name.
15              THE WITNESS:  Essam al Ridi.
16    DIRECT EXAMINATION
17    BY MR. FITZGERALD:
18    Q.  Can you spell your first name for the record as well.
19    A.  Certainly.  E double S A M.
20    Q.  You have a loud voice, so if you could keep your loud
21    voice and just make sure you look at the microphone because
22    it's directional.
23              Sir, could you tell the jury where you were born?
24    A.  I was born in Cairo, Egypt, 1958.
25    Q.  And for how long did you live in Egypt?
```