# EXHIBIT J



Français |

About Us | Members | Membership & Contributions | Activities | Honoring | Arab & Intl Activities

Search [          ]  Advanced Search

Fourth Annual Conference

Sponsors

Databases

Read the magazine

E-mail
For Members

Job Vacancies
ATF in Pictures

Tell a friend about this site
[          ] »

## Proud Sponsors of Arab & World Media

**Corporate Sponsors**

















**Media Sponsors**







# FORTUNE

## Become a Sponsor

If your company wants to make an unparalleled impact with this exclusive audience, please contact one of the following people and be sure to request a **Sponsorship Guide**.

**Peter G. Johnson**
Sponsorship / Advertising Sales
Americas, Europe and Asia
+1 303.415.3655 (direct)
+1 303.415.3650 (fax)
+1 303.378.8867 (mobile)

**Hamad A. Al Ammari**
Conference Coordinator and Sponsorship Sales
Arab Region
+966 1.4621126 (direct)
+966 1.4613755 (fax)

+966 505817507 (mobile)

 Please press here to read the sponsorship document