**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____
                                           )
In re Terrorist Attacks on September 11, 2001   )   No. 03-MD-1570 (RCC)
_____)

*This document relates to:*

*Continental Casualty v. Al Qaeda*, No. 04-CV-5970 (RCC)


**DEFENDANT BINLADIN GROUP INTERNATIONAL COMPANY LTD.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Binladin Group International Company Ltd. ("BGI") hereby certify that BGI is wholly owned by Frane Establishment, the majority beneficial interest in which is held by Saudi Binladin Group. No publicly held corporation has a 10% or greater ownership interest in BGI.

Dated:  January 27, 2006                             Respectfully submitted,

/s/ Geoffrey S. Stewart
_____

Geoffrey S. Stewart (GS-5413)
JONES DAY
222 East 41st Street
New York, New York  10017-6702
Tel:  (212) 326-3939
Fax:  (212) 755-7306

Stephen J. Brogan
Mary Ellen Powers
Timothy J. Finn
Jonathan C. Rose
James E. Gauch
Michael P. Gurdak
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001
Tel:  (202) 879-3939
Fax:  (202) 626-1700

*Attorneys for Binladin Group International Company Ltd.*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 27, 2006 I caused an electronic copy of Defendant Binladin Group International Company Ltd.'s Corporate Disclosure Statement to be served by the Court's Electronic Case Filing System.

Date:   January 27, 2006

                                                      /s/ Stephen J. Brogan
                                                    Stephen J. Brogan