```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____     │
│ DATE FILED: 1-27-06         │
└─────────────────────────────┘
```

*CASEY, S.*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*        Federal Insurance Co. v. al Qaida
03 CV 06978 (RCC)

## STIPULATION OF DISMISSAL OF THE
## ISLAMIC INVESTMENT COMPANY OF THE GULF

PLEASE TAKE NOTICE that, through counsel, the *Federal Insurance* plaintiffs and

defendant, Islamic Investment Company of the Gulf, have agreed to and hereby stipulate to the

dismissal of defendant, Islamic Investment Company of the Gulf, without prejudice, each side to

bear its own attorney's fees, costs, and expenses.

Respectfully submitted,

COZEN O'CONNOR                          SHEPPARD MULLIN RICHTER &
                                        HAMPTON LLP

By:_____            By:_____
SEAN P. CARTER                          JAMES J. MCGUIRE
J. SCOTT TARBUTTON                      TIMOTHY J. MCCARTHY
1900 Market Street                      30 Rockefeller Plaza – Suite 4250
Philadelphia, PA 19103                  New York, NY 10112
(215) 665-2000                          (212) 332-3800

Counsel for Plaintiffs                  Counsel for Defendant


                                        SO ORDERED:


Dated: January 26, 2006                 _____
                                        RICHARD CONWAY CASEY, U.S.D.J.