USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-30-06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001         03 MDL 1570 (RCC)
                                                      ECF Case

This document relates to: Gallop v. Riggs National Corp., et al., CV-04-7281 (RCC)

### ORDER

In this action, attorneys Motley Rice LLC and Hanly Conroy Bierstein & Sheridan LLP, counsel of record for the plaintiff, April Gallop, filed a motion for leave to withdraw as counsel; and the Court finding that counsel may withdraw from representing a client if the client renders it unreasonably difficult for the attorney to carry out employment effectively, DR 2-110(C)(1)(d), and for the reasons stated in the attorneys' application and presented for the court's consideration during hearings in this matter on November 3, 2005, December 1, 2005 and January 17, 2006, and stated by the Court on the record on January 17, 2006 during the Court's hearing on the motion for leave to withdraw, the Court finds that counsel have demonstrated good cause in support of the motion for leave to withdraw as the plaintiff's counsel; it is therefore hereby

ORDERED that, on the law, the facts, and as a matter of discretion, the motion of the attorneys of record, Motley Rice LLC and Hanly Conroy Bierstein & Sheridan LLP, to withdraw as counsel for the plaintiff is granted, without costs or disbursements; and it is further

ORDERED that on February 17, 2006, the plaintiff shall appear before the Court either by new counsel or, if new counsel has not been retained, pro se; and it is further

ORDERED that within ten (10) days of the date of this order, Motley Rice LLC shall (1) serve the plaintiff with a copy of this order by United States Postal Service certified mail, return receipt requested, and by United States Postal Service first class mail with proof of mailing, which shall constitute notice to the plaintiff to retain other counsel; and (2) serve a copy of this order by United States Postal Service first class mail with proof of mailing, upon the attorneys for the defendants; and it is further,

ORDERED that upon filing of proof of such service with the Clerk of the United States District Court for the Southern District of New York, Motley Rice LLC and Hanly Conroy Bierstein & Sheridan LLP shall be relieved as counsel for the plaintiff.

SO ORDERED THIS 27 DAY OF January, 2006

Honorable Richard Conway Casey
Judge, United States District Court