UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re Terrorist Attacks on September 11, 2001

03 MDL 1570 (RCC)
ECF Case

-----------------------------------------------------------x

CANTOR FITZGERALD & CO., et al.,

                Plaintiffs,

04 CV 7065 (RCC)
ECF Case

      v.

NOTICE OF APPEAL

AKIDA BANK PRIVATE LIMITED, et al.,

                Defendants.
-----------------------------------------------------------x

[FILED U.S. DC   JAN 7   S.D. OF N.Y.]

      NOTICE is hereby given that Cantor Fitzgerald & Co.; Cantor Fitzgerald Associates, L.P.; Cantor Fitzgerald Brokerage, L.P.; Cantor Fitzgerald Europe; Cantor Fitzgerald International; Cantor Fitzgerald Partners; Cantor Fitzgerald Securities; Cantor Fitzgerald, L.P.; Cantor Index Limited; C02e.com, LLC; eSpeed Government Securities, Inc.; Espeed, Inc.; eSpeed Securities, Inc.; TradeSpark, L.P.;WTC Retail LLC; Port Authority Trans-Hudson Corporation; and Port Authority of New York and New Jersey, Plaintiffs, in the above-captioned case, hereby appeal to the United States Court of Appeals for the Second Circuit the final judgment entered in favor of Defendants the Kingdom of Saudi Arabia, Prince Turki al Faisal al Saud, Prince Sultan Bin Abdulaziz al Saud, and Prince Mohamed al Faisal al Saud in this action on January 10, 2006, and in all respects the underlying Opinions and Orders granting dismissal to the Kingdom of Saudi Arabia, Prince Turki al Faisal al Saud, Prince Sultan Bin Abdulaziz al Saud, and Prince Mohamed al Faisal al Saud in this action.

DSMDB.2036454.1

Dated: January 27, 2006                               Respectfully submitted,

                                                      *[signature]*
                                                      Kenneth L. Adams, Esq.
                                                      Richard W. Fields, Esq.
                                                      Christopher T. Leonardo, Esq.
                                                      Stacey A. Saiontz, Esq.
                                                      Andrew N. Bourne, Esq.
                                                      Dickstein Shapiro Morin
                                                        & Oshinsky LLP
                                                      1177 Avenue of the Americas
                                                      New York, New York 10036-2714
                                                      Tel.: 212-835-1400
                                                      Fax: 212-997-9880

                                                      *Attorneys for Plaintiffs-Appellants*