# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| *IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | ) ) ) ) ) | **03 MDL 1570 (RCC)** **ECF CASE** |

*This document relates to:*

> *Federal Ins. Co., et al. v. Al Qaida, et al.*, Case No. 03-CV-6978 (S.D.N.Y.)
> *Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.*, Case No. 04-CV-05970-UA (S.D.N.Y.)
> *Estate of John P. O'Neill, Sr., on behalf John P. O'Neill, Sr., deceased, and on behalf of decedent's heirs-at-law, et al. v. Al Baraka Inv. and Dev. Corp., et al.*, Case No. 04-CV-1923 (S.D.N.Y.)
> *Euro Brokers, Inc., et al. v. Al Baraka Inv. and Dev. Corp., et al.*, Case No. 04-CV-07279-UA (S.D.N.Y.)
> *New York Marine and General Ins. Co. v. Al Qaida, et al.*, Case No. 04-CV-6105 (S.D.N.Y.)
> *World Trade Ctr. Prop., LLC, et al. v. Al Baraka Inv. and Dev. Corp., et al.*, Case No. 04-CV-7280 (S.D.N.Y.)

## NOTICE OF MOTION OF YASSIN ABDULLAH KADI
## TO DISMISS COMPLAINTS

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 12 and upon the Memorandum in support of this Motion attached hereto, Defendant Yassin Abdullah Kadi by his undersigned attorneys, will move this Court, before the Honorable Richard C. Casey, at the United States Courthouse located at 500 Pearl Street, New York, New York, on such date as the Court directs, for an order dismissing the Plaintiffs' entire case.

2

        Respectfully submitted,

        HUNTON & WILLIAMS LLP


By: /s/ Bonnie K. Arthur
    David F. Geneson (*Admitted pro hac vice*)
    Bonnie K. Arthur (*Admitted pro hac vice*)
    Hunton & Williams LLP
    1900 K Street, N.W.
    Washington, D.C.  20006-1109

    *Attorneys for Defendant*
    *Yassin Abdullah Kadi*


Dated:  February 3, 2006

3

## **CERTIFICATE OF SERVICE**

I certify that, on the 3rd day of February 2006 I caused copies of **DEFENDANT YASSIN ABDULLAH KADI'S NOTICE OF MOTION TO DISMISS** to be served via the Court's ECF System to all counsel of record listed within the Court's ECF System.

> By:
> /s/ Bonnie K. Arthur
> Bonnie K. Arthur
> Hunton & Williams LLP
> 1900 K Street, NW
> Washington, DC 20006