UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | ) | |
| *IN RE* TERRORIST ATTACKS ON | ) | **03 MDL 1570 (RCC)** |
| SEPTEMBER 11, 2001 | ) | **ECF CASE** |
| | ) | |

*This document relates to:*

> *Federal Ins. Co., et al. v. Al Qaida, et al.*, Case No. 03-CV-6978 (S.D.N.Y.)
> *Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.*, Case No. 04-CV-05970-UA (S.D.N.Y.)
> *Estate of John P. O'Neill, Sr., on behalf John P. O'Neill, Sr., deceased, and on behalf of decedent's heirs-at-law, et al. v. Al Baraka Inv. and Dev. Corp., et al.*, Case No. 04-CV-1923 (S.D.N.Y.)
> *Euro Brokers, Inc., et al. v. Al Baraka Inv. and Dev. Corp., et al.*, Case No. 04-CV-07279-UA (S.D.N.Y.)
> *New York Marine and General Ins. Co. v. Al Qaida, et al.*, Case No. 04-CV-6105 (S.D.N.Y.)
> *World Trade Ctr. Prop., LLC, et al. v. Al Baraka Inv. and Dev. Corp., et al.*, Case No. 04-CV-7280 (S.D.N.Y.)

**DECLARATION OF BONNIE K. ARTHUR IN SUPPORT OF DEFENDANT
YASSIN ABDULLAH KADI'S MOTION TO DISMISS**

I, BONNIE K. ARTHUR, declare as follows:

1.      I am an attorney admitted to practice in the District of Columbia and am admitted *pro hac vice* in this matter.  I am with the law firm of Hunton & Williams LLP, and I represent defendant Yassin Abdullah Kadi in the above captioned matters.  I submit this declaration to submit to the Court the following documents submitted in support of Mr. Kadi's Motion to Dismiss:

2.      Attached as Exhibit A, a certified English translation of *Alice Hoglan et al v. Public Ministry of the Swiss Confederation and  Yassin Abdullah Kadi* (BB [Swiss Federal Criminal Court] 12 December 2005).

3.     Attached as Exhibit B, a copy of a U.S. Treasury Department press release dated October 12, 2001.

4.     Attached as Exhibit C, a copy of a certificate signed by Harriet Smith Windsor, Secretary of State of the State of Delaware, regarding the corporate status of Muwafaq Foundation, dated October 28, 2004.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.  Executed on February 3, 2006, in Washington, DC.

  /s/ Bonnie K. Arthur
Bonnie K. Arthur
Hunton & Williams LLP
1900 K Street, NW
Washington, DC 20006

## CERTIFICATE OF SERVICE

I certify that, on the 3rd day of February 2006 I caused copies of the **DECLARATION OF BONNIE K. ARTHUR IN SUPPORT OF DEFENDANT YASSIN ABDULLAH KADI'S MOTION TO DISMISS** to be served via the Court's ECF System to all counsel of record listed within the Court's ECF System.

By:
 /s/ Bonnie K. Arthur
Bonnie K. Arthur
Hunton & Williams LLP
1900 K Street, NW
Washington, DC 20006