# Exhibit A - Exhibit 1

http://www.lemonde.fr/cgibin/ACHATS/ARCHIVES/archives.cgi?ID=ed71853df5040d22603da5dbf1a4494d79ee17eb4c0057a3

Le Monde.fr

HORIZONS - DEBATS

## Le choix de parler
Article paru dans l'édition du 11.09.02

e m'appelle Carmen Bin Ladin, née Dufour, et je suis de nationalité Suisse. En 1974, j'ai épousé l'un des vingt-quatre frères d'Oussama Ben Laden, Yeslam Bin Ladin, un étudiant saoudien que j'ai rencontré à Genève. Ensemble, nous avons eu trois filles : Wafah, Najia et Noor Bin Ladin.

A cette époque, notre nom de famille était un nom « comme les autres ». Aujourd'hui, notre patronyme est devenu synonyme de mort, de souffrance et de terreur. Bien entendu, nous pourrions en changer. Mais mes filles et moi ne voulons tromper personne en cachant notre identité - la vérité finit toujours par nous rattraper -, et changer de nom ne change en rien qui nous sommes.

Le 11 septembre 2001, des milliers d'innocents ont perdu la vie, et nombre d'autres ont été blessés dans leur chair pour le reste de la leur. La planète entière a tout à coup été plongée dans l'incrédulité, la peine et la douleur. Les notions les plus élémentaires de décence, de dignité humaine et de liberté ont été violées à jamais. J'affirme ici que mes filles et moi sommes résolument aux côtés des victimes, et notre colère se dirige à l'encontre de ceux qui commettent, favorisent ou appuient de tels actes et auxquels notre nom de famille est si étroitement lié.

Voici quatorze ans que je me suis engagée dans une bataille visant à retrouver ma liberté, contre une famille et une société qui comptent au nombre des plus puissantes du monde. Durant cette période, parce que nous nous sommes levées et opposées à leurs valeurs, tout comme à leur mode de vie, mes filles et moi avons été rejetées par le clan Bin Ladin ainsi que par le système saoudien.

Au cours des neuf années que j'ai passées en Arabie Saoudite (1976-1985), j'ai eu l'occasion d'appréhender de l'intérieur et d'analyser les mécanismes de cette société opaque. La plupart des Saoudiens apparaissent charmants, policés, modestes, tant dans leur attitude que dans leurs propos, calmes et même gentils, à condition que leur culture et leurs convictions ne soient en aucune façon remises en question, et que personne ne s'intéresse ou touche à leurs intérêts. J'ai entretenu à cette époque des relations privilégiées avec mon mari, parce que contrairement à la norme des Saoudiens il a toujours ressenti le besoin de solliciter mes conseils dans le cadre de ses relations personnelles avec ses frères, sa carrière, son rôle dans l'organisation Bin Ladin, ainsi que pour ses affaires privées.

Cependant, j'ai très rapidement compris qu'en tant qu'adultes, mes filles ne pourraient jamais disposer librement de leurs vies et conduire comme bon leur semble leurs propres destinées. Quels que soient mes efforts, j'ai acquis la conviction que je ne pourrais ni ne voulais devenir une « mère saoudienne » avec ce que ce statut implique dans cette culture, pas plus que je ne pouvais rester silencieuse. Il m'était intolérable d'imaginer qu'on puisse leur infliger un « lavage de cerveau » culturel et identitaire ou qu'elles ne puissent exprimer leur point de vue personnel sans être immédiatement reléguées au rang de rebelles.

Depuis de nombreuses années, et bien que nous habitions tous à Genève, Yeslam Bin Ladin n'a jamais pris le moindre contact avec ses filles ni manifesté le moindre intérêt pour elles. Cependant, lorsque, en mars 2001, l'obtention de la nationalité suisse devint une impérieuse nécessité pour Yeslam Bin Ladin, la presse helvétique se fit l'écho d'une interview qu'il accorda et où il déclarait, je cite : « Je souhaite

http://www.lemonde.fr/cgibin/ACHATS/ARCHIVES/archives.cgi?ID=ed71853df5040d22603da5dbf1a4494d79ee17eb4c0057a3

rester à Genève car mes enfants vivent là », alors qu'il continuait de refuser, et refuse encore aujourd'hui, le moindre contact avec elles. Dans ce contexte, d'aucuns pourront déduire que sa démarche pour obtenir la nationalité suisse puise davantage sa source dans sa volonté de protéger ses intérêts sur fond de climat international tendu que dans une volonté affichée, mais pourtant inexistante, de se rapprocher de ses enfants.

Je souhaite me tromper, mais mon expérience au coeur du clan Bin Ladin et de la société saoudienne me conduit désespérément au pessimisme et à la crainte pour l'avenir. En effet, je sais avec certitude que derrière le masque libéral qu'ils nous présentent, leur croyance et leur culture sont ancrées au plus profond d'eux-mêmes depuis leur plus jeune âge et sont si fortes qu'elles l'emporteront toujours sur toute autre considération. Et si, parfois, la soif de pouvoir, l'avidité, la cupidité et les intérêts matériels peuvent assombrir les relations au sein de la fratrie, au final, leurs croyances et leurs convictions religieuses les rassembleront toujours.

Je n'ai encore jamais rencontré un Saoudien qui admire réellement et sincèrement notre société occidentale. S'ils acceptent notre hospitalité et utilisent notre technologie, bon nombre d'entre eux méprisent notre culture et ses fondamentaux, et nous considèrent dépourvus de moralité et d'éthique parce que nous ne partageons pas leur moralité et leurs valeurs.

La plupart des frères Bin Ladin ont des relations et/ou ont scellé dans leurs affaires des accords de partenariat avec l'un ou l'autre des princes les plus influents de la famille royale (exemple Baker Bin Ladin est associé à Abdel Aziz Ben Fahd, le fils préféré du Roi ; Yeslam Bin Ladin a des liens privilégiés avec le prince Méchal Ben Abdelassiz). Les Bin Ladin et leurs protecteurs tentent de nous convaincre qu'il n'existe aucun lien entre eux et les actes qui ont conduit aux événements barbares perpétrés le 11 septembre, ce que nous voudrions bien croire. Cependant, malgré quelques condamnations de pure forme, aucun des deux clans ne s'est attaché à nous prouver irréfutablement qu'ils n'ont pas soutenu, ou qu'ils ne continuent pas encore aujourd'hui à soutenir moralement et financièrement Oussama Ben Laden et le réseau Al-Qaida.

Cela étant, à l'instar d'un certain nombre de personnes averties, je ne m'explique pas pourquoi, dans un pays où il n'existe pas d'impôts ou de taxes, des stratégies complexes ont été très régulièrement élaborées pour permettre à leurs bénéficiaires de cacher leurs actifs dans des sociétés offshore. Ne devrions-nous pas les mettre, afin de lever toute ambiguïté, publiquement au défi d'ouvrir leurs livres et de montrer au monde leurs comptes. Eu égard à la gravité des accusations et dans le climat politique précaire que nous traversons, personne n'est en droit de se cacher en invoquant le seul respect de la sphère privée.

J'ai conscience qu'en faisant le choix de m'exprimer publiquement, je m'expose à ce que ce clan tout-puissant nous déclare la guerre, à mes trois filles et moi. Des poursuites en justice seront intentées, on n'hésitera pas à remettre en cause notre intégrité, on tentera par tous les moyens de nous décrédibiliser, de nous discréditer. Mais aujourd'hui comme hier, une nouvelle fois, nous riposterons, avec la seule arme dont nous disposons, mais qui, nous l'espérons, se révélera plus puissante que les leurs, celle de la conviction que notre défense est celle de la vérité et de la liberté, et de nos droits. Nous vous demandons de nous comprendre et de nous soutenir dans le combat que nous engageons pour la liberté et le futur de nos enfants dans le monde libre. Nous menons ce combat pour nous, mais nous le menons également pour toutes les victimes. Nous avons tous le droit de savoir comment, il y a un an, notre sérénité et nos droits les plus élémentaires de sécurité ont été bafoués, anéantis et enterrés.

PAR CARMEN BIN LADIN

# A letter to the world I belong to

A letter Carmen Bin Ladin wrote for *Le Monde* on September 11, 2002
(translated from French)

My name is Carmen Bin Ladin and I am Swiss.
In 1974, I married a Saudi student who I had met in Geneva, Yeslam Bin Ladin, one of Osama Bin Laden's 24 brothers. Together we had three daughters: Wafah, Najia and Noor Bin Ladin.

At the time, it was a name like any other. Today it has become a synonym of death, suffering, and terror. We could of course try to change our name. But my daughters and I have nothing to hide and do not want to mislead anyone – truth always catches up with you one day, and changing our name does not change who we are.

On September 11 2001, thousands of innocent people lost their lives and countless more lives were irreparably damaged. A combination of disbelief, grief and sorrow resonated across the world. The most basic notions of decency and freedom were forever shattered. Our hearts went out to the victims and their families, and our anger was directed towards all those who commit, approve and support such barbaric acts, towards the very name we carry.

For fourteen years, I have led a battle to gain freedom from one of the most powerful societies and families in the world – a battle during which, because we dared stand up to them and refuse their values and way of life, my daughters and I were rejected by the Bin Ladin clan and the Saudi system.

During my nine years in the kingdom of Saudi Arabia (1976-1985), I learned and analysed the mechanisms of that opaque society. Most Saudis come across as charming, softly-spoken, polite and even kind, as long as you do not question their culture and convictions and do not jeopardize their interests. Although I had a privileged relationship with my husband Yeslam, because unlike the majority of Saudi husbands he turned to me for advice regarding his personal relationships with his brothers, his career, his role within the Bin Laden organization and his private business, I soon became aware that as adults, my daughters would not be able to decide their life and destiny for themselves. No matter how hard I tried, I could not be and did not want to be a Saudi mother, nor could I keep quiet. I could not tolerate the idea that their bright minds would be brainwashed and that if they spoke their mind they would be branded as rebels.

For many years now, although we all live in Geneva, Yeslam has never once contacted his daughters, nor has he shown the slightest interest in them. But when in March 2001 it became increasingly pressing for Yeslam Bin Ladin to obtain Swiss citizenship, he was quoted in the Swiss press as saying 'I want to stay in Geneva because of my children'. He refused, and still refuses to this day, any contact with them, and it is hard not to deduce that his desire for Swiss nationality has more to do with protecting his business interests in this tense international climate, than his daughters. Isn't the French judicial system currently examining the possibility of his

involvement in money laundering activities? Doesn't his Swiss nationality provide a haven of sorts?

Because of my first hand experiences inside the Bin Laden clan and Saudi society, I am desperately pessimistic and apprehensive about the future. This fear - and outrage - is also based on my conviction that the complex and tightly run networks of the Bin Ladin clan and Saudi royal family continue to operate. Although Saudis often claim to be liberal, their beliefs and ideology are so strongly ingrained in them from an early age that they will always prevail. And if sometimes their thirst for power, greed and material interests can separate the brothers in a family like the Bin Laden's, their shared beliefs and religious convictions always bring them back together. I have never yet met a Saudi who truly admires our Western society. And if they accept our hospitality and use our technology, they despise our culture and way of life. In their eyes we are deprived of morality and ethics because we do not share their morality and values, never mind if in their society there is as much drug abuse, promiscuity and certainly much more hypocrisy than in ours. But it seems that for them what is hidden does not exist.

The Bin Laden family and the Saudi royal family have been inextricably linked for many decades through close friendships and business ventures. Most of the Bin Laden brothers have business partnerships and direct vested interests with at least one Saudi Prince, (for example Baker Bin Laden is a business associate of Abdel Aziz Ben Fahd, the King's preferred son; Yeslam Ben Ladin has privileged links with Prince Méchal Ben Abdelassiz). Both clans want us to believe that they have no connection whatsoever with Osama and the barbaric acts that led to 9/11. However, apart from a few public statements condemning the tragedy, neither clan has gone to any length to prove that they have not given Osama and Al Qaida moral and financial support in the past, and that they are not currently doing so.

I cannot help wondering why in a country where there are no taxes, and where it is common and accepted practice to transfer assets from one brother's/sister's name to another to accommodate needs and interests of the moment, one would go to such elaborate measures in order to hide one's assets in offshore companies. I openly defy the Saudi ruling class – the Bin Ladens and the Saudi Royal family - to open their books and prove to the world where they stand. In the current precarious political climate, no one can afford to hide behind the weak excuse of privacy. I believe it is the duty of each and every one of us to do everything in our power to fight against terrorism.

I am aware that by daring to speak up, a war will be declared on my daughters and me by that powerful clan. Lawsuits will be filed, our integrity questioned, our credibility discredited. If however it is considered a crime, as a woman, to aspire to freedom of thought and the protection of our basic rights, then we will fight back with an unparalleled strength in the knowledge that our defense is the defense of truth. Our serenity, our well-being, our most basic sense of security were shattered and buried a year ago – now, more than ever, is the time for all to speak up and rise above the lies and duplicity that made the tragedy possible, to try and protect our future.