# Exhibit A -
## Exhibit 2 - part 4

## AGRICULTURE

Agriculture was one of the stormiest growth sectors in the Kingdom. Other countries with similar development patterns, but with much more favorable environmental gifts (Mexico and Brazil for example), have largely ignored this part of their economies. The efforts to make Saudi Arabia an independent food supplier were carried out mainly by the many small farmers and by three large agricultural companies: Ha'il Agriculture Co., National Agricultural Development Co., and Tabuk Agricultural Co., the latter of which was formed during the year. The stocks of these companies remained in great demand throughout 1983. Price fluctuations were as follows: Ha'il from SR205 to SR235, Nadec from SR225 to SR305, and Tabuk from SR120 to SR165.

## HOTELS AND REAL ESTATE

Two companies represent the hotel and real estate sectors: Saudi Hotel and Resort Co. and Saudi Arabian Real Estate Co. Both companies showed considerable weakness owing to the slowdown in economic expansion. SR160 to SR135 was the range for Saudi Hotels, SR370 to SR330 for the Real Estate Co.



- National Gas Industries
- Saudi Fisheries
- NADEC
- Saudi Real Estate Company

## FERTILIZERS

The Saudi Arabian Fertilizer Company capitalized on the agricultural boom. It played a vital role in increasing grain production per acre. Only a small number of the shares held by the public changed hands during the year. The price fluctuated between SR800 and SR750.



- Saudi Fertilizers (SAFCO)

## OTHER UTILITIES

The stock of Saudi Arabian Public Transport Co. (SAPTCO) was among the most active. Large blocks of shares changed hands in short periods of time at very small markups. SAPTCO is backed by the government, which guarantees a firm dividend of 15% on initial capital. Like public transport in the world, however, it produces losses that cannot be covered by low fares. Prices for the stock ranged from SR180 to SR155 over the year. Saudi Arabian National Gas & Industry Co. reported a recent price of SR220. The government supports the activities of this company as well and assures a dividend of 15% on ground capital. There was only limited price movement between SR240 and SR220 during the year.

## FOOD

In this category a new stock was introduced in the name of Saudi Livestock Co. Its purpose was defined as importation and distribution of sheep, as well as the farming of cattle. The issue was substantially oversubscribed, and its price behaved well in the difficult market. The high per share was SR235, and the low, SR160.

A very important role was played by Saudi Fisheries Co., which catches and distributes the protein-rich sea-fruit from the Red Sea. The business results of the company, very good in 1982, continued to look promising last year, contributing to a strong share-price interrupted only by the recent overall weakness. Price range: SR370 to SR355.

We put Saudi Vegetable and Oil Co. in the same group. The market discounted the accumulated losses of the previous two years. However, the 1983 estimated profits should cover approximately 70% of those losses, which the market recognized with a 12% increase just recently. 1983 levels were SR200 to SR170.

## SHIPPING

Saudi Shipping Company expanded its fleet during the year. The necessary funds came from an increase in the company's capital from 500 million Saudi riyals to two billion Saudi riyals. The number of shares rose from five million to twenty million. Since the new capital was paid up to 50%, only the price of the share dropped from SR230 to SR110 after the transaction.



☐ Saudi Arabian Public Transport
■ Saudi National Shipping Company
▣ Saudi Hotel & Resorts
▩ Saudi Edible & Vegetable Oil

# INTERNATIONAL STOCK MARKETS

## UNITED STATES

Wall Street showed another year of good performance. During the first half of the year, enthusiasm was unbroken, and the market went up on the full scale. However, when the Fed began to offer support, a very heavy correction took place that wiped out "latecomers" and reduced many accumulated paper profits. This development was not so visible in the Dow Jones Index. Other major indices, like the NASDAQ and AMEX, tumbled significantly. The second half of the year — mainly quality-oriented buying — set a new high for the Dow Jones. Otherwise the market drifted sideways with just marginally lower earnings than generally expected, though a few stocks suffered incredible losses.

## JAPAN

Japan's market improved by 23%. The large Japanese conglomerates improved their sales and earnings overseas with the support of a weak Yen. Even some protectionist measures by the US could not stop rapidly improving business results. Lower inflation expectations within Japan revived the domestic demand and helped to boost investors' confidence. Even the political uncertainty before and during the elections did not break the strong upward trend. The market ended on its yearly high.

## UNITED KINGDOM

Here, too, we saw the leading Financial Times Index reach record highs. The achievements of the Conservative government since 1979 have attracted many foreign investors, who believe the UK is definitely on its way up. The partial sale of government-owned companies such as B.P. and Cable and Wireless were taken easily by the market, which improved more than 20% during the year.

## WEST GERMANY

The West German stock market is very underdeveloped relative to the power of the economy. However, since the banks are large holders of industrial equity, their performance often reflects the state of the economy. Bank stocks did well in the past year. Inspired by other markets, investors looked closely at some of the largely undervalued stocks, which ended in a 36% increase overall.

## FRANCE

"La Bourse" in Paris was among the top performers worldwide with an increase of more than 50%. The export-oriented blue chips brought the investors handsome returns. Even the currency loss for the foreign buyer cannot reduce the pleasure of owning Perrier, Michelin and like stocks.

## SWEDEN

From the Scandinavian countries, the Swedish stocks showed the best results — more than a 60% increase! Swedish exporters moved to capitalize on the weak Kronor and fill their order books for the next few years, which was greatly appreciated by investors.

## SWITZERLAND

The Zurich Stock Exchange saw some hectic days last year. More than a 20% return along with 1% inflation rewarded the investor nicely. This market seems to be one of the least overheated.