# Exhibit A - Exhibit 3



# Curaçao Commercial Register
## Excerpt from the Commercial Register

Registration number: 39797 (0)
Date: March 26, 2002  Time: 8:07:14 AM

In the Commercial Register of the Curaçao Chamber of Commerce & Industry is registered with number 39797 the company with trade name S.I. Co. Properties N.V.

| | |
|---|---|
| Trade name | S.I. Co. Properties N.V. |
| Legal form | Limited Liability Company |
| Official company name | S.I. Co. Properties N.V. |
| Statutory seat | Curaçao |
| Date of incorporation | April 13, 1984 |
| Date last amendment | May 8, 1984 |
| Date established | April 13, 1984 |
| Authorized capital | U.S.A. Dollar 2.350.000,00 |
| Issued capital | U.S.A. Dollar 2.350.000,00 |
| Paid up capital | U.S.A. Dollar 0,00 |
| | There are holders of non paid-up shares |
| Is different shares | There are different kinds of shares |
| Fiscal year | The fiscal year is equal to the calendar year |
| Business address | De Ruyterkade 62 |
| | Curaçao |
| | Netherlands Antilles |
| Correspondence address | same as above |
| Object categories of the business | Investment Company (8135), Operation Dealing in Patents, Licensing and Agreements (8143), Owning and Dealing in Real Estate (8311) |

**Official(s)**
**1**
| | |
|---|---|
| Function | Statutory director |
| Title description | Managing Director |
| Name | Curaçao Corporation Company N.V. |
| Address | De Ruyterkade 62 |
| | Curaçao |
| | Netherlands Antilles |
| Registration number official | 2071 |

**2**
| | |
|---|---|
| Function | Statutory director |
| Title description | Managing Director |
| Name | Beatrice Dufour |
| Address | Rue De L'ethene 44 |
| | 1206 Geneve |

| | |
|---|---|
| | Switzerland |
| Date of birth | January 5, 1954 |
| Place of birth | Tehran |
| Country of birth | Iran |
| Nationality | Swiss |
| 3 | |
| Function | Statutory director |
| Title description | Managing Director |
| Name | Charles Tickle |
| Address | Birchwood Lane 3500 |
| | 35243 Birmingham, Alabama |
| | United States of America |
| Date of birth | February 28, 1950 |
| Place of birth | Cleveland, Alabama |
| Country of birth | United States of America |
| Nationality | American |
| 4 | |
| Function | Statutory director |
| Title description | Managing Director |
| Name | Saleh Mohamed Binladin |
| Address | P.O. Box 3422 |
| | Jeddah |
| | Saudi Arabia |
| Date of birth | October 5, 1955 |
| Place of birth | Jeddah |
| Country of birth | Saudi Arabia |
| Nationality | Arabian |
| 5 | |
| Function | Statutory director |
| Title description | Managing Director |
| Name | Yeslam Mohamed Binladin |
| Address | P.O. Box 3422 |
| | Jeddah |
| | Saudi Arabia |
| Date of birth | October 19, 1950 |
| Place of birth | Mecca |
| Country of birth | Saudi Arabia |
| Nationality | Arabian |