RADISSON N.V.

Description

This Company is duly registered under the laws of the Netherlands Antilles. It has an authorised capital of U.S.Dollars 30,000.

Function.

The function of Radisson N.V. was to hold the Limited Partnership interest in Imperial Plaza. Subsequently this company was acquired by Binar Inc., but was then re-sold by Binar Inc to Saudi Investors Inc., and the interest in Imperial Plaza was transferred by the exchanging of shares, to Bayou Inc.

The Company's only asset at present is its holding of shares in Saudi Investors Inc.

Directors

    The Directors of the Company are:-

        YESLAM M.BINLADIN
        CURACAO CORPORATION COMPANY N.V.

Shareholders:

    The present shareholder of the company is Saudi Investors Inc.

BINAR INC.

Discription

This company is registered under the laws of Panama. It has an authorised capital of U.S.Dollars 35 Million.

Function.

The company was not originally formed to take part in either of the two real estate projects described and is described only because of its temporary position as the holding company of Radisson N.V. Subsequent to the sale by Binar Inc., of Radisson N.V. to Saudi Investors Inc., the company is of no further relevance.

Directors

The Directors of the Company are:-

YESLAM M BINLADIN
BAKR M. BINLADIN
OMAR M. BINLADIN

Shareholders

The present holders of shares in Binar Inc., are:-

No shares have been issued.

## SABIN INC.

### Description

This Company is duly registered under the laws of the State of Delaware, U.S.A. It has an authorised capital of U.S. Dollars 1,000

### Function.

Sabin Inc., has been created as a wholly owned subsidiary of Saudi Investors Inc., to act as a holding company for the companies already in existence and which have as their only asset the real estate investment interests which have been acquired by or on behalf of Saudi Investors Inc., and any similar companies which may be formed in the future.

### Directors

The Director of the Company is:-

YESLAM M BINLADIN.

### Shareholders.

The present shareholder of the Company is Saudi Investors Inc.

# BAYOU INC.

## Description

This company is duly registered under the laws of the State of Delaware, U.S.A. It has an authorised capital of U.S. Dollars 1,000.

## Function.

The function of Bayou Inc., is to hold as a wholly owned subsidiary of Sabin Inc., the Limited Partnership interest in the real estate project known as Woodgate West.

## Directors.

The Director of Bayou Inc., is:-

YESLAM M BINLADIN.

## Shareholders.

The present holder of shares in Bayou Inc. is Sabin Inc.