headquarters are in the Daniel Building in Greenville, South Carolina.

Since its inception, DIC has expanded from a small, family-owned and operated construction company to a major engineering, construction and industrial maintenance company operating throughout the United States and in numerous foreign countries. The first public offering of DIC capital stock was made in 1969. The name was changed to Daniel International Corporation in 1971.

DIC's combined operations currently represent 27 active wholly-owned corporations. The corporation performs services on an annual average of approximately 250 projects which employ over 40,000 people. DIC has over 5,000 people on its permanent staff. Corporate revenues in 1978 exceeded $ 1 billion.

In May 1977 DIC was acquired by the Fluor Corporation of Irvine California. Fluor is a world wide construction company whose stock is listed on the New York Stock Exchange.

# SECTION III
# PART II

UNAUDITED FINANCIAL STATEMENTS RELATING TO THE
PROJECT PROVIDED BY THE PROJECT MANAGER.

# IMPERIAL PLAZA ASSOCIATES
## OPERATIONS SUMMARY
### YEAR ENDED 12/31/82

TAXABLE INCOME (LOSS)

|  | December, 1981 | | | YEAR TO DATE | | | YEAR ENDING 12/31/1982 | | |
|---|---|---|---|---|---|---|---|---|---|
|  | Actual | Budget | Memorandum | Actual | Budget | Memorandum | Actual | Budget | Memorandum |
| Net Operating Income | $202,217 | $190,369 | $180,750 | $2,499,599 | $2,332,000 | $2,169,000 | $2,499,599 | $2,332,000 | $2,169,000 |
| Plus:Interest Income | 22,082 | 5,937 | — | 172,524 | 71,250 | — | 172,524 | 71,250 | — |
| Res. Interest | 1,616 | 196 | 196 | 7,758 | 2,350 | 2,350 | 7,758 | 2,350 | 2,350 |
| Less:Interest Exp. First Mortgage. | 70,020 | 69,759 | 69,759 | 838,231 | 837,113 | 837,113 | 838,231 | 837,113 | 837,113 |
| Purchase Money Mortgage. | 39,216 | 39,216 | 39,216 | 470,597 | 470,597 | 470,597 | 470,597 | 470,597 | 470,597 |
| Base Management Fee. | 5,611 | 6,300 | 5,850 | 75,977 | 75,600 | 70,200 | 75,977 | 75,600 | 70,200 |
| Incentive Management Fee. | 8,417 | 9,450 | 8,775 | 113,965 | 113,400 | 105,300 | 113,965 | 113,400 | 105,300 |
| DRC Construction Int. | 1,900 | 1,042 | — | 22,734 | 12,500 | — | 22,734 | 12,500 | — |
| Dep.& Amort. | 136,162 | 128,983 | 122,499 | 1,554,936 | 1,547,800 | 1,469,988 | 1,554,936 | 1,547,800 | 1,469,988 |
| TAXABLE GAIN (LOSS) | $(35,411) | $(58,248) | $(65,153) | $(396,559) | $(651,410) | $(781,848) | $(396,559) | $(651,410) | $(781,848) |
| To:BINLADIN 80.00% | $(28,329) | $(46,598) | $(52,122) | $(317,247) | $(521,128) | $(625,478) | $(317,247) | $(521,128) | $(625,478) |
| To:DANIEL 19.99% | $ (7,078) | $(11,644) | $(13,024) | $ (79,272) | $(130,217) | $(156,292) | $ (79,272) | $(130,217) | $(156,292) |
| To:T.I.G. 00.01% | $ (4) | $ (6) | $ (7) | $ (40) | $ (65) | $ (78) | $ (40) | $ (65) | $ (78) |

*******************

**OPERATIONS SUMMARY**
**YEAR ENDED 12/31/82**

CASH FLOW

|  | DECEMBER, 1981 ||| YEAR TO DATE ||| YEAR ENDING 12/31/1983 |||
|---|---|---|---|---|---|---|---|---|---|
|  | Actual | Budget | Memorandum | Actual | Budget | Memorandum | Actual | Budget | Memorandum |
| INCOME:- |  |  |  |  |  |  |  |  |  |
| Apartments | $307,706 | $306,200 | $284,913 | $3,550,342 | $3,536,000 | $3,419,000 | $3,550,342 | $3,536,000 | $3,419,000 |
| Commercial | 14,116 | 13,417 | 7,837 | 168,039 | 161,000 | 94,000 | 168,039 | 161,000 | 94,000 |
| Other | 8,369 | 7,617 | 8,337 | 101,560 | 91,400 | 100,000 | 101,560 | 91,400 | 100,000 |
| TOTAL | $330,191 | $327,234 | $301,087 | $3,819,941 | $3,788,400 | $3,613,000 | $3,819,941 | $3,788,400 | $3,613,000 |
| Vacancy: | (260) | (750) | (8,587) | 366 | (9,000) | (103,000) | 366 | (9,000) | (103) |
| Gross Income. | $329,931 | $326,484 | $292,500 | $3,820,307 | $3,779,400 | $3,510,000 | $3,820,307 | $3,779,400 | $3,510,000 |
| Operating Expenses | 127,714 | 136,115 | 111,750 | 1,320,708 | 1,447,400 | 1,341,000 | 1,320,708 | 1,447,400 | 1,341,000 |
| OPERATING INCOME | $202,217 | $190,369 | $180,750 | $2,499,599 | $2,332,000 | $2,169,000 | $2,499,599 | $2,332,000 | $2,169,000 |
| Plus:Interest Income | 22,082 | 5,937 | — | 172,524 | 71,250 | — | 172,524 | 71,250 | — |
| Less:Debt Service. |  |  |  |  |  |  |  |  |  |
| First Mortgage | 80,763 | 80,763 | 80,763 | 969,156 | 969,156 | 969,156 | 969,156 | 969,156 | 969,156 |
| Pur.Money Mort. | 39,216 | 39,216 | 39,216 | 470,597 | 470,597 | 470,597 | 470,597 | 470,597 | 470,597 |
| Replacement Reserve | 5,600 | 3,675 | 3,663 | 44,100 | 44,100 | 44,000 | 44,100 | 44,100 | 44,000 |
| Management Fee. | 5,611 | 6,300 | 5,850 | 75,977 | 75,600 | 70,200 | 75,977 | 75,600 | 70,200 |
| Incentive Mgmt. Fee. | 8,417 | 9,450 | 8,775 | 113,965 | 113,400 | 105,300 | 113,965 | 113,400 | 105,300 |
| Capital Expenditures | (663) | 3,863 | — | 47,889 | 46,400 | — | 47,889 | 46,400 | — |
| CONT.Interest | 1,900 | 1,042 | — | 22,734 | 12,500 | — | 22,734 | 12,500 | — |
| Pnshp.Cont.Int. | 2,126 | 1,163 | — | 23,940 | 14,000 | — | 23,940 | 14,000 | — |
| CASH FLOW | $ 81,329 | $ 50,834 | $ 42,483 | $ 903,765 | $ 657,497 | $ 509,747 | $ 903,765 | $ 657,497 | $ 509,747 |
| Distribution: |  |  |  |  |  |  |  |  |  |
| Pref. Dist. (Binladin) | $ 34,000 | 34,000 | 34,000 | 408,000 | 408,000 | 408,000 | 408,000 | 408,000 | 408,000 |
| Pref. Dist. (Daniel ) | 6,800 | 6,800 | 6,800 | 81,600 | 81,600 | 81,600 | 81,600 | 81,600 | 81,600 |
| Balance:70% Binladin | 28,370 | 7,024 | 1,178 | 289,916 | 117,528 | 14,103 | 289,916 | 117,528 | 14,103 |
| :25% Daniel | 10,132 | 2,508 | 421 | 103,541 | 41,974 | 5,037 | 103,541 | 41,974 | 5,037 |
| : 5% T.I.G. | 2,027 | 502 | 84 | 20,708 | 8,395 | 1,007 | 20,708 | 8,395 | 1,007 |