# SECTION III
# PART III

## AUDITED FINANCIAL STATEMENTS RELATING TO THE PROJECT PREPARED BY ARTHUR YOUNG AND CO.

# ARTHUR YOUNG

ARTHUR YOUNG & COMPANY
2100 FIRST NATIONAL-SOUTHERN
NATURAL BUILDING
1900 FIFTH AVENUE NORTH
BIRMINGHAM, ALABAMA 35203

The Partners
Imperial Plaza Associates

We have examined the accompanying statements of assets, liabilities, and partners' capital of Imperial Plaza Associates (a limited partnership) at December 31, 1982 and 1981, and the related statements of revenues and expenses and changes in partners' capital and increases and decreases in cash for the years then ended, all prepared on the basis of accounting used for income tax purposes. Our examinations were made in accordance with generally accepted auditing standards and, accordingly, included such tests of the accounting records and such other auditing procedures as we considered necessary in the circumstances.

As described in Note 1, the Partnership's policy is to prepare its financial statements on the accounting basis used for income tax purposes; consequently, depreciation and certain other items are presented in accordance with income tax regulations. Accordingly, the accompanying financial statements are not intended to present financial position and the results of operations in conformity with generally accepted accounting principles.

In our opinion, the financial statements mentioned above present fairly the assets, liabilities, and partners' capital of Imperial Plaza Associates at December 31, 1982 and 1981, and revenues and expenses, changes in partners' capital and increases and decreases in cash for the years then ended, on the basis of accounting described in Note 1, applied on a consistent basis during the period.

March 7, 1983

*Arthur Young & Company*

IMPERIAL PLAZA ASSOCIATES
(A limited partnership)

STATEMENTS OF ASSETS, LIABILITIES AND PARTNERS' CAPITAL – TAX BASIS

December 31, 1982 and 1981

### ASSETS

|  | 1982 | 1981 |
|---|---|---|
| Cash | $ 208,860 | $ 17,597 |
| Restricted cash | 675,790 | 513,484 |
| Short term investments | 1,024,228 | 955,479 |
| Accounts receivable | 6,736 | 68,367 |
| Prepaid expenses | 84,859 | 64,043 |
| Property and equipment: |  |  |
| Land | 2,000,000 | 2,000,000 |
| Buildings | 18,391,658 | 18,371,308 |
| Furniture and equipment | 124,045 | 67,326 |
|  | 20,515,703 | 20,438,634 |
| Less accumulated depreciation | 3,714,941 | 2,219,313 |
| Net property and equipment | 16,800,762 | 18,219,321 |
| Deferred charges, net of amortization of $200,750 in 1982 and $127,750 in 1981 | 420,250 | 493,250 |
|  | $19,221,485 | $20,331,541 |

### LIABILITIES AND PARTNERS' CAPITAL

|  | 1982 | 1981 |
|---|---|---|
| Accounts payable | $ 189,258 | $ 36,068 |
| Accrued interest | 52,538 | 57,861 |
| Accrued liabilities | 77,986 | 125,215 |
| Tenant security deposits | 173,415 | 137,310 |
| Demand note payable to affiliate | 125,000 | 125,000 |
| Mortgages payable | 14,886,258 | 15,048,283 |
|  | 15,504,455 | 15,529,737 |
| Partners' capital | 3,717,030 | 4,801,804 |
|  | $19,221,485 | $20,331,541 |

See accompanying notes.

IMPERIAL PLAZA ASSOCIATES
(A limited partnership)

STATEMENTS OF REVENUES AND EXPENSES AND CHANGES IN
PARTNERS' CAPITAL - TAX BASIS

For the years ended December 31, 1982 and 1981

|  | 1982 | 1981 |
|---|---|---|
| Revenues: |  |  |
| Rental income | $ 4,066,233 | $ 3,736,381 |
| Other income | 297,309 | 264,207 |
|  | 4,363,542 | 4,000,588 |
| Expenses: |  |  |
| Depreciation and amortization | 1,568,628 | 1,554,936 |
| Interest | 1,315,183 | 1,331,561 |
| Utilities | 576,718 | 462,419 |
| Salaries | 371,022 | 350,088 |
| Taxes and licenses | 238,055 | 244,827 |
| Management fees | 206,615 | 189,943 |
| Maintenance and repairs | 182,840 | 174,141 |
| Administrative | 65,385 | 69,294 |
| Insurance | 20,105 | 19,938 |
|  | 4,544,551 | 4,397,147 |
| Excess of expenses over revenues | (181,009) | (396,559) |
| Partners' capital, beginning of period | 4,801,804 | 5,749,894 |
| Distributions to partners | (903,765) | (551,531) |
| Partners' capital, end of period | $ 3,717,030 | $ 4,801,804 |

See accompanying notes.