# DANIEL PROPERTIES IV

## PROJECTED STATEMENTS OF OPERATING INCOME AND EXPENSES
### (NOVEMBER 10, 1982 THROUGH DECEMBER 31, 1988)

| YEAR | POTENTIAL GROSS INCOME | LESS VACANCY | GROSS INCOME | OPERATING EXPENSES | OPERATING INCOME |
|---|---|---|---|---|---|
| 1982 * | $    213,545 | $   (10,677) | $    202,868 | $     83,308 | $   119,560 |
| 1983 | 1,681,464 | (82,005) | 1,599,459 | 650,403 | 949,056 |
| 1984 | 1,831,555 | (89,386) | 1,742,169 | 702,435 | 1,039,734 |
| 1985 | 1,995,080 | (97,430) | 1,897,650 | 758,630 | 1,139,020 |
| 1986 | 2,173,243 | (106,199) | 2,067,044 | 819,320 | 1,247,724 |
| 1987 | 2,367,357 | (115,757) | 2,251,600 | 884,866 | 1,366,734 |
| 1988 | 2,578,852 | (126,175) | 2,452,677 | 955,655 | 1,497,022 |
| TOTALS | $12,841,096 | $ (627,629) | $12,213,467 | $ 4,854,617 | $ 7,358,850 |

\* 1 2/3 Months

See accompanying assumptions and notes to Projections.

( F-1-)

## DANIEL PROPERTIES IV

### PROJECTED STATEMENTS OF CASH AVAILABLE FOR DISTRIBUTION
(NOVEMBER 10, 1982 through DECEMBER 31, 1988)

| YEAR | NET OPERATING INCOME | LESS MORTGAGE INTEREST | FUNDING OF RESERVES | CASH AVAILABLE FOR DISTRIBUTION | DISTRIBUTION BINLADIN | DANIEL |
|---|---|---|---|---|---|---|
| 1982 * | $ 119,560 | $ 101,734 | $ — | $ 17,826 | $ 15,865 | $ 1,961 |
| 1983 | 949,056 | 742,500 | — | 206,556 | 183,835 | 22,721 |
| 1984 | 1,039,734 | 758,542 | — | 281,192 | 250,261 | 30,931 |
| 1985 | 1,139,020 | 779,166 | 50,000 | 309,854 | 275,770 | 34,084 |
| 1986 | 1,247,724 | 799,792 | 40,000 | 407,932 | 349,037 | 58,895 |
| 1987 | 1,366,734 | 804,375 | 40,000 | 522,359 | 429,136 | 93,223 |
| 1988 | 1,497,022 | 820,417 | 40,000 | 636,605 | 509,108 | 127,497 |
| TOTALS | $ 7,358,850 | $ 4,806,526 | $ 170,000 | $ 2,382,324 | $ 2,013,012 | $ 369,312 |

\* 1 2/3 Months

See accompanying assumptions and notes to Projections.

F - 2 -

# DANIEL PROPERTIES IV
## PROJECTED STATEMENTS OF TAXABLE INCOME (LOSS)
### (NOVEMBER 10, 1982 through DECEMBER 31, 1988).

| YEAR | NET OPERATING INCOME | INTEREST ON RESERVES | LESS MORTGAGE INTEREST | LESS EXP. & AMORT. ITEMS | LESS DEPRECIATION | LESS DEFERRED MAINTEN. | NET TAXABLE INCOME (LOSS) | ALLOCATION—PROFITS & LOSSES BINLADIN | ALLOCATION—PROFITS & LOSSES DANIEL |
|---|---|---|---|---|---|---|---|---|---|
| 1982 * | $ 119,560 | $ 420 | $ 110,212 | $ 48,958 | $ 201,182 | $ 20,000 | $ (260,372) | $ — | $ 260,37 |
| 1983 | 949,056 | 1,205 | 804,375 | 156,525 | 1,248,940 | 40,000 | (1,299,579) | — | (1,299,57 |
| 1984 | 1,039,734 | 265 | 804,375 | 82,275 | 1,160,613 | 40,000 | (1,047,264) | — | (1,047,26 |
| 1985 | 1,139,020 | 1,833 | 804,375 | 42,900 | 1,072,619 | — | (779,041) | (693,346) | (85,69 |
| 1986 | 1,247,724 | 4,743 | 804,375 | 42,900 | 982,293 | — | (577,101) | (493,782) | (83,31 |
| 1987 | 1,366,734 | 7,428 | 804,375 | 32,175 | 861,171 | — | (323,559) | (265,815) | (57,74 |
| 1988 | 1,497,022 | 10,274 | 804,375 | — | 555,293 | — | 147,628 | 118,062 | 29,56 |
| TOTAL | $ 7,358,850 | $ 26,168 | $4,936,462 | $ 405,733 | $6,082,111 | $100,000 | $(4,139,288) | ($1,334,881) | $(2,804,40 |

2/3 months assuming November 10, 1982 admission date. In the event that the actual admission date shall occur after November 10, 1982, a reduction of 1/52 of the amount shown in each column shall be made for each day after November 10, 1982 until the actual admission date.

See accompanying assumptions and notes to Projections.

F - 3 -

# DANIEL PROPERTIES IV

## PROJECTED STATEMENTS OF CASH DISTRIBUTION, TAXABLE INCOME (LOSS) AND INVESTOR BENEFITS FOR BINLADIN.

(50% ASSUMED EFFECTIVE TAX RATE)
(NOVEMBER 10, 1982 THROUGH DECEMBER 31, 1988).

| YEAR | CASH INVESTMENT | TAXABLE INCOME (LOSS) | TAX SAVINGS (COST) AT 50% | CASH DISTRIBUTION | TOTAL ANNUAL RETURN TAX SAVINGS CASH |
|---|---|---|---|---|---|
| 1982 * | $ 2,284,880 | $    —    | $    —    | $    15,865 | $    15,865 |
| 1983 | 530,000 | — | — | 183,835 | 183,835 |
| 1984 | 485,200 | — | — | 250,261 | 250,261 |
| 1985 | — | (693,346) | 346,673 | 275,770 | 622,443 |
| 1986 | — | (493,782) | 246,891 | 349,037 | 595,928 |
| 1987 | — | (265,815) | 132,908 | 429,136 | 562,044 |
| 1988 | — | 118,062 | (59,031) | 509,108 | 450,077 |
| TOTALS | $ 3,300,080 | $(1,334,881) | $   667,441 | $ 2,013,012 | $ 2,680,453 |

* 1 2/3 Months

See accompanying assumptions and notes to Projections.

F - 4 -