(6) RENOVATION RESERVE.

This Projection assumes contributions to a Renovation Reserve by the Partnership of $200,000 upon admission of Binladin, $100,000 on Sept., 1, 1983 and $ 89,000 on September 1, 1984 from Capital Contributions; $ 50,000 from cash flow in 1985; and $ 40,000 from cash flow beginning in 1986. It is assumed that the funds in such Reserve would be invested to yield 6% annually before taxes and that earnings would remain in the Reserve. Withdrawals from the fund are generally assumed to be made at mid-year.

| Year | Payments to Reserve Fund | Int. on Reserve | Withdrawals from Fund | Cumulative Net Balance |
|---|---|---|---|---|
| 1982 | $ 200,000 | $ 420 | $ 185,000 (a) | $ 15,420 |
| 1983 | $ 100,000 | $ 1,205 | $ 112,000 (a) | $ 4,625 |
| 1984 | $ 89,000 | $ 265 | $ 80,000 (a) | $ 13,890 |
| 1985 | $ 50,000 | $ 1,833 | - | $ 65,723 |
| 1986 | $ 40,000 | $ 4,743 | - | $ 110,466 |
| 1987 | $ 40,000 | $ 7,428 | - | $ 157,894 |
| 1988 | $ 40,000 | $10,274 | $ 208,168 (b) | - |
|  | $ 559,000 | $26,168 | $ 585,168 |  |

(a)   Partially expensed; partially capitalized
(b)   Total amount capitalized.

(7) MANAGEMENT AND SERVICES FEES.

Under the terms of management contract which is expected to run for the life of the Partnership, DRC will receive a Management Fee of 5% of gross operating receipts in each year for its services in managing the Property.

(8) ALLOCATION OF CASH AVAILABLE FOR DISTRIBTUION.

Cash available for distribution in each year shall be allocated and distributed in accordance with Article X of the Partnership Agreement.

(9) ALLOCATION OF TAXABLE INCOME (LOSS)

The taxable income (loss) of the Partnership in each year will be allocated

in accordance with Article X of the Partnership Agreement.

(10) ALLOCATION OF REFINANCING AND SALE PROCEEDS.

In the event the Partnership refinances or sells the Property, the net proceeds from any such refinancing or sale will be distributed in accordance with Article X of the Partnership Agreement.

(11) WRAPAROUND MORTGAGE

The Seller has received a wraparound mortgage of $ 8,250,000 at 9 3/4% interest only. The principal and accrued interest will be due and payable on March 20, 1989. The following is a table of the mortgage payments:-

| Time Period * | Currently Payable | Rate | Deferred | Rate | Total Interest | Rate. |
|---|---|---|---|---|---|---|
| 09/15/82-03/19/83 | $ 379,500 | 9% | $ 31,625 | 3/4% | $411,125 | 9 3/4% |
| 03/20/83-03/19/84 | 742,500 | 9% | 61,875 | 3/4% | 804,375 | 9 3/4% |
| 03/20/84-03/19/85 | 763,125 | 9 1/4% | 41,250 | 1/2% | 804,375 | 9 3/4% |
| 03/20/85-03/19/86 | 783,750 | 9 1/2% | 20,625 | 1/4% | 804,375 | 9 3/4% |
| 03/20/86-03/19/87 | 804,375 | 9 3/4% | - | - | 804,375 | 9 3/4% |
| 03/20/87-03/19/88 | 804,375 | 9 3/4% | - | - | 804,375 | 9 3/4% |
| 03/20/88-03/19/89 | 825,000 | 10%** | (20,625) | (1/4)% | 804,375 | 9 3/4% |

\* The Purchase Money Wraparound Note is dated September 15, 1982.

\*\* A portion of these payments shall be a payment of a portion of interest previously accrued and unpaid.

F - 10 -

(12) DEPRECIATION

The Partnership anticipates the tax basis of the Property will be allocated as follows between land and depreciable property:

| | | |
|---|---:|---:|
| Gross Syndication | | $ 12,375,000 |
| Less: | | |
|   Land | $ 1,220,000 | |
|   Renovation Reserves | 389,000 | |
|   Expenses and Amort. Items | 445,500 | |
|   Permanent Syndication Costs | 56,100 | |
| | $ | (2,110,600) |
| Depreciable Property | | $10,264,400 |
| | | |
| Personal Property (1) | $ 1,231,728 | |
| Depreciable Real Estate | 9,032,672 | |
|   TOTAL Depreciable Property. | | $10,264,400 |

Depreciation is calculated as follows:

| Year | Real Estate (2) | Personal Property (1) | Reserves (3) | TOTAL |
|---|---:|---:|---:|---:|
| 1982 (2 mths) | $ 180,653 | $ 20,529 | $ — | $ 201,182 |
| 1983 | 993,594 | 246,346 | 9,000 | 1,248,940 |
| 1984 | 903,267 | 246,346 | 11,000 | 1,160,613 |
| 1985 | 812,940 | 246,346 | 13,333 | 1,072,619 |
| 1986 | 722,614 | 246,346 | 13,333 | 982,293 |
| 1987 | 632,287 | 215,551 | 13,333 | 861,171 |
| 1988 | 541,960 | — | 13,333 | 555,293 |
| TOTAL | $4,787,315 | $ 1,221,464 | $ 73,332 | $ 6,082,111 |

(1) Personal Property includes floor coverings, ceilings, partitions, fire protection materials, doors, furnishings, equipment and other materials not a permanent part of the real estate. It is assumed that the Partnership will elect to use an A.C.R.S. method of depreciation.

(2) Accelerated depreciation in accordance with A.C.R.S. is anticipated.

(3) Expenditure of $135,000 in 1982, $ 30,000 in 1983 and $ 35,000 in 1984 are anticipated for capital improvements. These amounts are to be paid from the Renovation Reserve.

F - 11 -

(12) EXPENSED AND AMORTIZED ITEMS PAID FROM LIMITED PARTNER CAPITAL CONTRIBUTIONS.

| Expensed and Amortized Items | 1982 | 1983 | 1984 | 1985 | 1986 | 1987 | TOTAL |
|---|---|---|---|---|---|---|---|
| Transfer Taxes | $23,000 | $ - | $ - | $ - | $ - | $ - | $ 23,000 |
| Org. Cost * | 10,725 | 42,900 | 42,900 | 42,900 | 42,900 | 32,175 | 214,500 |
| Int. to Seller | 15,233 | 113,625 | 39,375 | - | - | - | 168,233 |
| TOTAL Expenses & Amortized | $48,958 | $156,525 | $82,275 | $42,900 | $42,000 | $32,175 | $405,733 |

\* Includes fees to Daniel of $200,000, accounting fees of $2,000 and legal fees of $ 12,500.

(13) FEES AND SELLING EXPENSES

Of the total capital contributions of $4,125,000, $340,000 will be used to pay fees to the General Partner or its affiliates.

A portion of these fees have been amortized or deducted for the purpose of the Projections as set forth in Note 13.

DRC will receive management fees as described in Note 7. For the purpose of the Projections, such fees have been duducted when paid.

Legal fees and miscellaneous costs of $ 56,100 related to the syndication of the Partnership investment have been capitalized in the Projections and are not depreciated; however, such amounts are deducted in computing gain upon the illustrated sale of the Property.

(14) SUMMARY OF SIGNIFICANT PROJECTED ASSUMPTIONS SOURCE AND APPLICATION OF PROCEEDS.

| Application of Proceeds. | | At Closing | September 1. 1983 | Sept. 1 1984 | TOTAL |
|---|---|---|---|---|---|
| Purchase Price | (1) | 2,190,000 | $450,000 | $450,000 | $3,090,000 |
| Interest to Seller | (2) | - | 112,500 | 67,500 | 180,000 |
| Legal Fees | (3) | 85,000 | - | - | 85,000 |
| Accounting Fees | (4) | 8,000 | - | - | 8,000 |
| Engineer Fees | (5) | 5,000 | - | - | 5,000 |
| Appraisal | (6) | 5,000 | - | - | 5,000 |
| Transfer Taxes | (7) | 23,000 | - | - | 23,000 |
| Daniel Fees | (8) | 340,000 | - | - | 340,000 |
| Renovation/Reserves | (9) | 200,000 | 100,000 | 89,000 | 389,000 |
| TOTAL | | $2,856,000 | $662,500 | $606,500 | $4,125,000 |