# Exhibit A - Exhibit 5

Mrs. Carmen BINLADIN
Ch. Petite-Voie 1

1294 GENTHOD

**Communications pour le porteur du chèque**
**Comunicazioni per il ricevitore dello chèque**

**Mitteilungen für den Check-Empfänger**
**Information for the receiver of cheque**

Motif de paiement / Zahlungsgrund
Motivo del pagamento / Details of payment

By order of Yeslam M. BINLADIN

Ref: Vacation allowance plus agreed supplement

| Monnaie Währung | Montant / Betrag Importo / Amount |
|---|---|
| FS. | *40'000,00* |

Geneva, July 18, 1990
Lieu, Date / Ort, Datum / Luogo, Data / Place, Date

Signature / Unterschrift / Firma

SOCIETE DE BANQUE SUISSE          SCHWEIZERISCHER BANKVEREI
SOCIETA DI BANCA SVIZZERA         SWISS BANK CORPORATION
EAUX-VIVES, 1211 GENEVE 6, PL.EAUX-VIV.3                    34

CH  Payez contre ce chèque           Zahlen Sie gegen diesen Check
    Pagate contro questo chèque      Pay against this cheque

*FORTY THOUSAND °/100************************

| Monnaie Währung | Montant / Betrag / Importo / Amount |
|---|---|
| FS. | *40'000,00* |

Montant en lettres / Betrag in Worten / Importo in lettere / Amount in letters

*Mrs. Carmen BINLADIN, Ch. Petite-Voie 1, 1294 GENTHOD**************
à / an / a / to

SAUDI INVESTMENT
COMPANY SICO S.A.

         C2-102,160.0

Geneva, July 18, 1990
Lieu, Date / Ort, Datum / Luogo, Data / Place, Date

Maison, signature(s) / Firma, Unterschrift(en) / Ditta, firma(e)

68652232>J22P61021600000034000042101<

```
SOCIETE DE BANQUE SUISSE          SCHWEIZERISCHER BANKVEREIN
SOCIETA DI BANCA SVIZZERA         SWISS BANK CORPORATION
EAUX-VIVES, 121.1 GENEVE 6, PL.EAUX-VIV.3                    340
```

CH  Payez contre ce chèque / Pagate contro questo chèque / Zahlen Sie gegen diesen Check / Pay against this cheque

Monnaie / Währung: FS

Montant / Betrag / Importo / Amount: *35'000.00*

Trente cinq mille francs —

Montant en lettres / Betrag in Worten / Importo in lettere / Amount in letters

Frédérique BINLADIN Carmen

à / an / a / to

Lieu, Date / Ort, Datum / Luogo, Data / Place, Date: Genève le 17 Juillet 1991

SAUDI INVESTMENT
COMPANY SICO S.A.

C2-102,160.0

Maison, signature(s) / Firma, Unterschrift(en) / Ditta, firma(e)

1/1.87 | No chèque / Check-Nr. | ▲ No compte / Konto-Nr. | No CB / BC-Nr. | Montant / Betrag

72734192>J22P6102160000003400042101<




Madame
Carmen Bruladin
1, chemin de la Petite Voie
1294 Genthod

*Saudi Investment Co.*
*2, rue François-Lefort*
*1206 Genève (Suisse)*

Madame Carmen Binladin
1 chemin de la Petite Voie
1294 Genthod

**Communications pour le porteur du chèque**
**Comunicazioni per il ricevitore dello chèque**

**Mitteilungen für den Check-Empfänger**
**Information for the receiver of cheque**

Motif de palement / Zahlungsgrund
Motivo del pagamento / Details of payment

Pension février 2006

| Monnaie Währung | Montant / Betrag Importo / Amount |
|---|---|
| Sfr | 9'000,-- |

Genève, le 1.02.06
Lieu, Date / Ort, Datum / Luogo, Data / Place, Date

Signature / Unterschrift / Firma

UBS SA
UBS AG
1211 GENEVE 2, RUE DU RHONE 8                                      279

CH   Payez contre ce chèque        Zahlen Sie gegen diesen Check
     Pagate contro questo chèque   Pay against this cheque

***Neuf mille francs*********************  Sfr  ***9'000,--**
Montant en lettres / Betrag in Worten / Importo in lettere / Amount in letters

***Carmen Binladin***************************************
à / an / a / to

SAUDI INVESTMENT                    Genève, le 1.02.2006
COMPANY SICO S. A.                  Lieu, Date / Ort, Datum / Luogo, Data / Place, Date

279/C2102160.0                      Maison, signature(s) / Firma, Unterschrift(en) / Ditta, firma(e)

1/1.87 | No chèque / Check-Nr. | ▲ | No compte / Konto-Nr. | No CB / BC-Nr. | | | Montant / Betrag |

64117004>279J2210216000027900002J01<

Laisser cette partie en blanc / Bitte dieses Feld nicht beschriften / Lasciar libera questa casella / Leave this space empty