# Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON                    Civil Action No.
SEPTEMBER 11, 2001                            03 MDL 1570 (RCC)

-----------------------------------------------------------x

This document relates to:

> *Thomas E. Burnett, Sr., et al. v. Al Baraka Investment & Development*
> *Corp., et al., Case Nos. 03-CV-5738 and 03-CV-9849 (S.D.N.Y.)*
> *Federal Insurance Co., et al. v. Al Qaida, et al., Case No. 03-CV-6978 (S.D.N.Y.)*
> *Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al., Case No.*
> *04-CV-05970-UA (S.D.N.Y.)*
> *Euro Brokers, Inc., et al. v. Al Baraka Investment and Development Corp.,*
> *et al., Case No. 04-CV-07279-UA (S.D.N.Y.)*
> *New York Marine and General Insurance Co. v. Al Qaida, et al., Case No.*
> *04-CV-6105 (S.D.N.Y.)*
> *World Trade Center Properties, LLC, et al. v. Al Baraka Investment and*
> *Development Corp., et al., Case No. 04-CV-7280 (S.D.N.Y.)*

## DECLARATION OF JEAN-CHARLES BRISARD

Jean-Charles Brisard declares under penalty of perjury:

1.  I am a consultant offering expertise and analysis to various governmental and non-governmental clients on issues relating to Al-Qaeda and international terrorism. I am a doctor in international law and former assistant to the French antiterrorist chief prosecutor. I started studying the Al Qaeda financial network for the French intelligence community in 1997. In the past, I have testified as an expert witness on terrorism and the financing of Al Qaeda. I also testified before the United States Congress on this issue.

2.  In 1997, a French intelligence agency asked me to report on the financial networks of the Bin Laden family, including Yeslam Bin Laden, and its connections to Usama Bin Laden. The French President (Jacques Chirac) requested from me through his Chief

of Staff (Dominique de Villepin, current French Prime Minister) a copy of this report just after the 911 attacks, and I learned later that he provided this report directly to US President George W. Bush during his first official visit to the United States in September 2001. This report was later publicized and published by the French National Assembly in November 2001. I testified on this report before the US "Joint Inquiry into the terrorist attacks of September 11, 2001" of the US Senate Select Committee on Intelligence and the US House Permanent Select Committee on Intelligence in June 2002. I have also testified as a witness in the course of a money laundering procedure opened in France involving a company owned by Yeslam Bin Laden.

3.   I have reviewed the memorandum and affidavit filed by Yeslam Bin Laden on October 28, 2005 in support of his motion to dismiss.

4.   Several factual refutations or arguments made by Yeslam Bin Laden in his memorandum and affidavit are incorrect or simply false. My comments are limited to areas of my personal knowledge.

JURISDICTION

5.   Yeslam Bin Laden claims that article 129-1 of the Private International Law of Switzerland - Switzerland's Federal Code on Private International Law (CPIL) of December 18, 1987- denies jurisdiction of US courts over him.

6.   As noted in his filing, Yeslam Bin Laden refers only to general principles of the law and not to specific jurisdictional rules. For example, paragraph 3 of the law provides that "If several defendants can be sued in Switzerland and if the claims are based essentially on the same facts and grounds, an action may by brought against all of them before any judge having jurisdiction; the judge before whom suit is first brought shall have exclusive jurisdiction." Article 132 of the same law provides that "The parties may agree any time after the event causing damage has occurred that the law

of the forum shall be applicable." Swiss Courts have determined that if a Swiss resident or citizen acknowledges to a foreign court procedure, he thereby agrees to the foreign court's jurisdiction. Article 133 b-2 of the same law finally provides, in the case of an absence of a choice of law, that "If the tortfeasor and the injured party do not have their place of habitual residence in the same State, the claims shall be governed by the law of the State in which the tort was committed."[1]

PERSONAL JURISDICTION

*Learjet 31A*

7.      Yeslam Bin Laden refutes any personal relationship with the United States since at least 1988.

8.      However, Yeslam Bin Laden operates a private plane (Learjet 31A) that was built in 2000 and is currently registered with the FAA under registration # N71FB.[2] The certification of the plane was issued by the FAA on March 6, 2001 and the last registration activity date reported by the FAA is February 17, 2004.[3] Yeslam Bin Laden is himself registered as a private pilot with the FAA.[4] The owner of the plane is a US company, Roxbury Technologies (US) Inc, registered in the State of Delaware (2711 Centerville Rd Ste 400 Wilmington, DE 19808-1645).[5]

9.      Based upon information and belief, Roxbury Technologies (US) Inc. is owned by one of Yeslam Bin Laden's Swiss lawyers, Jürg Brand; however, Yeslam Bin Laden is the beneficial owner of this company and Yeslam Bin Laden and/or SICO are the sole operators of the plane.   In organizational charts describing Yeslam's businesses,

---

[1]      http://www.umbricht.ch/pdf/SwissPIL.pdf
[2]      FAA US Aircraft Registrations, 2005
[3]      **http://162.58.35.241/acdatabase/nnumsql.asp?NNumbertxt=71FB**
[4]      FAA Pilots Directory, 2005
[5]      **http://162.58.35.241/acdatabase/nameSQL.asp?nametxt=ROXBURY&sort_option=5**

Roxbury is included as an affiliate of Falken Ltd. A copy of an organizational chart that I have prepared based on my research is attached as Exhibit 1.

10.    Based on my investigation of Yeslam Bin Laden and my expertise in this area, it is my opinion that Yeslam bin Laden uses businesses registered under his name and in the name of his family and lawyers as an extension of himself. Yeslam uses these businesses to conduct his personal affairs without respect for their corporate forms. For example, even though the plane is held by Roxbury, Yeslam bin Laden declared in Swiss custom forms that the plane was for "tourism" and he stated in purchase records that he purchased the plane for his personal use.    In fact, a review of the plane's travels over the last few years reveals that the plane has been used to travel to vacation destinations throughout Europe. Moreover, Yeslam travels with his personal friends. Therefore, even though the plane is registered in the name of a business in the US, Yeslam uses the airplane primarily for personal purposes and not business.

*SICO*

11.    Yeslam Bin Laden established Cygnet SA, later renamed Saudi Investment Company (SICO), in May 1980 in Geneva, Switzerland. SICO has served as the international investment arm of the Saudi Binladin Group (SBG), the Bin Laden family business based in Jeddah, Saudi Arabia, and has most recently begun managing SBG's investments in New York. SICO owns and manages many other companies owned by Yeslam and is itself under Falken Ltd., a Cayman Island holding company owned by Yeslam Bin Laden and his direct siblings Ibrahim, Fawzia, and Khalil.

12.    Yeslam bin Laden has used SICO in the same way that he has used Roxbury—as a front to his personal business in the United States. Yeslam stated in a sworn affidavit that: "all of my contacts in California have been in my capacity as a Chairman of

Saudi Investment Company S.A. (SICO)."[6]   In addition, he swore that "SICO, through its subsidiaries, has invested in real property located in the United States, including California."[7]   In fact, in 1994, "SICO SA established SICO Properties NV, a U.S. real estate trust managed by Daniel Realty Corp., one of the leading property managers in the U.S. and a subsidiary of Flur Corp. which is a U.S. Company based in California."

13.    In addition, Yeslam told the press on numerous occasions that SICO does not have any subsidiaries in Switzerland or abroad, including offshore.[8]

14.    According to records filed in Yeslam bin Laden's divorce case from his wife, Carmen, a SICO leaflet, published by the company, reveals that SICO controls numerous subsidiaries, including Radisson NV, Sabin Inc., Aldema Inc., Bayou, Inc. under the management of Mr. Yeslam bin Laden, and that it has made significant real-estate investments, particularly in the United States.

15.    Just as Yeslam was using Roxbury and the plane for his own personal purposes, he has used SICO in the same manner.  Yeslam used SICO to purchase numerous luxury automobiles including Porsches, Ferraris and Lamborghini's for his own personal use.[9]  Yeslam has also used SICO to purchase airline tickets for his personal use and he lives in the same building as SICO in Switzerland.[10]  It is my opinion that Yeslam bin Laden has created a variety of corporate forms through which he conducts his personal affairs in the United States.

---

[6]      Declaration of Yeslam Mohammed Bin Laden, filed in Carmen bin Laden v. Ibrahim Mohhamed bin Laden, Case No. B C212648 (November 22, 1999).

[7]      Id.

[8]      Ian Hanel,  "Bin Laden, Serious Embaressments of a Brother," Le Point (February 8, 2002).  The same stements were also made in, Ian Hanel, "My Personal Security is Threatened," Le Matin Dimanache (February 10, 2002).

[9]      Carmen bin Laden v. Ibrahim Mohhamed bin Laden, Case No. B C212648 (November 22, 1999).

[10]      Carmen bin Laden v. Ibrahim Mohhamed bin Laden, Case No. B C212648 (November 22, 1999).

16.   In 2002, Yeslam bin Laden stated that: "SICO is now a services company whose only activity is the monitoring and management of investments made for us (members of the bin Laden family) by brokers in New York."[11]

17.   Based upon information and belief, Yeslam Bin Laden also established a branch of his Swiss company SICO (Saudi Investment Company) in Curacao. S.I. Co. Properties N.V. on April 13, 1984. From this date until 2002, S.I. Co. Properties N.V. was in partnership with the US Daniels Realty Corporation (3595 Grandview Pkwy, Birmingham, Alabama 35243, United States of America), part of the Fluor Corporation conglomerate based in Aliso Viejo, California, United States of America. Yeslam Bin Laden is the principal of SICO's Curacao branch. Its managing director is Charles Tickle, a US citizen with an address at 3500 Birchwood Lane, Birmingham, Alabama 35243, United States of America. The Curacao register reports this company has been inactive since May 15, 2002. [12]

*Falken, Knutstorp, Kinnekulle, Tropiville and Daniel Realty*

18.   According to the records of Yeslam's divorce proceedings, Yeslam also conducts his business activities through Falken Limited, an offshore company located in the Cayman Islands.  The company is owned and run by Yeslam Bin Laden and his direct siblings Ibrahim, Fawzia, and Khalil bin Laden—all of them are children of the same mother, Rabab.  Falken Limited has numerous US subsidiaries.  One such subsidiary is Tropiville Inc. which was incorporated in 1986 at P.O. Box 661, Camden, South Carolina 29020, United States of America.

19.   In addition, Yeslam Bin Laden also registered a real estate investment company named Knutstorp Inc., in the state of Delaware on August 8, 1986.[13] The company was also registered in North Carolina on July 10, 1987 under registration number

---

[11]     "Yeslan bin Laden: What I know About My Half-Brother Usama," <u>Le Temps</u> (January 25, 2002).
[12]     S.I. Co. Properties N.V., Curacao register of companies, November 2005
[13]     State of Delaware, Certificate of incorporation of Knutstorp Inc.

#0211625, with a registered address at 225 Hillsborough Street, Raleigh, North Carolina 27603.[14] According to the North Carolina Department of the Secretary of State official records, the company directors were Yeslam Bin Laden (President) and Akbar Ali M. Moawalla (Vice- President and Treasurer). In addition to the registered address, the company had an office address at 2, rue François-Lefort C/O Saudi Investment Co. (SICO) 1206 Geneva, Switzerland.[15]

20.     Knutstorp Inc. was active between July 10, 1987 and June 12, 2003, at which date the company's certificate of authority to transact business was revoked by the State of North Carolina, for failure to file an annual report.[16] The mailing address of Knutstorp Inc. (P.O. Box 385001, Birmingham, AL 35238), is identical to the one of Daniel Property Investors Inc.  The CEO of Daniels Property, Inc. is Charles Tickle,[17] an Alabama resident, who is also a director with Yeslam in SICO properties N.V. in Curacao.[18] The company merged in 1997 with and into another Delaware company registered by Yeslam Bin Laden and Akbar Ali M. Moawalla on August 8, 1986 named Kinnekulle Inc.[19]

21.     In 1998, Kinnekulle merged with and into Falken Ltd, registered in the Cayman Islands. The articles of merger of December 15, 1998 were signed by Yeslam Bin Laden for both companies, including Falken Ltd.[20] Based upon information and belief, until at least 2001, Knutstorp Inc. and its successor companies entered into various partnerships in the United States with Daniel Equity Partners Ltd.  These companies formed a real estate partnership in the United States in the 1990s known as Daniel Realty Company (Partnership).

---

[14]     State of North Carolina, Department of Secretary of State records, Knutstorp Inc. Annual reports
[15]     State of North Carolina, Department of Secretary of State records, Knutstorp Inc. Annual reports
[16]     State of North Carolina, Department of Secretary of State records, Notice to registered agents, 6/12/2003.
[17]     Georgia Secretary of state records.
[18]     Curacao Commercial Register, Reg. Number 39797, 11/6/2005.
[19]     State of Delaware, articles of merger of Knutstorp Inc. with and into Kinnekulle Inc., 02/17/1997, State of Delaware, Certificate of incorporation of Kinnekulle Inc.
[20]     State of Delaware, articles of merger of Kinnekulle Inc. with and into Falken Limited., 12/15/1998

22.   **Knutstorp Inc. and Kinnekulle Inc. have both appeared on an FBI suspect list issued on 01/31/2002 and Daniel Realty was listed in FBI reports covering the September 11th attacks.[21]**

23.   Yeslam bin laden used his personal lawyer, John West, Jr., of Camden, South Carolina in the United States, to facilitate the creation and mergers of these companies.

24.   Based upon information and belief, Yelsam Bin Laden and Daniels Realty Corporation have been in business together since as early as 1989 when Yeslam (through another company located in the U.S. that Yeslam owns, Reflections Properties) sold two office buildings in West Palm Beach, Florida to Daniels Realty Corporation for $20 million dollars.  Real estate transaction records for Daniel Realty Company (Partnership) as a buyer reflect activity from 1998 until 2002 in the United States.

*Colmar Ltd. Panama*

25.   Yeslam also owns and runs Colmar Ltd. of Panama which is a wholly owned subsidiary of Falken Ltd.  *See,* Exhibit 1 chart of Yeslam's businesses.  All Banking records for Colmar are sent to Yeslam's SICO address.

26.   Yeslam bin Laden personally signs bank transfer orders for Colmar.  In 2001, Yeslam used Colmar to pay the expenses for a flight training session believed to have taken place at Huffman Aviation (the same school where some of the 9/11 hijackers trained) in Venice, Florida, to Philippe Acharoque, born September 2, 1947, former Chief of the Police de l'Air et des Frontières – PAF - (Customs services) in Cannes, France. Similarly, Yeslam Bin laden also paid expenses for flight training at Tucson, USA, for another pilot, Pietro del Rosso.  Some of the 9/11 hijackers also trained in

---

[21]   FBI Suspect List (January 31, 2002).

Tucson, Arizona.  To transfer these funds, Colmar used Goldman Sachs in London and in the United States.  Financing of the flight school was paid from Colmar account 9 which is jointly shared by Yeslam, Khalil, Ibrahim and Fawzia Bin Laden.

27.   Colmar is the legal denomination of accounts used by (1) relatives of the Bin Laden family (2) the Bin Ladin Company in Jeddah led by (3) the Saudi Binladin Group in Jeddah and by (4) Prince Mishal.

*Cambridge Engineering*

28.   Cambridge Engineering Systems Limited ("Cambridge") was originally registered as Tees Engineering Limited in the Cayman Islands on July 10, 1991, but registered a name change on November 26, 1991.  Cambridge was registered under the names Yahia Bin Laden, Shafiq Bin Laden, and Akber Moawalla, former treasurer and Chief Financial Officer of SBG and active manager of Yeslam's holding company, Falken Ltd.

29.   Based upon information and belief, Yeslam bin Laden has also controlled investments and conducted transactions for Cambridge Engineering Systems, Ltd.  Days after September 11, 2001, the US Department of Justice issued a request for assistance on several cases related to terrorism financing. Among these cases was the fact that Usama Bin Laden had received funds from two accounts at Deutsche Bank in Geneva, Switzerland, in the names of Cambridge Engineering and the Saudi Binladin Group (SBG). An amount of $300 million US was believed to have been transferred through these accounts. It is also believed that the account was managed by Yeslam Bin Laden.  Cambridge Engineering Ltd. conducted its banking activities through Bankers Trust in New York and Deutsche Bank in New York.

30.   The registered agent and director of Cambridge Engineering Systems Ltd., Akbar Ali M. Moawalla, is also the former treasurer and Chief Financial Officer of the Saudi BinLadin Group (SBG).   Moawalla was also an officer of Knutstorp Inc, Kinnekulle

and Russel Wood in London. Moawalla has served as Yeslam's employee and he has close business and personal interests with Yeslam bin Laden.

31.     Based on these facts, it is evident that Yeslam Bin Laden had direct and personal connections to the United States until 2002, and that he still entertains indirect relationships with the United States through individuals acting as fronts.

*Mohammad Binladen Organization (MBO)*

32.     Yeslam Bin Laden claims that the *Burnett* and *Continental Casualty Complaints* allege that he "was on the board of directors of the Mohammad Bin Laden Organization ("MBO"), but fail to identify any act he supposedly took in that capacity". YBL also claims that "Plaintiffs (…) allege that Yeslam Bin Laden was a director of MBO but, again, they fail to allege any conduct in that capacity. This, too, is unsurprising, as Yeslam has never attended a board meeting or had any role in the management of MBO's affairs."

33.     Yeslam Bin Laden is a shareholder, board member and was the financial director of MBO (a fully-owned subsidiary of the Saudi BinLadin Group (SBG)) for 13 years before moving to Switzerland. This is reflected in many corporate records of this company filed in Saudi Arabia.

34.     Based upon information and belief, MBO provided material support to Usama Bin Laden in Sudan at a time when Yeslam Bin Laden was member of the board of this company. MBO provided facilities, trucks, engineers, financial support which insured Usama bin Laden's protection from the Sudanese regime and assisted Bin Laden's efforts to continue the work of his terrorist organization Al Qaeda in the Sudan.

35.     In that regard, a former bodyguard of Usama Bin Laden in Sudan, Nasir Ahmad Nasir al-Bahri, stated that Usama "chose Sudan, which was at its Islamic revolutionary

peak, when the Islamic Front had come to power under the leadership of Dr Hassan al-Turabi. So Shaykh Usama went to Sudan. The Sudanese gave him a very warm welcome, because of the economic benefits they were going to gain from his investments in Sudan". When asked about the principal projects carried out by Usama Bin Laden in Sudan, al-Bahri answered that "among those is the Khartoum-Madani Road, which is one of the longest asphalt roads in Sudan. Shaykh Usama also built several dams and the airport in Port Sudan".[22] Other sources reported that "The most important [project] was the construction and pavement of the 700-kilometer Al-Tahaddi Road linking Khartoum, Shindi, and Atbarah [...] financed by the Saudi Development Fund. Another project was the building and furnishing of 23 camps for Afghanistan's Arab mujahideen or the so-called Afghan Arabs. It was a group of Bin Laden's companies that carried out the project of the new and modern airport that cost huge amounts of money. The airport [...] was presented to Sudan by the chairman of the Saudi Development Bank in cooperation with Umar Muhammad Bin Laden--Usama's half-brother--and Abu-Bakr al-Humayd, director of Bin Laden's group of companies in Dubai, Malaysia, Lebanon, and Saudi Arabia. During the airport inauguration ceremony, Bin Laden donated $2.5 million to establish and operate the airport, the second largest international airport in Sudan after the one in Khartoum".[23]

36.    Based upon information and belief, MBO not only participated in these projects, but took credit for them. Whereas Usama Bin Laden was stripped of his nationality in April 6, 1994[24], the Saudi BinLadin Group, including Yeslam Bin Laden provided him assistance and engineering, in order to achieve those public works. Various sources confirmed that the Sudanese construction company set up by Usama Bin Laden, Al-Hijra for Construction and Development was in fact a subsidiary of the Saudi Binladin Group. Hasan Al-Turabi himself confirmed this fact: "... [Shaykhali] Your ties with Usamah Bin Laden raise many questions. Bin Laden stayed in Sudan

---

[22]    Bin Laden 'Bodyguard' Details Al-Qa'ida's Time in Sudan, Move to Afghanistan Part 3 of a series of interviews with Nasir Ahmad Nasir al-Bahri (Abu-Jandal), formerly the "bodyguard" of Al-Qa'ida leader Usama Bin Laden, by Khalid al-Hamadi in Sanaa; AL-QUDS AL-'ARABI, March 28, 2005
[23]    Part One of Series of Reports on Bin Laden's Life in Sudan, London Al-Quds al-Arabi in Arabic 24 Nov 01 p 13, AL-QUDS AL-'ARABI, November 24, 2001
[24]    Riyadh Daily, April 7, 1994.

for years, you harboured him, and then you kicked him out. This relationship seems suspicious. What is the truth about this relationship? [Turabi] For those who know nothing about Saudi Arabia, Bin Laden has the biggest family and construction company that builds roads and institutions. He came to Sudan as a branch of this company. He built the road linking Khartoum to the north, which could have been extended to reach Port Sudan. He also built the Port Sudan airport. He stayed away from the social life in Sudan. He also set up an agriculture project in Sudan. He was a struggler [...] After that, he was not expelled from Sudan by the Sudanese and did not leave because he hated Sudan. He just did not want to cause an embarrassment in the relations with Saudi Arabia, which stripped him of his nationality"[25].

37.   This information is confirmed by an Intelligence Newsletter: "These are Wadi Al Aqiq, an agricultural company with an investment arm; Al Timar Al Mubarikah, a sugar concern; Al Hijra a building and public works Company that once was an affiliate of the powerful Saudi group headed Bin Laden's father"[26].

38.   It is a public fact that Usama Bin Laden participated in the construction of the Tahaddi road and the Port Sudan Airport. It is also a public fact that the Saudi BinLadin Group took credit for these constructions. Yeslam Bin Laden was a part of the Saudi BinLadin Group during this time.   The Saudi BinLadin Group was providing contributions to each of these public works through two subsidiaries. On the one hand, the Public Buildings and Airports Division of SBG (Saudi BinLadin Group) asserted having participated in the construction of the Port Sudan Airport. On the other hand, Mohamed BinLadin Organization (MBO) was providing technical assistance to the road construction. The Saudi BinLadin Group publicly confirmed these two collaborations:

> "Over the years the [Public Buildings and Airports] Division has
> undertaken various challenging projects, large and medium scale,

---

[25]   BBC Monitoring Service: Middle East, September 12, 1998. Recorded Interview with Sudanese National Assembly Speaker Hasan Al-Turabi.
[26]   IntelligenceOnLine, Intelligence Newsletter, March 16, 2000

including complete airports and roads....The projects executed include ...Port Sudan Airport."[27]

"SBG's skills in all of these areas has been recognized and utilized in the United Arab Emirates, Jordan, Yemen and Sudan[28]. Indeed, an agreement for the construction of an airport in Port Sudan was signed on February 14, 1990, between the Sudanese Government and the Saudi BinLadin International Company [(MBO)]."[29]

The Saudi Binladin Group advertised the completion of these Sudanese properties in their Annual Report and included pictures of the projects.

39.    The Bin Laden Company with Usama bin Laden companies in Sudan undertook the construction of the Port Sudan Airport from 1990 to 1992. During that period, Usama Bin Laden stated that he was involved in the construction of the Airport and the Challenge Road linking Khartoum to Port Sudan:  "I am a construction engineer and an agriculturalist. If I had training camps here in Sudan, I couldn't possibly do this job (the Challenge road) [...] personally neither I nor my brothers saw evidence of American help. When my mujahedin were victorious and the Russians were driven out, differences started [between the guerrilla movements] so I returned to road construction in Taif and Abha. I brought back the equipment I had used to build tunnels and roads for the mujahedin in Afghanistan. Yes, I helped some of my comrades to come here to Sudan after the war"[30]. Thus, a large part of the equipments used by Al-Hijrah for Construction and Development, for the construction of the Al-Tahaddi road and the Port Sudan Airport were brought from Afghanistan. In addition, Usama brought thousands of Arab fighters from Afghanistan to oversee these projects: "Bin Laden's work force grew to include militant Afghan war veterans seeking to avoid a return to their own countries, where many stood accused of subversive and terrorist activities. In May 1993, for example, Bin Laden financed the

[27]    http://saudbinl01.uuhost.uk.uu.net/pbad.htm , Saudi Binladin Group Website.
[28]    http://saudbinl01.uuhost.uk.uu.net/mbo.htm, Saudi BinLadin Group Website.
[29]    BBC Summary of World Broadcasts, Suna in English, Februray 27, 1990.
[30]    The independent, December 6, 1993, (Interview of Usama Ben Laden by Robert Fisk)

travel of 300 to 480 Afghan war veterans to Sudan…"[31] Relationships between the
three entities: Usama Bin Laden, Sudan Government and Saudi BinLadin Group were
stressed during the inauguration ceremony of the airport.

40.     Moreover, while Usama Bin Laden was constructing the Tahaddi Road with Saudi
Binladin Group technical assistance, his own company Al Hijra was headed by
Muslim activists. The testimony of Jamal Ahmed al-Fahd during the 2001 trial of the
1998 African Embassy Bombings revealed the nature of Al-Hijra executives in
Sudan:

> Q. Do you know who ran the Al Hijra Company while it was in the Sudan?
> A. At the time, few people. The first one Dr. Sharif al Din Ali Mukhtar.
> Q. Who else?
> A. Abu Hassan al Sudani, and Abu Hamman Al Saudi, Abu Rida Suri and
> Abu Hajer"[32].

According to this official testimony, Sharif al Din Ali Mukhtar was the principal
director of Al Hijra for Construction and Development. Sharif al Din Ali Mukhtar
was head of Islamic Relief Agency in Jeddah, expelled from Saudi Arabia in April
1991. He was the brother of Deputy Chief of Sudanese Military Intelligence.[33] Other
Al-Hijra executives are directly involved in Al-Qaida and terrorist operations. Among
them, was Abu Rida Al Suri, aka, Mohamed Bayazid. He used to provide the Al-
Qaida organization in weapons[34]. Finally, Mandouh Mahmud Salim, was on the Al-
Hijra directors Iraqi national is a founding member of Al-Qaida. He was one of the Al
Hijra leaders[35]. All these Al-Hijra managers were directly involved in the
construction of the Tadahhi road and in the Port Sudan airport building.  Thus, upon
information and belief, the Saudi BinLadin Group, including Yeslam bin Laden,
knowingly worked with Usama's Al Qaeda members at Al Hijra.  Upon information
and belief, the Saudi BinLadin Group, including Yeslam knew that Usama was

[31]   State Department factsheet on Bin Laden, August 14, 1996
[32]   USA v. UBL, S(7), 98 Cr. 1023, February 6, 2001, Testimony of Jamal Ahmed al-Fadl.
[33]   www.sudancenter.org.uk/whois/military.htm
[34]   US News, October 6, 2002
[35]   USA v. UBL, S(7), 98 Cr. 1023, transcript of Day 58 of the trial, June 4, 2001

engaged in terrorist activities with the Sudanese government and they assisted him in these projects with such knowledge.

41.   It is my understanding that, based on these facts and statements, Usama Bin Laden couldn't have carried out the Sudanese projects without the help of the SBG and MBO at the time. As is explained below, Yeslam Bin Laden and his companies were directly involved in these projects and sponsoring Usama Bin Laden.

- SICO /SBG

42.   Yeslam Bin Laden claims SICO was inaccurately characterized by the plaintiffs as "SBG's European investment arm". Yeslam Bin Laden fails to admit that SICO's principal business was to run investments on behalf of his family.

43.   Yeslam Bin Laden himself, in fact, admitted this and specifically acknowledged that an amount of 10 million dollars had been provided by the SBG to be administrated by SICO in the mid-90s.

44.   As established by defendants in another case, YBL was a director of the SBG until at least 1995. The defendants produced a report of the Special Investigative Committee on money laundering of the National Assembly of Argentina dated October 2001 establishing that SICO was an affiliate of the SBG. The defendants also produced an undated intelligence report which states that the international activities of the SBG were managed by SICO.[36] Based upon this evidence, the Swiss Supreme Court rejected a libel claim by Yeslam Bin Laden in April 2005.[37]

45.   Yeslam Bin Laden also stated in his memorandum and affidavit that he had "never held any position of SBG or any of its subsidiaries". This statement is incorrect, as Yeslam Bin Laden was financial director of MBO (a fully-owned subsidiary of the

---

[36]   C/309/2002-3SP, Swiss Federal Court
[37]   http://jcb.blogs.com/jcb_blog/2005/06/swiss_supreme_c.html

Saudi BinLadin Group (SBG) for 13 years before moving to Switzerland. Moreover, he is a Saudi Binladin Group shareholder and the SBG uses an office in the United States.

- FOREIGN PROCEDURES

46.     Yeslam Bin Laden claims that "despite the passage of another year, that investigation (French investigation), like those before it, has produced no charges".

47.     Based upon information and belief, Yeslam is currently under criminal investigation for financing terrorism in France, Italy, the Netherlands, Switzerland and the United States. In 2004, the French investigation carried out by financial Judge Renaud Van Ruymbeke has been extended to cover new charges. As I've been informed by the judge himself, in no way have investigations been stopped. The investigations against Yeslam Bin Laden are still pending and have been extended to new charges, including a UBS bank account and transfers from two companies to Usama Bin Laden in Pakistan. I am informed that on November 10, 2004, the General Prosecutor of Paris sent to the Federal Judicial Office of Switzerland a request for mutual legal assistance on facts regarding Yeslam Bin Laden in the investigation led by Judge Renaud Van Ruymbeke. The legal assistance granted by Switzerland was suspended by a ruling of July 15, 2005 of the Swiss Federal Court after companies belonging to Yeslam Bin Laden's family and of which he is a shareholder, appealed the Swiss decision granting legal assistance to the French judge for lack of information provided to these companies by the Swiss Prosecutor. This ruling does not affect the French procedure. The French judge, through the French General Prosecutor, recently summoned Switzerland to amend its decision on granting legal assistance to the French judge.

48.     In addition, I'm also informed that the French financial judge investigating Yeslam Bin Laden is about to request legal assistance in this case from the United States and Pakistan.

49.    I further testify that I'm informed of the Swiss "standby" letter sent to Yeslam Bin
       Laden and produced as evidence in support of his memorandum and affidavit. I'm
       also informed by the Swiss General Prosecutor that the letter is **not** "conclusive" as to
       the charges raised against Yeslam Bin Laden in Switzerland.

- ## UBS BANK ACCOUNT

50.    It has also come to my attention that an account was opened by Omar Mohamed A.
       Bin Laden and Haider Mohamed A. Bin Laden at UBS Bank in Geneva on August
       17, 1990 (account # CO-565167) for their brother Usama Bin Laden. They both gave
       the address of the Saudi Binladin Group (SBG) in Jeddah, Saudi Arabia, to open the
       account (Po Box 958, Jeddah, Saudi Arabia). The authorized persons on the account
       were Yeslam Mohamed A. Bin Laden and Usama Mohamed A. Bin Laden. The
       named economic beneficiary of the account was Usama Bin Laden. An amount of
       $450,000 US was transferred on the account on August 20, 1990. On October 25,
       1991, an amount of $482,000 US was transferred to the Saudi American Bank in
       Jeddah in favor of Haider Mohamed Bin Laden. The account was closed on October
       9, 1997.

51.    Yeslam Bin Laden claims that "There is no allegation in any RICO Statement or
       MDS filed with respect to Yeslam BinLaden that he was personally involved in the
       transfers into or out of the OBL sub-account at UBS, or that any of these funds in fact
       went to OBL, or that Yeslam was aware of how the funds were ultimately used.
       According to UBS, there was no further activity in the account, and it was closed in
       1997 because it had been inactive for six years".

52.    During an interview with a Swiss newspaper published on January 25, 2002, asked if
       he had any financial relations with his brother, Yeslam Bin Laden stated that "Since
       he was banned from the family and from Saudi Arabia [1994], we have no more

financial or personal relations with Usama."[38]   Yeslam made this statement even though he was a signatory on the UBS account whose economic beneficiary was Usama Bin Laden until October 9, 1997.

53.   In a statement made during an interview published by the French weekly magazine "VSD" of November 30, 2005, when Yeslam was asked about his joint account with Usama Bin Laden, he answered "Nonsense, I've never shared a joined UBS account with my half-brother Usama Bin Laden".

54.   According to well established evidence, including a letter from the UBS to the Swiss anti money-laundering authority, Yeslam Bin Laden and Usama Bin Laden were signatories on a UBS account from 1990 until 1997. I was recently able to review the opening of account forms in the French judge's office and I fully confirm under penalty of perjury that both Yeslam Bin Laden and Usama Bin Laden had been granted individual authority on UBS account # CO-565167. This account was maintained until October 9, 1997, more than 6 years after the first country issued an arrest warrant against Usama Bin Laden and more than one year after the US government had publicly recognized him as financier of Islamic terrorism.

55.   According to Article 2-1 of the International Convention for the Suppression of the Financing of Terrorism of 1999, "Any person commits an offence within the meaning of this Convention if that person by any means, directly or indirectly, unlawfully and wilfully, provides or collects funds with the intention that they should be used or in the knowledge that they are to be used, in full or in part, in order to carry out [a terrorism act]". Article 2-3 specifies that "For an act to constitute an offence set forth in paragraph 1, it shall not be necessary that the funds were actually used to carry out an offence referred to in paragraph 1, subparagraphs (a) or (b) [terrorism acts]", in other means, to have a joint account with Usama Bin Laden is enough to constitute the offense [of terrorism financing] according to the UN convention on the financing

---

[38]   "What I know about my half-brother", Interview with Yeslam Bin Laden, Le Temps, January 25, 2002.

of terrorism. There is no need to prove that the funds were actually used for a terrorist attack. It is enough to prove that Yeslam placed the money knowingly within Usama bin Laden's control, which obviously is the case for the UBS account.

56.     By agreeing to be a signatory on an account whose unique economic beneficiary was Usama Bin Laden, Yeslam Bin Laden knowingly agreed that these funds could be used to carry out a terrorist attack. As acknowledged by Yeslam Bin Laden, he did nothing to close the account although Usama Bin Laden's terrorist activities had been already widely publicized:

o   Since at least 1993, the international press provided details on Usama Bin Laden terrorist activities

o   On March 28, 1993, The New York Times stated that "Yemeni officials contend that Afghanistan veterans in Yemen, financed by Usama Binladen, a wealthy Saudi militant and former Afghan guerrilla now living in Khartoum, Sudan, have been behind a series of attacks, including two bombs in Aden hotels last year that killed an Australian tourist".

o   On May 8, 1993, the Agence France Presse stated that "Saudi businessman Ossama ibn Laden, according to the official, acted as a middle man between Pakistan, Sudan and the militants to finance their trip and accomodations in Sudan. Ibn Laden "pretends to be an Islamic militant. He is wanted by the Saudi authorities for activities hostile to the government in that country," another official at the foreign ministry said".

o   On May 17, 1993, the Mideast Mirror reported that "In a separate report, al-Ahram says that Saudi Arabia has issued an arrest warrant for Usama Bin Laden, a Saudi national accused of funding the training of terrorists and their transportation between Afghanistan, Pakistan and Sudan. The paper says the suspect is believed to be in Sudan now".

o   On May 30, 1993, the Agence France Presse reported that "He was trained by Al-Ka'ida, a secret organisation in Afghanistan that is financed by a wealthy Saudi businessman who owns a construction firm in Jeddah, Ossama ibn Laden. "Members of Al-Ka'ida pledge total alliegance to the group and undergo military training more sophisticated than anywhere else in Afghanistan and tailored to their countries of origin," Rifaat said".

o   On October 4, 1993, Time Magazine reported that "Another key figure was Saudi financier Usama bin Laden, who fought with the mujahedin himself and brought many others to the cause. Arab governments under attack by extremists often claim that the returned Afghan veterans are being directed by a central office in Afghanistan and financed by Iran. Such suspicions have not been proved".

o   On December 6, 1993, The Independent (London) reported that "Outside Sudan, Mr Bin Laden is not regarded with quite such high esteem. The Egyptian press claims he brought hundreds of former Arab fighters back to Sudan from

Afghanistan, while the Western embassy circuit in Khartoum has suggested that some of the "Afghans" whom this Saudi entrepreneur flew to Sudan are now busy training for further jihad wars in Algeria, Tunisia and Egypt".

o  On January 15, 1994, the Associated Press reported that "Yemen has asked Interpol to hunt down a Saudi businessman accused of financing outlawed Muslim extremist groups, a Cairo newspaper reported Saturday. Officials accused Usama bin Laden of bankrolling Yemeni extremists who trained in Afghanistan then went home to commit acts of terror, the government-owned Al-Ahram said. The paper also quoted an unidentified Yemeni source as saying bin Laden, whose family hails from Yemen, has spent more than dlrs 150 million on terrorist movements in other Arab countries, mainly Egypt, Tunisia and Algeria. In an interview, Interior Minister Yehia al-Mutawakel said the militants, calling themselves Yemen Jihad, were responsible for a recent assassination attempt against Ali Salem al-Beidh, the nation's No. 2 leader. Middle Eastern rumor mills have long spoken of bin Laden, whose empire is based on construction, as a key financier of Islamic radicals in the region. But al-Mutawakil's public accusation is the first by an official of his rank against the wealthy Saudi. Bin Laden is said to be currently in Sudan, another country accused of harboring training camps for outlawed Muslim extremists".

o  On April 07, 1994, the Associated Press reported that "Usama Bin Laden, a Muslim fundamentalist accused of terrorism in Arab countries, has been stripped of his Saudi Arabian citizenship. Bin Laden's name figured prominently in trials of Muslim fundamentalists on charges of terrorist acts in southern Yemen over recent months. He has been implicated in a bomb attacks on two hotels in Aden in December 1992 that narrowly missed about 100 U.S. servicemen. Egyptian authorities have mentioned his name as a leader of Muslim activists on their soil".

o  On April 24, 1994, The Independent (London) reported that "Bin Laden had been identified in the Egyptian press in past months as the leading sponsor of Islamist extremists. He had previously been active in Peshawar, helping Arab fighters with the Afghan mujahedin. Over two years ago he moved to the Sudanese capital, Khartoum, where he has a construction company and enjoys the company of that multinational band united by Islam of former fighters in Afghanistan".

o  On January 25, 1995, the Associated Press reported that "Usama bin Laden, a Yemeni-born Saudi multi-millionaire who is widely held to be one of the leading bankrollers of militant Islamic movements in the Middle East, operates from London".

o  On March 1995, the US Department of State reported that "In April the Government revoked the citizenship of Usama Bin Laden, a wealthy citizen known to support Islamic terrorist groups, for refusing to return from abroad to answer charges concerning his activities. The Interior Ministry issued a statement that Bin Laden "contradicted the Kingdom's interest and harmed its relations with sisterly countries." After his citizenship was revoked, Bin Laden was banned from reentering the Kingdom".

o  May 12, 1995, the Los Angeles Times reported that "Increasingly, officials said, they are concerned that new terrorist cells can draw on resources from private financial networks that are supplementing support from Iran and other nations.

Officials asserted, for example, that Usama ibn Laden -- a wealthy Saudi emigre living in Sudan -- has become a major backer for Islamic terrorist groups in Egypt and elsewhere in the Middle East".

o   On May 15, 1995, U.S. News & World Report stated that "In Khalifa's case, the address listed on his visa application should have been a tip-off: Binladen Co., PO Box 958, Jidda. The company belongs to Ossama Bin Laden, a wealthy Saudi who finances Islamic militants throughout the Middle East, according to law enforcement and intelligence officials. Bin Laden is Khalifa's brother-in-law".

o   On November 14, 1995, The Los Angeles Times reported that "Because of his support for radical Islamic groups, including some who have targeted U.S. interests in the Middle East, Saudi Arabia stripped Ibn Laden of his citizenship, and he now lives mostly in Britain and Sudan.'"

o   On November 27, 1995, U.S. News & World Report stated that "Ossama bin Laden is the most controversial Saudi. In 1992, after the CIA and other intelligence services provided information about his ties to and support for a number of terrorist organizations, the Saudi government forbade bin Laden from traveling abroad for three months. Among the evidence authorities claim to have amassed on bin Laden: He helped train violent Egyptian and Algerian Islamic groups and was supporting them in their home countries. And he had funded a group called Mohammed's Army that plotted terrorist attacks in Jordan. Soon after the travel ban on bin Laden was lifted, the Saudi billionaire moved to Sudan, where he has established several companies that provide training facilities for Muslim activists. Among the camps is a farm outside Khartoum that bin Laden has reserved for the use of Hamas, the extremist Palestinian organization responsible for some of the most violent attacks on Israeli citizens".

o   On December 20, 1995, the Associated Press reported that "Egyptian security forces foiled a plan by Muslim radicals to assassinate President Hosni Mubarak last weekend and take over the government, an opposition newspaper reported Wednesday (...) Al-Ahali newspaper said that security officials believe that Usama bin Laden, a Saudi Arabian millionaire living in Sudan, put up the money for the latest plot and estimated the total at dlrs 250,000."

o   On July 10, 1996, Usama Bin Laden called for the killing of Americans during an interview to the Independent (London)

o   On August 14, 1996, the US Department of State issued a fact sheet referring to Usama Bin Laden as an Islamic Extremist Financier

o   On August 23, 1996 Usama Bin Laden issued a declaration of war against the Americans

o   On November 27, 1996, during an interview with Al Quds (London), Usama Bin Laden claimed responsibility for the killing of US troops in Somalia

o   On February 25, 1997, the US Department of State issued a warning concerning Usama Bin Laden threats against US citizens

o   On April 1997, the US Department of State issued its report on Patterns of Global Terrorism for 1996, referring to Usama Bin Laden threats against the United States

57. As stated by Yeslam Bin Laden in his memorandum and affidavit in Support of MTD, the bank account was closed by the Swiss bank (UBS) in 1997 "because it had been inactive for six years".

58. I further testify that the French financial judge has requested all documents and banking records referring to this bank account to the Swiss authorities. Legal requests are still pending for access to the full records of the bank account.

59. Further statements from Yeslam Bin Laden suggest that while trying to dissociate himself from actions of his brother, he was ready to support him personally. The most recent statement was made in July 2005 when he claimed he would pay for the terror mastermind's defence should he ever be captured.[39]

- CAMBRIDGE ENGINEERING SYSTEMS LTD

60. Yeslam Bin Laden claims "he was not an officer or director of either company, he had no involvement in any of the alleged accounts, and he did not even know of the existence of either the bank accounts of Cambridge Engineering until authorities asked him about them after September 11, 2001".

61. Based upon information and belief, Cambridge Engineering Systems Ltd. was registered under the names of Akberali Mohamed Ali Moawalla, Yahia Bin Laden and Shafiq Bin Laden. Moawalla is a former treasurer and Chief Financial Officer of SBG and manages Falken Ltd., a financial holding of the Bin Laden family registered in the Cayman Islands and owned by Fawzia Bin Laden, Ibrahim Bin Laden, Khalil Bin Laden, and Yeslam Bin Laden.

62. During an interview published in Switzerland, Yeslam Bin Laden acknowledged that Moawalla "worked for [him] during the 80s and was the general manager of [his]

---

[39] "Usama bin Laden's half-brother will pay to defend terror mastermind if he's ever captured", Associated Press, July 3, 2005

brokerage company, Russell Wood, in London. He left his functions in 1994 and was recruited by the Saudi BinLadin Group."[40] Two days later he rectified this statement and claimed Moawalla left his company "to work for the family".[41]

63.   Cambridge Engineering Systems Ltd was set up by the SBG, one of whose shareholders is Yeslam Bin Laden. Yeslam Bin Laden admitted this fact when stating in this interview about Cambridge Engineering that he is only "shareholder of the entity that administrates [his] father's heritage" (and settled the Cambridge company).

64.   Cambridge has several offices in Switzerland, England, and the United States. Cambridge officers have stated that the Saudi BinLadin Group uses the company to manage its investments and investments of its directors.

65.   To state that he had no link with this company is simply not true. Yeslam Bin Laden is one of the economic beneficiaries of the company, being a shareholder.   The principal director of the company, Akberali Mohamed Ali Moawalla, was an employee of Yeslam Bin Laden at the time he registered Cambridge Engineering Systems Ltd in 1991 and at the time the transfers occurred to Usama Bin Laden.

66.   I further testify that Carmen Bin Laden the former wife of Yeslam Bin Laden provided details reflecting that Akberali Mohamed Ali Moawalla was an active employee of her former husband Yeslam Bin Laden and acted as a front man for Yeslam in his various businesses.

67.   On this issue, according to information from US authorities, Usama Bin Laden has received funding from two accounts at Deutsche Bank in Geneva, Switzerland, in the names of Cambridge Engineering and the Saudi Bin Ladin Group. These authorities suspect that an amount of $300 million US has been transferred through these accounts to Usama Bin Laden. It is also my understanding that authorities believe that

---

[40]   "The history of the Swiss account of Usama Bin Laden", , La Tribune de Genève, January 13, 2005
[41]   Correction, Account of M. Bin Laden, La Tribune de Genève, January 15, 2005

the account at Cambridge Engineering Systems Ltd was managed by Yeslam Bin Laden.

- **BIN LADEN BROTHERS MEETING IN FRANCE**

68.    It has come to my attention that several members of the Bin Laden family met in Cannes, France, on September 13, 2001 and again on September 15, 2001. According to the French police, a meeting took place on September 13, 2001 with Yeslam and Bakr Bin Laden. On September 15, 2001, Yeslam and Bakr Bin Laden also attended a meeting in the same city with Mahran Ahari and Mohamed Zayani. Bakr Bin Laden was carrying a diplomatic passport.

- **JEAN-CHARLES BRISARD**

69.    Yeslam Bin Laden claims that "despite being required to return all investigatory materials he obtained in his work with the Swiss prosecutor's office, Plaintiffs' RICO Statements are peppered with purported quotes from documents that appear to have come from that office". He further claims that "Brisard lost his position as an advisor to the Swiss [Prosecutor] after complaints that he had wrongfully leaked investigatory materials to MDL Plaintiffs' counsel, in violation of Swiss law".

70.    As acknowledged during my testimony before the Special Swiss Prosecutor designated to investigate a criminal complaint from Yeslam Bin Laden and SICO for allegedly violating the secrecy of an expert mandate, I've obtained details on Yeslam Bin Laden as part of a general cooperation agreement of January 2004 with the Terrorism office of the Swiss Judicial Police, not as part of an expert mandate. The information I provided to the French judge and to the plaintiffs in this case is therefore legitimate, as acknowledged by the Swiss Special Prosecutor when he

decided on September 23, 2005 to dismiss the action brought by Yeslam Bin Laden and SICO against me.[42]

71.    My mandate as an expert in the Yassin Al Qadi case in Switzerland was revoked on September 2004 after the subject of the expert mandate (Yassin Al Qadi) had raised the issue of a conflict of interest regarding my involvement for the 911 plaintiffs. This revocation was preventive and was in no way ordered by any Court but unilaterally decided by the Swiss Deputy General Prosecutor, precisely to prevent a judgment ordering such a revocation. The Swiss Court then acknowledged that the complaint filed by Yassin Al Qadi had no material grounds. I have never been accused of having wrongfully leaked investigatory materials to MDL Plaintiffs' counsel by any Court. On the contrary, I've won a case where Yeslam Bin Laden wrongfully accused me of having leaked investigatory materials.

72.    Furthermore, Yeslam Bin Laden alleged in his memorandum and affidavit that "the allegation that I am an SBG director is false, as their own consultant, Mr. Brisard, was forced to remove that same claim from versions of his book, The Forbidden Truth, after I filed legal proceedings against him in Switzerland in 2002".

73.    I can testify that this correction was made out of Court proceedings and "unilaterally" by the lawyers for my French publisher.  The publisher was not "forced" to do so. I was neither consulted nor informed of this correction at the time.

74.    I further testify that, as a matter of fact, in the course of an appeal proceeding in Switzerland against a defamation complaint brought by Yeslam Bin Laden on the basis of my book "Bin Laden, The Forbidden Truth", the same lawyers for the publisher have later provided in support of our filing that "as stated in an abstract of

---

[42]    http://jcb.blogs.com/jcb_blog/2005/09/swiss_decision_.html

the commercial registry [of Saudi Arabia], until at least 1995, Yeslam Bin Laden was member of the board of the SBG".[43]

75. I further testify that Yeslam Bin Laden stated during an interview published by the French weekly magazine "VSD" on November 30, 2005 that "It irritates (JCB) that I win my lawsuits against (him)." This statement is totally erroneous and contradicts all decisions I've obtained against Yeslam Bin Laden in Switzerland. Yeslam has lost every single case brought against me since 2001. The same happened for lawsuits brought by his lawyer and partner, M. Jurg Brand. Yeslam Bin Laden obtained preliminary measures to suspend the selling of my book ("Bin Laden, The Forbidden Truth") in Switzerland in January 2002. After several appeals, this decision was entirely reversed in December 2002 by the Swiss Federal Tribunal (Swiss Supreme Court) and Yeslam Bin Laden has been ordered to pay my lawyers expenses. Yeslam Bin Laden also introduced a criminal complaint against me in January 2002. This complaint was rejected by the Swiss General Prosecutor on May 6, 2002, and after several appeals, this decision was upheld on March 12, 2003 by the "Accusation Chamber" of the Swiss Federal Tribunal. On June 19, 2002, Yeslam Bin Laden also introduced a civil complaint for defamation against me. On February 3, 2005, the Swiss Federal Tribunal rejected this complaint and condemned Yeslam Bin Laden to pay part of my lawyers expenses. In November 2004, Yeslam's company SICO introduced a criminal complaint against me for allegedly violating the secrecy of a public mandate I've held in Switzerland in the course of a terrorism financing case after I revealed to a French financial judge investigating Yeslam Bin Laden that he had maintained a joint bank account with Usama Bin Laden in Switzerland. On September 23, 2005, this complaint was rejected by the Special Prosecutor designated to investigate the facts. No other cases are pending.

76. As should be obvious from the laundry list of suits that Yeslam has filed against me, Yeslam has engaged in a ruthless campaign to harass and intimidate me.

---

[43]     Appeal filed on February 4, 2002, Case #C/309/2002-3SP

77.    Given those false statements made by Yeslam Bin Laden, in addition to other statements, including personal comments against me in the same interview, that the facts I raise are "baseless", that my job is "to fabricate stories", that I "hate him" or that I want to introduce "doubt" about his behavior, I decided to introduce a criminal defamation complaint against Yeslam Bin Laden in France. The complaint will be filed within days.

78.    I want to make it clear that I have no personal conflict with Yeslam Bin Laden, as I've already publicly stated, that several authorities are currently investigating his companies and accounts based on official information that he is allegedly associated with terrorism financing transactions, and that allegations raised against him by these various authorities, as those raised by the plaintiffs in this case, are the most serious.

I hereby declare under penalty of perjury in the United States that the foregoing is true and correct.

Executed on February 1, 2006.

Jean-Charles Brisard

- 27 -