# Exhibit B - Exhibit 1

**Yeslam Bin Laden companies**



GER051233