# Exhibit D



PAGE 1

The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND CORRECT COPY OF THE ANNUAL REPORT OF "KNUTSTORP, INC." AS FILED IN THIS OFFICE.

2098426  8200

050930111

Harriet Smith Windsor, Secretary of State
AUTHENTICATION: 4297501

DATE: 11-15-05

# STATE OF DELAWARE
## 1993 ANNUAL FRANCHISE TAX REPORT

DO NOT ALTER FILE NUMBER

| FILE NUMBER | CORPORATION NAME | | | | PHONE NUMBER |
|---|---|---|---|---|---|
| 2098426 | KNUTSTORP, INC. | | | | |

| FEDERAL EMPLOYER ID NO. | INCORPORATION DATE | RENEWAL / REVOCATION DATE | DATE OF INACTIVITY: | FROM / / | TO / / |
|---|---|---|---|---|---|
| | AUGUST 8, 1986 | | | | |

| AUTHORIZED STOCK BEGIN DATE | ENDING DATE | DESIGNATION OR STOCK CLASS | NO. OF SHARES | PAR VALUE / SHARE | NO. SHARES ISSUED | TOTAL GROSS ASSETS | ASSET DATE | ASSETS FOR REGULATED INVESTMENT CORPS |
|---|---|---|---|---|---|---|---|---|
| 08/08/86 | | COMMON | 1,000 | 1.000000 | | | | Jan. 1st Dec. 31st |

| FRANCHISE TAX | $50.00 PENALTY | 1.5% MONTHLY INTEREST | QUARTERLY INTEREST | ANN. FILING FEE | PREV CREDIT OR BALANCE | PREPAID QRTY. PAYMENTS |
|---|---|---|---|---|---|---|
| $ 30.00 | $ .00 | $ .00 | $ .00 | $ 20.00 | $ .00 | $ .00 |
| | | | | | | AMOUNT DUE $ 50.00 |

REGISTERED AGENT   9000010
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

MAKE CHECK PAYABLE TO:
DELAWARE SECRETARY OF STATE

| CHECK NO. | AMOUNT ENCLOSED |
|---|---|

$50.00 PENALTY if not Received on or before March 1, 1994

2   030194   2098426   000005000 0   6

| NATURE OF BUSINESS | PRINCIPAL PLACE OF BUSINESS OUTSIDE OF DELAWARE | |
|---|---|---|
| Real Estate Investment | 1200 Corporate Drive, Birmingham, Alabama | |

SEND INVOICE AND PAYMENT ONLY - NO ATTACHMENTS - NO ADDITIONAL PAGES

| DIRECTORS | NAME | STREET/CITY/STATE/ZIP | DATE TERM EXPIRES |
|---|---|---|---|
| 1. Yeslam | BINLADIN | 2, rue Lefort, Geneva - SWITZERLAND | |
| 2. Akbar | MOAWALLA | 15, Woodham Wlaive Walking, Surrey - England | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |

| OFFICERS | NAME | STREET/CITY/STATE/ZIP | DATE TERM EXPIRES |
|---|---|---|---|
| 1. President | Y. BINLADIN | (see above) | |
| 2. Vice-President | A. MOAWALLA | (  "      "   ) | |

| ORIGINAL SIGNATURE (OFFICER, DIRECTOR OR INCORPORATOR) | TITLE | DATE |
|---|---|---|
| X [signature] | President | Dec. 14th, 1993 |



PAGE 1

The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND CORRECT COPY OF THE ANNUAL REPORT OF "KNUTSTORP, INC." AS FILED IN THIS OFFICE.

2098426  8200

050930111

Harriet Smith Windsor, Secretary of State
AUTHENTICATION: 4297500

DATE: 11-15-05

71645

# STATE OF DELAWARE
## 1994 ANNUAL FRANCHISE TAX REPORT

DO NOT ALTER FILE NUMBER

| FILE NUMBER | CORPORATION NAME | | | | FEDERAL EMPLOYER ID NO. |
|---|---|---|---|---|---|
| 2098426 | KNUTSTORP, INC. | | | | |

| PHONE NUMBER | INCORPORATION DATE | RENEWAL / REVOCATION DATE | DATE OF INACTIVITY: | FROM | TO |
|---|---|---|---|---|---|
| | AUGUST 8, 1986 | | | / / | / / |

| AUTHORIZED STOCK BEGIN DATE | ENDING DATE | DESIGNATION OR STOCK CLASS | NO. OF SHARES | PAR VALUE / SHARE | NO. SHARES ISSUED | TOTAL GROSS ASSETS | ASSET DATE | ASSETS FOR REGULATED INVESTMENT CORPS |
|---|---|---|---|---|---|---|---|---|
| 08/08/86 | | COMMON | 1,000 | 1.000000 | | | | Jan. 1st / Dec. 31st |

| FRANCHISE TAX | $50.00 PENALTY | 1.5% MONTHLY INTEREST | QUARTERLY INTEREST | ANN. FILING FEE | PREV CREDIT OR BALANCE | PREPAID QRTY. PAYMENTS |
|---|---|---|---|---|---|---|
| $ 30.00 | $ .00 | $ .00 | $ | $ 20.00 | $ .00 | $ |

AMOUNT DUE: $ 50.00

REGISTERED AGENT    9000010
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

MAKE CHECK PAYABLE TO:
DELAWARE SECRETARY OF STATE

| CHECK NO. | AMOUNT ENCLOSED |
|---|---|
| | |

$50.00 PENALTY if not Received on or before    2    030195    2098426    000005000  0    5
March 1, 1995. Plus 1.5% interest per month.

| NATURE OF BUSINESS REAL ESTATE INVESTMENTS | PRINCIPAL PLACE OF BUSINESS OUTSIDE OF DELAWARE 2 Francois-Lefort   1206 GENEVA, SWITZERLAND | |
|---|---|---|
| SEND INVOICE AND PAYMENT ONLY - NO ATTACHMENTS - NO ADDITIONAL PAGES | | |
| DIRECTORS          NAME | STREET/CITY/STATE/ZIP | DATE TERM EXPIRES |
| 1. YESLAM M. BINLADIN | SEE ABOVE | INDEFINITE |
| 2. AKBAR ALI M. MOAWALLA | SEE ABOVE | INDEFINITE |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

02/23/95 0016 06221 2098426 002108 79 03 01

| OFFICERS      NAME | STREET/CITY/STATE/ZIP | DATE TERM EXPIRES |
|---|---|---|
| 1. PRES/SEC  YESLAM M. BINLADIN | SEE ABOVE | INDEFINITE |
| 2. VP/TREAS  AKBAR ALI M. MOAWALLA | SEE ABOVE | INDEFINITE |

ORIGINAL SIGNATURE (OFFICER, DIRECTOR OR INCORPORATOR)   TITLE: President   DATE: Feb. 13, 1995



PAGE 1

*The First State*

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND CORRECT COPY OF THE ANNUAL REPORT OF "KNUTSTORP, INC." AS FILED IN THIS OFFICE.

2098426  8200

050930111

Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 4297499

DATE: 11-15-05

201906

## STATE OF DELAWARE
## 1995 ANNUAL FRANCHISE TAX REPORT

DO NOT ALTER FILE NUMBER

| FILE NUMBER | CORPORATION NAME | | | | | PHONE NUMBER | |
|---|---|---|---|---|---|---|---|
| 2098426 | KNUTSTORP, INC. | | | | | | |
| FEDERAL EMPLOYER ID NO. | INCORPORATION DATE AUGUST 8, 1986 | | RENEWAL / REVOCATION DATE | | DATE OF INACTIVITY: | FROM / / | TO / / |

| AUTHORIZED STOCK BEGIN DATE | ENDING DATE | DESIGNATION OR STOCK CLASS | NO. OF SHARES | PAR VALUE / SHARE | NO. SHARES ISSUED | TOTAL GROSS ASSETS | ASSET DATE | ASSETS FOR REGULATED INVESTMENT CORPS |
|---|---|---|---|---|---|---|---|---|
| 08/08/86 | | COMMON | 1,000 | 1.000000 | | | | Jan. 1st<br>Dec. 31st |

| FRANCHISE TAX | $50.00 PENALTY | 15% MONTHLY INTEREST | ANNUAL FILING FEE | PREVIOUS CREDIT OR BALANCE | PREPAID QUARTERLY PAYMENTS | |
|---|---|---|---|---|---|---|
| $ 30.00 | $ .00 | $ .00 | $ 20.00 | $ .00 | $ | AMOUNT DUE $ 50.00 |

REGISTERED AGENT   9000010
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE  19801

MAKE CHECK PAYABLE TO:
DELAWARE SECRETARY OF STATE

| CHECK NO. | AMOUNT ENCLOSED |
|---|---|
| | |

2    030196    2098426    000005000 0    4

$50.00 PENALTY if not Received on or before
March 1, 1996.  Plus 1.5% interest per month.

| NATURE OF BUSINESS | PRINCIPAL PLACE OF BUSINESS OUTSIDE OF DELAWARE | | |
|---|---|---|---|
| SEND INVOICE AND PAYMENT ONLY – NO ATTACHMENTS – NO ADDITIONAL PAGES | | | |
| DIRECTORS | NAME | STREET/CITY/STATE/ZIP | DATE TERM EXPIRES |
| 1. | Yeslam BIN LADIN | 2 Rue Lefort, 1208 Geneva – Switzerland | |
| 2. | Akbar Moawalla | 15 Woodham Waye, Woking, Surrey – England | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |

FOR BANK USE ONLY

02/21/96 0001 00193 2098426 006819 18 01 01

| OFFICERS | NAME | STREET/CITY/STATE/ZIP | DATE TERM EXPIRES |
|---|---|---|---|
| 1. | | | |
| 2. | | | |

| ORIGINAL SIGNATURE (OFFICER, DIRECTOR OR INCORPORATOR) | TITLE | DATE |
|---|---|---|
| X [signature] | President | Feb. 09. 96 |

CAR3

| | | |
|---|---|---|
| | STATE OF NORTH CAROLINA | RUFUS L. EDMISTEN |
| TYPE FORM IN BLACK INK<br>INCLUDE $10.00 FILING FEE<br>PAYABLE TO N.C. SECRETARY<br>OF STATE. **92 077 0452** | ANNUAL REPORT<br><br>**92 MAR 11 AM 9:00** | SECRETARY OF STATE<br>ANNUAL REPORTS<br>P.O. BOX 29525<br>RALEIGH, NC 27626-0525<br>(919) 733-4201<br>REPORT DUE DATE- 10-01-1991 |
| CORP ID- 0 2 1 1 6 2 5 | FILED RUFUS L. EDMISTEN<br>SECRETARY OF STATE<br>NORTH CAROLINA | |
| FILING NO- A 0 0 1 | | NOTICE DATE- 07-31-1991 |
| STATE OF INC- DE | | DATE OF INC- 07-10-1987 |

1. NAME OF REGISTERED AGENT, STREET ADDRESS OR MAILING ADDRESS OF THE REGISTERED OFFICE IN N.C.

   KNUTSTORP, INC.
   C/O C T CORPORATION SYSTEM                                      COUNTY- WAKE
   225 HILLSBOROUGH ST
   RALEIGH          NC 276031767

2. ENTER ADDRESS OF PRINCIPAL OFFICE OF:   KNUTSTORP, INC.
   ADDR- ~~13 Poe Coord~~  1204  c/o Saudi Investment
   CITY- GENEVE,   ST- SWITZERLAND   ZIP-

3. ENTER FIRST, MIDDLE & LAST NAME OF PRINCIPAL OFFICERS.   ENTER TITLE & ADDRESS OF PRINCIPAL OFFICERS.

   NAME-                                ADDR-
   TITLE-                               CITY-                  ST-     ZIP-

   NAME- yeslam Bin Ladin               ADDR- 2 Rue Lefort
   TITLE- president                     CITY- Geneva - Switzerland  ST-   ZIP- 1206

   NAME- Akbar Monwalla                 ADDR- 15 Woodham Wawe Walking
   TITLE- vice-president                CITY- Surrey GW 21 5SW   ST-   ZIP- England

   NAME-                                ADDR-
   TITLE-                               CITY-                  ST-     ZIP-

4. ENTER FIRST, MIDDLE & LAST NAME OF DIRECTORS.   ENTER ADDRESS OF DIRECTORS.
   ATTACH SECOND PAGE IF NECESSARY.

   NAME- yeslam Bin Ladin               ADDR- 2 Rue Lefort
                                        CITY- Geneva-Switzerland  ST-   ZIP- 1204

   NAME- Akbar Monwalla                 ADDR- 15 Woodham Wawe Walking
                                        ~~CITY- Surrey GW 21 5SW   ST-   ZIP- England~~

   NAME-                                ADDR-
                                        CITY-                  ST-     ZIP-

5. BRIEFLY DESCRIBE THE NATURE OF THE BUSINESS-
   REAL ESTATE INVESTMENT

6. ENTER FEDERAL EMPLOYER ID NUMBER-
   Applied for
   63.0938502                           KNUTSTORP, INC.

7. DATE- October 21, 1991    SIGNED- [signature]

                             NAME- yeslam Bin Ladin    TITLE- president
                             TYPE OR PRINT NAME AND TITLE

This form should be returned by the DUE DATE shown above with a check for $10.00 to:
SECRETARY OF STATE, ANNUAL REPORT SECTION, POST OFFICE 29525, RALEIGH NC 27626-0525.

CAR3

CAR4

STATE OF NORTH CAROLINA
ANNUAL REPORT
INCLUDE $10.00 FILING FEE
PAYABLE TO N.C. SECRETARY
OF STATE.



RUFUS L. EDMISTEN
SECRETARY OF STATE
ANNUAL REPORTS
P.O. BOX 29525
RALEIGH, NC 27626-0525
(919) 733-4201

94 318 0108

REPORT DUE DATE- 09-29-1994

CORP ID- 0 2 1 1 6 2 5

FILING NO- A 0 0 3

STATE OF INC- DE

NOTICE DATE- 07-31-1994

DATE OF INC- 07-10-1987

1. NAME OF CORPORATION, PRINCIPAL OFFICE ADDRESS      ENTER PRINCIPAL OFFICE ADDRESS CHANGE HERE -

   KNUTSTORP, INC.
   2, RUE LEFORT,, % SAUDI INVESTMENT CO
   GENEVA 1206

2. REGISTERED AGENT AND MAILING ADDRESS      ENTER AGENT NAME AND MAILING ADDRESS CHANGE HERE -
   C T CORPORATION SYSTEM
   225 HILLSBOROUGH ST
   RALEIGH          NC 27603

3. STREET ADDRESS OF REGISTERED OFFICE      ENTER STREET ADDRESS CHANGE HERE -
   225 HILLSBOROUGH ST
   RALEIGH          NC 27603
   COUNTY - WAKE

4. IF REGISTERED AGENT CHANGED, SIGNATURE OF NEW AGENT _____
   (SIGNATURE CONSTITUTES CONSENT TO APPOINTMENT)

5. FEDERAL EMPLOYER ID NUMBER      ENTER FEDERAL ID NUMBER CHANGE HERE -
   630938502

6. ENTER NAME, TITLE AND BUSINESS ADDRESS OF PRINCIPAL OFFICERS HERE -

   NAME-  Yeslam Binladin        ADDR- 2, rue Lefort, c/o Saudi Investment Co.
   TITLE- President               CITY- Geneva 1206    ST-    ZIP- Switzerland

   NAME-  Akbar Moawalla         ADDR- 15 Woodham Wawe Walking
   TITLE- Vice-President          CITY- Surrey GU215SW ST-    ZIP- England

   NAME-                          ADDR-
   TITLE-                         CITY-                 ST-    ZIP-

   NAME-                          ADDR-
   TITLE-                         CITY-                 ST-    ZIP-

7. ENTER NAME AND BUSINESS ADDRESS OF DIRECTORS HERE - ATTACH 2ND PAGE IF NECESSARY

   NAME-  Yeslam Binladin        ADDR- 2, rue Lefort, c/o Saudi Investment Co.
                                  CITY- 1206 Geneva     ST-    ZIP- Switzerland

   NAME-  Akbar Moawalla         ADDR- 15 Woodham Wawe Walking
                                  CITY- Surrey GU215SW  ST-    ZIP- England

   NAME-                          ADDR-
                                  CITY-                 ST-    ZIP-

8. BRIEFLY DESCRIBE THE NATURE OF ITS BUSINESS OR ACTIVITIES - Real Estate Investment

                                    KNUTSTORP, INC.

9. IF NONPROFIT,       10. SIGNED- _____ DATE- Sept. 26, 1994
   ARE THERE MEMBERS?         (FORM MUST BE SIGNED BY OFFICER OF CORPORATION)
   YES __
   NO __                 NAME- Yeslam Binladin    TITLE- President
                              TYPE OR PRINT NAME AND TITLE

This form should be returned by the DUE DATE shown above with a check for $10.00 to:

CAR4

9

CAR 5
STATE OF NORTH CAROLINA
ANNUAL REPORT
INCLUDE $10.00 FILING FEE
PAYABLE TO N.C. SECRETARY
OF STATE.

SECRETARY OF STATE
ANNUAL REPORTS
P.O. BOX 29525
RALEIGH, NC 27626-0525
(919) 733-4201

REPORT DUE DATE-09-29-1996

NOTICE DATE-07-31-1995

CORP ID-0 2 1 1 6 2 5

DATE OF INC-07-10-1987

FILING NO-A 0 0 4

STATE OF INC-DE

1. REGISTERED AGENT & REGISTERED OFFICE MAILING ADDRESS — ENTER AGENT NAME & MAILING ADDRESS CHANGE HERE —

INCORP, INC.
C T CORPORATION SYSTEM
225 HILLSBOROUGH ST
RALEIGH, NC 27603

ENTER STREET ADDRESS CHANGE HERE—

2. STREET ADDRESS OF REGISTERED OFFICE

225 HILLSBOROUGH ST
RALEIGH, NC 27603
WAKE

3. IF REGISTERED AGENT CHANGED, SIGNATURE OF NEW AGENT † SIGNATURE CONSTITUTES CONSENT TO APPOINTMENT

4. ENTER PRINCIPAL OFFICE ADDRESS HERE —
ADDR- 1209 ORANGE STREET
CITY- WILMINGTON    ST- DE   ZIP- 19801

5. ENTER FEDERAL EMPLOYER ID NUMBER HERE-
NUMB- 63-0938502

6. ENTER NAME, TITLE AND BUSINESS ADDRESS OF PRINCIPAL OFFICERS HERE-
NAME- YESLAM M. BINLADIN
TITLE- PRESIDENT/SECRETARY
ADDR- 2 FRANCOIS-LEFORT
CITY- 1206 GENEVA, SWITZERLAND   ST-    ZIP-

NAME- AKBAR ALI M. MOAWALLA
TITLE- V.P./TREASURER
ADDR- 2 FRANCOIS-LEFORT
CITY- 1206 GENEVA, SWITZERLAND   ST-    ZIP-

NAME-
TITLE-
ADDR-
CITY-        ST-    ZIP-

NAME-
TITLE-
ADDR-
CITY-        ST-    ZIP-

7. ENTER NAME AND BUSINESS ADDRESS OF DIRECTORS HERE — ATTACH 2ND PAGE IF NECESSARY
NAME- YESLAM M. BINLADIN
ADDR- 2 FRANCOIS-LEFORT
CITY- 1206 GENEVA, SWITZERLAND   ST-    ZIP-

NAME- AKBAR ALI M. MOAWALLA
ADDR- 2 FRANCOIS-LEFORT
CITY- 1206 GENEVA, SWITZERLAND   ST-    ZIP-

NAME-
ADDR-
CITY-        ST-    ZIP

8. BRIEFLY DESCRIBE THE NATURE OF THE BUSINESS-
REAL ESTATE INVESTMENT

9. NAME- _[signature]_
(FORM MUST BE SIGNED BY OFFICER OF CORPORATION)
NAME- Y. Binladin    TITLE- President
TYPE OR PRINT NAME AND TITLE

Geneva, September 19, 1996