# Exhibit E





The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND CORRECT COPY OF THE ANNUAL REPORT OF "KINNEKULLE, INC." AS FILED IN THIS OFFICE.

Harriet Smith Windsor

Harriet Smith Windsor, Secretary of State

2098425 8200

050931377

AUTHENTICATION: 4298549

DATE: 11-15-05

201905

# STATE OF DELAWARE
# 1995 ANNUAL FRANCHISE TAX REPORT

DO NOT ALTER FILE NUMBER

| FILE NUMBER | CORPORATION NAME | PHONE NUMBER |
|---|---|---|
| 2098425 | KINNEKULLE, INC. | |

| FEDERAL EMPLOYER ID NO. | INCORPORATION DATE | RENEWAL/REVOCATION DATE | DATE OF INACTIVITY: FROM / TO |
|---|---|---|---|
| | AUGUST 8, 1988 | | / /   / / |

| AUTHORIZED STOCK BEGIN DATE | ENDING DATE | DESIGNATION OR STOCK CLASS | NO. OF SHARES | PAR VALUE/SHARE | NO. SHARES ISSUED | TOTAL GROSS ASSETS | ASSET DATE | ASSETS FOR REGULATED INVESTMENT CORPS |
|---|---|---|---|---|---|---|---|---|
| 08/08/88 | | COMMON | 1,000 | 1.000000 | | | | Jan. 1st<br>Dec. 31st |

| FRANCHISE TAX | $50.00 PENALTY | 1.5% MONTHLY INTEREST | ANNUAL FILING FEE | PREVIOUS CREDIT OR BALANCE | PREPAID QUARTERLY PAYMENTS |
|---|---|---|---|---|---|
| $ 30.00 | $ .00 | $ .00 | $ 20.00 | $ .00 | $ |

AMOUNT DUE $ 50.00

REGISTERED AGENT 9000010
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

MAKE CHECK PAYABLE TO:
DELAWARE SECRETARY OF STATE

| CHECK NO. | AMOUNT ENCLOSED |
|---|---|
| | |

$50.00 PENALTY if not Received on or before March 1, 1996. Plus 1.5% interest per month.

2 030196 2098425 000005000 0 6

| NATURE OF BUSINESS | PRINCIPAL PLACE OF BUSINESS OUTSIDE OF DELAWARE |
| --- | --- |
| | |

**SEND INVOICE AND PAYMENT ONLY – NO ATTACHMENTS – NO ADDITIONAL PAGES**

| DIRECTORS | NAME | STREET/CITY/STATE/ZIP | DATE TERM EXPIRES |
| --- | --- | --- | --- |
| 1. Yeslam | BIN LADIN | 2 Rue Le Fort - Geneva (Switzerland) | |
| 2. AKBAR | MOOAWALLA | 15 WOODHAM WAIVE, WALKING, SURREY - ENGLAND | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |

FOR BANK USE ONLY

02/21/96 0001 00191 2099425 006817 18 01 01

| OFFICERS | NAME | STREET/CITY/STATE/ZIP | DATE TERM EXPIRES |
| --- | --- | --- | --- |
| 1. president | Y. BIN LADIN | (See ABOVE) | |
| 2. V/president | A. MOOAWALLA | " " | |

| ORIGINAL SIGNATURE (OFFICER, DIRECTOR OR INCORPORATOR) | TITLE | DATE |
| --- | --- | --- |
| X [signature] | president | Feb. 09. 96 |





The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND CORRECT COPY OF THE ANNUAL REPORT OF "KINNEKULLE, INC." AS FILED IN THIS OFFICE.

Harriet Smith Windsor
Harriet Smith Windsor, Secretary of State

2098425 8200

050931377

AUTHENTICATION: 4298550

DATE: 11-15-05

201946

# STATE OF DELAWARE
# 1996 ANNUAL FRANCHISE TAX REPORT

DO NOT ALTER FILE NUMBER

| FILE NUMBER | CORPORATION NAME | RENEWAL/REVOCATION DATE | DATE OF INACTIVITY: | PHONE NUMBER | FROM / TO |
|---|---|---|---|---|---|
| 2098425 | KINNEKULLE, INC. | | | | / / |

| FEDERAL EMPLOYER ID NO. | INCORPORATION DATE |
|---|---|
| | AUGUST 8, 1986 |

| AUTHORIZED STOCK BEGIN DATE | ENDING DATE | DESIGNATION OR STOCK CLASS | NO. OF SHARES | PAR VALUE/SHARE | NO. SHARES ISSUED | TOTAL GROSS ASSETS | ASSET DATE | ASSETS FOR REGULATED INVESTMENT CORPS |
|---|---|---|---|---|---|---|---|---|
| 08/08/86 | | COMMON | 1,000 | 1.000000 | | | | Jan. 1st / Dec. 31st |

| FRANCHISE TAX | $50.00 PENALTY | 1.5% MONTHLY INTEREST | ANNUAL FILING FEE | PREVIOUS CREDIT OR BALANCE | PREPAID QUARTERLY PAYMENTS | AMOUNT DUE |
|---|---|---|---|---|---|---|
| $ 30.00 | $ .00 | $ .00 | $ 20.00 | $ .00 | $ | $ 50.00 |

REGISTERED AGENT 9000010
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

MAKE CHECK PAYABLE TO:
DELAWARE SECRETARY OF STATE

| CHECK NO. | AMOUNT ENCLOSED |
|---|---|
| 185 | 50.– |

2 030197 2098425 000005000 0 5

$50.00 PENALTY if not Received on or before March 1, 1997. Plus 1.5% interest per month.

NATURE OF BUSINESS

PRINCIPAL PLACE OF BUSINESS OUTSIDE OF DELAWARE

**SEND INVOICE AND PAYMENT ONLY – NO ATTACHMENTS – NO ADDITIONAL PAGES**

| OFFICERS | NAME | STREET/CITY/STATE/ZIP | DATE TERM EXPIRES |
|---|---|---|---|
| 1. President | Y. Binladin | see above | |
| 2. V/President | A. Moawalla | see above | |

02-24-97 0015 00211

FOR BANK USE ONLY 2097842580767 11 01

| DIRECTORS | NAME | STREET/CITY/STATE/ZIP | DATE TERM EXPIRES |
|---|---|---|---|
| 1. Yeslam BINLADIN | | 2, rue Lefort – Geneva (Switzerland) | |
| 2. Akbar MOAWALLA | | 15 Woodham Waive, Walking, Surrey – England | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |

ORIGINAL SIGNATURE (OFFICER, DIRECTOR OR INCORPORATOR)

X [signature]

TITLE President

DATE 02/19/97





The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND CORRECT COPY OF THE ANNUAL REPORT OF "KINNEKULLE, INC." AS FILED IN THIS OFFICE.

Harriet Smith Windsor

Harriet Smith Windsor, Secretary of State

2098425 8200

AUTHENTICATION: 4298551

050931377

DATE: 11-15-05

086174
SOSCT

# STATE OF DELAWARE
# 1997 ANNUAL FRANCHISE TAX REPORT

DO NOT ALTER FILE NUMBER

| FILE NUMBER | CORPORATION NAME | PHONE NUMBER |
|---|---|---|
| 2098425 | KINNEKULLE, INC. | |

| FEDERAL EMPLOYER ID NO. | INCORPORATION DATE | RENEWAL/REVOCATION DATE | DATE OF INACTIVITY | FROM | TO |
|---|---|---|---|---|---|
| | AUGUST 8, 1986 | | | / / | / / |

| AUTHORIZED STOCK BEGIN DATE | ENDING DATE | DESIGNATION OR STOCK CLASS | NO. OF SHARES | PAR VALUE/SHARE | NO. SHARES ISSUED | TOTAL GROSS ASSETS | ASSET DATE | ASSETS FOR REGULATED INVESTMENT CORPS |
|---|---|---|---|---|---|---|---|---|
| 08-08-86 | | COMMON | 1,000 | 1.000000 | | | | JAN. 1st / DEC. 31st |

| FRANCHISE TAX | $50.00 PENALTY | 1.5% MONTHLY INTEREST | ANN. FILING FEE | PREV CREDIT OR BALANCE | PREPAID QRTY. PAYMENTS |
|---|---|---|---|---|---|
| $ 30.00 | $ .00 | $ .00 | $ 20.00 | $ .00 | $ |

AMOUNT DUE $ 50.00

REGISTERED AGENT 9000010
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

MAKE CHECK PAYABLE TO:
DELAWARE SECRETARY OF STATE

| CHECK NO. | AMOUNT ENCLOSED |
|---|---|
| 0214 | 50.-- |

$50.00 PENALTY if not Received on or before
MAR 1, 1998 Plus 1.5% Interest per month.

2 030198 2098425 000005000 0 4

| NATURE OF BUSINESS | PRINCIPAL PLACE OF BUSINESS OUTSIDE OF DELAWARE |
|---|---|
| | |

**SEND INVOICE AND PAYMENT ONLY - NO ATTACHMENTS - NO ADDITIONAL PAGES**

| | OFFICERS | NAME | STREET/CITY/STATE/ZIP | DATE TERM EXPIRES |
|---|---|---|---|---|
| 1. | President | Y. Binladin | see above | |
| 2. | V/President | A. Moawalla | see above | |

02-24-98 0001 000033 2098425#201 05 01

FOR BANK USE ONLY

| | DIRECTORS | NAME | STREET/CITY/STATE/ZIP | DATE TERM EXPIRES |
|---|---|---|---|---|
| 1. | Yeslam Binladin | | 2, rue Lefort - Geneva (Switzerland) | |
| 2. | Akbar Moawalla | | 15 Woodham Waive, Walking, Surrey - England | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |

| ORIGINAL SIGNATURE (OFFICER, DIRECTOR OR INCORPORATOR) | TITLE | DATE |
|---|---|---|
| X [signature] | President | 02/04/98 |