# Exhibit I

# *SBG Directory*



The directory lists names and addresses of SBG Operating Divisions and companies, services and products. Further details of the Operating Divisions and some of the companies listed can be accessed by "clicking" on the SBG or relevant company logo.

## *SBG Index*

# *SBG Directory*

## Construction

| | Services | Tel: Fax: | Address |
|---|---|---|---|
| **Architectural & Interior Design Division.** | Interior design and finishing of large residences & residential complexes | 966-2-631 7949 966-2-631 8078 | POB 11789 Jeddah 21463 KSA |
| **Binladin Group International** | Architectural, interior & engineering design, civil, marine, mechanical, power and process engineering general contractors & project managers. Real Estate Development. Operations & Maintenance. | 966-2-631 3887 966-2-632 0446 | POB 41008 Binladin Plaza Jeddah 21521 KSA |
| | - as above - | 202-3352300 202-3352500 | POB 162 Dokki Gizza Egypt |
| | - as above - | 962-6-811727 962-6-811914 | POB 830264 Amman Jordan |
| | - as above - | 961-1-742530 961-1-742735 | 7&8 Floor Jreidini Building Spears Street Sanayeh Beirut Lebanon |
| | - as above - | 60-3-2301271 60-3-2301270 | 12A&B 12th Floor UBN |

| | | | Tower 10 Jalan P Ramlee 50250 Kuala Lumpur Malaysia |
|---|---|---|---|
| | - as above - | 971-691500 971-691350 | POB 1555 Dubai UAE |

### Electrical & Mechanical Engineering

| | | | |
|---|---|---|---|
| Binladin BEMCO | Design & installation of mechanical and electrical services, including all associated plant, equipement and controls for public, industrial, commercial and residential buildings. | 966-2-6670092 966-2-6604976 | POB 3143 Jeddah 21471 KSA |

### Infrastructure Division

| | | | |
|---|---|---|---|
| Mohammed Binladin Organisation | Design & construction of roads, highways, flyovers, tunnels, underpasses, public utilities and services, etc... | 966-2-687 9222 | POB 958 Jeddah 21421 KSA |
| Huta-Hegerfeld Saudia Ltd | Marine and harbour works | 966-26825413 966-2-6623205 | POB 1830 Jeddah 21441 KSA |
| National Company for Foundations | Specialist foundations | 966-2-6322200 966-2-6321386 | POB 9887 Jeddah KSA |

### Real Estate Division

| | | | |
|---|---|---|---|
| Project Management & Development Co. Real Estate Limited | General Contractor, Real Estate Developer " | 966-2-662 3074 966-2-662 0220 | POB 4843 Jeddah 21412 KSA |

| | | Lotus" and service company. | | |
|---|---|---|---|---|
|  | *Public Buildings & Airports Division* | Turnkey design and construction of public buildings, hospitals & clinics, commercial and residential buildings, schools and universities, airports including all services, etc... | 966-2-632 2200 966-2-632 1386 | POB 9887 Binladin Plaza Jeddah 21423 KSA |
|  | *Special Buildings Division* | Design & construction of large residences & residential complexes. | 966-2-631 2280 966-2-631 1596 | POB 41007 Binladin Plaza Jeddah 21521 KSA |

**_SBG Index_ | _Directory_**

# *SBG Directory*

| Industrial & Power | | Services | Tel:<br>Fax: | Address |
|---|---|---|---|---|
|  | ***Industrial & Power Projects Division*** | Thermal and diesel power generation, transmission & distribution - water systems and environmental control - industrial & processing plants, transportation & storage - industrial instrumentation and automation, ...etc. | 966-2-667 0092<br>966-2-660 9432 | POB 3143 Jeddah 21471 KSA |
|  | BEMCO | Mechanical & Electrical Engineering Contractors | 966-2-667 0092<br>966-2-2660 9432 | POB 3143 Jeddah 21471 KSA |

***SBG Index | Directory***

# *SBG Directory*

| Manufacturing | Products | Tel: Fax: | Address |
|---|---|---|---|
| Manufacturing Division | SBG manufactures a wide range of products for use by the construction industry and spare parts for motor vehicles. industrial plant and equipment. It also manufactures quality furniture and for example lead crystal tableware and other luxury consumer items. | | |
| Adhesive Manufacturing Company Limited | Mortars, grouts, epoxies, coloured grouts, elastomeric mortars and other chemicals and additives for the building & construction industries. | 966-2-6941283 966-2-6941556 | POB 41019 Jeddah 21521 KSA |
| Art Company for Crystal Industry | Crystal tableware, chandeliers and chandelier parts. | 966-2-6941080 966-2-6940320 | POB 51457 Jeddah 21553 KSA |
| Artificial Stone Factory | Panels, architectural & structural columns, decorative stones & claddings, arches etc. Floor tiles, skirting, precast stairs, treads, fences, paving blocks, etc... | 966-4-8236804 966-4-8236804 | POB 1926 Madinah KSA |
| *Al-Salem Group (manufacturing companies only):* | | 966-2-6692380 966-2-6609432 | POB 3143 Jeddah 21471 KSA |
| Al Salem Air Conditioning Co. | Industrial, commercial and residential airconditioning systems | 966-2-6606977 966-2-6650584 | POB 15019 Jeddah 21444 KSA |
| Al Salem Light Industries | Stainless steel food processing equipment, kitchens, laundries, refrigerated storage equipment and slaughterhouses. | 966-2-6380510 966-2-6380511 | POB 9270 Jeddah 21413 KSA |

| | Al Salem Schreder Lighting | Lighting systems for public, industrial, sports, decorative, tunnel and illumination applications. | 966-2-6654616 966-2-6607864 | POB 9270 Jeddah 21413 KSA |
|---|---|---|---|---|
| | Amino Moulding Compound Factory | Melamine and urea. | 966-3-3417605 966-3-3416871 | POB 11431 Jubail Industrial City, 31961 KSA |
| | Jeddah Electrical Distribution Assemblies Co. Ltd | Low voltage and medium voltage electrical distribution equipment under license from G.E (USA) | 966-2-6364339 966-2-6376742 | POB 6838 Jeddah 21452 KSA |
| | Metal Artwork Saudi Co. | Gates, window grills, light fixtures, tables, chairs, bedsteads, etc., in brass, steel, wrought iron, bronze, gold or gold plating. | 966-2-6609296 966-2-6606821 | POB 15019 Jeddah 21444 KSA |
| | The Modern Factory for Casting Sanitary Fittings (MOFAC) | Cast iron manhole frames & covers, gratings, surface boxes, etc.. Cast aluminium parts including pulleys, feed horns, valve casings, clamps, etc.. Cast bronze or brass rings, rosettes, decorative plates, balls, braces, etc.. Special order manufacturing - gates, fences, stair railings, etc... | 966-1-4983967 966-1-4983747 | POB 63156 Riyadh 11516 KSA |

See **_Trading & Services Directories_** for other  Al Salem Group Companies

| | | | | |
|---|---|---|---|---|
| | | Textile -light steel - lighting products | 961-1-861953 961-1-867212 | Beirut Lebanon |
| | | Textile products | 44-181-5681869 44-181-5682246 | London UK |
| | | Lighting products | 34-6-1325943 34-6-1325591 | Valencia Spain |

**Group:**

| | | | | |
|---|---|---|---|---|
| | A-Metal | Cladding fixing systems, masonry anchors & ties, ceiling suspension systems, drywall partition steelstud/tracks, scaffolding, expansion anchors & bolts, standard fasteners, mineral fibre, metal & GRC ceiling tiles. | 966-2-6319123<br>966-2-6320960 | POB 11789<br>Jeddah 21463<br>KSA |
| | Casareen Contract Manufacturing | Sportswear, custom uniform wear. Own brand sweatshirts, Tank tops, Jogging Shorts, Jeans, Denims, Henley Shirts, T-Shirts and Polo Shirts, etc... | 44-181-9953822<br>44-181-7478321 | The Studio<br>Essex Place<br>London<br>W4 5UT, UK |
| | Palwa Beleuchtungs GmbH | Crystal chandeliers | 6078 4001 | Steinschonauer Strasse 4<br>Gross-Umstadt<br>Germany |
| | Palwa Iberica S.A. | Quality lamps, brackets, stand lights and a range of indoor & outdoor lighting. | 151-0367<br>151-0369 | Cuenca 87<br>46970 Alacuas<br>Valencia<br>Spain |
| | Precast Manufacturing Co. | Precast prestressed concrete floor systems - full wall frame systems - full structural frames - solid & insulated cladding panels - boundary walls - glass fibre reinforced cement products. | 966-2-6940481<br>966-2-6941284 | POB 22404<br>Jeddah 21495<br>KSA |
| | ***Saudi Company for Development of Construction & Trading*** | Hand finished furniture for domestic use and for use in commercial and public buildings. A wide range of soft furnishings. | 966-2-6940967<br>966-2-6940967 | POB 11789<br>Jeddah 21463<br>KSA |

| | | | |
|---|---|---|---|
| The Gypsum & Glass Reinforced Concrete Factory | Gypsum products representing Islamic, French, Modern and Classical elements. Custom columns. | 966-2-6312280 966-2-6311596 | POB 41007 Jeddah 21521 KSA |
| The Woodwork Factory | Handcrafted dining tables, vanities, cabinets, buffets, mirror frames, carved glass, desks, wardrobes and chests, etc.. | 966 2 6940976 966-2-6941973 | POB 11789 Jeddah 21463 KSA |
| Drapery & Upholstery Factory | Interior design. Furniture upholstery, window drapes, curtains, wall hangings, ceiling & bed canopies, etc... | 966-2-6940976 966-2-6941973 | POB 11789 Jeddah 21463 KSA |
| Marble & Granite International Company | Floor tiling, exterior & interior finishing, table tops, desks, lamps, plates, etc... | 966-2-6940442 966-2-6940242 | POB 41019 Jeddah 21521 KSA |
| United Spare Parts Co. | Rubber spare parts. 3000 items, including parts for motor vehicles, industrial machinery & equipment | 966-2-6380797 966-2-6939632 | POB 33614 Jeddah 21458 KSA |

*SBG Index* | *Directory*

# *SBG Directory*

| Media | Services | Tel: Fax: | Address |
|---|---|---|---|
| **Dunia Multi Media** **Photolab - Film & Video - Design** | Production of TV broadcast progamming, film and video production, TV commercials, promotional training video production and post production, photo-lab and art design centre. | 966-2-632 2353 966-2-632 2085 | POB 12995 Jeddah 21483 KSA |
| **Hazar Media Group:** | Marketing, publishing, greetings cards, diaries, calenders & stationery, licensing, printing, information technology, TV productions etc.. | 961-785 179 961-864 615 | Beirut Lebanon |
| Dar Al Reisha for Publishing & Distribution Co. | Licensed books. For example, licensed by Disney to publish a wide range of Arabic language books based on their famous animated features. | 966-2-662 3350 966-2-662 2309 | POB 32779 Jeddah 21438 KSA |
| Editions Hazar | Contract publishing services. | 33-1-47 88 70 80 33-1-47 88 52 74 | Paris France |
| Focus Press | A state-of-the art printing facility providing contract services - magazines -catalogues - books - etc.. | 961-785 179 961-864 613 | Beirut Lebanon |
| Hazar Advertising Hazar Graphics | A below-the-line design and production facility. Media buying services. | 961-785 179 961-864 615 | Beirut Lebanon |
| Hazar Graphics | - as above - | 20-2-348 2685 20-2-348 2685 | Cairo Egypt |
| Hazar Licensing | A full service licensing agency specialising in the development and commercial exploitation of intellectual properties. | 971-4-420 806 971-4-420 807 | Dubai UAE |
| Hazar Productions | TV , Box Office , Commercial Productions, support services ...... | 961 785 179 961 864 615 | Beirut Lebanon |

Case 1:03-md-01570-GBD-SN    Document 1665-35    Filed 02/04/06    Page 12 of 24

| | | | |
|---|---|---|---|
| Hazar Publishing Dar El Reisha | A publishing house publishing a wide range of children and adult books for the international market. | 44-181-994 9296 44-181-994 1407 | London UK |
| Morooj Avertising | The Morooj provides a full advertising service backed by its Creative Studio, one of the most technologically advance and extensively equipped in the region. | 966-2-662 3350 966-2-662 2309 | Jeddah 21438 KSA |
| Reisha Information Systems | Turnkey computer system solutions. | 966-2-662 3350 966-2-662 2309 | Jeddah 21438 KSA |

*SBG Index* | *Directory*

Case 1:03-md-01570-GBD-SN   Document 1665-35   Filed 02/04/06   Page 13 of 24

# *SBG Directory*

| Natural Resources | Services | Tel: Fax: | Address |
|---|---|---|---|
| ***Petroleum, Chemical & Mining Division*** | Feasibility studies, project development & promotion, engineering management and procurement. | 966-2-640 0004 966-2-640 1815 | POB 33251 Jeddah 21448 KSA |

### *SBG Index*

# *SBG Directory*

| O & M | Services | Tel: Fax: | Address |
|---|---|---|---|
| ***Operations & Maintenance Division*** | O&M of general building facilities in a wide range of sectors, mainly industrial & semi-industrial works, power plants, chiller plants, airports, port, dry-docks and shipyards, etc..... | 966-2-667 0092 966-2-660 9432 | POB 3143 Jeddah 21471 KSA |
| United Saudi Maintenance & Services Company | Landscaping - irrigation - plant nursery | 966-2-638 0797 966-2-693 9632 | POB 6807 Jeddah 21452 KSA |
| Saudi Services Company Limited | Specialised electrical and mechanical works, including -thermography -cable fault location & repair - MV/LV switchgear & transformers - testing & validation services - water leak detection - industrial plants inc., gas and steam turbines, desalination and sewage treatment plants, HVAC systems, etc.... | 966-2-682 6042 966-2-683 6887 | POB 6807 Jeddah 21452 KSA |

***SBG Index | Directory***

# *SBG Directory*

| Retail | Products | Tel: Fax: | Address |
|---|---|---|---|
| *Casareen Retail International* | Men, women & children's high quality casual wear including T-Shirts, Polo Shirts, shorts, jogging pants, shirts, pants, jeans, skirts, cyclist tops and lots more...... all made from the finest Egyptian cotton, accessories, shoes etc..... | 44-181-9953822 44-181-7478321 | The Studio Essex Place London W4 5UT UK |
| Caj Shop | - as above - | 966 2 654 0097 | Herra Intl. Market Jeddah KSA |
| Caj Shop | - as above - | 966 1 460 0457 | Akaria III Olaya Street Riyadh KSA |
| Caj Shop | - as above - | 966 3 | Al Rashid Mall Al Khobar KSA |
| Fiasco Shop | - as above - | 60-3-444 1196 | The Mall 100 Jalan Putra 50350 Kuala Lumpur Malaysia |
| Fiasco Shop | - as above - | 65 235 4686 65-235 8901 | Wisma Atria 435 Orchard Rd. Singapore 238877 |
| Caj Shop | - as above - | | 53 Long Acre Covent Garden London WC2 UK |
| Caj Shop | - as above - | 20-2-518 3913 | Maadi Grand Mall Maadi Cairo |

| | | | |
|---|---|---|---|
| | | | Egypt |
| Caj Shop | - as above - | 20-2-305 1294 | 6 Lebanon St Mohandessin Cairo Egypt |
| Caj Shop | - as above - | 961-1-791 072 | Verdun Plaza II Beirut Lebanon |

**_SBG Index_** | **_Directory_**

# *SBG Directory*

## SBG International Offices

| | Tel: Fax: | Address | Contact |
|---|---|---|---|
| *Malaysia* | 60-3-238 8815 60-3-230 1270 | UBN Tower 12A-12B,12th Floor 10 Jalan Ramlee Kuala Lumpur Malaysia | Ms. Jarina Hussein |
| *United Kingdom* | 44-171-629 3779 44-171-408 0863 | 19 Berkeley St. London W1X 5AR, UK | Lane Gowling |
| *United States of America* | 1-301-738 8836 1-301-738 8802 | 51 Monroe St. Suite 1700 Rockville Maryland 20850 USA | Philip J. Griffin |

*SBG Index* | *Directory*

# *SBG Directory*

| Services (Miscellaneous) | | Tel: Fax: | Address |
|---|---|---|---|
| ***Air Conditioning*** | | | |
| Al Salem York Services Co. | After sales services & maintenance for all types of air-conditioning systems. | 966-2-6606977 966-2-6650584 | POB 15019 Jeddah 21444 KSA |
| ***Elevators & Escalators*** | | | |
| Arabian Elevator and Escalator Co. | AREECO designs, instals and maintains Kone elevator & OK escalator systems. | 966-2-6608806 966-2-6610373 | POB 14326 Jeddah 21424 KSA |
| ***Freight Forwarders*** | | | |
| Forship Limited | Freight forwarding | 44-181-7478717 44-181-7478321 | The Studio Essex Place London W4 5UT, UK |
| Forship | - as above - | 202-3615235 202-3615236 | Cairo Egypt |
| Forship Limited | - as above - | 139-220330 139-114143 | Rue Decommunes Z.A.E. Achere 7A260 France |
| Canareen, Inc | - as above - | 416-4863330 416-4863322 | 250 Metron St Suite 201 Toronto Ontario Canada M4S 1B1 |
| ***Overland Transportation*** | | | |
| United Transport Company. | Overland transportation and customs clearance based on Jeddah. | 966-2-6321009 966-2-6315590 | POB 19620 Jeddah 21445 KSA |

### Residential Compounds

| | | | | |
|---|---|---|---|---|
| | Lotus, I/II/III/IV | First class residential compounds with comprehensive recreational facilities located at Jeddah. | 966-2-6548808 966-2-6549989 | POB 4843 Jeddah 21412 KSA |
| | Salhia Lotus Beach Resort | This unique sea-side resort, located on Jeddah's North Obhur open sea, opens a new world of leisure, recreation and peace of mind for the entire family. Fully firnished 2-1 bedroom beach chalets and studio's. | 966-2-6623074 966-2-6620220 | POB 4843 Jeddah 21412 KSA |

**SBG Index | Directory**

# *SBG Directory*

| Telecommunications | Services | Tel:<br>Fax: | Address |
|---|---|---|---|
| *Telecommunications Division* | | | |
| Binladin Telecommunications Company | Engineering, supply & installation of a wide range of systems and equipment with full turnkey project capability. | 966-2-691 8787<br>966-2-691 8525 | POB 6045<br>Jeddah 21442<br>KSA |

**_SBG Index_** | **_Directory_**

# *SBG Directory*



| Trading | Product Group | Tel:<br>Fax: | Address |
|---|---|---|---|
| *Trading Division* | Operates a large franchise ventures through a network of companies in the field of food and catering, and distribution operations for a wide range of consumer goods, industrial supplies and equipment. | 966-2-6692666<br>966-2-6697209 | POB 8918<br>Jeddah 21492<br>KSA |
| *Al Salem Group:* | A multi-faceted group representing world-renown manufacturers of technical supplies, equipment and materials. | 966-2-6692380<br>966-2-6609432 | POB 3143<br>Jeddah 21471<br>KSA |
| Al Salem Agencies & Services Co. | Supplier of lighting schemes, designed to customer requirements using advanced computer techniques, for residential, commercial, industrial and public sector applications such as, for example, | 966-2-6654616<br>966-2-6607864 | POB 9270<br>Jeddah 21413<br>KSA |

tunnels.

| | | | |
|---|---|---|---|
| Al Salem for Industrial Kitchens | Engineering, supply and installation of food processing equipment, kitchen, cold storage and laundry equipment. | 966-2-6654616 966-2-6607864 | POB 9270 Jeddah 21413 KSA |

See ***Manufacturing & Services Directories*** for further Al Salem companies

| | | | |
|---|---|---|---|
| Building Products Company | Distribution of a wide range of building supplies and equipment including SBG own brand products. | 966-2-6823680 966-2-6828352 | POB 50968 Jeddah 21432 KSA |
| ***General Food & Consumer Goods S.A.L. (GFC):*** | Pan-Arab distribution of quality food and consumer goods. | 961-1-286937 961-1-282356 | 11-35142 UFC Building Beirut Lebanon |
| International Food & Consumable Goods Co Ltd | - as above plus contract catering services - | 966-2-6940063 966-2-6940122 | POB 33260 Jeddah 21412 KSA |
| Arrow Food Distribution | - as above - | 966-2-6319123 966-2-6320960 | POB 5981 Jeddah 21432 KSA |
| GFC Limited | - as above - | 357-2-335690 357-2-335923 | 21 Academia Ave. Kema Bldg. 8th Floor Nicosia 2018 Cyprus |
| International Company for Importing Food & Consumable Goods | - as above - | 20-2-3479338 20-2-3052632 | 13 Ahmed Orabi St. Al Mohandessin Giza Egypt |

| | Company | Description | Phone | Address |
|---|---|---|---|---|
| | United Foodstuffs & Catering Co. S.A.L. | - as above - | 961-3-677742 961-1-282356 | 11-35142 UFC Building Beirut Lebanon |
| | United Foodstuffs & Consumer Products Co. | - as above - | 963-11-3336302 963-11-3315571 | POB 36729 Damascus Syria |
| | Golden Fields Limited | GFC own branded food products | 44-181-5681869 44-181-5682246 | Ferry Lane Bedford TW8 0AW, UK |
| | *Mimar Trading Group:* | A marketing & distribution company operating throughout the region and the Far East. Publishers and exhibition organisers. | 961-1-8611953 961-1-8617212 e-mail mfg@dm.net.lb | POB 136239 Verdum Ain A-Tinch Shouran Beirut Lebanon |
| | Arabian Rootes Ltd for Trading | - as above - | 966-2-6621904 966-2-6918753 email 104614.2411@ compuserve.com | Jeddah KSA |
| | Casareen France | - as above - | 33-1-39146808 33-1-39145668 e-mail 106125.277@ compuserve.com | Paris France |
| | Canaren, Inc. | - as above - | 1-416-6500309 1-416-6500248 | Canada |
| | Mimar General Trading Ltd Sd | - as above - | 90-2-2277286 90-2-2276726 e-mail mimart@ ibm.net | Istanbul Turkey |
| | Mimar Trading | - as above - | 20-2-3491167 20-2-3365390 e-mail mimaregy@ soficom.com.eg | Cairo Egypt |
| | Mimar Trading | - as above - | 963-11-3738057 963-11-3739090 | Damascus Syria |
| | Mimar Sri | - as above - | 39-585-776206 39-585-777717 | Italy |

Case 1:03-md-01570-GBD-SN    Document 1665-35    Filed 02/04/06    Page 24 of 24

| | | | |
|---|---|---|---|
| Sidra Trading | - as above - | 60-3-2645481<br>60-3-2645478<br>e-mail sidra_@<br>mam.com | Kuala Lumpur<br>Malaysia |
| Sidra Trading | - as above - | 65-2354686<br>65-2358901<br>e-mail sidra_tdn@<br>man.com | Singapore |
| Sidra Trading | -as above - | 852- 28339188<br>852-28385929<br>e-mailsidra_tdn@<br>man.com | Hong Kong |
| Unimar Trading | - as above - | 971-4-698769<br>971-4-699123 | Dubai<br>UAE |
| Unimar Trading | - as above - | 971-2-787848<br>971-2-777379 | Abu Dhabi<br>UAE |

*SBG Index* | *Directory*