# Exhibit J

## Terrorisme

# YESLAM BEN LADEN. Soupçonné d'avoir fourni des fonds à son demi
# "JE N'AI JAMAIS ENVOYÉ 300 MILLIONS

Convoqué comme témoin assisté par le juge Renaud Van Ruymbeke, Yeslam, homme



**DERNIER CHIC.**
Yeslam vient d'ouvrir une boutique de luxe dans le centre de Genève. Désormais citoyen suisse, il condamne sans équivoque le comportement, les actions et le discours de son demi-frère.

Dans ses vastes bureaux de Genève, à deux pas de la vieille ville, Yeslam ben Laden affiche une sagesse toute orientale. Avoir comparu comme témoin assisté chez le juge Renaud Van Ruymbeke, le 14 novembre à Paris, ne semble pas l'avoir particulièrement affecté. Même si l'homme d'affaires saoudien n'apprécie que très modérément qu'une instruction porte une nouvelle fois atteinte à sa réputation en laissant entendre qu'il est compromis dans des scandales financiers. En effet, sur la base de documents du gouvernement américain, Jean-Charles Brisard, enquêteur français qui travaille pour le compte des familles de victimes du 11 septembre 2001, prétend, devant le juge van Ruymbecke, que la société Cambridge, une filiale du Saudi Binladin Group (SBG), aurait viré 300 millions de dollars (environ 254 millions d'euros) au Pakistan en 2000, via un compte suisse lié à Yeslam ben Laden. L'heureux bénéficiaire de cette petite fortune? Oussama ben Laden en personne.

Depuis le 11 septembre 2001, quelques mois à peine après avoir obtenu la citoyenneté suisse, le demi-frère d'Oussama ben Laden a l'habitude d'être dans l'œil du cyclone : à Berne, les policiers fédéraux se sont penchés sans relâche sur son cas, sans rien trouver. Les inspecteurs du fisc ont épluché ses comptes aussi. Yeslam ben Laden dit avoir la conscience tranquille et être fier d'être un ben Laden. Depuis la semaine dernière, il a ouvert à Genève une boutique de 30 mètres carrés. Le millionnaire saoudien y vend des parfums, des sacs pour femmes, des lunettes de soleil, des produits de beauté, des boutons de manchettes et des articles de pe-

tite maroquinerie estampillés Yeslam ou YB. Bien qu'il ait obtenu, en Suisse, l'enregistrement de la marque ben Laden, l'homme d'affaires préfère utiliser son prénom ou ses initiales comme vitrine.

**VSD.** Vous avez été entendu le 14 novembre dernier à Paris par le juge Renaud Van Ruymbeke dans le cadre d'une procédure sur du blanchiment d'argent. Il vous reproche d'avoir fait transiter 300 millions de dollars de Genève vers le Pakistan à l'intention de votre demi-frère Oussama ben Laden. Que lui avez-vous répondu?
**Yeslam ben Laden.** Tout cela est totalement faux. Je ne connaissais même pas l'existence de cette société Cambridge qui aurait soi-disant procédé à ce transfert de fonds. Je tiens d'ailleurs à préciser que, depuis le début de la procédure, je n'ai fait opposition à aucune commission rogatoire. J'ai même mis l'intégralité de mes comptes à la disposition du juge, qui n'a rien trouvé de répréhensible contre moi. (Dans un courrier adressé le 10 novembre dernier à la justice française, Claude Nicati, procureur général suppléant de la Confédération helvétique, souligne en effet que Yeslam ben Laden n'a pas fait de recours contre la demande d'entraide judiciaire en Suisse de Renaud Van Ruymbeke, NDLR.)

**VSD.** Comment s'est déroulée la confrontation avec le juge Van Ruymbeke?
**Y.B.L.** Simplement. La rencontre a duré à peu près deux heures. Je me suis rendu à la convocation du juge avec mes avocats. Le dialogue a été courtois. Nous nous connaissons maintenant depuis trois ans. C'est la quatrième fois que nous nous rencontrons dans son bureau.
**VSD.** Mais pourquoi toutes ces auditions si le juge n'a vraiment rien contre vous?

> "J'ai une lettre du ministère public suisse qui dit qu'on n'a rien à me reprocher"

**Y.B.L.** Le juge parle beaucoup avec Jean-Charles Brisard, qui me déteste. Il essaie de mettre le feu à tout et de me faire porter le chapeau. Ça l'énerve que je gagne mes procès contre lui. Il veut jeter le doute. La Suisse a enquêté sur moi : elle n'a rien trouvé. J'ai d'ailleurs une lettre du ministère public de la Confédération à Berne qui dit clairement qu'on n'a rien à me reprocher et qui a été versée au dossier français.
**VSD.** Accepteriez-vous un débat contradictoire avec Jean-Charles Brisard chez Marc-Olivier Fogiel ou chez Thierry Ardisson?
**Y.B.L.** Je ne crois pas. Les faits avancés à mon encontre par M. Brisard sont sans fondement. Son métier, c'est de fabriquer des histoires. Son livre (*Ben Laden, la vérité interdite*, NDLR) a été pro-

hibé en Suisse. Il a dû, sous la pression de la justice, retirer plus de vingt-cinq pages qui étaient mensongères et diffamatoires pour ce qui me concerne.
**VSD.** Jean-Charles Brisard vous accuse notamment d'avoir eu un compte commun à l'Union des banques suisses (UBS) de Genève avec votre demi-frère Oussama. Que répondez-vous?
**Y.B.L.** N'importe quoi! Je n'ai jamais partagé de compte commun à l'UBS de Genève avec mon demi-frère Oussama!
**VSD.** Condamnez-vous les attentats perpétrés par al Qaida?
**Y.B.L.** Oui, bien évidemment. Au lendemain des attentats du 11 septembre, j'ai condamné avec vigueur tous ces actes de violence dans un communiqué de presse.
**VSD.** Où étiez-vous, le 11 septembre 2001?

36 - **VSD** - DU 30 NOVEMBRE AU 6 DÉCEMBRE 2005

MR/FRE001921

## frère pour préparer les attentats du 11 septembre 2001, il se défend
# DE DOLLARS À OUSSAMA"
### d'affaires en Suisse, dément tout virement bancaire au bénéfice d'Al Qaida.



**TOUJOURS EN CAVALE.** Depuis les attentats du 11 septembre 2001, les services secrets occidentaux courent en vain, derrière le milliardaire saoudien.

**Y. B. L.** J'accompagnais un ami à l'aéroport de Genève quand mon portable a sonné : on m'annonçait qu'un avion avait percuté l'une des tours du World Trade Center. J'ai d'abord pensé à un accident. Mais, après le second impact, j'ai compris que c'était plus grave.
**VSD. Avez-vous imaginé tout de suite que ces attentats portaient la signature de votre demi-frère ?**
**Y. B. L.** Pas une seule seconde. Et je n'ai jamais pensé non plus qu'il pouvait être, seul, derrière cette affaire. C'était beaucoup trop sophistiqué.
**VSD. Doutez-vous qu'Oussama ben Laden soit impliqué dans ces attentats ?**
**Y. B. L.** Toute personne soupçonnée d'actes illégaux doit s'expliquer devant un tribunal. Ce sera à la justice de trancher.

**VSD. Votre demi-frère Sheikh Ahmad déclarait en 2002 sur CNN qu'Oussama ben Laden n'était pas derrière les attentats du 11 septembre. « C'est mon frère. Je le connais. J'ai vécu avec lui pendant des années. Je sais à quel point il craint Dieu », disait-il. Partagez-vous son opinion ?**
**Y. B. L.** Ahmad ne s'est jamais exprimé devant CNN en 2002. Il doit s'agir d'un autre frère d'Oussama, qui ne fait pas partie de la famille ben Laden.
**VSD. Si on vous proposait de rencontrer secrètement votre demi-frère, accepteriez-vous ?**
**Y. B. L.** Je ne crois pas que cela puisse arriver. Et, même si cela était possible, je ne ferais pas le voyage en Afghanistan pour le rencontrer.
**VSD. Mais que lui diriez-vous ?**

**Y. B. L.** Je lui conseillerais d'accepter de comparaître devant un tribunal.
**VSD. Devant quel tribunal ?**
**Y.B.L.** Bonne question ! (*Il sourit.*)
**VSD. Selon vous, est-il encore en vie ?**
**Y. B. L.** Aucun élément n'indique qu'il ne l'est plus.
**VSD. Est-il vrai que vous seriez prêt à payer la défense de votre demi-frère s'il était arrêté ?**
**Y. B. L.** Toute personne a le droit d'être défendue par un avocat. La question se posera en temps voulu.
**VSD. Quels souvenirs gardez-vous d'Oussama ben Laden ?**
**Y. B. L.** Je ne l'ai plus revu depuis 1981, lors d'une fête de famille. Il m'était apparu comme quelqu'un de très religieux. Il n'aimait pas la musique ni la télévision. Vous savez, je ne l'ai pas très bien connu. Nous vivions séparés, nous n'avons pas été élevés ensemble — nous sommes trente-quatre demi-frères et sœurs. Moi, j'ai quitté l'Arabie saoudite quand j'avais 6 ans. La dernière fois que je m'y suis rendu, c'était en 1987.
**VSD. Pourquoi n'y êtes vous pas retourné depuis ?**
**Y. B. L.** J'ai eu des divergences avec ma famille.
**VSD. Avez-vous déjà voyagé au Pakistan ou en Afghanistan ?**
**Y. B. L.** Jamais. Pas plus qu'au Soudan.
**VSD. Votre ex-épouse, Carmen, parle beaucoup de vous dans un livre, *Le Voile déchiré*, paru l'an dernier. Qu'avez-vous à lui répondre ?**
**Y. B. L.** Je n'ai pas lu son livre. Cependant, les échos qui m'ont été rapportés n'étaient pas négatifs à mon égard.
**VSD. Aujourd'hui, êtes-vous un homme riche ?**
**Y. B. L.** Qu'est-ce qu'un homme riche ? Je peux simplement dire que si j'avais eu les fameux 300 millions de dollars dont parle le

juge Van Ruymbeke, alors là, je serais un homme riche !
**VSD. Vous aviez répondu il y a un an et demi dans les colonnes de *VSD* au film de Michael Moore *Fahrenheit 9/11*. Avez-vous songé, depuis, à déposer plainte contre lui ?**
**Y. B. L.** Je n'ai pas porté plainte à l'époque. Je ne voulais pas donner plus d'importance à son travail. Malgré toutes les erreurs sur ma famille qui émaillent ce film.
**VSD. Quels rapports conservez-vous aujourd'hui avec votre famille, vos frères et sœurs ?**
**Y. B. L.** Des rapports courtois.
**VSD. Vous lancez aujourd'hui un parfum et une ligne de maroquinerie de luxe griffés Yeslam. Pourquoi avoir opté pour votre prénom plutôt que pour votre nom ?**
**Y.B.L.** Avant le 11 septembre, j'avais prévu d'appeler ma ligne Ben Laden. Aujourd'hui, pour des raisons évidentes, ce n'est plus possible. Je ne souhaite pas faire de la provocation. Je ne veux pas non plus qu'on m'accuse de profiter de la notoriété de mon nom de famille. Je suis fier de porter ce nom, même si cela me cause aujourd'hui quelques désagréments. Je ne suis pas seulement un Ben Laden, je suis d'abord Yeslam ben Laden.
**VSD. Quels marchés visez-vous en priorité ?**
**Y.B.L.** D'abord la Suisse et l'Arabie saoudite. Je viens d'ouvrir une boutique Yeslam à Genève et une à Jeddah. Je devrais bientôt en ouvrir deux autres, à Riyad et à Dammam.
**VSD. Vous pensez que le gouvernement américain vous laissera ouvrir une boutique à Manhattan, par exemple ?**
**Y. B. L.** Les États-Unis sont une démocratie et un État de droit, non ? J'espère bien aussi y lancer mes parfums et ma gamme de maroquinerie. ■ *Recueilli par Arnaud Bédat*

> "Si je rencontrais mon demi-frère, je lui conseillerais de comparaître devant un tribunal"

MR/FRE001922

*Terrorism*
YESLAM BIN LADEN. Suspected of having provided funds to his half brother to prepare the attacks of September 11, 2001, he defends himself.
**"I NEVER SENT 300 MILLION DOLLARS TO OSAMA"**
Called as a witness, assisted by Judge Renaud Van Ruymbeke, Yeslam, a businessman in Switzerland, denies any bank transfer to Al-Qaeda.

In his big offices in Geneva, two steps from the old town, Yeslam Bin Laden displays typical Oriental sensibility. Having appeared as an assisted witness before Judge Renaud Van Ruymbeke, on November 14 in Paris, does not seem to have particularly affected him. Even if the Saudi businessman is only moderately aware that an investigation again attacks his reputation, by suggesting that he is involved in financial scandals. Indeed, based on U.S. government documents, Jean-Charles Brisard, a French investigator who works on behalf of the families of the victims of September 11, 2001 claims, before Judge Van Ruymbeke, that the company Cambridge, a subsidiary of Saudi Binladin Group (SBG), would have transferred 300 million dollars (about 254 million euros) to Pakistan in 2000, through a Swiss account linked to Yeslam Bin Laden. The happy beneficiary of this small fortune was Osama Bin Laden in person.

Since September 11, 2001, just a few months after obtaining Swiss citizenship, the half brother of Osama Bin Laden is used to being in the eye of the storm: in Berne, federal policemen constantly investigated his case without finding anything. Tax inspectors combed his accounts also. Yeslam Bin Laden said his conscience is clear and he is proud to be a Bin Laden. Since last week, he opened in Geneva a 30 square meter boutique. The Saudi millionaire sells perfumes, women's bags, sunglasses, beauty products, cufflinks and small leather articles branded Yeslam or YB. Although in Switzerland he obtained the registration of the Bin Laden trademark, the businessman prefers to use his first name or his initials as his showcase.

**VSD. You were heard last November 14 in Paris by Judge Renaud Van Ruymbeke in a proceeding on money laundering. He accuses you of having transferred 300 million dollars from Geneva to Pakistan to your half brother Osama Bin Laden. What did you answer?**
**Yeslam Bin Laden.** All of this is totally false. I did not even know about the existence of this company Cambridge, which allegedly would have made this transfer of funds. In fact, I wish to specify that, since the beginning of the proceedings, I did not oppose any letters rogatory. I even made all my accounts available to the Judge, who found nothing reprehensible against me. (A letter sent last November 10th to the French justice, Claude Nicati, assistant general prosecutor of the Swiss confederation, actually stressed that Yeslam Bin Laden did not appeal the request for judicial assistance in Switzerland sent by Renaud Van Ruymbeke, Editor's note.)
**VSD. How was the confrontation with Judge Van Ruymbeke?**
**Y.B.L.** Simple. The meeting lasted approximately two hours. I answered the invitation of the Judge with my lawyers. The dialogue was polite. We have known each other for three years now. This is the fourth time we met in his office.
**VSD. But why all these hearings if the Judge really found nothing against you?**
**Y.B.L.** The Judge talks a lot with Jean-Charles Brisard, who hates me. He is trying to set everything on fire and make me take the blame. He is nervous that I am winning my lawsuits against him. He wants to create doubt. Switzerland investigated me, they found nothing. In fact I have a letter from the District Attorney's Office of the confederation in Berne, which says clearly that they have nothing to blame me for, and this letter was produced in the French file.

**"I have a letter from the Swiss District Attorney's Office which says that they have nothing to blame me for"**

**VSD. Would you accept an adversarial debate with Jean-Charles Brisard in the office of Marc-Olivier Fogiel or Thierry Ardisson?**
**Y.B.L.** I don't think so. The facts alleged against me by Mr. Brisard are groundless. His profession is to manufacture stories. His book (*Bin Laden, la verite interdite,* Editor's note) was prohibited in Switzerland. Under the pressure of the courts he had to remove more than twenty-five pages that were full of lies and defamatory towards me.
**VSD. Jean-Charles Brisard accuses you in particular of having a joint account with Union des banques suisses (UBS) in Geneva with your half brother Osama. What do you answer?**
**Y.B.L.** Whatever! I never shared a joint account at UBS Geneva with my half-brother Osama.
**VSD. Do you condemn the attacks carried out by Al-Qaeda?**
**Y.B.L.** Yes, of course. The next day after the attacks of September 11, I vigorously condemned all these acts of violence in a press release.
**VSD. Where were you on September 11, 2001?**

MR/FRE001921

**YBL**     I was accompanying a friend to the airport of Geneva when my cell phone rang: they told me that an airplane had hit one of the towers of the World Trade Center. At first I thought of an accident. But after the second impact I understood that it was more severe.
**VSD**     **Did you imagine immediately that these attacks were signed by your half-brother?**
**YBL**     Not a second? And I never thought that he could have been alone behind this affair. It was much too sophisticated.
**VSD**     **Do you doubt that Osama Bin Laden is involved in these attacks?**
**YBL**     Any person suspected of illegal acts must explain himself before a court. It would be up to the courts to decide.
**VSD**     **Your half brother Sheik Ahmad declared in 2002 on CNN that Osama Bin Laden was not behind the September 11 attacks. "He is my brother. I know him. I lived with him for years. I know to what point he fears God," he said. Do you share his opinion?**
**YBL**     Ahmad never talked on CNN in 2002. It must be another brother of Osama's, who is not a member of the bin Laden family.
**VSD**     **If you received a proposal to secretly meet your half brother would you accept?**
**YBL**     I don't think that this can happen. And even if it were possible I would not travel to Afghanistan to meet him.
**VSD**     **But what would you tell him?**
**YBL**     I would advise him to accept to appear before a court.
**VSD**     **Before what court?**
**YBL**     Good question! (*He smiles*.)
**VSD**     **In your opinion, is he still alive?**
**YBL**     Nothing indicates that he is not.
**VSD**     **Is it true that you would be ready to pay for the defense of your half brother if he were arrested?**
**YBL**     Any person has the right to be defended by a lawyer. The question will be asked in due time.
**VSD**     **What memories do you have of Osama Bin Laden?**
**YBL**     I have not seen him since 1981, when there was a family party. I found him to be extremely religious. He did not like music or television. You know, I never knew him well. We lived apart, we were not raised together – there are thirty-four half brothers and sisters. I left Saudi Arabia when I was 6. The last time I went there was in 1987.
**VSD**     **Why have you not gone back since?**
**YBL**     I had disagreements with my family.

"If I met my half brother I would advise him to accept to appear before a court"

**VSD**     **Have you ever been to Pakistan or Afghanistan?**
**YBL**     Never. And not in Sudan either.
**VSD**     **Your ex-wife Carmen speaks a lot about you in a book, "Le Voile dechiré," [The Torn Veil] published last year. What do you answer her?**
**YBL**     I have not read her book. However, the rumors that I heard were not negative in my opinion.
**VSD**     **Today, are you a rich man?**
**YBL**     What is a rich man? I can simply say that if I had had the famous 300 million dollars mentioned by Judge Van Ruymbeke, I would be a rich man!
**VSD**     **You responded a year and a half ago in the columns of VSD to the Michael Moore film *Fahrenheit 9/11*. Have you thought since that time to file a complaint against him?**
**YBL**     I did not file a complaint at the time. I did not want to give more importance to his work. In spite of all the mistakes about my family disseminated in this film.
**VSD**     **What relationship do you have today with your family, your brothers and sisters?**
**YBL**     Polite relationships.
**VSD**     **You launched today a perfume and a luxury leather goods line with the brand Yeslam. Why did you choose to use your first name rather than your last name?**
**YBL**     Before September 11, I wanted to call my line Bin Laden. Today, for obvious reasons, it is no longer possible. I do not want to provoke. I also do not want to be accused of profiting from the notoriety of my last name. I am proud to bear this name even though today it causes me some unpleasantness. I am not only a Bin Laden, I am above all Yeslam Bin Laden.
**VSD**     **What markets are you targeting as a priority?**
**YBL**     First Switzerland and Saudi Arabia. I just opened a Yeslam boutique in Geneva and one in Jeddah. I will soon open two more, in Riyad and Dammam.
**VSD**     **Do you think that the American government will allow you to open a boutique in Manhattan for example?**
**YBL**     The United States is a democracy and a lawful state, are they not? I also hope to launch my perfumes and my leather goods line there.
*INTERVIEW OBTAINED BY ARNAUD BEDAT*

[captions]
UTMOST CHIC
Yeslam just opened a luxury boutique in the center of Geneva. Now a Swiss citizen, he unequivocally condemns the behavior, actions and statements of his half brother.

STILL HIDING
After the attacks of September 11, 2001, the Western secret services have been running after the Saudi billionaire without any success.

**MR/FRE001922 2/2**