# Exhibit K

RECORDING REQUESTED BY

83- 272267

AND WHEN RECORDED MAIL THIS DEED AND, UNLESS
OTHERWISE SHOWN BELOW, MAIL TAX STATEMENTS TO:

Name: Yeslam Mohammed Binladin
Street Address: 534 Stone Canyon
City State Zip: Bel Air, California

RECORDED IN OFFICIAL RECORDS
OF LOS ANGELES COUNTY, CA

MAR 11 1983   AT 8 A.M.

Recorder's Office

FEE $4

THIS SPACE FOR RECORDER'S USE

# GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S)
DOCUMENTARY TRANSFER TAX is $ 1818.30
☐ Computed on full value of property conveyed, or
☒ Computed on full value less value of liens or encumbrances remaining at time of sale, and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

ROBERT K. WOOLF

hereby GRANT(S) to

YESLAM MOHAMMED BINLADIN, a married man

the following described real property in the
County of Los Angeles,   State of California:

Lot 168 of Bel Air, as per map recorded in Book 113
Pages 9 to 17 inclusive of Maps, in the office of the
county recorder of said county.

Dated March 8, 1983

Robert K. Woolf
ROBERT K. WOOLF

STATE OF CALIFORNIA
COUNTY OF Los Angeles
On March 9, 1983

before me, the undersigned, a Notary Public in and for
said State, personally appeared
Robert K. Woolf

OFFICIAL SEAL
JOY BOWMAN
NOTARY PUBLIC CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires Nov 18, 1984

**EXHIBIT A**