# Exhibit L

FAA Registry
N-Number Inquiry Results

N71FB is Assigned

Assigned/Registered Aircraft

Aircraft Description

| | | | |
|---|---|---|---|
| **Serial Number** | 205 | **Type Registration** | Corporation |
| **Manufacturer Name** | LEARJET INC | **Certificate Issue Date** | 03/06/2001 |
| **Model** | 31A | **Status** | Valid |
| **Type Aircraft** | Fixed Wing Multi-Engine | **Type Engine** | Turbo-Jet |
| **Pending Number Change** | None | **Dealer** | No |
| **Date Change Authorized** | None | **Mode S Code** | 52275063 |
| **MFR Year** | 2000 | **Fractional Owner** | NO |

Registered Owner

| | | | | | |
|---|---|---|---|---|---|
| **Name** | ROXBURY TECHNOLOGIES US INC | | | | |
| **Street** | 2711 CENTERVILLE RD STE 400 | | | | |
| **City** | WILMINGTON | **State** | DELAWARE | **Zip Code** | 19808-1645 |
| **County** | NEW CASTLE | | | | |
| **Country** | UNITED STATES | | | | |

Airworthiness

| | | | |
|---|---|---|---|
| **Engine Manufacturer** | GARRETT | **Classification** | Standard |
| **Engine Model** | TFE 731 SER | **Category** | Transport |
| | | **A/W Date** | 04/04/2001 |

Other Owner Names

None

Temporary Certificate

**Certificate Number**  T011454   **Issue Date**  03/06/2001   **Expiration Date**  04/05/2001

Fuel Modifications

None

