# Exhibit N

Guillaume Dasquié
le 19 janvier 2006

-

<u>Attestation</u>

Le 21 décembre 2000, dans le numéro 396 de la publication "Le monde du renseignement" (publiée en anglais sous le titre "Intelligence Newsletter"), dont j'étais le rédacteur en chef, un article est paru sous le titre "Pression de la CIA sur un frère de Bin Laden". J'ai personnellement rédigé cet article, dans les conditions que je vous propose de découvrir ci-dessous.

Notre correspondant à Genève m'avait adressé des détails sur les démarches entreprises par Yeslam Bin Laden pour obtenir la nationalité helvétique et sur les interrogations que celles-ci provoquaient au sein de l'administration fédérale. En effectuant les vérifications d'usage, j'ai été conduit à rencontrer l'une de mes sources au sein des services de renseignement Suisses, détaché

pour un temps auprès de l'Ambassade de la Confédération Helvétique de Paris. Celui-ci m'expliqua longuement comment le poste de la CIA de l'Ambassade des États-Unis à Berne intervenait sur ce dossier auprès de l'administration helvétique, au motif que Yeslam Bin Laden, par l'entremise de ces diverses activités — dont la Sico était l'élément le plus visible — entretenait des liens dissimulés avec son frère Ossama Bin Laden. Selon mon interlocuteur, ces interventions de la CIA visaient à obtenir une collaboration de Yeslam Bin Laden en contrepartie de son accession au statut de citoyen helvétique. Cette même source m'assura que lesdits liens dissimulés avaient pu — un temps — passer par la société SYGNET (devenue la Sico).

J'ajoute enfin qu'au cours de l'hiver 2003/2004 j'ai rencontré à Lyon un ingénieur du BTP qui avait longuement travaillé en Arabie Saoudite aux côtés du Saudi Binladen Group

MR/FRE001946

Celui-ci détaille les informations qui avaient présidé à la rédaction de l'article de décembre 2000, en me rapportant notamment les conversations dont il avait été le spectateur en Arabie Saoudite, entre les diverses personnalités de la famille Bin Laden. Il se rappelait en particulier de l'une d'elles, portant sur des achats d'armement en faveur des mouvements islamistes basés en Afghanistan et qui étaient supportés par la société SYGNES.

Je suis informé que cette attestation peut être produite en justice et me félicite qu'elle puisse participer à mettre en évidence la vérité.

Guillaume Dasquié

MR/FRE001947

1

Guillaume Dasquié
January 19, 2006

Statement

On December 21, 2000, in issue number 396 of the publication "Le monde du renseignement" (published in English under the title "Intelligence Newsletter"), of which I was the editor-in-chief, an article entitled "Pressure from the CIA on one of Bin Laden's brothers" was published. I personally wrote said article, under conditions that I wish to expose below.

Our correspondent in Geneva had sent me details on steps taken by Yeslam Bin Laden in order to become a Swiss national and on the questions that this raised within the Federal Administration. In carrying out the usual background checks, I was led to meet one of my sources within the Swiss intelligence services, transferred

MR/FRE001945

2

for a time to the Swiss Confederation Embassy in Paris. He explained in detail how the CIA at the American Embassy in Bern was interceding on this file with the Swiss Administration based on the fact that Yeslam Bin Laden, via the actions of his various activities—of which Sico was the most visible element—kept hidden ties with his brother Osama Bin Laden. According to my contact, the objective of said interventions by the CIA was to get Yeslam Bin Laden to collaborate in return for being allowed to become a Swiss citizen. This same source ensured me that said hidden ties may have—at one time—passed through the SYGNET company (now Sico).

Lastly, I would like to add that during the winter of 2003/2004, in Lyon, I met with a BTP engineer who had worked for a long time in Saudi Arabia along side the Saudi Bin Laden Group.

3

He provided details on the information that governed the writing of the December 2000 article, in particular by relating to me the conversations he witnessed in Saudi Arabia, between the various members of the Bin Laden family. Namely, he remembered one particular conversation that related to the purchase of arms for the benefit of Islamist Movements based in Afghanistan and supported by the SYGNET company.

    I have been informed that this statement may be used in court and I am very pleased that it may help bring the truth to light.

Guillaume Dasquié
[signature]

MR/FRE001947



**TRANSPERFECT**
TRANSLATIONS

ATLANTA
BOSTON
BRUSSELS
CHICAGO
DALLAS
DENVER
FRANKFURT
GENEVA
HONG KONG
HOUSTON
LONDON
LOS ANGELES
MIAMI
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
RESEARCH TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
STOCKHOLM
TOKYO
WASHINGTON, DC

City of New York, State of New York, County of New York

I, Amy Ditrani, hereby certify that the following document 'MR/FRE001945 – MR/FRE001947' is, to the best of my knowledge and belief, a true and accurate translation from French into English.

_____
Amy Ditrani

Sworn to before me this

23rd day of January 2006

_____
Signature, Notary Public

HEATHER BOSLEY
Notary Public - State of New York
No. 01BO6116856
Qualified in NEW YORK County
My Commission Expires OCT 12, 2008

_____
Stamp, Notary Public

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016   T 212.689.5555   F 212.689.1059   WWW.TRANSPERFECT.COM