```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/06
```

(AJ57,5.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*
    *Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-CV-6978 (S.D.N.Y.)

### STIPULATION AS TO SERVICE OF PROCESS AND EXTENSION OF TIME TO RESPOND TO COMPLAINTS CONSOLIDATED UNDER MDL 1570

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs in the above-referenced case consolidated under 03 MDL 1570 and Defendant Sanabel Al-Kheer, by and through their undersigned counsel, that the undersigned Defendant's counsel hereby accepts service of the Complaint in the case referenced above, on behalf of Sanabel Al-Kheer.

IT IS FURTHER HEREBY STIPULATED AND AGREED that Plaintiffs pursuing claims for relief under the Racketeer Influenced and Corrupt Organizations Act ("RICO") shall serve their respective RICO Statements concerning Sanabel Al-Kheer, on or before March 6, 2006.

IT IS FURTHER HEREBY STIPULATED AND AGREED that the time for Sanabel Al-Kheer to answer or otherwise respond to the Complaint in each of the cases referenced above, shall be on or before March 20, 2006.

IT IS FURTHER HEREBY STIPULATED AND AGREED that the Plaintiffs' response to Sanabel Al-Kheer's responsive pleading, if any, shall be served within sixty days of receipt of same from Defendant's counsel, and that Defendant shall file reply papers, if any, within thirty days of receipt of Plaintiffs' opposing papers.

IT IS FURTHER HEREBY STIPULATED AND AGREED that Sanabel Al-Kheer hereby waives any and all affirmative defenses, objections, privileges, immunities and arguments relating to service of process in each of the cases referenced above, but preserves any and all other defenses, objections, privileges, immunities and arguments available to it.

Respectfully submitted,

COZEN O'CONNOR

By: _____
Sean P. Carter
J. Scott Tarbutton
1900 Market Street
Philadelphia, PA 19103

*Attorneys for Federal Insurance Plaintiffs and Liaison Counsel to Plaintiffs' Executive Committee*

MARTIN F. MCMAHON & ASSOCIATES

By: _____
Martin F. McMahon
Lisa D. Angelo
1150 Connecticut Ave., N.W.
Suite 900
Washington, D.C. 20036

*Attorneys for Defendant Sanabel Al-Kheer*

SO ORDERED:

_____
RICHARD CONWAY CASEY, U.S.D.J.

Dated: Feb 6, 2006

2