USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2·6·06

(AJSF) 5.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |
| This document relates to: | |

*Burnett, et al. v. Al Baraka Investment & Development Corp., et al.*, 03-CV-5738 (RCC);
*Cantor Fitzgerald & Co., et al. v. Akida Bank Private Ltd., et al.*, 04-CV-7065 (RCC)
*Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.*, 04-CV-5970 (RCC)
*Euro Brokers Inc., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 04-CV-7279 (RCC)
*New York Marine and General Insurance Co. v. Al Qaida, et al.*, 04-CV-6105 (RCC)
*World Trade Ctr. Props. L.L.C., et al. v. Al Baraka Inv. & Dev. Corp. et al.*, 04-CV-7280 (RCC)

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs in all of the above-referenced cases consolidated under 03 MDL 1570 and Defendants Prince Naif bin Abdulaziz Al-Saud, Prince Salman bin Abdulaziz Al-Saud, and the Saudi High Commission, by and through their undersigned counsel, that Plaintiffs' time to respond to Defendants' motion to dismiss shall be extended to February 1, 2006, and that Defendants' time to file reply papers shall be extended to March 3, 2006.

Dated: January 30, 2006

BAKER BOTTS, L.L.P.

By: _____
JAMIE S. KILBURG
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

*Counsel for Defendants Prince Salman bin*
*Abdulaziz Al-Saud and Crown Prince*
*Sultan bin Abdulaziz Al-Saud*

Respectfully submitted,

MOTLEY RICE LLC

By: _____
JUSTIN B. KAPLAN
28 Bridgeside Boulevard
Mount Pleasant, S.C. 29465

*Counsel for Plaintiffs*

| | |
|---|---|
| ROBBINS, RUSSELL, ENGLERT, ORSECK & UNTEREINER LLP | BRYAN CAVE, LLP |
| By: *[signature]* <br> LAWRENCE S. ROBBINS <br> 1801 K. Street, N.W. <br> Suite 411 <br> Washington, D.C. 20009 | By: *[signature]* <br> JAMES M. COLE <br> 700 13TH Street, N.W. <br> Washington, D.C. 20005 |
| *Counsel for the Saudi High Commission* | *Counsel for Prince Naif bin Abdulaziz Al-Saud* |

SO ORDERED:

*[signature]*
RICHARD CONWAY CASEY, U.S.D.J.

Dated: February 6, 2006