CASEN,5.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #: _____
DATE FILED:  2/8/06
```

United States District Court
Southern District of New York

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |
|---|---|

*This Document Relates to·*
   *New York Marine and General Insurance Co. v. Al Qaida, et al., 04-CV-6105 (RCC)*

## STIPULATION WITH REGARD TO RULINGS ON MOTION TO DISMISS
## OF DEFENDANT SAUDI HIGH COMMISSION IN RELATED CASES

WHEREAS the plaintiff in the action entitled *New York Marine and General Insurance Co*

*v. Al Qaida, et al* (the "Action") commenced the Action on August 6, 2004;

WHEREAS the Saudi High Commission ("SHC") is named as a defendant in the Action:

WHEREAS the SHC filed a consolidated motion to dismiss the complaints naming it as a

defendant in the following related cases (the "Related Cases"): *Ashton v  Al Qaeda Islamic Army*,

02-CV-6977 (RCC); *Barrera v  Al Al Qaeda Islamic Army*, 03-CV-7036 (RCC); *Burnett v  Al*

*Baraka Investment & Development Corp.*, 03-CV-5738 (RCC); *Burnett v. Al Baraka Investment &*

*Development Corp.*, 03-CV-9849 (RCC); *Federal Insurance Co  v  Al Qaida*, 03-CV-6978; *Salvo*

*v. Al Qaeda Islamic Army*, 03-CV-5071 (RCC) (the Consolidated Motion");

WHEREAS the  SHC's Consolidated Motion was ruled on by the Court in its Opinion and

Order dated September 21, 2005;

WHEREAS the allegations in the Action parallel those in the complaints filed in the Related

Cases and, in many instances, are identical to them; in particular, the allegations that make specific

reference to SHC in the Action are substantially similar to those in the Related Cases;

WHEREAS the parties hereto wish to avoid, if possible, burdening the Court with additional filings or themselves with unnecessary litigation costs;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

1.      The parties hereto adopt as a binding order in the Action, with regard to the SHC, the Opinion and Order of this Court dated September 21, 2005, deciding the Consolidated Motion (the "Order").

2.      The parties hereto will adopt as a binding order in the Action, with regard to the SHC, any subsequent rulings by any appellate courts with regard to the Judgment entered in favor of the SHC on January 10, 2006, as amended by Court Order on January 17, 2006.

3.      This stipulation is without prejudice to, and explicitly preserves, the SHC's other defenses, including, but not limited to, failure to timely serve the Complaint in the Action.

Respectfully submitted,

Lawrence S. Robbins (LR-8917)
ROBBINS, RUSSELL, ENGLERT, ORSECK &
        UNTEREINER LLP
1801 K Street, NW
Suite 411
Washington, DC  20006
Phone: (202) 775-4500
Fax:    (202) 775-4510

*Counsel for Defendant Saudi High Commission*

Kevin A. Hickman (KH-2102)
BROWN GAVALAS & FROMM LLP
355 Lexington Avenue
New York, NY  10017
Phone: (212) 983-8500
Fax:    (212) 983-5946

*Counsel for Plaintiffs New York Marine
and General Insurance Company*

SO ORDERED:

Richard C. Casey
U S D J

Date: Feb. 6, 2006