UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x

In re Terrorist Attacks on September 11, 2001

03 MD 1570 (RCC)
ECF Case

---------------------------------------------------x

This document relates to: *Continental Casualty Co. et al. v. Al Qaeda Islamic Army*, 04-CV-5970 (RCC)

NOTICE OF APPEAL

PLEASE TAKE NOTICE that plaintiffs Continental Casualty Company, Transcontinental Insurance Company, Transportation Insurance Company, Valley Forge Insurance Company, National Fire Insurance Company of Hartford and American Casualty Company of Reading, Pennsylvania hereby appeal, to the United States Court of Appeals for the Second Circuit, the final judgment entered in favor of Defendants Prince Turki al Faisal al Saud, Prince Sultan Bin Abdulaziz al Saud, and Prince Mohamed al Faisal al Saud in this action on January 10, 2006, and in all respects the underlying Opinions and Orders granting dismissal to Prince Turki al Faisal al Saud, Prince Sultan Bin Abdulaziz al Saud and Prince Mohamed al Faisal al Saud in this action.

Dated: New York, New York
February 7, 2006

FERBER CHAN ESSNER & COLLER, LLP

By: _____
Robert M. Kaplan (RK1428)
Attorneys for Plaintiffs
530 Fifth Avenue, 23rd Floor
New York, New York 10036-5101
(212) 944-2200

65483