DAVID H. FROMM, ESQ. (DH-9334)
FRANK J. RUBINO, JR., ESQ. (FR-6202)
BROWN GAVALAS & FROMM LLP
Attorneys for Plaintiff
NEW YORK MARINE AND
GENERAL INSURANCE COMPANY
355 Lexington Avenue
New York, New York 10017
(212) 983-8500



FILED U.S. DC
FEB 9 2006
S.D. OF N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

In re Terrorist Attacks on September 11, 2001     03 MDL 1570 (RCC)
                                                   ECF Case

------------------------------------------------------X

YORK MARINE AND GENERAL
INSURANCE COMPANY,

          Plaintiff,                      CIVIL ACTION NO.
                                                   04 CV 6105 (RCC)
  -against-

                                                   **NOTICE OF APPEAL**

AL QAIDA A/K/A AL QAEDA, et al.

          Defendants.
------------------------------------------------------X

    NOTICE is hereby given that plaintiff, NEW YORK MARINE AND GENERAL INSURANCE COMPANY, hereby appeals to the United States Court of Appeals for the Second Circuit the final judgment entered in favor of Defendants, Kingdom of Saudi Arabia, Turki Al Faisal Bin Abdulaziz Al Saud a/k/a Prince Turki, Prince Sultan Bin Abdulaziz al Saud, and Prince Mohamed Al Faisal Al Saud in this action on January 10, 2006, and in all respects the underlying Opinions and Orders granting dismissal to the Kingdom of Saudi Arabia, Turki Al Faisal Bin Abdulaziz Al Saud a/k/a Prince Turki, Prince Sultan Bin

Abdulaziz al Saud, and Prince Mohamed Al Faisal Al Saud in this action.

BROWN GAVALAS & FROMM LLP
Attorneys for Plaintiff
NEW YORK MARINE AND GENERAL
INSURANCE COMPANY

BY: _____
DAVID H. FROMM, ESQ. (DH-9334)
FRANK J. RUBINO, ESQ. (FR-6202)
355 Lexington Avenue
New York, NY 10017
212-983-8500