UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



FILED U.S. DC
FEB 9
S.D. OF N.Y.

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case<br><br>**NOTICE OF APPEAL** |

*This document relates to:*

   *World Trade Center Properties LLC v. Al Baraka Investment & Development Corp., et al.*, Case No. 04-CV-7280 (S.D.N.Y.)

NOTICE is hereby given that World Trade Center Properties LLC, 1 World Trade Center LLC, 2 World Trade Center LLC, 4 World Trade Center LLC, 5 World Trade Center LLC, Silverstein WTC Mgmt. Co. LLC, and 7 World Trade Company L.P., Plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit the final judgment entered in favor of (1) Prince Turki Al Faisal Bin Abdulaziz Al Saud, (2) Prince Salman Bin Abdulaziz Al Saud, (3) Prince Sultan Bin Abdulaziz Al Saud, (4) Prince Nayef Bin Abdulaziz Al Saud, (5) Prince Mohamed Al Faisal Al Saud, and (6) the Saudi High Commission a/k/a Saudi High Relief Commission in this action on January 10, 2006 (and amended on January 18, 2006), and in all respects the underlying Opinions and Orders granting dismissal to these same defendants in this action.

Dated: February 8, 2006             Respectfully submitted,

                                    MOTLEY RICE LLC

                                       Ronald L. Motley, Esq. (RM-2730)
                                       Jodi Westbrook Flowers, Esq.
                                       Donald A. Migliori, Esq.
                                       Michael Elsner, Esq. (ME-8337)
                                       Robert T. Haefele (NJ-58293, PA-57937)
                                       Justin Kaplan (TN-022145)
                                       John M. Eubanks (MD)

MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, South Carolina 29465
Telephone: (843) 216-9000

HANLY CONROY BIERSTEIN &
SHERIDAN, LLP

BY: _____
Andrea Bierstein, Esq. (AB-4618)
Paul J. Hanly, Jr., Esq. (PH-5486)
Jayne Conroy, Esq. (JC-8611)
112 Madison Avenue
New York, NY 10016-7416
Telephone: (212) 784-6400

Attorneys for *World Trade Center Properties*
Plaintiffs