USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/06

(A16T, 5.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

This document relates to:

> Estate of John P. O'Neill, Sr., et al. v. Al Baraka Investment and Development Corp., et al., Case No. 04-CV-1923

## STIPULATION AS TO SERVICE OF PROCESS AND SCHEDULING FOR RESPONSE TO THE PLAINTIFFS' FIRST CONSOLIDATED COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs in the above-referenced case consolidated under 03 MDL 1570 and Defendant Tadamon Islamic Bank, by and through undersigned counsel, that the undersigned Defendant's counsel hereby accepts service of the Complaint in the case referenced above on behalf of Tadamon Islamic Bank.

IT IS FURTHER HEREBY STIPULATED AND AGREED that Plaintiffs pursuing claims for relief under the Racketeer Influenced and Corrupt Organizations Act ("RICO") shall serve their respective RICO Statements, as required by Paragraph 7 of the Court's Standing Rules of Practice and in Paragraph 14 of Case Management Order No. 2, within thirty (30) days of the Court's approval of this stipulation.

IT IS FURTHER HEREBY STIPULATED AND AGREED that the time for Tadamon Islamic Bank to answer or otherwise respond to Plaintiffs' First Consolidated Complaint shall be within sixty (60) days of the Court's approval of this stipulation.

IT IS FURTHER HEREBY STIPULATED AND AGREED that the Plaintiffs' response to Tadamon Islamic Bank's responsive pleading, if any, shall be served within sixty (60) days of

receipt of same from Defendant's counsel, and that Defendant shall file reply papers, if any, within thirty (30) days of receipt of Plaintiffs' opposing papers.

IT IS FURTHER STIPULATED AND AGREED that Tadamon Islamic Bank hereby waives any and all affirmative defenses, objections, privileges, immunities and arguments relating to insufficiency of process and insufficiency of service of process, but preserves any and all other defenses, objections, privileges, immunities and arguments available to it.

Respectfully submitted,

Dated: 2/9/06

MARTIN F. MCMAHON & ASSOCIATES

By: _____
Martin F. McMahon
Lisa D. Angelo
1150 Connecticut Ave., N.W., Suite 900
Washington, D.C. 20036
Tel. No.
Fax No.
*Attorneys for Defendant Tadamon Islamic Bank*

Dated: 2/4/04

LAW OFFICES OF JERRY S. GOLDMAN & ASSOCIATES, P.C.

By: _____
Jerry S. Goldman (JG 8445)
111 Broadway, 13th Floor
New York, NY 10006
Phone: 212-242-2232
Facsimile: 212-346-4665
*Attorney for Plaintiffs*

SO ORDERED:

_____
RICHARD CONWAY CASEY, U.S.D.J.

Dated: 2/14/06

2