USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-14-06

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| In Re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) ECF Case |
|---|---|

*This document relates to:*   **New York Marine and General Ins. Co. v. Al Qaida, et al. (04 CV 6105) (RCC)**

### STIPULATION OF DISMISSAL OF THE ISLAMIC INVESTMENT COMPANY OF THE GULF

PLEASE TAKE NOTICE that, through counsel, the *New York Marine* plaintiffs and defendant, Islamic Investment Company of the Gulf, have agreed to and hereby stipulate to the dismissal of defendant, Islamic Investment Company of the Gulf, without prejudice, each side to bear its own attorney's fees, costs, and expenses.

Respectfully submitted.

BROWN GAVALAS & FROMM LLP

By: _____
Frank J. Rubino, Jr. (FR 6202)
355 Lexington Avenue
New York, New York 10017
(212) 983-8500

Counsel for Plaintiffs

Dated: Feb 14, 2006

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: _____
James J. McGuire (JM 5390)
Timothy J. McCarthy (TM 2118)
30 Rockefeller Plaza, Ste. 2400
New York, N.Y. 10112
(212) 332-3800

Counsel for Defendant

SO ORDERED:

_____
RICHARD CONWAY CASEY, U.S.D.J.