# BAKER BOTTS LLP



THE WARNER
1299 PENNSYLVANIA AVE., NW
WASHINGTON, D.C.
20004-2400

TEL +1 202.639.7700
FAX +1 202.639.7890
www.bakerbotts.com

AUSTIN
DALLAS
DUBAI
HONG KONG
HOUSTON
LONDON
MOSCOW
NEW YORK
RIYADH
**WASHINGTON**

February 6, 2006

Jamie S. Kilberg
202-639-7739
FAX 202-585-1094
jamie.kilberg@bakerbotts.com

Also licensed in Michigan.

BY FEDEX

The Honorable Richard C. Casey
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1950
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-15-06
```

Re:   *In re Terrorist Attacks on September 11, 2001*, 03-MDL-1570, and related cases:

*Burnett v. Al Baraka Inv. & Dev. Corp.*, 03-CV-5738
*Cantor Fitzgerald Associates v. Akida Investment Co.*, 04-CV-7065
*Continental Casualty Co. v. Al Qaeda Islamic Army*, 04-CV-5970
*Euro Brokers Inc. v. Al Baraka Inv. & Dev. Corp.*, 04-CV-7279
*New York Marine and General Insurance Co. v. Al Qaida, et al.*, 04-CV-6105
*World Trade Center Properties LLC v. Al Baraka Inv. & Dev. Corp.*, 04-CV-7280

Dear Judge Casey:

      We write this letter motion on behalf of defendants HRH Prince Naif bin Abdulaziz Al-Saud, HRH Prince Salman bin Abdulaziz Al-Saud, and the Saudi High Commission (collectively, the "Moving Defendants") in the above-captioned MDL proceeding, and ask that the Court withdraw their recently filed motion to dismiss and supporting memorandum of law.

      On September 21, 2005, the Court filed an Opinion and Order granting the Moving Defendants' motions to dismiss several cases consolidated in this proceeding. On December 1, 2005, the Moving Defendants, three sovereigns from the Kingdom of Saudi Arabia, filed a motion to dismiss the cases captioned above – i.e., all remaining cases against them. On January 10, 2006, this Court entered a Judgment in favor of the Moving Defendants relative to the cases dismissed in the September 21, 2005 Opinion and Order, among others.

      On February 1, 2006, the Moving Defendants reached stipulations with plaintiffs from certain of the actions to which their motion pertained, wherein the parties agreed to be bound by this Court's previous September 21, 2005 Opinion and Order, and by any subsequent rulings by any appellate courts with regard to the January 10, 2006 Judgment, as amended by

DC01:436207.1

**BAKER BOTTS** LLP

- 2 -   February 6, 2006

Court order on January 17, 2006.[1] Those stipulations were communicated to the Court, pursuant to the Court's instructions for the filing of stipulations, on February 2, 2006 (the "February 2 Stipulations"). The Court endorsed one of those stipulations on this date, 03-MDL-1570 Docket No. 1672.

The February 2 Stipulations substantially track stipulations reached between the Moving Defendants and the plaintiffs in the remainder of the actions to which the Moving Defendants' motion pertains. By the parties' agreement to be bound by the Court's September 21, 2005 Opinion and Order, and any appellate court decision or decisions relative to the Court's January 10, 2006 Judgment, the Moving Defendants no longer believe it is necessary to burden the Court with continued briefing on their December 1, 2005 motion to dismiss.

Accordingly, the Moving Defendants ask that the Court withdraw from consideration their previously filed motion to dismiss and supporting memorandum of law, 03-MDL-1570 Docket Nos. 1515 & 1516, subject to the reservations contained in the February 2 Stipulations. The parties have further separately agreed that this withdrawal is without prejudice to the Moving Defendants re-filing their motion should the Court decline to enter the February 2 Stipulations.

Very truly yours,

*[signature]*

Jamie S. Kilberg
BAKER BOTTS L.L.P.
*Counsel for Defendant HRH Prince Salman bin Abdulaziz al Saud*

James M. Cole
BRYAN CAVE LLP
*Counsel for Defendant HRH Prince Naif bin Abdulaziz al Saud*

Lawrence S. Robbins
ROBBINS, RUSSELL, ENGLERT, ORSECK & UNTEREINER LLP
*Counsel for Defendant the Saudi High Commission*

*[Handwritten endorsement:] Application granted. Clerk of the Court is asked to note on the docket that the motions have been withdrawn. 2/14/06 [signed] Richard Conway*

cc:   All Counsel via e-mail

---

[1] In particular, the Moving Defendants reached such stipulation with the plaintiffs in Burnett NY, Euro Brokers, and World Trade Center Properties. The Saudi High Commission reached a similar stipulation with the plaintiffs in New York Marine.

DC01:436207.1