```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-16-06
```

(A)ETS.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |
|---|---|

*This document relates to:*
   *Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-CV-6978 (S.D.N.Y.)
   *Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.*, Case No. 04-CV-05970-UA (S.D.N.Y.)
   *Euro Brokers, Inc., et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 04-CV-07279-UA (S.D.N.Y.)
   *New York Marine and General Insurance Co. v. Al Qaida, et al.*, Case No. 04-CV-6105 (S.D.N.Y.)
   *World Trade Center Properties, LLC, et al. v. Al Baraka Investment and Development Corporation, et al.*, Case No. 04-CV-2780 (S.D.N.Y)
   *Thomas E. Burnett, Sr., et al. v. Al Baraka Investment & Development Corp., et al.*, Case No. 03-CV-5738 (S.D.N.Y.)
   *Kathleen Ashton, et al v. Al Qaeda Islamic Army, et al.* Case No. 1:02-6977 (S.D.N.Y.)
   *Estate of John P. O'Neill, Sr., on behalf John P. O'Neill, Sr., deceased, and on behalf of decedent's heirs-at-law, et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 04-CV-1923 (S.D.N.Y.)

## STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINTS CONSOLIDATED UNDER MDL 1570

IT IS HEREBY STIPULATED AND AGREED, between undersigned counsel for *Federal Insurance* Plaintiffs, represented by J. Scott Tarbutton on behalf of all Plaintiffs in the above captioned actions, and undersigned counsel for Defendants World Assembly of Muslim Youth in Saudi Arabia ("WAMY SA") and the World Assembly of Muslim Youth International, ("WAMY USA") represented by the Law Firm of Omar T. Mohammedi, LLC, that

(1)    The parties respectfully seek this Court's approval for an extension of time for the Defendants WAMY SA and WAMY USA to Reply to the above referenced Plaintiffs' Oppositions to Defendants' Motions to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6), filed on January 23, 2006.

(2)  Its is also stipulated and agreed that Defendants' Reply Briefs shall be served within (50) fifty days of service of Plaintiffs' Opposition motions.

(3)  All other provisions of the Stipulations previously filed as to Service of Process and Extension of Time and *Burnett* Plaintiffs remain in full force and effect.

Respectfully submitted.

COZEN O'CONNOR

By: _____
Sean P. Carter, Esq.
J. Scott Tarbutton, Esq.
1900 Market Street
Philadelphia, PA 19103

*Attorneys for Plaintiffs*

LAW FIRM OF OMAR T. MOHAMMEDI, LLC

By: _____
Omar T. Mohammedi, Esq.
200 Madison Avenue, Suite 1901
New York, New York 10016

*Attorneys for Defendants*

SO ORDERED:

_____
RICHARD CONWAY CASEY, U.S.D.J.

Dated: Feb 15, 2006

2