UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In Re:  TERRORIST ATTACKS OF<br>         SEPTEMBER 11, 2001 | )<br>)  03 MDL 1570 (RCC)<br>)  ECF CASE<br>)<br>)<br>)<br>) |

*This document relates to:*

*Kathleen Ashton, et al. v. Al Qaeda Islamic Army, et al.*, Case No. 02 CV 6977 (RCC) (S.D.N.Y.)
*Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03 CV 6978 (RCC) (S.D.N.Y.)
*Thomas E. Burnett, Sr., et al. v. Al Baraka Investment & Development Corp., et al*, Case No. 03 CV 9849 (RCC) (S.D.N.Y.)
*Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.*, Case No. 04 CV 5970 (RCC) (S.D.N.Y.)
*New York Marine and General Insurance Co., et al. v. Al Qaida, et al.*, Case No. 04 CV 6105 (RCC) (S.D.N.Y.)
*Cantor Fitzgerald Associates, L.P., et al. v. Akida Investment Co., Ltd., et al.*, Case No. 04 CV 7065 (RCC) (S.D.N.Y.)
*Euro Brokers, Inc., et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 04 CV 7279 (RCC) (S.D.N.Y.)
*World Trade Center Properties, L.L.C., et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 04 CV 7280 (RCC) (S.D.N.Y.)

*This document also relates to and supplements the motions to dismiss filed in:*

*Estate of O'Neill, et al. v. The Republic of Iraq, et al.,* Case No. 04 CV 1076 (RCC) (S.D.N.Y.)
*Estate of O'Neill, et al, v. Al Baraka, et al.,* Case No. 04 CV 1923 (RCC) (S.D.N.Y.)[1]

### **DEFENDANT ASAT TRUST REG.'S MOTION TO DISMISS**

NOW APPEARS Defendant Asat Trust Reg., by and through the undersigned counsel, without submitting to the jurisdiction of this Honorable Court, and moves, pursuant to Rules 12(b)(5) and 12(b)(2) of the Federal Rules of Civil Procedure, for the dismissal of the claims

---

[1] This document also applies to any additional cases in which Asat Trust was named as a defendant and service was purportedly made by publication.

against it in the cases set forth above.  A memorandum of points and authorities is submitted herewith.

        Respectfully submitted,

        Barry Coburn  
        E-mail: bcoburn@troutcacheris.com  
        Amy Berman Jackson  
        E-mail: ajackson@troutcacheris.com  
        TROUT CACHERIS PLLC  
        1350 Connecticut Avenue N.W.  
        Suite 300  
        Washington, D.C. 20035  
        Tel:  (202) 464–3000  
        Fax: (202) 464–3319

        _____/s/_____  
        David U. Gourevitch (SDNY #DG8795)  
        LAW OFFICE OF DAVID GOUREVITCH, P.C.  
        Tower 56, Second Floor  
        126 East 56th Street  
        New York, NY  10022  
        Tel:    (212) 355-1300  
        Fax:   (212) 355-1531  
        Email: david@gourevitchlaw.com

        Attorneys for ASAT TRUST REG.