FROM : EXCT OFF         PHONE NO. : 83773585         Feb. 19 2006 10:17AM P1



بسم الله الرحمن الرحيم

# بنك الشمال الإسلامي
## ALSHAMAL ISLAMIC BANK
عضو في صندوق ضمان الودائـــع المصرفيـــة

DATE : 15/2/2006.

Dear / Mr. Martin F. McMahon

We have the pleasure to forward to you the Affidavit of Mr. Zeinelabdien Salih our secretary – Board of directors signed by him and Authenticated by The Ministry of Foreign Affairs together with the other required enclosures.

Please Acknowledge receipt.

Best Personal Regards,

A/ Moniem Hassan Sayed
Acting General Manager

N. B. Originals have been sent to you Today by TNT Express Worldwide.

**DEFENDANT'S EXHIBIT A**

Head quarter : P.O. Box : 10036   Khartoum 11111   Sudan Tele : +249.1 83779078   -   Fax : +249.1 83773585
shamalbank.com - E-mail : info@shamalbank.com

18/02/2006   14:09   AL-AQSA-ISLMIC-B → 2028284130                    NO.684   P01

## A. MOGHRABI
### ADVOCATES & NOTARY

א. מוגרבי
עורכי-דין ונוטריון

A. Moghrabi Advocate & Notary M.Jur.
R. Moghrabi Advocate LL.B
S. Zoabi Advocate LL.M
Y. Moghrabi Advocate LL.B. (Law & BA Heb.)

אחמד מוגרבי   עורך דין ונוטריון
ראמי מוגרבי    עורך דין
סאמר זועבי    עורך דין
יוסף מוגרבי    עורך דין

Jerusalem, 16 בפברואר 2006   ירושלים,



Form No. M. / 6174

מספר רץ מ./ 6174

### CERTIFICATION OF DECLARATION

אישור הצהרה

I the undersigned A. Moghrabi Advocate

אני הח"מ א. מוגרבי עו"ד

Notary at Jerusalem – Israel.

ונוטריון בירושלים – ישראל

Hereby certify that on 16.02.2006 there appeared before me at his office in Ramallah Mr. Naser Abd-Almajeed Tahboub whose Identity was proved to me by identity Booklet No 979422102 issued by the Residency Registration office in Hebron on 21.11.2002 and being satisfied that he read in my presence the attached declaration marked A' and understood its contents, he duly confirmed by oath (declared by solemn affirmation) the truth of the above declaration.

מאשר כי ביום 16.02.2006 ניצב לפני במשרדו ברמאללה, מר סמיר עבדלמגיד טהבוב שזהותו הוכחה לי על פי ת.ז. 979422102 שניתנה מאת לשכת מרשם האוכלוסין בחברון ביום 21.11.2002 ולאחר שבררתי ונוכחתי כי מר סמיר עבדלמגיד טהבוב הנ"ל הבין את תוכן ההצהרה המצורפת והמסומנת באות א', נשבע כחוק (הצהיר בהן צדק) על אמיתות ההצהרה הנ"ל.

In witness whereof I have hereto set my signature and seal today 16.02.2006

ולראיה באתי על החתום בחתימת ידי ובחותמי, היום 16.02.2006.

Fees paid: 147.00 NIS including VAT.

שכרי בסך 147.00 ש"ח כולל מע"מ שולם.

*[Notary's seal: A. MOGHRABI, חותם הנוטריון]*

*[Signature]*

חתימת הנוטריון
Signature

48 Prophets St.
P.O.B. 36 Jerusalem
Post Code: 91000
Tel: (02) 6256716
Fax: (02) 6241118

רח' הנביאים 48
ירושלים ת.ד. 36
מיקוד: 91000
טל: (02) 6256716
פקס: (02) 6241118

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Declaration of Mr. Naser AM. T. Tahboub



I Mr. Naser AM. T. Tahboub, declare and state as follows:

1. I am over 18 years of age and competent to testify to the matters set forth below of my own personal knowledge.

2. I have been informed by Al-Aqsa Islamic Bank's ("Al-Aqsa") attorneys that it is a defendant in civil lawsuits in the United States; I am submitting this declaration in support of Al-Aqsa's Motion to Dismiss for lack of personal jurisdiction in those cases.

3. I am employed by Al-Aqsa and my current title is General Manager. I have been employed by Al-Aqsa since June 15th, 2005 and my past job titles include Adviser to the Minister of Finance.

4. Based on my experience within the bank, I have knowledge of Al-Aqsa's international operations and connections to the United States. I have also reviewed all bank records known to me which might reveal any contact Al-Aqsa has had with the United States.

5. Al-Aqsa is not, and has never been, domiciled, organized, or incorporated in any form in the United States.

6. Al-Aqsa is not, and has never been, licensed or registered to do business in the United States.

7. Al-Aqsa does not, and has never, owned or leased property in the United States.

8. Al-Aqsa does not have, and never has had, a branch office, a representative, an employee or an agent in the United States, except for its representation by an attorney in this court.

9. Al-Aqsa does not now, and has never, offered or advertised banking or any other services within the United States.

10. Al-Aqsa has never received funds which originated in the United States.

11. Shares of Al-Aqsa stock have never been offered or sold in the United States.

12- Al-Aqsa did have a correspondent relationship with a United States based bank CitiBank NY during the period 1999 - 2001. This correspondent relationship was necessary to perform routine international monetary transfers and has never been used to perform any business within the United States.

13. Al-Aqsa does not maintain correspondent relationships with the United States based banks.

I declare under penalty of law that the foregoing is true and correct. Executed on this 16th day of February, 2006.

Signature:

Name: Naser AMT. Tahboub
Title: General Manager