

Date : 19/2/2006

## Mr. Martin F. McMahon and Associates

We Al-Aqsa Islamic Bank certify that our records mention that Della Elbaraka Company Share with us only with 25% from the capital of the bank.

The Al-Aqsa Islamic Bank not subject to Della Elbaraka Company.

Best Regards,

**Managing Director**

AQSA ISLAMIC BANK
General Management

البــيرة - فلسطين  شارع القدس - نابلس ص.ب 3753  هاتف: 2407150 ، فاكس : 2407159
AL-Beireh. Palestine. Tel: 972 2 2407150 , Fax: 2407159 , P.O.Box 3753 AL-Beireh
فرع نابلس : شارع الأمير عمد - مجمع دار المال التجاري هاتف: 5-2335810(09) ، فاكس : 2335817(09)

Email: aqsabank@palnet.com



DEFENDANT'S EXHIBIT B