# EXHIBIT 1



PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
HOUSTON
LAS VEGAS
LONDON
LOS ANGELES

**COZEN**
**O'CONNOR**
ATTORNEYS

A PROFESSIONAL CORPORATION

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TORONTO
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com

July 11, 2005

**VIA E-MAIL**

**Sean P. Carter**
Direct Phone 215.665.2105
Direct Fax     215.701.2105
scarter@cozen.com

To All Defendants' Counsel

   *In Re: Terrorists Attacks on September 11, 2001*; 03 MDL 1570 (RCC)

Dear Counsel:

   I write on behalf of the Plaintiffs' Executive Committees, to request the defendants' consent to a proposed amendment of one of the deadlines established by Case Management Order No. 2. In particular, paragraph no. 13 of CMO2 establishes a July 31, 2005 deadline for plaintiffs to "file an amended complaint that includes all amendments made prior to that date, whether made pursuant to Rule 12(e) otherwise."

   The obvious intent of the inclusion of a deadline for filing of "final" amended complaints was to ensure that it would not be necessary for the Court to consult multiple pleadings in order to review the allegations against any particular defendant. However, under existing and pending stipulations with defendants who were recently served via publication or otherwise, plaintiffs who are pursuing RICO claims are not scheduled to file their respective RICO statements against those defendants until after July 31, 2005. Because the RICO statements serve to amend the complaints, the plaintiffs feel that the deadline for filing "final" amended complaints should be adjourned to a date after the RICO statements are filed. To that end, plaintiffs propose that the deadline for filing "final" amended complaints be extended up to and including October 30, 2005, by which time most, if not all, of the RICO filings should be complete. We would ask that the defendants advise the undersigned whether they will consent to this proposed extension by the close of business on Wednesday, July 13, 2005.

July 11, 2005
Page 2

We thank you in advance for your anticipated cooperation relative to the foregoing.

Sincerely yours,

COZEN O'CONNOR

BY: SEAN P. CARTER

SPC/bdw
cc: All Counsel of Record
Stephen A. Cozen, Esquire
Elliott R. Feldman, Esquire
J. Scott Tarbutton, Esquire
Adam Bonin, Esquire