USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-7-06

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| In Re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) ECF Case |
|---|---|

*This document relates to:*   Cantor Fitzgerald & Co., et al. v. Akida
Bank Private Ltd., et al. (04 CV 7065)

### STIPULATION OF DISMISSAL OF THE ISLAMIC INVESTMENT COMPANY OF THE GULF

PLEASE TAKE NOTICE that, through counsel, the *Cantor Fitzgerald* plaintiffs and defendant, Islamic Investment Company of the Gulf, have agreed to and hereby stipulate to the dismissal of defendant, Islamic Investment Company of the Gulf, without prejudice, each side to bear its own attorney's fees, costs, and expenses.

Respectfully submitted,

DICKSTEIN SHAPIRO MORIN &   SHEPPARD MULLIN RICHTER &
OSHINSKY LLP                HAMPTON LLP

By: _____        By: _____
Kenneth L. Adams                 James J. McGuire (JM 5390)
Christopher T. Leonardo          Timothy J. McCarthy (TM 2118)
1177 Avenue of the Americas      30 Rockefeller Plaza, Ste. 2400
New York, NY 10036               New York, NY 10112

Counsel for Plaintiffs           Counsel for Defendant

SO ORDERED:

_____  3/7/06
RICHARD CONWAY CASEY, U.S.D.J.

Dated: March 3, 2006

W02-NY:1EBC1\120009253.1