## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Civil Action No. 03 MDL 1570 (RCC) ECF Case |

This document relates to:

   *Estate of John P. O'Neill, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 04-CV-1923 (RCC)

   *Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et al.*, 04-CV-1076 (RCC)

## NOTICE OF PLAINTIFFS' CROSS MOTION

PLEASE TAKE NOTICE that upon the Memorandum of Law and Declaration of Gina M. MacNeill, Esquire attached hereto, Plaintiffs, by and through undersigned counsel, will move the Court, before the Honorable Richard C. Casey, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, 10007, at a date and time to be determined by the Court, for an Order Striking Defendants' ASAT TRUST REG. Supplemental Memorandum of Law of February 20, 2006, MDL Docket nos. 1697-98.

Dated: March 7, 2006

                                              Respectfully submitted,

                                              _____
                                              Jerry S. Goldman, Esquire (JG8445)
                                              LAW OFFICES OF JERRY S. GOLDMAN
                                                  & ASSOCIATES, P.C.
                                              111 Broadway, 13th Floor
                                              New York, NY 10006
                                              (212) 242-2232

                                              *Attorneys for Plaintiffs, Estate of John P. O'Neill, Sr., et al.*