**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____

In Re TERRORIST ATTACKS on )   03 MDL 1570 (RCC)
SEPTEMBER 11, 2001 )   ECF Case
_____)

*This document relates to:*

   *Estate of John P. O'Neill, Sr.  et al. v. Republic of Iraq, et al.*, 04-CV-1076 (RCC)

   *Estate of John P. O'Neill, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 04-CV-1923
   (RCC)

<u>**Declaration of Gina MacNeill, Esquire**</u>

   GINA M. MAC NEILL, on this 7th day of March, 2006, hereby declares pursuant to 28 United States Code Section 1746, and under penalties of perjury, that the foregoing is true and correct:

   1.   I am an attorney at law, licensed to practice law in the Commonwealth of Pennsylvania, the State of New Jersey, and admitted to practice in the United States District Court for the Southern District of New York.

   2.   I, along with Jerry S. Goldman, Esquire and others, am an attorney of record in the instant matter.

   3.   Attached hereto and incorporated herein as Exhibit A, is a true and accurate copy of the Stipulated Extension of time to Answer or Otherwise Plead relating to the defendants Asat Trust, Erwin Wachter, Martin Wachter, and Sercor Treuhand Anstalt ("Defendants"), approved on April 25, 2005, Docket no. 829 ("First Stipulation").

4.   Attached hereto and incorporated as Exhibit B, is a true and accurate copy of the May 27, 2005 Court Endorsed letter request for a mutually agreed upon extension of time to file RICO statements applicable to the Defendants ("Court Endorsed letter").  Docket no. 952.

5.   Attached hereto and incorporated herein as Exhibit C, is a true and accurate copy of the Stipulated Extension of Time to Answer or Otherwise Plead applicable to the Defendants entered on June 23, 2005 ("Second Stipulation").   Docket no. 1004 .

6.   Attached hereto and incorporated herein as Exhibit D, is a true and accurate copy of a letter of Jerry S. Goldman, Esquire dated January 9, 2006 to counsel for the defendant.

7.   Attached hereto and incorporated herein as Exhibit E, is a true and accurate copy of a letter from Barry Coburn, Esquire counsel for the defendant, to Jerry S. Goldman, Esquire dated January 18, 2006.

8.   Attached hereto and incorporated herein as Exhibit F is a true and accurate copy of a letter to the Court by Andrea Bierstein, Esquire, dated June 10, 2004, in response to a request by Lynne Bernabei, Esquire, relative to a second motion to dismiss on behalf of the defendants, Soliman H.S. Bal-Buthe and Perouz Sedaghaty, dated June 8, 2004.

9.   Attached hereto and incorporated herein as Exhibit G is a true and accurate copy of the Court's order denying leave to file a second motion to dismiss, dated June 15, 2004, endorsed onto a letter of June 11, 2004 by Lynne Bernabei, Esquire to the Court, Docket no. 244.

_____
GINA M. MAC NEILL, ESQUIRE
1500 JFK Blvd, Ste. 1411
Philadelphia, PA 19102
215.569.4500

X:\Clients\ONeill v. Saudi arabia\Motions\Motions to Dismiss\Asat Trust- Wachter\ASAT TRUST II\Plaintiffs' Response\Drafts\Mac Neill Declaration.doc