```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-26-05
```

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL 1570 (RCC)  ECF |

This document relates to:

Estate of John P. O'Neill, Sr., et al v. Al Baraka Inv. & Dev. Corp., et al, 04-CV-1923 (RCC)

Estate of John P. O'Neill, Sr., et. al v. Republic of Iraq, et. al., 04-CV-1076 (RCC)

## STIPULATED EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

TO THE HONORABLE COURT:

NOW APPEAR, without submitting to the jurisdiction of this Court, Martin Wachter, Erwin Wachter, Secor Treuhand Anstalt, and Asat Trust Reg., by and through the undersigned counsel, along with the undersigned counsel representing the Plaintiffs in these matters, and respectfully stipulate and agree to, subject to the approval of this Court, as follows:

1. On or about March 14, 2005, Martin Wachter, Erwin Wachter, Secor Treuhand Anstalt, and Asat Trust Reg. ("Stipulating Defendants") each received letters from Gina M. MacNeil, Esq., of the Law Offices of Jerry S. Goldman & Associates, P.C., attorneys for the Plaintiffs in the above-referenced action, sent by the Clerk of the United States District Court for the Southern District of New York, enclosing a copy of the Original Complaint, First Amended Complaint, Second Amended Complaint and Summons in these cases.

1

2. Assuming *arguendo* that receipt of these letters constituted effective service of process upon these Stipulating Defendants, a responsive pleading would be due on April 4, 2005.

3. Plaintiffs shall serve their RICO Statements concerning the Stipulating Defendants, as required by Paragraph 7 of the Court's Standing Rules of Practice and in Paragraph 14 of Case Management Order No. 2, not later than thirty (30) days from the date the Court approves this Stipulation and Order.

4. Stipulating Defendants shall answer or otherwise plead thirty (30) days from the date of filing of the aforesaid RICO Statements for the Stipulating Defendants

5. Plaintiff shall have forty five (45) days from the filing of such pleading, to respond.

6. Stipulating Defendants shall have thirty (30) days form the receipt of such response to file a reply, if warranted and/or permitted.

RESPECTFULLY SUBMITTED this 4th day of April, 2005.

Coburn & Schertler

*[signature]*

Lisa Fishberg (S.D.N.Y. # LF6946)
Barry Coburn (request for admission *pro hac vice* forthcoming)
Alexander Bopp (request for admission *pro hac vice* forthcoming)
1140 Connecticut Avenue, N.W., Suite 1140
Washington, D.C. 20036
Tel.: (202) 628-4199
Fax: (202) 628-4177
E-mail: Barry.coburn@att.net;
abopp@coburnandschertler.com

ATTORNEYS FOR MARTIN WACHTER, ERWIN WACHTER, SECOR TREUHAND ANSTALT and ASAT TRUST REG.

2

*And*

Law Offices of Jerry S. Goldman & Associates, P.C.

_____
Jerry S. Goldman (JG 8445)
The Trinity Building
111 Broadway, 13th Floor
New York, New York
Tel: (212) 242-2232
Fax: (212) 346-4665

April 4, 2005                                ATTORNEYS FOR PLAINTIFFS

So ordered this 25 day of April, 2005

_____
Hon. Richard C. Casey,
United States District Court Judge

3

X:\Clients\ONeill v. Saudi arabia\Documents\Sripulations\First Request for Extension of Time to Answer or Otherwise Plead\2Wachter et al final.doc