**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |
|---|---|

This document relates to:

*Ashton v. Al Qaeda Islamic Army*, 02-CV-6977
*Burnett v. Al Baraka Inv. & Dev. Corp.*, 03-CV-9849
*Continental Cas. Co. v. Al Qaeda*, 04-CV-5970
*New York Marine & Gen. Ins. Co. v. Al Qaida*, 04-CV-6105
*World Trade Ctr. Props. LLC v. Al Baraka Inv. & Dev. Corp.*, 04-CV-7280

**DECLARATION OF STEVEN K. BARENTZEN**

STEVEN K. BARENTZEN, on this 8th day of March 2006, hereby declares pursuant to 28 U.S.C. § 1746, and under the penalties of perjury, that the foregoing is true and correct:

1. I am an attorney licensed to practice law in the State of New York and the District of Columbia. I am an associate with the law firm of DLA Piper Rudnick Gray Cary US LLP and I submit this declaration in support of the Reply Memorandum of Law of Jamal Barzinji in Further Support of Motions to Dismiss Pursuant to Rule 12(B)(6) For Failure to State a Claim.

2. Exhibit A is Michael Isikoff and Mark Hosenball, *Probe Closed*, Newsweek National News (June 3, 2005), http://www.msnbc.msn.com/id/8062039/site/newsweek.

Steven K. Barentzen

# EXHIBIT A








Column / Terror Watch

**Michael Isikoff and Mark Hosenball**

• E-mail the authors • Biographies • More by the authors • Blogs about these authors

Chris Usher

**Newsweek**
Subscribe Now
Periscope
National News
Politics
World News
International Ed.
War in Iraq
Business
Enterprise
Tech & Science
Healthbeat
Society
Education
Entertainment
Tip Sheet
Columnists
Letters & Live Talks
Multimedia/Photos
Search the Site
Search Archives
**News Video**
**U.S. News**

# Probe Closed

**The suspension of a Swiss investigation into a suspected Al Qaeda could affect Washington's global battle against funders of terror.**



Nada greets former Iraqi dictator Saddam Hussein in this undated picture

**WEB EXCLUSIVE**

**By Michael Isikoff and Mark Hosenball**


MOST POPULAR
**Most Viewed** • Top Rated

World News
Business
Olympics
Sports
Entertainment
Tech / Science
Health
Weather
Travel
Blogs Etc.
Local News
Newsweek
Multimedia
Most Popular
NBC NEWS
MSNBC TV
Today Show
Nightly News
Meet the Press
Dateline NBC

SUBSCRIPTIONS



- Subscribe
- Renew
- Change Address
- Give a Gift
- Manage Your Account

Newsweek
Updated: 7:30 p.m. ET June 3, 2005

June 1 - In a significant setback for the Bush administration's international crackdown on those it suspects of funding terrorism, Swiss prosecutors have "suspended" a long-running criminal investigation into Al Taqwa, an Islamic network that Washington believes has provided financing for Al Qaeda and other terror groups.

Story continues below ↓

advertisement

Youssef Nada, founder and head of Al Taqwa, told NEWSWEEK by telephone that his lawyer had received a letter from the Swiss federal attorney general's office earlier today informing him that an investigation which the office had launched in the weeks after the 9/11 attacks was to be closed. In an order issued earlier this year, a Swiss court had given the prosecutor's office until May 31 to either present the results of its investigation to a judge for further proceedings or close the file.

Mark Wiedmer, spokesman for the Swiss Attorney General's office in Bern, said that the investigation was not absolutely terminated but "suspended" because it could be restarted if new evidence was acquired by Swiss authorities. But Wiedmer acknowledged that prosecutors concluded that after three and a half years of investigation they could not put together enough evidence in time for the May 31 deadline to convince a federal investigating magistrate that a criminal case against Nada and Al Taqwa could be taken to trial. Hence the investigation had to be closed for now.

ONLINE MAIL CALL

**Our readers respond to the closing of a probe in Switzerland**

By the same token, Wiedmer said, "We don't say they [Nada and Al Taqwa] are innocent." The



TERROR WATCH
- Congress vs. Bush on NSA
- Congressional Democrats plan hearing Thursday to grill intelli surveillance issues
- Most Viewed on MSNBC.com
- A top Canadian intelligence offi little hope of rehabilitating sus terrorists.

NEWSWEEK TOP STORIES
- Did Phone Spying Foil Plots
- The Bush administration says i program yielded information th at least two terror attacks. Son convinced.
- Current Column

Add RSS feed for this colun

BLOG TALK

**Read what bloggers are sayin Newsweek article**

4 blogs are discussing Terror Wa Bush as Swiss End Probe right n

POWERED BY Technorati

RELATED STORIES | What's
- Terror: Nearing a Deadline
- Terror Watch: Another Lost Opp
- Terror Watch: President Nixon's Adviser
- Terror Watch: On the Loose
- Inside the war on terror



FROM SLATE
- **School of Hard Knocks** What President Summers never learned about Harvard.
- **Port Whine** Why Republicans should stop their bickering about the Dubai debacle.

More from Slate

SEARCH THE SITE



Business Directory
Stop searching, start finding!
Advertising & Marketing
Air Charter
Annuities
Antivirus / Antispam Solutions
Architects
Asset-Based Finance
Autos
Bankruptcy / Debt Settlement
Business Continuity
Call Centers

POWERED BY DIRECTORY M

MORE

- **Looking for a degree from a quality school?** Discover Newsweek distance learning.com

**Sponsored Feature**
- Newsweek showcase.com—your resource for health, education and business opportunities

lengthy investigation, he argued, was a "qualified success" because prosecutors now know "what's the matter [with Al Taqwa], we know what's not the matter and we know where we don't know what's the matter."

Because his name remains on U.S. and U.N. sanctions lists, Nada said, the Swiss prosecutors' decision to close down their Al Taqwa criminal investigation was, for him, insufficient vindication. "I'm still in the same position," Nada complained. Under terrorism-finance sanctions imposed by the U.S. and U.N. after 9/11, the known assets of "designated" terrorist financiers like Nada and his associates are supposed to be frozen, and their physical movements are supposed to be limited to their countries of residence.

Nada said Swiss investigators, who began their inquiry a few weeks after 9/11 with raids on the homes and offices of Nada and other Al Taqwa associates, had conducted a worldwide inquiry looking for evidence that the network had financed terrorism and "come up in the end with empty hands."

He said the U.S. Treasury should now reassess the evidence that led it to put him, his associates, and Al Taqwa on its sanctions list, and called on President Bush to order an investigation into how and why the Treasury pursued what Nada characterized as a miscarriage of justice against him. U.S. authorities, he said, had bought into inaccurate information linking him and Al Taqwa to terrorism through what he said was a "chain of misleadings." He declined to specify how he believed U.S. officials were misled or who misled them.

**CONTINUED**

1 | **2** | **Next >**

**Rate this story** **Low** **High**

Current rating: **3.5** by **11** users • **View Top Rated stories**

Print this Email this Blog this IM this

Sponsored by

**MORE FROM NEWSWEEK NATIONAL NEWS**

**Next →** **Newsweek National News Section Front**

- Politics: The Shot Heard Round the World
- Hunters: 'He Lost Control of His Emotions'

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of March, 2006, I caused an electronic copy of the foregoing Declaration of Steven K. Barentzen to be served by email upon all parties scheduled for electronic notice.

/s/ Steven K. Barentzen_______
Steven K. Barentzen (SB-8777)