UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*

*Burnett, et al. vs. Al Baraka Invest. & Devel. Corp.*, et al., 03-CV-9849 & 03-CV-5738


**NOTICE OF CHANGE OF FIRM NAME**

PLEASE TAKE NOTICE that Hanly Conroy Bierstein & Sheridan LLP has changed its name to Hanly Conroy Bierstein Sheridan Fisher & Hayes LLP.  The address and telephone number will remain unchanged.


Dated:  New York, New York
        March 10, 2006

                                          HANLY CONROY BIERSTEIN SHERIDAN
                                            FISHER & HAYES LLP


                                        By:  /s/ Andrea Bierstein
                                              Andrea Bierstein, Esq. (AB-4618)
                                              112 Madison Avenue
                                              New York, NY  10016-7416
                                              Telephone: (212) 784-6400
                                              Facsimile: (212) 784-6420