# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) <br> ECF Case |

*This document relates to:*

> *Thomas E. Burnett, Sr., et al. v. Al Baraka Investment & Development Corp., et al.*, Case No. 03-CV-9849 (S.D.N.Y.)
> *Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-CV-6978 (S.D.N.Y.)
> *Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.*, Case No. 04-CV-05970-UA (S.D.N.Y.)
> *Euro Brokers, Inc., et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 04-CV-07279-UA (S.D.N.Y.)
> *New York Marine and General Insurance Co. v. Al Qaida, et al.*, Case No. 04-CV-6105 (S.D.N.Y.)
> *World Trade Center Properties, LLC, et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 04-CV-7280 (S.D.N.Y.)

## DECLARATION OF JAMES E. GAUCH

I, JAMES E. GAUCH, declare as follows:

1. I am an attorney at the firm of Jones Day, counsel for Defendant Yeslam Binladin in the above-captioned cases. I submit this Declaration in support of Defendant Yeslam Binladin's Motion to Strike the Declaration of Jean-Charles Brisard, the Affidavit of Carmen Bin Ladin, and the Statement of Guillaume Dasquié.

2. Attached as Exhibit A is a true and correct copy of the Affidavit of Omar Binladin, with exhibits, signed on January 25, 2006.

3. Attached as Exhibit B is a true and correct copy of a Letter from Jacques Lecuyer to Julie Raignault, dated April 5, 2004.

4. Attached as Exhibit C is a true and correct copy of a Letter from Hervé de Bechade to Julie Raignault, dated April 5, 2004.

5. Attached as Exhibit D is a true and correct copy of a Letter from Alfonso Valdivieso to Kendall Freeman, dated March 12, 2004, available at http://www.binmahfouz.info/faqs_5.html.

6. Attached as Exhibit E is a true and correct copy of the Affidavit of Bakr Binladin, with exhibits, signed on January 25, 2006.

7. Attached as Exhibit F is a true and correct copy of an excerpt from the transcript of "CNN Late Edition with Wolf Blitzer" (airdate July 18, 2004), containing his interview with Carmen Bin Ladin, as available at http://transcripts.cnn.com/TRANSCRIPTS/0407/18/le.00.html.

8. Attached as Exhibit G is a true and correct copy of an excerpt from "Inside the Kingdom: My Life in Saudi Arabia" by Carmen Bin Ladin, published in 2004.

9. Attached as Exhibit H is a true and correct copy of an excerpt from the transcript of CNN's "Paul Zahn NOW" (airdate July 19, 2004), containing her interview with Carmen Bin Ladin, as available at http://cnnstudentnews.cnn.com/TRANSCRIPTS/0407/19/pzn.00.html.

10. Attached as Exhibit I is a true and correct copy of the transcript of ABC's "PrimeTime Thursday" (airdate October 25, 2001), containing Diane Sawyer's interview with Carmen Bin Ladin.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on March 10, 2006 in Washington, D.C.

_____
James E. Gauch