# EXHIBIT B



CAISSE NATIONALE DES BARREAUX FRANÇAIS

Paris, le 5 avril 2004

Madame Julie RAIGNAULT
Cabinet THIEFFRY
23 avenue Hoche
75008 PARIS

Réf. à rappeler
SECTION AFFILIATION
LL

Votre correspondant : Mme Laurence LYON

Madame,

Je vous prie de bien vouloir noter que **Monsieur Jean Charles BRISARD** n'a jamais été affilié auprès de notre Organisme. En conséquence, sauf erreur de notre part, il ne peut être ou avoir été avocat.

Espérant avoir répondu à votre attente, je vous prie d'agréer, Madame, l'expression de mes sentiments les plus distingués.

LE DIRECTEUR

Jacques LECUYER

11, BOULEVARD DE SEBASTOPOL - 75038 PARIS CEDEX 01
Tél : 01 42 21 32 30 - Télécopie : 01 42 21 32 71 - Internet : www.cnbf.fr - e-mail : cnbf@cnbf.fr

CNBF                                    NATIONAL FUND OF THE FRENCH BAR

Paris, April 5, 2004

Mrs. Julie RAIGNAULT
THIEFFRY Law Offices
23 Avenue Hoche
75008 PARIS

Please quote this reference:
MEMBERSHIP SECTION
LL

Your contact: Mrs. Laurence LYON

Dear Madam,

I ask you to kindly note that Mr. Jean Charles BRISARD has never been affiliated with our Institution. Therefore, unless we are mistaken, he cannot be now or ever have been an attorney.

Hoping I have provided what you looking for,

Yours sincerely,

                                        THE DIRECTOR
                                        [signature]
                                        Jacques LECUYER

11 BOULEVARD DE SEBASTOPOL – 75038 PARIS CEDEX 01
Tel.: 01 42 21 32 30 - Fax: 01 42 21 32 71 - website: www.cnbf.fr - e-mail: cnbf@cnbf.fr



# CERTIFICATE
## OF ACCURACY

STATE OF NEW YORK )
                              SS:
COUNTY OF KINGS )

This is to certify that the attached document:

**Letter from Jacques Lecuyer, Director of the National Fund of the French Bar to Julie Raignault, dated April 5, 2204**

is, to the best of my knowledge and belief, a true, complete, and accurate translation from the French language into the English language.

_____
Silvina Samuels

Sworn to and subscribed before me

this 9th day of March 2006

_____
Notary Public

BENARDETTE McEVOY
Notary Public, State of New York
No. 01MC6137903
Qualified in Kings County
Commission Expires 12/05/2009

