# EXHIBIT C

O R D R E   D E S   A V O C A T S   A   L A   C O U R   D E   P A R I S



*Direction de l'Exercice Professionnel*
☎ 01 44 32 47 00   📠 01 44 32 47 20

Le Directeur

Madame Julie RAIGNAULT
Avocat à la Cour
Cabinet THIEFFRY & Associé
23, avenue Hoche
75008 PARIS

Paris, le 5 avril 2004

*Références à rappeler :*
N/Réf.HdB/nm

Madame et cher Confrère,

En réponse à votre demande d'information en date du 31 mars 2004, j'ai l'honneur de porter à votre connaissance que Monsieur Jean-charles BRISARD, est inconnu au Barreau de Paris.

Il ne figure en effet ni sur la liste du Stage, ni sur celle du Tableau des avocats inscrits, ni sur celle des avocats honoraires.

Je vous prie de croire, Madame et cher Confrère, à l'assurance de mes sentiments dévoués.



Hervé de BECHADE

ASSOCIATION OF ATTORNEYS AT THE PARIS BAR

Office of Professional Practice
Tel. 01 44 32 47 00    Fax 01 44 32 47 20

The Director

Mrs. Julie RAIGNAULT
Attorney to the Court
Law Offices of THIEFFRY and Partner
23, Avenue Hoche
75008 PARIS

PARIS, April 5, 2004

Please quote this reference:
Our Reference: HdB/nm

Dear Madam and Colleague,

In answer to your request for information dated March 31, 2004, I have the honor to inform you that Mr. Jean-Charles BRISARD is unknown to the Paris Bar.

His name does not appear in the Internship list, or on the Table of Registered Attorneys, or on the table of honorary attorneys.

Yours sincerely,

[signature]

Hervé de BECHADE

Mailing address: 11, place Dauphine – 75053 Paris Cedex 01 – www.avocatparis.org



# CERTIFICATE
## OF ACCURACY

STATE OF NEW YORK )
              SS:
COUNTY OF KINGS )

This is to certify that the attached document:

**Letter from Hervé de Bechade, Association of Attorneys at the Paris Bar, to Julie Raignault, dated April 5, 2204**

is, to the best of my knowledge and belief, a true, complete, and accurate translation from the French language into the English language.

_____
Silvina Samuels

Sworn to and subscribed before me
this 9th day of March 2006

_____
Notary Public

BENARDETTE McEVOY
Notary Public, State of New York
No. 01MC6137903
Qualified in Kings County
Commission Expires 12/05/2009

