# EXHIBIT D

03/12/2004 11:16 FAX 3470880          SAFEHER                              ⌐002

**ALFONSO VALDIVIESO**
Abogado

Bogotá, D.C., March 12, 04

KENDALL FREEMAN
Solicitors

According to your request through Mr. José Gabriel Fernandez-Cardona I want to state some facts related to Jean-Charles Brisard and his strategy to use the United Nations and my name in order to promote documents or information on terrorism that supposedly he elaborated.

From September 15, 1998 to January 14, 2003 I was the Permanent Representative of Colombia at the United Nations and in that capacity I was President of the Security Council in July 2001 and December 2002, I was also President of the 1267 Committee of the Council dealing with terrorism during the period 2001-2002 and at the same time I was Vice chairman of the Counter Terrorism Committee established by the Security Council after the September 11th events. I have now retired from government service and devoted to legal practice.

Actually, I personally never met with or spoke to Mr. Brisard and it is completely false that I in my capacity as President of the Security Council or as President of the 1267 Committee or in any capacity within that Organization had commissioned him on a personal or official basis to write a Report on terrorism. He had no role whatsoever with the United Nations Security Council during the period in which I occupied the Presidency.

Let me refer to some of Mr. Brisard's moves directed- I assume - to the manipulation that he was trying to make. Some time in 2002 my assistant in the 1267 Committee of the Security Council, that I chaired, was approached by a person named Damien Peres, who mentioned the name of Mr. Brisard in connection with a lawsuit that he handled on behalf of the families affected by the September 11th tragedy. Mr. Peres volunteered to provide information on the financing of terrorism and around June 2002, an individual identified as Jean-Charles Brisard came to New York and gave my assistant a Report which supposedly had been submitted to the US Congress.

03/12/2004 11:17 FAX 3470880          SAFEHER                                    ☐003

**ALFONSO VALDIVIESO**
Abogado

In December 2002, when I was chairing the Security Council, another report reached our office in New York. Immediately after there were media reports about a Report attributed to Brisard and "commissioned" by the Security Council or by the President of the Council. In a very emphatic way we explained to several journalists that no such commission had been issued and that such version was simply false.

As I have been saying in different statements, Mr. Brisard's conduct and attitude is totally deceitful and marked by the intention to mislead. It shows the kind of person that he is in that he uses the name of others – in this case UN and I – to try to validate and promote reports that probably don't have a significant value. Mr. Brisard's Report was unsolicited and I do not believe his Report was taken seriously by anyone at the UN, nor do I believe any step or action was taken by the UN with it, except the need to explain to journalists that it has not been commissioned by us as I have explained in the previous paragraph.

I am ready to provide any additional comment or information concerning this matter.

Cordially,

ALFONSO VALDIVIESO