# EXHIBIT F

Why do we talk about these issues? It's the same reason. There's a difference in values, Wolf, here that the American people have a right to understand.

BLITZER: Well, I wondered how long it would take to get the values issue coming up. But, Governor Richardson, do you want to respond to that?

RICHARDSON: Well, I do, because $87 billion going to Iraq, hospitals, schools, money should be spent in America.

Secondly, no exit plan whatsoever. And I think what you were seeing is Senator Kerry and Senator Edwards saying, "What is the plan? When are we going to be having this Democratic society in Iraq? What is our objective? What about our alliances? What about other peacekeeping forces? Why don't we get other countries to share some of the responsibility?"

The answers weren't there, and I believe that's why you saw their "no" vote.

BLITZER: At the Republican convention, Governor Racicot, the main speakers during the prime-time coverage, in addition to the president and the vice president, are all considered moderate Republicans, raising questions among conservative Republicans that they're being shunted aside at least prime-time during the Republican convention.

Listen to what Lindsey Graham told The Washington Times on Friday, the Republican senator from South Carolina: "The most conservative speaker right now is John McCain, who is truly a fiscal conservative. But a lot of conservatives believe the conservative movement that got us here is being ignored at the convention."

You're going to have Schwarzenegger speaking, Rudy Giuliani speaking. Where are the Tom Delays, for example? RACICOT: Well, how could you do any better than the president and vice president? Tell me who are two more visible and credible conservatives in America than those two. And the entire schedule, of course, hasn't even come close to being completely filled out yet. There will be, I think, a reflection of the big tent under which all Republicans ultimately find comfort.

And so I think frankly there's much to be made by this by the pundits. But within the party, I don't believe that there's anything other than pride in our agenda.

BLITZER: A final question to you, Governor Richardson. How worried are you about security at the Fleet Center in Boston at the Democratic convention?

RICHARDSON: Well, we're concerned, but we that it's going to be a very positive, good convention; the same with the Republican convention. I think if we start thinking pessimistically and letting the terrorists dictate what we're going to do like talking about postponements and changes, then the terrorists win.

We've got excellent security at our convention. I'm sure the Republicans do the same. We're going to get through these ~~conventions in a very,~~ very good way, showcasing democracy to the rest of the world, which is, I think, a strength, irrespective of party, about our country.

BLITZER: Governor Richardson, Governor Racicot, thanks to both of you for joining us.

RACICOT: Thank you.

BLITZER: We'll look forward to covering both conventions. And of course, we'll have extensive coverage of both.

Just ahead, inside the family of Osama bin Laden. I'll speak with the world's most wanted man's former sister-in-law, Carmen bin Laden, about her experiences and her new book.

Stay with "LATE EDITION."

(COMMERCIAL BREAK)

BLITZER: Osama bin Laden, terrorist enemy number one, whereabouts unknown. And from here in Washington to the wilds of the Afghan-Pakistan border, a huge effort under way to both understand and apprehend the world's most wanted man.

One person who brings special insights into the bin Laden family is a woman who married one of Osama bin Laden's brothers. I spoke earlier to Carmen bin Ladin about her new book, "Inside the Kingdom: My Life in Saudi Arabia."

(BEGIN VIDEO CLIP)

Carmen bin Ladin, thanks very much for joining us. How did you get involved with the bin Laden family?

CARMEN BIN LADIN, AUTHOR: I was married to Yeslam bin Laden, Osama's brother.

BLITZER: When did you get married, and how long were you married to him?

BIN LADIN: Well, I was married in '74, and my divorce is still pending.

BLITZER: You met Osama bin Laden at least on two occasions. Is that right?

BIN LADIN: Yes, I did. Yes.

BLITZER: In your book you write this when you saw him, you say, "He was a tall man, despite a slightness of his build, and he had a commanding presence. When Osama stepped into the room you felt it."

What did you feel?

BIN LADIN: Well, you know, he had a lot of presence. He was a very tall man, and I got a glimpse of him. And you know, the Saudi, usually when they come in a room you feel their presence. And Osama was somebody who you could feel him. When I saw him I was struck by his presence.

BLITZER: Your ex-husband, Yeslam bin Laden, has denied any relationship, any support to his brother, Osama bin Laden.

In fact, he told NBC, he said I have been investigated by the Swiss, by the French, and their examinations of my affairs have not revealed any at all, any reprehensible or unlawful activity. I know my family, I would be surprised to think that anybody would help.

But you write in the book, you write, "I cannot believe the bin Ladens have cut Osama off completely. This would be unthinkable among the bin Ladens. No matter what a brother does, he remains a brother."

Are you suggesting that the bin Laden family, which is one of the wealthiest in Saudi Arabia, one of the most respected despite the fact that they have Osama bin Laden in the family, is still financially supporting him?

BIN LADIN: For me, it's very -- knowing that society and knowing how this society works, for me it's very difficult to believe that all the members of the bin Laden family have cut complete ties with Osama.

BLITZER: But you haven't been in Saudi Arabia in how many years?

BIN LADIN: Well, I have not been in Saudi Arabia since '86. But, you know, I have been in contact with Saudi friends, and the last time I talked with my husband it was in '94. And I remember very well he did mention and he knew the whereabouts of Osama. And he did mention that he was in Sudan. BLITZER: Even after the terror attacks in Riyadh over the past year that have killed so many Saudis -- we're getting information from top U.S. officials, in fact from the president of the United States on down, and the intelligence community at the FBI that the Saudi government of Crown Prince Abdullah, the effective ruler of Saudi Arabia, now gets it. They're cooperating in the hunt for terrorists because they recognize their own kingdom is in danger.

BIN LADIN: I'm not saying all the royal family and everybody supports Osama. I'm not in politics, and I don't know what it is going on.

Now that they have been hit in their homeland, there might be some changes. But I still, for me, it's very difficult to believe that, you know, suddenly all the Saudi society has turned its back on Osama.

BLITZER: During those years in the '80s, he was largely in Afghanistan, working with the mujahedeen against the Soviet occupiers of Afghanistan, working closely with the United States, in fact. The CIA deeply involved in that entire effort. Is that right?

BIN LADIN: Exactly. And he was very much admired. And I think the admiration of the Saudi has not faded.

He succeeded at making a name for himself as being a very, very good Muslim. And, in my opinion, he's still considered by a lot of Saudis as a very, very good Muslim.

BLITZER: You write in your book, "Inside the Kingdom," you write this, you say, "Saudi Arabia may be wealthy, but it is probably the least cultivated country in the rich and multifaceted Arab world, with the most simplistic and brutal conception of social relationships."

And you go on to say, "The only difference between Saudi Islam and that of the ultra hard-line Afghan Taliban is the opulence and private self-indulgence of all the Saudis. The Saudis are the Taliban in luxury."

Those are strong words, but those are words written on your experience in the '80s in Saudi Arabia, in the '70s.

Do you accept the fact that many Saudi leaders now say that things have dramatically improved in recent years?

BIN LADIN: I hope so, but, for me, it's very difficult to believe that because, you know, up to 9/11 and before I went public, I had some contact with some Saudis. And, you know, I think at the contrary, the Saudis that the opening that you had, you could have hoped for, it's even stronger now because the Wahhabist Islam has gained such an influence.

And it's much more spread than it used to be.

BLITZER: I want you to listen to what Adel al-Jubeir, the adviser to the Crown Prince Abdullah, said to me about a year or so ago. Listen to this.

(BEGIN VIDEO CLIP)

ADEL AL-JUBEIR, ADVISER TO CROWN PRINCE ABDULLAH: We have opened up opportunities for women in terms of jobs. Women have access to education. Over 50 percent of our students at the college level and above are women. As our society develops, more women will enter the job force.

(END VIDEO CLIP)

BLITZER: Do you believe him?

BIN LADIN: Well, I will believe it when I see it.

BLITZER: But right now you're still skeptical. Is that what you're saying?

BIN LADIN: Exactly.

BLITZER: Carmen bin Ladin's book is called "Inside the Kingdom: My Life in Saudi Arabia." The ex-sister-in-law of Osama bin Laden.

Thanks very much for joining us.

BIN LADIN: You're welcome. Thank you for having me.

(END VIDEOTAPE)

BLITZER: And up next, your response to our Web question of the week. We'll show you that, when we come back.

(COMMERCIAL BREAK)

BLITZER: Our "LATE EDITION" question of the week asked this question: Should the U.S. postpone the presidential election in the event of a terrorist attack?

Look at this. Here's how you voted: Three percent of you said yes; 97 percent of you said no -- overwhelming. Remember though, this is not a scientific poll.

And that's your "LATE EDITION" for Sunday, July 18th. Please be sure to join me next Sunday and every Sunday at noon Eastern for the last word in Sunday talk.

Next Sunday we'll be reporting live from Boston for a preview of the Democratic National Convention.

I'm here Monday through Friday, weekdays, noon and 5:00 p.m. Eastern.

I'm Wolf Blitzer in Washington.