# EXHIBIT H

# PAULA ZAHN NOW

**Interview With Carmen bin Laden; Interview With Barbara Walters**

Aired July 19, 2004 - 20:00   ET

THIS IS A RUSH TRANSCRIPT. THIS COPY MAY NOT BE IN ITS FINAL FORM AND MAY BE UPDATED.


(BEGIN VIDEOTAPE)
PAULA ZAHN, CNN ANCHOR (voice-over): Carmen bin Laden.

CARMEN BIN LADEN, SISTER-IN-LAW OF OSAMA BIN LADEN: When I say my name, people seem surprised, astonished, shocked.

ZAHN: On her infamous family name, the shock of 9/11, her former brother-in-law and why she fled Saudi Arabia.

BIN LADEN: I really believe that they have robbed of us our freedom.

ZAHN: Tonight, my interview with the outspoken Carmen bin Laden.

And Bobby Fischer's brilliant mind, cold War hero turned international fugitive.

BOBBY FISCHER, FUGITIVE: So this is my reply to their order not to defend my title here. That's my answer.

ZAHN: After 12 years on the run, is it finally checkmate for one of the greatest chess players ever?

(END VIDEOTAPE)

ZAHN: Good evening and welcome. Thanks so much for joining us tonight.

Our feature stories are still ahead tonight, but we begin with Martha Stewart. On Friday, she received the minimum sentence for lying to federal investigators, five months in prison, five months of home detention, two years of probation. Stewart is now free pending an appeal and has hired a high-powered lawyer to handle that.

But she does have some thinking to do, to do the prison time or go through with the appeal and potentially face a longer sentence if she is retried and loses again.

We may get an idea of her plans tonight when she appears on "LARRY KING LIVE" in less than an hour taking questions from viewers. On Friday, Stewart went from the verge of tears in the courtroom to defiance on the courthouse steps to cool confidence in an interview, even comparing herself to other good people who have gone to prison, like Nelson Mandela. Stewart's words are where we start tonight in our interview with Barbara Walters.

(BEGIN VIDEO CLIP)

MARTHA STEWART, CONVICTED FELON: I'm not the person that you have seen in the newspapers, read about day in and day out. I'm just not that person.

BARBARA WALTERS, ABC NEWS: Who is that person? Who are you?

STEWART: That person is a figment of many, many, many imaginations, much of it. I'm not saying every single piece of that, but much of it is -- the venom directed toward me has been pretty horrific.

(END VIDEO CLIP)

ZAHN: And joining us now, "20/20" anchor Barbara Walters.

Always good to see you.

WALTERS: I would like to say, first of all, this is the first time that I have been on with you. And I've always felt that I was your fairy godmother.

ZAHN: I hope that continues for many years to come.

WALTERS: And I hope it does, too. So I'm happy to see you.

ZAHN: Welcome.

Let's talk a little bit about Martha Stewart making it abundantly clear that people have a lot of misconceptions about who she is. What does she

ZAHN: I know she also told you that she thinks one of the reasons she's been attacked is that she is this powerful, successful businesswoman. Do you think things might have turned out differently if she had been perceived by the public and the jury pool as someone who deserved to have their empathy?

WALTERS: Yes.

And she did not take the stand. And, you know, she doesn't want to publicly whine and complain. So then people said, well, she's not really sympathetic. Now, should she show it? Maybe. Maybe it would have been better if she did. That's not who she is. And maybe if she had been that kind of person, she wouldn't have accomplished the amazing things that she did. She says she's a teacher and that's how she thinks of herself.

ZAHN: Let's talk about who you are, a woman...

WALTERS: Who I am?

ZAHN: ... who has devoted every waking hour to this business, who is finally going to slow down just a little in September.

(CROSSTALK)

WALTERS: No, no, no, I have not devoted every waking hour.

(CROSSTALK)

ZAHN: More than most.

WALTERS: Well, you're just -- you're getting there.

ZAHN: I'm getting there.

So what happens comes September? You leave "20/20."

(CROSSTALK)

WALTERS: Martha Stewart said at the end of our interview, by the way, my business is my life.

I love my business, but it's not my life. I have friends. I have my daughter. You know me quite well. I have a whole world. I'm leaving "20/20" at the end of September. It will be my last month doing "20/20" as an anchor. I will do specials. I will be able to finally pick and choose what I want to do. I will be out of the week- in, day-in, day-out get, the next get. You, my baby, you're going to still be doing it.

ZAHN: I'll still be fighting you for that get. I don't know what you're talking about.

(LAUGHTER)

WALTERS: No. I can give it up. I'll do the most fascinating 10 people. I'll do Academy Award night. I'll do, I hope, big interviews. From time to time, I'll go on "20/20." But it won't be week in, week out. I can travel. I can spend more time with my daughter. I can have more life.

ZAHN: Well, we wish you the best of luck with the next chapter of your life. And we'll still be tripping over you, I know, for the big get.

WALTERS: And I'm still very proud of you.

ZAHN: Thank you. Thank you for dropping by tonight, Barbara Walters.

Now, if you want to hear the questions that have yet to be asked of Martha Stewart, stick around later tonight for "LARRY KING LIVE." Stewart will take your calls starting at 9:00 p.m. Eastern here on CNN, her first and only live interview since her sentencing.

Coming up next, she married into an elite Saudi Arabian family with a now infamous name. Carmen bin Laden speaks out.

(BEGIN VIDEO CLIP)

ZAHN: Do you feel that you're a marked target because you carry the bin Laden name?

(END VIDEO CLIP)

ZAHN: And, later, is there a link between al Qaeda, Iran, and the 9/11 attacks?

(COMMERCIAL BREAK)

ZAHN: Carmen bin Laden may have fled from her in-laws nearly 20 years ago, but she has not been able to escape them. The family still haunts her to this day.

Now she is telling her own story through a new book called "Inside the Kingdom."

Nearly three years after the terrorist attacks of September 11, she still lives with the fear and the stigma of being a bin Laden.

(BEGIN VIDEOTAPE)

ZAHN (voice-over): These are the words of Carmen bin Laden: "September 11, 2001 was one of the most tragic dates of our lifetimes. It took and shattered the lives of thousands of innocent people. It robbed the Western world of its sense of freedom and security. For me, it was a nightmare of grief and horror, one that will imprison me and my three daughters for the rest of our lives."

BIN LADEN: There is no escape for my daughter from their name and their backgrounds. The only escape we could have is to explain to the world that, in spite of being and carrying the name of bin Laden, they have fought and paid an emotional price to gain their freedom.

ZAHN (on camera): Is it a curse to carry your name?

BIN LADEN: There is no way out of it, because some friend of mine have asked me why we don't change it. But we are aware that, even if you change your name, we cannot escape it.

ZAHN: Do you feel that you're a marked target because you carry the bin Laden name?

BIN LADEN: When I say my name, people seem surprised, astonished, shocked.

ZAHN: Have they ever said anything ugly?

BIN LADEN: Yes. My eldest daughter had received threatening phone call, but it's life.

ZAHN: Do you feel safe?

BIN LADEN: I want to feel safe, you know? Because if I see it and I worry about what could happen, then I would not be able to live and I would not be able to let my daughter live.

ZAHN (voice-over): She goes on to write: "Something in me snapped. This was no freak accident. This had to be a deliberately plotted attack. Then waves of horror crashed over me as I realized that somewhere at the bottom of this lay the shadow of my brother-in- law, Osama bin Laden.

(on camera): When you knew him, did you think he ever would have been capable of pulling off this kind of brutal attack?

BIN LADEN: No.

In Saudi Arabia, when I knew him, I knew that he was very religious. He had managed to make a name for himself as a very good Muslim who would fight against the infidels. I knew he was very religious, but I never thought that this would lead to attack the Western society.

ZAHN: So you had respect for him as a religious person, but you never thought he would become a fanatic?

BIN LADEN: In my eyes, at the time, he was still a fanatic, at the time, because, you know, he didn't want his children to listen to music and -- but that was not very unusual in Saudi Arabia. There were a lot of the society who were really very, very religious.

And, you know, in Saudi Arabia, my experience is that you are never, never too religious. In their eyes, the more religious they are, there is no such term as fanatic Muslim. You are a good Muslim or you are not.

ZAHN (voice-over): Carmen bin Laden was born in Switzerland to a Swiss father and an Iranian mother. Despite traveling over the years to Iran, Carmen was raised in the West and always insisted she'd never marry a Middle Easterner.

But, in 1973, she met Yeslam bin Laden. Like many Saudis, he came to Geneva for the summer. He was there with some of his brothers, all with wild Afros and platform shoes. Carmen and Yeslam dated and move to Southern California for college. By 1974, they were engaged and off to Jeddah for their wedding. It was then that Carmen got her first glimpse of Saudi culture.

She had to wear a head scarf and was not allowed to speak to men in public. But it wasn't until the fall of 1976, when they moved to Saudi Arabia, that the Western life that Carmen knew so well was gone. The difference was clear the very first time she met her brother-in- law, Osama.

BIN LADEN: I didn't wear a veil. And he couldn't see his sister-in-unveiled. He turned his back and he start walking away because Osama would not sit in a room with me and talk with me.

ZAHN (on camera): There was a point when you were living in Saudi Arabia where you really believed that some of Osama bin Laden's behavior bordered on fanaticism. What did you see that bothered you?

BIN LADEN: One time, we were in Taif. And he had his son and I had my youngest daughter and they were children. And he refused that his

child take the bottle on the ground because, that it was against their religion. He was not even in the room. None of the women there dared to disobey him.

That was the day that I realized that the word of a man in that society is so strong, that, even if he's nuts, present, physically present in the room, he will not be disobeyed.

ZAHN: And meanwhile, this child was miserable and wanted to be fed.

BIN LADEN: Yes. Yes.

ZAHN: Was there ever a point in family discussions where people would concede that he had gone too far with all of this?

BIN LADEN: Nobody said that Osama was going too far. They did admire him for what he was doing for Islam.

ZAHN: And you believe to this day in Saudi Arabia there is still a great reservoir of respect for him?

BIN LADEN: I cannot believe that it would be otherwise. I am sure that Osama has a lot of people who still admire him.

ZAHN: In spite of the enormous death count in the United States?

BIN LADEN: Some people, they don't even admit that Osama did that terrible act.

ZAHN: They blame someone else?

BIN LADEN: Yes.

ZAHN: And why do you think they do that?

BIN LADEN: I think they are convinced that, you know, in their -- in their belief, that it's not Osama.

(END VIDEOTAPE)

ZAHN: When we come back, Carmen bin Laden tells why she believes the ties between Osama bin Laden and Saudi Arabia's rulers remain unbroken.

(END VIDEOTAPE)

ZAHN: Welcome back.

More now of my conversation with Carmen bin Laden. She is the author of "Inside the Kingdom." It is a rare glimpse into one of the world's most infamous families, the bin Ladens of Saudi Arabia.

(BEGIN VIDEOTAPE)

ZAHN (voice-over): Saudi Arabia is a devout country of opulence, wealth, and privilege. No one seems to embody that life and those beliefs more than the bin Laden family. As the founders of the country's largest construction company, they are worth billions.

But, in Saudi Arabia, the name bin Laden has come to mean more than money. It means influence, power, and prestige, especially given the bin Ladens decades-long relationship with the Saudi royal family.

BIN LADEN: They had always been tight together, the bin Laden and the royal family.

(CROSSTALK)

BIN LADEN: Since the time of their father.

ZAHN (on camera): Why the close ties, business connections?

BIN LADEN: I think emotional and business connection. ZAHN: And when you say emotional, what do you mean?

BIN LADEN: It's like a tradition. They are very, very close to each other.

ZAHN (voice-over): It was into this family that Swiss-born and Western-raised Carmen bin Laden was absorbed when she married Yeslam bin Laden, one of Osama's older brothers.

(on camera): You write in a painful exchange that you bore your husband's three daughters. He wanted sons, didn't he?

BIN LADEN: I think he wanted sons. And I think in the society, you know, nobody came openly to me and said, what a pity, you have a daughter. They would say, I hope next time you will have a boy. And they really meant it that they were, well, never mind. You have a daughter. We hope

next time, it will be a boy.

ZAHN: Which you believe is a reflection of how Saudi Arabian society views women.

BIN LADEN: I was worried that they wouldn't be able to be what they could be. They would not be allowed to express themselves. They would have to be really submissive. And that worried me.

I couldn't be a Saudi mother and bring them up in the Saudi way. My youngest daughter once came to me and said she was so scared. And she said, mom, you don't pray, then you are going to go to hell. And I realized she had been told at school that people who would not pray and follow the rule of Islam would go to hell.

ZAHN (voice-over): And the political backdrop in Saudi Arabia, Carmen says, did not help. The 1970s had been a time of relative freedom and ease after the oil rush flooded the country with money.

But in 1979, many of the freedoms Carmen and others had experienced crumbled when the shah of Iran was ousted. "The Saudi royal family," she writes, "panicked and sought to placate the religious fundamentalists." She describes the religious police breaking into homes to confiscate stereos. And she says her husband changed as well. The marriage broke up. Carmen fled to Switzerland with her daughters.

While she got custody of her girls, her divorce battle has dragged on in Swiss courts for a decade. Today, she has little contact with the bin Laden family, but has stayed in touch with many friends in Saudi Arabia, contacts that she says give her unique insight into the country's current relationship with Osama bin Laden.

(on camera): Not only do you believe he still has support in Saudi society today. You believe there is some complicity with the Saudi royal family.

BIN LADEN: I believe that some of the -- in the Saudi royal family, Osama has some supporter.

ZAHN: What evidence do you have of that?

BIN LADEN: I don't have evidence. I haven't spoken with them. Knowing that society, I knew they admired him. For me, it's difficult to believe it would be otherwise.

ZAHN: Your husband and other members of the bin Laden clan have publicly denounced Osama. Yet, you boldly say in your book -- quote -- "I cannot believe that the bin Ladens have cut off Osama completely. This would be unthinkable. Among the bin Ladens, no matter what a brother does, he remains a brother." So are they lying?

BIN LADEN: I can't believe that they have rejected the brother on the ground that he's too religious.

ZAHN: Even after 9/11?

BIN LADEN: I mean, none of the brother had admitted that Osama who has done that terrible act. They have condemned the terrorist act in general, but they have never condemned their own brother.

ZAHN: Do you believe they support him financially?

BIN LADEN: I don't have any proof, but, for me, it's very difficult to believe that they have let their brother in need. I cannot believe that they cut completely the emotional tie with him and they would let him be in difficult position.

ZAHN: What has been their reaction from anybody you know in Saudi Arabia to this book?

BIN LADEN: I know that they are not pleased. I always felt that I had to explain to my daughter how I saw that society and why I thought it was important for me to fight to keep them with me. And I always felt that one day, I will explain to my daughters why I made some decision on their behalf that changed their life.

And, unfortunately, 9/11 happened and this is my way to explain to the Western world that those girls, despite carrying the name of bin Laden, doesn't share the same value.

ZAHN: How bitter are you with Osama bin Laden for carrying out this attack?

BIN LADEN: I am very bitter because -- not only because I carry his name. I am bitter as a Westerner because I really believe that they have robbed us of our freedom. We are living in some fear that what will be the next attack?

ZAHN: So, in your heart of hearts, it wouldn't surprise you if Osama bin Laden is linked to yet another catastrophic attack on Americans, whether it's here or abroad?

BIN LADEN: I hope I am wrong. I hope I am wrong, but I think this terror attack will continue, unfortunately.

(END VIDEOTAPE) ZAHN: Since 9/11, Carmen bin Laden and her daughters have rarely visited the U.S. When they do, they inform the U.S. Embassy in advance. That way, they won't create a panic when immigration reads the names on their passports.