# EXHIBIT I

Copyright 2001 American Broadcasting Companies, Inc.
ABC News

SHOW: PrimeTime Thursday (10:00 PM ET) - ABC

October 25, 2001 Thursday

TYPE: Interview

LENGTH: 3862 words

HEADLINE: Carmen bin Laden, sister-in-law of Osama bin Laden, discusses bin Laden family

ANCHORS: CHARLES GIBSON; DIANE SAWYER

BODY:
Announcer: And now from Time Square, Diane Sawyer and Charles Gibson.

CHARLES GIBSON, co-host:

Good evening. And welcome to another edition of PRIMETIME THURSDAY.

DIANE SAWYER, co-host:

And tonight for the first time, a member of the bin Laden family speaks out on American television. A woman, Carmen bin Laden, sister-in-law of Osama, who has been married to his older brother for nearly three decades. On Monday we traveled to Geneva, Switzerland to hear what she had to say. She told us she was not out to attack the family, but simply describe the money, politics and life inside as she saw it. An act that in Saudi Arabia, for a woman, is not only bold but possibly dangerous. You should also know that she has been seeking a divorce for several years, and estranged from her husband's family long before September 11th. She told us she dreams of coming back to the United States with her daughters even though so many of us here have a visceral reaction to that name; the name so many Americans have come to despise.

What do you see in people's faces when you tell them your name?

Ms. CARMEN BIN LADEN: You know, I am afraid what I will see in people's faces when I am in America. Because I can understand them. I--I would have a reaction maybe the same way. I condemn that act, but I can understand that people when they will see me or see my daughter, when she say 'I am bin Laden,' you know, will they believe her that she--she didn't know?

SAWYER: Some people have said that to have the bin Laden name now must be like having had the Hitler name.

Ms. BIN LADEN: I carried that name for nearly 30 years. My children were born with that name, you know? And I don't want, you know, to change their name.

SAWYER: September 11th, where were you?

Ms. BIN LADEN: I was in--in my car. And for me it's like they hurt my country.

SAWYER: (VO) She was in her car in Geneva, Switzerland, where she lives when a friend on the car phone described one tower hit and then the other. And she said when she heard the American officials say the name of the suspect...

President GEORGE W. BUSH: ...is that Osama bin Laden is a prime suspect.

SAWYER: (VO) She was not surprised they named her brother-in-law, but as a mother she was terrified.

Ms. BIN LADEN: And then suddenly I thought about my daughter and I said, 'My God.'

SAWYER: (VO) Her daughter who was living in downtown New York in Soho. There was a widely reported rumor about a bin Laden girl who had been warned to leave town before September 11th. It was a rumor about her daughter who, in fact, had come home to Switzerland in June; a trip she had taken every year. She says there was no warning, no tip, but that rumor led to death threats picked up by the FBI.

(OC) She had threats?

Ms. BIN LADEN: Yeah.

SAWYER: In the United States?

Ms. BIN LADEN: Yeah. It scares me but I can understand. You know, if I have somebody--I lost somebody in the World Trade Center, you know, and I see the name bin Laden there, you know, I--and I hear--I read in the newspaper that she was tipped off and she flew. You know, I would call, too, you know? I would say, you know, I think I would if I had lost a child or a son or a daughter there. I would be mad and I would, on the spur of the moment, I would do things like that.

SAWYER: (VO) And Carmen bin Laden says that's exactly why she's speaking out tonight, so that Americans know there are some bin Ladens who love this country and condemn terrorism and the terrorists. We know him as the fanatic in the cave, the man she once knew as brother-in-law. She says he looks just as she remembered him, though now his beard is a little longer; this man who offers his interviewers Pepsi Cola while denouncing the commercial world; this man who goes on Western television to say Western television is evil. And what about his soft, delicate voice in which he says such murderous things? Carmen bin Laden says it is a tone she knows well from Saudi Arabia, where the gentle voice is not what it seems.

(OC) Was he kind? Was he considered gentle?

Ms. BIN LADEN: Well, everybody who is religious in Saudi Arabia is considered as kind. Don't--don't forget Osama says those shocking things, but he say it in the name of God.

SAWYER: So that's the gentle voice? I see.

Ms. BIN LADEN: Yes, you know?

SAWYER: Religious voice.

Ms. BIN LADEN: He thinks--he thinks that he's--he's saying in the name of God.

SAWYER: Do you hate your husband's brother?

Ms. BIN LADEN: I don't like him. You know, I cannot hate somebody. He hates people and look what he has become.

SAWYER: Are you afraid to be talking?

Ms. BIN LADEN: I am afraid. I am afraid because, you know, I want it to be understood. I think I owe it to my daughter. This is what I tell my children. We are ordinary people caught in an extraordinary situation.

SAWYER: (VO) The daughters born of her 27-year marriage to one of Osama bin Laden's most powerful brothers, sharing not only his name but wealth beyond imagining. If you look at the holiest shrines in Saudi Arabia, Mecca and Medina, bin Ladens built them. Every stone, every piece of marble. Thirty-two thousand people work for bin Ladens in 30 countries, running everything from financial services to insurance and research and construction. They are like Rockefellers and Rothschilds; though the patriarch Mohammed bin Laden reportedly had a total of some 23 wives.

(OC) So how many brothers and sisters are there in the bin Laden family?

Ms. BIN LADEN: There are 24 brother and 29 sister.

SAWYER: And Osama is the 17th?

Ms. BIN LADEN: I wouldn't know exactly which because you know sometimes, you know, they had brother who were born the same years.

SAWYER: Can you do them all?

Ms. BIN LADEN: I can do them all, but the other...

SAWYER: Do them--do as many as you can do.

Ms. BIN LADEN: Bakr, Omar (ph), Hassan, Tarek (ph), Mahulz (ph), Isah (ph), Abrahim (ph), Halil (ph), Haydar (ph), Abdul Aziz, Yasser (ph)--how many that make?

SAWYER: I'm going--I'll give you a break.

(VO) She met Osama's older brother, Yeslam, when he was a trip to Geneva. He was smart, handsome, and attracted to the part-Swiss, part-Persian girl with the high spirits.

(OC) And at any point did someone say, 'Hm, he could have four wives?'

Ms. BIN LADEN: I didn't think he would do that, and I would not have accepted it if he had--he would have taken another wife.

SAWYER: And she says when he first met some of his brothers...

Ms. BIN LADEN: Because he said, 'You know, my brother are there and don't smoke. I said, 'If I cannot smoke in front of your brother then I don't want to get married.'

SAWYER: And? What happened?

Ms. BIN LADEN: Then he offered me a cigarette.

SAWYER: In front of his brothers?

Ms. BIN LADEN: Yeah.

SAWYER: (VO) So the next thing she knew she was boarding a plane for her first trip ever to Saudi Arabia for her wedding; about to learn what it really meant to become a bin Laden.

(OC) Do you have a veil?

Ms. BIN LADEN: I have a veil in my bag. It was very thick mine, because I had made a mistake and I made it here, and it was too thick. And you know, I step on it, and you know, it was really--it was really funny. What I do remember very well, you know, my brother-in-law was standing at the stairs of the plane. He came and I say, 'Hi,' you know? And you know--and he looked at me and he said, 'Don't talk.'

SAWYER: (VO) She says she tripped over her veil but her brothers-in-law weren't allowed to touch her so they couldn't help her up.

You are looking at documentary footage from another wedding back in the 1980s. She says she believes Osama was present at her ceremony but she doesn't really know since the ceremony was only for men. The men sign the marriage license; the father usually signing for his daughter. And afterwards, when the men celebrate the wedding together, where's the bride? In another room dancing in her white wedding dress--not with her husband, but the women. Carmen says she danced with bin Laden wives and sisters, turned out in high fashion and jewels.

Ms. BIN LADEN: It's only women. They dance, sister-in-law, family, relative. You know, that was the first time I--when I--you know, I don't remember very well because you are nervous--all day I had not eaten--but I remember that only woman. And only, you know, it was really strange, you know, so many woman in--in--in one place.

SAWYER: (VO) Afterwards, while her brother-in-law Osama was studying civil engineering at Abdul Aziz University in Saudi Arabia, his older brother and new bride headed off to USC, California, USA.

Ms. BIN LADEN: What marked me the most, it was my year at the University of California. I feel completely at home in the state. I feel more comfortable in state--in the state than in--in Europe.

SAWYER: You were happy?

Ms. BIN LADEN: I was happy.

SAWYER: Graduation.

Ms. BIN LADEN: Yes I'm graduation. I was so proud of him that day.

SAWYER: (VO) After her husband graduated, they headed back home to Saudi Arabia. One of his brothers was about to make a lasting impression.

(OC) When we return, what it was like to live inside the bin Laden family, and the first time Osama bin Laden knocks at her door.

Announcer: Carmen bin Laden remembers her first encounter with her new brother-in-law, Osama bin Laden.

Ms. BIN LADEN: I opened the door and he turned his back because I was unveiled and he didn't want to see me.

Announcer: When PRIMETIME returns.

(Commercial break)

SAWYER: Carmen bin Laden says despite all the experts talking endlessly to all of us on American television, she thinks few of us here truly understand what it's like in the closed and intensely religious world of Saudi Arabia. Because the Saudis sit atop about a quarter of the world's oil reserves, because they move so freely in the west, Americans don't understands she says, what it's like at home where that legacy of puritanical Islam stretches back hundreds of years.

(VO) Saudi Arabia, where 225 years ago the desert tribes united under the banner of a fierce puritanical Islam called wohabism (ph). Infidels had to be purged from holy lands; women could be stoned for showing their faces, breaking any rule; daily prayers enforced by police. It is the same fervid form of Islam practiced by the Taliban who tore down those ancient Buddhist statues to make Afghanistan pure. So much for American's Freudian explanations of Osama bin Laden. The talk of unhappy childhood, the Syrian mother which isolated him and left him unconnected to the family

business. Carmen bin Laden scoffs at that, saying her brother-in-law was not considered a freak or a mad man in the family. He was admired as a pious man. Back then he was a kind of phantom in her life, still in his early 20s when she remembers he knocked at the door.

(OC) When was the first time you met Osama bin Laden?

Ms. BIN LADEN: The first time I saw Osama bin Laden I was playing with my kid and somebody on the hall way, and somebody knocked at the door. And instinctively I opened the door and here--with that--that man, and I just got a glimpse at him and he turned his back because I was unveiled and he did not want to see me. And he was doing like this and somebody was with him and I was saying, 'no,' you know? Because he had asked for my husband and I said, 'He is here, he is here,' and he kept walking and turning like this. And he--then I realize--and the person said, 'It's Osama. He doesn't want to see you.' Then I realize and I back off. Then they went and called my husband. But I knew--I knew that, you know, if Osama was there he would not see me without the veil.

SAWYER: Do you know how many wives Osama has? Do you know how many kids?

Ms. BIN LADEN: When I was in Saudi Arabia he had one wife and he had seven son.

SAWYER: Some of the things we read say that because his mother was Syrian he was, in a sense, isolated within the family.

Ms. BIN LADEN: Is not true. The bin Laden, they are brothers. In the Saudi society you have--you don't have such thing as half-brother. No matter who is your mother, you are from the same father, you are brother.

SAWYER: And did the other women talk about him as being particularly strict?

Ms. BIN LADEN: No. You know, they wouldn't use the word strict because I think in Saudi Arabia you are--you are never too religious.

SAWYER: I guess, I wonder if everyone was a little nervous around him since he was so strict?

Ms. BIN LADEN: No. No. Why?

SAWYER: Did he judge people?

Ms. BIN LADEN: For me it's difficult because I think, 'Who is Osama to tell me and to judge the quality of my faith,' you know? I don't see in the holy book saying 'Osama bin Laden has to decide if you are'--only God has to know if I am a good person, you know? The quality of my faith, I think it's only God who has to judge. Not somebody, you know, like Osama. No.

SAWYER: (VO) She says over the years, as a woman, she would rarely see him, though the women would whisper, 'Osama's coming, put on the veil.' For the most part she says, she stayed at home rearing her daughters. In Saudi Arabia there are no movie theaters, she wasn't permitted to show up at restaurants, nor leave the country without permission from a man. Women couldn't drive and she says even getting the right milk was a challenge.

Ms. BIN LADEN: And I used to send the driver and he would come all the time with the same brand of milk. And I asked my husband, I said 'I want to go and see what kind of milk I can find myself.' Then we waited in the car, they emptied the super market.

SAWYER: Because you were coming in?

Ms. BIN LADEN: Yeah, and when I arrived the super market was empty.

SAWYER: (VO) The workers, all men, had to leave. She says she couldn't find what she she wanted so her husband had the milk flown in from Switzerland.

These are photos from another time: A child's birthday party. Carpets rolled out on the tennis court. And in this picture, jewels, a ruby and pearl necklace she says has now gone back.

(OC) I notice you still wear your wedding rings.

Ms. BIN LADEN: This is not my wedding rings. It's a wedding--it's an anniversary ring. And this is the only jewelry that I kept and doesn't leave me. Now it will be 26 year. I am wearing it every day.

SAWYER: (VO) But as her daughters grew up amid all the luxury, she said it was harder to watch them entering the gilded cage.

(OC) Your daughters could have an education. They were educated with other girls?

Ms. BIN LADEN: In Saudi Arabia?

SAWYER: In Saudi Arabia.

Ms. BIN LADEN: Yeah, only girls.

SAWYER: (VO) And they could work, but they were only to work with other women. And then there was that episode that shocked Americans. The report of a 19-year-old Saudi princess who had an affair and was executed by order of her grandfather. And that was in 1977.

(OC) Did this strike fear in the heart?

Ms. BIN LADEN: I think it strike fear to any--any mother, fear in the heart of any mother.

SAWYER: But you make it sound like the Taliban.

Ms. BIN LADEN: But it is the Taliban regime in the luxury, in my opinion.

SAWYER: (VO) And yet the 'aunties' as they were called--the some-23 wives of Osama's father--seemed to bear it all without question.

Ms. BIN LADEN: One of the thing that surprised me, that they used to get along so well. They were like sisters. I remember I told, 'How can you?'

SAWYER: (VO) Including, she says Osama's mother.

(OC) Did you ever meet his mother?

Ms. BIN LADEN: I have seen her.

SAWYER: We heard that she was more Western, too.

Ms. BIN LADEN: You cannot say that, you know, 'This one is--is more Westernized.'

SAWYER: They were all the same?

Ms. BIN LADEN: Yeah.

SAWYER: And so there's no sense he was raised differently from the other brothers?

Ms. BIN LADEN: This I--I can assure you.

SAWYER: He was not.

Ms. BIN LADEN: He was not raised differently. They were all raised the same way. This is what I saw, this is what I realized.

SAWYER: So how do the Saudis reconcile their fundamentalist beliefs with life in modern and commercial times? Well, when we come back, we ask questions about Osama bin Laden and the family money.

Announcer: They share the same name, but the other bin Ladens say they do not financially support their brother's violent vision. Is that the whole truth?

SAWYER: Do you think whatever they say publicly, many members of the family still support him?

Announcer: When PRIMETIME continues.

(Commercial break)

Announcer: Secrets of the bin Laden family, are they really against what Osama bin Laden is doing?

And later, something different. Actress Drew Barrymore, from "E.T." to detox to embarrassment about her mother.

Ms. DREW BARRYMORE: I'm like, 'Oh Mom, that's just--Jesus. Lord, what are you saying out there?'

Announcer: When PRIMETIME continues, after this from our ABC stations.

(Commercial break)

SAWYER: In the course of our investigations, ABC News has been told that Western intelligence agencies have evidence that a number of prominent Saudi citizens have sent tens of millions of dollars to Osama bin Laden in the past few years and that that probably couldn't have happened, sources say, without the knowledge of some members of the royal family. And, indeed, for years the Saudis have used large donations to soothe Islamic extremists. And who better to help do that than Osama bin Laden who lives at the crossroads of anxious religious fervor and modern bank accounts.

(VO) This is Osama bin Laden's vision of holiness. His recruitment video. The men at war. Behind the black dot, the only woman. By the way, that woman is Barbara Bush. And in his world, children are safe from Western television and Britney Spears, but trained to fight. Bin Laden himself was just 22 years old when he went off to fight the Russians in Afghanistan mostly by raising money. Some say 20 to $25 million a month, not to mention his own inheritance from his father who died when Osama was 13.

(OC) Do you have any idea how much money he had? We've heard $80 million, we've heard $300 million that he is able to take into Afghanistan of his own inheritance.

Ms. BIN LADEN: I really don't know how much. But I think Osama had a lot of backing, you know, from Saudi Arabia, from the families, moneywise. He didn't--I don't think he'd have to take his own money.

SAWYER: When he left for Afghanistan, was he considered a hero in the family?

Ms. BIN LADEN: In the family, in everybody, you know, in Saudi Arabia, the society, everybody.

SAWYER: (VO) After the victory he returned to Saudi Arabia but began agitating over the troops left behind after the Gulf War and the royal family who had made that deal. She says he's not the only one in the family angry at the American president and their Islamic state.

(OC) He just wouldn't say it?

Ms. BIN LADEN: I think so.

SAWYER: So when Osama bin Laden starts agitating against the Saudi government and the US presence there, do you think he had the support of his family?

Ms. BIN LADEN: I think not only his family, I think a lot of people in Saudi Arabia they don't want an American to be there.

SAWYER: (VO) And Carmen bin Laden says she's curious, how did Osama bin Laden flee his terrorist base in the Sudan for Afghanistan reportedly with two transport planes filled with dozens of soldiers, four wives, 15 children, weapons and a bank roll.

Ms. BIN LADEN: How do you say, you--you are the most wanted person in the world, you must have some help to get from one country to another. But I have heard he has--he has the backing of some of the royal family. They think the same way. Not all of them, but some of them. You have to understand, I think in Saudi Arabia Osama bin Laden has a lot of power. And in my opinion, this is what makes him dangerous.

SAWYER: You said that people don't understand, too, how deep in Saudi Arabia the support for Osama bin Laden is. Do you think the Saudi government is in danger of being overthrown?

SAWYER: (Laughs) Yeah. But for--for what? For a regime even stricter than what it is.

SAWYER: You think whatever they say publicly, many members of the family still support him?

Ms. BIN LADEN: I think this is a Saudi society.

SAWYER: Do you know for a fact whether money has gone from the bin Laden family to Osama bin Laden?

Ms. BIN LADEN: For a--if you ask me, bring me the proof. I don't believe that, you know, that--I don't know that. But I--I--my opinion is yes. And this is my personal opinion.

SAWYER: Because?

Ms. BIN LADEN: Because I think they would say, OK, this is--for Islam they would give. You know, for Islam they would give.

SAWYER: (VO) The bin Laden family strictly denies it and so does the Saudi government. And so far there is no proof. We could only ruffle through random lists of questions about the family finances and those of the husband she's divorcing.

Ms. BIN LADEN: I would like to have that for my divorce proceeding. Can you give me those--those records because hearing by here he doesn't owe any money.

SAWYER: (VO) She says she decided to divorce him because of personal problems between the two of them and to make sure her daughters could live as she taught, freely, without fear of family criticism and control. We're covering the faces of her two daughters here because they're older and she doesn't want them recognized today.

(OC) Do you think if you had had only sons it would have been different?

Ms. BIN LADEN: I don't know. I don't know.

SAWYER: (VO) Gone now, the bin Laden private planes, the infinite resources. She says the last time she saw her husband was 1996, even though he lives in Geneva, too. And his family in Saudi Arabia stopped speaking to her years ago. Though she says she always dreamed someday of living in America and knows that the American military will do what it must. Though she adds Americans should remember for Osama bin Laden death is not as terrifying as being captured alive.

(OC) Do you think America could catch him alive?

Ms. BIN LADEN: I think the worst thing for him would be to be caught and brought in--in the land of infidels.

SAWYER: You said at one point that as much as you hated what Osama bin Laden did that in a perverse way he was true to himself all the way through.

Ms. BIN LADEN: Yeah. It's true.

SAWYER: He was the same person--

Ms. BIN LADEN: He really believes--he really believes in his radical way of--he has this radical view of Islam and this is it. Then he is true to himself.

SAWYER: And once again Carmen bin Laden says she is speaking out because she wants her daughters to be free and brave. We'll be right back.

Announcer: A movie star at seven. In rehab by 13. Bad girl Drew Barrymore is sober, married and back on top.

Ms. DREW BARRYMORE: I think I'm a weirdo. I'm awkward. I'm like--I don't know, I'm just another one of these people just trying to find their way.

Announcer: Drew Barrymore, then and now. When PRIMETIME returns.

(Commercial break)

LANGUAGE: ENGLISH

LOAD-DATE: January 31, 2002