# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*

> *Thomas E. Burnett, Sr., et al. v. Al Baraka Investment & Development Corp., et al.*, Case No. 03-CV-9849 (S.D.N.Y.)
> *Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-CV-6978 (S.D.N.Y.)
> *Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.*, Case No. 04-CV-05970-UA (S.D.N.Y.)
> *Euro Brokers, Inc., et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 04-CV-07279-UA (S.D.N.Y.)
> *New York Marine and General Insurance Co. v. Al Qaida, et al.*, Case No. 04-CV-6105 (S.D.N.Y.)
> *World Trade Center Properties, LLC, et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 04-CV-7280 (S.D.N.Y.)

## DECLARATION OF JAMES E. GAUCH

I, JAMES E. GAUCH, declare as follows:

1. I am an attorney at the firm of Jones Day, counsel for Defendant Yeslam Binladin in the above-captioned cases. I submit this Declaration in support of the Reply Memorandum in Support of Defendant Yeslam Binladin's Motion to Dismiss Plaintiffs' Complaints.

2. Attached as Exhibit A is a true and correct copy of the Declaration of Ibrahim Binladin, in *Bin Ladin v. Bin Ladin*, No. BC212648 (L.A. Superior Ct., Central District), signed on June 22, 1999.

3. Attached as Exhibit B is a true and accurate copy of a Lexis "FAA Pilots Directory" report for Yeslam Binladin, available at www.lexis.com.

4. Attached as Exhibit C is a true and correct copy of the Affidavit of Yves Bruderlein, with exhibit, signed on January 25, 2006.

5. Attached as Exhibit D is a true and correct copy of the Declaration of Gérard Piquerez, with exhibits, curriculum vitae, and translations, signed on March 10, 2006.

6. Attached as Exhibit E is a true and correct copy of the Affidavit of Bakr Binladin, with exhibits, signed on January 25, 2006.

7. Attached as Exhibit F is a true and correct copy of the Affidavit of Omar Binladin, with exhibits, signed on January 25, 2006.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on March 10, 2006 in Washington, D.C.

_____
James E. Gauch