# EXHIBIT A

DECLARATION OF IBRAHIM BINLADIN

I, IBRAHIM BINLADIN, make this declaration to support my claim to the property at 634 Stone Canyon Road, Los Angeles, California 90077.

In 1983, I decided to acquire the residence at 634 Stone Canyon, Los Angeles, California 90077, legally described as Lot 168 of Bel Air, as per map recorded in Book 113, Pages 9 to 17, inclusive, of Maps in Office of the County Recorder of Los Angeles County, California.

When the house was acquired in 1983, I did not want my name to be on the public record and my brother agreed to take title as my agent. Accordingly, title was taken in the name of my brother, Yeslam Mohammed Binladin. Nevertheless, all funds used for the purchase were solely and exclusively my funds.

Since 1983, when I have been in the United States I have lived in the residence at 634 Stone Canyon Road. In 1987, I was married to Christine Binladin. In 1993, I was divorced from Christine Binladin pursuant to a Judgment of Dissolution, a certified copy of which is attached hereto and marked Exhibit "A." Paragraph 15 of said Judgment of Dissolution (commencing on page 23), acknowledges that the residence at 634 Stone Canyon Road is my separate property.

At all times since 1983 I have been solely and exclusively

responsible for all costs, expenses and maintenance relating to the residence. For example, when I recorded the house in 1983, it was encumbered by a mortgage in the face amount of $518,300.00, calling for monthly payments of $4,170.36. At my request, my accountant has assembled copies of checks written on my account reflecting certain of these mortgage payments and copies of said documentation is attached as Exhibit "B."

Attached as part of Exhibit "C" hereto, is a check written on my account to the Los Angeles County Tax Collector reflecting a $50,000.00 payment by me, with respect to property taxes. Also, as part of Exhibit "C" is other documentation obtained from accountant evidencing the payments made by me in connection with my ownership of the property.

My attorney, David L. Wintroub, has also transmitted property tax payments for me to the Los Angeles County Tax Collector. All funds used for such purposes were my funds.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this __22__ day of __june__, 1999, at Los Angeles, California.

IBRAHIM BINLADIN .

P:\BINLADIN\DECL-IB.118                    -2-

EXHIBIT A