# EXHIBIT B

2 of 2 DOCUMENTS

**THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY**

FAA PILOTS DIRECTORY

**Name:** BINLADIN, YESLAM MOHAMED

**Address:**
21 RUE LEFORT
GENEVA, SWITZERLAND 1206

**Pilot Number:** A0151897

**FAA Region:** EUROPEAN

**Certification Class:**
PRIVATE PILOT

**Rating:**
AIRPLANE SINGLE ENGINE LAND PRIVATE PILOT
AIRPLANE MULTIENGINE LAND PRIVATE PILOT
INSTRUMENT AIRPLANE PRIVATE PILOT

**Medical Class:** THIRD CLASS

**Medical Exam Date:** 6/2005

**Medical Expiration Date:** 6/2007