USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-9-06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |
| This document relates to: | |

*Burnett, et al. v. Al Baraka Investment & Development Corp., et al.*, 03-CV-5738 (RCC);
*Euro Brokers Inc., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 04-CV-7279 (RCC)
*World Trade Ctr. Props. L.L.C., et al. v. Al Baraka Inv. & Dev. Corp. et al.*, 04-CV-7280 (RCC)

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs in all of the above-referenced cases consolidated under 03 MDL 1570 and Defendant Sami Omar Al-Hussayen, by and through their undersigned counsel, that Plaintiffs' time to respond to Defendant's Supplemental Memorandum in Support of Motions to Dismiss of Defendant Sami Omar Al-Hussayen Submitted Pursuant to Case Management Order No. 4 shall be extended to February 10, 2006, and that Defendants' time to file reply papers shall likewise be extended two additional days.

Dated: February 8, 2006

NEVIN, BENJAMIN & McKAY LLP

By: *Scott McKay* /JBK
SCOTT MCKAY
P.O. Box 2772
303 West Bannock
Boise, ID 83701

*Counsel for Defendant Sami Omar Al-Hussayen*

Respectfully submitted,

MOTLEY RICE LLC

By: [signature]
JUSTIN B. KAPLAN
28 Bridgeside Boulevard
Mount Pleasant, S.C. 29465

*Counsel for Plaintiffs*

SO ORDERED:

_____
RICHARD CONWAY CASEY, U.S.D.J.

Dated: February 9, 2006