IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
_____x

*In re Terrorist Attacks on September 11, 2001*　　　　**03 MDL 1570 (RCC)**
_____x

This filing applies to:
    *Ashton, et al. v. Al Qaeda Islamic Army, et al.*, Case No. 02-CV-6977
    *Estate of John P. O'Neill, Sr., et al. v. Al Baraka Investment and Development
        Corporation, et al.*, Case No. 04-CV-01923 (RCC)
    *Thomas E. Burnett, Sr., in his own right as the Father of Thomas E. Burnett, Jr.,
        et al., v. Al Baraka Investment and Development Corporation, et al.* Case
        No. 03-CV-5738

## DECLARATION OF OMAR T. MOHAMMEDI
## IN SUPPORT OF DEFENDANT WORLD ASSEMBLY OF MULIM YOUTH IN SAUDI ARABIA'S AND WORLD ASSEMBLY OF MUSLIM YOUTH INTERNATIONAL'S REPLY TO PERSONAL INJURY PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS

    I am an attorney licensed to practice in the Southern District of New York. I am with the Law Firm of Omar T. Mohammedi, LLC, counsel to the World Assembly of Muslim Youth in Saudi Arabia ("WAMY SA") and the World Assembly of Muslim Youth International ("WAMY U.S.A"). I submit this declaration to transmit to the Court the following documents submitted in support of WAMY SA's and WAMY U.S.A.'s Reply to Personal Injury Plaintiffs' Opposition to their Motion to Dismiss the consolidated Personal Injury Complaints.

1. Exhibit A is a copy of the Notice of Service of Publication listing all Defendants served by publication in 2003.

2. Exhibit B is a copy of the Verification of Publication listing all Defendants served by publication in 2004-2005.

I declare under the penalties of perjury that the foregoing is true and correct to the best of my knowledge and belief.

                                                                         /s/
                                              OMAR T. MOHAMMEDI

Dated: March 14, 2006

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

THOMAS BURNETT, SR., in his own  
right as the Father of THOMAS E.  
BURNETT, JR., Deceased, et al.,  

    Plaintiffs,

v.

AL BARAKA INVESTMENT AND  
DEVELOPMENT CORPORATION, a/k/a  
AL BARAKA BANK a/k/a DALLAH  
ALBARAKA GROUP, LLC, et al.,

    Defendants.

CIVIL ACTION  
CASE NUMBER   1-02-01616-JR

## NOTICE OF SERVICE BY PUBLICATION

Come now the Plaintiffs, by counsel, and hereby provide this Court with notice of service of process by publication on certain Defendants. Plaintiffs inform the Court as follows:

1. On March 25, 2003, this Court approved service of Defendants located in the Middle East through service by publication. (*See* Docket No. 95). The Plaintiffs have now completed this service of process by publication, and file this pleading to serve as notice of same.

2. Pursuant to this Order, the following Defendants have been served by publication in the *International Herald Tribune* and *Al-Quds Al-Arabi* newspapers: ABDUL RAHMAN AL SWAILEM (D95), ABDULLAH BIN ABDUL MUHSEN AL TURKI (D158), ABDULAH BIN SALEH AL OBAID (D23), ABDULLAH SULAIMAIN AL-RAJHI (D89), ABDULRAHMAN BIN KHALID BIN MAHFOUZ (D82), ADEL ABDUL BATTERJEE (D93), AHMED ALI JUMALE (D170), AL BARAKAAT EXCHANGE (D5), AL HARAMAIN FOUNDATION a/k/a AL HARAMAIN ISLAMIC FOUNDATION (D54), AQUEEL AL AQUEEL (D94), BAKR M. BIN LADEN (D180), DELTA OIL COMPANY (D101), HASSAN BAHFZALLAH (D24), KHALID SULAMAIN AL-RAJHI (D90), KHALID SALIM BIN MAFOUZ a/k/a

SHEIK KHALID BIN MAFOUZ (D81), MOHAMMED JAMAL AL KHALIFA (D92), MUSLIM WORLD LEAGUE a/k/a RABITA AL-ALAM AL-ISLAMI a/k/a ISLAMIC WORLD LEAGUE (D21), NATIONAL COMMERCIAL BANK (D2), SHAHIR ABDULRAOOF BATTERJEE (D67), TADAMON ISLAMIC BANK (D8), TARIK BIN LADEN (D79), WA'EL HAMZA JALAIDAN (D96), OMAR BIN LADEN (D181), OSAMA BIN LADEN (D78), SALEH ABDUL AZIZ AL RAJHI (D88), SAUDI BIN LADIN GROUP a/k/a BIN LADEN CORP. (D80), SULAMAIN BIN ABDUL AZIZ AL RAJHI (D87), YASSIN ABDULLAH AL KADI (D91), YOUSEF JAMEEL (D201), IBRAHIM MUHAMMAD AFANDI (D202), MOHAMMED BIN ABDULLAH AL-JOMAIH (D203), ABDULRAHMAN HASSAN SHARBATLY (D204), SALAHUDDIN ABDULJAWAD (D205), AHMAD AL HARBI (D207), MOHAMMED AL-ISSAI (D208), HAMAD HUSSAINI (D209), ABU RIDA AL SURI a/k/a MOHAMED LOAY BAYAZID (D210), SAUDI RED CRESCENT (D211), AHMED BRAHIM (D212), MOHAMMED ALI HASAN MOAYAD (D199), ABU MUSAB AL-ZARQAWI (D213), AYMAN AL-ZAWAHIRI (D214), ABU IBRAHIM AL-MASRI (D215), SULMAN AL-OUDA (D220), SAFAR AL-HAWALI (D221), SALEH AL-HUSSAYEN (D222), MUHAMMAD J. FAKIHI (D224), and FAISAL ISLAMIC BANK (D3).

3. The Legal Notice regarding the instant lawsuit appeared in the *International Herald Tribune* on May 23, 30 and June 6, 13, 20 and 27, 2003. An affidavit from the *International Herald Tribune* and copies of the Legal Notices are attached hereto as Exhibit A.

4. The Legal Notice regarding the instant case appeared in *Al-Quds Al-Arabi* on June 3, 11, 18 and 24 and July 12 and 14, 2003. A letter from *Al-Quds Al-Arabi* and copies of the Legal Notices are attached hereto as Exhibit B.

WHEREFORE, the Plaintiffs herein notify the Court and the parties of this completion of service by publication.

Dated: August 8, 2003

Respectfully Submitted:

/S/ Harry Huge
Harry Huge, Esq. (DC Bar No. 55640)
HARRY HUGE LAW FIRM, LLP
401 Ninth Street, N.W., Suite 450
Washington, DC 20004
Telephone: (202) 824-6046
Facsimile: (202) 318-1261

3

# EXHIBIT B



7950 Jones Branch Drive • McLean, Virginia 22108
(703) 854-3400



## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF ARLINGTON**

Being duly sworn Holly O'Hora says that she is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on Thursday, December 23, 2004, Thursday, December 30, 2004, Thursday, January 6, 2005 and Thursday, January 13, 2005 the following advertisement- LEGAL NOTICE: TO NAMED DEFENDANTS LISTED BELOW was published in USA TODAY.

_____
Principal Clerk of USA TODAY
January 13, 2005

Subscribed and sworn to before me
This 14th day of January month
2005 year.

_____
Notary Public

My Commission Expires  3/31/2005

USA TODAY

# LEGAL NOTICE

**THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK, CONSOLIDATED ACTIONS KNOWN AS IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001, 03 MDL 1570 (RCC); NOTICE OF FILING OF COMPLAINTS:** Judge Richard C. Casey issued an Order of service by publication on September 15, 2004. It was Ordered that notice of the above-captioned action be published once a week for four consecutive weeks in English, in the *International Herald Tribune* and the *USA Today*, and in Arabic in at least one Arabic language newspaper circulated widely in the Middle East, as well as posting the relevant complaints on the website www.september11terroritligation.com.

Named Defendants listed below:

- Ahmad Ibrahim Al Najjar
- Ahmed Khalfan Ghailani
- Ahmed Khalil Ibrahim Samir Al-Ani
- Ahmed Mohammed Hamed a/k/a Ahmed Mohammed Hamed Ali
- Ahmed Nur Ali Jim'ale
- Ahmed Ressam
- Ahmed Zaki Yamani
- Akida Bank Private Limited
- Akida Investment Co. Ltd.
- Al Amin Al-Khaffi
- Arab Cement Company
- Arafat El-Asahi
- Ary Group
- ASAT Trust Registered
- Asbat al-Ansar
- Ayadi Chafiq Bin Muhammad
- Azzam Service Center
- Bakr M. Bin Laden
- Bank of Taqwa Limited a/k/a Bank Al Taqwa Limited a/k/a Al Taqwa Bank
- Barakaa Trading Company
- Barakat Boston
- Barakat Construction Company
- Barakat Enterprise
- Barakat North America, Inc.
- Barakat Red Sea Telecommunications Co.
- Barakat Telecommunications Co. Somalia
- Barakat Bank and Remittances
- Barakat Computer Consulting (BCC)
- Barakat Consulting Group (BCG)
- Barakat Finance Group
- Barakat Global Telephone Company
- Barakat International Companies (BICO)
- Barakat Post Express (BPE)
- Barakat Refreshment Company
- Barakaat Telecommunications International Limited a/k/a Al-Barakaat Company-Limited (BTELCO)
- Al-Barakat International a/k/a Baraco Co.
- Al-Barakat Investments
- Barako Trading Company, LLC.
- Bashir Al-Filistini
- Al-Barakat Saudi Organization
- Al-Bir
- Al-Bir Saudi Organization
- Al-Hamati Sweets Bakeries
- Al-Haramain Islamic Foundation a/k/a Al Haramain Foundation a/k/a Al Bir Al Dawalia
- Al-Haramain Construction and Development Limited
- Al-Hijrah Construction and Development Limited
- Al-Ittihad al-Istamiyya (AIAI)
- Al-Mustaqbal Group
- Al-Nur Honey Press Shops a/k/a Al-Nur Honey Center
- Al-Rashid Trust
- Al-Shifa Honey Press for Industry and Commerce
- Al-Shaykh Al-Iraqi
- Al-Watania Poultry
- Albert Friedrich Armand Huber
- Algerian Armed Islamic Group
- Ali Atwa
- Ali Ghaleb-Himmat
- Al Saeed Bin Ali-Hoorie
- Amin Al-Haq
- Egyptian Islamic Jihad
- Essam Al Ridi
- Eurocovla Obras, S.A.
- Fahid Mohammed Ally Msalam
- Fahid Al-Raghie a/k/a Anas Al-Nazim Al-Raghie a/k/a Nazim Abdul Hamed Al-Raghie a/k/a Anas Al-Sabal
- Farq Al-Hijazi
- Fauzi Al-Ahmad
- Fazul Abdullah Mohammed
- Fethi Ben Rebai Masri
- Fouzi Jendoubi
- Gerad Jama
- Ghasoub Al Abrash Ghalyoun a/k/a Abu Musab
- Global Diamond Resource a/k/a Global Diamond Resources Inc.
- Global Relief Foundation a/k/a Foundation Secours Mondial
- Gulf Center S.R.L.
- Gulf and African Chamber
- Gum Arabic Company Limited
- Habib Fadi Abdullah Al-Mamouri
- Habib Waddani
- Hajj Abdul Manan Agha
- Haji Mohamed Akram
- Hamad Hussaini a/k/a Hizballah
- Hamas
- Hani Ramadan
- Hasan Izz-Al-Din
- Hashim Abdulrahman
- Hassan A.A. Bashzallah & Trading
- M.M. Badkock Company for Catering
- Mahdi Chamran Savehi
- Makhtab al-Khidamat
- Mamoun Mahamud Salim a/k/a Abu Hajer Al Iraqi
- Hayatul Ulya
- Hezb-e-islami
- Hisham Arnaout
- Human Concern International Society a/k/a Human Concern International
- Hussein Manhmud Abdulkadir
- Ibn al-Shaykh al-Libi
- Mazin M.H. Bahareth
- Mendi Kammoun
- Mercy International Relief Agency
- Mige-Malaysian Swiss a/k/a Miga-Malaysian Swiss Gulf and African Chamber
- Mohamed Atandi
- Mohamed Bayazid
- Mohamed S. Mohammed
- Mohammed Al-Masari
- Mohammed Ali Hasan Al Moayad
- Mohammed Amine Akli
- Mohammed Bahareth
- Mohammed Bin Abdullah Al-Jomaith
- Mohammed Bin Faris
- Mohammed Bin Laden Organization
- Mohammed Chehade
- Mohammed Hussein Al-Amoudi
- Mohammed Iqbal Abdurrahman
- Mohammed Jamal Khalifa
- Mohammed Khalil Al Saqa a/k/a
- Islamic Cultural Institute of Milan
- Mohammed Khatib
- Mohammed Mansour
- Mohammed Nur Rahmi
- Mohammed Omar Al-Harazi
- Mohammed Sarkawi
- Mohrez Amdouni
- Moncher Baazaoui
- Moro Islamic Liberation Front
- Mounir Ben Habib Jerraya
- Mounir El-Motassedeq
- Moussa Ben Amor Esseedi
- Mufti Mohammed Rashid
- Mufti Rashid Ahmad Laedenyancy
- Muhammad Ali-Hamati
- Muhammad Atif a/k/a Estate of Muhammad Atef
- Muhammad Omar
- Muhammed Salah
- Muhammed J. Fakihi a/k/a Muhammed Thili
- Muhsin Musa Matwalli Atweh
- Munzer Kahn
- Musheyir for Trading Establishment
- Mustafa Ahmed Al-Hisawi a/k/a Shaykh Sa'id
- Mustafa Mohamed Fadhil
- Mustafa Abdel Rahim
- Muwaffaq Foundation a/k/a Blessed Relief Foundation
- Nabil Benatia
- Nada International Anstalt
- Nada Management Organization, SA
- Najib Ouaz
- Nasco Nasreddin Holding A.S.
- Nascoservice S.R.L.
- Nascotex S.A.
- Nasreddin Company Nasco SAS DI Ahmed Idris Nasreddin EC
- Nasreddin Foundation
- Nasreddin Group International Holding Ltd.
- Nasreddin International Group Limited Holding
- National Bank for Social Insurance
- National Commercial Bank
- National Development Bank
- National Fund for Social Insurance
- National Management Consultancy Center
- Nedal-Saleh a/k/a Hitem
- New Diamond Holdings
- Noor-Jalil
- Nurjaman Riduan Ismuddin a/k/a Hambali
- Omar Abu Omar
- Omar Al-Bayoumi
- Omar M. Bin Laden
- Osama Bassnan
- Palestine Islamic Jihad
- Abu Al Darda
- Parka Trading Company
- Perdizes Poultry
- Promociones Y Construcciones
- Tehran Eridpse, S.A.
- Proyectos Edipsen
- Proyectos Y Promociones Iso
- Proyectos Y Promociones Pardise
- S.I.
- Queen City Cigarettes and Candy
- Rabih Haddah
- Rachid Fehrat a/k/a Rachid Fettar
- Raed Hijazi
- Ramzi Mohammed Abdullah
- Binalshibh a/k/a Ramzi Mohammed
- Red Sea Barakat Company Limited
- Riyadas-Saliheim Recognizance and Sabotage Battalion of Chechen Martyrs
- S.M. Tufail
- Saar Foundation
- Sabir Lamar
- Saddam Hussein
- Said Bahaji
- Saif Al-Adel
- Saif Al Islam-El Maary
- Salafist Group for Call and Combat
- Salah Bedahdah
- Salah Suleiman
- Saleh Al-Hussayen
- Saleh Gazzaz
- Saleh Mohamed Bin Laden
- Salem Bin Laden
- Salem Al-Ouda
- Sami Omar Al-Hussayen
- Samir Kishk
- Samir Saleh
- Sanabel Al-Kheer, Inc.
- Sanabil Al-Khair
- Sanur Salah
- Saqar Al-Sedawi
- Saudi Bin Laden Group
- Saudi Bin Laden International Company
- Saudi Cement Company in Damman
- Saudi Sudanese Bank
- Sayf Al-Adl
- Sa'd Al-Sharif
- Shahir Abdulraoof Batterjee
- Shaykh Sa'id a/k/a Mustafa Mohammed Ahmad
- Sheik Adil Galil Batargy a/k/a Adel Abdul Jalil Batterjee
- Sheik Abdullah Azzam a/k/a Abu Muhammed
- Sheikh Abu Abdul Aziz Naji
- Sheikh Ahmed Salim Swedan
- Sheikh Omar Bakri Muhammad
- Sheikh Yusuf Al-Qardawi
- Sheikh H.S. Al-Buthe
- Sofomatic branch of Al Haramain
- Somalia Foundation
- Somalia Internet Company
- Special Purpose Islamic Regiment
- Success Foundation
- Sulaiman Al-Ali
- Syed Suleman Ahmer
- Taba Investments
- Tadamon Islamic Bank a/k/a Tadamon Bank
- Taha Yassin Ramadan
- Taibah International Aid Association
- Talal Mohammed Badkook
- Tanzanite King
- Tarek Ayoubi
- Tarek M. Bin Laden
- Tariq M. Al-Swaidan
- Tariq Anwar al-Sayyid Ahmad
- The Aid Organization of the Ulema
- The Committee for the Defense of Legitimate Rights
- The Estate of Abdulaziz Al Omari
- The Estate of Ahmed Al Ghamdi
- The Estate of Hamza Al Ghamdi
- The Estate of Mohald Al Shehri
- The Estate of Saeed Al Ghamdi
- The Estate of Marwan Al-shehhi
- The Estate of Fayez Ahmad a/k/a Banihammad Fayez
- The Estate of Ahmed Al Ghamdi
- The Estate of Hamza Al Ghamdi
- The Estate of Mohald Al Shehri
- The Estate of Satam M. A. Al Suqami
- The Estate of Abdulaziz Al Omari
- The Estate of Waleed M. Al Shehri
- The Estate of Wail Al Shehri
- The Estate of Ahmed Al Haznawi
- The Estate of Khalid Al Midhar
- The Estate of Nawaf Al Hazmi
- The Estate of Salem Al Hazmi
- The Estate of Majed Moqed
- The Estate of Ziad Samir Jarrah
- The Estate of Ahmed Ibrahim A. Al Haznawi
- The Estate of Saeed Al Ghamdi
- The Estate of Ahmed Al Nami
- The Estate of Hani Hanjour
- The Estate of Qusay Hussein
- The Estate of Uday Hussein
- The Taliban
- Thirwat Saleh Shihata
- Turkistan Islamic Movement
- Ulema Union of Afghanistan
- Umar Faruq
- Umma Tameer-E-Nau (UTN)
- Usama Bin Laden a/k/a Osama Bin Laden
- Wad Al Aqiq
- Wafa Humanitarian Organization
- Walid Al-Sourouri
- Yassine Chekkouri
- Yasser Al-Sirri a/k/a Ammar
- Yazid Sufaat of Kuala Lumpur
- Malaysia
- Yeslam M. Bin Laden
- Youssef Jameel
- Youssef Abdaoui
- Youssef M. Nada & Co. Gesellschaft
- MBH
- Youssef M. Nada a/k/a Youssef Mustafa Nada
- Yussif Ahmed Ali
- Zacaria Mousseaoui
- Zahir H. Kazmi
- Zakanya Esabar
- Zakat Committee
- Ziyad Khaleel

Defendants are hereby summoned and required to serve upon The Clerk of the Court, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, 10007 an Answer to the Complaints within sixty (60) days after notice by publication. If Defendants fail to do so, judgment by default may be taken against Defendants for relief demanded in each of the Complaints consolidated under case number 03 MDL 1570. The Complaints seek compensatory, treble and punitive damages, attorneys' fees, costs, and notice is hereby served on the Defendants listed above, such notice is the relief for wrongful deaths, personal injuries, property damage, business interruption losses, lost profits, trespass, racketeering and other injuries caused by the September 11, 2001 terrorist attack upon the United States.



229 WEST 43RD STREET, NEW YORK, NY 10036, USA
PHONE: (212) 556-7707   FAX: (212) 556-7706

## DECLARATION OF PUBLICATION

**NOTICE :** of Filing of Complaints

The undersigned says:

I am over the age of 18 years and a citizen of the United States.
I am not a party to and have no interest in this matter. I am a principal
of the International Herald Tribune, a newspaper published in Paris,
France and circulated in major cities in Europe, North Africa, the Middle
East. Far East and the Americas. The notice, a true copy of which is attached,
was published on the following date(s):

December 22, 27, 2004
January 5, 10, 2005

I declare under penalty that the forgoing is true and correct.

Executed in New York, N.Y. on February 24, 2005

_____
Judith King, Legal Notice Manager


Sworn before me on this 24th day of February 2005 in the state of New York.

_____
Notary Public

**DANA ROSALES**
**Notary Public, State of New York**
No. 01RO6059690
**Qualified in New York County**
**Commission Expires August 29, 200_7_**


THE WORLD'S DAILY NEWSPAPER

# LEGAL NOTICE
## To named Defendants listed below:

Aaran Money Wire Service Inc.
Abbas Abd Ali
Abd al-Hadi al-Iraqi
Abd Al Samad Al-Tarfah
Abd Al-Muslim Al-Libi
Abdel Al-Rahim Al-Nashiri
Abdalrahman Mamouh Abu Aljer a/k/a Abu Obed
Abdel Barry
Abdel Hussein a/k/a Estate of Abdel Hussein
Abdelghani Mzoudi
Abdelhalim Remache a/k/a Abdel Halim Remadna Hicad
Abdelkarim Hussein Mohamed Al-Nasser
Abd Abdulaziz Ali
Abdinasir Adan
Abdul Aziz Al Ibrahim a/k/a Abdul Aziz Bin Ibrahim Al Ibrahim
Abdoul/Fetah Zammir
Abdulrahman Alamoudi
Abdul Rahman Yasin
Abdule Bin Ligen
Abdulla Al Obaid
Abdulla Bin Khalid Al Thani
Abdullah Ahmed Abdullah
Abdullah Bin Abdul Mohsen Al Turki Rahman Amin
Abdullah Bin Said
Abdullah Bin Saleh Al-Obaid
Abdullah M. Al-Mahdi
Abdullah Omar Naseef a/k/a Abdullah Omar
Abdullh Qassim
Abdullhi Hussein Kahie
Abdurahman Hassan Sherbatly
Abelmagna Ali Ekleem
Abrash Company
Abu Abdul Rahman a/k/a Abu Abdul Rahman Amin
Abu Aqab
Abu Al-Mald
Abu Hafs the Mauritanian
Abu Hajer Al Iraqi
Abu Hamza Al-Masri
Abu Ibrahim Al-Masri
Abu Musab Al-Zarqawi
Abu Qatada Al-Filistini
Abu Rida Al Suri a/k/a Mohammed Loay Bayazid
Abu Sayyef Group
Abu Sulayman
Abu Walel a/k/a Sadoun Abdul Latif
Abu Zubaydah
Adel Ben Soltane
Adel Mohammed Sadiq Bin Kazem
Adnan Basha
Advice and Reformation Committee
Afamia, SL
Afghan Support Committee
Agus Budiman
Ahmad Ajej
Ahmad Al Hedri
Ahmad Ibrahim Al-Mughassil
Ahmad Sarkd Al-Kadr
Ahmad Saleh a/k/a Salim
Ahmed Hasan Bambo
Ahmed Ibrahim Al Najer
Ahmed Khalafan Ghailani
Ahmed Khalil Ibrahim Samir Al-Ani
Ahmed Mohammed Hamed a/k/a Ahmed Nur Ali Jim'ale
Ahmed Ressam
Ahmed Zaki Yamani
Akida Bank Private Limited
Akida Investment Co. Ltd.
Al Ann Al-Dakhili
Al Ann Al-Khariji

Al Aness a/k/a Al Aness USA, Inc.
Al Baraka Exchange LLC a/k/a Al Barakaat Exchange LLC
Al Barakaat Bank a/k/a Al Baraka Bank
Al Farooq Mosque
Al Gama'a el-Islamiyya a/k/a Al-Gammah Al Islamiah
Al-Nahagib for Export Promotion and Marketing Company
Al Qaida a/k/a Al Qaeda Islamic Army
Al Shamal For Investment and Development
Al Shamal Islamic Bank a/k/a Al Shamal Bank a/k/a Shamel Bank a/k/a Bank El Shamar
Al Taqwa Trade, Property and Industry Company Limited
Al TaqwaNada Group a/k/a Al TaqwaNada Management Group
Al Tawhid
Al-Barakaat
Al-Barakaat Bank of Somalia (BSS)
Al-Barakat Finance Group
Al-Barakat Financial Holding Co. a/k/a Al-Barakat Global Telecommunications Somalia Limited a/k/a Al-Barakaat Group of Companies a/k/a Al-Barakaat Group
Al-Barakat International a/k/a Barako Co.
Al-Barakat Investments
Al-Bir Al-Saudi Organization
Al-Bir
Al-Hamati Sweets Bakeries
Al-Haramain Islamic Foundation a/k/a Al-Haramain a/k/a Al Haramain Foundation a/k/a Yazir
Al-Hijrah Construction and Development Limited
Al-Itihaad al-Islamiya (AIAI)
Al-Mustaqbal Group
Al-Nur Honey Press Shops a/k/a Al-Nur Honey Center
Al-Rashid Trust
Al-Sheykh Al-Iraqi
Al-Shifa' Honey Press for Industry and Commerce
Al-Watania Poultry
Albert Friedrich Armand Huber
Algerian Armed Islamic Group
Ali Atwa
Ali Ghaleb Himmat
Ali Saeed Bin Ali El-Hoorie
Anas Al-Liby a/k/a Anas al-Libi a/k/a Nazim Al-Raghie a/k/a Nazih Abdul Hamed Al-Raghie a/k/a Anas Al-Sabai
Ansar al-Islam
Aqeel Al-Aqeel a/k/a Aqeel Abdulaziz Al Aqeel
Arab Cement Company
Arafat El-Ashi
Ary Group
ASAT Trust Registered
Ashri al-Ansar
Ayadi Chafiq Bin Muhammed
Ayman al-Zawahiri
Azzam Service Center

BA Taqwa for Commerce and Real Estate Company Ltd.
Bakr M. Bin Laden
Bank of Taqwa Limited a/k/a Taqwa Limited a/k/a Al Taqwa Bank
Baraka Trading Company

Barakaat Boston
Barakaat Construction Company
Barakaat Enterprise
Barakaat Group of Companies
Barakaat North America, Inc.
Barakaat Red Sea Telecommunications
Barakaat Telecommunications Co. Somalia
Barakaat Bank and Remittances
Barakaat Computer Consulting (BCC)
Barakaat Consulting Group (BCG)
Barakaat Global Telephone Company
Barakaat International Companies (BICO)
Barakaat Post Express (BPE)
Barakaat Refreshment Company
Barakaat Telecommunications Company Limited (BITELCO)
Barakaat Wire Transfer Company a/k/a Al Barakaat Wire Service
Barako Trading Company, LLC
Bashir Hospital
Beseem Dalati Satut
Benevolence International Fund
Benevolence International Foundation a/k/a Al-Bir Al Dawalia a/k/a BIF-Canada a/k/a BIF-USA Benseyah Belkacem
Bilal Bin Marwan
Blessed Relief Foundation
Bosnia Rebin Futura
Bosnia-Herzegovina branch of Al-Haramain Islamic Foundation
Brahim Ben Hadili Hamami

Cornelieui Import Establishment
Chheb Ben Mohamed Ayari
Cobs
Continax Gloma

Dahir Ubaidulahi Aweys
Dallah Avco Trans Arabia Co. Ltd.
Dr. Mahmoud Dakhli
Dr. Mohaman Ali Elgari
Dubai Islamic Bank

Egyptian Islamic Jihad
Essam Al Ridi
Eurocovia Obras, S.A.

Fahad Al-Thumairy
Fahid Mohammed Ally Msalam
Faruq Al-Hijazi
Fazul Abdullah Mohammed
Fethi Ben Rebai Mnasri
Fouzi Jendoubi

Gared Jama
Ghasoub Al Abrash Ghalyoun a/k/a Abu Musab
Global Diamond Resource a/k/a Global Diamond Resources Inc.
Global Relief Foundation a/k/a Fondation Secours Mondial
Guibuddin Hekmatyar
Gulf Center S.R.L.
Gum Arabic Company Limited

Habb Faris Abdullah Al-Mamouri
Habib Waddani
Haj Abdul Mannan Agha
Haj Mohamed Akram
Hamad Husssini
Hamas
Hani Ramadan
Hasan Izz-Al-Din
Hashim Abdulrahman
Hassan A.A. Bahfzallah

Hassan Dahir Aweys
Hassan Al Turabi
Hayder Mohamed Bin Laden
Hazemi Ragab
Help African People
Heyetul Ulya
Hezb-e-Islami
Hesam Amaout
Human Concern International Society a/k/a Human Concern International
Hussein Mahmoud Abdulkadir

Ibn el-Shaykh al-Libi
Ibrahim-Bah
Ibrahim Bin Abdul Aziz
Ibrahim Bin Abdul Aziz Al Ibrahim Foundation
Ibrahim Hassabella
Ibrahim Mohammad Alandi
Ibrahim S. Abdullah
Ibrahim Saleh Mohammed Al-Yacoub
Ibrahim Bin Faris
Imad Eddin Barakat Yarkes a/k/a Abu Dahdah
Imad Mughniyah
Infocus Tech of Malaysia
Institute of Milan a/k/a Instituto Cultura Islamico DeMilano International a/k/a Mercy
Iraqi Intelligence Agency a/k/a The Mukhabarat a/k/a The Fedayeen a/k/a Al-'Qaire a/k/a Unit 99 a/k/a M-8 Special Operations
Islamic African Relief Agency
Islamic Army of Aden
Islamic Cultural Center of Geneva
Islamic Cultural Institute of Milan
Islamic International Brigade a/k/a Islamic Peacekeeping International Brigade
Islamic Movement of Uzbekistan
Iss El-Din El Sayed a/k/a Iss. El-Din Er Seyed Mohamed

Jalleh-Mohammed
Jaffl Shinwari
Jamal Ahmed Mohammed
Jamal Al-Badawi
Jamal Nyrabeh
Jamil Qasim Saaed a/k/a Jamil Qasim Saeed Mohammed
Jam'Yah Ta'Awun Al-Islamia a/k/a Society of Islamic Cooperation
Jemaah Islamiya Organization

Khaled Bin Mahfouz
Khaled Nouri
Khalid Shaikh Mohammed
Khalil Jarraya

Lashkari Janghvi
Lashkar Redayan-E-Islami
Lashkar-e Toyyba
Lazher Ben Mohammed Tilli
Lebanese Hezbollah a/k/a Hezbollah a/k/a Hizballad
Liban Hussein
Lionel Dumont
Lujain Al-Iman

M.M. Badkook Company for Catering & Trading
Mahdi Chamran Savehi
Mahmoud Jaballah
Makhtab al-Khidamat
Mamdouh Mahamud Salim a/k/a Abu Hajer Al Iraqi
Mamoun Darkazanli
Mamoun Darkazanli Import-Export Company

Mansour Thaer
Mansouri Al-Kadi
Majied Al Madhah Al Murawwah
Maulvi Abdul Kabir
Mazin M.H. Bahareth
Mehdi Kammoun
Mercy International Relief Agency a/k/a Mercy-Malaysian Swiss a/k/a Mge-Malaysia Organization SA Gulf and African Chamber
Mohamed Bayaidi
Mohamed Alharna
Mohammad S. Mohammid
Mohammed Al-Issai
Mohammed Alchaihaij
Mohammed Ali Hasan Al Moayad
Mohammed Ali Sayed Mushayt
Mohammed Bahareth
Mohammed Bin Abdullah Al-Jomaith
Mohammed Bin Faris
Mohammed Bin Laden Organization
Mohammed Cheitade
Mohammed Hussein Al-Amoudi
Mohammed Iqbal Abdurrahman
Mohammed Jamal Khalifa
Mohammed Khair Al Saqqa a/k/a Abu Al Darda
Mohammed Khatib
Mohammed Mansour
Mohammed Nur Rahimi
Mohammed Omeish
Mohammad Omar Al-Harazi
Mohammed Sarkawi
Mohrez Amdouni
Mondher Baazaoui
Moro Islamic Liberation Front
Mounir Ben Habib Jarraya
Mounir El-Motassadeq
Moussa Ben Amor Essaadi
Mufti Mohamed Rashid
Mufti Rashid Ahmed Ladehyanoy
Muhammad Abu-Islam
Muhammed Al-Hamati
Muhammad Atef
Muhammad Omar
Muhammad Salah
Muhammad Galeb Kalaje Zouayd a/k/a Abu Talha
Muhammad J. Fakihi
Muhammed Mahdi Saleh
Muhsin Musa Matwalli Atwah
Mullah Kalsohar
Mushayt for Trading Establishment
Muslim Brotherhood
Mustafa Ahmed Al-Hisawi a/k/a Sheik Saeed a/k/a Shayk Sa'id a/k/a Mustafa Mohammed Ahmed
Mustafa Al-Kadir
Mustafa Mohamed Fadhil
Mustaim Abdel-Rahim
Muwaffaq Foundation a/k/a Blessed Relief Foundation
Muzaffar Kahn

Nabil Benatia
Nada International Anstalt
Nada Management Organization
Nada Management Organization, SA
Najib Ouaz
Nascoservice S.R.L.
Nasco Nasreddin Holding A.S.
Nascotex S.A.
Nasreddin Company Nasco SAS Di Ahmed Idris Nasreddin EC
Nasreddin Foundation
Nasreddin Group International Holding Ltd.

Nasreddin International Group Limited Holding
National Development Bank
National Fund for Social Insurance
National Islamic Front
National Management Consulting Center
Nedal Saleh a/k/a Hasan
Nesscol Al-Khier, Inc.
Nesscol Al-Khier
Sagar Al-Sadawi
Saud Bin Laden
Saudi Bin Laden International Company
Nejarnin Elgasim-Ismauddin a/k/a Hajjibut
Omar Abu Omar
Omar Al-Beykurni
Omer M. Bin Laden
Osama Basiren

Palestine Islamic Jihad
Parka Trading Company
Piedmont Poultry
Promociones Y Construcciones Tetuan
Pricra, S.A.
Proyectos Etioplan
Proyectos Y Promociones Iso
Proyectos Y Promociones Paraise, S.L.

Queen City Cigarettes and Candy

Rabih Haddah
Rachid Fettar a/k/a Rachid Fettar
Raed Hijazi
Ramzi Mohammed Abdullah Binalshibh a/k/a Ramzi Mohamd Abdulla Omar
Red Sea Barakat Company Limited
Riyadus-Saliheyn Reconnaissance and Sabotage Battalion of Chechen Martyrs

S.M. Tufail
Saar Foundation
Safer, Lamar
Saddam Hussein
Sadik Al-Hashiki
Sadel Bahlil
Safir Al-Adel
Safi Al Islam El Masry
Salafist Group for Call and Combat
Salah Badaeddin
Salah Sulelman
Saleh Al-Husayen
Saleh Gazaz
Saleh Mohamed Bin Laden

Salem Bin Laden
Salmaan Al-Ouda
Sami Omar Al-Hussayen
Samir Kishk
Samir Saleh
Sana-Bell, Inc.
Sanabel Al-Kheer, Inc.
Sanabel Al-Khair
Sarmar Salah
Saqar Al-Sadawi
Saudi Bin Laden Group
Saudi Bin Laden International Company
Saudi Cement Company in Damman
Saudi Sudanese Bank
Sayf al-Adl
Sa'd Al-Sharif
Shahir Abdulraouf Batterjee
Shaykh Sa'id a/k/a Mustafa Muhammed Ahmad
Sheik Adil Galil Batarrgy a/k/a Adel Abdul Jalil Batterjee
Sheikh Abdullah Azzam a/k/a Abu Mohammed
Saleh Abu Abdul Aziz Naji
Shaikh Ahmed Salim Sweden
Sheikh Omar Bakri Muhammad
Sheikh Yusuf Al-Qardawi
Soliman H.S. Al-Buthe
Somalia branch of Al Haramain Islamic Foundation
Somalia Internet Company
Special Purpose Islamic Regiment
Success Foundation
Suleiman Al-Ali
Syed Suleman Ahmer

Taba Investments
Tadamen Islamic Bank a/k/a Tadamon Bank
Taha Yaseb Ramadan
Tabbah International Aid Association
Talal Mohammed Badkook
Tanzanite King
Tarek Ayyoubi
Tarek M. Al-Swaidan
Tareq M. Al-Swaidan
Tariq Anwar el-Sayeid Ahmad
The Aid Organization of the Ulema
The Committee for the Defense of Legitimate Rights
The Estate of Marwan Al-shelhi
The Estate of Fayez Ahmed a/k/a Banthammed Fayez

The Estate of Ahmed Al Ghamdi
The Estate of Hamza Al Ghamdi
The Estate of Mohald Al Shehri
The Estate of Satam M. A. Al Suqami
The Estate of Abdulaziz Al Omari
The Estate of Waleed M. Al Shehri
The Estate of Wail Al Shehri
The Estate of Khalid Al Midhar
The Estate of Nawaf Al Hazmi
The Estate of Hani Hanjour
The Estate of Salem Al Hazmi
The Estate of Majed Moqed
The Estate of Ziad Samir Jarrah
The Estate of Ahmed Ibrahim A. Al Hazwani
The Estate of Saeed Al Ghamdi
The Estate of Ahmed Al Nami
The Estate of Qusey Hussein
The Estate of Uday Hussein
The Taliban
Tihwei Salah Shihata
Turkistan Islamic Movement

Ulema Union of Afghanistan
Umar Faruq
Umma Tameer-E-Nau (UTN)
Usama Bin Laden a/k/a Osama Bin Laden

Wad Al Aqq
Wafa Humanitarian Organization
Walid Al-Sourouri

Yasin Al-Qadi
Yassine Chiekouni
Yasser Al-Sirri a/k/a Ammar
Yazid Sufaat of Kuala Lumpur Malaysia
Yeslam M. Bin Laden
Youssef Jameel
Youssef M. Nada & Co. Gesellschaft MBH
Youssef Nada a/k/a Youssef Mustafa Nada
Yusaf Ahmed Ali

Zacarias Moussaoui
Zahir H. Kazmi
Zakariya Essabhir
Zakat Committee
Ziyad Khaleel

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK, CONSOLIDATED ACTIONS KNOWN AS IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001, 03 MDL 1570 (RCC); NOTICE OF FILING OF COMPLAINTS.

Judge Richard C. Casey issued an Order for service by publication on September 15, 2004. It was Ordered that notice of the above-captioned action be published once a week for four consecutive weeks in English, in the International Herald Tribune and the USA Today, and in Arabic in at least one Arabic language newspaper circulated widely in the Middle East, as well as posting the relevant complaints on the website www.september11terrorlitigation.com.

Notice is hereby served on the Defendants listed above. Defendants are hereby summoned and required to serve upon The Clerk of the Court, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, 10007 an Answer to the Complaints within sixty (60) days after notice by publication. If Defendants fail to do so, judgment by default may be taken against Defendants for relief demanded in each of the Complaints consolidated under case number 03 MDL 1570. The Complaints seek compensatory, treble and punitive damages, attorneys' fees, costs, and other relief for wrongful deaths, personal injuries, property damage, business interruption losses, lost profits, trespass, racketeering and other injuries caused by the September 11, 2001 terrorist attack upon the United States.

Service of all pleadings, motions and discovery that are filed in this case are available on the Internet at http://www.sept11terrorlitigation.com.

القدس العربي

AL-QUDS AL-ARABI

## DECLARATION OF PUBLICATION

NOTICE : of Filing of Complaints

The undersigned says:

I am the Business Manager and Company Secretary of Al-Quds Al-Arabi Publishing & Advertising (Overseas) Ltd and is duly authorized to make this affidavit.

The Notice, a true copy of which is attached, was published on the following dates : Thursday December 23rd, 2004, Thursday December 30th 2004, Thursday January 6th 2005 and Thursday January 13th 2005.

PAT SUNDRAM ( MRS )
BUSINESS MANAGER
MARCH 11TH 2005

SWORN BEFORE ME ON THIS 14th DAY OF March 2005

I THE UNDERSIGNED MANUEL FLOREZ VALCARCEL, Notary Public, practising at 130 King Street, London W6 0QU, England, hereby CERTIFY that the signature written at the end of the preceding document in my presence is the true and authentic signature, of Mrs. PATRICIA SUNDRAM, also known as PAT SUNDRAM as declared by her, of full age, who signed it in my presence having identified her by her British passport No. 094358024 valid until 23.04.2014 produced by her to me for her personal identification. ------------------------------------------------
IN WITNESS WHEREOF I sign this Certificate in London, England, today the fourteenth day of March two thousand and five.

MANUEL FLOREZ VALCARCEL
Notary Public

AL-QUDS AL-ARABI PUBLISHING & ADVERTISING (OVERSEAS) LIMITED
TEL: 0208-741 8008 • FAX: 0208-741-8902 • 0208-748 7637 • E mail: alquds@alquds.co.uk • Website: www.alquds.co.uk
REGD ADDRESS: 164-166 KING STREET • HAMMERSMITH • LONDON W6 0QU • REGISTERED NUMBER: 2604233 • VAT REG NO: 538 9427 04

