**From:** Tarbutton, J. Scott [STarbutton@cozen.com]
**Sent:** Wednesday, October 05, 2005 9:32 AM
**To:** Barry Coburn
**Subject:** Asat Trust

Barry,

Thank you for your e-mail the other day. I am attaching a proposed stipulation for Asat Trust; it is a standard stipulation that the plaintiffs have entered into with other defendants similar to your client. I have tentatively scheduled your motion to dismiss for December 2. Please review and let me know if you have any comments. I am still trying to determine the exact number of plaintiffs' cases that have named Asat Trust as a defendant. I should have that information by the end of the day today and can make the appropriate edits to the stip.

Please also note that in my role as Plaintiffs Liaison Counsel, I cannot sign off on the proposed stipulation without final approval from all interested plaintiffs.

Regards,

Scott


<<Phila1-2355913-v1-Stip – Asat Trust.DOC>>

Notice: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments, is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service.

Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.

**EXHIBIT 1**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*
    *Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-CV-6978 (S.D.N.Y.)
    *Kathleen Ashton, et al v. Al Qaeda Islamic Army, et al.* Case No. 1:02-6977 (S.D.N.Y.)
    *Cantor Fitzgerald & Co., et al. v. Akida Bank Private., Ltd., et al.*, Case No. 04-CV-7065
        (S.D.N.Y.)
    *Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.*, Case No. 04-CV-
        05970-UA (S.D.N.Y.)
    *Euro Brokers, Inc., et al. v. Al Baraka Investment and Development Corp., et al.*, Case
        No. 04-CV-07279-UA (S.D.N.Y.)
    *New York Marine and General Insurance Co. v. Al Qaida, et al.*, Case No. 04-CV-6105
        (S.D.N.Y.)
    *World Trade Center Properties, LLC, et al. v. Al Baraka Investment and Development
        Corporation, et al.*, Case No. 04-CV-7280 (S.D.N.Y.)

**STIPULATION AS TO SERVICE OF PROCESS AND BRIEFING SCHEDULE FOR
ASAT TRUST TO RESPOND TO COMPLAINTS CONSOLIDATED UNDER MDL 1570**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs in all of the above-referenced cases consolidated under 03 MDL 1570 and Defendant Asat Trust, by and through their undersigned counsel, that the undersigned Defendant hereby agrees that it was served with the Complaint in each of the cases referenced above as a result of the publication of the Legal Notice of Suit in the USA Today, International Herald Tribune and Al Quds Al Arabi newspapers, which was authorized by Judge Richard C. Casey's Order dated September 15, 2004.

IT IS FURTHER HEREBY STIPULATED AND AGREED that Plaintiffs pursuing claims for relief under the Racketeer Influenced and Corrupt Organizations Act ("RICO") shall serve their respective RICO Statements concerning Asat Trust, on or before November 2, 2005.

IT IS FURTHER HEREBY STIPULATED AND AGREED that Asat Trust shall file a consolidated motion to dismiss the Complaint in each of the cases referenced above on or before December 2, 2005.

IT IS FURTHER HEREBY STIPULATED AND AGREED that the Plaintiffs' consolidated opposition to Asat Trust's motion to dismiss shall be served within sixty days of receipt of same from defendant's counsel, and defendant's counsel shall file reply papers, if any, within thirty days of receipt of Plaintiffs' opposing papers.

IT IS FURTHER HEREBY STIPULATED AND AGREED that Asat Trust hereby waives any and all affirmative defenses, objections, privileges, immunities and arguments relating to service of process in each of the cases referenced above, but preserves any and all other defenses, objections, privileges, immunities and arguments available to it.

Respectfully submitted.

COZEN O'CONNOR

By: _____
Sean P. Carter
J. Scott Tarbutton
1900 Market Street
Philadelphia, PA 19103

*Attorneys for Federal Insurance Plaintiffs and Liaison Counsel to Plaintiffs' Executive Committee*

                                            TROUT CACHERIS PLLC

                                            By:    _____
                                                      Barry Coburn
                                                      1350 Connecticut Ave., N.W.
                                                      Third Floor
                                                      Washington, D.C. 20036

                                            *Attorneys for Defendant Asat Trust*

**SO ORDERED:**


_____               Dated:_____
RICHARD CONWAY CASEY, U.S.D.J.



PHILA1\2355913\1 117430.000