**From:** Amy Jackson
**Sent:** Thursday, January 19, 2006 11:54 AM
**To:** 'STarbutton@cozen.com'
**Cc:** Barry Coburn
**Subject:** 9-11 Litigation: Asat Trust defendant

Scott - In response to your 1/11 email to Barry, please see our letter to Jerry, copied to you yesterday, which sets out our position on the timing of the motions for failure to state a claim. We will look forward to hearing your thoughts. We think that it would be more efficient for everyone to hold off on briefing a significant civil RICO motion when the service and personal jurisdiction issues remain unresolved.

We expect to file a Rule 12 motion in the remaining Asat Trust matters within the next 30 days, assuming that schedule is acceptable from your perspective.


Amy Berman Jackson
Trout Cacheris, PLLC
1350 Connecticut Ave. N.W.
Suite 300
Washington, D.C. 20036
(202) 464 - 3312 (phone)
(202) 464 - 3319 (fax)
ajackson@troutcacheris.com
www.troutcacheris.com

EXHIBIT 2