UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In Re: **TERRORIST ATTACKS OF SEPTEMBER 11, 2001** | ) )  **03 MDL 1570 (RCC)** ) **ECF CASE** ) ) ) ) |

*This document relates to:*

*Kathleen Ashton, et al. v. Al Qaeda Islamic Army, et al.*, Case No. 02 CV 6977 (RCC) (S.D.N.Y.)
*Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03 CV 6978 (RCC) (S.D.N.Y.)
*Thomas E. Burnett, Sr., et al. v. Al Baraka Investment & Development Corp., et al*, Case No. 03 CV 9849 (RCC) (S.D.N.Y.)
*Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.*, Case No. 04 CV 5970 (RCC) (S.D.N.Y.)
*New York Marine and General Insurance Co., et al. v. Al Qaida, et al.*, Case No. 04 CV 6105 (RCC) (S.D.N.Y.)
*Cantor Fitzgerald Associates, L.P., et al. v. Akida Investment Co., Ltd., et al.*, Case No. 04 CV 7065 (RCC) (S.D.N.Y.)
*Euro Brokers, Inc., et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 04 CV 7279 (RCC) (S.D.N.Y.)
*World Trade Center Properties, L.L.C., et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 04 CV 7280 (RCC) (S.D.N.Y.)

*This document also relates to and supplements the motions to dismiss filed in:*

*Estate of O'Neill, et al. v. The Republic of Iraq, et al.,* Case No. 04 CV 1076 (RCC) (S.D.N.Y.)
*Estate of O'Neill, et al, v. Al Baraka, et al.,* Case No. 04 CV 1923 (RCC) (S.D.N.Y.)[1]

**NOTICE OF FILING OF COVER PAGE,
TABLE OF CONTENTS AND TABLE OF AUTHORITIES**

Defendant Asat Trust Reg. ("Asat Trust"), appearing specially, submits the attached cover page, table of contents and table of authorities, which were inadvertently omitted from the

---

[1] This document also applies to any additional cases in which Asat Trust was named as a defendant and service was purportedly made by publication.

Memorandum in Support of Motions to Dismiss Filed by Defendant Asat Trust Reg., filed on February 20, 2006 (MDL Docket No. 1698).

        Respectfully submitted,

        Barry Coburn
        E-mail: bcoburn@troutcacheris.com
        Amy Berman Jackson
        E-mail: ajackson@troutcacheris.com
        TROUT CACHERIS PLLC
        1350 Connecticut Avenue N.W.
        Suite 300
        Washington, D.C. 20035
        Tel:  (202) 464–3000
        Fax: (202) 464–3319

        _____/s/_____
        David U. Gourevitch (SDNY #DG8795)
        LAW OFFICE OF DAVID GOUREVITCH, P.C.
        Tower 56, Second Floor
        126 East 56th Street
        New York, NY  10022
        Tel:    (212) 355-1300
        Fax:    (212) 355-1531
        Email: david@gourevitchlaw.com


        Attorneys for ASAT TRUST REG.