**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) |
| *This document relates to:*<br>*Federal Insurance Co. v. al Qaida*, 03-cv-6978 (RCC) | ECF Case |

## DEFENDANT TADAMON ISLAMIC BANK'S NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and all prior papers and proceedings herein, Defendant Tadamon Islamic Bank will move before the Honorable Richard Conway Casey, United States District Court for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, for the following relief:

(a) dismissal of plaintiffs' Complaint pursuant to Fed. R. Civ. P. 12 (b)(6) for failure to state a claim upon which relief can be granted;

(b) dismissal of plaintiffs' Complaint pursuant to Fed. R. Civ. P. 12 (b)(2) for lack of personal jurisdiction;

(c) dismissal for any such further relief as the Court deems just and proper.

Dated: March 27, 2006

                                                   Respectfully Submitted,

                                            _____/s/_____
                                            Martin F. McMahon, Esq., #M.M.4389
                                            MARTIN F. MCMAHON & ASSOCIATES
                                            1150 Connecticut Avenue NW, Suite 900
                                            Washington, DC 20036
                                            Phone:     202-862-4343
                                            Facsimile:   202-828-4130

                                            *Attorney for Defendant Tadamon Islamic Bank*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing Motion to Dismiss was served via electronic case filing on this 27th day of March, 2006, upon the following:

Mr. Sean P. Carter, Esq.
Cozen O'Connor
1900 Market St.
Philadelphia, Pa. 19103-3508

_____/s/_____
Lisa D. Angelo, Esq.