

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) ECF Case |
|---|---|

*This document relates to:*
 *Thomas E. Burnett, Sr., et al. v. Al Baraka Investment & Development Corp., et al.*, Case Nos. 03-CV-5738 and 03-CV-9849 (S.D.N.Y.)
 *Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-CV-6978 (S.D.N.Y.)
 *Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.*, Case No. 04-CV-05970-UA (S.D.N.Y.)
 *Euro Brokers, Inc., et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 04-CV-07279-UA (S.D.N.Y.)
 *New York Marine and General Insurance Co. v. Al Qaida, et al.*, Case No. 04-CV-6105 (S.D.N.Y.)
 *World Trade Center Properties, LLC, et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 04-CV-7280 (S.D.N.Y.)

## STIPULATION AS TO EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs in all of the above-referenced cases consolidated under 03 MDL 1570 and Defendant Yeslam Binladin by and through their undersigned counsel, that:

(1) The parties respectfully seek this Court's approval for an extension of time until April 21, 2006, for the Plaintiffs to respond to Yeslam Binladin's Motion to Strike the Declaration of Jean-Charles Brisard, the Affidavit of Carmen Bin Laden, and the Statement of Guillaume Dasquié, which was filed on March 10, 2006.

(2) It is also stipulated and agreed that any reply by Defendant shall be served on or by May 10, 2006.

(3) Nothing in this stipulation is intended to change the terms of prior stipulations except as to the due dates for briefing this motion.

Respectfully submitted,

MOTLEY RICE LLC

By: _____
Ronald L. Motley
Donald A. Migliori
Jodi W. Flowers
Michael E. Elsner
Justin B. Kaplan
28 Bridgeside Boulevard
P.O. Box 1792 (29465)
Mount Pleasant, SC 29464

*On behalf of consolidated cases*

JONES DAY

By: _____
Stephen J. Brogan
Mary Ellen Powers
James E. Gauch
Michael P. Gurdak
51 Louisiana Avenue, N.W.
Washington, D.C. 20001

*Attorneys for Yeslam Binladin*

SO ORDERED:

_____
Richard Conway Casey, U.S.D.J.

Dated: March 27, 2006