UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 03-MDL-1570

**IN RE: TERRORIST ATTACKS ON
SEPTEMBER 11, 2001.**

**NOTICE OF APPEARANCE**

This document relates only to the following actions:

*New York Marine and General Insurance Co. v. Al Qaida, et al.*, Civil Action No. 1:04-CV-

06105-RCC

*Federal Insurance, et al. v. Al Qaida, et al.*, Civil Action No. 1:03-CV-06978-RCC

*O'Neill v. The Republic of Iraq*, Civil Action No. 04-CV-01076-RCC

PLEASE TAKE NOTICE that Timothy B. Mills and James Maggs of Maggs &
McDermott, LLC shall appear as lead counsel on behalf of Defendant Republic of Iraq in the
above listed cases, upon the Court's granting of motions for admission *pro hac vice*.

PLEASE TAKE FURTHER NOTICE that Marc D. Powers of Baker & Hostetler LLP
hereby appears as co-lead counsel on behalf of Defendant Republic of Iraq in the above listed
cases.

The undersigneds hereby request that all papers in the above-referenced actions be served
upon the undersigneds at each e-mail addresses stated below.

501040812.1

Notwithstanding the general abolition of a distinction between 'general' and 'special' appearances by counsel, this Notice of Appearance is not to be considered a general appearance so as to waive this Defendant's right to claim a lack of jurisdiction over its person.

This Notice of Appearance does not pertain to any other cases encompassed within Multi-District Litigation No. 03-MDL-1570.

Dated: New York, New York
March 28, 2006

BAKER & HOSTETLER LLP

By: _____
Marc D. Powers (MDP-1528)
666 Fifth Avenue, 16th Floor
New York, New York 10103
Telephone: (212) 589-4216
Facsimile: (212) 589-4201

mpowers@bakerlaw.com

*Co-Lead Counsel for Defendant Republic of Iraq*

MAGGS & MCDERMOTT, LLC

By: _____
Timothy B. Mills, *pro hac vice* pending
James Maggs, *pro hac vice* pending
910 17th Street, N.W.
Washington, DC 20006
Telephone: (202) 457-8090

TimothyBMills@aol.com
tmills@briellelaw.com
jmaggs@briellelaw.com

*Lead Counsel for Defendant Republic of Iraq*

501040812.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29 day of March, 2006, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Brian K. Esser