## Declaration of Mr. Abdalla Nugdullah Aihmiadi
## General Manager – Tadamon Islamic Bank - Khartoum



I **Mr**. Abdallah Nugdallah Aihmaidi declare and state as follows :

1. I am over 18 years of age and competent to testify to the matters set forth below of my own personal knowledge.

2. I have been informed by ( Tadamon Islamic Bank ) attorneys that it is a defendant in civil lawsuits in the United states . Iam submitting this declaration in suppport of Tadamon Islamic Banks Motion to Dismiss for lack of personal jurisdiction in those cases .

3. Iam employed by Tadamon Islamic Bank and my current title is General manager. I have been employed by Tadamon Islamic Bank since 1983 and my past job tiles include : Branch manager , Assistant General manager, Deputy General Manager .

4. Based on my experience within the bank, I have knowledge of Tadamon Islamic Banks international operation and connections to the United States . I have also reviewed all bank records known to me which might reveal any contact Tadamon Islamic Bank has had with the United States ..

5. Tadamon Islamic Bank is not , and has never been, domiciled, organized, or incorporated in any form in the United States.



6. Tadamon Islamic Bank is not, and has never been, licensed or registered to do business in the United States.

7. Tadamon Islamic Bank does not, and has never, owned or leased property in the United States.

8. Tadamon Islamic Bank dose not have, and never had, a branch office, a representative, an employee or an agent in the United States, except for its representation by an attorney in this court.

9. Tadamon Islamic Bank dose not now, and has never, offered or advertised banking or any other services within the United States.

10. Tadamon Islamic Bank has never received funds which originated in the United States

11. Shares of Tadamon Islamic Bank stock has never been offered or sold in the United States.

12. Tadamon Islamic Bank does not have a bank acount in the united states, but it had a correspondent acount in the united states with with the Bank of New York for a short period and had been closed on february 1994. Tadamon Islamic Bank also has never, on its own Initiative or at the request of any customer transfered funds intended for the united states.

13. Tadamon Islamic Bank dose not maintain now any correspondent relationships with the United States based Banks.



D. KADOMA ELHADEI

14. I declare under penalty of law that the foregoing is true and correct. Executed on the 9 of march 2006.

**Abdallah Nugdallah Aihmaidi
General Manager
Tadamon Islamic Bank
Khartoum
Personal identity No. KA 000088618
Issued at Khartoum
On 20.5.2001**

**Witnesses :**
1. **Abass Abdallah Abass**
   passport No : N 046870
   issued at Khartoum
   on 2.10.1997 Valid till 2.10.2007
2. **Husien Taj Elasfia**
   Personal identity No: KA000089238
   Issued at Khartoum
   On 21.5.2001

**Attestation No. D.K.E / 25 / 2006**

I DAFALLA KADOMA ELHADEI , the advocate and commissioner for Oaths , certify that Mr. Nugdallah the general manager of Tadamon Islamic Bank has signed this declaration befor me in the presence of the two mentioned witnesses , singed under my hand in this 20th of February 2006 .

**DAFALLA KADOMA ELHADEI
Advocate & commissioner for Oath
Khartoum - Sudan**

