USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-28-06

U.S. DISTRICT COURT
FILED
MAR 28 2006
S.D. OF N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001

03 MDL 1570 (RCC)
ECF Case

------------------------------------------------------------X

*This document relates to:*

| | |
|---|---|
| <u>Burnett v. Al Baraka Inv. & Dev. Corp.</u> | 02 Civ. 1616 (RCC) |
| <u>Ashton v. al Qaeda Islamic Army</u> | 02 Civ. 6977 (RCC) |
| <u>Federal Insurance v. al Qaida</u> | 03 Civ. 6978 (RCC) |

## ORDER

This matter came before the Court on Motion by Martin McMahon & Associates to remove Stephanie W. Fell as one of the attorneys for Defendants Al Baraka Investment & Development Corp., Saleh Abdullah Kamel, Omar Abdullah Kamel, Rabita Trust, Wa'el Julaidan, Muslim World League, International Islamic Relief Organization in all actions, and good cause being shown.

Based upon the Motion by Martin McMahon & Associates and any response thereto, it is hereby ORDERED that Stephanie W. Fell is relieved as one of the attorneys of record for Defendants Al Baraka Investment & Development Corp., Saleh Abdullah Kamel, Omar Abdullah Kamel, Rabita Trust, Wa'el Julaidan, Muslim World League, International Islamic Relief Organization in all actions.

It is FURTHER ORDERED that appearances of Martin F. McMahon and Christopher R. Smith for Defendants Al Baraka Investment & Development Corp., Saleh

MICROFILM   MAR 2 8 2006  -12:00 PM

Abdullah Kamel, Omar Abdullah Kamel, Rabita Trust, Wa'el Julaidan, Muslim World League, International Islamic Relief Organization will remain unchanged.

ENTERED:

_____

3/27/06