USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-31-06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

This document relates to:

*Ashton v. Al Qaeda Islamic Army*, 02-CV-6977 (RCC)
*Federal Ins. v. Al Qaida*, 03-CV-6978 (RCC)
*World Trade Center v. Al Baraka*, No. 04-CV-7280 (RCC)
*Continental Cas. Co. v. Al Qaeda*, 04-CV-5970 (RCC)
*Eruo Brokers v. Al Baraka*, No. 04-CV-7279 (RCC)
*New York Marine & General Ins. Co. v. Al Qaida*, 04-CV-6105 (RCC)
*Burnett v. Al Baraka*, No. 03-CV-5738 (RCC)

## STIPULATION AS TO EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs in all of the above-referenced cases consolidated under 03 MDL 1570 and defendants Bakr Binladin, Omar Binladin, Tariq Binladin, Mohammad Binladin Company and Binladin Group International Company, Ltd. (collectively "the Binladin defendants"), by and through their undersigned counsel, that:

(1) The parties respectfully seek this Court's approval for an extension of time until April 18, 2006, for plaintiffs to file an opposition to the Binladin defendants' motion to dismiss, which was filed on January 27, 2006;

(2) It is also stipulated and agreed that any reply by the Binladin defendants shall be served on or by June 8, 2006;

(3) Nothing in this stipulation is intended to change the terms of prior stipulations except as to the due dates for briefing this motion.

Dated: March 28, 2006
New York, New York

Respectfully submitted,

James P. Kreindler (JK7984)
Justin T. Green (JG0318)
Andrew J. Maloney, III (AM8684)
Vincent I. Parrett (VP5092)
Kreindler & Kreindler LLP
100 Park Avenue
New York, NY 10017-5590
Phone (212) 687-8181

*On behalf of consolidated cases*

JONES DAY

Stephen J. Brogan
Mary Ellen Powers
James E. Gauch
Michael P. Gurdak
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
(202) 879-3939

*Attorneys for the Binladin defendants*

SO ORDERED

Richard Conway Casey, U.S.D.J.

Dated: March 30, 2006

STIPULATION OF EXTENSION