

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-5-06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL 1570 (RCC) ECF Case |
|---|---|
| *This document relates to:* | |

*Federal Ins. Co., et al. v. Al Qaida, et al.*, 03-CV-6978 (RCC)
*Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.*, 04-CV-5970 (RCC)
*Estate of John P. O'Neill, Sr., on behalf John P. O'Neill, Sr., deceased, and on behalf of decedent's hearis-at-law, et al. v. Al Baraka Inv. and Dev. Corp., et al.*, 04-CV-1923 (RCC)
*Euro Brokers Inc., et al. v. Al Baraka Inv. & Dev. Corp., et al.*, 04-CV-7279 (RCC)
*New York Marine and General Insurance Co. v. Al Qaida, et al.*, 04-CV-6105 (RCC)
*World Trade Ctr. Props. L.L.C., et al. v. Al Baraka Inv. & Dev. Corp. et al.*, 04-CV-7280 (RCC)

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs in all of the above-referenced cases consolidated under 03 MDL 1570 and Defendant Yassin Abdullah Kadi, by and through their undersigned counsel, that Plaintiffs' time to respond to Defendant's motion to dismiss shall be extended to April 11, 2006, and that Defendant's time to file reply papers shall be extended to May 18, 2006.

Dated: April 3, 2006                                          Respectfully submitted,

HUNTON & WILLIAMS LLP                                         MOTLEY RICE LLC

By: /s/ Bonnie K. Arthur                                      By: /s/ Justin B. Kaplan
**BONNIE K. ARTHUR**                                          JUSTIN B. KAPLAN
1900 K Street, N.W.                                           28 Bridgeside Boulevard
Washington, D.C. 20006                                        Mount Pleasant, S.C. 29465

*Counsel for Defendant Yassin Abdullah Kadi*                  *Counsel for Plaintiffs*

SO ORDERED:

_____
RICHARD CONWAY CASEY, U.S.D.J.

Dated: April 5, 2006