UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-5-06
```

| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001. | ECF CASE |

CASE NO. 03-MDL-1570

**ORDER ADMITTING COUNSEL TO PRACTICE PRO HAC VICE**

This document relates to:

*New York Marine and General Insurance Co. v. Al Qaida, et al.*, Civil Action No. 1:04-CV-06105-RCC

*Federal Insurance, et al. v. Al Qaida, et al.*, Civil Action No. 1:03-CV-06978-RCC

*O'Neill v. The Republic of Iraq*, Civil Action No. 04-CV-01076-RCC

This matter comes before the Court on Defendant Republic of Iraq's motion to admit counsel pro hac vice.

Upon the matters presented to the Court, it is hereby ORDERED that the motion be, and hereby is, GRANTED.

The admitted attorney, Timothy B. Mills, is permitted to argue or try this particular case in whole or in part as co-lead counsel or advocate for Defendant Republic of Iraq.

Entered this 5 day of April, 2006.

_____
United States District Judge

501043230.1

A copy of this order shall be sent to the following:

Marc D. Powers
Baker & Hostetler LLP
666 Fifth Avenue, 16th Floor
New York, N.Y. 10103
Email: mpowers@bakerlaw.com
-and-
Timothy B. Mills
MAGGS & MCDERMOTT LLC
910 17th Street, N.W.
Washington, DC  20006
Email: timothybmills@aol.com
Co-lead Counsel for Defendant Republic of Iraq

All plaintiffs' and defendants' counsel via ECF