USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-6-06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001. | ECF CASE |
|---|---|

CASE NO. 03-MDL-1570

**ORDER ADMITTING COUNSEL TO PRACTICE PRO HAC VICE**

This document relates to:

*New York Marine and General Insurance Co. v. Al Qaida, et al.*, Civil Action No. 1:04-CV-06105-RCC

*Federal Insurance, et al. v. Al Qaida, et al.*, Civil Action No. 1:03-CV-06978-RCC

*O'Neill v. The Republic of Iraq*, Civil Action No. 04-CV-01076-RCC

This matter comes before the Court on Defendant Republic of Iraq's motion to admit counsel pro hac vice.

Upon the matters presented to the Court, it is hereby ORDERED that the motion be, and hereby is, GRANTED.

The admitted attorney, James Maggs, is permitted to argue or try this particular case in whole or in part as co-lead counsel or advocate for Defendant Republic of Iraq.

Entered this 5 day of April, 2006.

_R_____
United States District Judge

501043808.1