USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-7-06

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001. | CASE NO. 03-MDL-1570<br><br>NOTICE OF MOTION FOR THE ADMISSION OF JAMES MAGGS AS CO-LEAD COUNSEL PRO HAC VICE |

This document relates to:

*New York Marine and General Insurance Co. v. Al Qaida, et al.*, Civil Action No. 1:04-CV-06105-RCC

*Federal Insurance, et al. v. Al Qaida, et al.*, Civil Action No. 1:03-CV-06978-RCC

*O'Neill v. The Republic of Iraq*, Civil Action No. 04-CV-01076-RCC

**PLEASE TAKE NOTICE** that upon the annexed Certification of James Maggs in support of this motion, and the Certificate of Good Standing annexed thereto, as well as the supporting Certification of Marc D. Powers, Defendant Republic of Iraq will move this Court before the Honorable Richard C. Casey at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, NY 10007, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern District of New York, for an order allowing the admission of James Maggs, member of the firm of Maggs & McDermott, LLC and member in good standing of the New Jersey Bar, as attorney pro hac vice to argue or try this case in whole or in part as co-lead counsel to Defendant Republic of Iraq.

In further support of this motion, Defendant Republic of Iraq states that there are no pending disciplinary proceedings against Mr. Maggs in any State or Federal court.

501043760.1

Further, we have consulted with plaintiffs' and defendants' executive representatives, plaintiffs' representative takes no position on this motion.

WHEREFORE, Defendant Republic of Iraq respectfully requests that the Court enter the attached order granting the motion for the pro hac vice admission of James Maggs.

Dated: New York, New York
April 3, 2006

Respectfully submitted,
BAKER & HOSTETLER LLP

By: _____
Marc D. Powers (MDP-1528)
666 Fifth Avenue, 16th Floor
New York, NY 10103
(212) 589-4216
(212) 589-4201 (Facsimile)
mpowers@bakerlaw.com

**Attorneys for Defendant
Republic of Iraq**

501043760.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

 ORIGINAL

| | |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001. | CASE NO. 03-MDL-1570<br><br>AFFIDAVIT OF JAMES MAGGS IN SUPPORT OF MOTION FOR THE ADMISSION OF JAMES MAGGS AS CO-LEAD COUNSEL <u>PRO HAC VICE</u> |

This document relates to:

*New York Marine and General Insurance Co. v. Al Qaida, et al.*, Civil Action No. 1:04-CV-06105-RCC

*Federal Insurance, et al. v. Al Qaida, et al.*, Civil Action No. 1:03-CV-06978-RCC

*O'Neill v. The Republic of Iraq*, Civil Action No. 04-CV-01076-RCC

STATE OF NEW JERSEY )
                            ) ss:
COUNTY OF MONMOUTH)

     **James Maggs**, being duly sworn, hereby deposes and says as follows:

     1.    Pursuant to Local Civil Rule 1.3(c) of the Rules of the United States District Courts for the Southern and Eastern Districts of New York, I seek admission *pro hac vice* to represent Defendant Republic of Iraq in this action.

     2.    I am and have been a member in good standing of the State of New Jersey Bar since 1991. Attached hereto as Exhibit A is an original Certificate of Good Standing from the New Jersey Supreme Court, dated March 28, 2006.

3. I am currently a Partner with the firm Maggs & McDermott, LLC, 800 Old Bridge Road, Brielle, New Jersey 08730, telephone number (732) 223-9870. I regularly represent litigants in New Jersey's federal and state courts.

4. The law firm of Maggs & McDermott has been retained to defend the Republic of Iraq against claims made in litigation pending in the United States District Courts for the Southern District of New York and the District of Columbia.

5. I hereby certify that I have studied the Local Civil Rules for the Southern District of New York.

6. If admitted to practice *pro hac vice* in this matter, I will conduct myself in the manner required of attorneys so admitted.

7. Accordingly, I respectfully request permission to be admitted *pro hac vice* to practice and participate in the above-captioned action as counsel for Defendant Republic of Iraq.

Respectfully submitted,

James Maggs (7743)
MAGGS & MCDERMOTT, LLC
800 Old Bridge Road
Woodbridge, NJ 07095
(732) 223-9870

Sworn to and subscribed before me
this 31ST day of March, 2006.

_____
Notary Public
DIANE A. RUBIN
A NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES 01/23/2009

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **JAMES A MAGGS** (No. **039841991**) was constituted and appointed an Attorney at Law of New Jersey on **December 19, 1991** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **28TH** day of **March**, 20 **06**

Clerk of the Supreme Court



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001. | ECF CASE<br><br>CASE NO. 03-MDL-1570<br><br>CERTIFICATION OF MARC D. POWERS IN SUPPORT OF THE MOTION OF REPUBLIC OF IRAQ FOR THE ADMISSION OF JAMES MAGGS AS CO-LEAD COUNSEL PRO HAC VICE |

This document relates to:

*New York Marine and General Insurance Co. v. Al Qaida, et al.*, Civil Action No. 1:04-CV-06105-RCC

*Federal Insurance, et al. v. Al Qaida, et al.*, Civil Action No. 1:03-CV-06978-RCC

*O'Neill v. The Republic of Iraq*, Civil Action No. 04-CV-01076-RCC

      **MARC D. POWERS**, states, under penalty of perjury and pursuant to 28 U.S.C. § 1746:

    1.    I am a member in good standing of the bar of this Court, having been admitted to practice before the Southern District of New York in May 1981.

    2.    This certification is made in support of a motion seeking the admission pro hac vice in this action, pursuant to Local Civil Rule 1.3 (c) of the United States Court for the Southern District of New York, of James.

    3.    Mr. Maggs, who has his office at 800 Old Bridge Road, Brielle, New Jersey 08730, is counsel for Defendant Republic of Iraq. He is a member in good standing of the Bar of

the the State of New Jersey. *See* Certificate of Good Standing attached to the Affidavit of James Maggs in support of this motion, submitted herewith.

4. I believe that Mr. Maggs will conduct himself in a manner required of attorneys admitted to practice in this Court pro hac vice. I therefore respectfully request that he be allowed to appear pro hac vice in this matter for the purpose of counseling and advocating for Defendant Republic of Iraq in this litigation.

Dated: New York, New York
April 3, 2006

I certify that the foregoing is true and correct.

Marc D. Powers (MDP-1528)

501043789.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001.** | **ECF CASE**<br><br>CASE NO. 03-MDL-1570<br><br>**ORDER ADMITTING COUNSEL TO PRACTICE PRO HAC VICE** |

This document relates to:

*New York Marine and General Insurance Co. v. Al Qaida, et al.*, Civil Action No. 1:04-CV-06105-RCC

*Federal Insurance, et al. v. Al Qaida, et al.*, Civil Action No. 1:03-CV-06978-RCC

*O'Neill v. The Republic of Iraq*, Civil Action No. 04-CV-01076-RCC

This matter comes before the Court on Defendant Republic of Iraq's motion to admit counsel pro hac vice.

Upon the matters presented to the Court, it is hereby ORDERED that the motion be, and hereby is, GRANTED.

The admitted attorney, James Maggs, is permitted to argue or try this particular case in whole or in part as co-lead counsel or advocate for Defendant Republic of Iraq.

Entered this 7 day of April, 2006.

*Richard Conway Casey*

United States District Judge

A copy of this order shall be sent to the following:

Marc D. Powers
Baker & Hostetler LLP
666 Fifth Avenue, 16th Floor
New York, N.Y. 10103
Email: mpowers@bakerlaw.com
-and-
James Maggs
MAGGS & MCDERMOTT LLC
800 Old Bridge Road
Brielle, NJ  08730
Email: jmaggs@briellelaw.com
Co-lead Counsel for Defendant Republic of Iraq

All plaintiffs' and defendants' counsel via ECF



## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of April 2006, a copy of the foregoing Motion for Admission *Pro HacVice* of James Maggs, the Affidavit and Certificate of Good Standing attached thereto, and the Proposed Order for Admission *Pro Hac Vice* were served via Electronic Mail.

Brian K. Esser, Esq.
Baker & Hostetler LLP