USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-17-06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |
|---|---|

*This document relates to: Federal Insurance Co. v. al Qaida, 03-CV-6978 (RCC)*

*This document is filed on behalf of those Plaintiffs in the above-referenced case seeking un-liquidated damages for workers' compensation losses as they relate to personal injuries and deaths suffered by victims of the September 11, 2001 Attack. Those Plaintiffs are identified in Exhibit A attached hereto.*

## DEFAULT JUDGMENT

This action having been commenced on September 10, 2003 by the filing of the Summons and Complaint, the First Amended Complaint and Summons were filed on March 10, 2004, defendants listed in Exhibit B were served with a copy of the First Amended Complaint and Summons in the manner described, proofs of such service thereof were filed on the dates identified in Exhibit B, the defendants not having answered the First Amended Complaint, and the time for answering the First Amended Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiffs identified in Exhibit A seeking un-liquidated damages for workers' compensation losses, have judgment against the defendants listed in Exhibit B, and shall be entitled to a hearing before this Court to establish the value of the Plaintiffs' un-liquidated damages.

New York, New York
~~September   2005~~
April 17, 2006

_____
U.S.D.J.

This document was entered on the docket on
_____.