# EXHIBIT A

```
                    Wisner Law Firm
                    934 S 4th St.
                    St. Charles, Il 60174
                    630-513-9434
                    Fax 630-513-0716  6287
```

Attention: Donald Noland
           Gary Skinner

Date:

Company:

Number of Pages:

Fax Number:

Voice Number:

From: Floyd Wisner

Company: Wisner Law Firm

Fax Number: 630-513-0716 6287

Voice Number: 630-513-9434

Subject:

**Comments:**

{ Note Field }

This material is intended for the individual or entity to which it is addressed. It may contain privileged and/or confidential information that may be exempt from disclosure under applicable laws. If you are not the intended receipient, you are strictly prohibited from disseminating or distributing this material, other than to the intended recipient. If you have received this communication in error, please telephone us immediately and then return this material (and all copies) by mail to the above address. On request, we will reimburse you for reasonable cost of return. Thank you

Donald J. Nolan  
Nolan Law Group  
20 N. Clark St.  
Suite 3000  
Chicago, Il 60602  
(Fax 1-312-630-4011)

December 13, 2005

Re: Salvo v United airlines, et al  
Salvo v bin Laden (terrorist action)

Dear Mr. Nolan,

I hereby terminate the attorney-client agreement between your firm and my family effective immediately. I have an attorney who will be contacting you shortly to arrange for the substitution of attorneys. Please do not attempt to contact me in any way or through any person as I am represented by other counsel.

Very truly yours,

*Gladys Salvo*  
Gladys Salvo