**United States District Court**
**Southern District of New York**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) <br> ECF Case |

This document relates to: *Salvo v. Al Qaeda Islamic Army, et al., 03 CV 5071*

### ORDER

Upon consideration of the motion of Donald J. Nolan, individually and on behalf of Nolan Law Group to withdraw as attorney of record for the plaintiff, Gladys H. Salvo, as administrator of the estate of Samuel Salvo, deceased, and on behalf of all survivors of Samuel Salvo, in the above-captioned matter, it is this _____ day of _____, 2006 **ORDERED** that said motion is hereby **GRANTED**[1].

Dated: _____          _____
                                                    United States District Court Judge

---

[1] Donald J. Nolan shall continue as attorney of record for plaintiffs, Christine R. Huhn, Lynn B. Pescherine, Linda E. Thorpe, Clifford Tempesta and Dorothy Tempesta in case number 03 CV 5071.