IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____
                                      )
*In Re* Terrorist Attacks on September 11, 2001    )    03 MDL No. 1570 (RCC)
_____)    ECF Case

This document relates to:
   EURO BROKERS, INC., *et al.* v. AL BARAKA INV. AND DEV. CORP., *et al.*, Case No. 04-CV-7279;
   NEW YORK MARINE AND GEN. INS. CO. v. AL QAIDA, *et al.*, Case No. 04-CV-6105;
   WORLD TRADE CTR. PROPS. LLC, *et al.* v. AL BARAKA INV. AND DEV. CORP., *et al.*, Case No. 04-CV-7280.

## NOTICE OF ABDULLAH BIN KHALID AL-THANI'S MOTION TO DISMISS

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 12(b) and upon the annexed declaration of Abdullah Bin Khalid Al-Thani and the accompanying memorandum of law, defendant Abdullah Bin Khalid Al-Thani, by and through the undersigned counsel, hereby makes a limited appearance for the purpose of moving the Court, before the Honorable Richard C. Casey, United States District Judge, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an order dismissing, pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(2), 12(b)(5) and 12(b)(6), the plaintiffs' complaints in the above-captioned cases.

                                        DLA PIPER RUDNICK GRAY CARY US LLP

                                        _____
                                        David E. Nachman (DN-6684)
                                        1251 Avenue of the Americas
                                        New York, NY  10020-1104
                                        Telephone: (212) 835-6000

2

April 7, 2006

Sheldon Krantz*
Rachel Tausend*
1200 Nineteenth Street, NW
Washington, DC  20036
Telephone: (202) 861-3900

Attorneys for Defendant
Abdullah Bin Khalid Al-Thani

* Application for admission *pro hac vice* pending