Khalid Al-Attiya
Legal Consultant & Attorney



خالد العطية
للإستشارات القانونية والمحاماة

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In Re* Terrorist Attacks on September 11, 2001 (RCC) | 03 MDL No. 1570 |
| | ECF Case |

This document relates to:

BURNETT, *et al.* v. AL BARAKA INVESTMENT AND DEVELOPMENT CORP., *et al.*, Case No. 03-CV-5738 & 03-CV-9849;

EURO BROKERS INC., *et al.* v. AL BARAKA INVESTMENT AND DEVELOPMENT CORP., *et al.*, Case No. 04-CV-7279;

NEW YORK MARINE AND GENERAL INSURANCE CO. v. AL QAIDA, *et al.*, Case No. 04-CV-6105;

WORLD TRADE CENTER PROPERTIES LLC, *et al.* v. AL BARAKA INVESTMENT AND DEVELOPMENT CORP., *et al.*, Case No. 04-CV-7280.

**DECLARATION OF ABDULLAH BIN KHALID AL-THANI**

I, Abdullah Bin Khalid Al-Thani, being duly sworn, declare and state as follows:

1. I am over 18 years of age and competent to testify to the matters set forth below of my own personal knowledge.

2. I have been informed by my attorneys that I am a defendant in the above-captioned actions. I am submitting this declaration in support of my Motion to Dismiss.

3. I was born in 1956 in Qatar, am a Qatari citizen and have not lived anywhere outside of Qatar during the past ten years.

4. I am a member of the Al-Thani ruling family of Qatar and have held official government positions since 1982.






خالد العطية
للإستشارات القانونية والمحاماة

5. In October 1983, I joined the Armoured Brigade of the Qatari Army. I was appointed its Commander in 1984 and retired from the army in 1992.

6. From 1992 to 1997, I served as Qatar's Minister of Awqaf and Islamic Affairs. The Ministry of Awqaf is responsible for supervising religious affairs, the zakat fund for the poor and needy, the administrative and financial affairs of the Sharia courts, and the fatwa authority.

7. I have served as Qatar's Minister of the Interior since 1997. The Ministry of Interior Affairs is responsible for maintaining general security and public order, detecting, investigating and preventing crime, protecting the lives and assets of both Qataris and non-Qataris within Qatar's borders, and regulating immigration and naturalization.

8. I have never traveled to the United States to conduct any form of business in either my official or my personal capacity. The only times I have been in the United States were as an airplane passenger in May 1992 and September 1998, when I was in transit between Qatar and Canada. Both times, I spent no more than a few hours in New York while waiting for my connection.

9. I have never owned any property or other assets or maintained any bank account in the United States.

10. I have not conducted any business in the United States through intermediaries or otherwise. I have not conducted business with entities or individuals known by me to be based in the United States.




خالد العطية
للإستشارات القانونية والمحاماة

11. As far as I am aware, I have never appeared on any official list of persons under investigation for terrorist activities or been investigated in connection with such matters outside of this case.

12. I cannot speak, read or write English. I understand that this declaration will be translated into English for purposes of this case.

13. I do not subscribe to or read *USA Today*, the *International Herald Tribune*, or *Al Quds Al Arabi* newspapers. I have been told that the daily circulation figures for those newspapers in Qatar are 55, 1,500-2,000 and 300 copies respectively and that the two English newspapers are distributed primarily through hotels and Qatar Airways.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 21st day of March, 2006.




Sheikh Abdullah Bin Khalid Al-Thani