19/10/2001



**Press Release
SC/7180**

### SECURITY COUNCIL COMMITTEE CONCERNING AFGHANISTAN ISSUES A FURTHER ADDENDUM

(Reissued as received.)

The following is a further addendum of entities and/or persons that have so far been identified by the Committee pursuant to paragraph 8 (c) of resolution 1333 (2000).  It should be noted that this is the third addendum to the consolidated list dated 8 March 2001 (AFG/131-SC/7028), as amended on 20 August 2001 (AFG/142-SC/7124), and further amended on 8 October 2001 (AFG/150-SC/7166).

In this connection, the attention of Member States is drawn to paragraph 8 (c) of Security Council resolution 1333 (2000) which stipulates that all States shall take further measures to freeze without delay funds and other financial assets of Usama bin Laden and individuals and entities associated with him as designated by the Committee, including those in the Al-Qaida organization, and including funds derived or generated from property owned or controlled directly or indirectly by Usama bin Laden and individuals and entities associated with him, and to ensure that neither they nor any other funds or financial resources are made available, by their nationals or by any persons within their territory, directly or indirectly for the benefit of Usama bin Laden, his associates, or any entities owned or controlled, directly or indirectly, by Usama bin Laden or individuals and entities associated with him including the Al-Qaida organization.

The Committee will continue to maintain an updated list, based on information provided by States and regional organizations, of the individuals and entities designated as being associated with Usama bin Laden, including those in the Al-Qaida organization.

**Entities:**

**Al-Hamati  Sweets Bakeries**, Al-Mukallah, Hadhramawt Governorate, Yemen.

**Al-Nur Honey Press Shops** (A.K.A. Al-Nur Honey Center), Sanaa, Yemen.

**Al-Shifa, Honey Press For Industry And Commerce**, P.O. Box 8089, Al-Hasabah, Sanaa, Yemen; By The Shrine Next To The Gas Station, Jamal Street, Ta'iz, Yemen; Al- Arudh Square, Khur Maksar, Aden, Yemen; Al-Nasr Street, Doha, Qatar.

**Jaish-I-Mohammed**(A.K.A. Army of Mohammed), Pakistan.

**Jam'yah Ta'awun Al-Islamia** (A.K.A. Society of Islamic Cooperation) (A.K.A. Jam'iyat Al Ta'awun Al Islamiyya) (A.K.A. Jit), Qandahar City, Afghanistan.

**Rabita Trust**, Room 9a, 2nd Floor, Wahdat Road, Education Town, Lahore, Pakistan; Wares Colony, Lahore, Pakistan.

**Individuals:**

**Agha, Haji Abdul Manan** (A.K.A. Saiyid, Abd Al-Man, Am) Pakistan.

**Al-Hamati, Muhammad** (A.K.A. Al-Ahdal, Mohammad Hamdi Sadiq; A.K.A. Al-Makki, Abu Asim), Yemen.

* **Al-Haq, Amin** (A.K.A. Amin, Muhammad; A.K.A. Ah Haq, Dr. Amin; Ul-Haq, Dr. Amin); DOB: 1960; P0B: Nangahar Province, Afghanistan.

* **Al-Jadawi, Saqar**; DOB: 1965.

* **Al-Kadr, Ahmad Sa'id** (A.K.A. Al-Kanadi, Abu Abd Al-Rahman); DOB: 01 March 1948; POB: Cairo, Egypt.

**Al-Qadi, Yasin** (A.K.A, Kadi, Shaykh Yassin Abdullah; A.K.A. Kahdi, Yasin), Jeddah, Saudi Arabia.

* **Al-Sharif, Sa'd**; DOB: 1969; POB: Saudi Arabia.

* **Bin Marwan, Bilal**; DOB: 1947.

**Bin Muhammad, Ayadi Chafiq** (A.K.A. Ayadi Shafiq, Ben Muhammad; A.K.A. Ayadi Chafik, Ben Muhammad; A.K.A. Aiadi, Ben Muhammad; A.K.A. Aiady, Ben Muhammad), Helene Meyer Ring 10-1415-80809, Munich, Germany; 129 Park Road, NW8, London, England; 28 Chausse Di Lille, Moscron, Belgium; Darvingasse 1/2/58-60, Vienna, Austria; Tunisia; DOB: 21 January 1963; POB: Safais (Sfax), Tunisia.

**Darkazanli, Mamoun**; Uhlenhorster Weg 34, Hamburg, 22085 Germany; DOB: August 4, 1958; POB: Aleppo, Syria; Passport No: 1310636262 (Germany).

**Hijazi, Riad** (A.K.A. Hijazi, Raed M.; A.K.A. Al-Hawen, Abu-Ahmad; A.K.A. Al-Maghribi, Rashid (The Moroccan); A.K.A. Al-Amriki, Abu-Ahmad (The American); A.K.A. Al-Shahid, Abu-Ahmad), Jordan; DOB: 1968; POB: California, U.S.A.; SSN: 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.

**Ladehyanoy, Mufti Rashid Ahmad** (A.K.A. Ludhianvi, Mufti Rashid Ahmad; A.K.A. Armad, Mufti Rasheed; A.K.A. Wadehyanoy, Mufti Rashid Ahmad); Karachi, Pakistan.

**Uthman, Omar Mahmoud** (A.K.A. Al-Filistini, Abu Qatada; A.K.A. Takfiri, Abu Umr; A.K.A. Abu Umar, Abu Omar; A.K.A. Uthman, Al-Samman; A.K.A. Umar, Abu Umar; A.K.A. Uthman, Umar; A.K.A. Abu Ismail), London, England; DOB: 30 December 1960 or 13 December 1960.

**Yuldashev, Tohir** (A.K.A. Yuldashev, Takhir), Uzbekistan.

**Zia, Mohammad** (A.K.A. Zia, Ahmad); C/O Ahmed Shah C/O Painda Mohammad Al-Karim Set, Peshawar, Pakistan; C/O Alam General Store Shop 17, Awami Market, Peshawar, Pakistan; C/O Zahir Shah S/

**Abdullah Ahmed Abdullah** (A.K.A. Abu Mariam; A.K.A. Al-Masri, Abu Mohamed; A.K.A. Saleh); Afghanistan; DOB: 1963; POB: Egypt; Citizen Egypt (Individual).

**Muhsin Musa Matwalli Atwah** (A.K.A. Abdel Rahman; A.K.A. Abdul Rahman; A.K.A. Al-Muhajir, Abdul Rahman; A.K.A. Al-Namer, Mohammed K.A.), Afghanistan; DOB: 19 Jun 1964; POB: Egypt; Citizen Egypt (Individual).

**Anas Al-Liby** (A.K.A. Al-Libi, Anas; A.K.A. Al-Raghie, Nazih; A.K.A. Al-Raghie, Nazih Abdul Hamed; A.K.A. Al-Sabai, Anas), Afghanistan; DOB: 30 Mar 1964; Alt. DOB: 14 May 1964; POB: Tripoli, Libya; Citizen Libya (Individual).

**Ahmed Khalfan Ghailani** (A.K.A. "Ahmed The Tanzanian"; A.K.A. "Foopie"; A.K.A. "Fupi"; A.K.A. Ahmad, Abu Bakr; A.K.A. Ahmed, A; A.K.A. Ahmed, Abubakar; A.K.A. Ahmed, Abubakar K.; A.K.A. Ahmed, Abubakar Khalfan; A.K.A. Ahmed, Abubakary K.; A.K.A. Ahmed, Ahmed Khalfan; A.K.A. Al Tanzani, Ahmad; A.K.A. Ali, Ahmed Khalfan; A.K.A. Bakr, Abu; A.K.A. Ghailani, Abubakary Khalfan Ahmed, A.K.A. Ghailani, Ahmed; A.K.A. Ghilani, Ahmad Khalafan; A.K.A. Hussein, Mahafudh Abubakar Ahmed Abdallah; A.K.A. Khabar, Abu; A.K.A. Khalfan, Ahmed; A.K.A. Mohammed, Shariff Omar); DOB: 14 Mar 1974; Alt. DOB: 13 Apr. 1974; Alt. DOB: 14 Apr. 1974; Alt. DOB: 1 Aug. 1970; POB: Zanzibar, Tanzania; Citizen Tanzania (Individual).

**Ahmed Mohammed Hamed Ali** (A.K.A. Abdurehman, Ahmed Mohammed; A.K.A. Abu Fatima; A.K.A. Abu Islam; A.K.A. Abu Khadiijah; A.K.A. Ahmed Hamed; A.K.A. Ahmed The Egyptian; A.K.A. Ahmed, Ahmed; A.K.A. Al-Masri, Ahmad; A.K.A. Al-Surir, Abu Islam; A.K.A. Ali, Ahmed Mohammed; A.K.A. Ali, Hamed; A.K.A. Hemed, Ahmed; A.K.A. Shieb, Ahmed; A.K.A. Shuaib); Afghanistan; DOB: 1965; POB: Egypt; Citizen Egypt (Individual).

**Fazul Abdullah Mohammed** (A.K.A. Abdalla, Fazul; A.K.A. Adballah, Fazul; A.K.A. Aisha, Abu; A.K.A. Al Sudani, Abu Seif; A.K.A. Ali, Fadel Abdallah Mohammed; A.K.A. Fazul, Abdalla; A.K.A. Fazul, Abdallah; A.K.A. Fazul, Abdallah Mohammed; A.K.A. Fazul, Haroon; A.K.A. Fazul, Harun; A.K.A. Haroon; A.K.A. Haroun, Fadhil; A.K.A. Harun; A.K.A. Luqman, Abu; A.K.A. Mohammed, Fazul; A.K.A. Mohammed, Fazul Abdilahi; A.K.A. Mohammed, Fouad; A.K.A. Muhamad, Fadil Abdallah); DOB: 25 Aug 1972; Alt. DOB: 25 Dec 1974; Alt. DOB: 25 Feb 1974; POB: Moroni, Comoros Islands; Citizen Comoros; Alt. Citizen Kenya (Individual).

**Mustafa Mohamed Fadhil** (A.K.A. Al Masri, Abd Al Wakil; A.K.A. Al-Nubi, Abu; A.K.A. Ali, Hassan; A.K.A. Anis, Abu; A.K.A. Elbishy, Moustafa Ali; A.K.A. Fadil, Mustafa Muhamad; A.K.A. Fazul, Mustafa; A.K.A. Hussein; A.K.A. Jihad, Abu; A.K.A. Khalid; A.K.A. Man, Nu; A.K.A. Mohammed, Mustafa; A.K.A. Yussrr, Abu); DOB: 23 Jun 1976; POB: Cairo, Egypt; Citizen Egypt; Alt. Citizen Kenya; Kenyan Id. No. 12773667; Serial No. 201735161 (Individual).

**Sheikh Ahmed Salim Swedan** (A.K.A. Ahmed The Tall; A.K.A. Ally, Ahmed; A.K.A. Bahamad; A.K.A. Bahamad, Sheik; A.K.A. Bahamadi, Sheikh; A.K.A. Suweidan, Sheikh Ahmad Salem; A.K.A. Swedan, Sheikh; A.K.A. Swedan, Sheikh Ahmed Salem); DOB: 9 Apr 1969; Alt. DOB: 9 Apr 1960; POB: Mombasa, Kenya; Citizen Kenya (Individual).

**Fahid Mohammed Ally Msalam** (A.K.A. Al-Kini, Usama; A.K.A. Ally, Fahid Mohammed; A.K.A. Msalam, Fahad Ally; A.K.A. Msalam, Fahid Mohammed Ali; A.K.A. Msalam, Mohammed Ally; A.K.A. Musalaam, Fahid Mohammed Ali; A.K.A. Salem, Fahid Muhamad Ali); DOB: 19 Feb 1976; POB: Mombasa, Kenya; Citizen Kenya (Individual).

**Abdul Rahman Yasin** (A.K.A. Taha, Abdul Rahman S.; A.K.A. Taher, Abdul Rahman S.; A.K.A. Yasin, Abdul Rahman Said; A.K.A. Yasin, Aboud); DOB: 10 Apr 1960; POB: Bloomington, Indiana U.S.A.; SSN 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 (U.S.A.); Passport No. 27082171 (U.S.A. (Issued 21 Jun 1992 In Amman, Jordan)); Alt. Passport No. MO887925 (Iraq); Citizen U.S.A. (Individual).

*The names with an asterisk have already been published in the consolidated list dated 8 March 2001 (AFG/131-SC/7028), however, due to the provision of additional information, they have been included in the current addendum.