**GLOBAL DIAMOND BOARD**
**FORM 10-KSB DEC 31, 2000**

Directors and Executive Officers

Set forth below, effective as of July 1, 1999, are the directors and officers of the Company and its South African subsidiary, Global Diamond Resources (SA)(Pty) Limited ("Global Diamond-SA"). Each person holds the stated positions with the indicated companies.

| Name | Age | Position |
|---|---|---|
| Johann de Villiers | 48 | Chairman of the Board, Director of the Company, Chief Executive Officer and Chief Financial Officer Director of Global Diamond-SA |
| Pieter van Wyk | 50 | Director of Exploration and Mining and Director of the Company and Director of Global Diamond-SA |
| John Tyson | 53 | Director of the Company |
| Charles MacDonald | 47 | Director of the Company and Director of Global Diamond-SA |
| Said H. Ghachem | 59 | Director of the Company |
| Ahmed M. Basodan | 39 | Director of the Company |
| Yassin Abduaalh Kadi | 46 | Director of the Company |
| Mattar Abdulla Al Muhairy | 57 | Director of the Company |
| Amin Koudsi | 57 | Director of the Company |
| Andries Janzen | 57 | Director of the Company and Managing Director of Global Diamond-SA |
| Gasem S. Al-Shaikh | 47 | Director of the Company |
| Paulus Vries | 49 | Director of Global Diamond-SA |
| Eugene Brill | 36 | Secretary of the Company |
| Albert W. de Villiers | 44 | Chief Operating Officer of Global Diamond-SA (effective October 2000) |