```
Dossiernummer: 41187737        Blad 00001

Uittreksel uit het handelsregister van de Kamer van Koophandel en Fabrieken
voor Utrecht en omstreken

Deze gegevens zijn bijgewerkt tot 07-11-2005 17:38:34
_____
_
***************************************************************************
*
* Op 08-05-2003 is geregistreerd dat de ontbonden rechtspersoon is
*
* opgehouden te bestaan, omdat geen bekende baten meer aanwezig zijn met
*
* ingang van 01-05-2003.
*
* Laatstelijk stond ingeschreven:
*
***************************************************************************
*
Rechtspersoon:
Rechtsvorm                 :Stichting
Statutaire naam            :Muwaffaq Stichting
Statutaire zetel           :Utrecht
Telefoonnummer             :06-0000000000
Akte van oprichting        :10-07-1995
Ontbinding, reden ontbinding:01-05-2003, door besluit van de algemene
                            vergadering/stichtingsbestuur
Einde rechtspersoon        :01-05-2003
---------------------------------------------------------------------------
-
Bestuurder(s):

Naam                       :Ben Mohamed, Chafiq Ayadi
Geboortedatum              :21-01-1963
Adres                      :Crewtzstrasse 35, Karlsruhe, Duitsland
Infunctietreding           :10-07-1995
Titel                      :Eerste voorzitter
Bevoegdheid                :Gezamenlijk bevoegd (met andere bestuurder(s),
                            zie statuten)
Aanvang (huidige) vertegen-
 woordigingsbevoegdheid     :10-07-1995

Naam                       :Essafi, Mohamed Moncef
Geboortedatum en -plaats   :04-09-1950, Sfax, Tunesië
Adres                      :Celsiusstraat 19, 4702WB Roosendaal
Infunctietreding           :10-07-1995
Titel                      :Eerste secretaris
Bevoegdheid                :Gezamenlijk bevoegd (met andere bestuurder(s),
                            zie statuten)
Aanvang (huidige) vertegen-
 woordigingsbevoegdheid     :10-07-1995

07-11-2005                  Blad 00002 volgt.
Dossiernummer: 41187737     Blad 00002
_____
_
Naam                       :Elobaid, Elobaid
Geboortedatum              :12-03-1965
Adres                      :Brovje 13, Zagreb, Joegoslavië
Infunctietreding           :10-07-1995
```

```
Titel                         :Eerste penningmeester
Bevoegdheid                   :Gezamenlijk bevoegd (met andere bestuurder(s),
                               zie statuten)
Aanvang (huidige) vertegen-
 woordigingsbevoegdheid       :10-07-1995

Naam                          :Qadhi, Yassin
Geboortedatum                 :14-06-1957
Adres                         :Waly Al-Ahd Street 6521 West Tower11, Jeddah
                               21411, Ruwais Dist, Saudi-Arabië
Infunctietreding              :10-07-1995
Titel                         :Eerste bestuurslid
Bevoegdheid                   :Gezamenlijk bevoegd (met andere bestuurder(s),
                               zie statuten)
Aanvang (huidige) vertegen-
 woordigingsbevoegdheid       :10-07-1995
----------------------------------------------------------------------
-
Overige functie(s):

Naam                          :Qadhi, Yassin
Geboortedatum                 :14-06-1957
Adres                         :Waly Al-Ahd Street 6521 West Tower11, Jeddah
                               21411, Ruwais Dist, Saudi-Arabië
Functie en infunctietreding :Bewaarder van boeken en bescheiden, 01-05-2003
_____
_
Alleen geldig indien door de kamer voorzien van een ondertekening.

07-11-2005                    Blad 00003 volgt.
Dossiernummer: 41187737       Blad 00003
_____
_

                               Woerden, 07-11-2005

                               Voor uittreksel
```