# CAVALLO LIMITED
12 Majestic Drive, Onchan, Isle Of Man, IM3 2JQ, Great Britain
Tel. #: 144 (1624) 629 545, Fax. #: +44 (1624) 629 976

\*\*\*URGENT\*\*\*   Amman 20.01.1999

TO    FAISAL FAINANCE
Att   MR. Sabri HASSANEIN
FROM  WALEED ABU SHEIKHA

SUBJ  L/C  SH/98646
      For US DOLLARS (147.500,)

Number of pages including this one (2)

Dear Mr. Sabri ;—

Referring to your message to our selves dated 05.01.1999 and our teleconv in the same day where i replyed to you verbaly not to effect payment subject to the discrepancies, where you agreed.

Today i have received a telephone call from your self asking me to reply on your mentioned message.

So, I have to make my self very clear to you that under no any circumstances payment should take place without my personal written instructions.

Meanwhile we still negotiate with the exporters and with our insurance co. to find out, what has happened to the cargo which sailed from port said on the 23rd December 1998 and never arrived to the destination.

Onece we settle the issue we will keep you informed.

## CAVALLO LIMITED
12 Majestic Drive, Onchan, Isle Of Man, IM3 2JQ, Great Britain
Tel #. 144 (1624) 629 545, Fax. #. 144 (1624) 629 976

Regarding the discrepancies of the documents, we would like you to send us a full details and descriptions as our bank adviser in order to assist us to take the right decision furtherly.

Please not that my corresponding numbers in JORDAN is as follows

FAX : 00962-6-5356982
Resident : + + -6-5238430
Mobile : + + -79-543836

Please don't hesitate to contact me for further details needed.

C.C : YASSIN KADI EST
Att : MR. YOUSEF ABU ALI
      MR. WA'EL JULEIDAN.

BEST REGARDS

WALEED ABU SHEIKHA.

