

PRESS ROOM

July 14, 2005
JS-2632

### Treasury Designates MIRA for Support to Al Qaida

The U.S Department of the Treasury today designated the Movement for Islamic Reform in Arabia (MIRA), a U.K.-based Saudi oppositionist organization, for providing material support to al Qaida. MIRA is run by al Qaida-affiliated Saad al-Faqih, who was designated pursuant to E.O. 13224 by the Treasury on December 21, 2004 and is named on the United Nations 1267 Committee consolidated list of terrorists tied to al Qaida, UBL and the Taliban.

"Al-Faqih uses MIRA to facilitate al Qaida's operations," said Stuart Levey, the Treasury's Under Secretary for Terrorism and Financial Intelligence (TFI). "Designating MIRA will help stem the flow of funds to the organization and put the world on notice of its support for al Qaida."

Under his ideological and operational control, MIRA is the main vehicle al-Faqih uses to propagate support for the al Qaida network. MIRA's 1995 founding statement explicitly states that the organization is not limited to peaceful means in the pursuit of its objectives. According to information available to the U.S. Government, while head of MIRA, al-Faqih assumed the role of the al Qaida spokesperson in London following the arrest of senior Egyptian Islamic Jihad terrorist Yassir al-Sirri in 2001.

Information shows that statements on the MIRA website, including messages from Usama bin Laden and Abu Mus'ab al Zarqawi, are intended to provide ideological and operational support to al Qaida affiliated networks and potential recruits. According to recent information available to the U.S. Government, a senior al Qaida operative in Saudi Arabia sent articles to al-Faqih who then posted them to the MIRA website under the al Qaida operative's pennames.

In 2003, MIRA and Faqih received approximately $1 million in funding through Abdulrahman Alamoudi. According to information available to the U.S. Government, the September 2003 arrest of Alamoudi was a severe blow to al Qaida, as Alamoudi had a close relationship with al Qaida and had raised money for al Qaida in the United States. In a 2004 plea agreement, Alamoudi admitted to his role in an assassination plot targeting the Crown Prince of Saudi Arabia and is currently serving a 23 year sentence.

Al-Faqih has maintained associations with the al Qaida network since the mid-1990s, including with Khaled al Fawwaz, who acted as UBL's de facto representative in the United Kingdom and was associated with the 1998 East Africa embassy bombings. At the U.S. trial of the East African embassy bombers, prosecutors provided evidence that MIRA and al-Faqih paid for a satellite phone that al Fawwaz passed on to UBL, who allegedly used it to help carry out the attacks.

MIRA was designated under Executive Order 13224 for providing financial and/or material support to al Qaida.

**Identifying Information**
**Movement for Islamic Reform in Arabia**

**AKAs:** Al-Harakat Al-Islamiyah lil-Islah
Al Islah (Reform)

Islamic Movement for Reform
MIRA
Movement for Reform In Arabia

**Address:** BM Box: MIRA
London WC1N 3XX, United Kingdom

**Alt. Address:** Safiee Suite, EBC House, Townsend Lane
London NW9 8LL, United Kingdom

**Alt. Address**: 21 Blackstone Road
London NW2 6DA, United Kingdom

**Telephone:** 020 8452 0303
**Fax:** 020 8452 0808.
**Email:** info@islah.org
**U.K. Company Number**:  03834450

**For more information on the designation of al-Faqih, please visit**:
http://www.treasury.gov/press/releases/js2164.htm.