## FAISAL FINANCE (SWITZERLAND) SA
### PORTFOLIO VALUATION AS AT 16/10/01

SHEIKH ABDULLAH YASSIN .A. KADI
010470.01

| CATEGORY CURRENCY | DESCRIPTION | HOLDINGS | BOOK VALUE | MKT PRICE | MARKET VALUE CCY | YIELD % | MARKET VALUE USD | USD UNREALIZED GAIN/LOSS Market | Transl. | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| CASH ACCOUNTS | | | | | | | | | | |
| USD | ISLAMIC FIDUCIARY ACCOUNT | | 200,106.07 | | 200,106.07 | | 200,106.07 | | | |
| | | | | | | | 200,106.07 | | | |
| PARALLEL PURCHASE & SALE OF CURRENCIES/COMMODITIES | | | | | | | | | | |
| USD | INVESTMENT 43325 23/10/01 | | 9,000.00 | | 9,013.55 | 2.58 | 9,013.55 | 13 | | 13 |
| USD | INVESTMENT 43416 23/10/01 | | 8,000.00 | | 8,010.24 | 2.56 | 8,010.24 | 10 | | 10 |
| | | | | | | | 17,023.79 | 23 | | 23 |
| REAL ESTATE | | | | | | | | | | |
| USD | RADNOR PROPERTIES 22/06/04 | | 340,000.00 | | 341,615.00 | 9.50 | 341,615.00 | 1,615 | | 1,615 |
| | | | | | | | 341,615.00 | 1,615 | | 1,615 |
| | | | | | GRAND TOTALS | | 558,744.86 | 1,638 | 0 | 1,638 |