# Attachment 3

U.S. Department of the Treasury
Office of Foreign Assets Control

# TERRORISM

## What You Need To Know About U.S. Sanctions

**Executive Order 13224 blocking Terrorist Property and a summary of the**

**Terrorism Sanctions Regulations (Title 31 Part 595 of the U.S. Code of Federal Regulations),**

**Terrorism List Governments Sanctions Regulations (Title 31 Part 596 of the U.S. Code of Federal Regulations), and**

**Foreign Terrorist Organizations Sanctions Regulations (Title 31 Part 597 of the U.S. Code of Federal Regulations)**

**EXECUTIVE ORDER 13224 - BLOCKING PROPERTY AND PROHIBITING TRANSACTIONS WITH PERSONS WHO COMMIT, THREATEN TO COMMIT, OR SUPPORT TERRORISM**

By the authority vested in me as President by the Constitution and the laws of the United States of America, including the International Emergency Economic Powers Act (50 U.S.C. 1701 et seq.)(IEEPA), the National Emergencies Act (50 U.S.C. 1601 et seq.), section 5 of the United Nations Participation Act of 1945, as amended (22 U.S.C. 287c) (UNPA), and section 301 of title 3, United States Code, and in view of United Nations Security Council Resolution (UNSCR) 1214 of December 8, 1998, UNSCR 1267 of October 15, 1999, UNSCR 1333 of December 19, 2000, and the multilateral sanctions contained therein, and UNSCR 1363 of July 30, 2001, establishing a mechanism to monitor the implementation of UNSCR 1333,

I, GEORGE W. BUSH, President of the United States of America, find that grave acts of terrorism and threats of terrorism committed by foreign terrorists, including the terrorist attacks in New York, Pennsylvania, and the Pentagon committed on September 11, 2001, acts recognized and condemned in UNSCR 1368 of September 12, 2001, and UNSCR 1269 of October 19, 1999, and the continuing and immediate threat of further attacks on United States nationals or the United States constitute an unusual and extraordinary threat to the national security, foreign policy, and economy of the United States, and in furtherance of my proclamation of September 14, 2001, Declaration of National Emergency by Reason of Certain Terrorist Attacks, hereby declare a national emergency to deal with that threat. I also find that because of the pervasiveness and expansiveness of the financial foundation of foreign terrorists, financial sanctions may be appropriate for those foreign persons that support or otherwise associate with these foreign terrorists. I also find that a need exists for further consultation and cooperation with, and sharing of information by, United States and foreign financial institutions as an additional tool to enable the United States to combat the financing of terrorism.

I hereby order:

Section 1. Except to the extent required by section 203(b) of IEEPA (50 U.S.C. 1702(b)), or provided in regulations, orders, directives, or licenses that may be issued pursuant to this order, and notwithstanding any contract entered into or any license or permit granted prior to the effective date of this order, all property and interests in property of the following persons that are in the United States or that hereafter come within the United States, or that hereafter come within the possession or control of United States persons are blocked:

(a) foreign persons listed in the Annex to this order;

(b) foreign persons determined by the Secretary of State, in consultation with the Secretary of the Treasury and the Attorney General, to have committed, or to pose a significant risk of committing, acts of terrorism that threaten the security of U.S. nationals or the national security, foreign policy, or economy of the United States;

(c) persons determined by the Secretary of the Treasury, in consultation with the Secretary of State and the Attorney General, to be owned or controlled by, or to act for or on behalf of those persons listed in the Annex to this order or those persons determined to be subject to subsection 1(b), 1(c), or 1(d)(i) of this order;

(d) except as provided in section 5 of this order and after such consultation, if any, with foreign authorities as the Secretary of State, in consultation with the Secretary of the Treasury and the Attorney General, deems appropriate in the exercise of his discretion, persons determined by the Secretary of the Treasury, in consultation with the Secretary of State and the Attorney General;

    (i)    to assist in, sponsor, or provide financial, material, or technological support for, or financial or other services to or in support of, such acts of terrorism or those persons listed in the Annex to this order or determined to be subject to this order; or

    (ii)    to be otherwise associated with those persons listed in the Annex to this order or those persons determined to be subject to subsection 1(b), 1(c), or 1(d)(i) of this order.

Sec. 2. Except to the extent required by section 203(b) of IEEPA (50 U.S.C. 1702(b)), or provided in regulations, orders, directives, or licenses that may be issued pursuant to this order, and notwithstanding any contract entered into or any license or permit granted prior to the effective date:

(a) any transaction or dealing by United States persons or within the United States in property or interests in property blocked pursuant to this order is prohibited, including but not limited to the making or receiving of any contribution of funds, goods, or services to or for the benefit of those persons listed in the Annex to this order or determined to be subject to this order;

(b) any transaction by any United States person or within the United States that evades or avoids, or has the purpose of evading or avoiding, or attempts to violate, any of the prohibitions set forth in this order is prohibited; and

(c) any conspiracy formed to violate any of the prohibitions set forth in this order is prohibited.

Sec. 3.   For purposes of this order:

(a) the term "person" means an individual or entity;

(b) the term "entity" means a partnership, association, corporation, or other organization, group, or subgroup;

(c) the term "United States person" means any United States citizen, permanent resident alien, entity organized under the laws of the United States (including foreign branches), or any person in the United States; and

(d) the term "terrorism" means an activity that —
    (i) involves a violent act or an act dangerous to human life, property, or infrastructure; and
    (ii) appears to be intended —
        (A)    to intimidate or coerce a civilian population;
        (B)    to influence the policy of a government by intimidation or coercion; or
        (C)    to affect the conduct of a government by mass destruction, assassination, kidnapping, or hostage-taking.

Sec. 4.   I hereby determine that the making of donations of the type specified in section 203(b)(2) of IEEPA (50 U.S.C. 1702(b)(2)) by United States persons to persons determined to be subject to this order would seriously impair my ability to deal with the national emergency declared in this order, and would endanger Armed Forces of the United States that are in a situation where imminent involvement in hostilities is clearly indicated by the circumstances, and hereby prohibit such donations as provided by section 1 of this order.   Furthermore, I hereby determine that the Trade Sanctions Reform and Export Enhancement Act of 2000 (title IX, Public Law 106-387) shall not affect the imposition or the continuation of the imposition of any unilateral agricultural sanction or unilateral medical sanction on any person determined to be subject to this order because imminent involvement of the Armed Forces of the United States in hostilities is clearly indicated by the circumstances.

Sec. 5.   With respect to those persons designated pursuant to subsection 1(d) of this order, the Secretary of the Treasury, in the  exercise of his discretion and in consultation with the Secretary of State and the Attorney General, may take such other actions than the complete blocking of property or interests in property as the President is authorized to take under IEEPA and UNPA if the  Secretary of the Treasury, in consultation with the Secretary of State and the Attorney General, deems such other actions to be consistent with the national interests of the United States, considering such factors as he deems appropriate.

Sec. 6.   The Secretary of State, the Secretary of the Treasury, and  other appropriate agencies shall make all relevant efforts to cooperate and coordinate with other countries, including through technical assistance, as well as bilateral and multilateral agreements and arrangements, to achieve the objectives of this order, including the prevention and suppression of acts of terrorism, the denial of financing and financial services to terrorists and terrorist organizations, and the sharing of intelligence about funding activities in support of terrorism.

Sec. 7.   The Secretary of the Treasury, in consultation with the  Secretary of State and the Attorney General, is hereby authorized to take such actions, including the promulgation of rules and  regulations, and to employ all powers granted to the President by IEEPA and UNPA as may be necessary to carry out the purposes of  this order.   The Secretary of the Treasury may redelegate any of these functions to other officers and agencies of the United States Government.  All agencies of the United States Government are hereby directed to take all appropriate measures within their authority to carry out the provisions of this order.

Sec. 8.   Nothing in this order is intended to affect the continued effectiveness of any rules, regulations, orders, licenses, or other forms of administrative action issued, taken, or continued in effect heretofore or hereafter under 31 C.F.R. chapter V, except as expressly terminated, modified, or suspended by or pursuant to this order.

Sec. 9.   Nothing contained in this order is intended to create, nor does it create, any right, benefit, or privilege, substantive or procedural, enforceable at law by a party against the United States, its agencies, officers, employees or any other person.

Sec. 10. For those persons listed in the Annex to this order or determined to be subject to this order who might have a constitutional presence in the United States, I find that because of the ability to transfer funds or assets instantaneously, prior notice to such persons of measures to be taken pursuant to this  order would render these measures ineffectual.   I therefore  determine that for these measures to be effective in addressing the national emergency declared in this order, there need be no prior notice of a listing or determination made pursuant to this order.

Sec. 11.    (a) This order is effective at 12:01 a.m. eastern  daylight time on September 24, 2001.
        (b) This order shall be transmitted to the Congress and published in the *Federal Register.*

THE WHITE HOUSE,
September 23, 2001.


ANNEX

Al  Qaida/Islamic  Army
Abu  Sayyaf  Group
Armed  Islamic  Group  (GIA)
Harakat  ul-Mujahidin  (HUM)
Al-Jihad  (Egyptian  Islamic  Jihad)
Islamic  Movement  of  Uzbekistan  (IMU)
Asbat  al-Ansar
Salafist  Group  for  Call  and  Combat  (GSPC)
Libyan  Islamic  Fighting  Group
Al-Itihaad  al-Islamiya  (AIAI)
Islamic  Army  of  Aden
Usama  bin  Laden
Muhammad  Atif  (aka,  Subhi  Abu  Sitta,  Abu  Hafs  Al  Masri)
Sayf  al-Adl
Shaykh  Sai'id  (aka,  Mustafa  Muhammad  Ahmad)
Abu  Hafs  the  Mauritanian  (aka,  Mahfouz  Ould  al-Walid,  Khalid  Al-Shanqiti)
Ibn  Al-Shaykh  al-Libi
Abu  Zubaydah  (aka,  Zayn  al-Abidin  Muhammad  Husayn,  Tariq)
Abd  al-Hadi  al-Iraqi  (aka,  Abu  Abdallah)
Ayman  al-Zawahiri
Thirwat  Salah  Shihata
Tariq  Anwar  al-Sayyid  Ahmad  (aka,  Fathi,  Amr  al-Fatih)
Muhammad  Salah  (aka,  Nasr  Fahmi  Nasr  Hasanayn)
Makhtab  Al-Khidamat/Al  Kifah
Wafa  Humanitarian  Organization
Al  Rashid  Trust
Mamoun  Darkazanli  Import-Export  Company


### ###

NAMES OF THOSE DESIGNATED ON 10-12-01

Abdullah Ahmed Abdullah
Haji Abdul Manan Agha
Al-Hamati Sweets Bakeries
Muhammad Al-Hamati
Amin Al-Haq
Saqar Al-Jadawi
Ahmad Sa'id Al-Kadr
Anas Al-Liby
Ahmad Ibrahim Al-Mughassil
Abdelkarim Hussein Mohamed Al-Nasser
Al-Nur Honey Press Shops
Yasin Al-Qadi
Sa'd Al-Sharif
Al-Shifa' Honey Press for Industry and Commerce
Ibrahim Salih Mohammed Al-Yacoub
Ahmed Mohammed Hamed Ali
Ali Atwa
Muhsin Musa Matwalli Atwah
Bilal Bin Marwan
Ayadi Chafiq Bin Muhammad
Mamoun Darkazanli
Ali Saed Bin Ali El-Hoorie
Mustafa Mohamed Fadhil
Ahmed Khalfan Ghailani
Riad Hijazi
Hasan Izz-Al-Din
Jaish-I-Mohammed
Jam'Yah Ta'Awun Al-Islamia
Mufti Rashid Ahmad Ladehyanoy
Fazul Abdullah Mohammed
Khalid Shaikh Mohammed
Fahid Mohammed Ally Msalam
Imad Fa'iz Mughniyah
Rabita Trust
Sheikh Ahmed Salim Swedan
Omar Mahmoud Uthman
Abdul Rahman Yasin
Tohir Yuldashev
Mohammad Zia


NAMES OF THOSE DESIGNATED ON 11-07-01

Abbas Abdi Ali
Abdullahi Hussein Kahie
Ahmed Nur Ali Jim'ale (a.k.a. Ahmad Nur Ali Jim'ale; a.k.a. Ahmad Ali Jimale; a.k.a. Ahmed Nur Jumale; a.k.a. Ahmed Ali Jumali)
Al Baraka Exchange LLC
Al-Barakaat (Mogadishu)
Al-Barakaat Bank (Mogadishu)
Al-Barakaat Bank of Somalia (a.k.a. Barakaat Bank of Somalia; a.k.a. BBS)
Al-Barakat Global Telecommunications (a.k.a. Barakaat Globetelcompany)
Al-Barakaat Group of Companies Somalia Limited (a.k.a. Al-Barakat Financial Company)
Al Taqwa Trade, Property and Industry Company Limited (f.k.a. Al Taqwa Trade, Property and Industry; f.k.a. Al Taqwa Trade, Property and Industry Establishment; f.k.a. Himmat Establishment)
Al-Barakaat Wiring Service (U.S.A.)
Al-Barakat Finance Group
Al-Barakat Financial Holding Company
Al-Barakat International (a.k.a. Baraco Co.)
Al-Barakat Investments
Albert Friedrich Armand Huber (a.k.a. Ahmed Huber)
Ali Ghaleb Himmat
Asat Trust Reg.
Bank Al Taqwa Limited (a.k.a. Al Taqwa Bank; a.k.a. Bank Al Taqwa)
Baraka Trading Company
Barakaat Boston (U.S.A.)
Barakaat Construction Company
Barakaat Group of Companies
Barakaat International (Sweden)
Barakaat International Companies (BICO)
Barakaat International Foundation
Barakaat International, Inc. (U.S.A.)
Barakaat North America, Inc. (Canada & U.S.A.)
Barakaat Red Sea Telecommunications
Barakaat Telecommunications Company Limited (BTELCO)
Barakaat Telecommunications Company Somalia, Limited
Barakat Bank and Remittances
Barakat Computer Consulting (BCC)
Barakat Consulting Group (BCG)
Barakat Global Telephone Company
Barakat Post Express (BPE)
Barakat Refreshment Company
Barakat Wire Transfer Company (U.S.A.)
Barako Trading Company LLC
Dahir Ubeidullahi Aweys

Hassan Dahir Aweys (a.k.a. Sheikh Hassan Dahir Aweys; a.k.a. Shaykh Hassan Dahir Awes)
Heyatul Ulya
Hussein Mahamud Abdullkadir
Mohamed Mansour
Nada Management Organization SA (f.k.a. Al Taqwa Management Organization SA)
Parka Trading Company
Red Sea Barakat Company Limited
Somali International Relief Organization (U.S.A.)
Somali Internet Company
Somali Network AB (a.k.a. Som Net AB)
Youssef M. Nada
Youssef M. Nada & Co. Gesellschaft M.B.H.
Youssef Nada (a.k.a. Youssef M. Nada; a.k.a. Youssef Mustafa Nada)
Yusaf Ahmed Ali
Zeinab Mansour-Fattouh


NAMES OF THOSE DESIGNATED ON 12-04-01

Al-Aqsa Islamic Bank (a.k.a. Al-Aqsa Al-Islami Bank)
Beit El-Mal Holdings (a.k.a. Arab Palestinian Beit El-Mal Company; a.k.a. Beit Al Mal Holdings; a.k.a. Beit El Mal Al-Phalastini Al-Arabi Al-Mushima Al-Aama Al-Mahaduda Ltd.; a.k.a. Palestinian Arab Beit El Mal Corporation, Ltd.)
Holy Land Foundation for Relief and Development (f.k.a. Occupied Land Fund) U.S.A.


NAMES OF THOSE DESIGNATED ON 12-20-01

Lashkar E-Tayyiba (a.k.a. Army of the Righteous; a.k.a. Lashkar E-Toiba; a.k.a. Lashkar-I-Taiba)
Sultan Bashir-Ud-Din Mahmood (a.k.a. Sultan Bashiruddin Mahmood; a.k.a. Dr. Bashir Uddin Mehmood; a.k.a. Sultan Baishiruddin Mekmud)
Abdul Majeed (a.k.a. Chaudhry Abdul Majeed; a.k.a. Abdul Majid)
Mohammed Tufail (a.k.a. S.M. Tufail; a.k.a. Sheik Mohammed Tufail)
Ummah Tameer E-Nau (UTN) (a.k.a. Foundation for Construction; a.k.a. Nation Building; a.k.a. Reconstruction Foundation; a.k.a. Reconstruction of the Islamic Community; a.k.a. Reconstruction of the Muslim Ummah; a.k.a. Ummah Tameer I-Nau; a.k.a. Ummah Tamir E-Nau; a.k.a. Ummah Tamir I-Nau; a.k.a. Ummat Tamir E-Nau; a.k.a. Ummat Tamir-I-Pau)


NAMES OF THOSE LISTED ON 12-31-01

Continuity IRA (CIRA)
Loyalist Volunteer Force (LVF)
Orange Volunteers
Red Hand Defenders (RHD)
Ulster Defence Association (a.k.a. Ulster Freedom Fighters)
First of October Antifascist Resistance Group (GRAPO)


NAMES OF THOSE DESIGNATED ON 01-09-02

Afghan Support Committee (ASC) (a.k.a. Ahya ul Turas; a.k.a. Jamiat Ayat-ur-Rhas al Islamia; a.k.a. Jamiat Ihya ul Turath al Islamia; a.k.a. Lajnat el Masa Eidatul Afghania)
Abu Bakr Al-Jaziri
Abd al-Muhsin Al-Libi (a.k.a. Ibrahim Ali Muhammad Abu Bakr)
Revival of Islamic Heritage Society (RIHS) (a.k.a. Jamia Ihya ul Turath; a.k.a. Jamiat Ihia Al-Turath Al-Islamiya; a.k.a. Revival of Islamic Society Heritage on the African Continent) [Pakistan & Afghanistan] (office in Kuwait is NOT designated)


NAMES OF THOSE DESIGNATED ON 02-26-02

Javier Abaunza Martinez
Itziar Alberdi Uranga
Angel Alcalde Linares
Miguel Albisu Iriarte
Eusebio Arzallus Tapia
Paulo Elcoro Ayastuy
Antonio Agustín Figal Arranz
Eneko Gogeascoechea Arronategui
Cristina Goiricelaya Gonzalez
Maria Soledad Iparraguirre Guenechea
Gracia Morcillo Torres
Ainhoa Múgica Goñi
Aloña Muñoa Ordozgoiti
Juan Jesús Narvaez Goñi
Juan Antonio Olarra Guridi
Zigor Orbe Sevillano
Mikel Otegui Unanue
Jon Iñaki Perez Aramburu
Carlos Saez de Eguilaz Murguiondo
Kemen Uranga Artola
Fermín Vila Michelena


NAMES OF THOSE DESIGNATED ON 03-11-02

Al-Haramain Islamic Foundation (a.k.a. Al-Haramain; a.k.a. Al-Haramain Foundation; a.k.a. Al-Haramain Humanitarian Foundation; a.k.a. Al-Haramayn; a.k.a. Al-Haramayn Foundation; a.k.a. Al-Haramayn Humanitarian Foundation; a.k.a. Al-Haramayn Islamic Foundation; a.k.a. Al-Harameini; a.k.a. Al-Haramein Foundation; a.k.a. Al-Haramein Humanitarian Foundation; a.k.a. Al-Haramein Islamic Foundation; a.k.a. Alharamain; a.k.a. Alharamain Foundation; a.k.a. Alharamain Humanitarian Foundation; a.k.a

Alharamain Islamic Foundation; a.k.a. Alharamayn; a.k.a. Alharamayn Foundation; a.k.a. Alharamayn Humanitarian Foundation; a.k.a. Alharamayn Islamic Foundation; a.k.a. Alharamein; a.k.a. Alharamein Foundation; a.k.a. Alharamein Humanitarian Foundation; a.k.a. Alharamein Islamic Foundation; a.k.a. Mu'assasat al-Haramain al-Khayriyya; a.k.a. Mu'assasat al-Haramayn al-Khayriyya; a.k.a. Mu'assasat al-Haramein al-Khayriyya) [Bosnia-Herzegovina]

Al-Haramain Islamic Foundation (a.k.a. Al-Haramain; a.k.a. Al-Haramain Foundation; a.k.a. Al-Haramain Humanitarian Foundation; a.k.a. Al-Haramayn; a.k.a. Al-Haramayn Foundation; a.k.a. Al-Haramayn Humanitarian Foundation; a.k.a. Al-Haramayn Islamic Foundation; a.k.a. Al-Haramein; a.k.a. Al-Haramein Foundation; a.k.a. Al-Haramein Humanitarian Foundation; a.k.a. Al-Haramein Islamic Foundation; a.k.a. Alharamain; a.k.a. Alharamain Foundation; a.k.a. Alharamain Humanitarian Foundation; a.k.a. Alharamain Islamic Foundation; a.k.a. Alharamayn; a.k.a. Alharamayn Foundation; a.k.a. Alharamayn Humanitarian Foundation; a.k.a. Alharamayn Islamic Foundation; a.k.a. Alharamein; a.k.a. Alharamein Foundation; a.k.a. Alharamein Humanitarian Foundation; a.k.a. Alharamein Islamic Foundation) [Somalia]


NAME OF SDGT DESIGNATED ON 03-27-02

Al-Aqsa Martyrs Brigade (a.k.a. Al-Aqsa Martyrs Battalion)


NAMES OF THOSE DESIGNATED ON 04-19-02

Abdelkader Mahmoud Es Sayed (a.k.a. Kader Es Sayed)
Abu Hamza Al-Masri (a.k.a. Abu Hamza Al-Misri; a.k.a. Adam Ramsey Eman; a.k.a. Mustafa Kamel Mustafa; a.k.a. Mustafa Kamel)
Ahmed Idris Nasreddin (a.k.a. Ahmad I. Nasreddin; a.k.a. Hadj Ahmed Nasreddine; a.k.a. Ahmed Idriss Nasreddine)
Khalid Al-Fawaz (a.k.a. Khaled Al-Fauwaz; a.k.a. Khaled A. Al-Fauwaz; a.k.a. Khalid Al-Fawwaz; a.k.a. Khalid Al Fawwaz; a.k.a. Khaled Al Fawwaz; a.k.a. Khaled Al-Fawwaz)
Lased Ben Heni
Mohamed Ben Belgacem Aouadi (a.k.a. Mohamed Ben Belkacem Aouadi)
Mokhtar Bouchoucha (a.k.a. Mokhtar Bushusha)
Sami Ben Khemais Essid
Tarek Charaabi (a.k.a. Tarek Sharaabi)
The Aid Organization of the Ulema (a.k.a. Al Rashid Trust; a.k.a. Al Rasheed Trust; a.k.a. Al-Rasheed Trust; a.k.a. Al-Rashid Trust)


NAMES OF THOSE DESIGNATED ON 05-03-02

Asier Quintana Zorrozua
Askatasuna (f.k.a. Gestoras Pro-Amnistia)
Gorka Palacios Alday
Ismael Berasategui Escudero
Ivan Apaolaza Sancho
Juan Luis Rubenach Roig
Lexuri Gallastegui Sodupe
Manex Zubiaga Bravo


NAMES OF THOSE LISTED ON 06-27-02

Babbar Khalsa International [SDGT]
International Sikh Youth Federation (ISYF) [SDGT]


NAMES OF THOSE LISTED ON 08-12-02

Jose Maria Sison (a.k.a. Armando Liwinag)
New People's Army/Communist Party of the Philippines (a.k.a. Communist Party of the Philippines; a.k.a. CPP; a.k.a. New People's Army; a.k.a. NPA; a.k.a. NPA/CPP)


NAMES OF THOSE DESIGNATED ON 08-29-02

Akida Bank Private Limited (f.k.a. Akida Islamic Bank International Limited; f.k.a. Iksir International Bank Limited)
Akida Investment Co. Ltd. (a.k.a. Akida Investment Company Limited; f.k.a. Akida Bank Private Limited)
Ba Taqwa for Commerce and Real Estate Company Limited
Adel Ben Soltane
Nabil Benattia
Yassine Chekkouri
Gulf Center S.R.L.
Riadh Jelassi
Mehdi Kammoun
Samir Kishk
Tarek Ben Habib Maaroufi
Miga-Malaysian Swiss, Gulf and African Chamber (f.k.a. Gulf Office Assoc. per lo Sviluppo Comm. Ind. e Turis. fra gli Stati Arabi del Golfo e la Svizzera)
Nada International Anstalt
Nasco Business Residence Center SAS di Nasreddin Ahmed Idris EC
Nasco Nasreddin Holding A.S.
Nascoservice S.R.L.
Nascotex S.A. (a.k.a. Industrie Generale de Filature et Tissage; a.k.a. Industrie Generale de Textile)
Nasreddin Company Nasco SAS di Ahmed Idris Nasreddin EC
Nasreddin International Group Limited Holding (a.k.a. Nasreddin International Group Ltd. Holding)
Nasreddin Foundation (a.k.a. Nasreddin Stiftung)
Nasreddon Group International Holding Limited (a.k.a. Nasreddin Group International Holdings Limited)
Abdelhalim Remadna
Mansour Thaer
Lazhar Ben Mohammed Tlili
Habib Waddani


NAME OF ENTITY DESIGNATED ON 09-03-02

Eastern Turkistan Islamic Movement (a.k.a. Eastern Turkistan Islamic Party; a.k.a. ETIM; a.k.a. ETIP)


NAME OF INDIVIDUAL DESIGNATED ON 09-06-02

Wa'el Hamza Julaidan (a.k.a. "Abu Al-Hasan al Madani;" a.k.a. Wa'el Hamza Jaladin; a.k.a. Wa'il Hamza Jaladin; a.k.a. Wa'el Hamza Jalaidan; a.k.a. Wa'il Hamza Jalaidan; a.k.a. Wa'il Hamza Julaidan; a.k.a. Wa'el Hamza Julaydan; a.k.a. Wa'il Hamza Julaydan)

NAMES OF THOSE DESIGNATED ON 09-30-02

Said Bahaji
Ramzi Mohammed Abdullah Binalshibh (a.k.a. Ramzi Bin al Shibh; a.k.a. Ramzi Mohamed Abdullah Binalsheidah; a.k.a. Ramzi Mohammed Abdellah Omar)
Mounir El Motassadeq
Zakarya Essabar (a.k.a. Zakariya Essabar)


NAME OF ENTITY DESIGNATED ON 10-10-02
Tunisian Combat Group (a.k.a. GCT; a.k.a. Groupe Combattant Tunisien; a.k.a. Jama'a Combattante Tunisien; a.k.a. JCT; a.k.a. Tunisian Combatant Group)


NAME OF ENTITY DESIGNATED ON 10-18-02

Global Relief Foundation, Inc. (a.k.a. Fondation Secours Mondial a.s.b.l.; a.k.a. Fondation Secours Mondial – Belgique a.s.b.l.; a.k.a. Fondation Secours Mondial – Kosova; a.k.a. Fondation Secours Mondial vzw; a.k.a. Fondation Secours Mondial "World Relief;" a.k.a. FSM; a.k.a. Secours Mondial de France; a.k.a. Stichting Wereldhulp – Belgie, v.z.w.) <previously blocked pending investigation [BPI-PA] on 12-14-01>


NAME OF ENTITY DESIGNATED ON 10-23-02

Jemaa Islamiyah (JI) (a.k.a. Jema'a Islamiyah; a.k.a. Jema'a Islamiyya; a.k.a. Jema'a Islamiyyah; a.k.a. Jema'ah Islamiyah; a.k.a. Jema'ah Islamiyyah; a.k.a. Jemaa Islamiya; a.k.a. Jemaa Islamiyya; a.k.a. Jemaa Islamiyyah; a.k.a. Jemaah Islamiah; a.k.a. Jemaah Islamiyah; a.k.a. Jemaah Islamiyyah)


NAMES OF THOSE DESIGNATED ON 11-06-02

Leire Echeberria Simarro
Alfonso Echegaray Achirica
Enrique Iztueta Barandica
Inigo Vallejo Franco


NAMES OF ENTITIES DESIGNATED ON 11-19-02

Benevolence International Foundation (a.k.a. Al Bir Al Dawalia; a.k.a. BIF; a.k.a. BIF-USA; a.k.a. Mezhdunarodnyj Blagotvoritel'Nyj Fond) <previously blocked pending investigation [BPI-PA] on 12-14-01>
Benevolence International Fund (a.k.a. Benevolent International Fund; a.k.a. BIF-Canada)
Bosanska Idealna Futura (a.k.a. BECF Charitable Educational Center; a.k.a. Benevolence Educational Center; a.k.a. BIF-Bosnia; a.k.a. Bosnian Ideal Future)


NAME OF ENTITY DESIGNATED ON 11-22-02

Moroccan Islamic Combatant Group (a.k.a. GICM; a.k.a. Groupe Islamique Combattant Marocain)


NAME OF ENTITY DESIGNATED ON 01-09-03

Lajnat Al Daawa Al Islamiyya (a.k.a. Islamic Call Committee; a.k.a. Lajna Aldawa Alisalmiah; a.k.a. Lajna Aldawa Alislamia; a.k.a. Lajna Aldawa Alislamiya; a.k.a. Lajnat Al D'awa Al Islamiak; a.k.a. Lajnat Al Daawa Al Islamiya; a.k.a. Lajnat Al Dawa; a.k.a. Lajnat Al Dawa Al Islamia; a.k.a. Lajnat Aldawa Al Islamiah; a.k.a. Lajnat Aldawa Alislamia)


NAMES OF THOSE DESIGNATED ON 01-22-03

Nabil Abdul Salam Sayadi (a.k.a. Abou Zeinab)
Patricia Vinck (a.k.a. Souraya P. Vinck)


NAMES DESIGNATED ON 01-24-03

Mohamad Iqbal Abdurrahman (a.k.a. Mohamad Iqbal A Rahman; a.k.a. Abu Jibril Abdurrahman; a.k.a. Abu Jibril; a.k.a. Mohamad Iqbal Rahman; a.k.a. Fihiruddin Muqti; a.k.a. Fikiruddin Muqti)
Nurjaman Riduan Isamuddin (a.k.a. Hambali; a.k.a. Riduan Isomuddin; a.k.a. Nurjaman; a.k.a. Encep Nurjaman)
Stichting Benevolence International Nederland (a.k.a. Benevolence International Nederland; a.k.a. Stg. Benevolence International Nederland)


NAME OF ENTITY DESIGNATED ON 01-30-03

Lashkar i Jhangvi (LJ) (a.k.a. Lashkar e Jhangvi; a.k.a. Lashkar-i-Jhangvi)


NAME OF INDIVIDUAL DESIGNATED ON 02-18-03

Gulbuddin Hekmatyar (a.k.a. Gulbuddin Hekhmartyar; a.k.a. Gulabudin Hekmatyar; a.k.a. Gulbuddin Hekmetyar; a.k.a. Golboddin Hikmetyar; a.k.a. Gulbuddin Khekmatiyar)


NAME OF ENTITY DESIGNATED ON 02-20-03

Ansar Al-Islam (a.k.a. "Devotees of Islam;" a.k.a. "Followers of Islam in Kurdistan;" a.k.a. Jund Al-Islam; a.k.a. "Kurdistan Supporters of Islam;" a.k.a. "Kurdistan Taliban;" a.k.a. "Soldiers of Islam;" a.k.a. "Soldiers of God;" a.k.a. "Supporters of Islam in Kurdistan")

NAMES OF ENTITIES LISTED ON 02-28-03

The Riyadus-Salikhin Reconnaissance and Sabotage Battalion of Chechen Martyrs (a.k.a. Riyadh-as-Saliheen; a.k.a. Riyadus-Salikhin Reconnaissance and Sabotage Battalion of Shahids (Martyrs); a.k.a. Riyadus-Salikhin Reconnaissance and Sabotage Battalion; a.k.a. The Sabotage and Military Surveillance group of the Riyadh Al-Salihin Martyrs)

The Special Purpose Islamic Regiment (a.k.a. Islamic Regiment of Special Meaning; a.k.a. The Al-Jihad-Fisi-Sabililah Special Islamic Regiment; a.k.a. The Islamic Special Purpose Regiment)

The Islamic International Brigade (a.k.a. International Battalion; a.k.a. Islamic Peacekeeping International Brigade; a.k.a. Peacekeeping Battalion; a.k.a. The International Brigade; a.k.a. The Islamic Peacekeeping Army; a.k.a. The Islamic Peacekeeping Brigade)


NAME OF ENTITY DESIGNATED ON 05-29-03

Al-Aqsa Foundation (a.k.a. Al-Aqsa Charitable Organization; a.k.a. Al-Aqsa Spanmal Stiftelse; a.k.a. Al-Aqsa ASBL; a.k.a. Al-Aqsa Charitable Foundation; a.k.a. Al-Aqsa E.V.; a.k.a. Al-Aqsa International Foundation; a.k.a. Al-Aqsa Islamic Charitable Society; a.k.a. Al-Aqsa Sinabil Establishment; a.k.a. Al-Aqsa Spanm I Stiftelse; a.k.a. Aqssa Society; a.k.a. Aqssa Society Yemen; a.k.a. Charitable Al-Aqsa Establishment; a.k.a. Charitable Society to Help the Noble Al-Aqsa; a.k.a. Nusrat al-Aqsa al-Sharif; a.k.a. Foreningen al-Aqsa; a.k.a. Islamic Charitable Society for al-Aqsa; a.k.a. Mu'asa Al-Aqsa al-Khayriyya; a.k.a. Mu'assa Sanabil al-Aqsa al-Khayriyya; a.k.a. Sanabil al-Aqsa Charitable Foundation; a.k.a. Stichting al-Aqsa; a.k.a. Swedish Charitable Aqsa Est.)


NAMES OF INDIVIDUALS DESIGNATED ON 06-06-03

Youssef Abdaoui (a.k.a. "Abu Abdullah;" a.k.a. "Abdallah;" a.k.a. "Abdullah")
Mohamed Amine Akli (a.k.a. "Elias;" a.k.a. "Kali Sami;" a.k.a. "Killech Shamir")
Mehrez Amdouni (a.k.a. "Abu Thale;" a.k.a. Fabio Fusco; a.k.a. Mohamed Hassan)
Chiheb Ben Mohamed Ayari (a.k.a. "Hichem Abu Hchem")
Mondher Baazaoui (a.k.a. "Hamza")
Lionel Dumont (a.k.a. "Abou Hamza;" a.k.a. "Abou Hanza;" a.k.a. "Abu Khamza;" a.k.a. "Bilal Kumkal;" a.k.a. "Bilal;" a.k.a. Jacques Brougere; a.k.a. Jacques Brugere; a.k.a. "Hamza;" a.k.a. "Koumal;" a.k.a. "Lajonel Dimon")
Moussa Ben Amor Essaadi (a.k.a. "Dah Dah;" a.k.a. Abdelrahmman;" a.k.a. "Bechir")
Rachid Fettar (a.k.a. "Amine del Belgio;" a.k.a. "Djaffar")
Brahim Ben Hedili Hamami
Khalil Jarraya (a.k.a. "Abdel' Aziz Ben Narvan;" a.k.a. "Ben Narvan Abdel Aziz;" a.k.a. "Khalil Yarraya;" a.k.a. "Amro;" a.k.a. "Omar;" a.k.a. "Amrou;" a.k.a. "Amr")
Mounir Ben Habib Jarraya (a.k.a. "Yarraya")
Faouzi Jendoubi (a.k.a. "Said;" a.k.a. "Samir")
Fethi Ben Rebai Mnasri (a.k.a Alic Fethi; a.k.a. "Amor;" a.k.a. "Abu Omar")
Abdelghani Mzoudi (a.k.a. Abdelghani Mazwati; a.k.a. Abdelghani Mazuti)
Najib Ouaz
Ahmed Hosni Rarrbo (a.k.a. "Abdallah o Abdullah")
Nedal Saleh (a.k.a. "Hitem")


NAMES OF INDIVIDUALS DESIGNATED ON 08-08-03

Shamil Salmanovich Basayev
Zelimkhan Ahmedovich Abdul Muslimovich Yandarbiev


NAMES OF THOSE DESIGNATED ON 08-21-03

Imad Khalil Al-Alami
Association de Secours Palestiniens (a.k.a. ASP; a.k.a. Association Secour Palestinien; a.k.a. Association for Palestinian Aid; a.k.a. Humanitare Hilfsorganisation fur Palastina; a.k.a. Lajna al-Ighatha al-Filistini; a.k.a. Palestine Relief Committee; a.k.a. Palestinian Aid Council; a.k.a. Palestinian Aid Organization; a.k.a. Palestinian Relief Society; a.k.a. Relief Association For Palestine)
Comite' de Bienfaisance et de Secours aux Palestiniens (a.k.a. Al Aqsa Assistance Charitable Council; a.k.a. Al-Lajna al-Khayriyya Lil Munasara al-Aqsa; a.k.a. Benevolence Committee For Solidarity With Palestine; a.k.a. Benevolent Committee for Support of Palestine; a.k.a. CBSP; a.k.a. Charitable Committee for Palestine; a.k.a. Charitable Committee for Solidarity with Palestine; a.k.a. Charitable Committee for Supporting Palestine; a.k.a. Charitable Organization in Support of Palestine; f.k.a. Comite' de Bienfaisance pour la Solidarite' avec la Palestine; a.k.a. Committee for Aid and Solidarity with Palestine; a.k.a. Committee for Assistance and Solidarity with Palestine; a.k.a. Committee for Charity and Solidarity with Palestine; a.k.a. Companie Benificent de Solidarite avec Palestine; a.k.a. Council of Charity and Solidarity; a.k.a. De Bienfaisance et de Commite le Solidarite avec la Palestine; a.k.a. Relief Committee for Solidarity with Palestine)
Usama Hamdan
Interpal (a.k.a. AL-Sanduq al-Filistini Lil-Ighatha; a.k.a. Al-Sanduq al-Filistini Lil-Ighatha wa al-Tanmiya; a.k.a. Palestine Development and Relief Fund; a.k.a. Palestine Relief and Development Fund; a.k.a. Palestine Relief Fund; a.k.a. Palestinian Aid and Support Fund; a.k.a. Palestinian Relief and Development Fund; a.k.a. Palestinian Relief Fund; a.k.a. Palestine and Lebanon Relief Fund; a.k.a. PRDF; a.k.a. Relief and Development Fund for Palestine; a.k.a. Welfare and Development Fund for Palestine; a.k.a. Welfare and Development Fund of Palestine)
Khalid Mishaal
Palestinian Association in Austria (a.k.a. Palaestinaenser Verein; a.k.a. Palaestinaenserverein Oesterreich; a.k.a. Palaestinensisch Verband Oesterreich; a.k.a. Palaestinensische Vereinigung; a.k.a. Palaestininiensische Bereinigung; a.k.a. Palestine League; a.k.a. Palestine Union; a.k.a. Palestinensische ver in Sterreich; a.k.a. Palestinian Association; f.k.a. Palestinian Islamic Association in Austria; f.k.a. Palestinian Islamic League in Austria; a.k.a. Palestinian League in Austria; a.k.a. Palestinian Organization; a.k.a. Palestinian Union; a.k.a. Palestinian Union in Austria; a.k.a. Palestinische Vereinigung; a.k.a. PVOE)
Abdel Aziz Rantisi
Sanabil Association for Relief and Development (a.k.a. Al Sanabil; a.k.a. Al-Sanbal; a.k.a. Asanabil; a.k.a. Ja'mia Sanble Llaghatha wa Altinmia; a.k.a. Jami'a Sanabil; a.k.a. Jami'a Sanabil Lil Igatha wa al-Tanmiyz; a.k.a. Sanabal; a.k.a. Sanabel; a.k.a. Sanabil; a.k.a. Sanabil al-Aqsa; a.k.a. Sanabil For Aid and Development; a.k.a. Sanabil for Relief and Development; a.k.a. Sanabil Group for Relief and Development; a.k.a. Sanibal; a.k.a. Sannabil; a.k.a. Sannibil; a.k.a. Sinabul)
Sheik Ahmed Ismail Yassin
Musa Abu Marzook (a.k.a. Mousa Mohammed Abu Marzook; a.k.a. Dr. Musa Abu-Marzuq; a.k.a. Sa'id Abu-Marzuq; a.k.a. Abu-'Umar; a.k.a. Mousa Mohamed Abou Marzook; a.k.a. Musa Abu Marzuk)


NAMES OF INDIVIDUALS DESIGNATED ON 09-05-03

Abdul Hakim Murad (a.k.a. Saeed Ahmed; a.k.a. Abdul Hakim Al Hashim Murad; a.k.a. Adbul Hakim Ali Hashim Murad; a.k.a. Abdul Hakim Hasim Murad)
Abdul Manaf Kasmuri (a.k.a. Lt. Col. (Rtd). Abd Manaf Kasmuri) Agus Dwikarna
Amran Bin Mansour (a.k.a. Amran Bin Mansor; a.k.a. Henry Bin Mansor; a.k.a. Amran Mansor)
Aris Munandar

Azahari Bin Husin (a.k.a. Azahari Bin Husan; a.k.a. Azahari Husin)
Fathur Rohman Al-Ghozi (a.k.a. "Abu Sa'ad;" a.k.a. "Abu Saad;" a.k.a. Fathur Rahman Al Ghozi; a.k.a. Fathur Rahman Al-Ghozi; a.k.a. Fathur Rahman Al-Gozhi; a.k.a. Fathur Rohman Al-Gozhi; a.k.a. Fathur Rohman Al-Gozi; a.k.a. Fathur Rahman Alghozi; a.k.a. Fathur Rohman Alghozi; a.k.a. Randy Ali; a.k.a. Randy Alih; a.k.a. Rony Azad; a.k.a. Rony Azad Bin Ahad; a.k.a. Rony Azad Bin Ahmad; a.k.a. Rony Azad Bin Amad; a.k.a. Anwar Rodin Edris; a.k.a. "Freedom Fighter;" a.k.a. Sammy Sali Jamil; a.k.a. Sammy Salih Jamil; a.k.a. Alih Randy)
Huda bin Abdul Haq (a.k.a. "Sofwan;" a.k.a. Ali Gufron Al Mukhlas; a.k.a. Ali Ghufron; a.k.a. Ali Gufron; a.k.a. Muchlas; a.k.a. Mukhlas; a.k.a. Muklas)
Imam SAMUDRA (a.k.a. "Abdul Aziz;" a.k.a. "Abu Omar;" a.k.a. "Fatih;" a.k.a. "Hendri;" a.k.a. "Heri;" a.k.a. "Kudama;" a.k.a. Abdul Aziz Bin Sihabudin; a.k.a. Faiz Yunshar)
Julkipli Salim Y Salamuddin (a.k.a. Salim Julkipli; a.k.a. Sali Kipli)
Mukhlis Yunos (a.k.a. Muklis Yunos; a.k.a. Saifullah Mukhlis Yunos)
Noordin Mohamed Top (a.k.a. Noordin Mat Top; a.k.a. Noordin Mohammad Thob; a.k.a. Noor Din bin Mohamed Top; a.k.a. Nordin Mohd Top)
Parlindungan Siregar (a.k.a. Parlin Siregar; a.k.a. Saleh Parlindungan Siregar)
Sulaiman Bin Abas (a.k.a. "Khairuddin;" a.k.a. "Soliman;" a.k.a. Mohamad Nasir Abas; a.k.a. Nasir Abas; a.k.a. Mohammed Nasir Bin Abas)
Wan Mat Wan Min (a.k.a. bin Wan Mat Wan Min)
Yassin Syawal (a.k.a. "Abu Seta;" a.k.a. Abu Muamar; a.k.a. "Mahmud;" a.k.a. Yasin Mahmud Mochtar; a.k.a. Muhamad Mubarok; a.k.a. Muhammad Syawal; a.k.a. Abdul Hadi Yasin; a.k.a. Salim Yasin)
Yazid Sufaat (a.k.a. Yazud Bin Sufaat; a.k.a. Yazid Shufaat) Zaini Zakaria
Zulkifli Bin Abdul Hir (a.k.a. "Musa Abdul;" a.k.a. Musa Abdul Hir; a.k.a. Zulkifli Abdul Hir; a.k.a. Abdul Hir bin Zulkifli; a.k.a. Bin Abdul Hir Zulkifli)
Zulkifli Marzuki (a.k.a. Zulkifli Bin Marzuki; a.k.a. Marzuki Bin Zukepli; a.k.a. Zulkepli Marzuki; a.k.a. Zukipli; a.k.a. Zulkifli)
Abdul Hakim Murad (a.k.a. Saeed Ahmed; a.k.a. Saeed Akman; a.k.a. Abdul Hakim Al Hashim Murad; a.k.a. Adbul Hakim Ali Hashim Murad; a.k.a. Abdul Hakim Hasim Murad)
Abdul Manaf Kasmuri (a.k.a. Lt. Col. (Rtd). Abd Manaf Kasmuri) Agus Dwikarna
Amran Bin Mansour (a.k.a. Amran Bin Mansor; a.k.a. Henry Bin Mansor; a.k.a. Amran Mansor)
Aris Munandar
Azahari Bin Husin (a.k.a. Azahari Bin Husan; a.k.a. Azahari Husin)
Fathur Rohman Al-Ghozi (a.k.a. "Abu Sa'ad;" a.k.a. "Abu Saad;" a.k.a. Fathur Rahman Al Ghozi; a.k.a. Fathur Rohman Al Ghozi; a.k.a. Fathur Rahman Al-Ghozi; a.k.a. Fathur Rahman Al-Gozhi; a.k.a. Fathur Rohman Al-Gozhi; a.k.a. Fathur Rohman Al-Gozi; a.k.a. Fathur Rahman Alghozi; a.k.a. Fathur Rohman Alghozi; a.k.a. Randy Ali; a.k.a. Randy Alih; a.k.a. Randy Adam Alih; a.k.a. Rony Azad; a.k.a. Rony Azad Bin Ahad; a.k.a. Rony Azad Bin Ahmad; a.k.a. Rony Azad Bin Amad; a.k.a. Anwar Rodin Edris; a.k.a. "Freedom Fighter;" a.k.a. Sammy Sali Jamil; a.k.a. Sammy Salih Jamil; a.k.a. Alih Randy)
Huda bin Abdul Haq (a.k.a. "Sofwan;" a.k.a. Ali Gufron Al Mukhlas; a.k.a. Ali Ghufron; a.k.a. Ali Gufron; a.k.a. Muchlas; a.k.a. Mukhlas; a.k.a. Muklas)
Imam SAMUDRA (a.k.a. "Abdul Aziz;" a.k.a. "Abu Omar;" a.k.a. "Fatih;" a.k.a. "Hendri;" a.k.a. "Heri;" a.k.a. "Kudama;" a.k.a. Abdul Aziz Bin Sihabudin; a.k.a. Faiz Yunshar)
Julkipli Salim Y Salamuddin (a.k.a. Salim Julkipli; a.k.a. Sali Kipli)
Mukhlis Yunos (a.k.a. Muklis Yunos; a.k.a. Saifullah Mukhlis Yunos)
Noordin Mohamed Top (a.k.a. Noordin Mat Top; a.k.a. Noordin Mohammad Thob; a.k.a. Noor Din bin Mohamed Top; a.k.a. Nordin Mohd Top)
Parlindungan Siregar (a.k.a. Parlin Siregar; a.k.a. Saleh Parlindungan Siregar)
Sulaiman Bin Abas (a.k.a. "Khairuddin;" a.k.a. "Soliman;" a.k.a. Mohamad Nasir Abas; a.k.a. Nasir Abas; a.k.a. Mohammed Nasir Bin Abas)
Wan Mat Wan Min (a.k.a. bin Wan Mat Wan Min)
Yassin Syawal (a.k.a. "Abu Seta;" a.k.a. Abu Muamar; a.k.a. "Mahmud;" a.k.a. Yasin Mahmud Mochtar; a.k.a. Muhamad Mubarok; a.k.a. Muhammad Syawal; a.k.a. Abdul Hadi Yasin; a.k.a. Salim Yasin)
Yazid Sufaat (a.k.a. Yazud Bin Sufaat; a.k.a. Yazid Shufaat) Zaini Zakaria
Zulkifli Bin Abdul Hir (a.k.a. "Musa Abdul;" a.k.a. Musa Abdul Hir; a.k.a. Zulkifli Abdul Hir; a.k.a. Abdul Hir bin Zulkifli; a.k.a. Bin Abdul Hir Zulkifli)
Zulkifli Marzuki (a.k.a. Zulkifli Bin Marzuki; a.k.a. Marzuki Bin Zukepli; a.k.a. Zulkepli Marzuki; a.k.a. Zukipli; a.k.a. Zulkifli)


NAMES OF INDIVIDUALS DESIGNATED ON 09-23-03

Mohamed Abu Dhess (a.k.a. "Abu Ali;" a.k.a. Yaser Hassan)
Shabdi Abdallah (a.k.a. Emad Abdekhadi; a.k.a. "Al Falistini;" a.k.a. "Emad the Palestinian;" a.k.a. "Zidan")
Aschraf Al-Dagma (a.k.a. "Noor")
Abu Mus'Ab Al-Zarqawi (a.k.a. 'Abd Al-Karim; a.k.a. Abu Al-Mu'taz; a.k.a. Al-Habib; a.k.a. Ahmad Fadil Nazzal Al-Khalaylah; a.k.a. Al-Muhajir; a.k.a. Gharib; a.k.a., Ahmed Fadeel Khalailah; a.k.a. Fedel Nazzel Khalaylen; a.k.a. "Mouhanad;" a.k.a. "Mouhannad;" a.k.a. "Muhannad;" a.k.a. "Rashid")
Djamel Moustfa (a.k.a. "Ali Barkani;" a.k.a. "Moustafa;" a.k.a. Belkasam Kaled)
Ismail Abdallah Sbaitan Shalabi


NAME OF ENTITY DESIGNATED ON 10-14-03

Al-Akhtar Trust International (a.k.a. Akhtarabad Medical Camp; a.k.a. Al-Akhtar Medical Centre)


NAME OF INDIVIDUAL DESIGNATED ON 10-16-03

Dawood Ibrahim (a.k.a. Dawood Ebrahim; a.k.a. Sheikh Dawood Hassan)


NAMES OF THOSE LISTED ON 10-24-03

Al-Bakoun ala al-Ahd Organization (a.k.a. Faithful to the Oath)
Mokhtar Belmokhtar
Dhamat Houmet Daawa Salafia (a.k.a. Djamaat Houmat Ed Daawa Es Salafiya; a.k.a. Djamaat Houmat Eddawa Essalafia; a.k.a. Djamaat Houmat Ed Daawa Es Salafiya; a.k.a. El-Ahoual Battalion; a.k.a. Group of Supporters of the Salafist Trend; a.k.a. Group of Supporters of the Salafiste Trend; a.k.a. Group Protectors of Salafist Preaching; a.k.a. Houmat Ed Daawa Es Salifiya; a.k.a. Houmat Ed-Daaoua Es-Salafia; a.k.a. Houmate Ed-Daawa Es-Salafia; a.k.a. Houmate El Da'Awaa Es-Salafitta; a.k.a. Katibat El Ahoual; a.k.a. Katibat El Ahouel; a.k.a. Protectors of the Salafist Call; a.k.a. Protectors of the Salafist Predication; a.k.a. Salafist Call Protectors; a.k.a. The Horror Squadron)
Mustapha Nasri Ait el Hadi
Djamel Lounici


NAME OF ENTITY DESIGNATED ON 10-31-03

Communist Party of Nepal (MAOIST) (a.k.a. CPN (M); a.k.a. The People's Liberation Army of Nepal; a.k.a. United Revolutionary People's Council)

NAMES OF INDIVIDUALS DESIGNATED ON 11-10-03

Faraj Farj Hassan Al Saadi (a.k.a. Imad Mouhamed Abdellah; a.k.a. Mohamded Abdulla Imad; a.k.a. Muhamad Abdullah Imad; a.k.a. "Hamza Al Libi")
Cherif Said Ben Abdelhakim (a.k.a. Abou Salman; a.k.a. "Djallal;" a.k.a. "Youcef")
Hamadi Bouyahia (a.k.a. Gamel Mohamed)
Ciise Maxamed Cabdullaah
Noureddine Drissi
Radi Abd El Samie Abou El Yazid El Ayashi (a.k.a. "Mera'I")
Mohammed Tahir Hammid (a.k.a. "Abdelhamid Al Kurdi")
Kamel Ben Mouldi Hamraoui (a.k.a. "Kamel;" a.k.a. "Kimo")
Daki Mohamed
Mohamed Amin Mostafa
Lotfi Rihani (a.k.a. "Abderrahmane")
Lazhar Ben Khalifa Ben Ahmed Rouine (a.k.a. "Lazhar;" a.k.a. "Salmane")
Nassim Saadi (a.k.a. Abou Anis)
Mourad Trabelsi (a.k.a. Abou Djarrah)
Imed Ben Mekki Zarkaoui (a.k.a. "Nadra;" a.k.a. "Zarga")


NAME OF INDIVIDUAL DESIGNATED ON 12-05-03

Saifi Ammari (a.k.a. "Abdalarak;" a.k.a. "Abderrezak Le Para;" a.k.a. "Abderrezak Zaimeche;" a.k.a. "Abdul Rasak ammane Abu Haidra;" a.k.a. "Abou Haidara;" a.k.a. "El Ourassi;" a.k.a. "El Para")


NAME OF INDIVIDUAL DESIGNATED ON 12-22-03

Safet Durguti (a.k.a. "Abu-Sumaya")


NAME OF INDIVIDUAL DESIGNATED ON 01-16-04

Sulaiman Jassem Abo Ghaith


NAMES OF ENTITIES DESIGNATED ON 01-22-04

Al-Haramain : Indonesia Branch (a.k.a. Al Haramain; a.k.a. Al-Haramain Foundation; a.k.a. Yayasan Al Haramain; a.k.a. Yayasan Al Haramaini; a.k.a. Yayasan Al-Manahil-Indonesia)
Al-Haramain : Kenya Branch (a.k.a. Al-Haramain Foundation; a.k.a. Al-Haramain Humanitarian Foundation; a.k.a. Al-Haramain Islamic Foundation; a.k.a. Al-Haramayn; a.k.a. Al-Haramayn Foundation; a.k.a. Al-Haramayn Humanitarian Foundation; a.k.a. Al-Haramayn Islamic Foundation; a.k.a. Al-Haramein; a.k.a. Al-Haramein Foundation; a.k.a. Al-Haremein Humanitarian Foundation; a.k.a. Al-Haramein Islamic Foundation; a.k.a. Alharamain; a.k.a. Alharamain Foundation; a.k.a. Alharamain Humanitarian Foundation; a.k.a. Alharamain Islamic Foundation; a.k.a. Alharamayn; a.k.a. Alharamayn Foundation; a.k.a. Alharamayn Humanitarian Foundation; a.k.a. Alharamayn Islamic Foundation; a.k.a. Alharamein; a.k.a. Alharamein Foundation; a.k.a. Alharamein Humanitarian Foundation; a.k.a. Alharamein Islamic Foundation; a.k.a. Mu'assasat Al-Haramain Al-Khayriyya; a.k.a. Mu'Assasat Al-Haramayn Al-Khayriyya; a.k.a. Mu'Assasat Al-Haramein Al-Khayriyya; a.k.a. Vazir; a.k.a. Vezir)
Al-Haramain : Pakistan Branch (a.k.a. Al-Haramain Foundation; a.k.a. Al-Haramain Humanitarian Foundation; a.k.a. Al-Haramain Islamic Foundation; a.k.a. Al-Haramayn; a.k.a. Al-Haramayn Foundation; a.k.a. Al-Haramayn Humanitarian Foundation; a.k.a. Al-Haramayn Islamic Foundation; a.k.a. Al-Haramein; a.k.a. Al-Haramein Foundation; a.k.a. Al-Haremein Humanitarian Foundation; a.k.a. Al-Haramein Islamic Foundation; a.k.a. Alharamain; a.k.a. Alharamain Foundation; a.k.a. Alharamain Humanitarian Foundation; a.k.a. Alharamain Islamic Foundation; a.k.a. Alharamayn; a.k.a. Alharamayn Foundation; a.k.a. Alharamayn Humanitarian Foundation; a.k.a. Alharamayn Islamic Foundation; a.k.a. Alharamein; a.k.a. Alharamein Foundation; a.k.a. Alharamein Humanitarian Foundation; a.k.a. Alharamein Islamic Foundation; a.k.a. Mu'Assasat Al-Haramain Al-Khayriyya; a.k.a. Mu'Assasat Al-Haramayn Al-Khayriyya; a.k.a. Mu'Assasat Al-Haramein Al-Khayriyya; a.k.a. Vazir; a.k.a. Vezir)
Al-Haramain : Tanzania Branch (a.k.a. Al-Haramain Foundation; a.k.a. Al-Haramain Humanitarian Foundation; a.k.a. Al-Haramain Islamic Foundation; a.k.a. Al-Haramayn; a.k.a. Al-Haramayn Foundation; a.k.a. Al-Haramayn Humanitarian Foundation; a.k.a. Al-Haramayn Islamic Foundation; a.k.a. Al-Haramein; a.k.a. Al-Haramein Foundation; a.k.a. Al-Haremein Humanitarian Foundation; a.k.a. Al-Haramein Islamic Foundation; a.k.a. Alharamain; a.k.a. Alharamain Foundation; a.k.a. Alharamain Humanitarian Foundation; a.k.a. Alharamain Islamic Foundation; a.k.a. Alharamayn; a.k.a. Alharamayn Foundation; a.k.a. Alharamayn Humanitarian Foundation; a.k.a. Alharamayn Islamic Foundation; a.k.a. Alharamein; a.k.a. Alharamein Foundation; a.k.a. Alharamein Humanitarian Foundation; a.k.a. Mu'Assasat Al-Haramain AL-Khayriyya; a.k.a. Mu'Assasat Al-Haramayn Al-Khayriyya; a.k.a. Mu'Assasat Al-Haramein Al-Khayriyya; a.k.a. Vazir; a.k.a. Vezir)


NAME OF INDIVIDUAL DESIGNATED ON 02-24-04

Shaykh Abd-al-Majid Al-Zindani (a.k.a. Abdelmajid Al-Zindani; a.k.a. Shaykh 'Abd Al-Majid Al-Zindani)


NAMES OF INDIVIDUALS DESIGNATED ON 03-18-04

Moustafa Abbes
Youcef Abbes (a.k.a. "Giuseppe")
Abd Al Wahab Abd Al Hafiz (a.k.a. Mouloud Ferdjani; a.k.a. "Mourad;" a.k.a. "Rabah di Roma")
Farid Aider (a.k.a. Ali Achour)
L'Hadi Bendebka (a.k.a. Abd al Hadi; a.k.a. Hadi)
Othman Deramchi (a.k.a. Abou Youssef)
Ali El Heit (a.k.a. "Ali di Roma;" a.k.a. Mohamed Kamel)
Fethi Ben Assen Haddad
Abderrahmane Kifane
Yacine Ahmed Nacer (a.k.a. Yacine di Annaba)


NAMES OF INDIVIDUALS DESIGNATED ON 04-30-04

Hacene Allane (a.k.a. Al-Sheikh Abdelhay; a.k.a. Cheib Ahcene; a.k.a. "Abu al-Foutouh;" a.k.a. "Boulahia;" a.k.a. "Hassan the Old")
Kamel Djermane (a.k.a. "Adel;" a.k.a. "Bilal;" a.k.a. "Fodhil")
Dhou El-Aich (a.k.a. "Abdel Hak")
Ahmad Zerfaoui (a.k.a. "Abdalla;" a.k.a. "Abdullah;" a.k.a. "Abu Cholder;" a.k.a. "Abu Khaoula;" a.k.a. "Nuhr;" a.k.a. "Smail")

NAMES OF ENTITIES DESIGNATED ON 05-06-04

Al Furqan (a.k.a. Association for Citizens Rights and Resistance to Lies; a.k.a. Association for Education, Cultural, and to Create Society - SIRAT; a.k.a. Association for Education, Culture and Building Society - SIRAT; a.k.a. Association of Citizens for the Support of Truth and Suppression of Lies; a.k.a. Dzem'ljetul Furqan; a.k.a. Dzemijetul Furkan; a.k.a. Dzemiljati Furkan; a.k.a. In Siratel; a.k.a. Istikamet; a.k.a. SIRAT)
Al-Haramain & Al Masjed Al-Aqsa Charity Foundation : Bosnia Branch (a.k.a. Al Haramain Al Masjed Al Aqsa; a.k.a. Al Haramayn Al Masjid Al Aqsa; a.k.a. Al-Haramayn and Al Masjid Al Aqsa Charitable Foundation)
Taibah International : Bosnia Branch (a.k.a. Al Taibah, Intl.; a.k.a. Taibah International Aid Agency; a.k.a. Taibah International Aid Association; a.k.a. Taibah International Aide Association)

NAMES OF ENTITIES DESIGNATED ON 06-02-04

Aqeel Abdulaziz Al-Aqil
Al-Haramain : Afghanistan Branch
Al-Haramain : Albania Branch
Al-Haramain : Bangladesh Branch
Al-Haramain : Ethiopia Branch
Al-Haramain : The Netherlands Branch (a.k.a Stichting Al Haramain Humanitarian Aid)

NAME OF INDIVIDUAL DESIGNATED ON 06-03-04

Hassan Abdullah Hersi Al-Turki (a.k.a. Hassan Al-Turki)

NAMES OF THOSE DESIGNATED ON 06-10-04

Assad Ahmad Barakat (a.k.a. Assaad Ahmad Barakat; a.k.a. Assad Barakat; a.k.a. Assad Ahmed Muhammad Barakat; a.k.a. Assad Hassan Barakat; a.k.a. Jach Assad Ahmad Barakat; a.k.a. Hajj As'ad Ahmad)
Barakat Import Export Ltda
Casa Apollo

NAMES OF INDIVIDUALS DESIGNATED ON 06-23-04

Mohamed Ben Mohamed Abdelhedi
Kamel Darraji
Mohamed El Mahfoudi
Imed Ben Bechir Jammali
Habib Ben Ahmed Loubiri
Chabaane Ben Mohamed Trabelsi

NAMES OF INDIVIDUALS DESIGNATED ON 09-09-04

Soliman Al-Buthe (a.k.a. Soliman Al-Batahai; a.k.a. Soliman Al-Bathi)
Al-Haramain : United States Branch (a.k.a. Al Haramain Foundation, Inc.; a.k.a. Al-Haramain Foundation; a.k.a. Al-Haramain Humanitarian Foundation; a.k.a. Al-Haramain Islamic Foundation; a.k.a. Al-Haramayn; a.k.a. Al-Haramayn Foundation; a.k.a. Al-Haramayn Humanitarian Foundation; a.k.a. Al-Haramayn Islamic Foundation; a.k.a. Al-Haramein; a.k.a. Al-Haramein Foundation; a.k.a. Al-Haramein Humanitarian Foundation; a.k.a. Al-Haramein Islamic Foundation; a.k.a. Al-Harameyn; a.k.a. Alharamain; a.k.a. Alharamain Foundation; a.k.a. Alharamain Humanitarian Foundation; a.k.a. Alharamayn Humanitarian Foundation; a.k.a. Alharamayn Islamic Foundation; a.k.a. Alharanein; a.k.a. Alharamein Foundation; a.k.a. Alharamein Humanitarian Foundation; a.k.a. Alharamein Islamic Foundation; a.k.a. Mu'Assasat Al-Haramain Al-Khayriyya; a.k.a. Mu'Assasat Al-Haramayn Al-Khayriyya; a.k.a. Mu'Assasat Al-Haramein Al-Khayriyya; a.k.a. Vazir; a.k.a. Vezir) [previously BPI-PA]
Al-Haramain Foundation : Comoros Islands Branch

# Details of Specially Designated Global Terrorist [SDGT] Entities

17 NOVEMBER (a.k.a. REVOLUTIONARY ORGANIZATION 17 NOVEMBER; a.k.a. EPANASTATIKI ORGANOSI 17 NOEMVRI) [FTO] also listed as [SDGT] on 10-31-01

32 COUNTY SOVEREIGNTY COMMITTEE (a.k.a. 32 COUNTY SOVEREIGNTY MOVEMENT; a.k.a. IRISH REPUBLICAN PRISONERS WELFARE ASSOCIATION; a.k.a. REAL IRA; a.k.a. REAL IRISH REPUBLICAN ARMY; a.k.a. REAL OGLAIGH NA HEIREANN; a.k.a. RIRA) [FTO] also listed as [SDGT] on 10-31-01

32 COUNTY SOVEREIGNTY MOVEMENT (a.k.a. 32 COUNTY SOVEREIGNTY COMMITTEE; a.k.a. IRISH REPUBLICAN PRISONERS WELFARE ASSOCIATION; REAL IRA; a.k.a. REAL IRISH REPUBLICAN ARMY; a.k.a. REAL OGLAIGH NA HEIREANN; a.k.a. RIRA) [FTO] also listed as [SDGT] on 10-31-01

A.I.C. COMPREHENSIVE RESEARCH INSTITUTE (a.k.a. AUM SHINRIKYO; a.k.a. A.I.C. SOGO KENKYUSHO; a.k.a. ALEPH; a.k.a. AUM SUPREME TRUTH) [FTO] also listed as [SDGT] on 10-31-01

A.I.C. SOGO KENKYUSHO (a.k.a. AUM SHINRIKYO; a.k.a. A.I.C. COMPREHENSIVE RESEARCH INSTITUTE; a.k.a. ALEPH; a.k.a. AUM SUPREME TRUTH) [FTO] also listed as [SDGT] on 10-31-01

ABU GHUNAYM SQUAD OF THE HIZBALLAH BAYT AL-MAQDIS (a.k.a. PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION; a.k.a. AL-AWDAH BRIGADES; a.k.a. AL-QUDS BRIGADES; a.k.a. AL-QUDS SQUADS; a.k.a. ISLAMIC JIHAD IN PALES-TINE; a.k.a. ISLAMIC JIHAD OF PALESTINE; a.k.a. PALESTINIAN ISLAMIC JIHAD; a.k.a. PIJ; a.k.a. PIJ-SHALLAH FACTION; a.k.a. PIJ-SHAQAQI FACTION; a.k.a. SAYARA AL-QUDS) [SDT] [FTO] also listed as [SDGT] on 10-31-01

ABU NIDAL ORGANIZATION (a.k.a. ANO; a.k.a. BLACK SEPTEMBER; a.k.a. FATAH REVOLUTIONARY COUNCIL; a.k.a. ARAB REVOLUTIONARY COUNCIL; a.k.a. ARAB REVOLUTIONARY BRIGADES; a.k.a. REVOLUTIONARY ORGANIZATION OF SOCIALIST MUSLIMS) [SDT] [FTO] also listed as [SDGT] on 10-31-01

ABU SAYYAF GROUP (a.k.a. AL HARAKAT AL ISLAMIYYA) [FTO] [SDGT] 09-24-01

AFGHAN SUPPORT COMMITTEE (ASC) (a.k.a. AHYA UL TURAS; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA) Grand Trunk Road, near Pushtoon Garhi Pabbi, Peshawar, Pakistan; Cheprahar Hadda, Mia Omar Sabaqah School, Jalalabad, Afghanistan [SDGT] 01-09-02

AHYA UL TURAS (a.k.a. AFGHAN SUPPORT COMMITTEE (ASC); a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA) Grand Trunk Road, near Pushtoon Garhi Pabbi, Peshawar, Pakistan; Cheprahar Hadda, Mia Omar Sabaqah School, Jalalabad, Afghanistan [SDGT] 01-09-02

AIAI (a.k.a. AL-ITIHAAD AL-ISLAMIYA) [SDGT] 09-24-01

AKHTARABAD MEDICAL CAMP (a.k.a. AL-AKHTAR TRUST INTERNATIONAL), Spin Boldak, Afghanistan [SDGT] 10-14-03

AKIDA BANK PRIVATE LIMITED (f.k.a. AKIDA ISLAMIC BANK INTERNATIONAL LIMITED; f.k.a. IKSIR INTERNATIONAL BANK LIMITED), c/o Arthur D. Hanna & Company; 10 Deveaux Street, Nassau, Bahamas; P.O. Box N-4877, Nassau, Bahamas [SDGT] 08-29-02

AKIDA BANK PRIVATE LIMITED (n.k.a. AKIDA INVESTMENT CO. LTD.; n.k.a. AKIDA INVESTMENT COMPANY LIMITED), c/o Arthur D. Hanna & Company, 10 Deveaux Street, Nassau, Bahamas; P.O. Box N-4877, Nassau, Bahamas [SDGT] 08-29-02

AKIDA INVESTMENT CO. LTD. (a.k.a. AKIDA INVESTMENT COMPANY LIMITED; f.k.a. AKIDA BANK PRIVATE LIMITED), c/o Arthur D. Hanna & Company, 10 Deveaux Street, Nassau, Bahamas; P.O. Box N-4877, Nassau, Bahamas [SDGT] 08-29-02

AKIDA INVESTMENT COMPANY LIMITED (a.k.a. AKIDA INVESTMENT CO. LTD.; f.k.a. AKIDA BANK PRIVATE LIMITED), c/o Arthur D. Hanna & Company, 10 Deveaux Street, Nassau, Bahamas; P.O. Box N-4877, Nassau, Bahamas [SDGT] 08-29-02

AKIDA ISLAMIC BANK INTERNATIONAL LIMITED (a.k.a. IKSIR INTERNATIONAL BANK LIMITED; n.k.a. AKIDA INVESTMENT CO. LTD.), c/o Arthur D. Hanna & Company; 10 Deveaux Street, Nassau, Bahamas; P.O. Box N-4877, Nassau, Bahamas [SDGT] 08-29-02

AL AQSA ASSISTANCE CHARITABLE COUNCIL (a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CBSP; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; n.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE), 68 Rue Jules Guesde, 59000 Lille, France; 10 Rue Notre Dame, 69006 Lyon, France; 37 Rue de la Chapelle, 75018 Paris, France [SDGT] 08-21-03

AL BARAKA EXCHANGE LLC, P.O. Box 20066, Dubai, U.A.E.; P.O. Box 3313, Deira, Dubai, U.A.E. [SDGT] 11-07-01

AL BIR AL DAWALIA (a.k.a. BENEVOLENCE INTERNATIONAL FOUNDATION; a.k.a. BIF; a.k.a. BIF-USA; a.k.a. MEZHDUNARODNYJ BLAGOTVORITEL'NYJ FOND), 8820 Mobile Avenue, 1A, Oak Lawn, IL 60453, U.S.A.; P.O. Box 548, Worth, IL 60482, U.S.A.; formerly at 9838 S. Roberts Road, Suite 1W, Palos Hills, IL 60465, U.S.A.; formerly at 20-24 Branford Place, Suite 705, Newark, NJ 07102, U.S.A.; Bashir Safar Ugli 69, Baku, Azerbaijan; 69 Boshir Safaroglu St., Baku, Azerbaijan; Sarajevo, Bosnia-Herzegovina; Zenica, Bosnia-Herzegovina; "last known address," 3 King Street, South Waterloo, Ontario, N2J 3Z6 Canada; "last known address," P.O. Box 1508 Station B, Mississauga, Ontario, L4Y 4G2 Canada; "last known address," 2465 Cawthra Rd., #203, Mississauga, Ontario, L5A 3P2 Canada; Ottawa, Canada; Grozny, Chechnya; 91 Paihonggou, Lanzhou, Gansu, China 730000; Hrvatov 30, 41000, Zagreb, Croatia; Makhachkala, Daghestan; Duisi, Georgia; Tbilisi, Georgia; Nazran, Ingushetia; Burgemeester Kessensingel 40, Maastricht, Netherlands; House 111, First Floor, Street 64, F-10/3, Islamabad, Pakistan; P.O. Box 1055, Peshawar, Pakistan; Azovskaya 6, km. 3, off. 401, Moscow, Russia 113149; Ulitsa Oktyabr'skaya, dom. 89, Moscow, Russia 127521; P.O. Box 1937, Khartoum, Sudan; P.O. Box 7600, Jeddah 21472, Saudi Arabia; P.O. Box 10845, Riyadh 11442, Saudi Arabia; Dushanbe, Tajikistan; United Kingdom; Afghanistan; Bangladesh; Bosnia-Herzegovina; Gaza Strip; Yemen; U.S. FEIN: 36-3823186 [SDGT] 11-19-02

AL FURQAN (a.k.a. ASSOCIATION FOR CITIZENS RIGHTS AND RESISTANCE TO LIES; a.k.a. ASSOCIATION FOR EDUCATION, CULTURAL, AND TO CREATE SOCIETY - SIRAT; a.k.a. ASSOCIATION FOR EDUCATION, CULTURE AND BUILDING SOCIETY - SIRAT; a.k.a. ASSOCIATION OF CITIZENS FOR THE SUPPORT OF TRUTH AND SUPPRESSION OF LIES; a.k.a. DZEM'IJETUL FURQAN; a.k.a. DZEMILJETUL FURKAN; a.k.a. DZEMILIJATI FURKAN; a.k.a. IN SIRATEL; a.k.a. ISTIKAMET; a.k.a. SIRAT), Put Mladih Muslimana 30a, 71 000 Sarajevo, Bosnia-Herzegovina; ul. Strossmajerova 72, Zenica, Bosnia-Herzegovina; Muhameda Hadzijahica #42, Sarajevo, Bosnia-Herzegovina [SDGT] 05-06-04

AL HARAKAT AL ISLAMIYYA (a.k.a. ABU SAYYAF GROUP) [FTO] [SDGT] 09-24-01

AL HARAMAIN (a.k.a. AL-HARAMAIN : Indonesia Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. YAYASAN AL HARAMAIN; a.k.a. YAYASAN AL HARAMAINI; a.k.a. YAYASAN AL-MANAHIL-INDONESIA), Jalan Laut Sulawesi Blok DII/4, Kavling Angkatan Laut Duren Sawit, Jakarta Timur 13440 Indonesia [SDGT] 01-22-04

AL HARAMAIN AL MASJED AL AQSA (a.k.a. AL-HARAMAIN & AL MASJED AL-AQSA CHARITY FOUNDATION : BOSNIA BRANCH; a.k.a. AL HARAMAYN AL MASJID AL AQSA; a.k.a. AL-HARAMAYN AND AL MASJID AL AQSA CHARITABLE FOUNDATION), Hasiba Brankovica No. 2A, Sarajevo, Bosnia-Herzegovina [SDGT] 05-06-04

AL HARAMAIN FOUNDATION, INC. (a.k.a. AL-HARAMAIN : United States Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN;

a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 1257 Siskiyou Boulevard, Ashland, OR 97520, U.S.A.; 3800 Highway 99 S., Ashland, OR 97520-8718, U.S.A.; 2151 E. Division Street, Springfield, MO 65803, U.S.A. [SDGT] 09-09-04

AL HARAMAYN AL MASJID AL AQSA (a.k.a. AL-HARAMAIN & AL MASJED AL-AQSA CHARITY FOUNDATION : BOSNIA BRANCH; a.k.a. AL HARAMAIN AL MASJED AL AQSA; a.k.a. AL-HARAMAYN AND AL MASJID AL AQSA CHARITABLE FOUNDATION), Hasiba Brankovica No. 2A, Sarajevo, Bosnia-Herzegovina [SDGT] 05-06-04

AL MANSOOREEN (a.k.a. AL MANSOORIAN; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA), Pakistan [FTO] [SDGT] 12-23-03; 12-20-01

AL MANSOORIAN (a.k.a. AL MANSOOREEN; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA), Pakistan [FTO] [SDGT] 12-23-03; 12-20-01

AL QA'IDA (a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW JIHAD; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE JIHAD GROUP; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION; a.k.a. "THE BASE") [SDT] [FTO] [SDGT] 09-24-01

AL QAEDA (a.k.a. AL QA'IDA; a.k.a. AL QAIDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES; a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW JIHAD; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE JIHAD GROUP; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION; a.k.a. "THE BASE") [SDT] [FTO] [SDGT] 09-24-01

AL QAIDA (a.k.a. AL QA'IDA; a.k.a. AL QAEDA; a.k.a. AL-JIHAD; a.k.a. THE JIHAD GROUP; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW JIHAD; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION; a.k.a. "THE BASE") [SDT] [FTO] [SDGT] 09-24-01

AL RASHEED TRUST (a.k.a. AL RASHID TRUST; a.k.a. AL-RASHEED TRUST; a.k.a. AL-RASHID TRUST; a.k.a. THE AID ORGANIZATION OF THE ULEMA), Kitab Ghar, Darul Ifta Wal Irshad, Nazimabad No. 4, Karachi, Pakistan; Office Dha'rb-i-M'unin, opposite Khyber Bank, Abbottabad Road, Mansehra, Pakistan; Office Dha'rb-i-M'unin, Z.R. Brothers, Katchery Road, Chowk Yadgaar, Peshawar, Pakistan; Office Dha'rb-i-M'unin, Room no. 3, Third Floor, Moti Plaza, near Liaquat Bagh, Murree Road, Rawalpindi, Pakistan; Office Dha'rb-i-M'unin, Top Floor, Dr. Dawa Khan Dental Clinic Surgeon, Main Baxar, Mingora, Swat, Pakistan <Operations in Afghanistan: Herat, Jalalabad, Kabul, Kandahar, Mazar Sharif. Also operations in: Kosovo, Chechnya>; 302b-40, Good Earth Court, Opposite Pia Planitarium, Block 13a, Gulshan -I Iqbal, Karachi, Pakistan; 617 Clifton Center, Block 5, 6th Floor, Clifton, Karachi, Pakistan; 605 Landmark Plaza, 11 Chundrigar Road, Opposite Jang Building, Karachi, Pakistan; Jamia Masjid, Sulaiman Park, Begum Pura, Lahore, Pakistan [SDGT] 09-24-01 / 04-19-02

AL RASHID TRUST (a.k.a. AL RASHEED TRUST; a.k.a. AL-RASHEED TRUST; a.k.a. AL-RASHID TRUST; a.k.a. THE AID ORGANIZATION OF THE ULEMA), Kitab Ghar, Darul Ifta Wal Irshad, Nazimabad No. 4, Karachi, Pakistan; Office Dha'rb-i-M'unin, opposite Khyber Bank, Abbottabad Road, Mansehra, Pakistan; Office Dha'rb-i-M'unin, Z.R. Brothers, Katchery Road, Chowk Yadgaar, Peshawar, Pakistan; Office Dha'rb-i-M'unin, Room no. 3, Third Floor, Moti Plaza, near Liaquat Bagh, Murree Road, Rawalpindi, Pakistan; Office Dha'rb-i-M'unin, Top Floor, Dr. Dawa Khan Dental Clinic Surgeon, Main Baxar, Mingora, Swat, Pakistan <Operations in Afghanistan: Herat, Jalalabad, Kabul, Kandahar, Mazar Sharif. Also operations in: Kosovo, Chechnya>; 302b-40, Good Earth Court, Opposite Pia Planitarium, Block 13a, Gulshan -I Iqbal, Karachi, Pakistan; 617 Clifton Center, Block 5, 6th Floor, Clifton, Karachi, Pakistan;

605 Landmark Plaza, 11 Chundrigar Road, Opposite Jang Building, Karachi, Pakistan; Jamia Masjid, Sulaiman Park, Begum Pura, Lahore, Pakistan [SDGT] 09-24-01 / 04-19-02

AL SANABIL (a.k.a. AL-SANBAL; a.k.a. ASANABIL; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA; a.k.a. JAMI'A SANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. SANABAL; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANIBAL; a.k.a. SANNABIL; a.k.a. SANNIBIL; a.k.a. SINABUL), Sidon, Lebanon [SDGT] 08-21-03

AL TAIBAH, INTL. (a.k.a. TAIBAH INTERNATIONAL AID AGENCY; a.k.a. TAIBAH INTERNATIONAL: BOSNIA BRANCH; a.k.a. TAIBAH INTERNATIONAL AID ASSOCIATION; a.k.a. TAIBAH INTERNATIONAL AIDE ASSOCIATION), Avde Smajlovic 6, Sarajevo, Bosnia-Herzegovina; No. 26 Tahbanksa Ulica, Sarajevo, Bosnia-Herzegovina [SDGT] 05-06-04

AL TAQWA BANK (a.k.a. BANK AL TAQWA; BANK AL TAQWA LIMITED), c/o Arthur D. Hanna & Company, 10 Deveaux Street, Nassau, Bahamas; P.O. Box N-4877, Nassau, Bahamas [SDGT] 11-07-01

AL TAQWA MANAGEMENT ORGANIZATION SA (n.k.a. NADA MANAGEMENT ORGANIZATION SA), Viale Stefano Franscini 22, Lugano CH-6900 TI, Switzerland [SDGT] 11-07-01

AL TAQWA TRADE, PROPERTY AND INDUSTRY (a.k.a. AL TAQWA TRADE, PROPERTY AND INDUSTRY COMPANY LIMITED; a.k.a. AL TAQWA TRADE, PROPERTY AND INDUSTRY ESTABLISHMENT; a.k.a. HIMMAT ESTABLISHMENT; n.k.a. WALDENBERG, AG), c/o Asat Trust Reg., Altenbach 8, Vaduz 9490, Liechtenstein; Via Posero, 2, 22060 Campione d'Italia, Italy [SDGT] 11-07-01

AL TAQWA TRADE, PROPERTY AND INDUSTRY COMPANY LIMITED (a.k.a. AL TAQWA TRADE, PROPERTY AND INDUSTRY; a.k.a. AL TAQWA TRADE, PROPERTY AND INDUSTRY ESTABLISHMENT; a.k.a. HIMMAT ESTABLISHMENT; n.k.a. WALDENBERG, AG), c/o Asat Trust Reg., Altenbach 8, Vaduz 9490, Liechtenstein; Via Posero, 2, 22060 Campione d'Italia, Italy [SDGT] 11-07-01

AL TAQWA TRADE, PROPERTY AND INDUSTRY ESTABLISHMENT (a.k.a. AL TAQWA TRADE, PROPERTY AND INDUSTRY; a.k.a. AL TAQWA TRADE, PROPERTY AND INDUSTRY COMPANY LIMITED; a.k.a. HIMMAT ESTABLISHMENT; n.k.a. WALDENBERG, AG), c/o Asat Trust Reg., Altenbach 8, Vaduz 9490, Liechtenstein; Via Posero, 2, 22060 Campione d'Italia, Italy [SDGT] 11-07-01

AL WAFA (a.k.a. WAFA HUMANITARIAN ORGANIZATION; a.k.a. AL WAFA ORGANIZATION; a.k.a. WAFA AL-IGATHA AL-ISLAMIA) [SDGT] 09-24-01

AL WAFA ORGANIZATION (a.k.a. WAFA HUMANITARIAN ORGANIZATION; a.k.a. AL WAFA; a.k.a. WAFA AL-IGATHA AL-ISLAMIA) [SDGT] 09-24-01

AL-AKHTAR MEDICAL CENTRE (a.k.a. AL-AKHTAR TRUST INTERNATIONAL), Gulistan-e-Jauhar, Block 12, Karachi, Pakistan [SDGT] 10-14-03

AL-AKHTAR TRUST INTERNATIONAL (a.k.a. AKHTARABAD MEDICAL CAMP; a.k.a. AL-AKHTAR MEDICAL CENTRE), ST-1/A, Gulshan-e-Iqbal, Block 2, Karachi 75300, Pakistan; Bahawalpur, Pakistan; Bawalnagar, Pakistan; Gilgit, Pakistan; Gulistan-e-Jauhar, Block 12, Karachi, Pakistan; Islamabad, Pakistan; Mirpur Khas, Pakistan; Spin Boldak, Afghanistan; Tando-Jan-Muhammad, Pakistan; and all other offices worldwide [SDGT] 10-14-03

AL-AQSA (ASBL) (a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), BD Leopold II 71, 1080 Brussels, Belgium [SDGT] 05-29-03

AL-AQSA AL-ISLAMI BANK (a.k.a. AL-AQSA ISLAMIC BANK), P.O. Box 3753 al-Beireh, West Bank; Ramallah II 970, West Bank [SDT] [SDGT] 12-04-01

AL-AQSA ASBL (a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, D-52066, Aachen, Germany [SDGT] 05-29-03

AL-AQSA ASBL (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL

AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Nobelvagen 79 NB, 21433 Malmo, Sweden; Noblev 79 NB, 21433 Malmo, Sweden [SDGT] 05-29-03

AL-AQSA ASBL (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.) [SDGT] 05-29-03

AL-AQSA ASBL (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan [SDGT] 05-29-03

AL-AQSA ASBL (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa [SDGT] 05-29-03

AL-AQSA ASBL (a.k.a. AQSSA SOCIETY YEMEN; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San'a, Yemen [SDGT] 05-29-03

AL-AQSA ASBL (a.k.a. FORENINGEN AL-AQSA; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200 KBKN, Copenhagen, Denmark [SDGT] 05-29-03

AL-AQSA ASBL (a.k.a. STICHTING AL-AQSA; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AQSSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA

AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 E, 03022 TH, Rotterdam, Holland; Gerrit V/D Lindestraat 103 A, 3022 TH, Rotterdam, Holland [SDGT] 05-29-03

AL-AQSA CHARITABLE FOUNDATION (a.k.a. AL-AQSA (ASBL); a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), BD Leopold II 71, 1080 Brussels, Belgium [SDGT] 05-29-03

AL-AQSA CHARITABLE FOUNDATION (a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, D-52066, Aachen, Germany [SDGT] 05-29-03

AL-AQSA CHARITABLE FOUNDATION (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Nobelvagen 79 NB, 21433 Malmo, Sweden; Noblev 79 NB, 21433 Malmo, Sweden [SDGT] 05-29-03

AL-AQSA CHARITABLE FOUNDATION (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.] [SDGT] 05-29-03

AL-AQSA CHARITABLE FOUNDATION (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan [SDGT] 05-29-03

AL-AQSA CHARITABLE FOUNDATION (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa [SDGT] 05-29-03

AL-AQSA CHARITABLE FOUNDATION (a.k.a. AQSSA SOCIETY YEMEN; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San'a, Yemen [SDGT] 05-29-03

AL-AQSA CHARITABLE FOUNDATION (a.k.a. FORENINGEN AL-AQSA; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark [SDGT] 05-29-03

AL-AQSA CHARITABLE FOUNDATION (a.k.a. STICHTING AL-AQSA; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 E, 03022 TH, Rotterdam, Holland; Gerrit V/D Lindestraat 103 A, 3022 TH, Rotterdam, Holland [SDGT] 05-29-03

AL-AQSA CHARITABLE ORGANIZATION (a.k.a. AL-AQSA (ASBL); a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), BD Leopold II 71, 1080 Brussels, Belgium [SDGT] 05-29-03

AL-AQSA CHARITABLE ORGANIZATION (a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, D-52066, Aachen, Germany [SDGT] 05-29-03

AL-AQSA CHARITABLE ORGANIZATION (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Nobelvagen 79 NB, 21433 Malmo, Sweden; Noblev 79 NB, 21433 Malmo, Sweden [SDGT] 05-29-03

AL-AQSA CHARITABLE ORGANIZATION (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE

SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan [SDGT] 05-29-03

AL-AQSA CHARITABLE ORGANIZATION (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANMI STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.) [SDGT] 05-29-03

AL-AQSA CHARITABLE ORGANIZATION (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANMI STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa [SDGT] 05-29-03

AL-AQSA CHARITABLE ORGANIZATION (a.k.a. AQSSA SOCIETY YEMEN; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San'a, Yemen [SDGT] 05-29-03

AL-AQSA CHARITABLE ORGANIZATION (a.k.a. FORENINGEN AL-AQSA; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark [SDGT] 05-29-03

AL-AQSA CHARITABLE ORGANIZATION (a.k.a. STICHTING AL-AQSA; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 E, 03022 TH, Rotterdam, Holland; Gerrit V/D Lindestraat 103 A, 3022 TH, Rotterdam, Holland [SDGT] 05-29-03

AL-AQSA E.V. (a.k.a. AL-AQSA (ASBL); a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), BD Leopold II 71, 1080 Brussels, Belgium [SDGT] 05-29-03

AL-AQSA E.V. (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANMI STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.) [SDGT] 05-29-03

AL-AQSA E.V. (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANMI STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Nobelvagen 79 NB, 21433 Malmo, Sweden; Noblev 79 NB, 21433 Malmo, Sweden [SDGT] 05-29-03

AL-AQSA E.V. (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANMI STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa [SDGT] 05-29-03

AL-AQSA E.V. (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANMI STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan [SDGT] 05-29-03

AL-AQSA E.V. (a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, D-52066, Aachen, Germany [SDGT] 05-29-03

AL-AQSA E.V. (a.k.a. AQSSA SOCIETY YEMEN; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San'a, Yemen [SDGT] 05-29-03

AL-AQSA E.V. (a.k.a. FORENINGEN AL-AQSA; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. ISLAMIC

CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark [SDGT] 05-29-03

AL-AQSA E.V. (a.k.a. STICHTING AL-AQSA; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 E, 03022 TH, Rotterdam, Holland; Gerrit V/D Lindestraat 103 A, 3022 TH, Rotterdam, Holland [SDGT] 05-29-03

AL-AQSA FOUNDATION (a.k.a. AL-AQSA (ASBL); a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), BD Leopold II 71, 1080 Brussels, Belgium [SDGT] 05-29-03

AL-AQSA FOUNDATION (a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, D-52066, Aachen, Germany [SDGT] 05-29-03

AL-AQSA FOUNDATION (a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Nobelvagen 79 NB, 21433 Malmo, Sweden; Noblev 79 NB, 21433 Malmo, Sweden [SDGT] 05-29-03

AL-AQSA FOUNDATION (a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA), P.O. Box 2364, Islamabad, Pakistan [SDGT] 05-29-03

AL-AQSA FOUNDATION (a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA) [SDGT] 05-29-03

AL-AQSA FOUNDATION (a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE

ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa [SDGT] 05-29-03

AL-AQSA FOUNDATION (a.k.a. AQSSA SOCIETY YEMEN; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San'a, Yemen [SDGT] 05-29-03

AL-AQSA FOUNDATION (a.k.a. FORENINGEN AL-AQSA; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark [SDGT] 05-29-03

AL-AQSA FOUNDATION (a.k.a. STICHTING AL-AQSA; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 E, 03022 TH, Rotterdam, Holland; Gerrit V/D Lindestraat 103 A, 3022 TH, Rotterdam, Holland [SDGT] 05-29-03

AL-AQSA INTERNATIONAL FOUNDATION (a.k.a. AL-AQSA (ASBL); a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), BD Leopold II 71, 1080 Brussels, Belgium [SDGT] 05-29-03

AL-AQSA INTERNATIONAL FOUNDATION (a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, D-52066, Aachen, Germany [SDGT] 05-29-03

AL-AQSA INTERNATIONAL FOUNDATION (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a.

NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa [SDGT] 05-29-03

AL-AQSA INTERNATIONAL FOUNDATION (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan [SDGT] 05-29-03

AL-AQSA INTERNATIONAL FOUNDATION (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.) [SDGT] 05-29-03

AL-AQSA INTERNATIONAL FOUNDATION (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Nobelvagen 79 NB, 21433 Malmo, Sweden; Noblev 79 NB, 21433 Malmo, Sweden [SDGT] 05-29-03

AL-AQSA INTERNATIONAL FOUNDATION (a.k.a. AQSSA SOCIETY YEMEN; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San'a, Yemen [SDGT] 05-29-03

AL-AQSA INTERNATIONAL FOUNDATION (a.k.a. FORENINGEN AL-AQSA; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200 KBKN, Copenhagen, Denmark [SDGT] 05-29-03

AL-AQSA INTERNATIONAL FOUNDATION (a.k.a. STICHTING AL-AQSA; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 E, 03022 TH, Rotterdam, Holland; Gerrit V/D Lindestraat 103 A, 3022 TH, Rotterdam, Holland [SDGT] 05-29-03

AL-AQSA ISLAMIC BANK (a.k.a. AL-AQSA AL-ISLAMI BANK), P.O. Box 3753 al-Beireh, West Bank; Ramallah II 970, West Bank [SDT] [SDGT] 12-04-01

AL-AQSA ISLAMIC CHARITABLE SOCIETY (a.k.a. AL-AQSA (ASBL); a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), BD Leopold II 71, 1080 Brussels, Belgium [SDGT] 05-29-03

AL-AQSA ISLAMIC CHARITABLE SOCIETY (a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, D-52066, Aachen, Germany [SDGT] 05-29-03

AL-AQSA ISLAMIC CHARITABLE SOCIETY (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa [SDGT] 05-29-03

AL-AQSA ISLAMIC CHARITABLE SOCIETY (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Nobelvagen 79 NB, 21433 Malmo, Sweden; Noblev 79 NB, 21433 Malmo, Sweden [SDGT] 05-29-03

AL-AQSA ISLAMIC CHARITABLE SOCIETY (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan [SDGT] 05-29-03

AL-AQSA ISLAMIC CHARITABLE SOCIETY (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.) [SDGT] 05-29-03

AL-AQSA ISLAMIC CHARITABLE SOCIETY (a.k.a. AQSSA SOCIETY YEMEN; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-

AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San'a, Yemen [SDGT] 05-29-03

AL-AQSA ISLAMIC CHARITABLE SOCIETY (a.k.a. FORENINGEN AL-AQSA; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark [SDGT] 05-29-03

AL-AQSA ISLAMIC CHARITABLE SOCIETY (a.k.a. STICHTING AL-AQSA; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 E, 03022 TH, Rotterdam, Holland; Gerrit V/D Lindestraat 103 A, 3022 TH, Rotterdam, Holland [SDGT] 05-29-03

AL-AQSA MARTYRS BATTALION (a.k.a. AL-AQSA MARTYRS BRIGADE) [SDT] [FTO] [SDGT] 03-27-02

AL-AQSA MARTYRS BRIGADE (a.k.a. AL-AQSA MARTYRS BATTALION) [SDT] [FTO] [SDGT] 03-27-02

AL-AQSA SINABIL ESTABLISHMENT (a.k.a. AL-AQSA (ASBL); a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), BD Leopold II 71, 1080 Brussels, Belgium [SDGT] 05-29-03

AL-AQSA SINABIL ESTABLISHMENT (a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, D-52066, Aachen, Germany [SDGT] 05-29-03

AL-AQSA SINABIL ESTABLISHMENT (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.) [SDGT] 05-29-03

AL-AQSA SINABIL ESTABLISHMENT (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA

SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa [SDGT] 05-29-03

AL-AQSA SINABIL ESTABLISHMENT (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan [SDGT] 05-29-03

AL-AQSA SINABIL ESTABLISHMENT (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Nobelvagen 79 NB, 21433 Malmo, Sweden; Noblev 79 NB, 21433 Malmo, Sweden [SDGT] 05-29-03

AL-AQSA SINABIL ESTABLISHMENT (a.k.a. AQSSA SOCIETY YEMEN; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San'a, Yemen [SDGT] 05-29-03

AL-AQSA SINABIL ESTABLISHMENT (a.k.a. FORENINGEN AL-AQSA; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark [SDGT] 05-29-03

AL-AQSA SINABIL ESTABLISHMENT (a.k.a. STICHTING AL-AQSA; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 E, 03022 TH, Rotterdam, Holland; Gerrit V/D Lindestraat 103 A, 3022 TH, Rotterdam, Holland [SDGT] 05-29-03

AL-AQSA SPANM I STIFTELSE (a.k.a. AL-AQSA (ASBL); a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA;

a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION;a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), BD Leopold II 71, 1080 Brussels, Belgium [SDGT] 05-29-03

AL-AQSA SPANM I STIFTELSE (a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION;a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, D-52066, Aachen, Germany [SDGT] 05-29-03

AL-AQSA SPANM I STIFTELSE (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION;a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Nobelvagen 79 NB, 21433 Malmo, Sweden; Noblev 79 NB, 21433 Malmo, Sweden [SDGT] 05-29-03

AL-AQSA SPANM I STIFTELSE (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION;a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa [SDGT] 05-29-03

AL-AQSA SPANM I STIFTELSE (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION;a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.] [SDGT] 05-29-03

AL-AQSA SPANM I STIFTELSE (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION;a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan [SDGT] 05-29-03

AL-AQSA SPANM I STIFTELSE (a.k.a. AQSSA SOCIETY YEMEN; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION;a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San'a, Yemen [SDGT] 05-29-03

AL-AQSA SPANM I STIFTELSE (a.k.a. FORENINGEN AL-AQSA; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE

FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SINABIL ESTABLISHMENT; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION;a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200 KBKN, Copenhagen, Denmark [SDGT] 05-29-03

AL-AQSA SPANM I STIFTELSE (a.k.a. STICHTING AL-AQSA; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION;a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 E, 03022 TH, Rotterdam, Holland; Gerrit V/D Lindestraat 103 A, 3022 TH, Rotterdam, Holland [SDGT] 05-29-03

AL-AQSA SPANMAL STIFTELSE (a.k.a. AL-AQSA (ASBL); a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION;a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), BD Leopold II 71, 1080 Brussels, Belgium [SDGT] 05-29-03

AL-AQSA SPANMAL STIFTELSE (a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION;a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, D-52066, Aachen, Germany [SDGT] 05-29-03

AL-AQSA SPANMAL STIFTELSE (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION;a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa [SDGT] 05-29-03

AL-AQSA SPANMAL STIFTELSE (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION;a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan [SDGT] 05-29-03

AL-AQSA SPANMAL STIFTELSE (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA

SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTAB-LISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARI-TABLE AQSA EST.) [SDGT] 05-29-03

AL-AQSA SPANMAL STIFTELSE (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUN-DATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTAB-LISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARI-TABLE AQSA EST.), Nobelvagen 79 NB, 21433 Malmo, Sweden; Noblev 79 NB, 21433 Malmo, Sweden [SDGT] 05-29-03

AL-AQSA SPANMAL STIFTELSE (a.k.a. AQSSA SOCIETY YEMEN; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISH-MENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARI-TABLE AQSA EST.), P.O. Box 14101, San'a, Yemen [SDGT] 05-29-03

AL-AQSA SPANMAL STIFTELSE (a.k.a. FORENINGEN AL-AQSA; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARI-TABLE AQSA EST.), P.O. Box 6222200 KBKN, Copenhagen, Denmark [SDGT] 05-29-03

AL-AQSA SPANMAL STIFTELSE (a.k.a. STICHTING AL-AQSA; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARI-TABLE AQSA EST.), Gerrit V/D Lindestraat 103 E, 03022 TH, Rotterdam, Holland; Gerrit V/D Lindestraat 103 A, 3022 TH, Rotterdam, Holland [SDGT] 05-29-03

AL-AWDAH BRIGADES (a.k.a. PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION; a.k.a. ABU GHUNAYM SQUAD OF THE HIZBALLAH BAYT AL-MAQDIS; a.k.a. AL-QUDS BRIGADES; a.k.a. AL-QUDS SQUADS; a.k.a. ISLAMIC JIHAD IN PALES-TINE; a.k.a. ISLAMIC JIHAD OF PALESTINE; a.k.a. PALESTINIAN ISLAMIC JIHAD; a.k.a. PIJ; a.k.a. PIJ-SHALLAH FACTION; a.k.a. PIJ-SHAQAQI FACTION; a.k.a. SAYARA AL-QUDS) [SDT] [FTO] also listed as [SDGT] on 10-31-01

AL-BAKOUN ALA AL-AHD ORGANIZATION (a.k.a. FAITHFUL TO THE OATH), Algeria [SDGT] 10-24-03

AL-BARAKAAT BANK, Mogadishu, Somalia [SDGT] 11-07-01

AL-BARAKAAT BANK OF SOMALIA (a.k.a. BARAKAAT BANK OF SOMALIA; a.k.a. BBS), Bossaso, Somalia; Mogadishu, Somalia [SDGT] 11-07-01

AL-BARAKAAT GROUP OF COMPANIES SOMALIA LIMITED (a.k.a. AL-BARAKAT FINANCIAL COMPANY), Mogadishu, Somalia; P.O. Box 3313, Dubai, U.A.E. [SDGT] 11-07-01

AL-BARAKAAT, Mogadishu, Somalia; Dubai, U.A.E. [SDGT] 11-07-01

AL-BARAKAAT WIRING SERVICE, 2940 Pillsbury Avenue, Suite 4, Minneapolis, Minnesota 55408, U.S.A. [SDGT] 11-07-01

AL-BARAKAT FINANCE GROUP, Dubai, U.A.E.; Mogadishu, Somalia [SDGT] 11-07-01

AL-BARAKAT FINANCIAL COMPANY (a.k.a. AL-BARAKAAT GROUP OF COMPA-NIES SOMALIA LIMITED), Mogadishu, Somalia; P.O. Box 3313, Dubai, U.A.E. [SDGT] 11-07-01

AL-BARAKAT FINANCIAL HOLDING COMPANY, Dubai, U.A.E.; Mogadishu, Somalia [SDGT] 11-07-01

AL-BARAKAT GLOBAL TELECOMMUNICATIONS (a.k.a. BARAKAAT GLOBETEL COMPANY), Hargeysa, Somalia; Mogadishu, Somalia; P.O. Box 3313, Dubai, U.A.E. [SDGT] 11-07-01

AL-BARAKAT INTERNATIONAL (a.k.a. BARACO CO.), Box 2923, Dubai, U.A.E. [SDGT] 11-07-01

AL-BARAKAT INVESTMENTS, P.O. Box 3313, Deira, Dubai, U.A.E. [SDGT] 11-07-01

AL-FARAN (a.k.a. HARAKAT UL-MUJAHIDEEN; a.k.a. AL-HADID; a.k.a. AL-HADITH; a.k.a. HARAKAT UL-ANSAR; a.k.a. HARAKAT UL-MUJAHIDIN; a.k.a. HUA; a.k.a. HUM; a.k.a. JAMIAT UL-ANSAR) [FTO] [SDGT] 09-24-01

AL-GAMA'AT (a.k.a. GI; a.k.a. ISLAMIC GROUP; a.k.a. IG; a.k.a. EGYPTIAN AL-GAMA'AT AL-ISLAMIYYA; a.k.a. ISLAMIC GAMA'AT; a.k.a. GAMA'A AL-ISLAMIYYA) [SDT] [FTO] also listed as [SDGT] on 10-31-01

AL-HADID (a.k.a. HARAKAT UL-MUJAHIDEEN; a.k.a. AL-FARAN; a.k.a. AL-HADITH; a.k.a. HARAKAT UL-ANSAR; a.k.a. HARAKAT UL-MUJAHIDIN; a.k.a. HUA; a.k.a. HUM; a.k.a. JAMIAT UL-ANSAR) [FTO] [SDGT] 09-24-01

AL-HADITH (a.k.a. HARAKAT UL-MUJAHIDEEN; a.k.a. AL-FARAN; a.k.a. AL-HADID; a.k.a. HARAKAT UL-ANSAR; a.k.a. HARAKAT UL-MUJAHIDIN; a.k.a. HUA; a.k.a. HUM; a.k.a. JAMIAT UL-ANSAR) [FTO] [SDGT] 09-24-01

AL-HAMATI SWEETS BAKERIES, Al-Mukallah, Hadhramawt Governorate, Yemen [SDGT] 10-12-01

AL-HARAMAIN : Afghanistan Branch, Afghanistan [SDGT] 06-02-04

AL-HARAMAIN : Albania Branch, Ifran Tomini street, #58, Tirana, Albania [SDGT] 06-02-04

AL-HARAMAIN : Bangladesh Branch, House 1, Road 1, S-6, Uttara, Dhaka, Bangladesh [SDGT] 06-02-04

AL-HARAMAIN : Ethiopia Branch, Woreda District 24 Kebele Section 13, Addis Ababa, Ethiopia [SDGT] 06-02-04

AL-HARAMAIN : Indonesia Branch (a.k.a. AL HARAMAIN; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. YAYASAN AL HARAMAIN; a.k.a. YAYASAN AL HARAMAINI; a.k.a. YAYASAN AL-MANAHIL-INDONESIA), Jalan Laut Sulawesi Blok DII/4, Kavling Angkatan Laut Duren Sawit, Jakarta Timur 13440 Indonesia [SDGT] 01-22-04

AL-HARAMAIN : Kenya Branch (a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUN-DATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUN-DATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUN-DATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUN-DATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUN-DATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Daddb, Kenya; Garissa, Kenya; Nairobi, Kenya [SDGT] 01-22-04

AL-HARAMAIN : Kenya Branch (a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUN-DATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUN-DATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUN-DATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUN-DATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUN-DATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Daddb, Kenya; Garissa, Kenya; Nairobi, Kenya [SDGT] 01-22-04

AL-HARAMAIN : Pakistan Branch (a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUN-DATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUN-DATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUN-DATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUN-DATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUN-DATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSAT

AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin Road, F-10/1, Islamabad, Pakistan [SDGT] 01-22-04

AL-HARAMAIN : Pakistan Branch (a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin Road, F-10/1, Islamabad, Pakistan [SDGT] 01-22-04

AL-HARAMAIN : Tanzania Branch (a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), P.O. Box 3616, Dar es Salaam, Tanzania; Singida, Tanzania; Tanga, Tanzania [SDGT] 01-22-04

AL-HARAMAIN : Tanzania Branch (a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), P.O. Box 3616, Dar es Salaam, Tanzania; Singida, Tanzania; Tanga, Tanzania [SDGT] 01-22-04

AL-HARAMAIN : The Netherlands Branch (a.k.a STICHTING AL HARAMAIN HUMANITAIRAN AID), Jan Hanzenstraat 114, 1053SV, Amsterdam, The Netherlands [SDGT] 06-02-04

AL-HARAMAIN : United States Branch (a.k.a. AL HARAMAIN FOUNDATION, INC.; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 1257 Siskiyou Boulevard, Ashland, OR 97520, U.S.A.; 3800 Highway 99 S., Ashland, OR 97520-8718, U.S.A.; 2151 E. Division Street, Springfield, MO 65803, U.S.A. [SDGT] 09-09-04

AL-HARAMAIN (a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a.

MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL- KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 64 Poturmahala, Travnik, Bosnia-Herzegovina; Somalia [SDGT] 03-11-02; 12-22-03

AL-HARAMAIN & AL MASJED AL-AQSA CHARITY FOUNDATION : BOSNIA BRANCH (a.k.a. AL HARAMAIN AL MASJED AL AQSA; a.k.a. AL HARAMAYN AL MASJID AL AQSA; a.k.a. AL-HARAMAYN AND AL MASJID AL AQSA CHARITABLE FOUNDATION), Hasiba Brankovica No. 2A, Sarajevo, Bosnia-Herzegovina [SDGT] 05-06-04

AL-HARAMAIN FOUNDATION : Comoros Islands Branch, B/P: 1652 Moroni, Comoros [SDGT] 09-09-04

AL-HARAMAIN FOUNDATION (a.k.a. AL HARAMAIN; a.k.a. AL-HARAMAIN : Indonesia Branch; a.k.a. YAYASAN AL HARAMAIN; a.k.a. YAYASAN AL HARAMAINI; a.k.a. YAYASAN AL-MANAHIL-INDONESIA), Jalan Laut Sulawesi Blok DII/4, Kavling Angkatan Laut Duren Sawit, Jakarta Timur 13440 Indonesia [SDGT] 01-22-04

AL-HARAMAIN FOUNDATION (a.k.a. AL-HARAMAIN : Kenya Branch; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Daddb, Kenya; Garissa, Kenya; Nairobi, Kenya [SDGT] 01-22-04

AL-HARAMAIN FOUNDATION (a.k.a. AL-HARAMAIN : Pakistan Branch; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin Road, F-10/1, Islamabad, Pakistan [SDGT] 01-22-04

AL-HARAMAIN FOUNDATION (a.k.a. AL-HARAMAIN : Tanzania Branch; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), P.O. Box 3616, Dar es Salaam, Tanzania; Singida, Tanzania; Tanga, Tanzania [SDGT] 01-22-04

AL-HARAMAIN FOUNDATION (a.k.a. AL-HARAMAIN : United States Branch; a.k.a. AL HARAMAIN FOUNDATION, INC.; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 1257 Siskiyou Boulevard, Ashland, OR 97520, U.S.A.; 3800 Highway 99 S., Ashland, OR 97520-8718, U.S.A.; 2151 E. Division Street, Springfield, MO 65803, U.S.A. [SDGT] 09-09-04

AL-HARAMAIN FOUNDATION (a.k.a. AL-HARAMAIN HU- MANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HU-

MANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL- KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VEZIR), 64 Poturmahala, Travnik, Bosnia-Herzegovina; Somalia [SDGT] 03-11-02; 12-22-03

AL-HARAMAIN HUMANITARIAN FOUNDATION (a.k.a. AL-HARAMAIN : Kenya Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VEZIR), Daddb, Kenya; Garissa, Kenya; Nairobi, Kenya [SDGT] 01-22-04

AL-HARAMAIN HUMANITARIAN FOUNDATION (a.k.a. AL-HARAMAIN : Pakistan Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VEZIR), House #279, Nazimuddin Road, F-10/1, Islamabad, Pakistan [SDGT] 01-22-04

AL-HARAMAIN HUMANITARIAN FOUNDATION (a.k.a. AL-HARAMAIN : Tanzania Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VEZIR), P.O. Box 3616, Dar es Salaam, Tanzania; Singida, Tanzania; Tanga, Tanzania [SDGT] 01-22-04

AL-HARAMAIN HUMANITARIAN FOUNDATION (a.k.a. AL-HARAMAIN : United States Branch; a.k.a. AL HARAMAIN FOUNDATION, INC.; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VEZIR), 1257 Siskiyou Boulevard, Ashland, OR 97520, U.S.A.; 3800 Highway 99 S., Ashland, OR 97520-8718, U.S.A.; 2151 E. Division Street, Springfield, MO 65803, U.S.A. [SDGT] 09-09-04

AL-HARAMAIN HUMANITARIAN FOUNDATION (a.k.a. AL-HARAMAIN; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANI-

TARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL- KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VEZIR), 64 Poturmahala, Travnik, Bosnia-Herzegovina; Somalia [SDGT] 03-11-02; 12-22-03

AL-HARAMAIN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN : Kenya Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VEZIR), Daddb, Kenya; Garissa, Kenya; Nairobi, Kenya [SDGT] 01-22-04

AL-HARAMAIN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN : Pakistan Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. VEZIR), House #279, Nazimuddin Road, F-10/1, Islamabad, Pakistan [SDGT] 01-22-04

AL-HARAMAIN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN : Tanzania Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. VEZIR), P.O. Box 3616, Dar es Salaam, Tanzania; Singida, Tanzania; Tanga, Tanzania [SDGT] 01-22-04

AL-HARAMAIN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN : United States Branch; a.k.a. AL HARAMAIN FOUNDATION, INC.; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. VEZIR), 1257 Siskiyou Boulevard, Ashland, OR 97520, U.S.A.; 3800 Highway 99 S., Ashland, OR 97520-8718, U.S.A.; 2151 E. Division Street, Springfield, MO 65803, U.S.A. [SDGT] 09-09-04

AL-HARAMAIN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a.

ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHAREMEIN FOUNDATION; a.k.a. ALHAREMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHAREMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL- KHAYRIYYA; a.k.a. MU'ASSASAT AL-HAREMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 64 Poturmahala, Travnik, Bosnia-Herzegovina; Somalia [SDGT] 03-11-02; 12-22-03

AL-HARAMAYN (a.k.a. AL-HARAMAIN : Kenya Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHAREMEIN; a.k.a. ALHAREMEIN FOUNDATION; a.k.a. ALHAREMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHAREMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HAREMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Daddb, Kenya; Garissa, Kenya; Nairobi, Kenya [SDGT] 01-22-04

AL-HARAMAYN (a.k.a. AL-HARAMAIN : Pakistan Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHAREMEIN; a.k.a. ALHAREMEIN FOUNDATION; a.k.a. ALHAREMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHAREMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin Road, F-10/1, Islamabad, Pakistan [SDGT] 01-22-04

AL-HARAMAYN (a.k.a. AL-HARAMAIN : Tanzania Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHAREMEIN; a.k.a. ALHAREMEIN FOUNDATION; a.k.a. ALHAREMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHAREMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), P.O. Box 3616, Dar es Salaam, Tanzania; Singida, Tanzania; Tanga, Tanzania [SDGT] 01-22-04

AL-HARAMAYN (a.k.a. AL-HARAMAIN : United States Branch; a.k.a. AL HARAMAIN FOUNDATION, INC.; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHAREMEIN FOUNDATION; a.k.a. ALHAREMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHAREMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 1257 Siskiyou Boulevard, Ashland, OR 97520, U.S.A.; 3800 Highway 99 S., Ashland, OR 97520-8718, U.S.A.; 2151 E. Division Street, Springfield, MO 65803, U.S.A. [SDGT] 09-09-04

AL-HARAMAYN (a.k.a. AL-HARAMAIN; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-

ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHAREMEIN; a.k.a. ALHAREMEIN FOUNDATION; a.k.a. ALHAREMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHAREMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL- KHAYRIYYA; a.k.a. MU'ASSASAT AL-HAREMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 64 Poturmahala, Travnik, Bosnia-Herzegovina; Somalia [SDGT] 03-11-02; 12-22-03

AL-HARAMAYN AND AL MASJID AL AQSA CHARITABLE FOUNDATION (a.k.a. AL-HARAMAIN & AL MASJED AL-AQSA CHARITY FOUNDATION: BOSNIA BRANCH; a.k.a. AL HARAMAIN AL MASJED AL AQSA; a.k.a. AL HARAMAYN AL MASJID AL AQSA), Hasiba Brankovica No. 2A, Sarajevo, Bosnia-Herzegovina [SDGT] 05-06-04

AL-HARAMAYN FOUNDATION (a.k.a. AL-HARAMAIN : Kenya Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHAREMEIN; a.k.a. ALHAREMEIN FOUNDATION; a.k.a. ALHAREMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Daddb, Kenya; Garissa, Kenya; Nairobi, Kenya [SDGT] 01-22-04

AL-HARAMAYN FOUNDATION (a.k.a. AL-HARAMAIN : Pakistan Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHAREMEIN; a.k.a. ALHAREMEIN FOUNDATION; a.k.a. ALHAREMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHAREMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin Road, F-10/1, Islamabad, Pakistan [SDGT] 01-22-04

AL-HARAMAYN FOUNDATION (a.k.a. AL-HARAMAIN: Tanzania Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHAREMEIN; a.k.a. ALHAREMEIN FOUNDATION; a.k.a. ALHAREMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHAREMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), P.O. Box 3616, Dar es Salaam, Tanzania; Singida, Tanzania; Tanga, Tanzania [SDGT] 01-22-04

AL-HARAMAYN FOUNDATION (a.k.a. AL-HARAMAIN : United States Branch; a.k.a. AL HARAMAIN FOUNDATION, INC.; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HAREMEIN FOUNDATION; a.k.a. AL-HAREMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HAREMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHAREMEIN FOUNDATION; a.k.a. ALHAREMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHAREMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HAREMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 1257 Siskiyou Boulevard, Ashland, OR 97520, U.S.A.; 3800 Highway 99 S., Ashland, OR 97520-8718, U.S.A.; 2151 E. Division Street, Springfield, MO 65803, U.S.A. [SDGT] 09-09-04

AL-HARAMAYN FOUNDATION (a.k.a. AL-HARAMAIN; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-

HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL- KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 64 Poturmahala, Travnik, Bosnia-Herzegovina; Somalia [SDGT] 03-11-02; 12-22-03

AL-HARAMAIN HUMANITARIAN FOUNDATION (a.k.a. AL-HARAMAIN : Kenya Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Daddb, Kenya; Garissa, Kenya; Nairobi, Kenya [SDGT] 01-22-04

AL-HARAMAYN HUMANITARIAN FOUNDATION (a.k.a. AL-HARAMAIN : Pakistan Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin Road, F-10/1, Islamabad, Pakistan [SDGT] 01-22-04

AL-HARAMAYN HUMANITARIAN FOUNDATION (a.k.a. AL-HARAMAIN : Tanzania Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), P.O. Box 3616, Dar es Salaam, Tanzania; Singida, Tanzania; Tanga, Tanzania [SDGT] 01-22-04

AL-HARAMAYN HUMANITARIAN FOUNDATION (a.k.a. AL-HARAMAIN : United States Branch; a.k.a. AL HARAMAIN FOUNDATION, INC.; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 1257 Siskiyou Boulevard, Ashland, OR 97520, U.S.A.; 3800 Highway 99 S., Ashland, OR 97520-8718, U.S.A.; 2151 E. Division Street, Springfield, MO 65803, U.S.A. [SDGT] 09-09-04

AL-HARAMAYN HUMANITARIAN FOUNDATION (a.k.a. AL-HARAMAIN; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a.

ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL- KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 64 Poturmahala, Travnik, Bosnia-Herzegovina; Somalia [SDGT] 03-11-02; 12-22-03

AL-HARAMAYN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN : Kenya Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Daddb, Kenya; Garissa, Kenya; Nairobi, Kenya [SDGT] 01-22-04

AL-HARAMAYN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN : Pakistan Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin Road, F-10/1, Islamabad, Pakistan [SDGT] 01-22-04

AL-HARAMAYN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN : Tanzania Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), P.O. Box 3616, Dar es Salaam, Tanzania; Singida, Tanzania; Tanga, Tanzania [SDGT] 01-22-04

AL-HARAMAYN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN : United States Branch; a.k.a. AL HARAMAIN FOUNDATION, INC.; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 1257 Siskiyou Boulevard, Ashland, OR 97520, U.S.A.; 3800 Highway 99 S., Ashland, OR 97520-8718, U.S.A.; 2151 E. Division Street, Springfield, MO 65803, U.S.A. [SDGT] 09-09-04

AL-HARAMAYN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a.

ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANI-
TARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a.
ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANI-
TARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a.
MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN
AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR;
a.k.a. VEZIR), 64 Poturmahala, Travnik, Bosnia-Herzegovina; Somalia [SDGT] 03-
11-02; 12-22-03

AL-HARAMEIN (a.k.a. AL-HARAMAIN : Kenya Branch; a.k.a. AL-HARAMAIN FOUN-
DATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN
ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDA-
TION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN
ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN
HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a.
ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANI-
TARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a.
ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANI-
TARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a.
ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANI-
TARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a.
MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN
AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR;
a.k.a. VEZIR), Daddb, Kenya; Garissa, Kenya; Nairobi, Kenya [SDGT] 01-22-04

AL-HARAMEIN (a.k.a. AL-HARAMAIN : Pakistan Branch; a.k.a. AL-HARAMAIN
FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-
HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN
FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-
HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-
HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUN-
DATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a.
ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUN-
DATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a.
ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC
FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a.
ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUN-
DATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT
AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA;
a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin Road, F-10/1, Islamabad,
Pakistan [SDGT] 01-22-04

AL-HARAMEIN (a.k.a. AL-HARAMAIN : Tanzania Branch; a.k.a. AL-HARAMAIN
FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-
HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN
FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-
HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-
HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUN-
DATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a.
ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUN-
DATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a.
ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC
FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a.
ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUN-
DATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT
AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA;
a.k.a. VAZIR; a.k.a. VEZIR), P.O. Box 3616, Dar es Salaam, Tanzania; Singida,
Tanzania; Tanga, Tanzania [SDGT] 01-22-04

AL-HARAMEIN (a.k.a. AL-HARAMAIN : United States Branch; a.k.a. AL HARAMAIN
FOUNDATION, INC.; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN
HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a.
AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HU-
MANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a.
AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION;
a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a.
ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION;
a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a.
ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION;
a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a.
ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION;
a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN
AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a.
MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 1257
Siskiyou Boulevard, Ashland, OR 97520, U.S.A.; 3800 Highway 99 S., Ashland, OR
97520-8718, U.S.A.; 2151 E. Division Street, Springfield, MO 65803, U.S.A. [SDGT]
09-09-04

AL-HARAMEIN (a.k.a. AL-HARAMAIN ; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a.
AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC
FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a.
AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC
FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANI-
TARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a.
ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANI-
TARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a.
ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANI-
TARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a.

ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANI-
TARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a.
MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN
AL- KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a.
VAZIR; a.k.a. VEZIR), 64 Poturmahala, Travnik, Bosnia-Herzegovina; Somalia
[SDGT] 03-11-02; 12-22-03

AL-HARAMEIN FOUNDATION (a.k.a. AL-HARAMAIN : Kenya Branch; a.k.a. AL-
HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION;
a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-
HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION;
a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN FOUNDATION;
a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUN-
DATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a.
ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC
FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a.
ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC
FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a.
ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC
FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a.
MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN
AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Daddb, Kenya; Garissa, Kenya;
Nairobi, Kenya [SDGT] 01-22-04

AL-HARAMEIN FOUNDATION (a.k.a. AL-HARAMAIN : Pakistan Branch; a.k.a. AL-
HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION;
a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-
HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION;
a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-
HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUN-
DATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a.
ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC
FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a.
ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC
FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a.
ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC
FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a.
MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN
AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin Road, F-
10/1, Islamabad, Pakistan [SDGT] 01-22-04

AL-HARAMEIN FOUNDATION (a.k.a. AL-HARAMAIN : Tanzania Branch; a.k.a. AL-
HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION;
a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-
HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION;
a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-
HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUN-
DATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a.
ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC
FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a.
ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC
FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a.
ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC
FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a.
MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN
AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), P.O. Box 3616, Dar es Salaam,
Tanzania; Singida, Tanzania; Tanga, Tanzania [SDGT] 01-22-04

AL-HARAMEIN FOUNDATION (a.k.a. AL-HARAMAIN : United States Branch; a.k.a. AL
HARAMAIN FOUNDATION, INC.; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-
HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUN-
DATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-
HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC
FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN HUMANITARIAN
FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN;
a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUN-
DATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN;
a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUN-
DATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN;
a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUN-
DATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-
HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA;
a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR),
1257 Siskiyou Boulevard, Ashland, OR 97520, U.S.A.; 3800 Highway 99 S.,
Ashland, OR 97520-8718, U.S.A.; 2151 E. Division Street, Springfield, MO 65803,
U.S.A. [SDGT] 09-09-04

AL-HARAMEIN FOUNDATION (a.k.a. AL-HARAMAIN ; a.k.a. AL-HARAMAIN FOUN-
DATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN
ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDA-
TION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN
ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN HUMANITAR-
IAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a.
ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANI-
TARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a.
ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HU-
MANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a.
ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANI-

TARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a MU'ASSASAT AL-HARAMAYN AL- KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 64 Poturmahala, Travnik, Bosnia-Herzegovina; Somalia [SDGT] 03-11-02; 12-22-03

AL-HARAMAIN HUMANITARIAN FOUNDATION (a.k.a. AL-HARAMAIN : Kenya Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUN-DATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Daddb, Kenya; Garissa, Kenya; Nairobi, Kenya [SDGT] 01-22-04

AL-HARAMEIN HUMANITARIAN FOUNDATION (a.k.a. AL-HARAMAIN : Pakistan Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUN-DATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin Road, F-10/1, Islamabad, Pakistan [SDGT] 01-22-04

AL-HARAMEIN HUMANITARIAN FOUNDATION (a.k.a. AL-HARAMAIN : Tanzania Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUN-DATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), P.O. Box 3616, Dar es Salaam, Tanzania; Singida, Tanzania; Tanga, Tanzania [SDGT] 01-22-04

AL-HARAMEIN HUMANITARIAN FOUNDATION (a.k.a. AL-HARAMAIN : United States Branch; a.k.a. AL HARAMAIN FOUNDATION, INC.; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 1257 Siskiyou Boulevard, Ashland, OR 97520, U.S.A.; 3800 Highway 99 S., Ashland, OR 97520-8718, U.S.A.; 2151 E. Division Street, Springfield, MO 65803, U.S.A. [SDGT] 09-09-04

AL-HARAMEIN HUMANITARIAN FOUNDATION (a.k.a. AL-HARAMAIN; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANI-TARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HU-MANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN

AL-HARAMEIN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN : Kenya Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUN-DATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUN-DATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUN-DATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUN-DATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUN-DATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Daddb, Kenya; Garissa, Kenya; Nairobi, Kenya [SDGT] 01-22-04

AL-HARAMEIN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN : Pakistan Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUN-DATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUN-DATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUN-DATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUN-DATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUN-DATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin Road, F-10/1, Islamabad, Pakistan [SDGT] 01-22-04

AL-HARAMEIN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN : Tanzania Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUN-DATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUN-DATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUN-DATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUN-DATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUN-DATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), P.O. Box 3616, Dar es Salaam, Tanzania; Singida, Tanzania; Tanga, Tanzania [SDGT] 01-22-04

AL-HARAMEIN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN : United States Branch; a.k.a. AL HARAMAIN FOUNDATION, INC.; a.k.a. AL-HARAMAIN FOUNDA-TION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDA-TION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDA-TION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDA-TION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDA-TION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 1257 Siskiyou Boulevard, Ashland, OR 97520, U.S.A.; 3800 Highway 99 S., Ashland, OR 97520-8718, U.S.A.; 2151 E. Division Street, Springfield, MO 65803, U.S.A. [SDGT] 09-09-04

AL-HARAMEIN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANI-TARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HU-MANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANI-TARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL- KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 64 Poturmahala, Travnik, Bosnia-Herzegovina; Somalia

[SDGT] 03-11-02; 12-22-03

AL-ITIHAAD AL-ISLAMIYA (a.k.a. AIAI) [SDGT] 09-24-01

AL-JAMA'AH AL-ISLAMIYAH AL-MUSALLAH (a.k.a. ARMED ISLAMIC GROUP; a.k.a. GIA; a.k.a. GROUPEMENT ISLAMIQUE ARME) [FTO] [SDGT] 09-24-01

AL-JIHAD (a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a. AL QA'IDA; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW JIHAD; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE JIHAD GROUP; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION; a.k.a. "THE BASE") [SDT] [FTO] [SDGT] 09-24-01; new entry on 10-02-03/10-10-03

AL-JIHAD (a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. JIHAD GROUP; a.k.a. NEW JIHAD) [SDT] [FTO] [SDGT] 09-24-01

AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CBSP; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; n.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE), 68 Rue Jules Guesde, 59000 Lille, France; 10 Rue Notre Dame, 69006 Lyon, France; 37 Rue de la Chapelle, 75018 Paris, France [SDGT] 08-21-03

AL-NUR HONEY CENTER (a.k.a. AL-NUR HONEY PRESS SHOPS), Sanaa, Yemen [SDGT] 10-12-01

AL-NUR HONEY PRESS SHOPS (a.k.a. AL-NUR HONEY CENTER), Sanaa, Yemen [SDGT] 10-12-01

AL-QUDS BRIGADES (a.k.a. PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION; a.k.a. ABU GHUNAYM SQUAD OF THE HIZBALLAH BAYT AL-MAQDIS; a.k.a. AL-AWDAH BRIGADES; a.k.a. AL-QUDS SQUADS; a.k.a. ISLAMIC JIHAD IN PALESTINE; a.k.a. ISLAMIC JIHAD OF PALESTINE; a.k.a. PALESTINE ISLAMIC JIHAD; a.k.a. PIJ; a.k.a. PIJ-SHALLAH FACTION; a.k.a. PIJ-SHAQAQI FACTION; a.k.a. SAYARA AL-QUDS) [SDT] [FTO] also listed as [SDGT] on 10-31-01

AL-QUDS SQUADS (a.k.a. PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION; a.k.a. ABU GHUNAYM SQUAD OF THE HIZBALLAH BAYT AL-MAQDIS; a.k.a. AL-AWDAH BRIGADES; a.k.a. AL-QUDS BRIGADES; a.k.a. ISLAMIC JIHAD IN PALESTINE; a.k.a. ISLAMIC JIHAD OF PALESTINE; a.k.a. PALESTINE ISLAMIC JIHAD; a.k.a. PIJ; a.k.a. PIJ-SHALLAH FACTION; a.k.a. PIJ-SHAQAQI FACTION; a.k.a. SAYARA AL-QUDS) [SDT] [FTO] also listed as [SDGT] on 10-31-01

AL-RASHEED TRUST (a.k.a. AL RASHID TRUST; a.k.a. AL RASHEED TRUST; a.k.a. AL-RASHID TRUST; a.k.a. THE AID ORGANIZATION OF THE ULEMA), Kitab Ghar, Darul Ifta Wal Irshad, Nazimabad No. 4, Karachi, Pakistan; Office Dha'rb-i-M'unin, opposite Khyber Bank, Abbottabad Road, Mansehra, Pakistan; Office Dha'rb-i-M'unin, Z.R. Brothers, Katchery Road, Chowk Yadgaar, Peshawar, Pakistan; Office Dha'rb-i-M'unin, Room no. 3, Third Floor, Moti Plaza, near Liaquat Bagh, Murree Road, Rawalpindi, Pakistan; Office Dha'rb-i-M'unin, Top Floor, Dr. Dawa Khan Dental Clinic Surgeon, Main Baxar, Mingora, Swat, Pakistan <Operations in Afghanistan: Herat, Jalalabad, Kabul, Kandahar, Mazar Sharif. Also operations in: Kosovo, Chechnya>; 302b-40, Good Earth Court, Opposite Pia Planitarium, Block 13a, Gulshan -I Iqbal, Karachi, Pakistan; 617 Clifton Center, Block 5, 6th Floor, Clifton, Karachi, Pakistan; 605 Landmark Plaza, 11 Chundrigar Road, Opposite Jang Building, Karachi, Pakistan; Jamia Masjid, Sulaiman Park, Begum Pura, Lahore, Pakistan [SDGT] 09-24-01 / 04-19-02

AL-RASHID TRUST (a.k.a. AL RASHID TRUST; a.k.a. AL RASHEED TRUST; a.k.a. AL-RASHEED TRUST; a.k.a. THE AID ORGANIZATION OF THE ULEMA), Kitab Ghar, Darul Ifta Wal Irshad, Nazimabad No. 4, Karachi, Pakistan; Office Dha'rb-i-M'unin, opposite Khyber Bank, Abbottabad Road, Mansehra, Pakistan; Office Dha'rb-i-M'unin, Z.R. Brothers, Katchery Road, Chowk Yadgaar, Peshawar, Pakistan; Office Dha'rb-i-M'unin, Room no. 3, Third Floor, Moti Plaza, near Liaquat Bagh, Murree Road, Rawalpindi, Pakistan; Office Dha'rb-i-M'unin, Top Floor, Dr. Dawa Khan Dental Clinic Surgeon, Main Baxar, Mingora, Swat, Pakistan <Operations in Afghanistan: Herat, Jalalabad, Kabul, Kandahar, Mazar Sharif. Also operations in: Kosovo, Chechnya>; 302b-40, Good Earth Court, Opposite Pia Planitarium, Block 13a, Gulshan -I Iqbal, Karachi, Pakistan; 617 Clifton Center, Block 5, 6th Floor, Clifton, Karachi, Pakistan; 605 Landmark Plaza, 11 Chundrigar Road, Opposite Jang Building, Karachi, Pakistan; Jamia Masjid, Sulaiman Park, Begum Pura, Lahore, Pakistan [SDGT] 09-24-01 / 04-19-02

AL-SANBAL (a.k.a. AL SANABIL; a.k.a. ASANABIL; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA; a.k.a. JAMI'A SANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. SANABAL; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANIBAL; a.k.a. SANNABIL; a.k.a. SANNIBIL; a.k.a. SINABUL), Sidon, Lebanon [SDGT] 08-21-03

AL-SANDUQ AL-FILISTINI LIL-IGHATHA (a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA WA AL-TANMIYA; a.k.a. INTERPAL; a.k.a. PALESTINE AND LEBANON RELIEF FUND; a.k.a. PALESTINE DEVELOPMENT AND RELIEF FUND; a.k.a. PALESTINE RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINE RELIEF FUND; a.k.a. PALESTINIAN AID AND SUPPORT FUND; a.k.a. PALESTINIAN RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINIAN RELIEF FUND; a.k.a. PRDF; a.k.a. RELIEF AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND OF PALESTINE), P.O. Box 3333, London, NW6 1RW, England; Registered Charity No: 1040094 [SDGT] 08-21-03

AL-SANDUQ AL-FILISTINI LIL-IGHATHA WA AL-TANMIYA (a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA; a.k.a. INTERPAL; a.k.a. PALESTINE AND LEBANON RELIEF FUND; a.k.a. PALESTINE DEVELOPMENT AND RELIEF FUND; a.k.a. PALESTINE RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINE RELIEF FUND; a.k.a. PALESTINIAN AID AND SUPPORT FUND; a.k.a. PALESTINIAN RELIEF FUND; a.k.a. PRDF; a.k.a. RELIEF AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND OF PALESTINE), P.O. Box 3333, London, NW6 1RW, England; Registered Charity No: 1040094 [SDGT] 08-21-03

AL-SHIFA' HONEY PRESS FOR INDUSTRY AND COMMERCE, P.O. Box 8089, Al-Hasabah, Sanaa, Yemen; by the Shrine Next to the Gas Station, Jamal Street, Ta'iz, Yemen; Al-'Arudh Square, Khur Maksar, Aden, Yemen; Al-Nasr Street, Doha, Qatar [SDGT] 10-12-01

ALEPH (a.k.a. AUM SHINRIKYO; a.k.a. A.I.C. COMPREHENSIVE RESEARCH INSTITUTE; a.k.a. A.I.C. SOGO KENKYUSHO; a.k.a. AUM SUPREME TRUTH) [FTO] also listed as [SDGT] on 10-31-01

AL HARAMAIN (a.k.a. AL-HARAMAIN : Kenya Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Daddb, Kenya; Garissa, Kenya; Nairobi, Kenya [SDGT] 01-22-04

ALHARAMAIN (a.k.a. AL-HARAMAIN : Pakistan Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin Road, F-10/1, Islamabad, Pakistan [SDGT] 01-22-04

ALHARAMAIN (a.k.a. AL-HARAMAIN : Tanzania Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), P.O. Box 3616, Dar es Salaam, Tanzania; Singida, Tanzania; Tanga, Tanzania [SDGT] 01-22-04

ALHARAMAIN (a.k.a. AL-HARAMAIN : United States Branch; a.k.a. AL-HARAMAIN FOUNDATION, INC.; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION;

a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR), 1257 Siskiyou Boulevard, Ashland, OR 97520, U.S.A.; 3800 Highway 99 S., Ashland, OR 97520-8718, U.S.A.; 2151 E. Division Street, Springfield, MO 65803, U.S.A. [SDGT] 09-09-04

ALHARAMAIN (a.k.a. AL-HARAMAIN; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR), 64 Poturmahala, Travnik, Bosnia-Herzegovina; Somalia [SDGT] 03-11-02; 12-22-03

ALHARAMAIN FOUNDATION (a.k.a. AL-HARAMAIN : Kenya Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR), Daddb, Kenya; Garissa, Kenya; Nairobi, Kenya [SDGT] 01-22-04

ALHARAMAIN FOUNDATION (a.k.a. AL-HARAMAIN : Pakistan Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR), House #279, Nazimuddin Road, F-10/1, Islamabad, Pakistan [SDGT] 01-22-04

ALHARAMAIN FOUNDATION (a.k.a. AL-HARAMAIN : Tanzania Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. VAZIR), P.O. Box 3616, Dar es Salaam, Tanzania; Singida, Tanzania; Tanga, Tanzania [SDGT] 01-22-04

ALHARAMAIN FOUNDATION (a.k.a. AL-HARAMAIN : United States Branch; a.k.a. AL-HARAMAIN FOUNDATION, INC.; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUN-DATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDA-

HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUN-DATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUN-DATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDA-TION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDA-TION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 1257 Siskiyou Boulevard, Ashland, OR 97520, U.S.A.; 3800 Highway 99 S., Ashland, OR 97520-8718, U.S.A.; 2151 E. Division Street, Springfield, MO 65803, U.S.A. [SDGT] 09-09-04

ALHARAMAIN FOUNDATION (a.k.a. AL-HARAMAIN; a.k.a. AL-HARAMAIN FOUN-DATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDA-TION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDA-TION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN HUMANITAR-IAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HU-MANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANI-TARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL- KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 64 Poturmahala, Travnik, Bosnia-Herzegovina; Somalia [SDGT] 03-11-02; 12-22-03

ALHARAMAIN HUMANITARIAN FOUNDATION (a.k.a. AL-HARAMAIN : Kenya Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUN-DATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUN-DATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HU-MANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANI-TARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Daddb, Kenya; Garissa, Kenya; Nairobi, Kenya [SDGT] 01-22-04

ALHARAMAIN HUMANITARIAN FOUNDATION (a.k.a. AL-HARAMAIN : Pakistan Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUN-DATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUN-DATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HU-MANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANI-TARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin Road, F-10/1, Islamabad, Pakistan [SDGT] 01-22-04

ALHARAMAIN HUMANITARIAN FOUNDATION (a.k.a. AL-HARAMAIN : Tanzania Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUN-DATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUN-DATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HU-MANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANI-TARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), P.O. Box 3616, Dar es Salaam, Tanzania; Singida, Tanzania; Tanga, Tanzania [SDGT] 01-22-04

ALHARAMAIN HUMANITARIAN FOUNDATION (a.k.a. AL-HARAMAIN : United States Branch; a.k.a. AL-HARAMAIN FOUNDATION, INC.; a.k.a. AL-HARAMAIN FOUNDA-TION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDA-TION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDA-

TION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 1257 Siskiyou Boulevard, Ashland, OR 97520, U.S.A.; 3800 Highway 99 S., Ashland, OR 97520-8718, U.S.A.; 2151 E. Division Street, Springfield, MO 65803, U.S.A. [SDGT] 09-09-04

ALHARAMAIN HUMANITARIAN FOUNDATION (a.k.a. AL-HARAMAIN; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 64 Poturmahala, Travnik, Bosnia-Herzegovina; Somalia [SDGT] 03-11-02; 12-22-03

ALHARAMAIN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN : Kenya Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Daddb, Kenya; Garissa, Kenya; Nairobi, Kenya [SDGT] 01-22-04

ALHARAMAIN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN : Pakistan Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin Road, F-10/1, Islamabad, Pakistan [SDGT] 01-22-04

ALHARAMAIN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN : Tanzania Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), P.O. Box 3616, Dar es Salaam, Tanzania; Singida, Tanzania; Tanga, Tanzania [SDGT] 01-22-04

ALHARAMAIN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN : United States Branch; a.k.a. AL-HARAMAIN FOUNDATION, INC.; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN

ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 1257 Siskiyou Boulevard, Ashland, OR 97520, U.S.A.; 3800 Highway 99 S., Ashland, OR 97520-8718, U.S.A.; 2151 E. Division Street, Springfield, MO 65803, U.S.A. [SDGT] 09-09-04

ALHARAMAIN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 64 Poturmahala, Travnik, Bosnia-Herzegovina; Somalia [SDGT] 03-11-02; 12-22-03

ALHARAMAYN (a.k.a. AL-HARAMAIN : Kenya Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Daddb, Kenya; Garissa, Kenya; Nairobi, Kenya [SDGT] 01-22-04

ALHARAMAYN (a.k.a. AL-HARAMAIN : Pakistan Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin Road, F-10/1, Islamabad, Pakistan [SDGT] 01-22-04

ALHARAMAYN (a.k.a. AL-HARAMAIN : Tanzania Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), P.O. Box 3616, Dar es Salaam, Tanzania; Singida, Tanzania; Tanga, Tanzania [SDGT] 01-22-04

ALHARAMAYN (a.k.a. AL-HARAMAIN: United States Branch; a.k.a. AL HARAMAIN FOUNDATION, INC.; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN

HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 1257 Siskiyou Boulevard, Ashland, OR 97520, U.S.A.; 3800 Highway 99 S., Ashland, OR 97520-8718, U.S.A.; 2151 E. Division Street, Springfield, MO 65803, U.S.A. [SDGT] 09-09-04

ALHARAMAYN (a.k.a. AL-HARAMAIN; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL- KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 64 Poturmahala, Travnik, Bosnia-Herzegovina; Somalia [SDGT] 03-11-02; 12-22-03

ALHARAMAYN FOUNDATION (a.k.a. AL-HARAMAIN : Kenya Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Daddb, Kenya; Garissa, Kenya; Nairobi, Kenya [SDGT] 01-22-04

ALHARAMAYN FOUNDATION (a.k.a. AL-HARAMAIN : Pakistan Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin Road, F-10/1, Islamabad, Pakistan [SDGT] 01-22-04

ALHARAMAYN FOUNDATION (a.k.a. AL-HARAMAIN : Tanzania Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), P.O. Box 3616, Dar es Salaam, Tanzania; Singida, Tanzania; Tanga, Tanzania [SDGT] 01-22-04

ALHARAMAYN FOUNDATION (a.k.a. AL-HARAMAIN : United States Branch; a.k.a. AL-HARAMAIN FOUNDATION, INC.; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUN-

DATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL- KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 1257 Siskiyou Boulevard, Ashland, OR 97520, U.S.A.; 3800 Highway 99 S., Ashland, OR 97520-8718, U.S.A.; 2151 E. Division Street, Springfield, MO 65803, U.S.A. [SDGT] 09-09-04

ALHARAMAYN FOUNDATION (a.k.a. AL-HARAMAIN; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL- KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 64 Poturmahala, Travnik, Bosnia-Herzegovina; Somalia [SDGT] 03-11-02; 12-22-03

ALHARAMAYN HUMANITARIAN FOUNDATION (a.k.a. AL-HARAMAIN : Kenya Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Daddb, Kenya; Garissa, Kenya; Nairobi, Kenya [SDGT] 01-22-04

ALHARAMAYN HUMANITARIAN FOUNDATION (a.k.a. AL-HARAMAIN : Pakistan Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin Road, F-10/1, Islamabad, Pakistan [SDGT] 01-22-04

ALHARAMAYN HUMANITARIAN FOUNDATION (a.k.a. AL-HARAMAIN : Tanzania Branch; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), P.O. Box 3616, Dar es Salaam, Tanzania; Singida, Tanzania; Tanga, Tanzania [SDGT] 01-22-04

ALHARAMAYN HUMANITARIAN FOUNDATION (a.k.a. AL-HARAMAIN : United States Branch; a.k.a. AL HARAMAIN FOUNDATION, INC.; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN;

a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUN-DATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 1257 Siskiyou Boulevard, Ashland, OR 97520, U.S.A.; 3800 Highway 99 S., Ashland, OR 97520-8718, U.S.A.; 2151 E. Division Street, Springfield, MO 65803, U.S.A. [SDGT] 09-09-04

ALHARAMAIN HUMANITARIAN FOUNDATION (a.k.a. AL-HARAMAIN; a.k.a. AL-HARMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANI-TARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL- KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 64 Poturmahala, Travnik, Bosnia-Herzegovina; Somalia [SDGT] 03-11-02; 12-22-03

ALHARAMAYN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN : Kenya Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUN-DATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUN-DATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUN-DATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDA-TION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Daddb, Kenya; Garissa, Kenya; Nairobi, Kenya [SDGT] 01-22-04

ALHARAMAYN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN : Pakistan Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUN-DATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUN-DATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUN-DATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDA-TION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin Road, F-10/1, Islamabad, Pakistan [SDGT] 01-22-04

ALHARAMAYN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN : Tanzania Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUN-DATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUN-DATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUN-DATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDA-TION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), P.O. Box 3616, Dar es Salaam, Tanzania; Singida, Tanzania; Tanga, Tanzania [SDGT] 01-22-04

ALHARAMAYN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN : United States Branch; a.k.a. AL HARAMAIN FOUNDATION, INC.; a.k.a. AL-HARAMAIN FOUNDA-TION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDA-TION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. MU'ASSASAT AL-

a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 1257 Siskiyou Boulevard, Ashland, OR 97520, U.S.A.; 3800 Highway 99 S., Ashland, OR 97520-8718, U.S.A.; 2151 E. Division Street, Springfield, MO 65803, U.S.A. [SDGT] 09-09-04

ALHARAMAYN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL- HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 64 Poturmahala, Travnik, Bosnia-Herzegovina; Somalia [SDGT] 03-11-02; 12-22-03

ALHARAMEIN (a.k.a. AL-HARAMAIN : Kenya Branch; a.k.a. AL-HARAMAIN FOUN-DATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDA-TION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDA-TION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANI-TARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Daddb, Kenya; Garissa, Kenya; Nairobi, Kenya [SDGT] 01-22-04

ALHARAMEIN (a.k.a. AL-HARAMAIN : Pakistan Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUN-DATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin Road, F-10/1, Islamabad, Pakistan [SDGT] 01-22-04

ALHARAMEIN (a.k.a. AL-HARAMAIN : Tanzania Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUN-DATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), P.O. Box 3616, Dar es Salaam, Tanzania; Singida, Tanzania; Tanga, Tanzania [SDGT] 01-22-04

ALHARAMEIN (a.k.a. AL-HARAMAIN : United States Branch; a.k.a. AL HARAMAIN FOUNDATION, INC.; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUN-DATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-

HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 1257 Siskiyou Boulevard, Ashland, OR 97520, U.S.A.; 3800 Highway 99 S., Ashland, OR 97520-8718, U.S.A.; 2151 E. Division Street, Springfield, MO 65803, U.S.A. [SDGT] 09-09-04

ALHARAMAIN (a.k.a. AL-HARAMAIN; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 64 Poturmahala, Travnik, Bosnia-Herzegovina; Somalia [SDGT] 03-11-02; 12-22-03

ALHARAMEIN FOUNDATION (a.k.a. AL-HARAMAIN : Kenya Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Daddb, Kenya; Garissa, Kenya; Nairobi, Kenya [SDGT] 01-22-04

ALHARAMEIN FOUNDATION (a.k.a. AL-HARAMAIN : Pakistan Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin Road, F-10/1, Islamabad, Pakistan [SDGT] 01-22-04

ALHARAMEIN FOUNDATION (a.k.a. AL-HARAMAIN : Tanzania Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), P.O. Box 3616, Dar es Salaam, Tanzania; Singida, Tanzania; Tanga, Tanzania [SDGT] 01-22-04

ALHARAMEIN FOUNDATION (a.k.a. AL-HARAMAIN : United States Branch; a.k.a. AL-HARAMAIN FOUNDATION, INC.; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR),

a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 1257 Siskiyou Boulevard, Ashland, OR 97520, U.S.A.; 3800 Highway 99 S., Ashland, OR 97520-8718, U.S.A.; 2151 E. Division Street, Springfield, MO 65803, U.S.A. [SDGT] 09-09-04

ALHARAMEIN FOUNDATION (a.k.a. AL-HARAMAIN; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 64 Poturmahala, Travnik, Bosnia-Herzegovina; Somalia [SDGT] 03-11-02; 12-22-03

ALHARAMEIN HUMANITARIAN FOUNDATION (a.k.a. AL-HARAMAIN : Kenya Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Daddb, Kenya; Garissa, Kenya; Nairobi, Kenya [SDGT] 01-22-04

ALHARAMEIN HUMANITARIAN FOUNDATION (a.k.a. AL-HARAMAIN : Pakistan Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin Road, F-10/1, Islamabad, Pakistan [SDGT] 01-22-04

ALHARAMEIN HUMANITARIAN FOUNDATION (a.k.a. AL-HARAMAIN : Tanzania Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), P.O. Box 3616, Dar es Salaam, Tanzania; Singida, Tanzania; Tanga, Tanzania [SDGT] 01-22-04

ALHARAMEIN HUMANITARIAN FOUNDATION (a.k.a. AL-HARAMAIN : United States Branch; a.k.a. AL-HARAMAIN FOUNDATION, INC.; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 1257 Siskiyou Boulevard, Ashland, OR 97520, U.S.A.; 3800 Highway 99 S., Ashland, OR 97520-8718, U.S.A.; 2151 E. Division Street, Springfield, MO 65803, U.S.A. [SDGT]

09-09-04

ALHARAMEIN HUMANITARIAN FOUNDATION (a.k.a. AL-HARAMAIN; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL- KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 64 Poturmahala, Travnik, Bosnia-Herzegovina; Somalia [SDGT] 03-11-02; 12-22-03

ALHARAMEIN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN : Kenya Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Daddb, Kenya; Garissa, Kenya; Nairobi, Kenya [SDGT] 01-22-04

ALHARAMEIN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN : Pakistan Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUN-DATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUN-DATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUN-DATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDA-TION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin Road, F-10/1, Islamabad, Pakistan [SDGT] 01-22-04

ALHARAMEIN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN : Tanzania Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUN-DATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUN-DATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUN-DATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDA-TION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), P.O. Box 3616, Dar es Salaam, Tanzania; Singida, Tanzania; Tanga, Tanzania [SDGT] 01-22-04

ALHARAMEIN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN : United States Branch; a.k.a. AL HARAMAIN FOUNDATION, INC.; a.k.a. AL-HARAMAIN FOUNDA-TION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDA-TION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDA-TION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 1257 Siskiyou Boulevard, Ashland, OR 97520, U.S.A.; 3800 Highway 99 S., Ashland, OR 97520-8718, U.S.A.; 2151 E. Division Street, Springfield, MO 65803, U.S.A. [SDGT] 09-09-04

ALHARAMEIN ISLAMIC FOUNDATION (a.k.a. AL-HARAMAIN; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VEZIR), 64 Poturmahala, Travnik, Bosnia-Herzegovina; Somalia [SDGT] 03-11-02; 12-22-03

AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT (a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.NET; a.k.a. KAHANE.ORG; a.k.a. KAHANE; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT] [FTO] also listed as [SDGT] on 10-31-01; new entry on 10-02-03/10-10-03

AMERICAN FRIENDS OF YESHIVAT RAV MEIR (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.NET; a.k.a. KAHANE.ORG; a.k.a. KAHANE; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT] [FTO] also listed as [SDGT] on 10-31-01; new entry on 10-02-03/10-10-03

ANO (a.k.a. ABU NIDAL ORGANIZATION; a.k.a. BLACK SEPTEMBER; a.k.a. FATAH REVOLUTIONARY COUNCIL; a.k.a. ARAB REVOLUTIONARY COUNCIL; a.k.a. ARAB REVOLUTIONARY BRIGADES; a.k.a. REVOLUTIONARY ORGANIZATION OF SOCIALIST MUSLIMS) [SDT] [FTO] also listed as [SDGT] on 10-31-01

ANSAR AL-ISLAM (a.k.a. ANSAR AL-SUNNA; a.k.a. ANSAR AL-SUNNA ARMY; a.k.a. "DEVOTEES OF ISLAM"; a.k.a. "FOLLOWERS OF ISLAM IN KURDISTAN;" a.k.a. "HELPERS OF ISLAM;" a.k.a. JAISH ANSAR AL-SUNNA; a.k.a. JUND AL-ISLAM; a.k.a. "KURDISTAN SUPPORTERS OF ISLAM;" a.k.a. "KURDISH TALIBAN;" a.k.a. "PARTISANS OF ISLAM;" a.k.a. "SOLDIERS OF GOD;" a.k.a. "SOLDIERS OF ISLAM;" a.k.a. "SUPPORTERS OF ISLAM IN KURDISTAN"), Iraq [SDGT] 02-20-03; also listed as [FTO] on 03-22-04

ANSAR AL-SUNNA (a.k.a. ANSAR AL-ISLAM; a.k.a. ANSAR AL-SUNNA ARMY; a.k.a. "DEVOTEES OF ISLAM;" a.k.a. "FOLLOWERS OF ISLAM IN KURDISTAN;" a.k.a. "HELPERS OF ISLAM;" a.k.a. JAISH ANSAR AL-SUNNA; a.k.a. JUND AL-ISLAM; a.k.a. "KURDISTAN SUPPORTERS OF ISLAM;" a.k.a. "KURDISH TALIBAN;" a.k.a. "PARTISANS OF ISLAM;" a.k.a. "SOLDIERS OF GOD;" a.k.a. "SOLDIERS OF ISLAM;" a.k.a. "SUPPORTERS OF ISLAM IN KURDISTAN"), Iraq originally listed as [SDGT] on 02-20-03; new entry and also listed as [FTO] on 03-22-04

ANSAR AL-SUNNA ARMY (a.k.a. ANSAR AL-ISLAM; a.k.a. ANSAR AL-SUNNA; a.k.a. "DEVOTEES OF ISLAM;" a.k.a. "FOLLOWERS OF ISLAM IN KURDISTAN;" a.k.a. "HELPERS OF ISLAM;" a.k.a. JAISH ANSAR AL-SUNNA; a.k.a. JUND AL-ISLAM; a.k.a. "KURDISTAN SUPPORTERS OF ISLAM;" a.k.a. "KURDISH TALIBAN;" a.k.a. "PARTISANS OF ISLAM;" a.k.a. "SOLDIERS OF GOD;" a.k.a. "SOLDIERS OF ISLAM;" a.k.a. "SUPPORTERS OF ISLAM IN KURDISTAN"), Iraq originally listed as [SDGT] on 02-20-03; new entry and also listed as [FTO] on 03-22-04

ANSAR ALLAH (a.k.a. HIZBALLAH; a.k.a. ISLAMIC JIHAD; a.k.a. ISLAMIC JIHAD ORGANIZATION; a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION; a.k.a. OR-GANIZATION OF THE OPPRESSED ON EARTH; a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE; a.k.a. ORGANIZATION OF RIGHT AGAINST WRONG; a.k.a. PARTY OF GOD; a.k.a. FOLLOWERS OF THE PROPHET MUHAMMED) [SDT] [FTO] also listed as [SDGT] on 10-31-01

AQSSA SOCIETY (a.k.a. AL-AQSA (ASBL); a.k.a. AL-AQSA SPANMAL STIFTELSE;

a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), BD Leopold II 71, 1080 Brussels, Belgium [SDGT] 05-29-03

AQSSA SOCIETY (a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, D-52066, Aachen, Germany [SDGT] 05-29-03

AQSSA SOCIETY (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.) [SDGT] 05-29-03

AQSSA SOCIETY (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan [SDGT] 05-29-03

AQSSA SOCIETY (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Nobelvagen 79 NB, 21433 Malmo, Sweden; Noblev 79 NB, 21433 Malmo, Sweden [SDGT] 05-29-03

AQSSA SOCIETY (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan [SDGT] 05-29-03

AQSSA SOCIETY (a.k.a. AQSSA SOCIETY YEMEN; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA;

NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San'a, Yemen [SDGT] 05-29-03

AQSSA SOCIETY (a.k.a. FORENINGEN AL-AQSA; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark [SDGT] 05-29-03

AQSSA SOCIETY (a.k.a. STICHTING AL-AQSA; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 E, 03022 TH, Rotterdam, Holland; Gerrit V/D Lindestraat 103 A, 3022 TH, Rotterdam, Holland [SDGT] 05-29-03

AQSSA SOCIETY YEMEN (a.k.a. AL-AQSA (ASBL); a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), BD Leopold II 71, 1080 Brussels, Belgium [SDGT] 05-29-03

AQSSA SOCIETY YEMEN (a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, D-52066, Aachen, Germany [SDGT] 05-29-03

AQSSA SOCIETY YEMEN (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Nobelvagen 79 NB, 21433 Malmo, Sweden; Noblev 79 NB, 21433 Malmo, Sweden [SDGT] 05-29-03

AQSSA SOCIETY YEMEN (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan [SDGT] 05-

29-03

AQSSA SOCIETY YEMEN (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWED-ISH CHARITABLE AQSA EST.), P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa [SDGT] 05-29-03

AQSSA SOCIETY YEMEN (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWED-ISH CHARITABLE AQSA EST.) [SDGT] 05-29-03

AQSSA SOCIETY YEMEN (a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISH-MENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARI-TABLE AQSA EST.), P.O. Box 14101, San'a, Yemen [SDGT] 05-29-03

AQSSA SOCIETY YEMEN (a.k.a. FORENINGEN AL-AQSA; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDA-TION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARI-TABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark [SDGT] 05-29-03

AQSSA SOCIETY YEMEN (a.k.a. STICHTING AL-AQSA; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISH-MENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARI-TABLE AQSA EST.), Gerrit V/D Lindestraat 103 E, 03022 TH, Rotterdam, Holland; Gerrit V/D Lindestraat 103 A, 3022 TH, Rotterdam, Holland [SDGT] 05-29-03

ARAB PALESTINIAN BEIT EL-MAL COMPANY (a.k.a. BEIT AL MAL HOLDINGS; a.k.a. BEIT EL MAL AL-PHALASTINI AL-ARABI AL-MUSHIMA AL-AAMA AL-MAHADUDA LTD.; a.k.a. BEIT EL-MAL HOLDINGS; a.k.a. PALESTINIAN ARAB BEIT EL MAL CORPORATION, LTD.), P.O. Box 662, Ramallah, West Bank [SDT] [SDGT] 12-04-01

ARAB REVOLUTIONARY BRIGADES (a.k.a. ANO; a.k.a. BLACK SEPTEMBER; a.k.a. FATAH REVOLUTIONARY COUNCIL; a.k.a. ARAB REVOLUTIONARY COUN-CIL; a.k.a. ABU NIDAL ORGANIZATION; a.k.a. REVOLUTIONARY ORGANIZATION OF SOCIALIST MUSLIMS) [SDT] [FTO] also listed as [SDGT] on 10-31-01

ARAB REVOLUTIONARY COUNCIL (a.k.a. ANO; a.k.a. BLACK SEPTEMBER; a.k.a. FATAH REVOLUTIONARY COUNCIL; a.k.a. ABU NIDAL ORGANIZATION; a.k.a. ARAB REVOLUTIONARY BRIGADES; a.k.a. REVOLUTIONARY ORGANIZATION OF SOCIALIST MUSLIMS) [SDT] [FTO] also listed as [SDGT] on 10-31-01

ARMED ISLAMIC GROUP (a.k.a. AL-JAMA'AH AL-ISLAMIYAH AL-MUSALLAH; a.k.a. GIA; a.k.a. GROUPEMENT ISLAMIQUE ARME) [FTO] [SDGT] 09-24-01

ARMY OF MOHAMMED (a.k.a. JAISH-I-MOHAMMED; a.k.a. JAISH-E-MOHAMMED; a.k.a. KHUDAMUL ISLAM; a.k.a. KHUDDAM-UL-ISLAM; a.k.a. KUDDAM E ISLAMI; a.k.a. MOHAMMED'S ARMY; a.k.a. TEHRIK UL-FURQAAN), Pakistan [FTO] [SDGT] 10-21-01; 12-23-03

ARMY OF THE PURE (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA), Pakistan [FTO] [SDGT] 12-23-03; 12-20-01

ARMY OF THE PURE AND RIGHTEOUS (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA), Pakistan [FTO] [SDGT] 12-23-03; 12-20-01

ARMY OF THE RIGHTEOUS (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA), Pakistan [FTO] [SDGT] 12-20-01; 12-23-03

ASANABIL (a.k.a. AL SANABIL; a.k.a. AL-SANBAL; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA; a.k.a. JAMI A SANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. SANABAL; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANIBAL; a.k.a. SANNABIL; a.k.a. SANNIBIL; a.k.a. SINABUL), Sidon, Lebanon [SDGT] 08-21-03

ASAT TRUST REG., Altenbach 8, Vaduz 9490, Liechtenstein [SDGT] 11-07-01

ASBAT AL-ANSAR [SDGT] 09-24-01 also listed as [FTO] on 03-27-02

ASKATASUNA (a.k.a. BASQUE FATHERLAND AND LIBERTY; a.k.a. BATASUNA; a.k.a. EKIN; a.k.a. ETA; a.k.a. EUSKAL HERRITARROK; a.k.a. EUZKADI TA ASKATASUNA; a.k.a. HERRI BATASUNA; a.k.a. JARRAI-HAIKA-SEGI; a.k.a. K.A.S.; a.k.a. XAKI) [FTO] [SDGT] first listed as SDGT on 10-31-01; new entry on 10-02-03/10-10-03

ASKATASUNA (f.k.a. GESTORAS PRO-AMNISTIA), Spain [SDGT] 05-03-02

ASP (a.k.a. ASSOCIATION DE SECOURS PALESTINIENS; a.k.a. ASSOCIATION FOR PALESTINIAN AID; a.k.a. ASSOCIATION SECOUR PALESTINIEN; a.k.a. HUMANITARE HILFSORGANISATION FUR PALASTINA; a.k.a. LAJNA AL-IGHATHA AL-FILISTINI; a.k.a. PALESTINE RELIEF COMMITTEE; a.k.a. PALESTINIAN AID COUNCIL; a.k.a. PALESTINIAN AID ORGANIZATION; a.k.a. PALESTINIAN RELIEF SOCIETY; a.k.a. RELIEF ASSOCIATION FOR PALESTINE), c/o Faisal Yaakoubi, 7 rue de l'Ancien Port, CH-1201 Geneva, Switzerland; Gartnerstrasse 55, CH-4019 Basel, Switzerland; Postfach 406, CH-4019 Basel, Switzerland [SDGT] 08-21-03

ASSOCIATION DE SECOURS PALESTINIENS (a.k.a. ASP; a.k.a. ASSOCIATION SECOUR PALESTINIEN; a.k.a. ASSOCIATION FOR PALESTINIAN AID; a.k.a. HUMANITARE HILFSORGANISATION FUR PALASTINA; a.k.a. LAJNA AL-IGHATHA AL-FILISTINI; a.k.a. PALESTINE RELIEF COMMITTEE; a.k.a. PALESTINIAN AID COUNCIL; a.k.a. PALESTINIAN AID ORGANIZATION; a.k.a. PALESTINIAN RELIEF SOCIETY; a.k.a. RELIEF ASSOCIATION FOR PALESTINE), c/o Faisal Yaakoubi, 7 rue de l'Ancien Port, CH-1201 Geneva, Switzerland; Gartnerstrasse 55, CH-4019 Basel, Switzerland; Postfach 406, CH-4019 Basel, Switzerland [SDGT] 08-21-03

ASSOCIATION DE SECOURS PALESTINIENS (a.k.a. ASP; a.k.a. ASSOCIATION FOR PALESTINIAN AID; a.k.a. ASSOCIATION SECOUR PALESTINIEN; a.k.a. HUMANITARE HILFSORGANISATION FUR PALASTINA; a.k.a. LAJNA AL-IGHATHA AL-FILISTINI; a.k.a. PALESTINE RELIEF COMMITTEE; a.k.a. PALESTINIAN AID COUNCIL; a.k.a. PALESTINIAN AID ORGANIZATION; a.k.a. PALESTINIAN RELIEF SOCIETY; a.k.a. RELIEF ASSOCIATION FOR PALESTINE), c/o Faisal Yaakoubi, 7 rue de l'Ancien Port, CH-1201 Geneva, Switzerland; Gartnerstrasse 55, CH-4019 Basel, Switzerland; Postfach 406, CH-4019 Basel, Switzerland [SDGT] 08-21-03

ASSOCIATION FOR CITIZENS RIGHTS AND RESISTANCE TO LIES (a.k.a. AL FURQAN; a.k.a. ASSOCIATION FOR EDUCATION, CULTURAL, AND TO CREATE SOCIETY - SIRAT; a.k.a. ASSOCIATION FOR EDUCATION, CULTURE AND BUILDING SOCIETY - SIRAT; a.k.a. ASSOCIATION OF CITIZENS FOR THE SUPPORT OF TRUTH AND SUPPRESSION OF LIES; a.k.a. DZEM'IJETUL FURQAN; a.k.a. DZEMIJETUL FURKAN; a.k.a. DZEMILIJATI FURKAN; a.k.a. IN SIRATEL; a.k.a. ISTIKAMET; a.k.a. SIRAT), Put Mladih Muslimana 30a, 71 000 Sarajevo, Bosnia-Herzegovina; ul. Strossmajerova 72, Zenica, Bosnia-Herzegovina; Muhameda Hadzijahica #42, Sarajevo, Bosnia-Herzegovina [SDGT] 05-06-04

ASSOCIATION FOR EDUCATION, CULTURAL, AND TO CREATE SOCIETY - SIRAT (a.k.a. AL FURQAN; a.k.a. ASSOCIATION FOR CITIZENS RIGHTS AND RESIS-TANCE TO LIES; a.k.a. ASSOCIATION FOR EDUCATION, CULTURE AND BUILDING SOCIETY - SIRAT; a.k.a. ASSOCIATION OF CITIZENS FOR THE SUPPORT OF TRUTH AND SUPPRESSION OF LIES; a.k.a. DZEM'IJETUL FURQAN; a.k.a. DZEMIJETUL FURKAN; a.k.a. DZEMILIJATI FURKAN; a.k.a. IN SIRATEL; a.k.a. ISTIKAMET; a.k.a. SIRAT), Put Mladih Muslimana 30a, 71 000 Sarajevo, Bosnia-Herzegovina; ul. Strossmajerova 72, Zenica, Bosnia-Herzegovina; Muhameda Hadzijahica #42, Sarajevo, Bosnia-Herzegovina [SDGT] 05-06-04

ASSOCIATION FOR EDUCATION, CULTURE AND BUILDING SOCIETY - SIRAT (a.k.a. AL FURQAN; a.k.a. ASSOCIATION FOR CITIZENS RIGHTS AND RESIS-TANCE TO LIES; a.k.a. ASSOCIATION FOR EDUCATION, CULTURAL, AND TO CREATE SOCIETY - SIRAT; a.k.a. ASSOCIATION OF CITIZENS FOR THE SUPPORT OF TRUTH AND SUPPRESSION OF LIES; a.k.a. DZEM'IJETUL FURQAN; a.k.a.

DZEMIJETUL FURKAN; a.k.a. DZEMILIJATI FURKAN; a.k.a. IN SIRATEL; a.k.a. ISTIKAMET; a.k.a. SIRAT); Put Mladih Muslimana 30a, 71 000 Sarajevo, Bosnia-Herzegovina; ul. Strossmajerova 72, Zenica, Bosnia-Herzegovina; Muhameda Hadzijahica #42, Sarajevo, Bosnia-Herzegovina [SDGT] 05-06-04

ASSOCIATION FOR PALESTINIAN AID (a.k.a. ASP; a.k.a. ASSOCIATION DE SECOURS PALESTINIENS; a.k.a. ASSOCIATION SECOUR PALESTINIEN; a.k.a. HUMANITARE HILFSORGANISATION FUR PALASTINA; a.k.a. LAJNA AL-IGHATHA AL-FILISTINI; a.k.a. PALESTINE RELIEF COMMITTEE; a.k.a. PALESTINIAN AID COUNCIL; a.k.a. PALESTINIAN AID ORGANIZATION; a.k.a. PALESTINIAN RELIEF SOCIETY; a.k.a. RELIEF ASSOCIATION FOR PALESTINE), c/o Faical Yaakoubi, 7 rue de l'Ancien Port, CH-1201 Geneva, Switzerland; Gartnerstrasse 55, CH-4019 Basel, Switzerland; Postfach 406, CH-4019 Basel, Switzerland [SDGT] 08-21-03

ASSOCIATION OF CITIZENS FOR THE SUPPORT OF TRUTH AND SUPPRESSION OF LIES (a.k.a. AL FURQAN; a.k.a. ASSOCIATION FOR CITIZENS RIGHTS AND RESISTANCE TO LIES; a.k.a. ASSOCIATION FOR EDUCATION, CULTURAL, AND TO CREATE SOCIETY - SIRAT; a.k.a. ASSOCIATION FOR EDUCATION, CULTURE AND BUILDING SOCIETY - SIRAT; a.k.a. DZEM'IJJETUL FURQAN; a.k.a. DZEMIJETUL FURKAN; a.k.a. DZEMILIJATI FURKAN; a.k.a. IN SIRATEL; a.k.a. ISTIKAMET; a.k.a. SIRAT), Put Mladih Muslimana 30a, 71 000 Sarajevo, Bosnia-Herzegovina; ul. Strossmajerova 72, Zenica, Bosnia-Herzegovina; Muhameda Hadzijahica #42, Sarajevo, Bosnia-Herzegovina [SDGT] 05-06-04

ASSOCIATION SECOUR PALESTINIEN (a.k.a. ASP; a.k.a. ASSOCIATION DE SECOURS PALESTINIENS; a.k.a. ASSOCIATION FOR PALESTINIAN AID; a.k.a. HUMANITARE HILFSORGANISATION FUR PALASTINA; a.k.a. LAJNA AL-IGHATHA AL-FILISTINI; a.k.a. PALESTINE RELIEF COMMITTEE; a.k.a. PALESTINIAN AID COUNCIL; a.k.a. PALESTINIAN AID ORGANIZATION; a.k.a. PALESTINIAN RELIEF SOCIETY; a.k.a. RELIEF ASSOCIATION FOR PALESTINE), c/o Faical Yaakoubi, 7 rue de l'Ancien Port, CH-1201 Geneva, Switzerland; Gartnerstrasse 55, CH-4019 Basel, Switzerland; Postfach 406, CH-4019 Basel, Switzerland [SDGT] 08-21-03

AUC (a.k.a. AUTODEFENSAS UNIDAS DE COLOMBIA; a.k.a. UNITED SELF-DEFENSE FORCES OF COLOMBIA) [FTO] also listed as [SDGT] on 10-31-01

AUM SHINRIKYO (a.k.a. A.I.C. COMPREHENSIVE RESEARCH INSTITUTE; a.k.a. A.I.C. SOGO KENKYUSHO; a.k.a. ALEPH; a.k.a. AUM SUPREME TRUTH) [FTO] also listed as [SDGT] on 10-31-01

AUM SUPREME TRUTH (a.k.a. AUM SHINRIKYO; a.k.a. A.I.C. COMPREHENSIVE RESEARCH INSTITUTE; a.k.a. A.I.C. SOGO KENKYUSHO; a.k.a. ALEPH) [FTO] also listed as [SDGT] on 10-31-01

AUTODEFENSAS UNIDAS DE COLOMBIA (a.k.a. AUC; a.k.a. UNITED SELF-DEFENSE FORCES OF COLOMBIA) [FTO] also listed as [SDGT] on 10-31-01

BA TAQWA FOR COMMERCE AND REAL ESTATE COMPANY LIMITED (n.k.a. HOCHBURG, AG), Vaduz, Liechtenstein; formerly c/o Asat Trust reg., Vaduz, Liechtenstein [SDGT] 08-29-02; 12-22-03

BABBAR KHALSA INTERNATIONAL [SDGT] 06-27-02

BANK AL TAQWA (a.k.a. AL TAQWA BANK; a.k.a. BANK AL TAQWA LIMITED), c/o Arthur D. Hanna & Company, 10 Deveaux Street, Nassau, Bahamas; P.O. Box N-4877, Nassau, Bahamas [SDGT] 11-07-01

BANK AL TAQWA LIMITED (a.k.a. AL TAQWA BANK; a.k.a. BANK AL TAQWA), c/o Arthur D. Hanna & Company, 10 Deveaux Street, Nassau, Bahamas; P.O. Box N-4877, Nassau, Bahamas [SDGT] 11-07-01

BARACO CO. (a.k.a. AL-BARAKAT INTERNATIONAL), Box 2923, Dubai, U.A.E. [SDGT] 11-07-01

BARAKA TRADING COMPANY, P.O. Box 3313, Dubai, U.A.E. [SDGT] 11-07-01

BARAKAAT BANK OF SOMALIA (a.a.k.a. AL-BARAKAAT BANK OF SOMALIA; a.k.a. BBS), Bossaso, Somalia; Mogadishu, Somalia [SDGT] 11-07-01

BARAKAAT BOSTON, 266 Neponset Ave., Apt 43, Dorchester, Massachusetts 02122-3224, U.S.A. [SDGT] 11-07-01

BARAKAAT CONSTRUCTION COMPANY, P.O. Box 3313, Dubai, U.A.E. [SDGT] 11-07-01

BARAKAAT GLOBE TELCOMPANY (a.k.a. AL-BARAKAT GLOBAL TELECOMMUNICATIONS), Hargeysa, Somalia; Mogadishu, Somalia; P.O. Box 3313, Dubai, U.A.E. [SDGT] 11-07-01

BARAKAAT GROUP OF COMPANIES, Mogadishu, Somalia; P.O. Box 3313, Dubai, U.A.E. [SDGT] 11-07-01

BARAKAAT INTERNATIONAL COMPANIES (BICO), Mogadishu, Somalia; Dubai, U.A.E. [SDGT] 11-07-01

BARAKAAT INTERNATIONAL FOUNDATION, P.O. Box 4036, Spanga, Sweden; Rinkebytorget 1, Spanga 04, Sweden [SDGT] 11-07-01

BARAKAAT INTERNATIONAL, Hallbybacken 15, Spanga 70, Sweden [SDGT] 11-07-01

BARAKAAT INTERNATIONAL, INC., 1929 South 5th Street, Suite 205, Minneapolis, Minnesota, U.S.A. [SDGT] 11-07-01

BARAKAAT NORTH AMERICA, INC., 2019 Bank St., Ottawa, Ontario, Canada; 925 Washington St., Dorchester, Massachusetts, U.S.A. [SDGT] 11-07-01

BARAKAAT RED SEA TELECOMMUNICATIONS, Ala Aamin, Somalia; Bossaso, Somalia; Bubaarag, Somalia; Carafaat, Somalia; Gufure, Somalia; Guureeye,

Somalia; Huruuse, Somalia; Kowthar, Somalia; Najax, Somalia; Nakhiil, Somalia; Noobir, Somalia; Raxmo, Somalia; Ticis, Somalia; Xuuxuule, Somalia [SDGT] 11-07-01

BARAKAAT TELECOMMUNICATIONS COMPANY LIMITED (a.k.a. BTELCO), Bakara Market, Dar Salaam Buildings, Mogadishu, Somalia; "last known address," The Netherlands [SDGT] 11-07-01

BARAKAAT TELECOMMUNICATIONS COMPANY SOMALIA, LIMITED, P.O. Box 3313, Dubai, U.A.E. [SDGT] 11-07-01

BARAKAT BANK AND REMITTANCES, Mogadishu, Somalia; Dubai, U.A.E. [SDGT] 11-07-01

BARAKAT COMPUTER CONSULTING (BCC), Mogadishu, Somalia [SDGT] 11-07-01

BARAKAT CONSULTING GROUP (BCG), Mogadishu, Somalia [SDGT] 11-07-01

BARAKAT GLOBAL TELEPHONE COMPANY, Mogadishu, Somalia; Dubai, U.A.E. [SDGT] 11-07-01

BARAKAT IMPORT EXPORT LTDA, Iquique, Chile; Tax ID No.: AABA 670850 Y [SDGT] 06-10-04

BARAKAT POST EXPRESS (BPE), Mogadishu, Somalia [SDGT] 11-07-01

BARAKAT REFRESHMENT COMPANY, Mogadishu, Somalia; Dubai, U.A.E. [SDGT] 11-07-01

BARAKAT WIRE TRANSFER COMPANY, 4419 S. Brandon St., Seattle, Washington, U.S.A. [SDGT] 11-07-01

BARAKO TRADING COMPANY LLC, P.O. Box 3313, Dubai, U.A.E. [SDGT] 11-07-01

BASQUE FATHERLAND AND LIBERTY (a.k.a. ASKATASUNA; a.k.a. BATASUNA; a.k.a. EKIN; a.k.a. ETA; a.k.a. EUSKAL HERRITARROK; a.k.a. EUZKADI TA ASKATASUNA; a.k.a. HERRI BATASUNA; a.k.a. JARRAI-HAIKA-SEGI; a.k.a. K.A.S.; a.k.a. XAKI) [FTO][SDGT] first listed as SDGT on 10-31-01

BATASUNA (a.k.a. ASKATASUNA; a.k.a. BASQUE FATHERLAND AND LIBERTY; a.k.a. EKIN; a.k.a. ETA; a.k.a. EUSKAL HERRITARROK; a.k.a. EUZKADI TA ASKATASUNA; a.k.a. HERRI BATASUNA; a.k.a. JARRAI-HAIKA-SEGI; a.k.a. K.A.S.; a.k.a. XAKI) [FTO][SDGT] first listed as SDGT on 10-31-01; new entry on 05-07-03

BBS (a.k.a. AL-BARAKAAT BANK OF SOMALIA; BARAKAAT BANK OF SOMALIA), Bossaso, Somalia; Mogadishu, Somalia [SDGT] 11-07-01

BECF CHARITABLE EDUCATIONAL CENTER (a.k.a. BENEVOLENCE EDUCATIONAL CENTER; a.k.a. BIF-BOSNIA; a.k.a. BOSANSKA IDEALNA FUTURA; a.k.a. BOSNIAN IDEAL FUTURE), Salke Lagumdzije 12, 71000 Sarajevo, Bosnia-Herzegovina; Hadzije Mazica Put 16F, 72000 Zenica, Bosnia-Herzegovina; Sehidska Street, Breza, Bosnia- Herzegovina; Kanal 1, 72000 Zenica, Bosnia-Herzegovina; Hamze Celenke 35, Ilidza, Sarajevo, Bosnia-Herzegovina [SDGT] 11-19-02

BEIT AL MAL HOLDINGS (a.k.a. ARAB PALESTINIAN BEIT EL-MAL COMPANY; a.k.a. BEIT EL MAL AL-PHALASTINI AL-ARABI AL-MUSHIMA AL-AAMA AL-MAHADUDA LTD.; a.k.a. BEIT EL-MAL HOLDINGS; a.k.a. PALESTINIAN ARAB BEIT EL MAL CORPORATION, LTD.), P.O. Box 662, Ramallah, West Bank [SDT] [SDGT] 12-04-01

BEIT EL MAL AL-PHALASTINI AL-ARABI AL-MUSHIMA AL-AAMA AL-MAHADUDA LTD. (a.k.a. ARAB PALESTINIAN BEIT EL-MAL COMPANY; a.k.a. BEIT AL MAL HOLDINGS; a.k.a. BEIT EL-MAL HOLDINGS; a.k.a. PALESTINIAN ARAB BEIT EL MAL CORPORATION, LTD.), P.O. Box 662, Ramallah, West Bank [SDT] [SDGT] 12-04-01

BEIT EL-MAL HOLDINGS (a.k.a. ARAB PALESTINIAN BEIT EL-MAL COMPANY; a.k.a. BEIT AL MAL HOLDINGS; a.k.a. BEIT EL MAL AL-PHALASTINI AL-ARABI AL-MUSHIMA AL-AAMA AL-MAHADUDA LTD.; a.k.a. PALESTINIAN ARAB BEIT EL MAL CORPORATION, LTD.), P.O. Box 662, Ramallah, West Bank [SDT] [SDGT] 12-04-01

BENEVOLENCE COMMITTEE FOR SOLDARITY WITH PALESTINE (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CBSP; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; n.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE), 68 Rue Jules Guesde, 59000 Lille, France; 10 Rue Notre Dame, 69006 Lyon, France; 37 Rue de la Chapelle, 75018 Paris, France [SDGT] 08-21-03

BENEVOLENCE EDUCATIONAL CENTER (a.k.a. BECF CHARITABLE EDUCATIONAL CENTER; a.k.a. BIF-BOSNIA; a.k.a. BOSANSKA IDEALNA FUTURA; a.k.a. BOSNIAN IDEAL FUTURE), Salke Lagumdzije 12, 71000 Sarajevo, Bosnia-Herzegovina; Hadzije Mazica Put 16F, 72000 Zenica, Bosnia-Herzegovina; Sehidska Street, Breza, Bosnia- Herzegovina; Kanal 1, 72000 Zenica, Bosnia-Herzegovina;

Hamze Celenke 35, Ilidza, Sarajevo, Bosnia-Herzegovina [SDGT] 11-19-02

BENEVOLENCE INTERNATIONAL FOUNDATION (a.k.a. AL BIR AL DAWALIA; a.k.a. BIF; a.k.a. BIF-USA; a.k.a. MEZHDUNARODNYJ BLAGOTVORITEL'NYJ FOND), 8820 Mobile Avenue, 1A, Oak Lawn, IL 60453, U.S.A.; P.O. Box 548, Worth, IL 60482, U.S.A.; formerly at 9838 S. Roberts Road, Suite 1W, Palos Hills, IL 60465, U.S.A.; formerly at 20-24 Branford Place, Suite 705, Newark, NJ 07102, U.S.A.; Bashir Safar Ugli 69, Baku, Azerbaijan; 69 Boshir Safaroglu St., Baku, Azerbaijan; Sarajevo, Bosnia-Herzegovina; Zenica, Bosnia-Herzegovina; "last known address," 3 King Street, South Waterloo, Ontario, N2J 3Z6 Canada; "last known address," P.O. Box 1508 Station B, Mississauga, Ontario, L4Y 4G2 Canada; "last known address," 2465 Cawthra Rd., #203, Mississauga, Ontario, L5A 3P2 Canada; Ottawa, Canada; Grozny, Chechnya; 91 Paihonggou, Lanzhou, Gansu, China 730000; Hrvatov 30, 41000, Zagreb, Croatia; Makhachkala, Daghestan; Duisi, Georgia; Tbilisi, Georgia; Nazran, Ingushetia; Burgemeester Kessensingel 40, Maastricht, Netherlands; House 111, First Floor, Street 64, F-10/3, Islamabad, Pakistan; P.O. Box 1055, Peshawar, Pakistan; Azovskaya 6, km. 3, off. 401, Moscow, Russia 113149; Ulitsa Oktyabr'skaya, dom. 89, Moscow, Russia 127521; P.O. Box 1937, Khartoum, Sudan; P.O. Box 7600, Jeddah 21472, Saudi Arabia; P.O. Box 10845, Riyadh 11442, Saudi Arabia; Dushanbe, Tajikistan; United Kingdom; Afghanistan; Bangladesh; Bosnia-Herzegovina; Gaza Strip; Yemen; U.S. FEIN: 36-3823186 [SDGT] 11-19-02 <previously blocked pending investigation [BPI-PA] on 12-14-01>

BENEVOLENCE INTERNATIONAL FUND (a.k.a. BENEVOLENT INTERNATIONAL FUND; a.k.a. BIF-CANADA), "last known address," 2465 Cawthra Rd., Unit 203, Mississauga, Ontario, L5A 3P2 Canada; "last known address," P.O. Box 1508, Station B, Mississauga, Ontario, L4Y 4G2 Canada; "last known address," P.O. Box 40015, 75 King Street South, Waterloo, Ontario, N2J 4V1 Canada; "last known address," 92 King Street, 201, Waterloo, Ontario, N2J 1P5 Canada [SDGT] 11-19-02

BENEVOLENCE INTERNATIONAL NEDERLAND (a.k.a. STG. BENEVOLENCE INTERNATIONAL NEDERLAND; a.k.a. STICHTING BENEVOLENCE INTERNATIONAL NEDERLAND), Radeborg 14 B, 6228CV Maastricht, Netherlands; Postbus 1149, 6201BC Maastricht, Netherlands; Registration no. 14063277 [SDGT] 01-24-03

BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLDARITY WITH PALESTINE; a.k.a. CBSP; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; n.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE), 68 Rue Jules Guesde, 59000 Lille, France; 10 Rue Notre Dame, 69006 Lyon, France; 37 Rue de la Chapelle, 75018 Paris, France [SDGT] 08-21-03

BIF (a.k.a. AL BIR AL DAWALIA; a.k.a. BENEVOLENCE INTERNATIONAL FOUNDATION; a.k.a. BIF-USA; a.k.a. MEZHDUNARODNYJ BLAGOTVORITEL'NYJ FOND), 8820 Mobile Avenue, 1A, Oak Lawn, IL 60453, U.S.A.; P.O. Box 548, Worth, IL 60482, U.S.A.; formerly at 9838 S. Roberts Road, Suite 1W, Palos Hills, IL 60465, U.S.A.; formerly at 20-24 Branford Place, Suite 705, Newark, NJ 07102, U.S.A.; Bashir Safar Ugli 69, Baku, Azerbaijan; 69 Boshir Safaroglu St., Baku, Azerbaijan; Sarajevo, Bosnia-Herzegovina; Zenica, Bosnia-Herzegovina; "last known address," 3 King Street, South Waterloo, Ontario, N2J 3Z6 Canada; "last known address," P.O. Box 1508 Station B, Mississauga, Ontario, L4Y 4G2 Canada; "last known address," 2465 Cawthra Rd., #203, Mississauga, Ontario, L5A 3P2 Canada; Ottawa, Canada; Grozny, Chechnya; 91 Paihonggou, Lanzhou, Gansu, China 730000; Hrvatov 30, 41000, Zagreb, Croatia; Makhachkala, Daghestan; Duisi, Georgia; Tbilisi, Georgia; Nazran, Ingushetia; Burgemeester Kessensingel 40, Maastricht, Netherlands; House 111, First Floor, Street 64, F-10/3, Islamabad, Pakistan; P.O. Box 1055, Peshawar, Pakistan; Azovskaya 6, km. 3, off. 401, Moscow, Russia 113149; Ulitsa Oktyabr'skaya, dom. 89, Moscow, Russia 127521; P.O. Box 1937, Khartoum, Sudan; P.O. Box 7600, Jeddah 21472, Saudi Arabia; P.O. Box 10845, Riyadh 11442, Saudi Arabia; Dushanbe, Tajikistan; United Kingdom; Afghanistan; Bangladesh; Bosnia-Herzegovina; Gaza Strip; Yemen; U.S. FEIN: 36-3823186 [SDGT] 11-19-02

BIF-BOSNIA (a.k.a. BECF CHARITABLE EDUCATIONAL CENTER; a.k.a. BENEVOLENCE EDUCATIONAL CENTER; a.k.a. BOSANSKA IDEALNA FUTURA; a.k.a. BOSNIAN IDEAL FUTURE), Salke Lagumdzije 12, 71000 Sarajevo, Bosnia-Herzegovina; Hadzije Mazica Put 16F, 72000 Zenica, Bosnia-Herzegovina; Sehidska Street, Breza, Bosnia- Herzegovina; Kanal 1, 72000 Zenica, Bosnia-Herzegovina; Hamze Celenke 35, Ilidza, Sarajevo, Bosnia-Herzegovina [SDGT] 11-19-02

BIF-CANADA (a.k.a. BENEVOLENCE INTERNATIONAL FUND; a.k.a. BENEVOLENT INTERNATIONAL FUND), "last known address," 2465 Cawthra Rd., Unit 203, Mississauga, Ontario, L5A 3P2 Canada; "last known address," P.O. Box 1508, Station B, Mississauga, Ontario, L4Y 4G2 Canada; "last known address," P.O. Box 40015, 75 King Street South, Waterloo, Ontario, N2J 4V1 Canada; "last known address," 92 King Street, 201, Waterloo, Ontario, N2J 1P5 Canada [SDGT] 11-19-02

BIF-USA (a.k.a. AL BIR AL DAWALIA; a.k.a. BENEVOLENCE INTERNATIONAL FOUNDATION; a.k.a. BIF; a.k.a. MEZHDUNARODNYJ BLAGOTVORITEL'NYJ FOND), 8820 Mobile Avenue, 1A, Oak Lawn, IL 60453, U.S.A.; P.O. Box 548, Worth, IL 60482, U.S.A.; formerly at 9838 S. Roberts Road, Suite 1W, Palos Hills, IL 60465, U.S.A.; formerly at 20-24 Branford Place, Suite 705, Newark, NJ 07102, U.S.A.; Bashir Safar Ugli 69, Baku, Azerbaijan; 69 Boshir Safaroglu St., Baku, Azerbaijan; Sarajevo, Bosnia-Herzegovina; Zenica, Bosnia-Herzegovina; "last known address," 3 King Street, South Waterloo, Ontario, N2J 3Z6 Canada; "last known address," P.O. Box 1508 Station B, Mississauga, Ontario, L4Y 4G2 Canada; "last known address," 2465 Cawthra Rd., #203, Mississauga, Ontario, L5A 3P2 Canada; Ottawa, Canada; Grozny, Chechnya; 91 Paihonggou, Lanzhou, Gansu, China 730000; Hrvatov 30, 41000, Zagreb, Croatia; Makhachkala, Daghestan; Duisi, Georgia; Tbilisi, Georgia; Nazran, Ingushetia; Burgemeester Kessensingel 40, Maastricht, Netherlands; House 111, First Floor, Street 64, F-10/3, Islamabad, Pakistan; P.O. Box 1055, Peshawar, Pakistan; Azovskaya 6, km. 3, off. 401, Moscow, Russia 113149; Ulitsa Oktyabr'skaya, dom. 89, Moscow, Russia 127521; P.O. Box 1937, Khartoum, Sudan; P.O. Box 7600, Jeddah 21472, Saudi Arabia; P.O. Box 10845, Riyadh 11442, Saudi Arabia; Dushanbe, Tajikistan; United Kingdom; Afghanistan; Bangladesh; Bosnia-Herzegovina; Gaza Strip; Yemen; U.S. FEIN: 36-3823186 [SDGT] 11-19-02

BLACK SEPTEMBER (a.k.a. ANO; a.k.a. ABU NIDAL ORGANIZATION; a.k.a. FATAH REVOLUTIONARY COUNCIL; a.k.a. ARAB REVOLUTIONARY COUNCIL; a.k.a. ARAB REVOLUTIONARY BRIGADES; a.k.a. REVOLUTIONARY ORGANIZATION OF SOCIALIST MUSLIMS) [SDT] [FTO] also listed as [SDGT] on 10-31-01

BOSANSKA IDEALNA FUTURA (a.k.a. BECF CHARITABLE EDUCATIONAL CENTER; a.k.a. BENEVOLENCE EDUCATIONAL CENTER; a.k.a. BIF-BOSNIA; a.k.a. BOSNIAN IDEAL FUTURE), Salke Lagumdzije 12, 71000 Sarajevo, Bosnia-Herzegovina; Hadzije Mazica Put 16F, 72000 Zenica, Bosnia-Herzegovina; Sehidska Street, Breza, Bosnia- Herzegovina; Kanal 1, 72000 Zenica, Bosnia-Herzegovina; Hamze Celenke 35, Ilidza, Sarajevo, Bosnia-Herzegovina [SDGT] 11-19-02

BOSNIAN IDEAL FUTURE (a.k.a. BECF CHARITABLE EDUCATIONAL CENTER; a.k.a. BENEVOLENCE EDUCATIONAL CENTER; a.k.a. BIF-BOSNIA; BOSANSKA IDEALNA FUTURA), Salke Lagumdzije 12, 71000 Sarajevo, Bosnia-Herzegovina; Hadzije Mazica Put 16F, 72000 Zenica, Bosnia-Herzegovina; Sehidska Street, Breza, Bosnia-Herzegovina; Kanal 1, 72000 Zenica, Bosnia-Herzegovina; Hamze Celenke 35, Ilidza, Sarajevo, Bosnia-Herzegovina [SDGT] 11-19-02

BTELCO (a.k.a. BARAKAAT TELECOMMUNICATIONS COMPANY LIMITED), Bakara Market, Dar Salaam Buildings, Mogadishu, Somalia; "last known address," The Netherlands [SDGT] 11-07-01

CASA APOLLO, Galeria Page, Ciudad del Este, Paraguay [SDGT] 06-10-04

CBSP (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; n.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE), 68 Rue Jules Guesde, 59000 Lille, France; 10 Rue Notre Dame, 69006 Lyon, France; 37 Rue de la Chapelle, 75018 Paris, France [SDGT] 08-21-03

CHARITABLE AL-AQSA ESTABLISHMENT (a.k.a. AL-AQSA (ASBL); a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), BD Leopold II 71, 1080 Brussels, Belgium [SDGT] 05-29-03

CHARITABLE AL-AQSA ESTABLISHMENT (a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, D-52066, Aachen, Germany [SDGT] 05-29-03

CHARITABLE AL-AQSA ESTABLISHMENT (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.) [SDGT] 05-29-03

CHARITABLE AL-AQSA ESTABLISHMENT (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa [SDGT] 05-29-03

CHARITABLE AL-AQSA ESTABLISHMENT (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan [SDGT] 05-29-03

CHARITABLE AL-AQSA ESTABLISHMENT (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Nobelvagen 79 NB, 21433 Malmo, Sweden; Noblev 79 NB, 21433 Malmo, Sweden [SDGT] 05-29-03

CHARITABLE AL-AQSA ESTABLISHMENT (a.k.a. AQSSA SOCIETY YEMEN; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San'a, Yemen [SDGT] 05-29-03

CHARITABLE AL-AQSA ESTABLISHMENT (a.k.a. FORENINGEN AL-AQSA; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark [SDGT] 05-29-03

CHARITABLE AL-AQSA ESTABLISHMENT (a.k.a. STICHTING AL-AQSA; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDA-

TION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 E, 03022 TH, Rotterdam, Holland; Gerrit V/D Lindestraat 103 A, 3022 TH, Rotterdam, Holland [SDGT] 05-29-03

CHARITABLE COMMITTEE FOR PALESTINE (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CBSP; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; n.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE), 68 Rue Jules Guesde, 59000 Lille, France; 10 Rue Notre Dame, 69006 Lyon, France; 37 Rue de la Chapelle, 75018 Paris, France [SDGT] 08-21-03

CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CBSP; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; n.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE), 68 Rue Jules Guesde, 59000 Lille, France; 10 Rue Notre Dame, 69006 Lyon, France; 37 Rue de la Chapelle, 75018 Paris, France [SDGT] 08-21-03

CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CBSP; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; n.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE), 68 Rue Jules Guesde, 59000 Lille, France; 10 Rue Notre Dame, 69006 Lyon, France; 37 Rue de la Chapelle, 75018 Paris, France [SDGT] 08-21-03

CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CBSP; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; n.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE), 68 Rue Jules Guesde, 59000 Lille, France; 10 Rue Notre Dame, 69006 Lyon, France; 37 Rue de la Chapelle, 75018 Paris, France [SDGT] 08-21-03

CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY;

a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.) [SDGT] 05-29-03

CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA (a.k.a. AL-AQSA (ASBL); a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA CHARITABLE FOUNDA-TION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISH-MENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARI-TABLE AQSA EST.), BD Leopold II 71, 1080 Brussels, Belgium [SDGT] 05-29-03

CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA (a.k.a. AL-AQSA FOUN-DATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZA-TION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa [SDGT] 05-29-03

CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA (a.k.a. AL-AQSA FOUN-DATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZA-TION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan [SDGT] 05-29-03

CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA (a.k.a. AL-AQSA FOUN-DATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZA-TION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Nobelvagen 79 NB, 21433 Malmo, Sweden; Noblev 79 NB, 21433 Malmo, Sweden [SDGT] 05-29-03

CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA (a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, D-52066, Aachen, Germany [SDGT] 05-29-03

CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA (a.k.a. AQSSA SOCIETY YEMEN; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZA-TION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARI-

TABLE AQSA EST.), P.O. Box 14101, San'a, Yemen [SDGT] 05-29-03

CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA (a.k.a. FORENINGEN AL-AQSA; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZA-TION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARI-TABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark [SDGT] 05-29-03

CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA (a.k.a. STICHTING AL-AQSA; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZA-TION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARI-TABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 E, 03022 TH, Rotterdam, Holland; Gerrit V/D Lindestraat 103 A, 3022 TH, Rotterdam, Holland [SDGT] 05-29-03

COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALES-TINE; a.k.a. CBSP; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARI-TABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGA-NIZATION IN SUPPORT OF PALESTINE; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDAR-ITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE), 68 Rue Jules Guesde, 59000 Lille, France; 10 Rue Notre Dame, 69006 Lyon, France; 37 Rue de la Chapelle, 75018 Paris, France [SDGT] 08-21-03

COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALES-TINE; a.k.a. CBSP; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARI-TABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGA-NIZATION IN SUPPORT OF PALESTINE; n.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALES-TINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE), 68 Rue Jules Guesde, 59000 Lille, France; 10 Rue Notre Dame, 69006 Lyon, France; 37 Rue de la Chapelle, 75018 Paris, France [SDGT] 08-21-03

COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CBSP; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARI-TABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZA-TION IN SUPPORT OF PALESTINE; n.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDAR-ITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE), 68 Rue Jules Guesde, 59000 Lille, France; 10 Rue Notre Dame, 69006 Lyon, France; 37 Rue de la Chapelle, 75018 Paris, France [SDGT] 08-21-03

COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE;

a.k.a. CBSP; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARI-TABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZA-TION IN SUPPORT OF PALESTINE; n.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE), 68 Rue Jules Guesde, 59000 Lille, France; 10 Rue Notre Dame, 69006 Lyon, France; 37 Rue de la Chapelle, 75018 Paris, France [SDGT] 08-21-03

COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CBSP; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARI-TABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZA-TION IN SUPPORT OF PALESTINE; n.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE), 68 Rue Jules Guesde, 59000 Lille, France; 10 Rue Notre Dame, 69006 Lyon, France; 37 Rue de la Chapelle, 75018 Paris, France [SDGT] 08-21-03

COMMITTEE FOR THE SAFETY OF THE ROADS (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.NET; a.k.a. KAHANE.ORG; a.k.a. KAHANE; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT] [FTO] also listed as [SDGT] on 10-31-01

COMMUNIST PARTY OF NEPAL (MAOIST) (a.k.a. CPN (M); a.k.a. THE PEOPLE'S LIBERATION ARMY OF NEPAL; a.k.a. UNITED REVOLUTIONARY PEOPLE'S COUNCIL) [SDGT] 10-31-03

COMMUNIST PARTY OF THE PHILIPPINES (a.k.a. CPP; a.k.a. NEW PEOPLE'S ARMY; a.k.a. NEW PEOPLE'S ARMY/COMMUNIST PARTY OF THE PHILIPPINES; a.k.a. NPA; a.k.a. NPA/CPP) [FTO] [SDGT] 08-12-02

COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CBSP; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARI-TABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZA-TION IN SUPPORT OF PALESTINE; n.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALES-TINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. RELIEF COMMIT-TEE FOR SOLIDARITY WITH PALESTINE), 68 Rue Jules Guesde, 59000 Lille, France; 10 Rue Notre Dame, 69006 Lyon, France; 37 Rue de la Chapelle, 75018 Paris, France [SDGT] 08-21-03

CONTINUITY ARMY COUNCIL (a.k.a. CONTINUITY IRA (CIRA); a.k.a. CONTINUITY IRISH REPUBLICAN ARMY; a.k.a. REPUBLICAN SINN FEIN); United Kingdom [SDGT] [FTO] new entry on 07-13-04; originally listed as [SDGT] on 12-31-01

CONTINUITY IRA (CIRA) (a.k.a. CONTINUITY ARMY COUNCIL; a.k.a. CONTINUITY IRISH REPUBLICAN ARMY; a.k.a. REPUBLICAN SINN FEIN); United Kingdom listed as [SDGT] on 12-31-01; also listed as [FTO] on 07-13-04

CONTINUITY IRISH REPUBLICAN ARMY (a.k.a. CONTINUITY ARMY COUNCIL; a.k.a. CONTINUITY IRA (CIRA); a.k.a. REPUBLICAN SINN FEIN); United Kingdom [SDGT] [FTO] new entry on 07-13-04; originally listed as [SDGT] on 12-31-01

COUNCIL OF CHARITY AND SOLIDARITY (a.k.a. AL AQSA ASSISTANCE CHARI-TABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLDARITY WITH PALESTINE; a.k.a.

BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CBSP; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; n.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE), 68 Rue Jules Guesde, 59000 Lille, France; 10 Rue Notre Dame, 69006 Lyon, France; 37 Rue de la Chapelle, 75018 Paris, France [SDGT] 08-21-03

CPN (M) (a.k.a. COMMUNIST PARTY OF NEPAL (MAOIST); a.k.a. THE PEOPLE'S LIBERATION ARMY OF NEPAL; a.k.a. UNITED REVOLUTIONARY PEOPLE'S COUNCIL) [SDGT] 10-31-03

CPP (a.k.a. COMMUNIST PARTY OF THE PHILIPPINES; a.k.a. NEW PEOPLE'S ARMY; a.k.a. NEW PEOPLE'S ARMY/COMMUNIST PARTY OF THE PHILIPPINES; a.k.a. NPA; a.k.a. NPA/CPP) [FTO] [SDGT] 08-12-02

DARKAZANLI COMPANY (a.k.a. MAMOUN DARKAZANLI IMPORT-EXPORT COM-PANY; a.k.a. DARKAZANLI EXPORT-IMPORT SONDERPOSTEN), Uhlenhorsterweg 34 11, Hamburg, Germany [SDGT] 09-24-01

DARKAZANLI EXPORT-IMPORT SONDERPOSTEN (a.k.a. MAMOUN DARKAZANLI IMPORT-EXPORT COMPANY; a.k.a. DARKAZANLI COMPANY), Uhlenhorsterweg 34 11, Hamburg, Germany [SDGT] 09-24-01

DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALES-TINE; a.k.a. CBSP; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARI-TABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGA-NIZATION IN SUPPORT OF PALESTINE; n.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALES-TINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE), 68 Rue Jules Guesde, 59000 Lille, France; 10 Rue Notre Dame, 69006 Lyon, France; 37 Rue de la Chapelle, 75018 Paris, France [SDGT] 08-21-03

DEV SO ARMED REVOLUTIONARY UNITS (a.k.a. DEVRIMCI HALK KURTULUS PARTISI-CEPHESI; a.k.a. DHKP/C; a.k.a. DEVRIMCI SOL; a.k.a. REVOLUTION-ARY LEFT; a.k.a. DEV SOL; a.k.a. DEV SOL SILAHLI DEVRIMCI BIRLIKLERI; a.k.a. DEV SOL SDB; a.k.a. REVOLUTIONARY PEOPLE'S LIBERATION PARTY/FRONT) [FTO] also listed as [SDGT] on 10-31-01

DEV SOL (a.k.a. DEVRIMCI HALK KURTULUS PARTISI-CEPHESI; a.k.a. DHKP/C; a.k.a. DEVRIMCI SOL; a.k.a. REVOLUTIONARY LEFT; a.k.a. REVOLUTIONARY PEOPLE'S LIBERATION PARTY/FRONT; a.k.a. DEV SOL SILAHLI DEVRIMCI BIRLIKLERI; a.k.a. DEV SOL SDB; a.k.a. DEV SOL ARMED REVOLUTIONARY UNITS) [FTO] also listed as [SDGT] on 10-31-01

DEV SOL SDB (a.k.a. DEVRIMCI HALK KURTULUS PARTISI-CEPHESI; a.k.a. DHKP/C; a.k.a. DEVRIMCI SOL; a.k.a. REVOLUTIONARY LEFT; a.k.a. DEV SOL; a.k.a. DEV SOL SILAHLI DEVRIMCI BIRLIKLERI; a.k.a. REVOLUTIONARY PEOPLE'S LIBERATION PARTY/FRONT; a.k.a. DEV SOL ARMED REVOLUTIONARY UNITS) [FTO] also listed as [SDGT] on 10-31-01

DEV SOL SILAHLI DEVRIMCI BIRLIKLERI (a.k.a. DEVRIMCI HALK KURTULUS PARTISI-CEPHESI; a.k.a. DHKP/C; a.k.a. DEVRIMCI SOL; a.k.a. REVOLUTION-ARY LEFT; a.k.a. DEV SOL; a.k.a. REVOLUTIONARY PEOPLE'S LIBERATION PARTY/FRONT; a.k.a. DEV SOL SDB; a.k.a. DEV SOL ARMED REVOLUTIONARY UNITS) [FTO] also listed as [SDGT] on 10-31-01

DEVRIMCI HALK KURTULUS PARTISI-CEPHESI (a.k.a. REVOLUTIONARY PEOPLE'S LIBERATION PARTY/FRONT; a.k.a. DHKP/C; a.k.a. DEVRIMCI SOL; a.k.a. REVO-LUTIONARY LEFT; a.k.a. DEV SOL; a.k.a. DEV SOL SILAHLI DEVRIMCI BIRLIKLERI; a.k.a. DEV SOL SDB; a.k.a. DEV SOL ARMED REVOLUTIONARY UNITS) [FTO] also listed as [SDGT] on 10-31-01

DEVRIMCI SOL (a.k.a. DEVRIMCI HALK KURTULUS PARTISI-CEPHESI; a.k.a. DHKP/C; a.k.a. REVOLUTIONARY PEOPLE'S LIBERATION PARTY/FRONT; a.k.a. REVOLUTIONARY LEFT; a.k.a. DEV SOL; a.k.a. DEV SOL SILAHLI DEVRIMCI BIRLIKLERI; a.k.a. DEV SOL SDB; a.k.a. DEV SOL ARMED REVOLUTIONARY UNITS) [FTO] also listed as [SDGT] on 10-31-01

DHAMAT HOUMET DAAWA SALAFIA (a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAAT HOUMAT EDDAWA ESSALAFIA; a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. EL-AHOUAL BATTALION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE TREND; a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING; a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE ED-DAAWA ES-SALAFIA; a.k.a. HOUMATE EL DA'AWAA

ES-SALAFIYYA; a.k.a. KATIBAT EL AHOUAL; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST CALL; a.k.a. PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. SALAFIST CALL PROTECTORS; a.k.a. THE HORROR SQUADRON), Algeria [SDGT] 10-24-03

DHKP/C (a.k.a. DEVRIMCI HALK KURTULUS PARTISI-CEPHESI; a.k.a. REVOLUTIONARY PEOPLE'S LIBERATION PARTY/FRONT; a.k.a. DEVRIMCI SOL; a.k.a. REVOLUTIONARY LEFT; a.k.a. DEV SOL; a.k.a. DEV SOL SILAHLI DEVRIMCI BIRLIKLERI; a.k.a. DEV SOL SDB; a.k.a. DEV SOL ARMED REVOLUTIONARY UNITS) [FTO] also listed as [SDGT] on 10-31-01

DIKUY BOGDIM (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.NET; a.k.a. KAHANE.ORG; a.k.a. KAHANE; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT] [FTO] also listed as [SDGT] on 10-31-01

DJAMAAT HOUMAT ED DAAWA ES SALAFIYA (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT EDDAWA ESSALAFIA; a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. EL-AHOUAL BATTALION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE TREND; a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING; a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE ED-DAAWA ES-SALAFIA; a.k.a. HOUMATE EL DA'AWAA ES-SALAFIYYA; a.k.a. KATIBAT EL AHOUAL; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST CALL; a.k.a. PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. SALAFIST CALL PROTECTORS; a.k.a. THE HORROR SQUADRON), Algeria [SDGT] 10-24-03

DJAMAAT HOUMAT EDDAWA ESSALAFIA (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. EL-AHOUAL BATTALION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE TREND; a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING; a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE ED-DAAWA ES-SALAFIA; a.k.a. HOUMATE EL DA'AWAA ES-SALAFIYYA; a.k.a. KATIBAT EL AHOUAL; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST CALL; a.k.a. PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. SALAFIST CALL PROTECTORS; a.k.a. THE HORROR SQUADRON), Algeria [SDGT] 10-24-03

DJAMAATT HOUMAT ED DAAWA ES SALAFIYA (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAAT HOUMAT EDDAWA ESSALAFIA; a.k.a. EL-AHOUAL BATTALION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE TREND; a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING; a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE ED-DAAWA ES-SALAFIA; a.k.a. HOUMATE EL DA'AWAA ES-SALAFIYYA; a.k.a. KATIBAT EL AHOUAL; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST CALL; a.k.a. PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. SALAFIST CALL PROTECTORS; a.k.a. THE HORROR SQUADRON), Algeria [SDGT] 10-24-03

DOV (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.NET; a.k.a. KAHANE.ORG; a.k.a. KAHANE; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT] [FTO] also listed as [SDGT] on 10-31-01

DZEM'IJETUL FURQAN (a.k.a. AL FURQAN; a.k.a. ASSOCIATION FOR CITIZENS RIGHTS AND RESISTANCE TO LIES; a.k.a. ASSOCIATION FOR EDUCATION, CULTURAL, AND TO CREATE SOCIETY - SIRAT; a.k.a. ASSOCIATION FOR EDUCATION, CULTURE AND BUILDING SOCIETY - SIRAT; a.k.a. ASSOCIATION OF CITIZENS FOR THE SUPPORT OF TRUTH AND SUPPRESSION OF LIES; a.k.a. DZEMIJETUL FURKAN; a.k.a. DZEMILIJATI FURKAN; a.k.a. IN SIRATEL; a.k.a. ISTIKAMET; a.k.a. SIRAT), Put Mladih Muslimana 30a, 71 000 Sarajevo, Bosnia-Herzegovina; ul. Strossmajerova 72, Zenica, Bosnia-Herzegovina; Muhameda Hadzijahica #42, Sarajevo, Bosnia-Herzegovina [SDGT] 05-06-04

DZEMIJETUL FURKAN (a.k.a. AL FURQAN; a.k.a. ASSOCIATION FOR CITIZENS RIGHTS AND RESISTANCE TO LIES; a.k.a. ASSOCIATION FOR EDUCATION, CULTURAL, AND TO CREATE SOCIETY - SIRAT; a.k.a. ASSOCIATION FOR EDUCATION, CULTURE AND BUILDING SOCIETY - SIRAT; a.k.a. ASSOCIATION OF CITIZENS FOR THE SUPPORT OF TRUTH AND SUPPRESSION OF LIES; a.k.a. DZEM'IJETUL FURQAN; a.k.a. DZEMILIJATI FURKAN; a.k.a. IN SIRATEL; a.k.a. ISTIKAMET; a.k.a. SIRAT), Put Mladih Muslimana 30a, 71 000 Sarajevo, Bosnia-Herzegovina; ul. Strossmajerova 72, Zenica, Bosnia-Herzegovina; Muhameda Hadzijahica #42, Sarajevo, Bosnia-Herzegovina [SDGT] 05-06-04

DZEMILIJATI FURKAN (a.k.a. AL FURQAN; a.k.a. ASSOCIATION FOR CITIZENS RIGHTS AND RESISTANCE TO LIES; a.k.a. ASSOCIATION FOR EDUCATION, CULTURAL, AND TO CREATE SOCIETY - SIRAT; a.k.a. ASSOCIATION FOR EDUCATION, CULTURE AND BUILDING SOCIETY - SIRAT; a.k.a. ASSOCIATION OF CITIZENS FOR THE SUPPORT OF TRUTH AND SUPPRESSION OF LIES; a.k.a. DZEM'IJETUL FURQAN; a.k.a. DZEMIJETUL FURKAN; a.k.a. IN SIRATEL; a.k.a. ISTIKAMET; a.k.a. SIRAT), Put Mladih Muslimana 30a, 71 000 Sarajevo, Bosnia-Herzegovina; ul. Strossmajerova 72, Zenica, Bosnia-Herzegovina; Muhameda Hadzijahica #42, Sarajevo, Bosnia-Herzegovina [SDGT] 05-06-04

EASTERN TURKISTAN ISLAMIC MOVEMENT (a.k.a. EASTERN TURKISTAN ISLAMIC PARTY; a.k.a. ETIM; a.k.a. ETIP) [SDGT] 09-03-02

EASTERN TURKISTAN ISLAMIC PARTY (a.k.a. EASTERN TURKISTAN ISLAMIC MOVEMENT; a.k.a. ETIM; a.k.a. ETIP) [SDGT] 09-03-02

EGP (a.k.a. SENDERO LUMINOSO; a.k.a. SL; a.k.a. PARTIDO COMUNISTA DEL PERU EN EL SENDERO LUMINOSO DE JOSE CARLOS MARIATGUI (COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI); a.k.a. PARTIDO COMUNISTA DEL PERU (COMMUNIST PARTY OF PERU); a.k.a. PCP; a.k.a. SOCORRO POPULAR DEL PERU (PEOPLE'S AID OF PERU); a.k.a. SPP; a.k.a EJERCITO GUERRILLERO POPULAR (PEOPLE'S GUERRILLA ARMY); a.k.a. SHINING PATH; a.k.a. EJERCITO POPULAR DE LIBERACION (PEOPLE'S LIBERATION ARMY); a.k.a. EPL) [FTO] also listed as [SDGT] on 10-31-01

EGYPTIAN AL-GAMA'AT AL-ISLAMIYYA (a.k.a. GI; a.k.a. ISLAMIC GROUP; a.k.a. IG; a.k.a. AL-GAMA'AT; a.k.a. ISLAMIC GAMA'AT; a.k.a. GAMA'A AL-ISLAMIYYA) [SDT] [FTO] also listed as [SDGT] on 10-31-01

EGYPTIAN AL-JIHAD (a.k.a. AL QAEDA; a.k.a. AL QA'IDA; a.k.a. AL QAIDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADERS; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW JIHAD; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE JIHAD GROUP; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION; a.k.a. "THE BASE") [SDT] [FTO] [SDGT] 09-24-01; new entry on 10-02-03/10-10-03

EGYPTIAN AL-JIHAD (a.k.a. AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. JIHAD GROUP; a.k.a. NEW JIHAD) [SDT] [FTO] [SDGT] 09-24-01

EGYPTIAN ISLAMIC JIHAD (a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a. AL QA'IDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADERS; a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW JIHAD; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE JIHAD GROUP; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION; a.k.a. "THE BASE") [SDT] [FTO] [SDGT] 09-24-01; new entry on 10-02-03/10-10-03

EGYPTIAN ISLAMIC JIHAD (a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. JIHAD GROUP; a.k.a. NEW JIHAD) [SDT] [FTO] [SDGT] 09-24-01

EJERCITO DE LIBERACION NACIONAL (a.k.a. NATIONAL LIBERATION ARMY; a.k.a. ELN) [FTO] also listed as [SDGT] on 10-31-01

EJERCITO GUERRILLERO POPULAR (PEOPLE'S GUERRILLA ARMY) (a.k.a. SENDERO LUMINOSO; a.k.a. SL; a.k.a. PARTIDO COMUNISTA DEL PERU EN EL SENDERO LUMINOSO DE JOSE CARLOS MARIATEGUI (COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI); a.k.a. PARTIDO COMUNISTA DEL PERU (COMMUNIST PARTY OF PERU); a.k.a. PCP; a.k.a. SOCORRO POPULAR DEL PERU (PEOPLE'S AID OF PERU); a.k.a. SPP; a.k.a. SHINING PATH; a.k.a. EJERCITO POPULAR DE LIBERACION (PEOPLE'S LIBERATION ARMY); a.k.a. EPL) [FTO] also listed as [SDGT] on 10-31-01

EJERCITO POPULAR DE LIBERACION (PEOPLE'S LIBERATION ARMY) (a.k.a. SENDERO LUMINOSO; a.k.a. SL; a.k.a. PARTIDO COMUNISTA DEL PERU EN EL SENDERO LUMINOSO DE JOSE CARLOS MARIATEGUI (COMMUNIST PARTY OF ERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI); a.k.a. PARTIDO COMUNISTA DEL PERU (COMMUNIST PARTY OF PERU); a.k.a. PCP; a.k.a. SOCORRO POPULAR DEL PERU (PEOPLE'S AID OF PERU); a.k.a. SPP; a.k.a EJERCITO GUERRILLERO POPULAR (PEOPLE'S GUERRILLA ARMY); a.k.a. EGP; a.k.a. SHINING PATH ; a.k.a. EPL) [FTO] also listed as [SDGT] on 10-31-01

EKIN (a.k.a. ASKATASUNA; a.k.a. BASQUE FATHERLAND AND LIBERTY; a.k.a. BATASUNA; a.k.a. ETA; a.k.a. EUSKAL HERRITARROK; a.k.a. EUZKADI TA

ASKATASUNA; a.k.a. HERRI BATASUNA; a.k.a. JARRAI-HAIKA-SEGI; a.k.a. K.A.S.; a.k.a. XAKI) [FTO][SDGT] first listed as SDGT on 10-31-01; new entry on 10-02-03/10-10-03

EL-AHOUAL BATTALION (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAAT HOUMAT ED DAWA ESSALAFIA; a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING; a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE ED-DAAWA ES-SALAFIA; a.k.a. HOUMATE EL DA'AWA ES-SALAFIYYA; a.k.a. KATIBAT EL AHOUAL; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST CALL; a.k.a. PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. SALAFIST CALL PROTECTORS; a.k.a. THE HORROR SQUADRON), Algeria [SDGT] 10-24-03

ELA (a.k.a. EPANASTATIKI PIRINES; a.k.a. EPANASTATIKOS LAIKOS AGONAS; a.k.a. JUNE 78; a.k.a. LIBERATION STRUGGLE; a.k.a. ORGANIZATION OF REVOLUTIONARY INTERNATIONALIST SOLIDARITY; a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. REVOLUTIONARY CELLS; a.k.a. REVOLUTIONARY NUCLEI; a.k.a. REVOLUTIONARY PEOPLE'S STRUGGLE; a.k.a. REVOLUTIONARY POPULAR STRUGGLE) [FTO] also listed as [SDGT] on 10-31-01

ELLALAN FORCE (a.k.a. LIBERATION TIGERS OF TAMIL EELAM; a.k.a. LTTE; a.k.a. TAMIL TIGERS) [FTO] also listed as [SDGT] on 10-31-01

ELN (a.k.a. NATIONAL LIBERATION ARMY; a.k.a. EJERCITO DE LIBERACION NACIONAL) [FTO] also listed as [SDGT] on 10-31-01

EPANASTATIKI ORGANOSI 17 NOEMVRI (a.k.a. REVOLUTIONARY ORGANIZATION 17 NOVEMBER; a.k.a. 17 NOVEMBER) [FTO] also listed as [SDGT] on 10-31-01

EPANASTATIKI PIRINES (a.k.a. ELA; a.k.a. EPANASTATIKOS LAIKOS AGONAS; a.k.a. JUNE 78; a.k.a. LIBERATION STRUGGLE; a.k.a. ORGANIZATION OF REVOLUTIONARY INTERNATIONALIST SOLIDARITY; a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. REVOLUTIONARY CELLS; a.k.a. REVOLUTIONARY NUCLEI; a.k.a. REVOLUTIONARY PEOPLE'S STRUGGLE; a.k.a. REVOLUTIONARY POPULAR STRUGGLE) [FTO] also listed as [SDGT] on 10-31-01; new entry on 10-02-03/10-10-03

EPANASTATIKOS LAIKOS AGONAS (a.k.a. ELA; a.k.a. EPANASTATIKI PIRINES; a.k.a. JUNE 78; a.k.a. LIBERATION STRUGGLE; a.k.a. ORGANIZATION OF REVOLUTIONARY INTERNATIONALIST SOLIDARITY; a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. REVOLUTIONARY CELLS; a.k.a. REVOLUTIONARY NUCLEI; a.k.a. REVOLUTIONARY PEOPLE'S STRUGGLE; a.k.a. REVOLUTIONARY POPULAR STRUGGLE) [FTO] also listed as [SDGT] on 10-31-01

EPL (a.k.a. SENDERO LUMINOSO; a.k.a. SL; a.k.a. PARTIDO COMUNISTA DEL PERU EN EL SENDERO LUMINOSO DE JOSE CARLOS MARIATEGUI (COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI); a.k.a. PARTIDO COMUNISTA DEL PERU (COMMUNIST PARTY OF PERU); a.k.a. PCP; a.k.a. SOCORRO POPULAR DEL PERU (PEOPLE'S AID OF PERU); a.k.a. SPP; a.k.a EJERCITO GUERRILLERO POPULAR (PEOPLE'S GUERRILLA ARMY); a.k.a. EGP; a.k.a. EJERCITO POPULAR DE LIBERACION (PEOPLE'S LIBERATION ARMY); a.k.a. SHINING PATH) [FTO] also listed as [SDGT] on 10-31-01

ETA (a.k.a. ASKATASUNA; a.k.a. BASQUE FATHERLAND AND LIBERTY; a.k.a. BATASUNA; a.k.a. EKIN; a.k.a. EUSKAL HERRITARROK; a.k.a. EUZKADI TA ASKATASUNA; a.k.a. HERRI BATASUNA; a.k.a. JARRAI-HAIKA-SEGI; a.k.a. K.A.S.; a.k.a. XAKI) [FTO][SDGT] first listed as SDGT on 10-31-01

ETIM (a.k.a. EASTERN TURKISTAN ISLAMIC MOVEMENT; a.k.a. EASTERN TURKISTAN ISLAMIC PARTY; a.k.a. ETIP) [SDGT] 09-03-02

ETIP (a.k.a. EASTERN TURKISTAN ISLAMIC MOVEMENT; a.k.a. EASTERN TURKISTAN ISLAMIC PARTY; a.k.a. ETIM) [SDGT] 09-03-02

EUSKAL HERRITARROK (a.k.a. ASKATASUNA; a.k.a. BASQUE FATHERLAND AND LIBERTY; a.k.a. BATASUNA; a.k.a. EKIN; a.k.a. ETA; a.k.a. EUZKADI TA ASKATASUNA; a.k.a. HERRI BATASUNA; a.k.a. JARRAI-HAIKA-SEGI; a.k.a. K.A.S.; a.k.a. XAKI) [FTO][SDGT] first listed as SDGT on 10-31-01; new entry on 05-07-03

EUZKADI TA ASKATASUNA (a.k.a. ASKATASUNA; a.k.a. BASQUE FATHERLAND AND LIBERTY; a.k.a. BATASUNA; a.k.a. EKIN; a.k.a. ETA; a.k.a. EUSKAL HERRITARROK; a.k.a. HERRI BATASUNA; a.k.a. JARRAI-HAIKA-SEGI; a.k.a. K.A.S.; a.k.a. XAKI) [FTO][SDGT] first listed as SDGT on 10-31-01

FAITHFUL TO THE OATH (a.k.a. AL-BAKOUN ALA AL-AHD ORGANIZATION), Algeria [SDGT] 10-24-03

FARC (a.k.a. REVOLUTIONARY ARMED FORCES OF COLOMBIA; a.k.a. FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA) [FTO] also listed as [SDGT] on 10-31-01

FATAH REVOLUTIONARY COUNCIL (a.k.a. ANO; a.k.a. BLACK SEPTEMBER; a.k.a. ABU NIDAL ORGANIZATION; a.k.a. ARAB REVOLUTIONARY COUNCIL; a.k.a. ARAB REVOLUTIONARY BRIGADES; a.k.a. REVOLUTIONARY ORGANIZATION OF SOCIALIST MUSLIMS) [SDT] [FTO] also listed as [SDGT] on 10-31-01

FIRST OF OCTOBER ANTIFASCIST RESISTANCE GROUP (GRAPO); Spain [SDGT] 12-31-01

FOLLOWERS OF THE PROPHET MUHAMMED (a.k.a. HIZBALLAH; a.k.a. ISLAMIC

JIHAD; a.k.a. ISLAMIC JIHAD ORGANIZATION; a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION; a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH; a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE; a.k.a. ORGANIZATION OF RIGHT AGAINST WRONG; a.k.a. PARTY OF GOD; a.k.a. ANAR ALLAH) [SDT][FTO] also listed as [SDGT] on 10-31-01

FONDATION SECOURS MONDIAL "WORLD RELIEF" (a.k.a. FONDATION SECOURS MONDIAL A.S.B.L.; a.k.a. FONDATION SECOURS MONDIAL - BELGIQUE A.S.B.L.; a.k.a. FONDATION SECOURS MONDIAL - KOSOVA; a.k.a. FONDATION SECOURS MONDIAL VZW; a.k.a. FSM; a.k.a. GLOBAL RELIEF FOUNDATION, INC.; a.k.a. SECOURS MONDIAL DE FRANCE; a.k.a. STICHTING WERELDHULP - BELGIE, V.Z.W.), Rruga e Kavajes, Building No. 3, Apartment No. 61, P.O. Box 2892, Tirana, Albania; Vaatjesstraat, 29, 2580 Putte, Belgium; Rue des Bataves 69, 1040 Etterbeek, Brussels, Belgium; P.O. Box 6, 1040 Etterbeek, Brussels, Belgium; Mula Mustafe Baseskije Street No. 72, Sarajevo, Bosnia; Put Mladih Muslimana Street 30/A, Sarajevo, Bosnia; 49 rue du Lazaret, 67100 Strasbourg, France; Rr. Skenderbeu 76, Lagjja Sefa, Gjakova, Kosovo; Ylli Morina Road, Djakovica, Kosovo; House 267 Street No. 54, Sector F-11/4, Islamabad, Pakistan; Saray Cad. No. 37 B Blok, Yesilyurt Apt. 2/4, Sirinevler, Turkey; Afghanistan; Azerbaijan; Bangladesh; Chechnya, Russia; China; Eritrea; Ethiopia; Georgia; India; Ingushetia, Russia; Iraq; Jordan; Kashmir; Lebanon; Sierra Leone; Somalia; Syria; West Bank and Gaza; V.A.T. Number: BE 454,419,759 [SDGT] 10-18-02

FONDATION SECOURS MONDIAL A.S.B.L. (a.k.a. FONDATION SECOURS MONDIAL - BELGIQUE A.S.B.L.; a.k.a. FONDATION SECOURS MONDIAL - KOSOVA; a.k.a. FONDATION SECOURS MONDIAL VZW; a.k.a. FONDATION SECOURS MONDIAL "WORLD RELIEF;" a.k.a. FSM; a.k.a. GLOBAL RELIEF FOUNDATION, INC.; a.k.a. SECOURS MONDIAL DE FRANCE; a.k.a. STICHTING WERELDHULP - BELGIE, V.Z.W.), Rruga e Kavajes, Building No. 3, Apartment No. 61, P.O. Box 2892, Tirana, Albania; Vaatjesstraat, 29, 2580 Putte, Belgium; Rue des Bataves 69, 1040 Etterbeek, Brussels, Belgium; P.O. Box 6, 1040 Etterbeek, Brussels, Belgium; Mula Mustafe Baseskije Street No. 72, Sarajevo, Bosnia; Put Mladih Muslimana Street 30/A, Sarajevo, Bosnia; 49 rue du Lazaret, 67100 Strasbourg, France; Rr. Skenderbeu 76, Lagjja Sefa, Gjakova, Kosovo; Ylli Morina Road, Djakovica, Kosovo; House 267 Street No. 54, Sector F-11/4, Islamabad, Pakistan; Saray Cad. No. 37 B Blok, Yesilyurt Apt. 2/4, Sirinevler, Turkey; Afghanistan; Azerbaijan; Bangladesh; Chechnya, Russia; China; Eritrea; Ethiopia; Georgia; India; Ingushetia, Russia; Iraq; Jordan; Kashmir; Lebanon; Sierra Leone; Somalia; Syria; West Bank and Gaza; V.A.T. Number: BE 454,419,759 [SDGT] 10-18-02

FONDATION SECOURS MONDIAL - BELGIQUE A.S.B.L. (a.k.a. FONDATION SECOURS MONDIAL A.S.B.L.; a.k.a. FONDATION SECOURS MONDIAL -KOSOVA; a.k.a. FONDATION SECOURS MONDIAL VZW; a.k.a. FONDATION SECOURS MONDIAL "WORLD RELIEF;" a.k.a. FSM; a.k.a. GLOBAL RELIEF FOUNDATION, INC.; a.k.a. SECOURS MONDIAL DE FRANCE; a.k.a. STICHTING WERELDHULP - BELGIE, V.Z.W.), Rruga e Kavajes, Building No. 3, Apartment No. 61, P.O. Box 2892, Tirana, Albania; Vaatjesstraat, 29, 2580 Putte, Belgium; Rue des Bataves 69, 1040 Etterbeek, Brussels, Belgium; P. Box 6, 1040 Etterbeek 2, Brussels, Belgium; Mula Mustafe Baseskije Street No. 72, Sarajevo, Bosnia; Put Mladih Muslimana Street 30/A, Sarajevo, Bosnia; 49 rue du Lazaret, 67100 Strasbourg, France; Rr. Skenderbeu 76, Lagjja Sefa, Gjakova, Kosovo; Ylli Morina Road, Djakovica, Kosovo; House 267 Street No. 54, Sector F-11/4, Islamabad, Pakistan; Saray Cad. No. 37 B Blok, Yesilyurt Apt. 2/4, Sirinevler, Turkey; Afghanistan; Azerbaijan; Bangladesh; Chechnya, Russia; China; Eritrea; Ethiopia; Georgia; India; Ingushetia, Russia; Iraq; Jordan; Kashmir; Lebanon; Sierra Leone; Somalia; Syria; West Bank and Gaza; V.A.T. Number: BE 454,419,759 [SDGT] 10-18-02

FONDATION SECOURS MONDIAL - KOSOVA (a.k.a. FONDATION SECOURS MONDIAL A.S.B.L.; a.k.a. FONDATION SECOURS MONDIAL - BELGIQUE A.S.B.L.; a.k.a. FONDATION SECOURS MONDIAL VZW; a.k.a. FONDATION SECOURS MONDIAL "WORLD RELIEF;" a.k.a. FSM; a.k.a. GLOBAL RELIEF FOUNDATION, INC.; a.k.a. SECOURS MONDIAL DE FRANCE; a.k.a. STICHTING WERELDHULP - BELGIE, V.Z.W.), Rruga e Kavajes, Building No. 3, Apartment No. 61, P.O. Box 2892, Tirana, Albania; Vaatjesstraat, 29, 2580 Putte, Belgium; Rue des Bataves 69, 1040 Etterbeek, Brussels, Belgium; P.O. Box 6, 1040 Etterbeek 2, Brussels, Belgium; Mula Mustafe Baseskije Street No. 72, Sarajevo, Bosnia; Put Mladih Muslimana Street 30/A, Sarajevo, Bosnia; 49 rue du Lazaret, 67100 Strasbourg, France; Rr. Skenderbeu 76, Lagjja Sefa, Gjakova, Kosovo; Ylli Morina Road, Djakovica, Kosovo; House 267 Street No. 54, Sector F-11/4, Islamabad, Pakistan; Saray Cad. No. 37 B Blok, Yesilyurt Apt. 2/4, Sirinevler, Turkey; Afghanistan; Azerbaijan; Bangladesh; Chechnya, Russia; China; Eritrea; Ethiopia; Georgia; India; Ingushetia, Russia; Iraq; Jordan; Kashmir; Lebanon; Sierra Leone; Somalia; Syria; West Bank and Gaza; V.A.T. Number: BE 454,419,759 [SDGT] 10-18-02

FONDATION SECOURS MONDIAL VZW (a.k.a. FONDATION SECOURS MONDIAL A.S.B.L.; a.k.a. FONDATION SECOURS MONDIAL - BELGIQUE A.S.B.L.; a.k.a. FONDATION SECOURS MONDIAL - KOSOVA; a.k.a. FONDATION SECOURS MONDIAL "WORLD RELIEF;" a.k.a. FSM; a.k.a. GLOBAL RELIEF FOUNDATION, INC.; a.k.a. SECOURS MONDIAL DE FRANCE; a.k.a. STICHTING WERELDHULP - BELGIE, V.Z.W.), Rruga e Kavajes, Building No. 3, Apartment No. 61, P.O. Box 2892, Tirana, Albania; Vaatjesstraat, 29, 2580 Putte, Belgium; Rue des Bataves 69, 1040 Etterbeek, Brussels, Belgium; P.O. Box 6, 1040 Etterbeek 2, Brussels, Belgium; Mula Mustafe Baseskije Street No. 72, Sarajevo, Bosnia; Put Mladih Muslimana Street 30/A, Sarajevo, Bosnia; 49 rue du Lazaret, 67100 Strasbourg, France; Rr. Skenderbeu 76, Lagjja Sefa, Gjakova, Kosovo; Ylli Morina Road, Djakovica, Kosovo; House 267 Street No. 54, Sector F-11/4, Islamabad, Pakistan; Saray Cad. No. 37 B Blok, Yesilyurt Apt. 2/4, Sirinevler, Turkey; Afghanistan; Azerbaijan; Bangladesh; Chechnya, Russia; China; Eritrea; Ethiopia; Georgia; India;

Ingushetia, Russia; Iraq; Jordan; Kashmir; Lebanon; Sierra Leone; Somalia; Syria; West Bank and Gaza; V.A.T. Number: BE 454,419,759 [SDGT] 10-18-02

FOREFRONT OF THE IDEA (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.NET; a.k.a. KAHANE.ORG; a.k.a. KAHANE; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT] [FTO] also listed as [SDGT] on 10-31-01

FORENINGEN AL-AQSA (a.k.a. AL-AQSA (ASBL); a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARI-TABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARI-TABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARI-TABLE AQSA EST.), BD Leopold II 71, 1080 Brussels, Belgium [SDGT] 05-29-03

FORENINGEN AL-AQSA (a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARI-TABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARI-TABLE AQSA EST.), Kappellenstrasse 36, D-52066, Aachen, Germany [SDGT] 05-29-03

FORENINGEN AL-AQSA (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARI-TABLE AQSA EST.) [SDGT] 05-29-03

FORENINGEN AL-AQSA (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARI-TABLE AQSA EST.), P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa [SDGT] 05-29-03

FORENINGEN AL-AQSA (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARI-TABLE AQSA EST.), Nobelvagen 79 NB, 21433 Malmo, Sweden; Noblev 79 NB, 21433 Malmo, Sweden [SDGT] 05-29-03

FORENINGEN AL-AQSA (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARI-TABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan [SDGT] 05-29-03

FORENINGEN AL-AQSA (a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARI-TABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark [SDGT] 05-29-03

FORENINGEN AL-AQSA (a.k.a. AQSSA SOCIETY YEMEN; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDA-TION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARI-TABLE AQSA EST.), P.O. Box 14101, San'a, Yemen [SDGT] 05-29-03

FORENINGEN AL-AQSA (a.k.a. STICHTING AL-AQSA; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISH-MENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARI-TABLE AQSA EST.), Gerrit V/D Lindestraat 103 E, 03022 TH, Rotterdam, Holland; Gerrit V/D Lindestraat 103 A, 3022 TH, Rotterdam, Holland [SDGT] 05-29-03

FOUNDATION FOR CONSTRUCTION (a.k.a. UMMAH TAMEER E-NAU (UTN); a.k.a. NATION BUILDING; a.k.a. RECONSTRUCTION FOUNDATION; a.k.a. RECON-STRUCTION OF THE ISLAMIC COMMUNITY; a.k.a. RECONSTRUCTION OF THE MUSLIM UMMAH; a.k.a. UMMAH TAMEER I-NAU; a.k.a. UMMAH TAMIR E-NAU; a.k.a. UMMAH TAMIR I-NAU; a.k.a. UMMAT TAMIR E-NAU; a.k.a. UMMAT TAMIR-I-PAU), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; 60-C, Nazim Ud Din Road, Islamabad F 8/4, Pakistan [SDGT] 12-20-01

FREEDOM AND DEMOCRACY CONGRESS OF KURDISTAN (a.k.a. HALU MESRU SAVUNMA KUVVETI (HSK); a.k.a. KADEK; a.k.a. KONGRA-GEL; a.k.a. KURDISTAN FREEDOM AND DEMOCRACY CONGRESS; a.k.a. KURDISTAN PEOPLE'S CON-GRESS (KHK); a.k.a. KURDISTAN WORKERS' PARTY; a.k.a. PARTIYA KARKERAN KURDISTAN; a.k.a. PEOPLE'S CONGRESS OF KURDISTAN; a.k.a. PKK; a.k.a. THE PEOPLE'S DEFENSE FORCE) [FTO] [SDGT] 12-03-02 with additional "a.k.a."s on 01-12-04

FRIENDS OF THE JEWISH IDEA YESHIVA (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.NET; a.k.a. KAHANE.ORG; a.k.a. KAHANE; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT] [FTO] also listed as [SDGT] on 10-31-01; new entry on 10-02-03/10-10-03

FSM (a.k.a. FONDATION SECOURS MONDIAL A.S.B.L.; a.k.a. FONDATION

SECOURS MONDIAL - BELGIQUE A.S.B.L.; a.k.a. FONDATION SECOURS MONDIAL - KOSOVA; a.k.a. FONDATION SECOURS MONDIAL VZW; a.k.a. FONDATION SECOURS MONDIAL "WORLD RELIEF," a.k.a. GLOBAL RELIEF FOUNDATION, INC.; a.k.a. SECOURS MONDIAL DE FRANCE; a.k.a. STICHTING WERELDHULP - BELGIE, V.Z.W.), Rruga e Kavajes, Building No. 3, Apartment No. 61, P.O. Box 2892, Tirana, Albania; Vaatjesstraat, 29, 2580 Putte, Belgium; Rue des Batavés 69, 1040 Etterbeek, Brussels, Belgium; P.O. Box 6, 1040 Etterbeek 2, Brussels, Belgium; Mula Mustafe Baseskije Street No. 72, Sarajevo, Bosnia; Put Mladih Muslimana Street 30/A, Sarajevo, Bosnia; 49 rue du Lazaret, 67100 Strasbourg, France; Rr. Skenderbeu 76, Lagija Sefa, Gjakova, Kosovo; Ylli Morina Road, Djakovica, Kosovo; House 267 Street No. 54, Sector F-11/4, Islamabad, Pakistan; Saray Cad. No. 37 B Blok, Yesilyurt Apt. 2/4, Sirinevler, Turkey; Afghanistan; Azerbaijan; Bangladesh; Chechnya, Russia; China; Eritrea; Ethiopia; Georgia; India; Ingushetia, Russia; Iraq; Jordan; Kashmir; Lebanon; Sierra Leone; Somalia; Syria; West Bank and Gaza; V.A.T. Number: BE 454,419,759 [SDGT] 10-18-02

FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA (a.k.a. REVOLUTIONARY ARMED FORCES OF COLOMBIA; a.k.a. FARC) [FTO] also listed as [SDGT] on 10-31-01

GAMA'A AL-ISLAMIYYA (a.k.a. GI; a.k.a. ISLAMIC GROUP; a.k.a. IG; a.k.a. AL-GAMA'AT; a.k.a. ISLAMIC GAMA'AT; a.k.a. EGYPTIAN AL-GAMA'AT AL-ISLAMIYYA) [SDT][FTO] also listed as [SDGT] on 10-31-01

GCT (a.k.a. GROUPE COMBATTANT TUNISIEN; a.k.a. JAMA'A COMBATTANT TUNISIEN; a.k.a. JCT; a.k.a. TUNISIAN COMBAT GROUP; a.k.a. TUNISIAN COMBATANT GROUP) [SDGT] 10-10-02

GESTORAS PRO-AMNISTIA (n.k.a. ASKATASUNA), Spain [SDGT] 05-03-02

GI (a.k.a. AL-GAMA'AT; a.k.a. ISLAMIC GROUP; a.k.a. IG; a.k.a. EGYPTIAN AL-GAMA'AT AL-ISLAMIYYA; a.k.a ISLAMIC GAMA'AT; a.k.a. GAMA'A AL-ISLAMIYYA) [SDT][FTO] also listed as [SDGT] on 10-31-01

GIA (a.k.a. ARMED ISLAMIC GROUP; a.k.a. AL-JAMA'AH AL-ISLAMIYAH AL-MUSALLAH; a.k.a. GROUPEMENT ISLAMIQUE ARME) [FTO] [SDGT] 09-24-01

GICM (a.k.a. GROUPE ISLAMIQUE COMBATTANT MAROCAIN; a.k.a. MOROCCAN ISLAMIC COMBATANT GROUP) [SDGT] 11-22-02

GLOBAL RELIEF FOUNDATION, INC. (a.k.a. FONDATION SECOURS MONDIAL A.S.B.L.; a.k.a. FONDATION SECOURS MONDIAL - BELGIQUE A.S.B.L.; a.k.a. FONDATION SECOURS MONDIAL - KOSOVA; a.k.a. FONDATION SECOURS MONDIAL VZW; a.k.a. FONDATION SECOURS MONDIAL "WORLD RELIEF," a.k.a. FSM; a.k.a. SECOURS MONDIAL DE FRANCE; a.k.a. STICHTING WERELDHULP - BELGIE, V.Z.W.), Rruga e Kavajes, Building No. 3, Apartment No. 61, P.O. Box 2892, Tirana, Albania; Vaatjesstraat, 29, 2580 Putte, Belgium; Rue des Batavés 69, 1040 Etterbeek, Brussels, Belgium; P.O. Box 6, 1040 Etterbeek 2, Brussels, Belgium; Mula Mustafe Baseskije Street No. 72, Sarajevo, Bosnia; Put Mladih Muslimana Street 30/A, Sarajevo, Bosnia; 49 rue du Lazaret, 67100 Strasbourg, France; Rr. Skenderbeu 76, Lagija Sefa, Gjakova, Kosovo; Ylli Morina Road, Djakovica, Kosovo; House 267 Street No. 54, Sector F-11/4, Islamabad, Pakistan; Saray Cad. No. 37 B Blok, Yesilyurt Apt. 2/4, Sirinevler, Turkey; Afghanistan; Azerbaijan; Bangladesh; Chechnya, Russia; China; Eritrea; Ethiopia; Georgia; India; Ingushetia, Russia; Iraq; Jordan; Kashmir; Lebanon; Sierra Leone; Somalia; Syria; West Bank and Gaza; V.A.T. Number: BE 454,419,759 [SDGT] 10-18-02

GLOBAL RELIEF FOUNDATION, INC., P.O. Box 1406, Bridgeview, IL 60455, U.S.A.; U.S. FEIN: 36-3804626 [SDGT] 10-18-02 <previously blocked pending investigation [BPI-PA] on 12-14-01>

GROUP OF SUPPORTERS OF THE SALAFIST TREND (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAAT HOUMAT EDDAAWA ESSALAFIA; a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. EL-AHOUAL BATTALION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE TREND; a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING; a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE ED-DAAWA ES-SALAFIA; a.k.a. HOUMATE EL DA'AWA ES-SALAFIYYA; a.k.a. KATIBAT EL AHOUAL; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST CALL; a.k.a. PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. SALAFIST CALL PROTECTORS; a.k.a. THE HORROR SQUADRON), Algeria [SDGT] 10-24-03

GROUP OF SUPPORTERS OF THE SALAFISTE TREND (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAAT HOUMAT EDDAAWA ESSALAFIA; a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. EL-AHOUAL BATTALION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING; a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE ED-DAAWA ES-SALAFIA; a.k.a. HOUMATE EL DA'AWA ES-SALAFIYYA; a.k.a. KATIBAT EL AHOUAL; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST CALL; a.k.a. PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. SALAFIST CALL PROTECTORS; a.k.a. THE HORROR SQUADRON), Algeria [SDGT] 10-24-03

GROUP PROTECTORS OF SALAFIST PREACHING (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAAT HOUMAT EDDAAWA ESSALAFIA; a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. EL-AHOUAL BATTALION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE TREND; a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE ED-DAAWA ES-SALAFIA; a.k.a. HOUMATE EL DA'AWA

ES-SALAFIYYA; a.k.a. KATIBAT EL AHOUAL; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST CALL; a.k.a. PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. SALAFIST CALL PROTECTORS; a.k.a. THE HORROR SQUADRON), Algeria [SDGT] 10-24-03

GROUPE COMBATTANT TUNISIEN (a.k.a. GCT; a.k.a. JAMA'A COMBATTANTE TUNISIEN; a.k.a. JCT; a.k.a. TUNISIAN COMBAT GROUP; a.k.a. TUNISIAN COMBATANT GROUP) [SDGT] 10-10-02

GROUPE ISLAMIQUE COMBATTANT MAROCAIN (a.k.a. GICM; a.k.a. MOROCCAN ISLAMIC COMBATANT GROUP) [SDGT] 11-22-02

GROUPEMENT ISLAMIQUE ARME (a.k.a. ARMED ISLAMIC GROUP; a.k.a. AL-JAMA'AH AL-ISLAMIYAH AL-MUSALLAH; a.k.a. GIA) [FTO] [SDGT] 09-24-01

GSPC (a.k.a. LE GROUPE SALAFISTE POUR LA PREDICATION ET LE COMBAT; a.k.a. SALAFIST GROUP FOR CALL AND COMBAT; a.k.a. SALAFIST GROUP FOR PREACHING AND COMBAT) [SDGT] 09-24-01 also listed as [FTO] on 03-27-02

GULF CENTER S.R.L., Corso Sempione 69, 20149 Milan, Italy; Italian Fiscal Code: 07341170152; V.A.T. Number: IT 07341170152 [SDGT] 08-29-02

GULF OFFICE ASSOC. PER LO SVILUPPO COMM. IND. E TURIS. FRA GLI STATI ARABI DEL GOLFO E LA SVIZZERA (n.k.a. MIGA-MALAYSIAN SWISS, GULF AND AFRICAN CHAMBER), Via Maggio 21, 6900 Lugano TI, Switzerland [SDGT] 08-29-02

HALHUL GANG (a.k.a. POPULAR FRONT FOR THE LIBERATION OF PALESTINE; a.k.a. HALHUL SQUAD; a.k.a. MARTYR ABU-ALI MUSTAFA BATTALION; a.k.a. PALESTINIAN POPULAR RESISTANCE FORCES; a.k.a. PFLP; a.k.a. PPRF; a.k.a. RED EAGLE GANG; a.k.a. RED EAGLE GROUP; a.k.a. RED EAGLES) [SDT][FTO] also listed as [SDGT] on 10-31-01

HALHUL SQUAD (a.k.a. POPULAR FRONT FOR THE LIBERATION OF PALESTINE; a.k.a. HALHUL GANG; a.k.a. MARTYR ABU-ALI MUSTAFA BATTALION; a.k.a. PALESTINIAN POPULAR RESISTANCE FORCES; a.k.a. PFLP; a.k.a. PPRF; a.k.a. RED EAGLE GANG; a.k.a. RED EAGLE GROUP; a.k.a. RED EAGLES) [SDT][FTO] also listed as [SDGT] on 10-31-01

HALU MESRU SAVUNMA KUVVETI (HSK) (a.k.a. FREEDOM AND DEMOCRACY CONGRESS OF KURDISTAN; a.k.a. KADEK; a.k.a. KONGRA-GEL; a.k.a. KURDISTAN FREEDOM AND DEMOCRACY CONGRESS; a.k.a. KURDISTAN PEOPLE'S CONGRESS (KHK); a.k.a. KURDISTAN WORKERS' PARTY; a.k.a. PARTIYA KARKERAN KURDISTAN; a.k.a. PEOPLE'S CONGRESS OF KURDISTAN; a.k.a. PKK; a.k.a. THE PEOPLE'S DEFENSE FORCE) [FTO] also listed as [SDGT] on 10-31-01 with additional "a.k.a."s on 12-03-02 and 01-12-04

HAMAS (a.k.a. ISLAMIC RESISTANCE MOVEMENT; a.k.a. HARAKAT AL-MUQAWAMA AL-ISLAMIYA; a.k.a. STUDENTS OF AYYASH; a.k.a. STUDENT OF THE ENGINEER; a.k.a. YAHYA AYYASH UNITS; a.k.a. IZZ AL-DIN AL-QASSIM BRIGADES; a.k.a. IZZ AL-DIN AL-QASSIM FORCES; a.k.a. IZZ AL-DIN AL-QASSIM BATTALIONS; a.k.a. IZZ AL-DIN AL QASSIM BRIGADES; a.k.a. IZZ AL-DIN AL QASSIM FORCES; a.k.a. IZZ AL-DIN AL QASSIM BATTALIONS) [SDT] [FTO] also listed as [SDGT] on 10-31-01

HARAKAT AL-MUQAWAMA AL-ISLAMIYA (a.k.a. ISLAMIC RESISTANCE MOVEMENT; a.k.a. HAMAS; a.k.a. STUDENTS OF AYYASH; a.k.a. STUDENTS OF THE ENGINEER; a.k.a. YAHYA AYYASH UNITS; a.k.a. IZZ AL-DIN AL-QASSIM BRIGADES; a.k.a. IZZ AL-DIN AL-QASSIM FORCES; a.k.a. IZZ AL-DIN AL-QASSIM BATTALIONS; a.k.a. IZZ AL-DIN AL QASSIM BRIGADES; a.k.a. IZZ AL-DIN AL QASSIM FORCES; a.k.a. IZZ AL-DIN AL QASSIM BATTALIONS) [SDT] [FTO] also listed as [SDGT] on 10-31-01

HARAKAT UL-ANSAR (a.k.a. AL-FARAN; a.k.a. AL-HADID; a.k.a. AL-HADITH; a.k.a. HARAKAT UL-MUJAHIDEEN; a.k.a. HARAKAT UL-MUJAHIDIN; a.k.a. HUA; a.k.a. HUM; a.k.a. JAMIAT UL-ANSAR) [FTO][SDGT] 09-24-01

HARAKAT UL-MUJAHIDEEN (a.k.a. AL-FARAN; a.k.a. AL-HADID; a.k.a. AL-HADITH; a.k.a. HARAKAT UL-ANSAR; a.k.a. HARAKAT UL-MUJAHIDIN; a.k.a. HUA; a.k.a. HUM; a.k.a. JAMIAT UL-ANSAR) [FTO][SDGT] 09-24-01

HARAKAT UL-MUJAHIDIN (a.k.a. AL-FARAN; a.k.a. AL-HADID; a.k.a. AL-HADITH; a.k.a. HARAKAT UL-MUJAHIDEEN; a.k.a. HARAKAT UL-ANSAR; a.k.a. HUA; a.k.a. HUM; a.k.a. JAMIAT UL-ANSAR) [FTO][SDGT] 09-24-01

HERRI BATASUNA (a.k.a. ASKATASUNA; a.k.a. BASQUE FATHERLAND AND LIBERTY; a.k.a. BATASUNA; a.k.a. EKIN; a.k.a. ETA; a.k.a. EUSKAL HERRITARROK; a.k.a. EUZKADI TA ASKATASUNA; a.k.a. JARRAI-HAIKA-SEGI; a.k.a. K.A.S.; a.k.a. XAKI) [FTO] [SDGT] first listed as SDGT on 10-31-01; new entry on 05-07-03

HEYATUL ULYA, Mogadishu, Somalia [SDGT] 11-07-01

HIMMAT ESTABLISHMENT (a.k.a. AL TAQWA TRADE, PROPERTY AND INDUSTRY; a.k.a. AL TAQWA TRADE, PROPERTY AND INDUSTRY COMPANY LIMITED; a.k.a. AL TAQWA TRADE, PROPERTY AND INDUSTRY ESTABLISHMENT; n.k.a. WALDENBERG, AG), c/o Asat Trust Reg., Altenbach 8, Vaduz 9490, Liechtenstein; Via Posero, 2, 22060 Campione d'Italia, Italy [SDGT] 11-07-01

HIZBALLAH (a.k.a. PARTY OF GOD; a.k.a. ISLAMIC JIHAD; a.k.a. ISLAMIC JIHAD ORGANIZATION; a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION; a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH; a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE; a.k.a. ORGANIZATION OF RIGHT AGAINST WRONG; a.k.a. ANSAR ALLAH; a.k.a. FOLLOWERS OF THE PROPHET MUHAMMED) [SDT] [FTO] also listed as [SDGT] on 10-31-01

HOCHBURG, AG (f.k.a. BA TAQWA FOR COMMERCE AND REAL ESTATE

COMPANY LIMITED), Vaduz, Liechtenstein; formerly c/o Asat Trust reg., Vaduz, Liechtenstein 12-22-03; 08-29-02 [SDGT]

HOLY LAND FOUNDATION FOR RELIEF AND DEVELOPMENT (f.k.a. OCCUPIED LAND FUND), 525 International Parkway, Suite 509, Richardson, Texas 75081, U.S.A.; P.O. Box 832390, Richardson, Texas 75083, U.S.A.; 9250 S. Harlem Avenue, Bridgeview, Illinois, U.S.A.; 345 E. Railway Avenue, Paterson, New Jersey 07503, U.S.A.; 12798 Rancho Penasquitos Blvd., Suite F, San Diego, California 92128 U.S.A.; Hebron, West Bank; Jenin, West Bank; Shurta Street, 'Amira al-Ramuna, 4th Floor, Ramallah, West Bank; Shaykh Radwan, Gaza Strip; and other locations within the United States; U.S. FEIN: 95-4227517 [SDT] [SDGT] 12-04-01; 05-31-02

HOUMAT ED DAAWA ES SALIFIYA (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAAT HOUMAT EDDAAWA ESSALAFIA; a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. EL-AHOUAL BATTALION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE TREND; a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING; a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE ED-DAAWA ES-SALAFIA; a.k.a. HOUMATE EL DA'AWAA ES-SALAFIYYA; a.k.a. KATIBAT EL AHOUAL; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST CALL; a.k.a. PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. SALAFIST CALL PROTECTORS; a.k.a. THE HORROR SQUADRON), Algeria [SDGT] 10-24-03

HOUMAT ED-DAAOUA ES-SALAFIA (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAAT HOUMAT EDDAAWA ESSALAFIA; a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. EL-AHOUAL BATTALION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE TREND; a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING; a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a. HOUMATE ED-DAAWA ES-SALAFIA; a.k.a. HOUMATE EL DA'AWAA ES-SALAFIYYA; a.k.a. KATIBAT EL AHOUAL; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST CALL; a.k.a. PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. SALAFIST CALL PROTECTORS; a.k.a. THE HORROR SQUADRON), Algeria [SDGT] 10-24-03

HOUMATE ED-DAAWA ES-SALAFIA (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAAT HOUMAT EDDAAWA ESSALAFIA; a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. EL-AHOUAL BATTALION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE TREND; a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING; a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE EL DA'AWAA ES-SALAFIYYA; a.k.a. KATIBAT EL AHOUAL; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST CALL; a.k.a. PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. SALAFIST CALL PROTECTORS; a.k.a. THE HORROR SQUADRON), Algeria [SDGT] 10-24-03

HOUMATE EL DA'AWAA ES-SALAFIYYA (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAAT HOUMAT EDDAWA ESSALAFIA; a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. EL-AHOUAL BATTALION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE TREND; a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING; a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE ED-DAAWA ES-SALAFIA; a.k.a. KATIBAT EL AHOUAL; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST CALL; a.k.a. PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. SALAFIST CALL PROTECTORS; a.k.a. THE HORROR SQUADRON), Algeria [SDGT] 10-24-03

HUA (a.k.a. AL-FARAN; a.k.a. AL-HADID; a.k.a. AL-HADITH; a.k.a. HARAKAT UL-MUJAHIDEEN; a.k.a. HARAKAT UL-ANSAR; a.k.a. HARAKAT UL-MUJAHIDIN; a.k.a. HUM; a.k.a. JAMIAT UL-ANSAR) [FTO] [SDGT] 09-24-01

HUM (a.k.a. AL-FARAN; a.k.a. AL-HADID; a.k.a. AL-HADITH; a.k.a. HARAKAT UL-MUJAHIDEEN; a.k.a. HARAKAT UL-ANSAR; a.k.a. HARAKAT UL-MUJAHIDIN; a.k.a. HUA; a.k.a. JAMIAT UL-ANSAR) [FTO] [SDGT] 09-24-01

HUMANITÄRE HILFSORGANISATION FUR PALASTINA (a.k.a. ASP; a.k.a. ASSOCIATION DE SECOURS PALESTINIENS; a.k.a. ASSOCIATION FOR PALESTINIAN AID; a.k.a. ASSOCIATION SECOUR PALESTINIEN; a.k.a. LAJNA AL-IGHATHA AL-FILISTINI; a.k.a. PALESTINE RELIEF COMMITTEE; a.k.a. PALESTINIAN AID COUNCIL; a.k.a. PALESTINIAN AID ORGANIZATION; a.k.a. PALESTINIAN RELIEF SOCIETY; a.k.a. RELIEF ASSOCIATION FOR PALESTINE), c/o Faical Yaakoubi, 7 rue de l'Ancien Port, CH-1201 Geneva, Switzerland; Gartnerstrasse 55, CH-4019 Basel, Switzerland; Postfach 406, CH-4019 Basel, Switzerland [SDGT] 08-21-03

IG (a.k.a. GI; a.k.a. ISLAMIC GROUP; a.k.a. GAMA'A AL-ISLAMIYYA; a.k.a. AL-GAMA'AT; a.k.a. ISLAMIC GAMA'AT; a.k.a. EGYPTIAN AL-GAMA'AT AL-ISLAMIYYA) [SDT] [FTO] also listed as [SDGT] on 10-31-01

IKSIR INTERNATIONAL BANK LIMITED (a.k.a. AKIDA ISLAMIC BANK INTERNATIONAL LIMITED; n.k.a. AKIDA BANK PRIVATE LIMITED), c/o Arthur D. Hanna & Company; 10 Deveaux Street, Nassau, Bahamas; P.O. Box N-4877, Nassau, Bahamas [SDGT] 08-29-02

IMU (a.k.a. ISLAMIC MOVEMENT OF UZBEKISTAN) [FTO] [SDGT] 09-24-01

IN SIRATEL (a.k.a. AL FURQAN; a.k.a. ASSOCIATION FOR CITIZENS RIGHTS AND RESISTANCE TO LIES; a.k.a. ASSOCIATION FOR EDUCATION, CULTURAL, AND TO CREATE SOCIETY - SIRAT; a.k.a. ASSOCIATION FOR EDUCATION, CULTURE AND BUILDING SOCIETY - SIRAT; a.k.a. ASSOCIATION OF CITIZENS FOR THE

SUPPORT OF TRUTH AND SUPPRESSION OF LIES; a.k.a. DZEM'IJETUL FURQAN; a.k.a. DZEMIJETUL FURKAN; a.k.a. DZEMILIJATI FURKAN; a.k.a. ISTIKAMET; a.k.a. SIRAT), Put Mladih Muslimana 30a, 71 000 Sarajevo, Bosnia-Herzegovina; ul. Strossmajerova 72, Zenica, Bosnia-Herzegovina; Muhameda Hadzijahica #42, Sarajevo, Bosnia-Herzegovina [SDGT] 05-06-04

INDUSTRIE GENERALE DE FILATURE ET TISSAGE (a.k.a. INDUSTRIE GENERALE DE TEXTILE; a.k.a. NASCOTEX S.A.), KM 7 Route de Rabat, BP 285, Tangiers, Morocco; KM 7 Route de Rabat, Tangiers, Morocco [SDGT] 08-29-02

INDUSTRIE GENERALE DE TEXTILE (a.k.a. INDUSTRIE GENERALE DE FILATURE ET TISSAGE; a.k.a. NASCOTEX S.A.), KM 7 Route de Rabat, BP 285, Tangiers, Morocco; KM 7 Route de Rabat, Tangiers, Morocco [SDGT] 08-29-02

INTERNATIONAL BATTALION (a.k.a. ISLAMIC PEACEKEEPING INTERNATIONAL BRIGADE; a.k.a. PEACEKEEPING BATTALION; a.k.a. THE INTERNATIONAL BRIGADE; a.k.a. THE ISLAMIC INTERNATIONAL BRIGADE; a.k.a. THE ISLAMIC PEACEKEEPING ARMY; a.k.a. THE ISLAMIC PEACEKEEPING BRIGADE) [SDGT] 02-28-03

INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES (a.k.a. AL QA'IDA; a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW JIHAD; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE JIHAD GROUP; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION; a.k.a. "THE BASE") [SDT] [FTO] [SDGT] 09-24-01

INTERNATIONAL SIKH YOUTH FEDERATION (ISYF) [SDGT] 06-27-02

INTERPAL (a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA; a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA WA AL-TANMIYA; a.k.a. PALESTINE DEVELOPMENT AND RELIEF FUND; a.k.a. PALESTINE RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINE RELIEF FUND; a.k.a. PALESTINIAN AID AND SUPPORT FUND; a.k.a. PALESTINIAN RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINIAN RELIEF FUND; a.k.a. PALESTINE AND LEBANON RELIEF FUND; a.k.a. PRDF; a.k.a. RELIEF AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND OF PALESTINE), P.O. Box 3333, London, NW6 1RW, England; Registered Charity No: 1040094 [SDGT] 08-21-03

IRISH REPUBLICAN PRISONERS WELFARE ASSOCIATION (a.k.a. 32 COUNTY SOVEREIGNTY COMMITTEE; a.k.a. 32 COUNTY SOVEREIGNTY MOVEMENT; a.k.a. REAL IRA; a.k.a. REAL IRISH REPUBLICAN ARMY; a.k.a. REAL OGLAIGH NA HEIREANN; a.k.a. RIRA) [FTO] also listed as [SDGT] on 10-31-01

ISLAMIC ARMY (a.k.a. AL QA'IDA; a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW JIHAD; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE JIHAD GROUP; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION; a.k.a. "THE BASE") [SDT] [FTO] [SDGT] 09-24-01

ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES (a.k.a. AL QA'IDA; a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES; a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW JIHAD; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE JIHAD GROUP; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION; a.k.a. "THE BASE") [SDT] [FTO] [SDGT] 09-24-01

ISLAMIC ARMY OF ADEN [SDGT] 09-24-01

ISLAMIC CALL COMMITTEE (a.k.a. LAJNA ALDAWA ALISALMIAH; a.k.a. LAJNA ALDAWA ALISLAMIA; a.k.a. LAJNA ALDAWA ALISLAMIYA; a.k.a. LAJNAT AL D'AWA AL ISLAMIAK; a.k.a. LAJNAT AL DAAWA AL ISLAMIYA; a.k.a. LAJNAT AL DAAWA AL ISLAMIYYA; a.k.a. LAJNAT AL DAWA; a.k.a. LAJNAT AL DAWA AL ISLAMIA; a.k.a. LAJNAT ALDAWA AL ISLAMIAH; a.k.a. LAJNAT ALDAWA ALISLAMIA), Kuwait [SDGT] 01-09-03

ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA (a.k.a. AL-AQSA (ASBL); a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FOREINGENAL-AQSA; a.k.a. MU'ASAAL-AQSA AL-KHAYRIYY; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), BD Leopold II 71, 1080 Brussels, Belgium [SDGT] 05-29-03

ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA (a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappelstrasse 36, D-52066, Aachen, Germany [SDGT] 05-29-03

ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan [SDGT] 05-29-03

ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.) [SDGT] 05-29-03

ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa [SDGT] 05-29-03

ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Nobelvagen 79 NB, 21433 Malmo, Sweden; Noblev 79 NB, 21433 Malmo, Sweden [SDGT] 05-29-03

ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA (a.k.a. AQSSA SOCIETY YEMEN; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San'a, Yemen [SDGT] 05-29-03

ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA (a.k.a. FORENINGEN AL-AQSA; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a.

AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark [SDGT] 05-29-03

ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA (a.k.a. STICHTING AL-AQSA; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 E, 03022 TH, Rotterdam, Holland; Gerrit V/D Lindestraat 103 A, 3022 TH, Rotterdam, Holland [SDGT] 05-29-03

ISLAMIC GAMA'AT (a.k.a. GI; a.k.a. ISLAMIC GROUP; a.k.a. IG; a.k.a. AL-GAMA'AT; a.k.a. GAMA'A AL-ISLAMIYYA; a.k.a. EGYPTIAN AL-GAMA'AT AL-ISLAMIYYA) [SDT][FTO] also listed as [SDGT] on 10-31-01

ISLAMIC GROUP (a.k.a. EGYPTIAN AL-GAMA'AT AL-ISLAMIYYA; a.k.a. GI; a.k.a. IG; a.k.a. AL-GAMA'AT; a.k.a. ISLAMIC GAMA'AT; a.k.a. GAMA'A AL-ISLAMIYYA) [SDT][FTO] also listed as [SDGT] on 10-31-01

ISLAMIC JIHAD (a.k.a. PARTY OF GOD; a.k.a. HIZBALLAH; a.k.a. ISLAMIC JIHAD ORGANIZATION; a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION; a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH; a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE; a.k.a. ORGANIZATION OF RIGHT AGAINST WRONG; a.k.a. ANSAR ALLAH; a.k.a. FOLLOWERS OF THE PROPHET MUHAMMED) [SDT] [FTO] also listed as [SDGT] on 10-31-01

ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE (a.k.a. PARTY OF GOD; a.k.a. ISLAMIC JIHAD; a.k.a. ISLAMIC JIHAD ORGANIZATION; a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION; a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH; a.k.a. HIZBALLAH; a.k.a. ORGANIZATION OF RIGHT AGAINST WRONG; a.k.a. ANSAR ALLAH; a.k.a. FOLLOWERS OF THE PROPHET MUHAMMED) [SDT] [FTO] also listed as [SDGT] on 10-31-01

ISLAMIC JIHAD IN PALESTINE (a.k.a. PALESTINE ISLAMIC JIHAD -SHAQAQI FACTION; a.k.a. ABU GHUNAYM SQUAD OF THE HIZBALLAH BAYT AL-MAQDIS; a.k.a. AL-AWDAH BRIGADES; a.k.a. AL-QUDS BRIGADES; a.k.a. AL-QUDS SQUADS; a.k.a. ISLAMIC JIHAD OF PALESTINE; a.k.a. PALESTINIAN ISLAMIC JIHAD; a.k.a. PIJ; a.k.a. PIJ-SHALLAH FACTION; a.k.a. PIJ-SHAQAQI FACTION; a.k.a. SAYARA AL-QUDS) [SDT] [FTO] also listed as [SDGT] on 10-31-01

ISLAMIC JIHAD OF PALESTINE (a.k.a. PALESTINE ISLAMIC JIHAD -SHAQAQI FACTION; a.k.a. ABU GHUNAYM SQUAD OF THE HIZBALLAH BAYT AL-MAQDIS; a.k.a. AL-AWDAH BRIGADES; a.k.a. AL-QUDS BRIGADES; a.k.a. AL-QUDS SQUADS; a.k.a. ISLAMIC JIHAD IN PALESTINE; a.k.a. PALESTINIAN ISLAMIC JIHAD; a.k.a. PIJ; a.k.a. PIJ-SHALLAH FACTION; a.k.a. PIJ-SHAQAQI FACTION; a.k.a. SAYARA AL-QUDS) [SDT] [FTO] also listed as [SDGT] on 10-31-01

ISLAMIC JIHAD ORGANIZATION (a.k.a. PARTY OF GOD; a.k.a. HIZBALLAH; a.k.a. ISLAMIC JIHAD; a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION; a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH; a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE; a.k.a. ORGANIZATION OF RIGHT AGAINST WRONG; a.k.a. ANSAR ALLAH; a.k.a. FOLLOWERS OF THE PROPHET MUHAMMED) [SDT] [FTO] also listed as [SDGT] on 10-31-01

ISLAMIC MOVEMENT OF TALIBAN (a.k.a. TAHRIKE ISLAMI'A TALIBAN; a.k.a. TALEBAN; a.k.a. TALIBAN; a.k.a. TALIBAN ISLAMIC MOVEMENT; a.k.a. TALIBANO ISLAMI TAHRIK), Afghanistan [TALIBAN] also listed as [SDGT] on 07-03-02

ISLAMIC MOVEMENT OF UZBEKISTAN (a.k.a. IMU) [FTO] [SDGT] 9-24-01

ISLAMIC PEACEKEEPING INTERNATIONAL BRIGADE (a.k.a. INTERNATIONAL BATTALION; a.k.a. ; a.k.a. PEACEKEEPING BATTALION; a.k.a. THE INTERNATIONAL BRIGADE; a.k.a. THE ISLAMIC INTERNATIONAL BRIGADE; a.k.a. THE ISLAMIC PEACEKEEPING ARMY; a.k.a. THE ISLAMIC PEACEKEEPING BRIGADE) [SDGT] 02-28-03

ISLAMIC REGIMENT OF SPECIAL MEANING (a.k.a. THE AL-JIHAD-FISI-SABILILAH SPECIAL ISLAMIC REGIMENT; a.k.a. THE ISLAMIC SPECIAL PURPOSE REGIMENT; a.k.a. THE SPECIAL PURPOSE ISLAMIC REGIMENT) [SDGT] 02-28-03

ISLAMIC RESISTANCE MOVEMENT (a.k.a. HAMAS; a.k.a. HARAKAT AL-MUQAWAMA AL-ISLAMIYA; a.k.a. STUDENTS OF AYYASH; a.k.a. STUDENTS OF THE ENGINEER; a.k.a. YAHYA AYYASH UNITS; a.k.a. IZZ AL-DIN AL-QASSIM BRIGADES; a.k.a. IZZ AL-DIN AL-QASSIM FORCES; a.k.a. IZZ AL-DIN AL-QASSIM BATTALIONS; a.k.a. IZZ AL-DIN AL QASSAM BRIGADES; a.k.a. IZZ AL-DIN AL QASSAM FORCES; a.k.a. IZZ AL-DIN AL QASSAM BATTALIONS) [SDT][FTO] also listed as [SDGT] on 10-31-01

ISLAMIC SALVATION FOUNDATION (a.k.a. AL QA'IDA; a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a.

ISLAMIC ARMY; a.k.a. NEW JIHAD; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE JIHAD GROUP; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION; a.k.a. "THE BASE") [SDT] [FTO] [SDGT] 09-24-01

ISTIKAMET (a.k.a. AL FURQAN; a.k.a. ASSOCIATION FOR CITIZENS RIGHTS AND RESISTANCE TO LIES; a.k.a. ASSOCIATION FOR EDUCATION, CULTURAL, AND TO CREATE SOCIETY - SIRAT; a.k.a. ASSOCIATION FOR EDUCATION, CULTURE AND BUILDING SOCIETY - SIRAT; a.k.a. ASSOCIATION OF CITIZENS FOR THE SUPPORT OF TRUTH AND SUPPRESSION OF LIES; a.k.a. DZEMIJJETUL FURQAN; a.k.a. DZEMIJETUL FURKAN; a.k.a. DZEMILIJATI FURKAN; a.k.a. IN SIRATEL; a.k.a. SIRAT), Put Mladih Muslimana 30a, 71 000 Sarajevo, Bosnia-Herzegovina; ul. Strossmajerova 72, Zenica, Bosnia-Herzegovina; Muhameda Hadzijahica #42, Sarajevo, Bosnia-Herzegovina [SDGT] 05-06-04

IZZ AL-DIN AL QASSAM BATTALIONS (a.k.a. ISLAMIC RESISTANCE MOVEMENT; a.k.a. HARAKAT AL-MUQAWAMA AL-ISLAMIYA; a.k.a. STUDENTS OF AYYASH; a.k.a. STUDENTS OF THE ENGINEER; a.k.a. YAHYA AYYASH UNITS; a.k.a. IZZ AL-DIN AL-QASSIM BRIGADES; a.k.a. IZZ AL-DIN AL-QASSIM FORCES; a.k.a. IZZ AL-DIN AL-QASSM BATTALIONS; a.k.a. IZZ AL-DIN AL QASSAM BRIGADES; a.k.a. IZZ AL-DIN AL QASSAM FORCES; a.k.a. HAMAS) [SDT] [FTO] also listed as [SDGT] on 10-31-01

IZZ AL-DIN AL-QASSIM BRIGADES (a.k.a. ISLAMIC RESISTANCE MOVEMENT; a.k.a. HARAKAT AL-MUQAWAMA AL-ISLAMIYA; a.k.a. STUDENTS OF AYYASH; a.k.a. STUDENTS OF THE ENGINEER; a.k.a. YAHYA AYYASH UNITS; a.k.a. IZZ AL-DIN AL-QASSIM BRIGADES; a.k.a. IZZ AL-DIN AL-QASSIM FORCES; a.k.a. IZZ AL-DIN AL-QASSIM BATTALIONS; a.k.a. IZZ AL-DIN AL QASSAM BRIGADES; a.k.a. IZZ AL-DIN AL QASSAM FORCES; a.k.a. IZZ AL-DIN AL QASSAM BATTALIONS) [SDT] [FTO] also listed as [SDGT] on 10-31-01

IZZ AL-DIN AL QASSAM FORCES (a.k.a. ISLAMIC RESISTANCE MOVEMENT; a.k.a. HARAKAT AL-MUQAWAMA AL-ISLAMIYA; a.k.a. STUDENTS OF AYYASH; a.k.a. STUDENTS OF THE ENGINEER; a.k.a. YAHYA A YYASH UNITS; a.k.a. IZZ AL-DIN AL-QASSIM BRIGADES; a.k.a. IZZ AL-DIN AL-QASSIM FORCES; a.k.a. IZZ AL-DIN AL QASSAM BATTALIONS; a.k.a. IZZ AL-DIN AL QASSAM BRIGADES; a.k.a. IZZ AL-DIN AL QASSAM FORCES; a.k.a. IZZ AL-DIN AL QASSAM BATTALIONS) [SDT] [FTO] also listed as [SDGT] on 10-31-01

IZZ AL-DIN AL-QASSIM BATTALIONS (a.k.a. ISLAMIC RESISTANCE MOVEMENT; a.k.a. HARAKAT AL-MUQAWAMA AL-ISLAMIYA; a.k.a. STUDENTS OF AYYASH; a.k.a. STUDENTS OF THE ENGINEER; a.k.a. YAHYA AYYASH UNITS; a.k.a. IZZ AL-DIN AL-QASSIM BRIGADES; a.k.a. IZZ AL-DIN AL-QASSIM FORCES; a.k.a. HAMAS; a.k.a. IZZ AL DIN AL QASSAM BRIGADES; a.k.a. IZZ AL-DIN AL QASSAM FORCES; a.k.a. IZZ AL-DIN AL QASSAM BATTALIONS) [SDT] [FTO] also listed as [SDGT] on 10-31-01

IZZ AL-DIN AL-QASSIM BRIGADES (a.k.a. ISLAMIC RESISTANCE MOVEMENT; a.k.a. HARAKAT AL-MUQAWAMA AL-ISLAMIYA; a.k.a. STUDENTS OF AYYASH; a.k.a. STUDENTS OF THE ENGINEER; a.k.a. YAHYA AYYASH UNITS; a.k.a. HAMAS; a.k.a. IZZ AL-DIN AL-QASSIM FORCES; a.k.a. IZZ AL-DIN AL QASSAM BATTALIONS; a.k.a. IZZ AL-DIN AL QASSAM BRIGADES; a.k.a. IZZ AL-DIN AL QASSAM FORCES; a.k.a. IZZ AL-DIN AL QASSAM BATTALIONS) [SDT] [FTO] also listed as [SDGT] on 10-31-01

IZZ AL-DIN AL-QASSIM FORCES (a.k.a. ISLAMIC RESISTANCE MOVEMENT; a.k.a. HARAKAT AL-MUQAWAMA AL-ISLAMIYA; a.k.a. STUDENTS OF AYYASH; a.k.a. STUDENTS OF THE ENGINEER; a.k.a. YAHYA A YYASH UNITS; a.k.a. IZZ AL-DIN AL-QASSIM BRIGADES; a.k.a. HAMAS; a.k.a. IZZ AL-DIN AL-QASSIM BATTAL-IONS; a.k.a. IZZ AL DIN AL QASSAM BRIGADES; a.k.a. IZZ AL-DIN AL QASSAM FORCES; a.k.a. IZZ AL-DIN AL QASSAM BATTALIONS) [SDT] [FTO] also listed as [SDGT] on 10-31-01

JA'MIA SANBLE LLAGHATHA WA ALTINMIA (a.k.a. AL SANABIL; a.k.a. AL-SANBAL; a.k.a. ASANABIL; a.k.a. JAMI'A SANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. SANABAL; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANIBAL; a.k.a. SANNABIL; a.k.a. SANNIBIL; a.k.a. SINABUL), Sidon, Lebanon [SDGT] 08-21-03

JAISH ANSAR AL-SUNNA (a.k.a. ANSAR AL-ISLAM; a.k.a. ANSAR AL-SUNNA; a.k.a. ANSAR AL-SUNNA ARMY; a.k.a. "DEVOTEES OF ISLAM"; a.k.a. "FOLLOW-ERS OF ISLAM IN KURDISTAN"; a.k.a. "HELPERS OF ISLAM"; a.k.a. JUND AL-ISLAM; a.k.a. "KURDISTAN SUPPORTERS OF ISLAM"; a.k.a. "KURDISH TALIBAN"; a.k.a. "PARTISANS OF ISLAM"; a.k.a. "SOLDIERS OF GOD"; a.k.a. "SOLDIERS OF ISLAM"; a.k.a. "SUPPORTERS OF ISLAM IN KURDISTAN"), Iraq originally listed as [SDGT] on 02-20-03; new entry and also listed as [FTO] on 03-22-04

JAISH-E-MOHAMMED (a.k.a. ARMY OF MOHAMMED; a.k.a. JAISH-I-MOHAMMED; a.k.a. KHUDAMUL ISLAM; a.k.a. KHUDDAM-UL-ISLAM; a.k.a. KUDDAM E ISLAMI; a.k.a. MOHAMMED'S ARMY; a.k.a. TEHRIK UL-FURQAAN), Pakistan [FTO] [SDGT] 12-23-03; 10-21-01

JAISH-I-MOHAMMED (a.k.a. ARMY OF MOHAMMED; a.k.a. JAISH-E-MOHAMMED; a.k.a. KHUDAMUL ISLAM; a.k.a. KHUDDAM-UL-ISLAM; a.k.a. KUDDAM E ISLAMI; a.k.a. MOHAMMED'S ARMY; a.k.a. TEHRIK UL-FURQAAN), Pakistan [FTO] [SDGT] 10-21-01; 12-23-03

JAM'IYAT AL TA'AWUN AL ISLAMIYYA (a.k.a. JAM'YAH TA'AWUN AL-ISLAMIA; a.k.a. JIT; a.k.a. SOCIETY OF ISLAMIC COOPERATION), Qandahar City, Afghani-stan [SDGT] 10-12-01

JAM'YAH TA'AWUN AL-ISLAMIA (a.k.a. JAM'IYAT AL TA'AWUN AL ISLAMIYYA; a.k.a. JIT; a.k.a. SOCIETY OF ISLAMIC COOPERATION), Qandahar City, Afghani-stan [SDGT] 10-12-01

JAMA'A COMBATTANTE TUNISIEN (a.k.a. GCT; a.k.a. GROUPE COMBATTANT TUNISIEN; a.k.a. JCT; a.k.a. TUNISIAN COMBAT GROUP; a.k.a. TUNISIAN COMBATANT GROUP) [SDGT] 10-10-02

JAMI'A SANABIL (a.k.a. AL-SANBAL; a.k.a. AL-SANBAL; a.k.a. ASANABIL; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. SANABAL; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOP-MENT; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANIBAL; a.k.a. SANNABIL; a.k.a. SANNIBIL; a.k.a. SINABUL), Sidon, Lebanon [SDGT] 08-21-03

JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ (a.k.a. AL SANABIL; a.k.a. AL-SANBAL; a.k.a. ASANABIL; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA; a.k.a. JAMI'A SANABIL; a.k.a. SANABAL; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOP-MENT; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANIBAL; a.k.a. SANNABIL; a.k.a. SANNIBIL; a.k.a. SINABUL), Sidon, Lebanon [SDGT] 08-21-03

JAMIA IHYA UL TURATH (a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY (RIHS); a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT) Pakistan office; Afghanistan office; (office in Kuwait is NOT designated) [SDGT] 01-09-02

JAMIAT AYAT-UR-RHAS AL ISLAMIA (a.k.a. AFGHAN SUPPORT COMMITTEE (ASC); a.k.a. AHYA UL TURAS; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA) Grand Trunk Road, near Pushtoon Garhi Pabbi, Peshawar, Pakistan; Cheprahar Hadda, Mia Omar Sabaqah School, Jalalabad, Afghanistan [SDGT] 01-09-02

JAMIAT IHIA AL-TURATH AL-ISLAMIYA (a.k.a. JAMIA IHYA UL TURATH; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY (RIHS); a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT) Pakistan office; Afghanistan office; (office in Kuwait is NOT designated) [SDGT] 01-09-02

JAMIAT IHYA UL TURATH AL ISLAMIA (a.k.a. AFGHAN SUPPORT COMMITTEE (ASC); a.k.a. AHYA UL TURAS; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. LAJNAT UL MASA EIDATUL AFGHANIA) Grand Trunk Road, near Pushtoon Garhi Pabbi, Peshawar, Pakistan; Cheprahar Hadda, Mia Omar Sabaqah School, Jalalabad, Afghanistan [SDGT] 01-09-02

JAMIAT UL-ANSAR (a.k.a. AL-FARAN; a.k.a. AL-HADID; a.k.a. AL-HADITH; a.k.a. HARAKAT UL-ANSAR; a.k.a. HARAKAT UL-MUJAHIDEEN; a.k.a. HARAKAT UL-MUJAHIDIN; a.k.a. HUA; a.k.a. HUM) [FTO] [SDGT] 09-24-01; new entry on 10-02-03/10-10-03

JARRAI-HAIKA-SEGI (a.k.a. ASKATASUNA; a.k.a. BASQUE FATHERLAND AND LIBERTY; a.k.a. BATASUNA; a.k.a. EKIN; a.k.a. ETA; a.k.a. EUSKAL HERRITARROK; a.k.a. EUZKADI TA ASKATASUNA; a.k.a. HERRI BATASUNA; a.k.a. K.A.S.; a.k.a. XAKI) [FTO] [SDGT] first listed as SDGT on 10-31-01; new entry on 10-02-03/10-10-03

JCT (a.k.a. GCT; a.k.a. GROUPE COMBATTANT TUNISIEN; a.k.a. JAMA'A COMBATTANTE TUNISIEN; a.k.a. TUNISIAN COMBAT GROUP; a.k.a. TUNISIAN COMBATANT GROUP) [SDGT] 10-10-02

JEMA'A ISLAMIYA (a.k.a. JEMA'A ISLAMIYYA; a.k.a. JEMA'A ISLAMIYYAH; a.k.a. JEMA'AH ISLAMIYAH; a.k.a. JEMA'AH ISLAMIYYAH; a.k.a. JEMAA ISLAMIYA; a.k.a. JEMAA ISLAMIYAH (JI); a.k.a. JEMAA ISLAMIYYA; a.k.a. JEMAA ISLAMIYYAH; a.k.a. JEMAAH ISLAMIAH; a.k.a. JEMAAH ISLAMIYAH; a.k.a. JEMAAH ISLAMIYYAH); founded by Abdullah Sungkar [FTO] [SDGT] 10-23-02

JEMA'A ISLAMIYYA (a.k.a. JEMA'A ISLAMIYA; a.k.a. JEMA'A ISLAMIYYAH; a.k.a. JEMA'AH ISLAMIYAH; a.k.a. JEMA'AH ISLAMIYYAH; a.k.a. JEMAA ISLAMIYA; a.k.a. JEMAA ISLAMIYAH (JI); a.k.a. JEMAA ISLAMIYYA; a.k.a. JEMAA ISLAMIYYAH; a.k.a. JEMAAH ISLAMIAH; a.k.a. JEMAAH ISLAMIYAH; a.k.a. JEMAAH ISLAMIYYAH); founded by Abdullah Sungkar [FTO] [SDGT] 10-23-02

JEMA'A ISLAMIYYAH (a.k.a. JEMA'A ISLAMIYAH; a.k.a. JEMA'A ISLAMIYYA; a.k.a. JEMA'AH ISLAMIYAH; a.k.a. JEMA'AH ISLAMIYYAH; a.k.a. JEMAA ISLAMIYA; a.k.a. JEMAA ISLAMIYAH (JI); a.k.a. JEMAA ISLAMIYYA; a.k.a. JEMAA ISLAMIYYAH; a.k.a. JEMAAH ISLAMIAH; a.k.a. JEMAAH ISLAMIYAH; a.k.a. JEMAAH ISLAMIYYAH); founded by Abdullah Sungkar [FTO] [SDGT] 10-23-02

JEMA'AH ISLAMIYAH (a.k.a. JEMA'A ISLAMIYAH; a.k.a. JEMA'A ISLAMIYYA; a.k.a. JEMA'A ISLAMIYYAH; a.k.a. JEMA'AH ISLAMIYYAH; a.k.a. JEMAA ISLAMIYA; a.k.a. JEMAA ISLAMIYAH (JI); a.k.a. JEMAA ISLAMIYYA; a.k.a. JEMAA ISLAMIYYAH; a.k.a. JEMAAH ISLAMIAH; a.k.a. JEMAAH ISLAMIYAH; a.k.a. JEMAAH ISLAMIYYAH); founded by Abdullah Sungkar [FTO] [SDGT] 10-23-02

JEMA'AH ISLAMIYYAH (a.k.a. JEMA'A ISLAMIYAH; a.k.a. JEMA'A ISLAMIYYA; a.k.a. JEMA'A ISLAMIYYAH; a.k.a. JEMA'AH ISLAMIYAH; a.k.a. JEMAA ISLAMIYA; a.k.a. JEMAA ISLAMIYAH (JI); a.k.a. JEMAA ISLAMIYYA; a.k.a. JEMAA ISLAMIYYAH;

a.k.a. JEMAAH ISLAMIAH; a.k.a. JEMAAH ISLAMIYAH; a.k.a. JEMAAH ISLAMIYYAH); founded by Abdullah Sungkar [FTO][SDGT] 10-23-02

JEMAA ISLAMIYA (a.k.a. JEMA'A ISLAMIYAH; a.k.a. JEMA'A ISLAMIYYA; a.k.a. JEMA'A ISLAMIYYAH; a.k.a. JEMA'AH ISLAMIYAH; a.k.a. JEMA'AH ISLAMIYYAH; a.k.a. JEMAA ISLAMIYAH (JI), a.k.a. JEMAA ISLAMIYYA; a.k.a. JEMAA ISLAMIYYAH; a.k.a. JEMAAH ISLAMIAH; a.k.a. JEMAAH ISLAMIYAH; a.k.a. JEMAAH ISLAMIYYAH); founded by Abdullah Sungkar [FTO][SDGT] 10-23-02

JEMAA ISLAMIYAH (JI) (a.k.a. JEMA'A ISLAMIYAH; a.k.a. JEMA'A ISLAMIYYA; a.k.a. JEMA'A ISLAMIYYAH; a.k.a. JEMA'AH ISLAMIYAH; a.k.a. JEMA'AH ISLAMIYYAH; a.k.a. JEMAA ISLAMIYA; a.k.a. JEMAA ISLAMIYYA; a.k.a. JEMAA ISLAMIYYAH; a.k.a. JEMAAH ISLAMIAH; a.k.a. JEMAAH ISLAMIYAH; a.k.a. JEMAAH ISLAMIYYAH); founded by Abdullah Sungkar [FTO][SDGT] 10-23-02

JEMAA ISLAMIYYA (a.k.a. JEMA'A ISLAMIYAH; a.k.a. JEMA'A ISLAMIYYA; a.k.a. JEMA'A ISLAMIYYAH; a.k.a. JEMA'AH ISLAMIYAH; a.k.a. JEMA'AH ISLAMIYYAH; a.k.a. JEMAA ISLAMIYA; a.k.a. JEMAA ISLAMIYAH (JI); a.k.a. JEMAA ISLAMIYYAH; a.k.a. JEMAAH ISLAMIAH; a.k.a. JEMAAH ISLAMIYAH; a.k.a. JEMAAH ISLAMIYYAH); founded by Abdullah Sungkar [FTO][SDGT] 10-23-02

JEMAA ISLAMIYYAH (a.k.a. JEMA'A ISLAMIYAH; a.k.a. JEMA'A ISLAMIYYA; a.k.a. JEMA'A ISLAMIYYAH; a.k.a. JEMA'AH ISLAMIYAH; a.k.a. JEMA'AH ISLAMIYYAH; a.k.a. JEMAA ISLAMIYA; a.k.a. JEMAA ISLAMIYAH (JI); a.k.a. JEMAA ISLAMIYYA; a.k.a. JEMAAH ISLAMIAH; a.k.a. JEMAAH ISLAMIYAH; a.k.a. JEMAAH ISLAMIYYAH); founded by Abdullah Sungkar [FTO][SDGT] 10-23-02

JEMAAH ISLAMIAH (a.k.a. JEMA'A ISLAMIYAH; a.k.a. JEMA'A ISLAMIYYA; a.k.a. JEMA'A ISLAMIYYAH; a.k.a. JEMA'AH ISLAMIYAH; a.k.a. JEMA'AH ISLAMIYYAH; a.k.a. JEMAA ISLAMIYA; a.k.a. JEMAA ISLAMIYAH (JI); a.k.a. JEMAA ISLAMIYYA; a.k.a. JEMAA ISLAMIYYAH; a.k.a. JEMAAH ISLAMIYAH; a.k.a. JEMAAH ISLAMIYYAH); founded by Abdullah Sungkar [FTO][SDGT] 10-23-02

JEMAAH ISLAMIYAH (a.k.a. JEMA'A ISLAMIYAH; a.k.a. JEMA'A ISLAMIYYA; a.k.a. JEMA'A ISLAMIYYAH; a.k.a. JEMA'AH ISLAMIYAH; a.k.a. JEMA'AH ISLAMIYYAH; a.k.a. JEMAA ISLAMIYA; a.k.a. JEMAA ISLAMIYAH (JI); a.k.a. JEMAA ISLAMIYYA; a.k.a. JEMAA ISLAMIYYAH; a.k.a. JEMAAH ISLAMIAH; a.k.a. JEMAAH ISLAMIYYAH); founded by Abdullah Sungkar [FTO][SDGT] 10-23-02

JEMAAH ISLAMIYYAH (a.k.a. JEMA'A ISLAMIYAH; a.k.a. JEMA'A ISLAMIYYA; a.k.a. JEMA'A ISLAMIYYAH; a.k.a. JEMA'AH ISLAMIYAH; a.k.a. JEMA'AH ISLAMIYYAH; a.k.a. JEMAA ISLAMIYA; a.k.a. JEMAA ISLAMIYAH (JI); a.k.a. JEMAA ISLAMIYYA; a.k.a. JEMAA ISLAMIYYAH; a.k.a. JEMAAH ISLAMIAH; a.k.a. JEMAAH ISLAMIYAH); founded by Abdullah Sungkar [FTO][SDGT] 10-23-02

JEWISH LEGION (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.NET; a.k.a. KAHANE.ORG; a.k.a. KAHANE; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT][FTO] also listed as [SDGT] on 10-31-01; new entry on 10-02-03/10-10-03

JIHAD GROUP (a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. NEW JIHAD) [SDT] [FTO] [SDGT] 09-24-01

JIT (a.k.a. JAM'IYATAL TA'AWUN AL ISLAMIYYA; a.k.a. JAM'YAH TA'AWUN AL-ISLAMIA; a.k.a. SOCIETY OF ISLAMIC COOPERATION), Qandahar City, Afghanistan [SDGT] 10-12-01

JUDEA POLICE (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.NET; a.k.a. KAHANE.ORG; a.k.a. KAHANE; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT][FTO] also listed as [SDGT] on 10-31-01

JUDEAN CONGRESS (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA;

a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.NET; a.k.a. KAHANE.ORG; a.k.a. KAHANE; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT][FTO] also listed as [SDGT] on 10-31-01; new entry on 10-02-03/10-10-03

JUND AL-ISLAM (a.k.a. ANSAR AL-ISLAM; a.k.a. ANSAR AL-SUNNA; a.k.a. ANSAR AL-SUNNA ARMY; a.k.a. "DEVOTEES OF ISLAM"; a.k.a. "FOLLOWERS OF ISLAM IN KURDISTAN"; a.k.a. "HELPERS OF ISLAM"; a.k.a. JAISH ANSAR AL-SUNNA; a.k.a. "KURDISTAN SUPPORTERS OF ISLAM"; a.k.a. "KURDISH TALIBAN"; a.k.a. "PARTISANS OF ISLAM"; a.k.a. "SOLDIERS OF GOD"; a.k.a. "SOLDIERS OF ISLAM"; a.k.a. "SUPPORTERS OF ISLAM IN KURDISTAN"), Iraq [SDGT] 02-20-03; also listed as [FTO] on 03-22-04

JUNE 78 (a.k.a. ELA; a.k.a. EPANASTATIKOS LAIKOS AGONAS; a.k.a. LIBERATION STRUGGLE; a.k.a. EPANASTATIKI PIRINES; a.k.a. ORGANIZATION OF REVOLUTIONARY INTERNATIONALIST SOLIDARITY; a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. REVOLUTIONARY CELLS; a.k.a. REVOLUTIONARY NUCLEI; a.k.a. REVOLUTIONARY PEOPLE'S STRUGGLE; a.k.a. REVOLUTIONARY POPULAR STRUGGLE) [FTO] also listed as [SDGT] on 10-31-01

K.A.S. (a.k.a. ASKATASUNA; a.k.a. BASQUE FATHERLAND AND LIBERTY; a.k.a. BATASUNA; a.k.a. EKIN; a.k.a. ETA; a.k.a. EUSKAL HERRITARROK; a.k.a. EUZKADI TA ASKATASUNA; a.k.a. HERRI BATASUNA; a.k.a. JARRAI-HAIKA-SEGI; a.k.a. XAKI) [FTO][SDGT] first listed as SDGT on 10-31-01; new entry on 10-02-03/10-10-03

KACH (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.NET; a.k.a. KAHANE.ORG; a.k.a. KAHANE; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT][FTO] also listed as [SDGT] on 10-31-01

KADEK (a.k.a. FREEDOM AND DEMOCRACY CONGRESS OF KURDISTAN; a.k.a. HALU MESRU SAVUNMA KUVVETI (HSK); a.k.a. KONGRA-GEL; a.k.a. KURDISTAN FREEDOM AND DEMOCRACY CONGRESS; a.k.a. KURDISTAN PEOPLE'S CONGRESS (KHK); a.k.a. KURDISTAN WORKERS' PARTY; a.k.a. PARTIYA KARKERAN KURDISTAN; a.k.a. PEOPLE'S CONGRESS OF KURDISTAN; a.k.a. PKK; a.k.a. THE PEOPLE'S DEFENSE FORCE) [FTO][SDGT] 12-03-02 with additional "a.k.a."s on 01-12-04

KAHANE (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.NET; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT][FTO] also listed as [SDGT] on 10-31-01; new entry on 10-02-03/10-10-03

KAHANE CHAI (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.NET; a.k.a. KAHANE.ORG; a.k.a. KAHANE; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST

RACISM AND DISCRIMINATION (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT] [FTO] also listed as [SDGT] on 10-31-01

KAHANE LIVES (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVE-MENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.NET; a.k.a. KAHANE.ORG; a.k.a. KAHANE; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT] [FTO] also listed as [SDGT] on 10-31-01

KAHANE TZADAK (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVE-MENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE.NET; a.k.a. KAHANE.ORG; a.k.a. KAHANE; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT] [FTO] also listed as [SDGT] on 10-31-01; new entry on 10-02-03/10-10-03

KAHANE.NET (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.ORG; a.k.a. KAHANE; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT] [FTO] also listed as [SDGT] on 10-31-01; new entry on 10-02-03/10-10-03

KAHANE.ORG (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.NET; a.k.a. KAHANE.ORG; a.k.a. KAHANE; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT] [FTO] also listed as [SDGT] on 10-31-01; new entry on 10-02-03/10-10-03

KAHANETZADAK.COM (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.NET; a.k.a. KAHANE.ORG; a.k.a. KAHANE; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a.

STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT] [FTO] also listed as [SDGT] on 10-31-01; new entry on 10-02-03/10-10-03

KATIBAT EL AHOUAL (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. EL-AHOUAL BATTAL-ION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE TREND; a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING; a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE ED-DAAWA ES-SALAFIA; a.k.a. HOUMATE EL DA'AWAA ES-SALAFIYYA; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST CALL; a.k.a. PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. SALAFIST CALL PROTECTORS; a.k.a. THE HORROR SQUADRON), Algeria [SDGT] 10-24-03

KATIBAT EL AHOUEL (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. EL-AHOUAL BATTAL-ION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE TREND; a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING; a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE ED-DAAWA ES-SALAFIA; a.k.a. HOUMATE EL DA'AWAA ES-SALAFIYYA; a.k.a. KATIBAT EL AHOUAL; a.k.a. PROTECTORS OF THE SALAFIST CALL; a.k.a. PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. SALAFIST CALL PROTECTORS; a.k.a. THE HORROR SQUADRON), Algeria [SDGT] 10-24-03

KFAR TAPUAH FUND (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.NET; a.k.a. KAHANE.ORG; a.k.a. KAHANE; a.k.a. KAHANETZADAK.COM; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT] [FTO] also listed as [SDGT] on 10-31-01

KHUDAMUL ISLAM (a.k.a. ARMY OF MOHAMMED; a.k.a. JAISH-I-MOHAMMED; a.k.a. JAISH-E-MOHAMMED; a.k.a. KHUDDAM-UL-ISLAM; a.k.a. KUDDAM E ISLAMI; a.k.a. MOHAMMED'S ARMY; a.k.a. TEHRIK UL-FURQAAN), Pakistan [FTO] [SDGT] 12-23-03; 10-21-01

KHUDDAM-UL-ISLAM (a.k.a. ARMY OF MOHAMMED; a.k.a. JAISH-I-MOHAMMED; a.k.a. JAISH-E-MOHAMMED; a.k.a. KHUDAMUL ISLAM; a.k.a. KUDDAM E ISLAMI; a.k.a. MOHAMMED'S ARMY; a.k.a. TEHRIK UL-FURQAAN), Pakistan [FTO] [SDGT] 12-23-03; 10-21-01

KOACH (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.NET; a.k.a. KAHANE.ORG; a.k.a. KAHANE; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT] [FTO] also listed as [SDGT] on 10-31-01

KONGRA-GEL (a.k.a. FREEDOM AND DEMOCRACY CONGRESS OF KURDISTAN; a.k.a. HALU MESRU SAVUNMA KUVVETI (HSK); a.k.a. KADEK; a.k.a. KURDISTAN FREEDOM AND DEMOCRACY CONGRESS; a.k.a. KURDISTAN PEOPLE'S CONGRESS (KHK); a.k.a. KURDISTAN WORKERS' PARTY; a.k.a. PARTIYA KARKERAN KURDISTAN; a.k.a. PEOPLE'S CONGRESS OF KURDISTAN; a.k.a. PKK; a.k.a. THE PEOPLE'S DEFENSE FORCE) [FTO] [SDGT] 01-12-04

KUDDAM E ISLAMI (a.k.a. ARMY OF MOHAMMED; a.k.a. JAISH-I-MOHAMMED; a.k.a. JAISH-E-MOHAMMED; a.k.a. KHUDAMUL ISLAM; a.k.a. KHUDDAM-UL-ISLAM; a.k.a. MOHAMMED'S ARMY; a.k.a. TEHRIK UL-FURQAAN), Pakistan [FTO] [SDGT] 12-23-03; 10-21-01

KURDISTAN FREEDOM AND DEMOCRACY CONGRESS (a.k.a. FREEDOM AND DEMOCRACY CONGRESS OF KURDISTAN; a.k.a. HALU MESRU SAVUNMA KUVVETI (HSK); a.k.a. KADEK; a.k.a. KONGRA-GEL; a.k.a. KURDISTAN PEOPLE'S CONGRESS (KHK); a.k.a. KURDISTAN WORKERS' PARTY; a.k.a. PARTIYA KARKERAN KURDISTAN; a.k.a. PEOPLE'S CONGRESS OF KURDISTAN; a.k.a. PKK; a.k.a. THE PEOPLE'S DEFENSE FORCE) [FTO][SDGT] 12-03-02 with additional "a.k.a."s on 01-12-04

KURDISTAN PEOPLE'S CONGRESS (KHK) (a.k.a. FREEDOM AND DEMOCRACY CONGRESS OF KURDISTAN; a.k.a. HALU MESRU SAVUNMA KUVVETI (HSK); a.k.a. KADEK; a.k.a. KONGRA-GEL; a.k.a. KURDISTAN FREEDOM AND DEMOCRACY CONGRESS; a.k.a. KURDISTAN WORKERS' PARTY; a.k.a. PARTIYA KARKERAN KURDISTAN; a.k.a. PEOPLE'S CONGRESS OF KURDISTAN; a.k.a. PKK; a.k.a. THE PEOPLE'S DEFENSE FORCE) [FTO][SDGT] 01-12-04

KURDISTAN WORKERS' PARTY (a.k.a. FREEDOM AND DEMOCRACY CONGRESS OF KURDISTAN; a.k.a. HALU MESRU SAVUNMA KUVVETI (HSK); a.k.a. KADEK; a.k.a. KONGRA-GEL; a.k.a. KURDISTAN FREEDOM AND DEMOCRACY CON-GRESS; a.k.a. KURDISTAN PEOPLE'S CONGRESS (KHK); a.k.a. PARTIYA KARKERAN KURDISTAN; a.k.a. PEOPLE'S CONGRESS OF KURDISTAN; a.k.a. PKK; a.k.a. THE PEOPLE'S DEFENSE FORCE) [FTO] also listed as [SDGT] on 10-31-01 with additional "a.k.a."s on 12-03-02 and 01-12-04

LAJNA AL-IGHATHA AL-FILISTINI (a.k.a. ASP; a.k.a. ASSOCIATION DE SECOURS PALESTINIENS; a.k.a. ASSOCIATION FOR PALESTINIAN AID; a.k.a. ASSOCIA-TION SECOUR PALESTINIEN; a.k.a. HUMANITARE HILFSORGANISATION FUR PALASTINA; a.k.a. PALESTINE RELIEF COMMITTEE; a.k.a. PALESTINIAN AID COUNCIL; a.k.a. PALESTINIAN AID ORGANIZATION; a.k.a. PALESTINIAN RELIEF SOCIETY; a.k.a. RELIEF ASSOCIATION FOR PALESTINE), c/o Faical Yaakoubi, 7 rue de l'Ancien Port, CH-1201 Geneva, Switzerland; Gartnerstrasse 55, CH-4019 Basel, Switzerland; Postfach 406, CH-4019 Basel, Switzerland [SDGT] 08-21-03

LAJNA ALDAWA ALISLAMIAH (a.k.a. ISLAMIC CALL COMMITTEE; a.k.a. LAJNA ALDAWA ALISLAMIA; a.k.a. LAJNA ALDAWA ALISLAMIYA; a.k.a. LAJNAT AL D'AWA AL ISLAMIAK; a.k.a. LAJNAT AL DAAWA AL ISLAMIYA; a.k.a. LAJNAT AL DAAWA AL ISLAMIYYA;  a.k.a. LAJNAT AL DAWA; a.k.a. LAJNAT AL DAWA AL ISLAMIA;  a.k.a. LAJNAT ALDAWA AL ISLAMIAH;  a.k.a.  LAJNAT  ALDAWA ALISLAMIA), Kuwait [SDGT] 01-09-03

LAJNA ALDAWA ALISLAMIA (a.k.a. ISLAMIC CALL COMMITTEE; a.k.a. LAJNA ALDAWA ALISLAMIAH; a.k.a. LAJNA ALDAWA ALISLAMIYA; a.k.a. LAJNAT AL D'AWA AL ISLAMIAK; a.k.a. LAJNAT AL DAAWA AL ISLAMIYA; a.k.a. LAJNAT AL DAAWA AL ISLAMIYYA;  a.k.a. LAJNAT AL DAWA; a.k.a. LAJNAT AL DAWA AL ISLAMIA;  a.k.a. LAJNAT ALDAWA AL ISLAMIAH; a.k.a. LAJNAT ALDAWA ALISLAMIA), Kuwait [SDGT] 01-09-03

LAJNA ALDAWA ALISLAMIYA (a.k.a. ISLAMIC CALL COMMITTEE; a.k.a. LAJNA ALDAWA ALISLAMIAH; a.k.a. LAJNA ALDAWA ALISLAMIA; a.k.a. LAJNAT AL D'AWA AL ISLAMIAK; a.k.a. LAJNAT AL DAAWA AL ISLAMIYA; a.k.a. LAJNAT AL DAAWA AL ISLAMIYYA;  a.k.a. LAJNAT AL DAWA; a.k.a. LAJNAT AL DAWA AL ISLAMIA;  a.k.a. LAJNAT ALDAWA AL ISLAMIAH; a.k.a. LAJNAT ALDAWA ALISLAMIA), Kuwait [SDGT] 01-09-03

LAJNAT AL D'AWA AL ISLAMIAK (a.k.a. ISLAMIC CALL COMMITTEE; a.k.a. LAJNA ALDAWA ALISALMIAH; a.k.a. LAJNA ALDAWA ALISLAMIA; a.k.a. LAJNA ALDAWA ALISLAMIYA; a.k.a. LAJNAT AL DAAWA AL ISLAMIYA; a.k.a. LAJNAT AL DAAWA AL ISLAMIYYA; a.k.a. LAJNAT AL DAWA; a.k.a. LAJNAT AL DAWA AL ISLAMIA; a.k.a. LAJNAT ALDAWA AL ISLAMIAH; a.k.a. LAJNAT ALDAWA ALISLAMIA), Kuwait [SDGT] 01-09-03

LAJNAT AL DAAWA AL ISLAMIYA (a.k.a. ISLAMIC CALL COMMITTEE; a.k.a. LAJNA ALDAWA ALISALMIAH; a.k.a. LAJNA ALDAWA ALISLAMIA; a.k.a. LAJNA ALDAWA ALISLAMIYA; a.k.a. LAJNAT AL D'AWA AL ISLAMIAK; a.k.a. LAJNAT AL DAAWA AL ISLAMIYYA; a.k.a. LAJNAT AL DAWA; a.k.a. LAJNAT AL DAWA AL ISLAMIA; a.k.a. LAJNAT ALDAWA AL ISLAMIAH; a.k.a. LAJNAT ALDAWA ALISLAMIA), Kuwait [SDGT] 01-09-03

LAJNAT AL DAAWA AL ISLAMIYYA (a.k.a. ISLAMIC CALL COMMITTEE; a.k.a. LAJNA ALDAWA ALISALMIAH; a.k.a. LAJNA ALDAWA ALISLAMIA; a.k.a. LAJNA ALDAWA ALISLAMIYA; a.k.a. LAJNAT AL D'AWA AL ISLAMIAK; a.k.a. LAJNAT AL DAAWA AL ISLAMIYA; a.k.a. LAJNAT AL DAWA; a.k.a. LAJNAT AL DAWA AL ISLAMIA; a.k.a. LAJNAT ALDAWA AL ISLAMIAH; a.k.a. LAJNAT ALDAWA ALISLAMIA), Kuwait [SDGT] 01-09-03

LAJNAT AL DAWA (a.k.a. ISLAMIC CALL COMMITTEE; a.k.a. LAJNA ALDAWA ALISALMIAH; a.k.a. LAJNA ALDAWA ALISLAMIA; a.k.a. LAJNA ALDAWA ALISLAMIYA; a.k.a. LAJNAT AL D'AWA AL ISLAMIAK; a.k.a. LAJNAT AL DAAWA AL ISLAMIYA; a.k.a. LAJNAT AL DAAWA AL ISLAMIYYA; a.k.a. LAJNAT AL DAWA AL ISLAMIA; a.k.a. LAJNAT ALDAWA AL ISLAMIAH; a.k.a. LAJNAT ALDAWA ALISLAMIA), Kuwait [SDGT] 01-09-03

LAJNAT AL DAWA AL ISLAMIA (a.k.a. ISLAMIC CALL COMMITTEE; a.k.a. LAJNA ALDAWA ALISALMIAH; a.k.a. LAJNA ALDAWA ALISLAMIA; a.k.a. LAJNA ALDAWA ALISLAMIYA; a.k.a. LAJNAT AL D'AWA AL ISLAMIAK; a.k.a. LAJNAT AL DAAWA AL ISLAMIYA; a.k.a. LAJNAT AL DAAWA AL ISLAMIYYA; a.k.a. LAJNAT AL DAWA; a.k.a. LAJNAT ALDAWA AL ISLAMIAH; a.k.a. LAJNAT ALDAWA ALISLAMIA), Kuwait [SDGT] 01-09-03

LAJNAT ALDAWA ALISLAMIA (a.k.a. ISLAMIC CALL COMMITTEE; a.k.a. LAJNA ALDAWA ALISALMIAH; a.k.a. LAJNA ALDAWA ALISLAMIA; a.k.a. LAJNA ALDAWA ALISLAMIYA; a.k.a. LAJNAT AL D'AWA AL ISLAMIAK; a.k.a. LAJNAT AL DAAWA AL ISLAMIYA; a.k.a. LAJNAT AL DAAWA AL ISLAMIYYA; a.k.a. LAJNAT AL DAWA; a.k.a. LAJNAT AL DAWA AL ISLAMIA; a.k.a. LAJNAT ALDAWA AL ISLAMIAH), Kuwait [SDGT] 01-09-03

LAJNAT ALDAWA ALISLAMIA (a.k.a. ISLAMIC CALL COMMITTEE; a.k.a. LAJNA ALDAWA ALISALMIAH; a.k.a. LAJNA ALDAWA ALISLAMIA; a.k.a. LAJNA ALDAWA ALISLAMIYA; a.k.a. LAJNAT AL D'AWA AL ISLAMIAK; a.k.a. LAJNAT AL DAAWA AL ISLAMIYA; a.k.a. LAJNAT AL DAAWA AL ISLAMIYYA; a.k.a. LAJNAT AL DAWA; a.k.a. LAJNAT AL DAWA AL ISLAMIA; a.k.a. LAJNAT ALDAWA AL ISLAMIAH), Kuwait [SDGT] 01-09-03

LAJNAT UL MASA EID ATUL AFGHANIA (a.k.a. AFGHAN SUPPORT COMMITTEE (ASC); a.k.a. AHYA UL TURAS; a.k.a. JAMIAT AYAT-UR-RHAS AL ISLAMIA; a.k.a. JAMIAT IHYA UL TURATH AL ISLAMIA) Grand Trunk Road, near Pushtoon Garhi Pabbi, Peshawar, Pakistan; Cheprahar Hadda, Mia Omar Sabaqah School, Jalalabad, Afghanistan [SDGT] 01-09-02

LASHKAR E JHANGVI (a.k.a. LASHKAR-I-JHANGVI; a.k.a. LASHKAR I JHANGVI (LJ)) [FTO][SDGT] 01-30-03

LASHKAR E-TAYYIBA (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. LASHKAR E-TOIBA; a.k.a. LASHKAR-I-TAIBA), Pakistan [FTO] 12-20-01; 12-23-03

LASHKAR E-TOIBA (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR-I-TAIBA), Pakistan [FTO][SDGT] 12-20-01; 12-23-03

LASHKAR I JHANGVI (LJ) (a.k.a. LASHKAR E JHANGVI; a.k.a. LASHKAR-I-JHANGVI) [FTO][SDGT] 01-30-03

LASHKAR-I-JHANGVI (a.k.a. LASHKAR E JHANGVI; a.k.a. LASHKAR I JHANGVI (LJ)) [FTO][SDGT] 01-30-03

LASHKAR-I-TAIBA (a.k.a. AL MANSOOREEN; a.k.a. AL MANSOORIAN; a.k.a. ARMY OF THE PURE; a.k.a. ARMY OF THE PURE AND RIGHTEOUS; a.k.a. ARMY OF THE RIGHTEOUS; a.k.a. LASHKAR E-TAYYIBA; a.k.a. LASHKAR E-TOIBA), Pakistan [FTO][SDGT] 12-20-01; 12-23-03

LE GROUPE SALAFISTE POUR LA PREDICATION ET LE COMBAT (a.k.a. SALAFIST GROUP FOR CALL AND COMBAT; a.k.a. SALAFIST GROUP FOR PREACHING AND COMBAT; a.k.a. GSPC) [SDGT] 09-24-01 also listed as [FTO] on 03-27-02

LIBERATION STRUGGLE (a.k.a. ELA; a.k.a. EPANASTATIKI PIRINES; a.k.a. EPANASTATIKOS LAIKOS AGONAS; a.k.a. JUNE 78; a.k.a. ORGANIZATION OF REVOLUTIONARY INTERNATIONALIST SOLIDARITY; a.k.a. POPULAR REVOLU-TIONARY STRUGGLE; a.k.a. REVOLUTIONARY CELLS; a.k.a. REVOLUTIONARY NUCLEI; a.k.a. REVOLUTIONARY PEOPLE'S STRUGGLE; a.k.a. REVOLUTION-ARY POPULAR STRUGGLE) [FTO] also listed as [SDGT] on 10-31-01

LIBERATION TIGERS OF TAMIL EELAM (a.k.a. LTTE; a.k.a. TAMIL TIGERS; a.k.a. ELLALAN FORCE) [FTO] also listed as [SDGT] on 10-31-01

LIBYAN ISLAMIC FIGHTING GROUP [SDGT] 09-24-01

LOYALIST VOLUNTEER FORCE (LVF); United Kingdom [SDGT] 12-31-01

LTTE (a.k.a. LIBERATION TIGERS OF TAMIL EELAM; a.k.a. TAMIL TIGERS; a.k.a. ELLALAN FORCE) [FTO] also listed as [SDGT] on 10-31-01

MAKHTAB AL-KHIDAMAT/AL KIFAH, House no. 125, Street 54, Phase II, Hayatabad, Peshawar, Pakistan [SDGT] 09-24-01

MAMOUN DARKAZANLI IMPORT-EXPORT COMPANY (a.k.a. DARKAZANLI COM-PANY; a.k.a. DARKAZANLI EXPORT-IMPORT SONDERPOSTEN), Uhlenhorsterweg 34 11, Hamburg, Germany [SDGT] 09-24-01

MARTYR ABU-ALI MUSTAFA BATTALION (a.k.a. HALHUL GANG; a.k.a. HALHUL SQUAD; a.k.a. PALESTINIAN POPULAR RESISTANCE FORCES; a.k.a. PFLP; a.k.a. POPULAR FRONT FOR THE LIBERATION OF PALESTINE; a.k.a. PPRF; a.k.a. RED EAGLE GANG; a.k.a. RED EAGLE GROUP; a.k.a. RED EAGLES) [SDT][FTO] also listed as [SDGT] on 10-31-01; new entry on 10-02-03/10-10-03

MEIR'S YOUTH (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVE-MENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.NET; a.k.a. KAHANE.ORG; a.k.a. KAHANE; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT][FTO] also listed as [SDGT] on 10-31-01; new entry on 10-02-03/10-10-03

MEK (a.k.a. MKO; a.k.a. MUJAHEDIN-E KHALQ ORGANIZATION; a.k.a. MUJAHEDIN-E KHALQ; a.k.a. MUSLIM IRANIAN STUDENT'S SOCIETY; a.k.a. NATIONAL

COUNCIL OF RESISTANCE (NCR); a.k.a. NATIONAL COUNCIL OF RESISTANCE OF IRAN; a.k.a. NATIONAL COUNCIL OF RESISTANCE; a.k.a. NCRI; a.k.a. NLA; a.k.a. ORGANIZATION OF THE PEOPLE'S HOLY WARRIORS OF IRAN; a.k.a. PEOPLE'S MUJAHEDIN ORGANIZATION OF IRAN; a.k.a. PMOI; a.k.a. SAZEMAN-E MUJAHEDIN-E KHALQ-E IRAN; a.k.a. THE NATIONAL LIBERATION ARMY OF IRAN), including its U.S. representative offices and all other offices worldwide [FTO] also listed as [SDGT] on 10-31-01

MEZHDUNARODNYJ BLAGOTVORITEL'NYJ FOND (a.k.a. AL BIR AL DAWALIA; a.k.a. BENEVOLENCE INTERNATIONAL FOUNDATION; a.k.a. BIF; a.k.a. BIF-USA), 8820 Mobile Avenue, 1A, Oak Lawn, IL 60453, U.S.A.; P.O. Box 548, Worth, IL 60482, U.S.A.; formerly at 9838 S. Roberts Road, Suite 1W, Palos Hills, IL 60465, U.S.A.; formerly at 20-24 Branford Place, Suite 705, Newark, NJ 07102, U.S.A.; Bashir Safar Ugli 69, Baku, Azerbaijan; 69 Boshir Safaroglu St., Baku, Azerbaijan; Sarajevo, Bosnia-Herzegovina; Zenica, Bosnia-Herzegovina; "last known address," 3 King Street, South Waterloo, Ontario, N2J 3Z6 Canada; "last known address," P.O. Box 1508 Station B, Mississauga, Ontario, L4Y 4G2 Canada; "last known address," 2465 Cawthra Rd., #203, Mississauga, Ontario, L5A 3P2 Canada; Ottawa, Canada; Grozny, Chechnya; 91 Paihonggou, Lanzhou, Gansu, China 730000; Hrvatov 30, 41000, Zagreb, Croatia; Makhachkala, Daghestan; Duisi, Georgia; Tbilisi, Georgia; Nazran, Ingushetia; Burgemeester Kessensingel 40, Maastricht, Netherlands; House 111, First Floor, Street 64, F-10/3, Islamabad, Pakistan; P.O. Box 1055, Peshawar, Pakistan; Azovskaya 6, km. 3, off. 401, Moscow, Russia 113149; Ulitsa Oktyabr'skaya, dom. 89, Moscow, Russia 127521; P.O. Box 1937, Khartoum, Sudan; P.O. Box 7600, Jeddah 21472, Saudi Arabia; P.O. Box 10845, Riyadh 11442, Saudi Arabia; Dushanbe, Tajikistan; United Kingdom; Afghanistan; Bangladesh; Bosnia-Herzegovina; Gaza Strip; Yemen; U.S. FEIN: 36-3823186 [SDGT] 11-19-02

MIGA-MALAYSIAN SWISS, GULF AND AFRICAN CHAMBER (f.k.a. GULF OFFICE ASSOC. PER LO SVILUPPO COMM. IND. E TURIS. FRA GLI STATI ARABI DEL GOLFO E LA SVIZZERA), Via Maggio 21, 6900 Lugano TI, Switzerland [SDGT] 08-29-02

MKO (a.k.a. MEK; a.k.a. MUJAHEDIN-E KHALQ ORGANIZATION; a.k.a. MUJAHEDIN-E KHALQ; a.k.a. MUSLIM IRANIAN STUDENT'S SOCIETY; a.k.a. NATIONAL COUNCIL OF RESISTANCE (NCR); a.k.a. NATIONAL COUNCIL OF RESISTANCE OF IRAN; a.k.a. NATIONAL COUNCIL OF RESISTANCE; a.k.a. NCRI; a.k.a. NLA; a.k.a. ORGANIZATION OF THE PEOPLE'S HOLY WARRIORS OF IRAN; a.k.a. PEOPLE'S MUJAHEDIN ORGANIZATION OF IRAN; a.k.a. PMOI; a.k.a. SAZEMAN-E MUJAHEDIN-E KHALQ-E IRAN; a.k.a. THE NATIONAL LIBERATION ARMY OF IRAN), including its U.S. representative offices and all other offices worldwide [FTO] also listed as [SDGT] on 10-31-01

MOHAMMED'S ARMY (a.k.a. ARMY OF MOHAMMED; a.k.a. JAISH-I-MOHAMMED; a.k.a. JAISH-E-MOHAMMED; a.k.a. KHUDAMUL ISLAM; a.k.a. KHUDDAM-UL-ISLAM; a.k.a. KUDDAM E ISLAMI; a.k.a. TEHRIK UL-FURQAAN), Pakistan [FTO] [SDGT] 10-21-01; 12-23-03

MOROCCAN ISLAMIC COMBATANT GROUP (a.k.a. GICM; a.k.a. GROUPE ISLAMIQUE COMBATTANT MAROCAIN) [SDGT] 11-22-02

MU'ASA AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA (ASBL); a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), BD Leopold II 71, 1080 Brussels, Belgium [SDGT] 05-29-03

MU'ASA AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, D-52066, Aachen, Germany [SDGT] 05-29-03

MU'ASA AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-

AQSA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Nobelvagen 79 NB, 21433 Malmo, Sweden; Noblev 79 NB, 21433 Malmo, Sweden [SDGT] 05-29-03

MU'ASA AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan [SDGT] 05-29-03

MU'ASA AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.) 05-29-03

MU'ASA AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa [SDGT] 05-29-03

MU'ASA AL-AQSA AL-KHAYRIYYA (a.k.a. AQSSA SOCIETY YEMEN; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San'a, Yemen [SDGT] 05-29-03

MU'ASA AL-AQSA AL-KHAYRIYYA (a.k.a. FORENINGEN AL-AQSA; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark [SDGT] 05-29-03

MU'ASA AL-AQSA AL-KHAYRIYYA (a.k.a. STICHTING AL-AQSA; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 E, 03022 TH, Rotterdam, Holland; Gerrit V/D Lindestraat 103 A, 3022 TH, Rotterdam, Holland [SDGT] 05-29-03

MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA (ASBL); a.k.a. AL-

AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA CHARITABLE FOUNDATION, a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), BD Leopold II 71, 1080 Brussels, Belgium [SDGT] 05-29-03

MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, D-52066, Aachen, Germany [SDGT] 05-29-03

MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa [SDGT] 05-29-03

MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.) [SDGT] 05-29-03

MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Nobelvagen 79 NB, 21433 Malmo, Sweden; Noblev 79 NB, 21433 Malmo, Sweden 05-29-03

MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan [SDGT] 05-29-03

MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA (a.k.a. AQSSA SOCIETY YEMEN; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a.

AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San'a, Yemen [SDGT] 05-29-03

MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA (a.k.a. FORENINGEN AL-AQSA; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark [SDGT] 05-29-03

MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA (a.k.a. STICHTING AL-AQSA; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 E, 03022 TH, Rotterdam, Holland; Gerrit V/D Lindestraat 103 A, 3022 TH, Rotterdam, Holland [SDGT] 05-29-03

MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA (a.k.a. AL-HARAMAIN : Kenya Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Daddb, Kenya; Garissa, Kenya; Nairobi, Kenya [SDGT] 01-22-04

MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA (a.k.a. AL-HARAMAIN : Pakistan Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin Road, F-10/1, Islamabad, Pakistan [SDGT] 01-22-04

MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA (a.k.a. AL-HARAMAIN : Tanzania Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), P.O. Box 3616, Dar es Salaam, Tanzania; Singida, Tanzania; Tanga, Tanzania [SDGT] 01-22-04

MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA (a.k.a. AL-HARAMAIN : United States Branch; a.k.a. AL HARAMAIN FOUNDATION, INC.; a.k.a. AL-HARAMAIN FOUNDA-

TION, a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 1257 Siskiyou Boulevard, Ashland, OR 97520, U.S.A.; 3800 Highway 99 S., Ashland, OR 97520-8718, U.S.A.; 2151 E. Division Street, Springfield, MO 65803, U.S.A. [SDGT] 09-09-04

MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA (a.k.a. AL-HARAMAIN; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 64 Poturmahala, Travnik, Bosnia-Herzegovina [SDGT] 03-11-02; 12-22-03

MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA (a.k.a. AL-HARAMAIN : Kenya Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Daddb, Kenya; Garissa, Kenya; Nairobi, Kenya [SDGT] 01-22-04

MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA (a.k.a. AL-HARAMAIN : Pakistan Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin Road, F-10/1, Islamabad, Pakistan [SDGT] 01-22-04

MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA (a.k.a. AL-HARAMAIN : Tanzania Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), P.O. Box 3616, Dar es Salaam, Tanzania; Singida, Tanzania; Tanga, Tanzania [SDGT] 01-22-04

MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA (a.k.a. AL-HARAMAIN : United States Branch; a.k.a. AL HARAMAIN FOUNDATION, INC.; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-

HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 1257 Siskiyou Boulevard, Ashland, OR 97520, U.S.A.; 3800 Highway 99 S., Ashland, OR 97520-8718, U.S.A.; 2151 E. Division Street, Springfield, MO 65803, U.S.A. [SDGT] 09-09-04

MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA (a.k.a. AL-HARAMAIN; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 64 Poturmahala, Travnik, Bosnia-Herzegovina [SDGT] 03-11-02; 12-22-03

MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA (a.k.a. AL-HARAMAIN : Kenya Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), Daddb, Kenya; Garissa, Kenya; Nairobi, Kenya [SDGT] 01-22-04

MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA (a.k.a. AL-HARAMAIN : Pakistan Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), House #279, Nazimuddin Road, F-10/1, Islamabad, Pakistan [SDGT] 01-22-04

MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA (a.k.a. AL-HARAMAIN : Tanzania Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), P.O. Box 3616, Dar es Salaam, Tanzania; Singida, Tanzania; Tanga, Tanzania [SDGT] 01-22-04

MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA (a.k.a. AL-HARAMAIN : United States Branch; a.k.a. AL HARAMAIN FOUNDATION, INC.; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN

ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDA- TION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDA- TION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUN- DATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. VAZIR; 1257 Siskiyou Boulevard, Ashland, OR 97520, U.S.A.; 3800 Highway 99 S., Ashland, OR 97520- 8718, U.S.A.; 2151 E. Division Street, Springfield, MO 65803, U.S.A. [SDGT] 09- 09-04

MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA (a.k.a. AL-HARAMAIN; a.k.a. AL- HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL- HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL- HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDA- TION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL- KHAYRIYYA; a.k.a. VAZIR; a.k.a. VEZIR), 64 Poturmahala, Travnik, Bosnia-Herzegovina [SDGT] 03-11- 02; 12-22-03

MUJAHEDIN-E KHALQ (a.k.a. MEK; a.k.a. MKO; a.k.a. MUJAHEDIN-E KHALQ ORGANIZATION; a.k.a. MUSLIM IRANIAN STUDENT'S SOCIETY; a.k.a. NATIONAL COUNCIL OF RESISTANCE (NCR); a.k.a. NATIONAL COUNCIL OF RESISTANCE OF IRAN; a.k.a. NATIONAL COUNCIL OF RESISTANCE; a.k.a. NCRI; a.k.a. NLA; a.k.a. ORGANIZATION OF THE PEOPLE'S HOLY WARRIORS OF IRAN; a.k.a. PEOPLE'S MUJAHEDIN ORGANIZATION OF IRAN; a.k.a. PMOI; a.k.a. SAZEMAN- E MUJAHEDIN-E KHALQ-E IRAN; a.k.a. THE NATIONAL LIBERATION ARMY OF IRAN), including its U.S. representative offices and all other offices worldwide [FTO] also listed as [SDGT] on 10-31-01

MUJAHEDIN-E KHALQ ORGANIZATION (a.k.a. MEK; a.k.a. MKO; a.k.a. MUJAHEDIN-E KHALQ; a.k.a. MUSLIM IRANIAN STUDENT'S SOCIETY; a.k.a. NATIONAL COUNCIL OF RESISTANCE (NCR); a.k.a. NATIONAL COUNCIL OF RESISTANCE OF IRAN; a.k.a. NATIONAL COUNCIL OF RESISTANCE; a.k.a. NCRI; a.k.a. NLA; a.k.a. ORGANIZATION OF THE PEOPLE'S HOLY WARRIORS OF IRAN; a.k.a. PEOPLE'S MUJAHEDIN ORGANIZATION OF IRAN; a.k.a. PMOI; a.k.a. SAZEMAN- E MUJAHEDIN-E KHALQ-E IRAN; a.k.a. THE NATIONAL LIBERATION ARMY OF IRAN), including its U.S. representative offices and all other offices worldwide [FTO] also listed as [SDGT] on 10-31-01; new entry on 10-02-03/10-10-03

MUJAHEDIN-E KHALQ (a.k.a. MEK; a.k.a. MKO; a.k.a. MUJAHEDIN- E KHALQ; a.k.a. MUSLIM IRANIAN STUDENT'S SOCIETY; a.k.a. NATIONAL COUNCIL OF RESISTANCE (NCR); a.k.a. NATIONAL COUNCIL OF RESISTANCE OF IRAN; a.k.a. NATIONAL COUNCIL OF RESISTANCE; a.k.a. NCRI; a.k.a. NLA; a.k.a. ORGANIZATION OF THE PEOPLE'S HOLY WARRIORS OF IRAN; a.k.a. PEOPLE'S MUJAHEDIN ORGANIZATION OF IRAN; a.k.a. PMOI; a.k.a. SAZEMAN- E MUJAHEDIN-E KHALQ-E IRAN; a.k.a. THE NATIONAL LIBERATION ARMY OF IRAN), including its U.S. representative offices and all other offices worldwide [FTO] also listed as [SDGT] on 10-31-01

MUSLIM IRANIAN STUDENT'S SOCIETY (a.k.a. MEK; a.k.a. MKO; a.k.a. MUJAHEDIN- E KHALQ; a.k.a. MUJAHEDIN-E KHALQ ORGANIZATION; a.k.a. NATIONAL COUNCIL OF RESISTANCE (NCR); a.k.a. NATIONAL COUNCIL OF RESISTANCE OF IRAN; a.k.a. NATIONAL COUNCIL OF RESISTANCE; a.k.a. NCRI; a.k.a. NLA; a.k.a. ORGANIZATION OF THE PEOPLE'S HOLY WARRIORS OF IRAN; a.k.a. PEOPLE'S MUJAHEDIN ORGANIZATION OF IRAN; a.k.a. PMOI; a.k.a. SAZEMAN- E MUJAHEDIN-E KHALQ-E IRAN; a.k.a. THE NATIONAL LIBERATION ARMY OF IRAN), including its U.S. representative offices and all other offices worldwide [FTO] also listed as [SDGT] on 10-31-01; new entry on 10-02-03/10-10-03

NADA INTERNATIONAL ANSTALT, Vaduz, Liechtenstein; formerly c/o Asat Trust reg., Vaduz, Liechtenstein [SDGT] 08-29-02

NADA MANAGEMENT ORGANIZATION SA (f.k.a. AL TAQWA MANAGEMENT ORGANIZATION SA), Viale Stefano Franscini 22, Lugano CH-6900 TI, Switzerland [SDGT] 11-07-01

NASCO BUSINESS RESIDENCE CENTER SAS DI NASREDDIN AHMED IDRIS EC, Corso Sempione 69, 20149 Milan, Italy; Italian Fiscal Code: 01406430155; V.A.T. Number: IT 01406430155 [SDGT] 08-29-02

NASCON A SREDDIN HOLDING A.S., Zemin Kat, 219 Demirhane Caddesi, Zeytinbumu, Istanbul, Turkey [SDGT] 08-29-02

NASCOSERVICE S.R.L., Corso Sempione 69, 20149 Milan, Italy; Italian Fiscal Code: 08557650150; V.A.T. Number: IT 08557650150 [SDGT] 08-29-02

NASCOTEX S.A. (a.k.a. INDUSTRIE GENERALE DI FILATURE ET TISSAGE; a.k.a. INDUSTRIE GENERALE DE TEXTILE), KM 7 Route al Rabat, BP 285, Tangiers, Morocco; KM 7 Route de Rabat, Tangiers, Morocco [SDGT] 08-29-02

NASREDDIN COMPANY NASCO SAS DI AHMED IDRIS NASREDDIN EC, Corso Sempione 69, 20149 Milan, Italy; Italian Fiscal Code: 03464040157; V.A.T. Number: IT 03464040157 [SDGT] 08-29-02

NASREDDIN FOUNDATION (a.k.a. NASREDDIN STIFTUNG), c/o Rechta Treuhand- Anstalt, Vaduz, Liechtenstein [SDGT] 08-29-02

NASREDDIN GROUP INTERNATIONAL HOLDING LIMITED (a.k.a. NASREDDIN GROUP INTERNATIONAL HOLDINGS LIMITED), c/o Arthur D. Hanna & Company; 10 Deveaux Street, Nassau, Bahamas; P.O. Box N-4877, Nassau, Bahamas [SDGT] 08-29-02

NASREDDIN GROUP INTERNATIONAL HOLDINGS LIMITED (a.k.a. NASREDDIN GROUP INTERNATIONAL HOLDING LIMITED), c/o Arthur D. Hanna & Company; 10 Deveaux Street, Nassau, Bahamas; P.O. Box N-4877, Nassau, Bahamas [SDGT] 08-29-02

NASREDDIN INTERNATIONAL GROUP LIMITED HOLDING (a.k.a. NASREDDIN INTERNATIONAL GROUP LTD. HOLDING), c/o Rechta Treuhand-Anstalt, Vaduz, Liechtenstein; Corso Sempione 69, 20149, Milan, Italy [SDGT] 08-29-02

NASREDDIN INTERNATIONAL GROUP LTD. HOLDING (a.k.a. NASREDDIN INTER- NATIONAL GROUP LIMITED HOLDING), c/o Rechta Treuhand- Anstalt, Vaduz, Liechtenstein; Corso Sempione 69, 20149, Milan, Italy [SDGT] 08-29-02

NASREDDIN STIFTUNG (a.k.a. NASREDDIN FOUNDATION), c/o Rechta Treuhand- Anstalt, Vaduz, Liechtenstein [SDGT] 08-29-02

NATION BUILDING (a.k.a. UMMAH TAMEERE-NAU (UTN); a.k.a. FOUNDATION FOR CONSTRUCTION; a.k.a. RECONSTRUCTION FOUNDATION; a.k.a. RECONSTRUC- TION OF THE ISLAMIC COMMUNITY; a.k.a. RECONSTRUCTION OF THE MUSLIM UMMAH; a.k.a. UMMAH TAMEER I-NAU; a.k.a. UMMAH TAMIR E-NAU; a.k.a. UMMAH TAMIR I-NAU; a.k.a. UMMAT TAMIR E-NAU; a.k.a. UMMAT TAMIR-I-PAU), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; 60-C, Nazim Ud Din Road, Islamabad F 8/4, Pakistan [SDGT] 12-20-01

NATIONAL COUNCIL OF RESISTANCE (a.k.a. MEK; a.k.a. MKO; a.k.a. MUJAHEDIN- E KHALQ; a.k.a. MUJAHEDIN-E KHALQ ORGANIZATION; a.k.a. MUSLIM IRANIAN STUDENT'S SOCIETY; a.k.a. NATIONAL COUNCIL OF RESISTANCE (NCR); a.k.a. NATIONAL COUNCIL OF RESISTANCE OF IRAN; a.k.a. NCRI; a.k.a. NLA; a.k.a. ORGANIZATION OF THE PEOPLE'S HOLY WARRIORS OF IRAN; a.k.a. PEOPLE'S MUJAHEDIN ORGANIZATION OF IRAN; a.k.a. PMOI; a.k.a. SAZEMAN-E MUJAHEDIN- E KHALQ-E IRAN; a.k.a. THE NATIONAL LIBERATION ARMY OF IRAN), including its U.S. representative offices and all other offices worldwide [FTO] also listed as [SDGT] on 10-31-01; new entry on 10-02-03/10-10-03

NATIONAL COUNCIL OF RESISTANCE (NCR) (a.k.a. MEK; a.k.a. MKO; a.k.a. MUJAHEDIN-E KHALQ ORGANIZATION; a.k.a. MUJAHEDIN-E KHALQ; a.k.a. MUSLIM IRANIAN STUDENT'S SOCIETY; a.k.a. NATIONAL COUNCIL OF RESIS- TANCE OF IRAN; a.k.a. NATIONAL COUNCIL OF RESISTANCE; a.k.a. NCRI; a.k.a. NLA; a.k.a. ORGANIZATION OF THE PEOPLE'S HOLY WARRIORS OF IRAN; a.k.a. PEOPLE'S MUJAHEDIN ORGANIZATION OF IRAN; a.k.a. PMOI; a.k.a. SAZEMAN- E MUJAHEDIN-E KHALQ-E IRAN; a.k.a. THE NATIONAL LIBERATION ARMY OF IRAN), including its U.S. representative offices and all other offices worldwide [FTO] also listed as [SDGT] on 10-31-01

NATIONAL COUNCIL OF RESISTANCE OF IRAN (a.k.a. MEK; a.k.a. MKO; a.k.a. MUJAHEDIN-E KHALQ ORGANIZATION; a.k.a. MUJAHEDIN-E KHALQ; a.k.a. MUSLIM IRANIAN STUDENT'S SOCIETY; a.k.a. NATIONAL COUNCIL OF RESIS- TANCE (NCR); a.k.a. NATIONAL COUNCIL OF RESISTANCE; a.k.a. NCRI; a.k.a. NLA; a.k.a. ORGANI- ZATION OF THE PEOPLE'S HOLY WARRIORS OF IRAN; a.k.a. PEOPLE'S MUJAHEDIN ORGANIZATION OF IRAN; a.k.a. PMOI; a.k.a. SAZEMAN-E MUJAHEDIN- E KHALQ-E IRAN; a.k.a. THE NATIONAL LIBERATION ARMY OF IRAN), including its U.S. representative offices and all other offices worldwide [FTO] also listed as [SDGT] on 08-15-03

NATIONAL LIBERATION ARMY (a.k.a. ELN; a.k.a. EJERCITO DE LIBERACION NACIONAL) [FTO] also listed as [SDGT] on 10-31-01

NCRI (a.k.a. MEK; a.k.a. MKO; a.k.a. MUJAHEDIN-E KHALQ ORGANIZATION; a.k.a. MUJAHEDIN-E KHALQ; a.k.a. MUSLIM IRANIAN STUDENT'S SOCIETY; a.k.a. NATIONAL COUNCIL OF RESISTANCE (NCR); a.k.a. NATIONAL COUNCIL OF RESISTANCE OF IRAN; a.k.a. NATIONAL COUNCIL OF RESISTANCE; a.k.a. NLA; a.k.a. ORGANIZATION OF THE PEOPLE'S HOLY WARRIORS OF IRAN; a.k.a. PEOPLE'S MUJAHEDIN ORGANIZATION OF IRAN; a.k.a. PMOI; a.k.a. SAZEMAN-E MUJAHEDIN-E KHALQ- E IRAN; a.k.a. THE NATIONAL LIBERATION ARMY OF IRAN), including its U.S. representative offices and all other offices worldwide [FTO] also listed as [SDGT] on 08-15-03

NEW JIHAD (a.k.a. AL QAEDA; a.k.a. AL QA'IDA; a.k.a. AL QAIDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNA- TIONAL FRONT FOR FIGHTING JEWS AND CRUSADES; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE JIHAD GROUP; a.k.a. THE WORLD ISLAMIC FRONT FOR

JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION; a.k.a. "THE BASE") [SDT] [FTO] [SDGT] 09-24-01; new entry on 10-02-03/10-10-03

NEW JIHAD (a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. JIHAD GROUP) [SDT] [FTO] [SDGT] 09-24-01

NEW KACH MOVEMENT (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.NET; a.k.a. KAHANE.ORG; a.k.a. KAHANE; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT] [FTO] also listed as [SDGT] on 10-31-01; new entry on 10-02-03/10-10-03

NEW PEOPLE'S ARMY (a.k.a. COMMUNIST PARTY OF THE PHILIPPINES; a.k.a. CPP; a.k.a. NEW PEOPLE'S ARMY/COMMUNIST PARTY OF THE PHILIPPINES; a.k.a. NPA; a.k.a. NPA/CPP) [FTO] [SDGT] 08-12-02

NEW PEOPLE'S ARMY/COMMUNIST PARTY OF THE PHILIPPINES (a.k.a. COMMUNIST PARTY OF THE PHILIPPINES; a.k.a. CPP; a.k.a. NEW PEOPLE'S ARMY; a.k.a. NPA; a.k.a. NPA/CPP) [FTO] [SDGT] 08-12-02

NEWKACH.ORG (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.NET; a.k.a. KAHANE.ORG; a.k.a. KAHANE; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT] [FTO] also listed as [SDGT] on 10-31-01; new entry on 10-02-03/10-10-03

NLA (a.k.a. MEK; a.k.a. MKO; a.k.a. MUJAHEDIN-E KHALQ ORGANIZATION; a.k.a. MUJAHEDIN-E KHALQ; a.k.a. MUSLIM IRANIAN STUDENT'S SOCIETY; a.k.a. NATIONAL COUNCIL OF RESISTANCE (NCR); a.k.a. NATIONAL COUNCIL OF RESISTANCE OF IRAN; a.k.a. NATIONAL COUNCIL OF RESISTANCE; a.k.a. NCRI; a.k.a. ORGANIZATION OF THE PEOPLE'S HOLY WARRIORS OF IRAN; a.k.a. PEOPLE'S MUJAHEDIN ORGANIZATION OF IRAN; a.k.a. PMOI; a.k.a. SAZEMAN-E MUJAHEDIN-E KHALQ-E IRAN; a.k.a. THE NATIONAL LIBERATION ARMY OF IRAN) [FTO] [SDGT], including its U.S. representative offices and all other offices worldwide [FTO] also listed as [SDGT] on 10-31-01

NO'AR MEIR (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.NET; a.k.a. KAHANE.ORG; a.k.a. KAHANE; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEWKACH.ORG; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT] [FTO] also listed as [SDGT] on 10-31-01; new entry on 10-02-03/10-10-03

NPA (a.k.a. COMMUNIST PARTY OF THE PHILIPPINES; a.k.a. CPP; a.k.a. NEW PEOPLE'S ARMY; a.k.a. NEW PEOPLE'S ARMY/COMMUNIST PARTY OF THE PHILIPPINES; a.k.a. NPA/CPP) [FTO] [SDGT] 08-12-02

NPA/CPP (a.k.a. COMMUNIST PARTY OF THE PHILIPPINES; a.k.a. CPP; a.k.a. NEW PEOPLE'S ARMY; a.k.a. NEW PEOPLE'S ARMY/COMMUNIST PARTY OF THE PHILIPPINES; a.k.a. NPA) [FTO] [SDGT] 08-12-02

NUSRAT AL-AQSA AL-SHARIF (a.k.a. AL-AQSA (ASBL); a.k.a. AL-AQSA APANMAL STIFTELSE; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION;

a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), BD Leopold II 71, 1080 Brussels, Belgium [SDGT] 05-29-03

NUSRAT AL-AQSA AL-SHARIF (a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA APANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, D-52066, Aachen, Germany ((Head Office)) [SDGT] 05-29-03

NUSRAT AL-AQSA AL-SHARIF (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA APANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Nobelvagen 79 NB, 21433 Malmo, Sweden; Noblev 79 NB, 21433 Malmo, Sweden [SDGT] 05-29-03

NUSRAT AL-AQSA AL-SHARIF (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA APANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.) [SDGT] 05-29-03

NUSRAT AL-AQSA AL-SHARIF (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA APANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan [SDGT] 05-29-03

NUSRAT AL-AQSA AL-SHARIF (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA APANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa [SDGT] 05-29-03

NUSRAT AL-AQSA AL-SHARIF (a.k.a. AQSSA SOCIETY YEMEN; a.k.a. AL-AQSA APANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY;

a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASSA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, SanÆa, Yemen [SDGT] 05-29-03

NUSRAT AL-AQSA AL-SHARIF (a.k.a. FORENINGEN AL-AQSA; a.k.a. AL-AQSA APANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. MU'ASSA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark [SDGT] 05-29-03

NUSRAT AL-AQSA AL-SHARIF (a.k.a. STICHTING AL-AQSA; a.k.a. AL-AQSA APANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 E, 03022 TH, Rotterdam, Holland; Gerrit V/D Lindestraat 103 A, 3022 TH, Rotterdam, Holland [SDGT] 05-29-03

OCCUPIED LAND FUND (n.k.a. HOLY LAND FOUNDATION FOR RELIEF AND DEVELOPMENT), 525 International Parkway, Suite 509, Richardson, Texas 75081, U.S.A.; P.O. Box 832390, Richardson, Texas 75083, U.S.A.; 9250 S. Harlem Avenue, Bridgeview, Illinois, U.S.A.; 345 E. Railway Avenue, Paterson, New Jersey 07503, U.S.A.; 12798 Rancho Penasquitos Blvd., Suite F, San Diego, California 92128 U.S.A.; Hebron, West Bank; Jenin, West Bank; Shurta Street, 'Amira al-Ramuna, 4th Floor, Ramallah, West Bank; Shaykh Radwan, Gaza Strip; and other locations within the United States; U.S. FEIN: 95-4227517 [SDT] [SDGT] 12-04-01 05-31-02

ORANGE VOLUNTEERS; United Kingdom [SDGT] 12-31-01

ORGANIZATION OF REVOLUTIONARY INTERNATIONALIST SOLIDARITY (a.k.a. ELA; a.k.a. EPANASTATIKI PIRINES; a.k.a. EPANASTATIKOS LAIKOS AGONAS; a.k.a. JUNE 78; a.k.a. LIBERATION STRUGGLE; a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. REVOLUTIONARY CELLS; a.k.a. REVOLUTIONARY NUCLEI; a.k.a. REVOLUTIONARY PEOPLE'S STRUGGLE; a.k.a. REVOLUTIONARY POPULAR STRUGGLE) [FTO] also listed as [SDGT] on 10-31-01

ORGANIZATION OF RIGHT AGAINST WRONG (a.k.a. PARTY OF GOD; a.k.a. ISLAMIC JIHAD; a.k.a. ISLAMIC JIHAD ORGANIZATION; a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE; a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION; a.k.a. HIZBALLAH; a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH; a.k.a. ANSAR ALLAH; a.k.a. FOLLOWERS OF THE PROPHET MUHAMMED) [SDT] [FTO] also listed as [SDGT] on 10-31-01

ORGANIZATION OF THE OPPRESSED ON EARTH (a.k.a. PARTY OF GOD; a.k.a. ISLAMIC JIHAD; a.k.a. ISLAMIC JIHAD ORGANIZATION; a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE; a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION; a.k.a. HIZBALLAH; a.k.a. ORGANIZATION OF RIGHT AGAINST WRONG; a.k.a. ANSAR ALLAH; a.k.a. FOLLOWERS OF THE PROPHET MUHAMMED) [SDT] [FTO] also listed as [SDGT] on 10-31-01

ORGANIZATION OF THE PEOPLE'S HOLY WARRIORS OF IRAN (a.k.a. MEK; a.k.a. MKO; a.k.a. MUJAHEDIN-E KHALQ ORGANIZATION; a.k.a. MUJAHEDIN-E KHALQ; a.k.a. MUSLIM IRANIAN STUDENT'S SOCIETY; a.k.a. NATIONAL COUNCIL OF RESISTANCE (NCR); a.k.a. NATIONAL COUNCIL OF RESISTANCE OF IRAN; a.k.a. NATIONAL COUNCIL OF RESISTANCE; a.k.a. NCRI; a.k.a. NLA; a.k.a. PEOPLE'S MUJAHEDIN ORGANIZATION OF IRAN; a.k.a. PMOI; a.k.a. SAZEMAN-E MUJAHEDIN-E KHALQ-E IRAN; a.k.a. THE NATIONAL LIBERATION ARMY OF IRAN), including its U.S. representative offices and all other offices worldwide [FTO] also listed as [SDGT] on 10-31-01

PALAESTINAENSER VEREIN (a.k.a. PALAESTINAENSERVEREIN OESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VER IN STERREICH; a.k.a. PALESTINIAN ASSOCIATION; n.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a. PVOE), Novara g 36a/11, 1020 Wien, Austria [SDGT] 08-21-03

PALAESTINAENSERVEREIN OESTERREICH (a.k.a. PALAESTINAENSER VEREIN;

a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VER IN STERREICH; a.k.a. PALESTINIAN ASSOCIATION; n.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a. PVOE), Novara g 36a/11, 1020 Wien, Austria [SDGT] 08-21-03

PALAESTINENSISCH VERBAND OESTERREICH (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREIN OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VER IN STERREICH; a.k.a. PALESTINIAN ASSOCIATION; n.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a. PVOE), Novara g 36a/11, 1020 Wien, Austria [SDGT] 08-21-03

PALAESTINENSISCHE VEREINIGUNG (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREIN OESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VER IN STERREICH; a.k.a. PALESTINIAN ASSOCIATION; n.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a. PVOE), Novara g 36a/11, 1020 Wien, Austria [SDGT] 08-21-03

PALAESTININIENSISCHE BEREINIGUNG (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREIN OESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VER IN STERREICH; a.k.a. PALESTINIAN ASSOCIATION; n.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a. PVOE), Novara g 36a/11, 1020 Wien, Austria [SDGT] 08-21-03

PALESTINE AND LEBANON RELIEF FUND (a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA; a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA WA AL-TANMIYA; a.k.a. INTERPAL; a.k.a. PALESTINE DEVELOPMENT AND RELIEF FUND; a.k.a. PALESTINE RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINE RELIEF FUND; a.k.a. PALESTINIAN AID AND SUPPORT FUND; a.k.a. PALESTINIAN RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINIAN RELIEF FUND; a.k.a. PRDF; a.k.a. RELIEF AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND FOR PALESTINE), P.O. Box 3333, London, NW6 1RW, England; Registered Charity No: 1040094 [SDGT] 08-21-03

PALESTINE DEVELOPMENT AND RELIEF FUND (a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA; a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA WA AL-TANMIYA; a.k.a. INTERPAL; a.k.a. PALESTINE AND LEBANON RELIEF FUND; a.k.a. PALESTINE RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINE RELIEF FUND; a.k.a. PALESTINIAN AID AND SUPPORT FUND; a.k.a. PALESTINIAN RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINIAN RELIEF FUND; a.k.a. PRDF; a.k.a. RELIEF AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND FOR PALESTINE), P.O. Box 3333, London, NW6 1RW, England; Registered Charity No: 1040094 [SDGT] 08-21-03

PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION (a.k.a. ABU GHUNAYM SQUAD OF THE HIZBALLAH BAYT AL-MAQDIS; a.k.a. AL-AWDAH BRIGADES; a.k.a. AL-QUDS BRIGADES; a.k.a. AL-QUDS SQUADS; a.k.a. ISLAMIC JIHAD IN PALESTINE; a.k.a. ISLAMIC JIHAD OF PALESTINE; a.k.a. PALESTINIAN ISLAMIC JIHAD; a.k.a. PIJ; a.k.a. PIJ-SHALLAH FACTION; a.k.a. PIJ-SHAQAQI FACTION; a.k.a. SAYARA AL-QUDS) [SDT] [FTO] also listed as [SDGT] on 10-31-01

PALESTINE LEAGUE (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREIN OESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VER IN STERREICH; a.k.a. PALESTINIAN ASSOCIATION; n.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a. PVOE), Novara g 36a/11, 1020 Wien, Austria [SDGT] 08-21-03

PALESTINE LIBERATION FRONT (a.k.a. PALESTINE LIBERATION FRONT - ABU ABBAS FACTION; a.k.a. PLF; a.k.a. PLF-ABU ABBAS) [SDT] [FTO] also listed as

[SDGT] on 10-31-01

PALESTINE LIBERATION FRONT - ABU ABBAS FACTION (a.k.a. PALESTINE LIBERATION FRONT; a.k.a. PLF; a.k.a. PLF-ABU ABBAS) [SDT] [FTO] also listed as [SDGT] on 10-31-01

PALESTINE RELIEF AND DEVELOPMENT FUND (a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA; a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA WA AL-TANMIYA; a.k.a. INTERPAL; a.k.a. PALESTINE AND LEBANON RELIEF FUND; a.k.a. PALESTINE DEVELOPMENT AND RELIEF FUND; a.k.a. PALESTINE RELIEF FUND; a.k.a. PALESTINIAN AID AND SUPPORT FUND; a.k.a. PALESTINIAN RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINIAN RELIEF FUND; a.k.a. PRDF; a.k.a. RELIEF AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND FOR PALESTINE, P.O. Box 3333, London, NW6 1RW, England; Registered Charity No: 1040094 [SDGT] 08-21-03

PALESTINE RELIEF COMMITTEE (a.k.a. ASP; a.k.a. ASSOCIATION DE SECOURS PALESTINIENS; a.k.a. ASSOCIATION FOR PALESTINIAN AID; a.k.a. ASSOCIATION SECOUR PALESTINIEN; a.k.a. HUMANITARE HILFSORGANISATION FUR PALASTINA; a.k.a. LAJNA AL-IGHATHA AL-FILISTINI; a.k.a. PALESTINIAN AID COUNCIL; a.k.a. PALESTINIAN AID ORGANIZATION; a.k.a. PALESTINE RELIEF SOCIETY; a.k.a. RELIEF ASSOCIATION FOR PALESTINE), c/o Faical Yaakoubi, 7 rue de l'Ancien Port, CH-1201 Geneva, Switzerland; Gartnerstrasse 55, CH-4019 Basel, Switzerland; Postfach 406, CH-4019 Basel, Switzerland [SDGT] 08-21-03

PALESTINE RELIEF FUND (a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA; a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA WA AL-TANMIYA; a.k.a. INTERPAL; a.k.a. PALESTINE AND LEBANON RELIEF FUND; a.k.a. PALESTINE DEVELOPMENT AND RELIEF FUND; a.k.a. PALESTINE RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINIAN AID AND SUPPORT FUND; a.k.a. PALESTINIAN RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINIAN RELIEF FUND; a.k.a. PRDF; a.k.a. RELIEF AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND FOR PALESTINE), P.O. Box 3333, London, NW6 1RW, England; Registered Charity No: 1040094 [SDGT] 08-21-03

PALESTINE UNION (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREINOESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINENSISCHE VER IN STERREICH; a.k.a. PALESTINIAN ASSOCIATION; n.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a. PVOE), Novara g 36a/11, 1020 Wien, Austria [SDGT] 08-21-03

PALESTINENSISCHE VER IN STERREICH (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREIN OESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINIAN ASSOCIATION; n.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a. PVOE), Novara g 36a/11, 1020 Wien, Austria [SDGT] 08-21-03

PALESTINIAN AID AND SUPPORT FUND (a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA; a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA WA AL-TANMIYA; a.k.a. INTERPAL; a.k.a. PALESTINE AND LEBANON RELIEF FUND; a.k.a. PALESTINE DEVELOPMENT AND RELIEF FUND; a.k.a. PALESTINE RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINE RELIEF FUND; a.k.a. PALESTINIAN RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINIAN RELIEF FUND; a.k.a. PRDF; a.k.a. RELIEF AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND FOR PALESTINE), P.O. Box 3333, London, NW6 1RW, England; Registered Charity No: 1040094 [SDGT] 08-21-03

PALESTINIAN AID COUNCIL (a.k.a. ASP; a.k.a. ASSOCIATION DE SECOURS PALESTINIENS; a.k.a. ASSOCIATION FOR PALESTINIAN AID; a.k.a. ASSOCIATION SECOUR PALESTINIEN; a.k.a. HUMANITARE HILFSORGANISATION FUR PALASTINA; a.k.a. LAJNA AL-IGHATHA AL-FILISTINI; a.k.a. PALESTINE RELIEF COMMITTEE; a.k.a. PALESTINIAN AID ORGANIZATION; a.k.a. PALESTINE RELIEF SOCIETY; a.k.a. RELIEF ASSOCIATION FOR PALESTINE), c/o Faical Yaakoubi, 7 rue de l'Ancien Port, CH-1201 Geneva, Switzerland; Gartnerstrasse 55, CH-4019 Basel, Switzerland; Postfach 406, CH-4019 Basel, Switzerland [SDGT] 08-21-03

PALESTINIAN AID ORGANIZATION (a.k.a. ASP; a.k.a. ASSOCIATION DE SECOURS PALESTINIENS; a.k.a. ASSOCIATION FOR PALESTINIAN AID; a.k.a. ASSOCIATION SECOUR PALESTINIEN; a.k.a. HUMANITARE HILFSORGANISATION FUR PALASTINA; a.k.a. LAJNA AL-IGHATHA AL-FILISTINI; a.k.a. PALESTINE RELIEF COMMITTEE; a.k.a. PALESTINIAN AID COUNCIL; a.k.a. PALESTINIAN RELIEF SOCIETY; a.k.a. RELIEF ASSOCIATION FOR PALESTINE), c/o Faical Yaakoubi, 7 rue de l'Ancien Port, CH-1201 Geneva, Switzerland; Gartnerstrasse 55, CH-4019 Basel, Switzerland; Postfach 406, CH-4019 Basel, Switzerland [SDGT] 08-21-03

PALESTINIAN ARAB BEIT EL MAL CORPORATION, LTD. (a.k.a. ARAB PALESTINIAN BEIT EL-MAL COMPANY; a.k.a. BEIT AL MAL HOLDINGS; a.k.a. BEIT EL MAL AL-PHALASTINI AL-ARABI AL-MUSHIMA AL-AAMA AL-MAHADUDA LTD.; a.k.a. BEIT-EL-MAL HOLDINGS), P.O. Box 662, Ramallah, West Bank [SDT] [SDGT] 12-04-01

PALESTINIAN ASSOCIATION (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREINOESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VER IN STERREICH; n.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a. PVOE), Novara g 36a/11, 1020 Wien, Austria [SDGT] 08-21-03

PALESTINIAN ASSOCIATION IN AUSTRIA (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREINOESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VER IN STERREICH; a.k.a. PALESTINIAN ASSOCIATION; f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a. PVOE), Novara g 36a/11, 1020 Wien, Austria [SDGT] 08-21-03

PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA (n.k.a. PALAESTINAENSER VEREIN; n.k.a. PALAESTINAENSERVEREIN OESTERREICH; n.k.a. PALAESTINENSISCH VERBAND OESTERREICH; n.k.a. PALAESTINENSISCHE VEREINIGUNG; n.k.a. PALAESTININIENSISCHE BEREINIGUNG; n.k.a. PALESTINE LEAGUE; n.k.a. PALESTINE UNION; n.k.a. PALESTINENSISCHE VER IN STERREICH; n.k.a. PALESTINIAN ASSOCIATION; n.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; n.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; n.k.a. PALESTINIAN LEAGUE IN AUSTRIA; n.k.a. PALESTINIAN ORGANIZATION; n.k.a. PALESTINIAN UNION; n.k.a. PALESTINIAN UNION IN AUSTRIA; n.k.a. PALESTINISCHE VEREINIGUNG; n.k.a. PVOE), Novara g 36a/11, 1020 Wien, Austria [SDGT] 08-21-03

PALESTINIAN ISLAMIC JIHAD (a.k.a. PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION; a.k.a. ABU GHUNAYM SQUAD OF THE HIZBALLAH BAYT AL-MAQDIS; a.k.a. AL-AWDAH BRIGADES; a.k.a. AL-QUDS BRIGADES; a.k.a. AL-QUDS SQUADS; a.k.a. ISLAMIC JIHAD IN PALESTINE; a.k.a. ISLAMIC JIHAD OF PALESTINE; a.k.a. PIJ; a.k.a. PIJ-SHALLAH FACTION; a.k.a. PIJ-SHAQAQI FACTION; a.k.a. SAYARA AL-QUDS) [SDT] [FTO] also listed as [SDGT] on 10-31-01

PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA (n.k.a. PALAESTINAENSER VEREIN; n.k.a. PALAESTINAENSERVEREIN OESTERREICH; n.k.a. PALAESTINENSISCH VERBAND OESTERREICH; n.k.a. PALAESTINENSISCHE VEREINIGUNG; n.k.a. PALAESTININIENSISCHE BEREINIGUNG; n.k.a. PALESTINE LEAGUE; n.k.a. PALESTINE UNION; n.k.a. PALESTINENSISCHE VER IN STERREICH; n.k.a. PALESTINIAN ASSOCIATION; n.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; n.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; n.k.a. PALESTINIAN LEAGUE IN AUSTRIA; n.k.a. PALESTINIAN ORGANIZATION; n.k.a. PALESTINIAN UNION; n.k.a. PALESTINIAN UNION IN AUSTRIA; n.k.a. PALESTINISCHE VEREINIGUNG; n.k.a. PVOE), Novara g 36a/11, 1020 Wien, Austria [SDGT] 08-21-03

PALESTINIAN LEAGUE IN AUSTRIA (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREINOESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VER IN STERREICH; a.k.a. PALESTINIAN ASSOCIATION; n.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a. PVOE), Novara g 36a/11, 1020 Wien, Austria [SDGT] 08-21-03

PALESTINIAN ORGANIZATION (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREINOESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VER IN STERREICH; a.k.a. PALESTINIAN ASSOCIATION; n.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a. PVOE), Novara g 36a/11, 1020 Wien, Austria [SDGT] 08-21-03

PALESTINIAN POPULAR RESISTANCE FORCES (a.k.a. POPULAR FRONT FOR

THE LIBERATION OF PALESTINE; a.k.a. HALHUL GANG; a.k.a. HALHUL SQUAD; a.k.a. MARTYR ABU-ALI MUSTAFA BATTALION; a.k.a. PFLP; a.k.a. PPRF; a.k.a. RED EAGLE GANG; a.k.a. RED EAGLE GROUP; a.k.a. RED EAGLES) [SDT][FTO] also listed as [SDGT] on 10-31-01

PALESTINIAN RELIEF AND DEVELOPMENT FUND (a.k.a. AL-SANDUQAL-FILISTINI LIL-IGHATHA; a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA WA AL-TANMIYA; a.k.a. INTERPAL; a.k.a. PALESTINE AND LEBANON RELIEF FUND; a.k.a. PALESTINE DEVELOPMENT AND RELIEF FUND; a.k.a. PALESTINE RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINE RELIEF FUND; a.k.a. PALESTINIAN AID AND SUPPORT FUND; a.k.a. PALESTINIAN RELIEF FUND; a.k.a. PRDF; a.k.a. RELIEF AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND OF PALESTINE), P.O. Box 3333, London, NW6 1RW, England; Registered Charity No: 1040094 [SDGT] 08-21-03

PALESTINIAN RELIEF FUND (a.k.a. AL-SANDUQ AL-FILISTINI LIL- IGHATHA; a.k.a. AL-SANDUQAL-FILISTINI LIL-IGHATHA WA AL-TANMIYA; a.k.a. INTERPAL; a.k.a. PALESTINE AND LEBANON RELIEF FUND; a.k.a. PALESTINE DEVELOPMENT AND RELIEF FUND; a.k.a. PALESTINE RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINE RELIEF FUND; a.k.a. PALESTINIAN AID AND SUPPORT FUND; a.k.a. PALESTINIAN RELIEF AND DEVELOPMENT FUND; a.k.a. PRDF; a.k.a. RELIEF AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND OF PALESTINE), P.O. Box 3333, London, NW6 1RW, England; Registered Charity No: 1040094 [SDGT] 08-21-03

PALESTINIAN RELIEF SOCIETY (a.k.a. ASP; a.k.a. ASSOCIATION DE SECOURS PALESTINIENS; a.k.a. ASSOCIATION FOR PALESTINIAN AID; a.k.a. ASSOCIATION SECOUR PALESTINIEN; a.k.a. HUMANITARE HILFSORGANISATION FUR PALASTINA; a.k.a. LAJNA AL-IGHATHA AL-FILISTINI; a.k.a. PALESTINE RELIEF COMMITTEE; a.k.a. PALESTINIAN AID COUNCIL; a.k.a. PALESTINIAN AID ORGANIZATION; a.k.a. RELIEF ASSOCIATION FOR PALESTINE), c/o Faical Yaakoubi, 7 rue de l'Ancien Port, CH-1201 Geneva, Switzerland; Gartnerstrasse 55, CH-4019 Basel, Switzerland; Postfach 406, CH-4019 Basel, Switzerland [SDGT] 08-21-03

PALESTINIAN UNION (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREINOESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VER IN STERREICH; a.k.a. PALESTINIAN ASSOCIATION; n.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a. PVOE), Novara g 36a/11, 1020 Wien, Austria [SDGT] 08-21-03

PALESTINIAN UNION IN AUSTRIA (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREINOESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VER IN STERREICH; a.k.a. PALESTINIAN ASSOCIATION; n.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINISCHE VEREINIGUNG; a.k.a. PVOE), Novara g 36a/11, 1020 Wien, Austria [SDGT] 08-21-03

PALESTINISCHE VEREINIGUNG (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREINOESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VER IN STERREICH; a.k.a. PALESTINIAN ASSOCIATION; n.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PVOE), Novara g 36a/11, 1020 Wien, Austria [SDGT] 08-21-03

PARKA TRADING COMPANY, P.O. Box 3313, Deira, Dubai, U.A.E. [SDGT] 11-07-01

PARTIDO COMUNISTA DEL PERU (COMMUNIST PARTY OF PERU) (a.k.a. SENDERO LUMINOSO; a.k.a. SL; a.k.a. PARTIDO COMUNISTA DEL PERU EN EL SENDERO LUMINOSO DE JOSE CARLOS MARIATEGUI (COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI); a.k.a. SHINING PATH; a.k.a. PCP; a.k.a. SOCORRO POPULAR DEL PERU (PEOPLE'S AID OF PERU); a.k.a. SPP; a.k.a EJERCITO GUERRILLERO POPULAR (PEOPLE'S GUERRILLA ARMY); a.k.a. EGP; a.k.a. EJERCITO POPULAR DE LIBERACION (PEOPLE'S LIBERATION ARMY); a.k.a. EPL) [FTO] also listed as [SDGT] on 10-31-01

PARTIDO COMUNISTA DEL PERU EN EL SENDERO LUMINOSO DE JOSE CARLOS MARIATEGUI (COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI) (a.k.a. SENDERO LUMINOSO; a.k.a. SL; a.k.a. SHINING PATH; a.k.a. PARTIDO COMUNISTA DEL PERU (COMMUNIST PARTY OF PERU);

a.k.a. PCP; a.k.a. SOCORRO POPULAR DEL PERU (PEOPLE'S AID OF PERU); a.k.a. SPP; a.k.a EJERITO GUERRILLERO POPULAR (PEOPLE'S GUERRILLA ARMY); a.k.a. EGP; a.k.a. EJERCITO POPULAR DE LIBERACION (PEOPLE'S LIBERATION ARMY); a.k.a. EPL) [FTO] also listed as [SDGT] on 10-31-01

PARTIYA KARKERAN KURDISTAN (a.k.a. FREEDOM AND DEMOCRACY CONGRESS OF KURDISTAN; a.k.a. HALU MESRU SAVUNMA KUVVETI (HSK); a.k.a. KADEK; a.k.a. KONGRA-GEL; a.k.a. KURDISTAN FREEDOM AND DEMOCRACY CONGRESS; a.k.a. KURDISTAN PEOPLE'S CONGRESS (KHK); a.k.a. KURDISTAN WORKERS' PARTY; a.k.a. PEOPLE'S CONGRESS OF KURDISTAN; a.k.a. PKK; a.k.a. THE PEOPLE'S DEFENSE FORCE) [FTO] also listed as [SDGT] on 10-31-01 with additional "a.k.a."s on 12-03-02 and 01-12-04

PARTY OF GOD (a.k.a. HIZBALLAH; a.k.a. ISLAMIC JIHAD; a.k.a. ISLAMIC JIHAD ORGANIZATION; a.k.a. REVOLUTIONARY JUSTICE ORGANIZATION; a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH; a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE; a.k.a. ORGANIZATION OF RIGHT AGAINST WRONG; a.k.a. ANSAR ALLAH; a.k.a. FOLLOWERS OF THE PROPHET MUHAMMED) [SDT] [FTO] also listed as [SDGT] on 10-31-01

PCP (a.k.a. SENDERO LUMINOSO; a.k.a. SL; a.k.a. PARTIDO COMUNISTA DEL PERU EN EL SENDERO LUMINOSO DE JOSE CARLOS MARIATEGUI (COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI); a.k.a. PARTIDO COMUNISTA DEL PERU (COMMUNIST PARTY OF PERU); a.k.a. SHINING PATH; a.k.a. SOCORRO POPULAR DEL PERU (PEOPLE'S AID OF PERU); a.k.a. SPP; a.k.a EJERCITO GUERRILLERO POPULAR (PEOPLE'S GUERRILLA ARMY); a.k.a. EGP; a.k.a. EJERCITO POPULAR DE LIBERACION (PEOPLE'S LIBERATION ARMY); a.k.a. EPL) [FTO] also listed as [SDGT] on 10-31-01

PEACEKEEPING BATTALION (a.k.a. INTERNATIONAL BATTALION; a.k.a. IS-LAMIC PEACEKEEPING INTERNATIONAL BRIGADE; a.k.a. THE INTERNATIONAL BRIGADE; a.k.a. THE ISLAMIC INTERNATIONAL BRIGADE; a.k.a. THE ISLAMIC PEACEKEEPING ARMY; a.k.a. THE ISLAMIC PEACEKEEPING BRIGADE) [SDGT] 02-28-03

PEOPLE'S CONGRESS OF KURDISTAN (a.k.a. FREEDOM AND DEMOCRACY CONGRESS OF KURDISTAN; a.k.a. HALU MESRU SAVUNMA KUVVETI (HSK); a.k.a. KADEK; a.k.a. KONGRA-GEL; a.k.a. KURDISTAN FREEDOM AND DEMOCRACY CONGRESS; a.k.a. KURDISTAN PEOPLE'S CONGRESS (KHK); a.k.a. KURDISTAN WORKERS' PARTY; a.k.a. PARTIYA KARKERAN KURDISTAN; a.k.a. PKK; a.k.a. THE PEOPLE'S DEFENSE FORCE) [FTO][SDGT] 01-12-04

PEOPLE'S MUJAHEDIN ORGANIZATION OF IRAN (a.k.a. MEK; a.k.a. MKO; a.k.a. MUJAHEDIN-E KHALQ ORGANIZATION; a.k.a. MUJAHEDIN-E KHALQ; a.k.a. MUSLIM IRANIAN STUDENT'S SOCIETY; a.k.a. NATIONAL COUNCIL OF RESISTANCE (NCR); a.k.a. NATIONAL COUNCIL OF RESISTANCE OF IRAN; a.k.a. NATIONAL COUNCIL OF RESISTANCE; a.k.a. NCRI; a.k.a. NLA; a.k.a. ORGANIZATION OF THE PEOPLE'S HOLY WARRIORS OF IRAN; a.k.a. PMOI; a.k.a. SAZEMAN-E MUJAHEDIN-E KHALQ-E IRAN; a.k.a. THE NATIONAL LIBERATION ARMY OF IRAN), including its U.S. press office and all other offices worldwide [FTO] also listed as [SDGT] on 10-31-01

PFLP (a.k.a. POPULAR FRONT FOR THE LIBERATION OF PALESTINE; a.k.a. HALHUL GANG; a.k.a. HALHUL SQUAD; a.k.a. MARTYR ABU-ALI MUSTAFA BATTALION; a.k.a. PALESTINIAN POPULAR RESISTANCE FORCES; a.k.a. PPRF; a.k.a. RED EAGLE GANG; a.k.a. RED EAGLE GROUP; a.k.a. RED EAGLES) [SDT][FTO] also listed as [SDGT] on 10-31-01

PFLP-GC (a.k.a. POPULAR FRONT FOR THE LIBERATION OF PALESTINE - GENERAL COMMAND) [SDT] [FTO] also listed as [SDGT] on 10-31-01

PIJ (a.k.a. PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION; a.k.a. ABU GHUNAYM SQUAD OF THE HIZBALLAH BAYT AL-MAQDIS; a.k.a. AL-AWDAH BRIGADES; a.k.a. AL-QUDS BRIGADES; a.k.a. AL-QUDS SQUADS; a.k.a. ISLAMIC JIHAD IN PALESTINE; a.k.a. ISLAMIC JIHAD OF PALESTINE; a.k.a. PALESTINIAN ISLAMIC JIHAD; a.k.a. PIJ-SHALLAH FACTION; a.k.a. PIJ-SHAQAQI FACTION; a.k.a. SAYARA AL-QUDS) [SDT] [FTO] also listed as [SDGT] on 10-31-01

PIJ-SHALLAH FACTION (a.k.a. PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION; a.k.a. ABU GHUNAYM SQUAD OF THE HIZBALLAH BAYT AL-MAQDIS; a.k.a. AL-AWDAH BRIGADES; a.k.a. AL-QUDS BRIGADES; a.k.a. AL-QUDS SQUADS; a.k.a. ISLAMIC JIHAD IN PALESTINE; a.k.a. ISLAMIC JIHAD OF PALESTINE; a.k.a. PALESTINIAN ISLAMIC JIHAD; a.k.a. PIJ; a.k.a. PIJ-SHAQAQI FACTION; a.k.a. SAYARA AL-QUDS) [SDT] [FTO] also listed as [SDGT] on 10-31-01

PIJ-SHAQAQI FACTION (a.k.a. PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION; a.k.a. ABU GHUNAYM SQUAD OF THE HIZBALLAH BAYT AL-MAQDIS; a.k.a. AL-AWDAH BRIGADES; a.k.a. AL-QUDS BRIGADES; a.k.a. AL-QUDS SQUADS; a.k.a. ISLAMIC JIHAD IN PALESTINE; a.k.a. ISLAMIC JIHAD OF PALESTINE; a.k.a. PALESTINIAN ISLAMIC JIHAD; a.k.a. PIJ; a.k.a. PIJ-SHALLAH FACTION; a.k.a. SAYARA AL-QUDS) [SDT] [FTO] also listed as [SDGT] on 10-31-01

PKK (a.k.a. FREEDOM AND DEMOCRACY CONGRESS OF KURDISTAN; a.k.a. HALU MESRU SAVUNMA KUVVETI (HSK); a.k.a. KADEK; a.k.a. KONGRA-GEL; a.k.a. KURDISTAN FREEDOM AND DEMOCRACY CONGRESS; a.k.a. KURDISTAN PEOPLE'S CONGRESS (KHK); a.k.a. KURDISTAN WORKERS' PARTY; a.k.a. PARTIYA KARKERAN KURDISTAN; a.k.a. PEOPLE'S CONGRESS OF KURDISTAN; a.k.a. THE PEOPLE'S DEFENSE FORCE) [FTO] also listed as [SDGT] on 10-31-01 with additional "a.k.a."s on 12-03-02 and 01-12-04

PLF (a.k.a. PALESTINE LIBERATION FRONT - ABU ABBAS FACTION; a.k.a.

PALESTINE LIBERATION FRONT; a.k.a. PLF-ABU ABBAS) [SDT] [FTO] also listed as [SDGT] on 10-31-01

PLF-ABU ABBAS (a.k.a. PALESTINE LIBERATION FRONT - ABU ABBAS FACTION; a.k.a. PALESTINE LIBERATION FRONT; a.k.a. PLF) [SDT] [FTO] also listed as [SDGT] on 10-31-01

PMOI (a.k.a. MEK; a.k.a. MKO; a.k.a. MUJAHEDIN-E KHALQ ORGANIZATION; a.k.a. MUJAHEDIN-E KHALQ; a.k.a. MUSLIM IRANIAN STUDENT'S SOCIETY; a.k.a. NATIONAL COUNCIL OF RESISTANCE (NCR); a.k.a. NATIONAL COUNCIL OF RESISTANCE OF IRAN; a.k.a. NATIONAL COUNCIL OF RESISTANCE; a.k.a. NCRI; a.k.a. NLA; a.k.a. ORGANIZATION OF THE PEOPLE'S HOLY WARRIORS OF IRAN; a.k.a. PEOPLE'S MUJAHEDIN ORGANIZATION OF IRAN; a.k.a. SAZEMAN-E MUJAHEDIN-E KHALQ-E IRAN; a.k.a. THE NATIONAL LIBERATION ARMY OF IRAN), including its U.S. press office and all other offices worldwide [FTO] also listed as [SDGT] on 10-31-01

POPULAR FRONT FOR THE LIBERATION OF PALESTINE (a.k.a. HALHUL GANG; a.k.a. HALHUL SQUAD; a.k.a. MARTYR ABU-ALI MUSTAFA BATTALION; a.k.a. PALESTINIAN POPULAR RESISTANCE FORCES; a.k.a. PFLP; a.k.a. PPRF; a.k.a. RED EAGLE GANG; a.k.a. RED EAGLE GROUP; a.k.a. RED EAGLES) [SDT] [FTO] also listed as [SDGT] on 10-31-01

POPULAR FRONT FOR THE LIBERATION OF PALESTINE - GENERAL COMMAND (a.k.a. PFLP-GC) [SDT] [FTO] also listed as [SDGT] on 10-31-01

POPULAR REVOLUTIONARY STRUGGLE (a.k.a. ELA; a.k.a. EPANASTATIKI PIRINES; a.k.a. EPANASTATIKOS LAIKOS AGONAS; a.k.a. JUNE 78; a.k.a. LIBERATION STRUGGLE; a.k.a. ORGANIZATION OF REVOLUTIONARY INTERNATIONALIST SOLIDARITY; a.k.a. REVOLUTIONARY CELLS; a.k.a. REVOLUTIONARY NUCLEI; a.k.a. REVOLUTIONARY PEOPLE'S STRUGGLE; a.k.a. REVOLUTIONARY POPULAR STRUGGLE) [FTO] also listed as [SDGT] on 10-31-01

PPRF (a.k.a. POPULAR FRONT FOR THE LIBERATION OF PALESTINE; a.k.a. HALHUL GANG; a.k.a. HALHUL SQUAD; a.k.a. MARTYR ABU-ALI MUSTAFA BATTALION; a.k.a. PALESTINIAN POPULAR RESISTANCE FORCES; a.k.a. PFLP; a.k.a. RED EAGLE GANG; a.k.a. RED EAGLE GROUP; a.k.a. RED EAGLES) [SDT] [FTO] also listed as [SDGT] on 10-31-01

PRDF (a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA; a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA WA AL-TANMIYA; a.k.a. INTERPAL; a.k.a. PALESTINE AND LEBANON RELIEF FUND; a.k.a. PALESTINE DEVELOPMENT AND RELIEF FUND; a.k.a. PALESTINE RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINE RELIEF FUND; a.k.a. PALESTINIAN AID AND SUPPORT FUND; a.k.a. PALESTINIAN RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINIAN RELIEF FUND; a.k.a. RELIEF AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND FOR PALESTINE), P.O. Box 3333, London, NW6 1RW, England; Registered Charity No: 1040094 [SDGT] 08-21-03

PROTECTORS OF THE SALAFIST CALL (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAAT HOUMAT EDDAWA ESSALAFIA; a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. EL-AHOUAL BATTALION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE TREND; a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING; a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE ED-DAAWA ES-SALAFIA; a.k.a. HOUMATE EL DA'AWA ES-SALAFIYYA; a.k.a. KATIBAT EL AHOUAL; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. SALAFIST CALL PROTECTORS; a.k.a. THE HORROR SQUADRON), Algeria [SDGT] 10-24-03

PROTECTORS OF THE SALAFIST PREDICATION (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAAT HOUMAT EDDAWA ESSALAFIA; a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. EL-AHOUAL BATTALION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE TREND; a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING; a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE ED-DAAWA ES-SALAFIA; a.k.a. HOUMATE EL DA'AWA ES-SALAFIYYA; a.k.a. KATIBAT EL AHOUAL; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST CALL; a.k.a. SALAFIST CALL PROTECTORS; a.k.a. THE HORROR SQUADRON), Algeria [SDGT] 10-24-03

PVOE (a.k.a. PALAESTINAENSER VEREIN; a.k.a. PALAESTINAENSERVEREIN OESTERREICH; a.k.a. PALAESTINENSISCH VERBAND OESTERREICH; a.k.a. PALAESTINENSISCHE VEREINIGUNG; a.k.a. PALAESTININIENSISCHE BEREINIGUNG; a.k.a. PALESTINE LEAGUE; a.k.a. PALESTINE UNION; a.k.a. PALESTINENSISCHE VERIN ISTERREICH; a.k.a. PALESTINIAN ASSOCIATION; n.k.a. PALESTINIAN ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC ASSOCIATION IN AUSTRIA; f.k.a. PALESTINIAN ISLAMIC LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN LEAGUE IN AUSTRIA; a.k.a. PALESTINIAN ORGANIZATION; a.k.a. PALESTINIAN UNION; a.k.a. PALESTINIAN UNION IN AUSTRIA; a.k.a. PALESTINISCHE VEREINIGUNG), Novara g 36a/11, 1020 Wien, Austria [SDGT] 08-21-03

RABITA TRUST, Room 9A, 2nd Floor, Wahdat Road, Education Town, Lahore, Pakistan; Wares Colony, Lahore, Pakistan [SDGT] 10-12-01

REAL IRA (a.k.a. 32 COUNTY SOVEREIGNTY COMMITTEE; a.k.a. 32 COUNTY SOVEREIGNTY MOVEMENT; a.k.a. IRISH REPUBLICAN PRISONERS WELFARE ASSOCIATION; a.k.a. REAL IRISH REPUBLICAN ARMY; a.k.a. REAL OGLAIGH NA HEIREANN; a.k.a. RIRA) [FTO] also listed as [SDGT] on 10-31-01

REAL IRISH REPUBLICAN ARMY (a.k.a. 32 COUNTY SOVEREIGNTY COMMITTEE; a.k.a. 32 COUNTY SOVEREIGNTY MOVEMENT; a.k.a. IRISH REPUBLICAN PRISONERS WELFARE ASSOCIATION; a.k.a. REAL IRA; a.k.a. REAL OGLAIGH NA HEIREANN; a.k.a. RIRA) [FTO] also listed as [SDGT] on 10-31-01

REAL OGLAIGH NA HEIREANN (a.k.a. 32 COUNTY SOVEREIGNTY COMMITTEE; a.k.a. 32 COUNTY SOVEREIGNTY MOVEMENT; a.k.a. IRISH REPUBLICAN PRISONERS WELFARE ASSOCIATION; a.k.a. REAL IRA; a.k.a. REAL IRISH REPUBLICAN ARMY; a.k.a. RIRA) [FTO] also listed as [SDGT] on 10-31-01

RECONSTRUCTION FOUNDATION (a.k.a. UMMAH TAMEER E-NAU (UTN); a.k.a. FOUNDATION FOR CONSTRUCTION; a.k.a. NATION BUILDING; a.k.a. RECONSTRUCTION OF THE ISLAMIC COMMUNITY; a.k.a. RECONSTRUCTION OF THE MUSLIM UMMAH; a.k.a. UMMAH TAMEER I-NAU; a.k.a. UMMAH TAMIR E-NAU; a.k.a. UMMAH TAMIR I-NAU; a.k.a. UMMAT TAMIR E-NAU; a.k.a. UMMAT TAMIR-I-PAU), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; 60-C, Nazim Ud Din Road, Islamabad F 8/4, Pakistan [SDGT] 12-20-01

RECONSTRUCTION OF THE ISLAMIC COMMUNITY (a.k.a. UMMAH TAMEER E-NAU (UTN); a.k.a. FOUNDATION FOR CONSTRUCTION; a.k.a. NATION BUILDING; a.k.a. RECONSTRUCTION FOUNDATION; a.k.a. RECONSTRUCTION OF THE MUSLIM UMMAH; a.k.a. UMMAH TAMEER I-NAU; a.k.a. UMMAH TAMIR E-NAU; a.k.a. UMMAH TAMIR I-NAU; a.k.a. UMMAT TAMIR E-NAU; a.k.a. UMMAT TAMIR-I-PAU), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; 60-C, Nazim Ud Din Road, Islamabad F 8/4, Pakistan [SDGT] 12-20-01

RECONSTRUCTION OF THE MUSLIM UMMAH (a.k.a. UMMAH TAMEER E-NAU (UTN); a.k.a. FOUNDATION FOR CONSTRUCTION; a.k.a. NATION BUILDING; a.k.a. RECONSTRUCTION FOUNDATION; a.k.a. RECONSTRUCTION OF THE ISLAMIC COMMUNITY; a.k.a. UMMAH TAMEER I-NAU; a.k.a. UMMAH TAMIR E-NAU; a.k.a. UMMAH TAMIR I-NAU; a.k.a. UMMAT TAMIR E-NAU; a.k.a. UMMAT TAMIR-I-PAU), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; 60-C, Nazim Ud Din Road, Islamabad F 8/4, Pakistan [SDGT] 12-20-01

RED EAGLE GANG (a.k.a. POPULAR FRONT FOR THE LIBERATION OF PALESTINE; a.k.a. HALHUL GANG; a.k.a. HALHUL SQUAD; a.k.a. MARTYR ABU-ALI MUSTAFA BATTALION; a.k.a. PALESTINIAN POPULAR RESISTANCE FORCES; a.k.a. PFLP; a.k.a. PPRF; a.k.a. RED EAGLE GROUP; a.k.a. RED EAGLES) [SDT] [FTO] also listed as [SDGT] on 10-31-01

RED EAGLE GROUP (a.k.a. POPULAR FRONT FOR THE LIBERATION OF PALESTINE; a.k.a. HALHUL GANG; a.k.a. HALHUL SQUAD; a.k.a. MARTYR ABU-ALI MUSTAFA BATTALION; a.k.a. PALESTINIAN POPULAR RESISTANCE FORCES; a.k.a. PFLP; a.k.a. PPRF; a.k.a. RED EAGLE GANG; a.k.a. RED EAGLES) [SDT] [FTO] also listed as [SDGT] on 10-31-01

RED EAGLES (a.k.a. POPULAR FRONT FOR THE LIBERATION OF PALESTINE; a.k.a. HALHUL GANG; a.k.a. HALHUL SQUAD; a.k.a. MARTYR ABU-ALI MUSTAFA BATTALION; a.k.a. PALESTINIAN POPULAR RESISTANCE FORCES; a.k.a. PFLP; a.k.a. PPRF; a.k.a. RED EAGLE GANG; a.k.a. RED EAGLE GROUP) [SDT] [FTO] also listed as [SDGT] on 10-31-01

RED HAND DEFENDERS (RHD); United Kingdom [SDGT] 12-31-01

RED SEA BARAKAT COMPANY LIMITED, Mogadishu, Somalia; Dubai, U.A.E. [SDGT] 11-07-01

RELIEF AND DEVELOPMENT FUND FOR PALESTINE (a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA; a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA WA AL-TANMIYA; a.k.a. INTERPAL; a.k.a. PALESTINE AND LEBANON RELIEF FUND; a.k.a. PALESTINE DEVELOPMENT AND RELIEF FUND; a.k.a. PALESTINE RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINE RELIEF FUND; a.k.a. PALESTINIAN AID AND SUPPORT FUND; a.k.a. PALESTINIAN RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINIAN RELIEF FUND; a.k.a. PRDF; a.k.a. WELFARE AND DEVELOPMENT FUND FOR PALESTINE), P.O. Box 3333, London, NW6 1RW, England; Registered Charity No: 1040094 [SDGT] 08-21-03

RELIEF ASSOCIATION FOR PALESTINE (a.k.a. ASP; a.k.a. ASSOCIATION DE SECOURS PALESTINIENS; a.k.a. ASSOCIATION FOR PALESTINIAN AID; a.k.a. ASSOCIATION SECOUR PALESTINIEN; a.k.a. HUMANITAIRE HILFSORGANISATION FUR PALASTINA; a.k.a. LAJNA AL-IGHATHA AL-FILISTINI; a.k.a. PALESTINE RELIEF COMMITTEE; a.k.a. PALESTINIAN AID COUNCIL; a.k.a. PALESTINIAN AID ORGANIZATION; a.k.a. PALESTINIAN RELIEF SOCIETY), c/o Faical Yaakoubi, 7 rue de l'Ancien Port, CH-1201 Geneva, Switzerland; Gartnerstrasse 55, CH-4019 Basel, Switzerland; Postfach 406, CH-4019 Basel, Switzerland [SDGT] 08-21-03

RELIEF COMMITTEE FOR SOLIDARITY WITH PALESTINE (a.k.a. AL AQSA ASSISTANCE CHARITABLE COUNCIL; a.k.a. AL-LAJNA AL-KHAYRIYYA LIL MUNASARA AL-AQSA; a.k.a. BENEVOLENCE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. BENEVOLENT COMMITTEE FOR SUPPORT OF PALESTINE; a.k.a. CBSP; a.k.a. CHARITABLE COMMITTEE FOR PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SOLIDARITY WITH PALESTINE; a.k.a. CHARITABLE COMMITTEE FOR SUPPORTING PALESTINE; a.k.a. CHARITABLE ORGANIZATION IN SUPPORT OF PALESTINE; n.k.a. COMITE' DE BIENFAISANCE ET DE SECOURS AUX PALESTINIENS; f.k.a. COMITE' DE BIENFAISANCE POUR LA SOLIDARITE' AVEC LA PALESTINE; a.k.a. COMMITTEE FOR AID AND SOLIDARITY WITH PALESTINE; a.k.a. COMMITTEE FOR ASSISTANCE AND SOLIDARITY WITH

PALESTINE; a.k.a. COMMITTEE FOR CHARITY AND SOLIDARITY WITH PALESTINE; a.k.a. COMPANIE BENIFICENT DE SOLIDARITE AVEC PALESTINE; a.k.a. COUNCIL OF CHARITY AND SOLIDARITY; a.k.a. DE BIENFAISANCE ET DE COMMITE LE SOLIDARITE AVEC LA PALESTINE), 68 Rue Jules Guesde, 59000 Lille, France; 10 Rue Notre Dame, 69006 Lyon, France; 37 Rue de la Chapelle, 75018 Paris, France [SDGT] 08-21-03

REPRESSION OF TRAITORS (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.NET; a.k.a. KAHANE.ORG; a.k.a. KAHANE; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT] [FTO] also listed as [SDGT] on 10-31-01

REPUBLICAN SINN FEIN (a.k.a. CONTINUITY ARMY COUNCIL; a.k.a. CONTINUITY IRA (CIRA); a.k.a. CONTINUITY IRISH REPUBLICAN ARMY), United Kingdom [SDGT] [FTO] new entry on 07-13-04; originally listed as [SDGT] on 12-31-01

REVIVAL OF ISLAMIC HERITAGE SOCIETY (RIHS) (a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT) Pakistan office; Afghanistan office; (office in Kuwait is NOT designated) [SDGT] 01-09-02

REVIVAL OF ISLAMIC SOCIETY HERITAGE ON THE AFRICAN CONTINENT (a.k.a. JAMIA IHYA UL TURATH; a.k.a. JAMIAT IHIA AL-TURATH AL-ISLAMIYA; a.k.a. REVIVAL OF ISLAMIC HERITAGE SOCIETY (RIHS)) Pakistan office; Afghanistan office; (office in Kuwait is NOT designated) [SDGT] 01-09-02

REVOLUTIONARY ARMED FORCES OF COLOMBIA (a.k.a. FARC; a.k.a. FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA) [FTO] also listed as [SDGT] on 10-31-01

REVOLUTIONARY CELLS (a.k.a. ELA; a.k.a. EPANASTATIKI PIRINES; a.k.a. EPANASTATIKOS LAIKOS AGONAS; a.k.a. JUNE 78; a.k.a. LIBERATION STRUGGLE; a.k.a. ORGANIZATION OF REVOLUTIONARY INTERNATIONALIST SOLIDARITY; a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. REVOLUTIONARY NUCLEI; a.k.a. REVOLUTIONARY PEOPLE'S STRUGGLE; a.k.a. REVOLUTIONARY POPULAR STRUGGLE) [FTO] also listed as [SDGT] on 10-31-01

REVOLUTIONARY JUSTICE ORGANIZATION (a.k.a. PARTY OF GOD; a.k.a. ISLAMIC JIHAD; a.k.a. ISLAMIC JIHAD ORGANIZATION; a.k.a. ISLAMIC JIHAD FOR THE LIBERATION OF PALESTINE; a.k.a. ORGANIZATION OF THE OPPRESSED ON EARTH; a.k.a. HIZBALLAH; a.k.a. ORGANIZATION OF RIGHT AGAINST WRONG; a.k.a. ANSAR ALLAH; a.k.a. FOLLOWERS OF THE PROPHET MUHAMMED) [SDT] [FTO] also listed as [SDGT] on 10-31-01

REVOLUTIONARY LEFT (a.k.a. DEVRIMCI HALK KURTULUS PARTISI-CEPHESI; a.k.a. DHKP/C; a.k.a. DEVRIMCI SOL; a.k.a. REVOLUTIONARY PEOPLE'S LIBERATION PARTY/FRONT; a.k.a. DEV SOL; a.k.a. DEV SOL SILAHLI DEVRIMCI BIRLIKLERI; a.k.a. DEV SOL SDB; a.k.a. DEV SOL ARMED REVOLUTIONARY UNITS) [FTO] also listed as [SDGT] on 10-31-01

REVOLUTIONARY NUCLEI (a.k.a. ELA; a.k.a. EPANASTATIKI PIRINES; a.k.a. EPANASTATIKOS LAIKOS AGONAS; a.k.a. JUNE 78; a.k.a. LIBERATION STRUGGLE; a.k.a. ORGANIZATION OF REVOLUTIONARY INTERNATIONALIST SOLIDARITY; a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. REVOLUTIONARY CELLS; a.k.a. REVOLUTIONARY PEOPLE'S STRUGGLE; a.k.a. REVOLUTIONARY POPULAR STRUGGLE) [FTO] also listed as [SDGT] on 10-31-01

REVOLUTIONARY ORGANISATION OF SOCIALIST MUSLIMS (a.k.a. ANO; a.k.a. BLACK SEPTEMBER; a.k.a. FATAH REVOLUTIONARY COUNCIL; a.k.a. ARAB REVOLUTIONARY COUNCIL; a.k.a. ABU NIDAL ORGANIZATION; a.k.a. ARAB REVOLUTIONARY BRIGADES) [SDT] [FTO] also listed as [SDGT] on 10-31-01

REVOLUTIONARY ORGANIZATION 17 NOVEMBER (a.k.a. 17 NOVEMBER; a.k.a. EPANASTATIKI ORGANOSI 17 NOEMVRI) [FTO] also listed as [SDGT] on 10-31-01

REVOLUTIONARY PEOPLE'S LIBERATION PARTY/FRONT (a.k.a. DEVRIMCI HALK KURTULUS PARTISI-CEPHESI; a.k.a. DHKP/C; a.k.a. DEVRIMCI SOL; a.k.a. REVOLUTIONARY LEFT; a.k.a. DEV SOL; a.k.a. DEV SOL SILAHLI DEVRIMCI BIRLIKLERI; a.k.a. DEV SOL SDB; a.k.a. DEV SOL ARMED REVOLUTIONARY UNITS) [FTO] also listed as [SDGT] on 10-31-01

REVOLUTIONARY PEOPLE'S STRUGGLE (a.k.a. ELA; a.k.a. EPANASTATIKI PIRINES; a.k.a. EPANASTATIKOS LAIKOS AGONAS; a.k.a. JUNE 78; a.k.a. LIBERATION STRUGGLE; a.k.a. ORGANIZATION OF REVOLUTIONARY INTERNATIONALIST SOLIDARITY; a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. REVOLUTIONARY CELLS; a.k.a. REVOLUTIONARY NUCLEI; a.k.a. REVOLUTIONARY POPULAR STRUGGLE) [FTO] also listed as [SDGT] on 10-31-01

REVOLUTIONARY POPULAR STRUGGLE (a.k.a. ELA; a.k.a. EPANASTATIKI

PIRINES; a.k.a. EPANASTATIKOS LAIKOS AGONAS; a.k.a. JUNE 78; a.k.a. LIBERATION STRUGGLE; a.k.a. ORGANIZATION OF REVOLUTIONARY INTERNATIONALIST SOLIDARITY; a.k.a. POPULAR REVOLUTIONARY STRUGGLE; a.k.a. REVOLUTIONARY CELLS; a.k.a. REVOLUTIONARY NUCLEI; a.k.a. REVOLUTIONARY PEOPLE'S STRUGGLE) [FTO] also listed as [SDGT] on 10-31-01

RIRA (a.k.a. 32 COUNTY SOVEREIGNTY COMMITTEE; a.k.a. 32 COUNTY SOVEREIGNTY MOVEMENT; a.k.a. IRISH REPUBLICAN PRISONERS WELFARE ASSOCIATION; a.k.a. REAL IRA; a.k.a. REAL IRISH REPUBLICAN ARMY; a.k.a. REAL OGLAIGH NA HEIREANN) [FTO] also listed as [SDGT] on 10-31-01

RIYADH-AS-SALIHEEN (a.k.a. RIYADUS-SALIKHIN RECONNAISSANCE AND SABOTAGE BATTALION OF SHAHIDS (MARTYRS); a.k.a. RIYADUS-SALIKHIN RECONNAISSANCE AND SABOTAGE BATTALION; a.k.a. THE RIYADUS- SALIKHIN RECONNAISSANCE AND SABOTAGE BATTALION OF CHECHEN MARTYRS; a.k.a. THE SABOTAGE AND MILITARY SURVEILLANCE GROUP OF THE RIYADH AL-SALIHIN MARTYRS) [SDGT] 02-28-03

RIYADUS-SALIKHIN RECONNAISSANCE AND SABOTAGE BATTALION (a.k.a. RIYADH-AS-SALIHEEN; a.k.a. RIYADUS-SALIKHIN RECONNAISSANCE AND SABOTAGE BATTALION OF SHAHIDS (MARTYRS); a.k.a. THE RIYADUS-SALIKHIN RECONNAISSANCE AND SABOTAGE BATTALION OF CHECHEN MARTYRS; a.k.a. THE SABOTAGE AND MILITARY SURVEILLANCE GROUP OF THE RIYADH AL-SALIHIN MARTYRS) [SDGT] 02-28-03

RIYADUS-SALIKHIN RECONNAISSANCE AND SABOTAGE BATTALION OF SHAHIDS (MARTYRS) (a.k.a. RIYADH-AS-SALIHEEN; a.k.a. RIYADUS-SALIKHIN RECONNAISSANCE AND SABOTAGE BATTALION; a.k.a. THE RIYADUS- SALIKHIN RECONNAISSANCE AND SABOTAGE BATTALION OF CHECHEN MARTYRS; a.k.a. THE SABOTAGE AND MILITARY SURVEILLANCE GROUP OF THE RIYADH AL-SALIHIN MARTYRS) [SDGT] 02-28-03

SALAFIST CALL PROTECTORS (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAAT HOUMAT ED DAAWA ESSALAFIA; a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. EL-AHOUAL BATTALION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE TREND; a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING; a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE ED-DAAWA ES-SALAFIA; a.k.a. HOUMATE EL DA'AWAA ES-SALAFIYYA; a.k.a. KATIBAT EL AHOUAL; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST CALL; a.k.a. PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. THE HORROR SQUADRON), Algeria [SDGT] 10-24-03

SALAFIST GROUP FOR CALL AND COMBAT (a.k.a. GSPC; a.k.a. LE GROUPE SALAFISTE POUR LA PREDICATION ET LE COMBAT; a.k.a. SALAFIST GROUP FOR PREACHING AND COMBAT; a.k.a. GSPC) [SDGT] 09-24-01 also listed as [FTO] on 03-27-02

SALAFIST GROUP FOR PREACHING AND COMBAT (a.k.a. GSPC; a.k.a. LE GROUPE SALAFISTE POUR LA PREDICATION ET LE COMBAT; a.k.a. SALAFIST GROUP FOR CALL AND COMBAT; a.k.a. GSPC) [SDGT] 09-24-01 also listed as [FTO] on 03-27-02

SANABAL (a.k.a. AL SANABIL; a.k.a. AL-SANBAL; a.k.a. ASANABIL; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA; a.k.a. JAMI'A SANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANIBAL; a.k.a. SANNABIL; a.k.a. SANNIBIL; a.k.a. SINABUL), Sidon, Lebanon [SDGT] 08-21-03

SANABEL (a.k.a. AL SANABIL; a.k.a. AL-SANBAL; a.k.a. ASANABIL; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA; a.k.a. JAMI'A SANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. SANABAL; a.k.a. SANABIL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANIBAL; a.k.a. SANNABIL; a.k.a. SANNIBIL; a.k.a. SINABUL), Sidon, Lebanon [SDGT] 08-21-03

SANABIL (a.k.a. AL SANABIL; a.k.a. AL-SANBAL; a.k.a. ASANABIL; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA; a.k.a. JAMI'A SANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. SANABAL; a.k.a. SANABEL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANIBAL; a.k.a. SANNABIL; a.k.a. SANNIBIL; a.k.a. SINABUL), Sidon, Lebanon [SDGT] 08-21-03

SANABIL AL-AQSA (a.k.a. AL SANABIL; a.k.a. AL-SANBAL; a.k.a. ASANABIL; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA; a.k.a. JAMI'A SANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. SANABAL; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANIBAL; a.k.a. SANNABIL; a.k.a. SANNIBIL; a.k.a. SINABUL), Sidon, Lebanon [SDGT] 08-21-03

SANABIL AL-AQSA CHARITABLE FOUNDATION (a.k.a. AL-AQSA (ASBL); a.k.a.

AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), BD Leopold II 71, 1080 Brussels, Belgium [SDGT] 05-29-03

SANABIL AL-AQSA CHARITABLE FOUNDATION (a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellstrasse 36, D-52066, Aachen, Germany [SDGT] 05-29-03

SANABIL AL-AQSA CHARITABLE FOUNDATION (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.) [SDGT] 05-29-03

SANABIL AL-AQSA CHARITABLE FOUNDATION (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan [SDGT] 05-29-03

SANABIL AL-AQSA CHARITABLE FOUNDATION (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Nobelvagen 79 NB, 21433 Malmo, Sweden; Noblev 79 NB, 21433 Malmo, Sweden [SDGT] 05-29-03

SANABIL AL-AQSA CHARITABLE FOUNDATION (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa [SDGT] 05-29-03

SANABIL AL-AQSA CHARITABLE FOUNDATION (a.k.a. AQSSA SOCIETY YEMEN; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a.

AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 14101, San'a, Yemen [SDGT] 05-29-03

SANABIL AL-AQSA CHARITABLE FOUNDATION (a.k.a. FORENINGEN AL-AQSA; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. STICHTING AL-AQSA; a.k.a. SWEDISH CHARITABLE AQSA EST.), P.O. Box 6222200KBKN, Copenhagen, Denmark [SDGT] 05-29-03

SANABIL AL-AQSA CHARITABLE FOUNDATION (a.k.a. STICHTING AL-AQSA; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SWEDISH CHARITABLE AQSA EST.), Gerrit V/D Lindestraat 103 E, 03022 TH, Rotterdam, Holland; Gerrit V/D Lindestraat 103 A, 3022 TH, Rotterdam, Holland [SDGT] 05-29-03

SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT (a.k.a. AL SANABIL; a.k.a. AL-SANBAL; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA; a.k.a. JAMI'A SANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANNABIL; a.k.a. SANNIBIL; a.k.a. SINABUL), Sidon, Lebanon [SDGT] 08-21-03

SANBIL FOR AID AND DEVELOPMENT (a.k.a. AL SANABIL; a.k.a. AL-SANBAL; a.k.a. ASANABIL; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA; a.k.a. JAMI'A SANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANNABIL; a.k.a. SANNIBIL; a.k.a. SINABUL), Sidon, Lebanon [SDGT] 08-21-03

SANABIL FOR RELIEF AND DEVELOPMENT (a.k.a. AL SANABIL; a.k.a. AL-SANBAL; a.k.a. ASANABIL; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA; a.k.a. JAMI'A SANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. SANABAL; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANNABIL; a.k.a. SANNIBIL; a.k.a. SINABUL), Sidon, Lebanon [SDGT] 08-21-03

SANABIL GROUP FOR RELIEF AND DEVELOPMENT (a.k.a. AL SANABIL; a.k.a. AL-SANBAL; a.k.a. ASANABIL; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA; a.k.a. JAMI'A SANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. SANABAL; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANNABIL; a.k.a. SANNIBIL; a.k.a. SINABUL), Sidon, Lebanon [SDGT] 08-21-03

SANIBAL (a.k.a. AL SANABIL; a.k.a. AL-SANBAL; a.k.a. ASANABIL; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA; a.k.a. JAMI'A SANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. SANABAL; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANNABIL; a.k.a. SANNIBIL; a.k.a. SINABUL), Sidon, Lebanon [SDGT] 08-21-03

SANNABIL (a.k.a. AL SANABIL; a.k.a. AL-SANBAL; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA; a.k.a. JAMI'A SANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. SANABAL; a.k.a. SANABIL; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANIBAL; a.k.a. SANNIBIL; a.k.a. SINABUL), Sidon,

Lebanon [SDGT] 08-21-03

SANNIBIL (a.k.a. AL SANABIL; a.k.a. AL-SANBAL; a.k.a. ASANABIL; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA; a.k.a. JAMI'A SANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. SANABAL; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANIBAL; a.k.a. SANNABIL; a.k.a. SINABUL), Sidon, Lebanon [SDGT] 08-21-03

SAYARA AL-QUDS (a.k.a. PALESTINE ISLAMIC JIHAD - SHAQAQI FACTION; a.k.a. ABU GHUNAYM SQUAD OF THE HIZBALLAH BAYT AL-MAQDIS; a.k.a. AL-AWDAH BRIGADES; a.k.a. AL-QUDS BRIGADES; a.k.a. AL-QUDS SQUADS; a.k.a. ISLAMIC JIHAD IN PALESTINE; a.k.a. ISLAMIC JIHAD OF PALESTINE; a.k.a. PALESTINIAN ISLAMIC JIHAD; a.k.a. PIJ; a.k.a. PIJ-SHALLAH FACTION; a.k.a. PIJ-SHAQAQI FACTION) [SDT] [FTO] also listed as [SDGT] on 10-31-01

SAZEMAN-E MUJAHEDIN-E KHALQ-E IRAN (a.k.a. MEK; a.k.a. MKO; a.k.a. MUJAHEDIN-E KHALQ ORGANIZATION; a.k.a. MUJAHEDIN-E KHALQ; a.k.a. MUSLIM IRANIAN STUDENT'S SOCIETY; a.k.a. NATIONAL COUNCIL OF RESISTANCE (NCR); a.k.a. NATIONAL COUNCIL OF RESISTANCE OF IRAN; a.k.a. NATIONAL COUNCIL OF RESISTANCE; a.k.a. NCRI; a.k.a. NLA; a.k.a. ORGANIZATION OF THE PEOPLE'S HOLY WARRIORS OF IRAN; a.k.a. PEOPLE'S MUJAHEDIN ORGANIZATION OF IRAN; a.k.a. PMOI; a.k.a. THE NATIONAL LIBERATION ARMY OF IRAN), including its U.S. representative offices and all other offices worldwide [FTO] also listed as [SDGT] on 10-31-01

SECOURS MONDIAL DE FRANCE (a.k.a. FONDATION SECOURS MONDIAL A.S.B.L.; a.k.a. FONDATION SECOURS MONDIAL - BELGIQUE A.S.B.L.; a.k.a. FONDATION SECOURS MONDIAL - KOSOVA; a.k.a. FONDATION SECOURS MONDIAL VZW; a.k.a. FONDATION SECOURS MONDIAL "WORLD RELIEF;" a.k.a. FSM; a.k.a. GLOBAL RELIEF FOUNDATION, INC.; a.k.a. STICHTING WERELDHULP - BELGIE, V.Z.W.), Rruga e Kavajes, Building No. 3, Apartment No. 61, P.O. Box 2892, Tirana, Albania; Vaatjesstraat, 29, 2580 Putte, Belgium; Rue des Bataves 69, 1040 Etterbeek, Brussels, Belgium; P.O. Box 6, 1040 Etterbeek 2, Brussels, Belgium; Mula Mustafe Baseskije Street No. 72, Sarajevo, Bosnia; Put Mladih Muslimana Street 30/A, Sarajevo, Bosnia; 49 rue du Lazaret, 67100 Strasbourg, France; Rr. Skenderbeu 76, Lagija Sefa, Gjakova, Kosovo; Ylli Morina Road, Djakovica, Kosovo; House 267 Street No. 54, Sector F-11/4, Islamabad, Pakistan; Saray Cad. No. 37 B Blok, Yesilyurt Apt. 2/4, Sirinevler, Turkey; Afghanistan; Azerbaijan; Bangladesh; Chechnya, Russia; China; Eritrea; Ethiopia; Georgia; India; Ingushetia, Russia; Iraq; Jordan; Kashmir; Lebanon; Sierra Leone; Somalia; Syria; West Bank and Gaza; V.A.T. Number: BE 454,419,759 [SDGT] 10-18-02

SENDERO LUMINOSO (a.k.a. SHINING PATH; a.k.a. SL; a.k.a. PARTIDO COMUNISTA DEL PERU EN EL SENDERO LUMINOSO DE JOSE CARLOS MARIATEGUI (COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI); a.k.a. PARTIDO COMUNISTA DEL PERU (COMMUNIST PARTY OF PERU); a.k.a. PCP; a.k.a. SOCORRO POPULAR DEL PERU (PEOPLE'S AID OF PERU); a.k.a. SPP; a.k.a. EJERCITO GUERRILLERO POPULAR (PEOPLE'S GUERRILLA ARMY); a.k.a. EGP; a.k.a. EJERCITO POPULAR DE LIBERACION (PEOPLE'S LIBERATION ARMY); a.k.a. EPL) [FTO] also listed as [SDGT] on 10-31-01

SHINING PATH (a.k.a. SENDERO LUMINOSO; a.k.a. SL; a.k.a. PARTIDO COMUNISTA DEL PERU EN EL SENDERO LUMINOSO DE JOSE CARLOS MARIATEGUI (COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI); a.k.a. PARTIDO COMUNISTA DEL PERU (COMMUNIST PARTY OF PERU); a.k.a. PCP; a.k.a. SOCORRO POPULAR DEL PERU (PEOPLE'S AID OF PERU); a.k.a. SPP; a.k.a. EJERCITO GUERRILLERO POPULAR (PEOPLE'S GUERRILLA ARMY); a.k.a. EGP; a.k.a. EJERCITO POPULAR DE LIBERACION (PEOPLE'S LIBERATION ARMY); a.k.a. EPL) [FTO] also listed as [SDGT] on 10-31-01

SINABUL (a.k.a. AL SANABIL; a.k.a. AL-SANBAL; a.k.a. ASANABIL; a.k.a. JA'MIA SANBLE LLAGHATHA WA ALTINMIA; a.k.a. JAMI'A SANABIL; a.k.a. JAMI'A SANABIL LIL IGATHA WA AL-TANMIYZ; a.k.a. SANABAL; a.k.a. SANABEL; a.k.a. SANABIL; a.k.a. SANABIL AL-AQSA; a.k.a. SANABIL ASSOCIATION FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL FOR AID AND DEVELOPMENT; a.k.a. SANABIL FOR RELIEF AND DEVELOPMENT; a.k.a. SANABIL GROUP FOR RELIEF AND DEVELOPMENT; a.k.a. SANIBAL; a.k.a. SANNABIL; a.k.a. SANNIBIL), Sidon, Lebanon [SDGT] 08-21-03

SIRAT (a.k.a. AL FURQAN; a.k.a. ASSOCIATION FOR CITIZENS RIGHTS AND RESISTANCE TO LIES; a.k.a. ASSOCIATION FOR EDUCATION, CULTURAL, AND TO CREATE SOCIETY - SIRAT; a.k.a. ASSOCIATION FOR EDUCATION, CULTURE AND BUILDING SOCIETY - SIRAT; a.k.a. ASSOCIATION OF CITIZENS FOR THE SUPPORT OF TRUTH AND SUPPRESSION OF LIES; a.k.a. DZEM'IJETUL FURQAN; a.k.a. DZEMIJETUL FURKAN; a.k.a. DZEMILIJATI FURKAN; a.k.a. IN SIRATEL; a.k.a. ISTIKAMET), Put Mladih Muslimana 30a, 71000 Sarajevo, Bosnia-Herzegovina; ul. Strossmajerova 72, Zenica, Bosnia-Herzegovina; Muhameda Hadzijahica #42, Sarajevo, Bosnia-Herzegovina [SDGT] 05-06-04

SL (a.k.a. SENDERO LUMINOSO; a.k.a. SHINING PATH; a.k.a. PARTIDO COMUNISTA DEL PERU EN EL SENDERO LUMINOSO DE JOSE CARLOS MARIATEGUI (COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI); a.k.a. PARTIDO COMUNISTA DEL PERU (COMMUNIST PARTY OF PERU); a.k.a. PCP; a.k.a. SOCORRO POPULAR DEL PERU (PEOPLE'S AID OF PERU); a.k.a. SPP; a.k.a. EJERCITO GUERRILLERO POPULAR

(PEOPLE'S LIBERATION ARMY); a.k.a. EPL) [FTO] also listed as [SDGT] on 10-31-01

SOCIETY OF ISLAMIC COOPERATION (a.k.a. JAM'IYAT AL TA'AWUN AL ISLAMIYYA; a.k.a. JAM'YAH TA'AWUN AL-ISLAMIA; a.k.a. JIT), Qandahar City, Afghanistan [SDGT] 10-12-01

SOCORRO POPULAR DEL PERU (PEOPLE'S AID OF PERU) (a.k.a. SENDERO LUMINOSO; a.k.a. SL; a.k.a. PARTIDO COMUNISTA DEL PERU EN EL SENDERO LUMINOSO DE JOSE CARLOS MARIATEGUI (COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI); a.k.a. PARTIDO COMUNISTA DEL PERU (COMMUNIST PARTY OF PERU); a.k.a. PCP; a.k.a. SHINING PATH; a.k.a. SPP; a.k.a. EJERCITO GUERRILLERO POPULAR (PEOPLE'S GUERRILLA ARMY); a.k.a. EGP; a.k.a. EJERCITO POPULAR DE LIBERACION (PEOPLE'S LIBERATION ARMY); a.k.a. EPL) [FTO] also listed as [SDGT] on 10-31-01

SOM NET AB (a.k.a. SOMALI NETWORK AB), Hallbybacken 15, Spanga 70, Sweden [SDGT] 11-07-01

SOMALI INTERNATIONAL RELIEF ORGANIZATION, 1806 Riverside Ave., 2nd Floor, Minneapolis, Minnesota, U.S.A. [SDGT] 11-07-01

SOMALI INTERNET COMPANY, Mogadishu, Somalia [SDGT] 11-07-01

SOMALI NETWORK AB (a.k.a. SOM NET AB), Hallbybacken 15, Spanga 70, Sweden [SDGT] 11-07-01

SPP (a.k.a. SENDERO LUMINOSO; a.k.a. SL; a.k.a. PARTDO COMUNISTA DEL PERU EN EL SENDERO LUMINOSO DE JOSE CARLOS MARIATEGUI (COMMUNIST PARTY OF PERU ON THE SHINING PATH OF JOSE CARLOS MARIATEGUI); a.k.a. PARTIDO COMUNISTA DEL PERU (COMMUNIST PARTY OF PERU); a.k.a. PCP; a.k.a. SOCORRO POPULAR DEL PERU (PEOPLE'S AID OF PERU); a.k.a. SHINING PATH; a.k.a. EJERCITO GUERRILLERO POPULAR (PEOPLE'S GUERRILLA ARMY); a.k.a. EGP; a.k.a. EJERCITO POPULAR DE LIBERACION (PEOPLE'S LIBERATION ARMY); a.k.a. EPL) [FTO] also listed as [SDGT] on 10-31-01

STATE OF JUDEA (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.NET; a.k.a. KAHANE.ORG; a.k.a. KAHANE; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT] [FTO] also listed as [SDGT] on 10-31-01

STG. BENEVOLENCE INTERNATIONAL NEDERLAND (a.k.a. BENEVOLENCE INTERNATIONAL NEDERLAND; a.k.a. STICHTING BENEVOLENCE INTERNATIONAL NEDERLAND), Radeborg 14 B, 6228 CV Maastricht, Netherlands; Postbus 1149, 6201 BC Maastricht, Netherlands; Registration No. 14063277 [SDGT] 01-24-03

STICHTING AL HARAMAIN HUMANITARIAN AID (a.k.a AL-HARAMAIN : The Netherlands Branch), Jan Hanzenstraat 114, 1053SV, Amsterdam, The Netherlands [SDGT] 06-02-04

STICHTING AL-AQSA (a.k.a. AL-AQSA (ASBL); a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARITABLE AQSA EST.), BD Leopold II 71, 1080 Brussels, Belgium [SDGT] 05-29-03

STICHTING AL-AQSA (a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARITABLE AQSA EST.), Kappellenstrasse 36, D-52066, Aachen, Germany [SDGT] 05-29-03

STICHTING AL-AQSA (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION;

a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARI-TABLE AQSA EST.), P.O. Box 2364, Islamabad, Pakistan [SDGT] 05-29-03

STICHTING AL-AQSA (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARI-TABLE AQSA EST.), P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa [SDGT] 05-29-03

STICHTING AL-AQSA (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARI-TABLE AQSA EST.) [SDGT] 05-29-03

STICHTING AL-AQSA (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARI-TABLE AQSA EST.), Nobelvagen 79 NB, 21433 Malmo, Sweden; Noblev 79 NB, 21433 Malmo, Sweden [SDGT] 05-29-03

STICHTING AL-AQSA (a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARI-TABLE AQSA EST.), Gerrit V/D Lindestraat 103 E, 03022 TH, Rotterdam, Holland; Gerrit V/D Lindestraat 103 A, 3022 TH, Rotterdam, Holland [SDGT] 05-29-03

STICHTING AL-AQSA (a.k.a. AQSSA SOCIETY YEMEN; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISH-MENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARI-TABLE AQSA EST.), P.O. Box 14101, San'a, Yemen [SDGT] 05-29-03

STICHTING AL-AQSA (a.k.a. FORENINGEN AL-AQSA; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISH-MENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA

AL-SHARIF; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. SWEDISH CHARI-TABLE AQSA EST.), P.O. Box 6222200 KBKN, Copenhagen, Denmark [SDGT] 05-29-03

STICHTING BENEVOLENCE INTERNATIONAL NEDERLAND (a.k.a. BENEVO-LENCE INTERNATIONAL NEDERLAND; a.k.a. STG. BENEVOLENCE INTERNA-TIONAL NEDERLAND), Radeborg 14 B, 6228 CV Maastricht, Netherlands; Postbus 1149, 6201 BC Maastricht, Netherlands; Registration No. 14063277 [SDGT] 01-24-03

STICHTING WERELDHULP - BELGIE, V.Z.W. (a.k.a. FONDATION SECOURS MONDIAL A.S.B.L.; a.k.a. FONDATION SECOURS MONDIAL - BELGIQUE A.S.B.L.; a.k.a. FONDATION SECOURS MONDIAL - KOSOVA; a.k.a. FONDATION SECOURS MONDIAL VZW; a.k.a. FONDATION SECOURS MONDIAL "WORLD RELIEF"; a.k.a. FSM; a.k.a. GLOBAL RELIEF FOUNDATION, INC.; a.k.a. SECOURS MONDIAL DE FRANCE), Rrug a e Kavajes, Building No. 3, Apartment No. 61, P.O. Box 2892, Tirana, Albania; Vaatjesstraat, 29, 2580 Putte, Belgium; Rue des Batailes 69, 1040 Etterbeek, Brussels, Belgium; P.O. Box 6, 1040 Etterbeek 2, Brussels, Belgium; Mula Mustafe Baseskije Street No. 72, Sarajevo, Bosnia; Put Mladih Muslimana Street 30/A, Sarajevo, Bosnia; 49 rue du Lazaret, 67100 Strasbourg, France; Rr. Skenderbeu 76, Lagjja Sefa, Gjakova, Kosovo; Ylli Morina Road, Djakovica, Kosovo; House 267 Street No. 54, Sector F-11/4, Islamabad, Pakistan; Saray Cad. No. 37 B Blok, Yesilyurt Apt. 2/4, Sirinevler, Turkey; Afghanistan; Azerbaijan; Bangladesh; Chechnya, Russia; China; Eritrea; Ethiopia; Georgia; India; Ingushetia, Russia; Iraq; Jordan; Kashmir; Lebanon; Sierra Leone; Somalia; Syria; West Bank and Gaza; V.A.T. Number: BE 454,419,759 [SDGT] 10-18-02

STUDENTS OF AYYASH (a.k.a. ISLAMIC RESISTANCE MOVEMENT; a.k.a. HARAKAT AL-MUQAWAMA AL-ISLAMIYA; a.k.a. HAMAS; a.k.a. STUDENTS OF TH ENGINEER; a.k.a. YAHYA AYYASH UNITS; a.k.a. IZZ AL-DIN AL-QASSIM BRI-GADES; a.k.a. IZZ AL-DIN AL-QASSIM FORCES; a.k.a. IZZ AL-DIN AL-QASSIM BATTALIONS; a.k.a. IZZ AL-DIN AL QASSAM BRIGADES; a.k.a. IZZ AL-DIN AL QASSAM FORCES; a.k.a. IZZ AL-DIN AL QASSAM BATTALIONS) [SDT] [FTO] also listed as [SDGT] on 10-31-01

STUDENTS OF THE ENGINEER (a.k.a. ISLAMIC RESISTANCE MOVEMENT; a.k.a. HARAKAT AL-MUQAWAMA AL-ISLAMIYA; a.k.a. STUDENTS OF AYYASH; a.k.a. HAMAS; a.k.a. YAHYA AYYASH UNITS; a.k.a. IZZ AL-DIN AL-QASSIM BRIGADES; a.k.a. IZZ AL-DIN AL-QASSIM FORCES; a.k.a. IZZ AL-DIN AL-QASSIM BATTAL-IONS; a.k.a. IZZ AL-DIN AL QASSAM BRIGADES; a.k.a. IZZ AL-DIN AL QASSAM FORCES; a.k.a. IZZ AL-DIN AL QASSAM BATTALIONS) [SDT] [FTO] also listed as [SDGT] on 10-31-01

SWEDISH CHARITABLE AQSA EST. (a.k.a. AL-AQSA (ASBL); a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARI-TABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA), BD Leopold II 71, 1080 Brussels, Belgium [SDGT] 05-29-03

SWEDISH CHARITABLE AQSA EST. (a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARI-TABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA), Kappelnstrasse 36, D-52066, Aachen, Germany [SDGT] 05-29-03

SWEDISH CHARITABLE AQSA EST. (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA) [SDGT] 05-29-03

SWEDISH CHARITABLE AQSA EST. (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC

CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY TY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA), P.O. Box 421082, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa; P.O. Box 421083, 2nd Floor, Amoco Gardens, 40 Mint Road, Fordsburg 2033, Johannesburg, South Africa [SDGT] 05-29-03

SWEDISH CHARITABLE AQSA EST. (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAH STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA), P.O. Box 2364, Islamabad, Pakistan [SDGT] 05-29-03

SWEDISH CHARITABLE AQSA EST. (a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA SPANMAH STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA), Nobelvagen 79 NB, 21433 Malmo, Sweden; Noblev 79 NB, 21433 Malmo, Sweden [SDGT] 05-29-03

SWEDISH CHARITABLE AQSA EST. (a.k.a. AQSSA SOCIETY YEMEN; a.k.a. AL-AQSA SPANMAH STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA), P.O. Box 14101, San'a, Yemen [SDGT] 05-29-03

SWEDISH CHARITABLE AQSA EST. (a.k.a. FORENINGEN AL-AQSA; a.k.a. AL-AQSA SPANMAH STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION; a.k.a. STICHTING AL-AQSA), P.O. Box 6222200KBKN, Copenhagen, Denmark [SDGT] 05-29-03

SWEDISH CHARITABLE AQSA EST. (a.k.a. STICHTING AL-AQSA; a.k.a. AL-AQSA SPANMAL STIFTELSE; a.k.a. AL-AQSA ASBL; a.k.a. AL-AQSA CHARITABLE FOUNDATION; a.k.a. AL-AQSA CHARITABLE ORGANIZATION; a.k.a. AL-AQSA E.V.; a.k.a. AL-AQSA FOUNDATION; a.k.a. AL-AQSA INTERNATIONAL FOUNDATION; a.k.a. AL-AQSA ISLAMIC CHARITABLE SOCIETY; a.k.a. AL-AQSA SINABIL ESTABLISHMENT; a.k.a. AL-AQSA SPANM I STIFTELSE; a.k.a. AQSSA SOCIETY; a.k.a. AQSSA SOCIETY YEMEN; a.k.a. CHARITABLE AL-AQSA ESTABLISHMENT; a.k.a. CHARITABLE SOCIETY TO HELP THE NOBLE AL-AQSA; a.k.a. NUSRAT AL-AQSA AL-SHARIF; a.k.a. FORENINGEN AL-AQSA; a.k.a. ISLAMIC CHARITABLE SOCIETY FOR AL-AQSA; a.k.a. MU'ASA AL-AQSA AL-KHAYRIYYA; a.k.a. MU'ASSA SANABIL AL-AQSA AL-KHAYRIYYA; a.k.a. SANABIL AL-AQSA CHARITABLE FOUNDATION), Gerrit V/D Lindestraat 103 E, 03022 TH, Rotterdam, Holland; Gerrit V/D Lindestraat 103 A, 3022 TH, Rotterdam, Holland [SDGT] 05-29-03

SWORD OF DAVID (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.NET; a.k.a. KAHANE.ORG; a.k.a. KAHANE; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH

MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT][FTO] also listed as [SDGT] on 10-31-01

TAHRIKE ISLAMI'A TALIBAN (a.k.a. ISLAMIC MOVEMENT OF TALIBAN; a.k.a. TALEBAN; a.k.a. TALIBAN; a.k.a. TALIBAN ISLAMIC MOVEMENT; a.k.a. TALIBANO ISLAMI TAHRIK), Afghanistan [TALIBAN] also listed as [SDGT] on 07-03-02

TAIBAH INTERNATIONAL : BOSNIA BRANCH (a.k.a. AL TAIBAH, INTL.; a.k.a. TAIBAH INTERNATIONAL AID AGENCY; a.k.a. TAIBAH INTERNATIONAL AID ASSOCIATION; a.k.a. TAIBAH INTERNATIONAL AIDE ASSOCIATION), Avde Smajlovic 6, Sarajevo, Bosnia-Herzegovina; No. 26 Tabhanksa Ulica, Sarajevo, Bosnia-Herzegovina [SDGT] 05-06-04

TAIBAH INTERNATIONAL AID AGENCY (a.k.a. AL TAIBAH, INTL.; a.k.a. TAIBAH INTERNATIONAL : BOSNIA BRANCH; a.k.a. TAIBAH INTERNATIONAL AID ASSOCIATION; a.k.a. TAIBAH INTERNATIONAL AIDE ASSOCIATION), Avde Smajlovic 6, Sarajevo, Bosnia-Herzegovina; No. 26 Tabhanksa Ulica, Sarajevo, Bosnia-Herzegovina [SDGT] 05-06-04

TAIBAH INTERNATIONAL AID ASSOCIATION (a.k.a. AL TAIBAH, INTL.; a.k.a. TAIBAH INTERNATIONAL : BOSNIA BRANCH; a.k.a. TAIBAH INTERNATIONAL AID AGENCY; a.k.a. TAIBAH INTERNATIONAL AIDE ASSOCIATION), Avde Smajlovic 6, Sarajevo, Bosnia-Herzegovina; No. 26 Tabhanksa Ulica, Sarajevo, Bosnia-Herzegovina [SDGT] 05-06-04

TAIBAH INTERNATIONAL AIDE ASSOCIATION (a.k.a. AL TAIBAH, INTL.; a.k.a. TAIBAH INTERNATIONAL : BOSNIA BRANCH; a.k.a. TAIBAH INTERNATIONAL AID AGENCY; a.k.a. TAIBAH INTERNATIONAL AID ASSOCIATION), Avde Smajlovic 6, Sarajevo, Bosnia-Herzegovina; No. 26 Tabhanksa Ulica, Sarajevo, Bosnia-Herzegovina [SDGT] 05-06-04

TALEBAN (a.k.a. ISLAMIC MOVEMENT OF TALIBAN; a.k.a. TAHRIKE ISLAMI'A TALIBAN; a.k.a. TALIBAN; a.k.a. TALIBAN ISLAMIC MOVEMENT; a.k.a. TALIBANO ISLAMI TAHRIK), Afghanistan [TALIBAN] also listed as [SDGT] on 07-03-02

TALIBAN (a.k.a. ISLAMIC MOVEMENT OF TALIBAN; a.k.a. TAHRIKE ISLAMI'A TALIBAN; a.k.a. TALEBAN; a.k.a. TALIBAN ISLAMIC MOVEMENT; a.k.a. TALIBANO ISLAMI TAHRIK), Afghanistan [TALIBAN] also listed as [SDGT] on 07-03-02

TALIBAN ISLAMIC MOVEMENT (a.k.a. ISLAMIC MOVEMENT OF TALIBAN; a.k.a. TAHRIKE ISLAMI'A TALIBAN; a.k.a. TALEBAN; a.k.a. TALIBAN; a.k.a. TALIBANO ISLAMI TAHRIK), Afghanistan [TALIBAN] also listed as [SDGT] on 07-03-02

TALIBANO ISLAMI TAHRIK (a.k.a. ISLAMIC MOVEMENT OF TALIBAN; a.k.a. TAHRIKE ISLAMI'A TALIBAN; a.k.a. TALEBAN; a.k.a. TALIBAN; a.k.a. TALIBAN ISLAMIC MOVEMENT), Afghanistan [SDGT] [TALIBAN] also listed as [SDGT] on 07-03-02

TAMIL TIGERS (a.k.a. LIBERATION TIGERS OF TAMIL EELAM; a.k.a. LTTE; a.k.a. ELLALAN FORCE) [FTO] also listed as [SDGT] on 10-31-01

TEHRIK-UL-FURQAAN (a.k.a. ARMY OF MOHAMMED; a.k.a. JAISH-I-MOHAMMED; a.k.a. JAISH-E-MOHAMMED; a.k.a. KHUDAMUL ISLAM; a.k.a. KHUDDAM-UL-ISLAM; a.k.a. KUDDAM E ISLAMI; a.k.a. MOHAMMED'S ARMY), Pakistan [FTO] [SDGT] 10-21-01; 12-23-03

THE AID ORGANIZATION OF THE ULEMA (a.k.a. AL RASHID TRUST; a.k.a. AL RASHEED TRUST; a.k.a. AL-RASHEED TRUST; a.k.a. AL-RASHID TRUST), Kitab Ghar, Darul Ifta Wal Irshad, Nazimabad No. 4, Karachi, Pakistan; Office Dha'rb-i-M'unin, opposite Khyber Bank, Abbottabad Road, Mansehra, Pakistan; Office Dha'rb-i-M'unin, Z.R. Brothers, Katchehry Road, Chowk Yadgaar, Peshawar, Pakistan; Office Dha'rb-i-M'unin, Room no. 3, Third Floor, Moti Plaza, near Liaquat Bagh, Murree Road, Rawalpindi, Pakistan; Office Dha'rb-i-M'unin, Top Floor, Dr. Dawa Khan Dental Clinic Surgeon, Main Baxar, Mingora, Swat, Pakistan <Operations in Afghanistan: Herat, Jalalabad, Kabul, Kandahar, Mazar Sharif.  Also operations in: Kosovo, Chechnya>; 302b-40, Good Earth Court, Opposite Pia Planitarium, Block 13a, Gulshan - I Iqbal, Karachi, Pakistan; 617 Clifton Center, Block 5, 6th Floor, Clifton, Karachi, Pakistan; 605 Landmark Plaza, 11 Chundrigar Road, Opposite Jang Building, Karachi, Pakistan; Jamia Masjid, Sulaiman Park, Begum Pura, Lahore, Pakistan [SDGT] 04-19-02

THE AL-JIHAD-FISI-SABILILAH SPECIAL ISLAMIC REGIMENT (a.k.a. ISLAMIC REGIMENT OF SPECIAL MEANING; a.k.a. THE ISLAMIC SPECIAL PURPOSE REGIMENT; a.k.a. THE SPECIAL PURPOSE ISLAMIC REGIMENT) [SDGT] 02-28-03

THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD) (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.NET; a.k.a. KAHANE.ORG; a.k.a. KAHANE; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE

JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVE-MENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT] [FTO] also listed as [SDGT] on 10-31-01; new entry on 10-02-03/10-10-03

THE GROUP FOR THE PRESERVATION OF THE HOLY SITES (a.k.a. AL QA'IDA; a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW JIHAD; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE JIHAD GROUP; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION; a.k.a. "THE BASE") [SDT] [FTO] [SDGT] 09-24-01

THE HATIKVA JEWISH IDENTITY CENTER (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.NET; a.k.a. KAHANE.ORG; a.k.a. KAHANE; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD); a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT] [FTO] also listed as [SDGT] on 10-31-01; new entry on 10-02-03/10-10-03

THE HORROR SQUADRON (a.k.a. DHAMAT HOUMET DAAWA SALAFIA; a.k.a. DJAMAAT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. DJAMAAT HOUMAT ED DAWA ESSALAFIA; a.k.a. DJAMAATT HOUMAT ED DAAWA ES SALAFIYA; a.k.a. EL-AHOUAL BATTALION; a.k.a. GROUP OF SUPPORTERS OF THE SALAFIST TREND; a.k.a. GROUP OF SUPPORTERS OF THE SALAFISTE TREND; a.k.a. GROUP PROTECTORS OF SALAFIST PREACHING; a.k.a. HOUMAT ED DAAWA ES SALIFIYA; a.k.a. HOUMAT ED-DAAOUA ES-SALAFIA; a.k.a. HOUMATE ED-DAAWA ES-SALAFIA; a.k.a. HOUMATE EL DA'AWA ES-SALAFIYYA; a.k.a. KATIBAT EL AHOUAL; a.k.a. KATIBAT EL AHOUEL; a.k.a. PROTECTORS OF THE SALAFIST CALL; a.k.a. PROTECTORS OF THE SALAFIST PREDICATION; a.k.a. SALAFIST CALL PROTECTORS), Algeria [SDGT] 10-24-03

THE INTERNATIONAL BRIGADE (a.k.a. INTERNATIONAL BATTALION; a.k.a. ISLAMIC PEACEKEEPING INTERNATIONAL BRIGADE; a.k.a. PEACEKEEPING BATTALION; a.k.a. THE ISLAMIC INTERNATIONAL BRIGADE; a.k.a. THE ISLAMIC PEACEKEEPING ARMY; a.k.a. THE ISLAMIC PEACEKEEPING BRIGADE) [SDGT] 02-28-03

THE INTERNATIONAL KAHANE MOVEMENT (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.NET; a.k.a. KAHANE.ORG; a.k.a. KAHANE; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT] [FTO] also listed as [SDGT] on 10-02-03/10-10-03

THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES (a.k.a. AL QA'IDA; a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW JIHAD; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE JIHAD GROUP; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION; a.k.a. "THE BASE") [SDT] [FTO] [SDGT] 09-24-01

THE ISLAMIC INTERNATIONAL BRIGADE (a.k.a. INTERNATIONAL BATTALION; a.k.a. ISLAMIC PEACEKEEPING INTERNATIONAL BRIGADE; a.k.a. PEACEKEEPING BATTALION; a.k.a. THE INTERNATIONAL BRIGADE; a.k.a. THE ISLAMIC PEACEKEEPING ARMY; a.k.a. THE ISLAMIC PEACEKEEPING BRIGADE) [SDGT] 02-28-03

THE ISLAMIC PEACEKEEPING ARMY (a.k.a. INTERNATIONAL BATTALION; a.k.a. ISLAMIC PEACEKEEPING INTERNATIONAL BRIGADE; a.k.a. PEACEKEEPING

BATTALION; a.k.a. THE INTERNATIONAL BRIGADE; a.k.a. THE ISLAMIC INTER-NATIONAL BRIGADE; a.k.a. THE ISLAMIC PEACEKEEPING BRIGADE) [SDGT] 02-28-03

THE ISLAMIC PEACEKEEPING BRIGADE (a.k.a. INTERNATIONAL BATTALION; a.k.a. ISLAMIC PEACEKEEPING INTERNATIONAL BRIGADE; a.k.a. PEACEKEEP-ING BATTALION; a.k.a. THE INTERNATIONAL BRIGADE; a.k.a. THE ISLAMIC INTERNATIONAL BRIGADE; a.k.a. THE ISLAMIC PEACEKEEPING ARMY) [SDGT] 02-28-03

THE ISLAMIC SPECIAL PURPOSE REGIMENT (a.k.a. ISLAMIC REGIMENT OF SPECIAL MEANING; a.k.a. THE AL-JIHAD-FISI-SABILILAH SPECIAL ISLAMIC REGIMENT; a.k.a. THE SPECIAL PURPOSE ISLAMIC REGIMENT) [SDGT] 02-28-03

THE JIHAD GROUP (a.k.a. AL QAEDA; a.k.a. AL QA'IDA; a.k.a. AL QAIDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW JIHAD; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION; a.k.a. "THE BASE") [SDT] [FTO] [SDGT] 09-24-01; new entry on 10-02-03/10-10-03

THE JUDEAN LEGION (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.NET; a.k.a. KAHANE.ORG; a.k.a. KAHANE; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEWKACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT] [FTO] also listed as [SDGT] on 10-31-01

THE JUDEAN VOICE (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.NET; a.k.a. KAHANE.ORG; a.k.a. KAHANE; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT] [FTO] also listed as [SDGT] on 10-31-01

THE NATIONAL LIBERATION ARMY OF IRAN (a.k.a. MEK; a.k.a. MKO; a.k.a. MUJAHEDIN-E KHALQ ORGANIZATION; a.k.a. MUJAHEDIN-E KHALQ; a.k.a. MUSLIM IRANIAN STUDENT'S SOCIETY; a.k.a. NATIONAL COUNCIL OF RESIS-TANCE (NCR); a.k.a. NATIONAL COUNCIL OF RESISTANCE OF IRAN; a.k.a. NATIONAL COUNCIL OF RESISTANCE; a.k.a. NCRI; a.k.a. NLA; a.k.a. ORGANI-ZATION OF THE PEOPLE'S HOLY WARRIORS OF IRAN; a.k.a. PEOPLE'S MUJAHEDIN ORGANIZATION OF IRAN; a.k.a. PMOI; a.k.a. SAZEMAN-E MUJAHEDIN-E KHALQ-E IRAN), including its U.S. representative offices and all other offices worldwide [FTO] also listed as [SDGT] on 10-31-01

THE PEOPLE'S DEFENSE FORCE (a.k.a. FREEDOM AND DEMOCRACY CON-GRESS OF KURDISTAN; a.k.a. HALU MESRU SAVUNMA KUVVETI (HSK); a.k.a. KADEK; a.k.a. KONGRA-GEL; a.k.a. KURDISTAN FREEDOM AND DEMOCRACY CONGRESS; a.k.a. KURDISTAN PEOPLE'S CONGRESS (KHK); a.k.a. KURDISTAN WORKERS' PARTY; a.k.a. PARTIYA KARKERAN KURDISTAN; a.k.a. PEOPLE'S CONGRESS OF KURDISTAN; a.k.a. PKK) [FTO] also listed as [SDGT] on 10-31-01 with additional "a.k.a."s on 12-03-02 and 01-12-04

THE PEOPLE'S LIBERATION ARMY OF NEPAL (a.k.a. COMMUNIST PARTY OF NEPAL (MAOIST); a.k.a. CPN (M); a.k.a. UNITED REVOLUTIONARY PEOPLE'S COUNCIL) [SDGT] 10-31-03

THE QOMEMIYUT MOVEMENT (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.NET; a.k.a. KAHANE.ORG; a.k.a. KAHANETZADAK.COM;

a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT] [FTO] also listed as [SDGT] on 10-31-01

THE RABBI MEIR DAVID KAHANE MEMORIAL FUND (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.NET; a.k.a. KAHANE.ORG; a.k.a. KAHANE; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT] [FTO] also listed as [SDGT] on 10-31-01; new entry on 10-02-03/10-10-03

THE RIYADUS-SALIKHIN RECONNAISSANCE AND SABOTAGE BATTALION OF CHECHEN MARTYRS (a.k.a. RIYADH-AS-SALIHEEN; a.k.a. RIYADUS- SALIKHIN RECONNAISSANCE AND SABOTAGE BATTALION OF SHAHIDS (MARTYRS); a.k.a. RIYADUS-SALIKHIN RECONNAISSANCE AND SABOTAGE BATTALION; a.k.a. THE SABOTAGE AND MILITARY SURVEILLANCE GROUP OF THE RIYADH AL-SALIHIN MARTYRS) [SDGT] 02-28-03

THE SABOTAGE AND MILITARY SURVEILLANCE GROUP OF THE RIYADH AL- SALIHIN MARTYRS (a.k.a. RIYADH-AS-SALIHEEN; a.k.a. RIYADUS- SALIKHIN RECONNAISSANCE AND SABOTAGE BATTALION OF SHAHIDS (MARTYRS); a.k.a. RIYADUS-SALIKHIN RECONNAISSANCE AND SABOTAGE BATTALION; a.k.a. THE RIYADUS-SALIKHIN RECONNAISSANCE AND SABOTAGE BATTALION OF CHECHEN MARTYRS) [SDGT] 02-28-03

THE SPECIAL PURPOSE ISLAMIC REGIMENT (a.k.a. ISLAMIC REGIMENT OF SPECIAL MEANING; a.k.a. THE AL-JIHAD-FISI-SABILILAH SPECIAL ISLAMIC REGIMENT; a.k.a. THE ISLAMIC SPECIAL PURPOSE REGIMENT) [SDGT] 02-28-03

THE VOICE OF JUDEA (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.NET; a.k.a. KAHANE.ORG; a.k.a. KAHANE; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT] [FTO] also listed as [SDGT] on 10-31-01; new entry on 10-02-03/10-10-03

THE WAY OF THE TORAH (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.NET; a.k.a. KAHANE.ORG; a.k.a. KAHANE; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE YESHIVA OF THE JEWISH IDEA; a.k.a. YESHIVAT HARAV MEIR) [SDT] [FTO] also listed as [SDGT] on 10-31-01

THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS (a.k.a. AL QA'IDA; a.k.a. AL QAEDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADERS; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW JIHAD; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE JIHAD GROUP; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA

BIN LADEN ORGANIZATION; a.k.a. "THE BASE") [SDT] [FTO] [SDGT] 09-24-01

THE YESHIVA OF THE JEWISH IDEA (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.NET; a.k.a. KAHANE.ORG; a.k.a. KAHANE; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. YESHIVAT HARAV MEIR) [SDT] [FTO] also listed as [SDGT] on 10-31-01

TUNISIAN COMBAT GROUP (a.k.a. GCT; a.k.a. GROUPE COMBATTANT TUNISIEN; a.k.a. JAMA'A COMBATTANTE TUNISIEN; a.k.a. JCT; a.k.a. TUNISIAN COMBAT- ANT GROUP) [SDGT] 10-10-02

TUNISIAN COMBATANT GROUP (a.k.a. GCT; a.k.a. GROUPE COMBATTANT TUNISIEN; a.k.a. JAMA'A COMBATTANTE TUNISIEN; a.k.a. JCT; a.k.a. TUNISIAN COMBAT GROUP) [SDGT] 10-10-02

ULSTER DEFENCE ASSOCIATION (a.k.a. ULSTER FREEDOM FIGHTERS); United Kingdom [SDGT] 12-31-01

ULSTER FREEDOM FIGHTERS (a.k.a. ULSTER DEFENCE ASSOCIATION); United Kingdom [SDGT] 12-31-01

UMMAH TAMEER E-NAU (UTN) (a.k.a. FOUNDATION FOR CONSTRUCTION; a.k.a. NATION BUILDING; a.k.a. RECONSTRUCTION FOUNDATION; a.k.a. RECON- STRUCTION OF THE ISLAMIC COMMUNITY; a.k.a. RECONSTRUCTION OF THE MUSLIM UMMAH; a.k.a. UMMAH TAMEER I-NAU; a.k.a. UMMAH TAMIR E-NAU; a.k.a. UMMAH TAMIR I-NAU; a.k.a. UMMAT TAMIR E-NAU; a.k.a. UMMAT TAMIR- I-PAU), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; 60-C, Nazim Ud Din Road, Islamabad F 8/4, Pakistan [SDGT] 12-20-01

UMMAH TAMEER I-NAU (a.k.a. UMMAH TAMEER E-NAU (UTN); a.k.a. FOUNDATION FOR CONSTRUCTION; a.k.a. NATION BUILDING; a.k.a. RECONSTRUCTION FOUNDATION; a.k.a. RECONSTRUCTION OF THE ISLAMIC COMMUNITY; a.k.a. RECONSTRUCTION OF THE MUSLIM UMMAH; a.k.a. UMMAH TAMIR E-NAU; a.k.a. UMMAH TAMIR I-NAU; a.k.a. UMMAT TAMIR E-NAU; a.k.a. UMMAT TAMIR-I-PAU), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; 60-C, Nazim Ud Din Road, Islamabad F 8/4, Pakistan [SDGT] 12-20-01

UMMAH TAMIR E-NAU (a.k.a. UMMAH TAMEER E-NAU (UTN); a.k.a. FOUNDATION FOR CONSTRUCTION; a.k.a. NATION BUILDING; a.k.a. RECONSTRUCTION FOUNDATION; a.k.a. RECONSTRUCTION OF THE ISLAMIC COMMUNITY; a.k.a. RECONSTRUCTION OF THE MUSLIM UMMAH; a.k.a. UMMAH TAMEER I-NAU; a.k.a. UMMAH TAMIR I-NAU; a.k.a. UMMAT TAMIR E-NAU; a.k.a. UMMAT TAMIR-I-PAU), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; 60-C, Nazim Ud Din Road, Islamabad F 8/4, Pakistan [SDGT] 12-20-01

UMMAH TAMIR I-NAU (a.k.a. UMMAH TAMEER E-NAU (UTN); a.k.a. FOUNDATION FOR CONSTRUCTION; a.k.a. NATION BUILDING; a.k.a. RECONSTRUCTION FOUNDATION; a.k.a. RECONSTRUCTION OF THE ISLAMIC COMMUNITY; a.k.a. RECONSTRUCTION OF THE MUSLIM UMMAH; a.k.a. UMMAH TAMEER I-NAU; a.k.a. UMMAH TAMIR E-NAU; a.k.a. UMMAT TAMIR E-NAU; a.k.a. UMMAT TAMIR-I-PAU), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; 60-C, Nazim Ud Din Road, Islamabad F 8/4, Pakistan [SDGT] 12-20-01

UMMAT TAMIR E-NAU (a.k.a. UMMAH TAMEER E-NAU (UTN); a.k.a. FOUNDATION FOR CONSTRUCTION; a.k.a. NATION BUILDING; a.k.a. RECONSTRUCTION FOUNDATION; a.k.a. RECONSTRUCTION OF THE ISLAMIC COMMUNITY; a.k.a. RECONSTRUCTION OF THE MUSLIM UMMAH; a.k.a. UMMAH TAMEER I-NAU; a.k.a. UMMAH TAMIR E-NAU; a.k.a. UMMAH TAMIR I-NAU; a.k.a. UMMAT TAMIR-I-PAU), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; 60-C, Nazim Ud Din Road, Islamabad F 8/4, Pakistan [SDGT] 12-20-01

UMMAT TAMIR-I-PAU (a.k.a. UMMAH TAMEER E-NAU (UTN); a.k.a. FOUNDATION FOR CONSTRUCTION; a.k.a. NATION BUILDING; a.k.a. RECONSTRUCTION FOUNDATION; a.k.a. RECONSTRUCTION OF THE ISLAMIC COMMUNITY; a.k.a. RECONSTRUCTION OF THE MUSLIM UMMAH; a.k.a. UMMAH TAMEER I-NAU; a.k.a. UMMAH TAMIR E-NAU; a.k.a. UMMAH TAMIR I-NAU; a.k.a. UMMAT TAMIR E-NAU), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; 60-C, Nazim Ud Din Road, Islamabad F 8/4, Pakistan [SDGT] 12-20-01

UNITED REVOLUTIONARY PEOPLE'S COUNCIL (a.k.a. COMMUNIST PARTY OF NEPAL (MAOIST); a.k.a. CPN (M); a.k.a. THE PEOPLE'S LIBERATION ARMY OF NEPAL) [SDGT] 10-31-03

UNITED SELF-DEFENSE FORCES OF COLOMBIA (a.k.a. AUC; a.k.a. AUTODEFENSAS UNIDAS DE COLOMBIA) [FTO] also listed as [SDGT] on 10-31-01

USAMA BIN LADEN NETWORK (a.k.a. AL QA'IDA; a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADERS; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC

ARMY; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW JIHAD; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE JIHAD GROUP; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN ORGANIZATION; a.k.a. "THE BASE") [SDT] [FTO] [SDGT] 09-24-01

USAMA BIN LADEN ORGANIZATION (a.k.a. AL QA'IDA; a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNATIONAL FRONT FOR FIGHTING JEWS AND CRUSADES; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW JIHAD; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE JIHAD GROUP; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. "THE BASE") [SDT] [FTO] [SDGT] 09-24-01

VAZIR (a.k.a. AL-HARAMAIN : Kenya Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VEZIR), Daddb, Kenya; Garissa, Kenya; Nairobi, Kenya [SDGT] 01-22-04

VAZIR (a.k.a. AL-HARAMAIN : Pakistan Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VEZIR), House #279, Nazimuddin Road, F-10/1, Islamabad, Pakistan [SDGT] 01-22-04

VAZIR (a.k.a. AL-HARAMAIN : Tanzania Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VEZIR), P.O. Box 3616, Dar es Salaam, Tanzania; Singida, Tanzania; Tanga, Tanzania [SDGT] 01-22-04

VAZIR (a.k.a. AL-HARAMAIN : United States Branch; a.k.a. AL HARAMAIN FOUNDATION, INC.; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR), 1257 Siskiyou Boulevard, Ashland, OR 97520, U.S.A.; 3800 Highway 99 S., Ashland, OR 97520-8718, U.S.A.; 2151 E. Division Street, Springfield, MO 65803, U.S.A. [SDGT] 09-09-04

VEZIR (a.k.a. AL-HARAMAIN; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VEZIR), 64 Poturmahala, Travnik, Bosnia-Herzegovina; Somalia [SDGT] 12-22-03; 03-11-02

VEZIR (a.k.a. AL-HARAMAIN : Kenya Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR), Daddb, Kenya; Garissa, Kenya; Nairobi, Kenya [SDGT] 01-22-04

VEZIR (a.k.a. AL-HARAMAIN : Pakistan Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR), House #279, Nazimuddin Road, F-10/1, Islamabad, Pakistan [SDGT] 01-22-04

VEZIR (a.k.a. AL-HARAMAIN : Tanzania Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR), P.O. Box 3616, Dar es Salaam, Tanzania; Singida, Tanzania; Tanga, Tanzania [SDGT] 01-22-04

VEZIR (a.k.a. AL-HARAMAIN : United States Branch; a.k.a. AL HARAMAIN FOUNDATION, INC.; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUNDATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUNDATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUNDATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUNDATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. VAZIR), 1257 Siskiyou Boulevard, Ashland, OR 97520, U.S.A.; 3800 Highway 99 S., Ashland, OR 97520-8718, U.S.A.; 2151 E. Division Street, Springfield, MO 65803, U.S.A. [SDGT] 09-09-04

VEZIR (a.k.a. AL-HARAMAIN; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. AL-

HARAMAIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAIN ISLAMIC FOUN-DATION; a.k.a. AL-HARAMAYN; a.k.a. AL-HARAMAYN FOUNDATION; a.k.a. AL-HARAMAYN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMAYN ISLAMIC FOUN-DATION; a.k.a. AL-HARAMEIN; a.k.a. AL-HARAMEIN FOUNDATION; a.k.a. AL-HARAMEIN HUMANITARIAN FOUNDATION; a.k.a. AL-HARAMEIN ISLAMIC FOUN-DATION; a.k.a. ALHARAMAIN; a.k.a. ALHARAMAIN FOUNDATION; a.k.a. ALHARAMAIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAIN ISLAMIC FOUN-DATION; a.k.a. ALHARAMAYN; a.k.a. ALHARAMAYN FOUNDATION; a.k.a. ALHARAMAYN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMAYN ISLAMIC FOUNDATION; a.k.a. ALHARAMEIN; a.k.a. ALHARAMEIN FOUNDATION; a.k.a. ALHARAMEIN HUMANITARIAN FOUNDATION; a.k.a. ALHARAMEIN ISLAMIC FOUN-DATION; a.k.a. MU'ASSASAT AL-HARAMAIN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMAYN AL-KHAYRIYYA; a.k.a. MU'ASSASAT AL-HARAMEIN AL-KHAYRIYYA; a.k.a. VAZIR), 64 Poturmahala, Travnik, Bosnia-Herzegovina; Somalia [SDGT] 12-22-03; 03-11-02

WAFA AL-IGATHA AL-ISLAMIA (a.k.a. WAFA HUMANITARIAN ORGANIZATION; a.k.a. AL WAFA; a.k.a. AL WAFA ORGANIZATION) [SDGT] 09-24-01

WAFA HUMANITARIAN ORGANIZATION (a.k.a. AL WAFA; a.k.a. AL WAFA ORGANIZATION; a.k.a. WAFA AL-IGATHA AL-ISLAMIA) [SDGT] 09-24-01

WALDENBERG, AG (f.k.a. AL TAQWA TRADE, PROPERTY AND INDUSTRY; f.k.a. AL TAQWA TRADE, PROPERTY AND INDUSTRY COMPANY LIMITED; f.k.a. AL TAQWA TRADE, PROPERTY AND INDUSTRY ESTABLISHMENT; f.k.a. HIMMAT ESTABLISHMENT), c/o Asat Trust Reg., Altenbach 8, Vaduz 9490, Liechtenstein; Via Posero, 2, 22060 Campione d'Italia, Italy [SDGT] originally designated 11-07-01; new name added 08-25-03

WELFARE AND DEVELOPMENT FUND FOR PALESTINE (a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA; a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA WA AL-TANMIYA; a.k.a. INTERPAL; a.k.a. PALESTINE AND LEBANON RELIEF FUND; a.k.a. PALESTINE DEVELOPMENT AND RELIEF FUND; a.k.a. PALESTINE RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINE RELIEF FUND; a.k.a. PALESTINIAN AID AND SUPPORT FUND; a.k.a. PALESTINIAN RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINIAN RELIEF FUND; a.k.a. PRDF; a.k.a. RELIEF AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND OF PALESTINE), P.O. Box 3333, London, NW6 1RW, England; Registered Charity No: 1040094 [SDGT] 08-21-03

WELFARE AND DEVELOPMENT FUND OF PALESTINE (a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA; a.k.a. AL-SANDUQ AL-FILISTINI LIL-IGHATHA WA AL-TANMIYA; a.k.a. INTERPAL; a.k.a. PALESTINE AND LEBANON RELIEF FUND; a.k.a. PALESTINE DEVELOPMENT AND RELIEF FUND; a.k.a. PALESTINE RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINE RELIEF FUND; a.k.a. PALESTINIAN AID AND SUPPORT FUND; a.k.a. PALESTINIAN RELIEF AND DEVELOPMENT FUND; a.k.a. PALESTINIAN RELIEF FUND; a.k.a. PRDF; a.k.a. RELIEF AND DEVELOPMENT FUND FOR PALESTINE; a.k.a. WELFARE AND DEVELOPMENT FUND FOR PALESTINE), P.O. Box 3333, London, NW6 1RW, England; Registered Charity No: 1040094 [SDGT] 08-21-03

XAKI (a.k.a. ASKATASUNA; a.k.a. BASQUE FATHERLAND AND LIBERTY; a.k.a. BATASUNA; a.k.a. EKIN; a.k.a. ETA; a.k.a. EUSKAL HERRITARROK; a.k.a. EUZKADI TA ASKATASUNA; a.k.a. HERRI BATASUNA; a.k.a. JARRAI-HAIKA-SEGI; a.k.a. K.A.S.) [FTO][SDGT] first listed as SDGT on 10-31-01; new entry on 10-02-03/10-10-03

YAHYA AYYASH UNITS (a.k.a. ISLAMIC RESISTANCE MOVEMENT; a.k.a. HARAKAT AL-MUQAWAMA AL-ISLAMIYA; a.k.a. STUDENTS OF AYYASH; a.k.a. STUDENTS OF THE ENGINEER; a.k.a. HAMAS; a.k.a. IZZ AL-DIN AL-QASSIM BRIGADES; a.k.a. IZZ AL-DIN AL-QASSIM FORCES; a.k.a. IZZ AL-DIN AL-QASSIM BATTAL-IONS; a.k.a. IZZ AL-DIN AL QASSAM BRIGADES; a.k.a. IZZ AL-DIN AL QASSAM FORCES; a.k.a. IZZ AL-DIN AL QASSAM BATTALIONS) [SDT] [FTO] also listed as [SDGT] on 10-31-01

YAYASAN AL HARAMAIN (a.k.a. AL HARAMAIN; a.k.a. AL-HARAMAIN : Indonesia Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. YAYASAN AL HARAMAINI; a.k.a. YAYASAN AL-MANAHIL-INDONESIA), Jalan Laut Sulawesi Blok DII/4, Kavling Angkatan Laut Duren Sawit, Jakarta Timur 13440 Indonesia [SDGT] 01-22-04

YAYASAN AL HARAMAINI (a.k.a. AL HARAMAIN; a.k.a. AL-HARAMAIN : Indonesia Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. YAYASAN AL HARAMAIN; a.k.a. YAYASAN AL-MANAHIL-INDONESIA), Jalan Laut Sulawesi Blok DII/4, Kavling Angkatan Laut Duren Sawit, Jakarta Timur 13440 Indonesia [SDGT] 01-22-04

YAYASAN AL-MANAHIL-INDONESIA (a.k.a. AL HARAMAIN; a.k.a. AL-HARAMAIN : Indonesia Branch; a.k.a. AL-HARAMAIN FOUNDATION; a.k.a. YAYASAN AL HARAMAINI; a.k.a. YAYASAN AL HARAMAINI), Jalan Laut Sulawesi Blok DII/4, Kavling Angkatan Laut Duren Sawit, Jakarta Timur 13440 Indonesia [SDGT] 01-22-04

YESHIVAT HARAV MEIR (a.k.a. AMERICAN FRIENDS OF THE UNITED YESHIVA MOVEMENT; a.k.a. AMERICAN FRIENDS OF YESHIVAT RAV MEIR; a.k.a. COMMITTEE FOR THE SAFETY OF THE ROADS; a.k.a. DIKUY BOGDIM; a.k.a. DOV; a.k.a. FOREFRONT OF THE IDEA; a.k.a. FRIENDS OF THE JEWISH IDEA YESHIVA; a.k.a. JEWISH LEGION; a.k.a. JUDEA POLICE; a.k.a. JUDEAN CONGRESS; a.k.a. KACH; a.k.a. KAHANE CHAI; a.k.a. KAHANE LIVES; a.k.a. KAHANE TZADAK; a.k.a. KAHANE.NET; a.k.a. KAHANE.ORG; a.k.a. KAHANE; a.k.a. KAHANETZADAK.COM; a.k.a. KFAR TAPUAH FUND; a.k.a. KOACH; a.k.a. MEIR'S YOUTH; a.k.a. NEW KACH MOVEMENT; a.k.a. NEWKACH.ORG; a.k.a. NO'AR MEIR; a.k.a. REPRESSION OF TRAITORS; a.k.a. STATE OF JUDEA; a.k.a. SWORD OF DAVID; a.k.a. THE COMMITTEE AGAINST RACISM AND DISCRIMINATION (CARD); a.k.a. THE HATIKVA JEWISH IDENTITY CENTER; a.k.a. THE INTERNATIONAL KAHANE MOVEMENT; a.k.a. THE JUDEAN LEGION; a.k.a. THE JUDEAN VOICE; a.k.a. THE QOMEMIYUT MOVEMENT; a.k.a. THE RABBI MEIR DAVID KAHANE MEMORIAL FUND; a.k.a. THE VOICE OF JUDEA; a.k.a. THE WAY OF THE TORAH; a.k.a. THE YESHIVA OF THE JEWISH IDEA) [SDT][FTO] also listed as [SDGT] on 10-31-01; new entry on 10-02-03/10-10-03

YOUSSEF M. NADA & CO. GESELLSCHAFT M.B.H., Kaernter Ring 2/2/5/22, Vienna 1010, Austria [SDGT]  11-07-01

YOUSSEF M. NADA, Via Riasc 4, Campione d'Italia I, CH-6911, Switzerland [SDGT] 11-07-01

"DEVOTEES OF ISLAM" (a.k.a. ANSAR AL-ISLAM; a.k.a. ANSAR AL-SUNNA; a.k.a. ANSAR AL-SUNNA ARMY; a.k.a. "FOLLOWERS OF ISLAM IN KURDISTAN"; a.k.a. "HELPERS OF ISLAM"; a.k.a. JAISH ANSAR AL-SUNNA; a.k.a. JUND AL-ISLAM; a.k.a. "KURDISTAN SUPPORTERS OF ISLAM"; a.k.a. "KURDISH TALIBAN"; a.k.a. "PARTISANS OF ISLAM"; a.k.a. "SOLDIERS OF GOD"; a.k.a. "SOLDIERS OF ISLAM"; a.k.a. "SUPPORTERS OF ISLAM IN KURDISTAN"), Iraq [SDGT] 02-20-03; also listed as [FTO] on 03-22-04

"FOLLOWERS OF ISLAM IN KURDISTAN" (a.k.a. ANSAR AL-ISLAM; a.k.a. ANSAR AL-SUNNA; a.k.a. ANSAR AL-SUNNA ARMY; a.k.a. "DEVOTEES OF ISLAM"; a.k.a. "HELPERS OF ISLAM"; a.k.a. JAISH ANSAR AL-SUNNA; a.k.a. JUND AL-ISLAM; a.k.a. "KURDISTAN SUPPORTERS OF ISLAM"; a.k.a. "KURDISH TALIBAN"; a.k.a. "PARTISANS OF ISLAM"; a.k.a. "SOLDIERS OF GOD"; a.k.a. "SOLDIERS OF ISLAM"; a.k.a. "SUPPORTERS OF ISLAM IN KURDISTAN"), Iraq [SDGT] 02-20-03; also listed as [FTO] on 03-22-04

"KURDISH TALIBAN" (a.k.a. ANSAR AL-ISLAM; a.k.a. ANSAR AL-SUNNA; a.k.a. ANSAR AL-SUNNA ARMY; a.k.a. "DEVOTEES OF ISLAM"; a.k.a. "FOLLOWERS OF ISLAM IN KURDISTAN"; a.k.a. "HELPERS OF ISLAM"; a.k.a. JAISH ANSAR AL-SUNNA; a.k.a. JUND AL-ISLAM; a.k.a. "KURDISTAN SUPPORTERS OF ISLAM"; a.k.a. "PARTISANS OF ISLAM"; a.k.a. "SOLDIERS OF GOD"; a.k.a. "SOLDIERS OF ISLAM"; a.k.a. "SUPPORTERS OF ISLAM IN KURDISTAN"), Iraq [SDGT] 02-20-03; also listed as [FTO] on 03-22-04

"KURDISTAN SUPPORTERS OF ISLAM" (a.k.a. ANSAR AL-ISLAM; a.k.a. ANSAR AL-SUNNA; a.k.a. ANSAR AL-SUNNA ARMY; a.k.a. "DEVOTEES OF ISLAM"; a.k.a. "FOLLOWERS OF ISLAM IN KURDISTAN"; a.k.a. "HELPERS OF ISLAM"; a.k.a. JAISH ANSAR AL-SUNNA; a.k.a. JUND AL-ISLAM; a.k.a. "KURDISH TALIBAN"; a.k.a. "PARTISANS OF ISLAM"; a.k.a. "SOLDIERS OF GOD"; a.k.a. "SOLDIERS OF ISLAM"; a.k.a. "SUPPORTERS OF ISLAM IN KURDISTAN"), Iraq [SDGT] 02-20-03; also listed as [FTO] on 03-22-04

"PARTISANS OF ISLAM" (a.k.a. ANSAR AL-ISLAM; a.k.a. ANSAR AL-SUNNA; a.k.a. ANSAR AL-SUNNA ARMY; a.k.a. "DEVOTEES OF ISLAM"; a.k.a. "FOLLOWERS OF ISLAM IN KURDISTAN"; a.k.a. "HELPERS OF ISLAM"; a.k.a. JAISH ANSAR AL-SUNNA; a.k.a. JUND AL-ISLAM; a.k.a. "KURDISTAN SUPPORTERS OF ISLAM"; a.k.a. "KURDISH TALIBAN"; a.k.a. "SOLDIERS OF GOD"; a.k.a. "SOLDIERS OF ISLAM"; a.k.a. "SUPPORTERS OF ISLAM IN KURDISTAN"), Iraq originally listed as [SDGT] on 02-20-03; new entry and also listed as [FTO] on 03-22-04

"SOLDIERS OF GOD" (a.k.a. ANSAR AL-ISLAM; a.k.a. ANSAR AL-SUNNA; a.k.a. ANSAR AL-SUNNA ARMY; a.k.a. "DEVOTEES OF ISLAM"; a.k.a. "FOLLOWERS OF ISLAM IN KURDISTAN"; a.k.a. "HELPERS OF ISLAM"; a.k.a. JAISH ANSAR AL-SUNNA; a.k.a. JUND AL-ISLAM; a.k.a. "KURDISTAN SUPPORTERS OF ISLAM"; a.k.a. "KURDISH TALIBAN"; a.k.a. "PARTISANS OF ISLAM"; a.k.a. "SOLDIERS OF ISLAM"; a.k.a. "SUPPORTERS OF ISLAM IN KURDISTAN"), Iraq [SDGT] 02-20-03; also listed as [FTO] on 03-22-04

"SOLDIERS OF ISLAM" (a.k.a. ANSAR AL-ISLAM; a.k.a. ANSAR AL-SUNNA; a.k.a. ANSAR AL-SUNNA ARMY; a.k.a. "DEVOTEES OF ISLAM"; a.k.a. "FOLLOWERS OF ISLAM IN KURDISTAN"; a.k.a. "HELPERS OF ISLAM"; a.k.a. JAISH ANSAR AL-SUNNA; a.k.a. JUND AL-ISLAM; a.k.a. "KURDISTAN SUPPORTERS OF ISLAM"; a.k.a. "KURDISH TALIBAN"; a.k.a. "PARTISANS OF ISLAM"; a.k.a. "SOLDIERS OF GOD"; a.k.a. "SUPPORTERS OF ISLAM IN KURDISTAN"), Iraq [SDGT] 02-20-03; also listed as [FTO] on 03-22-04

"SUPPORTERS OF ISLAM IN KURDISTAN" (a.k.a. ANSAR AL-ISLAM; a.k.a. ANSAR AL-SUNNA; a.k.a. ANSAR AL-SUNNA ARMY; a.k.a. "DEVOTEES OF ISLAM"; a.k.a. "FOLLOWERS OF ISLAM IN KURDISTAN"; a.k.a. "HELPERS OF ISLAM"; a.k.a. JAISH ANSAR AL-SUNNA; a.k.a. JUND AL-ISLAM; a.k.a. "KURDISTAN SUPPORT-ERS OF ISLAM"; a.k.a. "KURDISH TALIBAN"; a.k.a. "PARTISANS OF ISLAM"; a.k.a. "SOLDIERS OF GOD"; a.k.a. "SOLDIERS OF ISLAM"), Iraq [SDGT] 02-20-03; also listed as [FTO] on 03-22-04

"THE BASE" (a.k.a. AL QA'IDA; a.k.a. AL QAEDA; a.k.a. AL QAIDA; a.k.a. AL-JIHAD; a.k.a. EGYPTIAN AL-JIHAD; a.k.a. EGYPTIAN ISLAMIC JIHAD; a.k.a. INTERNA-TIONAL FRONT FOR FIGHTING JEWS AND CRUSADES; a.k.a. ISLAMIC ARMY FOR THE LIBERATION OF HOLY SITES; a.k.a. ISLAMIC ARMY; a.k.a. ISLAMIC SALVATION FOUNDATION; a.k.a. NEW JIHAD; a.k.a. THE GROUP FOR THE PRESERVATION OF THE HOLY SITES; a.k.a. THE ISLAMIC ARMY FOR THE LIBERATION OF THE HOLY PLACES; a.k.a. THE JIHAD GROUP; a.k.a. THE WORLD ISLAMIC FRONT FOR JIHAD AGAINST JEWS AND CRUSADERS; a.k.a. USAMA BIN LADEN NETWORK; a.k.a. USAMA BIN LADEN ORGANIZATION) [SDT][FTO][SDGT] 09-24-01

**Details of Specially Designated Global Terrorist [SDGT] Individuals**

'ABD AL-KARIM (a.k.a. ABU AL-MU'TAZ; a.k.a. AL-HABIB; a.k.a. AL-KHALAYLAH, Ahmad Fadil Nazzal; a.k.a. AL-MUHAJIR; a.k.a. AL-ZARQAWI, Abu Mus'Ab; a.k.a. GHARIB; a.k.a. KHALAILAH, Ahmed Fadeel; a.k.a. KHALAYLEH, Fedel Nazzel; a.k.a. "MOUHANAD;" a.k.a. "MOUHANNAD;" a.k.a. "MUHANNAD;" a.k.a. "RASHID"); DOB 20 Oct 1966; POB Zarqa, Jordan; Passport No. Z264968 (Jordan); citizen Jordan; National No. 9661031030 (Jordan) (individual) [SDGT] 09-23-03

A RAHMAN, Mohamad Iqbal (a.k.a. ABDURRAHMAN, Abu Jibril; a.k.a. ABDURRAHMAN, Mohamad Iqbal; a.k.a. ABU JIBRIL; a.k.a. RAHMAN, Mohamad Iqbal; a.k.a. MUQTI, Fihiruddin; a.k.a. MUQTI, Fikiruddin); POB Tirpas-Selong Village, East Lombok, Indonesia; nationality Indonesian (individual) [SDGT] 01-24-03

ABAS, Mohamad Nasir (a.k.a. "Khairuddin;" a.k.a. "Soliman;" a.k.a. ABAS, Nasir; a.k.a. BIN ABAS, Mohammed Nasir; a.k.a. BIN ABAS, Sulaiman); DOB 6 May 1969; nationality Malaysian (individual) [SDGT] 09-05-03

ABAS, Nasir (a.k.a. "Khairuddin;" a.k.a. "Soliman;" a.k.a. ABAS, Mohamad Nasir; a.k.a. BIN ABAS, Mohammed Nasir; a.k.a. BIN ABAS, Sulaiman); DOB 6 May 1969; nationality Malaysian (individual) [SDGT] 09-05-03

ABAUNZA MARTINEZ, Javier; member ETA; DOB 1 Jan 1965; POB Guernica (Vizcaya Province), Spain; D.N.I. 78.865.882 (individual) [SDGT] 02-26-02

ABBES, Moustafa, Via Padova, 82, Milan, Italy; DOB 5 Feb 1962; POB Osniers, Algeria (individual) [SDGT] 03-18-04

ABBES, Youcef (a.k.a. "GIUSEPPE"), Via Padova 82, Milan, Italy; Via Manzoni, 33, Cinisello Balsamo, Milan, Italy; DOB 5 Jan 1965; POB Bab El Aoued, Algeria (individual) [SDGT] 03-18-04

ABD AL HADI (a.k.a. BENDEBKA, L'Hadi; a.k.a. HADI), Via Garibaldi, 70, San Zenone al Po, Pavia, Italy; Via Manzoni, 33, Cinisello Balsamo, Milan, Italy; DOB 17 Nov 1963; POB Algiers Algeria (individual) [SDGT] 03-18-04

ABD AL HAFIZ, Abd Al Wahab (a.k.a. FERDJANI, Mouloud; a.k.a. "MOURAD;" a.k.a. "RABAH DI ROMA"), Via Lungotevere Dante, Rome, Italy; DOB 7 Sep 1967; POB Algiers, Algeria (individual) [SDGT] 03-18-04

ABDALLA, Fazul (a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. AL SUDANI, Abu Seif; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROON; a.k.a. HAROUN, Fadhil; a.k.a. HARUN; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya (individual) [SDGT] 10-12-01

ABDALLAH, Shabdi (a.k.a. ABDELHADI, Emad; a.k.a. "Al Falistini;" a.k.a. "Emad the Palestinian;" a.k.a. "Zidan"), "last known address," George-C-Marshall-Strasse 200, 47 809 Krefeld, Germany; DOB 27 Sep 1976; POB Irbid, Jordan; nationality stateless or possibly Palestinian; arrested 23 Apr 2002 (individual) [SDGT] 09-23-03

ABDALLAH, Tarwat Salah (a.k.a. SHIHATA, Thirwat Salah; a.k.a. THIRWAT, Salah Shihata; a.k.a. THIRWAT, Shahata); DOB 29 Jun 60; POB Egypt (individual) [SDGT] 09-24-01

ABDAOUI, Youssef (a.k.a. "Abu Abdullah;" a.k.a. "Abdellah;" a.k.a. "Abdullah") Piazza Giovane Italia n.2, Varese, Italy; DOB 4 Jun 1966; POB Kairouan, Tunisia (individual) [SDGT] 06-06-03

ABDEL RAHMAN (a.k.a. ATWAH, Muhsin Musa Matwalli; a.k.a. ABDUL RAHMAN; a.k.a. AL-MUHAJIR, Abdul Rahman; a.k.a. AL-NAMER, Mohammed K.A.), Afghanistan; DOB 19 Jun 1964; POB Egypt; citizen Egypt (individual) [SDGT] 10-12-01

ABDELHADI, Emad (a.k.a. ABDALLAH, Shabdi; a.k.a. "Al Falistini;" a.k.a. "Emad the Palestinian;" a.k.a. "Zidan"), "last known address," George-C-Marshall-Strasse 200, 47 809 Krefeld, Germany; DOB 27 Sep 1976; POB Irbid, Jordan; nationality stateless or possibly Palestinian; arrested 23 Apr 2002 (individual) [SDGT] 09-23-03

ABDELHAY, al-Sheikh (a.k.a. AHCENE, Cheib; a.k.a. ALLANE, Hacene; a.k.a. "Abu al-Foutouh;" a.k.a. "Boulahia;" a.k.a. "Hassan the Old"); DOB 17 Jan 1941; POB El Menea, Algeria (individual) [SDGT] 04-30-04

ABDELHEDI, Mohamed Ben Mohamed, via Catalani, n. 1, Varese, Italy; DOB 10 Aug 1965; POB Sfax, Tunisia; Italian Fiscal Code: BDLMMD65M10Z352S (individual) [SDGT] 06-23-04

ABDUL RAHMAN (a.k.a. ATWAH, Muhsin Musa Matwalli; a.k.a. ABDEL RAHMAN; a.k.a. AL-MUHAJIR, Abdul Rahman; a.k.a. AL-NAMER, Mohammed K.A.), Afghanistan; DOB 19 Jun 1964; POB Egypt; citizen Egypt (individual) [SDGT] 10-12-01

ABDULLAH, Abdullah Ahmed (a.k.a. ABU MARIAM; a.k.a. AL-MASRI, Abu Mohamed; a.k.a. SALEH), Afghanistan; DOB 1963; POB Egypt; citizen Egypt (individual) [SDGT] 10-12-01

ABDULLAH, Sheikh Taysir (a.k.a. AL-MASRI, Abu Hafs; a.k.a. ABU HAFS; a.k.a. ABU SITTA, Subhi; a.k.a. ATEF, Muhammad; a.k.a. ATIF, Mohamed; a.k.a. ATIF, Muhammad; a.k.a. EL KHABIR, Abu Hafs el Masry; a.k.a. TAYSIR); DOB 1951; Alt. DOB 1956; Alt. DOB 1944; POB Alexandria, Egypt (individual) [SDT] [SDGT] 09-24-01

ABDULLKADIR, Hussein Mahamud, Florence, Italy (individual) [SDGT] 11-07-01

ABDUREHMAN, Ahmed Mohammed (a.k.a. ALI, Ahmed Mohammed Hamed; a.k.a. ABU FATIMA; a.k.a. ABU ISLAM; a.k.a. ABU KHADIIJAH; a.k.a. AHMED HAMED; a.k.a. Ahmed The Egyptian; a.k.a. AHMED, Ahmed; a.k.a. AL-MASRI, Ahmad; a.k.a. AL-SURIR, Abu Islam; a.k.a. ALI, Ahmed Mohammed; a.k.a. ALI, Hamed; a.k.a. HEMED, Ahmed; a.k.a. SHIEB, Ahmed; a.k.a. SHUAIB), Afghanistan; DOB 1965; POB Egypt; citizen Egypt (individual) [SDGT] 10-12-01

ABDURRAHMAN, Abu Jibril (a.k.a. A RAHMAN, Mohamad Iqbal; a.k.a. ABDURRAHMAN, Mohamad Iqbal; a.k.a. ABU JIBRIL; a.k.a. RAHMAN, Mohamad Iqbal; a.k.a. MUQTI, Fihiruddin; a.k.a. MUQTI, Fikiruddin); POB Tirpas-Selong Village, East Lombok, Indonesia; nationality Indonesian (individual) [SDGT] 01-24-03

ABDURRAHMAN, Mohamad Iqbal (a.k.a. A RAHMAN, Mohamad Iqbal; a.k.a. ABDURRAHMAN, Abu Jibril; a.k.a. ABU JIBRIL; a.k.a. RAHMAN, Mohamad Iqbal; a.k.a. MUQTI, Fihiruddin; a.k.a. MUQTI, Fikiruddin); POB Tirpas-Selong Village, East Lombok, Indonesia; nationality Indonesian (individual) [SDGT] 01-24-03

ABO GHAITH, Sulaiman Jassem; DOB 14 Dec 1965; POB Kuwait (individual) [SDGT] 01-16-04

Abou Anis (a.k.a. SAADI, Nassim), "last known address," Via Monte Grappa 15, Arluno (Milan), Italy; DOB 30 Nov 1974; POB Haidra, Tunisia; nationality Tunisian; arrested 30 Sep 2002 (individual) [SDGT] 11-10-03

Abou Djarrah (a.k.a. TRABELSI, Mourad), "last known address," Via Geromini 15, Cremona, Italy; DOB 20 May 1969; POB Menzel Temine, Tunisia; nationality Tunisian; arrested 1 Apr 2003 (individual) [SDGT] 11-10-03

Abou Salman (a.k.a. BEN ABDELHAKIM, Cherif Said; a.k.a. "Djallal;" a.k.a. "Youcef"), "last known address," Corso Lodi 59, Milan, Italy; DOB 25 Jan 1970; POB Menzel Temine, Tunisia; nationality Tunisian; arrested 30 Sep 2002 (individual) [SDGT] 11-10-03

ABOU ZEINAB (a.k.a. SAYADI, Nabil Abdul Salam), 69 Rue des Bataves, 1040 Etterbeek, Brussels, Belgium; Vaatjesstraat 29, 2580 Putte, Belgium; DOB 01 Jan 1966; POB Tripoli, Lebanon; National No. 660000 73767 (Belgium); Public Security and Immigration No. 98.805; Passport No. 1091875 (Lebanon) (individual) [SDGT] 01-22-03

ABU ABDALLAH (a.k.a. AL-IRAQI, Abd al-Hadi; a.k.a. AL-IRAQI, Abdal al-Hadi) (individual) [SDGT] 09-24-01

ABU AL-MU'TAZ (a.k.a. 'ABD AL-KARIM; a.k.a. AL-HABIB; a.k.a. AL-KHALAYLAH, Ahmad Fadil Nazzal; a.k.a. AL-MUHAJIR; a.k.a. AL-ZARQAWI, Abu Mus'Ab; a.k.a. GHARIB; a.k.a. KHALAILAH, Ahmed Fadeel; a.k.a. KHALAYLEH, Fedel Nazzel; a.k.a. "MOUHANAD;" a.k.a. "MOUHANNAD;" a.k.a. "MUHANNAD;" a.k.a. "RASHID"); DOB 20 Oct 1966; POB Zarqa, Jordan; Passport No. Z264968 (Jordan); citizen Jordan; National No. 9661031030 (Jordan) (individual) [SDGT] 09-23-03

ABU BAKR, Ibrahim Ali Muhammad (a.k.a. AL-LIBI, Abd al-Muhsin) (individual) [SDGT] 01-09-02

ABU DHESS, Mohamed (a.k.a. "Abu Ali;" a.k.a. HASSAN, Yaser), "last known address," Holdenweg 76, 45143, Essen, Germany; DOB 1 Feb 1966; POB Hashmija, Iraq; nationality possibly Palestinian; arrested 23 Apr 2002 (individual) [SDGT] 09-23-03

ABU FATIMA (a.k.a. ALI, Ahmed Mohammed Hamed; a.k.a. ABDUREHMAN, Ahmed Mohammed; a.k.a. ABU ISLAM; a.k.a. ABU KHADIIJAH; a.k.a. AHMED HAMED; a.k.a. Ahmed The Egyptian; a.k.a. AHMED, Ahmed; a.k.a. AL-MASRI, Ahmad; a.k.a. AL-SURIR, Abu Islam; a.k.a. ALI, Ahmed Mohammed; a.k.a. ALI, Hamed; a.k.a. HEMED, Ahmed; a.k.a. SHIEB, Ahmed; a.k.a. SHUAIB), Afghanistan; DOB 1965; POB Egypt; citizen Egypt (individual) [SDGT] 10-12-01

ABU HAFS (a.k.a. AL-MASRI, Abu Hafs; a.k.a. ABDULLAH, Sheikh Taysir; a.k.a. ABU SITTA, Subhi; a.k.a. ATEF, Muhammd; a.k.a. ATIF, Mohamed; a.k.a. ATIF, Muhammad; a.k.a. EL KHABIR, Abu Hafs el Masry; a.k.a. TAYSIR); DOB 1951; Alt. DOB 1956; Alt. DOB 1944; POB Alexandria, Egypt (individual) [SDT] [SDGT] 09-24-01

ABU HAFS THE MAURITANIAN (a.k.a. AL-SHANQITI, Khalid; a.k.a. AL-WALID, Mafouz Walad; a.k.a. AL-WALID, Mahfouz Ould; a.k.a. SLAHI, Mahamedou Ould); DOB 1 Jan 75 (individual) [SDGT] 09-24-01

ABU ISLAM (a.k.a. ALI, Ahmed Mohammed Hamed; a.k.a. ABDUREHMAN, Ahmed Mohammed; a.k.a. ABU FATIMA; a.k.a. ABU KHADIIJAH; a.k.a. AHMED HAMED; a.k.a. Ahmed The Egyptian; a.k.a. AHMED, Ahmed; a.k.a. AL-MASRI, Ahmad; a.k.a. AL-SURIR, Abu Islam; a.k.a. ALI, Ahmed Mohammed; a.k.a. ALI, Hamed; a.k.a. HEMED, Ahmed; a.k.a. SHIEB, Ahmed; a.k.a. SHUAIB), Afghanistan; DOB 1965; POB Egypt; citizen Egypt (individual) [SDGT] 10-12-01

ABU ISMAIL (a.k.a. ABU UMAR, Abu Omar; a.k.a. AL-FILISTINI, Abu Qatada; a.k.a. TAKFIRI, Abu 'Umr; a.k.a. UMAR, Abu Umar; a.k.a. UTHMAN, Ali-Samman; a.k.a. UTHMAN, Omar Mahmoud; a.k.a. UTHMAN, Umar), London, England; DOB 30 Dec 1960; alt. DOB 13 Dec 1960 (individual) [SDGT] 10-12-01

ABU JIBRIL (a.k.a. A RAHMAN, Mohamad Iqbal; a.k.a. ABDURRAHMAN, Abu Jibril; a.k.a. ABDURRAHMAN Mohamad Iqbal; a.k.a. RAHMAN, Mohamad Iqbal; a.k.a. MUQTI, Fihiruddin; a.k.a. MUQTI, Fikiruddin); POB Tirpas-Selong Village, East Lombok, Indonesia; nationality Indonesian (individual) [SDGT] 01-24-03

ABU KHADIIJAH (a.k.a. ALI, Ahmed Mohammed Hamed; a.k.a. ABDUREHMAN,

Ahmed Mohammed; a.k.a. ABU FATIMA; a.k.a. ABU ISLAM; a.k.a. AHMED HAMED; a.k.a. Ahmed The Egyptian; a.k.a. AHMED, Ahmed; a.k.a. AL-MASRI, Ahmad; a.k.a. AL-SURIR, Abu Islam; a.k.a. ALI, Ahmed Mohammed; a.k.a. ALI, Hamed; a.k.a. HEMED, Ahmed; a.k.a. SHIEB, Ahmed; a.k.a. SHUAIB), Afghanistan; DOB 1965; POB Egypt; citizen Egypt (individual) [SDGT] 10-12-01

ABU MARIAM (a.k.a. ABDULLAH, Abdullah Ahmed; a.k.a. AL-MASRI, Abu Mohamed; a.k.a. SALEH), Afghanistan; DOB 1963; POB Egypt; citizen Egypt (individual) [SDGT] 10-12-01

ABU MARZOOK, Mousa Mohammed (a.k.a. ABU-MARZUQ, Dr. Musa; a.k.a. ABU-MARZUQ, Sa'id; a.k.a. ABU-'UMAR; a.k.a. MARZOOK, Mousa Mohamed Abou; a.k.a. MARZOUK, Musa Abu; a.k.a. MARZUK, Musa Abu), Leader in Amman, Jordan and Damascus, Syria for HAMAS; DOB 09 Feb 1951; POB Gaza, Egypt; SSN 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 (U.S.A.); Passport No. 92/664 (Egypt) (individual) [SDT also listed as [SDGT] 08-21-03

ABU MUAMAR (a.k.a. "Abu Seta;" a.k.a. "Mahmud;" a.k.a. MOCHTAR, Yasin Mahmud; a.k.a. MUBAROK, Muhamad; a.k.a. SYAWAL, Muhammad; a.k.a. SYAWAL, Yassin; a.k.a. YASIN, Abdul Hadi; a.k.a. YASIN, Salim); DOB c. 1972; nationality Indonesian (individual) [SDGT] 09-05-03

ABU OMRAN (a.k.a. AL-MUGHASSIL, Ahmad Ibrahim; a.k.a. AL-MUGHASSIL, Ahmed Ibrahim); DOB 26 Jun 1967; POB Qatif-Bab al Shamal, Saudi Arabia; citizen Saudi Arabia (individual) [SDGT] 10-12-01

ABU SITTA, Subhi (a.k.a. AL-MASRI, Abu Hafs; a.k.a. ABDULLAH, Sheikh Taysir; a.k.a. ABU HAFS; a.k.a. ATEF, Muhammad; a.k.a. ATIF, Mohamed; a.k.a. ATIF, Muhammad; a.k.a. EL KHABIR, Abu Hafs el Masry; a.k.a. TAYSIR); DOB 1951; Alt. DOB 1956; Alt. DOB 1944; POB Alexandria, Egypt [SDT] [SDGT] 09-24-01

ABU UMAR, Abu Omar (a.k.a. ABU ISMAIL; a.k.a. AL-FILISTINI, Abu Qatada; a.k.a. TAKFIRI, Abu'Umr; a.k.a. UMAR, Abu Umar; a.k.a. UTHMAN, Omar Mahmoud; a.k.a. UTHMAN, Al-Samman; a.k.a. UTHMAN, Umar), London, England; DOB 30 Dec 1960; DOB 13 Dec 1960 (individual) [SDGT] 10-12-01

ABU ZUBAIDA (a.k.a. ABU ZUBAYDAH; a.k.a. AL-WAHAB, Abd Al-Hadi; a.k.a. HUSAIN, Zain Al-Abidin Muhahhad; a.k.a. HUSAYN, Zayn al-Abidin Muhammad; a.k.a. TARIQ); DOB 12 Mar 71; POB Riyadh, Saudi Arabia (individual) [SDGT] 09-24-01

ABU ZUBAYDAH (a.k.a. ABU ZUBAIDA; a.k.a. AL-WAHAB, Abd Al-Hadi; a.k.a. HUSAIN, Zain Al-Abidin Muhahhad; a.k.a. HUSAYN, Zayn al-Abidin Muhammad; a.k.a. TARIQ); DOB 12 Mar 71; POB Riyadh, Saudi Arabia (individual) [SDGT] 09-24-01

ABU-'UMAR (a.k.a. ABU MARZOOK, Mousa Mohammed; a.k.a. MARZOUK, Musa Abu; a.k.a. ABU-MARZUQ, Dr. Musa; a.k.a. ABU-MARZUQ, Sa'id; a.k.a. MARZOOK, Mousa Mohamed Abou; a.k.a. MARZUK, Musa Abu), Leader in Amman, Jordan and Damascus, Syria for HAMAS; DOB 09 Feb 1951; POB Gaza, Egypt; SSN 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 (U.S.A.); Passport No. 92/664 (Egypt) (individual) [SDT also listed as [SDGT] 08-21-03

ABU-MARZUQ, Dr. Musa (a.k.a. ABU MARZOOK, Mousa Mohammed; a.k.a. ABU-MARZUQ, Sa'id; a.k.a. ABU-'UMAR; a.k.a. MARZOOK, Mousa Mohamed Abou; a.k.a. MARZOUK, Musa Abu; a.k.a. MARZUK, Musa Abu), Leader in Amman, Jordan and Damascus, Syria for HAMAS; DOB 09 Feb 1951; POB Gaza, Egypt; SSN 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 (U.S.A.); Passport No. 92/664 (Egypt) (individual) [SDT also listed as [SDGT] 08-21-03

ABU-MARZUQ, Sa'id (a.k.a. ABU MARZOOK, Mousa Mohammed; a.k.a. ABU-MARZUQ, Dr. Musa; a.k.a. ABU-'UMAR; a.k.a. MARZOOK, Mousa Mohamed Abou; a.k.a. MARZOUK, Musa Abu; a.k.a. MARZUK, Musa Abu), Leader in Amman, Jordan and Damascus, Syria for HAMAS; DOB 09 Feb 1951; POB Gaza, Egypt; SSN 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 (U.S.A.); Passport No. 92/664 (Egypt) (individual) [SDT] also listed as [SDGT] 08-21-03

ACHOUR, Ali (a.k.a. AIDER, Farid), Via Milanese, 5, 20099 Sesto San Giovanni, Milan, Italy; DOB 12 Oct 1964; POB Algiers, Algeria; Italian Fiscal Code: DRAFRD64R12Z301C (individual) [SDGT] 03-18-04

ADBALLAH, Fazul (a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. ABDALLA, Fazul; a.k.a. AISHA, Abu; a.k.a. AL SUDANI, Abu Seif; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROON; a.k.a. HAROUN, Fadhil; a.k.a. HARUN; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya (individual) [SDGT] 10-12-01

AGHA, Haji Abdul Manan (a.k.a. SAIYID, Abd Al-Man'am), Pakistan (individual) [SDGT] 10-12-01

AH HAQ, Dr. Amin (a.k.a. AL-HAQ, Amin; a.k.a. AMIN, Muhammad; a.k.a. UL-HAQ, Dr. Amin); DOB 1960; POB Nangahar Province, Afghanistan (individual) [SDGT] 10-12-01

AHCENE, Cheib (a.k.a. ABDELHAY, al-Sheikh; a.k.a. ALLANE, Hacene; a.k.a. "Abu al-Foutouh;" a.k.a. "Boulahia;" a.k.a. "Hassan the Old"), DOB 17 Jan 1941; POB El Menea, Algeria (individual) [SDGT] 04-30-04

AHMAD, Abu Bakr (a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. "AHMED THE

TANZANIAN;" a.k.a. "FOOPIE;" a.k.a. "FUPI;" a.k.a. AHMED, A.; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. BAKR, Abu; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHILANI, Ahmad Khalfan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHABAR, Abu; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 1 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT] 10-12-01

AHMAD, Mufti Rasheed (a.k.a. LADEHYANOY, Mufti Rashid Ahmad; a.k.a. LUDHIANVI, Mufti Rashid Ahmad; a.k.a. WADEHYANOY, Mufti Rashid Ahmad), Karachi, Pakistan (individual) [SDGT] 10-12-01

AHMAD, Mustafa Muhammad (a.k.a. SAI'ID, Shaykh); POB Egypt (individual) [SDGT] 09-24-01

AHMAD, Tariq Anwar al-Sayyid (a.k.a. FARAG, Hamdi Ahmad; a.k.a. FATHI, Amr Al-Fatih); DOB 15 Mar 63; POB Alexandria, Egypt (individual) [SDGT] 09-24-01

Ahmed the Tall (a.k.a. SWEDAN, Sheikh Ahmed Salim; a.k.a. ALLY, Ahmed; a.k.a. BAHAMAD; a.k.a. BAHAMAD, Sheik; a.k.a. BAHAMADI, Sheikh; a.k.a. SUWEIDAN, Sheikh Ahmad Salem; a.k.a. SWEDAN, Sheikh; a.k.a. SWEDAN, Sheikh Ahmed Salem); DOB 9 Apr 1969; alt. DOB 9 Apr 1960; POB Mombasa, Kenya; citizen Kenya (individual) [SDGT] 10-12-01

Ahmed The Egyptian (a.k.a. ALI, Ahmed Mohammed Hamed; a.k.a. ABDUREHMAN, Ahmed Mohammed; a.k.a. ABU FATIMA; a.k.a. ABU ISLAM; a.k.a. ABU KHADIIJAH; a.k.a. AHMED HAMED; a.k.a. AHMED, Ahmed; a.k.a. AL-MASRI, Ahmad; a.k.a. AL-SURIR, Abu Islam; a.k.a. ALI, Ahmed Mohammed; a.k.a. ALI, Hamed; a.k.a. HEMED, Ahmed; a.k.a. SHIEB, Ahmed; a.k.a. SHUAIB), Afghanistan; DOB 1965; POB Egypt; citizen Egypt (individual) [SDGT] 10-12-01

AHMED, A. (a.k.a GHAILANI, Ahmed Khalfan; a.k.a. "AHMED THE TANZANIAN;" a.k.a. "FOOPIE;" a.k.a. "FUPI;" a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. BAKR, Abu; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHILANI, Ahmad Khalfan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHABAR, Abu; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 1 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT] 10-12-01

AHMED, Abubakar (a.k.a GHAILANI, Ahmed Khalfan; a.k.a. "AHMED THE TANZA-NIAN;" a.k.a. "FOOPIE;" a.k.a. "FUPI;" a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, A.; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. BAKR, Abu; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHILANI, Ahmad Khalfan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHABAR, Abu; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 1 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT] 10-12-01

AHMED, Abubakar K. (a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. "AHMED THE TANZANIAN;" a.k.a. "FOOPIE;" a.k.a. "FUPI;" a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, A.; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. BAKR, Abu; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHILANI, Ahmad Khalfan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHABAR, Abu; a.k.a. KHLFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 1 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT] 10-12-01

AHMED, Abubakar Khalfan (a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. "AHMED THE TANZANIAN;" a.k.a. "FOOPIE;" a.k.a. "FUPI;" a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, A.; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. BAKR, Abu; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHILANI, Ahmad Khalfan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHABAR, Abu; a.k.a. KHLFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 1 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT] 10-12-01

AHMED, Abubakary K. (a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. "AHMED THE TANZANIAN;" a.k.a. "FOOPIE;" a.k.a. "FUPI;" a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, A.; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. BAKR, Abu; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHILANI, Ahmad Khalfan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHABAR, Abu; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 1 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT] 10-12-01

AHMED, Ahmed (a.k.a. ALI, Ahmed Mohammed Hamed; a.k.a. ABDUREHMAN, Ahmed Mohammed; a.k.a. ABU FATIMA; a.k.a. ABU ISLAM; a.k.a. ABU KHADIIJAH;

a.k.a. AHMED HAMED; a.k.a. Ahmed The Egyptian; a.k.a. AL-MASRI, Ahmad; a.k.a. AL-SURIR, Abu Islam; a.k.a. ALI, Ahmed Mohammed; a.k.a. ALI, Hamed; a.k.a. HEMED, Ahmed; a.k.a. SHIEB, Ahmed; a.k.a. SHUAIB), Afghanistan; DOB 1965; POB Egypt; citizen Egypt (individual) [SDGT] 10-12-01

AHMED, Ahmed Khalfan (a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. "AHMED THE TANZANIAN;" a.k.a. "FOOPIE;" a.k.a. "FUPI;" a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, A.; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. BAKR, Abu; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHABAR, Abu; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 1 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT] 10-12-01

AHMED HAMED (a.k.a. ALI, Ahmed Mohammed Hamed; a.k.a. ABDUREHMAN, Ahmed Mohammed; a.k.a. ABU FATIMA; a.k.a. ABU ISLAM; a.k.a. ABU KHADIIJAH; a.k.a. Ahmed The Egyptian; a.k.a. AHMED, Ahmed; a.k.a. AL-MASRI, Ahmad; a.k.a. AL-SURIR, Abu Islam; a.k.a. ALI, Ahmed Mohammed; a.k.a. ALI, Hamed; a.k.a. HEMED, Ahmed; a.k.a. SHIEB, Ahmed; a.k.a. SHUAIB), Afghanistan; DOB 1965; POB Egypt; citizen Egypt (individual) [SDGT] 10-12-01

AHMED NACER, Yacine (a.k.a. YACINE DI ANNABA), Rue Mohamed Khemisti, 6, Annaba, Algeria; Via Genova, 121, Naples, Italy; Vicolo Duchessa, 16, Naples, Italy; DOB 2 Dec 1967; POB Annaba, Algeria (individual) [SDGT] 03-18-04

AHMED, Saeed (a.k.a. AKMAN, Saeed; a.k.a. MURAD, Abdul Hakim Al Hashim; a.k.a. MURAD, Abdul Hakim; a.k.a. MURAD, Abdul Hakim Ali Hashim; a.k.a. MURAD, Abdul Hakim Hasim), currently incarcerated in the U.S.; DOB 4 Jan 1968; POB Kuwait; nationality Pakistani (individual) [SDGT] 09-05-03

AIADI, Ben Muhammad (a.k.a. AIADY, Ben Muhammad; a.k.a. AYADI CHAFIK, Ben Muhammad; a.k.a. AYADI SHAFIQ, Ben Muhammad; a.k.a. BIN MUHAMMAD, Ayadi Chafiq), Helene Meyer Ring 10-1415-80809, Munich, Germany; 129 Park Road, NW8, London, England; 28 Chaussee de Lille, Mouscron, Belgium; Darvingasse 1/2/58-60, Vienna, Austria; Tunisia; DOB 21 Jan 1963; POB Safais (Sfax), Tunisia (individual) [SDGT] 10-12-01

AIADY, Ben Muhammad (a.k.a. AIADI, Ben Muhammad; a.k.a. AYADI CHAFIK, Bn Muhammad; a.k.a. AYADI SHAFIQ, Ben Muhammad; a.k.a. BIN MUHAMMAD, Ayadi Chafiq), Helene Meyer Ring 10-1415-80809, Munich, Germany; 129 Park Road, NW8, London, England; 28 Chaussee de Lille, Mouscron, Belgium; Darvingasse 1/2/58-60, Vienna, Austria; Tunisia; DOB 21 Jan 1963; POB Safais (Sfax), Tunisia (individual) [SDGT] 10-12-01

AIDER, Farid (a.k.a. ACHOUR, Ali), Via Milanese, 5, 20099 Sesto San Giovanni, Milan, Italy; DOB 12 Oct 1964; POB Algiers, Algeria; Italian Fiscal Code: DRAFRD64R12Z301C (individual) [SDGT] 03-18-04

AISHA, Abu (a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. AL SUDANI, Abu Seif; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROON; a.k.a. HAROUN, Fadhil; a.k.a. HARUN; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya (individual) [SDGT] 10-12-01

AKLI, Mohamed Amine (a.k.a. "Elias;" a.k.a. "Kali Sami;" a.k.a. "Killech Shamir") DOB 30 Mar 1972; POB Abordj El Kiffani, Algeria (individual) [SDGT] 06-06-03

AKMAN, Saeed (a.k.a. AHMED, Saeed; a.k.a. MURAD, Abdul Hakim; a.k.a. MURAD, Abdul Hakim Al Hashim; a.k.a. MURAD, Abdul Hakim Ali Hashim; a.k.a. MURAD, Abdul Hakim Hasim), currently incarcerated in the U.S.; DOB 4 Jan 1968; POB Kuwait; nationality Pakistani (individual) [SDGT] 09-05-03

AL FAWWAZ, Khaled (a.k.a. AL-FAUWAZ, Khaled; a.k.a. AL-FAUWAZ, Khaled A.; a.k.a. AL-FAWAZ, Khalid; a.k.a. AL-FAWWAZ, Khalid; a.k.a. AL FAWWAZ, Khalid; a.k.a. AL-FAWWAZ, Khaled), 55 Hawarden Hill, Brooke Road, London, NW2 7BR, England; DOB 25 Aug 1962 (individual) [SDGT] 04-19-02

AL FAWWAZ, Khalid (a.k.a. AL-FAUWAZ, Khaled; a.k.a. AL-FAUWAZ, Khaled A.; a.k.a. AL-FAWAZ, Khalid; a.k.a. AL FAWWAZ, Khalid; a.k.a. AL FAWWAZ, Khaled; a.k.a. AL-FAWWAZ, Khaled), 55 Hawarden Hill, Brooke Road, London, NW2 7BR, England; DOB 25 Aug 1962 (individual) [SDGT] 04-19-02

AL GHOZI, Fathur Rahman (a.k.a. "Abu Sa'ad;" a.k.a. "Abu Saad;" a.k.a. AL GHOZI, Fathur Rohman; a.k.a. AL-GHOZI, Fathur Rahman; a.k.a. AL-GHOZI, Fathur Rohman; a.k.a. AL-GOZHI, Fathur Rahman; a.k.a. AL-GOZHI, Fathur Rohman; a.k.a. AL-GOZI, Fathur Rahman; a.k.a. AL-GOZI, Fathur Rohman; a.k.a. AL-GOZI, Fathur Rahman; a.k.a. ALGHOZI, Fathur Rohman; a.k.a. ALI, Randy; a.k.a. ALIH, Randy; a.k.a. ALIH, Randy Adam; a.k.a. AZAD, Rony; a.k.a. BIN AHAD, Rony Azad; a.k.a. BIN AHMAD, Rony Azad; a.k.a. BIN AMAD, Rony Azad; a.k.a. EDRIS, Anwar Rodin; a.k.a. "Freedom Fighter;" a.k.a. JAMIL, Sammy Sali; a.k.a. JAMIL, Sammy Salih; a.k.a. RANDY, Alih); DOB 17 Feb 1971; POB Madiun, East Java, Indonesia; Passport No. GG 672613 (Philippines); nationality Indonesian (individual) [SDGT] 09-05-03

AL GHOZI, Fathur Rohman (a.k.a. "Abu Sa'ad;" a.k.a. "Abu Saad;" a.k.a. AL GHOZI, Fathur Rahman; a.k.a. AL-GHOZI, Fathur Rahman; a.k.a. AL-GHOZI, Fathur Rohman; a.k.a. AL-GOZHI, Fathur Rahman; a.k.a. AL-GOZHI, Fathur Rohman; a.k.a. AL-GOZI, Fathur Rahman; a.k.a. AL-GOZI, Fathur Rohman; a.k.a. ALGHOZI, Fathur Rohman; a.k.a. ALI, Randy; a.k.a. ALIH, Randy;

a.k.a. ALIH, Randy Adam; a.k.a. AZAD, Rony; a.k.a. BIN AHAD, Rony Azad; a.k.a. BIN AHMAD, Rony Azad; a.k.a. BIN AMAD, Rony Azad; a.k.a. EDRIS, Anwar Rodin; a.k.a. "Freedom Fighter;" a.k.a. JAMIL, Sammy Sali; a.k.a. JAMIL, Sammy Salih; a.k.a. RANDY, Alih); DOB 17 Feb 1971; POB Madiun, East Java, Indonesia; Passport No. GG 672613 (Philippines); nationality Indonesian (individual) [SDGT] 09-05-03

AL MASRI, Abd Al Wakil (a.k.a. FADHIL, Mustafa Mohamed; a.k.a. AL-NUBI, Abu; a.k.a. ALI, Hassan; a.k.a. ANIS, Abu; a.k.a. ELBISHY, Moustafa Ali; a.k.a. FADIL, Mustafa Muhamad; a.k.a. FAZUL, Mustafa; a.k.a. HUSSEIN; a.k.a. JIHAD, Abu; a.k.a. KHALID; a.k.a. MAN, Nu; a.k.a. MOHAMMED, Mustafa; a.k.a. YUSSRR, Abu); DOB 23 Jun 1976; POB Cairo, Egypt; citizen Egypt; alt. citizen Kenya; Kenyan ID No. 12773667; Serial No. 201735161 (individual) [SDGT] 10-12-01

AL MUKHLAS, Ali Gufron (a.k.a. "Sofwan;" a.k.a. GHUFRON, Ali; a.k.a. GUFRON, Ali; a.k.a. HAQ, Huda bin Abdul; a.k.a. Muchlas; a.k.a. Mukhlas; a.k.a. Muklas); DOB 9 Feb 1960; alt. DOB 2 Feb 1960; POB Solokuro subdistrict, Lamongan district, East Java province, Indonesia; nationality Indonesian (individual) [SDGT] 09-05-03

AL SAADI, Faraj Farj Hassan (a.k.a. Imad Mouhamed Abdellah; a.k.a. Mohamded Abdulla Imad; a.k.a. Muhamad Abdullah Imad; a.k.a. "Hamza Al Libi"), "last known address," Viale Bligny 42, Milan, Italy; DOB 28 Nov 1980; POB Libya; alt. POB Gaza; alt. POB Jordan; alt. POB Palestine; nationality Libyan; alt. nationality Palestinian; alt. nationality Jordanian; arrested United Kingdom (individual) [SDGT] 11-10-03

AL SUDANI, Abu Seif (a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROON; a.k.a. HAROUN, Fadhil; a.k.a. HARUN; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya (individual) [SDGT] 10-12-01

AL TANZANI, Ahmad (a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. "AHMED THE TANZANIAN;" a.k.a. "FOOPIE;" a.k.a. "FUPI;" a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, A.; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. ALI, Ahmed Khalfan; a.k.a. BAKR, Abu; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHABAR, Abu; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 1 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT] 10-12-01

AL ZAWAHIRI, Dr. Ayman (a.k.a. AL-ZAWAHIRI, Aiman Muhammad Rabi; a.k.a. AL-ZAWAHIRI, Ayman; a.k.a. SALIM, Ahmad Fuad), Operational and Military Leader of JIHAD GROUP; DOB 19 Jun 1951; POB Giza, Egypt; Passport No. 1084010 (Egypt), Alt. No. 19820215 (individual) [SDT] [SDGT] 09-24-01

AL-'ADIL, Saif (a.k.a. AL-ADL, Sayf); DOB 1963; POB Egypt (individual) [SDGT] 09-24-01

AL-ADL, Sayf (a.k.a. AL-'ADIL, Saif); DOB 1963; POB Egypt (individual) [SDGT] 09-24-01

AL-AHDAL, Mohammad Hamdi Sadiq (a.k.a. AL-HAMATI, Muhammad; a.k.a. AL-MAKKI, Abu Asim), Yemen (individual) [SDGT] 10-12-01

AL-ALAMI, Imad Khalil; DOB 1956; POB Gaza (individual) [SDGT] 08-21-03

AL-AMRIKI, Abu-Ahmad (a.k.a. AL-HAWEN, Abu-Ahmad; a.k.a. AL-MAGHRIBI, Rashid; a.k.a. AL-SHAHID, Abu-Ahmad; a.k.a. HIJAZI, Raed M.; a.k.a. HIJAZI, Riad), Jordan; DOB 1968; POB California, U.S.A.; SSN: 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 (USA) (individual) [SDGT] 10-12-01

AL-AQIL, Aqeel Abdulaziz; DOB 29 Apr 1949 (individual) [SDGT] 06-02-04

AL-BATAHAI, Soliman (a.k.a. AL-BATHI, Soliman; a.k.a. AL-BUTHE, Soliman); DOB 8 Dec 1961; POB Egypt; nationality Saudi Arabia; Passport B049614 (Saudi Arabia), C536660 (Saudi Arabia) (individual) [SDGT] 09-09-04

AL-BATHI, Soliman (a.k.a. AL-BATAHAI, Soliman; a.k.a. AL-BUTHE, Soliman); DOB 8 Dec 1961; POB Egypt; nationality Saudi Arabia; Passport B049614 (Saudi Arabia), C536660 (Saudi Arabia) (individual) [SDGT] 09-09-04

AL-BUTHE, Soliman (a.k.a. AL-BATAHAI, Soliman; a.k.a. AL-BATHI, Soliman); DOB 8 Dec 1961; POB Egypt; nationality Saudi Arabia; Passport B049614 (Saudi Arabia), C536660 (Saudi Arabia) (individual) [SDGT] 09-09-04

AL-DAGMA, Aschraf (a.k.a. "Noor"), "last known address," Clemens-August Strasse 10, Kolpinghaus 59269 Beckum, Germany; Leipziger Strasse 64, 04600 Altenburg, Germany; DOB 28 Apr 1969; POB Abasan, Gaza Strip; nationality possibly Palestinian; arrested 23 Apr 2002 (individual) [SDGT] 09-23-03

AL-FAUWAZ, Khaled (a.k.a. AL-FAUWAZ, Khaled A.; a.k.a. AL-FAWAZ, Khalid; a.k.a. AL-FAWWAZ, Khalid; a.k.a. AL FAWWAZ, Khalid; a.k.a. AL FAWWAZ, Khaled; a.k.a. AL-FAWWAZ, Khaled), 55 Hawarden Hill, Brooke Road, London, NW2 7BR, England; DOB 25 Aug 1962 (individual) [SDGT] 04-19-02

AL-FAUWAZ, Khaled A. (a.k.a. AL-FAUWAZ, Khaled; a.k.a. AL-FAWAZ, Khalid; a.k.a. AL-FAWWAZ, Khalid; a.k.a. AL FAWWAZ, Khalid; a.k.a. AL FAWWAZ, Khaled; a.k.a. AL-FAWWAZ, Khaled), 55 Hawarden Hill, Brooke Road, London, NW2 7BR, England; DOB 25 Aug 1962 (individual) [SDGT] 04-19-02

AL-FAWAZ, Khalid (a.k.a. AL-FAUWAZ, Khaled; a.k.a. AL-FAUWAZ, Khaled A.;

a.k.a. AL-FAWWAZ, Khalid; a.k.a. AL FAWWAZ, Khalid; a.k.a. AL FAWWAZ, Khaled; a.k.a. AL-FAWWAZ, Khaled), 55 Hawarden Hill, Brooke Road, London, NW2 7BR, England; DOB 25 Aug 1962 (individual) [SDGT] 04-19-02

AL-FAWWAZ, Khaled (a.k.a. AL-FAUWAZ, Khaled; a.k.a. AL-FAUWAZ, Khaled K.; a.k.a. AL-FAWAZ, Khalid; a.k.a. AL-FAWWAZ, Khalid; a.k.a. AL FAWWAZ, Khaled; a.k.a. AL-FAWWAZ, Khaled), 55 Hawarden Hill, Brooke Road, London, NW2 7BR, England; DOB 25 Aug 1962 (individual) [SDGT] 04-19-02

AL-FAWWAZ, Khaled (a.k.a. AL-FAUWAZ, Khaled; a.k.a. AL-FAUWAZ, Khaled A.; a.k.a. AL-FAWAZ, Khalid; a.k.a. AL FAWWAZ, Khalid; a.k.a. AL FAWWAZ, Khaled; a.k.a. AL-FAWWAZ, Khaled), 55 Hawarden Hill, Brooke Road, London, NW2 7BR, England; DOB 25 Aug 1962 (individual) [SDGT] 04-19-02

AL-FILISTINI, Abu Qatada (a.k.a. ABU ISMAIL; a.k.a. ABU UMAR, Abu Omar; a.k.a. TAKFIRI, Abu 'Umr; a.k.a. UMAR, Abu Umar; a.k.a. UTHMAN, Al-Samman; a.k.a. UTHMAN, Omar Mahmoud; a.k.a. UTHMAN, Umar), London, England; DOB 30 Dec 1960; alt. DOB 13 Dec 1960 (individual) [SDGT] 10-12-01

AL-GHOZI, Fathur Rahman (a.k.a. "Abu Sa'ad"; a.k.a. "Abu Saad"; a.k.a. AL GHOZI, Fathir Rahman; a.k.a. AL GHOZI, Fathur Rohman; a.k.a. AL-GHOZI, Fathur Rohman; a.k.a. AL-GOZHI, Fathur Rahman; a.k.a. AL-GOZHI, Fathur Rohman; a.k.a. AL-GOZI, Fathur Rahman; a.k.a. AL-GOZI, Fathur Rohman; a.k.a. ALGHOZI, Fathur Rahman; a.k.a. ALGHOZI, Fathur Rohman; a.k.a. ALI, Randy; a.k.a. ALIH, Randy; a.k.a. ALIH, Randy Adam; a.k.a. AZAD, Rony; a.k.a. BIN AHAD, Rony Azad; a.k.a. BIN AHMAD, Rony Azad; a.k.a. BIN AMAD, Rony Azad; a.k.a. EDRIS, Anwar Rodin; a.k.a. "Freedom Fighter"; a.k.a. JAMIL, Sammy Sali; a.k.a. JAMIL, Sammy Salih; a.k.a. RANDY, Alih; DOB 17 Feb 1971; POB Madiun, East Java, Indonesia; Passport No. GG 672613 (Philippines); nationality Indonesian (individual) [SDGT] 09-05-03

AL-GHOZI, Fathur Rohman (a.k.a. "Abu Sa'ad"; a.k.a. "Abu Saad"; a.k.a. AL GHOZI, Fathir Rahman; a.k.a. AL GHOZI, Fathur Rohman; a.k.a. AL-GHOZI, Fathur Rahman; a.k.a. AL-GOZHI, Fathur Rahman; a.k.a. AL-GOZHI, Fathur Rohman; a.k.a. AL-GOZI, Fathur Rahman; a.k.a. AL-GOZI, Fathur Rohman; a.k.a. ALGHOZI, Fathur Rahman; a.k.a. ALGHOZI, Fathur Rohman; a.k.a. ALI, Randy; a.k.a. ALIH, Randy; a.k.a. ALIH, Randy Adam; a.k.a. AZAD, Rony; a.k.a. BIN AHAD, Rony Azad; a.k.a. BIN AHMAD, Rony Azad; a.k.a. BIN AMAD, Rony Azad; a.k.a. EDRIS, Anwar Rodin; a.k.a. "Freedom Fighter"; a.k.a. JAMIL, Sammy Sali; a.k.a. JAMIL, Sammy Salih; a.k.a. RANDY, Alih; DOB 17 Feb 1971; POB Madiun, East Java, Indonesia; Passport No. GG 672613 (Philippines); nationality Indonesian (individual) [SDGT] 09-05-03

AL-GOZHI, Fathur Rahman (a.k.a. "Abu Sa'ad"; a.k.a. "Abu Saad"; a.k.a. AL GHOZI, Fathir Rahman; a.k.a. AL GHOZI, Fathur Rohman; a.k.a. AL-GHOZI, Fathur Rahman; a.k.a. AL-GHOZI, Fathur Rohman; a.k.a. AL-GOZHI, Fathur Rohman; a.k.a. AL-GOZI, Fathur Rahman; a.k.a. AL-GOZI, Fathur Rohman; a.k.a. ALGHOZI, Fathur Rahman; a.k.a. ALGHOZI, Fathur Rohman; a.k.a. ALI, Randy; a.k.a. ALIH, Randy; a.k.a. ALIH, Randy Adam; a.k.a. AZAD, Rony; a.k.a. BIN AHAD, Rony Azad; a.k.a. BIN AHMAD, Rony Azad; a.k.a. BIN AMAD, Rony Azad; a.k.a. EDRIS, Anwar Rodin; a.k.a. "Freedom Fighter"; a.k.a. JAMIL, Sammy Sali; a.k.a. JAMIL, Sammy Salih; a.k.a. RANDY, Alih; DOB 17 Feb 1971; POB Madiun, East Java, Indonesia; Passport No. GG 672613 (Philippines); nationality Indonesian (individual) [SDGT] 09-05-03

AL-GOZHI, Fathur Rohman (a.k.a. "Abu Sa'ad"; a.k.a. "Abu Saad"; a.k.a. AL GHOZI, Fathir Rahman; a.k.a. AL GHOZI, Fathur Rohman; a.k.a. AL-GHOZI, Fathur Rahman; a.k.a. AL-GHOZI, Fathur Rohman; a.k.a. AL-GOZHI, Fathur Rahman; a.k.a. AL-GOZI, Fathur Rahman; a.k.a. AL-GOZI, Fathur Rohman; a.k.a. ALGHOZI, Fathur Rahman; a.k.a. ALGHOZI, Fathur Rohman; a.k.a. ALI, Randy; a.k.a. ALIH, Randy; a.k.a. ALIH, Randy Adam; a.k.a. AZAD, Rony; a.k.a. BIN AHAD, Rony Azad; a.k.a. BIN AMAD, Rony Azad; a.k.a. EDRIS, Anwar Rodin; a.k.a. "Freedom Fighter"; a.k.a. JAMIL, Sammy Sali; a.k.a. JAMIL, Sammy Salih; a.k.a. RANDY, Alih; DOB 17 Feb 1971; POB Madiun, East Java, Indonesia; Passport No. GG 672613 (Philippines); nationality Indonesian (individual) [SDGT] 09-05-03

AL-GOZI, Fathur Rahman (a.k.a. "Abu Sa'ad"; a.k.a. "Abu Saad"; a.k.a. AL GHOZI, Fathir Rahman; a.k.a. AL GHOZI, Fathur Rohman; a.k.a. AL-GHOZI, Fathur Rahman; a.k.a. AL-GHOZI, Fathur Rohman; a.k.a. AL-GOZHI, Fathur Rahman; a.k.a. AL-GOZHI, Fathur Rohman; a.k.a. AL-GOZI, Fathur Rohman; a.k.a. ALGHOZI, Fathur Rahman; a.k.a. ALGHOZI, Fathur Rohman; a.k.a. ALI, Randy; a.k.a. ALIH, Randy; a.k.a. ALIH, Randy Adam; a.k.a. AZAD, Rony; a.k.a. BIN AHAD, Rony Azad; a.k.a. BIN AMAD, Rony Azad; a.k.a. EDRIS, Anwar Rodin; a.k.a. "Freedom Fighter"; a.k.a. JAMIL, Sammy Sali; a.k.a. JAMIL, Sammy Salih; a.k.a. RANDY, Alih); DOB 17 Feb 1971; POB Madiun, East Java, Indonesia; Passport No. GG 672613 (Philippines); nationality Indonesian (individual) [SDGT] 09-05-03

AL-GOZI, Fathur Rohman (a.k.a. "Abu Sa'ad"; a.k.a. "Abu Saad"; a.k.a. AL GHOZI, Fathir Rahman; a.k.a. AL GHOZI, Fathur Rohman; a.k.a. AL-GHOZI, Fathur Rahman; a.k.a. AL-GHOZI, Fathur Rohman; a.k.a. AL-GOZHI, Fathur Rahman; a.k.a. AL-GOZI, Fathur Rohman; a.k.a. ALGHOZI, Fathur Rahman; a.k.a. ALGHOZI, Fathur Rohman; a.k.a. ALI, Randy; a.k.a. ALIH, Randy; a.k.a. ALIH, Randy Adam; a.k.a. AZAD, Rony; a.k.a. BIN AHAD, Rony Azad; a.k.a. BIN AMAD, Rony Azad; a.k.a. EDRIS, Anwar Rodin; a.k.a. "Freedom Fighter"; a.k.a. JAMIL, Sammy Sali; a.k.a. JAMIL, Sammy Salih; a.k.a. RANDY, Alih); DOB 17 Feb 1971; POB Madiun, East Java, Indonesia; Passport No. GG 672613 (Philippines); nationality Indonesian (individual) [SDGT] 09-05-03

AL-HABIB (a.k.a. 'ABD AL-KARIM; a.k.a. ABU AL-MU'TAZ; a.k.a. AL-KHALAYLAH, Ahmad Fadil Nazzal; a.k.a. AL-MUHAJIR; a.k.a. AL-ZARQAWI, Abu Mus'Ab; a.k.a. GHARIB; a.k.a. KHALAILAH, Ahmed Fadeel; a.k.a. KHANAYLEH, Fedel Nazzel; a.k.a. "MOUHANAD"; a.k.a. "MOUHANNAD"; a.k.a. "MUHANNAD"; a.k.a. "RASHID"); DOB 20 Oct 1966; POB Zarqa, Jordan; Passport No. Z264968 (Jordan); citizen Jordan; National No. 9661031030 (Jordan) (individual) [SDGT] 09-23-03

AL-HAMATI, Muhammad (a.k.a. AL-AHDAL, Mohammad Hamdi Sadiq; a.k.a. AL-MAKKI, Abu Asim), Yemen (individual) [SDGT] 10-12-01

AL-HAQ, Amin (a.k.a. AH HAQ, Dr. Amin; a.k.a. AMIN, Muhammad; a.k.a. UL-HAQ, Dr. Amin); DOB 1960; POB Nangahar Province, Afghanistan (individual) [SDGT] 10-12-01

AL-HAWEN, Abu-Ahmad (a.k.a. AL-AMRIKI, Abu-Ahmad; a.k.a. AL-MAGHRIBI, Rashid; a.k.a. AL-SHAHID, Abu-Ahmad; a.k.a. HIJAZI, Raed M.; a.k.a. HIJAZI, Riad), Jordan; DOB 1968; POB California, U.S.A.; SSN: 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 (USA) (individual) [SDGT] 10-12-01

AL-HOURI, Ali Saed Bin Ali (a.k.a. EL-HOORIE, Ali Saed Bin Ali; a.k.a. EL-HOURI, Ali Saed Bin Ali); DOB 10 Jul 1965; alt. DOB 11 Jul 1965; POB El Dibabiya, Saudi Arabia; citizen Saudi Arabia (individual) [SDGT] 10-12-01

AL-IRAQI, Abd al-Hadi (a.k.a. ABU ABDALLAH; a.k.a. AL-IRAQI, Abdal al-Hadi) (individual) [SDGT] 09-24-01

AL-IRAQI, Abdal al-Hadi (a.k.a. AL-IRAQI, Abd al-Hadi; a.k.a. ABU ABDALLAH) (individual) [SDGT] 09-24-01

AL-JADAWI, Saqar; DOB 1965 (individual) [SDGT] 10-12-01

AL-JAZIRI, Abu Bakr; Peshawar, Pakistan; nationality Algerian (individual) [SDGT] 01-09-02

AL-KADR, Ahmad Sa'id (a.k.a. AL-KANADI, Abu Abd Al-Rahman); DOB 01 Mar 1948; POB Cairo, Egypt (individual) [SDGT] 10-12-01

AL-KANADI, Abu Abd Al-Rahman (a.k.a. AL-KADR, Ahmad Sa'id); DOB 01 Mar 1948; POB Cairo, Egypt (individual) [SDGT] 10-12-01

AL-KHALAYLAH, Ahmad Fadil Nazzal (a.k.a. 'ABD AL-KARIM; a.k.a. ABU AL-MU'TAZ; a.k.a. AL-HABIB; a.k.a. AL-MUHAJIR; a.k.a. AL-ZARQAWI, Abu Mus'Ab; a.k.a. GHARIB; a.k.a. KHALAILAH, Ahmed Fadeel; a.k.a. KHALAYLEH, Fedel Nazzel; a.k.a. "MOUHANAD"; a.k.a. "MOUHANNAD"; a.k.a. "MUHANNAD"; a.k.a. "RASHID"); DOB 20 Oct 1966; POB Zarqa, Jordan; Passport No. Z264968 (Jordan); citizen Jordan; National No. 9661031030 (Jordan) (individual) [SDGT] 09-23-03

AL-KINI, Usama (a.k.a. MSALAM, Fahid Mohammed Ally; a.k.a. ALLY, Fahid Mohammed; a.k.a. MSALAM, Fahad Ally; a.k.a. MSALAM, Fahid Mohammed Ali; a.k.a. MSALAM, Mohammed Ally; a.k.a. MUSALAAM, Fahid Mohammed Ali; a.k.a. SALEM, Fahid Muhamad Ali); DOB 19 Feb 1976; POB Mombasa, Kenya; citizen Kenya (individual) [SDGT] 10-12-01

AL-LIBI, Abd al-Muhsin (a.k.a. ABU BAKR, Ibrahim Ali Muhammad) (individual) [SDGT] 01-09-02

AL-LIBI, Anas (a.k.a. AL-LIBY, Anas; a.k.a. AL-RAGHIE, Nazih; a.k.a. AL-RAGHIE, Nazih Abdul Hamed; a.k.a. AL-SABAI, Anas), Afghanistan; DOB 30 Mar 1964; alt. DOB 14 May 1964; POB Tripoli, Libya; citizen Libya (individual) [SDGT] 10-12-01

AL-LIBI, Ibn Al-Shaykh (individual) [SDGT] 09-24-01

AL-LIBY, Anas (a.k.a. AL-LIBI, Anas; a.k.a. A-RAGHIE, Nazih; a.k.a. AL-RAGHIE, Nazih Abdul Hamed; a.k.a. AL-SABAI, Anas), Afghanistan; DOB 30 Mar 1964; alt. DOB 14 May 1964; POB Tripoli, Libya; citizen Libya (individual) [SDGT] 10-12-01

AL-MAGHRIBI, Rashid (a.k.a. AL-AMRIKI, Abu-Ahmad; a.k.a. AL-HAWEN, Abu-Ahmad; a.k.a. AL-SHAHID, Abu-Ahmad; a.k.a. HIJAZI, Raed M.; a.k.a. HIJAZI, Riad), Jordan; DOB 1968; POB California, U.S.A.; SSN: 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 (USA) (individual) [SDGT] 10-12-01

AL-MAKKI, Abu Asim (a.k.a. AL-AHDAL, Mohammad Hamdi Sadiq; a.k.a. AL-HAMATI, Muhammad), Yemen (individual) [SDGT] 10-12-01

AL-MANSOUR, Dr. Mohamed (a.k.a. MANSOUR, Mohamed), Ob. Heslibachstr. 20, Kusnacht, Switzerland; Zurich, Switzerland; DOB 1928; POB U.A.E.; alt. POB Egypt (individual) [SDGT] 11-07-01

AL-MASRI, Abu Hafs (a.k.a. ABDULLAH, Sheikh Taysir; a.k.a. ABU HAFS; a.k.a. ABU SITTA, Subhi; a.k.a. ATEF, Muhammad; a.k.a. ATIF, Mohamed; a.k.a. ATIF, Muhammad; a.k.a. EL KHABIR, Abu Hafs el Masry; a.k.a. TAYSIR); DOB 1951; Alt. DOB 1956; Alt. DOB 1944; POB Alexandria, Egypt (individual) [SDT] [SDGT] 09-24-01

AL-MASRI, Abu Hamza (a.k.a. AL-MISRI, Abu Hamza; a.k.a. EMAN, Adam Ramsey; a.k.a. KAMEL, Mustafa; a.k.a. MUSTAFA, Mustafa Kamel), 9 Albourne Road, Shepherds Bush, London, W12 OLW, England; 8 Adie Road, Hammersmith, London, W6 OPW, England; DOB 15 Apr 1958 (individual) [SDGT] 04-19-02

AL-MASRI, Abu Mohamed (a.k.a. ABDULLAH, Abdullah Ahmed; a.k.a. ABU MARIAM; a.k.a. SALEH), Afghanistan; DOB 1963; POB Egypt; citizen Egypt (individual) [SDGT] 10-12-01

AL-MASRI, Ahmad (a.k.a. ALI, Ahmed Mohammed Hamed; a.k.a. ABDUREHMAN, Ahmed Mohammed; a.k.a. ABU FATIMA; a.k.a. ABU ISLAM; a.k.a. ABU KHADIJAH; a.k.a. AHMED HAMED; a.k.a. Ahmed The Egyptian; a.k.a. AHMED, Ahmed; a.k.a. AL-SURIR, Abu Islam; a.k.a. ALI, Ahmed Mohammed; a.k.a. ALI, Hamed; a.k.a. HEMED, Ahmed; a.k.a. SHIEB, Ahmed; a.k.a. SHUAIB), Afghanistan; DOB 1965; POB Egypt; citizen Egypt (individual) [SDGT] 10-12-01

AL-MISRI, Abu Hamza (a.k.a. AL-MASRI, Abu Hamza; a.k.a. EMAN, Adam Ramsey; a.k.a. KAMEL, Mustafa; a.k.a. MUSTAFA, Mustafa Kamel), 9 Albourne Road, Shepherds Bush, London, W12 OLW, England; 8 Adie Road, Hammersmith, London, W6 OPW, England; DOB 15 Apr 1958 (individual) [SDGT] 04-19-02

AL-MUGHASSIL, Ahmad Ibrahim (a.k.a. ABU OMRAN; a.k.a. AL-MUGHASSIL, Ahmed Ibrahim); DOB 26 Jun 1967; POB Qatif-Bab al Shamal, Saudi Arabia; citizen Saudi Arabia (individual) [SDGT] 10-12-01

AL-MUGHASSIL, Ahmed Ibrahim (a.k.a. AL-MUGHASSIL, Ahmad Ibrahim; a.k.a. ABU OMRAN); DOB 26 Jun 1967; POB Qatif-Bab al Shamal, Saudi Arabia; citizen Saudi Arabia (individual) [SDGT] 10-12-01

AL-MUHAJIR (a.k.a. 'ABD AL-KARIM; a.k.a. ABU AL-MU'TAZ; a.k.a. AL-HABIB; a.k.a. AL-KHALAYLAH, Ahmad Fadil Nazzal; a.k.a. AL-ZARQAWI, Abu Mus'Ab; a.k.a. GHARIB; a.k.a. KHALAILAH, Ahmed Fadeel; a.k.a. KHALAYLEH, Fedel Nazzel; a.k.a. "MOUHANAD;" a.k.a. "MOUHANNAD;" a.k.a. "MUHANNAD;" a.k.a. "RASHID"); DOB 20 Oct 1966; POB Zarqa, Jordan; Passport No. Z264968 (Jordan); citizen Jordan; National No. 9661031030 (Jordan) (individual) [SDGT] 09-23-03

AL-MUHAJIR, Abdul Rahman (a.k.a. ATWAH, Muhsin Musa Matwalli; a.k.a. ABDEL RAHMAN; a.k.a. ABDUL RAHMAN; a.k.a. AL-NAMER, Mohammed K.A.), Afghanistan; DOB 19 Jun 1964; POB Egypt; citizen Egypt (individual) [SDGT] 10-12-01

AL-NAMER, Mohammed K.A. (a.k.a. ATWAH, Muhsin Musa Matwalli; a.k.a. ABDEL RAHMAN; a.k.a. ABDUL RAHMAN; a.k.a. AL-MUHAJIR, Abdul Rahman), Afghanistan; DOB 19 Jun 1964; POB Egypt; citizen Egypt (individual) [SDGT] 10-12-01

AL-NASSER, Abdelkarim Hussein Mohamed; POB Al Ihsa, Saudi Arabia; citizen Saudi Arabia (individual) [SDGT] 10-12-01

AL-NUBI, Abu (a.k.a. FADHIL, Mustafa Mohamed; a.k.a. AL MASRI, Abd Al Wakil; a.k.a. ALI, Hassan; a.k.a. ANIS, Abu; a.k.a. ELBISHY, Moustafa Ali; a.k.a. FADIL, Mustafa Muhamad; a.k.a. FAZUL, Mustafa; a.k.a. HUSSEIN; a.k.a. JIHAD, Abu; a.k.a. KHALID; a.k.a. MAN, Nu; a.k.a. MOHAMMED, Mustafa; a.k.a. YUSSRR, Abu); DOB 23 Jun 1976; POB Cairo, Egypt; citizen Egypt; alt. citizen Kenya; Kenyan ID No. 12773667; Serial No. 201735161 (individual) [SDGT] 10-12-01

AL-QADI, Yasin (a.k.a. KADI, Shaykh Yassin Abdullah; a.k.a. KAHDI, Yasin), Jeddah, Saudi Arabia (individual) [SDGT] 10-12-01

AL-RAGHIE, Nazih (a.k.a. AL-LIBY, Anas; a.k.a. AL-LIBI, Anas; a.k.a. AL-RAGHIE, Nazih Abdul Hamed; a.k.a. AL-SABAI, Anas), Afghanistan; DOB 30 Mar 1964; alt. DOB 14 May 1964; POB Tripoli, Libya; citizen Libya (individual) [SDGT] 10-12-01

AL-RAGHIE, Nazih Abdul Hamed (a.k.a. AL-LIBY, Anas; a.k.a. AL-LIBI, Anas; a.k.a. AL-RAGHIE, Nazih; a.k.a. AL-SABAI, Anas), Afghanistan; DOB 30 Mar 1964; alt. DOB 14 May 1964; POB Tripoli, Libya; citizen Libya (individual) [SDGT] 10-12-01

AL-SABAI, Anas (a.k.a. AL-LIBY, Anas; a.k.a. AL-LIBI, Anas; a.k.a. AL-RAGHIE, Nazih; a.k.a. AL-RAGHIE, Nazih Abdul Hamed), Afghanistan; DOB 30 Mar 1964; alt. DOB 14 May 1964; POB Tripoli, Libya; citizen Libya (individual) [SDGT] 10-12-01

AL-SHAHID, Abu-Ahmad (a.k.a. AL-AMRIKI, Abu-Ahmad; a.k.a. AL-HAWEN, Abu-Ahmad; a.k.a. AL-MAGHRIBI, Rashid; a.k.a. HIJAZI, Raed M.; a.k.a. HIJAZI, Riad), Jordan; DOB 1968; POB California, U.S.A.; SSN: 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 (USA) (individual) [SDGT] 10-12-01

AL-SHANQITI, Khalid (a.k.a. ABU HAFS THE MAURITANIAN; a.k.a. AL-WALID, Mafouz Walad; a.k.a. AL-WALID, Mahfouz Ould; a.k.a. SLAHI, Mahamedou Ould); DOB 1 Jan 75 (individual) [SDGT] 09-24-01

AL-SHARIF, Sa'd; DOB 1969; POB Saudi Arabia (individual) [SDGT] 10-12-01

AL-SURIR, Abu Islam (a.k.a. ALI, Ahmed Mohammed Hamed; a.k.a. ABDUREHMAN, Ahmed Mohammed; a.k.a. ABU FATIMA; a.k.a. ABU ISLAM; a.k.a. ABU KHADIIJAH; a.k.a. AHMED HAMED; a.k.a. Ahmed The Egyptian; a.k.a. AHMED, Ahmed; a.k.a. AL-MASRI, Ahmad; a.k.a. ALI, Ahmed Mohammed; a.k.a. ALI, Hamed; a.k.a. HEMED, Ahmed; a.k.a. SHIEB, Ahmed; a.k.a. SHUAIB), Afghanistan; DOB 1965; POB Egypt; citizen Egypt (individual) [SDGT] 10-12-01

AL-TURKI, Hassan (a.k.a. AL-TURKI, Hassan Abdullah Hersi); DOB circa 1944; POB Ogaden Region, Ethiopia (individual) [SDGT] 06-03-04

AL-TURKI, Hassan Abdullah Hersi (a.k.a. AL-TURKI, Hassan); DOB circa 1944; POB Ogaden Region, Ethiopia (individual) [SDGT] 06-03-04

AL-WAHAB, Abd Al-Hadi (a.k.a. ABU ZUBAYDAH; a.k.a. ABU ZUBAIDA; a.k.a. HUSAIN, Zian Al-Abidin Muhahhad; a.k.a. HUSAYN, Zayn al-Abidin Muhammad; a.k.a. TARIQ); DOB 12 Mar 71; POB Riyadh, Saudi Arabia (individual) [SDGT] 09-24-01

AL-WALID, Mafouz Walad (a.k.a. ABU HAFS THE MAURITANIAN; a.k.a. AL-SHANQITI, Khalid; a.k.a. AL-WALID, Mahfouz Ould; a.k.a. SLAHI, Mahamedou Ould); DOB 1 Jan 75 (individual) [SDGT] 09-24-01

AL-WALID, Mahfouz Ould (a.k.a. ABU HAFS THE MAURITANIAN; a.k.a. AL-SHANQITI, Khalid; a.k.a. AL-WALID, Mafouz Walad; a.k.a. SLAHI, Mahamedou Ould); DOB 1 Jan 75 (individual) [SDGT] 09-24-01

AL-YACOUB, Ibrahim Salih Mohammed; DOB 16 Oct 1966; POB Tarut, Saudi Arabia; citizen Saudi Arabia (individual) [SDGT] 10-12-01

AL-ZARQAWI, Abu Mus'Ab (a.k.a. 'ABD AL-KARIM; a.k.a. ABU AL-MU'TAZ; a.k.a. AL-HABIB; a.k.a. AL-KHALAYLAH, Ahmad Fadil Nazzal; a.k.a. AL-MUHAJIR; a.k.a. GHARIB; a.k.a. KHALAILAH, Ahmed Fadeel; a.k.a. KHALAYLEH, Fedel Nazzel; a.k.a. "MOUHANAD;" a.k.a. "MOUHANNAD;" a.k.a. "MUHANNAD;" a.k.a. "RASHID"); DOB 20 Oct 1966; POB Zarqa, Jordan; Passport No. Z264968 (Jordan); citizen Jordan; National No. 9661031030 (Jordan) (individual) [SDGT] 09-23-03

AL-ZAWAHIRI, Aiman Muhammad Rabi (a.k.a. AL ZAWAHIRI, Dr. Ayman; a.k.a. AL-ZAWAHIRI, Ayman; a.k.a. SALIM, Ahmad Fuad), Operational and Military Leader of JIHAD GROUP; DOB 19 Jun 1951; POB Giza, Egypt; Passport No. 1084010 (Egypt);

Alt. No. 19820215 (individual) [SDT] [SDGT] 09-24-01

AL-ZAWAHIRI, Ayman (a.k.a. AL ZAWAHIRI, Dr. Ayman; a.k.a. AL-ZAWAHIRI, Aiman Muhammad Rabi; a.k.a. SALIM, Ahmad Fuad), Operational and Military Leader of JIHAD GROUP; DOB 19 Jun 1951; POB Giza, Egypt; Passport No. 1084010 (Egypt); Alt. No. 19820215 (individual) [SDT] [SDGT] 09-24-01

AL-ZINDANI, Abdelmajid (a.k.a. AL-ZINDANI, Shaykh Abd-al-Majid; a.k.a. AL-ZINDANI, Shaykh 'Abd Al-Majid); DOB c. 1950; POB Yemen; Passport No. A005487 (Yemen) issued on 13 Aug 1995; nationality Yemeni (individual) 02-24-04

AL-ZINDANI, Shaykh 'Abd Al-Majid (a.k.a. AL-ZINDANI, Abdelmajid; a.k.a. AL-ZINDANI, Shaykh Abd-al-Majid); DOB c. 1950; POB Yemen; Passport No. A005487 (Yemen) issued on 13 Aug 1995; nationality Yemeni (individual) 02-24-04

AL-ZINDANI, Shaykh Abd-al-Majid (a.k.a. AL-ZINDANI, Abdelmajid; a.k.a. AL-ZINDANI, Shaykh 'Abd Al-Majid); DOB c. 1950; POB Yemen; Passport No. A005487 (Yemen) issued on 13 Aug 1995; nationality Yemeni (individual) 02-24-04

ALBERDI URANGA, Itziar; member ETA; DOB 7 Oct 1963; POB Durango (Vizcaya Province), Spain; D.N.I. 78.865.693 (individual) [SDGT] 02-26-02

ALBISU IRIARTE, Miguel; member ETA; DOB 7 Jun 1961; POB San Sebastian (Guizpucoa Province), Spain; D.N.I. 15.954.596 (individual) [SDGT] 02-26-02

ALCALDE LINARES, Angel; member ETA; DOB 2 May 1943; POB Portugalete (Vizcaya Province), Spain; D.N.I. 15.390.353 (individual) [SDGT] 02-26-02

ALGHOZI, Fathur Rahman (a.k.a. "Abu Saad;" a.k.a. "Abu Saad;" a.k.a. AL GHOZI, Fathur Rahman; a.k.a. AL GHOZI, Fathur Rohman; a.k.a. AL-GHOZI, Fathur Rahman; a.k.a. AL-GHOZI, Fathur Rohman; a.k.a. AL-GOZHI, Fathur Rahman; a.k.a. AL-GOZHI, Fathur Rohman; a.k.a. AL-GOZI, Fathur Rahman; a.k.a. AL-GOZI, Fathur Rohman; a.k.a. ALGHOZI, Fathur Rohman; a.k.a. ALI, Randy; a.k.a. ALIH, Randy; a.k.a. ALIH, Randy Adam; a.k.a. AZAD, Rony; a.k.a. BIN AHAD, Rony Azad; a.k.a. BIN AHMAD, Rony Azad; a.k.a. BIN AMAD, Rony Azad; a.k.a. EDRIS, Anwar Rodin; a.k.a. "Freedom Fighter;" a.k.a. JAMIL, Sammy Sali; a.k.a. JAMIL, Sammy Salih; a.k.a. RANDY, Alih); DOB 17 Feb 1971; POB Madiun, East Java, Indonesia; Passport No. GG 672613 (Philippines); nationality Indonesian (individual) [SDGT] 09-05-03

ALGHOZI, Fathur Rohman (a.k.a. "Abu Sa'ad;" a.k.a. "Abu Saad;" a.k.a. AL GHOZI, Fathur Rahman; a.k.a. AL GHOZI, Fathur Rohman; a.k.a. AL-GHOZI, Fathur Rahman; a.k.a. AL-GHOZI, Fathur Rohman; a.k.a. AL-GOZHI, Fathur Rahman; a.k.a. AL-GOZHI, Fathur Rohman; a.k.a. AL-GOZI, Fathur Rahman; a.k.a. AL-GOZI, Fathur Rohman; a.k.a. ALGHOZI, Fathur Rahman; a.k.a. ALI, Randy; a.k.a. ALIH, Randy; a.k.a. ALIH, Randy Adam; a.k.a. AZAD, Rony; a.k.a. BIN AHAD, Rony Azad; a.k.a. BIN AHMAD, Rony Azad; a.k.a. BIN AMAD, Rony Azad; a.k.a. EDRIS, Anwar Rodin; a.k.a. "Freedom Fighter;" a.k.a. JAMIL, Sammy Sali; a.k.a. JAMIL, Sammy Salih; a.k.a. RANDY, Alih); DOB 17 Feb 1971; POB Madiun, East Java, Indonesia; Passport No. GG 672613 (Philippines); nationality Indonesian (individual) 09-05-03

ALI, Abbas Abdi, Mogadishu, Somalia (individual) [SDGT] 11-07-01

ALI, Ahmed Khalfan (a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. "AHMED THE TANZANIAN;" a.k.a. "FOOPIE;" a.k.a. "FUPI;" a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, A.; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. BAKR, Abu; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmad; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHABAR, Abu; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 1 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT] 10-12-01

ALI, Ahmed Mohammed (a.k.a. ALI, Ahmed Mohammed Hamed; a.k.a. ABDUREHMAN, Ahmed Mohammed; a.k.a. ABU FATIMA; a.k.a. ABU ISLAM; a.k.a. ABU KHADIIJAH; a.k.a. AHMED HAMED; a.k.a. Ahmed The Egyptian; a.k.a. AHMED, Ahmed; a.k.a. AL-MASRI, Ahmad; a.k.a. AL-SURIR, Abu Islam; a.k.a. ALI, Hamed; a.k.a. HEMED, Ahmed; a.k.a. SHIEB, Ahmed; a.k.a. SHUAIB), Afghanistan; DOB 1965; POB Egypt; citizen Egypt (individual) [SDGT] 10-12-01

ALI, Ahmed Mohammed Hamed (a.k.a. ABDUREHMAN, Ahmed Mohammed; a.k.a. ABU FATIMA; a.k.a. ABU ISLAM; a.k.a. ABU KHADIIJAH; a.k.a. AHMED HAMED; a.k.a. Ahmed The Egyptian; a.k.a. AHMED, Ahmed; a.k.a. AL-MASRI, Ahmad; a.k.a. AL-SURIR, Abu Islam; a.k.a. ALI, Ahmed Mohammed; a.k.a. ALI, Hamed; a.k.a. HEMED, Ahmed; a.k.a. SHIEB, Ahmed; a.k.a. SHUAIB), Afghanistan; DOB 1965; POB Egypt; citizen Egypt (individual) [SDGT] 10-12-01

ALI, Fadel Abdallah Mohammed (a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. AL SUDANI, Abu Seif; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROON; a.k.a. HAROUN, Fadhil; a.k.a. HARUN; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya (individual) [SDGT] 10-12-01

ALI, Hamed (a.k.a. ALI, Ahmed Mohammed Hamed; a.k.a. ABDUREHMAN, Ahmed Mohammed; a.k.a. ABU FATIMA; a.k.a. ABU ISLAM; a.k.a. ABU KHADIIJAH; a.k.a. AHMED HAMED; a.k.a. Ahmed The Egyptian; a.k.a. AHMED, Ahmed; a.k.a. AL-MASRI, Ahmad; a.k.a. AL-SURIR, Abu Islam; a.k.a. ALI, Ahmed Mohammed; a.k.a. HEMED, Ahmed; a.k.a. SHIEB, Ahmed; a.k.a. SHUAIB), Afghanistan; DOB 1965; POB Egypt; citizen Egypt (individual) [DGT] 10-12-01

ALI, Hassan (a.k.a. FADHIL, Mustafa Mohamed; a.k.a. AL MASRI, Abd Al Wakil; a.k.a. AL-NUBI, Abu; a.k.a. ANIS, Abu; a.k.a. ELBISHY, Moustafa Ali; a.k.a. FADIL, Mustafa Muhamad; a.k.a. FAZUL, Mustafa; a.k.a. HUSSEIN; a.k.a. JIHAD, Abu; a.k.a. KHALID; a.k.a. MAN, Nu; a.k.a. MOHAMMED, Mustafa; a.k.a. YUSSRR, Abu; DOB 23 Jun 1976; POB Cairo, Egypt; alt. citizen Kenya; Kenyan ID No. 12773667; Serial No. 201735161 (individual) [SDGT] 10-12-01

ALI, Randy (a.k.a. "Abu Sa'ad"; a.k.a. "Abu Saad"; a.k.a. AL GHOZI, Fathur Rahman; a.k.a. AL GHOZI, Fathur Rohman; a.k.a. AL-GHOZI, Fathur Rahman; a.k.a. AL-GHOZI, Fathur Rohman; a.k.a. AL-GOZHI, Fathur Rahman; a.k.a. AL-GOZHI, Fathur Rohman; a.k.a. AL-GOZI, Fathur Rahman; a.k.a. AL-GOZI, Fathur Rohman; a.k.a. ALGHOZI, Fathur Rahman; a.k.a. ALGHOZI, Fathur Rohman; a.k.a. ALI, Randy; a.k.a. ALIH, Randy Adam; a.k.a. AZAD, Rony; a.k.a. BIN AHAD, Rony Azad; a.k.a. BIN AHMAD, Rony Azad; a.k.a. BIN AMAD, Rony Azad; a.k.a. EDRIS, Anwar Rodin; a.k.a. "Freedom Fighter"; a.k.a. JAMIL, Sammy Sali; a.k.a. JAMIL, Sammy Salih; a.k.a. RANDY, Alih); DOB 17 Feb 1971; POB Madiun, East Java, Indonesia; Passport No. GG 672613 (Philippines); nationality Indonesian (individual) [SDGT] 09-05-03

ALI, Salem (a.k.a. MOHAMMED, Khalid Shaikh; a.k.a. BIN KHALID, Fahd Bin Adballah; a.k.a. HENIN, Ashraf Refaat Nabith; a.k.a. WADOOD, Khalid Adbul); DOB 14 Apr 1965; alt. DOB 1 Mar 1964; POB Kuwait; citizen Kuwait (individual) [SDGT] 10-12-01

ALI, Sheikh Hassan Dahir Aweys (a.k.a. AWES, Shaykh Hassan Dahir; AWEYS, Hassan Dahir), DOB 1935; citizen Somalia (individual) [SDGT] 11-07-01

ALI, Yusaf Ahmed, Hallbybacken 15, Spanga 70, Sweden; DOB 20 Nov 1974 (individual) [SDGT] 11-07-01

ALIH, Randy (a.k.a. "Abu Sa'ad"; a.k.a. "Abu Saad"; a.k.a. AL GHOZI, Fathur Rahman; a.k.a. ALGHOZI, Fathur Rohman; a.k.a. AL-GHOZI, Fathur Rahman; a.k.a. AL-GHOZI, Fathur Rohman; a.k.a. AL-GOZHI, Fathur Rahman; a.k.a. AL-GOZHI, Fathur Rohman; a.k.a. AL-GOZI, Fathur Rahman; a.k.a. AL-GOZI, Fathur Rohman; a.k.a. ALGHOZI, Fathur Rahman; a.k.a. ALGHOZI, Fathur Rohman; a.k.a. ALI, Randy; a.k.a. ALIH, Randy Adam; a.k.a. AZAD, Rony; a.k.a. BIN AHAD, Rony Azad; a.k.a. BIN AHMAD, Rony Azad; a.k.a. BIN AMAD, Rony Azad; a.k.a. EDRIS, Anwar Rodin; a.k.a. "Freedom Fighter"; a.k.a. JAMIL, Sammy Sali; a.k.a. JAMIL, Sammy Salih; a.k.a. RANDY, Alih); DOB 17 Feb 1971; POB Madiun, East Java, Indonesia; Passport No. GG 672613 (Philippines); nationality Indonesian (individual) [SDGT] 09-05-03

ALIH, Randy Adam (a.k.a. "Abu Sa'ad"; a.k.a. "Abu Saad"; a.k.a. AL GHOZI, Fathur Rahman; a.k.a. AL GHOZI, Fathur Rohman; a.k.a. AL-GHOZI, Fathur Rahman; a.k.a. AL-GHOZI, Fathur Rohman; a.k.a. AL-GOZHI, Fathur Rahman; a.k.a. AL-GOZHI, Fathur Rohman; a.k.a. AL-GOZI, Fathur Rahman; a.k.a. AL-GOZI, Fathur Rohman; a.k.a. ALGHOZI, Fathur Rahman; a.k.a. ALGHOZI, Fathur Rohman; a.k.a. ALI, Randy; a.k.a. ALIH, Randy; a.k.a. AZAD, Rony; a.k.a. BIN AHAD, Rony Azad; a.k.a. BIN AHMAD, Rony Azad; a.k.a. BIN AMAD, Rony Azad; a.k.a. EDRIS, Anwar Rodin; a.k.a. "Freedom Fighter"; a.k.a. JAMIL, Sammy Sali; a.k.a. JAMIL, Sammy Salih; a.k.a. RANDY, Alih); DOB 17 Feb 1971; POB Madiun, East Java, Indonesia; Passport No. GG 672613 (Philippines); nationality Indonesian (individual) [SDGT] 09-05-03

ALLANE, Hacene (a.k.a. ABDELHAY, al-Sheikh; a.k.a. AHCENE, Cheib; a.k.a. "Abu al-Foutouh;" a.k.a. "Boulahia;" a.k.a. "Hassan the Old"), DOB 17 Jan 1941; POB El Menea, Algeria (individual) [SDGT] 04-30-04

ALLY, Ahmed (a.k.a. SWEDAN, Sheikh Ahmed Salim; a.k.a. Ahmed the Tall; a.k.a. BAHAMAD; a.k.a. BAHAMAD, Sheik; a.k.a. BAHAMADI, Sheikh; a.k.a. SUWEIDAN, Sheikh Ahmad Salem; a.k.a. SWEDAN, Sheikh; a.k.a. SWEDAN, Sheikh Ahmed Salem); DOB 9 Apr 1969; alt. DOB 9 Apr 1960; POB Mombasa, Kenya; citizen Kenya (individual) [SDGT] 10-12-01

ALLY, Fahid Mohammed (a.k.a. MSALAM, Fahid Mohammed Ally; a.k.a. AL-KINI, Usama; a.k.a. MSALAAM, Fahad Ally; a.k.a. MSALAM, Fahid Mohammed Ali; a.k.a. MSALAM, Mohammed Ally; a.k.a. MUSALAAM, Fahid Mohammed Ali; a.k.a. SALEM, Fahid Muhamad Ali); DOB 19 Feb 1976; POB Mombasa, Kenya; citizen Kenya (individual) [SDGT] 10-12-01

AMDOUNI, Mehrez (a.k.a. "Abu Thale;" a.k.a. FUSCO, Fabio; a.k.a. HASSAN, Mohamed) DOB 18 Dec 1969; POB Tunis, Tunisia (individual) [SDGT] 06-06-03

AMIN, Muhammad (a.k.a. AH HAQ, Dr. Amin; a.k.a. AL-HAQ, Amin; a.k.a. UL-HAQ, Dr. Amin); DOB 1960; POB Nangahar Province, Afghanistan (individual) [SDGT] 10-12-01

AMMARI, Saifi (a.k.a. "Abdalarak;" a.k.a. "Abderrezak Le Para;" a.k.a. "Abderrezak Zaimeche;" a.k.a. "Abdul Rasak ammane Abu Haidra;" a.k.a. "Abou Haidara;" a.k.a. "El Ourassi;" a.k.a. "El Para"); DOB 1 Jan 1968; POB Kef Rih, Algeria; nationality Algerian (individual) [SDGT] 12-05-03

ANIS, Abu (a.k.a. FADHIL, Mustafa Mohamed; a.k.a. AL MASRI, Abd Al Wakil; a.k.a. AL-NUBI, Abu; a.k.a. ALI, Hassan; a.k.a. ELBISHY, Moustafa Ali; a.k.a. FADIL, Mustafa Muhamad; a.k.a. FAZUL, Mustafa; a.k.a. HUSSEIN; a.k.a. JIHAD, Abu; a.k.a. KHALID; a.k.a. MAN, Nu; a.k.a. MOHAMMED, Mustafa; a.k.a. YUSSRR, Abu; DOB 23 Jun 1976; POB Cairo, Egypt; citizen Egypt; alt. citizen Kenya; Kenyan ID No. 12773667; Serial No. 201735161 (individual) [SDGT] 10-12-01

AOUADI, Mohamed Ben Belgacem (a.k.a. AOUADI, Mohamed Ben Belkacem), Via A. Masina n.7, Milano, Italy; DOB 11 Dec 1974; POB Tunisia; Italian Fiscal Code: DAOMMD74T11Z352Z (individual) [SDGT] 04-19-02

AOUADI, Mohamed Ben Belkacem (a.k.a. AOUADI, Mohamed Ben Belgacem), Via A. Masina n.7, Milano, Italy; DOB 11 Dec 1974; POB Tunisia; Italian Fiscal Code: DAOMMD74T11Z352Z (individual) [SDGT] 04-19-02

APAOLAZA SANCHO, Ivan; member ETA; DOB 10 Nov 1971; POB Beasain (Guipuzcoa Province), Spain; D.N.I. 44.129.178 (individual) [SDGT] 05-03-02

ARZALLUS TAPIA, Eusebio; member ETA; DOB 8 Nov 1957; POB Regil (Guipuzcoa Province), Spain; D.N.I. 15.927.207 (individual) [SDGT] 02-26-02

ATEF, Muhammad (a.k.a. AL-MASRI, Abu Hafs; a.k.a. ABDULLAH, Sheikh Taysir; a.k.a. ABU HAFS; a.k.a. ABU SITTA, Subhi; a.k.a. ATIF, Mohamed; a.k.a. ATIF, Muhammad; a.k.a. EL KHABIR, Abu Hafs el Masry; a.k.a. TAYSIR); DOB 1951; Alt. DOB 1956; Alt. DOB 1944; POB Alexandria, Egypt (individual) [SDT] [SDGT] 09-24-01

ATIF, Mohamed (a.k.a. AL-MASRI, Abu Hafs; a.k.a. ABDULLAH, Sheikh Taysir; a.k.a. ABU HAFS; a.k.a. ABU SITTA, Subhi; a.k.a. ATEF, Muhammad; a.k.a. ATIF, Muhammad; a.k.a. EL KHABIR, Abu Hafs el Masry; a.k.a. TAYSIR); DOB 1951; Alt. DOB 1956; Alt. DOB 1944; POB Alexandria, Egypt (individual) [SDT] [SDGT] 09-24-01

ATIF, Muhammad (a.k.a. AL-MASRI, Abu Hafs; a.k.a. ABDULLAH, Sheikh Taysir; a.k.a. ABU HAFS; a.k.a. ABU SITTA, Subhi; a.k.a. ATEF, Muhammad; a.k.a. ATIF, Mohamed; a.k.a. EL KHABIR, Abu Hafs el Masry; a.k.a. TAYSIR); DOB 1951; Alt. DOB 1956; Alt. DOB 1944; POB Alexandria, Egypt (individual) [SDT] [SDGT] 09-24-01

ATWA, Ali (a.k.a. BOUSLIM, Ammar Mansour; a.k.a. SALIM, Hassan Rostom), Lebanon; DOB 1960; POB Lebanon; citizen Lebanon (individual) [SDGT] 10-12-01

ATWAH, Muhsin Musa Matwalli (a.k.a. ABDEL RAHMAN; a.k.a. ABDUL RAHMAN; a.k.a. AL-MUHAJIR, Abdul Rahman; a.k.a. AL-NAMER, Mohammed K.A.), Afghanistan; DOB 19 Jun 1964; POB Egypt; citizen Egypt (individual) [SDGT] 10-12-01

AWES, Shaykh Hassan Dahir (a.k.a. ALI, Sheikh Hassan Dahir Aweys; a.k.a. AWEYS, Hassan Dahir), DOB 1935; citizen Somalia (individual) [SDGT] 11-07-01

AWEYS, Dahir Ubeidullahi, Via Cipriano Facchinetti 84, Rome, Italy (individual) [SDGT] 11-07-01

AWEYS, Hassan Dahir (a.k.a. ALI, Sheikh Hassan Dahir Aweys; a.k.a. AWES, Shaykh Hassan Dahir), DOB 1935; citizen Somalia (individual) [SDGT] 11-07-01

AYADI CHAFIK, Ben Muhammad (a.k.a. AIADI, Ben Muhammad; a.k.a. AIADY, Ben Muhammad; a.k.a. AYADI SHAFIQ, Ben Muhammad; a.k.a. BIN MUHAMMAD, Ayadi Chafiq), Helene Meyer Ring 10-1415-80809, Munich, Germany; 129 Park Road, NW8, London, England; 28 Chaussee de Lille, Mouscron, Belgium; Darvingasse 1/2/58-60, Vienna, Austria; Tunisia; DOB 21 Jan 1963; POB Safais (Sfax), Tunisia (individual) [SDGT] 10-12-01

AYADI SHAFIQ, Ben Muhammad (a.k.a. AIADI, Ben Muhammad; a.k.a. AIADY, Ben Muhammad; a.k.a. AYADI CHAFIK, Ben Muhammad; a.k.a. BIN MUHAMMAD, Ayadi Chafiq), Helene Meyer Ring 10-1415-80809, Munich, Germany; 129 Park Road, NW8, London, England; 28 Chaussee de Lille, Mouscron, Belgium; Darvingasse 1/2/58-60, Vienna, Austria; Tunisia; DOB 21 Jan 1963; POB Safais (Sfax), Tunisia (individual) [SDGT] 10-12-01

AYARI, Chiheb Ben Mohamed (a.k.a. "Hichem Abu Hchem"), Via di Saliceto n.51/9, Bologna, Italy; DOB 19 Dec 1965; POB Tunis, Tunisia (individual) [SDGT] 06-06-03

AZAD, Rony (a.k.a. "Abu Sa'ad"; a.k.a. "Abu Saad"; a.k.a. AL GHOZI, Fathur Rahman; a.k.a. AL GHOZI, Fathur Rohman; a.k.a. AL-GHOZI, Fathur Rahman; a.k.a. AL-GHOZI, Fathur Rohman; a.k.a. AL-GOZHI, Fathur Rahman; a.k.a. AL-GOZHI, Fathur Rohman; a.k.a. AL-GOZI, Fathur Rahman; a.k.a. AL-GOZI, Fathur Rohman; a.k.a. ALGHOZI, Fathur Rahman; a.k.a. ALGHOZI, Fathur Rohman; a.k.a. ALI, Randy; a.k.a. ALIH, Randy; a.k.a. ALIH, Randy Adam; a.k.a. BIN AHAD, Rony Azad; a.k.a. BIN AMAD, Rony Azad; a.k.a. EDRIS, Anwar Rodin; a.k.a. "Freedom Fighter"; a.k.a. JAMIL, Sammy Sali; a.k.a. JAMIL, Sammy Salih; a.k.a. RANDY, Alih); DOB 17 Feb 1971; POB Madiun, East Java, Indonesia; Passport No. GG 672613 (Philippines); nationality Indonesian (individual) [SDGT] 09-05-03

BAAZAOUI, Mondher (a.k.a. "Hamza"), Via di Saliceto n.51/9, Bologna, Italy; DOB 18 Mar 1967; POB Kairouan, Tunisia (individual) [SDGT] 06-06-03

BAHAJI, Said, Bunatwiete #23, 21073 Hamburg, Germany; Marienstr #54, 21073 Hamburg, Germany; Wiesendamm #135, 22303 Hamburg, Germany; 12 Rue Descartes, Meknes, Morocco; DOB 15 Jul 1975; POB Haselunne, Lower Saxony, Germany; nationality Moroccan and German (individual) [SDGT] 09-30-02

BAHAMAD (a.k.a. SWEDAN, Sheikh Ahmed Salim; a.k.a. Ahmed the Tall; a.k.a. ALLY, Ahmed; a.k.a. BAHAMAD, Sheik; a.k.a. BAHAMADI, Sheikh; a.k.a. SUWEIDAN, Sheikh Ahmad Salem; a.k.a. SWEDAN, Sheikh; a.k.a. SWEDAN, Sheikh Ahmed Salem); DOB 9 Apr 1969; alt. DOB 9 Apr 1960; POB Mombasa, Kenya; citizen Kenya (individual) [SDGT] 10-12-01

BAHAMAD, Sheik (a.k.a. SWEDAN, Sheikh Ahmed Salim; a.k.a. Ahmed the Tall; a.k.a. ALLY, Ahmed; a.k.a. BAHAMAD; a.k.a. BAHAMADI, Sheikh; a.k.a. SUWEIDAN, Sheikh Ahmad Salem; a.k.a. SWEDAN, Sheikh; a.k.a. SWEDAN, Sheikh Ahmed Salem); DOB 9 Apr 1969; alt. DOB 9 Apr 1960; POB Mombasa, Kenya; citizen Kenya (individual) [SDGT] 10-12-01

BAHAMADI, Sheikh (a.k.a. SWEDAN, Sheikh Ahmed Salim; a.k.a. Ahmed the Tall; a.k.a. ALLY, Ahmed; a.k.a. BAHAMAD; a.k.a. BAHAMAD, Sheik; a.k.a. SUWEIDAN, Sheikh Ahmad Salem; a.k.a. SWEDAN, Sheikh; a.k.a. SWEDAN, Sheikh Ahmed Salem); DOB 9 Apr 1969; alt. DOB 9 Apr 1960; POB Mombasa, Kenya; citizen Kenya (individual) [SDGT] 10-12-01

BAKR, Abu (a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. "AHMED THE TANZANIAN;"

a.k.a. "FOOPIE;" a.k.a. "FUPI;" a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, A.; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHABAR, Abu; a.k.a. KHALFAN, Ahmed a.k.a. MOHAMMED, Shariff Omar); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 1 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT] 10-12-01

BARAKAT, Assaad Ahmad (a.k.a. BARAKAT, Assad; a.k.a. BARAKAT, Assad Ahmad; a.k.a. BARAKAT, Assad Ahmed Muhammad; a.k.a. BARAKAT, Assad Hassan; a.k.a. BARAKAT, Jach Assad Ahmad; a.k.a. Hajj As'ad Ahmad), Rue Taroba 1005, Beatriz Menez Building, Foz do Iguacu, Brazil; Rua Rio Branco Lote 682, Quadra 13, Foz do Iguacu, Brazil; Rua Xavier Da Silva 535, Edificio Martin Terro, Apartment 301, Foz do Iguacu, Brazil; Rua Silva Jardim 290, Foz do Iguacu, Brazil; Arrecife Apartment Building, Iquique, Chile; Apartment 111, Panorama Building, Iquique, Chile; Piribebuy Y A. Jara, Ciudad del Este, Paraguay; DOB 25 Mar 1967; POB Lebanon (individual) [SDGT] 06-10-04

BARAKAT, Assad (a.k.a. BARAKAT, Assaad Ahmad; a.k.a. BARAKAT, Assad Ahmad; a.k.a. BARAKAT, Assad Ahmed Muhammad; a.k.a. BARAKAT, Assad Hassan; a.k.a. BARAKAT, Jach Assad Ahmad; a.k.a. Hajj As'ad Ahmad), Rue Taroba 1005, Beatriz Menez Building, Foz do Iguacu, Brazil; Rua Rio Branco Lote 682, Quadra 13, Foz do Iguacu, Brazil; Rua Xavier Da Silva 535, Edificio Martin Terro, Apartment 301, Foz do Iguacu, Brazil; Rua Silva Jardim 290, Foz do Iguacu, Brazil; Arrecife Apartment Building, Iquique, Chile; Apartment 111, Panorama Building, Iquique, Chile; Piribebuy Y A. Jara, Ciudad del Este, Paraguay; DOB 25 Mar 1967; POB Lebanon (individual) [SDGT] 06-10-04

BARAKAT, Assad Ahmad (a.k.a. BARAKAT, Assaad Ahmad; a.k.a. BARAKAT, Assad; a.k.a. BARAKAT, Assad Ahmed Muhammad; a.k.a. BARAKAT, Assad Hassan; a.k.a. BARAKAT, Jach Assad Ahmad; a.k.a. Hajj As'ad Ahmad), Rue Taroba 1005, Beatriz Menez Building, Foz do Iguacu, Brazil; Rua Rio Branco Lote 682, Quadra 13, Foz do Iguacu, Brazil; Rua Xavier Da Silva 535, Edificio Martin Terro, Apartment 301, Foz do Iguacu, Brazil; Rua Silva Jardim 290, Foz do Iguacu, Brazil; Arrecife Apartment Building, Iquique, Chile; Apartment 111, Panorama Building, Iquique, Chile; Piribebuy Y A. Jara, Ciudad del Este, Paraguay; DOB 25 Mar 1967; POB Lebanon (individual) [SDGT] 06-10-04

BARAKAT, Assad Ahmed Muhammad (a.k.a. BARAKAT, Assaad Ahmad; a.k.a. BARAKAT, Assad; a.k.a. BARAKAT, Assad Ahmad; a.k.a. BARAKAT, Assad Hassan; a.k.a. BARAKAT, Jach Assad Ahmad; a.k.a. Hajj As'ad Ahmad), Rue Taroba 1005, Beatriz Menez Building, Foz do Iguacu, Brazil; Rua Rio Branco Lote 682, Quadra 13, Foz do Iguacu, Brazil; Rua Xavier Da Silva 535, Edificio Martin Terro, Apartment 301, Foz do Iguacu, Brazil; Rua Silva Jardim 290, Foz do Iguacu, Brazil; Arrecife Apartment Building, Iquique, Chile; Apartment 111, Panorama Building, Iquique, Chile; Piribebuy Y A. Jara, Ciudad del Este, Paraguay; DOB 25 Mar 1967; POB Lebanon (individual) [SDGT] 06-10-04

BARAKAT, Assad Hassan (a.k.a. BARAKAT, Assaad Ahmad; a.k.a. BARAKAT, Assad; a.k.a. BARAKAT, Assad Ahmad; a.k.a. BARAKAT, Assad Ahmed Muhammad; a.k.a. BARAKAT, Jach Assad Ahmad; a.k.a. Hajj As'ad Ahmad), Rue Taroba 1005, Beatriz Menez Building, Foz do Iguacu, Brazil; Rua Rio Branco Lote 682, Quadra 13, Foz do Iguacu, Brazil; Rua Xavier Da Silva 535, Edificio Martin Terro, Apartment 301, Foz do Iguacu, Brazil; Rua Silva Jardim 290, Foz do Iguacu, Brazil; Arrecife Apartment Building, Iquique, Chile; Apartment 111, Panorama Building, Iquique, Chile; Piribebuy Y A. Jara, Ciudad del Este, Paraguay; DOB 25 Mar 1967; POB Lebanon (individual) [SDGT] 06-10-04

BARAKAT, Jach Assad Ahmad (a.k.a. BARAKAT, Assaad Ahmad; a.k.a. BARAKAT, Assad; a.k.a. BARAKAT, Assad Ahmad; a.k.a. BARAKAT, Assad Ahmed Muhammad; a.k.a. BARAKAT, Assad Hassan; a.k.a. Hajj As'ad Ahmad), Rue Taroba 1005, Beatriz Menez Building, Foz do Iguacu, Brazil; Rua Rio Branco Lote 682, Quadra 13, Foz do Iguacu, Brazil; Rua Xavier Da Silva 535, Edificio Martin Terro, Apartment 301, Foz do Iguacu, Brazil; Rua Silva Jardim 290, Foz do Iguacu, Brazil; Arrecife Apartment Building, Iquique, Chile; Apartment 111, Panorama Building, Iquique, Chile; Piribebuy Y A. Jara, Ciudad del Este, Paraguay; DOB 25 Mar 1967; POB Lebanon (individual) [SDGT] 06-10-04

BASAYEV, Shamil Salmanovich; DOB 14 Jan 1965; POB Dyshni-Vedeno, Chechnya; Passport No. 623334 (Russia) (individual) [SDGT] 08-08-03

BELMOKHTAR, Mokhtar; DOB 1 Jun 1972; POB Ghardaia, Algeria (individual) [SDGT] 10-24-03

BEN ABDELHAKIM, Cherif Said (a.k.a. Abou Salman; a.k.a. "Djallal;" a.k.a. "Youcef"), "last known address," Corso Lodi 59, Milan, Italy; DOB 25 Jan 1970; POB Menzel Temine, Tunisia; nationality Tunisian; arrested 30 Sep 2002 (individual) [SDGT] 11-10-03

BEN HENI, Lased; DOB 5 Feb 1969; POB Libya (individual) [SDGT] 04-19-02

BEN SOLTANE, Adel, Via Latisana n. 6, Milan, Italy; DOB 14 Jul 1970; POB Tunis, Tunisia; Italian Fiscal Code: BNSDLA70L14Z352B (individual) [SDGT] 08-29-02

BENATTIA, Nabil; DOB 11 May 1966; POB Tunis, Tunisia (individual) [SDGT] 08-29-02

BENDEBKA, L'Hadi (a.k.a. ABDAL HADI; a.k.a. HADI), Via Garibaldi, 70, San Zenone al Po, Pavia, Italy; Via Manzoni, 33, Cinisello Balsamo, Milan, Italy; DOB 17 Nov 1963; POB Algiers Algeria (individual) [SDGT] 03-18-04

BERASATEGUI ESCUDERO, Ismael; member ETA; DOB 15 Jun 1969; POB Eibar (Guipuzcoa Province), Spain; D.N.I. 15.379.555 (individual) [SDGT] 05-03-02

BIN ABAS, Mohammed Nasir (a.k.a. "Khairuddin;" a.k.a. "Soliman;" a.k.a. ABAS, Mohamad Nasir; a.k.a. ABAS, Nasir; a.k.a. BIN ABAS, Sulaiman); DOB 6 May 1969; nationality Malaysian (individual) [SDGT] 09-05-03

BIN ABAS, Sulaiman (a.k.a. "Khairuddin;" a.k.a. "Soliman;" a.k.a. ABAS, Mohamad Nasir; a.k.a. ABAS, Nasir; a.k.a. BIN ABAS, Mohammed Nasir); DOB 6 May 1969; nationality Malaysian (individual) [SDGT] 09-05-03

BIN AHAD, Rony Azad (a.k.a. "Abu Sa'ad;" a.k.a. "Abu Saad;" a.k.a. AL GHOZI, Fathur Rahman; a.k.a. AL GHOZI, Fathur Rohman; a.k.a. AL-GHOZI, Fathur Rahman; a.k.a. AL-GHOZI, Fathur Rohman; a.k.a. AL-GOZHI, Fathur Rohman; a.k.a. AL-GOZI, Fathur Rahman; a.k.a. AL-GOZI, Fathur Rohman; a.k.a. ALGHOZI, Fathur Rahman; a.k.a. ALGHOZI, Fathur Rohman; a.k.a. ALI, Randy; a.k.a. ALIH, Randy; a.k.a. ALIH, Randy Adam; a.k.a. AZAD, Rony; a.k.a. BIN AHMAD, Rony Azad; a.k.a. BIN AMAD, Rony Azad; a.k.a. EDRIS, Anwar Rodin; a.k.a. "Freedom Fighter;" a.k.a. JAMIL, Sammy Sali; a.k.a. JAMIL, Sammy Salih; a.k.a. RANDY, Alih); DOB 17 Feb 1971; POB Madiun, East Java, Indonesia; Passport No. GG 672613 (Philippines); nationality Indonesian (individual) [SDGT] 09-05-03

BIN AHMAD, Rony Azad (a.k.a. "Abu Sa'ad;" a.k.a. "Abu Saad;" a.k.a. AL GHOZI, Fathur Rahman; a.k.a. AL GHOZI, Fathur Rohman; a.k.a. AL-GHOZI, Fathur Rahman; a.k.a. AL-GHOZI, Fathur Rohman; a.k.a. AL-GOZHI, Fathur Rohman; a.k.a. AL-GOZI, Fathur Rahman; a.k.a. AL-GOZI, Fathur Rohman; a.k.a. ALGHOZI, Fathur Rahman; a.k.a. ALGHOZI, Fathur Rohman; a.k.a. ALI, Randy; a.k.a. ALIH, Randy; a.k.a. ALIH, Randy Adam; a.k.a. AZAD, Rony; a.k.a. BIN AHAD, Rony Azad; a.k.a. BIN AMAD, Rony Azad; a.k.a. EDRIS, Anwar Rodin; a.k.a. "Freedom Fighter;" a.k.a. JAMIL, Sammy Sali; a.k.a. JAMIL, Sammy Salih; a.k.a. RANDY, Alih); DOB 17 Feb 1971; POB Madiun, East Java, Indonesia; Passport No. GG 672613 (Philippines); nationality Indonesian (individual) [SDGT] 09-05-03

BIN AL SHIBH, Ramzi (a.k.a. BINALSHEIDAH, Ramzi Mohamed Abdullah; BINALSHIBH, Ramzi Mohammed Abdullah; a.k.a. OMAR, Ramzi Mohammed Abdellah), Billstedter Hauptstr Apt 14, 22111 Hamburg, Germany; Emil Anderson Strasse 5, 22073 Hamburg, Germany; Letzte Heller #109 Hamburg University, 22111 Hamburg, Germany; Marienstr #54, 21073 Hamburg, Germany; Schlenker Ring 2, 22117 Hamburg, Germany; DOB 16 Sep 1973; alt. DOB 1 May 1972; POB Khartoum, Sudan; alt. POB Hadramawt, Yemen; Passport Nos. A755350 (Saudi Arabia), R85243 (Yemen), 00085243 (Yemen); nationality Yemeni (individual) [SDGT] 09-30-02

BIN AMAD, Rony Azad (a.k.a. "Abu Sa'ad;" a.k.a. "Abu Saad;" a.k.a. AL GHOZI, Fathur Rahman; a.k.a. AL GHOZI, Fathur Rohman; a.k.a. AL-GHOZI, Fathur Rahman; a.k.a. AL-GHOZI, Fathur Rohman; a.k.a. AL-GOZHI, Fathur Rohman; a.k.a. AL-GOZI, Fathur Rahman; a.k.a. AL-GOZI, Fathur Rohman; a.k.a. ALGHOZI, Fathur Rahman; a.k.a. ALGHOZI, Fathur Rohman; a.k.a. ALI, Randy; a.k.a. ALIH, Randy; a.k.a. ALIH, Randy Adam; a.k.a. AZAD, Rony; a.k.a. BIN AHAD, Rony Azad; a.k.a. BIN AHMAD, Rony Azad; a.k.a. EDRIS, Anwar Rodin; a.k.a. "Freedom Fighter;" a.k.a. JAMIL, Sammy Sali; a.k.a. JAMIL, Sammy Salih; a.k.a. RANDY, Alih); DOB 17 Feb 1971; POB Madiun, East Java, Indonesia; Passport No. GG 672613 (Philippines); nationality Indonesian (individual) [SDGT] 09-05-03

BIN HUSAN, Azahari (a.k.a. BIN HUSIN, Azahari; a.k.a. HUSIN, Azahari); DOB 14 Sep 1957; POB Malaysia; nationality Malaysian (individual) [SDGT] 09-05-03

BIN HUSIN, Azahari (a.k.a. BIN HUSAN, Azahari; a.k.a. HUSIN, Azahari); DOB 14 Sep 1957; POB Malaysia; nationality Malaysian (individual) [SDGT] 09-05-03

BIN KHALID, Fahd Bin Adballah (a.k.a. MOHAMMED, Khalid Shaikh; a.k.a. ALI, Salem; a.k.a. HENIN, Ashraf Refaat Nabith; a.k.a. WADOOD, Khalid Adbul); DOB 14 Apr 1965; alt. DOB 1 Mar 1964; POB Kuwait; citizen Kuwait (individual) [SDGT] 10-12-01

BIN LADEN, Osama (a.k.a. BIN LADIN, Usama bin Muhammad bin Awad; a.k.a. BIN LADEN, Usama; a.k.a. BIN LADIN, Osama; a.k.a. BIN LADIN, Osama bin Muhammad bin Awad; a.k.a. BIN LADIN, Usama), Afghanistan; DOB 30 Jul 57; Alt. DOB 1958; POB Jeddah, Saudi Arabia; Alt. POB Yemen (individual) [SDT] 09-24-01

BIN LADEN, Usama (a.k.a. BIN LADIN, Usama bin Muhammad bin Awad; a.k.a. BIN LADEN, Osama; a.k.a. BIN LADIN, Osama; a.k.a. BIN LADIN, Osama bin Muhammad bin Awad; a.k.a. BIN LADIN, Usama), Afghanistan; DOB 30 Jul 57; Alt. DOB 1958; POB Jeddah, Saudi Arabia; Alt. POB Yemen (individual) [SDT] 09-24-01

BIN LADIN, Osama (a.k.a. BIN LADIN, Usama bin Muhammad bin Awad; a.k.a. BIN LADEN, Osama; a.k.a. BIN LADEN, Usama; a.k.a. BIN LADIN, Osama bin Muhammad bin awad; a.k.a. BIN LADIN, Usama), Afghanistan; DOB 30 Jul 57; Alt. DOB 1958; POB Jeddah, Saudi Arabia; Alt. POB Yemen (individual) [SDT] 09-24-01

BIN LADIN, Osama bin Muhammad bin Awad (a.k.a. BIN LADEN, Usama, Usama bin Muhammad bin Awad; a.k.a. BIN LADEN, Osama; a.k.a. BIN LADEN, Usama; a.k.a. BIN LADIN, Osama; a.k.a. BIN LADIN, Usama), Afghanistan; DOB 30 Jul 57; Alt. DOB 1958; POB Jeddah, Saudi Arabia; Alt. POB Yemen (individual) [SDT] [SDGT] 09-24-01

BIN LADIN, Usama (a.k.a. BIN LADEN, Osama; a.k.a. BIN LADEN, Usama; a.k.a. BIN LADIN, Osama bin Muhammad bin Awad; DOB 30 Jul 57; Alt. DOB 1958; POB Jeddah, Saudi Arabia; Alt. POB Yemen (individual) [SDT] [SDGT] 09-24-01

BIN LADIN, Usama bin Muhammad bin Awad (a.k.a. BIN LADEN, Osama; a.k.a. BIN LADEN, Usama; a.k.a. BIN LADIN, Osama; a.k.a. BIN LADIN, Osama bin Muhammad bin Awad; a.k.a. BIN LADIN, Usama); DOB 30 Jul 57; Alt. DOB 1958; POB Jeddah,

Saudi Arabia; Alt. POB Yemen (individual) [SDT] [SDGT] 09-24-01

BIN MANSOR, Amran (a.k.a. BIN MANSOR, Henry; a.k.a. BIN MANSOUR, Amran; a.k.a. MANSOR, Amran); DOB 25 May 1965; POB Malaysia (individual) [SDGT] 09-05-03

BIN MANSOR, Henry (a.k.a. BIN MANSOR, Amran; a.k.a. BIN MANSOUR, Amran; a.k.a. MANSOR, Amran); DOB 25 May 1965; POB Malaysia (individual) [SDGT] 09-05-03

BIN MANSOUR, Amran (a.k.a. BIN MANSOR, Amran; a.k.a. BIN MANSOR, Henry; a.k.a. MANSOR, Amran); DOB 25 May 1965; POB Malaysia (individual) [SDGT] 09-05-03

BIN MARWAN, Bilal; DOB 1947 (individual) [SDGT] 10-12-01

BIN MARZUKI, Zulkifli (a.k.a. BIN ZUKEPLI, Marzuki; a.k.a. MARZUKI, Zulkepli; a.k.a. MARZUKI, Zulkifli; a.k.a. ZUKIPLI; a.k.a. ZULKIFLI); DOB 3 Jul 1968; POB Malaysia; nationality Malaysian (individual) [SDGT] 09-05-03

BIN MUHAMMAD, Ayadi Chafiq (a.k.a. AIADI, Ben Muhammad; a.k.a. AIADY, Ben Muhammad; a.k.a. AYADI CHAFIK, Ben Muhammad; a.k.a. AYADI SHAFIQ, Ben Muhammad), Helene Meyer Ring 10-1415-80809, Munich, Germany; 129 Park Road, NW8, London, England; 28 Chaussee de Lille, Mouscron, Belgium; Darvingasse 1/ 2/58-60, Vienna, Austria; Tunisia; DOB 21 Jan 1963; POB Safais (Sfax), Tunisia (individual) [SDGT] 10-12-01

BIN SIHABUDIN, Abdul Aziz (a.k.a. "Abdul Aziz;" a.k.a. "Abu Omar;" a.k.a. "Fatih;" a.k.a. "Hendri;" a.k.a. "Heri;" a.k.a. "Kudama;" a.k.a. SAMUDRA, Imam; a.k.a. YUNSHAR, Faiz); DOB 14 Jan 1970; POB Serang, Banten, Indonesia (individual) [SDGT] 09-05-03

BIN SUFAAT, Yazud (a.k.a. SHUFAAT, Yazid; a.k.a. SUFAAT, Yazid); DOB 20 Jan 1964; POB Johor, Malaysia; nationality Malaysian; Passport No. A10472263 (Malaysia) (individual) [SDGT] 09-05-03

BIN ZUKEPLI, Marzuki (a.k.a. BIN MARZUKI, Zulkifli; a.k.a. MARZUKI, Zulkepli; a.k.a. MARZUKI, Zulkifli; a.k.a. ZUKIPLI; a.k.a. ZULKIFLI); DOB 3 Jul 1968; POB Malaysia; nationality Malaysian (individual) [SDGT] 09-05-03

BINALSHEIDAH, Ramzi Mohamed Abdullah (a.k.a. BIN AL SHIBH, Ramzi; a.k.a. BINALSHIBH, Ramzi Mohammed Abdullah; a.k.a. OMAR, Ramzi Mohammed Abdellah), Billstedter Hauptstr Apt 14, 22111 Hamburg, Germany; Emil Anderson Strasse 5, 22073 Hamburg, Germany; Letzte Heller #109 Hamburg University, 22111 Hamburg, Germany; Marienstr #54, 21073 Hamburg, Germany; Schleemer Ring 2, 22117 Hamburg, Germany; DOB 16 Sep 1973; alt. DOB 1 May 1972; POB Khartoum, Sudan; alt. POB Hadramawt, Yemen; Passport No. A755350 (Saudi Arabia), R85243 (Yemen), 00085243 (Yemen); nationality Yemeni (individual) [SDGT] 09-30-02

BINALSHIBH, Ramzi Mohammed Abdullah (a.k.a. BIN AL SHIBH, Ramzi; a.k.a. BINALSHEIDAH, Ramzi Mohamed Abdullah; a.k.a. OMAR, Ramzi Mohammed Abdellah), Billstedter Hauptstr Apt 14, 22111 Hamburg, Germany; Emil Anderson Strasse 5, 22073 Hamburg, Germany; Letzte Heller #109 Hamburg University, 22111 Hamburg, Germany; Marienstr #54, 21073 Hamburg, Germany; Schleemer Ring 2, 22117 Hamburg, Germany; DOB 16 Sep 1973; alt. DOB 1 May 1972; POB Khartoum, Sudan; alt. POB Hadramawt, Yemen; Passport No. A755350 (Saudi Arabia), R85243 (Yemen), 00085243 (Yemen); nationality Yemeni (individual) [SDGT] 09-30-02

BOUCHOUCHA, Mokhtar (a.k.a. BUSHUSHA, Mokhtar), Via Milano n.38, Spinadesco (CR), Italy; DOB 13 Oct 1969; POB Tunisia; Italian Fiscal Code: BCHMHT69R13Z352T (individual) [SDGT] 04-19-02

BOUSLIM, Ammar Mansour (a.k.a. ATWA, Ali; a.k.a. SALIM, Hassan Rostom), Lebanon; DOB 1960; POB Lebanon; citizen Lebanon (individual) [SDGT] 10-12-01

BOUYAHIA, Hamadi (a.k.a. Gamel Mohamed), "last known address," Corso XXII Marzo 39, Milan, Italy; DOB 22 May 1966; POB Tunisia; nationality Tunisian; arrested 30 Sep 2002 (individual) [SDGT] 11-10-03

BROUGERE, Jacques (a.k.a. "Abou Hamza;" a.k.a. "Abou Hanza;" a.k.a. "Abu Khamza;" a.k.a. "Bilal Kumkal;" a.k.a. "Bilal;" a.k.a. BRUGERE, Jacques; a.k.a. DUMONT, Lionel; a.k.a. "Hamza;" a.k.a. "Koumal;" a.k.a. "Lajonel Dimon") DOB 21 Jan 1971; alt. DOB 19 Jan 1971; alt. DOB 29 Jan 1975); POB Roubaix, France (individual) [SDGT] 06-06-03

BRUGERE, Jacques (a.k.a. "Abou Hamza;" a.k.a. "Abou Hanza;" a.k.a. "Abu Khamza;" a.k.a. "Bilal Kumkal;" a.k.a. "Bilal;" a.k.a. BROUGERE, Jacques; a.k.a. DUMONT, Lionel; a.k.a. "Hamza;" a.k.a. "Koumal;" a.k.a. "Lajonel Dimon") DOB 21 Jan 1971; alt. DOB 19 Jan 1971; alt. DOB 29 Jan 1975); POB Roubaix, France (individual) [SDGT] 06-06-03

BUSHUSHA, Mokhtar (a.k.a. BOUCHOUCHA, Mokhtar), Via Milano n.38, Spinadesco (CR), Italy; DOB 13 Oct 1969; POB Tunisia; Italian Fiscal Code: BCHMHT69R13Z352T (individual) [SDGT] 04-19-02

CABDULLAAH, Ciise Maxamed, "last known address," Mosque in Via Quaranta, Milan, Italy; DOB 8 Oct 1974; POB Somalia; nationality Somalian; arrested 31 Mar 2003 (individual) [SDGT] 11-10-03

CHARAABI, Tarek (a.k.a. SHARAABI, Tarek), Viale Bligny n.42, Milano, Italy; DOB 31 Mar 1970; POB Tunisia; Italian Fiscal Code: CHRTRK70C31Z352U (individual) [SDGT] 04-19-02

CHEKKOURI, Yassine; DOB 6 Oct 1966; POB Safi, Morocco (individual) [SDGT] 08-29-02

DARKAZANLI, Mamoun, Uhlenhorsterweg 34 11, Hamburg, 22085 Germany; DOB 4 Aug 1958; POB Aleppo, Syria; Passport No. 1310636262 (Germany) (individual)

[SDGT] 10-12-01

DARRAJI, Kamel, via Belotti, n. 16, Busto Arsizio, Varese, Italy; DOB 22 Jul 1967; POB Menzel Bouzelfa, Tunisia; Italian Fiscal Code: DRRKML67L22Z352Q; Alt. Italian Fiscal Code: DRRKLB67L22Z352S (individual) [SDGT] 06-23-04

DERAMCHI, Othman (a.k.a. YOUSSEF, Abou), Via Milanese, 5, 20099 Sesto San Giovanni, Milan, Italy; Piazza Trieste, 11, Mortara, Italy; DOB 7 Jun 1954; POB Tighennif, Algeria; Italian Fiscal Code: DRMTMN54H07Z301T (individual) [SDGT] 03-18-04

DJERMANE, Kamel (a.k.a. "Adel;" a.k.a. "Bilal;" a.k.a. "Fodhil"), DOB 1965; POB Oum el Bouaghi, Algeria; nationality Algerian (individual) 04-30-04

DRISSI, Noureddine, "last known address," Via Plebiscito 3, Cremona, Italy; DOB 30 Apr 1969; POB Tunisi, Tunisia; nationality Tunisian; arrested 1 Apr 2003 (individual) [SDGT] 11-10-03

DUMONT, Lionel (a.k.a. "Abou Hamza;" a.k.a. "Abou Hanza;" a.k.a. a.k.a. "Abu Khamza;" a.k.a. "Bilal Kumkal;" a.k.a. "Bilal;" a.k.a. BROUGERE, Jacques; a.k.a. BRUGERE, Jacques; a.k.a. "Koumal;" a.k.a. "Lajonel Dimon;" a.k.a. "Hamza") DOB 21 Jan 1971; alt. DOB 19 Jan 1971; alt. DOB 29 Jan 1975); POB Roubaix, France (individual) [SDGT] 06-06-03

DURGUTI, Safet (a.k.a. "Abu-Sumaya"); DOB 10 May 1967; POB Orahovac, Kosovo; Passport No. 1144602 (Bosnia-Herzegovina); Bosnian Personal ID No. 1005967953038 (individual) [SDGT] 12-22-03

DWIKARNA, Agus, currently incarcerated in the Philippines; DOB 11 Aug 1964; POB Makassar, South Sulawesi, Indonesia; nationality Indonesian (individual) [SDGT] 09-05-03

EBRAHIM, Dawood (a.k.a. HASSAN, Sheikh Dawood; IBRAHIM, Dawood), Karachi, Pakistan; Passport No. G869537 (Pakistan) (individual) [SDGT] 10-16-03

ECHEBERRIA SIMARRO, Leire; member ETA; DOB 20 Dec 1977; POB Basauri (Vizcaya Province), Spain; D.N.I. 45.625.646 (individual) [SDGT] 11-06-02

ECHEGARAY ACHIRICA, Alfonso; member ETA; DOB 10 Jan 1958; POB Plencia (Vizcaya Province), Spain; D.N.I. 16.027.051 (individual) [SDGT] 11-06-02

EDRIS, Anwar Rodin (a.k.a. "Abu Sa'ad;" a.k.a. "Abu Saad;" a.k.a. AL GHOZI, Fathur Rahman; a.k.a. AL GHOZI, Fathur Rohman; a.k.a. AL-GHOZI, Fathur Rahman; a.k.a. AL-GHOZI, Fathur Rohman; a.k.a. AL-GOZHI, Fathur Rahman; a.k.a. AL-GOZHI, Fathur Rohman; a.k.a. AL-GOZI, Fathur Rahman; a.k.a. AL-GOZI, Fathur Rohman; a.k.a. ALGHOZI, Fathur Rahman; a.k.a. ALGHOZI, Fathur Rohman; a.k.a. ALI, Randy; a.k.a. ALIH, Randy; a.k.a. ALIH, Randy Adam; a.k.a. AZAD, Rony; a.k.a. BIN AHAD, Rony Azad; a.k.a. BIN AHMAD, Rony Azad; a.k.a. BIN AMAD, Rony Azad; a.k.a. "Freedom Fighter;" a.k.a. JAMIL, Sammy Sali; a.k.a. JAMIL, Sammy Salih; a.k.a. RANDY, Alih); DOB 17 Feb 1971; POB Madiun, East Java, Indonesia; Passport No. GG 672613 (Philippines); nationality Indonesian (individual) [SDGT] 09-05-03

EL AYASHI, Radi Abd El Samie Abou El Yazid (a.k.a. "Mera'I"), "last known address," Via Cilea 40, Milan, Italy; DOB 2 Jan 1972; POB El Gharbia, Egypt; nationality Egyptian; arrested 31 Mar 2003 (individual) [SDGT] 11-10-03

EL HADI, Mustapha Nasri Ait; DOB: 5 Mar 1962; POB Tunis, Tunisia (individual) [SDGT] 10-24-03

EL HEIT, Ali (a.k.a. "ALI DI ROMA;" a.k.a. KAMEL, Mohamed), Via D. Fringuello, 20, Rome, Italy; Milan; DOB 20 Mar 1970; alt. DOB 30 Jan 1971; POB Rouba, Algeria (individual) [SDGT] 03-18-04

EL KHABIR, Abu Hafs el Masry (a.k.a. AL-MASRI, Abu Hafs; a.k.a. ABDULLAH, Sheikh Taysir; a.k.a. ABU HAFS; a.k.a. ABU SITTA, Subhi; a.k.a. ATEF, Muhammad; a.k.a. ATIF, Mohamed; a.k.a. ATIF, Muhammad; a.k.a. TAYSIR); DOB 1951; Alt. DOB 1956; Alt. DOB 1944; POB Alexandria, Egypt (individual) [SDT] [SDGT] 09-24-01

EL MAHFOUDI, Mohamed, via Puglia, n. 22, Gallarate, Varese, Italy; DOB 24 Sept 1964; POB Agadir, Morocco; Residence; Italian Fiscal Code: LMHMMD64P24Z330F (individual) [SDGT] 06-23-04

EL MOTASSADEQ, Mounir, Goschenstasse 13, 21073 Hamburg, Germany; DOB 3 Apr 1974; POB Marrakesh, Morocco; nationality Moroccan (individual) [SDGT] 09-30-02

EL-AICH, Dhou (a.k.a. "Abdel Hak"), DOB 5 Aug 1964; POB Debila, Algeria (individual) [SDGT] 04-30-04

EL-HOORIE, Ali Saed Bin Ali (a.k.a. AL-HOURI, Ali Saed Bin Ali; a.k.a. EL-HOURI, Ali Saed Bin Ali); DOB 10 Jul 1965; alt. DOB 11 Jul 1965; POB El Dibabiya, Saudi Arabia; citizen Saudi Arabia (individual) [SDGT] 10-12-01

EL-HOURI, Ali Saed Bin Ali (a.k.a. EL-HOORIE, Ali Saed Bin Ali; a.k.a. AL-HOURI, Ali Saed Bin Ali); DOB 10 Jul 1965; alt. DOB 11 Jul 1965; POB El Dibabiya, Saudi Arabia; citizen Saudi Arabia (individual) [SDGT] 10-12-01

ELBISHY, Moustafa Ali (a.k.a. FADHIL, Mustafa Mohamed; a.k.a. AL MASRI, Abd Al Wakil; a.k.a. AL-NUBI, Abu; a.k.a. ALI, Hassan; a.k.a. ANIS, Abu; a.k.a. FADIL, Mustafa Muhamad; a.k.a. FAZUL, Mustafa; a.k.a. HUSSEIN; a.k.a. JIHAD, Abu; a.k.a. KHALID; a.k.a. MAN, Nu; a.k.a. MOHAMMED, Mustafa; a.k.a. YUSSRR, Abu); DOB 23 Jun 1976; POB Cairo, Egypt; citizen Egypt; alt. citizen Kenya; Kenyan ID No. 12773667; Serial No. 201735161 (individual) [SDGT] 10-12-01

ELCORO AYASTUY, Paulo; member ETA; DOB 22 Oct 1973; POB Vergara (Guipuzcoa Province), Spain; D.N.I. 15.394.062 (individual) [SDGT] 02-26-02

EMAN, Adam Ramsey (a.k.a. AL-MASRI, Abu Hamza; a.k.a. AL-MISRI, Abu Hamza;

a.k.a. MUSTAFA, Mustafa Kamel; a.k.a. KAMEL, Mustafa); 9 Albourne Road, Shepherds Bush, London, W12 OLW, England; 8 Adie Road, Hammersmith, London, W6 OPW, England; DOB 15 Apr 1958 (individual) [SDGT] 04-19-02

ES SAYED, Abdelkader Mahmoud (a.k.a. ES SAYED, Kader), Via del Fosso di Centocelle n.66, Roma, Italy; DOB 26 Dec 1962; POB Egypt; Italian Fiscal Code: SSYBLK62T26Z336L (individual) [SDGT] 04-19-02

ES SAYED, Kader (a.k.a. ES SAYED, Abdelkader Mahmoud), Via del Fosso di Centocelle n.66, Roma, Italy; DOB 26 Dec 1962; POB Egypt; Italian Fiscal Code: SSYBLK62T26Z336L (individual) [SDGT] 04-19-02

ESSAADI, Moussa Ben Amor (a.k.a. "Dah Dah;" a.k.a. "Abdelrahmman;" a.k.a. "Bechir"), Via Milano n.108, Brescia, Italy; DOB 4 Dec 1964; POB Tabarka, Tunisia (individual) [SDGT] 06-06-03

ESSABAR, Zakariya (a.k.a. ESSABAR, Zakarya), Dortmunder Strasse 38, 22419 Hamburg; DOB 13 Apr 1977; alt. DOB 3 Apr 1977; POB Essaouira, Morocco (individual) [SDGT] 09-30-02

ESSABAR, Zakarya (a.k.a. ESSABAR, Zakariya), Dortmunder Strasse 38, 22419 Hamburg; DOB 13 Apr 1977; alt. DOB 3 Apr 1977; POB Essaouira, Morocco (individual) [SDGT] 09-30-02

ESSID, Sami Ben Khemais, Via Dubini n.3, Gallarate (VA), Italy; DOB 10 Feb 1968; POB Tunisia; Italian Fiscal Code: SSDSBN68B10Z352F (individual) [SDGT] 04-19-02

FADHIL, Mustafa Mohamed (a.k.a. AL MASRI, Abd Al Wakil; a.k.a. AL-NUBI, Abu; a.k.a. ALI, Hassan; a.k.a. ANIS, Abu; a.k.a. ELBISHY, Moustafa Ali; a.k.a. FADIL, Mustafa Muhamad; a.k.a. FAZUL, Mustafa; a.k.a. HUSSEIN; a.k.a. JIHAD, Abu; a.k.a. KHALID; a.k.a. MAN, Nu; a.k.a. MOHAMMED, Mustafa; a.k.a. YUSSRR, Abu); DOB 23 Jun 1976; POB Cairo, Egypt; citizen Egypt; alt. citizen Kenya; Kenyan ID No. 12773667; Serial No. 201735161 (individual) [SDGT] 10-12-01

FADIL, Mustafa Muhamad (a.k.a. FADHIL, Mustafa Mohamed; a.k.a. AL MASRI, Abd Al Wakil; a.k.a. AL-NUBI, Abu; a.k.a. ALI, Hassan; a.k.a. ANIS, Abu; a.k.a. ELBISHY, Moustafa Ali; a.k.a. FAZUL, Mustafa; a.k.a. HUSSEIN; a.k.a. JIHAD, Abu; a.k.a. KHALID; a.k.a. MAN, Nu; a.k.a. MOHAMMED, Mustafa; a.k.a. YUSSRR, Abu); DOB 23 Jun 1976; POB Cairo, Egypt; citizen Egypt; alt. citizen Kenya; Kenyan ID No. 12773667; Serial No. 201735161 (individual) [SDGT] 10-12-01

FARAG, Hamdi Ahmad (a.k.a. AHMAD, Tariq Anwar al-Sayyid; a.k.a. FATHI, Amr Al-Fatih; DOB 15 Mar 63; POB Alexandria, Egypt (individual) [SDGT] 09-24-01

FATHI, Amr Al-Fatih (a.k.a. AHMAD, Tariq Anwar al-Sayyid; a.k.a. FARAG, Hamdi Ahmad); DOB 15 Mar 63; POB Alexandria, Egypt (individual) [SDGT] 09-24-01

FAZUL, Abdalla (a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. AL SUDANI, Abu Seif; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROON, Fadhil; a.k.a. HARUN; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya (individual) [SDGT] 10-12-01

FAZUL, Abdallah (a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. AL SUDANI, bu Seif; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROON; a.k.a. HAROUN, Fadhil; a.k.a. HARUN; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya (individual) [SDGT] 10-12-01

FAZUL, Abdallah Mohammed (a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. AL SUDANI, Abu Seif; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROON; a.k.a. HAROUN, Fadhil; a.k.a. HARUN; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya (individual) [SDGT] 10-12-01

FAZUL, Haroon (a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. AL SUDANI, Abu Seif; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Harun; a.k.a. HAROON; a.k.a. HAROUN, Fadhil; a.k.a. HARUN; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya (individual) [SDGT] 10-12-01

FAZUL, Harun (a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. AL SUDANI, Abu Seif; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. HAROON; a.k.a. HAROUN, Fadhil; a.k.a. HARUN; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB

Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya (individual) [SDGT] 10-12-01

FAZUL, Mustafa (a.k.a. FADHIL, Mustafa Mohamed; a.k.a. AL MASRI, Abd Al Wakil; a.k.a. AL-NUBI, Abu; a.k.a. ALI, Hassan; a.k.a. ANIS, Abu; a.k.a. ELBISHY, Moustafa Ali; a.k.a. FADIL, Mustafa Muhamad; a.k.a. HUSSEIN; a.k.a. JIHAD, Abu; a.k.a. KHALID; a.k.a. MAN, Nu; a.k.a. MOHAMMED, Mustafa; a.k.a. YUSSRR, Abu); DOB 23 Jun 1976; POB Cairo, Egypt; citizen Egypt; alt. citizen Kenya; Kenyan ID No. 12773667; Serial No. 201735161 (individual) [SDGT] 10-12-01

FERDJANI, Mouloud (a.k.a. ABD AL HAFIZ, Abd Al Wahab; a.k.a. "MOURAD;" a.k.a. "RABAH DI ROMA"), Via Lungotevere Dante, Rome, Italy; DOB 7 Sep 1967; POB Algiers, Algeria (individual) [SDGT] 03-18-04

FETHI, Alic (a.k.a MNASRI, Fethi Ben Rebai; a.k.a. "Amor;" a.k.a. "Abu Omar"), Via Toscana n.46, Bologna, Italy; Via di Saliceto n.51/9, Bologna, Italy; DOB 06 Mar 1969; POB Nefza, Tunisia (individual) [SDGT] 06-06-03

FETTAR, Rachid (a.k.a. "Amine del Belgio;" a.k.a. "Djaffar"), Via degli Apulin.5, Milan, Italy; DOB 16 Apr 1969; POB Boulogin, Algeria (individual) [SDGT] 06-06-03

FIGAL ARRANZ, Antonio Agustin; member ETA; DOB 2 Dec 1972; POB Baracaldo (Vizcaya Province), Spain; D.N.I. 20.172.692 (individual) [SDGT] 02-26-02

FUSCO, Fabio (a.k.a. "Abu Thale;" a.k.a. AMDOUNI, Mehrez; a.k.a. HASSAN, Mohamed) DOB 18 Dec 1969; POB Tunis, Tunisia (individual) [SDGT] 06-06-03

GALLASTEGUI SODUPE, Lexuri; member ETA; DOB 18 Jun 1969; POB Bilbao (Vizcaya Province), Spain; D.N.I. 16.047.113 (individual) [SDGT] 05-03-02

Gamel Mohamed (a.k.a. BOUYAHIA, Hamadi), "last known address," Corso XXII Marzo 39, Milan, Italy; DOB 22 May 1966; POB Tunisia; nationality Tunisian; arrested 30 Sep 2002 (individual) [SDGT] 11-10-03

GARBAYA, AHMED (a.k.a. IZZ-AL-DIN, Hasan; a.k.a. SA-ID; a.k.a. SALWWAN, Samir), Lebanon; DOB 1963; POB Lebanon; citizen Lebanon (individual) [SDGT] 10-12-01

GHAILANI, Ahmed (a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. "AHMED THE TANZA-NIAN;" a.k.a. "FOOPIE;" a.k.a. "FUPI;" a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, A.; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. BAKR, Abu; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHABAR, Abu; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 1 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT] 10-12-01

GHAILANI, Ahmed Khalfan (a.k.a. GHAILANI, Ahmed; a.k.a. "AHMED THE TANZANIAN;" a.k.a. "FOOPIE;" a.k.a. "FUPI;" a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, A.; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. BAKR, Abu; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHABAR, Abu; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 1 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT] 10-12-01

GHAILNI, Abubakary Khalfan Ahmed (a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. "AHMED THE TANZANIAN;" a.k.a. "FOOPIE;" a.k.a. "FUPI;" a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, A.; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. BAKR, Abu; a.k.a. GHAILANI, Ahmed; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHABAR, Abu; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 1 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT] 10-12-01

GHARIB (a.k.a. 'ABD AL-KARIM; a.k.a. ABU AL-MU'TAZ; a.k.a. AL-HABIB; a.k.a. AL-KHALAYLAH, Ahmad Fadil Nazzal; a.k.a. AL-MUHAJIR; a.k.a. AL-ZARQAWI, Abu Mus'ab; a.k.a. KHALAILAH, Ahmed Fadeel; a.k.a. KHALAYLEH, Fedel Nazzel; a.k.a. "MOUHANAD;" a.k.a. "MUHANNAD;" a.k.a. "MUHANNAD;" a.k.a. "RASHID"); DOB 20 Oct 1966; POB Zarqa, Jordan; Passport No. Z264968 (Jordan); citizen Jordan; National No. 9661031030 (Jordan) (individual) [SDGT] 09-23-03

GHILANI, Ahmad Khalafan (a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. "AHMED THE TANZANIAN;" a.k.a. "FOOPIE;" a.k.a. "FUPI;" a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, A.; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. BAKR, Abu; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHABAR, Abu; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 1 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT] 10-12-01

GHUFRON, Ali (a.k.a. "Sofwan;" a.k.a. AL MUKHLAS, Ali Gufron; a.k.a. GUFRON, Ali; a.k.a. HAQ, Huda bin Abdul; a.k.a. Mukhlas; a.k.a. Mukhlas; a.k.a. Muklas); DOB 9 Feb 1960; alt. DOB 2 Feb 1960; POB Solokuro subdistrict, Lamongan district, East Java province, Indonesia; nationality Indonesian (individual) [SDGT] 09-05-03

GOGEASCOECHEA ARRONATEGUI, Eneko; member ETA; DOB 29 Apr 1967; POB Guernica (Vizcaya Province), Spain; D.N.I. 44.556.097 (individual) [SDGT] 02-26-02

GOIRICELAYA GONZALEZ, Cristina; member ETA; DOB 23 Dec 1967; POB Vergara (Guipuzcoa Province), Spain; D.N.I. 16.282.556 (individual) [SDGT] 02-26-02

GUFRON, Ali (a.k.a. "Sofwan;" a.k.a. AL MUKHLAS, Ali Gufron; a.k.a. GHUFRON, Ali; a.k.a. HAQ, Huda bin Abdul; a.k.a. Muchlas; a.k.a. Mukhlas; a.k.a. Muklas); DOB 9 Feb 1960; alt. DOB 2 Feb 1960; POB Solokuro subdistrict, Lamongan district, East Java province, Indonesia; nationality Indonesian (individual) [SDGT] 09-05-03

HADDAD, Fethi Ben Assen, Via Fulvio Testi, 184, Cinisello Balsamo, Milan, Italy; Via Porte Giove, 1, Mortara, Pavia, Italy; DOB 28 Mar 1963; alt. DOB 28 Jun 1963; POB Tataouene, Tunisia; Italian Fiscal Code: HDDFTH63H28Z352V (individual) [SDGT] 03-18-04

HADI (a.k.a. ABD AL HADI; a.k.a. BENDEBKA, L'Hadi), Via Garibaldi, 70, San Zenone al Po, Pavia, Italy; Via Manzoni, 33, Cinisello Balsamo, Milan, Italy; DOB 17 Nov 1963; POB Algiers Algeria (individual) [SDGT] 03-18-04

Hajj As'ad Ahmad (a.k.a. BARAKAT, Assaad Ahmad; a.k.a. BARAKAT, Assad; a.k.a. BARAKAT, Assad Ahmad; a.k.a. BARAKAT, Assad Ahmed Muhammad; a.k.a. BARAKAT, Assad Hassan; a.k.a. BARAKAT, Jach Assad Ahmad), Rue Taroba 1005, Beatriz Menez Building, Foz do Iguacu, Brazil; Rua Rio Branco Lote 682, Quadra 13, Foz do Iguacu, Brazil; Rua Xavier Da Silva 535, Edificio Martin Terro, Apartment 301, Foz do Iguacu, Brazil; Rua Silva Jardim 290, Foz do Iguacu, Brazil; Arrecife Apartment Building, Iquique, Chile; Apartment 111, Panorama Building, Iquique, Chile; Piribebuy Y A. Jara, Ciudad del Este, Paraguay; DOB 25 Mar 1967; POB Lebanon (individual) [SDGT] 06-10-04

HAMAMI, Brahim Ben Hedili, Via de' Carracci n.l5, Casalecchio di Reno (Bologna), Italy; DOB 20 Nov 1971; POB Goubellat, Tunisia (individual) [SDGT] 06-06-03

HAMBALI (a.k.a. ISAMUDDIN, Nurjaman Riduan; a.k.a. ISOMUDDIN, Riduan; a.k.a. NURJAMAN; a.k.a. NURJAMAN, Encep); DOB 04 Apr 1964, alt. DOB 01 Apr 1964; POB Cianjur, West Java, Indonesia; nationality Indonesian (individual) [SDGT] 01-24-03

HAMDAN, Usama, Haret Hreik, Lebanon (individual) [SDGT] 08-21-03

HAMMID, Mohammed Tahir (a.k.a. "Abdelhamid Al Kurdi"), "last known address," Via della Martinella 132, Parma, Italy; DOB 1 Nov 1975; POB Poshok, Iraq; nationality Iraqi (Kurdish); arrested 31 Mar 2003 (individual) [SDGT] 11-10-03

HAMRAOUI, Kamel Ben Mouldi (a.k.a. "Kamel;" a.k.a. "Kimo"), "last known address," Via Bertesi 27, Cremona, Italy; DOB 21 Oct 1977; POB Beja, Tunisia; nationality Tunisian; arrested 1 Apr 2003 (individual) [SDGT] 11-10-03

HAQ, Huda bin Abdul (a.k.a. "Sofwan;" a.k.a. AL MUKHLAS, Ali Gufron; a.k.a. GHUFRON, Ali; a.k.a. GUFRON, Ali; a.k.a. Muchlas; a.k.a. Mukhlas; a.k.a. Muklas); DOB 9 Feb 1960; alt. DOB 2 Feb 1960; POB Solokuro subdistrict, Lamongan district, East Java province, Indonesia; nationality Indonesian (individual) [SDGT] 09-05-03

HAROON (a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. AL SUDANI, Abu Seif; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROUN, Fadhil; a.k.a. HARUN; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya (individual) [SDGT] 10-12-01

HAROUN, Fadhil (a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. AL SUDANI, Abu Seif; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROON; a.k.a. HARUN; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya (individual) [SDGT] 10-12-01

HARUN (a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. AL SUDANI, Abu Seif; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROON; a.k.a. HAROUN, Fadhil; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya (individual) [SDGT] 10-12-01

HASANAYN, Nasr Fahmi Nasr (a.k.a. SALAH, Muhammad) (individual) [SDGT] 09-24-01

HASSAN, Mohamed (a.k.a. "Abu Thale;" a.k.a. AMDOUNI, Mehrez; a.k.a. FUSCO, Fabio) DOB 18 Dec 1969; POB Tunis, Tunisia (individual) [SDGT] 06-06-03

HASSAN, Sheikh Dawood (a.k.a. EBRAHIM, Dawood; a.k.a. IBRAHIM, Dawood), Karachi, Pakistan; Passport No. G869537 (Pakistan) (individual) [SDGT] 10-16-03

HASSAN, Yaser (a.k.a. "Abu Ali;" a.k.a. ABU DHESS, Mohamed), "last known address," Holdenweg 76, 45143, Essen, Germany; DOB 1 Feb 1966; POB Hashmija, Iraq; nationality possibly Palestinian; arrested 23 Apr 2002 (individual) [SDGT] 09-

23-03

HEKHMARTYAR, Gulbuddin (a.k.a. HEKMATIAR, Gulbuddin; a.k.a. HEKMATYAR, Gulabudin; a.k.a. HEKMATYAR, Gulbuddin; a.k.a. HEKMETYAR, Gulbuddin; a.k.a. HIKMETYAR, Golboddin; a.k.a. KHEKMATIYAR, Gulbuddin), last known address, Iran; DOB 1 Aug 1949; POB Konduz Province, Afghanistan (individual) [SDGT] 02-18-03

HEKMATIAR, Gulbuddin (a.k.a. HEKHMARTYAR, Gulbuddin; a.k.a. HEKMATYAR, Gulabudin; a.k.a. HEKMATYAR, Gulbuddin; a.k.a. HEKMETYAR, Gulbuddin; a.k.a. HIKMETYAR, Golboddin; a.k.a. KHEKMATIYAR, Gulbuddin), last known address, Iran; DOB 1 Aug 1949; POB Konduz Province, Afghanistan (individual) [SDGT] 02-18-03

HEKMATYAR, Gulabudin (a.k.a. HEKHMARTYAR, Gulbuddin; a.k.a. HEKMATIAR, Gulbuddin; a.k.a. HEKMATYAR, Gulbuddin; a.k.a. HEKMETYAR, Gulbuddin; a.k.a. HIKMETYAR, Golboddin; a.k.a. KHEKMATIYAR, Gulbuddin), last known address, Iran; DOB 1 Aug 1949; POB Konduz Province, Afghanistan (individual) [SDGT] 02-18-03

HEKMATYAR, Gulbuddin (a.k.a. HEKHMARTYAR, Gulbuddin; a.k.a. HEKMATIAR, Gulbuddin; a.k.a. HEKMATYAR, Gulabudin; a.k.a. HEKMETYAR, Gulbuddin; a.k.a. HIKMETYAR, Golboddin; a.k.a. KHEKMATIYAR, Gulbuddin), last known address, Iran; DOB 1 Aug 1949; POB Konduz Province, Afghanistan (individual) [SDGT] 02-18-03

HEKMETYAR, Gulbuddin (a.k.a. HEKHMARTYAR, Gulbuddin; a.k.a. HEKMATIAR, Gulbuddin; a.k.a. HEKMATYAR, Gulabudin; a.k.a. HEKMATYAR, Gulbuddin; a.k.a. HIKMETYAR, Golboddin; a.k.a. KHEKMATIYAR, Gulbuddin), last known address, Iran; DOB 1 Aug 1949; POB Konduz Province, Afghanistan (individual) [SDGT] 02-18-03

HEMED, Ahmed (a.k.a. ALI, Ahmed Mohammed Hamed; a.k.a. ABDUREHMAN, Ahmed Mohammed; a.k.a. ABU FATIMA; a.k.a. ABU ISLAM; a.k.a. ABU KHADIIJAH; a.k.a. AHMED HAMED; a.k.a. Ahmed The Egyptian; ak.a. AHMED, Ahmed; a.k.a. AL-MASRI, Ahmad; a.k.a. AL-SURIR, Abu Islam; a.k.a. ALI, Ahmed Mohammed; a.k.a. ALI, Hamed; a.k.a. SHIEB, Ahmed; a.k.a. SHUAIB), Afghanistan; DOB 1965; POB Egypt; citizen Egypt [SDGT] 10-12-01

HENIN, Ashraf Refaat Nabith (a.k.a. MOHAMMED, Khalid Shaikh; a.k.a. ALI, Salem; a.k.a. BIN KHALID, Fahd Bin Adballah; a.k.a. WADOOD, Khalid Adbul); DOB 14 Apr 1965; alt. DOB 1 Mar 1964; POB Kuwait; citizen Kuwait (individual) [SDGT] 10-12-01

HIJAZI, Raed M. (a.k.a. AL-AMRIKI, Abu-Ahmed; a.k.a. AL-HAWEN, Abu-Ahmad; a.k.a. AL-MAGHRIBI, Rashid; a.k.a. AL-SHAHID, Abu-Ahmad; a.k.a. HIJAZI, Riad), Jordan; DOB 1968; POB California, U.S.A.; SSN: 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 (USA) (individual) [SDGT] 10-12-01

HIJAZI, Riad (a.k.a. AL-AMRIKI, Abu-Ahmad; a.k.a. AL-HAWEN, Abu-Ahmad; a.k.a. AL-MAGHRIBI, Rashid; a.k.a. AL-SHAHID, Abu-Ahmad; a.k.a. HIJAZI, Raed M.), Jordan; DOB 1968; POB California, U.S.A.; SSN: 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 (USA) (individual) [SDGT] 10-12-01

HIKMETYAR, Golboddin (a.k.a. HEKHMARTYAR, Gulbuddin; a.k.a. HEKMATIAR, Gulbuddin; a.k.a. HEKMATYAR, Gulabudin; a.k.a. HEKMATYAR, Gulbuddin; a.k.a. HEKMETYAR, Gulbuddin; a.k.a. KHEKMATIYAR, Gulbuddin), last known address, Iran; DOB 1 Aug 1949; POB Konduz Province, Afghanistan (individual) [SDGT] 02-18-03

HIMMAT, Ali Ghaleb, Via Posero 2, Campione d'Italia CH-6911, Switzerland; DOB 16 Jun 1938; POB Damascus, Syria; citizen Switzerland; alt. citizen Tunisia (individual) [SDGT] 11-07-01

HIR, Musa Abdul (a.k.a. "Musa Abdul;" a.k.a. HIR, Zulkifli Abdul; a.k.a. HIR, Zulkifli Bin Abdul; a.k.a. ZULKIFLI, Abdul Hir bin; a.k.a. ZULKIFLI, Bin Abdul Hir); DOB 5 Jan 1966; alt. DOB 5 Oct 1966; POB Malaysia (individual) [SDGT] 09-05-03

HIR, Zulkifli Abdul (a.k.a. "Musa Abdul;" a.k.a. HIR, Musa Abdul; a.k.a. HIR, Zulkifli Bin Abdul; a.k.a. ZULKIFLI, Abdul Hir bin; a.k.a. ZULKIFLI, Bin Abdul Hir); DOB 5 Jan 1966; alt. DOB 5 Oct 1966; POB Malaysia (individual) [SDGT] 09-05-03

HIR, Zulkifli Bin Abdul (a.k.a. "Musa Abdul;" a.k.a. HIR, Musa Abdul; a.k.a. HIR, Zulkifli Abdul; a.k.a. ZULKIFLI, Abdul Hir bin; a.k.a. ZULKIFLI, Bin Abdul Hir); DOB 5 Jan 1966; alt. DOB 5 Oct 1966; POB Malaysia (individual) [SDGT] 09-05-03

HUBER, Ahmed (a.k.a. HUBER, Albert Friedrich Armand), Mettmenstetten, Switzerland; DOB 1927 (individual) [SDGT] 11-07-01

HUBER, Albert Friedrich Armand (a.k.a. HUBER, Ahmed), Mettmenstetten, Switzerland; DOB 1927 (individual) [SDGT] 11-07-01

HUSAIN, Zain Al-Abidin Muhahhad (a.k.a. ABU ZUBAYDAH; a.k.a. ABU ZUBAIDA; a.k.a. AL-WAHAB, Abd Al-Hadi; a.k.a. HUSAYN, Zayn al-Abidin Muhammad; a.k.a. TARIQ); DOB 12 Mar 71; POB Riyadh, Saudi Arabia (individual) [SDGT] 09-24-01

HUSAYN, Zayn al-Abidin Muhammad (a.k.a. ABU ZUBAYDAH; a.k.a. ABU ZUBAIDA; a.k.a. AL-WAHAB, Abd Al-Hadi; a.k.a. HUSAIN, Zain Al-Abidin Muhahhad; a.k.a. TARIQ); DOB 12 Mar 71; POB Riyadh, Saudi Arabia (individual) [SDGT] 09-24-01

HUSIN, Azahari (a.k.a. BIN HUSAN, Azahari; a.k.a. BIN HUSIN, Azahari); DOB 14 Sep 1957; POB Malaysia; nationality Malaysian (individual) [SDGT] 09-05-03

HUSSEIN (a.k.a. FADHIL, Mustafa Mohamed; a.k.a. AL MASRI, Abd Al Wakil; a.k.a. AL-NUBI, Abu; a.k.a. ALI, Hassan; a.k.a. ANIS, Abu; a.k.a. ELBISHY, Moustafa Ali;

a.k.a. FADIL, Mustafa Muhamad; a.k.a. FAZUL, Mustafa; a.k.a. JIHAD, Abu; a.k.a. KHALID; a.k.a. MAN, Nu; a.k.a. MOHAMMED, Fazul; a.k.a. YUSSRR, Abu); DOB 23 Jun 1976; POB Cairo, Egypt; citizen Egypt; alt. citizen Kenya; Kenyan ID No. 12773667; Serial No. 201735161 (individual) [SDGT] 10-12-01

HUSSEIN, Mahafudh Abubakar Ahmed Abdallah (a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. "AHMED THE TANZANIAN;" a.k.a. "FOOPIE;" a.k.a. "FUPI;" a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, A.; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. BAKR, Abu; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. KHABAR, Abu; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 1 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT] 10-12-01

IBRAHIM, Dawood (a.k.a. EBRAHIM, Dawood; a.k.a. HASSAN, Sheikh Dawood), Karachi, Pakistan; Passport No. G869537 (Pakistan) (individual) [SDGT] 10-16-03

Imad Mouhamed Abdellah (a.k.a. AL SAADI, Faraj Farj Hassan; a.k.a. Mohamded Abdulla Imad; a.k.a. Muhamad Abdullah Imad; a.k.a. "Hamza Al Libi"), "last known address," Viale Bligny 42, Milan, Italy; DOB 28 Nov 1980; POB Libya; alt. POB Gaza; alt. POB Jordan; alt. POB Palestine; nationality Libyan; alt. nationality Palestinian; alt. nationality Jordanian; arrested United Kingdom (individual) [SDGT] 11-10-03

IPARRAGUIRRE GUENECHEA, Maria Soledad; member ETA; DOB 25 Apr 1961; POB Escoriaza (Guipuzcoa Province), Spain; D.N.I. 16.255.819 (individual) [SDGT] 02-26-02

ISAMUDDIN, Nurjaman Riduan (a.k.a. HAMBALI; a.k.a. ISOMUDDIN, Riduan; a.k.a. NURJAMAN; a.k.a. NURJAMAN, Encep); DOB 04 Apr 1964, alt. DOB 01 Apr 1964; POB Cianjur, West Java, Indonesia; nationality Indonesian (individual) [SDGT] 01-24-03

ISOMUDDIN, Riduan (a.k.a. HAMBALI; a.k.a. ISAMUDDIN, Nurjaman Riduan; a.k.a. NURJAMAN; a.k.a. NURJAMAN, Encep); DOB 04 Apr 1964, alt. DOB 01 Apr 1964; POB Cianjur, West Java, Indonesia; nationality Indonesian (individual) [SDGT] 01-24-03

IZTUETA BARANDICA, Enrique; member ETA; DOB 30 Jul 1955; POB Santurce (Vizcaya Province), Spain; D.N.I. 14.929.950 (individual) [SDGT] 11-06-02

IZZ-AL-DIN, Hasan (a.k.a. GARBAYA, AHMED; a.k.a. SA-ID; a.k.a. SALWWAN, Samir), Lebanon; DOB 1963; POB Lebanon; citizen Lebanon (individual) [SDGT] 10-12-01

JALADIN, Wa'el Hamza (a.k.a. "Abu Al-Hasan al Madani;" a.k.a. JALADIN, Wa'il Hamza; a.k.a. JALAIDAN, Wa'el Hamza; a.k.a. JALAIDAN, Wa'il Hamza; a.k.a. JULAIDAN, Wa'el Hamza; a.k.a. JULAIDAN, Wa'il Hamza; a.k.a. JALAYDAN, Wa'el Hamza; a.k.a. JULAYDAN, Wa'il Hamza); DOB 22 Jan 1958; POB Al-Madinah, Saudi Arabia; Passport No. A-992535 (Saudi Arabia) (individual) [SDGT] 09-06-02

JALADIN, Wa'il Hamza (a.k.a. "Abu Al-Hasan al Madani;" a.k.a. JALADIN, Wa'el Hamza; a.k.a. JALAIDAN, Wa'el Hamza; a.k.a. JALAIDAN, Wa'il Hamza; a.k.a. JULAIDAN, Wa'el Hamza; a.k.a. JULAIDAN, Wa'il Hamza; a.k.a. JALAYDAN, Wa'el Hamza; a.k.a. JULAYDAN, Wa'il Hamza); DOB 22 Jan 1958; POB Al-Madinah, Saudi Arabia; Passport No. A-992535 (Saudi Arabia) (individual) [SDGT] 09-06-02

JALAIDAN, Wa'el Hamza (a.k.a. "Abu Al-Hasan al Madani;" a.k.a. JALADIN, Wa'el Hamza; a.k.a. JALADIN, Wa'il Hamza; a.k.a. JALAIDAN, Wa'il Hamza; a.k.a. JULAIDAN, Wa'el Hamza; a.k.a. JULAIDAN, Wa'il Hamza; a.k.a. JALAYDAN, Wa'el Hamza; a.k.a. JULAYDAN, Wa'il Hamza); DOB 22 Jan 1958; POB Al-Madinah, Saudi Arabia; Passport No. A-992535 (Saudi Arabia) (individual) [SDGT] 09-06-02

JALAIDAN, Wa'il Hamza (a.k.a. "Abu Al-Hasan al Madani;" a.k.a. JALADIN, Wa'el Hamza; a.k.a. JALADIN, Wa'il Hamza; a.k.a. JALAIDAN, Wa'el Hamza; a.k.a. JULAIDAN, Wa'el Hamza; a.k.a. JULAIDAN, Wa'il Hamza; a.k.a. JALAYDAN, Wa'el Hamza; a.k.a. JULAYDAN, Wa'il Hamza); DOB 22 Jan 1958; POB Al-Madinah, Saudi Arabia; Passport No. A-992535 (Saudi Arabia) (individual) [SDGT] 09-06-02

JAMIL, Sammy Sali (a.k.a. "Abu Sa'ad;" a.k.a. "Abu Saad;" a.k.a. AL GHOZI, Fathur Rahman; a.k.a. AL GHOZI, Fathur Rohman; a.k.a. AL-GHOZI, Fathur Rahman; a.k.a. AL-GHOZI, Fathur Rohman; a.k.a. AL-GOZHI, Fathur Rahman; a.k.a. AL-GOZHI, Fathur Rohman; a.k.a. AL-GOZI, Fathur Rahman; a.k.a. AL-GOZI, Fathur Rohman; a.k.a. ALGHOZI, Fathur Rahman; a.k.a. ALGHOZI, Fathur Rohman; a.k.a. ALI, Randy; a.k.a. ALIH, Randy; a.k.a. ALIH, Randy Adam; a.k.a. AZAD, Rony; a.k.a. BIN AHAD, Rony Azad; a.k.a. BIN AHMAD, Rony Azad; a.k.a. BIN AMAD, Rony Azad; a.k.a. EDRIS, Anwar Rodin; a.k.a. "Freedom Fighter;" a.k.a. JAMIL, Sammy Salih; a.k.a. RANDY, Alih); DOB 17 Feb 1971; POB Madiun, East Java, Indonesia; Passport No. GG 672613 (Philippines); nationality Indonesian (individual) [SDGT] 09-05-03

JAMIL, Sammy Salih (a.k.a. "Abu Sa'ad;" a.k.a. "Abu Saad;" a.k.a. AL GHOZI, Fathur Rahman; a.k.a. AL GHOZI, Fathur Rohman; a.k.a. AL-GHOZI, Fathur Rahman; a.k.a. AL-GHOZI, Fathur Rohman; a.k.a. AL-GOZHI, Fathur Rahman; a.k.a. AL-GOZHI, Fathur Rohman; a.k.a. AL-GOZI, Fathur Rahman; a.k.a. AL-GOZI, Fathur Rohman; a.k.a. ALGHOZI, Fathur Rahman; a.k.a. ALGHOZI, Fathur Rohman; a.k.a. ALI, Randy; a.k.a. ALIH, Randy; a.k.a. ALIH, Randy Adam; a.k.a. AZAD, Rony; a.k.a. BIN AHAD, Rony Azad; a.k.a. BIN AHMAD, Rony Azad; a.k.a. BIN AMAD, Rony Azad; a.k.a. EDRIS, Anwar Rodin; a.k.a. "Freedom Fighter;" a.k.a. JAMIL, Sammy Sali; a.k.a. RANDY, Alih); DOB 17 Feb 1971; POB Madiun, East Java, Indonesia; Passport No. GG 672613 (Philippines); nationality Indonesian (individual) [SDGT] 09-05-03

JAMMALI, Imed Ben Bechir, via Dubini, n. 3, Gallarate, Varese, Italy; DOB 25 Jan

1968; POB Menzel Temine, Tunisia; Italian Fiscal Code: JMMMDI68A25Z352D (individual) [SDGT] 06-23-04

JARRAYA, Khalil (a.k.a. "Abdel' Aziz Ben Narvan;" a.k.a. "Ben Narvan Abdel Aziz;" a.k.a. "Khalil Yarraya;" a.k.a. "Amro;" a.k.a. "Omar;" a.k.a. "Amrou;" a.k.a. "Amr"), Via Bellaria n.10, Bologna, Italy; Via Lazio n.3, Bologna, Italy; DOB 08 Feb 1969; alt. DOB 15 Aug 1970; POB Sfax, Tunisia; alt. POB Sreka, ex-Yugoslavia (individual) [SDGT] 06-06-03

JARRAYA, Mounir Ben Habib (a.k.a. "Yarraya"), Via Mirasole n.11, Bologna, Italy; Via Ariosto n.8, Casalecchio di Reno (Bologna), Italy; DOB 25 Oct 1963; POB Sfax, Tunisia (individual) [SDGT] 06-06-03

JELASSI, Riadh; DOB 15 Dec 1970; POB Tunisia (individual) [SDGT] 08-29-02

JENDOUBI, Faouzi (a.k.a. "Said;" a.k.a. "Samir"), Via Agucchi n.250, Bologna, Italy; Via di Saliceto n.51/9, Bologna, Italy; DOB 30 Jan 1966; POB Beja, Tunisia (individual) [SDGT] 06-06-03

JIHAD, Abu (a.k.a. FADHIL, Mustafa Mohamed; a.k.a. AL MASRI, Abd Al Wakil; a.k.a. AL-NUBI, Abu; a.k.a. ALI, Hassan; a.k.a. ANIS, Abu; a.k.a. ELBISHY, Moustafa Ali; a.k.a. FADIL, Mustafa Muhamad; a.k.a. FAZUL, Mustafa; a.k.a. HUSSEIN; a.k.a. KHALID; a.k.a. MAN, Nu; a.k.a. MOHAMMED, Mustafa; a.k.a. YUSSRR, Abu); DOB 23 Jun 1976; POB Cairo, Egypt; citizen Egypt; alt. citizen Kenya; Kenyan ID No. 12773667; Serial No. 201735161 (individual) [SDGT] 10-12-01

JIM'ALE, Ahmad Nur Ali (a.k.a. JIM'ALE, Ahmed Nur Ali; a.k.a. JIMALE, Ahmad Ali; a.k.a. JUMALE, Ahmed Nur; a.k.a. JUMALI, Ahmed Ali), Mogadishu, Somalia; P.O. Box 3312, Dubai, U.A.E. (individual) [SDGT] 11-07-01

JIM'ALE, Ahmed Nur Ali (a.k.a. JIM'ALE, Ahmad Nur Ali; a.k.a. JIMALE, Ahmad Ali; a.k.a. JUMALE, Ahmed Nur; a.k.a. JUMALI, Ahmed Ali), Mogadishu, Somalia; P.O. Box 3312, Dubai, U.A.E. (individual) [SDGT] 11-07-01

JIMALE, Ahmad Ali (a.k.a. JIM'ALE, Ahmad Nur Ali; a.k.a. JIM'ALE, Ahmed Nur Ali; a.k.a. JUMALE, Ahmed Nur; a.k.a. JUMALI, Ahmed Ali), Mogadishu, Somalia; P.O. Box 3312, Dubai, U.A.E. (individual) [SDGT] 11-07-01

JULAIDAN, Wa'el Hamza (a.k.a. "Abu Al-Hasan al Madani;" a.k.a. JALADIN, Wa'el Hamza; a.k.a. JALADIN, Wa'il Hamza; a.k.a. JALAIDAN, Wa'el Hamza; a.k.a. JALAIDAN, Wa'il Hamza; a.k.a. JULAIDAN, Wa'il Hamza; a.k.a. JALAYDAN, Wa'el Hamza; a.k.a. JULAYDAN, Wa'il Hamza); DOB 22 Jan 1958; POB Al-Madinah, Saudi Arabia; Passport No. A-992535 (Saudi Arabia) (individual) [SDGT] 09-06-02

JULAIDAN, Wa'il Hamza (a.k.a. "Abu Al-Hasan al Madani;" a.k.a. JALADIN, Wa'el Hamza; a.k.a. JALADIN, Wa'il Hamza; a.k.a. JALAIDAN, Wa'el Hamza; a.k.a. JALAIDAN, Wa'il Hamza; a.k.a. JULAIDAN, Wa'el Hamza; a.k.a. JALAYDAN, Wa'el Hamza; a.k.a. JULAYDAN, Wa'il Hamza); DOB 22 Jan 1958; POB Al-Madinah, Saudi Arabia; Passport No. A-992535 (Saudi Arabia) (individual) [SDGT] 09-06-02

JULAYDAN, Wa'el Hamza (a.k.a. "Abu Al-Hasan al Madani;" a.k.a. JALADIN, Wa'el Hamza; a.k.a. JALADIN, Wa'il Hamza; a.k.a. JALAIDAN, Wa'el Hamza; a.k.a. JALAIDAN, Wa'il Hamza; a.k.a. JULAIDAN, Wa'el Hamza; a.k.a. JULAIDAN, Wa'il Hamza; a.k.a. JALAYDAN, Wa'el Hamza); DOB 22 Jan 1958; POB Al-Madinah, Saudi Arabia; Passport No. A-992535 (Saudi Arabia) (individual) [SDGT] 09-06-02

JULAYDAN, Wa'il Hamza (a.k.a. "Abu Al-Hasan al Madani;" a.k.a. JALADIN, Wa'el Hamza; a.k.a. JALADIN, Wa'il Hamza; a.k.a. JALAIDAN, Wa'el Hamza; a.k.a. JALAIDAN, Wa'il Hamza; a.k.a. JULAIDAN, Wa'el Hamza; a.k.a. JULAIDAN, Wa'il Hamza; a.k.a. JALAYDAN, Wa'el Hamza); DOB 22 Jan 1958; POB Al-Madinah, Saudi Arabia; Passport No. A-992535 (Saudi Arabia) (individual) [SDGT] 09-06-02

JULKIPLI, Salim (a.k.a. JULKIPLI SALIM Y SALAMUDDIN; a.k.a. KIPLI, Sali); DOB 20 Jun 1976; POB Tulay, Jolo Sulu, Philippines (individual) [SDGT] 09-05-03

JULKIPLI SALIM Y SALAMUDDIN (a.k.a. JULKIPLI, Salim; a.k.a. KIPLI, Sali); DOB 20 Jun 1976; POB Tulay, Jolo Sulu, Philippines (individual) [SDGT] 09-05-03

JUMALE, Ahmed Nur (a.k.a. JIM'ALE, Ahmad Nur Ali; a.k.a. JIM'ALE, Ahmed Nur Ali; a.k.a. JIMALE, Ahmad Ali; a.k.a. JUMALI, Ahmed Ali), Mogadishu, Somalia; P.O. Box 3312, Dubai, U.A.E. (individual) [SDGT] 11-07-01

JUMALI, Ahmed Ali (a.k.a. JIM'ALE, Ahmad Nur Ali; a.k.a. JIM'ALE, Ahmed Nur Ali; a.k.a. JIMALE, Ahmad Ali; a.k.a. JUMALE, Ahmed Nur), Mogadishu, Somalia; P.O. Box 3312, Dubai, U.A.E. (individual) [SDGT] 11-07-01

KADI, Shaykh Yassin Abdullah (a.k.a. AL-QADI, Yasin; a.k.a. KAHDI, Yasin), Jeddah, Saudi Arabia (individual) [SDGT] 10-12-01

KAHDI, Yasin (a.k.a. AL-QADI, Yasin; a.k.a. KADI, Shaykh Yassin Abdullah), Jeddah, Saudi Arabia (individual) [SDGT] 10-12-01

KAHIE, Abdullahi Hussein, Bakara Market, Dar Salaam Buildings, Mogadishu, Somalia (individual) [SDGT] 11-07-01

KALED, Belkasam (a.k.a. "Ali Barkani;" a.k.a. "Moustafa;" a.k.a. MOUSTFA, Djamel), "last known address," c/o Birgit Melani Schroeder, Kuehlungsborner Strasse 30, 22147 Hamburg, Germany; DOB 31 Dec 1979; alt. DOB 28 Sep 1973; alt. DOB 22 Aug 1973; POB Tiaret, Algeria; alt. POB Morocco; nationality Algerian; arrested 23 Apr 2002; currently in remand at 20355 Hamburg Holstenglacis 3, Germany (individual) [SDGT] 09-23-03

KAMEL, Mohamed (a.k.a. "ALI DI ROMA;" a.k.a. EL HEIT, Ali), Via D. Fringuello, 20, Rome, Italy; Milan; DOB 20 Mar 1970; alt. DOB 30 Jan 1971; POB Rouba, Algeria (individual) [SDGT] 03-18-04

KAMEL, Mustafa (a.k.a. AL-MASRI, Abu Hamza; a.k.a. AL-MISRI, Abu Hamza; a.k.a.

EMAN, Adam Ramsey; a.k.a. MUSTAFA, Mustafa Kamel), 9 Albourne Road, Shepherds Bush, London, W12 OLW, England; 8 Adie Road, Hammersmith, London, W6 OPW, England; DOB 15 Apr 1958 (individual) [SDGT] 04-19-02

KAMMOUN, Mehdi, Via Masina n.7, Milan, Italy; DOB 3 Apr 1968; POB Tunis, Tunisia; Italian Fiscal Code: KMMMHD68D03Z352N (individual) [SDGT] 08-29-02

KASMURI, Abdul Manaf (a.k.a. KASMURI, Lt. Col. (Rtd). Abd Manaf); DOB 29 May 1955; POB Malaysia; nationality Malaysian (individual) [SDGT] 09-05-03

KASMURI, Lt. Col. (Rtd). Abd Manaf (a.k.a. KASMURI, Abdul Manaf); DOB 29 May 1955; POB Malaysia; nationality Malaysian (individual) [SDGT] 09-05-03

KHABAR, Abu (a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. "AHMED THE TANZANIAN;" a.k.a. "FOOPIE;" a.k.a. "FUPI;" a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, A.; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. BAKR, Abu; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHILANI, Ahmed; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 1 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT] 10-12-01

KHALAILAH, Ahmed Fadeel (a.k.a. 'ABD AL-KARIM; a.k.a. ABU AL-MU'TAZ; a.k.a. AL-HABIB; a.k.a. AL-KHALAYLAH, Ahmad Fadil Nazzal; a.k.a. AL-MUHAJIR; a.k.a. AL-ZARQAWI, Abu Mus'Ab; a.k.a. GHARIB; a.k.a. KHALAYLEH, Fedel Nazzel; a.k.a. "MOUHANAD;" a.k.a. "MUHANNAD;" a.k.a. "MUHANNAD;" a.k.a. "RASHID"); DOB 20 Oct 1966; POB Zarqa, Jordan; Passport No. Z264968 (Jordan); citizen Jordan; National No. 9661031030 (Jordan) (individual) [SDGT] 09-23-03

KHALAYLEH, Fedel Nazzel (a.k.a. 'ABD AL-KARIM; a.k.a. ABU AL-MU'TAZ; a.k.a. AL-HABIB; a.k.a. AL-KHALAYLAH, Ahmad Fadil Nazzal; a.k.a. AL-MUHAJIR; a.k.a. AL-ZARQAWI, Abu Mus'Ab; a.k.a. GHARIB; a.k.a. KHALAILAH, Ahmed Fadeel; a.k.a. "MOUHANAD;" a.k.a. "MUHANNAD;" a.k.a. "MUHANNAD;" a.k.a. "RASHID"); DOB 20 Oct 1966; POB Zarqa, Jordan; Passport No. Z264968 (Jordan); citizen Jordan; National No. 9661031030 (Jordan) (individual) [SDGT] 09-23-03

KHALFAN, Ahmed (a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. "AHMED THE TANZA-NIAN;" a.k.a. "FOOPIE;" a.k.a. "FUPI;" a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, A.; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. BAKR, Abu; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHILANI, Ahmed; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHABAR, Abu; a.k.a. MOHAMMED, Shariff Omar); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 1 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT] 10-12-01

KHALID (a.k.a. FADHIL, Mustafa Mohamed; a.k.a. AL MASRI, Abd Al Wakil; a.k.a. AL-NUBI, Abu; a.k.a. ALI, Hassan; a.k.a. ANIS, Abu; a.k.a. ELBISHY, Moustafa Ali; a.k.a. FADIL, Mustafa Muhamad; a.k.a. FAZUL, Mustafa; a.k.a. HUSSEIN; a.k.a. JIHAD, Abu; a.k.a. MAN, Nu; a.k.a. MOHAMMED, Mustafa; a.k.a. YUSSRR, Abu); DOB 23 Jun 1976; POB Cairo, Egypt; citizen Egypt; alt. citizen Kenya; Kenyan ID No. 12773667; Serial No. 201735161 (individual) [SDGT] 10-12-01

KHEKMATIYAR, Gulbuddin (a.k.a. HEKHMARTYAR, Gulbuddin; a.k.a. HEKMATIAR, Gulbuddin; a.k.a. HEKMATYAR, Gulabudin; a.k.a. HEKMATYAR, Gulbuddin; a.k.a. HEKMETYAR, Gulbudin; a.k.a. HIKMETYAR, Golboddin), last known address, Iran; DOB 1 Aug 1949; POB Konduz Province, Afghanistan (individual) [SDGT] 02-18-03

KIFANE, Abderrahmane, Via S. Biagio, 32, Sant'Anastasia, Naples, Italy; Via S. Biagio, 35, Sant'Anastasia, Naples, Italy; DOB 7 Mar 1963; POB Casablanca, Morocco (individual) [SDGT] 03-18-04

KIPLI, Sali (a.k.a. JULKIPLI, Salim; a.k.a. JULKIPLI SALIM Y SALAMUDDIN); DOB 20 Jun 1976; POB Tulay, Jolo Sulu, Philippines (individual) [SDGT] 09-05-03

KISHK, Samir; DOB 14 May 1955; POB Gharbia, Egypt (individual) [SDGT] 08-29-02

LADEHYANOY, Mufti Rashid Ahmad (a.k.a. AHMAD, Mufti Rasheed; a.k.a. LUDHIANVI, Mufti Rashid Ahmad; a.k.a. WADEHYANOY, Mufti Rashid Ahmad), Karachi, Pakistan (individual) [SDGT] 10-12-01

LIWINAG, Armando (a.k.a. SISON, Jose Maria), The Netherlands; DOB 8 Feb 1938; POB Ilocos Sur, Northern Luzon, Philippines (individual) [SDGT] 08-12-02

LOUBIRI, Habib Ben Ahmed, via Brughiera, n. 5, Castronno, Varese, Italy; DOB 17 Nov 1961; POB Menzel Temine, Tunisia; Italian Fiscal Code: LBRHBB61S17Z352F (individual) [SDGT] 06-23-04

LOUNICI, Djamel; DOB 1 Feb 1962; POB Algiers, Algeria (individual) [SDGT]

LUDHIANVI, Mufti Rashid Ahmad (a.k.a. AHMAD, Mufti Rasheed; a.k.a. LADEHYANOY, Mufti Rashid Ahmad; a.k.a. WADEHYANOY, Mufti Rashid Ahmad), Karachi, Pakistan (individual) [SDGT] 10-12-01

LUQMAN, Abu (a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. ABDALLA, Fazul; a.k.a. ABDALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. AL SUDANI, Abu Seif; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROON; a.k.a. HAROUN, Fadhil; a.k.a. HARUN; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah); DOB

25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya (individual) [SDGT] 10-12-01

MAAROUFI, Tarek Ben Habib; DOB 23 Nov 1965; POB Ghardimaou, Tunisia (individual) [SDGT] 08-29-02

MAHMOOD, Sultan Bashir-Ud-Din (a.k.a. MAHMOOD, Sultan Bashiruddin; a.k.a. MEHMOOD, Dr. Bashir Uddin; a.k.a. MEKMUD, Sultan Baishiruddin), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; alt. DOB 1937; alt. DOB 1938; alt. DOB 1939; alt. DOB 1940; alt. DOB 1941; alt. DOB 1942; alt. DOB 1943; alt. DOB 1944; alt. DOB 1945; nationality Pakistani (individual) [SDGT] 12-20-01

MAHMOOD, Sultan Bashiruddin (a.k.a. MAHMOOD, Sultan Bashir-Ud-Din; a.k.a. MEHMOOD, Dr. Bashir Uddin; a.k.a. MEKMUD, Sultan Baishiruddin), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; alt. DOB 1937; alt. DOB 1938; alt. DOB 1939; alt. DOB 1940; alt. DOB 1941; alt. DOB 1942; alt. DOB 1943; alt. DOB 1944; alt. DOB 1945; nationality Pakistani (individual) [SDGT] 12-20-01

MAJEED, Abdul (a.k.a. MAJEED, Chaudhry Abdul; a.k.a. MAJID, Abdul); DOB 15 Apr 1939; alt. DOB 1938; nationality Pakistani (individual) [SDGT] 12-20-01

MAJEED, Chaudhry Abdul (a.k.a. MAJEED, Abdul; a.k.a. MAJID, Abdul); DOB 15 Apr 1939; alt. DOB 1938; nationality Pakistani (individual) [SDGT] 12-20-01

MAJID, Abdul (a.k.a. MAJEED, Abdul; a.k.a. MAJEED Chaudhry Abdul); DOB 15 Apr 1939; alt. DOB 1938; nationality Pakistani (individual) [SDGT] 12-20-01

MAN, Nu (a.k.a. FADHIL, Mustafa Mohamed; a.k.a. AL MASRI, Abd Al Wakil; a.k.a. AL-NUBI, Abu; a.k.a. ALI, Hassan; a.k.a. ANIS, Abu; a.k.a. ELBISHY, Moustafa Ali; a.k.a. FADIL, Mustafa Muhamad; a.k.a. FAZUL, Mustafa; a.k.a. HUSSEIN; a.k.a. JIHAD, Abu; a.k.a. KHALID; a.k.a. MOHAMMED, Mustafa; a.k.a. YUSSRR, Abu); DOB 23 Jun 1976; POB Cairo, Egypt; citizen Egypt; alt. citizen Kenya; Kenyan ID No. 12773667; Serial No. 201735161 (individual) [SDGT] 10-12-01

MANSOR, Amran (a.k.a. BIN MANSOR, Amran; a.k.a. BIN MANSOR, Henry; a.k.a. BIN MANSOUR, Amran); DOB 25 May 1965; POB Malaysia (individual) [SDGT] 09-05-03

MANSOUR, Mohamed (a.k.a. AL-MANSOUR, Dr. Mohamed), Ob. Heslibachstr. 20, Kusnacht, Switzerland; Zurich, Switzerland; DOB 1928; POB U.A.E.; alt. POB Egypt (individual) [SDGT] 11-07-01

MANSOUR-FATTOUH, Zeinab, Zurich, Switzerland (individual) [SDGT] 11-07-01

MARZOOK, Mousa Mohamed Abou (a.k.a. ABU MARZOOK, Mousa Mohammed; a.k.a. ABU-MARZUQ, Dr. Musa; a.k.a. ABU-MARZUQ, Sa'id; a.k.a. ABU-'UMAR; a.k.a. MARZOUK, Musa Abu; a.k.a. MARZUK, Musa Abu), Leader in Amman, Jordan and Damascus, Syria for HAMAS; DOB 9 Feb 1951; POB Gaza, Egypt; SSN 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 (U.S.A.); Passport No. 92/664 (Egypt) [SDT] also listed as [SDGT] 08-21-03

MARZOUK, Musa Abu (a.k.a. ABU MARZOOK, Mousa Mohammed; a.k.a. ABU-MARZUQ, Dr. Musa; a.k.a. ABU-MARZUQ, Sa'id; a.k.a. ABU-'UMAR; a.k.a. MARZOOK, Mousa Mohamed Abou; a.k.a. MARZUK, Musa Abu), Leader in Amman, Jordan and Damascus, Syria for HAMAS; DOB 9 Feb 1951; POB Gaza, Egypt; SSN 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 (U.S.A.); Passport No. 92/664 (Egypt) [SDT][SDGT] 08-21-03

MARZUK, Musa Abu (a.k.a. ABU MARZOOK, Mousa Mohammed; a.k.a. ABU-MARZUQ, Dr. Musa; a.k.a. ABU-MARZUQ, Sa'id; a.k.a. ABU-'UMAR; a.k.a. MARZOOK, Mousa Mohamed Abou; a.k.a. MARZOUK, Musa Abu), Leader in Amman, Jordan and Damascus, Syria for HAMAS; DOB 9 Feb 1951; POB Gaza, Egypt; SSN 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 (U.S.A.); Passport No. 92/664 (Egypt) [SDT] also listed as [SDGT] 08-21-03

MARZUKI, Zulkepli (a.k.a. BIN MARZUKI, Zulkifli; a.k.a. BIN ZUKEPLI, Marzuki; a.k.a. MARZUKI, Zulkifli; a.k.a. ZUKIPLI; a.k.a. ZULKIFLI); DOB 3 Jul 1968; POB Malaysia; nationality Malaysian (individual) [SDGT] 09-05-03

MARZUKI, Zulkifli (a.k.a. BIN MARZUKI, Zulkifli; a.k.a. BIN ZUKEPLI, Marzuki; a.k.a. MARZUKI, Zulkepli; a.k.a. ZUKIPLI; a.k.a. ZULKIFLI); DOB 3 Jul 1968; POB Malaysia; nationality Malaysian (individual) [SDGT] 09-05-03

MAT TOP, Noordin (a.k.a. THOB, Noordin Mohammad; a.k.a. TOP, Noor Din bin Mohamed; a.k.a. TOP, Noordin Mohamed; a.k.a. TOP, Nordin Mohd); DOB 11 Aug 1968; POB Malaysia; nationality Malaysian (individual) [SDGT] 09-05-03

MAZUTI, Abdelghani (a.k.a. MAZWATI, Abdelghani; a.k.a. MZOUDI, Abdelghani), Op de Wisch 15, 21149 Hamburg, Germany; Marienstrasse 54, Hamburg, Germany; DOB 6 DEC 1972; POB Marrakech, Morocco; Moroccan Personal ID No. E 427689 issued 20 Mar 2001; Passport No. M271392 (Moroccan) issued 04 Dec 2000; Passport No. F 879567 (Moroccan) issued 29 Apr 1992; citizen: Morocco (individual) [SDGT] 06-06-03

MAZWATI, Abdelghani (a.k.a. MAZUTI, Abdelghani; a.k.a. MZOUDI, Abdelghani), Op de Wisch 15, 21149 Hamburg, Germany; Marienstrasse 54, Hamburg, Germany; DOB 6 DEC 1972; POB Marrakech, Morocco; Moroccan Personal ID No. E 427689 issued 20 Mar 2001; Passport No. M271392 (Moroccan) issued 04 Dec 2000; Passport No. F 879567 (Moroccan) issued 29 Apr 1992; citizen: Morocco (individual) [SDGT] 06-06-03

MEHMOOD, Dr. Bashir Uddin (a.k.a. MAHMOOD, Sultan Bashir-Ud-Din; a.k.a. MAHMOOD, Sultan Bashiruddin; a.k.a. MEKMUD, Sultan Baishiruddin), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; alt. DOB 1937; alt. DOB 1938; alt. DOB 1939; alt. DOB 1940; alt. DOB 1941; alt. DOB 1942; alt. DOB 1943; alt. DOB 1944; alt.

DOB 1945; nationality Pakistani (individual) [SDGT] 12-20-01

MEKMUD, Sultan Baishirudin (a.k.a. MAHMOOD, Sultan Bashir-Ud-Din; a.k.a. MAHMOOD, Sultan Bashiruddin; a.k.a. MEHMOOD, Dr. Bashir Uddin), Street 13, Wazir Akbar Khan, Kabul, Afghanistan; alt. DOB 1937; alt. DOB 1938; alt. DOB 1939; alt. DOB 1940; alt. DOB 1941; alt. DOB 1942; alt. DOB 1943; alt. DOB 1944; alt. DOB 1945; nationality Pakistani (individual) [SDGT] 12-20-01

MISHAAL, Khalid, Damascus, Syria; DOB 1956; POB Silwad, Ramallah, West Bank (Palestinian Authority) (individual) [SDGT] 08-21-03

MNASRI, Fethi Ben Rebai (a.k.a FETHI, Alic; a.k.a. "Amor;" a.k.a. "Abu Omar"), Via Toscana n. 46, Bologna, Italy; Via di Saliceto n. 51/9, Bologna, Italy; DOB 06 Mar 1969; POB Nefza, Tunisia (individual) [SDGT] 06-06-03

MOCHTAR, Yasin Mahmud (a.k.a. "Abu Seta;" a.k.a. ABU MUAMAR; a.k.a. "Mahmud;" a.k.a. MUBAROK, Muhamad; a.k.a. SYAWAL, Muhammad; a.k.a. SYAWAL, Yassin; a.k.a. YASIN, Abdul Hadi; a.k.a. YASIN, Salim); DOB c. 1972; nationality Indonesian (individual) [SDGT] 09-05-03

Mohamded Abdulla Imad (a.k.a. AL SAADI, Faraj Farj Hassan; a.k.a. Imad Mouhamed Abdellah; a.k.a. Muhamad Abdullah Imad; a.k.a. "Hamza Al Libi"), "last known address," Viale Bligny 42, Milan, Italy; DOB 28 Nov 1980; POB Libya; alt. POB Gaza; alt. POB Jordan; alt. POB Palestine; nationality Libyan; alt. nationality Palestinian; alt. nationality Jordanian; arrested United Kingdom (individual) [SDGT] 11-10-03

MOHAMED, Daki, "last known address," Via Melato 11, Reggio Emilia, Italy; DOB March 29, 1965; POB Casablanca, Morocco; nationality Moroccan; arrested 4 Apr 2003 (individual) [SDGT] 11-10-03

MOHAMMED, Fazul (a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. AL SUDANI, Abu Seif; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; aka. a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROON; a.k.a. HAROUN, Fadhil; a.k.a. HARUN; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya (individual) [SDGT] 10-12-01

MOHAMMED, Fazul Abdilahi (a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. AL SUDANI, Abu Seif; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROON; a.k.a. HAROUN, Fadhil; a.k.a. HARUN; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya (individual) [SDGT] 10-12-01

MOHAMMED, Fazul Abdullah (a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. AL SUDANI, Abu Seif; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROON; a.k.a. HAROUN, Fadhil; a.k.a. HARUN; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fouad; a.k.a. MUHAMAD, Fadil Abdallah); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya (individual) [SDGT] 10-12-01

MOHAMMED, Fouad (a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. AL SUDANI, Abu Seif; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROON; a.k.a. HAROUN, Fadhil; a.k.a. HARUN; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MUHAMAD, Fadil Abdallah); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya (individual) [SDGT] 10-12-01

MOHAMMED, Khalid Shaikh (a.k.a. ALI, Salem; a.k.a. BIN KHALID, Fahd Bin Adballah; a.k.a. HENIN, Ashraf Refaat Nabith; a.k.a. WADOOD, Khalid Adbul); DOB 14 Apr 1965; alt. DOB 1 Mar 1964; POB Kuwait; citizen Kuwait (individual) [SDGT] 10-12-01

MOHAMMED, Mustafa (a.k.a. FADHIL, Mustafa Mohamed; a.k.a. AL MASRI, Abd Al Wakil; a.k.a. AL-NUBI, Abu; a.k.a. ALI, Hassan; a.k.a. ANIS, Abu; a.k.a. ELBISHY, Moustafa Ali; a.k.a. FADIL, Mustafa Muhamad; a.k.a. FAZUL, Mustafa; a.k.a. HUSSEIN; a.k.a. JIHAD, Abu; a.k.a. KHALID; a.k.a. MAN, Nu; a.k.a. YUSSRR, Abu); DOB 23 Jun 1976; POB Cairo, Egypt; citizen Egypt; alt. citizen Kenya; Kenyan ID No. 12773667; Serial No. 201735161 (individual) [SDGT] 10-12-01

MOHAMMED, Shariff Omar (a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. "AHMED THE TANZANIAN;" a.k.a. "FOOPIE;" a.k.a. "FUPI;" a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, A.; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. BAKR, Abu; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHABAR, Abu; a.k.a. KHALFAN, Ahmed); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 1 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT] 10-12-01

MORCILLO TORRES, Gracia; member ETA; DOB 15 Mar 1967; POB San Sebastian (Guipuzcoa Province), Spain; D.N.I. 72.439.052 (individual) [SDGT] 02-26-02

MOSTAFA, Mohamed Amin, "last known address," Via della Martinella 132, Parma, Italy; DOB 11 Oct 1975; POB Karkuk, Iraq; nationality Iraqi (Kurdish); arrested 31 Mar 2003 (individual) [SDGT] 11-10-03

MOUSTFA, Djamel (a.k.a. "Ali Barkani;" a.k.a. KALED, Belkasam; a.k.a. "Moustafa"); "last known address," c/o Birgit Melani Schroeder, Kuehlungsborner Strasse 30, 22147 Hamburg, Germany; DOB 28 Sep 1973; alt. DOB 31 Dec 1979; alt. DOB 22 Aug 1973; POB Tiaret, Algeria; alt. POB Morocco; nationality Algerian; arrested 23 Apr 2002; currently in remand at 20355 Hamburg Holstenglacis 3, Germany (individual) [SDGT] 09-23-03

MSALAM, Fahad Ally (a.k.a. MSALAM, Fahid Mohammed Ally; a.k.a. AL-KINI, Usama; a.k.a. ALLY, Fahid Mohammed; a.k.a. MSALAM, Fahid Mohammed Ali; a.k.a. MSALAM, Mohammed Ally; a.k.a. MUSALAAM, Fahid Mohammed Ali; a.k.a. SALEM, Fahid Muhamad Ali); DOB 19 Feb 1976; POB Mombasa, Kenya; citizen Kenya (individual) [SDGT] 10-12-01

MSALAM, Fahid Mohammed Ali (a.k.a. MSALAM, Fahid Mohammed Ally; a.k.a. AL-KINI, Usama; a.k.a. ALLY, Fahid Mohammed; a.k.a. MSALAM, Fahad Ally; a.k.a. MSALAM, Mohammed Ally; a.k.a. MUSALAAM, Fahid Mohammed Ali; a.k.a. SALEM, Fahid Muhamad Ali); DOB 19 Feb 1976; POB Mombasa, Kenya; citizen Kenya (individual) [SDGT] 10-12-01

MSALAM, Fahid Mohammed Ally (a.k.a. AL-KINI, Usama; a.k.a. ALLY, Fahid Mohammed; a.k.a. MSALAM, Fahad Ally; a.k.a. MSALAM, Fahid Mohammed Ali; a.k.a. MSALAM, Mohammed Ally; a.k.a. MUSALAAM, Fahid Mohammed Ali; a.k.a. SALEM, Fahid Muhamad Ali); DOB 19 Feb 1976; POB Mombasa, Kenya; citizen Kenya (individual) [SDGT] 10-12-01

MSALAM, Mohammed Ally (a.k.a. MSALAM, Fahid Mohammed Ally; a.k.a. AL-KINI, Usama; a.k.a. ALLY, Fahid Mohammed; a.k.a. MSALAM, Fahad Ally; a.k.a. MSALAM, Fahid Mohammed Ali; a.k.a. MUSALAAM, Fahid Mohammed Ali; a.k.a. SALEM, Fahid Muhamad Ali); DOB 19 Feb 1976; POB Mombasa, Kenya; citizen Kenya (individual) [SDGT] 10-12-01

MUBAROK, Muhamad (a.k.a. "Abu Seta;" a.k.a. ABU MUAMAR; a.k.a. "Mahmud;" a.k.a. MOCHTAR, Yasin Mahmud; a.k.a. SYAWAL, Muhammad; a.k.a. SYAWAL, Yassin; a.k.a. YASIN, Abdul Hadi; a.k.a. YASIN, Salim); DOB c. 1972; nationality Indonesian (individual) [SDGT] 09-05-03

Muchlas (a.k.a. "Sofwan;" a.k.a. AL MUKHLAS, Ali Gufron; a.k.a. GHUFRON, Ali; a.k.a. GUFRON, Ali; a.k.a. HAQ, Huda bin Abdul; a.k.a. Mukhlas; a.k.a. Muklas); DOB 9 Feb 1960; alt. DOB 2 Feb 1960; POB Solokuro subdistrict, Lamongan district, East Java province, Indonesia; nationality Indonesian (individual) [SDGT] 09-05-03

MUGHNIYAH, Imad Fa'iz (a.k.a. MUGHNIYAH, Imad Fayiz); Senior Intelligence Officer of HIZBALLAH; DOB 07 Dec 1962; POB Tayr Dibba, Lebanon; Passport No. 432298 (Lebanon) (individual) [SDT] [SDGT] 10-12-01

MUGHNIYAH, Imad Fayiz (a.k.a. MUGHNIYAH, Imad Fa'iz); Senior Intelligence Officer of HIZBALLAH; DOB 07 Dec 1962; POB Tayr Dibba, Lebanon; Passport No. 432298 (Lebanon) (individual) [SDT] [SDGT] 10-12-01

MUGICA GONI, Ainhoa; member ETA; DOB 27 Jun 1970; POB San Sebastian (Guipuzcoa Province), Spain; D.N.I. 34.101.243 (individual) [SDGT] 02-26-02

Muhamad Abdullah Imad (a.k.a. AL SAADI, Faraj Farj Hassan; a.k.a. Imad Mouhamed Abdellah; a.k.a. Mohamded Abdulla Imad; a.k.a. "Hamza Al Libi"), "last known address," Viale Bligny 42, Milan, Italy; DOB 28 Nov 1980; POB Libya; alt. POB Gaza; alt. POB Jordan; alt. POB Palestine; nationality Libyan; alt. nationality Palestinian; alt. nationality Jordanian; arrested United Kingdom (individual) [SDGT] 11-10-03

MUHAMAD, Fadil Abdallah (a.k.a. MOHAMMED, Fazul Abdullah; a.k.a. ABDALLA, Fazul; a.k.a. ADBALLAH, Fazul; a.k.a. AISHA, Abu; a.k.a. AL SUDANI, Abu Seif; a.k.a. ALI, Fadel Abdallah Mohammed; a.k.a. FAZUL, Abdalla; a.k.a. FAZUL, Abdallah; a.k.a. FAZUL, Abdallah Mohammed; a.k.a. FAZUL, Haroon; a.k.a. FAZUL, Harun; a.k.a. HAROON; a.k.a. HAROUN, Fadhil; a.k.a. HARUN; a.k.a. LUQMAN, Abu; a.k.a. MOHAMMED, Fazul; a.k.a. MOHAMMED, Fazul Abdilahi; a.k.a. MOHAMMED, Fouad); DOB 25 Aug 1972; alt. DOB 25 Dec 1974; alt. DOB 25 Feb 1974; POB Moroni, Comoros Islands; citizen Comoros; alt. citizen Kenya (individual) [SDGT] 10-12-01

Mukhlas (a.k.a. "Sofwan;" a.k.a. AL MUKHLAS, Ali Gufron; a.k.a. GHUFRON, Ali; a.k.a. GUFRON, Ali; a.k.a. HAQ, Huda bin Abdul; a.k.a. Muchlas; a.k.a. Muklas); DOB 9 Feb 1960; alt. DOB 2 Feb 1960; POB Solokuro subdistrict, Lamongan district, East Java province, Indonesia; nationality Indonesian (individual) [SDGT] 09-05-03

Muklas (a.k.a. "Sofwan;" a.k.a. AL MUKHLAS, Ali Gufron; a.k.a. GHUFRON, Ali; a.k.a. GUFRON, Ali; a.k.a. HAQ, Huda bin Abdul; a.k.a. Muchlas; a.k.a. Mukhlas); DOB 9 Feb 1960; alt. DOB 2 Feb 1960; POB Solokuro subdistrict, Lamongan district, East Java province, Indonesia; nationality Indonesian (individual) [SDGT] 09-05-03

MUNANDAR, Aris; DOB 1962; alt. DOB 1963; alt. DOB 1964; alt. DOB 1965; alt. DOB 1966; alt. DOB 1967; alt. DOB 1968; POB Sambi, Boyolali, Java, Indonesia (individual) [SDGT] 09-05-03

MUNOA ORDOZGOITI, Alona; member ETA; DOB 6 Jul 1976; POB Segura (Guipuzcoa Province), Spain; D.N.I. 35.771.259 (individual) [SDGT] 02-26-02

MUQTI, Fihiruddin (a.k.a A RAHMAN, Mohamad Iqbal; a.k.a. ABDURRAHMAN, Abu Jibril; a.k.a. ABDURRAHMAN, Mohamad Iqbal; a.k.a. ABU JIBRIL; a.k.a. RAHMAN,

Mohamad Iqbal, a.k.a. MUQTI, Fikiruddin); POB Tirpas-Selong Village, East Lombok, Indonesia; nationality Indonesian (individual) [SDGT] 01-24-03

MUQTI, Fikiruddin (a.k.a. A RAHMAN, Mohamad Iqbal; a.k.a. ABDURRAHMAN, Abu Jibril; a.k.a. ABDURRAHMAN, Mohamad Iqbal; a.k.a. ABU JIBRIL; a.k.a. RAHMAN, Mohamad Iqbal; a.k.a. MUQTI, Fihiruddin); POB Tirpas-Selong Village, East Lombok, Indonesia; nationality Indonesian (individual) [SDGT] 01-24-03

MURAD, Abdul Hakim (a.k.a. AHMED, Saeed; a.k.a. AKMAN, Saeed; a.k.a. MURAD, Abdul Hakim Al Hashim; a.k.a. MURAD, Adbul Hakim Ali Hashim; a.k.a. MURAD, Abdul Hakim Hasim), currently incarcerated in the U.S.; DOB 4 Jan 1968; POB Kuwait; nationality Pakistani (individual) [SDGT] 09-05-03

MURAD, Abdul Hakim Al Hashim (a.k.a. AHMED, Saeed; a.k.a. AKMAN, Saeed; a.k.a. MURAD, Abdul Hakim; a.k.a. MURAD, Adbul Hakim Ali Hashim; a.k.a. MURAD, Abdul Hakim Hasim), currently incarcerated in the U.S.; DOB 4 Jan 1968; POB Kuwait; nationality Pakistani (individual) [SDGT] 09-05-03

MURAD, Abdul Hakim Hasim (a.k.a. AHMED, Saeed; a.k.a. AKMAN, Saeed; a.k.a. MURAD, Abdul Hakim; a.k.a. MURAD, Abdul Hakim Al Hashim; a.k.a. MURAD, Adbul Hakim Ali Hashim), currently incarcerated in the U.S.; DOB 4 Jan 1968; POB Kuwait; nationality Pakistani (individual) [SDGT] 09-05-03

MURAD, Adbul Hakim Ali Hashim (a.k.a. AHMED, Saeed; a.k.a. AKMAN, Saeed; a.k.a. MURAD, Abdul Hakim; a.k.a. MURAD, Abdul Hakim Al Hashim; a.k.a. MURAD, Abdul Hakim Hasim), currently incarcerated in the U.S.; DOB 4 Jan 1968; POB Kuwait; nationality Pakistani (individual) [SDGT] 09-05-03

MUSALAAM, Fahid Mohammed Ali (a.k.a. MSALAM, Fahid Mohammed Ally; a.k.a. AL-KINI, Usama; a.k.a. ALLY, Fahid Mohammed; a.k.a. MSALAM, Fahad Ally; a.k.a. MSALAM, Fahid Mohammed Ali; a.k.a. MSALAM, Mohammed Ally; a.k.a. SALEM, Fahid Muhamad Ali); DOB 19 Feb 1976; POB Mombasa, Kenya; citizen Kenya (individual) [SDGT] 10-12-01

MUSTAFA, Mustafa Kamel (a.k.a. AL-MASRI, Abu Hamza; a.k.a. AL-MISRI, Abu Hamza; a.k.a. EMAN, Adam Ramsey; a.k.a. KAMEL, Mustafa), 9 Albourne Road, Shepherds Bush, London, W12 OLW, England; 8 Adie Road, Hammersmith, London, W6 OPW, England; DOB 15 Apr 1958 (individual) [SDGT] 04-19-02

MZOUDI, Abdelghani (a.k.a. MAZUTI, Abdelghani; a.k.a. MAZWATI, Abdelghani), Op de Wisch 15, 21149 Hamburg, Germany; Marienstrasse 54, Hamburg, Germany; DOB 6 DEC 1972; POB Marrakech, Morocco; Moroccan Personal ID No. E 427689 issued 20 Mar 2001; Passport No. M271392 (Moroccan) issued 04 Dec 2000; Passport No. F 879567 (Moroccan) issued 29 Apr 1992; citizen: Morocco (individual) [SDGT] 06-06-03

NADA, Youssef (a.k.a. NADA, Youssef M.; a.k.a. NADA, Youssef Mustafa), Via Arogno 32, Campione d'Italia 6911, Italy; Via Riasc 4, Campione d'Italia 6911, Switzerland; Via Per Arogno 32, Campione d'Italia CH-6911, Switzerland; DOB 17 May 1931; alt. DOB 17 May 1937; POB Alexandria, Egypt; citizen Tunisia (individual) [SDGT] 11-07-01

NADA, Youssef M. (a.k.a. NADA, Youssef; a.k.a. NADA, Youssef Mustafa), Via Arogno 32, Campione d'Italia 6911, Italy; Via Riasc 4, Campione d'Italia 6911, Switzerland; Via Per Arogno 32, Campione d'Italia CH-6911, Switzerland; DOB 17 May 1931; alt. DOB 17 May 1937; POB Alexandria, Egypt; citizen Tunisia (individual) [SDGT] 11-07-01

NADA, Youssef Mustafa (a.k.a. NADA, Youssef; a.k.a. NADA, Youssef M.), Via Arogno 32, Campione d'Italia 6911, Italy; Via Riasc 4, Campione d'Italia 6911, Switzerland; Via Per Arogno 32, Campione d'Italia CH-6911, Switzerland; DOB 17 May 1931; alt. DOB 17 May 1937; POB Alexandria, Egypt; citizen Tunisia (individual) [SDGT] 11-07-01

NARVAEZ GONI, Juan Jesus; member ETA; DOB 23 Feb 1961; POB Pamplona (Navarra Province), Spain; D.N.I. 15.841.101 (individual) [SDGT] 02-26-02

NASREDDIN, Ahmad I. (a.k.a. NASREDDIN, Ahmed Idris; a.k.a. NASREDDIN, Hadj Ahmed; a.k.a. NASREDDINE, Ahmed Idriss), Corso Sempione 69, 20149 Milan, Italy; 1 via delle Scuole, 6900 Lugano, Switzerland; Piazzale Biancamano, Milan, Italy; Rue de Cap Spartel, Tangiers, Morocco; DOB 22 Nov 1929; POB Adi Ugri, Ethiopia; Italian Fiscal Code: NSRDRS29S22Z315Y (individual) [SDGT] 04-19-02

NASREDDIN, Ahmed Idris (a.k.a. NASREDDIN, Ahmad I.; a.k.a. NASREDDIN, Hadj Ahmed; a.k.a. NASREDDINE, Ahmed Idriss), Corso Sempione 69, 20149 Milan, Italy; 1 via delle Scuole, 6900 Lugano, Switzerland; Piazzale Biancamano, Milan, Italy; Rue de Cap Spartel, Tangiers, Morocco; DOB 22 Nov 1929; POB Adi Ugri, Ethiopia; Italian Fiscal Code: NSRDRS29S22Z315Y (individual) [SDGT] 04-19-02

NASREDDIN, Hadj Ahmed (a.k.a. NASREDDIN, Ahmad I.; a.k.a. NASREDDIN, Ahmed Idris; a.k.a. NASREDDINE, Ahmed Idriss), Corso Sempione 69, 20149 Milan, Italy; 1 via delle Scuole, 6900 Lugano, Switzerland; Piazzale Biancamano, Milan, Italy; Rue de Cap Spartel, Tangiers, Morocco; DOB 22 Nov 1929; POB Adi Ugri, Ethiopia; Italian Fiscal Code: NSRDRS29S22Z315Y (individual) [SDGT] 04-19-02

NASREDDINE, Ahmed Idriss (a.k.a. NASREDDIN, Ahmed Idris; a.k.a. NASREDDIN, Ahmad I.; a.k.a. NASREDDIN, Hadj Ahmed), Corso Sempione 69, 20149 Milan, Italy; 1 via delle Scuole, 6900 Lugano, Switzerland; Piazzale Biancamano, Milan, Italy; Rue de Cap Spartel, Tangiers, Morocco; DOB 22 Nov 1929; POB Adi Ugri, Ethiopia; Italian Fiscal Code: NSRDRS29S22Z315Y (individual) [SDGT] 04-19-02

NURJAMAN (a.k.a. HAMBALI; a.k.a. ISAMUDDIN, Nurjaman Riduan; a.k.a. ISOMUDDIN, Riduan; a.k.a. NURJAMAN, Encep); DOB 04 Apr 1964, alt. DOB 01 Apr 1964; POB Cianjur, West Java, Indonesia; nationality Indonesian (individual) [SDGT] 01-24-03

NURJAMAN, Encep (a.k.a. HAMBALI; a.k.a. ISAMUDDIN, Nurjaman Riduan; a.k.a. ISOMUDDIN, Riduan; a.k.a. NURJAMAN); DOB 04 Apr 1964, alt. DOB 01 Apr 1964; POB Cianjur, West Java, Indonesia; nationality Indonesian (individual) [SDGT] 01-24-03

OLARRA GURIDI, Juan Antonio; member ETA; DOB 11 Sep 1967; POB San Sebastian (Guipuzcoa Province), Spain; D.N.I. 30.084.504 (individual) [SDGT] 02-26-02

OMAR, Mohammed, Commander of the Faithful ("Amir al-Munineen"), Kandahar, Afghanistan; DOB 1950; POB Hotak, Kandahar Province, Afghanistan (individual) [TALIBAN] also listed as [SDGT] on 07-03-02

OMAR, Ramzi Mohammed Abdellah (a.k.a. BIN AL SHIBH, Ramzi; a.k.a. BINALSHEIDAH, Ramzi Mohamed Abdullah; a.k.a. BINALSHIBH, Ramzi Mohammed Abdullah), Billstedter Hauptstr Apt 14, 22111 Hamburg, Germany; Emil Anderson Strasse 5, 22073 Hamburg, Germany; Letzte Heller #109 Hamburg University, 22111 Hamburg, Germany; Marienstr #54, 21073 Hamburg, Germany; Schleemer Ring 2, 22117 Hamburg, Germany; DOB 16 Sep 1973; alt. DOB 1 May 1972; POB Khartoum, Sudan; alt. POB Hadramawt, Yemen; Passport Nos. A755350 (Saudi Arabia), R85243 (Yemen), 00085243 (Yemen); nationality Yemeni (individual) [SDGT] 09-30-02

ORBE SEVILLANO, Zigor; member ETA; DOB 22 Sep 1975; POB Basauri (Vizcaya Province), Spain; D.N.I. 45.622.851 (individual) [SDGT] 02-26-02

OTEGUI UNANUE, Mikel; member ETA; DOB 8 Oct 1972; POB Itsasondo (Guipuzcoa Province), Spain; D.N.I. 44.132.976 (individual) [SDGT] 02-26-02

OUAZ, Najib, Vicolo dei Prati n.2/2, Bologna, Italy; DOB 12 Apr 1960; POB Hekaima, Tunisia (individual) [SDGT] 06-06-03

PALACIOS ALDAY, Gorka; member ETA; DOB 17 Oct 1974; POB Baracaldo (Vizcaya Province), Spain; D.N.I. 30.654.356 (individual) [SDGT] 05-03-02

PEREZ ARAMBURU, Jon Inaki; member ETA; DOB 18 Sep 1964; POB San Sebastian (Guipuzcoa Province), Spain; D.N.I. 15.976.521 (individual) [SDGT] 02-26-02

QUINTANA ZORROZUA, Asier; member ETA; DOB 27 Feb 1968; POB Bilbao (Vizcaya Province), Spain; D.N.I. 30.609.430 (individual) [SDGT] 05-03-02

RAHMAN, Mohamad Iqbal (a.k.a. A RAHMAN, Mohamad Iqbal; a.k.a. ABDURRAHMAN, Abu Jibril; a.k.a. ABDURRAHMAN, Mohamad Iqbal; a.k.a. ABU JIBRIL; a.k.a. MUQTI, Fihiruddin; a.k.a. MUQTI, Fikiruddin); POB Tirpas-Selong Village, East Lombok, Indonesia; nationality Indonesian (individual) [SDGT] 01-24-03

RANDY, Alih (a.k.a. "Abu Sa'ad;" a.k.a. "Abu Saad;" a.k.a. AL GHOZI, Fathur Rahman; a.k.a. AL GHOZI, Fathur Rohman; a.k.a. AL-GHOZI, Fathur Rahman; a.k.a. AL-GHOZI, Fathur Rohman; a.k.a. AL-GOZHI, Fathur Rahman; a.k.a. AL-GOZHI, Fathur Rohman; a.k.a. AL-GOZI, Fathur Rahman; a.k.a. AL-GOZI, Fathur Rohman; a.k.a. ALGHOZI, Fathur Rahman; a.k.a. ALGHOZI, Fathur Rohman; a.k.a. ALI, Randy; a.k.a. ALIH, Randy; a.k.a. ALIH, Randy Adam; a.k.a. AZAD, Rony; a.k.a. BIN AHAD, Rony Azad; a.k.a. BIN AHMAD, Rony Azad; a.k.a. BIN AMAD, Rony Azad; a.k.a. EDRIS, Anwar; a.k.a. "Freedom Fighter;" a.k.a. JAMIL, Sammy Sali; a.k.a. JAMIL, Sammy Salih); DOB 17 Feb 1971; POB Madiun, East Java, Indonesia; Passport No. GG 672613 (Philippines); nationality Indonesian (individual) [SDGT] 09-05-03

RANTISI, Abdel Aziz, Gaza (Palestinian Authority); DOB 23 Oct 1947; POB Yubna, Gaza (Palestinian Authority) (individual) [SDGT] 08-21-03

RARRBO, Ahmed Hosni (a.k.a. "Abdallah o Abdullah") DOB 12 Sep 1974; POB Bologhine, Algeria (individual) [SDGT] 06-06-03

REMADNA, Abdelhalim; DOB 2 Apr 1966; POB Bistra, Algeria (individual) [SDGT] 08-29-02

RIHANI, Lotfi (a.k.a. "Abderrahmane"), "last known address," Via Bolgeri 4, Barni (Como), Italy; DOB 1 Jul 1977; POB Tunisi, Tunisia; nationality Tunisian (individual) [SDGT] 11-10-03

ROUINE, Lazher Ben Khalifa Ben Ahmed (a.k.a. "Lazhar;" a.k.a. "Salmane"), "last known address," Vicolo San Giovanni, Rimini, Italy; DOB 20 Nov 1975; POB Sfax, Tunisia; nationality Tunisian; arrested 30 Sep 2002 (individual) [SDGT] 11-10-03

RUBENACH ROIG, Juan Luis; member ETA; DOB 18 Sep 1964; POB Bilbao (Vizcaya Province), Spain; D.N.I. 18.197.545 (individual) [SDGT] 05-03-02

SA-ID (a.k.a. IZZ-AL-DIN, Hasan; a.k.a. GARBAYA, AHMED; a.k.a. SALWWAN, Samir), Lebanon; DOB 1963; POB Lebanon; citizen Lebanon (individual) [SDGT] 10-12-01

SAADI, Nassim (a.k.a. Abou Anis), "last known address," Via Monte Grappa 15, Arluno (Milan), Italy; DOB 30 Nov 1974; POB Haidra, Tunisia; nationality Tunisian; arrested 30 Sep 2002 (individual) [SDGT] 11-10-03

SAEZ DE EGUILAZ MURGUIONDO, Carlos; member ETA; DOB 9 Dec 1963; POB San Sebastian (Guipuzcoa Province), Spain; D.N.I. 15.962.687 (individual) [SDGT] 02-26-02

SAI'ID, Shaykh (a.k.a. AHMAD, Mustafa Muhammad) (POB Egypt) (individual) [SDGT] 09-24-01

SAIYID, Abd Al-Man'am (a.k.a. AGHA, Haji Abdul Manan), Pakistan (individual) [SDGT] 10-12-01

SALAH, Muhammad (a.k.a. HASANAYN, Nasr Fahmi Nasr) (individual) [SDGT] 09-24-01

SALEH (a.k.a. ABDULLAH, Abdullah Ahmed; a.k.a. ABU MARIAM; a.k.a. AL-MASRI, Abu Mohamed), Afghanistan; DOB 1963; POB Egypt; citizen Egypt (individual)

[SDGT] 10-12-01

SALEH, Nedal (a.k.a. "Hitem"), Via Milano n.105, Casal di Principe (Caserta), Italy; Via di Saliceto n.51/9, Bologna, Italy; DOB 01 Mar 1970; POB Taiz, Yemen (individual) [SDGT] 06-06-03

SALEM, Fahid Muhamad Ali (a.k.a. MSALAM, Fahid Mohammed Ally; a.k.a. AL-KINI, Usama; a.k.a. ALLY, Fahid Mohammed; a.k.a. MSALAM Fahad Ally; a.k.a. MSALAM, Fahid Mohammed Ali; a.k.a. MSALAM, Mohammed Ally; a.k.a. MUSALAAM, Fahid Mohammed Ali); DOB 19 Feb 1976; POB Mombasa, Kenya; citizen Kenya (individual) [SDGT] 10-12-01

SALIM, Ahmad Fuad (a.k.a. AL ZAWAHIRI, Dr. Ayman; a.k.a. AL-ZAWAHIRI, Aiman Muhammad Rabi; a.k.a. AL-ZAWAHIRI, Ayman), Operational and Military Leader of JIHAD GROUP; DOB 19 Jun 1951; POB Giza, Egypt; Passport No. 1084010 (Egypt); Alt No. 19820215 (individual) [SDT] [SDGT] 09-24-01

SALIM, Hassan Rostom (a.k.a. ATWA, Ali; a.k.a. BOUSLIM, Ammar Mansour), Lebanon; DOB 1960; POB Lebanon; citizen Lebanon (individual) [SDGT] 10-12-01

SALWWAN, Samir (a.k.a. IZZ-AL-DIN, Hasan; a.k.a. GARBAYA, AHMED; a.k.a. SA-ID), Lebanon; DOB 1963; POB Lebanon; citizen Lebanon (individual) [SDGT] 10-12-01

SAMUDRA, Imam (a.k.a. "Abdul Aziz;" a.k.a. "Abu Omar;" a.k.a. "Fatih;" a.k.a. "Hendri;" a.k.a. "Heri;" a.k.a. "Kudama;" a.k.a. BIN SIHABUDIN, Abdul Aziz; a.k.a. YUNSHAR, Faiz); DOB 14 Jan 1970; POB Serang, Banten, Indonesia (individual) [SDGT] 09-05-03

SAYADI, Nabil Abdul Salam (a.k.a. ABOU ZEINAB), 69 Rue des Bataves, 1040 Etterbeek, Brussels, Belgium; Vaatjesstraat 29, 2580 Putte, Belgium; DOB 01 Jan 1966; POB Tripoli, Lebanon; National No. 660000 73767 (Belgium); Public Security and Immigration No. 98.805; Passport No. 1091875 (Lebanon) (individual) [SDGT] 01-22-03

SHALABI, Ismail Abdallah Sbaitan, "last known address," Wilhelm-Strasse 45, 59269, Beckum, Germany; DOB 30 Apr 1973; POB Beckum, Germany; nationality Jordanian; possible alt. nationality Palestinian; arrested 23 Apr 2002 (individual) [SDGT] 09-23-03

SHARAABI, Tarek (a.k.a. CHARAABI, Tarek), Viale Bligny n.42, Milano, Italy; DOB 31 Mar 1970; POB Tunisia; Italian Fiscal Code: CHRTRK70C31Z352U (individual) [SDGT] 04-19-02

SHIEB, Ahmed (a.k.a. ALI, Ahmed Mohammed Hamed; a.k.a. ABDUREHMAN, Ahmed Mohammed; a.k.a. ABU FATIMA; a.k.a. ABU ISLAM; a.k.a. ABU KHADIIJAH; a.k.a. AHMED HAMED; a.k.a. Ahmed The Egyptian; a.k.a. AHMED, Ahmed; a.k.a. AL-MASRI, Ahmad; a.k.a. AL-SURIR, Abu Islam; a.k.a. ALI, Ahmed Mohammed; a.k.a. ALI, Hamed; a.k.a. HEMED, Ahmed; a.k.a. SHUAIB), Afghanistan; DOB 1965; POB Egypt; citizen Egypt (individual) [SDGT] 10-12-01

SHIHATA, Thirwat Salah (a.k.a. ABDALLAH, Tarwat Salah; a.k.a. THIRWAT, Salah Shihata; a.k.a. THIRWAT, Shahata); DOB 29 Jun 60; POB Egypt (individual) [SDGT] 09-24-01

SHUAIB (a.k.a. ALI, Ahmed Mohammed Hamed; a.k.a. ABDUREHMAN, Ahmed Mohammed; a.k.a. ABU FATIMA; a.k.a. ABU ISLAM; a.k.a. ABU KHADIIJAH; a.k.a. AHMED HAMED; a.k.a. Ahmed The Egyptian; a.k.a. AHMED, Ahmed; a.k.a. AL-MASRI, Ahmad; a.k.a. AL-SURIR, Abu Islam; a.k.a. ALI, Ahmed Mohammed; a.k.a. ALI, Hamed; a.k.a. HEMED, Ahmed; a.k.a. SHIEB, Ahmed), Afghanistan, DOB 1965; POB Egypt; citizen Egypt (individual) [SDGT] 10-12-01

SHUFAAT, Yazid (a.k.a. BIN SUFAAT, Yazud; a.k.a. SUFAAT, Yazid); DOB 20 Jan 1964; POB Johor, Malaysia; nationality Malaysian; Passport No. A10472263 (Malaysia) (individual) [SDGT] 09-05-03

SIREGAR, Parlin (a.k.a. SIREGAR, Parlindungan; a.k.a. SIREGAR, Saleh Parlindungan); DOB 25 Apr 1957; alt. DOB 25 Apr 1967; POB Indonesia; nationality Indonesian (individual) [SDGT] 09-05-03

SIREGAR, Parlindungan (a.k.a. SIREGAR, Parlin; a.k.a. SIREGAR, Saleh Parlindungan); DOB 25 Apr 1957; alt. DOB 25 Apr 1967; POB Indonesia; nationality Indonesian (individual) [SDGT] 09-05-03

SIREGAR, Saleh Parlindungan (a.k.a. SIREGAR, Parlin; a.k.a. SIREGAR, Parlindungan); DOB 25 Apr 1957; alt. DOB 25 Apr 1967; POB Indonesia; nationality Indonesian (individual) [SDGT] 09-05-03

SISON, Jose Maria (a.k.a. LIWINAG, Armando), The Netherlands; DOB 8 Feb 1938; POB Llocos Sur, Northern Luzon, Philippines (individual) [SDGT] 08-12-02

SLAHI, Mahamedou Ould (a.k.a. ABU HAFS THE MAURITANIAN; a.k.a. AL-SHANQITI, Khalid; a.k.a. AL-WALID, Mafouz Walad; a.k.a. AL-WALID, Mahfouz Ould); DOB 1 Jan 75 (individual) [SDGT] 09-24-01

SUFAAT, Yazid (a.k.a. BIN SUFAAT, Yazud; a.k.a. SHUFAAT, Yazid); DOB 20 Jan 1964; POB Johor, Malaysia; nationality Malaysian; Passport No. A10472263 (Malaysia) (individual) [SDGT] 09-05-03

SUWEIDAN, Sheikh Ahmad Salem (a.k.a. SWEDAN, Sheikh Ahmed Salim; a.k.a. Ahmed the Tall; a.k.a. ALLY, Ahmed; a.k.a. BAHAMAD; a.k.a. BAHAMAD, Sheik; a.k.a. BAHAMADI, Sheikh; a.k.a. SUWEDAN, Sheikh; a.k.a. SWEDAN, Sheikh Ahmed Salem); DOB 9 Apr 1969; alt. DOB 9 Apr 1960; POB Mombasa, Kenya; citizen Kenya (individual) [SDGT] 10-12-01

SWEDAN, Sheikh (a.k.a. SWEDAN, Sheikh Ahmed Salim; a.k.a. Ahmed the Tall; a.k.a. ALLY, Ahmed; a.k.a. BAHAMAD; a.k.a. BAHAMAD, Sheik; a.k.a. BAHAMADI,

Sheikh; a.k.a. SUWEIDAN, Sheikh Ahmad Salem; a.k.a. SWEDAN, Sheikh Ahmed Salem); DOB 9 Apr 1969; alt. DOB 9 Apr 1960; POB Mombasa, Kenya; citizen Kenya (individual) [SDGT] 10-12-01

SWEDAN, Sheikh Ahmed Salem (a.k.a. SWEDAN, Sheikh Ahmed Salim; a.k.a. Ahmed the Tall; a.k.a. ALLY, Ahmed; a.k.a. BAHAMAD; a.k.a. BAHAMAD, Sheik; a.k.a. BAHAMADI, Sheikh; a.k.a. SUWEIDAN, Sheikh Ahmad Salem; a.k.a. SUWEDAN, Sheikh); DOB 9 Apr 1969; alt. DOB 9 Apr 1960; POB Mombasa, Kenya; citizen Kenya (individual) [SDGT] 10-12-01

SWEDAN, Sheikh Ahmed Salim (a.k.a. Ahmed the Tall; a.k.a. ALLY, Ahmed; a.k.a. BAHAMAD; a.k.a. BAHAMAD, Sheik; a.k.a. BAHAMADI, Sheikh; a.k.a. SUWEIDAN, Sheikh Ahmad Salem; a.k.a. SWEDAN, Sheikh; a.k.a. SWEDAN, Sheikh Ahmed Salem); DOB 9 Apr 1969; alt. DOB 9 Apr 1960; POB Mombasa, Kenya; citizen Kenya (individual) [SDGT] 10-12-01

SYAWAL, Muhammad (a.k.a. "Abu Seta;" a.k.a. ABU MUAMAR; a.k.a. "Mahmud;" a.k.a. MOCHTAR, Yasin Mahmud; a.k.a. MUBAROK, Muhamad; a.k.a. SYAWAL, Yassin; a.k.a. YASIN, Abdul Hadi; a.k.a. YASIN, Salim); DOB c. 1972; nationality Indonesian (individual) [SDGT] 09-05-03

SYAWAL, Yassin (a.k.a. "Abu Seta;" a.k.a. ABU MUAMAR; a.k.a. "Mahmud;" a.k.a. MOCHTAR, Yasin Mahmud; a.k.a. MUBAROK, Muhamad; a.k.a. SYAWAL, Muhammad; a.k.a. YASIN, Abdul Hadi; a.k.a. YASIN, Salim); DOB c. 1972; nationality Indonesian (individual) [SDGT] 09-05-03

TAHA, Abdul Rahman S. (a.k.a. YASIN, Abdul Rahman; a.k.a. TAHER, Abdul Rahman S.; a.k.a. YASIN, Abdul Rahman Said; a.k.a. YASIN, Aboud); DOB 10 Apr 1960; POB Bloomington, Indiana U.S.A.; SSN 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 (U.S.A.); Passport No. 27082171 (U.S.A. (issued 21 Jun 1992 in Amman, Jordan)); alt. Passport No. M0887925 (Iraq); citizen U.S.A. (individual) [SDGT] 10-12-01

TAHER, Abdul Rahman S. (a.k.a. YASIN, Abdul Rahman; a.k.a. TAHA, Abdul Rahman S.; a.k.a. YASIN, Abdul Rahman Said; a.k.a. YASIN, Aboud); DOB 10 Apr 1960; POB Bloomington, Indiana U.S.A.; SSN 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 (U.S.A.); Passport No. 27082171 (U.S.A. (issued 21 Jun 1992 in Amman, Jordan)); alt. Passport No. M0887925 (Iraq); citizen U.S.A. (individual) [SDGT] 10-12-01

TAKFIRI, Abu 'Umr (a.k.a. ABU ISMAIL; a.k.a. ABU UMAR, Abu Omar; a.k.a. AL-FILISTINI, Abu Qatada; a.k.a. UMAR, Abu Umar; a.k.a. UTHMAN, Al-Samman; a.k.a. UTHMAN, Omar Mahmoud; a.k.a. UTHMAN, Umar), London, England; DOB 30 Dec 1960; alt. DOB 13 Dec 1960 (individual) [SDGT] 10-12-01

TARIQ (a.k.a. ABU ZUBAYDAH; a.k.a. ABU ZUBAIDA; a.k.a. AL-WAHAB, Abd Al-Hadi; a.k.a. HUSAIN, Zain Al-Abidin Muhahhad; a.k.a. HUSAYN, Zayn al-Abidin Muhammad); DOB 12 Mar 71; POB Riyadh, Saudi Arabia (individual) [SDGT] 09-24-01

TAYSIR (a.k.a. AL-MASRI, Abu Hafs; a.k.a. ABDULLAH, Sheikh Taysir; a.k.a. ABU HAFS; a.k.a. ABU SITTA, Subhi; a.k.a. ATEF, Muhammad; a.k.a. ATIF, Mohamed; a.k.a. ATIF, Muhammad; a.k.a. EL KHABIR, Abu Hafs el Masry); DOB 1951; Alt. DOB 1956; Alt. DOB 1944; POB Alexandria, Egypt (individual) [SDT] [SDGT] 09-24-01

THAER, Mansour; DOB 21 Mar 1974; POB Baghdad, Iraq (individual) [SDGT] 08-29-02

THIRWAT, Salah Shihata (a.k.a. SHIHATA, Thirwat Salah; a.k.a. ABDALLAH, Tarwat Salah; a.k.a. THIRWAT, Shahata); DOB 29 Jun 60; POB Egypt (individual) [SDGT] 09-24-01

THIRWAT, Shahata (a.k.a. SHIHATA, Thirwat Salah; a.k.a. ABDALLAH, Tarwat Salah; a.k.a. THIRWAT, Salah Shihata); DOB 29 Jun 60; POB Egypt (individual) [SDGT] 09-24-01

THOB, Noordin Mohammad (a.k.a. MAT TOP, Noordin; a.k.a. TOP, Noor Din bin Mohamed; a.k.a. TOP, Noordin Mohamed; a.k.a. TOP, Nordin Mohd); DOB 11 Aug 1968; POB Malaysia; nationality Malaysian (individual) [SDGT] 09-05-03

TLILI, Lazhar Ben Mohammed, Via Carlo Porta n.97, Legnano, Italy; DOB 26 Mar 1969; POB Tunis, Tunisia; Italian Fiscal Code: TLLLHR69C26Z352G (individual) [SDGT] 08-29-02

TOP, Noor Din bin Mohamed (a.k.a. MAT TOP, Noordin; a.k.a. THOB, Noordin Mohammad; a.k.a. TOP, Noordin Mohamed; a.k.a. TOP, Nordin Mohd) DOB 11 Aug 1968; POB Malaysia; nationality Malaysian (individual) [SDGT] 09-05-03

TOP, Noordin Mohamed (a.k.a. MAT TOP, Noordin; a.k.a. THOB, Noordin Mohammad; a.k.a. TOP, Noor Din bin Mohamed; a.k.a. TOP, Nordin Mohd); DOB 11 Aug 1968; POB Malaysia; nationality Malaysian (individual) [SDGT] 09-05-03

TOP, Nordin Mohd (a.k.a. MAT TOP, Noordin; a.k.a. THOB, Noordin Mohammad; a.k.a. TOP, Noor Din bin Mohamed; a.k.a. TOP, Noordin Mohamed); DOB 11 Aug 1968; POB Malaysia; nationality Malaysian (individual) [SDGT] 09-05-03

TRABELSI, Chabaane Ben Mohamed, via Cuasso, n. 2, Porto Ceresio Varese, Italy; DOB 1 May 1966; POB Menzel Temine, Tunisia; Italian Fiscal Code: TRBCBN66E01Z352O (individual) [SDGT] 06-23-04

TRABELSI, Mourad (a.k.a. Abou Djarrah), "last known address," Via Geromini 15, Cremona, Italy; DOB 20 May 1969; POB Menzel Temine, Tunisia; nationality Tunisian; arrested 1 Apr 2003 (individual) [SDGT] 11-10-03

TUFAIL, Mohammed (a.k.a. TUFAIL, S.M.; a.k.a. TUFAIL, Sheik Mohammed); DOB 5 May 1930; nationality Pakistani (individual) [SDGT] 12-20-01

TUFAIL, S.M. (a.k.a. TUFAIL, Mohammed; a.k.a. TUFAIL, Sheik Mohammed); DOB 5 May 1930; nationality Pakistani (individual) [SDGT] 12-20-01

TUFAIL, Sheik Mohammed (a.k.a. TUFAIL, Mohammed; a.k.a. TUFAIL, S.M.); DOB 5 May 1930; nationality Pakistani (individual) [SDGT] 12-20-01

UL-HAQ, Dr. Amin (a.k.a. AH HAQ, Dr. Amin; a.k.a. AL-HAQ, Amin; a.k.a. AMIN, Muhammad); DOB 1960; POB Nangahar Province, Afghanistan (individual) [SDGT] 10-12-01

UMAR, Abu Umar (a.k.a. ABU ISMAIL; a.k.a. ABU UMAR, Abu Omar; a.k.a. AL-FILISTINI, Abu Qatada; a.k.a. TAKFIRI, Abu 'Umr; a.k.a. UTHMAN, Al-Samman; a.k.a. UTHMAN, Omar Mahmoud; a.k.a. UTHMAN, Umar), London, England; DOB 30 Dec 1960; DOB 13 Dec 1960 (individual) [SDGT] 10-12-01

URANGA ARTOLA, Kemen, member ETA; DOB 25 May 1969; POB Ondarroa (Vizcaya Province), Spain; D.N.I. 30.627.290 (individual) [SDGT] 02-26-02

UTHMAN, Al-Samman (a.k.a. ABU ISMAIL; a.k.a. ABU UMAR, Abu Omar; a.k.a. AL-FILISTINI, Abu Qatada; a.k.a. TAKFIRI, Abu 'Umr; a.k.a. UMAR, Abu Umar; a.k.a. UTHMAN, Omar Mahmoud; a.k.a. UTHMAN, Umar), London, England; DOB 30 Dec 1960; DOB 13 Dec 1960 (individual) [SDGT] 10-12-01

UTHMAN, Omar Mahmoud (a.k.a. ABU ISMAIL; a.k.a. ABU UMAR, Abu Omar; a.k.a. AL-FILISTINI, Abu Qatada; a.k.a. TAKFIRI, Abu 'Umr; a.k.a. UMAR, Abu Umar; a.k.a. UTHMAN, Al-Samman; a.k.a. UTHMAN, Umar), London, England; DOB 30 Dec 1960; DOB 13 Dec 1960 (individual) [SDGT] 10-12-01

UTHMAN, Umar (a.k.a. ABU ISMAIL; a.k.a. ABU UMAR, Abu Omar; a.k.a. AL-FILISTINI, Abu Qatada; a.k.a. TAKFIRI, Abu 'Umr; a.k.a. UMAR, Abu Umar; a.k.a. UTHMAN, Al-Samman; a.k.a. UTHMAN, Omar Mahmoud), London, England; DOB 30 Dec 1960; DOB 13 Dec 1960 (individual) [SDGT] 10-12-01

VALLEJO FRANCO, Inigo; member ETA; DOB 21 May 1976; POB Bilbao (Vizcaya Province), Spain; D.N.I. 29.036.694 (individual) [SDGT] 11-06-02

VILA MICHELENA, Fermin; member ETA; DOB 12 Mar 1970; POB Irun (Guipuzcoa Province), Spain; D.N.I. 15.254.214 (individual) [SDGT] 02-26-02

VINCK, Patricia (a.k.a. VINCK, Souraya P.), 69 Rue des Bataves, 1040 Etterbeek, Brussels, Belgium; Vaatjesstraat, 29, 2580 Putte, Belgium; DOB 04 Jan 1965; POB Antwerp, Belgium (individual) [SDGT] 01-22-03

VINCK, Souraya P. (a.k.a. VINCK, Patricia), 69 Rue des Bataves, 1040 Etterbeek, Brussels, Belgium; Vaatjesstraat, 29, 2580 Putte, Belgium; DOB 04 Jan 1965; POB Antwerp, Belgium (individual) [SDGT] 01-22-03

WADDANI, Habib, Via unica Borighero n.1, San Donato M.se (MI), Italy; DOB 10 Jun 1970; POB Tunis, Tunisia; Italian Fiscal Code: WDDHBB70H10Z352O (individual) [SDGT] 08-29-02

WADEHYANOY, Mufti Rashid Ahmad (a.k.a. AHMAD, Mufti Rasheed; a.k.a. LADEHYANOY, Mufti Rashid Ahmad; a.k.a. LUDHIANVI, Mufti Rashid Ahmad), Karachi, Pakistan (individual) [SDGT] 10-12-01

WADOOD, Khalid Adbul (a.k.a. OHAMMED, Khalid Shaikh; a.k.a. ALI, Salem; a.k.a. BIN KHALID, Fahd Bin Adballah; a.k.a. HENIN, Ashraf Refaat Nabith); DOB 14 Apr 1965; alt. DOB 1 Mar 1964; POB Kuwait; citizen Kuwait (individual) [SDGT] 10-12-01

WAN MIN, bin Wan Mat (a.k.a. WAN MIN, Wan Mat); DOB 23 Sept 1960; POB Malaysia; nationality Malaysian (individual) [SDGT] 09-05-03

WAN MIN, Wan Mat (a.k.a. WAN MIN, bin Wan Mat); DOB 23 Sept 1960; POB Malaysia; nationality Malaysian (individual) [SDGT] 09-05-03

YACINE DI ANNABA (a.k.a. AHMED NACER, Yacine), Rue Mohamed Khemisti, 6, Annaba, Algeria; Via Genova, 121, Naples, Italy; Vicolo Duchessa, 16, Naples, Italy; DOB 2 Dec 1967; POB Annaba, Algeria (individual) [SDGT] 03-18-04

YANDARBIEV, Zelimkhan Ahmedovich Abdul Muslimovich, formerly at Derzhavina Street 281-59, Grozny, Chechen Republic, Russian Federation; DOB 12 Sep 1952; POB Vydriba, Eastern Kazakhstan; Passport 43 No. 1600453 (Russia); citizen Russian Republic (individual) [SDGT] 08-08-03

YASIN, Abdul Hadi (a.k.a. "Abu Seta;" a.k.a. ABU MUAMAR; a.k.a. "Mahmud;" a.k.a. MOCHTAR, Yasin Mahmud; a.k.a. MUBAROK, Muhamad; a.k.a. SYAWAL, Muhammad; a.k.a. SYAWAL, Yassin; a.k.a. YASIN, Salim); DOB c. 1972; nationality Indonesian (individual) [SDGT] 09-05-03

YASIN, Abdul Rahman (a.k.a. TAHA, Abdul Rahman S.; a.k.a. TAHER, Abdul Rahman S.; a.k.a. YASIN, Abdul Rahman Said; a.k.a. YASIN, Aboud); DOB 10 Apr 1960; POB Bloomington, Indiana U.S.A.; SSN 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 (U.S.A.); Passport No. 27082171 (U.S.A. [issued 21 Jun 1992 in Amman, Jordan]); alt. Passport No. M0887925 (Iraq); citizen U.S.A. (individual) [SDGT] 10-12-01

YASIN, Abdul Rahman Said (a.k.a. YASIN, Abdul Rahman; a.k.a. TAHA, Abdul Rahman S.; a.k.a. TAHER, Abdul Rahman S.; a.k.a. YASIN, Aboud); DOB 10 Apr 1960; POB Bloomington, Indiana U.S.A.; SSN 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 (U.S.A.); Passport No. 27082171 (U.S.A. [issued 21 Jun 1992 in Amman, Jordan]); alt. Passport No. M0887925 (Iraq); citizen U.S.A. (individual) [SDGT] 10-12-01

YASIN, Aboud (a.k.a. YASIN, Abdul Rahman; a.k.a. TAHA, Abdul Rahman S.; a.k.a. TAHER, Abdul Rahman S.; a.k.a. YASIN, Abdul Rahman Said); DOB 10 Apr 1960; POB Bloomington, Indiana U.S.A.; SSN 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 (U.S.A.); Passport No. 27082171 (U.S.A. [issued 21 Jun 1992 in Amman, Jordan]); alt. Passport No. M0887925 (Iraq); citizen U.S.A. (individual) [SDGT] 10-12-01

YASIN, Salim (a.k.a. "Abu Seta;" a.k.a. ABU MUAMAR; a.k.a. "Mahmud;" a.k.a. MOCHTAR, Yasin Mahmud; a.k.a. MUBAROK, Muhamad; a.k.a. SYAWAL, Muhammad;

YASSIN, Sheik Ahmed Ismail, Gaza (Palestinian Authority); DOB 1938; POB Al-Jawrah, al-Majdal District, Gaza (individual) [SDT] also designated as [SDGT] 08-21-03

YOUSSEF, Abou (a.k.a. DERAMCHI, Othman), Via Milanese, 5, 20099 Sesto San Giovanni, Milan, Italy; Piazza Trieste, 11, Mortara, Italy; DOB 7 Jun 1954; POB Tighennif, Algeria; Italian Fiscal Code: DRMTMN54H07Z301T (individual) [SDGT] 03-18-04

YULDASHEV, Takhir (a.k.a. YULDASHEV, Tohir), Uzbekistan (individual) [SDGT] 10-12-01

YULDASHEV, Tohir (a.k.a. YULDASHEV, Takhir), Uzbekistan (individual) [SDGT] 10-12-01

YUNOS, Mukhlis (a.k.a. YUNOS, Muklis; a.k.a. YUNOS, Saifullah Mukhlis); DOB c. 7 Jul 1966; POB Lanao del Sur, Philippines (individual) [SDGT] 09-05-03

YUNOS, Muklis (a.k.a. YUNOS, Mukhlis; a.k.a. YUNOS, Saifullah Mukhlis); DOB c. 7 Jul 1966; POB Lanao del Sur, Philippines (individual) [SDGT] 09-05-03

YUNOS, Saifullah Mukhlis (a.k.a. YUNOS, Mukhlis; a.k.a. YUNOS, Muklis); DOB c. 7 Jul 1966; POB Lanao del Sur, Philippines (individual) [SDGT] 09-05-03

YUNSHAR, Faiz (a.k.a. "Abdul Aziz;" a.k.a. "Abu Omar;" a.k.a. "Fatih;" a.k.a. "Hendri;" a.k.a. "Heri;" a.k.a. "Kudama;" a.k.a. BIN SIHABUDIN, Abdul Aziz; a.k.a. SAMUDRA, Imam); DOB 14 Jan 1970; POB Serang, Banten, Indonesia (individual) [SDGT] 09-05-03

YUSSRR, Abu (a.k.a. FADHIL, Mustafa Mohamed; a.k.a. AL MASRI, Abd Al Wakil; a.k.a. AL-NUBI, Abu; a.k.a. ALI, Hassan; a.k.a. ANIS, Abu; a.k.a. ELBISHY, Moustafa Ali; a.k.a. FADIL, Mustafa Muhamad; a.k.a. FAZUL, Mustafa; a.k.a. HUSSEIN; a.k.a. JIHAD, Abu; a.k.a. KHALID; a.k.a. MAN, Nu; a.k.a. MOHAMMED, Mustafa); DOB 23 Jun 1976; POB Cairo, Egypt; citizen Egypt; alt. citizen Kenya; Kenyan ID No. 12773667; Serial No. 201735161 (individual) [SDGT] 10-12-01

ZAKARIA, Zaini, A-1-8 Pangsapuri Sri Tanjung, Jalan Sky BS2, Bukit Sentosa Rawang, Selangor 48300 West Malaysia; DOB 16 Jun 1967; alt. DOB 16 May 1967; POB Kelantan, Malaysia; Passport No. A11457974 (Malaysia) (individual) [SDGT] 09-05-03

ZARKAOUI, Imed Ben Mekki (a.k.a. "Nadra;" a.k.a. "Zarga"), "last known address," Via Col. Aprosio 588, Vallecrosia (IM), Italy; DOB 15 Jan 1973; POB Tunisi (Tunisia); nationality Tunisian; arrested 30 Sep 2002 (individual) [SDGT] 11-10-03

ZERFAOUI, Ahmad (a.k.a. "Abdalla;" a.k.a. "Abdullah;" a.k.a. "Abu Cholder;" a.k.a. "Abu Khaoula;" a.k.a. "Nuhr;" a.k.a. "Smail"), DOB 15 Jul 1963; POB Chrea, Algeria (individual) [SDGT] 04-30-04

ZIA, Ahmad (a.k.a. ZIA, Mohammad), c/o Ahmed Shah s/o Painda Mohammad al-Karim Set, Peshawar, Pakistan; c/o Alam General Store Shop 17, Awami Market, Peshawar, Pakistan; c/o Zahir Shah s/o Murad Khan Ander Sher, Peshawar, Pakistan (individual) [SDGT] 10-12-01

ZIA, Mohammad (a.k.a. ZIA, Ahmad), c/o Ahmed Shah s/o Painda Mohammad al-Karim Set, Peshawar, Pakistan; c/o Alam General Store Shop 17, Awami Market, Peshawar, Pakistan; c/o Zahir Shah s/o Murad Khan Ander Sher, Peshawar, Pakistan (individual) [SDGT] 10-12-01

ZUBIAGA BRAVO, Manex; member ETA; DOB 14 Aug 1979; POB Getxo (Vizcaya Province), Spain; D.N.I. 16.064.664 (individual) [SDGT] 05-03-02

ZUKIPLI (a.k.a. BIN MARZUKI, Zulkifli; a.k.a. BIN ZUKEPLI, Marzuki; a.k.a. MARZUKI, Zulkepli; a.k.a. MARZUKI, Zulkifli; a.k.a. ZULKIFLI); DOB 3 Jul 1968; POB Malaysia; nationality Malaysian (individual) [SDGT] 09-05-03

ZULKIFLI (a.k.a. BIN MARZUKI, Zulkifli; a.k.a. BIN ZUKEPLI, Marzuki; a.k.a. MARZUKI, Zulkepli; a.k.a. MARZUKI, Zulkifli; a.k.a. ZUKIPLI); DOB 3 Jul 1968; POB Malaysia; nationality Malaysian (individual) [SDGT] 09-05-03

ZULKIFLI, Abdul Hir bin (a.k.a. "Musa Abdul;" a.k.a. HIR, Musa Abdul; a.k.a. HIR, Zulkifli Abdul; a.k.a. HIR, Zulkifli Bin Abdul; a.k.a. ZULKIFLI, Bin Abdul Hir); DOB 5 Jan 1966; alt. DOB 5 Oct 1966; POB Malaysia (individual) [SDGT] 09-05-03

ZULKIFLI, Bin Abdul Hir (a.k.a. "Musa Abdul;" a.k.a. HIR, Musa Abdul; a.k.a. HIR, Zulkifli Abdul; a.k.a. HIR, Zulkifli Bin Abdul; a.k.a. ZULKIFLI, Abdul Hir bin); DOB 5 Jan 1966; alt. DOB 5 Oct 1966; POB Malaysia (individual) [SDGT] 09-05-03

"Abdalarak" (a.k.a. "Abderrezak Le Para;" a.k.a. "Abderrezak Zaimeche;" a.k.a. "Abdul Rasak ammane Abu Haidra;" a.k.a. "Abou Haidara;" a.k.a. AMMARI, Saifi; a.k.a. "El Ourassi;" a.k.a. "El Para"); DOB 1 Jan 1968; POB Kef Rih, Algeria; nationality Algerian (individual) [SDGT] 12-05-03

"Abdalla" (a.k.a. ZERFAOUI, Ahmad; a.k.a. "Abdullah;" a.k.a. "Abu Cholder;" a.k.a. "Abu Khaoula;" a.k.a. "Nuhr;" a.k.a. "Smail"), DOB 15 Jul 1963; POB Chrea, Algeria (individual) [SDGT] 04-30-04

"Abdallah o Abdullah" (a.k.a. RARRBO, Ahmed Hosni); DOB 12 Sep 1974; POB Bologhine, Algeria (individual) [SDGT] 06-06-03

"Abdel Hak" (a.k.a. EL-AICH, Dhou), DOB 5 Aug 1964; POB Debila, Algeria (individual) [SDGT] 04-30-04

"Abdel' Aziz Ben Narvan" (a.k.a. "Ben Narvan Abdel Aziz;" a.k.a. JARRAYA, Khalil; a.k.a. "Khalil Yarraya;" a.k.a. "Amro;" a.k.a. "Omar;" a.k.a. "Amrou;" a.k.a. "Amr"),

Via Bellaria n.10, Bologna, Italy; Via Lazio n.3, Bologna, Italy; DOB 08 Feb 1969; alt. DOB 15 Aug 1970; POB Sfax, Tunisia; alt. POB Sreka, ex-Yugoslavia (individual) [SDGT] 06-06-03

"Abdelhamid Al Kurdi" (a.k.a. HAMMID, Mohammed Tahir), "last known address," Via della Martellina 132, Parma, Italy; DOB 1 Nov 1975; POB Poshok, Iraqi; nationality Iraqi (Kurdish); arrested 31 Mar 2003 (individual) [SDGT] 11-10-03

"Abdellah" (a.k.a. ABDAOUI, Youssef; a.k.a. "Abu Abdullah"; a.k.a. "Abdullah"), Piazza Giovane Italia n.2, Varese, Italy; DOB 04 Jun 1966; POB Kairouan, Tunisia (individual) [SDGT] 06-06-03

"Abdelrahhman" (a.k.a. ESSAADI, Moussa Ben Amor; a.k.a. "Bechir"; a.k.a. "Dah Dah"), Via Milano n.108, Brescia, Italy; DOB 04 Dec 1964; POB Tabarka, Tunisia (individual) [SDGT] 06-06-03

"Abderrahmane" (a.k.a. RIHANI, Lotfi), "last known address," Via Bolgeri 4, Barni (Como), Italy; DOB 1 Jul 1977; POB Tunisi, Tunisia; nationality Tunisian (individual) [SDGT] 11-10-03

"Abderrezak Le Para" (a.k.a. "Abdalarak"; a.k.a. "Abderrezak Zaimeche"; a.k.a. "Abdul Rasak ammane Abu Haidra"; a.k.a. "Abou Haidara"; a.k.a. AMMARI, Saifi; a.k.a. "El Ourassi"; a.k.a. "El Para"); DOB 1 Jan 1968; POB Kef Rih, Algeria; nationality Algerian (individual) [SDGT] 12-05-03

"Abderrezak Zaimeche" (a.k.a. "Abdalarak"; a.k.a. "Abderrezak Le Para"; a.k.a. "Abdul Rasak ammane Abu Haidra"; a.k.a. "Abou Haidara"; a.k.a. AMMARI, Saifi; a.k.a. "El Ourassi"; a.k.a. "El Para"); DOB 1 Jan 1968; POB Kef Rih, Algeria; nationality Algerian (individual) [SDGT] 12-05-03

"Abdul Aziz" (a.k.a. "Abu Omar;" a.k.a. "Fatih;" a.k.a. "Hendri;" a.k.a. "Heri;" a.k.a. "Kudama;" a.k.a. BIN SIHABUDIN, Abdul Aziz; a.k.a. SAMUDRA, Imam; a.k.a. YUNSHAR, Faiz); DOB 14 Jan 1970; POB Serang, Banten, Indonesia (individual) [SDGT] 09-05-03

"Abdul Rasak ammane Abu Haidra" (a.k.a. "Abdalarak;" a.k.a. "Abderrezak Le Para;" a.k.a. "Abderrezak Zaimeche;" a.k.a. "Abou Haidara;" a.k.a. AMMARI, Saifi; a.k.a. "El Ourassi;" a.k.a. "El Para"); DOB 1 Jan 1968; POB Kef Rih, Algeria; nationality Algerian (individual) [SDGT] 12-05-03

"Abdullah" (a.k.a. ABDAOUI, Youssef; a.k.a. "Abu Abdullah"; a.k.a. "Abdellah"), Piazza Giovane Italia n.2, Varese, Italy; DOB 04 Jun 1966; POB Kairouan, Tunisia (individual) [SDGT] 06-06-03

"Abdullah" (a.k.a. ZERFAOUI, Ahmad; a.k.a. "Abdalla;" a.k.a. "Abu Cholder;" a.k.a. "Abu Khaoula;" a.k.a. "Nuhr;" a.k.a. "Smail), DOB 15 Jul 1963; POB Chrea, Algeria (individual) [SDGT] 04-30-04

"Abou Haidara" (a.k.a. "Abdalarak;" a.k.a. "Abderrezak Le Para;" a.k.a. "Abderrezak Zaimeche;" a.k.a. "Abdul Rasak ammane Abu Haidra;" a.k.a. AMMARI, Saifi; a.k.a. "El Ourassi;" a.k.a. "El Para"); DOB 1 Jan 1968; POB Kef Rih, Algeria; nationality Algerian (individual) [SDGT] 12-05-03

"Abou Hamza" (a.k.a. "Abou Hanza;" a.k.a. "Abu Khamza;" a.k.a. "Bilal Kumkal;" a.k.a. "Bilal;" a.k.a. BROUGERE, Jacques; a.k.a. BRUGERE, Jacques; a.k.a. DUMONT, Lionel; a.k.a. "Hamza;" a.k.a. "Koumal;" a.k.a. "Lajonel Dimon"); DOB 21 Jan 1971; alt. DOB 19 Jan 1971; alt. DOB 29 Jan 1975); POB Roubaix, France (individual) [SDGT] 06-06-03

"Abou Hanza" (a.k.a. "Abou Hamza;" a.k.a. "Abu Khamza;" a.k.a. "Bilal Kumkal;" a.k.a. "Bilal;" a.k.a. BROUGERE, Jacques; a.k.a. BRUGERE, Jacques; a.k.a. DUMONT, Lionel; a.k.a. "Hamza;" a.k.a. "Koumal;" a.k.a. "Lajonel Dimon"); DOB 21 Jan 1971; alt. DOB 19 Jan 1971; alt. DOB 29 Jan 1975); POB Roubaix, France (individual) [SDGT] 06-06-03

"Abu Abdullah" (a.k.a. ABDAOUI, Youssef; a.k.a. "Abdellah;" a.k.a. "Abdullah"), Piazza Giovane Italia n.2, Varese, Italy; DOB 04 Jun 1966; POB Kairouan, Tunisia (individual) [SDGT] 06-06-03

"Abu al-Foutouh" (a.k.a. ABDELHAY, al-Sheikh; a.k.a. AHCENE, Cheib; a.k.a. ALLANE, Hacene; a.k.a. "Boulahia;" a.k.a. "Hassan the Old"), DOB 17 Jan 1941; POB El Menea, Algeria (individual) [SDGT] 04-30-04

"Abu Al-Hasan al Madani" (a.k.a. JALADIN, Wa'el Hamza; a.k.a. JALADIN, Wa'il Hamza; a.k.a. JALAIDAN, Wa'el Hamza; a.k.a. JALAIDAN, Wa'il Hamza; a.k.a. JULAIDAN, Wa'el Hamza; a.k.a. JULAIDAN, Wa'il Hamza; a.k.a. JULAYDAN, Wa'el Hamza; a.k.a. JULAYDAN, Wa'il Hamza); DOB 22 Jan 1958; POB Al-Madinah, Saudi Arabia; Passport No. A-992535 (Saudi Arabia) (individual) [SDGT] 09-06-02

"Abu Ali" (a.k.a. ABU DHESS, Mohamed; a.k.a. HASSAN, Yaser), "last known address," Holdenweg 76, 45143, Essen, Germany; DOB 1 Feb 1966; POB Hashmija, Iraqi; nationality possibly Palestinian; arrested 23 Apr 2002 (individual) [SDGT] 09-23-03

"Abu Cholder" (a.k.a. ZERFAOUI, Ahmad; a.k.a. "Abdalla;" a.k.a. "Abdullah;" a.k.a. "Abu Khaoula;" a.k.a. "Nuhr;" a.k.a. "Smail"), DOB 15 Jul 1963; POB Chrea, Algeria (individual) [SDGT] 04-30-04

"Abu Khamza" (a.k.a. "Abou Hamza;" a.k.a. "Abou Hanza;" a.k.a. "Bilal Kumkal;" a.k.a. "Bilal;" a.k.a. BROUGERE, Jacques; a.k.a. BRUGERE, Jacques; a.k.a. DUMONT, Lionel; a.k.a. "Hamza;" a.k.a. "Koumal;" a.k.a. "Lajonel Dimon"); DOB 21 Jan 1971; alt. DOB 19 Jan 1971; alt. DOB 29 Jan 1975); POB Roubaix, France (individual) [SDGT] 06-06-03

"Abu Khaoula" (a.k.a. ZERFAOUI, Ahmad; a.k.a. "Abdalla;" a.k.a. "Abdullah;" a.k.a. "Abu Cholder;" a.k.a. "Nuhr;" a.k.a. "Smail"), DOB 15 Jul 1963; POB Chrea, Algeria (individual) [SDGT] 04-30-04

"Abu Omar" (a.k.a FETHI, Alic; a.k.a. MNASRI, Fethi Ben Rebai; a.k.a. "Amor"), Via Toscana.46, Bologna, Italy; Via di Saliceto n.51/9, Bologna, Italy; DOB 06 Mar 1969; POB Nefza, Tunisia (individual) [SDGT] 06-06-03

"Abu Omar" (a.k.a. "Abdul Aziz;" a.k.a. "Fatih;" a.k.a. "Hendri;" a.k.a. "Heri;" a.k.a. "Kudama;" a.k.a. BIN SIHABUDIN, Abdul Aziz; a.k.a. SAMUDRA, Imam; a.k.a. YUNSHAR, Faiz); DOB 14 Jan 1970; POB Serang, Banten, Indonesia (individual) [SDGT] 09-05-03

"Abu Sa'ad" (a.k.a. "Abu Saad;" a.k.a. "Freedom Fighter;" a.k.a. AL GHOZI, Fathur Rahman; a.k.a. AL GHOZI, Fathur Rohman; a.k.a. AL GHOZI, Fathur Rahman; a.k.a. AL-GHOZI, Fathur Rohman; a.k.a. AL-GOZHI, Fathur Rahman; a.k.a. AL-GOZHI, Fathur Rohman; a.k.a. AL-GOZI, Fathur Rahman; a.k.a. AL-GOZI, Fathur Rohman; a.k.a. ALGHOZI, Fathur Rahman; a.k.a. ALGHOZI, Fathur Rohman; a.k.a. ALI, Randy; a.k.a. ALIH, Randy Adam; a.k.a. ALIH, Randy; a.k.a. AZAD, Rony; a.k.a. BIN AHAD, Rony Azad; a.k.a. BIN AHMAD, Rony Azad; a.k.a. BIN AMAD, Rony Azad; a.k.a. EDRIS, Anwar Rodin; a.k.a. JAMIL, Sammy Sali; a.k.a. JAMIL, Sammy Salih; a.k.a. RANDY, Alih); DOB 17 Feb 1971; POB Madiun, East Java, Indonesia; Passport No. GG 672613 (Philippines); nationality Indonesian (individual) [SDGT] 09-05-03

"Abu Saad" (a.k.a. "Abu Sa'ad;" a.k.a. AL GHOZI, Fathur Rahman; a.k.a. AL GHOZI, Fathur Rohman; a.k.a. AL-GHOZI, Fathur Rahman; a.k.a. AL-GHOZI, Fathur Rohman; a.k.a. AL-GOZHI, Fathur Rahman; a.k.a. AL-GOZHI, Fathur Rohman; a.k.a. AL-GOZI, Fathur Rahman; a.k.a. AL-GOZI, Fathur Rohman; a.k.a. ALGHOZI, Fathur Rahman; a.k.a. ALGHOZI, Fathur Rohman; a.k.a. ALI, Randy; a.k.a. ALIH, Randy; a.k.a. AZAD, Rony; a.k.a. BIN AHAD, Rony Azad; a.k.a. BIN AHMAD, Rony Azad; a.k.a. BIN AMAD, Rony Azad; a.k.a. "Freedom Fighter;" a.k.a. JAMIL, Sammy Sali; a.k.a. JAMIL, Sammy Salih; a.k.a. RANDY, Alih); DOB 17 Feb 1971; POB Madiun, East Java, Indonesia; Passport No. GG 672613 (Philippines); nationality Indonesian (individual) [SDGT] 09-05-03

"Abu Seta" (a.k.a. ABU MUAMAR; a.k.a. "Mahmud;" a.k.a. MOCHTAR, Yasin Mahmud; a.k.a. MUBAROK, Muhamad; a.k.a. SYAWAL, Muhammad; a.k.a. SYAWAL, Yassin; a.k.a. YASIN, Abdul Hadi; a.k.a. YASIN, Salim); DOB c. 1972; nationality Indonesian (individual) [SDGT] 09-05-03

"Abu Thale" (a.k.a. AMDOUNI, Mehrez; a.k.a. FUSCO, Fabio; a.k.a. HASSAN, Mohamed) DOB 18 Dec 1969; POB Tunis, Tunisia (individual) [SDGT] 06-06-03

"Abu-Sumaya" (a.k.a. DURGUTI, Safet); DOB 10 May 1967; POB Orahovac, Kosovo; Passport No. 1144602 (Bosnia-Herzegovina); Bosnian Personal ID No. 1005967953038 (individual) [SDGT] 12-22-03

"Adel" (a.k.a. DJERMANE, Kamel; a.k.a. "Bilal;" a.k.a. "Fodhil"), DOB 1965; POB Oum el Bouaghi, Algeria; nationality Algerian (individual) [SDGT] 04-30-04

"AHMED THE TANZANIAN" (a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. "FOOPIE;" a.k.a. "FUPI;" a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, A.; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. BAKR, Abu; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHABAR, Abu; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 1 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT] 10-12-01

"Al Falistini" (a.k.a. ABDALLAH, Shabdi; a.k.a. ABDELHADI, Emad; a.k.a. "Emad the Palestinian;" a.k.a. "Zidan"), "last known address," George-C-Marshall-Strasse 200, 47 809 Krefeld, Germany; DOB 27 Sep 1976; POB Irbid, Jordan; nationality stateless or possibly Palestinian; arrested 23 Apr 2002 (individual) [SDGT] 09-23-03

"Ali Barkani" (a.k.a. KALED, Belkasam; a.k.a. "Moustafa;" a.k.a. MOUSTFA, Djamel), "last known address," c/o Birgit Melani Schroeder, Kuehlungsborner Strasse 30, 22147 Hamburg, Germany; DOB 22 Aug 1973; alt. DOB 28 Sep 1973; alt. DOB 31 Dec 1979; POB Morocco; alt. POB Tiaret, Algeria; nationality Algerian; arrested 23 Apr 2002; currently in remand at 20355 Hamburg Holstenglacis 3, Germany (individual) [SDGT] 09-23-03

"ALI DI ROMA" (a.k.a. EL HEIT, Ali; a.k.a. KAMEL, Mohamed), Via D. Fringuello, 20, Rome, Italy; Milan; DOB 20 Mar 1970; alt. DOB 30 Jan 1971; POB Rouba, Algeria (individual) [SDGT] 03-18-04

"Amine del Belgio" (a.k.a. "Djaffar;" a.k.a. FETTAR, Rachid), Via degli Apulin.5, Milan, Italy; DOB 16 Apr 1969; POB Boulogin, Algeria (individual) [SDGT] 06-06-03

"Amor" (a.k.a FETHI, Alic; a.k.a. MNASRI, Fethi Ben Rebai; a.k.a. "Abu Omar"), Via Toscana.46, Bologna, Italy; Via di Saliceto n.51/9, Bologna, Italy; DOB 06 Mar 1969; POB Nefza, Tunisia (individual) [SDGT] 06-06-03

"Amr" (a.k.a. JARRAYA, Khalil; a.k.a. "Abdel' Aziz Ben Narvan;" a.k.a. "Ben Narvan Abdel Aziz;" a.k.a. "Khalil Yarraya;" a.k.a. "Amro;" a.k.a. "Omar;" a.k.a. "Amrou"), Via Bellaria n.10, Bologna, Italy; Via Lazio n.3, Bologna, Italy; DOB 08 Feb 1969; alt. DOB 15 Aug 1970; POB Sfax, Tunisia; alt. POB Sreka, ex-Yugoslavia (individual) [SDGT] 06-06-03

"Amro" (a.k.a. JARRAYA, Khalil; a.k.a. "Abdel' Aziz Ben Narvan;" a.k.a. "Ben Narvan Abdel Aziz;" a.k.a. "Khalil Yarraya;" a.k.a. "Omar;" a.k.a. "Amrou;" a.k.a. "Amr"), Via Bellaria n.10, Bologna, Italy; Via Lazio n.3, Bologna, Italy; DOB 08 Feb 1969; alt. DOB 15 Aug 1970; POB Sfax, Tunisia; alt. POB Sreka, ex-Yugoslavia (individual) [SDGT] 06-06-03

"Amrou" (a.k.a. JARRAYA, Khalil; a.k.a. "Abdel' Aziz Ben Narvan;" a.k.a. "Ben Narvan Abdel Aziz;" a.k.a. "Khalil Yarraya;" a.k.a. "Amro;" a.k.a. "Omar;" a.k.a. "Amr"), Via Bellaria n.10, Bologna, Italy; Via Lazio n.3, Bologna, Italy; DOB 08 Feb 1969; alt.

DOB 15 Aug 1970; POB Sfax, Tunisia; alt. POB Sreka, ex-Yugoslavia (individual) [SDGT] 06-06-03

"Bechir" (a.k.a. ESSAADI, Moussa Ben Amor; a.k.a. "Abdelrahmman;" a.k.a. "Dah Dah"), Via Milano n.108, Brescia, Italy; DOB 04 Dec 1964; POB Tabarka, Tunisia (individual) [SDGT] 06-06-03

"Ben Narvan Abdel Aziz" (a.k.a. "Abdel' Aziz Ben Narvan"; a.k.a. JARRAYA, Khalil; a.k.a. "Khalil Yarraya;" a.k.a. "Amro;" a.k.a. "Omar;" a.k.a. "Amrou;" a.k.a. "Amr"), Via Bellaria n.10, Bologna, Italy; Via Lazio n.3, Bologna, Italy; DOB 08 Feb 1969; alt. DOB 15 Aug 1970; POB Sfax, Tunisia; alt. POB Sreka, ex-Yugoslavia (individual) [SDGT] 06-06-03

"Bilal Kumkal" (a.k.a. "Abou Hamza;" a.k.a. "Abou Hanza;" a.k.a. a.k.a "Abu Khamza;" a.k.a. "Bilal;" a.k.a. BROUGERE, Jacques; a.k.a. BRUGERE, Jacques; a.k.a. DUMONT, Lionel; a.k.a. "Hamza;" a.k.a. "Koumal;" a.k.a. "Lajonel Dimon"); DOB 21 Jan 1971; alt. DOB 19 Jan 1971; alt. DOB 29 Jan 1975); POB Roubaix, France (individual) [SDGT] 06-06-03

"Bilal" (a.k.a. "Abou Hamza;" a.k.a. "Abou Hanza;" a.k.a. "Abu Khamza;" a.k.a. "Bilal Kumkal;" a.k.a. BROUGERE, Jacques; a.k.a. BRUGERE, Jacques; a.k.a. DUMONT, Lionel; a.k.a. "Hamza;" a.k.a. "Koumal;" a.k.a. "Lajonel Dimon"); DOB 21 Jan 1971; alt. DOB 19 Jan 1971; alt. DOB 29 Jan 1975); POB Roubaix, France (individual) [SDGT] 06-06-03

"Bilal" (a.k.a. "Adel;" a.k.a. DJERMANE, Kamel; a.k.a. "Fodhil"), DOB 1965; POB Oum el Bouaghi, Algeria; nationality Algerian (individual) [SDGT] 04-30-04

"Boulahia" (a.k.a. ABDELHAY, al-Sheikh; a.k.a. AHCENE, Cheib; a.k.a. ALLANE, Hacene; a.k.a. "Abu al-Foutouh;" a.k.a. "Hassan the Old"), DOB 17 Jan 1941; POB El Menea, Algeria (individual) [SDGT] 04-30-04

"Dah Dah" (a.k.a. ESSAADI, Moussa Ben Amor; a.k.a. "Abdelrahmman;" a.k.a. "Bechir"), Via Milano n.108, Brescia, Italy; DOB 4 Dec 1964; POB Tabarka, Tunisia (individual) [SDGT] 06-06-03

"Djaffar" (a.k.a. "Amine del Belgio;" a.k.a. FETTAR, Rachid), Via degli Apuli n.5, Milan, Italy; DOB 16 Apr 1969; POB Boulogin, Algeria (individual) [SDGT] 06-06-03

"Djallal" (a.k.a. Abou Salman; a.k.a. BEN ABDELHAKIM, Cherif Said; a.k.a. "Youcef"), "last known address," Corso Lodi 59, Milan, Italy; DOB 25 Jan 1970; POB Menzel Temine, Tunisia; nationality Tunisian; arrested 30 Sep 2002 (individual) [SDGT] 11-10-03

"El Ourassi" (a.k.a. "Abdalarak;" a.k.a. "Abderrezak Le Para;" a.k.a. "Abderrezak Zaimeche;" a.k.a. "Abdul Rasak ammane Abu Haidra;" a.k.a. "Abou Haidara;" a.k.a. AMMARI, Saifi; a.k.a. "El Para"); DOB 1 Jan 1968; POB Kef Rih, Algeria; nationality Algerian (individual) [SDGT] 12-05-03

"El Para" (a.k.a. "Abdalarak;" a.k.a. "Abderrezak Le Para;" a.k.a. "Abderrezak Zaimeche;" a.k.a. "Abdul Rasak ammane Abu Haidra;" a.k.a. "Abou Haidara;" a.k.a. AMMARI, Saifi; a.k.a. "El Ourassi"); DOB 1 Jan 1968; POB Kef Rih, Algeria; nationality Algerian (individual) [SDGT] 12-05-03

"Elias" (a.k.a. AKLI, Mohamed Amine; a.k.a. "Kali Sami;" a.k.a. "Killech Shamir") DOB 30 Mar 1972; POB Abordj El Kiffani, Algeria (individual) [SDGT] 06-06-03

"Emad the Palestinian" (a.k.a. ABDALLAH, Shabdi; a.k.a. ABDELHADI, Emad; a.k.a. "Al Falistini;" a.k.a. "Zidan"), "last known address," George-C-Marshall-Strasse 200, 47 809 Krefeld, Germany; DOB 27 Sep 1976; POB Irbid, Jordan; nationality stateless or possibly Palestinian; arrested 23 Apr 2002 (individual) [SDGT] 09-23-03

"Fatih" (a.k.a. "Abdul Aziz;" a.k.a. "Abu Omar;" a.k.a. "Hendri;" a.k.a. "Heri;" a.k.a. "Kudama;" a.k.a. BIN SIHABUDIN, Abdul Aziz; a.k.a. SAMUDRA, Imam; a.k.a. YUNSHAR, Faiz); DOB 14 Jan 1970; POB Serang, Banten, Indonesia (individual) [SDGT] 09-05-03

"Fodhil" (a.k.a. DJERMANE, Kamel; a.k.a. "Adel;" a.k.a. "Bilal"), DOB 1965; POB Oum el Bouaghi, Algeria; nationality Algerian (individual) [SDGT] 04-30-04

"FOOPIE" (a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. "AHMED THE TANZANIAN;" a.k.a. "FUPI;" a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, A.; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a. ALI, Ahmed Khalfan; a.k.a. BAKR, Abu; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHABAR, Abu; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 1 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT] 10-12-01

"Freedom Fighter" (a.k.a. "Abu Sa'ad;" a.k.a. "Abu Saad;" a.k.a. AL GHOZI, Fathur Rahman; a.k.a. AL-GHOZI, Fathur Rohman; a.k.a. AL-GHOZI, Fathur Rahman; a.k.a. AL-GHOZI, Fathur Rohman; a.k.a. AL-GOZHI, Fathur Rahman; a.k.a. AL-GOZHI, Fathur Rohman; a.k.a. AL-GOZI, Fathur Rahman; a.k.a. AL-GOZI, Fathur Rohman; a.k.a. ALGHOZI, Fathur Rahman; a.k.a. ALGOZI, Fathur Rohman; a.k.a. ALI, Randy; a.k.a. ALIH, Randy; a.k.a. ALIH, Randy Adam; a.k.a. AZAD, Rony; a.k.a. BIN AHAD, Rony Azad; a.k.a. BIN AHMAD, Rony Azad; a.k.a. BIN AMAD, Rony Azad; a.k.a. EDRIS, Anwar Rodin; a.k.a. JAMIL, Sammy Sali; a.k.a. JAMIL, Sammy Salih; a.k.a. RANDY, Alih); DOB 17 Feb 1971; POB Madiun, East Java, Indonesia; Passport No. GG 672613 (Philippines); nationality Indonesian (individual) [SDGT] 09-05-03

"FUPI" (a.k.a. GHAILANI, Ahmed Khalfan; a.k.a. "AHMED THE TANZANIAN;" a.k.a. "FOOPIE;" a.k.a. AHMAD, Abu Bakr; a.k.a. AHMED, A.; a.k.a. AHMED, Abubakar; a.k.a. AHMED, Abubakar K.; a.k.a. AHMED, Abubakar Khalfan; a.k.a. AHMED, Abubakary K.; a.k.a. AHMED, Ahmed Khalfan; a.k.a. AL TANZANI, Ahmad; a.k.a.

ALI, Ahmed Khalfan; a.k.a. BAKR, Abu; a.k.a. GHAILANI, Abubakary Khalfan Ahmed; a.k.a. GHAILANI, Ahmed; a.k.a. GHILANI, Ahmad Khalafan; a.k.a. HUSSEIN, Mahafudh Abubakar Ahmed Abdallah; a.k.a. KHABAR, Abu; a.k.a. KHALFAN, Ahmed; a.k.a. MOHAMMED, Shariff Omar); DOB 14 Mar 1974; alt. DOB 13 Apr 1974; alt. DOB 14 Apr 1974; alt. DOB 1 Aug 1970; POB Zanzibar, Tanzania; citizen Tanzania (individual) [SDGT] 10-12-01

"GIUSEPPE" (a.k.a. ABBES, Youcef), Via Padova 82, Milan, Italy; Via Manzoni, 33, Cinisello Balsamo, Milan, Italy; DOB 5 Jan 1965; POB Bab El Aoued, Algeria (individual) [SDGT] 03-18-04

"Hamza Al Libi" (a.k.a. AL SAADI, Faraj Farj Hassan; a.k.a. Imad Mouhamed Abdallah; a.k.a. Mohammed Abdulla Imad; a.k.a. Muhamad Abdullah Imad), "last known address," Viale Bligny 42, Milan, Italy; DOB 28 Nov 1980; POB Libya; alt. POB Gaza; alt. POB Jordan; alt. POB Palestine; nationality Libyan; alt. nationality Palestinian; alt. nationality Jordanian; arrested United Kingdom (individual) [SDGT] 11-10-03

"Hamza" (a.k.a. "Abou Hamza;" a.k.a. "Abou Hanza;" a.k.a. "Abu Khamza;" a.k.a. "Bilal Kumkal;" a.k.a. "Bilal;" a.k.a. BROUGERE, Jacques; a.k.a. BRUGERE, Jacques; a.k.a. DUMONT, Lionel; a.k.a. "Koumal;" a.k.a. "Lajonel Dimon"); DOB 21 Jan 1971; alt. DOB 19 Jan 1971; alt. DOB 29 Jan 1975); POB Roubaix, France (individual) [SDGT] 06-06-03

"Hamza" (a.k.a. BAAZAOUI, Mondher), Via di Saliceto n.51/9, Bologna, Italy; DOB 18 Mar 1967; POB Kairouan, Tunisia (individual) [SDGT] 06-06-03

"Hassan the Old" (a.k.a. ABDELHAY, al-Sheikh; a.k.a. AHCENE, Cheib; a.k.a. ALLANE, Hacene; a.k.a. "Abu al-Foutouh;" a.k.a. "Boulahia"), DOB 17 Jan 1941; POB El Menea, Algeria (individual) [SDGT] 04-30-04

"HELPERS OF ISLAM" (a.k.a. ANSAR AL-ISLAM; a.k.a. ANSAR AL-SUNNA; a.k.a. ANSAR AL-SUNNA ARMY; a.k.a. "DEVOTEES OF ISLAM;" a.k.a. "FOLLOWERS OF ISLAM IN KURDISTAN;" a.k.a. JAISH ANSAR AL-SUNNA; a.k.a. JUND AL-ISLAM; a.k.a. "KURDISTAN SUPPORTERS OF ISLAM;" a.k.a. "KURDISH TALIBAN;" a.k.a. "PARTISANS OF ISLAM;" a.k.a. "SOLDIERS OF GOD;" a.k.a. "SOLDIERS OF ISLAM;" a.k.a. "SUPPORTERS OF ISLAM IN KURDISTAN"), Iraq originally listed as [SDGT] on 02-20-03; new entry and also listed as [FTO] on 03-22-04

"Hendri" (a.k.a. "Abdul Aziz;" a.k.a. "Abu Omar;" a.k.a. "Fatih;" a.k.a. "Heri;" a.k.a. "Kudama;" a.k.a. BIN SIHABUDIN, Abdul Aziz; a.k.a. SAMUDRA, Imam; a.k.a. YUNSHAR, Faiz); DOB 14 Jan 1970; POB Serang, Banten, Indonesia (individual) [SDGT] 09-05-03

"Heri" (a.k.a. "Abdul Aziz;" a.k.a. "Abu Omar;" a.k.a. "Fatih;" a.k.a. "Hendri;" a.k.a. "Kudama;" a.k.a. BIN SIHABUDIN, Abdul Aziz; a.k.a. SAMUDRA, Imam; a.k.a. YUNSHAR, Faiz); DOB 14 Jan 1970; POB Serang, Banten, Indonesia (individual) [SDGT] 09-05-03

"Hichem Abu Hchem" (a.k.a. AYARI, Chiheb Ben Mohamed), Via di Saliceto n.51/9, Bologna, Italy; DOB 19 Dec 1965; POB Tunis, Tunisia (individual) [SDGT] 06-06-03

"Hitem" (a.k.a. SALEH, Nedal), Via Milano n.105, Casal di Principe (Caserta), Italy; Via di Saliceto n.51/9, Bologna, Italy; DOB 01 Mar 1970; POB Taiz, Yemen (individual) [SDGT] 06-06-03

"Kali Sami" (a.k.a. AKLI, Mohamed Amine; a.k.a. "Elias;" a.k.a. "Killech Shamir") DOB 30 Mar 1972; POB Abordj El Kiffani, Algeria (individual) [SDGT] 06-06-03

"Kamel" (a.k.a. HAMRAOUI, Kamel Ben Mouldi; a.k.a. "Kimo"), "last known address," Via Bertesi 27, Cremona, Italy; DOB 21 Oct 1977; POB Beja, Tunisia; nationality Tunisian; arrested 1 Apr 2003 (individual) [SDGT] 11-10-03

"Khairuddin" (a.k.a. "Soliman;" a.k.a. ABAS, Mohamad Nasir; a.k.a. ABAS, Nasir; a.k.a. BIN ABAS, Mohammed Nasir; a.k.a. BIN ABAS, Sulaiman); DOB 6 May 1969; nationality Malaysian (individual) [SDGT] 09-05-03

"Khalil Yarraya" (a.k.a. "Abdel' Aziz Ben Narvan;" a.k.a. "Ben Narvan Abdel Aziz;" a.k.a. JARRAYA, Khalil; a.k.a. "Amro;" a.k.a. "Omar;" a.k.a. "Amrou;" a.k.a. "Amr"), Via Bellaria n.10, Bologna, Italy; Via Lazio n.3, Bologna, Italy; DOB 08 Feb 1969; alt. DOB 15 Aug 1970; POB Sfax, Tunisia; alt. POB Sreka, ex-Yugoslavia (individual) [SDGT] 06-06-03

"Killech Shamir" (a.k.a. AKLI, Mohamed Amine; a.k.a. "Elias;" a.k.a. "Kali Sami") DOB 30 Mar 1972; POB Abordj El Kiffani, Algeria (individual) [SDGT] 06-06-03

"Kimo" (a.k.a. HAMRAOUI, Kamel Ben Mouldi; a.k.a. "Kamel"), "last known address," Via Bertesi 27, Cremona, Italy; DOB 21 Oct 1977; POB Beja, Tunisia; nationality Tunisian; arrested 1 Apr 2003 (individual) [SDGT] 11-10-03

"Koumal" (a.k.a. "Abou Hamza;" a.k.a. "Abou Hanza;" a.k.a. "Abu Khamza;" a.k.a. "Bilal Kumkal;" a.k.a. "Bilal;" a.k.a. BROUGERE, Jacques; a.k.a. BRUGERE, Jacques; a.k.a. DUMONT, Lionel; a.k.a. "Hamza;" a.k.a. "Lajonel Dimon"); DOB 21 Jan 1971; alt. DOB 19 Jan 1971; alt. DOB 29 Jan 1975); POB Roubaix, France (individual) [SDGT] 06-06-03

"Kudama" (a.k.a. "Abdul Aziz;" a.k.a. "Abu Omar;" a.k.a. "Fatih;" a.k.a. "Hendri;" a.k.a. "Heri;" a.k.a. BIN SIHABUDIN, Abdul Aziz; a.k.a. SAMUDRA, Imam; a.k.a. YUNSHAR, Faiz); DOB 14 Jan 1970; POB Serang, Banten, Indonesia (individual) [SDGT] 09-05-03

"Lajonel Dimon" (a.k.a. "Abou Hamza;" a.k.a. "Abou Hanza;" a.k.a. "Abu Khamza;" a.k.a. "Bilal Kumkal;" a.k.a. "Bilal;" a.k.a. BROUGERE, Jacques; a.k.a. BRUGERE, Jacques; a.k.a. DUMONT, Lionel; a.k.a. "Hamza;" a.k.a. "Koumal"); DOB 21 Jan 1971; alt. DOB 19 Jan 1971; alt. DOB 29 Jan 1975); POB Roubaix, France (individual) [SDGT] 06-06-03

"Lazhar" (a.k.a. ROUINE, Lazher Ben Khalifa Ben Ahmed; a.k.a. "Salmane"), "last known address," Vicolo San Giovanni, Rimini, Italy; DOB 20 Nov 1975; POB Sfax, Tunisia; nationality Tunisian; arrested 30 Sep 2002 (individual) [SDGT] 11-10-03

"Mahmud" (a.k.a. "Abu Seta;" a.k.a. ABU MUAMAR; a.k.a. MOCHTAR, Yasin Mahmud; a.k.a. MUBAROK, Muhamad; a.k.a. SYAWAL, Muhammad; a.k.a. SYAWAL, Yassin; a.k.a. YASIN, Abdul Hadi; a.k.a. YASIN, Salim); DOB c. 1972; nationality Indonesian (individual) [SDGT] 09-05-03

"Mera'l" (a.k.a. EL AYASHI, Radi Abd El Samie Abou El Yazid), "last known address," Via Cilea 40, Milan, Italy; DOB 2 Jan 1972; POB El Gharbia, Egypt; nationality Egyptian; arrested 31 Mar 2003 (individual) [SDGT] 11-10-03

"MOUHANAD" (a.k.a. 'ABD AL-KARIM; a.k.a. ABU AL-MU'TAZ; a.k.a. AL-HABIB; a.k.a. AL-KHALAYLAH, Ahmad Fadil Nazzal; a.k.a. AL-MUHAJIR; a.k.a. AL-ZARQAWI, Abu Mus'Ab; a.k.a. GHARIB; a.k.a. KHALAILAH, Ahmed Fadeel; a.k.a. KHALAYLEH, Fedel Nazzel; a.k.a. "MOUHANNAD;" a.k.a. "MUHANNAD;" a.k.a. "RASHID"); DOB 20 Oct 1966; POB Zarqa, Jordan; Passport No. Z264968 (Jordan); citizen Jordan; National No. 9661031030 (Jordan) (individual) [SDGT] 09-23-03

"MOUHANNAD" (a.k.a. 'ABD AL-KARIM; a.k.a. ABU AL-MU'TAZ; a.k.a. AL-HABIB; a.k.a. AL-KHALAYLAH, Ahmad Fadil Nazzal; a.k.a. AL-MUHAJIR; a.k.a. AL-ZARQAWI, Abu Mus'Ab; a.k.a. GHARIB; a.k.a. KHALAILAH, Ahmed Fadeel; a.k.a. KHALAYLEH, Fedel Nazzel; a.k.a. "MOUHANAD;" a.k.a. "MUHANNAD;" a.k.a. "RASHID"); DOB 20 Oct 1966; POB Zarqa, Jordan; Passport No. Z264968 (Jordan); citizen Jordan; National No. 9661031030 (Jordan) (individual) [SDGT] 09-23-03

"MOURAD" (a.k.a. ABD AL HAFIZ, Abd Al Wahab; a.k.a. FERDJANI, Mouloud; a.k.a. "RABAH DI ROMA"), Via Lungotevere Dante, Rome, Italy; DOB 7 Sept 1967; POB Algiers, Algeria (individual) [SDGT] 03-18-04

"Moustafa" (a.k.a. "Ali Barkani;" a.k.a. KALED, Belkasam; a.k.a. MOUSTFA, Djamel); "last known address," c/o Birgit Melani Schroeder, Kuehlungsborner Strasse 30, 22147 Hamburg, Germany; DOB 28 Sep 1973; alt. DOB 31 Dec 1979; alt. DOB 22 Aug 1973; POB Tiaret, Algeria; alt. POB Morocco; nationality Algerian; arrested 23 Apr 2002; currently in remand at 20355 Hamburg Holstenglacis 3, Germany (individual) [SDGT] 09-23-03

"MUHANNAD" (a.k.a. 'ABD AL-KARIM; a.k.a. ABU AL-MU'TAZ; a.k.a. AL-HABIB; a.k.a. AL-KHALAYLAH, Ahmad Fadil Nazzal; a.k.a. AL-MUHAJIR; a.k.a. AL-ZARQAWI, Abu Mus'Ab; a.k.a. GHARIB; a.k.a. KHALAILAH, Ahmed Fadeel; a.k.a. KHALAYLEH, Fedel Nazzel; a.k.a. "MOUHANAD;" a.k.a. "MOUHANNAD;" a.k.a. "RASHID"); DOB 20 Oct 1966; POB Zarqa, Jordan; Passport No. Z264968 (Jordan); citizen Jordan; National No. 9661031030 (Jordan) (individual) [SDGT] 09-23-03

"Musa Abdul" (a.k.a. HIR, Musa Abdul; a.k.a. HIR, Zulkifli Abdul; a.k.a. HIR, Zulkifli Bin Abdul; a.k.a. ZULKIFLI, Abdul Hir bin; a.k.a. ZULKIFLI, Bin Abdul Hir); DOB 5 Jan 1966; alt. DOB 5 Oct 1966; POB Malaysia (individual) [SDGT] 09-05-03

"Nadra" (a.k.a. "Zarga;" a.k.a. ZARKAOUI, Imed Ben Mekki), "last known address," Via Col. Aprosio 588, Vallecrosia (IM), Italy; DOB 15 Jan 1973; POB Tunisi (Tunisia); nationality Tunisian; arrested 30 Sep 2002 (individual) [SDGT] 11-10-03

"Noor" (a.k.a. AL-DAGMA, Aschraf), "last known address," Clemens-August Strasse 10, Kolpinghaus 59269 Beckum, Germany; Leipziger Strasse 64, 04600 Altenburg, Germany; DOB 28 Apr 1969; POB Abasan, Gaza Strip; nationality possibly Palestinian; arrested 23 Apr 2002 (individual) [SDGT] 09-23-03

"Nuhr" (a.k.a. ZERFAOUI, Ahmad; a.k.a. "Abdalla;" a.k.a. "Abdullah;" a.k.a. "Abu Cholder;" a.k.a. "Abu Khaoula;" a.k.a. "Smail"), DOB 15 Jul 1963; POB Chrea, Algeria (individual) [SDGT] 04-30-04

"Omar" (a.k.a. JARRAYA, Khalil; a.k.a. "Abdel' Aziz Ben Narvan;" a.k.a. "Ben Narvan Abdel Aziz;" a.k.a. "Khalil Yarraya;" a.k.a. "Amro;" a.k.a. "Amrou;" a.k.a. "Amr"), Via Bellaria n.10, Bologna, Italy; Via Lazio n.3, Bologna, Italy; DOB 08 Feb 1969; alt. DOB 15 Aug 1970; POB Sfax, Tunisia; alt. POB Sreka, ex-Yugoslavia (individual) [SDGT] 06-06-03

"RABAH DI ROMA" (a.k.a. ABD AL HAFIZ, Abd Al Wahab; a.k.a. FERDJANI, Mouloud; a.k.a. "MOURAD"), Via Lungotevere Dante, Rome, Italy; DOB 7 Sept 1967; POB Algiers, Algeria (individual) [SDGT] 03-18-04

"RASHID" (a.k.a. 'ABD AL-KARIM; a.k.a. ABU AL-MU'TAZ; a.k.a. AL-HABIB; a.k.a. AL-KHALAYLAH, Ahmad Fadil Nazzal; a.k.a. AL-MUHAJIR; a.k.a. AL-ZARQAWI, Abu Mus'Ab; a.k.a. GHARIB; a.k.a. KHALAILAH, Ahmed Fadeel; a.k.a. KHALAYLEH, Fedel Nazzel; a.k.a. "MOUHANAD;" a.k.a. "MOUHANNAD;" a.k.a. "MUHANNAD"); DOB 20 Oct 1966; POB Zarqa, Jordan; Passport No. Z264968 (Jordan); citizen Jordan; National No. 9661031030 (Jordan) (individual) [SDGT] 09-23-03

"Said" (a.k.a. JENDOUBI, Faouzi; a.k.a. "Samir") Via Agucchi n.250, Bologna, Italy; Via di Saliceto n.51/9, Bologna, Italy; DOB 30 Jan 1966; POB Beja, Tunisia (individual) [SDGT] 06-06-03

"Salmane" (a.k.a. "Lazhar;" a.k.a. ROUINE, Lazher Ben Khalifa Ben Ahmed), "last known address," Vicolo San Giovanni, Rimini, Italy; DOB 20 Nov 1975; POB Sfax, Tunisia; nationality Tunisian; arrested 30 Sep 2002 (individual) [SDGT] 11-10-03

"Samir" (a.k.a. JENDOUBI, Faouzi; a.k.a. "Said") Via Agucchi n.250, Bologna, Italy; Via di Saliceto n.51/9, Bologna, Italy; DOB 30 Jan 1966; POB Beja, Tunisia (individual) [SDGT] 06-06-03

"Smail" (a.k.a. ZERFAOUI, Ahmad; a.k.a. "Abdalla;" a.k.a. "Abdullah;" a.k.a. "Abu Cholder;" a.k.a. "Abu Khaoula;" a.k.a. "Nuhr"), DOB 15 Jul 1963; POB Chrea, Algeria (individual) [SDGT] 04-30-04

"Sofwan" (a.k.a. AL MUKHLAS, Ali Gufron; a.k.a. GHUFRON, Ali; a.k.a. GUFRON,

Ali; a.k.a. HAQ, Huda bin Abdul; a.k.a. Muchlas; a.k.a. Mukhlas; a.k.a. Muklas); DOB 9 Feb 1960; alt. DOB 2 Feb 1960; POB Solokuro subdistrict, Lamongan district, East Java province, Indonesia; nationality Indonesian (individual) [SDGT] 09-05-03

"Soliman" (a.k.a. "Khairuddin;" a.k.a. ABAS, Mohamad Nasir; a.k.a. ABAS, Nasir; a.k.a. BIN ABAS, Mohammed Nasir; a.k.a. BIN ABAS, Sulaiman); DOB 6 May 1969; nationality Malaysian (individual) [SDGT] 09-05-03

"Yarraya" (a.k.a. JARRAYA, Mounir Ben Habib), Via Mirasole n.11, Bologna, Italy; Via Ariosto n.8, Casalecchio di Reno (Bologna), Italy; DOB 25 Oct 1963; POB Sfax, Tunisia (individual) [SDGT] 06-06-03

"Youcef" (a.k.a. Abou Salman; a.k.a. BEN ABDELHAKIM, Cherif Said; a.k.a. "Djallal"), "last known address," Corso Lodi 59, Milan, Italy; DOB 25 Jan 1970; POB Menzel Temine, Tunisia; nationality Tunisian; arrested 30 Sep 2002 (individual) [SDGT] 11-10-03

"Zarga" (a.k.a. "Nadra;" a.k.a. ZARKAOUI, Imed Ben Mekki), "last known address," Via Col. Aprosio 588, Vallecrosia (IM), Italy; DOB 15 Jan 1973; POB Tunisi (Tunisia); nationality Tunisian; arrested 30 Sep 2002 (individual) [SDGT] 11-10-03

"Zidan" (a.k.a. ABDALLAH, Shabdi; a.k.a. ABDELHADI, Emad; a.k.a. "Al Falistini;" a.k.a. "Emad the Palestinian"), "last known address," George-C-Marshall-Strasse 200, 47 809 Krefeld, Germany; DOB 27 Sep 1976; POB Irbid, Jordan; nationality stateless or possibly Palestinian; arrested 23 Apr 2002 (individual) [SDGT] 09-23-03

## TERRORISM SANCTIONS REGULATIONS

On January 23, 1995, pursuant to the International Emergency Economic Powers Act, 50 U.S.C. 1701-06 ("IEEPA"), President Clinton signed Executive Order 12947, "Prohibiting Transactions with Terrorists Who Threaten to Disrupt the Middle East Peace Process." The Order blocked all property subject to U.S. jurisdiction in which there is any interest of 12 Middle East terrorist organizations included in an Annex to the Order. On August 20, 1998, the President signed Executive Order 13099 to amend Executive Order 12947, adding additional names. Executive Order 12947 blocks the property and interests in property of persons designated by the Secretary of State, in coordination with the Secretary of the Treasury and the Attorney General, who are found (1) to have committed or to pose a significant risk of disrupting the Middle East peace process, or (2) to assist in, sponsor or provide financial, material, or technological support for, or services in support of, such acts of violence. The Order further blocks all property and interests in property subject to U.S. jurisdiction in which there is any interest of persons determined by the Secretary of the Treasury, in coordination with the Secretary of State and the Attorney General, to be owned or controlled by, or to act for or on behalf of any other person designated pursuant to the Order (collectively "Specially Designated Terrorists" or "SDTs"), designated by an "[SDT]" on OFAC's SDN list. The Order prohibits any transaction or dealing by a United States person or within the United States in property or interests in property of SDTs, including the making or receiving of any contribution of funds, goods, or services to or for the benefit of such persons.

Blockings must be reported within 10 days by fax to OFAC's Compliance Programs Division at 202/622-2426. Blocked accounts must be interest-bearing, at rates similar to those currently offered other depositors on deposits of comparable size and maturity. Maturities on blocked accounts may not exceed 90 days. Debits to blocked customer accounts are prohibited, although credits are authorized.

Corporate criminal penalties for violations of IEEPA range up to $500,000; individual penalties range up to $250,000 and/or 10 years in jail. Civil penalties of up to $11,000 may also be imposed administratively.

## TERRORISM LIST GOVERNMENTS SANCTIONS REGULATIONS

On April 24, 1996, President Clinton signed into law the Antiterrorism and Effective Death Penalty Act of 1996, Public Law 104-132, 110 Stat. 1214-1319. Section 321 of the Act makes it a criminal offense for U.S. persons, except as provided in regulations issued by the Secretary of the Treasury in consultation with the Secretary of State, to engage in financial transactions with the governments of countries designated

under section 6(j) of the Export Administration Act of 1979, 50 U.S.C. App. 2405, as supporting international terrorism. U.S. persons who engage in such transactions are subject to criminal penalties under title 18, United States Code. In implementation of section 321, the Treasury Department has issued the Terrorism List Governments Sanctions Regulations.

The countries currently designated under section 6(j) of the Export Administration Act are Cuba, Iran, Iraq, Libya, North Korea, Sudan, and Syria. The provisions of existing OFAC regulations governing Cuba, Iran, Iraq, Libya, North Korea, and Sudan continue in effect with the added authority of section 321. Financial transactions of U.S. persons with the governments of those six countries are governed by the separate parts of Title 31 Chapter V of the U.S. Code of Federal Regulations imposing economic sanctions on those countries and information about those programs is available in separate OFAC brochures.

Regarding the governments of countries designated under section 6(j) that are not otherwise subject to economic sanctions administered by OFAC, at present the government of Syria, the Terrorism List Governments Sanctions Regulations prohibit U.S. persons from receiving unlicensed donations and from engaging in financial transactions with respect to which the U.S. person knows or has reasonable cause to believe that the financial transaction poses a risk of furthering terrorist acts in the United States. Banks located in the United States and U.S. banks located offshore must reject transfers in the form of gifts or charitable contributions from the government of Syria, or from entities owned or controlled by the government of Syria, unless the bank knows or has reasonable cause to believe that the transaction poses a risk of furthering terrorism in the United States, in which case the funds must be retained by the bank. Banks should immediately notify OFAC Compliance about any retained items. Reject items must be reported within 10 business days of rejection. For the purposes of this program only, a financial transaction not originated by the government of Syria (including its central bank and government owned-or-controlled banks acting for their own accounts), but transferred to the United States *through* one of those banks, is not considered to be a prohibited financial transaction with the government of Syria.

## FOREIGN TERRORIST ORGANIZATIONS SANCTIONS REGULATIONS

Section 302 of the Antiterrorism and Effective Death Penalty Act of 1996 also authorizes the Secretary of State to designate organizations as "Foreign Terrorist Organizations" ("FTOs"). The Act makes it a criminal offense for U.S. persons to provide material support or resources to FTOs and requires financial institutions to block all funds in which FTOs or their agents have an interest. The term "financial institutions" comes from 31 U.S.C. 5312(a)(2) and is defined very broadly. Among the types of businesses covered by Treasury's Foreign Terrorist Organizations Sanctions Regulations, which implement Sections 302 and 303 of the Act, are banks, securities and commodities broker/dealers, investment companies, currency exchanges, issuers, redeemers, and cashiers of traveler's checks, checks, money orders, or similar instruments, credit card system operators, insurance companies, dealers in precious metals, stones or jewels, pawnbrokers, loan and finance companies, travel agencies, licensed money transmitters, telegraph companies, businesses engaged in vehicle sales, including automobile, airplane or boat sales, persons involved in real estate closings or settlements, and casinos. Such "financial institutions" must notify OFAC Compliance about any blocked funds within ten days of blocking. The Act provides for civil penalties to be assessed against financial institutions for failing to block or report the blocking of FTO funds in an amount equal to $50,000 per violation or twice the amount which ought to have been blocked or reported, whichever is greater. Foreign Terrorist Organizations and their agents are identified by an "[FTO]" on OFAC's SDN list.

## Other Named Terrorist Entities

DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE (a.k.a. DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE - HAWATMEH FACTION; a.k.a. DFLP; a.k.a. RED STAR FORCES; a.k.a. RED STAR BATTALIONS) [SDT]

DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE - HAWATMEH FACTION (a.k.a. DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE; a.k.a. DFLP; a.k.a. RED STAR FORCES; a.k.a. RED STAR BATTALIONS) [SDT]

DFLP (a.k.a. DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE; a.k.a. DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE - HAWATMEH FACTION; a.k.a. RED STAR FORCES; a.k.a. RED STAR BATTALIONS) [SDT]

RED STAR BATTALIONS (a.k.a. DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE; a.k.a. DFLP; a.k.a. RED STAR FORCES; a.k.a. DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE - HAWATMEH FACTION) [SDT]

RED STAR FORCES (a.k.a. DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE; a.k.a. DFLP; a.k.a. DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE - HAWATMEH FACTION; a.k.a. RED STAR BATTALIONS) [SDT]

## Other Named Individuals

'ABD-AL-'IZ (a.k.a. ABD-AL-WAHAB, Abd-al-Hai Ahmad; a.k.a. ABU YASIR; a.k.a. 'ABD ALLAH, 'Issam 'Ali Muhammad; a.k.a. AL-KAMEL, Salah 'Ali; a.k.a. MUSA, Rifa'i Ahmad Taha; a.k.a. TAHA, Rifa'i Ahmad; a.k.a. TAHA MUSA, Rifa'i Ahmad; a.k.a. THABIT 'IZ); DOB 24 Jun 1954; POB Egypt; Passport No. 83860 (Sudan), 30455 (Egypt), 1046403 (Egypt) (individual) [SDT]

'ABD ALLAH, 'Issam 'Ali Muhammad (a.k.a. 'ABD-AL-'IZ; a.k.a. ABD-AL-WAHAB, Abd-al-Hai Ahmad; a.k.a. ABU YASIR; a.k.a. AL-KAMEL, Salah 'Ali; a.k.a. MUSA, Rifa'i Ahmad Taha; a.k.a. TAHA, Rifa'i Ahmad; a.k.a. TAHA MUSA, Rifa'i Ahmad; a.k.a. THABIT 'IZ); DOB 24 Jun 1954; POB Egypt; Passport No. 83860 (Sudan), 30455 (Egypt), 1046403 (Egypt) (individual) [SDT]

ABBAS, Abu (a.k.a. ZAYDAN, Muhammad); Director of PALESTINE LIBERATION FRONT - ABU ABBAS FACTION; DOB 10 Dec 1948 (individual) [SDT]

ABD-AL-WAHAB, Abd-al-Hai Ahmad (a.k.a. 'ABD-AL-'IZ; a.k.a. ABU YASIR; a.k.a. 'ABD ALLAH, 'Issam 'Ali Muhammad; a.k.a. AL-KAMEL, Salah 'Ali; a.k.a. MUSA, Rifa' Ahmad Taha; a.k.a. TAHA, Rifa'i Ahmad; a.k.a. TAHA MUSA, Rifa'i Ahmad; a.k.a. THABIT 'IZ); DOB 24 Jun 1954; POB Egypt; Passport No. 83860 (Sudan), 30455 (Egypt), 1046403 (Egypt) (individual) [SDT]

ABDALLAH, Ramadan (a.k.a. ABDULLAH, Dr. Ramadan; a.k.a. SHALLAH, Dr. Ramadan Abdullah; a.k.a. SHALLAH, Ramadan Abdalla Mohamed), Damascus, Syria; Secretary General of the PALESTINIAN ISLAMIC JIHAD; DOB 01 Jan 1958; POB Gaza City, Gaza Strip; SSN 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 (U.S.A.); Passport No. 265216 (Egypt) (individual) [SDT]

ABDULLAH, Dr. Ramadan (a.k.a. ABDALLAH, Ramadan; a.k.a. SHALLAH, Dr. Ramadan Abdullah; a.k.a. SHALLAH, Ramadan Abdalla Mohamed), Damascus, Syria; Secretary General of the PALESTINIAN ISLAMIC JIHAD; DOB 01 Jan 1958; POB Gaza City, Gaza Strip; SSN 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 (U.S.A.); Passport No. 265216 (Egypt) (individual) [SDT]

ABU YASIR (a.k.a. 'ABD-AL-'IZ; a.k.a. ABD-AL-WAHAB, Abd-al-Hai Ahmad; a.k.a. 'ABD ALLAH, 'Issam 'Ali Muhammad; a.k.a. AL-KAMEL, Salah 'Ali; a.k.a. MUSA, Rifa'i Ahmad Taha; a.k.a. TAHA, Rifa'i Ahmad; a.k.a. TAHA MUSA, Rifa'i Ahmad; a.k.a. THABIT 'IZ); DOB 24 Jun 1954; POB Egypt; Passport No. 83860 (Sudan), 30455 (Egypt), 1046403 (Egypt) (individual) [SDT]

AHMAD, Abu (a.k.a. AHMED, Abu; a.k.a. SALAH, Mohammad Abd El-Hamid Khalil; a.k.a. SALAH, Mohammad Abdel Hamid Halil; a.k.a. SALAH, Muhammad A.), 9229 South Thomas, Bridgeview, Illinois 60455, U.S.A.; P.O. Box 2578, Bridgeview, Illinois 60455, U.S.A.; P.O. Box 2616, Bridgeview, Illinois 60455-6616, U.S.A.; Israel; DOB 30 May 1953; SSN 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; Passport No. 024296248 (U.S.A.) (individual) [SDT]

AHMED, Abu (a.k.a. AHMAD, Abu; a.k.a. SALAH, Mohammad Abd El-Hamid Khalil; a.k.a. SALAH, Mohammad Abdel Hamid Halil; a.k.a. SALAH, Muhammad A.), 9229 South Thomas, Bridgeview, Illinois 60455, U.S.A.; P.O. Box 2578, Bridgeview, Illinois 60455, U.S.A.; P.O. Box 2616, Bridgeview, Illinois 60455-6616, U.S.A.; Israel; DOB 30 May 1953; SSN 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; Passport No. 024296248 (U.S.A.) (individual) [SDT]

AL RAHMAN, Shaykh Umar Abd; Chief Ideological Figure of ISLAMIC GAMA'AT; DOB 03 May 1938; POB Egypt (individual) [SDT]

AL-ZUMAR, Abbud (a.k.a. ZUMAR, Colonel Abbud); Factional Leader of JIHAD GROUP; Egypt; POB Egypt (individual) [SDT]

AL-KAMEL, Salah 'Ali (a.k.a. 'ABD-AL-'IZ; a.k.a. ABD-AL-WAHAB, Abd-al-Hai Ahmad; a.k.a. ABU YASIR; a.k.a. 'ABD ALLAH, 'Issam 'Ali Muhammad; a.k.a. MUSA, Rifa'i Ahmad Taha; a.k.a. TAHA, Rifa'i Ahmad; a.k.a. TAHA MUSA, Rifa'i Ahmad; a.k.a. THABIT 'IZ); DOB 24 Jun 1954; POB Egypt; Passport No. 83860 (Sudan), 30455 (Egypt), 1046403 (Egypt) (individual) [SDT]

AL BANNA, Sabri Khalil Abd Al Qadir (a.k.a. NIDAL, Abu); Founder and Secretary General of ABU NIDAL ORGANIZATION; DOB May 1937 or 1940; POB Jaffa, Israel (individual) [SDT]

AWDA, Abd Al Aziz; Chief Ideological Figure of PALESTINIAN ISLAMIC JIHAD - SHIQAQI; DOB 1946 (individual) [SDT]

FADLALLAH, Shaykh Muhammad Husayn; Leading Ideological Figure of HIZBALLAH; DOB 1938 or 1936; POB Najf Al Ashraf (Najaf), Iraq (individual) [SDT]

HABASH, George (a.k.a. HABBASH, George); Secretary General of POPULAR FRONT FOR THE LIBERATION OF PALESTINE (individual) [SDT]

HABBASH, George (a.k.a. HABASH, George); Secretary General of POPULAR FRONT FOR THE LIBERATION OF PALESTINE (individual) [SDT]

HAWATMA, Nayif (a.k.a. HAWATMEH, Nayif; a.k.a. HAWATMAH, Nayif; a.k.a. KHALID, Abu); Secretary General of DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE - HAWATMEH FACTION; DOB 1933 (individual) [SDT]

HAWATMAH, Nayif (a.k.a. HAWATMA, Nayif; a.k.a. HAWATMEH, Nayif; a.k.a. KHALID, Abu); Secretary General of DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE - HAWATMEH FACTION; DOB 1933 (individual) [SDT]

HAWATMEH, Nayif (a.k.a. HAWATMA, Nayif; a.k.a. HAWATMAH, Nayif; a.k.a. KHALID, Abu); Secretary General of DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE - HAWATMEH FACTION; DOB 1933 (individual) [SDT]

ISLAMBOULI, Mohammad Shawqi; Military Leader of ISLAMIC GAMA'AT; DOB 15 Jan 1955; POB Egypt; Passport No. 304555 (Egypt) (individual) [SDT]

JABRIL, Ahmad (a.k.a. JIBRIL, Ahmad); Secretary General of POPULAR FRONT FOR THE LIBERATION OF PALESTINE - GENERAL COMMAND; DOB 1938; POB Ramleh, Israel (individual) [SDT]

JIBRIL, Ahmad (a.k.a JABRIL, Ahmad); Secretary General of POPULAR FRONT FOR THE LIBERATION OF PALESTINE - GENERAL COMMAND; DOB 1938; POB Ramleh, Israel (individual) [SDT]

KHALID, Abu (a.k.a. HAWATMEH, Nayif; a.k.a. HAWATMA, Nayif; a.k.a. HAWATMAH, Nayif); Secretary General of DEMOCRATIC FRONT FOR THE LIBERATION OF PALESTINE - HAWATMEH FACTION; DOB 1933 (individual) [SDT]

MUSA, Rifa'i Ahmad Taha (a.k.a. 'ABD-AL-'IZ; a.k.a. ABD-AL-WAHAB, Abd-al-Hai Ahmad; a.k.a. ABU YASIR; a.k.a. 'ABD ALLAH, 'Issam 'Ali Muhammad; a.k.a. AL-KAMEL, Salah 'Ali; a.k.a. TAHA, Rifa'i Ahmad; a.k.a. TAHA MUSA, Rifa'i Ahmad; a.k.a. THABIT 'IZ); DOB 24 Jun 1954; POB Egypt; Passport No. 83860 (Sudan), 30455 (Egypt), 1046403 (Egypt) (individual) [SDT]

NAJI, Talal Muhammad Rashid; Principal Deputy of POPULAR FRONT FOR THE LIBERATION OF PALESTINE - GENERAL COMMAND; DOB 1930; POB Al Nasiria, Palestine (individual) [SDT]

NASRALLAH, Hasan; Secretary General of HIZBALLAH; DOB 31 Aug 1960 or 1953 or 1955 or 1958; POB Al Basuriyah, Lebanon; Passport No. 042833 (Lebanon) (individual) [SDT]

NIDAL, Abu (a.k.a. AL BANNA, Sabri Khalil Abd Al Qadir); Founder and Secretary General of ABU NIDAL ORGANIZATION; DOB May 1937 or 1940; POB Jaffa, Israel (individual) [SDT]

QASEM, Talat Fouad; Propaganda Leader of ISLAMIC GAMA'AT; DOB 02 Jun 1957 or 03 Jun 1957; POB Al Mina, Egypt (individual) [SDT]

SALAH, Mohammad Abdel Hamid Halil (a.k.a. AHMAD, Abu; a.k.a. AHMED, Abu;

SALAH, Mohammad Abd El-Hamid Khalil; a.k.a. SALAH, Muhammad A.), 9229 South Thomas, Bridgeview, Illinois 60455, U.S.A.; P.O. Box 2578, Bridgeview, Illinois 60455, U.S.A.; P.O. Box 2616, Bridgeview, Illinois 60455-6616, U.S.A.; Israel; DOB 30 May 1953; SSN 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; Passport No. 024296248 (U.S.A.) (individual) [SDT]

SALAH, Mohammad Abd El-Hamid Khalil (a.k.a. AHMAD, Abu; a.k.a. AHMED, Abu; a.k.a. SALAH, Mohammad Abdel Hamid Halil; a.k.a. SALAH, Muhammad A.), 9229 South Thomas, Bridgeview, Illinois 60455, U.S.A.; P.O. Box 2578, Bridgeview, Illinois 60455, U.S.A.; P.O. Box 2616, Bridgeview, Illinois 60455-6616, U.S.A.; Israel; DOB 30 May 1953; SSN 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; Passport No. 024296248 (U.S.A.) (individual) [SDT]

SALAH, Muhammad A. (a.k.a. AHMAD, Abu; a.k.a. AHMED, Abu; a.k.a. SALAH, Mohammad Abd El-Hamid Khalil; a.k.a. SALAH, Mohammad Abdel Hamid Halil), 9229 South Thomas, Bridgeview, Illinois 60455, U.S.A.; P.O. Box 2578, Bridgeview, Illinois 60455, U.S.A.; P.O. Box 2616, Bridgeview, Illinois 60455-6616, U.S.A.; Israel; DOB 30 May 1953; SSN 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; Passport No. 024296248 (U.S.A.) (individual) [SDT]

SHALLAH, Dr. Ramadan Abdullah (a.k.a. ABDALLAH, Ramadan; a.k.a. ABDULLAH, Dr. Ramadan; a.k.a. SHALLAH, Ramadan Abdalla Mohamed), Damascus, Syria; Secretary General of the PALESTINIAN ISLAMIC JIHAD; DOB 01 Jan 1958; POB Gaza City, Gaza Strip; SSN 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 (U.S.A.); Passport No. 265 216 (Egypt) (individual) [SDT]

SHALLAH, Ramadan Abdalla Mohamed (a.k.a. ABDALLAH, Ramadan; a.k.a. ABDULLAH, Dr. Ramadan; a.k.a. SHALLAH, Dr. Ramadan Abdullah), Damascus, Syria; Secretary General of the PALESTINIAN ISLAMIC JIHAD; DOB 01 Jan 1958; POB Gaza City, Gaza Strip; SSN 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 (U.S.A.); Passport No. 265 216 (Egypt) (individual) [SDT]

SHAQAQI, Fathi; Secretary General of PALESTINIAN ISLAMIC JIHAD -SHIQAQI (individual) [SDT]

TAHA, Rifa'i Ahmad (a.k.a. 'ABD-AL-'IZ; a.k.a. ABD-AL-WAHAB, Abd-al-Hai Ahmad; a.k.a. ABU YASIR; a.k.a. 'ABD ALLAH, 'Issam 'Ali Muhammad; a.k.a. AL-KAMEL, Salah 'Ali; a.k.a. MUSA, Rifa'i Ahmad Taha; a.k.a. TAHA MUSA, Rifa'i Ahmad; a.k.a. THABIT 'IZ); DOB 24 Jun 1954; POB Egypt; Passport No. 83860 (Sudan), 30455 (Egypt), 1046403 (Egypt) (individual) [SDT]

TAHA MUSA, Rifa'i Ahmad (a.k.a. 'ABD-AL-'IZ; a.k.a. ABD-AL-WAHAB, Abd-al-Hai Ahmad; a.k.a. ABU YASIR; a.k.a. 'ABD ALLAH, 'Issam 'Ali Muhammad; a.k.a. AL-KAMEL, Salah 'Ali; a.k.a. MUSA, Rifa'i Ahmad Taha; a.k.a. TAHA, Rifa'i Ahmad; a.k.a. THABIT 'IZ); DOB 24 Jun 1954; POB Egypt; Passport No. 83860 (Sudan), 30455 (Egypt), 1046403 (Egypt) (individual) [SDT]

THABIT 'IZ (a.k.a. 'ABD-AL-'IZ; a.k.a. ABD-AL-WAHAB, Abd-al-Hai Ahmad; a.k.a. ABU YASIR; a.k.a. 'ABD ALLAH, 'Issam 'Ali Muhammad; a.k.a. AL-KAMEL, Salah 'Ali; a.k.a. MUSA, Rifa'i Ahmad Taha; a.k.a. TAHA, Rifa'i Ahmad; a.k.a. TAHA MUSA, Rifa'i Ahmad); DOB 24 Jun 1954; POB Egypt; Passport No. 83860 (Sudan), 30455 (Egypt), 1046403 (Egypt) (individual) [SDT]

TUFAYLI, Subhi; Former Secretary General and Current Senior Figure of HIZBALLAH; DOB 1947; POB Biqa Valley, Lebanon (individual) [SDT]

ZAYDAN, Muhammad (a.k.a. ABBAS, Abu); Director of PALESTINE LIBERATION FRONT - ABU ABBAS FACTION; DOB 10 Dec 1948 (individual) [SDT]

ZUMAR, Colonel Abbud (a.k.a. AL-ZUMAR, Abbud); Factional Leader of JIHAD GROUP; Egypt; POB Egypt (individual) [SDT]

This document is explanatory only and does not have the force of law. Executive Order 13224 is reprinted here. Executive Order 12947, as amended, and the implementing Terrorism Sanctions Regulations (31 C.F.R Part 595) contain the legally binding provisions governing the sanctions against terrorists who threaten to disrupt the Middle East peace process. Section 321 (18 U.S.C. 2332d) of the Antiterrorism and Effective Death Penalty Act of 1996, Pub.L. 104-132, 110 Stat. 1214-1319 (the "Antiterrorism Act") and the implementing Terrorism List Governments Sanctions Regulations (31 C.F.R. Part 596) contain the legally binding provisions governing sanctions against the governments of countries designated under section 6(j) of the Export Administration Act of 1979, 50 U.S.C. App. 2405, as supporting international terrorism. Sections 302 and 303 of the Antiterrorism Act (new 8 U.S.C. 1189 and 18 U.S.C. 2339B, respectively) and the implementing Foreign Terrorist Organizations Sanctions Regulations (31 C.F.R. Part 597) contain the legally binding provisions governing the sanctions against foreign terrorist organizations. This document does not supplement or modify Executive Order 13224, Executive Order 12947, as amended, the Antiterrorism Act, or 31 C.F.R. Parts 595, 596, or 597.

The Treasury Department's Office of Foreign Assets Control also administers sanctions programs involving Libya, Iraq, the Balkans, Cuba, North Korea, Iran, Burma (Myanmar), Sudan, Zimbabwe, highly enriched uranium transactions, diamond trading, international narcotics traffickers, and designated foreign persons who have engaged in activities related to the proliferation of weapons of mass destruction. For additional information about these programs or about sanctions involving transactions with terrorists, terrorist organizations, or their agents, please contact the:

**OFFICE OF FOREIGN ASSETS CONTROL**

U.S. Department of the Treasury

Washington, D.C. 20220

202/622-2520