# Attachment 6

# State of Delaware



## Office of Secretary of State

I, MICHAEL RATCHFORD, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF INCORPORATION OF "MUWAFAQ FOUNDATION" FILED IN THIS OFFICE ON THE THIRD DAY OF FEBRUARY, A.D. 1992, AT 9 O'CLOCK A.M.

\* \* \* \* \* \* \* \* \* \*

SECRETARY OF STATE

672034004

AUTHENTICATION: *3332856

DATE: 02/03/1992

CERTIFICATE OF INCORPORATION
A NON-STOCK CORPORATION

FIRST: The name of this Corporation is ___MUWAFAQ FOUNDATION___

SECOND: Its Registered Office in the State of Delaware is to be located at ___110 Yorklyn Rd.___ Street, in the City of ___Hockessin___, County of ___New Castle___, Zip Code ___19707___. The Registered Agent in charge thereof is ___Registered Agents Ltd.___

THIRD: The purpose of the corporation is to engage in any lawful act or activity for which corporations may be organized under the General Corporation Law of Delaware. (If the corporation is to be a nonprofit corporation, please add: "This corporation shall be a nonprofit corporation.")

___This Corporation shall be a Non Profit Corporation___

FOURTH: The corporation shall not have any capital stock, and the conditions of membership shall be (In lieu of setting out the conditions of membership in the Certificate of Incorporation, a statement may be inserted that the conditions of membership shall be stated in the By-Laws.) as follows:

The "Original Members" of the foundation Board of Directors

1. Mr. Yassin A. Kadi, Chairman    Members of the Board:
Mr. Talal M. M. Badkook,  Dr. Mohaman Ali Elgari,
Mr. Abdulghani Abdulla Alkhiriji

FIFTH: The name and mailing address of the Incorporator are as follows:

Name ___Mr. Yassin A. Kadi___

Mailing Address ___P.O. Box 214  Jeddah 21411, Saudi Arabia___, Zip Code _____

I, THE UNDERSIGNED, being the incorporator hereinbefore named, for the purpose of forming a corporation pursuant to Chapter 1 of Title 8 of the Delaware Code, do make this Certificate, hereby declaring and certifying that the facts herein stated are true, and accordingly have hereunto set my hand this

___14th___ day of ___January___, A.D. 19 ___92___.

_____Yassin Kadi_____
(Incorporator)