# Exhibit 3

**Source: Al-Sharq Al-Awsat Newspaper, December 29, 2002 (24 Shawwal 1423 AH)**

**Six Saudi charitable organizations accused in America agree to legal procedures to face lawsuits for compensation to the families of the victims of September 11.**

Jeddah: Badr Al-Mutawwa'

Dr. Abdullah Bin Abdel Muhsin Al Turki, General Director of the Muslim World League, chaired a meeting last week in Jeddah, in which six Saudi Arabian charitable organizations were accused by name in a compensation lawsuit filed by lawyers for families of the September 11 attacks in the United States of being involved in financing terrorist work. During the meeting, legal steps were set up for the campaign to uphold their position.

Al-Sharq Al-Awsat learned that it was the first meeting of its kind by the Saudi Arabian charitable organizations following the case for compensation, and discussed only the alleged accusations. The discussion centered around the conviction of the participants that the accusations made against them were no more than a reaction that lacked proof of the basis of the accusation.

The consortium of Saudi Arabian charitable relief organizations faces a string of accusations before the American judiciary, all of which are based on the American anti-terrorism law issued in 1992. Among the accusations are wrongful death, supporting terrorism, conspiracy to murder, and negligence leading to harm.

Here Dr. Salih Bin Muhammad Al-Khathlan, professor of political science at King Saud University in Riyadh, confirmed that this motion gains noticeable value since it means a start of thinking and a serious, rational way of dealing with the case of claims for compensation. He mentioned that the supporters know that in cases like these, accusing the United States that it does not have evidence and clear proofs does not benefit much. At the time when Al-Khashlan considers that the compensation case has three aspects, the major one of which is the political, then the media, and finally the legal effect, he said, "It is enough that the United States feels that these organizations are guilty, even if indirectly, to prove the involvement through judicial procedures, as happened and is happening now in the two Lockerbie cases, and the Holy Land Foundation, and then it starts to limit their activities to the point of choking them."

The meeting decided to appoint the office of the Saudi attorney, Dr. Basim Abdullah Alim, to be the legal representative of these organizations united in solidarity, in order to establish a defense team for the Saudi Arabian charitable organizations before the American judicial system, and to supervise their work. The meeting set aside almost a million dollars, initially, to be spent on the costs of fees to begin the defense proceedings. The attendees agreed that the expenses would be borne equally.

At a time when this week, there is a meeting between the Saudi Arabian lawyer and American lawyers, possibly taking place in a European capital, Sheikh Sulayman Al Buthi, a Saudi propagator of Islam and former office manager of the Al-Haramein charitable foundation in the capital, Washington, whose name is among the list of 198 organizations and individuals accused by the families of the victims, said that the meeting was characterized by a spirit of faith in the propriety of the legal position.  He added in statements to Al-Sharq Al-Awsat, "The bumbling character of the accusations will be confirmed at the proper time before the American judiciary." He said that he had attended the meeting and felt the spirit of firmness and confidence of the attendees, the most prominent of whom, in addition to Dr. Turki, were Adnan Khalil Basha, Secretary of the Islamic World Relief Board, and Dr. Abdel Rahman Al-Suwaylim, President of the Saudi Red Crescent Society, in his capacity of president of the Joint Saudi Committee for relief of Kosovo and Chechnya, Sheikh Salih Al-Wuhaybi, General Secretary of the International Council for Islamic Youth.  Al-Sharq Al-Awsat also learned that there were individuals at the meeting who had done charitable work and were listed in the list of the accused, like Wael Jalidan and Muhammad Jamal Khalifah, activists in relief work, and Dr. Abdullah Al-Muslih, chairman of the Scientific Miracles of the Generous Koran Organization, and Abdullah Bin Salih Bin Ubayd, Former General Secretary (President) of the Muslim World League. According to Al-Sharq Al-Awsat's information, the meeting appointed Dr. Bassim Abdullah Alim, and made a strategic media, political and legal plan, which will include press conferences at each stage of the case, in order to inform international public opinion about the developments and the propriety of the position of its appointers.  Al-Khathlan emphasized finding a plan to get the media moving, taking into account that the content of the statements that are common in the Arab media will not find anyone to clear the way for it in the Western, and especially the American, press. Dr. Al-Khathlan warned against remaining the focus of the question of who caused these problems which have affected Islamic charitable work, and especially Saudi, since the United States had gone past that focus, and opened its political and military, and even economic arms to show that it had found the answers.



جريــدة العـرب الدوليــة

الاحد 24 شوال 1423 هـ 29 ديسمبر 2002 العدد 8797

## إطبــع هــذه الصفحــة

# 6 جمعيات خيرية سعودية متهمة في أميركا تتفق على إجراءات قانونية لمواجهة دعوى تعويضات عائلات ضحايا 11 سبتمبر

**جدة: بدر المطوع**

رأس الدكتور عبد الله بن عبد المحسن التركي امين عام رابطة العالم الاسلامي اجتماعا، في جدة، ضم 6 مؤسسات خيرية سعودية اتهمت بالاسم، في دعوى التعويضات التي رفعها محامو عائلات هجمات 11 سبتمبر ( ايلول) في الولايات المتحدة، بالتورط في تمويل العمل الارهابي، حيث جرى خلال الاجتماع تأسيس الخطوات القانونية في رحلة الدفاع عن سلامة موقفها.

وعلمت «الشرق الأوسط» ان الاجتماع الاول من نوعه للجمعيات الخيرية السعودية عقب دعوى التعويضات، اقتصر على النقاش حول الاتهامات المزعومة، لكن الحديث تركز على قناعة المجتمعين بان ما طالهم من اتهامات لا يتجاوز كونه ردة فعل تفتقر لاثبات اركان الاتهام.

ويواجه تضامن جمعيات الإغاثة الخيرية السعودية سلسلة اتهامات امام القضاء الاميركي استندت جميعها الى أسس قانون مكافحة الإرهاب الاميركي الصادر في عام 1992 ويأتي من ضمنها، تهمة القتل الخطأء، ودعم الإرهاب، والتآمر بغرض القتل، والاهمال المؤدي للضرر.

وهنا اكد الدكتور صالح بن محمد الخثلان استاذ العلوم السياسية في جامعة الملك سعود في الرياض، ان هذه التحرك يكتسب قيمة لافته كونه يعني انطلاقة للتفكير والتعامل العقلاني الجاد مع قضية دعوى التعويضات. واشار الى ان على القائمين معرفة ان مثل هذه القضية لا ينفع فيها كثيرا اتهام الولايات المتحدة بعدم امتلاكها لقرائن وأدلة صريحة. وفي الوقت الذي اعتبر فيه الخثلان ان دعوى التعويضات لها ثلاثة أوجه، يتصدرها الاثر السياسي ومن ثم الاعلامي واخيرا القانوني، قال «يكفي الولايات المتحدة ان تشعر بان هذه الجمعيات مدانة، ولو بطريقة غير مباشرة، لاثبات تورط من خلال اجراءات قضائية مثل ما حدث ويحدث الان في قضيتي لوكربي، ومؤسسة الارض المقدسة، ومن ثم المباشرة في التضييق على نشاطاتها حد الاختناق».

وقرر الاجتماع، تعيين مكتب المحامي السعودي الدكتور باسم عبد الله عالم مفوضا قانونيا عن المؤسسات المتضامنة لتشكيل هيئة دفاع عن المؤسسات الخيرية السعودية امام القضاء الاميركي، والإشراف على سير اعمالها. ورصد الاجتماع، مبدئيا، مبلغا بنحو مليون دولار للانفاق على تكاليف رسوم بدء حركة الدفاع. واتفق المجتمعون على تحمل التكاليف بنسب متساوية.

وفي الوقت الذي يشهد فيه الاسبوع الجاري اجتماع المحامي السعودي مع محاميين اميركيين، وربما يكون اللقاء في عاصمة اوروبية، قال الشيخ سليمان البطحي وهو الداعية السعودي والمدير السابق لمكتب مؤسسة الحرمين الخيرية في العاصمة واشنطن الذي وضع اسمه ضمن لائحة الـ 198 مؤسسة وشخصية طالها اتهام عائلات الضحايا، ان الاجتماع طغى عليه روح الايمان بسلامة الموقف القانوني. واضاف في تصريحات لـ«الشرق الأوسط»: سيتم تأكيد الاتهامات في الوقت المناسب امام القضاء الاميركي. وقال انه حضر الاجتماع ولمس روح الصلابة والثقة لدى المجتمعين الذين كان ابرزهم بالاضافة الى الدكتور التركي، عدنان خليل باشا امين هيئة الاغاثة الاسلامية العالمية، والدكتور عبد الرحمن السويلم رئيس جمعية الهلال الاحمر السعودي بصفته رئيسا للجنة السعودية المشتركة لاغاثة كوسوفو والشيشان، والشيخ صالح الوهيبي الامين العام للندوة العالمية للشباب الاسلامي. كما علمت «الشرق الأوسط» ان هناك حضورا لاشخاص ساهموا في العمل الخيري وطالتهم لائحة الاتهام مثل وائل جليدان ومحمد جمال خليفة الناشطين في اعمال الاغاثة، والدكتور عبد الله المصلح رئيس هيئة الاعجاز العلمي في القرآن الكريم، وعبد الله بن صالح بن عبيد الامين العام (الرئيس) السابق لرابطة العالم الاسلامي. ووفق معلومات «الشرق الأوسط» فان الاجتماع فوض الدكتور باسم عبد الله عالم وضع خطة استراتيجية في المجال الاعلامي والسياسي والقانوني، وسيشمل ذلك مؤتمرات صحافية في كل مرحلة

إطبع هذه الصفحة

من مراحل القضية لاطلاع الرأي العام الدولي على تطورات وسلامة موقف موكليه. وشدد الخثلان على ايجاد خطة تحرك اعلامي، مع الاخذ في الاعتبار ان مضمون التصريحات المعتادة في الاعلام العربي لن تجد من يفسح لها المجال في الاعلام الغربي، والاميركي على وجه الخصوص.

وحذر الدكتور الخثلان من البقاء في مربع السؤال عن من المتسبب بهذه الاشكالات التي طالت العمل الخيري الاسلامي وعلى رأسه السعودي، في حين ان الولايات المتحدة تجاوزت هذا المربع، واطلقت اذرعها السياسية والعسكرية وحتى الاقتصادية في اشارة الى انها وجدت الاجوبة.

إطبـع الصفحــة

إطبع هذه الصفحة



السبت 14 محرم 1425 هـ 6 مارس 2004 العدد 9230

## إطبـــع هـذه الصفحــة

# محكمة جنوب نيويورك تحدد 9 أبريل موعدا أمام المدعى عليهم للطعن في دعاوى تعويضات عائلات ضحايا 11 سبتمبر

**جدة: بدر المطوع**

علمت «الشرق الأوسط» ان قاضي محكمة جنوب نيويورك الفيدرالية المختصة بالنظر في قضية تعويضات اهالي ضحايا همجمات 11 سبتمبر (ايلول) 2001، قد حدد يوم موافقته على تحديد التاسع من أبريل (نيسان) المقبل موعدا نهائيا امام المدعى عليهم للمثول امام المحكمة وتقديم دفوعاتهم القانونية.

ويعد هذا الموعد الفرصة الاخيرة للذين لم يتقدموا بدفوعهم (الطعن في صحة اتهامهم) حتى الان. وذلك ان 700 شخصية ومؤسسة إسلامية ما زال بعضهم يرفض قطعيا توكيل محامين للدفاع عن موقفهم من اكبر قضية تعويضات في نوعها في التاريخ تطالب بمليارات الدولارات، بحجة ان القضية مجرد هراء تجار محامي التعويضات وفق ما عبر احدهم سابقا.

ويتهم هؤلاء الذين ينتسب معظمهم للجنسية السعودية، بالاضافة الى با كستانيين وجنسيات اسلامية اخرى، بتورطهم في تمويل او دعم هجمات 11 سبتمبر. ودعاوى التعويضات باتت تسميتها قضائيا معروفة بعنوان قضية (أشتون ضد جيش القاعدة الإسلامي).

ووفق ما اكده محامون ومدعى عليهم في احاديث لـ«الشرق الأوسط» امس، فإن الوضع الراهن حرجا للغاية لكل متهم في قضية تعويضات اهالي ضحايا سبتمبر رفض التعامل مع اتهامات الاهالي بالمنطق القانوني.

وبسؤال المهندس سليمان البطحي احد المدعى عليهم في قضية التعويضات عن انعكاسات قرار قاضي محكمة جنوب نيويورك ريتشارد كيسي على من وردة اسماؤهم في قوائم الاتهام، قال سيكون موقفا صعبا على كل من يحكم عليه غيابيا، في حال عدم تقديمهم لاي دفوعات قانونية عبر تنصيبهم لمحامين يغطون قانونيا. كما اكد البطحي صحة اجتماع قاضي محكمة جنوب نيويورك بفريقي المحامين الذين يمثلون طرفي القضية (المدعون والمدعى عليهم) الاثنين الماضي، حيث بحثوا جدولة ادارة القضية للبدء في جلسات المحاكمة، حسب ما اكده المحامون الموكلون مني بإسقاط القضية نيابة عني نظرا لعدم وجود سلطة قضائية. ودعا البطحي جميع السعوديين المتهمين في القضية مطالبا بسرعة التنسيق فيما بينهم وتوحيد دفوعهم.

وشهدت قضية تعويضات اهالي ضحايا 11 سبتمبر عدة تحولات رئيسية كان أبرزها دمج جميع دعاوى المطالبات في قضية واحدة لتنظرها محكمة جنوب نيويورك، بدلا مما كان جاريا قبل اشهر حين كانت الدعاوى تنظر في اكثر من محكمة في الولايات المتحدة.

كما تشهد القضية سجالا قانونيا يتوقع له ان يسجل اعلى نفقات مالية لأجور المحامين في تاريخ القضاء الاميركي والدولي، الى جانب كلفة تشغيل طاقم محامي الدفاع، وطاقم المحكمة.

وكان السعوديون قد حققوا نصرا قضائيا في صالحهم عندما أصدر قاضي محكمة مقاطعة كولومبيا في 13 نوفمبر (تشرين الثاني)، حكما يرفض فيه دعوى اتهام الامير سلطان بن عبد العزيز آل سعود النائب الثاني لرئيس مجلس الوزراء وزير الدفاع والطيران والمفتش العام، والامير تركي الفيصل سفير الرياض لدى لندن، بتمويل نشاط «القاعدة».

واعتمد القاضي جيمس روبنسون في حكمه بإسقاط دعوى التعويضات، على انه لا يرى مستندا قانونيا واحدا يستطيع الاستناد اليه في تثبيت الاتهام. ووقف مذكرة اغلاق قضية الدعوى على الامير سلطان والامير تركي، فان روبنسون اعتبر في حكمه النهائي ان محامي تعويضات اهالي الضحايا قدموا حججا (قرائن فنية) لا يمكن الاعتماد عليها. ووصف اتهامات الادعاء في مذكرة الاغلاق بالقول انها عبارة عن «اتهامات فنية لا ترقى لمستوى الأدلة، ولا يمكن للمحكمة البناء عليها». وكان قد عبر في جلسة سابقة بقوله احتاج الى رابط مباشر بين أكبر وأخطر عملية ارهابية تصيب الولايات المتحدة الاميركية وبين هذه الأسماء في قائمة الاتهام.

إطبـع الصفحـة

**Source: Al-Sharq Al-Awsat Newspaper, March 6, 2004 (14 Muharram 1425 AH)**

**Court of Southern New York Sets April 9th as Date for Defendants to Contest in Cases of Compensation for Families of the September 11 Victims.**

Jeddah: Badr Al-Mutawwa

Al-Sharq Al-Awsat has learned that the judge of the Federal Court of Southern New York in charge of examining the case of compensation for the families of the victims of the September 11, 2001 attacks has reaffirmed his approval of specifying next April 9th as the final day that the defendants can appear before the court and present their legal defense.

This date is the last chance for those who have not yet presented their defense (contesting the accuracy of the accusations). These are among the 700 Islamic foundations and individuals, some of which still absolutely refuse to appoint lawyers to defend them for their position in the biggest compensation lawsuit of its kind in history, amounting to billions of dollars, claiming that the case is merely idle talk of profiteering compensation lawyers, as one of them expressed it earlier.

Most of them are of Saudi nationality, in addition to Pakistanis and other Islamic nationalities, and they are accused of their involvement in financing or supporting the attacks of September 11. The lawsuits have come to be known legally as the Ashton v. The Islamic Army of Al-Qaeda.

According to what lawyers and defendants said in statements to Al-Sharq Al-Awsat yesterday, the current status in the compensation case for the families of the September victims of every defendant who refuses to deal with the accusations of the families in legal terms is extremely critical.

When engineer Sulayman Al-Buthi, one of the defendants in the compensation case, was asked about the consequences of Court of Southern New York Judge Richard Casey's decision concerning those whose names are on the list of the accused, he said, "It will be a difficult position for every person who is judged in absentia, if he does not present any legal defense through lawyers who are appointed for legal cover." He also confirmed that "the Judge of the Court of Southern New York had met with both teams of lawyers, who represent both parties to the case (the plaintiffs and the accused) last Monday. They discussed a timetable of the case, to begin the sessions of the trial, according to what the lawyers I appointed said, to drop the case on my behalf because of lack of judicial authority." Al Buthi called upon all the Saudi Arabians accused of in the case to coordinate quickly among themselves a unified defense.

There have been several major changes in the compensation case of the families of the victims of September 11th, the most prominent of which is the combining of all the demands into one case to be examined by the Court of Southern New York, instead of what was in progress a few months ago, when cases were being examined in several courts in the United States.

The case is also witnessing a legal contest, in which it is expected that the attorneys' fees will be the highest in American and international judicial history. This is in addition to the cost of defense attorneys' staff and the court staff.

The Saudi Arabians had won a judicial victory for themselves when the judge of the court of the District of Columbia had issued a ruling on November 13th, rejecting the case that Prince Sultan Bin Abdel Aziz Al Saud, the Second Deputy Prime Minister and Minister of Defense and Aviation and Inspector General, and Prince Turki Al Faisal, Riyadh's Ambassador to London, had financed Al Qaeda's activity. Judge James Robinson, in dismissing the case for compensation, based his verdict on the fact that he had not seen one dependable legal document that proved the accusation. According to the memorandum dismissing the case of claims against Prince Sultan and Prince Turki, Robinson, in his final verdict, said that the lawyers for compensation of the families of the victims presented arguments (technical evidence) that could not be relied on. In his dismissal memorandum, he described the accusations of the prosecution as technical accusations that were not at the level of evidence, and on which the court could not base a case." In a previous session, he said, "I need a direct connection between the biggest and most dangerous terrorist operation that has happened to the United States of America and these names on the list of the accused."

**Source: Al-Sharq Al-Awsat Newspaper, November 26, 2002 (21 Ramadan 1423 AH)**

Prince Naif: We will appoint American lawyers to protect the Saudis in the 9/11 compensation lawsuit; the hijacking of the plane was the act of a single man.

He said that accusing Saudi parties of funding two of those who executed the attacks is a statement that is not based on the facts.

Jeddah: Badr al-Mutawwa

Saudi Arabia stated yesterday that it would appoint American lawyers to defend its citizens whose names are listed in the compensation lawsuit which was filed by the families and relatives of the September 11 victims in the United States.

Saudi Interior Minister Prince Naif Bin Abd al-Aziz announced yesterday that his country's government is committed to protecting all Saudis listed in the indictments in the United States. He stressed to Al-Sharq Al-Awsat that his country would also appoint American lawyers in order to defend Saudis harmed by the September 11th events. He emphasized that the lawyers will enter pleas for them in the compensation cases of the victims of the accident. In response to a question if Saudi Arabia had interrogated the Kuwaiti officer who was delivered to the Kuwaiti authorities recently, Prince Naif said, "No, not at all. The interrogation is with our brothers in Kuwait, and the case is taking place in Kuwait." He denied that there were any Saudi Arabians involved in the accident in Maan, or that they had any reach in the country. He said, "Not at all. Nothing was proven to us, and the brothers in Jordan denied this." Regarding what is brought up from time to time about the existence of some terrorist sleeper cells in the Kingdom, he said, "We spoke of this a lot and said on the subject, God willing, there is nothing."

The Interior Minister described the accusations arising in the American Congress against Saudi parties as being involved in financing two of the accused in the September 11th events as fabrications and statements not based on facts. He added that if they treat every instance of assistance from one Saudi to another as an accusation, then that is a problem and it is not true. He clarified that there are many Saudis residing in America, as well as many students, and that they have problems. When one Saudi helps his fellow Saudi, it is a natural thing and cannot be interpreted in such a way as if the Saudi offering the help has a certain leaning. This is another matter. This is humanitarian aid."

Prince Naif stressed that all Saudis detained in the United States under suspicion of having some relation to the 9/11 events are all receiving the attention of the state, as are those whose names appear on the list or those who will be added the lawsuit of compensation, or rather what goes by the name of compensation. American lawyers will be appointed to defend in this matter and the state will take responsibility in this for all Saudis. He said that the operation of hijacking the Saudi airplane in Sudan was an individual operation, and there are no organizational structures or

goals behind him. It was limited to one specific individual who made a mistake, and the investigation of him will continue. He will be referred to the judiciary, and what is important is that he has no organizational background or roots. He mentioned that "there have been no arrests of the person who cause the accident of Al-Kharj (?) and God willing he will fall into the hands of justice."

In this regard, Prince Naif chaired a meeting of the Higher Commission for the Naif Bin Abdel Aziz Al Saud International Prize for the Prophetic Traditions and Modern Islamic Studies yesterday afternoon, and he announced at the end of the meeting that the prize had entered the most important phase of the prize, which is the choice of the four topics for the prize. The Higher Commission decided on two topics in the area of Prophetic Tradition, with the titles Human Rights in Light of the Prophetic Tradition, and The Jurisprudence of Dialogues with Opponents in Light of the Prophetic Tradition. In the area of Modern Islamic Studies, the titles of the prize are: The Legal Intentions for Punishment in Islam, and A Curriculum of Islamic Propagation in Light of Modern Reality.

Dr. Saed Al-Arabi Al-Harithi, consultant to the Saudi Minister of the Interior and Secretary General of the Prize, revealed that the deadline for accepting applications for registration in the prize has been set for the next Hijri month of Shaaban.

The members of the Higher Commission attended the meeting. They were Prince Saud Bin Naif Bin Abdel Aziz, Vice Chairman and the General Supervisor of the Prize, Prince Muhammad Bin Naif Bin Abdelaziz, Prince Abdel Aziz Bin Saud Bin Naif Bin Abdel Aziz, Prince Nawaf Bin Naif Bin Abdel Aziz, Dr. Salih Bin Abdel Aziz Al Al-Sheikh, Minister of Islamic Affairs, Bequests, Propagation and Guidance, Mr. Tantawi Sheikh of the Honored Al-Azhar, Dr. Saed Al-Arabi Al-Harithi, General Secretary of the Prize and Director of the Islamic University in Islamabad, Dr. Muhammad Bin Saad Al-Salim, Director of the Imam Muhammad Bin Saud Islamic University, Dr. Nasir Bin Abdullah Al-Salih, Acting Director of the Um Al-Qura University, Sheikh Dr. Abdul Wahab Abu Sulayman, Member of the Commission of Senior Ulemas in Saudi Arabia, Dr. Abdel Aziz Bin Saqr Al-Ghamdi, Chairman of the Naif Arabic Academy of Security Sciences, Sheikh Muhammad Bin Umar Al- Aqil, and Dr. Musaffir Bin Abdullah Al-Bishr, Executive Director of the Prize.

Prince Naif affirmed that participation in the research for the prize is open to all people and capable individuals and those who have knowledge and specialty, without regard to the position of the participant, or whether he is affiliated with the University or elsewhere. Prince Naif said that "The prize is set at 500,000 riyals and God willing, the commission will work to keep the resources of this prize."



الثلاثاء 21 رمضان 1423 هـ 26 نوفمبر 2002 العدد 8764

## إطبـــع هـذه الصفحــة

# الأمير نايف: سنعين محامين أميركيين للدفاع عن السعوديين في قضية تعويضات 11 سبتمبر .. واختطاف الطائرة عمل فردي

### قال إن اتهام جهات سعودية بتمويل اثنين من منفذي الهجمات كلام لا يستند إلى حقائق

**جدة:بدر المطوع**

قالت السعودية أمس انها ستعين محامين اميركيين للدفاع عن مواطنيها الذين وردت اسماؤهم في قضية قائمة التعويضات التي رفعها اقارب وعائلات ضحايا هجمات 11 سبتمبر (ايلول) في الولايات المتحدة.

واعلن الامير نايف بن عبد العزيز وزير الداخلية السعودي امس التزام حكومة بلاده بالدفاع عن جميع السعوديين الواردة اسماؤهم في قوائم اتهام في الولايات المتحدة. واكد لـ«الشرق الأوسط» ان بلاده ستعين ايضا محامين اميركيين للدفاع عن المتضررين السعوديين من احداث 11 سبتمبر، مشددا على ان المحامين سيترافعون عن ما سمي بقضايا التعويض لضحايا الحادث. وردا على سؤال عما اذا كانت السعودية قد حققت مع الضابط الكويتي الذي سلمته للسلطات الكويتية اخيرا، قال الامير نايف: «لا أبدا، التحقيق عند اخواننا في الكويت والقضية واقعة في الكويت». ونفى ان يكون هناك متورطون سعوديون في حادثة معان أو أن لهم امتدادا داخل البلاد، قائلا «وأبدا، ما ثبت لدينا شيء والأخوة في الأردن نفوا هذا الشيء». وحول ما يثار بين الحين والاخر عن وجود بعض الخلايا الارهابية النائمة في المملكة، قال «نتكلمنا عن هذا كثيرا وقلنا عنه ان شاء الله ما يكون موجود شيء».

ووصف وزير الداخلية ما يثار في الكونغرس الاميركي من تهم لجهات سعودية بأنها ضالعة في تمويل اثنين من المتهمين في احداث 11 سبتمبر بأنها مجرد تخرصات وكلام لا يستند الى حقائق، مضيفا انه اذا كانوا يأخذون كل مساعدة من أي سعودي الى سعودي بأنها تهمة فهذه مشكلة وليس صحيحا. موضحا أن المقيمين في أميركا من السعوديين كثيرون وكذلك من الدارسين وتحدث لهم مشاكل، وحين يساعد السعودي نظيره السعودي فهذا شيء طبيعي ولا يمكن أن يفسر بأي تفسير كون السعودي المساعد ذا توجه معين، هذا شيء آخر وهذه مساعدة انسانية. واكد الامير نايف أن السعوديين الموقوفين في أميركا والمشتبه في ان لهم علاقة في احداث 11 سبتمبر هم محل اهتمام الدولة كلهم وكذلك الواردة أسماؤهم أو الذين قيل انه ستقام عليهم دعاوى تعويض أو ما يسمى تعويضا، وسيتم توكيل محامين اميركيين ليدافعوا عن هذا الامر وستتولى الدولة هذا بالنسبة لكل السعوديين. وقال ان عملية اختطاف الطائرة السعودية في السودان هي عملية فردية وليس وراءها تنظيم أو أهداف وهي محصورة في شخص معين أخطأ وسيكتمل التحقيق معه ويحال الى القضاء، وما يهم انه ليست له خلفية أو جذور منظمة. وأشار الى انه «لم يتم حتى الان القبض على المتسبب في حادث الخرج وان شاء الله سيقع تحت يدي العدالة».

الى ذلك، ترأس الامير نايف اجتماعا للهيئة العليا لجائزة نايف بن عبد العزيز آل سعود العالمية للسنة النبوية والدراسات الاسلامية المعاصرة مساء أمس، وأعلن عقب انتهاء الاجتماع عن دخول الجائزة الى المرحلة الاهم في الجائزة وهو اختيار مواضيع الجائزة الاربعة، حيث اقرت الهيئة العليا في مجال السنة النبوية موضوعين حملا عنواني حقوق الانسان في ضوء السنة النبوية، وفقه الحوار مع المخالف في ضوء السنة النبوية. اما في مجال الدراسات الاسلامية المعاصرة فكان عنوانا الجائزة: المقاصد الشرعية للعقوبات في الاسلام، ومنهج الدعوة في ضوء الواقع المعاصر.

وكشف الدكتور ساعد العرابي الحارثي مستشار وزير الداخلية السعودي والأمين العام للجائزة أن اخر موعد لقبول طلبات التسجيل في الجائزة حدد في شهر شعبان الهجري المقبل.

وحضر الاجتماع اعضاء الهيئة العليا وهم الامير سعود بن عبد العزيز نائب الرئيس، والمشرف العام على الجائزة، والامير محمد بن نايف بن عبد العزيز، والامير عبد العزيز بن سعود بن نايف بن عبد العزيز، والامير نواف بن نايف بن عبد العزيز، والدكتور صالح بن عبد العزيز آل الشيخ وزير الشؤون الاسلامية والأوقاف والدعوة والارشاد،

وسيد طنطاوي شيخ الأزهر الشريف، والدكتور ساعد العرابي الحارثي الأمين العام للجائزة، ومدير الجامعة الاسلامية بإسلام آباد، والدكتور محمد بن سعد السالم مدير جامعة الإمام محمد بن سعود الاسلامية، والدكتور ناصر بن عبد الله الصالح مدير جامعة ام القرى المكلف، والشيخ الدكتور عبد الوهاب ابو سليمان عضو هيئة كبار العلماء في السعودية، والدكتور عبد العزيز بن صقر الغامدي رئيس أكاديمية نايف العربية للعلوم الامنية، والشيخ محمد بن عمر العقيل، والدكتور مسفر بن عبد الله البشر المدير التنفيذي للجائزة.

وأكد الامير نايف أن الاشتراك في الابحاث الخاصة بالجائزة متاح لجميع الاشخاص والافراد القادرين وأصحاب العلم والاختصاص بصرف النظر عن موقع المشارك سواء كان ينتمي للجامعة أو غيرها. وبين الامير نايف أن «الجائزة محددة بـ500 الف ريال وستعمل الهيئة ان شاء الله على حفظ موارد هذه الجائزة».

| إطبع الصفحة |

العودة والحوالي في قائمة دعاوى 11سبتمبر – منتدى الديرة

---

**العودة والحوالي في قائمة دعاوى 11سبتمبر**

صدرت في العاصمة الاميركية واشنطون النسخة الجديدة الخاصة بأسماء المتهمين بالمسؤولية عن أحداث 11سبتمبر 2001 والتي يحرص محامو اهالي الضحايا على تجديدها بين الفينة والاخرى.

وقد شملت القائمة هذه المرة على أسماء لعدد من أصحاب الفضيلة ورجال أعمال ومؤسسات حكومية من أبرزهم فضيلة الشيخ سلمان العودة المشرف على موقع (الإسلام اليوم), والشيخ سفر الحوالي أستاذ العقيدة السابق بجامعة أم القرى, وفضيلة الشيخ صالح الحصين, وسامي بن عمر الحصين، والدكتور أحمد زكي يماني وزير النفط السعودي السابق, ومن رجال الأعمال ضمت القائمة أسماء عديدة منهم عبدالله الجميح ويوسف جميل وحسان شربتلي , إضافة إلى جمعية الهلال الأحمر السعودي.

وعلق الشيخ سلمان العودة في تصريحات صحفية على إدراج اسمه في القائمة الجديدة وقال: إذا كانت التهمة هي ترويع الآمنين والعدوان على الأبرياء والقتل بغير حق فنحن ممن يرفض ذلك ويدينه أيا كان مصدره, ومن هذا المنطلق فنحن ندين عدوان أمريكا على العراق , كما أدنا من قبل عدوانها على أفغانستان وفلسطين وغيرهما .

وفي تصريح خاص لموقع (الإسلام اليوم) أفاد أحد المتهمين في هذه القضية نقلا عن محام خاص أقامه للدفاع عنه " هذه الدعوى هي دعوى مدنية مما يعني أن أهالي الضحايا (11 سبتمبر ) هم الذين رفعوا هذه القضية مطالبين بتعويضات مالية وليست تهم أو جرائم توجهها الحكومة الأمريكية، فهم يقولون – على حد زعمهم– أن هناك مجموعة من الأفراد والمؤسسات قامت بدعم من يسمونهم "الإرهابيين" بشكل أو بآخر مادياً أو فكرياً أو معلوماتياً، وبالتالي فهم يتحملون تبعية ذلك وعليهم دفع تعويضات مالية لأهالي الضحايا".

وعن الإجراءات العملية لإثبات هذه الدعوى وموقف المتهمين منها نقل المصدر عن محاميه الخاص قوله " الأسماء التي رفعت عليهم هذه القضية، عليهم أن يقيموا محامياً يمثلهم في حالة استلامهم للدعوة رسمياً وأركز على كلمة رسمياً ويكون الرد في خلال عشرين يوماً عبر المحامي ، فإذا فشل المدعى عليهم في إقامة محام عنهم ، فمن الممكن أن يحكم عليهم غيابياً وبالتالي يحجز على أموالهم وممتلكاتكم في أمريكا، كما أنهم لن يستطيعوا أن يتعاملوا بالدولار، ومن الممكن أن يتتبعوا في قضايا أخرى في أماكن مختلفة من العالم، وهنا مكمن الخطورة" .

وفي ختام تصريحه قال المصدر " أوجه من هنا رسالة مفتوحة إلى جميع الأفراد والمنظمات والجمعيات والمؤسسات الخيرية بأن هذه حرب علينا جميعا وعلى ديننا وعلى هويتنا الإسلامية القصد منه تشويه صورتنا بين الشعوب ولذلك فمن الواجب التكاتف والتعاضد وتجنيد كل الطاقات والإمكانيات المادية للدفاع أولاً عن أنفسنا ومن ثم رفع قضايا مضادة على هؤلاء ليعلموا أن لحومنا ليست سائغة لأفواههم كما يجب أن تكون هناك حملات إعلامية ، تبدأ من الآن بالتنسيق مع المحامين لتوضيح الصورة المشرقة لديننا ومجتمعنا".

ويأتي صدور هذه القائمة في ذات اليوم الذي شكلت فيه 6 جمعيات خيرية سعودية تكتلا لمواجهة المعركة القانونية المتوقعة أمام المحاكم الأمريكية في دعوى التعويضات والتي تصل إلى مئات المليارات من الدولارات ,وهي الجمعيات التي ورد ذكر أسمائها في إحدى القوائم السابقة لمحامي أهالي الضحايا.

---

**Source: On-Line discussion form posting, dated May 6, 2003.**
**URL:** http://www.zahrani.com.sa/vb/showthread.php?t=16759

Al-Awdah and Al Hawali are on the list of the September 11 cases – home forum

Al-Awdah and Al Hawali are on the list of the September 11 cases

In the American capital, Washington, the new version of the list of those accused of being responsible for the September 11, 2001 events, which lawyers for the families of the victims take care to update from time to time, was released.

This time, the list included the names of a number of dignitaries, businessmen, and government institutions. The most prominent were: His Excellency Sheikh Salman Al-Awdah, supervisor of the "Al-Islam Al-Yaum" website, Sheikh Sifer Al-Hawali, former Um Al-Qura University professor of doctrine, His Excellency Sheikh Saleh Al-Hasin, Sami Bin Umar Al-Hasin, and Dr. Ahmed Zaki Yamani former Saudi Oil Minister. The list of businessmen included many names, among which are Abdullah Al-Jamih, Yusuf Jamil, and Hassan Sharbatli, in addition to the Saudi Red Crescent.

Sheikh Salman Al-Awda commented in press statements to the listing of his name in the new list and said: "If the accusation is frightening those who live in safety, aggression against the innocent, and murder for no reason, then we are among those who reject it and denounce it, wherever it comes from. In the same vein, we condemn the American aggression against Iraq, just as we formerly condemned its aggression against Afghanistan, Palestine, and others."

In a special statement to the "Al-Islam Al-Yaum" website, one of the accused in this case, quoting his private defense lawyer, said "this lawsuit is civil case, which means that the families of the victims of September 11 filed it. They are asking for financial compensation and there are no accusations or crimes made by the American government. They are saying that, according to them, there is a group of individuals and institutions that supported those they call terrorists, in one way or another, whether financially, ideologically, or with information. Therefore, they are affiliated with that and must pay financial compensation to the families of the victims."

Regarding the practical procedures for proving this case and the position of the accused in it, the source quoted his lawyer as saying: "the names that this case has been brought against should appoint a lawyer to represent them in case they are officially summoned to the trial. I emphasize the word "officially", in which case they need to respond within 20 days through a lawyer. If those accused fail to appoint a lawyer for themselves, they may be tried in absentia and their money and assets in the United States confiscated. They also will not be able to deal in dollars. They might be prosecuted in the future in various parts of the world, and that is where the danger lies."

In the end of his statement, the source said "I send out an open message from here to all the individuals, organization, associations, and charitable institutions. This is a war on all of us, our religion, and our Islamic identity, aimed at disturbing our image among the nations. That is why we must stand shoulder to shoulder and cooperate and enlist all of the energies and material capabilities first, to defend ourselves. Then, we need to file counter-suits against them so that they know that our flesh is not a bite that will be easy for their mouths to swallow. Likewise, there must be media campaigns, beginning now, in coordination with the lawyers in order to clarify the shining image of our religion and society."

The list was published the same day that six Saudi Arabian charities united as a bloc in order to face the expected legal battle in the American courts in compensation cases of hundreds of billions of dollars.  These institutions were mentioned in a previous list compiled by the lawyers of the victim's families.

**Source: Al-Watan Newspaper web site,**
**URL:** http://www.alwatan.com.sa/daily/2005-05-07/first_page/first_page01.htm

After the case was rejected by the Washington Court in 2003 and Southern New York last January

Abha: Al-Watan

Judge Richard C. Casey, Judge of the American Court of the Southern Region of New York City, issued a verdict the day before yesterday, dismissing all cases brought against Saudi Arabia, Prince Sultan Bin Abdel Aziz, Prince Turki Al-Faisal, Prince Muhammad Al-Faisal, and the Rajihi Investment Company in the background of accusations connected with the September 11 events.  The decision ensures the elimination of the five names from among the defendants.  This happened after the court found that the evidence against them that was submitted does not materially differ from the allegations and evidence presented in the cases which were dismissed in a previous ruling last January 18th.

The cases which the court dismissed were as follows:

1. Kingdom of Saudi Arabia

   - Cantor, Vincenger, Lore and Partners v. Al-Aqidah Investment Co., Number 04-cv-7065
   - Marsion v. Saudi Arabian Government, Number 04-cv-7210
   - New York Marine and General Insurance Company v. Al-Qaeda Number 04-cv-6105
   - O'Neill v. Saudi Arabia, Number 04-cv-1922
   - Pacific Employees Insurance Company v. Saudi Arabian Government, Number 04-cv-7216

2. Prince Sultan Bin Abdel Aziz Al Saud
   - Cantor, Vincenger, Ladd, and Associates v. Al-Aqidah Investments, Number 04-cv-6065
   - Continental Casualty Company v. Al-Qaeda Islamic Army, Number 04-cv-5970
   - Euro Brokers Company v. Al-Barakah Investment and Development Company, Number 04-cv-6105
   - World Trade Center Properties v. Al-Barakah Investment and Development Company, Number 04-cv-7280

3. Prince Turki Al-Faisal
   - Cantor, Vincenger, Ladd v. Al-Aqidah Investments Company, Number 04-cv-7065
   - Continental Casualty Company v. Al-Qaeda Islamic Army, Number 04-cv-5970
   - Euro Brokers Company v. Al-Barakah Investment and Development Company, Number 04-cv-7cv9
   - New York Marine and General Insurance Company v. Al-Qaeda Number 04-cv-6105

- World Trade Center Properties v. Al-Barakah Investment and Development Company, Number 04-cv-7280

Prince Muhammad Al-Faisal
- Pezet v. Al-Barakah Investment and Development Company, Number 04-cv-9849
- Cantor, Vincenger, Ladd and Associates v. Al-Aqidah Investments Company, Number 04-cv-7065
- Continental Casualty v. Al-Qaeda Islamic Army, Number 04-cv-5970
- Euro Brokers Company v. Al-Barakah Investment and Development Company, Number 04-cv-7cv9
- O'Neill v. Al-Barakah Investment and Development Company, Number 04-cv-1923

- Salgo v. Al-Qaeda Islamic Army, Number cv-03-5071
- Tremski v. Osama Bin Laden, Number cv-02-7300
- World Trade Center Properties v. Al-Barakah Investment and Development Company, Number cv-04-7280
- Al-Rajihi Banking Investment Company
- Ashton v. Al-Qaeda Islamic Army, Number cv-02-6977
- Parent v. Al-Barakah Investment and Development Company, Number cv-03-5738
- Cantor, Vincenger, Ladd and Associates v. Al-Aqidah Investments Company, Number cv-04- 7065
- Continental Casualty v. Al-Qaeda Islamic Army, Number 04-cv-5970
- Euro Brokers Company v. Al-Barakah Investment and Development Company, Number 04-cv-7279
- Federal Insurance Company v. Al-Qaeda, Number cv-03-6978
- New York and General Insurance Company v. Al-Qaeda, Number cv-04-6105
- O'Neill v. Al-Barakah Investment and Development Company, Number 04-cv-1923
- Salfo v. Al-Qaeda Islamic Army, Number cv-03-5071
- Tremski v. Osama Bin Laden, Number cv-02-7300
- World Trade Center Properties v. Al-Barakah Investment and Development Company, Number cv-04-7280

Judge Casey struck a blow at those who tried to rob Saudi Arabia and Saudi individuals by means of accusations of being involved in the events of September 11. He issued a judgment of 62 pages last January 18, in which he acquitted a number of Saudi leaders and about 200 individuals and organizations, the most notable of which were Prince Turki Al-Faisal, the Al-Rajihi Foundation, the Saudi American Bank, and the Arab Bank, of the accusations which the lawyers representing a number of the victims tried to press against them.

The judge stated that the case which was filed against Prince Turki must be dismissed in every aspect. At the same time, he rejected the efforts of the plaintiffs to formulate a case against Prince Turki Al-Faisal, based on allegations that he supported Islamic charitable organizations in various parts of the world. He affirmed that the plaintiffs did not present well-founded facts. The London High Court also issued a decree in favor of Prince Turki Al-Faisal. It awarded a large amount in compensation and an apology from the French

Magazine Paris Match, which had claimed in an article published in October, 2003, that Prince Turki was directly responsible for the September 11 attacks.  He brought a suit against the publishers of the magazine.  Prince Turki's lawyer, Robert Arleigh, said that Al-Faisal had tried many times to extradite Osama Bin Laden from Afghanistan to be delivered to Saudi Arabia, but his efforts did not succeed.  This led to Saudi Arabia's severing relations with the Taliban.

بعد رفض الدعوى في محكمة واشنطن عام 2003 وجنوب نيويورك في يناير الماضي

## بعد رفض الدعوى في محكمة واشنطن عام 2003 وجنوب نيويورك في يناير الماضي
### إسقاط جميع القضايا المرفوعة على السعودية والأمير سلطان وتركي ومحمد الفيصل وشركة الراجحي

**أبها: الوطن**

أصدر قاضي المحكمة الأمريكية التابعة للقطاع الجنوبي لمدينة نيويورك القاضي ريتشارد سي كيسي أول من أمس أمراً بإسقاط كل القضايا المرفوعة ضد السعودية وضد الأمير سلطان بن عبدالعزيز والأمير تركي الفيصل والأمير محمد الفيصل وشركة الراجحي للاستثمار على خلفية تهم تتعلق بأحداث 11 سبتمبر وتضمن القرار إسقاط الأسماء الخمسة من المدعى عليهم بعد أن وجدت المحكمة أن الأدلة المقدمة ضدهم لا تختلف ماديا عن المزاعم والأدلة التي قدمت عن القضايا التي تم إسقاطها في حكم سابق صدر في 18 يناير الماضي.

وتقسم القضايا التي أسقطتها المحكمة على النحو التالي:

1- المملكة العربية السعودية
- قضية كانتور فيتسجير لور وشركاه ضد شركة العقيدة للاستثمار رقم 7065-cv-04
- قضية مارسيون ضد الحكومة السعودية رقم 7210-cv-04
- قضية نيويورك مارين وشركة التأمين العامة ضد القاعدة رقم 6105-cv-04
- قضية أونيل ضد السعودية رقم 1922-cv-04
- شركة تأمينات موظفي الباسفيك ضد الحكومة السعودية رقم 7216-cv-04
2- الأمير سلطان بن عبدالعزيز آل سعود
- قضية كانتور فيتسنجير لاد ومساعديه ضد شركة استشارات العقيدة رقم 6065-cv-04
- قضية شركة كونتيننتال كاجولتي ضد القاعدة الإسلامي رقم 5970 cv- 04
- قضية شركة إيرو بروكر ضد شركة البركة للاستثمار والتطوير رقم 6105-cv-04
- قضية ممتلكات المركز العالمي للتجارة ضد شركة البركة للاستثمار والتطوير رقم 7280-cv-04
3- الأمير تركي الفيصل
- قضية كانتور فيتسنجير لاد ضد شركة العقيدة للاستثمار رقم 7065-cv-04
- قضية شركة كونتيننتال كاجولتي ضد جيش القاعدة الإسلامي رقم 5970-cv-04
- شركة يورو بروكرز ضد شركة البركة للاستثمار والتطوير رقم cv9-7cv-04
- قضية نيويورك مارين وشركة التأمين العامة ضد القاعدة رقم 6105-cv-04
- ممتلكات مركز التجارة العالمي ضد شركة البركة للاستثمار والتطوير رقم 7280-cv-04
- الأمير محمد الفيصل
- قضية بيزيت ضد شركة البركة للاستثمار والتطوير رقم 9849-cv-03
- قضية كانتور فيتسنجير لاد ومساعديه ضد شركة العقيدة للاستثمار رقم 7065-cv-04
- قضية كونتيننتال كاجولتي ضد جيش القاعدة الإسلامي رقم 5970-cv-04
- قضية شركة يوروبروكرز ضد شركة البركة للاستثمار والتطوير رقم cv9-7cv-04
- قضية أونيل ضد شركة البركة للاستثمار والتطوير رقم 1923 04-cv--

- قضية سالغو ضد جيش القاعدة الإسلامي رقم 5071-cv-03
- "ترمسكي" ضد أسامة بن لادن رقم 7300-cv-02
- قضية ممتلكات مركز التجارة العالمي ضد شركة البركة للاستثمار والتطوير رقم 7280-cv-04
- شركة الراجحي المصرفية للاستثمار
- قضية أشتون ضد جيش القاعدة الإسلامي رقم 6977-cv-02
- قضية بيرنت ضد شركة البركة للاستثمار والتطوير رقم 5738-cv-03
- قضية كانتور فيتسنجير لاد ومساعديه ضد شركة العقيدة للاستثمار رقم 7065-cv-04
- قضية كونتيننتال كاجولتي ضد جيش القاعدة الإسلامي رقم 5970-cv-04
- قضية يورو بروكرز ضد شركة البركة للاستثمار والتطوير رقم 7279 cv - 04
- قضية شركة التأمينات الفدرالية ضد القاعدة رقم 6978-cv-03
- قضية نيويورك وشركة التأمين العامة ضد القاعدة رقم 6105-cv-04
- قضية أونيل ضد شركة البركة للاستثمار والتطوير رقم 1923-cv-04
- قضية سالفو ضد جيش القاعدة الإسلامي رقم 5071-cv-03
- "ترمسكي" ضد أسامة بن لادن رقم 7300-cv-02
- قضية ممتلكات مركز التجارة العالمي ضد شركة البركة للاستثمار والتطوير رقم 7280-cv-04

وكان القاضي كيسي قد وجه ضربة إلى محاولي ابتزاز السعودية وشخصيات سعودية عن طريق اتهامها بالتورط في أحداث 11 سبتمبر. وأصدر في 18 يناير الماضي حكما حكما في 62 صفحة برأ بموجبه عددا من القيادات السعودية وحوالي 200 شخصية وهيئة أبرزهم الأمير تركي الفيصل، ومؤسسة الراجحي والبنك السعودي الأمريكي، والبنك العربي من التهم التي حاول محامون يمثلون عددا من ضحايا الهجمات إلصاقها بهم.

وبين القاضي أن القضية التي رفعت ضد الأمير تركي يجب أن تسقط من كل جوانبها، رافضاً في الوقت نفسه جهود المدعين لتكوين قضية ضد الأمير تركي الفيصل بمزاعم دعمه للمؤسسات الإسلامية الخيرية في أنحاء العالم، مؤكداً أن المدعين لم يقدموا "حقائق ذات أساس". وكانت محكمة لندن العليا أصدرت في الأخرى حكما لصالح الأمير تركي الفيصل قضى بدفع تعويض كبير واعتذار من المجلة الفرنسية "باري ماتش" التي ادعت في مقال نشرته في أكتوبر 2003 أن الأمير تركي كانت له مسؤولية مباشرة في هجمات 11 سبتمبر. وقد تقدم بدعوى ضد ناشري

بعد رفض الدعوى في محكمة واشنطن عام 2003 وجنوب نيويورك في يناير الماضي المجلة. وقال محامي الأمير تركي الفيصل روبرت إيرلي إن الفيصل حاول مراراً إبعاد أسامة بن لادن من أفغانستان وتسليمه للسعودية لكن محاولاته لم تنجح مما أدى إلى قطع السعودية لعلاقاتها مع طالبان.