# Exhibit 7 - Part 1 of 2





انفراد الأسبوع

أخطر حوار مع راعى الإرهاب الذى دعمته المخابرات الأمريكية

## أسامة بن لادن: اشتريت تنظيمات الجهاد بأموالى

هذا الحوار يهم القارىء المصرى بالتأكيد.

ليس لأن الذى يتحدث فيه ابن عائلة سعودية محترمة تبرأت منه، ولا لأنه الرجل الذى يعترف بأن الجهاد يشترى ويباع، ولكن لأنه ببساطة قد يكون وراء عمليات عديدة راح ضحيتها طفلة صغيرة، أو شاب يبحث عن مستقبل.

وفوق كل هذا فإن هذا الحوار محاولة للإجابة عن لغز ضخم، لا يعرف أحد كيف نشأ، ولا كيف سينتهى

أخطر حوار مع راعي الإرهاب

## ■ بدأ «الجهاد» بمساعدة أمريكا رجال أعمال إيرانيين ■ اتهم الموساد باغتيال عبدالله عزام ■ أيمن الظواهري طبيبه ومصطفى حمزة صديقه
## ■ شبكة دولية للاتصالات وأخرى من الجمعيات العالمية لدعم الإرهاب

منذ أن أصبح أسامة بن لادن اسما معروفا في عالم الإرهاب . وكل الطرق تؤدي إليه . وكافة الأصابع تشير إلى دوره في عمليات القتل والتدمير.. والأدلة حوله تتراكم هذه الأيام.

1 - في ديسمبر الماضي اقتحم البوليس البريطاني مقر إقامة شخص جزائري اسمه رشيد رامدا في لندن ووجد أوراقا تدل على اتصالات « بالمجموعة الإسلامية المسلحة » . وهي منظمة جزائرية متهمة بسبعة انفجارات في فرنسا قتلت سبعة أشخاص وجرحت 180 في العام الماضي .. هناك اكتشف البوليس أدلة تقود إلى مقر إقامة بن لادن في الخرطوم .

2 - في ديسمبر الماضي أيضا ، وكما زعمت مجلة تايم كشفت مصر النقاب عن مؤامرة لجماعة الجهاد المتطرفة تستهدف اغتيال شخصيات كبرى . ووفقا للتحقيقات فإن هناك خط معلومات يشير إلى أن بن لادن ساعد على تدبير المؤامرة .

3 - بناء على اعترافات الإرهابيين المشتبه فيهم تتهم سلطات الأمن المصرية بن لادن بأنه الممول الرئيسي لمعسكر في أفغانستان اسمه « كونار » قام بتدريب المجندين في « الجهاد الإسلامي » و « الجماعة الإسلامية » . وكلتاهما من المنظمات الإرهابية المصرية .

4 - الحكومة الأمريكية ، وفقا لمصدر مخابراتها ، تقول أن بن لادن يساعد على تمويل معسكرات تدريب إرهابية في شمال السودان وأن المتطرفين من مصر والجزائر وتونس يتلقون التدريب في هذه المعسكرات .

5 - في 1992 أدى انفجاران في فندقين بعدن إلى مقتل سائحين من النمسا . كان الهدف هو اغتيال مائة أمريكي كانوا في طريقهم إلى الصومال ضمن العاملين في « عملية الأمل » لإنقاذ الوضع هناك .. والحكومة الأمريكية تقول أن بن لادن وراء تمويل العمليتين .

وبالرغم من إنكاره لهذه التهم إلا أن بن لادن يظل مصدر قلق شديد لأنظمة عديدة ، ويقول عنه مسئول أمريكي أنه « سمكة كبيرة ، ذلك أن سمعته تعطيه النفوذ والتأثير ووفقا لهذا المسئول فإن « بن لادن هو نوع من الرجال يمكن أن يذهب إلى شخص ما ويقول له « احتاج منك شيكا من ستة أرقام ، ويحصل عليه . إنه يفعل ذلك مع رجال الأعمال الإسلاميين الذين لا يعلمون في بعض الحالات أين تذهب أموالهم . والكثير منها في الواقع لا يذهب لبناء المساجد في البوسنة أو إطعام الجياع في الصومال . ولكن لبناء معسكرات ودعم شبكات ومواد العمليات الإرهابية .

ولقد سحبت الحكومة السعودية الجنسية السعودية من بن لادن . وقد منعت بريطانيا دخوله البلاد . وأمريكا توجه إليه عددا من الاتهامات ، ولكن لا توجد جريمة محددة توجه له من خلالها اتهامات بعينها .

وقد قال بن لادن لمجلة « تايم » إنني أحذر هؤلاء الذين يطاردونني وأضاف : « المفروض أن الناس أبرياء حتى يثبت العكس .. حسنا مقاتلو أفغانستان ليسوا إرهابيين العالم ، ولكن دفعهم إلى الحائط لن يؤدي لشيء إلا لزيادة الإرهاب » .

تربى بن لادن في السعودية بالقرب من البحر الأحمر . وأدهش الذين حوله كشاب عادي . لكنه كان أكثر طموحا من إخوته وكان متعلقا بقوة مع مشروع شركة عائلته لإعادة بناء الأماكن المقدسة في مكة والمدينة . ثم في عام 1979 بعد تخرجه من « جامعة الملك عبد العزيز » ، قام الاتحاد السوفيتي بغزو أفغانستان وبدأ « المجاهدون » الأفغان في طلب المساعدة الدولية . ودعمهم بن لادن مع العديد من رجال عائلته .

في 1986 قاتل في قرية اسمها « جاجي » ، بالقرب من الحدود الباكستانية ضد السوفييت ، وكانت هذه أول علامة على إمكانية هزيمة السوفييت . بعد عام قاد بن لادن هجوما على القوات السوفيتية في معركة شابان . يقول بنطوع

... السطيني في أن بطلا بالنسبة النار دائما يت شخص آخر » .

هذا المتطوع أحد معسكرات وهو يضيف في أمواله فقط ، و من قصره ليع الأفغان ، والمقا معهم وأكل م معهم » .

هذا الرجل الذ بن لادن .. قابلت لندن .. وأجرت وفيه يفهم من أولا من كلمة . المجاهدين » ، انه الجهاد بفلوسه . يوما عن الدفع .

ويفهم من هذ غامض ، دعمه برأسه الكثيرون . يقبل هؤلاء الأشد في مرحلة وآخر الدول والأجهز لوازم .. هكذا ...، وهكذا الأي يستبعد أ سلمية مثلما فعل

17-6-1996

(24) روزاليوسف - 96/6/17 - [3549]



بن لادن
يلابس
الأغنان
العرب

الفلسطيني في أفغانستان عنه: .. كان بطلاً بالنسبة لنا لأنه كان على خط النار دائماً يتحرك للأمام قبل أي شخص آخر.

هذا المتطوع الفلسطيني يدير الآن أحد معسكرات بن لادن في السودان وأبو يضيف قائلاً: .. إنه لم يعط أمواله فقط، ولكن نفسه أيضاً. نزل من قصره ليعيش مع الفلاحين الأفغان .. والمقاتلين العرب، طبخ معهم وأكل معهم وحفر الخنادق معهم.

هذا الرجل الذي يحمل اسم أسامة بن لادن .. قابلته روزاليوسف في لندن .. وأجرت معه هذا الحوار.

وفيه يفهم من كلماته الكثير، يفهم أولاً من كلمة .. من يملك المال يملك المجاهدين، أنه اشترى تنظيمات الجهاد بفلوسه، لاسيما أنه لم يتوقف يوماً عن الدفع.

ويفهم من هذا الحوار أنه لغز غامض، دعمه الكثيرون، وطالب برأسه الكثيرون، ولكنه في النهاية يشبه هؤلاء الأشخاص الذين يظهرون بين مرحلة وأخرى لخدمة أغراض الدول والأجهزة إلى أن تنتهي أدوارهم .. هكذا ظهر وانتهى أبو نضال .. وهكذا ظهر وانتهى كارلوس .. وهكذا ظهر أسامة بن لادن الذي يستبعد أن تقوم السودان بتسليمه مثلما فعلت مع كارلوس. ■



## .. ودفعت الملايين لحسن الترابي

حجم المعلومات المتناثرة في الشارع الإسلامي في لندن حول زعيم أكبر شبكة إسلامية إرهابية في العالم .. يجعلنا نفكر في الصفات التي يطلقها عليه أعداؤه وأصدقاؤه من صفة « فاعل خير » إلى صفة الإرهابي .. ومن تاجر شاطر يركب الموجة الإسلامية لتحقيق أكبر قدر ممكن من الشهرة وأكبر عدد ممكن من المليارات إلى زعيم العصابات الذي يسعى لقلب نظم الحكم.

رغم هذا فإن اسم زعيم الجهاد الإسلامي أسامة بن لادن .. في الواقع ليس سوى اسم أكبر ممول للعمليات الإرهابية .. الأصولية التي تنشط في عالمنا العربي .. وبدأت تجتاح العالم الغربي .. حتى وصلت للشرق آسيا.

في الطريق إليه حاولت مع مرافقي الإجابة عن سؤال يطرحه حول: من هو بن لادن .. وأين هي الحقيقة .. هل هذه تنظيم غير حقيقي لدوره .. وكيف انتقل من عمله كمقاول لتوسعة الحرم المكي .. إلى أخطر رجل في العالم ؟!

قال لي مرافقي وأنا في الطريق لمقابلة اختفر رجل في العالم: قصة ظهور بن لادن بدأت في أفغانستان .. وقد اختار الرجل ما اسمه بالجهاد ‹



□ حوار:
فايزة سعد

روزاليوسف ٩٦/٦/١٧ - [٣٥٤٩] - (٢٥)