# Exhibit 7 -
# Part 2 of 2

## أخطر حوار مع راعي الإرهاب

منذ الأيام الأولى للغزو السوفيتي لأفغانستان .. وقد وصل إلى باكستان بعد ١٧ يوماً من الغزو السوفيتي ، ومهد لهذا الشيخ عبدالله عزام ، الفلسطيني ، مؤسس أول كتيبة للمجاهدين العرب ، ورئيس مكتب المجاهدين في بيشاور. اتهمته بعض الأوساط آنذاك بعلاقة وثيقة مع المخابرات الأمريكية التي عهدت إليه تجنيد المتطوعين المسلمين في العالم كله ، وكانت الناقلات التي يستخدمها كمقاول كبير في السعودية تستخدم في نقل الأسلحة والذخائر الأمريكية من باكستان إلى جبال أفغانستان القريبة من الحدود الباكستانية .

جمع ، بن لادن ، بين التجارة والجهاد .. فأنشأ بيت الأنصار لاستقبال المتطوعين من كافة أرجاء العالم الإسلامي .. وكان يجلبهم من الدول العربية والإسلامية على نفقته الخاصة .

كانت الأفواج الأولى تضم الكثير من العاملين في قطاع المعمار ، والذين عملوا معه من خلال شركة المقاولات الكبرى في السعودية ، وقد ساهم شركة بن لادن في افتتاح العديد من المعسكرات في جبال أفغانستان خاصة بعد أن ارتبط بعلاقات وثيقة مع القيادات الأفغانية ، وفي مقدمتهم ، قلب الدين حكمتيار ، - زعيم الحزب الإسلامي - والجنرال مسعود شاه .. ثم انضمت إليه مجموعة من المصريين الهاربين من مطاردة الأمن وعلى رأسهم صفوت عبدالغني الذي اتهم بقتل رفعت المحجوب ، وقد أسس ابن لادن ١٦ معسكراً للتدريب من سموا بالمجاهدين في بيشاور على الحدود الأفغانية ، وكان أبرز هذه المعسكرات معسكر ، جاجي ، وسط الكهوف والجبال في ولاية بكتيا .

في نفس الوقت عمل بن لادن على إنشاء جمعيات خيرية إسلامية غير حكومية ، وافتتح لها فروعاً في كل من أفغانستان وباكستان .. ثم سرعان ما انتشرت هذه الجمعيات الخيرية الإسلامية وتفرعت في كافة الدول العربية ، وكان ابن لادن يعرف وسط المجاهدين باسم « أبو عبدالله » .

في إحدى الفيلات الأنيقة - في حي ، ويمبلي ، شمال لندن - وهي فيلا تحيط بها عمليات التأمين بكثافة ، اتجهت لمقابلته ، فالرجل يحيط نفسه بعدد كبير من الحراس .. معظمهم من الأفغان العرب ، والأجانب .

لقد اقتضى الوصول إليه المرور بعدد كبير من السكرتارية قبل الوصول إلى سكرتيره الخاص ، خالد ، الذي كان آخر الحواجز .. قبل أن أدخل إلى صالون تعبقه رائحة عطر نفاذ .. هنا ابلغت أن أسامة بن لادن حاضر إلى مكتبه .. ثم رأيت هذا الرجل الذي يبلغ الرابعة والأربعين من العمر .. طويل البنية .. أنيق الملبس .. له لحية كثيفة سوداء .. وعينان ثاقبتان .. يتحدث ببساطة شديدة ، ولكن لهجته تنم عن الكبرياء والعنجهية في شكل يعني أهمية للدور الذي منحه لنفسه .. أو يجد نفسه له .

كان يداعب شعر لحيته الكثيف الأسود .. ويبدو وكأنه ذو ذكاء حاد .. وقدرة كبيرة على فهم مقابله يخلد محدثه .. يحاول أن يستخدم نظراته الثاقبة .. على طريقة النوم المغناطيسي ، وقد بدا لي معجباً بنفسه كثيراً .. ويبتسم بالمراوغة .. ويبرع فيها .

قال لي ببساطة : أنا أحمل جواز سفر دبلوماسياً ، سودانياً .. باسم مستعار .

وهكذا أعفاني من توجيه العديد من الأسئلة ، فبدأ يحكي قصته ببساطة وتكاه شديدين .. اسمي أسامة بن لادن ، وعمري ٤٤ سنة ، من مواليد المملكة العربية السعودية « مكة » .. بعد الغزو السوفيتي لكابول .. كنت أقيم في تركيا بعد أن تركت المملكة لبعض الخلافات ، التي لا أحب أن أسردها الآن .. وكنت أعمل بالتجارة ، وخلال إقامتي باسطنبول تعرفت على العديد من التجار الإيرانيين الذين هربوا من إيران ، بعد الحرب العراقية الإيرانية .. في تلك الفترة كان المجاهدون العرب قد بدأوا التوجه إلى أفغانستان بمساعدة من المخابرات المركزية الأمريكية التي أقامت لهم معسكر تراتزيت في إحدى ضواحي اسطنبول يتم فيه استقبال المتطوعين ، ثم نقلهم إلى أفغانستان .

كانت أفغانستان تفتقد في ذلك الوقت إلى كل شيء تقريباً .. فاتفقنا كمجموعة من التجار على مساعدة أفغانستان ، وقمنا بتوريد كافة محتاجات الدولة .

ولطبيعة العمل كان لابد لي أنا وأصدقائي الإيرانيين السفر إلى باكستان والانتقال إلى هناك .. كنا في البداية نمول معسكرات المجاهدين بكل ماتحتاجه من أدوية وأغذية وسلاح .

في باكستان تعرفت على ثلاثة سودانيين أعضاء في الجبهة القومية الإسلامية التي يتزعمها حسن الترابي ، ولم تكن الجبهة قد وصلت إلى السلطة في السودان بعد .. وكان بينهم شاب يدعى الطاهر ، تخرج في كلية الهندسة ، في جامعة الخرطوم .. ولكنه ظل عاطلاً لعدة سنوات ، فقرر التطوع مع المجاهدين في أفغانستان ، وتوطدت العلاقة بيننا ، فقد كان الطاهر من أكثر الشباب المتطوعين ثقافة ولباقة ، وقد أغراني الطاهر بضرورة استثمار أموال في المشاريع السودانية .

ثم كان انقلاب البشير - الترابي الذي كان قد وقع عام ١٩٨٩ » .

في ذلك الوقت كنت قد عرفت في أوساط المجاهدين - وخاصة العرب والمسلمين - ثم قتل عبد الله عزام ، مع اثنين من أولاده ، بتفجير سيارة ملغمة في بيشاور كان ذلك في أكتوبر ١٩٨٩ ، وهنا شعرت بالخطر .. ولمسنا نحن ، المجاهدين ، بأن هناك محاولات جادة لتصفية رموز ، الجهاد الإسلامي ، .. مع بداية الانسحاب السوفيت . خاصة أن المعلومات التي توافرت لدينا أن الموساد كانت وراء اغتيال الشيخ عبد الله عزام .. الفلسطيني الجنسية .. هذا ما قاله .

قبل سقوط كابول في أيدي المجاهدين الأفغان ، كان أسامة بن لادن في طريقه إلى السودان ، كان ذلك في أبريل ١٩٩٢ .. ولم تكن رحلته إلى السودان هي الأولى .. لقد سبقتها رحلة له في أكتوبر ١٩٩٠ ، وقد ذهبت إلى السودان بصحبة ثلاثة من أصدقائك السودانيين .. واستقلوا من مطار الخرطوم سيارة إلى فندق جرين فيلدج .. وبعدها بأسبوع

كارلوس

أيمن الظواهري

البشير

استأجر أسامة بن لادن شقة مفروشة في ١٥٠ ، حي العمارات ، .. وبدأ يتدارس مع أصدقائه السودانيين المشروعات التي يمكنه استثمار أمواله فيها . فقام بزيارة وزارات الصناعة والزراعة ، والتجارة . ولم تكن الهيئة العامة للاستثمار في السودان قد أنشئت بعد ..

يقول أسامة بن لادن ، إنه يحمل بكالوريوس هندسة .. وقد أنشأ مع صديقه الطاهر السوداني الجنسية ، شركة لتعبيد الطرق وبناء الجسور والمجتمعات السكنية ، وخلال ذلك تم ترتيب اللقاء له مع الشيخ حسن الترابي - الذي دعاه لتناول الغداء في منزله .. وبعد الغداء قال له الترابي : لقد وافقنا على تقديم كل الدعم والعون لك . وبالمقابل قبلنا عضويتك منتسباً في جبهتنا .. ودفع أسامة بن لادن للترابي خمسة آلاف دولار .. كرسم انتساب .

بعدها انتقل بن لادن من شقته في حي المنارات .. واستأجر فيلا خاصة .. في حي الرياض .. أشهر أحياء العاصمة السودانية الذي يقع خلف مطار الخرطوم .. وهي فيلا مكونة من طابقين .. طابق يستخدمه كمكتب خاص له .. والآخر لاستخدامه الشخصي كمكان خاص .. وبدأ يستورد العديد من سيارات النقل

والجرافات من ألمانيا في صفقة بلغت ١٥ مليون دولار .. وقامت الحكومة السودانية وبتدخل من حسن الترابي بإعفاء أسامة بن لادن من دفع الرسوم الجمركية على الشاحنات .

وتوطدت العلاقات بين بن لادن . وحسن الترابي . وكان العديد من الأفغان العرب قد دخلوا من بيشاور إلى السودان ، وقال له الترابي يومها ان الحكومة الإيرانية ورطت النظام السوداني بهؤلاء الأفغان ووعدت الحكومة السودانية بالدعم المادي ، لتوفير سبل العيش لهم ، ولكن الحكومة الإيرانية قد أخلت بوعدها .. وفي المقابل لم تستطع الحكومة السودانية تحمل عبء المجاهدين ، ولا تستطيع طردهم من أراضيها .. وفهم بن لادن أن المطلوب منه هو دفع مبلغ من المال . وقدم لهم بن لادن

كارلوس — البشير — حسن الترابي

تبرعا قيمته مليونا دولار .. بشيك مسحوب على بنك فيصل الإسلامي .

ولقد حصلت شركة المقاولات التي أنشأها ابن لادن في السودان على العديد من المشروعات ، أهمها سد الروصيرص .. الذي يعتبر من أكبر السدود السودانية ، ومشروع بناء وتجهيز ٢٣ معسكرا لتدريب المجاهدين . رفض بن لادن تقاضي أي مليم من أجل إنشاء تلك المعسكرات وكرد للجميل تم تكليف أسامة بن لادن بتولي تنفيذ مشروع طريق التحدي . والطريق الرئيسي المعد ليربط بين الخرطوم وشندي وعطبرة ، ويبلغ طوله أكثر من خمسمائة كيلو متر .. وأعطي له التنفيذ بالأمر المباشر ، وقدرت تكاليف المشروعات بمئات الملايين من الدولارات .

ومازال العمل جاريا في هذا المشروع حتى الآن ، بالإضافة إلى ذلك قامت شركة بن لادن بالمساهمة في إنشاء ترعتي الرهد وكنانة ، وأنشأ ابن لادن مع تجار جبهة الترابي بنك الشمال . في الخرطوم ، وساهم في إنشائه بمبلغ خمسين مليون دولار مقابل حصوله على مليون فدان في مناطق كردفان ، وغرب السودان للاستثمار الزراعي ، وتربية الماشية .

في عام ١٩٩٣ .. طلبت حكومة البشير قرضا من أسامة بن لادن ، فقدم لها قرضا ميسرا قيمته ٨ ملايين دولار بهدف استيراد الدقيق بصورة عاجلة ، وكانت مخازن الحكومة السودانية قد فرغت من الدقيق ، وفي حفل افتتاح مطار بورتسودان الجديد .. تبرع أسامة بن لادن بمبلغ ٢,٥ مليون دولار .

ولم يحضر أسامة بن لادن مؤتمر الشعب العربي الإسلامي ، الذي يقام سنويا ، ويجمع جميع رموز المقاومة الإسلامية . رغم أنه يدفع مليون دولار مساهمة في إقامته .

ويملك أسامة بن لادن في السودان أكثر من مقر ، فهناك الفيلا الخاصة في حي الرياض ، وأخرى أكثر فخامة في حي المطار .. بجانب يخته الخاص . الذي يرسو عادة في ميناء بورتسودان ..

أما طبيبه الخاص . فهو الدكتور أيمن الظواهري - وقد كان يلازمه طوال فترة عمله داخل معسكرات المجاهدين في بيشاور ، ومصطفى حمزة . الذي بدأ العمل معه في مكتبه في القاهرة ، وقبل هروبه إلى السودان .. وهو يعتبر من أكثر المقربين لبن لادن ويعتبر محمد شوقي الإسلامبولي .. العقل الإعلامي لبن لادن ، وكان يشغل وظيفة ضابط الاتصال في جلال أباد .

أما في اليمن فيعتبره اليمنيون من أكبر الممولين للحركات الإسلامية فقد ساهم في إنشاء سبعة معاهد تعليمية خاصة . في لحج والضالع وأبين وعدن ، ثم تبرع مؤخرا ببناء الجامعة الإسلامية في اليمن ، والتي ستبنى في مدينة « تعز » ، ويرتبط بن لادن مع طارق الفضلي زعيم المتطرفين الإسلاميين في اليمن ، كما تربطه علاقات قوية مع الشيخ عبد المجيد الزنداني ..

يقول بن لادن : إنني متهم بفتح العديد من معسكرات المتطرفين الإسلاميين في صعدة .. ولكن علاقته الآن متوترة بعد توجيه الاتهام إليه من الحكومة اليمنية . فإنه هو والمجاهدين العرب مسئولون عن تفجير المنشآت النفطية ، والهجوم على فندق عدن عام ١٩٩٢ .

وبالتالي قام بن لادن بنقل المجاهدين العرب من اليمن إلى الصومال في رحلة كلفته ثلاثة ملايين دولار .

ولا يخفي الرجل علاقته بعمر بكري محمد ، الذي تعرف عليه من خلال شخص يدعى نضال أبو دجانة المعروف باسم « أبو الرداء » .. وهو سوري الجنسية ويرافق بن لادن كظله ويعيش معه في السودان .. وهو من أكبر قيادات الإخوان المسلمين السوريين وقد فر من حماة بعد أحداث ١٩٨٢ .

يضحك بن لادن وهو يداعب شعر ذقنه الأسود .. ويقول : من يملك المال يملك المجاهدين ؟!

فهو يقول إنه يمد يد المساعدة لكل من يطلب منه ذلك من إخوانه المجاهدين .

قلت له : أنت متهم من قبل الحكومة الفلبينية بأنك وراء تنظيم أبو سياف وبإقامة خلايا متطرفة ، تم اعتقالها العام الماضي في الفلبين .. وشملت عددا من رعايا الدول العربية منهم شقيق رمزي يوسف المتهم بنسف مركز التجارة الدولي في نيويورك عام ١٩٩٣ .

قال : ببساطة إن حجم المساعدات التي تقدمها مؤسسة بن لادن الآن تشمل ١٣ دولة منها الفلبين - ماليزيا - باكستان - هولندا - بريطانيا - رومانيا - روسيا - تركيا - لبنان - العراق - وبعض الدول الخليجية - لا داعي لذكر اسمها .

قالها وابتسامة خبيثة تلمع فوق شفتيه .

وقال : إن هذا الدعم يأتي - بشكل خاص - من جمعية هيومان كونسرن انترناشيونال التي تأسست عام ١٩٨٢ .. في أفغانستان .

كان بن لادن أحد المؤسسين بمحاولة الحكومة الإيرانية ، والمخابرات الأمريكية ، ولكن سرعان ما دخلها مموّلون آخرون من الدول الخليجية ، ومركزها ستوكهولم وفروعها في العالم ومنها : جمعية المساعدة في بريطانيا وجمعية النجدة في برلين والدعم الإسلامي في إيطاليا وجمعية موفق في زغرب وبيت الأنصار في بيشاور .

قلت له : هل صحيح أنك تملك أكبر شبكة اتصالات إلكترونية .. وانترنيت ؟ قال : نعم لأسير بها أعمالي ؟!

قلت له : هل وجودك في لندن الآن متعلق بالتحقيقات الجارية في لندن وباريس .. عن دورك في تمويل العمليات الإرهابية في فرنسا ؟

ضحك وقال : لا .. أنا في مهمة مع السفارة الأمريكية في لندن ؟!

قلت له : ألا تخشى أن يقوم الترابي بتسليمك كما فعل مع كارلوس ؟

قال : محتمل وأنا الآن لا أعيش في السودان ، وأقوم بالتنقل بصفة مستمرة ولا اتخذ من أي بلد مقرا لي .

وقال : عموما السودان في حاجة لي ، أكثر من حاجتي للسودان ، وأنا أؤكد أن مغادرتي للسودان ستؤدي حتما إلى انهيار الاقتصاد المتبقي في السودان .

وقال في آخر الحديث تعليقا عما يحدث في السودان : إنه مزيج من الدين والجريمة المنظمة . ■

فايزة سعد

# Ruz Al Youssif

We exclusively publish the secrets of the Summit before it is held (Evidence, Page 5)

(Ruz Al Youssif met him in London) Ossama Bin Laden: I bought the Jihad groups with my own money

# Al Azhar and conversion of young Christian women.

Friday's Speech by Satellite:
12 Million "Muslims" Believe in the Prophecy of this Man.

# Sherihan is in a No-Male Village

**MR/ARA013010**

# An Interview with the Sponsor of Terrorism backed by the CIA

# Ossama Bin Laden: I bought the Jihad groups with my own money.

This interview is definitely important to every Egyptian.

This is not because the speaker is a Saudi who was disavowed by his family, and not because he confesses that Jihad can be bought and sold, but simply because he may be the director of many operations that ended the lives of a small girl or a young man longing to secure a living.

Furthermore, this interview is to solve mysteries concerning his origination and his end.

- **He started Jihad with the help of USA and Iranian business men.**
- **He accused Mosad of the assassination of Abdulla Azzam.**
- **Ayman Al Dhawahry is his physician and Mousstafa Hamza is his friend.**
- **International Communication Network and another one of International Associations supports Terrorism.**

Since Ossama Bin Laden became a well-known name in the field of terrorism, all ways lead to him, and all fingers point at his role in killing and destruction, and also evidence incriminating him accumulate these days.

1. Last December, British Police broke into the residence of an Algerian citizen named Rashid Ramda in London. They found papers indicating connections with "Islamic Armed Group". It is an Algerian group accused of waging 7 explosions in France, leading to the death of 7 and injury of 170 people last year. Police found evidence that could lead to Bin Laden's residence in Khartoum.
2. Also last December, as mentioned in TIME magazine, Egypt uncovered a conspiracy arranged by Extremist Jihad Group to assassinate famous figures. Due to investigations, there is information pointing to the role of Bin Laden in arranging the conspiracy.
3. Due to confessions made by suspected terrorists, Egyptian Security Authorities accuses Bin Laden as being the main financer of an Afghan-based camp for training those who are recruited in the "Islamic Jihad" or "Islamic Group," which are Egyptian terrorist groups.
4. American administration says, due to its intelligence sources, that Bin Laden has a hand in financing terrorist training camps in Northern Sudan. It also says that terrorist from Egypt, Algeria and Tunisia are being trained in these camps.
5. In 1992, two explosions in two hotels in Eden lead to the death of two Austrian tourists. The goal of the explosions was to assassinate 100 American who were on their way to Somalia to participate in the "Hope Operation" to save things there. American administration says Bin Laden was the financer of these two operations.

**MR/ARA013012 (1/2)**

Although he denied these accusations, Bin Laden remains a source of concern for many systems. An American official describes him as a "large fish" because he gains power and influence through his reputation. The official describes Bin Laden as the kind of man who may request a "million-dollar check" from somebody and get it out of him. He does so with Islamic business men who sometimes do not know where their money goes. Indeed, most of this money does not go towards establishing mosques in Bosnia or feeding those starving in Somalia, but rather towards establishing camps and supporting terrorist operations and networks.

Saudi government withdrew nationality from Bin Laden. Britain prevents him from entering it. USA accuses him of a list of accusations, but there is no certain crime for which he is accused.

Bin Laden told TIME that he warns those who follow him. He added also: "*It is supposed that people are innocent until proven guilty. Well, Afghan fighters are not terrorists of the world. However, following them will lead to increasing terrorism.*"

Bin Laden was raised in the KSA near the Red Sea. Everyone was surprised by him as an ordinary young man for being too ambitious and too enthusiastic for enterprises carried out by his family's company to rebuild the Holy Shrines in Mecca and Medina. In 1979, after his graduation from King Abdul Aziz University, the former Soviet Union invaded Afghanistan. Afghan Holy Worriers (Mujahidin) began to ask for international aid. Bin Laden and a number of his family members offered them help.

In 1986, he fought against the Soviets in a village called Gaggy near Pakistani borders. This was the first sign of a possible Soviet defeat. A year later, Bin Laden led an attack against Soviet forces in the battle at Shaban.

**MR/ARA013012 (2/2)**

A Palestinian volunteer worrier in Afghanistan says of Bin Laden: "We considered him a hero because he was the first one to move forward in the line of fire".

The aforementioned Palestinian volunteer worrier is currently managing a Bin Laden camp in Sudan. He adds: "He did not only offer his money, but also his soul. He left his palace and lived with Afghan farmers and Arab fighters. He prepared food and ate with them and dug trenches with them.

Ruz Al Youssif met this man dubbed Ossama Bin Laden in London and had this interview with him. Through his words, many things could be understood. It could be understood through his words "he who owns money, owns Mujahidin" that he bought the Jihad groups with his money and especially, that he continues to offer money on a regular basis.

It seems throughout this interview that he is a big mystery. He was supported by many people and he is also wanted dead by many people. But eventually, he looks like those who erupt every now and then serve the purposes of countries and groups until their rule is complete. This could be made clear through Abou Nidal and Carlos who appeared and then vanished. This is the case with Bin Laden who is not likely to be handed over by Sudan as happened to Carlos.

**The Picture: Bin Laden wearing clothes of Arab Afghan**

**MR/ARA013013 (1/2)**

# I Paid Millions to Hassan Al Turabi

*By Fayza Said*

The large volume of information spread in the Islamic arena in London about the leader of the largest Islamic terrorist network in the world makes us think about the range of features his friends and enemies use to describe him. These features range between "well-doer" and "terrorist" and between a "clever dealer" who goes with the Islamic current to gain the utmost fame and the greatest amount of money, and the "gang chief" who seeks to overthrow the governing entity.

In spite of all mentioned above, Ossama Bin Laden, the leader of Islamic Jihad, remains the largest financer of terrorist fundamentalist operations that are active in the Arab World and began to spread through the Western World and reached East Asia also.

With my partner, I tried to get Bin Laden to answer one question concerning his identity and concerning the truth about him. We tried to answer questions about his role in that false organization and about his turn-over from the contractor of the Holy Shrine extension to the most dangerous man in the world.

**MR/ARA013013 (2/2)**

My partner told me the story of the emergence of Bin Laden when we were on our way to meet the most dangerous man in the world. He told me that Bin Laden first appeared in Afghanistan. He chose to perform what he called "Jihad" since Russia first invaded Afghanistan. He reached Pakistan 67 days after the Russian invasion of Afghanistan. Sheikh Abdulla Azzam, the founder of the first Arab Mujahidin Battalion and the head of Mujahidin Office in Bishawer, paved the way for Bin Laden to enter Pakistan.

Bin Laden was then accused of having strong relations with the CIA which assigned him the task of recruiting Muslim volunteer fighters all over the world. The carriers he used as a huge contractor in the KSA were used to carry American weapons and ammunition to Afghanistan Mountains near to Pakistani borders.

Bin Laden performed both trade and Jihad. He founded Al Ansar House to receive volunteers from all over the Muslim World on his account.

The first volunteers to come were mainly workers in the field of architecture who worked for him in a large contracting company in the KSA. Bin laden participated in inaugurating several camps in Afghani Mountains especially after establishing strong relations with Afghan leaders at the top of which are Kalb Al Din Hikmatyar, leader of the Islamic Party, and General Massoud Shah. He then was followed by some Egyptians who escaped from the police, at the top of which is Safwat Abdul Ghani, who was accused of assassinating Refaar Al Mahjub. Bin laden established 16 camps to train the so-called "Mujahidin" in Bishawer on Afghani borders. The most prominent of these camps was "Gaggy" which was established among caves and mountains in the state of Baklia.

At the same time, Bin Laden established non-governmental Islamic charity associations with branches in Afghanistan and Pakistan. These associations quickly spread and had branches in all Arab countries. Bin Laden was known among Mujahidin as "Abou Abdullah".

In an elegant firmly-secured villa in Wimbly, Northern London, I met Bin Laden who was surrounded by a large numbers of Arab and foreign guards.

I had to meet many secretaries before I met Khaled, his special secretary who was the last terminal before I met Bin Laden. Then, I entered a saloon filled with a pungent scent. I was told that Bin Laden was on his way to his office. Then, I saw the 44-year-old terrorist. He was tall, handsome and had a long thick black beard and penetrating eyes. He talks simply but with pride and recalcitrance out of the role he has given himself or that role he prepares himself to perform.

He was playing with his thick black beard. He looked very intelligent. He also seemed to be able to know what his speaker intended to say. He tried to use his penetrating looks as a hypnotist. He seemed proud of himself. He was equivocal.

He simply told me he had a diplomatic Sudanese passport with a pseudonym.

So, he unburdened me of asking him a lot of questions. He started to tell his story in an intelligent and simple manner. He said: *"My name is Ossama Bin Laden, 44 years. I was born in Mecca, KSA. When the Soviet Union invaded Kaboul, I was living in Turkey*

**MR/ARA013014 (1/2)**

*because I left the KSA for some problems I do not wish to talk about now. I worked in trade. During my residency in Istanbul, I got to know some Iranian tradesmen who escaped from Iran after the war with Iraq. Meanwhile, Arab Mujahidin were starting to go to Afghanistan with the help of the CIA, which established transit camps for them before transferring them to Afghanistan.*

*Afghanistan was then lacking almost everything. As a group of tradesmen, we agreed to help Afghanistan through importing all it needs.*

*Work forced us to travel Pakistan and live there. At the beginning, we supplied Mujahidin camps with medicine, food and weapons.*

*In Pakistan, I came to know to three Sudanese members of National Islamic Front led by Hassan Al Turabi, it has not yet come into power then. One of those three Sudanese was called Al Tahir. He had graduated from the Faculty of Engineering, Al Khartoum University. He remained unemployed for several years. He decided to join Mujahidin in Afghanistan. Our relationship got stronger because he was one of the most cultured and tactful volunteers. He encouraged me to invest in Sudanese enterprises. Then, it was the coup d'etat of Al Bashir and Al Turabi in 1989.*

*Meanwhile, I became famous among Mujahidin especially Arab and Muslim ones. In October 1989 Abdulla Azzam and two of his children were killed in a car-bomb attack in Bishawer. We (Mujahidin) felt there were serious attempts to kill main figures of Islamic Jihad with the Soviet beginning to withdraw. This was confirmed with information concerning the Musad role in the assassination of the Palestinian Sheikh Abdulla Azzam."*

This the end of what Ossama Bin Laden said.

Before Kaboul was taken over by Afghan Mujahidin, Ossama was about to move to Sudan in April 1992. This was not the first time for Bin Laden to travel to Sudan. His first trip to Sudan was in October 1990. He went to Sudan with three of his Sudanese friends. They took a car from the Airport to the Green Village Hotel. One week later, Ossama Bin Laden rented a furnished apartment in 10 Hai Al Emarat. He began to research projects he could invest his money in with his Sudanese friends. He visited the Ministries of Industry, Agriculture, Trade. The General Investment Institution was not yet founded in Sudan.

Bin Laden says: *"I have a BS in Engineering"*. He founded with his Sudanese friend, Al Tahir, a company for paving roads, building bridges and buildings. He then had a meeting with Sheikh Hassan Al Turabi who invited him to have lunch at his home. After lunch, Al Turabi told Bin Laden: "*We have agreed to provide you with all support and help. So, we accept you as an external member in our front*". Bin Laden paid Al Turabi USD 5000 as fees for being an external member. Then, Bin Laden left his apartment in Hai Al Emarat and hired a private villa in Riyadh District, the most famous Sudanese district, located behind the Khartoum Airport. It is a tow-floor villa. He uses one as a residence and the other as a private office. He began importing a lot of trucks and bulldozers from Germany for USD 15 million. The Sudanese government, led by Hassan Al Turabi, exempted Bin Laden of paying any taxes for the trucks.

**MR/ARA013014 (2/2)**

Relations between Bin Laden and Al Turabi became stronger. Many Arab Afghans came from Bishawer to Sudan. Al Turabi told Bin Laden that the Iranian government involved the Sudanese system with those Afghan. The Iranian Government promised the Sudanese government that they would provide financial resources to ensure a means of living for them, but they took their word back. On the other hand, Sudanese government failed to sustain Mujahidin or expel them. Bin Laden understood he is required to provide money. He then donate USD 2 million via a check drawn on Faisal Islamic Bank.

Bin Laden's company in Sudan had many projects, the most important of which are the Rousiras Dam which is the biggest dam in Sudan, and the project of establishing 23 camps for Mujahidin which he refused to take a penny for. As a sign of gratitude, he was offered the project of establishing Al Tahadi Road and the main road between Al Khartoum, Shindi and Atbara which is 500 km long. He was given direct orders to begin. These projects were carried out for an estimated hundreds of millions of USD.

These projects are not yet complete. Furthermore, Bin Laden's company participated in establishing Al Rahd and Kananah canals. In collaboration with the Turabi front, Bin Laden established the North Bank in Al Khartoum. He participated in establishing this bank with USD 50 million for 50 Fadden in Kardefan and West Sudan for agricultural investment and raising cattle in return.

In 1993, Al Bashir government requested a loan for Bin Laden. He offered them an obtainable loan of USD 8 million to promptly import wheat. Warehouses of the Sudanese government were then emptied of wheat. In the inauguration party of New Port Sudan Airport, Bin Laden gave USD 2.5 million.

Bin Laden did not attend the annually held Arab Islamic Peoples Conference that the Islamic resistance leaders used to attend, although he pays USD 1 million for it to be held.

Bin Laden has more than one residence in Sudan. He owns a private villa in Riyadh District and another more elegant one in Al Matar District, in addition to his private yacht in the Port Sudan port.

His private physician is Ayman Al Dhawahri, who used to accompany him during his work in Mujahidin camps in Bishawer. Moustafa Hamza is another close friend of his. He started working with him in his Cairo office before he escaped to Sudan. Mustafa is one of Bin Laden's closest friends. Muhamad Shawki Al Islambolli is the media mind of Bin Laden. He once worked as a communications officer in Jalal Abad.

As for Yemen, he is considered one of the best financers of Islamic movements. He participated in establishing seven private educational institutions in Lahg, Daie, Abin and Eden. He donated recently for establishing the Islamic University in Yemen in the city of Taaz. Bin Laden has strong relations with Tareq Al Fadli, the leader of Islamic extremists in Yemen and with Sheikh Abdul Majeed Al Zindani.

Bin Laden said: "*I'm concerned with establishing camps for Islamic extremists in Saada*". However, his current relation with Yemen government was not fine after they accused him and Arab Mujahidin of explosion of petrol installations and arranging a hotel attack in Eden in 1992.

**MR/ARA013015 (1/2)**

Consequently, Bin Laden moved Arab Mujahidin from Yemen to Somalia at a total cost of USD 3 million.

He also has relations with Omar Bakri Muhamad whom he knew through Nidal Abou Digana (known as Abou Al Radaa), a Syrian who accompanies Bin Laden and lives with him in Sudan. He is a major leader of Islamic Fraternity in Syria. He escaped from Hamah after the events of 1982.

Bin Laden laughs while playing with his black beard, saying: "He who owns money, owns Mujahidin".

He said he offers help to any Mujahid who requests it.

I told Bin Laden that Philippine government accuses him of being the founder of Abou Sayaf Group and establishing extremist cells whose members were arrested last year in Philippine. These cells included some Arabs like Shafik Ramzi, the one accused in the explosion at the International Trade Center in New York in 1993.

He said: "*Simply, help offered by Bin Laden Association include 13 countries: Albania, Malaysia, Pakistan, Netherlands, Britain, Romania, Russia, Turkey, Lebanon, Iraq and some Gulf countries I do not wish to mention*".

He said this last phrase with a cunning smile over his lips.

He said that this support comes especially from the Human Concern International Association, founded in Afghanistan in 1982.

Bin Laden was one of its founders with the help of Iranian Government and the CIA. However, other financers from Gulf countries shortly joined the association. The headquarter of the association is in Stockholm. The association has numerous branches all over the world. Branches include Assistance Association in Britain, Rescue Association in Berlin, Islamic Support Association in Italy, Mowafak Association in Zagreb and Bait Al Ansar in Bishawer.

I asked him if he really owns the biggest e-communication network, and he replied saying *"Yes, to facilitate my business"*.

I asked him if his presence in London is related to investigations taking place in Paris and London concerning his role in financing terrorist operations in Paris. He laughed and replied: *"No, I'm here for a joint operation with the American Embassy in London"*.

I asked him if he is afraid that Al Turabi may hand him in as he did with Carlos. He answered saying: *"It is possible. I do not live now in Sudan. I move frequently and never have a country as a headquarter"*.

He added: *"Generally, Sudan needs me more than I need it. I assure you that the remaining Sudanese economy will be devastated as a result of my move outside Sudan.*

He finally commented on the current situation in Sudan: "It is a mix of religion and regular crime.

**MR/ARA013015 (2/2)**