# Exhibit 8

```
Dossiernummer: 41187737        Blad 00001

Uittreksel uit het handelsregister van de Kamer van Koophandel en Fabrieken
voor Utrecht en omstreken

Deze gegevens zijn bijgewerkt tot 07-11-2005 17:38:34
_____
_
************************************************************************
*
* Op 08-05-2003 is geregistreerd dat de ontbonden rechtspersoon is
*
* opgehouden te bestaan, omdat geen bekende baten meer aanwezig zijn met
*
* ingang van 01-05-2003.
*
* Laatstelijk stond ingeschreven:
*
************************************************************************
*
Rechtspersoon:
Rechtsvorm                    :Stichting
Statutaire naam               :Muwaffaq Stichting
Statutaire zetel              :Utrecht
Telefoonnummer                :06-0000000000
Akte van oprichting           :10-07-1995
Ontbinding, reden ontbinding:01-05-2003, door besluit van de algemene
                               vergadering/stichtingsbestuur
Einde rechtspersoon           :01-05-2003
------------------------------------------------------------------------
-
Bestuurder(s):

Naam                          :Ben Mohamed, Chafiq Ayadi
Geboortedatum                 :21-01-1963
Adres                         :Crewtzstrasse 35, Karlsruhe, Duitsland
Infunctietreding              :10-07-1995
Titel                         :Eerste voorzitter
Bevoegdheid                   :Gezamenlijk bevoegd (met andere bestuurder(s),
                               zie statuten)
Aanvang (huidige) vertegen-
 woordigingsbevoegdheid       :10-07-1995

Naam                          :Essafi, Mohamed Moncef
Geboortedatum en -plaats      :04-09-1950, Sfax, Tunesië
Adres                         :Celsiusstraat 19, 4702WB Roosendaal
Infunctietreding              :10-07-1995
Titel                         :Eerste secretaris
Bevoegdheid                   :Gezamenlijk bevoegd (met andere bestuurder(s),
                               zie statuten)
Aanvang (huidige) vertegen-
 woordigingsbevoegdheid       :10-07-1995

07-11-2005                    Blad 00002 volgt.
Dossiernummer: 41187737       Blad 00002
_____
_
Naam                          :Elobaid, Elobaid
Geboortedatum                 :12-03-1965
Adres                         :Brovje 13, Zagreb, Joegoslavië
Infunctietreding              :10-07-1995
```

```
Titel                          :Eerste penningmeester
Bevoegdheid                    :Gezamenlijk bevoegd (met andere bestuurder(s),
                                zie statuten)
Aanvang (huidige) vertegen-
 woordigingsbevoegdheid        :10-07-1995

Naam                           :Qadhi, Yassin
Geboortedatum                  :14-06-1957
Adres                          :Waly Al-Ahd Street 6521 West Tower11, Jeddah
                                21411, Ruwais Dist, Saudi-Arabië
Infunctietreding               :10-07-1995
Titel                          :Eerste bestuurslid
Bevoegdheid                    :Gezamenlijk bevoegd (met andere bestuurder(s),
                                zie statuten)
Aanvang (huidige) vertegen-
 woordigingsbevoegdheid        :10-07-1995
-----------------------------------------------------------------------
Overige functie(s):

Naam                           :Qadhi, Yassin
Geboortedatum                  :14-06-1957
Adres                          :Waly Al-Ahd Street 6521 West Tower11, Jeddah
                                21411, Ruwais Dist, Saudi-Arabië
Functie en infunctietreding    :Bewaarder van boeken en bescheiden, 01-05-2003
_____

Alleen geldig indien door de kamer voorzien van een ondertekening.

07-11-2005                      Blad 00003 volgt.
Dossiernummer: 41187737         Blad 00003
_____


                                Woerden, 07-11-2005

                                Voor uittreksel
```