# Exhibit 16

*(Envelope/registered mail receipt, oriented upside-down at top)*

Return sender (handwritten, top right of envelope):
Joshua M. Ambush
600 Reisterstown Road, Suite 200A
Baltimore, MD 21208

**Registered Mail Receipt (PS Form 2865, February 1997) — rotated 180°:**

- Item Description: ☒ Registered
- Article Number: RB 632 904 896
- Addressee's Name: Abdullah al Jadi aka Al Kadi
- Street and No.: PO Box 214
- Place and Country: Jeddah, Saudi Arabia 21411

Arabic stamp/postmark: بريد المنطقة الشرقية

**Envelope (lower portion):**

Addressee (handwritten):
Yassin A. Qadi
PO Box 214
Jeddah, Saudi Arabia

Registered Mail label: RB 632 904 896 US
Label 200, July 1999
(102595) 99-M-1904

AIR MAIL / PAR AVION

U.S. POSTAGE PAID
NEW YORK, NY 10013
JUN 15 '05
AMOUNT $20.10
0002753805
9140

United States Postal Service Customs Declaration CN 22
Quantity and detailed description of contents: Summons and Complaint
☒ Documents
Weight: 1 oz
Value: $0

RETURN RECEIPT REQUESTED

