(CASEY, J.)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*
*Federal Insurance Co. v. al Qaida, et al.*, Case No. 03-cv-6978 (S.D.N.Y)

### STIPULATION AS TO EXTENSION OF TIME TO RESPOND TO COMPLAINT CONSOLIDTATED UNDER MDL 1570

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs in the above-referenced case consolidated under 03 MDL 1570 and Defendants Sana-Bell, Inc. and Sanabel Al-Kheer, by and through their undersigned counsel, that the time provided for Defendants Sana-Bell, Inc. and Sanabel Al-Kheer to answer or otherwise respond to the Complaint in the case referenced above, shall be extended through April 19, 2006.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-13-06

Respectfully submitted.

COZEN O'CONNOR

By: _____
Sean P. Carter
J. Scott Tarbutton
1900 Market Street
Philadelphia, PA 19103

*Attorneys for Federal Insurance Plaintiffs and Liaison Counsel to Plaintiffs' Executive Committee*

MARTIN F. MCMAHON & ASSOCIATES

By: _____
Martin F. McMahon
Lisa D. Angelo
1150 Connecticut Avenue NW
Suite 900
Washington, DC 20036
(202) 862-4356

*Attorneys for Defendants Sana-Bell, Inc.
and Sanabel Al-Kheer*

**SO ORDERED:**

_____   Dated: April 13, 2006

RICHARD CONWAY CASEY, U.S.D.J