AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

In re Terrorist Attacks on September 11, 2001
v.

**APPEARANCE**

Case Number: 03-md-1570-RCC

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Sheikh Yusuf al Qaradawi

I certify that I am admitted to practice in this court.

| | |
|---|---|
| April 17, 2006 | /s/ Amy Rothstein |
| Date | Signature |
| | Amy Rothstein — AR-3463 |
| | Print Name — Bar Number |
| | Doar Rieck Kaley & Mack, 217 Broadway, #707 |
| | Address |
| | New York    NY    10007 |
| | City    State    Zip Code |
| | (212) 619-3730    (212) 962-5037 |
| | Phone Number    Fax Number |