USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-17-06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:   All Actions*

### ORDER EXTENDING DISCOVERY DEADLINES PURSUANT TO PARAGRAPH #3 OF CASE MANAGEMENT ORDER #4

Plaintiffs and Defendants in all cases consolidated under 03 MDL 1570, by and through their respective Executive Committees, respectfully request that the discovery deadlines set forth in Paragraph #3 of Case Management Order #4 be extended as follows:

(a)   Fact Discovery:  Fact discovery shall be completed by June 30, 2007.

(b)   Expert Discovery:  Experts are to be designated and their expert reports exchanged by August 15, 2007.  Expert depositions shall commence after August 15, 2007 and shall be completed by October 15, 2007.

(c)   All liability discovery is to be completed by October 15, 2007.

The parties recognize that further developments in this complex litigation may require that the control dates set forth above be extended or otherwise amended.  The Plaintiffs' and Defendants' Executive Committees shall confer and submit a proposal to the Court regarding revised discovery deadlines on or before April 15, 2007.

**SO ORDERED:**

_____         Dated: April 13, 2006
RICHARD CONWAY CASEY, U.S.D.J.

PHILA1\246641\1\117430.000