# COURTESY COPY OF EXCERPTS FROM EXHIBIT C TO DEFENDANTS' MOTION TO DISMISS



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |
|---|---|

*This document relates to:*

*Thomas E. Burnett, Sr., et al. v. Al Baraka Investment & Development Corp., et al.*, Case No. 03-CV-9849 (S.D.N.Y.)
*Kathleen Ashton, et al. v. Al Qaeda Islamic Army, et al.*, Case No. 1:02-6977 (S.D.N.Y.)
*Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-CV-6978 (S.D.N.Y.)
*Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.*, Case No. 04-CV-05970-UA (S.D.N.Y.)
*Euro Brokers, Inc., et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 04-CV-07279-UA (S.D.N.Y.)
*New York Marine and General Insurance Co. v. Al Qaida, et al.*, Case No. 04-CV-6105 (S.D.N.Y.)
*World Trade Center Properties, LLC, et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 04-CV-7280 (S.D.N.Y.)

**AFFIDAVIT OF BAKR BINLADIN**

I, Bakr Binladin, state under penalty of perjury as follows:

1. I am a citizen of the Kingdom of Saudi Arabia and currently reside in Jeddah, Saudi Arabia. I have personal knowledge of the matters stated in this affidavit.

2. I am one of 54 children of Mohammad Awad Binladin. Osama Bin Laden ("Osama") is my half-brother. We have different mothers and were raised in different households. Osama did not live in the family compound in Jeddah during his younger years, and he spent most of his adulthood outside of Saudi Arabia, so I have had only very limited contact with him. The last time I saw Osama was in 1992.

7. On or about June 16, 1993, the shareholders of SBG and MBC each adopted resolutions amending their respective Articles of Association to remove Osama as a shareholder in the two entities. The shareholder resolutions were approved by the Saudi Ministry of Commerce and the Shariah Court, and they became final effective on or about December 15, 1993. A summary of the SBG resolution was subsequently published in an edition of the Al-Nadwa newspaper dated May 5, 1994, and a summary of the MBC resolution was subsequently published in an edition of the Um al-Qura newspaper dated June 27, 1994. Attached as Exhibits 1 and 2 are true and correct copies of the shareholder resolutions of SBG and MBC, along with certified English translations of those resolutions.

8. The value of Osama's shares in SBG and MBC, estimated to be approximately $9.9 million, was not paid to Osama. After consultation with and at the direction of appropriate Saudi authorities, the money was placed in a trust outside Osama's control. Osama did not receive any "buy-out payment" nor has he ever had access to those funds. My family took these actions in June 1993 because Osama's increasingly vocal criticisms of the Saudi government were harmful to the companies' reputations in the Kingdom and elsewhere in the Middle East, and because Osama had refused to comply with the Saudi government's demand that he return to the Kingdom.

9. In February 1994, I issued a statement to the media on behalf of the family denouncing Osama and making clear that the family had severed ties with him. Attached as Exhibit 3 is a copy of my statement as reported in the media, along with a certified English translation of the published statement.

10. Osama has not received a penny from MBC or SBG or any of their affiliates since, at the latest, June 1993. Nor has Osama received any other form of support from MBC,

# EXHIBIT 1



In the Name of Allah, Most Merciful, Most Compassionate

Shareholders Resolution to effect
the Fourth Amendment to the
Articles of Association
of
Binladin Saudi Group -
Bakr Muhamad Binladin & Brothers
relating to the Exit of One Shareholder
dated 26/12/1413 H., corresponding to 16/6/1993

The parties whose names appear below:

1. Mr. Bakr Muhamad Awadh Binladin
2. Mr. Tareq Muhamad Awadh Binladin
3. Mr. Thabet Muhamad Awadh Binladin
4. Mr. Omar Muhamad Awadh Binladin
5. Mr. Mahroos Muhamad Awadh Binladin
6. Mr. Hassan Muhamad Awadh Binladin
7. Mr. Khaled Muhamad Awadh Binladin
8. Mr. Ghaleb Muhamad Awadh Binladin
9. Mr. Yahia Muhamad Awadh Binladin
10. Mr. Abdul Aziz Muhamad Awadh Binladin
11. Mr. Issa Muhamad Awadh Binladin

12. Mr. Ahmad Muhamad Awadh Binladin

13. Mr. Khalil Muhamad Awadh Binladin

14. Mr. Saleh Muhamad Awadh Binladin

15. Mr. Haider Muhamad Awadh Binladin

16. Mr. Osama Muhamad Awadh Binladin

17. Mr. Saad Muhamad Awadh Binladin

18. Mr. Yasser Muhamad Awadh Binladin

19. Mr. Abdullah Muhamad Awadh Binladin

20. Mr. Muhamad Muhamad Awadh Binladin

have already set up the Saudi Binladin Group - Bakr Muhamad Binladin and Brothers - registered in the Commercial Register of the city of Jeddah under No. 4030068284 dated 12/5/1410 A.H., as a limited partnership whose Articles of Association were notarized with the Notary Public of Jeddah under No. 160 dated 8/5/1410 A.H., and whose first amendment annex was notarized also with the Notary Public of Jeddah under No. 41 dated 2/2/1412 A.H., and whose second amendment annex was notarized before the Notary Public of Jeddah under No. 107 dated 10/7/1412 A.H., and whose third amendment annex was authenticated by the branch of the Ministry of Commerce in Jeddah under No. 100 dated 24/9/1413 A.H.;

And whereas the Shareholder Osama Muhamad Awadh Binladin represented by his lawful attorney Muhamad Salem Ali Al Yafei as per the power of attorney No. 13 volume 282/3 dated 24/9/1414 A.H.,

issued by the Jeddah Second Notary Public Office, wishes to assign all of his shares amounting to 5,000 shares in the Company's capital to the Shareholder Ghaleb Muhamad Awadh Binladin who has accepted this assignment together with all the rights and obligations pertaining thereto;

And whereas the remaining shareholders have agreed to that assignment and whereas each one of them has relinquished his right to recover the shares assigned;

And whereas the parties have satisfied their rights vis-a-vis each other;

And whereas the signature on this resolution is regarded as a final deed of release between them.

Now, therefore, the shareholders have unanimously agreed to amend the Company's Articles of Association in accordance with the following conditions:

**First:** The above preamble shall be regarded as an integral part of this resolution.

**Second:** The premise of the Articles of Association of the Company shall be amended so that the present shareholders owning the Company shall be:

1. Mr. Bakr Muhamad Awadh Binladin, Saudi national, as per identity card number 63935, registry of Makkah Al Mukarramah, dated 22/10/1387 A.H., a Civil Engineer by profession, born in the year 1368 A.H. **(First Party)**

# EXHIBIT 2

In the Name of Allah, the Most Merciful,
the Most Compassionate

Mohammad Binladin Company
(Limited Liability Co.)
Joint Companies Division

**PARTNERS' RESOLUTION PERTAINING TO THE FIRST AMENDMENT OF THE ARTICLES OF ASSOCIATION OF MOHAMMED BINLADIN COMPANY, UNDER THE TRADENAME MOHAMMAD BINLADIN ESTABLISHMENT**

**A Limited Liability Company**

**Dated: 26/12/1413 A.H., corresponding to 16/6/1993**

The following parties whose names appear below:

1. Bakr M. Awad Binladin
2. Tariq M. Awad Binladin
3- Thabith M. Awadh Binladin
4- Omar M. Awadh Binladin
5- Mahroos M. Awadh Binladin
6- Hasan M. Awadh Binladin
7- Khalid M. Awadh Binladin
8- Yaslam M. Awadh Binladin
9- Ghalib M. Awadh Binladin
10- Yehya M. Awadh Binladin
11- Abdul Aziz M. A. Binladin
12- Issa M. Awadh Binladin
13- Ahmed M. Awadh Binladin
14- Ibrahim M. Awadh Binladin
15- Shafeeq M. Awadh Binladin
16- Khalil M. Awadh Binladin
17- Saleh M. Awadh Binladin
18- Hayder M. Awadh Binladin
19- Osama M. Awad Binladin
20. Su'aad M. Awadh Binladin
21- Abdullah M. Awadh Binladin
22- Yassir M. Awadh Binladin
23- Mohammad M. Awadh Binladin
24- Aisha M. Awadh Binladin
25- Noor M. Awadh Binladin
26- Fatimah M. Awadh Binladin
27- Sheikha M. Awadh Binladin
28- Sa'ad M. Awadh Binladin
29- Salma M. Awadh Binladin
30- Taibah M. Awadh Binladin
31- Rafaa M. Awadh Binladin
32- Zeenat M. Awadh Binladin
33- Rukkaiyah M. Awadh Binladin
34- Renda M. Awadh Binladin

Law Office of Hassan Mahassni - Translation Department - Translation Licence No. 23

35- Zubaidah M. Awadh Binladin
36- Najiah M. Awadh Binladin
37- Samiah M. Awadh Binladin
38- Muna M. Awadh Binladin
39- Saleha M. Awadh Binladin
40- Mariam M. Awadh Binladin
41- Foziah M. Awadh Binladin
42- Rajaa M. Awadh Binladin
43- Huda M. Awadh Binladin
44- Ra'idah M. Awadh Binladin
45- Emaan M. Awadh Binladin
46- Seema M. Awadh Binladin
47- Etedal M. Awadh Binladin
48- Sahar M. Awadh Binladin
49- Ilham M. Awadh Binladin
50- Sanaa M. Awadh Binladin
51- Malak M.Awadh Binladin
52- Muneerah M. Awadh Binladin
53- Khadijah Araabi Mohammad
54- Etedal Zaki Marstani
55- Rajaa Bashir Osman Hashim
56- Hissah Abdullah Bin Suleiman Al-Saeed
57- Fatimah Ahmed Mohsen Baharith
58- Salman Salim M.A.Binladin
59- Sarah S.M. Awadh Binladin
60- Samaa S. M. Awadh Binladin

have formed Mohammad Binladin Company, under the tradename of Muhammad Binladin Establishment, registered in the Commercial Register of the city of Makkah Al-Mukarramah under No. 4031021734, dated 30/12/1410 A.H., as a limited liability company, whose articles were notarized at Makkah Al Mukarramah's First Notary Public in the Record Book No. 1087, Pages from 99 to 131, dated 4/12/1410 A.H.

Whereas, the Partner Osamah Muhammad Binladin, who was represented by his attorney-in-fact Muhammad Salem Ali Al-Yafi'i, by virtue of the Power of Attorney Deed No. 13, Volume 282/3, dated 24/9/1414 A.H., issued by Jeddah Second Notary Public, desired to assign all his 8000 (eight Thousand) shares in the Company's share capital to the partner Ghaleb Muhammad Awad Binladin, who accept such assignment together with the rights and liabilities associated with such shares, and whereas, the remaining partners have approved such assignment, each having waived his right to retrieve the assigned shares, the partners having received their rights vis-a-vis one another, their signing this resolution being a final release between them;

Law Office of Hassan Mahassni - Translation Department - Translation Licence No. 23

| | NAME OF PARTNERS | NO. OF SHARES | VALUE OF EACH SHARE EACH SHARE | TOTAL VALUE OF SHARES |
|---|---|---|---|---|
| | | | SAUDI RIYALS | |
| 1. | Bakr M. Awad Binladin | 8,000 | 1000 | 8,000,000 |
| 2. | Tariq M. Awad Binladin | 8,000 | 1000 | 8,000,000 |
| 3- | Thabith M. Awadh Binladin | 8,000 | 1000 | 8,000,000 |
| 4- | Omar M. Awadh Binladin | 8,000 | 1000 | 8,000,000 |
| 5- | Mahroos M. Awadh Binladin | 8,000 | 1000 | 8,000,000 |
| 6- | Hasan M. Awadh Binladin | 8,000 | 1000 | 8,000,000 |
| 7- | Khalid M. Awadh Binladin | 8,000 | 1000 | 8,000,000 |
| 8- | Yaslam M. Awadh Binladin | 8,000 | 1000 | 8,000,000 |
| 9- | Ghalib M. Awadh Binladin | 8,000 | 1000 | 8,000,000 |
| 10- | Yehya M. Awadh Binladin | 8,000 | 16000 | 16,000,000 |
| 11- | Abdul Aziz M. A. Binladin | 8,000 | 1000 | 8,000,000 |
| 12- | Issa M. Awadh Binladin | 8,000 | 1000 | 8,000,000 |
| 13- | Ahmed M. Awadh Binladin | 8,000 | 1000 | 8,000,000 |
| 14- | Ibrahim M. Awadh Binladin | 8,000 | 1000 | 8,000,000 |
| 15- | Shafeeq M. Awadh Binladin | 8,000 | 1000 | 8,000,000 |
| 16- | Khalil M. Awadh Binladin | 8,000 | 1000 | 8,000,000 |
| 17- | Saleh M. Awadh Binladin | 8,000 | 1000 | 8,000,000 |
| 18- | Hyder M. Awadh Binladin | 8,000 | 1000 | 8,000,000 |
| 19. | Saad M. Awadh Binladin | 8,000 | 1000 | 8,000,000 |
| 20- | Abdullah M. Awadh Binladin | 8,000 | 1000 | 8,000,000 |
| 21- | Yassir M. Awadh Binladin | 8,000 | 1000 | 8,000,000 |
| 22- | Mohammad M. Awadh Binladin | 8,000 | 1000 | 8,000,000 |
| 23- | Aisha M. Awadh Binladin | 4,000 | 4000 | 8,000,000 |
| 24- | Noor M. Awadh Binladin | 4,000 | 4000 | 4,000,000 |
| 25- | Fatimah M. Awadh Binladin | 4,000 | 4000 | 4,000,000 |
| 26- | Sheikha M. Awadh Binladin | 4,000 | 4000 | 4,000,000 |
| 27- | Sa'ad M. Awadh Binladin | 4,000 | 4000 | 4,000,000 |
| 28- | Salma M. Awadh Binladin | 4,000 | 4000 | 4,000,000 |

Law Office of Hassan Mahassni - Translation Department

| | | | | |
|---|---|---|---|---|
| 29- | Taibah M. Awadh Binladin | 4,000 | 4000 | 4,000,000 |
| 30- | Rafaa M. Awadh Binladin | 4,000 | 4000 | 4,000,000 |
| 31- | Zeenat M. Awadh Binladin | 4,000 | 4000 | 4,000,000 |
| 32- | Rukkaiyah M. Awadh Binladin | 4,000 | 4000 | 4,000,000 |
| 33- | Renda M. Awadh Binladin | 4,000 | 4000 | 4,000,000 |
| 34- | Zubaidah M. Awadh Binladin | 4,000 | 4000 | 4,000,000 |
| 35- | Najiah M. Awadh Binladin | 4,000 | 4000 | 4,000,000 |
| 36- | Samiah M. Awadh Binladin | 4,000 | 4000 | 4,000,000 |
| 37- | Muna M. Awadh Binladin | 4,000 | 4000 | 4,000,000 |
| 38- | Saleha M. Awadh Binladin | 4,000 | 4000 | 4,000,000 |
| 39- | Mariam M. Awadh Binladin | 4,000 | 4000 | 4,000,000 |
| 40- | Foziah M. Awadh Binladin | 4,000 | 4000 | 4,000,000 |
| 41- | Rajaa M. Awadh Binladin | 4,000 | 4000 | 4,000,000 |
| 42- | Huda M. Awadh Binladin | 4,000 | 4000 | 4,000,000 |
| 43- | Raidah M. Awadh Binladin | 4,000 | 4000 | 4,000,000 |
| 44- | Imaan M. Awadh Binladin | 4,000 | 4000 | 4,000,000 |
| 45- | Seema M. Awadh Binladin | 4,000 | 4000 | 4,000,000 |
| 46- | Etedal M. Awadh Binladin | 4,000 | 4000 | 4,000,000 |
| 47- | Sahar M. Awadh Binladin | 4,000 | 4000 | 4,000,000 |
| 48- | Alham M. Awadh Binladin | 4,000 | 4000 | 4,000,000 |
| 49- | Sanaa M. Awadh Binladin | 4,000 | 4000 | 4,000,000 |
| 50- | Malik M.Awadh Binladin | 4,000 | 4000 | 4,000,000 |
| 51- | Muneerah M. Awadh Binladin | 4,000 | 4000 | 4,000,000 |
| 52- | Khadijah Araabi Mohammad | 4,000 | 4000 | 4,000,000 |
| 53- | Etedal Zaki Marstani | 11,000 | 1000 | 11,000,000 |
| 54- | Rajaa Bashir Hashim | 11,000 | 1000 | 11,000,000 |
| 55- | Hissah Abdullah Al-Saeed | 11,000 | 1000 | 11,000,000 |
| 56- | Fatimah Ahmed Baharith | 11,000 | 1000 | 11,000,000 |
| 57- | Salman Salim M.A.Binladin | 1,333 | 1000 | 1,333,000 |
| 58- | Sarah S.M. Awadh Binladin | 2,833 | 1000 | 2,833,000 |
| 59- | Samaa S. M. Awadh Binladin | 1,417 | 1000 | 1,417,000 |
| | | 2,417 | 1000 | 2,417,000 |
| | TOTAL: | 352,000 | | S.R.352,000,000 |

Law Office of Hassan Mahassni - Translation Department - Translation Licence No. 21

The Partners declare that the share have been distributed among them and that the Company's capital has already been paid up when the Company was formed.

**Fourth** : The remaining articles shall remain unchanged.

**Fifth** : All the Parties have authorized Mr. Ahmad Muhammad Ahmad Al-Ghamdi to take all legal steps for submitting the resolution for study and for checking the conformity of same to the Regulation, to register same in the Commercial Register and the Companies Register with the Branch of the Ministry of Commerce in Makkah Al-Mukarramah, to pay the fees, to receive the Company's Commercial Register and to sign to that effect.

Allah is the Bestower of success.
Jeddah 26/12/1413 A.H.,
Corresponding to 16/6/1993 A.D.

Signatures of Partners

1. Bakr M. Awad Binladin
2. Tariq M. Awad Binladin
3- Thabith M. Awadh Binladin
4- Omar M. Awadh Binladin
5- Mahroos M. Awadh Binladin
6- Hasan M. Awadh Binladin
7- Khalid M. Awadh Binladin
8- Yaslam M. Awadh Binladin
9- Ghalib M. Awadh Binladin
10- Yehya M. Awadh Binladin
11- Abdul Aziz M. A. Binladin
12- Issa M. Awadh Binladin
13- Ahmed M. Awadh Binladin
14- Ibrahim M. Awadh Binladin
15- Shafeeq M. Awadh Binladin
16- Khalil M. Awadh Binladin
17- Saleh M. Awadh Binladin
18- Hyder M. Awadh Binladin
19- Osama M. Awad Binladin
20. Saad M. Awadh Binladin
21- Abdullah M. Awadh Binladin
22- Yassir M. Awadh Binladin
23- Mohammad M. Awadh Binladin
24- Aisha M. Awadh Binladin

Law Office of Hassan Mahassni - Translation Department - Translation Licence No. 23

25- Noor M. Awadh Binladin
26- Fatimah M. Awadh Binladin
27- Sheikha M. Awadh Binladin
28- Su'aad M. Awadh Binladin
29- Salma M. Awadh Binladin
30- Taibah M. Awadh Binladin
31- Rafaa M. Awadh Binladin
32- Zeenat M. Awadh Binladin
33- Rukkaiyah M. Awadh Binladin
34- Renda M. Awadh Binladin
35- Zubaidah M. Awadh Binladin
36- Najiah M. Awadh Binladin
37- Samiah M. Awadh Binladin
38- Muna M. Awadh Binladin
39- Saleha M. Awadh Binladin
40- Mariam M. Awadh Binladin
41- Foziah M. Awadh Binladin
42- Rajaa M. Awadh Binladin
43- Huda M. Awadh Binladin
44- Raidah M. Awadh Binladin
45- Imaan M. Awadh Binladin
46- Seema M. Awadh Binladin
47- Etedal M. Awadh Binladin
48- Sahar M. Awadh Binladin
49- Alham M. Awadh Binladin
50- Sanaa M. Awadh Binladin
51- Malak M.Awadh Binladin
52- Muneerah M.Awadh Binladin
53- Khadijah Araabi Mohammad
54- Aetedal Zaki Marstani
55- Rajaa Bashir Hashim
56- Hissah Abdullah Al-Saeed
57- Fatimah Ahmed Baharith
58- Salman Salim M.A.Binladin
59- Sarah S.M. Awadh Binladin
60- Samaa S. M. Awadh Binladin

The stamp of the Ministry of Commerce is affixed thereto indicating that the resolution has been reviewed and approved by the Companies Department on 18/10/1414 A.H. ( ).

TRN11405

Law Office of Hassan Mahassni - Translation Department - Translation Licence No. 23

بسم الله الرحمن الرحيم

شركة محمد بن لادن
( ذات مسئولية محدودة )
قسم الشاركات

M. BINLADIN COMPANY
(LIMITED LIABILITY CO.)
JOINT COMPANIES DIVISION

رابعاً: تبقى باقي مواد عقد تأسيس الشركة الأساسي كما هي عليه بدون أي تعديل.

خامساً: فوض جميع الأطراف المكرم أحمد محمد أحمد الغامدي بإتخاذ جميع الإجراءات النظامية اللازمة لتقديم القرار لدراسته ومطابقته للنظام وتسجيله في السجل التجاري وسجل الشركات لدى فرع وزارة التجارة في مكة المكرمة وتسديد الرسوم وإستلام السجل التجاري للشركة والتوقيع على الإستلام.

والله ولي التوفيق ،،،

جدة في ٢٦/١٢/١٤١٣هـ الموافق ١٦/٦/١٩٩٣م

هـ ش/ش ق
ard-4

## توقيعات الشركاء

١- بكر محمد عوض بن لادن
٢- طارق محمد عوض بن لادن
٣- ثابت محمد عوض بن لادن
٤- عمر محمد عوض بن لادن
٥- محروس محمدعوض بن لادن
٦- حسن محمد عوض بن لادن
٧- خالد محمد عوض بن لادن
٨- يسلم محمد عوض بن لادن
٩- غالب محمد عوض بن لادن
١٠- يحيى محمد عوض بن لادن
١١- عبدالعزيزمحمد عوض بن لادن
١٢- عيسى محمد عوض بن لادن
١٣- احمد محمد عوض بن لادن
١٤- إبراهيم محمد عوض بن لادن
١٥- شفيق محمد عوض بن لادن
١٦- خليل محمد عوض بن لادن
١٧- صالح محمد عوض بن لادن
١٨- حيدر محمد عوض بن لادن
١٩- أسامة محمد عوض بن لادن
(عنه وكيله الشرعي محمد سالم اليافعي)
٢٠- سعد محمد عوض بن لادن
٢١- عبد الله محمد عوض بن لادن
٢٢- ياسر محمد عوض بن لادن
٢٣- محمد محمد عوض بن لادن
٢٤- عائشة محمد عوض بن لادن
٢٥- نور محمد عوض بن لادن
٢٦- فاطمة محمد عوض بن لادن
٢٧- شيخةمحمد عوض بن لادن
٢٨- سعاد محمد عوض بن لادن
٢٩- سلمىمحمد عوض بن لادن
٣٠- طيبة محمد عوض بن لادن
٣١- رناء محمد عوض بن لادن
٣٢- زينات محمد عوض بن لادن
٣٣- رقية محمد عوض بن لادن
٣٤- رندا محمد عوض بن لادن
٣٥- زبيدة محمد عوض بن لادن
٣٦- ناجية محمد عوض بن لادن
٣٧- ساميةمحمد عوض بن لادن
٣٨- منى محمد عوض بن لادن
٣٩- صالحة محمد عوض بن لادن
٤٠- مريم محمد عوض بن لادن
٤١- فوزية محمد عوض بن لادن
٤٢- رجناء محمد عوض بن لادن
٤٣- هدى محمد عوض بن لادن
٤٤- رائدة محمد عوض بن لادن
٤٥- إيمان محمد عوض بن لادن
٤٦- تيما محمد عوض بن لادن
٤٧- إعتدال محمد عوض بن لادن
٤٨- سحر محمد عوض بن لادن
٤٩- إلهام محمد عوض بن لادن
٥٠- سناء محمد عوض بن لادن
٥١- ملك محمد عوض بن لادن
٥٢- منيرة محمد عوض بن لادن
٥٣- خديجة عرابي محمد علي
٥٤- إعتدال زكي مرستاني
٥٥- رجاء بشير عثمان هاشم
٥٦- حصة عبدالله بن سليمان السعيد
٥٧- فاطمة أحمد محسن باحارث
٥٨- سلمان سالم محمد عوض بن لادن
٥٩- سارة سالم محمد عوض بن لادن
٦٠- سما سالم محمد عوض بن لادن

وزارة التجارة

ATTACH: ............ المرفقات: ...... DATE: ....