UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

In re Terrorist Attacks of September 11

:
:
:
:
:
:           **ORDER OF REFERENCE TO A**
:           **MAGISTRATE JUDGE**
:
:           03 MDL 1570 (RCC)(FM)
:
:
:
----------------------------------------X

The above-entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

__X__  Specific Non-Dispositive Motion/Dispute:*
**For discovery dispute outlined in counsel's April 12 letter**

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

\_\_\_\_ Settlement*

\_\_\_\_ Inquest After Default/Damages Hearing

\_\_\_\_ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

\_\_\_\_ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

\_\_\_\_ Habeas Corpus

\_\_\_\_ Social Security

\_\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
April 13, 2006

_____
United States District Judge