# KREINDLER & KREINDLER LLP

Harry E. Kreindler (1919-1984)
Lee S. Kreindler (1949-2003)
Marc S. Moller
Steven R. Pounian
James P. Kreindler
David C. Cook
David Beekman
Blanca I. Rodriguez
Noah H. Kushlefsky
Robert J. Spragg
Brian J. Alexander
Justin T. Green
Andrew J. Maloney, III
Daniel O. Rose
Gretchen M. Nelson*
Stuart R. Fraenkel*

Francis G. Fleming
Paul S. Edelman
Milton G. Sincoff
Mark I. Labaton*
Counsel

100 Park Avenue
New York, NY 10017-5590
(212) 687-8181
Fax: (212) 972-9432
www.kreindler.com

Susan A. Friery, M.D.♦
Brendan S. Maher
Susan D. Bainnson
Vincent I. Parrett
William O. Angelley
Michael R. Sherwin⁺
Hilary B. Taylor°

California Office
707 Wilshire Boulevard
Suite 5070
Los Angeles, CA 90017-3613
(213) 622-6469
Fax: (213) 622-6019

*Admitted in CA only
♦Admitted in MA & DC only
⁺Admitted in OH only
°Admitted in CA & LA only

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-20-06

April 17, 2006



BY FEDERAL EXPRESS
Clerk of the Court
ATTN: Orders & Judgments Clerk
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *In re Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (RCC)
       *Ashton v. Al Qaeda Islamic Army, et al.*, 02 CV 6977 (RCC)

Dear Orders & Judgments Clerk:

On April 13, 2006, the *Ashton* Plaintiffs requested entry of default against certain defendants served by publication. Defendant Sherif Sedky should <u>not</u> have been included among that list of defendants. Hence, we ask that defendant Sherif Sedky be struck from Exhibit B ("List of Defendants Served by Publication and Currently in Default") that we submitted on April 13, 2006.

Sincerely,

KREINDLER & KREINDLER LLP

By: Andrew J. Maloney III
Counsel for Ashton Plaintiffs

Application granted
The Clerk of the court is asked to
remove Sherif Sedky from the
list of defendants against
whom default has been entered
4/20/06  *[signed]*

Cc:   Karla J. Letsche, Esq. (by e-mail)
       *Counsel for defendant Sherif Sedky*