# KREINDLER & KREINDLER LLP

Harry E. Kreindler (1919 - 1984)
Lee S. Kreindler (1949 - 2003)
Marc S. Moller
Steven R. Pounian
James P. Kreindler
David C. Cook
David Beekman
Blanca I. Rodriguez
Noah H. Kushlefsky
Robert J. Spragg
Brian J. Alexander
Justin T. Green
Gretchen M. Nelson*
Stuart R. Fraenkel*

Francis G. Fleming
Paul S. Edelman
Milton G. Sincoff
Andrew J. Maloney, III
     Counsel

100 Park Avenue
New York, NY 10017-5590
(212) 687-8181
Fax: (212) 972-9432
www.kreindler.com
writer's email:

Susan A. Friery, M.D.**
Daniel O. Rose
Jacqueline M. James
Brendan S. Maher
Susan D. Bainnson
Dennis J. Nolan
Myrna Ocasio
Vincent Parrett

California Office
707 Wilshire Boulevard
Suite 5070
Los Angeles, CA 90017-3613
(213)622-6469
Fax:(212)622-6019

*Admitted in CA only
**Admitted in MA & DC only

September 10, 2004

**By Hand & Facsimile**
Honorable Richard C. Casey
United States District Court
Southern District of New York
500 Pearl Street - Room 1950
New York, New York 10007

      Re: **MDL 1570**
         **Ashton, et al v. Al Qaeda, et al.**
         **02 CV 6977 (RCC)**
         **Ashton Service**

Dear Judge Casey:

  I am writing to update the Court on our service efforts in *Ashton*, *Burnett* and *Federal* and proposed a final list of defendants for whom all of plaintiffs request service by publication.

  The *Ashton* plaintiffs submit that service in 02 CV 6977 has been perfected for the following defendants either by mail or counsel has agreed to accept:

    Al-Aqsa Islamic Bank
    Alfaisaliah Group
    Al-Qadi, Yassin a/k/a Yassin al-Kadi
    Al-Rajhi Banking & Investment Corp.
    Al-Rasheed Trust
    Al-Shamal Islamic Bank
    Al-Talib, Hisham
    Aradi, Inc.
    Aranout, Enaam M.
    Batterjee, Sheik Adel Galil a/k/a Batargy
    Bin Laden, Haydar Mohamed
    Bin Laden, Yeslam M.
    Dallah Al Baraka Group LLC

Kreindler & Kreindler LLP

September 10, 2004
Page 2

    Darkazanli, Mamoun
    Hamdi, Tarik
    Iksir Limited Holding
    International Institute of Islamic Thought (IIIT)
    International Islamic Relief Organization (IIRO)
    Julaidan, Wa'el Hamza a/k/a Al Hasan al Madani
    Kamel, Omar Abdullah
    Kamel, Saleh Abdullah
    Mansour, Mohamed
    Mansour, Zeinab a/k/as Zeinab Mansour Fattouh
    Mar-Jac Investments, Inc.
    Mar Jac Poultry
    MIGA – Malaysian Swiss, Gulf and African Chamber, a/k/a Camera di Commercio, Industria e Turismo per Gli Stati Arabi del Golfo e la Svizzera
    Muslim World League
    Nada Management Organization SA a/k/a al Taqwa Management Organization
    Nasco Nasreddin Holding SA
    Nasreddin, Ahmed Idris
    National Commercial Bank of Saudi Arabia
    Prince Mohammed Al Faisal Al Saud
    Prince Nayef Bin Abdulaziz al Saud
    Prince Salman Ibn Abdul Aziz
    Prince Sultan Bin Abdulaziz Al Saud
    Prince Turki Al Faisal Al Saud
    Rabita Trust
    Safa Trust
    Saudi American Bank
    Saudi Bin Laden Group
    Saudi High Commission
    SNCB Corporate Finance, Ltd.
    SNCB Securities, Ltd. In London
    Tadamon Islamic Bank
    Totonji, Ahmed

    Republic of Iran, et al. (and its governmental agencies and officials)
    Republic of Sudan, et al. (and its governmental agencies and officials)

We expect to effect service on five defendants who are in U.S. custody:

    Alamoudi, Abduraham
    Biheiri, Soliman S.
    El-Hage, Wadih

Kreindler & Kreindler LLP
September 10, 2004
Page 3
   Shah, Wali Khan Amin

 The following defendants in **EXHIBIT A** *Ashton* has been <u>unsuccessful</u> in mailing, but who have appeared with counsel who refuse to accept service:

## EXHIBIT A

 Al-Aqeel, Aqeel
 Al-Buthe, Soliman H.S.
 Al-Haramain Islamic Foundation
 Ashraf, M. Omar
 Ashraf, Muhammad
 Barzinji, Jamal
 Batterjee, Shahir Abdulraoof
 Bin Laden, Bakr M.
 Bin Laden, Omar M.
 Bin Laden, Tarek M.
 Bin Mahfouz, Khaled
 Bin Mahfouz, Abdul Rahman
 Dar-Al-Maal Al Islami (DMI)
 Grove Corporate Inc.
 Khalifa, Mohammed Jamal
 Mirza, M. Yaqub
 Prince Abdullah Al Faisal Bin Abdulaziz al Saud
 Saudi Red Crescent Committee
 Success Foundation
 World Assembly for Muslim Youth
 Yunus, Iqbal

 The following **EXHIBIT B** list are defendants who we attempted to locate and either got an address whose occupants refused to accept or whose address was no longer valid, or for whom we could not obtain an address:

## EXHIBIT B
**TERRORIST HIJACKERS**
The Estate of Marwan Al-shehhi
The Estate of Fayez Ahmed
The Estate of Ahmed Al Ghamdi
The Estate of Hamza Al Ghamdi
The Estate of Mohald Al Shehri
The Estate of Satam M. A. Al Suqami
The Estate of Abdulaziz Al Omari
The Estate of Waleed M. Al Shehri
Kreindler & Kreindler LLP

September 10, 2004
Page 4

    The Estate of Wail Al Shehri
    The Estate of Mohammed Atta
    The Estate of Khalid Al Midhar
    The Estate of Nawaf Al Hazmi
    The Estate of Hani Hanjour
    The Estate of Salem Al Hazmi
    The Estate of Majed Moqed
    The Estate of Ziad Samir Jarrah
    The Estate of Ahmed Ibrahim A. Al Haznawi
    The Estate of Saeed Al Ghamdi
    The Estate of Ahmed Al Nami
    Moussaoui, Zacarias

**THE TALIBAN**
Omar, Muhammad
Abdul Kabir, Maulvi
Shinwari, Jalil
Jalil, Noor

**THE REPUBLIC OF IRAQ**
Abu Agab
Abu Wa'el a/k/a Sadoun Abdul Latif
Al-Ani, Ahmed Khalil Ibrahim Samir
Al-Hijazi, Faruq
Al-Mamouri, Habib Faris Abdullah
Estate of Qusay Hussein
Estate of Uday Hussein
Hussein, Abdel a/k/a The Ghost
Hussein, Saddam
Iraqi Intelligence Agency a/k/a The Mukhabarat
Ramadan, Taha Yassin
Salah, Muhammed Mahdi
Suleiman, Salah

Abu Islam, Muhammad
Abu Zubaydah a/k/a Zayn al Abidin Muhammad Husayn Tariq
Ahmad, Mustafa Muhammed a/k/a Shaykh Sai'id a/k/a Mustafa Ahmed Al-Hasawi
Akida Bank Private Limited a/k/a Akida Islamic Bank International
    Limited a/k/a Iksir International Bank Limited
Al-Adel Saif
Al-Ali, Sulaiman
Al-Anwa
Al-Badawi, Jamal
Al-Bayoumi, Omar

Kreindler & Kreindler LLP

September 10, 2004
Page 5

    Al Bir Saudi Organization
    Al-Gosaibi, Abdulaziz Bin Hamad
    Al-Hamati, Muhammad a/k/a Mohammad Hamdi Sadiq al-Ahdal a/k/a Abu Asim al-Makki
    Al-Hijrah Construction and Development Ltd.
    Al-Iraqi, Abd Al-Hadi
    Al-Kadi, Mansour
    Al-Libi, Ibn Al-Shaykh
    Al-Nashiri, Abd al-Rahim a/k/a Bilal Bin Marwan a/k/a Umar Mohammed al- Harazi a/k/a Abu Bilal al-Makki, Mullah Bilal
    Al Qaeda Islamic Army
    Al-Qardawi, Sheikh Yusuf
    Al-Rajhi, Abdullah Sulaiman
    Al-Rajhi, Khalid Sulaiman
    Al-Rajhi, Omar Sulaiman
    Al-Rajhi, Saleh Abdulaziz
    Al-Rajhi, Sulaiman Abdul Aziz
    Al-Romaizan, Rashid M.
    Al Shamal for Investment and Development
    Al-Sourouri, Walid
    Al-Turki, Abdulllah Bin Abdul Muhsen
    Al-Zawahiri, Ayman
    Asat Trust Registered
    Ayoubi, Tarek
    Badahdh, Salah
    Bahaji, Said
    Bahareth, Mazin M. H.
    Bahareth, Mohammed
    Bahfzallah, Hassan A.A.
    Bank Al Taqwa Limited a/k/a Al Taqwa Bank
    Basha, Adnan
    Bayazid, Mohamed
    Belkacem, Bensayah
    Benevolence International Foundation, Inc.
    Bin Abdul Aziz, Ibrahim
    Bin Kazem, Adel Muhammad Sadiq
    Bin Laden, Abdula
    Bin Laden, Osama
    Bin Laden, Saleh Mohamed
    Bin Said, Abdullah
    Binalshibh, Ramzi Mohammed Abdullah a/k/a Ramzi Mohamed Abdallah Omar
    Cemsteel Impex Establishment

Kreindler & Kreindler LLP

September 10, 2004
Page 6

    Dallah Avco Trans Arabia Co. Ltd.
    Egyptian Islamic Jihad
    El-Motassadeq, Mounir
    Essabar Zakariya Essabar
    Faisal Islamic Bank
    Gazaz, Saleh
    Ghalyoun, Ghasoub Al Abrash a/k/a Abu Musab
    Ghaty, Perouz Seda
    Global Diamond Resource
    Global Relief Foundation, Inc.
    Gulf Center S.R.L.
    Gum Arabic Co. Ltd.
    Hamas
    Hekmatyar, Gulbuddin
    Hijazi, Raed
    Himmat, Ali Ghaleb
    Huber, Armand Albert Friedrich a/k/a Ahmed Huber
    Ibrahim Bin Abdul Aziz Al Ibrahim Foundation
    Ismuddin, Nurjaman Riduan a/k/a Hambali
    Jaghlit, Mohammed
    Kordi, Khalil A.
    Lamar, Sabir
    Lebonese Hezbollah
    Mamoun Darkazanli Import-Export Company
    Mohammed, Khalid Sheikh
    Mughniyeh, Imad
    Muhammad, Sheikh Omar Bakri
    Muslim Brotherhood
    Muwaffaq Foundation a/k/a Blessed Relief Foundation
    Mzoudi, Abdelghani
    Nada, Youssef Mustafa
    Naseef, Abdullah Omar
    New Diamond Holdings
    Palestine Islamic Jihad
    Piedmont Poultry
    Qassim, Abdullah
    Rahimi, Mohammed Nur
    Rashid, Mufti Mohammed
    Saar Foundation
    Saeed, Jamil Qasim
    Sanabel Al-Kheer, Inc.

Kreindler & Kreindler LLP

September 10, 2004
Page 7

     Sana-Bell, Inc.
     Sanabil Al-Khair
     Saudi Joint Relief Committee
     Sedky, Sherif
     Taibah International Aid Association
     Youssef M. Nada Establishment
     Zammar, Abdul Fattah
     Zarqawi, Abu Musab
     Zouaydi, Muhammed Galeb Kalaje a/k/a Abu Talha

  The *Ashton* plaintiffs propose serving defendants on Exhibit A and Exhibit B above by publication.

  The *Federal Insurance* plaintiffs would like to serve the same defendants and add to the publication list, because service attempts failed for one of the following reasons: defendant was no longer at the address they had, the service package was rejected, the service package was neither returned nor can receipt be confirmed or they could not find an address to serve the defendant after a diligent search:

Aaran Money Wire Service Inc.
Abbas Abdi Ali
Abd Al Samad Al-Ta'Ish
Abd Al-Mushin Al-Libi
Abd Al-Rahim Al-Nashiri
Abdullah Omar Naseef
Abdalrahman Alarnout Abu Aljer a/k/a Abu obed
Abdel Barry
Abdel Hussein
Abdelghani Mzoudi
Abdelhalim Remadna
Abdelkarim Hussein Mohamed Al-Nasser
Abdi Adulaziz Ali
Abdirasik Aden
Abdul Aziz Al Ibrahim a/k/a Al Ibrahim
Abdul Fattah Zammar
Abdul Rahman Al Swailem
Abdulrahman Alamoudi
Abdul Rahman Khaled Bin Mahfouz
Abdul Rahman Yasin
Abdul Rahim Mohammed Hussein
Abdula Bin Laden

Kreindler & Kreindler LLP

September 10, 2004
Page 8

Abdulaziz Bin Abdul Rahman Al Saud
Abdulaziz Bin Hamad Al Gosaibi
Abdulkarim Khaled Uusuf Abdulla
Abdulla Al Obaid
Abdullah Ahmed Abdullah
Abdullah Bin Abdul Muhsen Al Turki a/k/a Al Turki
Abdullah Bin Said
Abdullah Bin Saleh Al-Obaid
Abdullah M. Al-Mahdi
Abdullah Samil Bahmadan
Abdullah Sulaiman Al-Rajhi
Abdullah Qassim
Abdullahi Hussein Kahie
Abdulrahman Hassan Sharbatly
Abrash Company
Abu Abdul Rahman
Abu al-Hadi al-Iraqi
Abu Al-Maid
Abu Hafs the Mauritanian
Abu Hajer Al Iraqi
Abu Hamza Al-Masri
Abu Ibrahim Al-Masri
Abu Musab Al-Zarqawi
Abu Qatada Al-Filistini
Abu Rida Al Suri
Abu Sayef Group
Abu Sulayman
Abu Zubaydah
Adel Ben Soltane
Adel Muhammad Sadiq Bin Kazem
Adnan Basha
Adu Agab
Advice and Reformation Committee
Afamia, SL
Afghan Support Committee
Agus Budiman
Ahmad Ajaj
Ahmad Al Harbi
Ahmad Ibrahim Al-Mughassil
Ahmad Sa'Id Al-Kadr

Kreindler & Kreindler LLP

September 10, 2004
Page 9

Ahmad Salah
Ahmed Hasni Rarrbo
Ahmed Ibrahim Al Najjar
Ahmed Khalfan Ghailani
Ahmed Mohammed Hamed
Ahmed Nur Ali Jim'ale
Ahmed Totonji
Ahmed Zaki Yamani
Akida Bank Private Limited
Akida Investment Co. Ltd.
Al Amn Al-Dakhili
Al Amn Al-Khariji
Al Anwa
Al Baraka Exchange LLC
Al Barakaat Bank
Al Farooq Mosque
Al Gama'a al-Islamiyya
Al Khaleejia for Expert Promotion and Marketing Company
al Qaida
Al Shamal For Investment and Development
Al Shamal Islamic Bank
Al Taqwa Trade, Property and Industry Company Limited
Al Taqwa/Nada Group
Al Tawhid
Al-Barakaat
Al-Barakat Bank of Somalia (BSS)
Al-Barakat Finance Group
Al-Barakat Financial Holding Co.
Al-Barakat Global Telecommunications
Al-Barakat Group of Companies Somalia Limited
Al-Barakat International a/k/a Baraco Co
Al-Barakat Investments
Al-Bir Saudi Organization
Al-Birr
Al-Hamati Sweets Bakeries
Al-Haramain Islamic Foundation
Al-Hijrah Construction and Development Limited
Al-Itihaad al-Islamiya (AIAI)
Al-Mustaqbal Group
Al-Nur Honey Press Shops a/k/a Al-Nur Honey Center
Al-Rajhi Banking & Investment Corporation

Kreindler & Kreindler LLP

Al-Rashid Trust
Al-Shaykh Al-Iraqi
Al-Shifa' Honey Press for Industry and Commerce
Al-Watania Poultry
Albert Fredrich Armand Huber
Algerian Armed Islamic Group
Ali Atwa a/k/a Ammar Mansour Bouslim
Ali Saed Bin Ali El-Hoorie
Amin Al-Haq a/k/a Dr. Amin Ah Haq
Anas Al-Liby
Ansar al-Islam
Aqeel Al-Aqeel
Arab Cement Company
Arafat El-Asahi
Ary Group
ASAT Trust
Asbat al-Ansar
Ayman al-Zawahiri
Azzam Service Center
BA Taqwa for Commerce and Real Estate Company Ltd.
Bakr M. Bin Laden
Bank of Taqwa Limited
Baraka Trading Company
Barakaat Boston
Barakaat Construction Company
Barakaat Enterprise
Barakaat Group of Companies
Barakaat North America, Inc.
Barakaat Red Sea Telecommunications
Barakaat Telecommunications Co. Somalia
Barakat Bank and Remittances
Barakat Computer Consulting (BCC)
Barakat Consulting Group (BCG)
Barakat Global Telephone Company
Barakat International Companies (BICO)
Barakat Post Express (BPE)
Barakat Refreshment Company
Barakat Telecommunications Company Limited (BTELCO)
Barakat Wire Transfer Company
Kreindler & Kreindler LLP
September 10, 2004

Page 11

Barako Trading Company, LLC
Bashsh Hospital
Benevolence International Fund
Benevolence International Foundation
Bensayah Belkacem
Bilal Bin Marwan
Blessed Relief Foundation
Bosanska Idealna Futura
Bosnia-Herzegovina branch of Al-Haramain Islamic Foundation
Brahim Ben Hedili Hamami
Chiheb Ben Mohamed Ayari
Cobis
Contratas Gioma
Dahir Ubeidullahi Aweys
Dallah Avco Trans Arabia Co. Ltd.
Dar Al Maal Al Islami Trust
Dr. Mahmoud Dakhil
Dr. Mohaman Ali Elgari
Dubai Islamic Bank
Egyptian Islamic Jihad
Essam Al Ridi
Eurocovia Obras, S.A.
Fahad Al-Thumairy
Fahid Mohammed Ally Msalam
Fazeh Ahed
Fazul Abdullah Mohammed
Fethi Ben Rebai Masri
Fouzi Jendoubi
Garad Jama
Ghasoub Al Abrash Ghalyoun
Global Diamond Resource
Global Relief Foundation a/k/a Foundation Secours Mondial
Gulbuddin Hekmatyar
Gum Arabic Company Limited
Habib Waddani
Haji Abdul Manan Agha
Haji Mohamad Akram
Hamad Hussaini
Hamas

Kreindler & Kreindler LLP
September 10, 2004

Hani Ramadan
Hasan Izz-Al-Din
Hashim Abdulrahman
Hassan A.A. Bahfzallah
Hassan Dahir Aweys
Hassan Al Turabi
Haydar Mohamed Bin Laden
Hazem Ragab
Help African People
Heyatul Ulya
Hezb-e-Islami
Hisham Arnaout
Human Concern International Society
Hussein Mahmud Abdullkadir
Ibn al-Shaykh al-Libi
Ibrahim bah
Ibrahim Bin Abdul Aziz Al Ibrahim Foundation
Ibrahim Hassabella
Ibrahim Muhammed Afandi
Ibrahim S. Abdullah
Ibrahim Salih Mohammed Al-Yacoub
Ihab Ali
Imad Mughniyeh
Infocus Tech of Malaysia
International Development Foundation
Islamic African Relief Agency
Islamic Army of Aden
Islamic Cultural Center of Geneva
Islamic Cultural Institute of Milan
Islamic International Brigade
Islamic Movement of Uzbekistan
Iss El-Din El Sayed
Jaish-I-Mohammed a/k/a Army of Mohammed
Jalil Shinwari
Jamal Ahmed Mohammed
Jamal Nyrabeh
Jamil Qasim Saeed
Jam'Yah Ta'Awun Al-Islamia
Jemaah Islamiya Organization
Khaled Nouri
Khalid Shaikh Mohammed

Kreindler & Kreindler LLP
September 10, 2004

Khalid Sulaiman Al-Rajhi
Khalil A. Kordi
Khalil Jarraya
Lashkar I Janghvi
Lashkar Redayan-E-Islami
Lashkar-e Tayyiba
Lazhar Ben Mohammed Tlili
Lebanese Hezbollah
Liban Hussein
Lionel Dumont
Lujain Al-Iman
M.M. Padkook Company for Catering & Trading
Mahdi Chamran Savehi
Mahmoud Jaballah
Makhtab al-Khidamat
Mamdouh Mahamud Salim
Mansour Thaer
Mansouri Al-Kadi
Masjed Al Madinah Al Munawarah
Maulvi Abdul Kabir
Mazin M.H. Bahareth
Mendi Kammoun
Mercy International Relief Agency
Mohamed Bayazid
Mohammad S. Mohammad
Mohammed Al Massari
Mohammed Al-Issai
Mohammed Alchurbaji
Mohammed Ali Sayed Mushayt
Mohammed Amine Akli
Mohammed Bahareth
Mohammed Bin Abdullah Al-Jomaith
Mohammed Bin Faris
Mohammed Bin Laden Organization
Mohammed Chehade
Mohammed Hussein Al-Amoudi
Mohammed Iqbal Abdurrahman
Mohammed Jaghlit
Mohammed Jamal Khalifa

Kreindler & Kreindler LLP
September 10, 2004

Mohammed Khair Al Saqqa
Mohammed Khatib
Mohammed Mansour
Mohammed Nur Rahmi
Mohammed Omar Al-Harazi
Mohammed Salim Bin Mahfouz
Mohammed Sarkawi
Mohrez Amdouni
Mondher Baazaoui a/k/a Hamza
Moro Islamic Liberation Front
Mounir Ben Habib Jerraya
Moussa Ben Amor Essaadi
Mufti Rashid Ahmad Ladehyanoy
Muhammad Abu-Islam
Muhammad Atif
Muhammad Omar
Muhammad Salah
Muhammed J. Fakihi
Muhsin Musa Matwalli Atwah
Mullah Kakshar
Mushayt for Trading Establishment
Mustaf Ahmed Al-Hisawi
Mustafa Al-Kadir
Mustafa Mohamed Fadhil
Mustasim Abdel-Rahim
Muzaffar Kahn
Nabil Benattia
Nada International Anstalt
Nada Management Organization
Nada Management Organization, SA
Najib Ouaz
Nascoservice S.R.L.
Nascotex S.A.
Nasreddin Company Nasco SAS Di Ahmed Idris Nassneddin EC
Nasreddin Foundation
Nasreddin Group International Holding Ltd.
Nasreddin International Group Limited Holding
National Development Bank
National Fund for Social Insurance
National Islamic Front

Kreindler & Kreindler LLP
September 10, 2004

Page 15

National Management Consultancy Center
Nedal Saleh a/k/a Hitem
New Diamond Holdings
Noor Jalil
Nurjaman Riduan Ismuddin a/k/a Hambali
Omar Abu Omar
Omar Al-Bayoumi
Omar M. Bin Laden
Omar Sulaiman Al-Rajhi
Osama Bassnan
Palestine Islamic Jihad
Parka Trading Company
Perouz Seda Ghaty
Piedmont Poultry
Promociones Y Construcciones Tetuan Pricote, S.A.
Proyectos Edispan
Proyectos Y Promociones Iso
Proyectos Y Promociones Pardise, S.L.
Queen City Cigarettes and Candy
Rachid Fehar
Ramzi Binalshibh
Rashid M. Al Romaizan
Red Crescent Saudi Committee
Red Sea Barakat Company Limited
Riyadus-Salikhin Recognizance and Sabotage Battalion of Chechen Martyrs
S.M. Tufail
Sabir Lamar
Safar Al-Hawali
Said Bahaji
Saif Al Islam El Masry
Salafist Group for Call and Combat
Salah Badahdh
Salahuddin Abduljawad
Saleh Abdulaziz Al-Rajhi
Saleh Al-Hussayen
Saleh Gazaz
Salem Bin Laden
Salman Al-Ouda
Sami Omar Al-Hussayen
Samir Kishk

Kreindler & Kreindler LLP
September 10, 2004

Samir Salah
Sana-Bell, Inc.
Sanabel Al-Kheer, Inc.
Sanabil Al-Khair
Saqar Al-Sadawi
Saudi Bin Laden Group
Saudi Bin Laden International Company
Saudi Cement Company in Damman
Saudi Economic and Development Company
Saudi Joint Relief Committee
Saudi Red Crescent
Saudi Sudanese Bank
Sayf al-Adl
Sa'd Al-Sharif
Shahir Abdulraoof Batterjee
Shaykh Sa'id a/k/a Mustafa Muhammad Ahmad
Sheik Adil Galil Batargy a/k/a Adel Abdul Jalil Batterjee
Sheikh Abdullah Azzam a/k/a Abu Muhammed
Sheikh Abu Bdul Aziz Nagi
Sheikh Ahmed Salim Swedan
Sheikh Omar Bakri Muhammad
Sherif Sedky
Soliman H.S. Al-Buthe
Soliman J. Khudeira
Somalia Branch of the Al-Haramain Islamic Foundation
Somalia Internet Company
Special Purpose Islamic Regiment
Success Foundation
Suleiman Abdel Aziz Al Rajhi
Syed Suleman Ahmer
Taba Investments
Tadamon Islamic Bank
Talal Mohammed Badkook
Tanzanite King
Tarek Ayoubi
Tarek M. Bin Laden
Tareq M. Al-Swaidan
Tariq Anwar al-Sayyid Ahmad
The Aid Organization of the Ulema

Kreindler & Kreindler LLP
September 10, 2004

Page 17


The Committee for the Defense of Legitimate Rights
The Taliban
Thirwat Salah Shihata
Turkistan Islamic Movement
Ulema Union of Afghanistan
Umar Faruq
Umma Tameer-E-Nau (UTN)
Usama bin Laden
Wadi Al Aqiq
Wafa Humanitarian Organization
World Assembly of Muslim Youth
Yasin Al-Qadi
Yassine Chekkouri
Yazid Sufaat of Kuala Lumpur Malaysia
Yeslam M. Bin Laden
Yousef Jameel
Youssef Abdaoui a/k/a Abu Abdullah a/k/a Abdellah a/k/a Abdullah
Youssef M. Nada & Co. Gesellschaft MBH
Youssef Nada
Yusaf Ahmed Ali
Zahir H. Kazmi
Zakarya Essabar
Zakat Committee
Ziyad Khaleel


    The ***Burnett*** plaintiffs seek to serve by publication the above defendants and add:

        Abu Aljer Abdalrahman Alarnaout a/k/a Abu Obed
        Al Abrash Ghalyoun Ghasoub a/k/a Abu Musab
        Albanna, Mohamed
        Al Moayad, Mohammed Ali Hasan
        Al-Sirri, Yassir a/k/a Ammar
        Al Thani, Abdulla Bin Khalid
        Bahamdan, Abdullah Salim
        Benevolence International Foundation Canada
        Benevolence International Foundation USA
        Darkazanli, Mamoun
        Eldeen, Abelmagne Ali

Kreindler & Kreindler LLP

September 10, 2004
Page 18

      Fakihi, Muhammad J.
      Gulf and African Chamber
      Haddad, Rabin
      Heritage Education Trust
      Institute of Milan a/k/a Instituto Culturale Islamico De
          Milano International a/k/a Mercy
      Miga-Malaysian Swiss
      Nasco Nasreddin Holding A.S.
      Ressam, Ahmed
      Salah, Sanur
      Salim, Mamdouh Mahmud a/k/a Abu Hajer Al Iraqi
      Satut, Bassam Dalati
      Society of Islamic Cooperation a/k/a Jam'Yah Ta'Aqun Al- Islamia
      Sterling Charitable Gift Fund
      Sterling Management Group, Inc.
      Wadi Al Aqiq
      Yarkas, Imad Eddin Barakat a/k/a Abu Dahdah

      There is substantial overlap in a large number of defendants whom plaintiffs wish to serve by publication now that all other good faith efforts to serve have failed.  Accordingly, the ***Ashton***, ***Burnett, Federal Insurance*** plaintiffs propose to provide the Court with a consolidated list at Monday's conference.

                                     Respectfully submitted,


                               By _____S/_____
                                    James P. Kreindler
                                    Marc S. Moller
                                    Justin T. Green
                                    Andrew J. Maloney III


cc:    MDL 1570  counsel