

Case 4, 5

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*
*Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-CV-6978 (S.D.N.Y.)

### STIPULATION AS TO EXTENSION OF TIME TO RESPOND TO COMPLAINT
### CONSOLIDATED UNDER MDL 1570

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs in the above-referenced case consolidated under 03 MDL 1570 and Defendants Sanabel Al-Kheer and Sana-Bell, Inc. ("Defendants"), by and through their undersigned counsel, that the time provided for Defendants to answer or otherwise respond to the Complaint in the case referenced above, shall be extended to and through May 19, 2006.

IT IS FURTHER HEREBY STIPULATED AND AGREED that the Plaintiffs' response to Defendants' responsive pleadings, if any, shall be served within sixty days of receipt of same from Defendants' counsel, and that Defendants shall file reply papers, if any, within thirty days of receipt of Plaintiffs' opposing papers.

IT IS FURTHER HEREBY STIPULATED AND AGREED that all other provisions of the Stipulation as to Service of Process and Extension of Time to Respond previously filed by the parties on January 30, 2006 remain in full force and effect.

Respectfully submitted.

COZEN O'CONNOR
By: _____
Sean P. Carter
J. Scott Tarbutton
1900 Market Street
Philadelphia, PA 19103

*Attorneys for Federal Insurance Plaintiffs and Liaison Counsel to Plaintiffs' Executive Committee*

MARTIN F. MCMAHON & ASSOCIATES
By: _____
Martin F. McMahon
Lisa D. Angelo
1150 Connecticut Ave., N.W.
Suite 900
Washington, D.C. 20036

*Attorneys for Defendant Sanabel Al-Kheer and Sana-Bell, Inc.*

SO ORDERED:

_____
RICHARD CONWAY CASEY, U.S.D.J.

Dated: April 24, 2006

2