UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
          :
In re TERRORIST ATTACKS ON           :
SEPTEMBER 11, 2001
          :                     **ORDER**

          :           03 MDL 1570 (RCC)(FM)

          :

          :

          :
------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

A discovery conference in this matter has been scheduled for May 12, 2006, at 5:00 p.m., in Courtroom 11C, 500 Pearl Street, New York, New York 10007. Counsel to whom this order is sent is notify all counsel.

SO ORDERED.

Dated: New York, New York
       April 26, 2006

                                        _____
                                        FRANK MAAS
                                        United States Magistrate Judge

Copies to:

Honorable Richard C. Casey
United States District Judge

Andrew J. Maloney, III, Esq.
Kreindler & Kreindler
100 Park Avenue
New York, New York 10017
Via Facsimile, @(212) 972-9432

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/06