

| | | |
|---|---|---|
| Harry E. Kreindler (1919-1984)<br>Lee S. Kreindler (1949-2003)<br>Marc S. Moller<br>Steven R. Pounian<br>James P. Kreindler<br>David C. Cook<br>David Beekman<br>Blanca I. Rodriguez<br>Noah H. Kushlefsky<br>Robert J. Spragg<br>Brian J. Alexander<br>Justin T. Green<br>Andrew J. Maloney, III<br>Daniel O. Rose<br>Gretchen M. Nelson*<br>Stuart R. Fraenkel* | **KREINDLER & KREINDLER LLP**<br>100 Park Avenue<br>New York, NY 10017-5590<br>(212) 687-8181<br>Fax: (212) 972-9432<br>www.kreindler.com | Susan A. Friery, M.D.♦<br>Brendan S. Maher<br>Susan D. Bainnson<br>Vincent I. Parrett<br>William O. Angelley<br>Michael R. Sherwin✝<br>Hilary B. Taylor°<br><br>California Office<br>707 Wilshire Boulevard<br>Suite 5070<br>Los Angeles, CA 90017-3613<br>(213) 622-6469<br>Fax: (213) 622-6019 |
| Francis G. Fleming<br>Paul S. Edelman<br>Milton G. Sincoff<br>Mark I. Labaton*<br>    Counsel | April 13, 2006 | *Admitted in CA only<br>♦Admitted in MA & DC only<br>✝Admitted in OH only<br>°Admitted in CA & LA only |

**BY FEDERAL EXPRESS**

Clerk of the Court
ATTN: Orders & Judgments Clerk
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *In re Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (RCC)
             *Ashton v. Al Qaeda Islamic Army, et al.*, 02 CV 6977 (RCC)

Dear Orders & Judgments Clerk:

    Plaintiffs in the above action request entry of default against certain defendants served by publication, pursuant to Court Order, who have failed to answer or otherwise defend against the *Ashton* Complaint. Enclosed are:

1. Affidavit of Andrew J. Maloney III, Esq., for Entry of Default and Judgment by Default;
2. Statement of Damages;
3. Exhibit A: List of Plaintiffs Seeking Entry of Default against Defendants;
4. Exhibit B: List of Defendants Served by Publication and Currently in Default;
5. Exhibit C: *Ashton* Third Amended Consolidated Master Complaint;
6. Exhibit D: Proofs of Service;
7. Clerk's Certificate of Default;
8. Proposed Order for Default Judgment.

Clerk of the Court, SDNY
ATTN: Orders & Judgments Clerk
April 13, 2006
Page Two

      If you have any questions, please call me at (212) 973-3438.

                Sincerely,

                KREINDLER & KREINDLER LLP

                By: _____
                    Andrew J. Maloney III
                    *Counsel for Ashton Plaintiffs*

Enclosures

Cc:   All Counsel of Record by e-mail