UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re* Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) <br> ECF case |

*This document relates only to: Ashton v. Al Qaeda Islamic Army* 02-cv-6977

*This document is filed on behalf of Defendant Sheikh Yusuf al Qaradawi*

## CERTIFICATE OF SERVICE

ELIZABETH KURIYAMA hereby makes the following declaration pursuant to 28 U.S.C. § 1746:

1. I am a legal assistant in the offices of Doar Rieck Kaley & Mack, am over the age of 18 and am not a party to this action.

2. On April 18, 2006, I caused a true and correct copy of the following documents, via the Court's Electronic Filing System, to be filed on all counsel in 03 MDL 1570 : the Declaration of Amy Rothstein in Opposition to Motion for Default Judgment and Defendant Sheikh Yusuf al Qaradawi's Memorandum of Law in Opposition to Motion for Default Judgment by Plaintiffs in Ashton v. Al Qaeda Islamic Army.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 18, 2006

ELIZABETH KURIYAMA