# KREINDLER & KREINDLER LLP

Harry E. Kreindler (1919-1984)
Lee S. Kreindler (1949-2003)
Marc S. Moller
Steven R. Pounian
James P. Kreindler
David C. Cook
David Beekman
Blanca I. Rodriguez
Noah H. Kushlefsky
Robert J. Spragg
Brian J. Alexander
Justin T. Green
Andrew J. Maloney, III
Daniel O. Rose
Gretchen M. Nelson*
Stuart R. Fraenkel*

Francis G. Fleming
Paul S. Edelman
Milton G. Sincoff
Mark I. Labaton*
   Counsel

100 Park Avenue
New York, NY 10017-5590
(212) 687-8181
Fax: (212) 972-9432
www.kreindler.com

Susan A. Friery, M.D.♦
Brendan S. Maher
Susan D. Bainnson
Vincent I. Parrett
William O. Angelley
Michael R. Sherwin†
Hilary B. Taylor°

California Office
707 Wilshire Boulevard
Suite 5070
Los Angeles, CA 90017-3613
(213) 622-6469
Fax: (213) 622-6019

*Admitted in CA only
♦Admitted in MA & DC only
†Admitted in OH only
°Admitted in CA & LA only

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-9-06

April 27, 2006

RECEIVED
MAY - 2 2006
RICHARD ... CASEY

BY FEDERAL EXPRESS
Clerk of the Court
ATTN: Orders & Judgments Clerk
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *In re Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (RCC)
      *Ashton v. Al Qaeda Islamic Army, et al.*, 02 CV 6977 (RCC)

Dear Orders & Judgments Clerk:

On April 13, 2006, the *Ashton* Plaintiffs wrote to the Orders & Judgments Clerk to request entry of default against certain defendants served by publication. The *Ashton* Plaintiffs now request that the following five defendants be struck from Exhibit B ("List of Defendants Served by Publication and Currently in Default") that we submitted on April 13, 2006:

1.   Dallah Avco Trans Arabia Co., Ltd;
2.   Sanabel al Kheer Inc.;
3.   Sana-Bell Inc.;
4.   Sanabil al Khair;
5.   Tadamon Islamic Bank.

The reason we now request those five defendants be struck from Exhibit B is that *after* April 13, 2006, Lisa D. Angelo, Esq., of Martin F. McMahon & Associates, who represents those five defendants, asked the *Ashton* Plaintiffs to stipulate to allow those five defendants an extension of time to answer or otherwise respond to the *Ashton* Sixth Amended Consolidated Master Complaint. As a professional courtesy, we have so stipulated.

Clerk of the Court, S.D.N.Y.
ATTN: Orders & Judgments Clerk
April 27, 2006
Page Two

Sincerely,

KREINDLER & KREINDLER LLP

By: _____
Andrew J. Maloney III
*Counsel for Ashton Plaintiffs*

So ordered
Richard Conway
5/6/06

Cc: Lisa D. Angelo, Esq. (by e-mail)
Martin F. McMahon & Associates
*Counsel for defendants Dallah Avco Trans Arabia Co., Ltd;*
*Sanabel al Kheer Inc.;*
*Sana-Bell Inc.;*
*Sanabil al Khair;*
*Tadamon Islamic Bank.*