# **EXHIBIT B**

1. Notice Of Motion To Dismiss Pursuant To Fed. R. Civ. P. 12(b)(2) and 12(b)(6) By Defendant DMI Administrative Services S.A. ("DMI S.A.") in *NY Marine and General Ins. Co. v. Al Qaida, et al.* (04 CV 6105) ("*N.Y. Marine*") (Filed on 5/9/05, MDL Docket No. 888);

2. Notice Of Motion To Dismiss Pursuant To Fed. R. Civ. P. 12(b)(2) and 12(b)(6) By Defendant DMI S.A. in *Cantor Fitzgerald & Co., et al. v. Al Baraka Inv. & Dev. Corp., et al.* (04 CV 7065) ("*Cantor Fitzgerald*") (Filed on 9/9/05, MDL Docket No. 1213);

3. Notice Of Motion To Dismiss Pursuant To Fed. R. Civ. P. 12(b)(2) and 12(b)(6) By Defendant DMI S.A. in *Estate of John P. O'Neill, Sr. v. Al Baraka Inv. & Dev. Corp., et al.* (04 CV 1923) ("*O'Neill*") (Filed on 9/9/05, MDL Docket No. 1215);

4. Notice Of Motion To Dismiss Pursuant To Fed. R. Civ. P. 12(b)(2) and 12(b)(6) By Defendant DMI S.A. in *Thomas E. Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al.* (03 CV 9849) ("*Burnett D.C.*") and *Thomas E. Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al.* (03 CV 5738) ("*Burnett N.Y.*") (Filed on 9/16/05, MDL Docket No. 1239);

5. Notice Of Motion To Dismiss Pursuant To Fed. R. Civ. P. 12(b)(2) and 12(b)(6) By Defendant DMI S.A. in *World Trade Center Prop., LLC, et al. v. Al Baraka Inv. & Dev. Corp., et al.* (04 CV 7280) ("*WTCP*") and *Euro Brokers, Inc., et al. v. Al Baraka Inv. & Dev. Corp., et al.* (04 CV 7279) ("*Euro Brokers*") (Filed on 9/16/05, MDL Docket No. 1241);

6. Notice Of Motion To Dismiss Pursuant To Fed. R. Civ. P. 12(b)(2) and 12(b)(6) By Defendant DMI S.A. in *Federal Ins. Co., et al. v. Al Qaida, et al.* (03 CV 6978) ("*Federal Insurance*") (Filed on 9/23/05, MDL Docket No. 1262);

7. Notice Of Motion To Dismiss Pursuant To Fed. R. Civ. P. 12(b)(2) and 12(b)(6) By Defendant Dar Al-Maal Al-Islami Trust ("DMI Trust") in *N.Y. Marine* and *Continental Casualty Co., et al. v. Al Qaeda, et al.* (04 CV 5970) (Filed on 9/23/05, MDL Docket No. 1264);

8. Notice Of Motion To Dismiss Pursuant To Fed. R. Civ. P. 12(b)(2) and 12(b)(6) By Defendant DMI Trust in *Kathleen Ashton, et al. v. Al Qaeda Islamic Army, et al. (02 CV 6977)* (Filed on 9/30/05, MDL Docket No. 1375);

9. Notice Of Motion To Dismiss Pursuant To Fed. R. Civ. P. 12(b)(2) and 12(b)(6) By Defendant DMI Trust in *Cantor Fitzgerald* (Filed on 9/30/05, MDL Docket No. 1373);

10. Notice Of Motion To Dismiss Pursuant To Fed. R. Civ. P. 12(b)(2) and 12(b)(6) By Defendant DMI Trust in *O'Neill* (Filed on 10/7/05, MDL Docket No. 1404);

11. Notice Of Motion To Dismiss Pursuant To Fed. R. Civ. P. 12(b)(2) and 12(b)(6) By Defendant DMI Trust in *Federal Insurance* (Filed on 10/7/05, MDL Docket No. 1399);

12. Notice Of Motion To Dismiss Pursuant To Fed. R. Civ. P. 12(b)(2) and 12(b)(6) By Defendant DMI Trust in *WTCP* and *Euro Brokers*(Filed on 10/7/05, MDL Docket No. 1397);

13. Notice Of Motion To Dismiss Pursuant To Fed. R. Civ. P. 12(b)(2) and 12(b)(6) By Defendant DMI Trust in *Burnett D.C.* and *Burnett N.Y.* (Filed on 10/7/05, MDL Docket No. 1400).