# JCB BLOG

JEAN-CHARLES BRISARD, INTERNATIONAL EXPERT ON TERRORISM FINANCING

MARCH 30, 2006

## Swiss decision dismissing SDGT Yassin Al Kadi complaint

Yassin Al Kadi, aka Yassin Al Qadi (Specially Designated Global Terrorist -SDGT- on October 12, 2001) filed a criminal complaint against me in 2004 in Switzerland for allegedly violating the secrecy of an expert mandate I've held in the course of the prosecution of a criminal case against him. An extraordinary prosecutor appointed to investigate the matter confirmed that these were baseless allegations by deciding on March 27, 2006 to dismiss the action brought by Yassin Al Kadi and found that "there is no indication that the person you namely denounced, M. Jean-Charles BRISARD, or any of his assistants, had communicated information covered by the secrecy of the function he should have respected in the framework of the analysis mandate delivered to him by M. Claude NICATI [Deputy Attorney General of Switzerland] at the end of February 2004 in the case regarding your client". The decision is available in French ( Jomini_YAK_JCB_FR.pdf) and English ( Jomini_YAK_JCB_US.pdf). Switzerland opened a formal investigation on Yassin Al Kadi on September 25, 2001 for allegedly "transferring millions [of dollars] in his capacity of President of an NGO named "Muwafaq" to associates of the Al Qaeda network using Swiss bank accounts". When the US Treasury Department designated Abdul Latif Saleh on September 19, 2005, Stuart Levey, the US Treasury Under Secretary for Terrorism and Financial Intelligence stated that "Saleh has multiple ties to al Qaida, ranging from the Al Haramain Foundation to Yasin Qadi to Usama bin Laden".

MARCH 27, 2006

## DMI and JCB agree to settle a criminal complaint

On December 15, 2003, DMI filed a libel criminal complaint against me in Switzerland based on comments made about the group and its banking affiliates in a testimony before the Senate Banking Committee on October 22, 2003 during hearings on terrorism financing. Considering that the wording used had been wrongly interpreted, I agreed on March 14, 2006 to issue a correction, termed "withdrawal" under Swiss law. By this agreement, DMI accepts to dismiss its complaint against me without any financial condition. The text of the agreed correction is the following: "Withdrawal - Correction. In view of the Swiss criminal proceedings engaged against Jean-Charles Brisard by DMI Administrative Services SA following his written testimony dated October 22nd 2003 lodged with the Banking Committee of the US Senate and made accessible on said authority's website, Jean-Charles Brisard wishes to specify that when he mentioned DMI, its subsidiaries or the Group's organs in this testimony, he never meant that these entities could have directly or indirectly financed or participated in the financing of terrorism. He regrets that these statements may have been wrongly interpreted".

---

RECENT POSTS

Swiss decision dismissing SDGT Yassin Al Kadi complaint

DMI and JCB agree to settle a criminal complaint

ARCHIVES

March 2006

February 2006

January 2006

December 2005

November 2005

September 2005

June 2005

May 2005

CONTACT

jcbrisard@gmail.com

LINKS

Counterterrorism blog

Intelligence Summit