USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-9-06

CASE 5.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*

    *Kathleen Ashton v. Al Qaeda Islamic Army*, Case No. 02-CV-6977 (RCC) (S.D.N.Y.)

## STIPULATION AS TO EXTENSION OF TIME TO RESPOND TO COMPLAINT CONSOLIDATED UNDER MDL 1570

    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs in the above-referenced case consolidated under 03 MDL 1570 and Defendants Sanabel Al-Kheer, Inc., Sana-Bell, Inc., and Sanabil al Khair ("Defendants"), by and through their undersigned counsel, that the time provided for Defendants to answer or otherwise respond to the Complaint in the case referenced above, shall be extended to and through July 30, 2006.

    IT IS FURTHER HEREBY STIPULATED AND AGREED that the Plaintiffs' response to Defendants' responsive pleadings, if any, shall be served within thirty days of receipt of same from Defendants' counsel, and that Defendants shall file reply papers, if any, within thirty days of receipt of Plaintiffs' opposing papers.

    IT IS FURTHER HEREBY STIPULATED AND AGREED that all other provisions of any Stipulation as to Service of Process and Extension of Time to Respond previously filed by the parties shall remain in full force and effect.

Respectfully submitted,

KREINDLER & KREINDLER

By: _____
Andrew J. Maloney III, Esq.
Vincent I. Parrett, Esq.
100 Park Ave.
New York, NY 10017-5590

*Attorneys for Kathleen Ashton, et al.*

MARTIN F. MCMAHON & ASSOCIATES

By: _____
Martin F. McMahon
Lisa D. Angelo
1150 Connecticut Ave., N.W.
Suite 900
Washington, D.C. 20036

*Attorneys for Defendant*

SO ORDERED:

_____
RICHARD CONWAY CASEY, U.S.D.J.

Dated: May 8, 2006