USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-10-06

(A165,5.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) <br> ECF Case |

*This document relates to:*
*Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-CV-6978 (S.D.N.Y.)

### STIPULATION AS TO EXTENSION OF TIME TO RESPOND TO COMPLAINT CONSOLIDATED UNDER MDL 1570

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs in the above-referenced case consolidated under 03 MDL 1570 and Defendant Dallah Avco Trans Arabia Co., Ltd. ("Dallah Avco"), by and through their undersigned counsel, that the time provided for Plaintiffs' response to Dallah Avco's Motion to Dismiss shall be extended to and through May 19, 2006, and that Dallah Avco shall file reply papers, if any, within thirty days of receipt of Plaintiffs' opposing papers.

IT IS FURTHER HEREBY STIPULATED AND AGREED that all other provisions of the Stipulation as to Service of Process and Extension of Time to Respond previously filed by the parties on January 30, 2006 remain in full force and effect.

Respectfully submitted.

COZEN O'CONNOR

By: _____
Sean E. Carter
J. Scott Tarbutton
1900 Market Street
Philadelphia, PA 19103

*Attorneys for Federal Insurance Plaintiffs and Liaison Counsel to Plaintiffs' Executive Committee*

MARTIN F. MCMAHON & ASSOCIATES

By: _____
Martin F. McMahon
Lisa D. Angelo
1150 Connecticut Ave., N.W.
Suite 900
Washington, D.C. 20036

*Attorneys for Defendant Dallah Avco Trans Arabia Co., Ltd.*

SO ORDERED:

_____
RICHARD CONWAY CASEY, U.S.D.J.

Dated: May 9, 2006

PHILA1\2484596\1 117430.000