UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

In re Terrorist Attacks on September 11, 2001        03 MDL 1570 (RCC)
                                                     ECF Case

------------------------------------------------------------

## NOTICE OF ADDRESS CHANGE

Please note that the address for the Washington, D.C. office of Wilmer Cutler Pickering Hale and Dorr LLP has been changed to:

1875 Pennsylvania Avenue, N.W.
Washington, DC 20006

Telephone and fax numbers and e-mail addresses remain the same.

*Tracey C. Allen*
Louis R. Cohen (LC 4012)
Tracey C. Allen (TA 4353)
WILMER CUTLER PICKERING
  HALE and DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363

Douglas F. Curtis (DC 2076)
David W. Bowker (DB 3029)
WILMER CUTLER PICKERING
  HALE and DORR LLP
399 Park Avenue
New York, NY 10022
Tel.: 212-230-8800
Fax: 212-230-8888

*Counsel for Prince Mohamed al Faisal al Saud*

Date: May 11, 2006

USIDOCS 5653558v1