# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to: Euro Brokers Inc. et al., v. Al Baraka Investment & Development Corp., et al., 1:04 CV 7279*

*This document is filed on behalf of those plaintiffs in the above-referenced case seeking damages for losses suffered by plaintiffs as a result of the September 11, 2001 Attack. Those Plaintiffs are identified in Exhibit A attached hereto.*

## DEFAULT JUDGMENT

This action having been commenced on September 10, 2004 by the filing of the Summons and Complaint; defendants listed in Exhibit B were served with a copy of the complaint and summons in the manner described, proofs of such service thereof were filed on the dates identified in Exhibit B, the defendants not having answered the complaint, and the time for answering the complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiffs identified in Exhibit A as seeking damages for losses, have judgment against the defendants listed in Exhibit B, and shall be entitled to a hearing before this Court to establish the aggregate value of the Plaintiffs' damages.

Dated: New York, New York
May 12, 2006

*Richard Conway*
U.S.D.J.

This document was entered on the docket on

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-12-06