


April D. Gallop
6042 Walking Path Lane
Midlothian, Virginia 23112
8047447949

May 1, 2006



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-15-06

**VIA FAX**
Honorable Richard Conway Casey, U.S.D.J.
United States District Court
500 Pearl Street
Southern District of New York
New York, New York 10007

RE: My Unavailability due to Medical Emergency 04 cv 7281 (RCC)

Dear Judge Casey:

I am in no means attempting to disregard your outline instructions for submissions. However, at this time, I am unable to talk due to medical emergency. I was eating and my tooth filling came out. The pain medication has me feeling woozy and out of sorts. This is my best method of response letter via fax. I don't think anyone would understand what I am trying to say.

As, I understand no decision has been rendered regarding my request for and extension of time. While this is being determined I wanted to inform your office, I will be unavailable due to medical emergency. If you want to physically speak with someone to leave a message. You can reach Rosemary Dillard at 1-703-931-9110. She is my emergency point of contact.

Respectfully,
April D. Gallop

Ms Gallop's opposition to
Riggs' Motion to Dismiss is
due Friday, May 19.

5/12/06        Richard Conway Casey