**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|   |   |   |
|---|---|---|
|   | ) |   |
| *IN RE* TERRORIST ATTACKS ON | ) | **03 MDL 1570 (RCC)** |
| SEPTEMBER 11, 2001 | ) | **ECF CASE** |
|   | ) |   |

*This document relates to:*

    *Federal Ins. Co., et al. v. Al Qaida, et al.*, Case No. 03-CV-6978 (S.D.N.Y.)
    *Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.*, Case No. 04-CV-05970-UA (S.D.N.Y.)
    *Estate of John P. O'Neill, Sr., on behalf John P. O'Neill, Sr., deceased, and on behalf of decedent's heirs-at-law, et al. v. Al Baraka Inv. and Dev. Corp., et al.*, Case No. 04-CV-1923 (S.D.N.Y.)
    *Euro Brokers, Inc., et al. v. Al Baraka Inv. and Dev. Corp., et al.*, Case No. 04-CV-07279-UA (S.D.N.Y.)
    *New York Marine and General Ins. Co. v. Al Qaida, et al.*, Case No. 04-CV-6105 (S.D.N.Y.)
    *World Trade Ctr. Prop., LLC, et al. v. Al Baraka Inv. and Dev. Corp., et al.*, Case No. 04-CV-7280 (S.D.N.Y.)

**DECLARATION OF BONNIE K. ARTHUR IN SUPPORT OF**
**REPLY IN SUPPORT OF DEFENDANT YASSIN ABDULLAH KADI'S**
**MEMORANDUM IN SUPPORT OF MOTION TO DISMISS**

    I, BONNIE K. ARTHUR, declare as follows:

    1.    I am an attorney admitted to practice in the District of Columbia and am admitted *pro hac vice* in this matter. I am with the law firm of Hunton & Williams LLP, and I represent defendant Yassin Abdullah Kadi in the above captioned matters. I submit this declaration to submit to the Court the following documents submitted in support of Mr. Kadi's Reply in Support of Yassin Kadi's Motion to Dismiss:

    2.    Attached as Exhibit A, Letter from C. Nicati, Swiss Deputy Attorney General, to M. Bonnant, July 1, 2004.

3. Attached as Exhibit B, a copy of Mohammed Alkherefji, *Investigators find Al-Kadi dealings in Albania were clean*, Arab News, Sept. 26, 2002.

4. Attached as Exhibit C, a copy of a certificate signed by Harriet Smith Windsor, Secretary of State of the State of Delaware, regarding the corporate status of Muwafaq Foundation, dated October 28, 2004.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on May 17, 2006, in Washington, DC.

     /s/ Bonnie K. Arthur
Bonnie K. Arthur
Hunton & Williams LLP
1900 K Street, NW
Washington, DC 20006

## CERTIFICATE OF SERVICE

I certify that, on the 18th day of May 2006 I caused copies of the forgoing **DECLARATION OF BONNIE K. ARTHUR IN SUPPORT OF DEFENDANT YASSIN ABDULLAH KADI'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS** to be served via the Court's ECF System to all counsel of record listed within the Court's ECF System.

By: /s/ Bonnie K. Arthur
Bonnie K. Arthur
Hunton & Williams LLP
1900 K Street, NW
Washington, DC 20006