UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) |
| *This document relates to:* | ECF Case |
| *Federal Insurance Co. v. al Qaida*, 03-cv-6978 (RCC) | |

### DEFENDANT SANABIL, INC.'S NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, Defendant Sanabil, Inc. will move before the Honorable Richard Conway Casey, United States District Court for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, for the following relief:

> Dismissal with prejudice from plaintiffs' Complaint as the entity no longer exists.

Dated: May 19, 2006

                                                Respectfully Submitted,

                                                _____/s/_____
                                                Martin F. McMahon, Esq., #M.M.4389
                                                MARTIN F. MCMAHON & ASSOCIATES
                                                1150 Connecticut Avenue NW, Suite 900
                                                Washington, DC 20036
                                                Phone:      202-862-4343
                                                Facsimile:   202-828-4130

                                                *Attorney for Defendant Sanabil, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing Notice of Motion and its accompanying Motion to Dismiss were served via electronic case filing on this 19th day of May, 2006, upon the following:

Mr. Sean P. Carter, Esq.
Cozen O'Connor
1900 Market St.
Philadelphia, Pa. 19103-3508

_____/s/_____
Lisa D. Angelo, Esq.