UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON                         Civil Action No.
SEPTEMBER 11, 2001                                 03 MDL 1570 (RCC)

----------------------------------------------------------x

This document relates to:
    *Euro Brokers, Inc., et al. v. Al Baraka Investment and Development Corp., et al.*, Case
        No. 04-CV-07279-UA (S.D.N.Y.)
    *World Trade Center Properties, LLC, et al. v. Al Baraka Investment and Development
        Corp., et al.*, Case No. 04-CV-7280 (S.D.N.Y.)


**PLAINTIFFS' REMOVAL OF PARTIES PURSUANT TO CASE MANAGEMENT
ORDER NO. 2 AND FEDERAL RULE OF CIVIL PROCEDURE 15(d)**


Pursuant to Case Management Order No. 2 and Federal Rule of Civil Procedure 15(d), the Plaintiffs listed below are hereby dismissed without prejudice from these civil actions:

    Queen City Cigarettes and Candy (D192)

    Mohammed Bin Abdullah Al-Jomaith (D203)


Dated:  May 19, 2006                               Respectfully submitted,

                                                                                       /S/
                                           Ronald L. Motley, Esq. (SC-4123)
                                           Jodi Westbrook Flowers, Esq. (SC-66300)
                                           Donald A. Migliori, Esq. (RI-4936; MA-
                                           567562; MN-0245951)
                                           Michael E. Elsner, Esq. (NY & VA-ME8337)
                                           Robert T. Haefele, Esq. (NJ-58293; PA-57937)
                                           Justin B. Kaplan, Esq. (TN-022145)
                                           John Eubanks (MD)
                                           MOTLEY RICE LLC
                                           28 Bridgeside Boulevard
                                           P.O. Box 1792
                                           Mount Pleasant, South Carolina 29465
                                           Telephone:  (843) 216-9000

                    Paul J. Hanly, Jr., Esq. (PH-5486)
                    Jayne Conroy, Esq. (JC-8611)
                    Andrea Bierstein, Esq. (AB-4618)
                    HANLY CONROY BIERSTEIN SHERIDAN
                        FISHER & HAYES LLP
112 Madison Avenue
New York, NY 10016
Telephone:  (212) 784-6400