## ASSIGNMENT OF JUDGMENT

The undersigned, The Sana-Bell, Inc., a District of Columbia non-profit corporation without members, hereby assigns, as a charitable donation, to Sanabel Alkheer, Inc., a Virginia non-profit corporation, all right, title and interest to appear in, prosecute and pursue collection of, and collect and retain, all sums owed by the defendants to The Sana-Bell, Inc. pursuant to judgment entered in <u>Sana-Bell, Inc.</u> v. <u>BMI Leasing, Inc., BMI Real Estate Development, Inc., Soliman S. Bihieri, Suleiman Bin Ali Alali</u>, U.S. District Court for the District of Maryland, Docket No. PJM98-CV4177.

This assignment is without warranty or recourse.

Date: February 28, 2001            THE SANA-BELL, INC.

By: _____
     Name:    M. Yaqub Mirza
     Title:    Secretary

51020521.01

**DEFENDANT'S EXHIBIT A**