UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates only to:   Federal Insurance Co. v. al Qaida*, 03-cv-6978 (RCC)

## **ORDER**

Upon consideration of the evidence and submission by counsel in Sanabil Inc's Motion to Dismiss dated May 19, 2006, and Plaintiffs' opposition thereto, it is hereby **ORDERED, ADJUDGED AND DECREED**:

That Sanabil, Inc. is dismissed with prejudice as a Defendant from Plaintiffs' complaint as Sanabil, Inc. has merged into Sanabel Al Kheer;

That any and all of Plaintiffs' allegations against Sanabil, Inc. are incorporated by reference and do hereby merge into Plaintiffs' allegations against Sanabel Al Kheer as this Court finds Sanabel Al Kheer is the successor entity of Sanabil, Inc..

Dated: May ____, 2006
       New York, New York

_____
United States District Judge
Richard C. Casey