UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON             Civil Action No.
SEPTEMBER 11, 2001                     03 MDL 1570 (RCC)

-----------------------------------------------------------x

This document relates to:
    *Euro Brokers, Inc., et al. v. Al Baraka Investment and Development Corp., et al.*, Case
        No. 04-CV-07279 (S.D.N.Y.)
    *World Trade Center Properties, LLC, et al. v. Al Baraka Investment and Development
        Corp., et al.*, Case No. 04-CV-7280 (S.D.N.Y.)

### PLAINTIFFS' REMOVAL OF PARTIES PURSUANT TO CASE MANAGEMENT ORDER NO. 2 AND FEDERAL RULE OF CIVIL PROCEDURE 15(d)

Pursuant to Case Management Order No. 2 and Federal Rule of Civil Procedure 15(d), the Plaintiffs listed below are hereby dismissed without prejudice from these civil actions:

    Success Foundation, Inc. (D10)

Dated: May 19, 2006                    Respectfully submitted,

                                                        /S/
                                        Ronald L. Motley, Esq. (SC-4123)
                                        Jodi Westbrook Flowers, Esq. (SC-66300)
                                        Donald A. Migliori, Esq. (RI-4936; MA-567562; MN-0245951)
                                        Michael E. Elsner, Esq. (NY & VA-ME8337)
                                        Robert T. Haefele, Esq. (NJ-58293; PA-57937)
                                        Justin B. Kaplan, Esq. (TN-022145)
                                        John Eubanks (MD)
                                        MOTLEY RICE LLC
                                        28 Bridgeside Boulevard
                                        P.O. Box 1792
                                        Mount Pleasant, South Carolina 29465
                                        Telephone: (843) 216-9000

                                        Paul J. Hanly, Jr., Esq. (PH-5486)
                                        Jayne Conroy, Esq. (JC-8611)
                                        Andrea Bierstein, Esq. (AB-4618)
                                        HANLY CONROY BIERSTEIN SHERIDAN
                                            FISHER & HAYES LLP
                                        112 Madison Avenue
                                        New York, NY 10016
                                        Telephone: (212) 784-6400