UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON             Civil Action No.
SEPTEMBER 11, 2001                     03 MDL 1570 (RCC)

-----------------------------------------------------------x

This document relates to:
    *Euro Brokers, Inc., et al. v. Al Baraka Investment and Development Corp., et al.*, Case
        No. 04-CV-07279-UA (S.D.N.Y.)
    *World Trade Center Properties, LLC, et al. v. Al Baraka Investment and Development
        Corp., et al.*, Case No. 04-CV-7280 (S.D.N.Y.)


**PLAINTIFFS' REMOVAL OF PARTIES PURSUANT TO CASE MANAGEMENT
ORDER NO. 2 AND FEDERAL RULE OF CIVIL PROCEDURE 15(d)**


Pursuant to Case Management Order No. 2 and Federal Rule of Civil Procedure 15(d), the Defendants listed below are hereby dismissed without prejudice from these civil actions:

    Al Baraka Investment and Development Corporation, a/k/a Al Baraka
    Bank, a/k/a Dallah Albaraka Group, LLC (D1)


Dated: May 23, 2006            Respectfully submitted,

                                             /S/
                                       Ronald L. Motley, Esq. (SC-4123)
                                       Jodi Westbrook Flowers, Esq. (SC-66300)
                                       Donald A. Migliori, Esq. (RI-4936; MA-567562; MN-0245951)
                                       Michael E. Elsner, Esq. (NY & VA-ME8337)
                                       Robert T. Haefele, Esq. (NJ-58293; PA-57937)
                                       Justin B. Kaplan, Esq. (TN-022145)
                                       John Eubanks (MD)
                                       MOTLEY RICE LLC
                                       28 Bridgeside Boulevard
                                       P.O. Box 1792
                                       Mount Pleasant, South Carolina 29465
                                       Telephone: (843) 216-9000

                        Paul J. Hanly, Jr., Esq. (PH-5486)
                        Jayne Conroy, Esq. (JC-8611)
                        Andrea Bierstein, Esq. (AB-4618)
                        HANLY CONROY BIERSTEIN SHERIDAN
                            FISHER & HAYES LLP
                        112 Madison Avenue
                        New York, NY 10016
                        Telephone:  (212) 784-6400