

**MotleyRice**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-26-06
```

Robert T. Haefele
Licensed in NJ & PA
DIRECT DIAL 843.216.9184
DIRECT FAX 843.216.9450
RHaefele@motleyrice.com

May 25, 2006



RECEIVED
MAY 2_ 2006
RICHARD C____/Y CASEY
US DJ

**VIA FEDERAL EXPRESS**

The Honorable Richard C. Casey
United States District Court for the
 Southern District of New York
500 Pearl Street, Room 1950
New York, New York 10007-1312

> Re:   In re Terrorist Attacks on September 11, 2001, Civ. Action No. 03 MDL 1570 (RCC)
> This Document Relates To:
> <u>Euro Brokers, Inc., et al. v. al Baraka Inv. & Dev. Corp., et al.</u>, Case No. 04-CV-07279 (S.D.N.Y.)
> <u>World Trade Center Properties, LLC, et al., v. al Baraka Inv. & Dev. Corp., et al.</u>, Case No. 04-CV-07280 (S.D.N.Y.)

Dear Judge Casey:

Pursuant to Your Honor's order dated May 22, 2006, which directed the parties to discuss the possibility of vacating default judgments that the parties agree were entered improperly in the above-referenced two cases, we have discussed with David Nachman, counsel for defendant #226, Abdullah Bin Khalid Al Thani, the defaults entered against defendant al Thani in the above-referenced matters. We are in agreement with Mr. Nachman that these two default judgments against defendant al Thani should be set aside, and accordingly, we request that Your Honor set aside these two default judgments against defendant al Thani in the above-referenced cases.

Respectfully submitted,

ROBERT T. HAEFELE

*Application granted*
*So ordered*
*[signature] Richard Casey*
*5/26/06*

cc:   David Nachman, DLA Piper Rudnick (Via Electronic Mail)

www.motleyrice.com    Motley Rice LLC    Attorneys at Law

| MT PLEASANT | BARNWELL | PROVIDENCE | HARTFORD | ATLANTA |
|---|---|---|---|---|
| 28 BRIDGESIDE BLVD | 1750 JACKSON ST | 321 SOUTH MAIN ST. | ONE CORPORATE CENTER | 600 WEST PEACHTREE ST. |
| P.O. BOX 1792 | P.O. BOX 365 | P.O. BOX 6067 | 20 CHURCH ST., 17TH FLOOR | SUITE 800 |
| MT PLEASANT, SC 29465 | BARNWELL, SC 29812 | PROVIDENCE, RI 02940 | HARTFORD, CT 06103 | ATLANTA, GEORGIA 30308 |
| 843-216-9000 | 803-224-8800 | 401-457-7700 | 860-882-1681 | 404-201-6900 |
| 843-216-9450 FAX | 803-259-7048 FAX | 401-457-7708 FAX | 860-882-1682 FAX | 404-201-6959 FAX |