```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-26-06
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*
*Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-CV-6978 (S.D.N.Y.)

### STIPULATION AS TO EXTENSION OF TIME TO RESPOND TO COMPLAINT
### CONSOLIDATED UNDER MDL 1570

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs in the above-referenced case consolidated under 03 MDL 1570 and Defendant Al Aqsa Islamic Bank, by and through their undersigned counsel, that the time provided for Plaintiffs' response to Al Aqsa Islamic Bank's Motion to Dismiss shall be extended to and through June 16, 2006, and that Al Aqsa Islamic Bank shall file reply papers, if any, within thirty days of receipt of Plaintiffs' opposing papers.

IT IS FURTHER HEREBY STIPULATED AND AGREED that all other provisions of the Stipulation as to Service of Process and Extension of Time to Respond previously filed by the parties on January 30, 2006 remain in full force and effect.

Respectfully submitted.

COZEN O'CONNOR

By: _____
Sean P. Carter
J. Scott Tarbutton
1900 Market Street
Philadelphia, PA 19103

*Attorneys for Federal Insurance Plaintiffs and Liaison Counsel to Plaintiffs' Executive Committee*

MARTIN F. MCMAHON & ASSOCIATES

By: _____
Martin F. McMahon
Lisa D. Angelo
1150 Connecticut Ave., N.W.
Suite 900
Washington, D.C. 20036

*Attorneys for Defendant Al Aqsa Islamic Bank*

SO ORDERED:

_____
RICHARD CONWAY CASEY, U.S.D.J.

Dated: May 26, 2006

PHILADELPHIA\2600867\1 117430.000