

## LLC FILE DETAIL REPORT

| Entity Name | AL BARAKA (CHICAGO), LLC | File Number | 00174343 |
|---|---|---|---|
| Status | INVOLUNTARY DISSOLUTION | On | 08/28/2002 |
| Entity Type | LLC | Type of LLC | Domestic |
| File Date | 03/09/1998 | Jurisdiction | IL |
| Agent Name | ILL CORP SERVICE CO | Agent Change Date | 03/09/1998 |
| Agent Street Address | 700 S SECOND ST | Record Office | 6320 CANOGA AVE STE 1430<br>WOODLAND HILLS 913672591 |
| Agent City | SPRINGFIELD | Management Type | MGR |
| Agent Zip | 62704 | Dissolution Date | 12/31/2050 |
| Annual Report Filing Date | 00/00/0000 | For Year | 2002 |

**Return to the Search Screen**

BACK TO CYBERDRIVEILLINOIS.COM



SERVICES   PROGRAMS   PRESS   PUBLICATIONS   DEPARTMENTS   CONTACT

# CORPORATION FILE DETAIL REPORT

| Entity Name | AL BARAKA BANCORP (CHICAGO), INC. | File Number | 55450005 |
|---|---|---|---|
| Status | MERGE/CONSOLIDATED | | |
| Entity Type | CORPORATION | Type of Corp | DOMESTIC BCA |
| Incorporation Date (Domestic) | 03/21/1989 | State | ILLINOIS |
| Agent Name | CHARI AWEIDAH | Agent Change Date | 04/27/1995 |
| Agent Street Address | ONE LINCOLN CENTRE STE 970 | President Name & Address | MOHAMED TOWFICK ONE LINCOLN CTR 970 OAKBROOK TERRACE 6018 |
| Agent City | OAKBROOK TERRACE | Secretary Name & Address | MERGED OR CONSOLIDATED 03 27 98 IL LLC |
| Agent Zip | 60181-0000 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 03/02/1998 | For Year | 1998 |

**Return to the Search Screen**

BACK TO CYBERDRIVEILLINOIS.COM