# Exhibit A

**Hemelgarn, Colleen**

**From:** Michael McMahon [mikerm5255@yahoo.com]
**Sent:** Monday, November 21, 2005 2:39 PM
**To:** ccurran@whitecase.com; mdl1570@bancroftassociates.net; dinhv@law.georgetown.edu; bbencz@bancroftassociates.net; lbenedi@bancroftassociates.net; david.donovan@wilmerhale.com; jdratel@aol.com; DuttonDC@aol.com; wedgar@bryancave.com; Elsner, Mike; MDL1570; nerb@whitecase.com; fhogue@whitecase.com; bcharles@whitecase.com; jcuddihy@wc.com; efeldman@cozen.com; scarter@cozen.com; sclaire@cozen.com; lfishberg@scherterlaw.com; Flowers, Jodi; dfrederick@khhte.com; fgalant@fulbright.com; jgalligan@cozen.com; mdl1570@hunton.com; david_gersch@aporter.com; gerson@gilfintl.org; jgoldman@goldmanlawyers.com; ngonzalez@goldmanlawyers.com; goodmanj@dsmo.com; JGreen@kreindler.com; mguzman@khhte.com; kthompson@khhte.com; amckeon@khhte.com; smallory@khhte.com; Haefele, Robert; mhanania@hknlaw.com; phanly@hanlyconroy.com; MPalmer@hanlyconroy.com; mhansen@khhte.com; pmatey@khhte.com; khendrickson@khhte.com; shess@khhte.com; jay.hanson@dlapiper.com; mdl1570@howarth-smith.com
**Subject:** law offices of Martin McMahon

please be advised that we have changed our email address from lawmfm@aol.com to mfm@martinmcmahonlaw.com. Please contact us at that address with any updates or if you have any questions. Thank you

Lisa Angelo
McMahon and Associates

---

Yahoo! FareChase - Search multiple travel sites in one click.

11/21/2005