# Exhibit B

## Hemelgarn, Colleen

**From:** Cashon, Richard

**Sent:** Tuesday, April 04, 2006 5:12 PM

**To:** Yegelwel, Evan; Ambush, Joshua; DICKSTEIN SHAPIRO, ET AL.; Fromm, David; Kaplan, Robert; Lee, JD; Leonardo, Christopher; Molesky, Kim; Palmer, Mary; PRICE WAICUKAUSKI RILEY & DEBROTA, LLC; Rubino, Frank; Saiontz, Stacey; Wisner, Floyd; Barasch, Michael; Baumeister, Michel; Bierstein, Andrea; Block, Michael; BRODER & REITER; Burbidge, Richard; Capone, Thea; Carboy, Andrew; Cordray, Jack; Corr, Jack; Corr, Stephen; COZEN O'CONNOR; D'Amato, John; Davis, Sam; Dubinsky, Paul; Fleming, Timothy; Galiher, Gary; Gerson, Allan; Goldman, Jerry; Granito, Frank; Green, Justin; Habig, Steven; Hailey, Richard; HOWARTH & SMITH; Huge, Harry; Hunter, Helen; Jaroslawicz, David; Jett, Paula; JUDICIAL WATCH, INC.; Kisch, Lori; Kreindler, James; Latto, Douglas; Lee, David; MacNeill, Gina; Maloney, Andrew; Mellon, Tom; Molinari, Guy; Moller, Marc; MOTLEY RICE LLC; Nolan, Kenneth; O'Brien, David; O'Grady, Jeanne; Pantazis, Dennis; Parrett, Vincent; Pitta, Vincent; Robertson, Chip; Rubenstein, Sandy; Rubenstone, Edward; Sacks, Kenneth; Schutty, John; Sellitto, Anthony; Shultz, Silas; Sproule, Clare; Winder, Donald; Yarbrough, Matthew; Allen, Tracey; Arthur, Bonnie; Benedi, Lizette; Bourne, Andrew; Bowker, David; Castello, Raymond; Curtis, Douglas; Dinh, Viet; DLA PIPER RUDNICK GRAY CARY; Fishberg, Lisa; Geneson, David; Helms, John; Jackson, Amy; Jacob, Beth; Keefer, Wendy; Lauro, John; Letsche, Karla; MARTIN F. McMAHON & ASSOCIATES; McCarthy, Tim; McGuire, James; McKay, Scott; Melsheimer, Thomas; Musgrove, Sheryl; Nevin, David; PATTON BOGGS; Saltarelli, Joseph; Schoenbach, Lawrence; Scholnick, John; Schwartz, Martin; Smith, Christopher; Untereiner, Alan; Vargas, Jeannette; Wahid, Khurrum; WILLIAMS & CONNOLLY LLP; Wilson, Brian; BAKER BOTTS; Bernabei, Lynne; Biggers, Michael; CHADBOURNE & PARKE LLP; Ciaputa, Daria; Cohen, Louis; Cole, James; Dratel, Joshua; Englert, Roy; Gersch, David; GORDON & SIMMONS; Huffman, Max; JONES DAY; Kabat, Alan; Kalicki, Jean; KELLOGG, HUBER, HANSEN, TODD, ET AL.; Kingham, Barry; Kirtland, Matthew; Lutz, Christopher; Marooney, Richard; Mohammedi, Omar; Murphy, James; Nubani, Ashraf; Nussbaum, Michael; Parker, Wilmer; Robbins, Lawrence; Shapiro, Elizabeth; SHEARMAN & STERLING LLP; Stewart, Craig; Viggiano, Jeannette; WHITE & CASE LLP

**Cc:** Haefele, Robert

**Subject:** MDL 1570 (RCC)

**Attachments:** Letter to O&J Clerk (4-4-06).pdf; Affidavit for Judgment by Default.pdf; Statement of Damages.pdf; Exhibit A - Plaintiff list.pdf; Exhibit B - Defendants served by publication and in default.pdf; Exhibit C - FINAL THIRD AMENDED COMPLAINT.pdf; Exhibit D - Proofs of Service - Publication.pdf; Clerk's Certificate.pdf; Proposed Order for Default Judgment.pdf

Dear Counsel:

Please find attached correspondence and materials sent to the Court today. Thank you.

Richard J. Cashon, Jr.
Paralegal to Jodi Westbrook Flowers
Motley Rice LLC
P.O. Box 1792 (29465)
28 Bridgeside Boulevard
Mount Pleasant, SC  29464
Tel: (843) 216-9555
Fax: (843) 216-9680
E-mail: rcashon@motleyrice.com

Case 1:03-md-01570-GBD-SN   Document 1824-3   Filed 05/30/06   Page 3 of 3



**Motley Rice LLC, Attorneys at Law**
*Litigating Today For A Better Tomorrow*

The information contained in this e-mail is privileged and confidential, intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited.  If this communication has been received in error, please notify us immediately by telephone (843-216-9000) or by return email.  Thank you.

4/12/2006