# Exhibit C

[Screenshot of an Outlook email message window with an E-mail Properties dialog overlay]

**MDL 1570 (RCC) - Message (HTML)**

File Edit View Insert Format Tools Actions Help

Reply | Reply to All | Forward

You forwarded this message on 4/4/2006 5:34 PM.

**From:** Cashon, Richard
**Sent:** Tue 4/4/2006 5:12 PM
**To:** Geneson, David; Helms, John; Jackson, Amy; Jacob, Beth; Keefer, Wendy; Lauro, John; Letsche, Karla; MARTIN F. McMAHON & ASSOCIATES; McCarthy, Tim; McGuire, James; McKay, Scott; Melsheimer, Thomas; Musgrove, Sheryl; Nevin, David; PATTON BOGGS; S[...]; [...]; Untereiner, Alan; [...]
**Cc:** Haefele, Robert
**Subject:** MDL 1570 (RCC)

**Attachments:** Letter to O[...]; Exhibit A - P[...]; Exhibit C - P[...]; Clerk's Cert[...]; [...] of Damages.pdf (350 KB); [...] (5 MB); [...]

E-mail Properties dialog:
- Display name: MARTIN F. McMAHON & ASSOCIATES
- E-mail address: mfm@martinmcmahonlaw.com
- E-mail type: SMTP   Custom type
- Internet format: Let Outlook decide the best sending format

OK   Cancel

Dear Counsel:

Please find attach[ed]

Richard J. Cashon, Jr.
Paralegal to Jodi Westbrook Flowers
Motley Rice LLC
P.O. Box 1792 (29465)
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
Tel: (843) 216-9555
Fax: (843) 216-9680
E-mail: rcashon@motleyrice.com