# Exhibit D

**Haefele, Robert**

| | |
|---|---|
| **From:** | Lisa Angelo [langelo@martinmcmahonlaw.com] |
| **Sent:** | Wednesday, April 12, 2006 1:13 PM |
| **To:** | Haefele, Robert |
| **Subject:** | RE: Response your inquiry to Justin Kaplan |

Thank you for your response. I was just about to send Jodi Flowers an e-mail on this matter; however, I will direct it to you instead.

Simply stated, we barely received a copy of your Exhibit B as of yesterday April 11, 2006. Had we known your firm was moving for a default against three of our clients, we would have entered into a dialogue with you as we have with the Federal Ins. and O'Neil Plaintiffs and asked for a stipulation for an extension of time so we could have an opportunity to respond to your complaint.

Given the current situation, however, instead of a stipulation, we ask if your firm would consider a consent motion to vacate the default as it relates to three of our clients:
1. Sanabil, Inc. & Sanabel Al Kheer
2. Al Shamal Islamic Bank
3. Tadamon Islamic Bank

Please advise of your position on this request.
Thank You.

Lisa D. Angelo, Esq.
Martin F. McMahon & Associates
1150 Connecticut Ave. N.W.
Suite 900
Washington, DC  20036
(202) 862-4356 direct
(202) 862-4343 office
(202) 828-4130 fax
www.martinmcmahonlaw.com

Legal Notice: This e-mail, and any attachment hereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution, or copying of this e-mail, and any attachments hereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me by telephone and permanently delete any printout of the message, the original, and any copy of the e-mail.

-----Original Message-----
From: Haefele, Robert [mailto:rhaefele@motleyrice.com]
Sent: Wednesday, April 12, 2006 12:58 PM
To: Langelo@martinmcmahonlaw.com
Cc: Kaplan, Justin
Subject: Response your inquiry to Justin Kaplan

Dear Lisa:

I received a message forwarded to me from Justin Kaplan. I understand that you have some concerns regarding default papers that the plaintiffs in Burnett filed fairly recently. If you will address your questions in this regard to me, I would be happy to take a look at them and try to get you some answers for you. I anticipate being out of the office for a few days, but if you get your inquiries to me today or tomorrow, I assure you that I will endeavor to respond to your inquiries by either Tuesday or Wednesday of next week, after I have had an opportunity to review the files related to your questions. I look forward to hearing back from you.

Sincerely,

Robert T. Haefele

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies-- electronic, paper or otherwise--which you may have of this communication.