USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-30-06

**United States District Court**
**Southern District Of New York**

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |
|---|---|

*This Document Relates to:*
  *Ashton v. Al Qaeda Islamic Army*, 02-CV-6977
  *Burnett v. Al Baraka Inv. & Dev. Corp.*, 03-CV-9849
  *Burnett v. Al Baraka Inv. & Dev. Corp.*, 03-CV-5738
  *Continental Casualty Co. v. Al Qaeda Islamic Army*, 04-CV-5970
  *Euro Brokers Inc. v. Al Baraka Inv. & Dev. Corp.*, 04-CV-7279
  *Federal Ins. v. Al Qaida*, 03-CV-6978
  *New York Marine & Gen. Ins. Co. v. Al Qaida*, 04-CV-6105
  *World Trade Center Properties LLC v. Al Baraka Inv. & Dev. Corp.*, 04-CV-7280

**NOTICE AND ORDER OF SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE THAT Baker Botts L.L.P., through undersigned counsel, shall be and hereby is substituted for Bryan Cave LLP, as counsel of record for defendant Prince Naif bin Abdulaziz Al-Saud, in the above captioned underlying actions. Baker Botts currently represents two other Saudi government officials in these proceedings and has previously appeared to represent Prince Naif in *Cantor Fitzgerald Associates v. Akida Investment Co.*, 04-CV-7065.

Dated: May 26, 2006

Respectfully submitted,

BRYAN CAVE LLP

*James M. Cole*
James J. Murphy
Michael G. Biggers (MB 4743)
700 13th Street, N.W.
Washington, D.C. 20005-3690
Phone: (202) 508-6000
Fax:     (202) 508-6200

*Former attorneys for defendant Prince Naif bin Abdulaziz Al-Saud*

BAKER BOTTS, L.L.P.

William H. Jeffress, Jr.
Christopher R. Cooper
Jamie S. Kilberg
Sara E. Kropf
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Phone: (202) 639-7700
Fax:     (202) 639-7890

*New attorneys for Defendant Prince Naif bin Abdulaziz*

So Ordered:

United States District Judge
May 30, 2006