IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

*In Re* Terrorist Attacks on September 11, 2001 ) 03 MDL No. 1570 (RCC)
) ECF Case

This document relates to:
   BURNETT, *et al.* v. AL BARAKA INV. AND DEV. CORP., *et al.*, Case No. 03-CV-9849.

### NOTICE OF ABDULLAH BIN KHALID AL-THANI'S MOTION TO VACATE DEFAULT JUDGMENT

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 55(c) and 60(b) and upon the attached Affidavit of David E. Nachman sworn to June 2nd, 2006, the exhibits thereto, and the accompanying memorandum of law, defendant Abdullah Bin Khalid Al-Thani, by and through the undersigned counsel, hereby will and does move the Court, before the Honorable Richard C. Casey, United States District Judge, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an order vacating the default judgment entered on April 7, 2006 in the above-captioned case.

DLA PIPER RUDNICK GRAY CARY US LLP

David E. Nachman (DN-6684)
1251 Avenue of the Americas
New York, NY 10020-1104
Telephone: (212) 835-6000

Sheldon Krantz *(Admitted Pro Hac Vice)*
Rachel Tausend *(Admitted Pro Hac Vice)*
1200 Nineteenth Street, NW
Washington, DC 20036
Telephone: (202) 861-3900

Attorneys for Defendant
Abdullah Bin Khalid Al-Thani

June 2, 2006