# Exhibit 2



**DLA Piper Rudnick Gray Cary US LLP**
1251 Avenue of the Americas
New York, New York 10020-1104
T 212.835.6000
F 212.884.8574
W www.dlapiper.com

DAVID E. NACHMAN
david.nachman@dlapiper.com
T 212.835.6074  F 212.884.8574

April 7, 2006

**BY HAND DELIVERY**



APR 0 7 2006

Clerk of the Court
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York  10007

    Re:    Burnett, et al. v. Al Baraka Inv. & Dev., et al.; Case No. 03-CV-9849

Dear Clerk of the Court:

    On behalf of Sheikh Abdullah Bin Khalid Al-Thani ("Sheikh Abdullah"), we write in response to the April 4, 2006 application submitted to your Office by Richard J. Cashon, Jr., a paralegal employed by plaintiffs' counsel in the above-captioned "Burnett" action. That application seeks a Clerk's Certificate of default, and the entry of a Default Judgment, as against a long list of putative "defendants" identified in Exhibit B to the accompanying affidavit of Robert T. Haefele, sworn to April 4, 2006.

    At least as concerns our client, Sheikh Abdullah (who is identified as a purported defendant on page 5 of Exhibit B), the application for a default is entirely improper and without any basis, for the simple reason that Sheikh Abdullah is not a defendant in the Burnett action. As evidence, the Clerk's attention is directed to Exhibit C that accompanies Mr. Cashon's letter, the Third Amended Complaint in this action; Sheikh Abdullah is not identified as a party in the caption or elsewhere, and no claim is asserted against him in the pleading. Not only is there no basis for entering a default against our client, but it was irresponsible for plaintiffs and their counsel to represent to the Court that Sheikh Abdullah is a defendant in this action, and we therefore reserve his rights to seek appropriate redress, including sanctions.

                          Respectfully yours,

                          David E. Nachman

DEN/rt
cc:    The Honorable Richard C. Casey
        Robert T. Haefele, Esq. (via Federal Express)

Serving clients globally