# Exhibit 4



**DLA Piper Rudnick Gray Cary US LLP**
1251 Avenue of the Americas
New York, New York 10020-1104
T 212.835.6000
F 212.884.8574
W www.dlapiper.com

DAVID E. NACHMAN
david.nachman@dlapiper.com
T 212.835.6074  F 212.884.8574

April 11, 2006

**BY HAND DELIVERY**

Clerk of the Court
United States District Court
 for the Southern District of New York
500 Pearl Street
New York, New York  10007

Re:   Burnett, et al. v. Al Baraka Inv. & Dev., et al.;  Case No. 03-CV-9849

Dear Clerk of the Court:

On behalf of Sheikh Abdullah Bin Khalid Al-Thani ("Sheikh Abdullah"), I write in response to the April 10, 2006 letter of Robert T. Haefele, plaintiffs' counsel in the above-referenced matter.  In that letter, and in response to my April 7, 2006 letter opposing the Burnett plaintiffs' request for entry of default as against Sheikh Abdullah, Mr. Haefele claims that Sheikh Abdullah is now a defendant in the Burnett action, that he was served via publication, and that default as to him is proper because he has not responded to the complaint.

With due respect to plaintiffs' counsel, plaintiffs in this action did not effectively add Sheikh Abdullah as a defendant, and the default against him therefore was improvidently and improperly entered.  Indeed, because the Burnett plaintiffs did not comply with relevant provisions of either Judge Robertson's or Judge Casey's case management orders ("CMOs"), even if Sheikh Abdullah had been properly served in the related September 11 cases (which he was not), and even if his representatives had been monitoring the MDL docket, he would not have had adequate notice that the Burnett plaintiffs had purported to add him as a party.

As we understand the last sentence of paragraph 4 of Judge Robertson's CMO No. 1 (attachment A hereto), plaintiffs were required to amend the caption of the Burnett action to include any defendant they purported to have added and served.  No such amendment was made.  In addition, in contravention of paragraph 13 of Judge Casey's CMO No. 2 (attachment B hereto), the Burnett plaintiffs did not file an amended complaint that included all amendments to date, or otherwise add Sheikh Abdullah to the caption, on or before September 30, 2005.[1]

---

[1] CMO No. 2's original July 31, 2005 deadline was extended to September 30, 2005 pursuant to a July 27, 2005 Endorsed Letter from Sean P. Carter.  (See 03 MDL 1570, Docket # 1075.)  The Notice of Consolidation of

*(Footnote continued to next page)*

**Serving clients globally**



These are not technical arguments, but matters of basic notice and fairness before a default should be entered in any circumstance, let alone against the Minister of the Interior of a sovereign state, as Sheikh Abdullah is of Qatar.   As a result of plaintiffs' noncompliance with prior CMOs, the Court's docket entries did not reveal that plaintiffs had purported to add Sheikh Abdullah in the Burnett action; the only way his representatives would have known is if they had scanned multiple lengthy dockets and opened every filing that added additional parties.   Wholly apart from Sheikh Abdullah's position that service by publication as to him has not been properly made – an issue we have briefed in Sheikh Abdullah's motion to dismiss the related actions of Euro Brokers, Inc., _et al._ v. Al Baraka Inv. and Dev. Corp., _et al._, Case No. 04-CV-7279, New York Marine and Gen. Ins. Co. v. Al Qaida, _et al._, Case No. 04-CV-6105, and World Trade Ctr. Props. LLC, _et al._ v. Al Baraka Inv. and Dev. Corp., _et al._, Case No. 04-CV-7280 – a default should not have been entered against Sheikh Abdullah when he did not have adequate notice that he might be deemed a party to the Burnett litigation.

As directed by Chambers, we have asked Mr. Haefele whether plaintiffs would voluntarily vacate the default entered against Sheikh Abdullah in Burnett.   Mr. Haefele is traveling today, and although he was kind enough to respond by email, he does not consent to vacate.  We therefore will await further directions from the Court, and we are prepared to move to vacate on short notice.

Respectfully yours,

David E. Nachman

Attachments

cc (via facsimile):
    The Honorable Richard C. Casey
    Robert T. Haefele, Esq.

---

*(Footnote continued from previous page)*

Pleadings filed by the Burnett plaintiffs on September 30, 2005 (see 03 MDL 1570, Docket # 1377) did not comply with paragraph 13 of this Court's CMO No. 2, as that approach defeated the "clear objective" – as articulated by plaintiffs in Mr. Carter's July 27, 2005 letter – of "ensur[ing] that any and all additional allegations contained in More Definite Statements or other filings ultimately would be incorporated into a single pleading in each of the cases." (See 03 MDL 1570, Docket # 1075.)

# Attachment A

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

THOMAS BURNETT, SR., *et al.*,        :
                                      :
      Plaintiffs,        :
                                      :
    v.        : Civil Action No. 02-1616 (JR)
                                      :
AL BARAKA INVESTMENT AND              :
DEVELOPMENT CORPORATION, *et al.*, :
                                      :
      Defendants.        :

### CASE MANAGEMENT ORDER NO. 1

    1.  Plaintiffs' Second Amended Complaint, which was
lodged with the clerk on September 10, 2002, is deemed to have
been filed on that date.  The Second Amended Complaint will
remain on file with the court in the form in which it was lodged
(CD-ROM) but will not be electronically filed.

    2.  Plaintiffs may have leave to file a Third Amended
Complaint no later than October 25, 2002.  In the Third Amended
Complaint, each named plaintiff and each defendant shall be
assigned a number (P1, P2, etc.; D1, D2, etc.).  Unnamed or John
Doe parties shall be designated "Additional plaintiffs ___ - ___"
and "Additional defendants ___ - ___," using the highest number
of plaintiffs and defendants that counsel expect to name.

    3.  Subsequent to the filing of the Third Amended
Complaint, plaintiffs may without further leave of court add or
remove parties by listing their names (and numbers) and filing
the lists as supplemental pleadings under Rule 15(d).  Leave of

court must be sought before making any other changes to the pleadings, whether by amendment or by supplementation.

    4.  The caption in the court's docket will not be changed to reflect the names of parties added by the Second or Third Amended Complaints or by any subsequent amendments to or supplementation of the pleadings, nor will the names of added or withdrawn parties be listed in docket entries, except that each additional <u>defendant</u> will be listed upon the issuance of summons for that defendant.

    5.  Motions for leave to appear pro hac vice will be granted only upon condition that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.


                              JAMES ROBERTSON
                      United States District Judge


                              - 2 -

# Attachment B

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-16-04

**United States District Court**
**Southern District of New York**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case<br><br>Case Management Order #2 |

*This document relates to:* All actions

**Richard Conway Casey, United States District Court Judge:**

If this Court so directs, Plaintiffs consent to proceed before a United States Magistrate for pre-trial purposes, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

           Yes_____X_____                 No_____

Counsel for the parties have discussed the merits of settlement in regard to this action and wish to request a settlement conference before a United States Magistrate.

           Yes_____               No_____X_____

Counsel for the parties have discussed the merits of mediation in regard to this action and wish to employ the mediation services provided by this Court.

           Yes_____               No_____X_____

**Consolidation**

1.      The actions listed in Schedule A have been transferred to this Court pursuant to 28 U.S.C. § 1407 for coordinated or consolidated pretrial purposes by the *Judicial Panel on Multidistrict Litigation*. All such actions are hereby consolidated for pretrial purposes pursuant to the provisions of Rule 42 of the Federal Rules of Civil Procedure under the docket number MDL 1570 (the "Consolidated Action"). All references to consolidation in this Order shall refer to consolidation for pretrial purposes pursuant to 28 U.S.C. § 1407. This Order does not constitute a determination that the

1

Individual Actions should be consolidated for trial, nor does it have the effect of making any entity a party to an action in which it has not been joined and served in accordance with the Federal Rules of Civil Procedure.

2.      Additional actions transferred and consolidated with MDL 1570 as "tag-along actions" pursuant to Rules 7.4 and 7.5 of the Rules of Procedure of the Judicial Panel on Multi-District Litigation or designated as "related actions" under the Local Rules of the Southern District of New York (together, "Related Cases") shall be subject to the provisions of this Order.

3.      A Master File, and a Master Docket for that file, are hereby established for these consolidated proceedings. The original of this Order shall be filed by the Clerk in the Master File.  The Clerk of the Court shall file all orders, pleadings, motions, and other documents bearing the Docket Number MDL 1570 in the Master File and shall note such filing in the Master Docket. No further copies need be filed or docket entries made, except as provided in Paragraph 5.

4.      The Clerk has assigned, or shall assign, a separate docket number (an "S.D.N.Y. Docket Number") and shall maintain a separate file for each of the actions on Schedule A and each Related Case (the "Individual Actions"). A copy of this Order shall be placed in each such separate file. No further filings need be made in the separate files, except as provided in Paragraph 5. All orders, pleadings, motions, and other documents filed in the Master File will be deemed filed and entered in each individual action to the extent applicable.  The Clerk shall ensure that this Order is docketed electronically and distributed through the Electronic Case Filing system.

2

5.      Documents intended to apply only to a particular Individual Action or Actions will, as described in Paragraph 6 below, indicate in their caption the S.D.N.Y. Docket Number(s) of the Individual Action(s) to which they apply.  Such documents will be filed and docketed both in the Master File and the separate file(s) for the specified Individual Action(s), in accordance with the Electronic Case Filing system procedures established by the Clerk's Office.

**Captions**

6.      Every paper filed in the Consolidated Action shall have the following caption:

**United States District Court**
**Southern District of New York**

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |
|---|---|

This document relates to:  All actions

7.      When a paper is intended to be applicable to all of the Individual Actions, the words "All Actions" shall appear after the words "This Document Relates To:" in the caption set forth above and only the Master Docket number will be identified.

8.      When a paper is intended to be applicable to some, but not all, of the Individual Actions, the S.D.N.Y. Docket Number for each Individual Action to which the paper applies and the full names of the first plaintiff and first defendant in that action shall appear immediately after the words "This Document Relates To:" in the caption set forth above.

3

**Filings and Service of Papers**

9.        Pursuant to paragraph 1 of this Court's Case Management Order No. 1, all attorneys who have made appearances in this case must register with the Court's CM/ECF system.  Counsel may not opt out of email service for non-court documents. All written communication with the Court of any type or kind whatsoever shall be served on all counsel of record in all the Individual Actions, regardless of which or how many Individual Actions such communication relates to. Service shall be accomplished as follows:

(a) For all documents filed through the ECF system, service shall be deemed complete upon electronic filing through the ECF system and no further service need be made.  If at least one member of a law firm representing a party has registered for electronic service through the ECF system, a party filing a document in the ECF system need not serve by mail or other means other attorneys in the same firm, even if the other attorneys' names appear as not having been served electronically through the ECF system.

(b) For documents that are not filed through the ECF system but that nonetheless are required to be served, service shall be by e-mail and shall be necessary only upon those attorneys listed with e-mail contact information in Schedule B.  Attorneys who subsequently consent to be served by e-mail shall so notify the Court in writing and provide e-mail contact information to Kreindler & Kreindler.

10.        Where voluminous documents that are required to be filed through the ECF format do not exist in electronic format and it would be burdensome to convert them, hard copies may be served by hand, by express courier service, or by mail. Service

4

of hard copies shall be deemed complete upon hand-delivery or upon delivery to the United States Postal Service or an express courier service.

11.    Service Cut-Off Date:   Service of the summons and complaint on a defendant not located in a foreign country shall be made in accordance with Federal Rule of Civil Procedure 4(m). Service of the summons and complaint upon a defendant located in a foreign country who has been named as of the date of this order shall be made by October 15, 2004, or, if a motion to effect service through alternative means has been filed with respect to that defendant, service shall be made within 90 days of a decision by this Court on the motion.  Any defendant located in a foreign country who is named after the date of this order shall be served within 120 days after being so named, or, if a motion for alternative service is filed in connection with that defendant, within 90 days of a decision on such a motion.  A motion for alternative service shall be filed within 60 days of the date on which the defendant has been named. The Court, upon motion or on its own initiative after notice to the plaintiffs, may dismiss the action without prejudice as to any defendant who has not been served or, provided that the plaintiffs show good cause for the failure to serve, the Court may extend the time for service for an appropriate period.

5

**Pleadings and Parties**

12.     Addition of Parties: Joinder of additional parties must be accomplished by December 31, 2004.  Plaintiffs may without further leave of court add or remove parties by listing their names and filing the lists as supplemental pleadings under F.R.C.P. 15(d). The caption in the docket for the Individual Action to which a plaintiff or defendant has been added or removed will be changed to reflect the names of the parties in the Individual Actions as amended by the filing.  Plaintiffs added by this procedure need not re-serve defendants who have already been served.   Any defendant added by this procedure may, in lieu of any other answer or response to the complaint, and within the same time period allowed for such other answer or response, request, by motion or otherwise, a more definite statement pursuant to F.R.C.P. 12(e).  Such request for a more definite statement shall not operate as a waiver of any defenses or objections, including objections based on lack of jurisdiction or improper service. When a defendant as to whom no allegations have been asserted requests a more definite statement pursuant to the procedures set forth herein, plaintiffs shall file the requested statement within 30 days. Rule 12(e) statements filed pursuant to this procedure may be filed as an independent pleading  and no Amended Complaint need be filed.  The filing of such a more definite statement will be deemed an amendment to plaintiffs' Complaint or Amended Complaint, by incorporation by reference.  When a defendant requests a more definite statement pursuant to this procedure, the time for such defendant to answer, move, or otherwise respond to the Complaint shall run from service of the statement so requested.

13.     Amendments: Amended pleadings may be filed until July 31, 2005, after which any amendments must be approved by the Court, pursuant to Federal Rule of Civile Procedure 15(a). Plaintiffs may file more definite statements and/or additional allegations against existing defendants by filing statements to this effect, which will be treated and accepted as pleadings and deemed amendments to previously-filed Complaints or Amended Complaints, in lieu of filing an additional Amended Complaint. On July 31, 2005, the plaintiffs shall file an amended complaint that includes all amendments made prior to that date, whether made pursuant to Rule 12(e) or otherwise.

14.     RICO Statements: As to all defendants on behalf of whom counsel have entered an appearance in the Federal Insurance action as of the date of this Order, the Federal Insurance plaintiffs shall file a RICO Statement, in the form set forth in this Court's "Instructions for filing RICO Statement," available on the Internet at:

www.nysd.uscourts.gov/judges/usdj/casey.htm

within thirty (30) days of the date of this Order.   As to all other defendants named in the Federal Insurance action, the Federal Insurance plaintiffs shall file a RICO Statement within thirty (30) days of the filing of an entry of appearance by counsel on behalf of any such defendant in the Federal Insurance action. Any such RICO Statement shall be deemed an amendment to the Federal Insurance plaintiffs' Complaint or Amended Complaint, by incorporation by reference.

**Discovery**

7

15. All discovery responses already served by defendants in the *Burnett* action shall be deemed part of the Consolidated Action. Discovery requests already served in the *Burnett* action to which responses have not yet been served need not be re-served, except that copies of all such requests shall be provided to the Plaintiffs' Executive Committee(s) and to counsel for any party to whom such requests pertain if such counsel has not already been served.

16. Any party may seek the assistance of the Court in obtaining documents from non-party foreign governments or officials through a "letters rogatory" process or otherwise. Any party seeking such assistance shall notify all other parties and all parties together shall submit an agreed form of requests to be sent to the foreign government or official. To the extent that any party sends a representative to personally retrieve documents provided in response to a request from this Court to a foreign government or official, plaintiffs (collectively) and defendants (collectively) shall be entitled to send the same number of representatives. All documents so retrieved shall be deposited with the Court and shall be made available to all parties. The parties shall make such application to this Court as may be necessary to effectuate this provision.

17. Fact Discovery: Written discovery and depositions addressed to non-parties and to or from any defendant that has filed an Answer in any of the Individual Actions as to liability issues only may commence immediately. As to any defendant that has filed a motion to dismiss on grounds of immunity from suit (based on the Foreign Sovereign Immunities Act or diplomatic immunity) or for lack of personal jurisdiction, merits discovery shall not take place until such jurisdictional motion has been resolved by this Court, except upon application to the Court based on extenuating circumstances.

8

Depositions may proceed concurrently with written discovery. No depositions shall be extended beyond two business days without prior leave of the Court. A party may take a deposition by videotape by so indicating in its Notice of Deposition or by providing written notice that the deposition will be videotaped no less than 10 days before the deposition. Objections to the videotaping of a deposition must be filed and served within 5 days after notice of videotaping is served. Unless the Court has ruled to the contrary prior to the deposition, the deposition may be videotaped. Fact discovery shall be completed by December 31, 2005.

18.     Expert discovery: Experts are to be designated and their expert reports exchanged by February 15, 2006. Expert depositions shall commence after February 15, 2006 and shall be completed by April 15, 2006.

19.     All liability discovery is to be completed by April 15, 2006.

20.     To the extent possible, the parties shall conduct consolidated discovery and all discovery notices served and all responses to all discovery requests in an Individual Action shall be deemed to be part of the Consolidated Action and each Individual Action.

21. Interim deadlines may be extended by the parties on consent without application to the Court, provided the parties are certain they can still meet the discovery completion date ordered by the Court, which shall not be adjourned except upon approval by the Court.

22. Document Translation: A party producing documents in a language other than English shall produce existing translations of those documents; however, translations produced by or for a party's attorney need not be produced.

9

**Dispositive Motions**

23.    All motions and applications shall be governed by the Court's Individual Rules of Practice.

24.    A pre-motion conference will be required before any dispositive motion is filed, except motions to dismiss. The Court will confirm the parties' briefing schedule at the pre-motion conference. After the papers are fully submitted, the parties will be informed whether oral arguments are required. With respect to motions to dismiss, the Defendants (or the parties, to the extent they agree) will submit a proposed briefing and oral argument schedule to the Court in advance of the next Case Management Conference.

25.    With respect to motions to dismiss, the parties shall submit to the Court an agreed-upon, proposed briefing schedule.

26.    With respect to motions to dismiss in the Federal Insurance matter, defendants who have been served on or before March 10, 2004 shall file their motions to dismiss in accordance with any stipulations approved by the Court or such other schedule as the Court may order; opposing papers shall be filed within 60 days of the filing of any such papers and reply papers shall be filed within 14 days after receipt of opposing papers.

27.    No summary judgment motion will be heard before the close of discovery.

**Admission of Attorneys and Admissions**

28.    In accordance with Rule 1.4 of the Rules Procedure of the Judicial Panel on Multidistrict Litigation, any attorney of record in any of the Individual Actions may continue to represent his or her client in this Court in this action.  Such attorneys shall be deemed admitted *pro hac vice* for purposes of the Consolidated Action and need not obtain local counsel.

**Case Management Conferences**

29.    The next Case Management Conference shall take place on September 13, 2004.   Plaintiffs' Liaison Counsel and defendants' counsel shall confer at least five (5) business days in advance of each scheduled Case Management Conference for the purpose of attempting to narrow and agree upon issues to be discussed at the conference and for the further purpose of preparing and submitting to the Court an agreed-upon Case Management Conference agenda, including a schedule of motions that are ready to be heard.  Such agenda shall be submitted to the Court at least three (3) business days in advance of the Case Management conference and, to the extent reasonable, the parties shall be limited to discussion of the matters on the agenda. To the extent that the parties are unable to agree upon a joint agenda, separate proposed agendas may be submitted.

So Ordered.

_____

Richard Conway Casey, U.S.D.J.

June 15, 2004
New York, New York

11

Schedule A – Individual Actions Consolidated in MDL 1570

----------------------------------------------------x
THOMAS BURNETT, SR., et al.,

                              Plaintiffs,
                                                    Civ. Action No. 03 CV 9849 (RCC)

- against –

AL BARAKA INVESTMENT &
DEVELOPMENT CORP., et al.,

                              Defendants.
----------------------------------------------------x
KATHLEEN ASHTON, et al.,          Civ. Action No. 02 CV 6977 (RCC)

                              Plaintiffs,

- against –

AL QAEDA ISLAMIC ARMY, et al.,

                              Defendants.
----------------------------------------------------x
FIONA HAVLISH, et al.,

                              Plaintiffs,
                                                    Civ. Action No. 03 CV 9848 (RCC)

- against –

SHEIKH USAMA BIN-LADEN, et al.,

12

Defendants.

-----------------------------------------------------------x

WALTER TREMSKY, et al.

Plaintiffs,

Civ. Action No. 02 CV 7300 (RCC)

- against —

OSAMA BIN LADEN, et al.,

Defendants.

-----------------------------------------------------------x

-----------------------------------------------------------x

GLADYS SALVO, et al.

Plaintiffs,

Civ. Action No. 03 CV 5071 (RCC)

- against —

AL QAEDA ISLAMIC ARMY, et al.,

Defendants.

-----------------------------------------------------------x

JOHN P. O'NEILL, JR., et al.

Plaintiffs,

Civ. Action No. 03 CV 1076 (RCC)

- against —

THE REPUBLIC OF IRAQ, et al.,

Defendants.

13

------------------------------------------------x
ESTATE OF JOHN P. O'NEILL, SR.

               Plaintiffs,

                                   Civ. Action No. 03 CV 1923

- against –

AL BARAKA INVESTMENT &
DEVELOPMENT CORP., et al.

               Defendants.
------------------------------------------------x
ESTATE OF JOHN P. O'NEILL, SR.

               Plaintiffs,

                                   Civ. Action No. 03 CV 1922

- against –

KINGDOM OF SAUDI ARABIA et al

               Defendants.
------------------------------------------------x

------------------------------------------------x
FEDERAL INSURANCE CO., et al.

               Plaintiffs

                                   Civ. Action No. 03 CV 6978 (RCC)

_ against -

AL QAIDA

               Defendants.

14

-------------------------------------------------------x

THOMAS BURNETT, Sr.et al.

                   Plaintiffs,

                                     Civ. Action No. 03 CV 5738

- against

AL BARAKA INVESTMENT &
DEVELOPMENT CORP., et al.

                   Defendants.
-------------------------------------------------------x

BARRERA et al.

                   Plaintiffs,

                                     Civ. Action No. 03 CV 7036

- against -

AL QAEDA ISLAMIC ARMY et al.

                   Defendants.
-------------------------------------------------------x

Schedule B: Attorneys to be served electronically

# Plaintiffs' Counsel (June 15, 2004)

## 03 MDL 1570 SERVICE LIST

*In re: Terrorist Attack on September 11, 2001*, **03 MD 1570 (Judge Richard Casey)**,
U.S. District Court for the Southern District of New York

| Plaintiffs' Counsel | Underlying Case Name |
|---|---|
| ALLAN GERSON, ESQUIRE<br>4221 Lenore Lane, N.W.<br>Washington, DC 20008<br>Tel: (202) 966-8557<br>Fax: (202) 966-8557<br>gerson@gilgintl.org | **Burnett, et al. v. Al Baraka Investment and Development Corp., et al.** |
| BARASCH McGARRY SALZMAN PENSON & LIM<br>11 Park Place<br>New York, NY 10007<br>Tel: (212) 385-8000<br>Fax: (212) 385-7845<br><br>Michael Barasch, Esquire<br>michael@personalinjuryjustice.com | **Ashton, et al. v. Al Qaeda, et al.** |
| BARTIMUS, FRICKLETON, ROBERTSON & OBETZ<br>200 Madison Avenue, Suite 1000<br>Jefferson City, MO 65101<br>Tel: (573) 659-4454<br>Fax: (573) 659-4460<br><br>Edward D. Robertson, Esquire<br>chiprob@earthlink.net<br><br>Mary Winter, Esquire<br>marywinter@earthlink.net | **Burnett, et al. v. Al Baraka Investment and Development Corp., et al.** |
| BAUMEISTER & SAMUELS, PC<br>One Exchange Place, 15th Floor<br>New York, NY 10006-3008<br>Tel: (212) 363-1200<br>Fax: (212) 363-1346<br><br>Michel F. Baumeister, Esquire<br>mbaumeister@baumeisterlaw.com<br><br>Thea M. Capone, Esquire<br>tcapone@baumeisterlaw.com<br><br>Douglas A. Latto, Esquire<br>dlatto@baumeisterlaw.com | **Ashton, et al. v. Al Qaeda, et al.** |

1

| | |
|---|---|
| **BRODER & REITER**<br>350 Fifth Avenue, Suite 2811<br>New York, NY 10118<br>Tel: (212) 244-2000<br>Fax: (212) 268-5297<br><br>Aaron J. Broder, Esquire<br>Jonathan C. Reiter, Esquire<br><br>info@broderreiter.com | Ashton, et al. v. Al Qaeda, et al. |
| **BROWN, TERRELL, HOGAN,<br>ELLIS, McCLAMMA, YEGELWEL PA**<br>8th Floor - Blackstone Building<br>233 East Bay St.<br>Jacksonville, FL 32202<br><br>Evan J. Yegelwel, Esquire<br>ejy@btheny.com<br><br>D'Vorah Ben-Moshe<br>dbm@btheny.com | Havlish, et al. v. Bin Laden, et al. |
| **BURBIDGE and MITCHELL**<br>139 East South Temple, Suite 2001<br>Salt Lake City, UT 84111<br>Tel: (801) 355-6677<br>Fax: (801) 355-2341<br><br>D. Richard Burbidge, Esquire<br>rburbidge@burbidgeandmitchell.com | Havlish, et al. v. Bin Laden, et al. |
| **CORDRAY LAW FIRM**<br>40 Calhoun Street, Suite 420<br>Post Office Drawer 22857<br>Charleston, SC 29413-2857<br>Tel: (843) 577-9761<br>Fax: (843) 853-6330<br><br>Jack D. Cordray, Esquire<br>jack@cordraylawfirm.com | Burnett, et al. v. Al Baraka Investment and<br>Development Corp., et al. |

2

| | |
|---|---|
| **COZEN O'CONNOR**<br>1900 Market Street<br>Philadelphia, PA  19103<br>Tel: (215) 665-2000<br>Fax: (215) 665-2013<br><br>Stephen A. Cozen, Esquire<br>Elliott R. Feldman, Esquire<br>Sean P. Carter, Esquire<br>Mark T. Mullen, Esquire<br>Lisa Haas, Esquire<br>J. Scott Tarbutton, Esquire.<br><br>MDL1570@cozen.com | **Federal Insurance Co., et al. v. Al Qaida, et al.** |
| **DAVIS, SAPERSTEIN & SALOMON, P.C.**<br>375 Cedar Lane<br>Teaneck, NJ  07666<br>Tel: (201) 907-5000<br>Fax: (201) 692-0444<br><br>Samuel L. Davis, Esquire<br>sam@dsslaw.com | **Burnett, et al. v. Al Baraka Investment and Development Corp., et al.** |
| **EPSTEIN BECKER & GREEN, P.C.**<br>250 Park Avenue<br>New York, NY  10177-1211<br>Tel: (212) 351-4500<br>Fax: (212) 661-0989<br><br>Clare M. Sproule, Esquire<br>csproule@ebglaw.com | **Burnett, et al. v. Al Baraka Investment and Development Corp., et al.** |
| **GAIR, GAIR, CONASON, STEIGMAN & MACKAUF**<br>80 Pine Street<br>New York, NY  10005<br>Tel: (212) 943-1090<br>Fax: (212) 425-7513<br><br>Robert Conason, Esquire<br>rconason@gairgair.com<br><br>Howard Hershenhorn, Esquire<br>hsh@gairgair.com | **Burnett, et al. v. Al Baraka Investment and Development Corp., et al.** |
| **GALIHER, DeROBERTIS, NAKAMURA, ONO & TAKITANI**<br>610 Ward Avenue, Suite 200<br>Honolulu, HI  96814<br>Tel: (808) 597-1400<br>Fax: (808) 591-2608<br><br>Gary O. Galiher, Esquire<br>gog@gogaliher.com | **Burnett, et al. v. Al Baraka Investment and Development Corp., et al.** |

3

| | |
|---|---|
| **HANLY CONROY BIERSTEIN & SHERIDAN LLP**<br>415 Madison Avenue<br>New York, NY 10017<br>Tel: (212) 401-7600<br>Fax: (212) 401-7618<br><br>Andrea Bierstein, Esquire<br>abierstein@hanlyconroy.com<br><br>Mary Palmer, Paralegal<br>mpalmer@hanlyconroy.com | **Burnett, et al. v. Al Baraka Investment and Development Corp., et al.** |
| **HOWARTH & SMITH**<br>800 Wilshire Boulevard, Suite 750<br>Los Angeles, CA 90017<br>Tel: (213) 955-9400<br>Fax: (213) 622-0791<br><br>Robert D. Brain, Esquire<br>Don Howarth, Esquire<br>Suzelle M. Smith, Esquire<br><br>MDL1570@howarth-smith.com | **Burnett, et al. v. Al Baraka Investment and Development Corp., et al.**<br><br>**Havlish, et al. v. Bin Laden, et al.** |
| **THE HUGE LAW FIRM PLLC**<br>7th Floor<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Tel: (843) 722-1628<br>Fax: (202) 318-1261<br><br>Harry Huge, Esquire<br>harryhuge@comcast.net | **Burnett, et al. v. Al Baraka Investment and Development Corp., et al.** |
| **J. DAVID O'BRIEN, ESQUIRE**<br>20 Vesey Street, Suite 700<br>New York, NY 10007<br>Tel: (212) 571-6111<br>Fax: (212) 571-6166<br><br>obrienlawusa@aol.com | **Tremsky, et al. v. Osama Bin Laden, et al.** |
| **JAROSLAWICZ & JAROS, ESQUIRES**<br>150 William Street<br>New York, NY 10038<br>Tel: (212) 227-2780<br>Fax: (212) 227-5090<br><br>David Jaroslawicz, Esquire<br>davidjaroslawicz@yahoo.com | **Ashton, et al. v. Al Qaeda, et al.** |

4

| | |
|---|---|
| **JUDICIAL WATCH, INC.**<br>501 School Street, SW, Suite 725<br>Washington, DC 20024<br>Tel: (202) 646-5175<br>Fax: (202) 646-5199<br><br>Paul J. Orfanedes, Esquire<br>James F. Peterson, Esquire<br><br>jpeterson@judicialwatch.org | **Burnett v. Al Baraka Inv. and Dev. Corp., et al.** |
| **KREINDLER & KREINDLER**<br>100 Park Avenue<br>New York, NY 10017<br>Tel: (212) 687-8181<br>Fax: (212) 972-9432<br><br>Justin T. Green, Esquire<br>jgreen@kreindler.com<br><br>James P. Kreindler, Esquire<br>jkreindler@kreindler.com<br><br>Andrew J. Maloney, III, Esquire<br>amaloney@kreindler.com<br><br>Marc S. Moller, Esquire<br>mmoller@kreindler.com<br><br>Vince Parrett, Esquire<br>vparrett@kreindler.com<br><br>Steven Habig<br>shabig@kreindler.com | **Ashton, et al. v. Al Qaeda, et al.** |
| **LAMM, RUBENSTONE, TOTARO & DAVID, LLC**<br>4 Greenwood Square, Suite 200<br>P.O. Box 8544<br>Bensalem, PA 19020-8544<br>Tel: (215) 638-9330<br>Fax: (215) 638-2867<br><br>Edward H. Rubenstone, Esquire<br>erubenstone@lrtd.com | **Havlish, et al. v. Bin Laden, et al.** |

5

03 MDL 1570 SERVICE LIST (6/15/2004)

| | |
|---|---|
| **LAW OFFICES OF JERRY S. GOLDMAN AND ASSOCIATES, P.C.**<br>111 Broadway, 13th Floor<br>New York, NY  10006<br>Tel:  (212) 385-1005<br>Fax:  (212) 346-4665<br><br>Jerry S. Goldman, Esquire<br>jgoldman@goldmanlawyers.com<br><br>Gina Mac Neill, Esquire<br>GMacNeill@goldmanlawyers.com | **Estate of John P. O'Neill, Sr., et al v. Kingdom of Saudi Arabia, et al.** |
| **LAW OFFICES OF JOSHUA M. AMBUSH, LLC**<br>600 Reistertown Road<br>Suite 200 A<br>Baltimore, MD  21208<br>Tel:  (410) 484-2070<br>Fax:  (410) 484-9330<br><br>Joshua M. Ambush, Esquire<br>joshua@ambushlaw.com<br><br>Helen Louise Hunter, Esquire<br>hlsh@aol.com | **Estate of John P. O'Neill, Sr., et al v. Kingdom of Saudi Arabia, et al.** |
| **LEE LEE & LEE**<br>422 S. Gay Street<br>Knoxville, TN 37902<br>Tel: (865) 544-0101<br>Fax: (865) 544-0536<br><br>J.D. Lee, Esquire<br>jdlee@jdlee.com<br><br>David Lee, Esquire<br>davidl@lancairsouth.com | **Burnett, et al. v. Al Baraka Investment and Development Corp., et al.**<br><br>**Havlish, et al. v. Bin Laden, et al.** |
| **MELLON WEBSTER & SHELLY**<br>87 North Broad Street<br>Doylestown, PA  18901<br>Tel:  (215) 348-7700<br>Fax:  (215) 348-0171<br><br>Thomas E. Mellon, Jr., Esquire<br>tmellon@mellonwebster.com<br><br>Stephen Corr, Esquire<br>scorr@mellonwebster.com<br><br>Jack Corr, Esquire<br>jcorr@mellonwebster.com | **Havlish, et al. v. Bin Laden, et al**<br><br>**Burnett, et al. v. Al Baraka Investment and Development Corp., et al.** |

6

| | |
|---|---|
| **MOTLEY RICE LLC**<br>28 Bridgeside Boulevard<br>P.O. Box 1792<br>Mount Pleasant, SC 29465<br>Tel: (843) 216-9000<br>Fax: (843) 216-9450<br><br>Ronald L. Motley, Esquire<br>Jodi Westbrook Flowers, Esquire<br>Donald A. Migliori, Esquire<br>Jeffrey S. Thompson, Esquire<br>William Narwold, Esquire<br>Michael E. Elsner, Esquire<br>Ingrid Moll, Esquire<br>Justin Kaplan, Esquire<br><br>MDL1570@motleyrice.com | *Burnett, et al. v. Al Baraka Investment and Development Corp., et al.*<br><br>*Havlish, et al. v. Bin Laden, et al.* |
| **PROF. PAUL R. DUBINSKY**<br>New York Law School<br>7 Worth Street<br>New York, NY 10013<br>Tel: (212) 431-2157<br>*Fax: (212) 431-1830*<br><br>Paul R. Dubinsky<br>pdubinsky@nyls.edu | *Estate of John P. O'Neill, Sr., et al v. Kingdom of Saudi Arabia, et al.* |
| **NOLAN LAW GROUP**<br>20 North Clark Street, 30ᵗʰ Floor<br>Chicago, IL 60602<br>Tel: (312) 630-4000<br>Fax: (312) 630-4011<br><br>Floyd Wisner, Esquire<br>faw@nolan-law.com<br><br>Paula Jett, Assistant<br>plj@nolan-law.com | *Salvo, et al. v. Al Qaeda Islamic Army, et al.* |
| **OLIVER & SELLITTO, ESQS.**<br>205 Bond Street<br>Asbury Park, NJ 07712<br>Tel: (732) 988-1500<br>*Fax:* (732) 775-7404<br><br>Anthony M. Sellitto, Jr., Esquire<br>asellitto.911suit@aslaw.com | *Burnett, et al. v. Al Baraka Investment and Development Corp., et al.* |

7

| | |
|---|---|
| **PROF. ROGER ALFORD**<br>Pepperdine University School of Law<br>24255 Pacific Coast Hwy<br>Malibu, CA 90263<br>Tel: (310) 506 7626<br>Fax: (310) 506 4063<br><br>Professor Roger Alford<br>roger.alford@pepperdine.edu | *Estate of John P. O'Neill, Sr., et al v. Kingdom of Saudi Arabia, et al.* |
| **PRYOR CASHMAN SHERMAN & FLYNN LLP**<br>410 Park Avenue, 10th Floor<br>New York, New York 10022<br>Tel: (212) 421-4100<br>Fax: (212) 326-0806<br><br>Vincent F. Pitta, Esquire<br>vpitta@pryorcashman.com | **Burnett, et al. v. Al Baraka Investment and Development Corp., et al.** |
| **RAMEY & HAILEY**<br>3815 River Crossing Parkway, Suite 340<br>Indianapolis, IN 46240<br>Tel: (317) 848-3249<br>Fax: (317) 848-3259<br><br>Richard D. Hailey, Esquire<br>rhailey@sprynet.com | **Burnett, et al. v. Al Baraka Investment and Development Corp., et al.**<br>**Havlish, et al. v. Bin Laden, et al.** |
| **RILEY DeBROTA LLP**<br>3815 River Crossing Parkway, Suite 340<br>Indianapolis, IN 46240<br>Tel: (317) 848-7939<br>Fax: (317) 848-7831<br><br>Amy Ficklin DeBrota, Esquire<br>William Riley, Esquire<br><br>saudisuit@rileydebrota.com | **Burnett, et al. v. Al Baraka Investment and Development Corp., et al.**<br><br>**Havlish, et al. v. Bin Laden, et al.** |
| **RUBENSTEIN & RYNECKI**<br>16 Court Street, Suite 1717<br>Brooklyn, NY 11241<br>Tel: (718) 522-1020<br>Fax: (718) 522-3804<br><br>Sanford A. Rubenstein, Esquire<br>Rubrynlaw@aol.com | **Burnett, et al. v. Al Baraka Investment and Development Corp., et al.** |

8

| | |
|---|---|
| **RUSSO, SCAMARDELLA & D'AMATO, P.C.**<br>1010 Forest Avenue<br>Staten Island, NY 10310<br>Tel: (718) 442-0900<br>Fax: (718) 816-8037<br><br>Guy Molinari, Esquire<br>guy@statenlaw.com<br><br>John D'Amato, Esquire<br>jdamato@statenlaw.com | **Burnett, et al. v. Al Baraka Investment and Development Corp., et al.** |
| **SACKS & SACKS LLP**<br>150 Broadway<br>New York, NY 10038<br>Tel: (212) 964-5570<br>Fax: (212) 349-2141<br><br>Kenneth N. Sacks, Esquire<br>ken@sacks-sacks.com | **Burnett, et al. v. Al Baraka Investment and Development Corp., et al.** |
| **SCHONBRUN, DE SIMONE, SEPLOW, HARRIS & HOFFMAN**<br>723 Ocean Front Walk<br>Venice, California 90291<br>Tel: (310) 396-0731<br>Fax: (310) 399-7040<br><br>Paul L. Hoffman, Esquire<br>Hoffpaul@aol.com | **Estate of John P. O'Neill, Sr., et al v. Kingdom of Saudi Arabia, et al.** |
| **SHULTZ & ROLLINS**<br>1980 East Fort Lowell Road<br>Suite 200<br>Tucson, Arizona 85719<br>Tel: (520) 577-7777<br><br>Silas H. Shultz, Esquire<br>mail@shultz-rollins.com<br><br>Michael Rollins, Esquire<br>mike@shultz-rollins.com | **Estate of John P. O'Neill, Sr., et al v. Kingdom of Saudi Arabia, et al.** |

9

03 MDL 1570 SERVICE LIST (6/15/2004)

| | |
|---|---|
| **SPEISER, KRAUSE, NOLAN & GRANITO**<br>140 East 45th Street, 34th Floor<br>New York, NY  10017<br>Tel:  (212) 661-0011<br>Fax:  (212) 953-6483<br><br>Frank H. Granito, III, Esquire<br>f3g@ny.speiserkrause.com<br><br>Kenneth P. Nolan, Esquire<br>kpn@ny.speiserkrause.com<br><br>Jeanne M. O'Grady, Esquire<br>jog@ny.speiserkrause.com<br><br>John F. Schutty, Esquire<br>jfs@ny.speiserkrause.com | Ashton, et al. v. Al Qaeda, et al. |
| **SULLIVAN, PAPAIN, BLOCK, McGRATH &**<br>**CANNAVO, P.C.**<br>120 Broadway Avenue, 18th Floor<br>New York, NY  10271<br>Tel:  (212) 732-9000<br>Fax:  (212) 266-4141<br><br>Michael N. Block, Esquire<br>mblock@triallaw1.com<br><br>Edward Marcowitz, Esquire<br>emarcowitz@triallaw1.com<br><br>Andrew Carboy, Esquire<br>acarboy@triallaw1.com | Burnett, et al. v. Al Baraka Investment and Development Corp., et al. |
| **PROF. MICHAEL J. BAZYLER**<br>Whittier Law School<br>3333 Harbor Blvd.<br>Costa Mesa, CA 92626<br>Tel: (310) 926-0149<br>Fax: (714) 444-1854<br><br>Michael J. Bazyler<br>bazyler@aol.com | Estate of John P. O'Neill, Sr., et al v. Kingdom of Saudi Arabia, et al. |

10

| | |
|---|---|
| **WIGGINS, CHILDS, QUINN & PANTAZIS, PC**<br>7 Dupont Circle, NW, Suite 200<br>Washington, DC 20036<br><br>Dennis G. Pantazis, Esquire<br>dgp@wcqp.com<br><br>Timothy B. Fleming<br>tfleming@wcqp.com<br><br>Lori B. Kisch, Esquire<br>lkisch@wcqp.com | **Havlish, et al. v. Bin Laden, et al.** |
| **WINDER & HASLAM P.C.**<br>175 West 200 South, Suite 4000<br>P.O. Box 2668<br>Salt Lake City, UT 84111-2668<br>Tel: (801) 322-2222<br>Fax: (801) 322-2282<br><br>Donald J. Winder, Esquire<br>dwinder@winhas.com | **Havlish, et al. v. Bin Laden, et al.** |

11

# Defendants' Counsel (June 8, 2004)

## 03 MDL 1570 SERVICE LIST

*In re: Terrorist Attack on September 11, 2001*, 03 MD 1570 (Judge Richard Casey),
U.S. District Court for the Southern District of New York

| Defendants' Counsel |
|---|
| **ARNOLD & PORTER LLP**<br>555 Twelfth Street, NW<br>Washington, DC 20004<br>Tel: (202) 942-5000<br>Fax: (202) 942-5999<br><br>*Counsel for Saudi Economic & Development Company, International Development Foundation, and Sheikh Mohammed Salim bin Mahfouz*<br><br>David Gersch, Esquire<br>david_gersch@aporter.com<br><br>Jean E. Kalicki, Esquire<br>jean_kalicki@aporter.com<br><br>Brian C. Wilson, Esquire<br>brian_wilson@aporter.com |
| **ARNOLD & PORTER LLP**<br>399 Park Avenue<br>New York, NY 10022-4690<br>Tel: (212) 715-1000<br>Fax: (212) 715-1399<br><br>*Counsel for Saudi Economic & Development Company, International Development Foundation, and Sheikh Mohammed Salim bin Mahfouz*<br><br>Craig Stewart, Esquire<br>craig_stewart@aporter.com |

12

**BAKER BOTTS LLP**
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004-2400
Tel:  (202) 639-7700
Fax:  (202) 639-7890

*Counsel for HRH Prince Sultan Bin Abdulaziz Al-Saud and HRH Prince Salman Bin Abdulaziz Al-Saud*

Casey Cooper, Esquire
William H. Jeffress, Jr., Esquire
Jamie Kilberg, Esquire
Sara Kropf, Esquire

MDL1570@bakerbotts.com

**BECKER, HADEED, KELLOGG & BERRY**
5501 Backlick Road, Suite 220
Springfield, VA  22151
Tel:  (703) 333-3224
Fax:  (703) 256-5431

*Counsel for Success Foundation, Inc.; Muslim World League Offices-NY; Muslim World League-VA:  and Mohamed S. Omeish*

Michael Hadeed, Jr., Esquire
mhadeed@beckerhadeed.com

**BERNABEI & KATZ, PLLC**
1773 T Street, N.W.
Washington, DC  20009-7139
Tel:  (202) 745-1942
Fax:  (202) 745-2627

*Counsel for Dr. Abdullah M. Al-Turki; Dr. Abdullah Naseef; Dr. Abdullah Al-Obaid; Dr. Abdul Rahman Al Swailem; Sheik Saleh Al-Hussayen; Sheik Shahir Batterjee; Mushayt for Trading Company; Mohammed Ali Sayed Mushayt; Sheik Hamad Al-Husaini; Saudi Arabian Red Crescent Society; Sheik Salman Al-Oadah; Sheik Safer Al-Hawali; Al Haramain Islamic Foundation, Inc.; Soliman H.S. Al-Buthi; Soliman J. Khuderia; Talal M. Badkook; Dr. Adnan Basha; and Perouz Seda Ghaty*

Lynne A. Bernabei, Esquire
LBernabei@aol.com

Alan R. Kabat, Esquire
Kabat@bernabeiandkatz.com

13

**BONNER, KIERNAN, TREBACH AND CROCIATA**
1250 Eye Street, N.W.
Washington, DC  20005
Tel: (202) 712-7000
Fax: (202) 712-7100

*Counsel for Khalid Bin Mahfouz*

Michael Nussbaum, Esquire
mnussbaum@bktc.net

**BRYAN CAVE LLP**
*1290 Avenue of the Americas*
New York, NY 10104-3300
Tel: (212) 541-2000
Fax: (2120 541-4630

*Counsel for Prince Naif bin Abdulaziz Al-Saud*

Michael G. Biggers, Esquire
mgbiggers@bryancave.com

**BRYAN CAVE, LLP**
700 Thirteenth Street N.W.
Washington, DC  20005-3960
Tel: (202) 508-6000
Fax: (202) 508-6200

*Counsel for Prince Naif bin Abdulaziz Al-Saud*

James M. Cole, Esquire
jmcole@bryancave.com

James J. Murphy, Esquire
jjmurphy@bryancave.com

**BUSCH & NUBANI, P.C.**
5029 Backlick Road, Suite A
Annandale, VA  22003
Tel: (703) 658-5151
Fax: (703) 658-9200

*Counsel for Al Haramain Islamic Foundation, Aqeel Al-Aqeel, Saleh O. Badahdah, Adballah bin Adbul Aziz Almosleh, Abdullah M. Al-Mahdi, Adel A.J. Batterjee, Jamal Ahmad Mostafa Khalifa, Islamic Assembly of North America; and Sulaiman Al-Ali*

Ashraf W. Nubani, Esquire
anubani@rbanlaw.com

14

**CHADBOURNE & PARKE LLP**
30 Rockefeller Plaza
New York, NY 10112
Tel: (212) 408-5581
Fax: (646) 710-5581

*Counsel for Yousef Jameel*

Kenneth A. Caruso, Esquire
Marvin R. Lange, Esquire
Jeffrey I. Wasserman, Esquire

+MDL1570@chadbourne.com

**CURTIS, MALLET-PREVOST, COLT & MOSLE LLP**
101 Park Avenue
New York, NY 10178
Tel: (212) 696-6000
Fax: (212) 697-1559

*Counsel for HRH Prince Abdullah Al Faisal Bin Abdulaziz Al Saud, Alfaisaliah Group, Faisal Group Holding Co., and Mohammed Bin Abdulrahman Al Ariefy*

T. Barry Kingham, Esquire
bkingham@cm-p.com

Daria M. Ciaputa, Esquire
dciaputa@cm-p.com

Jesse Clarke, Esquire
jclarke@cm-p.com

**FULBRIGHT & JAWORSKI, LLP**
801 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel: (202) 662-4659
Fax: (202) 662-4643

*Counsel for Nimir Petroleum, LLC*

Matthew H. Kirtland, Esquire
mkirtland@fulbright.com

**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Tel: (202) 955-8213
Fax: (202) 530-9566

*Counsel for Salamiddin Abduljawad*

John C. Millian, Esquire
jmillian@gibsondunn.com

15

**GILLEN PARKER & WITHERS LLC**
One Securities Centre, Suite 1050
3490 Piedmont Road, NE
Atlanta, GA  30305-1743
Tel:  (404) 842-9700
Fax:  (404) 842-9750

*Counsel for Mar-Jac Poultry, Inc.*

Wilmer Parker, III, Esquire
bparker@gcpwlaw.com

**GORDON & SIMMONS, LLC**
131 West Patrick Street
P.O. Box 430
Frederick, MD  21705-0430
Tel:  (301) 662-9122
Fax:  (301) 698-0392

*Counsel for Zahir H. Kazmi*

Roger C. Simmons, Esquire
Victor E. Cretella, III, Esquire
officemail@gordonsimmons.com

**GRAY CARY WARE & FREIDENRICH LLP**
1625 Massachusetts Avenue, N.W., Suite 300
Washington, DC  20036
Tel:  (202) 238-7700
Fax:  (202) 238-7701

*Counsel for African Muslim Agency; Heritage Education Trust; International Institute of Islamic Thought; Mar-Jac Investments, Inc.; Reston Investments, Inc.; Safa Trust; York Foundation; Taha Al-Alwani; Muhammad Ashraf; M. Omar Ashraf; M. Yaqub Mirza; Iqbal Unus; Jamal Barzinji; Sterling Management Group; Sterling Charitable Gift Fund Inc.; Mena Corporation; Grove Corporate, Inc.; and Suna-Bell, Inc.*

Nancy Luque, Esquire
nluque@graycary.com

Donna Sheinbach, Esquire
dsheinbach@graycary.com

16

**HANANIA & KHADER**
6066 Leesburg Pike, Suite 101
Falls Church, VA 22041
Tel: 703-778-2400
Fax: 703-778-2407

*Counsel for Abdul Rahman Al-Almoudi; Tarik Hamdi; World Assembly of Muslim Youth; Mohammed Hussein Al Almoudi; and Taibah International Aid Association*

Maher Hanania, Esquire
Mhanania@hknlaw.com

Angela Hensley
Ahensley@hknlaw.com

---

**JONES DAY**
51 Louisiana Avenue, N.W.
Washington, DC 20001
Tel: (202) 879-3939
Fax: (202) 626-1700

*Counsel for Saudi Binladin Group, Inc.; Bakr M. Bin Laden; Omar Bin Laden; Tarek M. Bin Laden; and Khalid Bin Mahfouz*

Stephen J. Brogan, Esquire
Timothy J. Finn, Esquire
James E. Gauch, Esquire
Michael P. Gurdak, Esquire
Jonathan C. Rose, Esquire
Michael Shumaker, Esquire
Jennifer Shumaker, Esquire
Melissa Stear, Esquire

JonesDayMDL1570@jonesday.com
dmcCaffrey@jonesday.com

---

**JONES DAY**
222 East 41ST Street
New York, NY 10017-6702
Tel: (212) 326-3939
Fax: (212) 755-7306

*Counsel for Saudi Binladin Group, Inc.; Bakr M. Bin Laden; Omar Bin Laden; Tarek M. Bin Laden; and Khalid Bin Mahfouz*

E. Michael Bradley, Esquire
Geoffrey S. Stewart, Esquire

JonesDayMDL1570@jonesday.com
dmcCaffrey@jonesday.com

17

**JOSHUA L. DRATEL, P.C.**
14 Wall Street, 28th Floor
New York, NY 10005
Tel: (212) 732-0707
Fax: (212) 571-6341

*Counsel for Sami Omar Al-Hussayen*

Joshua L. Dratel, Esquire
jdratel@joshuadratel.com

Marshall A. Mintz, Esquire
mmintz@joshuadratel.com

**KELLOGG, HUBER, HANSEN, TODD & EVANS, P.L.L.C.**
1615 M Street, N.W., Suite 400
Sumner Square
Washington, DC 20036-3209
Tel: (202) 326-7900
Fax: (202) 326-7999

*Counsel for Prince Turki Al-Faisal Bin Abdulaziz Al-Saud, Prince Bandar bin Sultan bin Abdulaziz, Princess Haifa Al Faisal, and The Kingdom of Saudi Arabia*

David C. Frederick, Esquire
Michael J. Guzman, Esquire
Mark C. Hansen, Esquire
Michael K. Kellogg, Esquire
J.C. Rozendaal, Esquire

KelloggMDL1570@khhtc.com
Mguzman@khhte.com

**KING & SPALDING LLP**
1185 Avenue of the Americas
New York, NY 10036
Tel: (212) 556-2100
Fax: (212) 556-2222

*Counsel for Arab Bank PLC*

Richard T. Marooney, Esquire
rmarooney@kslaw.com

Jeanette M. Viggiano, Esquire
jviggiano@kslaw.com

18

03 MDL 1570 SERVICE LIST (6/15/2004)

**LAW FIRM OF OMAR T. MOHAMMEDI**
200 Madison Avenue, Suite 1901
New York, NY 10016-3903
Tel: 212-752-3846
Fax: 212-725-9160

*Counsel for World Assembly of Muslim Youth; WAMY International*

Omar T. Mohammedi, Esquire
omohammedi@otmlaw.com

**LAW FIRM OF OMAR T. MOHAMMEDI**
2201 NE 52ⁿᵈ Street, Suite 205
Lighthouse Point, FL 33064
Tel: 954-428-7757

*Counsel for World Assembly of Muslim Youth; WAMY International*

Khurrum Wahid, Esquire
Khurrum.Wahid@verizon.net

**MARTIN F. McMAHON & ASSOCIATES**
1150 Connecticut Avenue, N.W., Suite 900
Washington, DC  20036
Tel: (202) 862-4343
Fax: (202) 828-4130

*Counsel for Saleh Abdullah Kamei; Al Baraka Investment & Development Corp.; International Islamic Relief Organization; Rabita Trust; Dallah Al Baraka Group, LLC; Makkah Mukarrahman Charity Trust; and Wael Jalaidan*

Martin F. McMahon, Esquire
Christopher Smith, Esquire
Stephanie Wall Fell

lawmfm@aol.com

**McDERMOTT WILL & EMERY LLP**
600 13ᵗʰ Street, N.W.
Washington, DC  20005-3096
Tel: (202) 756-8000
Fax: (202) 756-8087

*Counsel for Yassin Abdullah Al Kadi*

Thomas P. Steindler, Esquire
Stanton D. Anderson, Esquire

MDL.No1570Group@mwe.com

19

**PATTON BOGGS LLP**
2550 M Street, N.W.
Washington, DC 20037
Tel: (202) 457-6000
Fax: (202) 457-6315

*Counsel for National Commercial Bank*

Ronald S. Liebman, Esquire
rliebman@pattonboggs.com

Mitchell Berger, Esquire
mberger@pattonboggs.com

**ROBBINS, RUSSELL, ENGLERT, ORSECK & UNTEREINER LLP**
1801 K Street, NW, Suite 411
Washington, DC 20006
Tel: (202) 775-4500
Fax: (202) 775-4510

*Counsel for Saudi High Commission*

Lawrence S. Robbins, Esquire
lrobbins@robbinsrussell.com

Roy T. Englert, Jr., Esquire
renglert@robbinsrussell.com

Max Huffman, Esquire
mhuffman@robbinsrussell.com

**SHEARMAN & STERLING LLP**
599 Lexington Avenue
New York, NY 10022-6069
Tel: (212) 848-4000
Fax: (212) 848-7179

*Counsel for Saudi American Bank*

Brian H. Polovoy, Esquire
Daniel M. Segal, Esquire
Henry Weisburg, Esquire

MDL1570@shearman.com

**HUSSEIN SHOUKRY LAW FIRM**
Adham Commercial Center, 9th Floor
Medina Road
PO Box 667
Jeddah 21421, Saudi Arabia

*Counsel for HRH Prince Mohamed al Faisal al Saud*

Kamal Hussein Shoukry

20

**STEPTOE & JOHNSON L.L.P.**
1330 Connecticut Avenue, N.W.
Washington, DC 20036
Tel: (202) 429-3000
Fax: (202) 429-3902

*Counsel for Mohummad Bin Abdullah Aljomaih*

Christopher T. Lutz, Esquire
clutz@steptoe.com

**UNITED STATES ATTORNEY'S OFFICE**
86 Chambers Street, Third Floor
New York, NY 10007
Tel: (212) 637-2709
Fax: (212) 637-2717

Sarah S. Normand
Assistant U.S. Attorney
sarah.normand@usdoj.gov

**UNITED STATES DEPARTMENT OF JUSTICE**
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Tel: (202) 514-3367
Fax: (202) 616-8470

Elizabeth J. Shapiro, Esquire
Elizabeth.Shapiro@usdoj.gov

**WHITE & CASE LLP**
601 Thirteenth Street, N.W.
Washington, DC 20005-3807
Tel: (202) 626-3600
Fax: (202) 639-9355

*Counsel for Al Rajhi Banking & Investment Corporation*

Christopher M. Curran, Esquire
Nicole E. Erb, Esquire

AlRajhiBankMDL1570@whitecase.com.

21

**WHITE & CASE LLP**
1155 Avenue of the Americas
New York, NY 10036-2787
Tel: (212) 819-8200
Fax: (212) 354-8113

*Counsel for DMI Administrative Services, S.A.*

Tim McCarthy, Esquire
tmccarthy@whitecase.com

James J. McGuire, Esquire
jmcguire@whitecase.com

**WILLIAMS & CONNOLLY LLP**
725 12th Street, N.W.
Washington, DC 20005
Tel: (202)434-5000
Fax: (202) 434-5245

*Counsel for Abdul Rahman Bin Kahlid Bin Mafouz*

Gerald A. Feffer, Esquire
gfeffer@wc.com

Peter J. Kahn, Esquire
pkahn@wc.com

Thomas C. Viles, Esquire
tviles@wc.com

**WILMER CUTLER PICKERING HALE AND DORR LLP**
1600 Tysons Boulevard, 10th Floor
McLean, VA 22102
Tel: (703) 251-9700
Fax: (202) 663-6363

*Counsel for HRH Prince Mohamed Al Faisal Al Saud*

David P. Donovan, Esquire
david.donovan@wilmerhale.com

22

**WILMER CUTLER PICKERING HALE AND DORR LLP**
2445 M Street, N.W.
Washington, DC  20037
Tel: (202) 663-6000
Fax: (202) 663-6363

*Counsel for HRH Prince Mohamed Al Faisal Al Saud*

Louis R. Cohen, Esquire
louis.cohen@wilmerhale.com

Shirley Woodward, Esquire
shirley.woodward@wilmerhale.com

**WILMER CUTLER PICKERING HALE AND DORR LLP**
399 Park Avenue
New York, NY  10022
Tel: (212) 230-8800
Fax: (202) 663-6363

*Counsel for HRH Prince Mohamed Al Faisal Al Saud*

Matthew Previn, Esquire
matthew.previn@wilmerhale.com

23