UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

This document relates to:

*Burnett, et al. v. Al Baraka Inv. & Dev. Corp, et al.*, No. 03-CV-5738 (RCC)
*Burnett, et al. v. Al Baraka Inv. & Dev. Corp, et al.*, No. 03-CV-9849 (RCC)
*New York Marine & General Ins. Co. v. Al Qaida, et al.*, No. 04-CV-6105 (RCC)
*Euro Brokers, Inc., et al. v. Al Baraka Inv. & Dev. Corp, et al.*, No. 04-CV-7279 (RCC)
*World Trade Ctr. Prop., et al. v. Al Baraka Inv. & Dev. Corp, et al.*, No. 04-CV-7280 (RCC)

## NOTICE OF ENTRY OF APPEARANCE

Please take notice that the undersigned counsel, admitted to practice in this court, hereby enters an appearance in the above-captioned cases on behalf of Ahmed Zaki Yamani.

Dated:  June 5, 2006           Respectfully submitted,
        New York, New York

                               By: /s/ Rayner M. Hamilton
                                   Rayner M. Hamilton (RH-7742)
                                   Attorney-at-Law
                                   1155 Avenue of the Americas
                                   New York, New York  10036
                                   Telephone: (212) 819-8822
                                   Email: rhamilton@whitecase.com

                               *Attorney for Ahmed Zaki Yamani*