UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

This document relates to:

*Burnett, et al. v. Al Baraka Inv. & Dev. Corp, et al.*, No. 03-CV-5738 (RCC)
*Burnett, et al. v. Al Baraka Inv. & Dev. Corp, et al.*, No. 03-CV-9849 (RCC)
*Euro Brokers, Inc., et al. v. Al Baraka Inv. & Dev. Corp, et al.*, No. 04-CV-7279 (RCC)
*World Trade Ctr. Prop., et al. v. Al Baraka Inv. & Dev. Corp, et al.*, No. 04-CV-7280 (RCC)

### AHMED ZAKI YAMANI'S NOTICE OF MOTION
### TO VACATE DEFAULTS AND DISMISS THE CLAIMS AGAINST HIM

Ahmed Zaki Yamani hereby respectfully moves this Court for an order: (1) vacating the defaults entered against him in *Burnett* (03-CV-9849), *Euro Brokers*, and *World Trade Center Properties* pursuant to Federal Rule of Civil Procedure 55(c), or in the alternative Federal Rule of Civil Procedure 60(b), and (2) dismissing each claim against him in Plaintiffs' Complaints pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(5), and 12(b)(6). A memorandum of law accompanies this motion.

Dated:  June 5, 2006                                Respectfully submitted,
              New York, New York

                                                                   By: /s/ Rayner M. Hamilton
                                                                         Rayner M. Hamilton (RH-7742)
                                                                         Attorney-at-Law
                                                                         1155 Avenue of the Americas
                                                                         New York, New York  10036
                                                                         Telephone: (212) 819-8822

                                                                         *Attorney for Ahmed Zaki Yamani*