# Exhibit C

## Hamilton, Rayner

**From:** Hamilton, Rayner
**Sent:** Friday, April 21, 2006 3:09 PM
**To:** 'rhaefele@motleyrice.com'
**Subject:** MDL 1570 -- Burnett Default List -- Ahmed Zaki Yamani

Mr. Haefele:

    My former partner at White & Case, Chris Curran, suggested that I contact you directly. I am representing Ahmed Zaki Yamani in this litigation. I sent you a letter dated April 17, 2006 advising that my client had been included in error on the List of Defendants Served by Publication and Currently in Default in the Burnett case, Exhibit B to your affidavit of April 4, 2006, and I requested that his name be removed immediately.
    My attention has just been called to the Endorsed Letter dated April 17, 2006 on the letterhead of Kreindler & Kreindler striking a name (Sherif Sedky) that had been included in error on the list of defendants purportedly in default submitted in the Ashton case. It seems to me that a similar procedure could and should be followed so as to correct the record in the Burnett case by removing Sheikh Yamani's name from the list of defaulting defendants. Please advise. Regards, Rayner M. Hamilton