# Exhibit D



# MotleyRice

Robert T. Haefele
Licensed in NJ & PA
DIRECT DIAL 843.216.9184
DIRECT FAX 843.216.9450
RHaefele@motleyrice.com

April 21, 2006

Rayner M. Hamilton
White & Case LLP
1155 Avenue Of The Americas
New York, New York 10036

152 Sheepshank Court,
Box 808
Boca Grande, Florida 33921

   Re: <u>In re Terrorist Attacks on September 11, 2001, MDL No. 1570 (RCC)</u>
      *This Document relates to: Burnett et al. v. Al Baraka Inv. & Dev., et al, Case No. 03-CV-9849*

Dear Mr. Raynor:

  I have received your letter and e-mails of April 17, 2006 and your follow up electronic mail from today regarding your client Ahmed Zaki Yamani. In your April 17, 2006 communications you indicate that defendant Yamani ought not to have been placed in default, premised on your communication to the various other attorneys in February 2005, which requested that your client be dismissed or, in the alternative, plaintiffs file a Rule 12(e) more definite statement, pursuant to Case Management Order 2.

  Please note that in accordance with CMO #2, as modified by a July 27, 2005 endorsement extending the deadline to September 30, 2005, plaintiffs filed a Rule 12(e) more definite statement as to defendant Yamani on September 30, 2005. As you noted in your correspondence, defendant Yamani's obligation to file a responsive pleading began to run at least as of September 30, 2005, when the Rule 12(e) filing occurred. Accordingly, defendant Yamani was in default at least as of 30 days after the Rule 12(e) more definite statement was filed.

  Under the circumstances, I am afraid we cannot agree to vacating the default order and/or dismissing your client as you have suggested.

              Sincerely,

              ROBERT T. HAEFELE

  cc: Sean P. Carter, Esq., Cozen O'Connor
     Andrea Bierstein, Esq., Hanley Conroy Bierstein & Sheridan
     James P. Kreindler, Esq., Kreindler & Kreindler LLP
     Michael K. Kellogg, Esq.
     Christopher Curran, Esq.

| www.motleyrice.com | Mt. Pleasant | Barnwell | Providence | Hartford | Atlanta |
|---|---|---|---|---|---|
| Motley Rice LLC<br>Attorneys at Law | 28 Bridgeside Blvd.<br>P.O. Box 1792<br>Mt. Pleasant, SC 29465<br>843-216-9000<br>843-216-9450 FAX | 1750 Jackson St.<br>P.O. Box 365<br>Barnwell, SC 29812<br>803-224-8800<br>803-259-7048 FAX | 321 South Main St.<br>P.O. Box 6067<br>Providence, RI 02940<br>401-457-7700<br>401-457-7708 FAX | One Corporate Center<br>20 Church St., 17th Floor<br>Hartford, CT 06103<br>860-882-1681<br>860-882-1682 FAX | 600 West Peachtree St.<br>Suite 800<br>Atlanta, Georgia 30308<br>404-201-6900<br>404-201-6959 FAX |