**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____
                                                                      )
*IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001      )          No. 03 MDL 1570 (RCC)
                                                                      )          ECF Case
_____)

This document relates to:  All actions.

## DEFENDANTS' NOTICE OF ADDRESS CHANGE

Please take notice that defendants' counsel's address has changed, effective June 1, 2006, to the following address:

   The Bernabei Law Firm, PLLC
   1775 T Street, N.W.
   Washington, D.C. 20009-7124

The telephone and telecopier numbers remain unchanged.

                                          Respectfully submitted,


                                          /s/ Lynne Bernabei
                                          _____
                                          Lynne Bernabei          D.C. Bar No. 938936
                                            Lbernabei@aol.com
                                          Alan R. Kabat           D.C. Bar No. 464258
                                            Kabat@BernabeiPLLC.com
                                          THE BERNABEI LAW FIRM, PLLC
                                          1775 T Street, N.W.
                                          Washington, D.C. 20009-7124
                                          tel. (202) 745-1942
                                          fax (202) 745-2627

                                          Attorneys for Defendants
                                            Saudi Arabian Red Crescent Society, *et al.*


DATED:  June 9, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2006, I caused the foregoing to be served electronically on counsel of record by the Court's Electronic Case Filing (ECF) System, pursuant to ¶ 9(a) of Case Management Order No. 2 (June 16, 2004).

/s/ Alan R. Kabat
_____
Alan R. Kabat