**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____
                                                                    )
*IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001    )    No. 03 MDL 1570 (RCC)
                                                                    )    ECF Case
_____)

This document relates to: All actions.

## DEFENDANTS' NOTICE OF ADDRESS CHANGE

Please take notice that defendants' counsel's address has changed, effective June 1, 2006, to the following address:

   The Bernabei Law Firm, PLLC
   1775 T Street, N.W.
   Washington, D.C. 20009-7124

The telephone and telecopier numbers remain unchanged.

                                            Respectfully submitted,


                                            /s/ Lynne Bernabei
                                            _____
                                            Lynne Bernabei        D.C. Bar No. 938936
                                              Lbernabei@aol.com
                                            Alan R. Kabat         D.C. Bar No. 464258
                                              Kabat@BernabeiPLLC.com
                                            THE BERNABEI LAW FIRM, PLLC
                                            1775 T Street, N.W.
                                            Washington, D.C. 20009-7124
                                            tel. (202) 745-1942
                                            fax (202) 745-2627

                                            Attorneys for Defendants
                                              Al Haramain Islamic Foundation, Inc. (U.S.A.),
                                              Perouz Sedaghaty, and Soliman H.S. Al-Buthe


DATED: June 9, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2006, I caused the foregoing to be served electronically on counsel of record by the Court's Electronic Case Filing (ECF) System, pursuant to ¶ 9(a) of Case Management Order No. 2 (June 16, 2004).

/s/ Alan R. Kabat
_____
Alan R. Kabat