UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) <br> ECF Case |

*This document relates to:*

    *Thomas E. Burnett, Sr., et al. v. Al Baraka Investment & Development Corp., et al.*, Case No. 03-CV-5738 (S.D.N.Y.)

## STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that, through counsel, the *Burnett* plaintiffs and defendants Bakr Binladin, Omar Binladin, Tariq Binladin, and Hamad Al-Husaini have agreed to and hereby stipulate to the dismissal, with prejudice, of defendants Bakr Binladin, Omar Binladin, Tariq Binladin, and Hamad Al-Husaini in the above captioned case, with each side to bear its own attorney's fees, costs, and expenses.

Respectfully submitted,

| HANLY CONROY BIERSTEIN & SHERIDAN | JONES DAY |
|---|---|
| By: _____ <br> Andrea Bierstein <br> HANLY CONROY BIERSTEIN <br> & SHERIDAN <br> 112 Madison Avenue <br> New York, New York 10016 <br><br> *Attorneys for Burnett Plaintiffs* | By: _____ <br> Stephen J. Brogan <br> Mary Ellen Powers <br> Timothy J. Finn <br> Jonathan C. Rose <br> James E. Gauch <br> Michael P. Gurdak <br> JONES DAY <br> 51 Louisiana Avenue, N.W. <br> Washington, D.C. 20001 <br><br> *Attorneys for Defendants* <br> *Bakr Binladin, Omar* <br> *Binladin, and Tariq Binladin* |

WAI-2202364v2

THE BERNABEI LAW FIRM, PLLC

By: *Alan R. Kabat*

Lynne Bernabei
Alan R. Kabat
THE BERNABEI LAW
FIRM, PLLC
1775 T Street, N.W.
Washington, D.C. 20009

*Attorneys for Defendant
Hamad Al-Husaini*