UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Terrorist Attacks on September 11, 2001 ) ) ) ) ) ) ) ) ) ) ) | 03 MDL No. 1570 (RCC)<br><br>**NOTICE OF CHANGE OF LAW FIRM NAME AND ADDRESS**<br><br>This document relates to:<br><br>*Cantor Fitzgerald & Co., et al. v. Akida Bank Private, Ltd.,* et al., Case No. 04-CV-7065 (RCC) |

TO ALL PARTIES AND THEIR ATTORNEYS OR RECORD:

PLEASE TAKE NOTICE that **effective July 1, 2006** the attorneys for Plaintiffs in the above referenced matter will change the name of their law firm from Dickstein Shapiro Morin & Oshinsky LLP to:

**Dickstein Shapiro LLP**

All future reference to the firm in this matter should be to Dickstein Shapiro LLP.

The firm's and its attorneys' mailing and email addresses, phone numbers and fax numbers will be also changed **effective July 7, 2006** as set forth below:

| Former firm name and address | New firm name and address |
|---|---|
| Kenneth L. Adams, Esq. (admitted *pro hac vice*)<br>Christopher T. Leonardo, Esq. (CL3043)<br>Dickstein Shapiro Morin & Oshinsky LLP<br>2101 L St., NW<br>Washington, DC 20037<br>(202) 785-9700<br>Fax: (202) 887-0689<br>Email:<br>AdamsK@dsmo.com<br>LeonardoC@dsmo.com | Kenneth L. Adams, Esq. (admitted *pro hac vice*)<br>Christopher T. Leonardo, Esq. (CL3043)<br>Dickstein Shapiro LLP<br>1825 Eye Street, NW<br>Washington, DC 20006<br>(202) 420-2200<br>Fax: (202) 420-2201<br>Email:<br>AdamsK@dicksteinshapiro.com<br>Leonardoc@dicksteinshapiro.com |

| | |
|---|---|
| Andrew N. Bourne, Esq. (AB9774)<br>Dickstein Shapiro Morin & Oshinsky LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>(212) 896-5476<br>Fax: (212) 997-9880<br>Email: BourneA@dsmo.com | Andrew N. Bourne, Esq. (AB9774)<br>Dickstein Shapiro LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>(212) 277-6500<br>Fax: (212) 277-6501<br>Email: BourneA@dicksteinshapiro.com |

Dated: June 28, 2006

_____/s/_____
Christopher T. Leonardo, Esq. CL3043)
Dickstein Shapiro Morin & Oshinsky LLP
2101 L St., NW
Washington, DC 20037
(202) 785-9700
Fax: (202) 887-0689

Counsel for Plaintiffs in *Cantor Fitzgerald & Co., et al. v. Akida Bank Private, Ltd.,* et al., Case No. 04-CV-7065 (RCC)

**CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2006, I caused an electronic copy of the foregoing **NOTICE OF CHANGE OF LAW FIRM NAME AND ADDRESS** to be served electronically by the Court's Electronic Case Filing (ECF) System.

June 28, 206                                          _____/s/_____
                                                      Christopher T. Leonardo