UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Terrorist Attacks on September 11, 2001 ) ) ) ) ) ) ) ) ) ) ) | 03 MDL No. 1570 (RCC)<br><br>**NOTICE OF MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD**<br><br>This document relates to:<br><br>*Cantor Fitzgerald & Co., et al. v. Akida Bank Private, Ltd.*, et al., Case No. 04-CV-7065 (RCC) |

## NOTICE OF MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Christopher T. Leonardo, Esq., Plaintiffs will respectfully move this Court, at the United States District Courthouse for the Southern District of New York, 500 Pearl Street, New York, new York, 10007, for entry of an order pursuant to Local Rule 1.4, reliving Johnathan Goodman and Stacey Saiontz as attorneys of record for the Cantor Fitzgerald & Co., et al. Plaintiffs.

Washington, D.C.
Dated: June 28, 2006

Respectfully submitted:

_____
Christopher T. Leonardo, Esq. CL3043)
Dickstein Shapiro Morin & Oshinsky LLP
2101 L St., NW
Washington, DC 20037
(202) 785-9700
Fax: (202) 887-0689

DSMDB-2104527v01

| | |
|---|---|
| In Re: Terrorist Attacks on September 11, 2001 ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | 03 MDL No. 1570 (RCC) <br><br> This document relates to: <br><br> *Cantor Fitzgerald & Co., et al. v. Akida Bank Private, Ltd.,* et al., Case No. 04-CV-7065 (RCC) |

# DECLARATION IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD

Christopher T. Leonardo, an attorney at law duly admitted to practice before the United States District Court for the Southern District of New York, Bar No. CL 3043, declares as follows, under the penalty of perjury.

1. I am a member of the law firm of Dickstein Shapiro Morin & Oshinsky LLP, 2101 L St., NW, Washington DC 20037, one of the attorneys of record for the *Cantor Fitzgerald & Co., et al.* Plaintiffs in the above captioned action.

2. I am fully familiar with the facts and circumstances as set forth herein and make this Declaration in support of Dickstein Shapiro Morin & Oshinsky LLP's application to relieve Johnathan Goodman and Stacey Saiontz as of the attorneys of record for the *Cantor Fitzgerald & Co., et al.* Plaintiffs in the above captioned action.

3. Johnathan Goodman and Stacey Saiontz are no longer affiliated with Dickstein Shapiro Morin & Oshinsky LLP.

DSMDB-2104527v01

4. For the foregoing reasons, the undersigned respectfully requests that this Court grant Dickstein Shapiro Morin & Oshinsky LLP leave to relieve Johnathan Goodman and Stacey Saiontz as two of the attorneys record for the *Cantor Fitzgerald & Co., et al.* Plaintiffs in the above captioned action. A proposed Order is attached hereto for the Court's convenience.

5. I certify that all of the foregoing statements made by me are true, and I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Washington, D.C.  
Dated: June 28, 2006

Respectfully submitted:

_____  
Christopher T. Leonardo, Esq. CL3043)  
Dickstein Shapiro Morin & Oshinsky LLP  
2101 L St., NW  
Washington, DC 20037  
(202) 785-9700  
Fax: (202) 887-0689

Counsel to *Cantor Fitzgerald & Co., et al.*  
Plaintiffs

| | |
|---|---|
| In Re: Terrorist Attacks on September 11, 2001 ) ) ) ) ) ) ) ) ) ) | 03 MDL No. 1570 (RCC)<br><br>This document relates to:<br><br>*Cantor Fitzgerald & Co., et al. v. Akida Bank Private, Ltd.*, et al., Case No. 04-CV-7065 (RCC) |

## ORDER

This matter came before the Court on Motion by Dickstein Shapiro Morin & Oshinsky LLP to remove relieve Johnathan Goodman and Stacey Saiontz as two of the attorneys record for the *Cantor Fitzgerald & Co., et al.* Plaintiffs in the above captioned action.

Good cause being shown, it is hereby ORDERED that Johnathan Goodman and Stacey Saiontz are relieved as two of the attorneys record for the *Cantor Fitzgerald & Co., et al.* Plaintiffs in the above captioned action.

It is further ORDERED that appearances of Kenneth L. Adams, Christopher T. Leonardo, Esq., and Andrew N. Bourne, Esq., for the *Cantor Fitzgerald & Co., et al.* Plaintiffs in the above captioned action will remain unchanged.

ENTERED:

_____

DSMDB-2104527v01

4

## CERTIFICATE OF SERVICE

    I hereby certify that on June 28, 2006, I caused an electronic copy of the foregoing **NOTICE OF MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD** to be served electronically by the Court's Electronic Case Filing (ECF) System.

June 28, 206                                                        /s/
                                                                                                   Christopher T. Leonardo

DSMDB-2104527v01