UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) |
| *This document relates to:* <br> *Ashton et al. v. al Qaida*, 02-cv-6977 (RCC) | ECF Case |

### DEFENDANT TADAMON ISLAMIC BANK'S NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, Defendant Tadamon Islamic Bank will move before the Honorable Richard Conway Casey, United States District Court for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, for the following relief:

a.) Dismissal of Plaintiffs' Complaint pursuant to Fed. R. Civ. P. 12 (b)(6) for failure to state a claim upon which relief can be granted;

b.) Dismissal of plaintiffs' Complaint pursuant to Fed. R. Civ. P. 12 (b)(2) for lack of personal jurisdiction

c.) Dismissal for any such further relief as the Court deems just and proper.

Dated: June 29, 2006

                                               Respectfully Submitted,

                                             _____/s/_____
                                             Martin F. McMahon, Esq., #M.M.4389
                                             MARTIN F. MCMAHON & ASSOCIATES
                                             1150 Connecticut Avenue NW, Suite 900
                                             Washington, DC 20036
                                             Phone:       202-862-4343
                                             Facsimile:    202-828-4130

                                             *Attorney for Defendant Tadamon Islamic Bank, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing Notice of Motion and its accompanying Motion to Dismiss were served via electronic case filing on this 29th day of June, 2006, upon the following:

>Andrew J. Maloney III, Esq.
>Kreindler & Kreindler
>100 Park Avenue
>New York, NY 10017-5590

                                                  _____/s/_____
                                                    Lisa D. Angelo