UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Terrorist Attacks on September 11, 2001 (Hon. Richard C. Casey) | 03 MDL No. 1570 (RCC)<br><br>This document relates to:<br><br>*Cantor Fitzgerald & Co., et al. v. Akida Bank Private, Ltd.*, et al.,<br><br>Case No. 04-CV-7065 (RCC) |

Dickstein Shapiro LLP
2101 L St., NW
Washington, DC 20037


**Notice of Change of Firm Name and Attorney Information**

Pursuant to Civil Rule 1.3(d) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, please take notice of the following changes in our firm name and attorney information, **effective July 7, 2006,** for the attorneys of record for the above-captioned case.

| New firm name and address |
|---|
| Kenneth L. Adams, Esq.<br>Dickstein Shapiro LLP<br>1825 Eye Street, NW<br>Washington, DC 20006<br>(202) 420-2202<br>Fax: (202) 420-2201<br>Email: AdamsK@dicksteinshapiro.com |

1

Respectfully submitted,

By: /s/ Kenneth L. Adams
Kenneth L. Adams, Esq. (admitted pro have vice)
Dickstein Shapiro LLP
2101 L St., NW
Washington DC 20037
(202) 828-2202

DATED: June 26, 2006