**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re* Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF case |

*This document relates to:*

    *Ashton v. Al Qaeda Islamic Army, et al.* 02-CV-6977 (RCC)

*This document is filed on behalf of Defendant Sheikh Yusef al-Qardawi*

### STIPULATION AND ORDER TO VACATE DEFAULT JUDGMENT

    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs in the above-referenced case and Defendant Sheikh Yusuf al-Qaradawi ("Defendant"), by and through their undersigned counsel, that the default judgment entered on May 12, 2006, as it pertains to Sheikh Yusuf al-Qaradawi, be vacated.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-10-06

Respectfully submitted,

KREINDLER & KREINDLER

By: _____
Andrew J. Maloney
Vincent I. Parrett
100 Park Avenue
New York, New York 10017-5590
212-687-8181

*Attorneys for Kathleen Ashton, et al.*

DOAR RIECK KALEY & MACK

By: *Amy Rothstein* (signature)
Amy Rothstein
217 Broadway, Suite 707
New York, New York 10007
212-619-3730

*Attorney for Sheikh Yusuf al-Qaradawi*

SO ORDERED:

_____          Dated: July 10, 2006
RICHARD CONWAY CASEY, U.S.D.J.