USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

ECF

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

## MEMO ENDORSED

*This document relates to:*

*Burnett v. Al Baraka Investment & Development Corp.*, 03 CV 9849 (RCC)
*Burnett v. Al Baraka Investment & Development Corp.*, 03-CV-5738 (RCC)
*Euro Brokers Inc., et al. v. Al Baraka Investment & Development Corp.*, 04 CV 7279 (RCC)
*World Trade Center Properties, L.L.C., et al. v. Al Baraka Investment & Development Corp. et al.*, 04 CV 7280 (RCC)

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs in all of the above-referenced cases consolidated under 03 MDL 1570 and Defendant Ahmed Zaki Yamani by and through their undersigned counsel, that Plaintiffs' time to respond to Defendants' "Motion to Vacate Defaults and Dismiss the Claims Against Him" shall be July 17, 2006 and that Defendants' time to file reply papers shall be fourteen days after receipt of service of the plaintiffs' response.

Dated: June ____, 2006

RAYNER M. HAMILTON, ESQUIRE

By: _____
RAYNER M. HAMILTON
1155 Avenue of the Americas
New York, NY 10036

*Counsel for Defendant Ahmed Zaki Yamani*

Respectfully Submitted,

MOTLEY RICE LLC

By: _____
ROBERT T. HAEFELE
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

*Counsel for Plaintiffs*

SO ORDERED:

_____
Richard Conway Casey, U.S.D.J.

Dated: July 10, 2006