**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-10-06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*

    *Kathleen Ashton v. Al Qaeda Islamic Army*, Case No. 02-CV-6977 (RCC) (S.D.N.Y.)

### STIPULATION AS TO EXTENSION OF TIME TO RESPOND TO COMPLAINT CONSOLIDATED UNDER MDL 1570

    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs in the above-referenced case consolidated under 03 MDL 1570 and Defendant Tadamon Islamic Bank ("Defendant"), by and through their undersigned counsel, that the time provided for Defendant to answer or otherwise respond to the Complaint in the case referenced above, shall be extended to and through June 30, 2006.

    IT IS FURTHER HEREBY STIPULATED AND AGREED that the Plaintiffs' response to Defendant's responsive pleadings, if any, shall be served within sixty days of receipt of same from Defendant's counsel, and that Defendant shall file reply papers, if any, within thirty days of receipt of Plaintiffs' opposing papers.

    IT IS FURTHER HEREBY STIPULATED AND AGREED that all other provisions of any Stipulation as to Service of Process and Extension of Time to Respond previously filed by the parties shall remain in full force and effect.

Respectfully submitted.

KREINDLER & KREINDLER

By: _____
Andrew J. Maloney III, Esq.
Vincent I. Parrett, Esq.
100 Park Ave.
New York, NY 10017-5590

*Attorneys for Kathleen Ashton, et al.*

MARTIN F. MCMAHON & ASSOCIATES

By: _____
Martin F. McMahon, Esq.
Lisa D. Angelo, Esq.
1150 Connecticut Ave., N.W.
Suite 900
Washington, D.C. 20036

*Attorneys for Defendant*

SO ORDERED:

_____
RICHARD CONWAY CASEY, U.S.D.J.

Dated: July 10, 2006



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-10-06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In Re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) ECF Case |
|---|---|

## MEMO ENDORSED

*This document relates to:*

*Burnett v. Al Baraka Investment & Development Corp.*, 03 CV 9849 (RCC)
*Burnett v. Al Baraka Investment & Development Corp.*, 03-CV-5738 (RCC)
*Euro Brokers Inc., et al. v. Al Baraka Investment & Development Corp.*, 04 CV 7279 (RCC)
*World Trade Center Properties, L.L.C., et al. v. Al Baraka Investment & Development Corp. et al.*, 04-CV-7280 (RCC)

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs in all of the above-referenced cases consolidated under 03 MDL 1570 and Defendant Ahmed Zaki Yamani by and through their undersigned counsel, that Plaintiffs' time to respond to Defendants' "Motion to Vacate Defaults and Dismiss the Claims Against Him" shall be July 17, 2006 and that Defendants' time to file reply papers shall be fourteen days after receipt of service of the plaintiffs' response.

Dated: June ___, 2006

RAYNER M. HAMILTON, ESQUIRE
By: _____
RAYNER M. HAMILTON
1155 Avenue of the Americas
New York, NY 10036

*Counsel for Defendant Ahmed Zaki Yamani*

SO ORDERED:

_____
Richard Conway Casey, U.S.D.J.

Respectfully Submitted,

MOTLEY RICE LLC
By: _____
ROBERT T. HAEFELE
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

*Counsel for Plaintiffs*

Dated: July 10, 2006