
# MEMO ENDORSED





**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*

    *Thomas E. Burnett, Sr., et al. v. Al Baraka Investment & Development Corp., et al.*, Case No. 03-CV-5738 (S.D.N.Y.)

### STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that, through counsel, the *Burnett* plaintiffs and defendants Bakr Binladin, Omar Binladin, Tariq Binladin, and Hamad Al-Husaini have agreed to and hereby stipulate to the dismissal, with prejudice, of defendants Bakr Binladin, Omar Binladin, Tariq Binladin, and Hamad Al-Husaini in the above captioned case, with each side to bear its own attorney's fees, costs, and expenses.

Respectfully submitted,

| HANLY CONROY BIERSTEIN & SHERIDAN | JONES DAY |
|---|---|
| By: _/s/_ Andrea Bierstein | By: _/s/_ Stephen J. Brogan |
| HANLY CONROY BIERSTEIN & SHERIDAN<br>112 Madison Avenue<br>New York, New York 10016 | Stephen J. Brogan<br>Mary Ellen Powers<br>Timothy J. Finn<br>Jonathan C. Rose<br>James E. Gauch<br>Michael P. Gurdak<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001 |
| *Attorneys for Burnett Plaintiffs* | *Attorneys for Defendants Bakr Binladin, Omar Binladin, and Tariq Binladin* |
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-11-06

THE BERNABEI LAW FIRM, PLLC

By: *Alan R. Kabat*

Lynne Bernabei
Alan R. Kabat
THE BERNABEI LAW
FIRM, PLLC
1775 T Street, N.W.
Washington, D.C. 20009

*Attorneys for Defendant*
*Hamad Al-Husaini*

SO ORDERED:

*[signature]*
July 10, 2006

WAI-2202364v2

2