
RECEIVED JUL 10 2006 CHAMBERS OF RICHARD CONWAY CASEY U.S.D.J.

(AJET, 5.

**MEMO ENDORSED**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF case |

*This document relates to:*

    *Ashton, et al. v. Al Qaeda Islamic Army, et al.* 03-CV-6977 (RCC)
    *New York Marine & General Insurance Co. v. Al Qaida, et al.* 04-CV-6105 (RCC)
    *Continental Casualty Insurance v. Al Qaeda, et al.* 04-CV-5970 (RCC)
    *Burnett v. Al Baraka Investment & Development Corp., et al.* 03-CV-5738 (RCC)
    *Burnett v. Al Baraka Investment & Development Corp., et al.* 03-CV-9849 (RCC)

*This document is filed on behalf of Defendant Sheikh Yusef al-Qardawi*

### STIPULATION AS TO EXTENSION OF TIME TO RESPOND TO COMPLAINT CONSOLIDATED UNDER MDL 1570

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs in the above-referenced cases consolidated under 03 MDL 1570, and Defendant Sheikh Yusuf al-Qaradawi ("Defendant"), by and through their undersigned counsel, that the time provided for Defendant to answer or move with respect to the Complaints in the cases referenced above shall be extended to and through August 4, 2006.

IT IS FURTHER HEREBY STIPULATED AND AGREED that Plaintiffs shall have sixty days from receipt of Defendant's motion papers, to and through October 4, 2006, to file opposition papers, and that Defendant shall have thirty days from receipt of Plaintiffs' opposition papers, to and through November 4, 2006, to file reply papers.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-11-06

Respectfully submitted,

BROWN, GAVALAS & FROMM, L.L.P.

By: _____
Frank Rubino
355 Lexington Avenue
9th Floor
New York, New York 10017

*Attorneys for New York Marine and General Insurance Company*

FERBER CHAN ESSNER & COLLER, LLP
~~ROBSON FERBER FROST CHAN &
ESSNER LLP~~

By: _____
Robert Martel Kaplan
530 Fifth Avenue
New York, New York 10036-5101

*Attorneys for Continental Casualty Co.*

MOTLEY RICE LLC

By: _____
Robert Haefele
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, South Carolina 29465

*Attorneys for Burnett, et al.*

KREINDLER & KREINDLER, LLP

By: *[signature]*
Andrew J. Maloney, III
100 Park Avenue
New York, New York 10017

*Attorney for Kathleen Ashton, et al.*

DOAR RIECK KALEY & MACK

By: *[signature]*
Amy Rothstein
217 Broadway, Suite 707
New York, New York 10007

*Attorney for Sheikh Yusuf al-Qaradawi*

SO ORDERED:

*[signature]*
RICHARD CONWAY CASEY, U.S.D.J.

Dated: July 10, 2006