

| In Re: Terrorist Attacks on September 11, 2001 | ) ) ) ) ) ) ) ) ) ) ) | 03 MDL No. 1570 (RCC)<br><br>This document relates to:<br><br>*Cantor Fitzgerald & Co., et al. v. Akida Bank Private, Ltd.*, et al., Case No. 04-CV-7065 (RCC) |
|---|---|---|

## ORDER

This matter came before the Court on Motion by Dickstein Shapiro Morin & Oshinsky LLP to remove relieve Johnathan Goodman and Stacey Saiontz as two of the attorneys record for the *Cantor Fitzgerald & Co., et al.* Plaintiffs in the above captioned action.

Good cause being shown, it is hereby ORDERED that Johnathan Goodman and Stacey Saiontz are relieved as two of the attorneys record for the *Cantor Fitzgerald & Co., et al.* Plaintiffs in the above captioned action.

It is further ORDERED that appearances of Kenneth L. Adams, Christopher T. Leonardo, Esq., and Andrew N. Bourne, Esq., for the *Cantor Fitzgerald & Co., et al.* Plaintiffs in the above captioned action will remain unchanged.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-12-06

So ordered.

ENTERED: July 12, 2006

DSMDB-2104527v01

4