**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) <br> ECF Case |

*This document relates only to:   Ashton et al v. al Qaeda et al*, 02-cv-6977 (RCC)

### ORDER

Upon consideration of the evidence and submission by counsel in Sanabil Inc's Motion to Dismiss dated July 31, 2006, and Plaintiffs' opposition thereto, it is hereby **ORDERED, ADJUDGED AND DECREED**:

That Sana-Bell, Inc. is dismissed with prejudice as a Defendant from Plaintiffs' complaint as Sana-Bell, Inc. has merged into Sanabel Al Kheer, Inc.;

That any and all of Plaintiffs' allegations against Sana-Bell, Inc. are incorporated by reference and do hereby merge into Plaintiffs' allegations against Sanabel Al Kheer as the successor entity of Sana-Bell, Inc..

Dated: _____,___, 2006
    New York, New York

                                                      _____
                                                      United States District Judge
                                                      Richard C. Casey