UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) |
| *This document relates to:* | ECF Case |
| *Ashton et al v. al Qaeda et al*, 02-cv-6977 (RCC) | |

# DEFENDANT SANA-BELL, INC.'S NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, Defendant Sana-Bell, Inc. will move before the Honorable Richard Conway Casey, United States District Court for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, for the following relief:

    Dismissal with prejudice from plaintiffs' Complaint as the entity no longer exists.

Dated: July 31, 2006

                                            Respectfully Submitted,

                                            _____/s/_____
                                            Martin F. McMahon, Esq., #M.M.4389
                                            MARTIN F. MCMAHON & ASSOCIATES
                                            1150 Connecticut Avenue NW, Suite 900
                                            Washington, DC 20036
                                            Phone:        202-862-4343
                                            Facsimile:    202-828-4130

                                            *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Notice of Motion and its accompanying Motion to Dismiss were served via electronic case filing on this 31st day of July, 2006, upon the following:

Andrew J. Maloney III, Esq.
Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590

_____/s/_____
Lisa D. Angelo, Esq.