UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) |
| *This document relates to:* | ECF Case |
| *Ashton et al v. al Qaeda et al*, 02-cv-6977 (RCC) | |

### DEFENDANT SANABEL AL-KHEER'S NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and all prior papers and proceedings herein, Defendant Sanabel Al-Kheer will move before the Honorable Richard Conway Casey, United States District Court for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, for the following relief:

(a) dismissal of plaintiffs' Complaint pursuant to Fed. R. Civ. P. 12 (b)(6) for failure to state a claim upon which relief can be granted;

(b) dismissal for any such further relief as the Court deems just and proper.

Dated: July 31, 2006

                                                  Respectfully Submitted,

                                                  _____/s/_____
                                                  Martin F. McMahon, Esq., #M.M.4389
                                                  MARTIN F. MCMAHON & ASSOCIATES
                                                  1150 Connecticut Avenue NW, Suite 900
                                                  Washington, DC 20036
                                                  Phone:	202-862-4343
                                                  Facsimile:	202-828-4130

                                                  *Attorney for Defendant Sanabel Al-Kheer*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing Motion to Dismiss was served via electronic case filing on this 31st day of July, 2006, upon the following:

Andrew J. Maloney III, Esq.
Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590

_____/s/_____
Lisa D. Angelo, Esq.