Exhibit B

**From:** Hamilton, Rayner
**Sent:** Friday, June 16, 2006 6:55 PM
**To:** 'Haefele, Robert'
**Subject:** RE: Zaki Yamani

    Confirming our telephone conversation, I agreed that you have 30 days within which to respond to my motion dated June 5, 2006, and I will have two weeks thereafter to reply. If, upon reflection and review of my motion, you conclude that it might be disposed of by consent, please contact me as, frankly, I do not view this motion practice as a productive use of your time or of mine. You can always reach me by email, or by calling my office in New York (212 819 8822) or at this time of year my home in Connecticut (203 629 9552). Regards, RMH

---

**From:** Haefele, Robert [mailto:rhaefele@motleyrice.com]
**Sent:** Friday, June 16, 2006 5:02 PM
**To:** Hamilton, Rayner
**Subject:**

Raynor - I am writing to follow up on my telephone call to your office earlier today to discuss you filing of last week, in the hope of discussing a briefing schedule. Would you please call me back at your earliest possible convenience. Thanks.

Robert T. Haefele
Motley Rice LLC
28 Bridgeside Blvd.
P.O. Box 1792 (29465)
Mount Pleasant, SC 29464
direct: (843) 216-9184
fax: (843) 216-9450
email: RHaefele@motleyrice.com



MotleyRice

Motley Rice LLC, Attorneys at Law
*Litigating Today For A Better Tomorrow*

### Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies—electronic, paper or otherwise—which you may have of this communication.