Exhibit D

**From:** Hamilton, Rayner
**Sent:** Monday, July 10, 2006 10:17 AM
**To:** 'Haefele, Robert'
**Subject:** FW: Activity in Case 1:03-cv-09849-RCC Burnett v. Al Baraka Investment & Development Corp. "Stipulation and Order"

Mr. Haefele:

    Please provide the same treatment as the attached for my client, or at least explain why that is not appropriate. Regards, Rayner M. Hamilton

---

**From:** NYSD_ECF_Pool@nysd.uscourts.gov [mailto:NYSD_ECF_Pool@nysd.uscourts.gov]
**Sent:** Monday, July 10, 2006 8:36 AM
**To:** courtmail@nysd.uscourts.gov
**Subject:** Activity in Case 1:03-cv-09849-RCC Burnett v. Al Baraka Investment & Development Corp. "Stipulation and Order"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## Southern District of New York

Notice of Electronic Filing

The following transaction was received from rjm, entered on 7/10/2006 at 8:35 AM EDT and filed on 7/7/2006

**Case Name:**     In Re: Terrorist Attacks on September 11, 2001
**Case Number:**   1:03-md-1570
**Filer:**
**Document Number:** 1852
**Case Name:**     Burnett v. Al Baraka Investment & Development Corp.
**Case Number:**   1:03-cv-9849
**Filer:**
**Document Number:** 472

**Docket Text:**
STIPULATION AND ORDER VACATING THE DEFAULT ENTERED AGAINST ABDULLAH BIN KHALID AL-THANI... The order of default entered against Sheikh Abdullah in this Burnett action on 4/7/06 shall be vacated. Sheikh Abdullah hereby moves to dismiss the Burnett action. The moving papers already served and filed in support of and in opposition to Sheikh Abdullah's motion to dismiss in 04-7279, 04-6105, and 04-7280 shall be deemed applicable to, and filed in the Burnett action as well... and as further set forth in said stipulation. (Signed by Judge Richard C. Casey on 7/7/06) Filed In Associated Cases: 1:03-md-01570-RCC-FM,1:03-cv-09849-RCC(rjm, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=7/10/2006] [FileNumber=2441707-0
] [297d46b8ece05bf342f304dc66f47eedd55baf69a3b7528d2d5a0ed17baf923353e
110475629a1b11eccb771d0353491b1eb6ad926de6cb5142778dacd2edf77]]
**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=7/10/2006] [FileNumber=2441708-0
] [0c4b468a0993ebd685db17e863605c376a3ca11ee56191fdd52c0e65bd86b4b66d9
60560ef822f8c65ced197ad31651473461163541d29e49f77e40777da7854]]

**1:03-md-1570 Notice will be electronically mailed to:**

Brian J. Alexander     balexander@kreindler.com, msherwin@kreindler.com

Tracey Cote Allen     tracey.allen@wilmerhale.com,

Joshua M. Ambush     ,

Dean Arnold     dean@nbmlaw.com,

Bonnie K. Arthur     barthur@hunton.com,

Steven Karl Barentzen     steven.barentzen@dlapiper.com, jonathan.labukas@dlapiper.com

Michel F. Baumeister     mbaumeister@baumeisterlaw.com

Christopher J. Beal     cris.beal@dlapiper.com

Mitchell Rand Berger     mberger@pattonboggs.co! m, aprice@pattonboggs.com

Lynne A. Bernabei     lbernabei@aol.com

Adam C. Bonin     abonin@cozen.com,

Andrew N. Bourne     bournea@dicksteinshapiro.com

David William Bowker     david.bowker@wilmerhale.com