**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS



# C E R T I F I C A T E

**THIS IS TO CERTIFY** that there were received and accepted for record in the Department of Consumer and Regulatory Affairs, Corporations Division, on the **28th** day of **July, 1989**, *Articles of Incorporation of:*

**SANA - BELL, INC. (THE)**

**WE FURTHER CERTIFY** that said Certificate and Articles of Incorporation were Revoked by Proclamation on the **9th** Day of **September, 2002**, pursuant to the Distirct of Columbia NONPROFIT CORPORATION ACT, for having failed and/or refused to file reports and pay all fees due and owing on or before April 15th, **2002**.

**IN TESTIMONY WHEREOF I** have hereunto set my hand and caused the seal of this office to be affixed this **3rd** day of **June, 2004**.

David Clark
DIRECTOR

John T. Drann
Administrator
Business and Professional Licensing Administration

Patricia E. Grays
Superintendent of Corporations
Corporations Division

nthony A. Williams
Mayor

DEFENDANT'S EXHIBIT
B