

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/31/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) |
| *This document relates to:* | ECF Case |
| *Federal Insurance Co. v. al Qaida*, 03-cv-6978 (RCC) | |

## STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that, through counsel, the Federal Insurance Plaintiffs and

Defendant Al Baraka Bancorp have agreed to and hereby stipulate to the dismissal, with

prejudice, of Defendant Al Baraka Bancorp in the above captioned case, with each side to bear

its own attorney's fees, costs, and expenses.

Respectfully submitted,

COZEN O'CONNOR

By: _____
Sean P. Carter, Esq.
Adam C. Bonin, Esq.
1900 Market Street
Philadelphia, PA 19103

*Attorneys for Federal Insurance Plaintiffs*

MARTIN F. MCMAHON & ASSOCIATES

By: _____
Martin F. McMahon
1150 Connecticut Ave., N.W.
Suite 900
Washington, D.C. 20036

*Attorney for Defendant Al Baraka Bancorp*

SO ORDERED:

_____
RICHARD CONWAY CASEY, U.S.D.J.

Dated: 7/31/06