# MARTIN F. MCMAHON & ASSOCIATES

1150 CONNECTICUT AVENUE, N.W
SUITE 900
WASHINGTON, D.C. 20036

MARTIN F. MCMAHON
Managing Partner
Admitted in District of Columbia, New York
and U.S. District Court of Maryland

LISA D. ANGELO
Associate
Admitted in District of Columbia and
California

CHRISTOPHER D. BROWN
Of Counsel
Admitted in District of Columbia and
Maryland

Established 1978

TELEPHONE (202) 862-4343
FACSIMILE (202) 828-4130

www.martinmcmahonlaw.com

**MEMO ENDORSED**

JASON D. ZU BOW
Of Counsel
Admitted in District of Columbia and
Maryland

JEFFREY GLECK
Of Counsel
Admitted in District of Columbia

ROBERT MANCI
Of Counsel
Admitted in District of Columbia and
Maryland

July 26, 2006

**SENT VIA ELECTRONIC AND US MAIL**

Hon. Richard Conway Casey
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1350
New York, New York 10007-1312

   Re:   1:03-md-1570

Dear Judge Casey:

   Counsel for Defendant Dallah Avco seeks to have Document Numbers 1863 and 1864 noted on the Docket for 1:03-md-1570 and 1:02-cv-6977 as retracted because these documents were filed in error. Document Number 1863 is a Notice of Motion relating to Case Number 1:02-cv-6977. This Notice was mistakenly filed as Defendant Dallah Avco does not have a new motion to file in Case Number 1:02-cv-6977. Document Number 1864 is a Reply Motion in Support of the Motion to Dismiss the Complaint in Case Number 1:02-cv-6977. This document was also filed in error as it was incomplete. This error was discovered on July 24, 2006 and the correct Reply memo was filed on July 24, 2006 as the due date for the Reply had not yet passed.

   There will be no prejudice to Plaintiffs or their counsel if the motions filed on July 21, 2006 are retracted. Upon discovering that the July 21, 2006 motions were filed incorrectly, Defense counsel contacted Plaintiffs' counsel via electronic mail to notify them of the error, and Plaintiffs' counsel consented via electronic mail to the refiling.

   Counsel for Defendant Dallah Avco apologizes for any inconvenience this error may have caused the Court.

Sincerely,

Martin F. McMahon

cc: Andrew J. Maloney, Esq.

*Application granted. The Clerk of the Court is directed to strike documents 1863 and 1864 from the docket. So ordered.*

*July 31, 2006*