UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re* Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF case |

*This document relates to*:

> *Ashton v. Al Qaeda Islamic Army, et al.* 02-CV-6977 (RCC)
> *New York Marine & General Insurance Co. v. Al Qaida, et al.* 04-CV-6105 (RCC)
> *Continental Casualty Insurance v. Al Qaeda, et al.* 04-CV-5970 (RCC)
> *Burnett v. Al Baraka Investment & Development Corp., et al.* 03-CV-5738 (RCC)
> *Burnett v. Al Baraka Investment & Development Corp. et al.* 03-CV-9849 (RCC)

### NOTICE OF SHEIKH YUSUF al-QARADAWI'S
### MOTION TO DISMISS THE COMPLAINTS WITH PREJUDICE

PLEASE TAKE NOTICE that, pursuant to F. R. Civ. P. 12 (b) (2), (4) and (6), and upon the attached Declaration of Amy Rothstein executed on August 2, 2006 and exhibits thereto, the Declaration of Sheikh Yusuf al-Qaradawi executed on July 30, 2006, and the accompanying Memorandum of Law, Sheikh Yusuf al-Qaradawi, by the undersigned counsel, hereby moves the Court, before the Honorable Richard Conway Casey, United States District Judge, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007, for the dismissal with prejudice of the above-titled cases.

Dated: New York, New York
August 4, 2006

Respectfully submitted,

_____
Amy Rothstein (AR 3463)
Doar Rieck Kaley & Mack
217 Broadway, Suite 707
New York, New York 10007
Tel: (212) 619-3730
Fax: (212) 962-5037