UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF case |

This document relates to:

    Ashton v. Al Qaeda Islamic Army, et al. 02-CV-6977 (RCC)
    New York Marine & General Insurance Co. v. Al Qaida, et al. 04-CV-6105 (RCC)
    Continental Casualty Insurance v. Al Qaeda, et al. 04-CV-5970 (RCC)
    Burnett v. Al Baraka Investment & Development Corp., et al. 03-CV-5738 (RCC)
    Burnett v. Al Baraka Investment & Development Corp. et al. 03-CV-9849 (RCC)

## DECLARATION OF SHEIKH YUSUF AL-QARADAWI IN SUPPORT OF HIS MOTION TO DISMISS THE COMPLAINTS

Sheikh Yusuf al Qaradawi makes the following declaration under penalty of perjury, pursuant to 28 U.S.C. § 1746:

    1. I am a citizen of Qatar and am 79 years old.

    2. I have been informed by my attorneys that I am a defendant in the above actions. I submit this declaration in support of my motion to dismiss the allegations against me in the cases naming me as a defendant.

    3. I left Egypt, of my own volition, in 1961, on assignment from the Egyptian Ministry of Endowments to be the director of the Religious Secondary School in Doha, Qatar. Although I periodically visit Egypt, I became a Qatari citizen in 1969.

    4. I hold the following positions: President of the International Union for Muslim Scholars; and President of the European Council for Fatwa and Research, based in Dublin. Additionally, I have an office on the premises of the former Sunna and Sira Council, located on the University of Qatar campus.

5. I appear on a popular weekly program on al Jazeera television. The show is entitled "Al Sharia Wal Hayat," which means religious law and life. Through my television program, I offer fatwas (religious directives) and other religious advice to Muslims in the Middle East and throughout the world.

6. I have never advocated violence against people in the United States. In fact, within two days of the horrific September 11, 2001 attacks on the United States, I made a public statement condemning them. On September 13, 2001 I said:

> Our hearts bleed for the attacks that have targeted the World Trade Center, as well as other institutions in the United States, despite our strong opposition to the American biased policy towards Israel on the military, political and economic fronts.

The above quote appears in a paper distributed by the Mayor of London, entitled "Why the Mayor of London Will Maintain Dialogues with all of London's Faiths and Communities, a Reply to the Dossier Against the Mayor's Meeting with Dr. Yusuf al-Qaradawi," attached to the accompanying Declaration of Amy Rothstein ("Rothstein Decl.") as Exhibit B at 5.

7. I later made additional statements condemning the September 11 attacks, including a fatwa made jointly with others comprising a "a panel of prominent Muslim scholars," in which we said that it is the duty of Muslims to participate in apprehending those who are responsible for the September 11 attacks. ("A Nation Challenged: the Religious Opinion; Muslim Scholars Back Fight Against Terrorists," New York Times, October 12, 2001, Exhibit C to Rothstein Decl. at 1)

8. I have also condemned other terrorist activity, such as the April 2002 bombing of a synagogue in Tunisia and the bombing in Bali later in 2002. I termed the latter attack a "heinous

2

crime" and an act of "total barbarism." (Exhibit B to Rothstein Decl. at 5-6.)

9. However, my attitude toward "suicide bombing" in Israel, where the Palestinians have been invaded and oppressed, is different. I support such actions as a people's defense of their homeland. I have similar views with respect to the American occupation of Iraq. (My views on Iraq, however, post-date the September 11 attacks and do not, in any event, include support for attacks on United States soil.)

10. Until Bank al Taqwa ceased operations in early 2001, I served as President of its Islamic Legal Control Committee, or Sharia (religious) council. While the bank was functioning, the Islamic Legal Control Committee, never had any role in selecting charities for funding or in deciding with what specific businesses or individuals the bank would interact. Our role was to formulate rules which the bank had to follow in order to be in compliance with Islamic law and to assist in determining the total amount of religious donations that Islamic law required. I was also a shareholder, though not a major shareholder, of Bank al-Taqwa.

11. Until approximately ten years ago, I also served on the Sharia council or committee of Dar al Maal Islami ("DMI"), an Islamic financial network. The role of the Sharia council of DMI was limited in the same fashion as was the Islamic Legal Control Committee of Bank al Taqwa. Neither committee ever, to my knowledge, engaged in any action to support al Qaeda.

12. I am not currently a member of the Muslim Brotherhood. I joined that organization's student division in 1943 but have not been a member for the past twenty years.

13. I was in Afghanistan only once in my life. In March of 2001, together with other Muslim scholars and leaders, I visited Afghanistan in order to plead with Taliban scholars to influence Taliban leaders to stop destroying Buddhist sculptures. (As a result, I was criticized by

conservative Muslims who accused me of supporting the worship of idols.)

14. In the late 1980's, at the end of or shortly after the Soviet occupation, while Afghanistan had a Soviet-backed regime that was near collapse, I visited Peshawar, in Pakistan near the Afghani border, as part of a delegation with other Muslim scholars and leaders to mediate among various rival Mujahideen groups in that area. This was a high-profile visit and our efforts, supported by Western as well as Muslim governments, were to eliminate fighting among various Mujahideen factions so that there could be peace in Afghanistan. In the course of this mission, we visited many Mujahideen campsites. However, I do not believe that we visited an al Qaeda campsite; as far as I know, al Qaeda was not yet then in existence.

15. I have never knowingly supported al Qaeda or any of its activities. Nor have I ever urged violence against those on United States soil.

16. Two of my three children obtained advanced degrees in the United States: my son studied in the United States from 1991 until 2000, and one of my daughters studied in the United States from 1983 through 1989. Until recently another of my daughters made yearly trips to the United States to attend professional conferences. Some of my grandchildren have United States citizenship.

17. As far as I know, my name has never appeared on any official list of persons suspected of terrorist activities. Nor, to my knowledge, have I ever been investigated in connection with such matters, with the possible exception of Plaintiffs in the instant litigation.

18. On a number of occasions since the awful events of September 11, 2001, I have been invited to attend functions at the United States Embassy in Doha. The last such invitation I received was at the end of 2005.

4

19. From the mid-1970s until 1999, I visited the United States approximately once a year, making tours of various Islamic institutions, where I gave talks. I was not paid for these talks.

20. I have no property, assets, bank accounts or business interests in the United States. I understand that the Plaintiffs in one of the cases in this litigation have alleged that I am a former director of the Islamic Center of Boston. While I have made one or two visits to that center, I never served as a director. Perhaps the title of "director" was awarded to me as an honorary title of which I am not aware.

21. Although I am able to read English to a limited extent, I do not read either *USA Today* or the *International Herald Tribune*. (This Declaration was translated for me into Arabic in order for me to sign it.) Nor do I read *Al Quds Al Arabi*. In fact, until I began working on this Declaration, I was unaware that any of these three papers were sold in Qatar or that any were available on the Internet. I have been told that the daily circulation for these newspapers in Qatar are, respectively, 55, 1,500-2,000 and 300. I have also been told that the two English newspapers are available primarily through hotels and Qatar Airways.

22. Unless I am traveling, most days I am in my office on the premises of the University of Qatar. Additionally, once a week I am at the al Jazeera television station for my weekly program. I know of no reason why someone wishing to serve me with legal papers would not be able to do so, either in person or by mail at either the Council offices or at the al Jazeera television station.

WHEREFORE, for the above-stated reasons and those set forth in the accompanying Memorandum of Law and Declaration of Amy Rothstein, I respectfully request

that this Court dismiss, with prejudice, the referenced complaints against me.

I declare under penalty of perjury that the foregoing is true and correct.

July 30, 2006

Sheikh Yusuf al-Qaradawi

  

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF case |
|---|---|

This document relates to:

    Ashton v Al Qaeda Islamic Army, et al 02-CV-6977 (RCC)
    New York Marine & General Insurance Co. v Al Qaeda, et al 04-CV-6105 (RCC)
    Continental Casualty Insurance v Al Qaeda, et al 04-CV-5970 (RCC)
    Burnett v Al Baraka Investment & Development Corp., et al 03-CV-5738 (RCC)
    Burnett v Al Baraka Investment & Development Corp. et al 03-CV-9849 (RCC)

### DECLARATION OF DR. KHALID AL ATTIYA

Dr. Khalid Al Attiya, an attorney licensed to practice in Qatar, states the following under penalty of perjury, pursuant to 28 USC & 1746:

1. I am proficient in English and Arabic.
2. I have read the attached Declaration of Sheikh Yusuf Al Qaradawi in Support of His Motion to Dismiss the Complaints and translated them into Arabic for Dr. Qaradawi.

I declare under penalty of perjury that the foregoing is true and correct.

30 July, 2006

                                                      Dr. Khalid Al Attiya