UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re* Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) ECF case |

*This document relates to*:

> *Ashton v. Al Qaeda Islamic Army, et al.* 02-CV-6977 (RCC)
> *New York Marine & General Insurance Co. v. Al Qaida, et al.* 04-CV-6105 (RCC)
> *Continental Casualty Insurance v. Al Qaeda, et al.* 04-CV-5970 (RCC)
> *Burnett v. Al Baraka Investment & Development Corp., et al.* 03-CV-5738 (RCC)
> *Burnett v. Al Baraka Investment & Development Corp. et al.* 03-CV-9849 (RCC)

**DECLARATION OF AMY ROTHSTEIN IN
SUPPORT OF DEFENDANT SHEIK YUSUF AL-QARADAWI'S MOTION TO DISMISS
THE COMPLAINTS**

Amy Rothstein makes the following declaration under penalty of perjury, pursuant to 28 U.S.C. § 1746.

1. I am an attorney admitted to practice in this Court and am of counsel to the law firm of Doar Rieck Kaley and Mack, attorneys for Defendant Sheikh Yusuf al-Qaradawi in the captioned litigation. I submit this declaration in order to transmit the following exhibits, which support Sheikh Yusuf al-Qaradawi's motion to dismiss the complaints.

2. Exhibit A is the Westlaw version of an article that appeared in The (Sunday) New York Times Magazine, dated April 30, 2006, by Samantha M. Shapiro, titled "Ministering to the Upwardly Mobile Muslim."

3. Exhibit B is a pamphlet issued by the Mayor of London, bearing a copyright mark of January of 2005, titled "Why the Mayor of London Will Maintain Dialogues With All of London's Faiths and Communities: A Reply to the Dossier Against the Mayor's Meeting with Dr. Yusuf al-Qaradawi."

4. Exhibit C is the online version of a New York Times article, dated October 12, 2001, by Laurie Goodstein, titled, "A Nation Challenged: The Religious Opinion; Muslim Scholars Back Fight Against Terrorists."

5. Exhibit D is the online version of a Wall Street Journal article, dated August 4, 2005, by Ian Johnson, titled "Islamic Justice Finds a Foothold in Heart of Europe."

6. Exhibit E is a copy of a letter I received from Lillie J. Kamanu, Chief of Consular

Section, American Embassy Doha, dated June 11, 2006.

      I declare under penalty of perjury that the foregoing is true and correct.

August 2, 2006

                                      AMY ROTHSTEIN (AR-3463)