

**Khalid Al-Attiya**
Legal Consultant & Attorney

خالد العطية
للإستشارات القانونية والمحاماة

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

*In Re* Terrorist Attacks on September 11, 2001 (RCC)        )   03 MDL No. 1570
                                                              )   ECF Case

This document relates to:
   BURNETT, *et al.* v. AL BARAKA INVESTMENT AND DEVELOPMENT CORP., *et al.*, Case No. 03-CV-5738 & 03-CV-9849;
   EURO BROKERS INC., *et al.* v. AL BARAKA INVESTMENT AND DEVELOPMENT CORP., *et al.*, Case No. 04-CV-7279;
   NEW YORK MARINE AND GENERAL INSURANCE CO. v. AL QAIDA, *et al.*, Case No. 04-CV-6105;
   WORLD TRADE CENTER PROPERTIES LLC, *et al.* v. AL BARAKA INVESTMENT AND DEVELOPMENT CORP., *et al.*, Case No. 04-CV-7280.

### DECLARATION OF ABDULLAH BIN KHALID AL-THANI

I, Abdullah Bin Khalid Al-Thani, being duly sworn, declare and state as follows:

1. I am over 18 years of age and competent to testify to the matters set forth below of my own personal knowledge.

2. I have been informed by my attorneys that I am a defendant in the above-captioned actions. I am submitting this declaration in support of my Motion to Dismiss.

3. I was born in 1956 in Qatar, am a Qatari citizen and have not lived anywhere outside of Qatar during the past ten years.

4. I am a member of the Al-Thani ruling family of Qatar and have held official government positions since 1982.

 

**Khalid Al-Attiya**
Legal Consultant & Attorney

5. In October 1983, I joined the Armoured Brigade of the Qatari Army. I was appointed its Commander in 1984 and retired from the army in 1992.

6. From 1992 to 1997, I served as Qatar's Minister of Awqaf and Islamic Affairs. The Ministry of Awqaf is responsible for supervising religious affairs, the zakat fund for the poor and needy, the administrative and financial affairs of the Sharia courts, and the fatwa authority.

7. I have served as Qatar's Minister of the Interior since 1997. The Ministry of Interior Affairs is responsible for maintaining general security and public order, detecting, investigating and preventing crime, protecting the lives and assets of both Qataris and non-Qataris within Qatar's borders, and regulating immigration and naturalization.

8. I have never traveled to the United States to conduct any form of business in either my official or my personal capacity. The only times I have been in the United States were as an airplane passenger in May 1992 and September 1998, when I was in transit between Qatar and Canada. Both times, I spent no more than a few hours in New York while waiting for my connection.

9. I have never owned any property or other assets or maintained any bank account in the United States.

10. I have not conducted any business in the United States through intermediaries or otherwise. I have not conducted business with entities or individuals known by me to be based in the United States.

**Khalid Al-Attiya**
Legal Consultant & Attorney





11. As far as I am aware, I have never appeared on any official list of persons under investigation for terrorist activities or been investigated in connection with such matters outside of this case.

12. I cannot speak, read or write English. I understand that this declaration will be translated into English for purposes of this case.

13. I do not subscribe to or read *USA Today*, the *International Herald Tribune*, or *Al Quds Al Arabi* newspapers. I have been told that the daily circulation figures for those newspapers in Qatar are 55, 1,500-2,000 and 300 copies respectively and that the two English newspapers are distributed primarily through hotels and Qatar Airways.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 21st day of March, 2006.



_____
Sheikh Abdullah Bin Khalid Al-Thani

# EXHIBIT 1

  

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

*In Re* Terrorist Attacks on September 11, 2001 (RCC)        )   03 MDL No. 1570

ECF Case

This document relates to:
BURNETT, *et al.* v. AL BARAKA INVESTMENT AND DEVELOPMENT CORP., *et al.*, Case No. 03-CV-5738 & 03-CV-9849;
EURO BROKERS INC., *et al.* v. AL BARAKA INVESTMENT AND DEVELOPMENT CORP., *et al.*, Case No. 04-CV-7279;
NEW YORK MARINE AND GENERAL INSURANCE CO. v. AL QAIDA, *et al.*, Case No. 04-CV-6105;
WORLD TRADE CENTER PROPERTIES LLC, *et al.* v. AL BARAKA INVESTMENT AND DEVELOPMENT CORP., *et al.*, Case No. 04-CV-7280.

### DECLARATION OF Khalid Bin Mohd Al Attiya

I, **Khalid Bin Mohd Al Attiya**, being duly sworn, declare and state as follows:

1. I am over 18 years of age and competent to testify to the matters set forth below of my own personal knowledge.

2. I reside in **Doha** and am **managing partner and advocate**.

3. I have been retained by counsel for Sheikh Abdullah Bin Khalid Al-Thani in the above-referenced cases for the purpose of verifying an English translation of Sheikh Abdullah's Arabic-language Declaration in support of his Motion to Dismiss.

4. My education qualifications are as follows: **I am a holder of a Bachelors degree in Law obtained in 1993 from Beirut Arab University, Masters Degree in BOT obtained in 2000 and Doctorate degree in Law from the University of Cairo obtained in 2006.**

PCR1-247677.1

Tel. : (+974) 4364447/8 - Fax : (+974) 4364449 - P.O. Box: 9228 - Doha - State of Qatar
E-mail: info@alattiya-legal.com - website: www.alattiya-legal.com

 

**Khalid Al-Attiya**
Legal Consultant & Attorney

5. I am also chairman of the National Human Rights Committee of Qatar and a native speaker of Arabic and also very fluent in both spoken and written English.

6. I have reviewed Sheikh Abdullah's Arabic-language Declaration and the English translation thereof to be filed in support of his Motion to Dismiss the above-referenced matters. Based on the qualifications set forth in Paragraphs 4 and 5 above, I attest that the English translation is a true and accurate translation of Sheikh Abdullah's Arabic-language Declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 22nd day of March, 2006.

Khalid Bin Mohd Al Attiya

[Stamp: Khalid Al-Attiya / Legal Consultant & Attorney]

PCR1-247677.1

# EXHIBIT 2

في دائرة محكمة الولايات المتحدة الأمريكية _ مقاطعة ولاية نيويورك الجنوبية

الموضوع: الهجوم الإرهابي في ٢٠٠١/٩/١١م "آر سي سي ٠٣"

أم دي ال رقم ١٥٧٠ قضية أي سي اف

هذا المستند متعلق بـ:-

- برنات وآخرين ضد شركة البركة للاستثمار والتطوير وآخرين.
القضية رقم ٥٧٣٨ _ المحكمة المدنية ٠٣ و ٩٨٤٩ _ المحكمة المدنية _ ٠٣.
- مؤسسة بروكرز وآخرين ضد شركة البركة للاستثمار والتطوير وآخرين
القضية رقم ٧٢٧٩ _ المحكمة المدنية _ ٠٤.
- شركة نيويورك البحرية وشركة التأمين العامة ضد القاعدة وآخرين
القضية رقم ٦١٠٥ _ المحكمة المدنية _ ٠٤.
- شركة أملاك مركز التجارة العالمي ذات مسئولية محدودة وآخرين ضد شركة
القضية رقم ٧٢٨٠ _ المحكمة المدنية _ ٠٤.

إقرار من عبد الله بن خالد آل ثاني

أنا عبد الله بن خالد آل ثاني أحلف وأقر وأذكر الآتي :-

١- بأنني أبلغ من العمر أكثر من ١٨ عام بكامل الأهلية للشهادة حسب معلوماتي في الأمور الآتية.

٢- أخطرت من خلال محاميّ بأنني مدعى عليّ في القضايا المذكورة أعلاه، وأقدم إقراري هذا لدعم موقفي لشطب القضايا المذكورة.

٣- أنا من مواليد ١٩٥٦م في قطر قطري الجنسية ولم أقم خارج دولة قطر خلال العشر سنوات الماضية.

٤- أنا عضو في عائلة آل ثاني العائلة الحاكمة في قطر ومتقلد مناصب حكومية منذ عام ١٩٨٢م.

٥- في أكتوبر ١٩٨٣م انضممت إلى سلاح الدروع في الجيش القطري وعيّنت قائداً في ١٩٨٤م وتقاعدت من الجيش في عام ١٩٩٢م.

٦- من عام ١٩٩٢م إلى ١٩٩٧م خدمت كوزيراً للأوقاف والشئون الإسلامية وزير الأوقاف مسئولاً عن الأشراف الخاص للشئون الإسلامية، أموال الزكاة للفقراء والمحتاجين، الشئون الادارية والمالية للمحاكم الشرعية وسلطة الفتوى.

٧- خدمت كوزيراً للداخلية منذ عام ١٩٩٧م وزير الداخلية مسئولاً عن الأمن العام والنظام العام والتحقيق ومنع الجريمة، حماية الأرواح والممتلكات للقطريين وغير القطريين ضمن الإقليم القطري وتنظيم الهجرة والتجنيس.

٨- لم أتنقل إلى الولايات المتحدة للقيام بأية أعمال تجارية سواء بصفتي الرسمية أو بصفتي الشخصية.

المرات التي تواجدت فيها في الولايات المتحدة كانت كمسافر في مايو ١٩٩٢م وسبتمبر ١٩٩٨م عندما كنت عابراً بين قطر وكندا وفي المرتين لم أقضي أكثر من بضع ساعات في نيويورك بانتظار الربط بين الرحلات.

٩- لم أمتلك أية عقارات أو املاك ولا يوجد لي حساب بنكي في الولايات المتحدة.

١٠- لم ارتبط بأعمال تجارية في الولايات المتحدة من خلال وسيط أو أي جهة أخرى لم أرتبط بأية أعمال تجارية مع أي مؤسسات أو أشخاص تبين لي أنهم مقيمين في الولايات المتحدة.

١١- على حد علمي لم أظهر في أي قائمة رسمية تبحث في عمليات إرهابية أو تحقيق في هذا الشان خارج هذه القضية.

١٢- لا أتحدث، أقرأ أو أكتب الإنجليزية، أعلم بأن هذا الإقرار سوف يترجم إلى الإنجليزية لأغراض هذه القضية.

١٣- لست مشتركاً لقراءة جريدة اليوإس آي اليوم، انترناشيونال، هرلدتربيون وجريدة القدس العربية.

لقد قيل لي بأن توزيع هذه الجرائد في قطر هو ٥٥، ١٥٠٠ ـ ٢٠٠٠ و ٣٠٠ نسخة لكل منها وأن الجريدتين الناطقتين بالانجليزية توزع خصيصاً للفنادق والخطوط القطرية.

أقر بموجب قانون الولايات المتحدة الخاص بالعقوبة للحنث بأن جميع ما سبق ذكره حقيقي وصحيح.

الإقراريوم الثلاثاء      بتاريخ ٢١ / ٣ / ٢٠٠٦م

الشيخ/ عبد الله بن خالد آل ثاني

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of April, 2006, I caused an electronic copy of the foregoing Notice of Motion, annexed Declaration of Abdullah Bin Khalid Al-Thani and Memorandum of Law in Support of Abdullah Bin Khalid Al-Thani's Motion to Dismiss to be served by the Court's electronic filing system.

David E. Nachman