

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) <br><br> ECF Case |
|---|---|

This document relates to:

Kathleen Ashton, et al. v. Al Qaeda Islamic Army, et al. (02 CV 6977)

Thomas E. Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al. (03 CV 9849)

Thomas E. Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al. (03 CV 5738)

Euro Brokers, Inc., et al. v. Al Baraka Inv. & Dev. Corp., et al. (04 CV 7279)

Federal Ins. Co., et al. v. Al Qaida, et al. (03 CV 6978)

New York Marine and General Ins. Co. v. Al Qaida, et al. (04 CV 6105)

Estate of John P. O'Neill, Sr. v. Al Baraka Inv. & Dev. Corp., et al. (04 CV 1923)

World Trade Center Prop., LLC, et al. v. Al Baraka Inv. & Dev. Corp., et al. (04 CV 7280)

Continental Casualty Co., et al. v. Al Qaeda, et al. (04 CV 5970)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-25-06

## STIPULATION AND ORDER OF SUBSTITUTION OF LAW FIRMS AS COUNSEL

It is hereby STIPULATED AND AGREED that the law firm of Sheppard Mullin Richter & Hampton LLP, shall be and hereby is substituted for the law firm of Hunton & Williams LLP as counsel of record for defendant Yassin Abdullah Kadi.

Dated: August ___, 2006

HUNTON & WILLIAMS LLP

By: _____
Joseph J. Saltarelli
200 Park Avenue
New York, New York 10166-0091

*Former Attorneys for Yassin Abdullah Kadi*

W02-EAST:7DLB1\200005393.1

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: _____
David F. Geneson (admitted *pro hac vice*)
Daniel L. Brown
30 Rockefeller Plaza, 24th Floor
New York, New York 10112
(212) 332-3800

*Attorneys for Yassin Abdullah Kadi*

SO ORDERED:

_____   Dated: August 25, 2006
RICHARD CONWAY CASEY, U.S.D.J.