UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
In Re: Terrorist Attacks on September 11, )
2001                                      )          03 MDL No. 1570 (RCC)
                                          )          ECF Case
                                          )
_____)

*This document relates to:*
   *Ashton v. Al Qaeda Islamic Army*, 02 CV 6977 (RCC)
   *Burnett v. Al Baraka Inv. & Dev. Corp.*, 03 CV 9849 (RCC)
   *Burnett v. Al Baraka Inv. & Dev. Corp.*, 03 CV 5738 (RCC)
   *Federal Ins. Co. v. Al Qaida*, 03 CV 6987 (RCC)
   *Barrera v. Al Qaeda Islamic Army*, 03 CV 7036 (RCC)
   *Salvo v. Al Qaeda Islamic Army*, 02 CV 5071 (RCC)
   *Tremsky, v. Osama Bin-Laden*, 02 CV 7300 (RCC)
   *Estate of John P. O'Neill, Sr. v. Al Baraka Inv. & Dev. Corp.*, 03 CV 1923 (RCC)
   *Continental Cas. Co. v. Al Qaeda Islamic Army*, 04 CV 5970 (RCC)
   *Cantor Fitzgerald Assocs., LP. v. Akida Inv. Co., Ltd.* 04 CV 7065 (RCC)
   *New York Marine & Gen. Ins. Co. v. Al Qaida*, 04 CV 6105 (RCC)
   *Euro Brokers, Inc v. Al Baraka Inv. & Dev. Corp.*, 04 CV 7279 (RCC)
   *World Trade Center Properties, LLC v. Al Baraka Inv. & Dev. Corp.*, 04 CV 7280 (RCC)
   *Bauer v. Al Qaeda Islamic Army*, 02 CV 7236 (RCC)
   *Keating v. Al Baraka Inv. & Dev. Corp.*, 03 CV 3859 (RCC)

## NOTICE OF MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD

PLEASE TAKE NOTICE that upon the annexed Declaration of Ronald S. Liebman, Esq., Defendant the National Commercial Bank of Saudi Arabia ("NCB") respectfully moves this Court for entry of an order pursuant to Local Rule 1.4, relieving Ugo Colella as an attorney of record for NCB.

Washington, D.C.                    Respectfully submitted,
Dated: August 29, 2006
                                    /s/ _____

                                    Ronald S. Liebman
                                    Patton Boggs LLP
                                    2550 M Street, NW
                                    Washington, DC 20037
                                    (202) 457-6000
                                    Fax: (202) 457-6315