UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Terrorist Attacks on September 11, )
2001                                      )       03 MDL No. 1570 (RCC)
                                          )       ECF Case
_____)

*This document relates to:*
    *Ashton v. Al Qaeda Islamic Army,* 02 CV 6977 (RCC)
    *Burnett v. Al Baraka Inv. & Dev. Corp.,* 03 CV 9849 (RCC)
    *Burnett v. Al Baraka Inv. & Dev. Corp.,* 03 CV 5738 (RCC)
    *Federal Ins. Co. v. Al Qaida,* 03 CV 6987 (RCC)
    *Barrera v. Al Qaeda Islamic Army,* 03 CV 7036 (RCC)
    *Salvo v. Al Qaeda Islamic Army,* 02 CV 5071 (RCC)
    *Tremsky, v. Osama Bin-Laden,* 02 CV 7300 (RCC)
    *Estate of John P. O'Neill, Sr. v. Al Baraka Inv. & Dev. Corp.,* 03 CV 1923 (RCC)
    *Continental Cas. Co. v. Al Qaeda Islamic Army,* 04 CV 5970 (RCC)
    *Cantor Fitzgerald Assocs., L.P. v. Akida Inv. Co., Ltd.* 04 CV 7065 (RCC)
    *New York Marine & Gen. Ins. Co. v. Al Qaida,* 04 CV 6105 (RCC)
    *Euro Brokers, Inc v. Al Baraka Inv. & Dev. Corp.,* 04 CV 7279 (RCC)
    *World Trade Center Properties, LLC v. Al Baraka Inv. & Dev. Corp.,* 04 CV 7280 (RCC)
    *Bauer v. Al Qaeda Islamic Army,* 02 CV 7236 (RCC)
    *Keating v. Al Baraka Inv. & Dev. Corp.,* 03 CV 3859 (RCC)

## DECLARATION IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD

Ronald S. Liebman, an attorney at law duly admitted to practice before this Court, declares as follows, under the penalty of perjury.

1.    I am a member of the law firm of Patton Boggs LLP, 2550 M St., NW, Washington DC 20037, one of the attorneys of record for the National Commercial Bank of Saudi Arabia ("NCB"), a defendant in the above-captioned actions.

2.    I am fully familiar with the facts and circumstances as set forth herein and make this Declaration in support of Patton Boggs LLP's application to relieve Ugo Colella as one of the attorneys of record for the NCB in the above-captioned actions.

3.    Ugo Colella is no longer affiliated with Patton Boggs LLP.

4.    For the foregoing reasons, the undersigned respectfully requests that this Court grant

2

Patton Boggs LLP leave to relieve Ugo Colella as one of the attorneys of record for NCB in the above-captioned actions. A proposed Order is attached hereto for the Court's convenience.

5. I certify that all of the foregoing statements made by me are true, and I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Washington, D.C.
Dated: August 29, 2006

Respectfully submitted:

Ronald S. Liebman
Patton Boggs LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6000
Fax: (202) 457-6315

3