# EXHIBIT 1



August 3, 2006
hp-45

## Treasury Designates Director, Branches of Charity Bankrolling Al Qaida Network

The U.S. Department of the Treasury today designated the Philippine and Indonesian branch offices of the Saudi-based International Islamic Relief Organization (IIRO) for facilitating fundraising for al Qaida and affiliated terrorist groups. Treasury additionally designated Abd Al Hamid Sulaiman Al-Mujil, the Executive Director of the Eastern Province Branch of IIRO in the Kingdom of Saudi Arabia.

"Abd Al Hamid Sulaiman Al-Mujil, a high-ranking IIRO official in Saudi Arabia, has used his position to bankroll the al Qaida network in Southeast Asia. Al-Mujil has a long record of supporting Islamic militant groups, and he has maintained a cell of regular financial donors in the Middle East who support extremist causes," said Stuart Levey, Treasury's Under Secretary for Terrorism and Financial Intelligence (TFI). "Today we are holding him to account."

The IIRO was established in 1978 and, according to its website, the organization has branch offices in over 20 countries in Africa, Europe, Asia, and the Middle East.

"It is particularly shameful when groups that hold themselves out as charitable or religious organizations defraud their donors and divert funds in support of violent terrorist groups," said Levey. "We have long been concerned about these IIRO offices; we are now taking public action to sever this link in the al Qaida network's funding chain."

Today's action was taken pursuant to Executive Order 13224, which is aimed at detecting and disrupting financial flows to terrorists. Under this authority, U.S. persons are prohibited from engaging in transactions with the designees, and any assets they may have under U.S. jurisdiction are frozen.

## IDENTIFIER INFORMATION

### Abd Al Hamid Sulaiman Al-Mujil

Abd Al Hamid Sulaiman Al-Mujil (Al-Mujil) is the Executive Director of the IIRO Eastern Province (IIRO-EP) branch office in the Kingdom of Saudi Arabia. Al-Mujil has been called the "million dollar man" for supporting Islamic militant groups.

Al-Mujil provided donor funds directly to al Qaida and is identified as a major fundraiser for the Abu Sayyaf Group (ASG) and Jemaah Islamiyah (JI). Both ASG and JI are al Qaida-associated terrorist groups in Southeast Asia designated pursuant to the authorities of E.O. 13224. These terrorist groups are also on the United Nations 1267 Committee's consolidated list of individuals and entities associated with the Taliban, al Qaida and/or Usama Bin Ladin.

In 2004, Al-Mujil invited a Philippines-based JI supporter to Saudi Arabia under the cover of traveling for the hajj (the Muslim pilgrimage), and planned to provide him with cash to carry back to the Philippines to support organizations including JI.

Al-Mujil was also present in Afghanistan in the late 1990s and personally knew Usama Bin Ladin and deceased al Qaida co-founder Abdallah Azzam. Al-Mujil traveled continuously to meet with members of Bin Ladin's organization in Arab countries. In the 1990s, Al-Mujil established a relationship with senior al Qaida operational planner Khalid Shaykh Muhammad.

Al-Mujil has a long history of providing support to terrorist organizations. He has

contributed direct financial assistance to ASG leaders, including Abdurajak Janjalani (deceased).

The Indonesian and Philippines branches of IIRO have received support from IIRO-EP, which in turn is controlled by Al-Mujil. Indeed, he is often responsible for authorizing payment transfers for IIRO Philippines (IIRO-PHL) and IIRO Indonesia (IIRO-IDN).

Name: Abd al-Hamid Sulaiman Al-Mujil

AKAs:

- Dr. Abd al-Hamid Al-Mujal
- Dr. Abd Abdul-Hamid bin Sulaiman Al-Mu'jil
- Dr. Abd Al-Hamid Al-Mu'ajjal
- Abd al-Hamid Mu'jil
- A.S. Mujel
- Abu Abdallah

DOB: 28 April 1949
Nationality: Saudi Arabian

International Islamic Relief Organization, Philippines Branch Offices

The IIRO-PHL is a source of funding for the al Qaida-affiliated ASG. IIRO-PHL has served as a liaison for the ASG with other Islamic extremist groups. A former ASG member in the Philippines familiar with IIRO operations in the country reported that a limited amount of foreign IIRO funding goes to legitimate projects and the rest is directed to terrorist operations.

The Philippine branches of the IIRO were founded sometime in the late 1980s or early 1990s by Muhammad Jamal Khalifah, who is Usama bin Laden's brother-in-law and has been identified as a senior al Qaida member. IIRO-PHL's director, Abd al-Hadi Daguil, is a trusted associate of Khalifah.

While working as the director of IIRO-PHL, Khalifah maintained close connections with al Qaida through his relations with senior al Qaida supporters, including Specially Designated Global Terrorist (SDGT) Wa'el Hamza Julaidan. At the time Khalifah directed the IIRO-PHL, he employed an ASG intelligence officer as the provincial director of the IIRO-PHL in the Tawi-Tawi region of the Southern Philippines until that officer's death in 1994.

In the mid 1990s, a major ASG supporter, Mahmud Abd Al-Jalil Afif, served as the director of the IIRO-PHL and used the organization to funnel money to terrorist groups including the ASG. Afif was implicated in the assassination of Father Salvatore Carzeda in San Jose Gusu, Zamboanga City, Philippines on June 20, 1992.

AKAs:

- International Islamic Relief Agency
- International Relief Organization
- Islamic Relief Organization
- Islamic World Relief
- International Islamic Aid Organization
- Islamic Salvation Committee
- IIRO
- The Human Relief Committee of the Muslim World League
- World Islamic Relief Organization
- Al Igatha Al-Islamiya
- Hayat al-Aghatha al-Islamia al-Alamiya
- Hayat al-Igatha
- Hayat Al-'Igatha
- Ighatha
- Igatha
- Igassa
- Igasa
- Igase

- Egassa

**Address:** International Islamic Relief Organization, Philippines Offices
201 Heart Tower Building
108 Valero Street
Salcedo Village, Makati City
Manila, Philippines

**Other Locations:** Zamboanga City, Philippines
Tawi Tawi, Philippines
Marawi City, Philippines
Basilan, Philippines
Cotabato City, Philippines

**International Islamic Relief Organization, Indonesia Branch Office**
The IIRO Indonesia director has channeled money to two Indonesia-based, JI-affiliated foundations. Information from 2006 shows that IIRO-IDN supports JI by providing assistance with recruitment, transportation, logistics, and safe-havens. As of late 2002, IIRO-IDN allegedly financed the establishment of training facilities for use by al Qaida associates.

**AKAs:**

- International Islamic Relief Agency
- International Relief Organization
- Islamic Relief Organization
- Islamic World Relief
- International Islamic Aid Organization
- Islamic Salvation Committee
- IIRO
- The Human Relief Committee of the Muslim World League
- World Islamic Relief Organization
- Al Igatha Al-Islamiya
- Hayat al-Aghatha al-Islamia al-Alamiya
- Hayat al-Igatha
- Hayat Al-'Igatha
- Ighatha
- Igatha
- Igassa
- Igasa
- Igase
- Egassa

**Address:** International Islamic Relief Organization, Indonesia Office
Jalan Raya Cipinang Jaya No. 90
East Jakarta, 13410, Indonesia

P.O. Box 3654
Jakarta, Indonesia 54021

# EXHIBIT 2



### International Islamic Relief Organization, Saudi Arabia (IIRO)

WELCOME
OBJECTIVES
FINANCE
RELIEF & REFUGEES
HEALTH CARE
ORPHANS & WELFARE
EDUCATION
EXTERNAL AFFAIRS
AGRICULTURAL PROJECTS
WOMEN'S COMMITTEE
OUR CHILDREN
ARCH. & ENGINEERING

## Finance

The major part of the IIRO's financing comes from generous people in Saudi Arabia. The IIRO's various activities are financed by voluntary contributions given for either earmarked or unspecified projects. It accepts unconditional contributions in cash or kind.

Part of its resources are derived from *Zakat* (alms) paid by individuals and companies in the Kingdom of Saudi Arabia and elsewhere, as well as bequests made in its favor. It has established an endowment fund (*Sanabil Al-Khair*) which will be used to generate a stable income to finance its various activities.



**Allotment of IIRO's Programs & Projects, 1987–1995**
*Figures are in US dollars*

WELCOME
OBJECTIVES
FINANCE
RELIEF & REFUGEES

HEALTH CARE
ORPHANS & SOCIAL WELFARE
EDUCATION
EXTERNAL AFFAIRS

AGRICULTURAL PROJECTS
WOMEN'S COMMITTEE
"OUR CHILDREN" PROJECT
ARCHITECTURE & ENGINEERING CONSULTANCY

All contents copyright 1996, International Islamic Relief Organization, Saudi Arabia (IIRO)

Copyright 1992 Moneyclips (GCC) Ltd.
Moneyclips

March 9, 1992

**LENGTH:** 400 words

**HEADLINE:** Islamic relief organization sets up income-bearing scheme

ARAB NEWS

**BODY:**

RIYADH, March 8—The International Islamic Relief Organization (IIRO), an affiliate of the Makkah-based Muslim World League (MWL), will organize a function here on Tuesday for collecting donations for Sanabil al-Khair (Charity Bonds). Riyadh Governor Prince Salman will preside.

This project was adopted by the organization in 1987 to ensure a stable income for various services to orphans, refugees, poor Muslims and Muslim minorities all over the world, according to Ali ibn Abdullah Al-Jiraisi, director of the IIRO office in Riyadh.

IIRO aims to collect SR100 million annually for a period of 10 years to create a fund of SR1 billion. It is expected that a minimum annual income of SR100 million will accrue to the organization from investing this amount, enabling it to meet the different needs of Muslims all over the world, Jiraisi said.

The organization invests these amounts in different businesses inside the Kingdom, besides taking shares in Islamic companies, he said.

The organization has been able to collect SR175 million so far. The total revenues from this came to SR33.6 million, he said. This is expected to rise to SR40 million by the end of the current year, he added.

Tens of thousands of poor Muslims, orphans and refugees of about 90 countries have benefited from the services of the organization.

It sponsors 26,230 orphans and finances 21 orphanages. It has also distributed meat of more than 10,000 sacrificed animals and dug about 60 wells, besides sponsoring 102 doctors who work in health projects under the various Islamic organizations. Nine colleges in different parts of the world are financed by it. They include the Afghan Academy of Science and Technology in Afghanistan, Al-Makhtoum College in the Philippines, Mabrouka College in Sierra Leon, and the Teachers Training College in Kenya.The organization gives 515 scholarships to university students, assists 1878 Islamic preachers, teachers and imams and supports 628 Islamic schools and 1135 Qur'an memorization schools, according to a report in Al-Madinah.

**LOAD-DATE:** February 18, 1993

165 of 191 DOCUMENTS

Copyright 1993 Moneyclips (GCC) Ltd.
Moneyclips

December 22, 1993

**LENGTH:** 574 words

**HEADLINE:** IIRO raises SR15m in-funds

**BYLINE:** By Abdul Wahab Bashir, Arab News Staff

ARAB NEWS

**BODY:**

JEDDAH, Dec. 21—The International Islamic Relief Organization (IIRO) is nearing its target of collecting SR1 billion under a fund-raising program which began seven years ago, the organization's Director General Dr. Farid Qurashi said.

Dr. Qurashi was speaking at the annual fund-raising ceremony organized by the IIRO at Jeddah Laylati Hall last night marking the seventh anniversary of its Sanabil Al-Khair (charity bonds) project.

The ceremony was attended by Makkah Vice Governor Prince Saud ibn Abdul Mohsin, who delivered a speech in which he praised IIRO humanitarian efforts which he said have been extended to cover the entire Muslim world.

A total of SR15 million was donated during the two hour ceremony, with IIRO officials saying the amount could double over the next few days.

In his speech Prince Saud, who is the honorary chairman of Sanabil Al-Khair project, thanked "all those who supported this noble mission by contributing financially to the organization activities."

He said the continuous support and encouragement of the Custodian of the Two Holy Mosques King Fahd and the government together with the help of Saudi citizens and members of the expatriate community has enabled the IIRO to sustain its mission.

Dr. Qurashi said the IIRO is on its way to becoming one of the largest ten international relief organizations in the world.

The IIRO was established in 1978 as an affiliate of the Muslim World League (MWL), in response to the cry of the hungry and orphans.

"In our Muslim world where a child dies every four minutes for the lack of basic inoculation against common diseases such as measles, diarrhoea, whooping cough and poliomyelitis, the IIRO managed to provide medical treatment to over 2 million people," said Dr. Qurashi.

He said the organization's health budget for 1994 will be increased to SR31 million. Proceeds from Sanabil Al-Khair have so far reached SR82 million. The annual turnover was 10.5 percent last year.

The IIRO current activities include providing sponsorship for 63,593 orphaned children in 50 countries. The number will be increased to 100,000 children next year under a program supervised by Prince Abdul Aziz ibn Fahd.  The organization is at present financing 74 orphanages in various parts of the world.

In education, the organization at present runs 153 schools, 18 colleges, 5 kindergarten and 5 boarding schools. In addition, it is providing financial assistance to 242 schools in 38 countries.

Money alone will not alleviate the suffering of Muslims in refugee camps and areas of conflict, said Dr. Muhammad Abdo Yamani, chairman of the IIRO investment committee. "Wherever we go in our Muslim world we find that Christian missionaries are already providing their services at Muslim schools, hospitals and refugee camps," said Yamani.

163 of 191 DOCUMENTS

Copyright 1994 Moneyclips (GCC) Ltd.
Moneyclips

February 24, 1994

**LENGTH:** 640 words

**HEADLINE:** Riyadh Governor Prince Salman donates SR1m to IIRO

**BYLINE:** By Javid Hassan, Arab News Staff

ARAB NEWS

**BODY:**

RIYADH, Feb. 23—Riyadh Governor Prince Salman donated SR1 million to the International Islamic Relief Organization (IIRO), for its "Sanabel Al-Khair" charity program, which netted SR3.7 million in donations at a function held at the Cultural Festival Palace in the Diplomatic Quarter here last night.

The Al-Jomaih Co. pitched in with SR1 million, while Abdulrahman Al-Jeraisy put in SR500,000 on behalf of his company. The balance was raised through individual contributions and donations of watches and pens, which were auctioned off by the IIRO officials as part of a fund-raising drive.

Arab News Acting Editor-in-Chief Dr. Abdul Qader Tash donated his Seiko watch which fetched SR7,500 at the auction. IIRO was lucky with his watch, since ten other watches were sold in one lot for SR1,000.

The fund-raising function was attended, among others, by Sheikh Abdulaziz bin Baz, the General Mufti, Deputy Speaker of the Consultative Council Dr. Omar Abdullah Naseef, Secretary-General of the Muslim World League Dr. Ahmad Muhammad Ali, and the IIRO chief Dr. Farid Qureshi.

One of the highlights of the function was a documentary which featured the various activities of the organization at the international level.

Speaking on the occasion, Prince Salman praised IIRO for its role in the cause of refugees, and said it was the duty of everyone to come forward with donations for a humanitarian cause.

The governor also took the opportunity to underline the need for funding renovation of the Al Quds mosque in Jerusalem and said the Kingdom has always been in the forefront of such works.

Earlier, the director of IIRO's Riyadh branch, Ali bin Abdullah Al-Jrais, spoke on the activities of the organization which has been active in more than 80 countries, where it is involved in 2,000 projects covering the fields of education, healthcare, relief supplies, construction of mosques and supply of copies of the Holy Qur'an. These projects are being undertaken by the Riyadh office of IIRO in collaboration with volunteers.

Al-Jrais, in a subsequent interview with Arab News, said that of the 605 mosques to be constructed by the IIRO, 24 mosques have been completed in Indonesia, and 40 are under construction in different parts of the Russian Federation and the CIS. Ten mosques are due to be completed in Bangladesh in the next four to six months.

Al-Jrais said IIRO is also financing the construction of 78 wells in different parts of Africa and Asia for irrigation and drinking purposes. On the medical front, the organization has set up hospitals, as well as emergency aid centers in areas where no medical facilities exist. Doctors, nurses and other paramedics manning these centers are paid for by the IIRO, which has allocated SR2 million for these purposes.

Under the Qur'an teaching program, he said 49,960 pupils have benefited from the program, which is being carried out in 893 Islamic schools and religious education centers.

In terms of future plans, Al-Jrais said IIRO is focusing its attention on eastern Europe, Russia and Mongolia, Lebanon and Kampuchea. The thrust of its activities in that region will be in line with its international mandate, he added.

147 of 191 DOCUMENTS

Copyright 1995 Moneyclips (GCC) Ltd.
Moneyclips

January 12, 1995

**LENGTH:** 467 words

**HEADLINE:** IIRO marks eighth anniversary

RIYADH DAILY

**BODY:**

JEDDAH (SPA)—Acting Makkah Governor Prince Saud bin Abdulmohsen attended here Monday evening a celebration held by the International Islamic Relief Organization (IIRO) to mark the eighth anniversary of the Sanabel Al-Kheir project.

IIRO General Supervisor in the Kingdom Dr. Farid Yaseen Qorashi delivered a speech in which he praised the generous support extended to the organization by the Custodian of the Two Holy Mosques, the Crown Prince, the Second Deputy Premier, the royal family and the Saudi people, which has enabled IIRO to succeed in realizing its goals and becoming the most popular relief organization in the Islamic world.

He said the organization's primary goal is to extend relief aid to Muslims in war-ravaged and disaster-hit areas and pointed out that the urgent relief and refugees department gets 30 percent of the organization's budget.

He said benevolent people in Saudi Arabia donated nearly SR 90 million in 1414 H, 35 percent of which was spent in Asia, 28 percent in Europe and 27 percent in Africa.

He said IIRO extended medical treatment to 3.4 million people in 1414 H and donated about 17 tons and medical equipment, 60 advanced laboratories and 63 tons of medicine to various areas around the world.

Dr. Qorashi indicated that the orphan's sponsor program, which is patronized by Prince Abdulaziz bin Fahd bin Abdulaziz, is one of the most important social programs adopted by the organization.

He said IIRO currently sponsors more than 75,000 orphans around the world and this number is expected to exceed the 100,000 mark by the end of the year.

In the field of education, more than 300,000 students benefit from IIRO's educational programs. The organization supervises more than 195 schools, institutes and kindergartens and sponsors more than 3,257 university students in 69 countries.

IIRO also supports agricultural projects in Bosnia-Herzegovina, Bangladesh, Somalia, Kenya, the former Soviet Union, Kurdistan and Iraq and has finished the digging of 150 wells in various parts of the world.

IIRO Deputy Secretary General Sheikh Mohammad bin Nasser Al-Aboudi delivered a speech in which he welcomed Prince Saud and expressed thanks and appreciation to King Fahd, the royal family and benevolent people in the International Islamic Relief Organization.

**LOAD-DATE:** January 19, 1995

141 of 191 DOCUMENTS

Copyright 1995 Moneyclips (GCC) Ltd.
Moneyclips

February 23, 1995

LENGTH: 707 words

HEADLINE: SR8m raised on first day of Sanabel Al Khair

BYLINE: By M. Ghazanfar Ali Khan, Arab News Staff

ARAB NEWS

BODY:

RIYADH, Feb. 22--As a humanitarian gesture Riyadh Governor Prince Salman ibn Abdul Aziz donated one million Saudi riyals to the International Islamic Relief Organization (IIRO) last night following the opening of the eighth IIRO charity festival.

With SR8 million contributed generously on the very first day, prominent donors include the Al Jomaih Group (SR2 million), USCB's Chairman Prince Al Waleed ibn Talal (SR1 million) and Chairman of the Jeraisy Group Abdulrahman Al-Jeraisy (half a million riyals).

This premier charitable organization of Saudi Arabia, through its "Sanabel Al Khair" project, has targeted to generate SR1 billion in a 10 year span.

The project started in 1987, and since then it has raised SR297 million to support Muslim causes on national and international levels.

After formally opening the festival and the Sanabel Al Khair exhibition, Prince Salman lauded the efforts of the Custodian of the Two Holy Mosques King Fahd and said that "the government and the people of the Kingdom have jointly played significant roles in extending support to the needy persons and the Muslim countries throughout the world."

Referring to the prisoners in different jails and reformatory centers, a substantial number of whom have already been released following a royal clemency recently he pointed out that "there have been several organizations in Saudi cities, which have been helping prisoners to pay off their financial obligations.

"In every region of Saudi Arabia, there are committees to look after the welfare programs announced from time to time by the Saudi institutions and the government," noted Prince Salman.

Besides 2,000 projects supported by the IIRO throughout the world so far, some of the major relief operations include extensive support provided to 80,000 orphans, running 350 educational institutions in 38 countries, and the proposed construction of hundreds of mosques in the Islamic republics of the former Soviet Union.

"The holding of the Sanabel Al Khair festival is primarily aimed to support humanitarian causes worldwide," remarked Prince Salman, adding that the IIRO, through its 80 chapters, has supported several welfare projects year after year.

Following a modus operandi of legal investment in safe business propositions, IIRO has reported SR77.5 million of funds generated until 1993 out of SR297 million collected during the last seven years as part of the donations of the 'Sanabel Al Khair' project.

This amount has been allocated to different projects.

During his speech, Prince Salman also recalled the long-standing Islamic traditions of Saudi Arabia by saying that several Saudi philanthropic organizations have been working hand in hand with the government to support charity work.

Speaking on the occasion, Secretary General of the Muslim World League (MWL) Dr. Ahmad Muhammad Ali pointed out that the "IIRO is the first organization to respond to the tragedy of the Muslims of Chechnya—and it's the first

Moneyclips February 23, 1995

to extend aid to this Russian republic."

Referring to the contributions of the IIRO in the educational sector, he said that the organization has played a pioneering role in setting up major educational institutions as well as the madrasas in several parts of the world.

Besides sponsoring 2,624 students in 69 countries, IIRO has also appointed teachers on its pay-rolls in as many as 69 countries.

LOAD-DATE: April 4, 1995

109 of 191 DOCUMENTS

Copyright 1996 Moneyclips (GCC) Ltd.
Moneyclips

February 6, 1996

**LENGTH:** 920 words

**HEADLINE:** SR6m raised in three hours at Sanabel Al-Khair drive

**BYLINE:** By Rashad Awkasho, Special to Saudi Gazette

SAUDI GAZETTE

**BODY:**

RIYADH, Feb. 5: MORE than SR6 million was raised within three hours last night at the Sanabel Al-Khair meeting organised by the International Islamic Relief Organisation (IIRO) at the Cultural Palace in Riyadh's Diplomatic Quarters.

Prince Salman Bin Abdul Aziz, Governor of Riyadh, and Prince Sattam Bin Abdul Aziz, Deputy Governor, donated SR1 million each for various charitable projects sponsored by the organisation worldwide.

Abdulaziz Bin Mohammad Al-Jomaih, a prominent Saudi businessman, also contributed SR1 million while other business leaders donated varying amounts during the meeting. Sheikh Abdulaziz Bin Abdullah Bin Baz, Grand Mufti of the Kingdom and Chairman of the Research Administration, donated SR10,000.

On arrival at the venue, Prince Sattam was greeted by Dr Abdullah Bin Saleh Al-Obeid, Secretary-General of the Muslim World League and the chairman of the IIRO's founding council.

When Prince Sattam and other officials arrived at the fund-raising event, which started at 10 pm, the well-illuminated hall was packed to capacity and the determination to help those who are in need of assistance all over the world was easily felt on most people's face.

The method of collecting donation was very simple. Every guest was given a folder containing donation slips and information on IIRO activities. Prospective donors were asked to write down his address on the piece of paper stating the amount and submit the slip to any of those entrusted with the task of collecting the donations.

The campaign was a huge success as more than SR6 million was raised within three hours.

Prince Sattam, opening the charity gathering on behalf of Prince Salman, praised the IIRO on its world-spanning humanitarian activities. He said the charitable organisation is leaving indelible marks all over the world especially in those areas where there are Muslim minorities.

He said the IIRO is sparing no effort in making relief aid reach those who are in urgent need of help.

"As we observe the holy month of Ramadan, let us not forget our Muslim brothers and sisters in far away lands who are awaiting our assistance. Let us give whatever we can afford to help those who are in need of help," Prince Sattam said.

Speaking earlier, Dr Fareed Y. Qurashi, IIRO Secretary-General, said millions of Muslims in many parts of the world are facing extermination. He said most of the 50 million refugees in the world today are Muslims.

"The Kingdom was always in the forefront of those countries that provide urgent aid to the needy," Dr Qurashi added.

He disclosed that IIRO has been appointed as advisory member of the United Nations Social and Economic Council in New York in view of the great humanitarian services it is providing all over the world.

The IIRO is operating in more than 100 countries. In recent years, the organisation spent more than SR904 million on various relief activities in Asia; SR379 million in Africa; SR177 million in the Balkan states; and lesser amounts on relief projects in the Americas.

Copyright 1997 Moneyclips (GCC) Ltd.
Moneyclips

January 23, 1997

**LENGTH:** 267 words

**HEADLINE:** IIRO bags SR17m in one night for Sanabel Al-Khair

SAUDI GAZETTE

**BODY:**

JEDDAH, Jan. 22 (SPA): THE International Islamic Relief Organisation (IIRO) collected SR17 million from philanthropists in one night last night for its "Sanabel-Al-Khair" projects around the world.

IIRO Secretary-General Dr Fareed Qureshi said SR2.3 billion has been collected in the period 1986 to 1995. He noted that out of this amount SR billion came from personal donations such as last night's, and SR425 million from the profits of the Sanabel Al-Khair projects, which are diverted back into charitable works.

Earlier, Prince Saud Bin Abdul Mohsin, Deputy Governor of Makkah, patronised the 10th annual ceremony of the IIRO. He highlighted the success of the Organisation in serving needy Muslims around the world, and the constant support given by King Fahad, Custodian of the Two Holy Mosques.

Dr Abdullah Bin Saleh Al-Obaid, Secretary-General of the Muslim World League, also called on Muslims to assist the IIRO in its noble endeavours.

Meanwhile, the Al-Birr Society has distributed SR37 million among the needy, including orphans, divorcees and widows. In addition to that it gives between SR400 to SR600 to each family which has registered with the society.

According to Abdullah Bin Muhammed Al-Sheikh, the society's board member, its seven-storey orphanage in Makkah is home to 120 children. It was built at the expense of Sheikh Ismail Abu Dawood.

**LOAD-DATE:** February 5, 1997

51 of 191 DOCUMENTS

Copyright 1998 Moneyclips GCC Ltd.
Middle East Newsfile

December 24, 1998

**LENGTH:** 526 words

**HEADLINE:** SR6m collected at Sanabel Al-Khair

**BYLINE:** By M.Ghazanfar Ali Khan

ARAB NEWS

**BODY:**

RIYADH, Dec. 23--The International Islamic Relief Organization (IIRO) netted SR6 million in just two hours last night at the launch of its 12th Sanabel Al-Khair (charity collection), bringing total donations raised by the IIRO Riyadh chapter to over SR450 million. This also includes SR5 million donated recently by Prince Sultan, second deputy premier and minister of defense & aviation.

Among the prominent donors last night were Riyadh Gov. Prince Salman who donated SR1 million, an anonymous donor who pitched in SR1.5 million and Grand Mufti of Saudi Arabia Sheikh Abdulaziz Bin Baz, who donated SR10,000 besides several other donations ranging from the pocket money of several children present to large amounts ranging from SR15,000 to SR700,000.

The Sanabel Al-Khair seeks to raise SR1 billion in aid of its relief projects operating in 44 countries around the world. The function was chaired by Prince Sattam, vice governor of Riyadh. Similar events, the organizers said, will be held in Jeddah on Ramadan 19 and in Dammam later this month.

Prince Sattam, who spoke on behalf of Prince Salman, called on the people "to donate generously, which will be a token of Saudi support to the Islamic Ummah." Prominent speakers on this occasion included Sheikh Bin Baz, Dr. Abdullah Ibn Saleh Al-Obeid, secretary general of the Muslim World League and Dr. Adnan Khalil Pasha, IIRO's secretary general.

Prince Sattam also lauded the initiative of the IIRO and hoped that Saudi generosity will rise to the fore to bring relief to those in distress and reward the donors. In his speech, Sheikh Bin Baz exhorted the faithful "to donate generously for the cause of a suffering humanity and earn manifold reward in the process." He expressed hopes that such relief operations conducted by the IIRO will alleviate the sufferings of needy Muslims especially during the holy month of Ramadan and Haj.

IIRO's Riyadh office director Ali Ibn Abdullah Al-Jerais stressed the need for a generous response to IIRO's charitable projects. The IIRO, he said, has reached a new milestone in its career by becoming a member of the U.N.'s Economic and Social Council.

Al-Jerais said that the local IIRO office will embark on some new projects early next year. It is currently working on plans to set up two major Islamic centers, one in Pakistan and one in Bangladesh. These Islamic centers, which will cost nearly SR2 million, will offer several facilities including mosques besides auditoriums and facilities to hold Islamic classes.

The IIRO, he said, is trying to help 50 million Muslim refugees in more than 100 countries who are in dire need of food and shelter. To this end, the IIRO has set up three refugee camps in Baku, Azerbaijan, which house over 10,000 refugees.

The IIRO has so far disbursed SR954 million in Asia, SR379 million in Africa, SR177 million in Bosnia and SR6 million in Latin America to aid Muslim refugees and communities.

A total of 1,500 mosques around the world have either been constructed or renovated by IIRO's Riyadh branch alone.

# EXHIBIT 3

<u>INTERNATIONAL RELIEF ORGANIZATION</u>
Addendum to Form 1023
Case Number: 521311019
File Folder Number: 520082572
December 31, 1991

Additional Information requested:

1. In question #1 of part II of Form 1023, we listed 3 basic activities of IRO. We now provide a clear, concise and descriptive statement for each activity.

First, we will study other non-profits who are now giving humanitarian relief to the poorest of the poor as we hope to provide in the future. The reason for our careful study of other nonprofit is to learn from them, to learn more about successful fund raising programs; to investigate how certain relief service are provided so that we may implement the best programs possible; and to learn new more effective methods of administration.

Our first study was initiated in October, 1991. It is a thorough study of the American Red Cross Organization. We are very fortunate to have the assistance of Mr. Samir Abo-Eisa, a recent graduate of the University of Arizona in Tucson, Arizona. Prior to beginning the research work for IRO, he conducted several studies in the social work filed.

Mr. Abo-Eisa is scheduled to complete his study of the American Red Cross in January, 1992. (It will then be 6-8 weeks to complete final printing).

Mr. Abo-Eisa worked as a volunteer. However, this type of research could only be done by one with at least a Bachelor's Degree in one of the Social Sciences.

As noted above, the purpose of this study is to make our own system of providing charitable, humanitarian need to the poor of the world as efficiently and as effectively as possible. We hope not only to improve our own system, but to cooperate if possible with other groups.

Once this first study is completed, we will begin other similar studies of: Care; Save the Children; The Salvation Army; and United Way.

While this study is extremely important to the growth of our organization, it resulted in about 10% of the organizations total time and effort.

The second activity we listed on Form 1023 was how we intended to spend the funds we raised. Prior to spending the funds it is important to explain in greater detail our fund raising efforts since this activity of fund raising constitutes about 20% of our organizations total time and effort.

We are very fortunate to have as our Executive Director, Mr. Suliman Al-Ali. Since 1985 he has been involved in fund raising activities for the needy of the world. Mr. Al-Ali has worked for several non-profit organizations over the past 6 years successfully raising funds for the needy and poor. Mr. Al-Ali's most recent pledge program for International Islamic Relief Organization (IIRO) netted about $500,000.00.

While our Executive Director plans certain fund raising activities and strategies, our other office personnel implement them. As noted this constitutes about 20% of IRO's total time and effort. As our proposed budgets demonstrate our fund raising expense are estimated to be $25,000.00 in the first two years of operation.

Once the requisite funds are available for the use and purposes of IRO, we will utilize the collected contributions for funding nursing homes, orphanages, clinics, schools in disaster regions, and provide famine and drought relief. Once we are in full operation (after a start up period of about two years) our charitable work will consist of at least 70% of IRO's total time and effort. Our charitable services will be provided at no cost to our clients as we intend on providing assistance to those who cannot afford the emergency help they need.

We look forward to the opportunity to work with other international charitable organizations. We are well aware of the extraordinary efforts made by other organizations and rather than duplicate work being done in one place, we desire to work with organizations.

Two Directors of IRO, Mr. Suliman Al-Ali and Dr. Tareq Al-Snwaidan, have excellent relationships with other international organizations. Mr. Al-Ali has long and well established relations with the International Islamic Relief Organization (IIRO) based in Jeddah, Saudi Arabia, which has relief programs in about 65 countries. The emphasis is on orphans (presently the organization has sponsored 30,000.00 orphans), women, health and education, with no discrimination on the basis of sex, religion, nationality or political opinions.

Mr. Al-Ali and the other Board of Directors plan on establishing similar relief centers. However, where a center is already established and well operated by another organization, IRO would attempt to assist that operation through funds and support

2

rather than begin a similar center nearby. We will cooperate with the good works of other organizations.

In addition Mr. Al-Ali and Dr. Tareq Al-Swaidan have excellent relations with the <u>Human Relief Organization</u>, based in U.A.E. with projects worldwide primarily in Africa. Our Directors also have long established relations with the <u>Social Reform Society</u> and Lajnat Al-Dawa, both based in Kuwait. The work of these two organizations is primarily in Southeast Asia and assisting the Afghan Refugees in Pakistan.

Similarly, IRO has a well established relationship with Dr. A. Sumait, Director of the <u>African Relief Program</u> which provides multi-million dollar relief programs to the poor and needy in Africa.

IRO is in constant contact with Mr. A. Falah, Director of the <u>Lebanese Relief Organization (LRO)</u>, based in Kuwait. The LRO has given significant assistance to the victims of the Civil War in Lebanon.

IRO seeks to become another major contributor of international relief services to the needy of the world.

The third activity listed in answer to question #1 of Part II of the 1023 Form is establishing constructive relationships with all other relief organizations in order to avoid useless competition and duplication of services.

While this objective has been made obvious in our response above, it is important to put an emphasis on this feature of our organization. As is apparent, IRO is well connected with other international relief organizations and through our study of other organizations, we intend on building constructive, helpful relationships with other groups of similar purpose.

All this is done as an effort to effectuate our primary objective, namely, providing assistance to the poor, abandon and helpless of the world, wherever they are. This activity would be incorporated into the second activity of actually rendering charitable services to the need of the world, which will constitute at least 70% of our total time and effort.

3

2.    Our Board of Directors is as follows:

    1.    Mr. Suliman A. Al-Ali
       1600 K Street, N.W., Suite 1200
       Washington, D.C.  20006

    2.    Dr. Tareq M. Al-Swaidan
       1600 K Street, N.W., Suite 1200
       Washington, D.C.  20006

    3.    Mr. Abdullah M. Al-Mahdi
       1600 K Street, N.W., Suite 1200
       Washington, D.C.  20006

Our Officers are:

    1.    Our Executive Director is:
       Mr. Suliman A. Al-Ali
       1600 K Street, N.W., Suite 1200
       Washington, D.C.  20006

    2.    Our Secretary is:
       Dr. Tareq M. Al-Swaidan
       1600 K Street, N.W., Suite 1200
       Washington, D.C.  20006

    3.    Our Treasurer is:
       Mr Khaled Nouri
       1600 K Street, N.W. , Suite 1200
       Washington, D.C.  20006

    (At present we have no Trustees.)

3.    The extensive expertise and formal education knowledge of our Board of Directors is as follows:

    1.    Mr. Suliman Al-Ali;

He was awarded a Bachelor of Science in Electronic Engineering in 1988 from St Louis University.

Volunteered for raising funds for a similar non-profit organization called "Al-Salam", in Tulsa, Oklahoma 1985-1987.  Like IRO the purpose of this non-profit was to provide relief services to the poorest of the poor.

4

Volunteered as a fund raiser for a similar non-profit organization called "Islamic Center in St. Louis", in St. Louis, Missouri, 1987-1989. This non-profit like IRO was formed for the purpose of providing relief to the poor and needy.

Volunteered for raising funds for the orphans, needy women, and relief work through the World for the International Islamic Relief Organization (I.I.R.O.), in Jeddah, Saudi Arabia from 1989 to June, 1990;

He became a fulltime fundraiser for the I.I.R.O., June, 1990. From June 1990 until July 1991, the pledge programs he directed netted about half a million dollars a month. This relief program, which coordinates multi-million dollar relief programs in Africa, is supported in part by the Saudi government and people.

Dr. Al-Suwaidan is in close contact with Mr. A. Falah director of the Lebanese Relief Organization, based in Kuwait. L.R.O. is among the major supporters for the relief programs for the victims of the civil war there.

2.     Tareq M. Al-Swaidan:

Since 1975, Dr. Al-Sawidani has been working for similar charitable and non-profit organizations whose purpose is to provide relief services and support to the very needy of the world. He has performed the following duties:

Director of Youth Center, a charitable organization, in Rodha, Kuwait, 1975-1979. Also in charge of fund raising;

Board member of the Social Reform Society, a charitable organization in Kuwait, 1975-1979.

Volunteer fundraiser for several different charitable programs and organizations from 1980-1989. These include but are not limited to:

Famine in Africa, floods in Bangladesh, refugees in Afghanistan, rehabilitation programs in the middle east;

Started and directed a homeless women's center in Tulsa, Oklahoma, 1985-1987;

Fund raiser for Peace Elementary School, (a school for bilingual students), 1989;

Secretary General for Solidarity International for Kuwait (support for Kuwaiti refugees during the Gulf crisis and working for the Kuwaiti cause);

5

During his years of committed service to charitable organizations providing relief services to the poorest of the poor, Dr. Tareq has raised more than 4 million dollars.

3. Abdullah M. Al-Mahdi;

Volunteer fundraiser for a non-profit organization called the Islamic Center in Raleigh North Carolina from 1987 through 1991.

Experience in office management and administration in the same center;

An expert in computers, possessing valuable computer skills for devising and implementing fund raising programs for charitable purposes. He is also very familiar with other non-profit fund raising programs.

4. There is a blanket rule of the organization; no loans from the organization to any employee on any terms whatsoever.

5. Each employee receives a salary commensurate with his education and experience and job description. (Please see line #17 of the proposed budget). In addition, IRO will participate in a health insurance plan to cover employees and their families. Each employee will receive vacation time, approximately 2 weeks for those just beginning work with IRO (possible increase after a certain number of years working at IRO).

In addition to the three employees listed on the original 1023, IRO has employed a fulltime fundraiser, Mr Abdul-Salam Quri. He will obtain acquisition lists and enter into computer program merge and purge programs, segmentation of lists, follow up with donors, prepare reports and analysis on fund raising for Directors, prepare direct mail packages and arrange other fund raising events.

6. At present there is no pension plan in place at IRO nor any variation of a pension plan or stock purchase plan.

7. If any dividends are received as a result of our allowed passive income investments, all dividends or interest received will be either re-invested for IRO or used for the activities of IRO.

6

8.    The $11,000.00 loan as indicated in line 7 of our financial statement is a loan from Mr. Farid Qurashj, a University Professor in Jeddah, Saudi Arabia. He intended this loan to be used as "start-up" or "seed" money for the charitable work of IRO as it began it's operations. There is no written agreement. The loan is given to IRO interest free. There is no relationship between the Lender and Lendee. The amount is to be paid back in one year.

9.    Please find attached a letter regarding IRO's lease arrangement. The facility is used solely for the purposes of our organization, that is, the daily business operations.

10.   Explain fully the depreciation expense as listed per line 21 of our financial statement.

| ASSET | 1991 FMV | ALLOWED DEPRECIATION |
|-------|----------|----------------------|
| 3 Computers | 10,000 | $2,000.00 |
| FAX Machine | 2,500 | $500.00 |
| 2 Cars | | |
| Buick | 3,500 | Leased/no depreciation |
| Mini-Van | 20,000 | |
| Copy Machine | 2,500 | $500.00 |
| Furniture | 7,000 | $1,000.00 |

These calculations are based on office equipment as 5 year property put into service in 1990 and furniture as 7 year property put into service in 1990. The total depreciation in the first tax year is $4,000. With the same assets, the depreciation in the second year would be $4,800 for the office equipment and $1,680 for the furniture, seven year property, for a total of $6,480.

These calculations are based on (MACRS), that is, the modified accelerated cost recovery system.

The depreciation expense listed on our proposed budget is slightly less that this estimate.

11.   Our assets consist of two automobiles. Both cars are leased. Please see both lease agreements attached.

7

12.  No, no-one associated with he organization will rent, lease, sell or transfer in anyway, real or personal property to the organization.

There is one present exception to this general rule. Presently, IRO is seeking to purchase a building rather than continue to rent. From the time of its beginning, IRO has been renting on a month to month basis from an organization in Washington, D.C. called Solidarity International for Kuwait. Dr. Tareq Al-Swaidan is both on the Board of Directors of IRO and Secretary General for Solidarity International for Kuwait. IRO is paying $1,000.00 per month until they find a permanent location.

13.  Our first tax year will end December 31, 1991.  Both Form 872-C, forms are attached.

14.  Our organization absolutely will not have any lobbying activities.  Our efforts are strictly limited to raising funds to provide relief services to the poorest of the poor wherever they may be.  We have no intention whatsoever to be involved with politics.

15.  Our organization as explained in answer to question #1 has many connections and good relationships with other international organizations, but our organization does not have a subsidiary in a foreign country.

Our objective is to work with and cooperate with other existing organizations, not to create new organizations abroad.

16.  The financial operations of our organization are safeguarded in several ways; we have an independent CPA who reviews our records to complete the necessary accounting and tax work; only two individuals, our Ex-Director and our Financial Officer are authorized to sign checks on behalf of the organization; and finally we have provided for "in-house" accounting and bookkeeping to be reviewed periodically by the Board of Directors.

8

I declare that I am authorized to sign this application on behalf of International Relief Organization, Inc., and that I have examined this addendum to our application Form 1023, and to the best of my knowledge it is true, correct and complete.

*Tareq Al Suwaid*

International Relief Organization

COMMONWEALTH OF VIRGINIA
CITY OF ALEXANDRIA:

Subscribed to and sworn by DR TAREQ AL-SWAIDAN an authorized representative of International Relief Organization, before me, a Notary Public, in and for the City aforesaid this 31 day of December, 1991.

Notary Public

My Commission Expires:    July 31, 1994

REQUESTED BY:  KANE, DAVID C

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF THE TREASURY<br>UNITED STATES CUSTOMS SERVICE<br><br>R E P O R T   O F   I N V E S T I G A T I O N | 1. TECS ACCESS CODE 3 |
|---|---|
| | 2. PAGE    1 |
| | 3. CASE NUMBER DC02PU02DC0005 |

4. TITLE: THE SAFA GROUP – HERNDON, VIRGINIA

5. CASE STATUS:    INTERIM RPT

| 6. REPORT DATE<br>071403 | 7. DATE ASSIGNED<br>112101 | 8. CLASS<br>1 | 9. PROGRAM CODE<br>040 | 10. REPORT NO.<br>090 |
|---|---|---|---|---|

11. RELATED CASE NUMBERS:    DC02PU02DC0009  B002PU02B00049

12. COLLATERAL REQ:

13. TYPE OF REPORT:
    INVESTIGATIVE FINDINGS / MEMO OF INTERVIEW

TOPIC: INTERVIEW OF SOLIMAN BIHEIRI

14. SYNOPSIS:
The RAIC-DC and the Internal Revenue Service-Alexandria, Virginia are
investigating the suspected terrorism-related money laundering activities,
IEEPA violations and tax code violations of the SAFA GROUP.  The SAFA GROUP is
a name given to a group of individuals and organizations located predominantly
in the area of Northern Virginia.  The individuals operating the SAFA GROUP
are mainly of Middle Eastern descent.  They began establishing the
Virginia-based organizations in the early 1980s.  These organizations include
for-profit businesses, charitable organizations and educational organizations.
The SAFA GROUP has funded front organizations believed to be conduits for
terrorist organizations.  In addition, the investigation has uncovered
indirect ties to Al-Qaeda.

On June 15, 2003, SOLIMAN BIHEIRI arrived at Dulles International Airport in
Sterling, Virginia.  He was subsequently voluntarily interviewed and then
arrested pursuant to a federal material witness arrest warrant.

| 15. DISTRIBUTION:<br>RACDC SACBA | 16. SIGNATURE: _____<br>KANE          DAVID     C   SPECIAL AGENT |
|---|---|
| | 17. APPROVED: _____<br>ROMANOFF      BRAD     S   OI GRP SUPERVISOR |
| | 18. ORIGIN OFFICE: DC<br>DC-VIRGINIAS – RAC | 19. TELEPHONE: 410 579 5131 |
| | 20. TYPIST: KANE |

O F F I C I A L   U S E   O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF
THE US CUSTOMS SERVICE.  ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR
INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS
SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.

GOVERNMENT
EXHIBIT
79

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF THE TREASURY UNITED STATES CUSTOMS SERVICE | 1. PAGE  10 |
|---|---|
| R E P O R T   O F - I N V E S T I G A T I O N C O N T I N U A T I O N | 2. CASE NUMBER DC02PU02DC0005 |
| | 3. REPORT NUMBER: 090 |

million in start-up capital provided by an Egyptian investor by the name of
FATHI TOLBA.  He related that TOLBA resided in Saudi Arabia at the time.
TOLBA's son, FATHI, served as the negotiator for TOLBA and ISMAIL, according
to BIHEIRI.  BIHEIRI stated that he/BMI helped to raise the capital for
CAMBRIDGE COMPUTER.

BIHEIRI related that he incorporated BMI, INC. in 1985 with his close personal
friend, HUSSEIN IBRAHIM.  He related that IBRAHIM was studying computer
science at Columbia University in New York at the time.  The start-up capital
provided to start BMI was provided by SOLIMAN BIHEIRI, IBRAHIM and MOHAMMED
BEHAIRY (his brother in Florida), according to BIHEIRI.  BIHEIRI told the
agents that he himself provided $50,000, IBRAHIM provided $5,000 to $10,000
and his brother MOHAMMED provided approximately $50,000 to $70,000.

BIHEIRI related that in 1987, BMI arranged for the purchase of $24 million
worth of land in the northeastern United States by FATHI TOLBA and another
Saudi partner.  The land was purchased from former New Jersey Governor Kean
according to BIHEIRI.  BMI earned a three percent commission for arranging the
transfer of money to the Kean family from TOLBA, according to BIHEIRI.  He
related that BMI earned a total of $1.5 million, which was paid in staggered
increments.  TOLBA had established several different companies, all named for
his children, to handle 6-7 different projects in the U.S., according to
BIHEIRI.

BIHEIRI related that he concentrated on attracting the investment money of
major banks, including the AL-BARAKAT GROUP, the KUWAITI FINANCE HOUSE and the
Qatar Bank.  He related that the AL-BARAKAT BANK invested $500,000 into BMI in
late 1992 or early 1993.  He stated that this investment was placed with BMI
LEASING.  AL-BARAKAT subsequently began to invest $2 to $3 million a month
with BMI.  BIHEIRI related that BMI did not have to provide AL-BARAKAT with
updates or operating plans for the monthly payments of $2 to $3 million, the
BARAKAT BANK would automatically provide the money, no questions asked.

BIHEIRI stated that BMI also signed an investment contract with the QATAR
BANK, but no money was invested in the company, due to the first World Trade
Center (WTC) attack in 1993.  He told the agents that the KUWAITI FINANCE
HOUSE invested a total of $1.8 million with BMI in early 1993, but after the
WTC attack, all the banks withdrew their investments with BMI.

BIHEIRI told the agents that he met SULAIMAN AL-ALI in1985 at a dinner in New
Jersey at the home of SHEIKH MOHAMMED AL-HANOOTI attended by SULAIMAN AL-ALI,
HUSSEIN IBRAHIM and BIHEIRI.  He related that AL-HANOOTI had invited them so
that they could meet one another.  BIHEIRI had previously met HUSSEIN IBRAHIM
at a convention in Switzerland.  BIHEIRI related that AL-HANOOTI was the
former president of the DAR AL-HIJRA MOSQUE in Falls Church, Virginia.  He

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF
THE US CUSTOMS SERVICE.  ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR
INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS
SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.

O'F F I C I A L   U S E   O N L Y

| DEPARTMENT OF THE TREASURY<br>UNITED STATES CUSTOMS SERVICE<br><br>R·E P O R T   O F   I N V E S T I G A T I O N<br>C O N T I N U A T I O N | 1. PAGE  11 |
|---|---|
| | 2. CASE NUMBER DC02PU02DC0005 |
| | 3. REPORT NUMBER: 090 |

related that AL-HANOOTI was an Egyptian national. AL-ALI was working for the
Saudi Arabian government, BIHEIRI said. He related that AL-ALI was attending
a two-month training somewhere in the United States at the time.

BIHEIRI told the agents that the next time he saw AL-ALI was in approximately
1989 at a MAYA conference that he believes took place in either Texas or
Kansas. At this time, AL-ALI told BIHEIRI that he was in the process of
moving back to the United States to open an office of the INTERNATIONAL
ISLAMIC RELIEF ORGANIZATION (IIRO) for the MUSLIM WORLD LEAGUE (MWL), which
are both Saudi charities, according to BIHEIRI. BIHEIRI told the agents that
the IIRO is a subsidiary of the MWL, worldwide. He stated that the two
organizations are almost entirely financed by the Saudi Arabian government.

Shortly after the conference, AL-ALI came to a meeting with BIHEIRI, GAMAL
AHMED and HUSSEIN IBRAHIM in New Jersey, according to BIHEIRI. BIHEIRI
related that AL-ALI told them at the meeting that he was to receive $10
million dollars from an organization by the name of SANABEL AL-KHEER in Saudi
Arabia. He stated that SANABEL was a subsidiary of the MWL. AL-ALI wanted to
see if BMI could invest the money for SANABEL, according to BIHEIRI. BIHEIRI
and IBRAHIM told AL-ALI that they could do that for him and the money began to
arrive from SANABEL, shortly thereafter, BIHEIRI related. The income
generated by SANABEL's investment was to be used to cover the expenses of the
IIRO office in the United States. BIHEIRI noted that THE SANA-BELL, INC. in
the U.S. and SABABEL AL KHEER in Saudi Arabia were really one and the same
organization.

BIHEIRI told the agents that that $3 million dollars came into the various BMI
entities from SANA-BELL. He related that $1 million came into BMI LEASING
bank accounts through SANABEL (Saudi Arabia), $1 million came into BMI REAL
ESTATE DEVELOPMENT through SANABEL (Saudi Arabia) and another $1 million came
into another account directly from IIRO for the purchase of land in the United
States. BIHEIRI told the agents that IBRAHIM dealt with AL-ALI more than he
did. He related that he (BIHEIRI) would contact either AL-ALI or his Syrian
colleague, KHALED NOURI, at the IIRO in Virginia, when he needed to speak
about the SANA-BELL/IIRO investments. He related that GAMAL AHMED was the
person who handled most of the account transfers from/for the IIRO/SANA-BELL.
He related that AHMED was the individual at BMI that dealt with AL-ALI and
NOURI most frequently.

BIHEIRI told the agents that AL-ALI ran into trouble because he began pulling
money out of the SANA-BELL investments to pay his personal bills. AL-ALI was
also having trouble meeting the expenses of the IRO office in the United
States, so he asked BIHEIRI for money from SANABEL's investment in BMI to
cover IRO's expenses. He stated that AL-ALI had approximately twenty-seven
people working for him and therefore had many bills to pay.

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF
THE US CUSTOMS SERVICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR
INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS
SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.

# EXHIBIT 4

0108 8 1402

CLINTON MILLER
CHAIRMAN

THEODORE V. MORRISON, JR.
COMMISSIONER

HULLIHEN WILLIAMS MOORE
COMMISSIONER

# COMMONWEALTH OF VIRGINIA

JOEL H. PECK
CLERK OF THE COMMISSION
P.O. BOX 1197
RICHMOND, VIRGINIA 23218-1197

## STATE CORPORATION COMMISSION

August 03, 2001

JAMES M TOWARNICKY
555 GROVE ST STE 116
HERNDON, VA 201700000

## NOTICE OF REVOCATION OF CERTIFICATE OF AUTHORITY
## TO TRANSACT BUSINESS IN VIRGINIA

RE:    SANA-BELL, INC., THE
ID:    F141478-0

Virginia corporation law provides that the due date for a Foreign corporation to pay its annual registration fee each year is the last day of the anniversary month of the date of its Certificate of Authority to Transact Business in Virginia. If the fee remains unpaid as of the last day of the fourth month immediately following the due date, the corporation's Certificate of Authority shall be automatically revoked. See Sections 13.1-768 (Stock Corporations) and 13.1-930 (Non Stock Corporations) of the Code of Virginia. According to the Commission's records the above named corporation failed to pay its registration fee before July 31, 2001, and, consequently, the corporation's Certificate of Authority was automatically revoked as of that date.

Among other things, this revocation means that the corporation is no longer authorized to transact business in this Commonwealth. As there might be other consequences resulting from this revocation, it is suggested that the corporation, its officers, and directors seek the advice of counsel.

If the corporation wishes to reenter, then it may do so by complying with the applicable statutes. For information as to the method of reentry, write to:

COMMONWEALTH OF VIRGINA
STATE CORPORATION COMMISSION
CLERK'S OFFICE
P.O. BOX 1197 (1300 EAST MAIN STREET, RICHMOND, VA 23219)
RICHMOND, VA 23218-1197
(804) 371-9733

# COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION

March 7, 2000

The State Corporation Commission has found the accompanying application for a certificate of authority to transact business in Virginia submitted on behalf of

## THE SANA-BELL, INC.

to comply with the requirements of law, and confirms payment of all required fees.

Therefore, it is ORDERED that this

## CERTIFICATE OF AUTHORITY TO TRANSACT BUSINESS IN VIRGINIA

be issued and admitted to record with the application in the Office of the Clerk of the Commission, effective March 7, 2000.

The corporation is authorized to transact business in Virginia, subject to all Virginia laws applicable to the corporation and its business.

STATE CORPORATION COMMISSION

By _TV. Morrison_

Commissioner

CORFACPT
CIS0317
00-03-07-0603



SCC759/921
(04/97)

# APPLICATION FOR A CERTIFICATE OF AUTHORITY
## TO TRANSACT BUSINESS IN VIRGINIA

NOTE: THIS IS AN SCC APPROVED FORM. IT MAY BE DUPLICATED, BUT THE CONTENT AND FORMAT CANNOT BE CHANGED.

Name of the corporation (include any "for use in Virginia" name):

THE SANA-BELL, INC.

State or country of incorporation ___DISTRICT OF COLUMBIA___

Date of incorporation ___7/28/89___ Period of duration ___PERPETUAL___

Corporation's principal office address
555 Grove Street, Suite 116,
_____
(Number and street)

Herndon, VA 20170
_____
(City or Town)          (State)      (Zip Code)

Name of the VIRGINIA registered agent ___James M. Towarnicky___

The registered agent is (mark appropriate box[es])

    (1) An individual who is a resident of Virginia and
        [ ] an officer of the corporation
        [ ] a director of the corporation
        [X] a member of the Virginia State Bar
        **OR**
    (2) [ ] A professional corporation or professional limited liability company of attorneys registered under § 54.1-3902, Code of Va

Street address of the VIRGINIA registered office of the corporation:
555 Grove Street, Suite 116
_____
(Number and street)

Herndon _____ VA _20170_
(City or Town)                              (Zip Code)

The corporation's registered office in Virginia is located
in the [ ] City or [X] County of _Fairfax_

## OFFICERS

| NAME AND TITLE | BUSINESS ADDRESS |
|---|---|
| Bin Saleh L Obad, President | 555 Grove Street, #116, Herndon, VA 20170 |
| Hassan M. Bahafzallah, Vice President | 555 Grove Street, #116, Herndon, VA 20170 |
| M. Yaqub Mirza, Secretary | 555 Grove Street, #116, Herndon, VA 20170 |
| Abdullah M. Al Noshan, Treasurer | 555 Grove Street, #116, Herndon, VA 20170 |

### DIRECTORS

| NAME JAMES M. TOWARNICKY ASST. SEC. | BUSINESS ADDRESS 595 GROVE STREET, #116 HERNDON, VA 20170 |
|---|---|
| Bin Saleh L Obad, | 555 Grove Street, #116, Herndon, VA 20170 |
| Hassan M. Bahafzallah, | 555 Grove Street, #116, Herndon, VA 20170 |
| M. Yaqub Mirza, | 555 Grove Street, #116, Herndon, VA 20170 |
| Abdullah M. Al Noshan | 555 Grove Street, #116, Herndon, VA 20170 |

### STOCK

| NO. OF SHARES AUTHORIZED | CLASS AND SERIES |
|---|---|
| NONE | NONE |

The undersigned executes this application in the name of the corporation and declares the facts stated herein to be true

_____  James M. Towarnicky, Asst Secretary  __3/7/00__
(Signature)               (Printed name and corporate title)    (Date)
**See instructions on the reverse**

892789



**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS

# CERTIFICATE

THIS IS TO CERTIFY that all applicable provisions of the DISTRICT OF COLUMBIA NONPROFIT CORPORATION ACT have been complied with and accordingly, this CERTIFICATE of INCORPORATION is hereby issued to

THE SANA - BELL, INC.

as of July 28th , 1989 .

Donald G. Murray
Director

Henry C. Lee, III
Administrator
Business Regulation Administration

Miriam Hellen Jones
Superintendent of Corporations
Corporations Division

Marion Barry, Jr.
Mayor

### ARTICLES OF INCORPORATION
### OF

### THE SANA – BELL, INC.

To:  The Department of Consumer and Regulatory Affairs of the
District of Columbia

We, the undersigned natural persons of the age of eighteen
years or more, acting as incorporators of a nonstock corporation
as a private foundation, adopt the following Articles of
Incorporation for such corporation ("Corporation") pursuant to
the District of Columbia Non-Profit Corporation Act.

#### ARTICLE I

#### Name

The name of the Corporation is "The SANA – BELL, Inc."

#### ARTICLE II

#### Term

The period during which the Corporation shall continue is
perpetual.

#### ARTICLE III

#### Registered Agent and Office

The post office address of the initial registered office of
the Corporation is:

> c/o Foley, Hoag & Eliot
> 1615 L Street, N.W., Suite 950
> Washington, D.C. 20036

and the name of the initial registered agent for the Corporation
at such address is:

> Richard A. Gross

#### ARTICLE IV

#### Purposes

The Corporation is organized to promote the well-being of
mankind throughout the world and for charitable, religious,
educational, and scientific purposes, including without
limitation for such purposes, the making of distributions to
organizations that qualify as exempt organizations under section
501(c)(3) of the Internal Revenue Code of 1986, as amended, or

FILED

JUL 2 8 1989

BY: _____

corresponding section of any future Federal tax code.  To that end, such purposes shall, without limitation to the foregoing, specifically include:

Section 1.  To engage in, establish and promote, and contribute to exclusively religious, cultural, educational, charitable and scientific activities, programs, projects, organizations, institutions and funds.

Section 2.  To receive, maintain and administer funds for religious, cultural, scientific, educational and charitable purposes, and to that end, to take and hold by bequest, trust, devise, gift, grant, purchase, lease or otherwise, either absolutely or jointly with any other person, persons, or corporation, any property, real, personal, tangible or intangible, or any undivided interest therein, without limitation as to amount or value; to sell, convey, or otherwise dispose of any such property and to invest, reinvest, or deal with the principal or the income thereof in such manner as, in the judgment of the Board of Trustees, will best promote the purposes of the Corporation without limitation, except such limitations, if any, as may be contained in the instrument under which such property is received, these Articles of Incorporation, the By-Laws of the Corporation, or any laws applicable thereto.

Section 3.  To hold and continue to hold as an investment, property which may be received by the Corporation so long as it deems proper, and to invest and reinvest in any securities or property, whether or not income-producing, deemed by it to be for the best interests of the Corporation, without and notwithstanding that the same may constitute leaseholds, royalty interests, patents, interest in mines, oil and gas wells, or timber lands, or other wasting assets, and without any responsibility for any depreciation or loss by or on account of such investments.

Section 4.  To rent or lease any property of the Corporation for such time and upon such terms and for such price or prices as in its discretion and judgment may seem just and proper and for the best interest of the Corporation, irrespective of the provisions of any statute or of the termination of any trust.

Section 5.  To sell and convey any of the property of the Corporation or any interest therein, or to exchange the same for other property for such price or prices and upon such terms as in its discretion and judgment may be deemed for the best interest of the Corporation and to execute and deliver any deed or deeds, receipts, releases, contracts or other instruments necessary in connection therewith.

-2-

Section 6. To make all repairs and improvements at any time deemed necessary and proper to and upon real property owned by the Corporation, and to build, construct, and complete any building or buildings upon such property which in its discretion and judgment may be deemed advisable and proper and for the best interests of the Corporation, and to determine the extent to which the cost of such repairs and improvements shall be apportioned as between corpus and income.

Section 7. To deduct, retain, expend, and pay out of any money belonging to the Corporation any and all necessary and proper expenses in connection with the operation and conduct of the Corporation, and to pay all taxes, insurance premiums, and other legal assessments, debts, claims or charges which at any time may be due and owing by, or which may exist against the Corporation.

Section 8. To vote upon all securities belonging to the Corporation, and to become a party to any stockholders agreements deemed advisable by them in connection with such securities.

Section 9. To consent to the reorganization, consolidation, merger, liquidation, readjustment of or other change in any corporation, company or association, or to the sale or lease of the property thereof or any party thereof, any of the securities or other property of which may at the time be, held by them hereunder, and to do any act or exercise any power with reference hereto that may be legally exercised by any persons owning similar property in their own right, including the exercise of conversion, subscription, purchase, or other options, the deposit, surrender, or exchange of securities, the entrance into voting trusts, and the making of agreements or subscriptions which they may deem necessary or advisable in connection therewith, all without applying to any court for permission so to do, and to hold and redeem or sell or otherwise dispose of any securities or other property which they may so acquire.

Section 10. To compromise, settle, arbitrate, or defend any claim or demand in favor of or against the Corporation; to enforce any security agreements, or other obligations or liens held hereunder; and to enter upon such contracts and agreements and to make such compromise or settlements of debts, claims or controversies as they may deem necessary or advisable. To incur and pay the ordinary and necessary expense of administration of the Corporation or its Board of Trustees acting in such capacity, including (but not by way of limitation) reasonable attorney's fees, accountants' fees, investment counsel fees and the like.

Section 11. To act hereunder through an agent or attorney-in-fact in carrying out any of the powers and duties herein authorized.

Section 12. To borrow money for any purposes of the Corporation or incidental to the administration thereof and to secure the repayment thereof by granting a security interest in, or pledging or otherwise encumbering any part or all of the Corporation's property, or as part of the consideration given therefor, to assume a liability of the transferor or to acquire such property subject to a liability.

Section 13. To lend money to any person or persons upon such terms and in such ways and with such security as the Board of Trustees may deem advisable for the best interest of the Corporation.

Section 14. In general, to do any and all acts and things, and to exercise any and all powers which it may now or hereinafter be lawful for the Corporation to do or exercise under and pursuant to the laws of the District of Columbia and for the purpose of accomplishing any of the purposes of the Corporation, whether inside or outside the United States of America.

## ARTICLE V

## Investment

No part of the net earnings of the Corporation shall inure to the benefit of or be distributable to its trustees, officers, or other private persons, except that the Corporation shall be authorized and empowered to pay reasonable compensation for services rendered and to make payments and distributions in furtherance of the purposes set forth in this Article. No substantial part of the activities of the Corporation shall be the carrying on of propaganda, or otherwise attempting to influence legislation, and the Corporation shall not participate in, or intervene in, including the publishing or distribution of statements, any political campaign on behalf of any candidate for public office. Notwithstanding any other provision of these Articles, the Corporation shall not carry on any other activities not permitted to be carried on: (a) by a corporation exempt from Federal income tax under Section 501(c)(3) of the Internal Revenue Code of 1986, as amended, or the corresponding provision of any future United States Internal Revenue Law; or (b) by a corporation, contributions to which are deductible under Section 170 of the Internal Revenue Code of 1986, as amended, or the corresponding provisions of any future United States Internal Revenue Law.

## ARTICLE VI

### Dissolution

Upon tne dissolution of the Corporation, the Board of Trustees shall, after paying or making provision for the payment of all of the liabilities of the Corporation, dispose of all of the assets of the Corporation exclusively for the purposes of the Corporation in such manner to the Islamic Society of North America, or in its absence, to The SAFA Trust, Inc., or in its absence, to the North American Islamic Trust, Inc., or, in its absence, to such Islamic organization or organizations organized and operated exclusively for religious, cultural, charitable, educational or scientific purposes as shall at the time qualify as an exempt organization or organizations under Section 501(c)(3) of the Internal Revenue Code of 1986, as amended, or the corresponding provision of any future United States Internal Revenue Law, as the Board of Trustees shall determine. Any of such assets not so disposed of shall be disposed of by the Court of Common Pleas of the county in which the principal office of the Corporation is then located, exclusively for such purposes or to such Islamic organization or organizations, as said Court shall determine, which are organized and operated exclusively for such purposes.

## ARTICLE VII

### Members

The Corporation shall have no members.

## ARTICLE VIII

### Trustees

Section 1. Number of Trustees. The Corporation shall operate through a Board of Trustees, which shall function, operate and be considered for all purposes as the Corporation's Board of Directors. The minimum number of Trustees constituting the Board of Trustees shall be five (5) and the maximum number shall be eleven (11). Except as provided herein, the exact number of Trustees shall be as prescribed from time-to-time in the By-Laws of the Corporation.

Section 2. Election and Term of Office.

(A) The term of office of each Trustee shall be five (5) years except that members of the initial Board of Trustees will be assigned staggered terms of office of five, six, seven, eight and nine years, as set forth in Section 3 of this Article VIII.

-5-

(B)  In case of a resignation, expulsion, expired term or any other termination of a regular board member or members, the board, by a majority vote of the Board of Trustees at any meeting, shall appoint the member or members required to fill the existing vacancy or vacancies within two months from the date of such vacancy or vacancies, and such appointee(s) or his or their successor(s) shall serve the remaining term of the departing Trustee(s).

(C)  The qualifications to be a Trustee, which shall be determined by its Board of Trustees in the Board of Trustee's sole discretion, shall include sound character, honesty, trust, serious interest in charitable work and commitment to the objectives and policies of the Corporation.

(D)  Any Trustee may be removed from office with or without cause by two-thirds (2/3) of the entire board members.

Section 3.  The names, addresses and terms of the initial Board of Trustees, who shall serve as initial Trustees until their successors be elected and qualify, are as follows:

| Name | Address | Term |
|------|---------|------|
| Dr. M. Yaqub Mirza | 11922 Safa Court<br>Herndon, VA  22070 | 5 |
| Dr. Abdulrahim Al Saati | 11924 Safa Court<br>Herndon, VA  22070 | 5 |
| Dr. Farid Yasin Qurashi | 1101 Safa Street<br>Herndon, VA  22070 | 5 |
| Solayman Alsalih Alragihi | 596 Grant Street<br>Herndon, VA  22070 | 6 |
| Ibrahim Afandi | Box 14843 Andulus Street<br>Jeddah, Kingdom of<br>Saudi Arabia | 7 |
| Dr. Mohammed Abdu Yamani | Box 14843 Andulus Street<br>Jeddah, Kingdom of<br>Saudi Arabia | 8 |
| Salih Kamel | Box 14843 Andulus Street<br>Jeddah, Kingdom of<br>Saudi Arabia | 9 |

-6-

## ARTICLE IX

### Incorporators

The names and address, including street and number, of each incorporator is:

Sandra Y. K. Loder                1615 L Street, N.W., #950
                                  Washington, D.C. 20036

James H. Towarnicky               1615 L Street, N.W., #950
                                  Washington, D.C. 20036

James T. Montgomery, Jr.          1615 L Street, N.W., #950
                                  Washington, D.C. 20036

## ARTICLE X

### Amendment

An amendment to these Article of Incorporation shall require the approval of two-thirds (2/3) of the votes entitled to be cast by board members present or represented by proxy at a meeting of the Board of Trustees.

## ARTICLE XI

### Regulation and Conduct of the Corporation

Other provisions, consistent with the laws of the District of Columia, for the regulation and conduct of the affairs of the Corporation, and creating, defining, limiting or regulating the powers of the Corporation, shall be provided in the By-Laws of the Corporation.

## ARTICLE XII

### Indemnification

The Corporation shall indemnify any person who is serving or has served as a director or officer of this Corporation, at its request, as a director or officer of another corporation in which this Corporation owns shares of stock or in relation to which it is a creditor, against expenses actually and necessarily incurred by such person in connection with the defense of any action, suit or proceeding in which he is made a party by reason of being or having been a director or officer of this Corporation or of which he is adjudged therein to be liable for negligence or misconduct in the performance of duty. Such indemnification shall not be deemed exclusive of any other rights to which any person may be entitled under any By-Law, agreement, vote of stockholders or otherwise.

-7-

In witness whereof, we have hereunto subscribed our names this 28th day of July, 1989.

WITNESS:

_Carol B. Levine_     _Sandra Y. K. Loder_
Sandra Y. K. Loder

_Carol B. Levine_     James M. Towarnicky

_Carol B. Levine_     James T. Montgomery, Jr.

I, _Eleanor H. Peck_, a Notary Public, hereby certify that on the 28th day of July, 1989, Sandra Y.K. Loder, James M. Towarnicky, and James T. Montgomery, Jr. appeared before me and signed the foregoing document as incorporators, and have averred that the statements therein contained are true.

(NOTARY SEAL)

_Eleanor H. Peck_
Notary Public

My Commission Expires August 31, 1991

-8-

## STATEMENT OF PERMISSION

I, Richard A. Gross, a resident of the District of Columbia, hereby agree to serve as the registered agent for SANA-BELL, Inc. My address as registered agent shall be c/o Foley, Hoag & Eliot, 1615 L Street, N. W., Suite 950, Washington, D. C.  20036.

_____
Richard A. Gross

_____
Date

### DISTRICT OF COLUMBIA

#### DEPARTMENT OF CONSUMER
#### AND REGULATORY AFFAIRS

I hereby certify that this is a true
and complete copy of the document
filed in this office, the Corporations
Division of the Business Regulation
Administration, and that this docu-
ment was admitted to record in
File # 84 3 7 89

Date of Certification 3-7-2005

Superintendent of Corporations

By Maxine M. Hunai

Islamic Organizations Guide

Main Page | Contact Us

Kingdom of Saudi Arabia
Ministry of Islamic Affairs, Endowments, Da'wah
and Guidance

Quran  Hadith  Dictionary  Inheritance  Hajj and `Umrah
Services

Minister Sheikh / Salih Bin 'Abdul 'Aziz Al al-Sheikh



Articles - Main Page

### Books

- Fundamentals of Islam
- The Qur'an and modern science

### Services

- Prayer Times
- Date Converter
- Calculation of Zakah
- Islamic Cards

### Islamic Magazine

- Today's Verse
- Today's Hadith

- The Holy Qur'an
- Hadith
- Islamic Dictionary
- Zakah
- Hajj and `Umrah

## Islamic Organizations Guide

Guide Of Da'wa Centers working under the supervision of the
Ministry of Islamic Affairs, Endowments, Da'wah and Guidance.

1. Islamic organizations guide:

| Organization Name | Address |
| --- | --- |
| Organization of Islamic Conference. | P.O Box 178, Jeddah 21411, Saudi Arabia.<br>Tel. 02-6874858<br>02-6873880<br>02-6800800 (Central)<br>Telex. 601366<br>Fax. 02-6873568 |
| Islamic Countries Broadcasting Org. | P.O Box 6351, Jeddah 21442, Saudi Arabia.<br>Tel. 02-6721121(Central)<br>02-6722269<br>SJ 60144<br>Fax. 02-67222600 |
| King Faisal Center for Researches and Islamic Studies. | King Fahad Road – King Faisal Foundation building.<br>P.O Box. 51049, Riyadh 11543, Saudi Arabia.<br>Tel. 4652255<br>4631613 (direct)<br>Off. 4546024/4641400<br>Telex. 405470<br>Fax. 4659993 |
| Muslim world League (Makkah). | P.O Box 537 Makkah, Saudi Arabia.<br>Tel. 02-5422733 (6 lines)<br>5444787/5445335 (direct)<br>Telex. 540009/540390<br>Fax. 02-5436619<br>5431488 |
| International Islamic Relief Organization. | P.O Box 14843 Jeddah 21434, Saudi Arabia.<br>Tel. 02-6512333<br>02-6515411<br>02-6519035<br>Telex. 606754 SJ |

| | Fax. 02-6518491 |
|---|---|
| International Islamic News Agency. | P.O Box 5054, Jeddah 21422, Saudi Arabia.<br>Tel. 02-6652056<br>02-6658561<br>02-6656359)<br>Telex. 601251/601090<br>Fax. 02-6659358 |
| Islamic Universities League. | Cairo- AZAR University, Naser City, Saleh Kamel Islamic Economy Center<br>Tel. 00202-4015565<br>Secretary General<br>Fax. 4015541 |
| Social Guidance and Reform Society. | P.O Box 4663, Dubai 21422, United Emirates.<br>Tel. 00971-4-665654<br>00971-4-693627<br>Telex/Fax 662071<br>Fax. 00971-4-626900 |
| Islamic Fiqh Academy | P.O BOX 13971, Jeddah, Saudi Arabia<br>Tel. 6672288<br>6671664<br>6609329<br>Fax. 6670873 |
| Islamic Development Bank | P.O BOX 5925, Jeddah, Saudi Arabia<br>Tel. 3661400<br>Telex. 601945 (ENG)<br>601975 (Arabic)<br>Fax. 6371334<br>6377980<br>6378927 |
| Islamic Educational, Scientific, and Cultural Organization (ISESCO). | 16 Omar bin Khatab street<br>P.O Box 755 Akdal, Ar-Rubait Morocco<br>Tel. 002127-772433<br>725305<br>Fax. 002127-772058<br>777459 |
| Research center of History, Arts and Islamic Culture. | P.O BOX 24 Besiktas, Istanbul, Turkey.<br>Tel. 90212-2591742<br>Telex. 26484 (isam tr)<br>Fax. 90212-2584365 |

**2. Guide Of Da'wa Centers working under the supervision of the Ministry of Islamic Affairs, Endowments, Da'wah and Guidance.**

| Center Name | Address |
|---|---|
| Da'wa Office, Bahrain. | P.O BOX 5807<br>Key of the city 00973<br>Tel. 294779/294550<br>Fax. 294787 |
| Da'wa Office, Qatar. | P.O BOX 2482 Doha<br>Key of the city 00974 |

| | Tel. 871181/871182<br>Fax. 864737 |
|---|---|
| Da'wa Office, Dubai. | P.O BOX 5152<br>Key of the city 009714<br>Tel. 690812/666509<br>Fax. 668753 |
| Da'wa Office, Om Quean. | P.O BOX762<br>Key of the city 009716<br>Tel. 655034<br>Fax. 655134 |
| Da'wa Office, Fujyra. | P.O BOX764<br>Key of the city 009719<br>Tel. 223101<br>Fax. 239270 |
| The Religious Attache In Jordan. | P. O Box 925744<br>Key of the City 00962<br>Tel. 699066<br>Fax. 6826154 |
| The Islamic Councilor, Malaysia. | P.O Box 12099, K.L50768, Malaysia<br>Post Code 50678<br>Key of the city 00603<br>Tel. 4579588<br>Fax. 4579833 |
| Da'wah Office Manager Pakistan. | House No. 262 Street NO. 53 Sector F-<br>1014, Islamabad. Pakistan<br>Tel. 00951/256372<br>00951/282793 |
| The Religious Attache, Jakarta. | Jakarta 10001, Indonesia, P.O Box 4124<br>Code 10001<br>Tel. 006221/7221827<br>Fax. 006221/2709823 |
| The Religious Attache, Bangladesh. | House No. 17 Road, No. 14 Baridhara,<br>Dhaka, Bangladesh,<br>Tel. 008802/870478<br>Fax. 008802/870479 |
| The Religious Attache, India | India D12 South Extension part 11,<br>NewDelhi, India-10049<br>Tel. 009111/6445419<br>Fax. 009111/6449423 |
| Da'wa Office, Djibouti. | B.P. 199 Djibouti<br>P.O BOX 199 Djibouti<br>Tel. 00253/351877<br>Fax. 00253/350051 |
| Da'wa Office, Sudan. | P.O BOX 8258 Al-Emarat – Khartoum<br>Tel. 00249/11/451127 |
| Da'wa Office, Kenya. | P.O BOX 677971 Nairobi<br>Tel. 002542/330900<br>Fax. 002542/330910 |
| Da'wa Office, Mauritania. | P.O BOX 11 Nouakchott-Mauritania<br>Tel. 002222/53499 |

| | Fax. 00222/52993 |
|---|---|
| Da'wa Office, Nigeria. | P.O BOX 72085<br>Victoria Island- Lagos<br>Tel. 002341/611672<br>Fax. 002341/616007 |
| The Religious Attache, Zambia. | Royal Embassy of Saudi Arabia. 5th floor,<br>Premrm house no epenobnoe avenue.<br>P.O Box 34411 Lusaka-Zambia. |
| Da'wa Office, USA. | Royal Embassy of Saudi Arabia- Islamic<br>Affairs- 601, New Hampshire- Avent<br>Washington D.C 20037, USA<br>Tel. 001202/9443547<br>Fax. 0012/9443192 |
| Da'wah Office, Britain | Goodge street London. Wip, 1fl-U.K, 46<br>Tel. 0044171/6362080<br>Fax. 0044171/4362038 |
| Da'wah Office, Australia | P.O Box 722,Mawson Act2607,Canbera,<br>Australia<br>Tel. 006162907612<br>Fax. 006162861777 |
| Da'wah Office, Germany. | Gooesberger Allee, 40-42<br>43175,Bonn,Germany<br>Tel. 004922/8109138<br>Fax. 004922/8312097 |
| Propagators Supervisor, France. | 29 rue Desgraviers, Neuilly sur siene,<br>92200,France<br>Tel. 00331/474776263<br>Fax. 00331/47471697 |
| Ministry' representative, Mosquo. | Tel. 007095/3166254<br>Fax. 007095/2452310<br>Saudi Embassy road in Mosquo |
| Da'wah Office, Canada. | Abdul Aziz Al-Metrik<br>Da'wah Office Manager<br>Royal Embassy of Saudi Arabia<br>Bank Street, Suite 901, 99<br>Ottawa Ontario, Kip 6b9, Canada<br>Tel. 0016137389071<br>Fax. 0016137387292 |


Top

All rights reserved for the Ministry unless used for research or da'wah purposes

The contents of this site do not necessarily reflect the opinion of the Ministry

Developed by Harf Information Technology

Main Page   |   Contact Us

# EXHIBIT 5

### THE SANA-BELL, INC.

Application for

Recognition of Exemption

(Form 1023)

### Exhibit D

The names and addresses of the directors of THE SANA-BELL, INC. ("SANA-BELL") are as follows:

| | |
|---|---|
| Dr. M. Yaqub Mirza | 11922 Safa Court<br>Herndon, VA  22070 |
| Dr. Abdulrahim Al Saat | 11924 Safa Court<br>Herndon, VA  22070 |
| Dr. Farid Yasin Qurashi | 1101 Safa Court<br>Herndon, VA  22070 |
| Solayman Alsalih Alragihi | 596 Grant Street<br>Herndon, VA  22070 |
| Ibrahim Afandi | Box 14843 Andulus Street<br>Jeddah, Kingdom of<br>Saudi Arabia |
| Dr. Mohammed Abdu Yamani | Box 14843 Andulus Street<br>Jeddah, Kingdom of<br>Saudi Arabia |
| Salih Kamel | Box 14843 Andulus Street<br>Jeddah, Kingdom of<br>Saudi Arabia |

The names, addresses, and titles of the officers of SANA-BELL are as follows:

| | |
|---|---|
| Dr. Mohammed Abdu Yamani<br>Chairman of the Board | Box 14843 Andulus Street<br>Jeddah, Kingdom of<br>Saudi Arabi |
| Dr. Abdulrahim Al Saati<br>President | 11924 Safa Court<br>Herndon, VA 22070 |

1

Dr. M. Yaqub Mirza                      11922 Safa Court
Secretary and Treasurer                 Herndon,  VA  22070

None of the directors receives compensation for the performance of duties as a director.  No officer presently receives compensation for the performance of duties as an officer.  SANA-BELL may, in the future, pay reasonable compensation to its officers for services rendered.

# EXHIBIT 6

NO 1780 FRIDAY 06 Dhu Al-Hijjah 1423H 07 Feb 2003 العدد 1780ـ الجمعة 6 ذوالحجة 1423هـ إسلامية،أسبوعية، جامعة



**The Muslim World** Page Two الأخيلية الثانية

1

FROM THE HOLY HARAMS

## Islam is a religion of peace, justice and freedom

MAKKAH/MADINAH - The Imams and Khateebs of the Two Holy Harams in Makkah and Madinah in their Friday Khutbahs on 25 January urged Muslims to be always mindful of Allah Almighty and follow the teachings of His Prophet Muhammad (peace be on him) meticulously so that they are richly rewarded by Allah - in this life and the Hereafter.

Imam and Khateeb of the Holy Haram in Makkah Sheikh Osamah Ibn Abdullah Khayyat in his Khutbah reminded the congregation that the best thing a person can do in this life is to inculcate consciousness of Allah. He said one of the greatest blessings of Allah for mankind is that He sent Prophet Muhammad (peace be on him) as a messenger with guidance for the mankind to the true faith, and made him a mercy to all creatures, which includes human beings of all races, languages and colours.

The most prominent mercy of Islam is the care and preservation of human life, which is not confined to Muslims but also includes other peoples, Sheikh Khayyat said.

"The best example of this concern for human life is the rule of conduct laid down by the Prophet (peace be on him) for his followers in terms of war and in terms of peace. The Prophet (peace be on him) strongly prohibited persecution of a non- Muslim who lives among Muslims peacefully. And in times of war, the Prophet (peace be on him) ordered his military commanders to fight only those disbelieves who take up arms against them and those who exceed limits; rather, he ordered not to kill a man, a child, an old and a weak person, and not to destroy plants and animals," Sheikh Khayyat said.

"The caliphs who succeeded the Prophet's (peace be on him) mission also adhered to the same rule of conduct in war. They told their fighters to fight those who wage war on Muslims, but never to commit excesses and kill innocent people or mutilate the men of defeated enemy. The Muslim armies fought in the cause of Allah - a just cause - and not for personal glory or for the sake of killing and causing destruction. They followed Allah's injunction as mentioned in the Holy Qur'an: "Fight in the cause of Allah those who fight you, but do not transgress limits; for Allah loves not transgressors." (Qur'an, 11:190) Islam is a religion of justice, peace and freedom. It has never been a religion of terror, violence and bloodshed.

Islam is a religion of peace, justice and freedom, Sheikh Khayyat said. "It will always triumph as it triumphed in the past, since Allah has promised to protect it: 'It is He who has sent His Apostle with guidance and the religion of Truth, to proclaim it over all religion even though the pagans may detest (it)'" (Qur'an, 9:33)

Meanwhile, Imam and Khateeb of the Prophet's Mosque Sheikh Ali Al-Hudhaifi in his Khutbah said, "Worship is not only a duty towards Allah, it is also the greatest honour that Allah has conferred on man. Worship pleases Allah, enlightens the heart of the worshippers, refines the soul, corrects behaviour, obliterates sins, rectifies thoughts, and raises a person's rank in Paradise," Sheikh Al-Hudhaifi said.

"It is Allah's mercy on us that He sent the best of His creatures, Prophet Muhammad (peace be on him), to teach us how to worship Allah in the best manner and how to avoid (the acts, word or deeds), which invites Allah's wrath."

Allah says in the Qur'an: "A similar (favour have you already received) in that we have sent among you an Apostle of your own, rehearsing to you our Signs, sanctifying you, and instructing you in Scripture and wisdom, and in new knowledge." (Qur'an 2:151)

"Had Allah not sent Apostles with Scriptures people would have gone astray more than the beast, but as Allah is merciful to man, He prescribed religion and (the ways to) worship Him. The prescribed worships include Salah (prayers), Zakah (alms giving), fasting, pilgrimage and other acts of devotion. Pilgrimage to Makkah is a type of worship that combines all other forms of worship: prayers, fasting and giving alms to the poor, etc.

"It is one of the greatest Signs of Allah which confirms that the religion sent through the Prophet (peace be on him) is the only true faith. No other power on earth can bring so many pilgrims each year from all corners of the globe and from all races of mankind belonging to such a large variety of social classes to converge on one place, braving hardships after they depart from homes and leave their loved ones, and spending liberally to observe a religious rite with such care and devotion," he said.

Sheikh Al-Hudhaifi urged the pilgrims to perform Hajj with purest of intention, and with determination to perform it

September 11 attacks on New York and Washington) and today in Iraq and tomorrow in another country."

- He said a US offensive would reduce the threat to Israel from Iraq, which fired 39 Scud missiles at the Jewish State during the 1991 Gulf War and is said by Israeli officials to have funded Palestinian suicide bombing campaigns. "Zionist Israeli and Jewish policy is to strike every power emerging in the Arab and Muslim world because it would pose a danger to the existence of Israel on Muslim land," he said. - SG

الصفحات : 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16|
الأولى | العالم هذا الأسبوع | حوارات | منتدى الآراء | اقتصاد | تربية | مؤتمرات | الحج | فتاوى | منابر الدعوة | الأخيرة | الإنجليزية

 **Page Two** 

5

## Former IIRO chief Quraishi passes away after liver transplant

JEDDAH - Dr. Fareed Yasin Quraishi, former Secretary- General of the International Islamic Relief Organization (IIRO), died in Beijing on 29 January following a liver transplant operation at a Chinese hospital. He was 54. Quraishi had been suffering from Cirrhosis for the past three years.

Dr. Quraishi had played a remarkable role in making IIRO an internationally known relief agency. His efforts as IIRO chief improved the lives of hundreds of thousands of orphans, widows and victims of natural calamities.

Quraishi was born in 1949 and received primary and secondary school education in Cairo and Jeddah. He received his bachelor's degree in business administration from King Abdul Aziz University in Jeddah.

Quraishi obtained his master's and doctoral degrees in business administration from Claremont University in the United States. He also worked as associate professor at KAAU's Faculty of Economics and Administration.

He was one of the founders of IIRO and worked as its Secretary-General until 1996.

News of his death shocked not only his friends and relatives but also the thousands of IIRO's beneficiaries around the world.

Dr. Abdullah Omar Naseef, former Secretary- General of the Muslim World League (MWL) and former vice-Chairman of the Shoura Council, commended Quraishi's pioneering role in Islamic charitable activities. "He came up with new ideas in charity work especially in collecting and developing funds," Naseef said, adding that the Sanabil Al-Khair fund-raising programme was Quraishi's brainchild.

Dr. Adnan Khalil Pasha, IIRO's Secretary-General, commended Quraishi's efforts in strengthening the organization since he became its chief in 1985. "His life was full of achievements as he worked day and night to improve the lives of the poor and needy," he said.

Sheikh Muhammad Tantawi, head of Al-Azhar in Cairo, said he was shocked to hear the news. "I have seen his concern for the poor and the deprived. We have lost a good man who has done a lot in the service of humanity." Quraishi is survived by his wife and four children. - AN

الصفحات : 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16|
الأولى | العالم هذا الأسبوع | حوارات | منتدى الآراء | اقتصاد | تربية | مؤتمرات | الحج | فتاوى | منابر الدعوة | الأخيرة | الإنجليزية

 **Page Two** 

6

## Al-Bassam's demise, loss to the Ummah

JEDDAH - Sheikh Abdullah Ibn Abdur Rahman Al- Bassam, member of the Board of Senior Ulema, passed away on 31 January at King Faisal Specialist Hospital here.

His son, Bassam, told the Gazette that his father was admitted to the hospital two days ago for check up as he had complains of diabetes and hypertension, where he breathed his last.