# EXHIBIT A

| | ASHTON | BURNETT | FEDERAL | NY MARINE | EURO BROKERS | CONTINENTAL | WTC |
|---|---|---|---|---|---|---|---|
| Barzinji | Fully briefed 3/8/06 | Fully briefed 3/8/06 | MTD Denied 9/21/05 | Fully briefed 3/8/06 | | Fully briefed 3/8/06 | Fully briefed 3/8/06 |
| M. Ashraf | Fully briefed 3/2/06 | Fully briefed 1/27/06 | Dismissed 9/21/05 | Fully briefed 1/27/06 | Fully briefed 1/27/06 | Fully briefed 1/27/06 | Fully briefed 1/27/06 |
| M. Omar Ashraf | Fully briefed 3/2/06 | Fully briefed 1/27/06 | Dismissed 9/21/05 | Fully briefed 1/27/06 | Fully briefed 1/27/06 | Fully briefed 1/27/06 | Fully briefed 1/27/06 |
| Mirza | Fully briefed 3/2/06 | Voluntarily Dismissed 1/05 | Dismissed 9/21/05 | Fully briefed 1/27/06 | Fully briefed 1/27/06 | Fully briefed 1/27/06 | Fully briefed 1/27/06 |
| Al-Alwani[1] | | Voluntarily Dismissed 1/05 | Dismissed 9/21/05 | Fully briefed 1/27/06 | | | |
| Unus | Fully briefed 3/2/06 | Fully briefed 1/27/06 | Dismissed 9/21/05 | Fully briefed 1/27/06 | Fully briefed 1/27/06 | Fully briefed 1/27/06 | Fully briefed 1/27/06 |
| Totonji | Fully briefed 3/2/06 | Fully briefed 1/27/06 | Fully briefed 1/18/06 | Fully briefed 1/27/06 | Fully briefed 1/27/06 | Fully briefed 1/27/06 | Fully briefed 1/27/06 |
| Jaghlit | Fully briefed 3/2/06 | Fully briefed 1/27/06 | Fully briefed 1/18/06 | Fully briefed 1/27/06 | Fully briefed 1/27/06 | Fully briefed 1/27/06 | Fully briefed 1/27/06 |
| African Muslim Agency | Vol. Dismissed 6/04 | Dismissed 9/21/05 | Fully briefed 1/18/06 | Fully briefed 1/19/06 | | Fully briefed 1/19/06 | |
| Grove Corp. | Fully briefed 1/19/05 | Dismissed 9/21/05 | Fully briefed 1/18/06 | Fully briefed 1/19/06 | Fully briefed 1/19/06 | Fully briefed 1/19/06 | Fully briefed 1/19/06 |
| Heritage Education Trust | Vol. Dismissed 6/04 | Dismissed 9/21/05 | Fully briefed 1/18/06 | Fully briefed 1/19/06 | Fully briefed 1/19/06 | Fully briefed 1/19/06 | Fully briefed 1/19/06 |
| IIIT | Dismissed 9/21/05 | Dismissed 9/21/05 | Fully briefed 1/18/06 | Fully briefed 1/19/06 | | Fully briefed 1/19/06 | |
| Mar-Jac Investments | | Dismissed 9/21/05 | Fully briefed 1/18/06 | Fully briefed 1/19/06 | | Fully briefed 1/19/06 | |
| Mena Corp. | Vol. Dismissed 6/04 | Fully briefed 1/19/06 | Fully briefed 1/18/06 | Fully briefed 1/19/06 | | Fully briefed 1/19/06 | |
| Reston Investments | Vol. Dismissed 6/04 | Dismissed 9/21/05 | Fully briefed 1/18/06 | Fully briefed 1/19/06 | | Fully briefed 1/19/06 | |
| Safa Trust | Improper Service | Dismissed 9/21/05 | Fully briefed 1/18/06 | Fully briefed 1/19/06 | | Fully briefed 1/19/06 | |
| Sterling Charitable Gift Fund | Vol. Dismissed 6/04 | Fully briefed 1/19/06 | Fully briefed 1/18/06 | Fully briefed 1/19/06 | Fully briefed 1/19/06 | Fully briefed 1/19/06 | Fully briefed 1/19/06 |
| Sterling Management Group | Vol. Dismissed 6/04 | Fully briefed 1/19/06 | Fully briefed 1/18/06 | Fully briefed 1/19/06 | Fully briefed 1/19/06 | Fully briefed 1/19/06 | Fully briefed 1/19/06 |
| York Foundation | Vol. Dismissed 6/04 | Dismissed 9/21/05 | Fully briefed 1/18/06 | Fully briefed 1/19/06 | | Fully briefed 1/19/06 | |
| Mar-Jac Poultry | Dismissed 9/21/05 | Dismissed 9/21/05 | Dismissed 9/21/05 | MTD Pending | | Dismissed by Stipulation | |

[1] Taha Al Alwani also was served in *O'Neill v. Iraq*. Motion to dismiss was fully briefed as of 12/1/05