IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACK<br>ON SEPTEMBER 11, 2001 | Civil Action No. 03 MDL 1570 (RCC)<br>ECF Case |

This document relates to:

*Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-CV-6978

### NOTICE OF DEFENDANT JAMAL BARZINJI'S MOTION FOR LEAVE TO FILE THE UNREDACTED VERSION OF HIS MOTION FOR A STAY FOR THE COURT'S *IN CAMERA* REVIEW

PLEASE TAKE NOTICE that upon the memorandum of law attached hereto, Defendant Jamal Barzinji, by and through undersigned counsel, will move the Court, before the Honorable Richard C. Casey, U.S.D.J., at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, 10007, on at a date and time to be determined by the Court, for an order granting leave to file with the Court for its *in camera* review an unredacted copy of his motion to stay containing a discussion of the status of the criminal investigation.

Respectfully submitted,

Dated: September 15, 2006

By: /s/ Nancy Luque
Nancy Luque (NL-1012)
Steven K. Barentzen (SB-8777)
DLA PIPER US LLP
1200 Nineteenth Street
Washington, DC 20036-2247
Tel: 202-861-3900
Fax: 202-223-2085
*Attorneys for Jamal Barzinji*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 15th day of September, 2006, I caused an electronic copy of the foregoing Notice Of Motion For Leave to File Unredacted Copy of Motion to Stay For The Court's In Camera Review to be served by the Court's electronic filing system upon all parties scheduled for electronic notice.

/s/ Steven K. Barentzen
Steven K. Barentzen (SB-8777)