RECEIVED OCT 2 2006 CHAMBERS OF RICHARD CONWAY CASEY U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-3-06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) ECF Case |
|---|---|

This document relates to:   Federal Insurance Co. v. al Qaida
                            03 CV 06978 (RCC)

### STIPULATION OF DISMISSAL OF MOHAMMED HUSSEIN AL AMOUDI

PLEASE TAKE NOTICE that, through counsel, the *Federal Insurance* plaintiffs and defendant, Mohammed Hussein Al Amoudi, have agreed to and hereby stipulate to the dismissal of defendant, Mohammed Hussein Al Amoudi, without prejudice, each side to bear its own attorney's fees, costs, and expenses.

Respectfully submitted,

COZEN O'CONNOR

By: _____
SEAN P. CARTER
J. SCOTT TARBUTTON
1900 Market Street
Philadelphia, PA 19103

Counsel for Plaintiffs

Dated: October 2, 2006

AKIN, GUMP, STRAUSS, HAUER & FELD, LLP

By: _____
NICOLE H. SPRINZEN
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036

Counsel for Defendant

SO ORDERED:

_____
RICHARD CONWAY CASEY, U.S.D.J.