**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*

> *Thomas E. Burnett, Sr., et al. v. Al Baraka Investment & Development Corp., et al.*, Case Nos. 03-CV-5738 and 03-CV-9849 (S.D.N.Y.)
> *Kathleen Ashton, et al. v. Al Qaeda Islamic Army, et al.,* Case No. 1:02-6977 (S.D.N.Y.)
> *Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-CV-6978 (S.D.N.Y.)
> *Cantor Fitzgerald & Co., et al. v. Akida Bank Private, Ltd., et al.*, Case No. 04-CV-7065 (S.D.N.Y.)
> *Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.*, Case No. 04-CV-05970-UA (S.D.N.Y.)
> *Estate of John P. O'Neill, Sr., on behalf of John P. O'Neill, Sr., deceased, and on behalf of decedent's heirs-at-law, et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 04-CV-1923 (S.D.N.Y.)
> *Euro Brokers, Inc., et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 04-CV-07279-UA (S.D.N.Y.)
> *New York Marine and General Insurance Co. v. Al Qaida, et al.*, Case No. 04-CV-6105 (S.D.N.Y.)
> *World Trade Center Properties, LLC, et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 04-CV-7280 (S.D.N.Y.)

## MOTION TO SUPPLEMENT MOTIONS TO DISMISS OF DEFENDANT KHALID BIN MAHFOUZ

Defendant Khalid Bin Mahfouz hereby respectfully moves this Court for leave to supplement his Motions to Dismiss the above-captioned cases with the October 4, 2006 Witness Statement of Jean-Charles Brisard. A memorandum of law accompanies this motion.

| | |
|---|---|
| Dated: October 5, 2006 | Respectfully submitted, |
| /s/ Geoffrey S. Stewart | |
| Geoffrey S. Stewart (GS-5413)<br>JONES DAY<br>222 East 41st Street<br>New York, New York  10017-6702<br>Tel:  (212) 326-3939<br>Fax:  (212) 755-7306 | Michael Nussbaum (MN-9981)<br>BONNER, KIERNAN, TREBACH<br>& CROCIATA<br>1201 I Street, N.W.<br>Washington, D.C.  20005<br>Tel.:  (202) 712-7000<br>Fax.:  (202) 712-7100 |
| Stephen J. Brogan<br>Timothy J. Finn<br>Jonathan C. Rose<br>James E. Gauch<br>Michael P. Gurdak<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, D.C.  20001<br>Tel:  (202) 879-3939<br>Fax:  (202) 626-1700 | |

*Attorneys for Defendant Khalid Bin Mahfouz*