

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-5-06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL 1570 (RCC) ECF Case |
|---|---|
| This document relates to: | |

This document relates to:

*Burnett v. Al Baraka Investment & Development Corp., et al.*, Case No. 03-CV-5738 (RCC)
*Burnett v. Al Baraka Investment & Development Corp., et al.*, Case No. 03-CV-9849 (RCC)
*Ashton v. Al Qaeda Islamic Army, et al.*, 02-CV-6977 (RCC)
*Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.*, Case No. 04-CV-05970 (RCC)
*New York Marine and General Insurance Co. v. Al Qaida, et al.*, Case No. 04-CV-6105 (RCC)

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs in all of the above-referenced cases consolidated under 03 MDL 1570 and Defendant Yusuf Al-Qaradawi, by and through his undersigned counsel, that Plaintiffs' time to respond to Defendant's motion to dismiss shall be extended to October 11, 2006, and that Defendant's time to file reply papers shall be extended to November 13, 2006.

Dated: October 4, 2006

DOAR RIECK KALEY & MACK

By: /s/ Amy Rothstein
AMY ROTHSTEIN
217 Broadway, Suite 707
New York, N.Y 10007

*Counsel for Defendant Yusuf Al-Qaradawi*

Respectfully submitted,

MOTLEY RICE LLC

By: /s/ Justin B. Kaplan
JUSTIN B. KAPLAN
28 Bridgeside Boulevard
Mount Pleasant, S.C. 29465

*Counsel for Plaintiffs*

SO ORDERED:

_____
U.S.D.J.