Translation:
------------------------------------------------

Dear Sirs/Islamic Relief Organization:
Jeddah

In reference to your special request in offering the job of optically scanning the files of the Islamic Relief Organization at the location of the organization in trhe city of Jeddah, we are pleased to enclose with this letter our speical offer regarding this proposal hoping it will meet your acceptance.

Total value of offer: 10,000,000 riyals only (10 million riyals)

General conditions:
1. Valid date of offer: 30 days from the date of this letter
2. Method of payment: upon contractual agreement
3. Execution time: Depends on the plan enlosed in this offer

Mohamed Abdel-Aziz Awajah
General Sales Manager

FROM : ABDULLAH RAJAB LAWFIRM        FAX NO. :6611503        Jul. 21 2006 12:59AM P1


Saudisoft

التاريخ: 1427/04/23هـ
الموافق: 2006/05/21م
الرقم: 97/2006/ص/ل

السادة / منظمة الإغاثة الإسلامية        المحترمين ،،
جدة

السلام عليكم ورحمة الله وبركاته ،
إشارة إلى طلب سعادتكم الخاص بتقديم عرض للقيام بإعمال المسح الضوئي لملفات منظمة الإغاثة الإسلامية بمقر المنظمة بمدينة جدة ، يسعدنا أن مرفق بطية عرضنا الخاص بهذا الشأن آملين أن يحوز عرضنا القبول لدى سعادتكم .
أجمالي قيمة العرض :- #10000000# ريال # عشرة ملايين ريال لا غير )

الشروط العامة :-

1. مدة صلاحية العرض        : 30 يوم من تاريخه
2. طريقة الدفع                   : حسب ما يتفق عليه عند توقيع العقد
3. مدة التنفيذ                    : حسب الخطة المرفقة بداخل العرض

محمد عبد العزيز عواجة
مدير عام المبيعات

C.R. 4030063483  C.C. & I. 31011
Saudisoft Co. Ltd. 6 Salsabeel St, Mushrefah Dist. P.O.Box 1574 Jeddah 21441 Saudi Arabia Tel. 966 2 6633999 - Fax. 966 2 6694975