

OCT 1 ~ 2006

CHAMBERS OF
RICHARD CONWAY CASEY
U.S.D.J

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ECF

|  |  |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*

*Burnett v. Al Baraka Investment & Development Corp., et al.*, Case No. 03-CV-5738 (RCC)
*Burnett v. Al Baraka Investment & Development Corp., et al.*, Case No. 03-CV-9849 (RCC)
*Ashton v. Al Qaeda Islamic Army, et al.*, 02-CV-6977 (RCC)
*Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.*, Case No. 04-CV-05970 (RCC)
*New York Marine and General Insurance Co. v. Al Qaida, et al.*, Case No. 04-CV-6105 (RCC)

## STIPULATION OF DISMISSAL OF
## YUSUF AL-QARADAWI

PLEASE TAKE NOTICE that, through counsel, the *Burnett, Ashton, Continental Casualty*

*Co.* and *New York Marine and General Insurance Co.* Plaintiffs and Defendant, Yusuf Al-

Qaradawi, have agreed to and hereby stipulate to the dismissal of Defendant, Yusuf Al-Qaradawi,

without prejudice, each side to bear its own attorney's fees, costs, and expenses.

Dated: October 12, 2006

DOAR RIECK KALEY & MACK

By: _____
AMY ROTHSTEIN
217 Broadway, Suite 707
New York, N.Y 10007

*Counsel for Defendant Yusuf Al-Qaradawi*

Respectfully submitted,

MOTLEY RICE LLC

By: _____
JUSTIN B. KAPLAN
28 Bridgeside Boulevard
Mount Pleasant, S.C. 29465

*Counsel for Burnett Plaintiffs*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-27-06

KREINDLER & KREINDLER

By: *Vincent Parrett / JK*
VINCENT PARRETT
100 Park Avenue
New York, NY 10017

*Counsel for Ashton Plaintiffs*


BROWN GAVALAS & FROMM LLP

By: *Frank J. Rubino / JK*
FRANK J. RUBINO, JR.
355 Lexington Avenue
New York, New York 10017

*Counsel for NY Marine and General
Insurance Co.*


FERBER CHAN ESSNER & COLLER, LLP

By: *Robert Kaplan / JK*
ROBERT KAPLAN
530 Fifth Avenue
New York, NY 10177-1211

*Counsel for Continental Casualty Co.
Plaintiffs*


**SO ORDERED:**

*Richard Conway Casey*

RICHARD CONWAY CASEY, U.S.D.J.

Dated: *October 27, 2006*