IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | ) ) ) ) | 03 MDL 1570 (RCC)<br>ECF Case |

This document relates to:  All actions

## NOTICE OF FILING

PLEASE TAKE NOTICE, that defendant Soliman H.S. Al-Buthe is hereby filing with this Court the renewed License issued by the Office of Foreign Assets Control, U.S. Department of the Treasury (attached hereto as Exhibit 1).

    Respectfully submitted,

    /s/ Lynne Bernabei

    Lynne Bernabei, Esquire  (LB2489)
    Alan R. Kabat, Esquire  (AK7194)
    Bernabei & Katz, PLLC
    1773 T Street, N.W.
    Washington, D.C. 20009-7139
    (202) 745-1942

    Attorneys for Defendant Soliman H.S. Al-Buthe

DATED:  December 4, 2006

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 4, 2006, I caused the foregoing to be served electronically on counsel of record by the Court's Electronic Case Filing (ECF) System, pursuant to ¶ 9(a) of Case Management Order No. 2 (June 16, 2004).


                                              /s/ Alan R. Kabat

                                              Alan R. Kabat



DEPARTMENT OF THE TREASURY
WASHINGTON, D.C. 20220

LICENSE No. SDGT-379c

## Global Terrorism Sanctions Regulations
### LICENSE

(Granted under the authority of 50 U.S.C. §§ 1701 *et seq.*, 50 U.S.C. § 1601 *et seq.*, 22 U.S.C. § 287c, Executive Order 13224, as amended, and 31 C.F.R. Parts 501 and 594.)

To:   The Bernabei Law Firm, PLLC
      1775 T Street, NW
      Washington, DC 20009-7124
      Attn.: Lynne Bernabei, Esquire

1. Based on your letter of August 31, 2006, to the Office of Foreign Assets Control on behalf of Soliman H.S. Al-Buthe (the "Application"), and information otherwise available to the Office of Foreign Assets Control, the transactions and activities delineated on the reverse hereof are hereby authorized.

2. This License is granted upon the statements and representations made in the Application, or otherwise filed with or made to the Treasury Department as a supplement to the Application, and is subject to the condition, among others, that the Licensee complies in all respects with all regulations, rulings, orders and instructions issued by the Secretary of the Treasury under the authority of the International Emergency Economic Powers Act (50 U.S.C. §§ 1701 *et seq.*), the National Emergencies Act (50 U.S.C. §§ 1601 *et seq.*), section 5 of the United Nations Participation Act of 1945, as amended (22 U.S.C. § 287c), section 301 of title 3 of the United States Code, Executive Order 13224 of September 23, 2001, as amended, and the terms of this License.

3. The Licensee shall furnish and make available for inspection any relevant information, records, or reports requested by the Secretary of the Treasury or any other duly authorized officer or agency.

4. This License expires on **November 30, 2007**, is not transferable, and is subject to Executive Order 13224, as amended, the provisions of 31 C.F.R. Parts 501 and 594, and any rulings issued pursuant thereto. This License may be revoked or modified at any time at the discretion of the Secretary of the Treasury. If this License was issued as a result of willful misrepresentation, it may, at the discretion of the Secretary of the Treasury, be declared void from the date of its issuance or from any other date.

5. This License does not excuse compliance with any law or regulation administered by the Office of Foreign Assets Control or another agency (including reporting requirements) applicable to the transactions herein licensed, nor does it release the Licensee or third parties from civil or criminal liability for violation of any law or regulation.

Issued by direction and on behalf of the Secretary of the Treasury:

OFFICE OF FOREIGN ASSETS CONTROL

By _____ 11/21/06
Virginia R. Canter
Acting Associate Director
Policy Program & Implementation

Attention is directed to 18 U.S.C. § 1001, 50 U.S.C. § 1705, and 31 C.F.R. Part 594.701 for provisions relating to penalties.

**LICENSE No. SDGT-379c** Page 2 of 3

**SECTION I - AUTHORIZATION:** (a) Subject to the conditions and limitations set forth herein, The Bernabei Law Firm, PLLC (the "Licensee") is hereby authorized to receive payment for legal fees and reimbursement of incurred expenses for the provision of legal services to **Soliman H.S. Al-Buthe** (the "Client") (i) in connection with Burnett, *et al.* v. Al Baraka Investment & Development Corporation, *et al.*, Case No. 03-CV-09849 (RCC) (S.D.N.Y.), Ashton, *et al.* v. Al Qaeda, *et al.*, Case No. 02-CV-06977 (RCC)(S.D.N.Y.), Federal Insurance *et al.* v. Al Qaida *et al.*, No. 03-CV-6978 (RCC)(S.D.N.Y.), and cases consolidated under Case No. 03 MDL 1570 (RCC) (S.D.N.Y.); and (ii) in connection with the designation of the Client as a Specially Designated Global Terrorist and any related U.S. government investigations.

(b) Any transfer of funds through the U.S. financial system pursuant to the authorization set forth above should reference the number of this license to avoid the blocking or rejection of the transfer.

**SECTION II – CONDITIONS:** (a) Payments to the Licensee for professional fees and expenses authorized by this License must not originate from a source within the United States, or from any source outside the United States within the possession or control of a U.S. person, or from any entity or individual, other than the Client, whose property or interests in property are blocked pursuant to any Executive order or Chapter V of Title 31 of the C.F.R.

(b) The Licensee must submit a copy of this License to the relevant court or any other decision-making body or forum.

**SECTION III – WARNING:** (a) Except as expressly authorized by the terms of this License, or otherwise by the Office of Foreign Assets Control, this License does not authorize the transfer of any blocked property, the debiting of any blocked account, the entry of any judgment or order that effects a transfer of blocked property, or the execution of any judgment against property blocked pursuant to any Executive order or Chapter V of Title 31 of the C.F.R.

(b) Nothing in this License authorizes the provision of services or the receipt of payment of fees or reimbursement of expenses other than for the purposes delineated in Section I above.

**SECTION IV – RECORDKEEPING AND REPORTING REQUIREMENTS:** (a) The Licensee is subject to the recordkeeping and reporting requirements of, *inter alia*, 31 C.F.R. §§ 501.601 and 501.602, including the requirement to maintain full and accurate records concerning the transactions undertaken pursuant to this License for a period of five years from the date of each transaction.

(b) The Licensee shall submit quarterly reports no later than thirty days following the end of the calendar quarter providing information on the funds received pursuant to this License. The first such report is to be received by the Office of Foreign Assets Control no later than the close of business on January 31, 2007. Such reports shall specify the source and amount of funds received. In the event that no transactions occur or no funds are received during the reporting period, a statement is to be filed to that effect. Reports are to be mailed to: Licensing Division, Office of Foreign Assets Control, U.S. Department of the Treasury, 1500 Pennsylvania Avenue, N.W., Annex, Washington, D.C. 20220, and are to refer to this License No. SDGT-379c.

**LICENSE No. SDGT-379c**  Page 3 of 3

**(c)** In the event of litigation or similar proceedings described in 31 C.F.R. 501.605(a), other than proceedings to which the Office of Foreign Assets Control is a party, the Licensee is required to report by immediate telephone call or facsimile transmission to the Chief Counsel, Office of Foreign Assets Control (Tel: 202/622-2410; Fax: 202/622-1911), the scheduling of any hearing or status conference in legal proceedings whenever it appears that a court or decision-making body may issue an order or judgment or default judgment or is considering or may decide any pending request dispositive of the merits of the proceeding or of any claim raised in the proceeding.

**(d)** See 31 C.F.R. § 501.605 for additional requirements regarding reports on litigation, arbitrations and dispute resolution proceedings.

**SECTION V - PRECEDENTIAL EFFECT:** The authorization contained in this License is limited to the facts and circumstances specific to the Application.
*********************************************************************