UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re Terrorist Attacks on September 11, 2001* | 03 MDL 1570 (RCC) |
| | ECF Case |

This document relates to:

*Federal Insurance Co., et al. v. Al Qaida, et al.*, No. 03-CV-6978

## NOTICE OF MOTION FOR RECONSIDERATION

PLEASE TAKE NOTICE that, pursuant to Local Rule 6.3 of the Southern District of New York and Federal Rule of Civil Procedure 59(e), and upon the accompanying Memorandum of Law in Support of the *Federal Insurance* Plaintiffs' Motion for Reconsideration, upon all memoranda of law, affidavits and exhibits previously submitted in support of the *Federal Insurance* Plaintiffs' Opposition to defendant Saudi American Bank's Motion to Dismiss, and upon this Court's November 20, 2006 Memorandum & Order, the *Federal Insurance* Plaintiffs shall seek an Order reconsidering the Court's granting of Saudi American Bank's Motion to Dismiss and the Court's denial of plaintiffs' request for leave to amend the complaint.

Respectfully submitted,

COZEN O'CONNOR

Dated:  December 5, 2006         BY:   /s/  J. Scott Tarbutton, Esquire
                                 Stephen A. Cozen, Esquire
                                 Elliott R. Feldman, Esquire
                                 Sean P. Carter, Esquire
                                 J. Scott Tarbutton, Esquire
                                 1900 Market Street
                                 Philadelphia, PA  19103
                                 Tele: (215) 665-2000
                                 Fax:  (215) 665-2013
                                 Attorneys for *Federal Insurance* Plaintiffs

PHILADELPHIA\2876382\1  117430.000