UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

In re Terrorist Attacks on September 11, 2001        03 MDL 1570 (RCC)

-------------------------------------------------------------------x

This document relates to:

*Euro Brokers Inc., et al. vs. Al Baraka
Investment and Development Corp., et al.*
**04 CV 07279 (RCC)**

*World Trade Center Properties, L.L.C., et al. vs.
Al Baraka Investment and Development Corp., et al.*
**04 CV 07280 (RCC)**

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to F.R.C.P. 41, Plaintiffs in the above-referenced actions hereby voluntarily dismiss the following Defendants without prejudice from *Euro Brokers Inc., et al. vs. Al Baraka Investment and Development Corp., et al., No.* 04 CV 07279 (RCC) and *World Trade Center Properties, L.L.C., et al. vs. Al Baraka Investment and Development Corp., et al., No.* 04 CV 07280 (RCC):

Arab Bank, PLC (D103)

Dated: New York, New York  
       December 13, 2006

Respectfully submitted,

/s/ _____  
Ronald L. Motley, Esq. (SC Bar #4123)  
Jodi Westbrook Flowers, Esq. (SC Bar #66300)  
Donald A. Migliori, Esq. (RI Bar #4936)  
Michael Elsner, Esq. (NY & VA Bar #ME-8337)  
Ingrid L. Moll, Esq. (IM-3949)  
Robert T. Haefele, Esq. (NJ-58293; PA-57937)  
Justin B. Kaplan, Esq. (TN-022145)  
MOTLEY RICE LLC  
28 Bridgeside Boulevard  
P.O. Box 1792  
Mount Pleasant, South Carolina 29465  
Telephone: (843) 216-9000