UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

**This document relates only to:**
*Ashton v. Al Qaeda Islamic Army*, 02 CV 6977 (RCC)

NOTICE OF MOTION FOR LEAVE TO
WITHDRAW AS COUNSEL FOR THE *ASHTON* PLAINTIFFS

**PLEASE TAKE NOTICE** that upon the annexed Affidavit of Vincent I. Parrett, Esq., the plaintiffs in *Ashton et al. v. Al Qaeda Islamic Army et al.*, 02 CV 6977 (RCC)(the "*Ashton* Plaintiffs") respectfully move this Court for entry of an Order pursuant to Local Rule 1.4 granting Vincent I. Parrett leave to withdraw as counsel for the *Ashton* Plaintiffs.

Dated: December 26, 2006
New York, New York

Respectfully submitted,

/s/
James P. Kreindler, Esq. (JK7084)
Marc S. Moller, Esq. (MM 0143)
Justin T. Green, Esq.  (JG0318)
Andrew J. Maloney, III, Esq. (AM8684)
Blanca I. Rodriguez, Esq. (BR5608)
Vincent I. Parrett, Esq. (VP5092)
*Counsel for Ashton Plaintiffs*