UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) <br> ECF Case |

**This document relates only to:**
*Ashton v. Al Qaeda Islamic Army*, 02 CV 6977 (RCC)

### AFFIDAVIT OF VINCENT I. PARRETT REQUESTING LEAVE TO WITHDRAW AS COUNSEL FOR THE *ASHTON* PLAINTIFFS

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

VINCENT I. PARRETT, being duly sworn, affirms and says:

1. I am a lawyer admitted to practice in New York and in this Court, and I am an associate of the firm Kreindler & Kreindler LLP.

2. I have appeared as counsel for plaintiffs in *Ashton et al. v. Al Qaeda Islamic Army et al.*, 02 CV 6977 (RCC) (the "*Ashton* Plaintiffs").

3. Pursuant to Local Rule 1.4, I respectfully seek leave of the Court to withdraw as counsel for the *Ashton* Plaintiffs. My withdrawal is requested because I am leaving Kreindler & Kreindler LLP on January 1, 2007, to join another law firm.

4. The appearance of other counsel for the *Ashton* Plaintiffs, James P. Kreindler, Marc S. Moller, Justin T. Green, Andrew J. Maloney III, and Blanca I. Rodriguez of Kreindler & Kreindler LLP, will remain unchanged.

5. My withdrawal will not affect the posture of this case, or the calendar, or any proceedings in this action in any way.

6. I solemnly affirm under penalties of perjury that the contents of this Affidavit are true and correct to the best of my information, knowledge and belief.

WHEREFORE, I respectfully request that the Court endorse and enter the accompanying Order granting me leave to withdraw as counsel for plaintiffs in *Ashton et al. v. Al Qaeda Islamic Army et al.*, 02 CV 6977 (RCC).

Respectfully submitted,

Dated: December 26, 2006
      New York, New York

VINCENT I. PARRETT (VP 5092)
Kreindler & Kreindler LLP
100 Park Avenue
New York, New York 10017
Phone:    (212) 973-3418
*Counsel for Ashton Plaintiffs*

Sworn to before me this
26th day of December, 2006

_____
Notary Public

LESLIE J. WASSERBAUER
NOTARY PUBLIC, State of New York
No. 30-4860403
Qualified in Nassau County
Commission Expires June 9, 2010

2