UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re Terrorist Attacks on September 11, 2001** | 03 MDL 1570 (RCC)<br>ECF Case |

**This document relates only to:**
*Ashton v. Al Qaeda Islamic Army*, 02 CV 6977 (RCC)

## ORDER

Pursuant to Local Rule 1.4, for the reasons stated in the Affidavit of Vincent I. Parrett Requesting Leave to Withdraw as Counsel for the *Ashton* Plaintiffs, it is hereby

ORDERED that Vincent I. Parrett is granted leave to withdraw as counsel for plaintiffs in *Ashton et al. v. Al Qaeda Islamic Army et al.*, 02 CV 6977 (RCC); and it is further

ORDERED that the appearances of James P. Kreindler, Marc S. Moller, Justin T. Green, Andrew J. Maloney III, and Blanca I. Rodriguez of Kreindler & Kreindler LLP as counsel for plaintiffs in *Ashton et al. v. Al Qaeda Islamic Army et al.*, 02 CV 6977 (RCC), will remain unchanged.

SO ORDERED this _____ day of _____, 200__,

_____
The Honorable RICHARD CONWAY CASEY
UNITED STATES DISTRICT JUDGE