```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-8-07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

IN RE TERRORIST ATTACKS ON                           Case No. 03 MDL 1570 (RCC)
SEPTEMBER 11, 2001
                                                     ORDER TO WITHDRAW ATTORNEY
(SAMI OMAR AL-HUSSAYEN, defendant)                   SHERYL MUSGROVE AS COUNSEL

-------------------------------------------------------X

This document relates to:

*Thomas Burnett, et al v. Al Baraka Investment and Dev. Corp, et al.*, Case No. 03 CV 9849 (RCC)
*Federal Insurance Company, et al v. Al Qaida, et al.*, Case No. 03 CV 6978 (RCC)
*World Trade Center Properties LLC, et al v. Al Baraka Investment and Dev. Corp.*, 04 CV 7280 (RCC)

Upon consideration of the Motion for Leave to Withdraw Sheryl Musgrove as Counsel for Defendant Sami Omar Al-Hussayen and there being good cause, it is hereby ORDERED that said motion is GRANTED.

DATED January 8, 2007

_____
Honorable Richard C. Casey
United States District Court Judge