UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re Terrorist Attacks on September 11, 2001                03 MDL 1570 (RCC)
------------------------------------------------------------x

This filing applies to:
    Ashton, et al. v. Al Qaeda Islamic Army, et al., Case No. 02-CV-6977;
    Estate of John P. O'Neill, Sr., et al. v. Al Baraka Investment and Development
        Corporation, et al., Case No. 04-CV-01923 (RCC);
    Thomas E. Burnett, Sr., in his own right as the Father of Thomas E. Burnett, Jr., et al., v. Al
        Baraka
    Investment and Development Corporation, et al. Case No. 03-CV-5738;
    Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al., Case No. 04-CV-05970 (RCC);
    Euro Brokers, Inc., et al. v. Al Baraka Investment and Development Corp., et al., Case No. 04-
        CV-07279 (RCC);
    Federal Insurance Co., et al. v. Al Qaida, et al., Case No. 03-CV-6978 (RCC);
    New York Marine and General Insurance Co. v. Al Qaida, et al., Case No. 04-CV-6105 (RCC);
    World Trade Center Properties LLC, et al. v. Al Baraka Investment and Development Corp., et al.,
        Case No. 04-CV-07280 (RCC).

------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Omar T. Mohammedi- Law Firm of Omar T. Mohammedi, LLC__
**Attorney for defendants:**
**World Assembly of Muslim Youth Saudi Arabia**
**World Assembly of Muslim Youth International**

☐ *Attorney*
☐ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
      OTM-7234

☐ I am a Pro Hac Vice attorney

☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*
From: _____
To: _____
☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.
☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____
_____.

**X** *Address:* 233 Broadway, Suite 801 Woolworth Building New York, NY 10279
☐ *Telephone Number:* unchanged
☐ *Fax Number:* unchanged
☐ *E-Mail Address:* unchanged
Dated: 1/11/07