UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

Plaintiff,
Estate of John P. O'Neill

-against-

03 CIVIL 1570(RCC)
MDL
Case No. 04 CV 01923 (RCC)

Al Baraka Investment and Development Corp., et al
Defendant.
--------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

### To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Omar T. Mohammedi

☐ *Attorney*
I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
OM-7234

☐ I am a Pro Hac Vice attorney

☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

From: _____

To: _____

☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

X *Address:* 233 Broadway, Suite 801 Woolworth Building New York, NY 10279

☐ *Telephone Number:* unchanged

☐ *Fax Number:* unchanged
☐ *E-Mail Address:* unchanged
Dated: 1/9/07