# JONES DAY  **MEMO ENDORSED**

51 LOUISIANA AVENUE, N.W. • WASHINGTON, D.C. 20001-2113
TELEPHONE: 202-879-3939 • FACSIMILE: 202-626-1700

February 16, 2007

*The conference is adjourned to 3/8/07 at 5 pm. /s/ Maas, USMJ, 2/16/07*

**VIA FAX**

The Honorable Frank Maas
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 740
New York, New York 10007

Re:   In re: Terrorist Attacks of September 11, 2001, 03 MDL 1570 (RCC)

Dear Judge Maas:

Pursuant to the Court's Order of January 23, 2007, the parties have conferred regarding the schedule for jurisdictional discovery. On behalf of SBG and with Plaintiffs' concurrence, we respectfully request that the conference with the Court, originally scheduled for February 22, 2007 at 10 a.m., be postponed until Thursday, March 8, 2007 or at the Court's earliest convenience thereafter. SBG has not yet been able to complete its supplemental interrogatory and document responses in light of the Court's order. We request that the conference be rescheduled to allow us time to provide those responses to Plaintiffs and for the parties to properly frame our disputes prior to meeting with the Court.

Respectfully submitted,

James E. Gauch

cc:   Robert T. Haefele, Esq. (via Fax)
      Andrea Bierstein, Esq. (via Fax)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/16/07