IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 ) ) ) ) | 03 MDL No. 1570 (RCC)<br>ECF CASE |

This document relates to:

    *Burnett v. Al Baraka Inv. & Dev. Corp.*, 03-CV-9849
    *Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-CV-6978

## MOTION TO VACATE DEFAULT JUDGMENTS

Defendant Samir Salah, by and through counsel, hereby moves this Court pursuant to Federal Rules of Civil Procedure 55(c) and 60(b), to vacate the defaults and default judgments entered against him in *Burnett, et al. v. Al Baraka Investment & Development Corp., et al.*, Case No. 03-CV-9849 (RCC) ("*Burnett*") and *Federal Insurance Co., et al. v. al Qaida, et al.*, Case No. 03-CV-6978 (RCC) ("*Federal Insurance*").

                                            Respectfully submitted,

                                            /s/ Nancy Luque

                                            **DLA PIPER US LLP**

                                            Nancy Luque (NL-1012)
                                            Steven K. Barentzen (SB-8777)
                                            Mitka T. Baker
                                            1200 Nineteenth Street, NW
                                            Washington, DC 20036-2430
                                            Telephone:    202.861.3900
                                            Facsimile:     202.223.2085

February 21, 2007                           *Attorneys for Defendant Samir Salah*