IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

*In re Terrorist Attacks on September 11, 2001,*   )   03 MDL No. 1570 (RCC)
                                                                                                  )   ECF Case

This document relates to:

BURNETT, *et al.* v. AL BARAKA INV. AND DEV. CORP., *et al.,* Case No. 03-CV-9849 (RCC)
FEDERAL INSURANCE CO., *et al,* v. AL QAIDA, *et al.,* Case No. 03-CV-6978 (RCC)

### DECLARATION OF SAMIR SALAH IN SUPPORT OF HIS MOTION TO VACATE DEFAULT JUDGMENTS

SAMIR SALAH, on this 18th day of January 2007, hereby declares pursuant to 28 U.S.C. § 1746, and under the penalties of perjury, that the following is true and correct:

1. I submit this declaration in support of my motion to vacate the default judgments entered against me on April 7, 2006, in the above-referenced actions.

2. I am a citizen of the United States and reside in the Commonwealth of Virginia.

3. I have never supported al Qaeda, nor have I ever knowingly provided financial support to any terrorist organizations.

4. I never saw the published legal notices of this litigation contained in the *International Herald Tribune, USA Today,* and *Al-Quds Al-Arabi.*

5. I did not discover that I was a defendant in these actions until after the default judgments had been entered against me.

Samir Salah   1/18/2007