IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON ) <br> SEPTEMBER 11, 2001 ) | 03 MDL No. 1570 (RCC) <br> ECF CASE |

This document relates to:

    *Burnett v. Al Baraka Inv. & Dev. Corp.*, 03-CV-9849
    *Euro Brokers, Inc. v. Al Baraka Inv. & Dev. Corp.*, 04-CV-7279
    *World Trade Ctr. Prop., LLC v. Al Baraka Inv. & Dev. Corp.*, 04-CV-7280

## MOTION TO VACATE DEFAULT JUDGMENTS

Defendant Abdul Hamid Abu Sulayman, by and through counsel, hereby moves this Court pursuant to Federal Rules of Civil Procedure 55(c) and 60(b), to vacate the defaults and default judgments entered against him in *Burnett, et al. v. Al Baraka Investment & Development Corp., et al.*, Case No. 03-CV-9849 (RCC), *Euro Brokers, Inc. et al. v. Al Baraka Investment & Development Corp., et al.*, Case No. 04-CV-7279, and *World Trade Center Properties LLC, et al, v. Al Baraka Investment & Development Corp., et al.*, Case No. 04-CV-7280.

          Respectfully submitted,

          **DLA PIPER US LLP**

          /s/ Nancy Luque
          Nancy Luque (NL-1012)
          Steven K. Barentzen (SB-8777)
          Mitka T. Baker
          1200 Nineteenth Street, NW
          Washington, DC  20036-2430
          Telephone:    202.861.3900
          Facsimile:     202.223.2085

February 21, 2007          *Attorneys for Defendant Abdul*
                                                *Hamid Abu Sulayman*