IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re Terrorist Attacks on September 11, 2001,* | 03 MDL No. 1570 (RCC) <br> ECF Case |

This document relates to:

BURNETT, *et al.* v. AL BARAKA INV. AND DEV. CORP., *et al.*, 03-CV-9849 (RCC)
EURO BROKERS, INC., *et al.* v. AL BARAKA INV. AND DEV. CORP., *et al.*, 04-CV-7279
WORLD TRADE CTR. PROP., *et al.* v. AL BARAKA INV. AND DEV. CORP., *et al.*, 04-CV-7280

## DECLARATION OF ABDUL HAMID ABU SULAYMAN IN SUPPORT OF HIS MOTION TO VACATE DEFAULT JUDGMENTS

ABDUL HAMID ABU SULAYMAN, on this 23 day of January 2007, hereby declares pursuant to 28 U.S.C. § 1746, and under the penalties of perjury of the laws of the United States of America, that the following is true and correct:

1. I submit this declaration in support of my motion to vacate the default judgments entered against me on April 7, 2006, and May 12, 2006, in the above-referenced actions.

2. I have never supported al Qaeda, nor have I ever knowingly provided financial support to any terrorist organizations.

3. I never saw the published legal notices of this litigation contained in the *International Herald Tribune*, *USA Today*, and *Al-Quds Al-Arabi*.

4. I did not discover that I was a defendant in these actions until after the default judgments were entered against me.

*A-Abu Sulayman*
Abdul Hamid AbuSulayman