USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-23-07



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) <br> ECF Case |

*This document relates to:*
    *Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-CV-6978 (S.D.N.Y.)
    *New York Marine and General Insurance Co. v. Al Qaida, et al.*, Case No. 04-CV-6105
      (S.D.N.Y.)
    *Estate of John P. O'Neill, Sr., on behalf John P. O'Neill, Sr., deceased, and on behalf of*
      *decedent's heirs-at-law, et al. v. Republic of Iraq., et al.*, Case No. 04-CV-1076
      (S.D.N.Y.)

## AMENDED STIPULATION AS TO SERVICE OF PROCESS, RELIEF FROM AND SETTING ASIDE OF DEFAULT, AND EXTENSION OF TIME TO RESPOND TO COMPLAINTS CONSOLIDATED UNDER MDL 1570

WHEREAS, the Plaintiffs in each of the three above-referenced cases consolidated under 03 MDL 1570 ("Plaintiffs"), and Defendant Republic of Iraq ("Republic of Iraq"), have entered into a Stipulation as to Service of Process, Relief From and Setting Aside of Default, and Extension of Time to Respond to Complaints Consolidated Under MDL 1570 ("Global Stipulation #1") that was endorsed by Judge Richard C. Casey on November 27, 2006 (MDL Docket No. 1922);

WHEREAS, pursuant to the schedule set forth in Global Stipulation #1, the Republic of Iraq sent a letter to the Plaintiffs on January 1, 2007 identifying those areas relative to which the Republic of Iraq requests supplemental pleading; and

WHEREAS, the parties wish to extend the remaining deadlines set forth in Global Stipulation #1;

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and the Republic of Iraq, by and through their undersigned counsel, that the deadlines set forth in Global Stipulation #1 shall be extended as follows:

(1) Plaintiffs shall serve their respective RICO Statements and/or More Definite Statements concerning the Republic of Iraq, to the extent that they desire, on or before March 7, 2007;

(2) The Republic of Iraq shall file a consolidated Motion to Dismiss the Complaint in each of the cases referenced above on or before May 21, 2007;

(3) Plaintiffs shall file a consolidated Opposition to the Republic of Iraq's Motion to Dismiss on or before July 20, 2007;

(4) The Republic of Iraq shall file reply papers, if any, on or before September 3, 2007.

IT IS FURTHER HEREBY STIPULATED AND AGREED that all other provisions of Global Stipulation #1 remain in full force and effect.

DATED: January 26, 2007

Respectfully submitted,

COZEN O'CONNOR

By: _____
Sean P. Carter
J. Scott Tarbutton
1900 Market Street
Philadelphia, PA 19103

*Attorneys for Federal Insurance Plaintiffs*

2

LAW OFFICES OF JERRY S. GOLDMAN
& ASSOCIATES

By: _____
    Jerry S. Goldman
    Two Penn Center Plaza
    1500 J.F.K. Blvd. Suite 1411
    Philadelphia, PA 19102

*Attorneys for O'Neill Plaintiffs*


BROWN GAVALAS & FROMM, LLP

By: _____
    Frank J. Rubino, Jr.
    355 Lexington Avenue
    New York, New York 10017

*Attorneys for New York Marine Plaintiffs*


MAGGS & McDERMOTT LLC

By: _____
    Timothy B. Mills
    910 17th Street N.W., Suite 800
    Washington, D.C. 20006

*Lead Counsel for Defendant Republic of Iraq*


BAKER & HOSTETLER LLP

By: _____
    Marc D. Powers
    666 Fifth Avenue, 16th Floor
    New York, New York 10103

*Co-Counsel for Defendant Republic of Iraq*

SO ORDERED:

*[signature: Richard Conway Casey]*   Dated: 2/23/07

RICHARD CONWAY CASEY, U.S.D.J.

PHILADELPHIA\2952947\1 117430.000