UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK

ECF

| | |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL 1570 (RCC) <br><br> **MEMORANDUM & ORDER** |

**RICHARD CONWAY CASEY, United States District Judge:**

Defendant Faisal Islamic Bank - Sudan's motion for an order adjourning indefinitely its time to respond to various pleadings, filed as document entry 1409 on the docket sheet, is hereby dismissed as moot.

**So Ordered:** New York, New York  
February 28, 2007

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 2-28-07

Richard Conway Casey, U.S.D.J.