UNITED STATES DISTRICT COURT  ECF
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL 1570 (RCC)<br><br>**MEMORANDUM & ORDER** |

*This document relates to:* Gallop v. Riggs Nat'l Corp., 04 Civ. 7281

**RICHARD CONWAY CASEY, United States District Judge:**

Plaintiff April D. Gallop's motion for an extension of time, filed as document entry 188 on the docket sheet, is hereby dismissed as moot.

So Ordered: New York, New York
February 28, 2007

*/s/ Richard Conway Casey*

Richard Conway Casey, U.S.D.J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-28-07
```