

# KREINDLER & KREINDLER LLP

Harry E. Kreindler (1919-1984)
Lee S. Kreindler (1949-2003)
Marc S. Moller
Steven R. Pounian
James P. Kreindler
David C. Cook
David Beekman
Noah H. Kushlefsky
Robert J. Spragg
Brian J. Alexander
Justin T. Green
Andrew J. Maloney III
Daniel O. Rose

Francis G. Fleming
Paul S. Edelman
Milton G. Sincoff
John J. Veth **
Counsel

100 Park Avenue
New York, NY 10017-5590
(212) 687-8181
Fax: (212) 972-9432
www.kreindler.com

Susan D. Bainnson
William O. Angelley
Michael R. Sherwin
Hilary B. Taylor
Elizabeth Crotty
Megan Benett

—California Office
Gretchen M. Nelson*
Stuart R. Fraenkel*
Mark I. Labaton*

Gabriel Barenfeld*

Massachusetts Office
Anthony Tarricone*

Susan A. Friery, M.D.°
James D. Gotz*
Joseph P. Musacchio*

*Admitted in CA only
*Admitted in MA only
'Admitted in MA & DC only
*Resident in CA office

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 3/9/2007**

**MEMO ENDORSED**

March 9, 2007

*Handwritten endorsement:* Nothing like waiting until the 11th hour! The conference is adjourned to 3/23 at 10 AM. /s/ Maas, USMJ, 3/9/07

<u>Via Facsimile (212) 805-6724</u>
Honorable Frank Maas
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 740
New York, New York 10007-1312

Re: *In re Terrorist Attacks on September 11, 2001 v. NCB*
03 MDL 1570 (RCC)(FM)

Dear Judge Maas:

We are scheduled to appear before Your Honor to resolve a discovery dispute between plaintiffs and defendant NCB on March 12 at 5:30 p.m. Yesterday I was requested by my co-counsel at the Motley Rice firm which represents the Burnett plaintiffs, if we could adjourn the conference for at least one week in order that they attend and be heard from. Last night and this morning I discussed this request with Ron Liebman, Patton Boggs' counsel for NCB and he has no objection to the requested adjournment. We tried to reach your law clerk, Peter Altman this morning, and only now learned he was out today.

The three lawyers who would appear and argue the issues therefore respectfully request we reschedule the conference for March 22nd if that is convenient for the Court.[1] If it is inconvenient for the Court, the parties request you consider a date after the 22nd.

As Monday is fast approaching and Mr. Liebman would have to travel from Washington, D.C. for the Monday afternoon conference, the parties respectfully request a response as soon as possible.

---

[1] I am scheduled to appear before Judge Cederbaum on the 22nd at 10:45 a.m. for a Case Management Conference that should last only 30 minutes.

03/09/2007 16:47 FAX 212 973 9432   Kreindler&Kreindler LLP                              ☒003/003
Case 1:03-md-01570-GBD-SN   Document 1961   Filed 03/09/07   Page 2 of 2

March 9, 2007
Page 2

      Thank you Your Honor for considering this last minute request, and we apologize for any inconvenience.

                              Sincerely,

                              KREINDLER & KREINDLER LLP
                              *Counsel for Ashton*

                              By: _____
                                 Andrew Maloney III

cc:   Ron Liebman
      Mitchell Berger
      Counsel for NCB

        Plaintiffs Executive Committee