# Exhibit A

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-16-04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |
|---|---|

*This document relates to:*

*Ashton v. Al Qaeda Islamic Army*, 02 CV 6977 (RCC)
*Thomas Burnett, Sr. v. Al Baraka Investment & Develop. Corp.*, 03 CV 9849 (RCC)
*Federal Insurance Co. v. al Qaida*, 03 CV 6978 (RCC)

**ORDER**

THIS MATTER having come before the Court on Joint Motion of Plaintiffs Federal Insurance, Ashton and Burnett for an Order authorizing Plaintiffs to effectuate service of process by publication on defendants specified in Attachment A for whom an address or location to serve the Summons and Complaint is unknown and cannot be ascertained through reasonable means or was attempted and rejected or otherwise not responded to at an address that was discovered, and the Court having determined that good cause exists for the relief sought;

IT IS hereby ORDERED that Joint Plaintiffs' Motion for Leave to Serve Specified Defendants by Publication Pursuant to Fed. R. Civ. Pro. 4(f)(3) is GRANTED, to commence on or after September 13, 2004 and the publication will be once per week for four consecutive weeks in the International Herald Tribune, USA Today and at least one Arabic language newspaper circulated widely in the Middle East, as well as posting the complaint on the web site www.sept11terrorlitigation.com.

**SO ORDERED:**

DATED: Sept 15, 2004

Rae C Casey [signature]
U.S.D.J.

**ATTACHMENT A**

Aaran Money Wire Service Inc.
Abbas Abdi Ali
Abd al-Hadi al-Iraqi
Abd Al Samad Al-Ta'Ish
Abd Al-Mushin Al-Libi
Abd Al-Rahim Al-Nashiri
Abdullah Omar Naseef
Abdalrahman Alarnout Abu Aljer a/k/a Abu Obed
Abdel Barry
Abdel Hussein a/k/a The Ghost
Abdelghani Mzoudi
Abdelhalim Remadna
Abdelkarim Hussein Mohamed Al-Nasser
Abdi Adulaziz Ali
Abdirasik Aden
Abdul Aziz Al Ibrahim a/k/a Al Ibrahim
Abdul Fattah Zammar
Abdul Rahman Al Swailem
Abdulrahman Alamoudi
Abdul Rahman Bin Mahfouz
Abdul Rahman Khaled Bin Mahfouz
Abdul Rahman Yasin
Abdul Rahim Mohammed Hussein
Abdula Bin Laden
Abdulaziz Bin Abdul Rahman Al Saud
Abdulaziz Bin Hamad Al Gosaibi
Abdulla Al Obaid
Abdulla Bin Khalid Al Thani
Abdullah Ahmed Abdullah
Abdullah Bin Abdul Muhsen Al Turki a/k/a Al Turki
Abdullah Bin Said
Abdullah Bin Saleh Al-Obaid
Abdullah M. Al-Mahdi
Abdullah Omar Naseef
Abdullah Samil Bahmadan a/k/a Abdullah Salim Bahmadan
Abdullah Sulaiman Al-Rajhi
Abdullah Qassim
Abdullahi Hussein Kahie
Abdulrahman Hassan Sharbatly
Abelmagne Ali Eldeen
Abrash Company
Abu Abdul Rahman
Abu Agab
Abu Aljer Abdalrahman Alarnaout a/k/a Abu Obed
Abu Al-Maid
Abu Hafs the Mauritanian
Abu Hajer Al Iraqi
Abu Hamza Al-Masri
Abu Ibrahim Al-Masri

Abu Musab Al-Zarqawi
Abu Qatada Al-Filistini
Abu Rida Al Suri
Abu Sayef Group
Abu Sulayman
Abu Wa'el a/k/a Sadoun Abdul Latif
Abu Zubaydah
Adel Ben Soltane
Adel Muhammad Sadiq Bin Kazem
Adnan Basha
Advice and Reformation Committee
Afamia, SL
Afghan Support Committee
Agus Budiman
Ahmad Ajaj
Ahmad Al Harbi
Ahmad Ibrahim Al-Mughassil
Ahmad Sa'Id Al-Kadr
Ahmad Salah
Ahmed Hasni Rarrbo
Ahmed Ibrahim Al Najjar
Ahmed Khalfan Ghailani
Ahmed Khalil Ibrahim Samir Al-Ani
Ahmed Mohammed Hamed
Ahmed Nur Ali Jim'ale
Ahmed Ressam
Ahmed Totonji
Ahmed Zaki Yamani
Akida Bank Private Limited
Akida Investment Co. Ltd.
Al Amn Al-Dakhili
Al Amn Al-Khariji
Al Anwa
Al Baraka Exchange LLC
Al Barakaat Bank
Al Farooq Mosque
Al Gama'a al-Islamiyya
Al Khaleejia for Expert Promotion and Marketing Company
Al Qaida a/k/a Al Qaeda Islamic Army
Al Shamal For Investment and Development
Al Shamal Islamic Bank
Al Taqwa Trade, Property and Industry Company Limited
Al Taqwa/Nada Group
Al Tawhid
Al-Barakaat
Al-Barakat Bank of Somalia (BSS)
Al-Barakat Finance Group
Al-Barakat Financial Holding Co.
Al-Barakat Global Telecommunications
Al-Barakat Group of Companies Somalia Limited
Al-Barakat International a/k/a Baraco Co

Al-Barakat Investments
Al-Bir Saudi Organization
Al-Birr
Al-Hamati Sweets Bakeries
Al-Haramain Islamic Foundation
Al-Hijrah Construction and Development Limited
Al-Itihaad al-Islamiya (AIAI)
Al-Mustaqbal Group
Al-Nur Honey Press Shops a/k/a Al-Nur Honey Center
Al-Rashid Trust
Al-Shaykh Al-Iraqi
Al-Shifa' Honey Press for Industry and Commerce
Al-Watania Poultry
Albert Fredrich Armand Huber a/k/a Ahmed Huber
Algerian Armed Islamic Group
Ali Atwa a/k/a Ammar Mansour Bouslim
Ali Ghaleb Himmat
Ali Saed Bin Ali El-Hoorie
Amin Al-Haq a/k/a Dr. Amin Ah Haq
Anas Al-Liby
Ansar al-Islam
Aqeel Al-Aqeel
Arab Cement Company
Arafat El-Asahi
Ary Group
ASAT Trust
ASAT Trust Registered
Asbat al-Ansar
Ayman al-Zawahiri
Azzam Service Center

BA Taqwa for Commerce and Real Estate Company Ltd.
Bakr M. Bin Laden
Bank of Taqwa Limited a/k/a Bank Al Taqwa Limited a/k/a Al Taqwa Bank
Baraka Trading Company
Barakaat Boston
Barakaat Construction Company
Barakaat Enterprise
Barakaat Group of Companies
Barakaat North America, Inc.
Barakaat Red Sea Telecommunications
Barakaat Telecommunications Co. Somalia
Barakat Bank and Remittances
Barakat Computer Consulting (BCC)
Barakat Consulting Group (BCG)
Barakat Global Telephone Company
Barakat International Companies (BICO)
Barakat Post Express (BPE)
Barakat Refreshment Company
Barakat Telecommunications Company Limited (BTELCO)
Barakat Wire Transfer Company

Barako Trading Company, LLC
Bashsh Hospital
Bassam Dalati Satut
Benevolence International Fund
Benevolence International Foundation Canada
Benevolence International Foundation USA
Bensayah Belkacem
Bilal Bin Marwan
Blessed Relief Foundation
Bosanska Idealna Futura
Bosnia-Herzegovina branch of Al-Haramain Islamic Foundation
Brahim Ben Hedili Hamami

Cemsteel Impex Establishment
Chiheb Ben Mohamed Ayari
Cobis
Contratas Gioma

Dahir Ubeidullahi Aweys
Dallah Avco Trans Arabia Co. Ltd.
Dar Al Maal Al Islami (DMI)
Dar Al Maal Al Islami Trust
Dr. Mahmoud Dakhil
Dr. Mohaman Ali Elgari
Dubai Islamic Bank

Egyptian Islamic Jihad
Essabar Zakariya Essabar
Essam Al Ridi
Eurocovia Obras, S.A.

Fahad Al-Thumairy
Fahid Mohammed Ally Msalam
Faisal Islamic Bank
Faruq Al-Hijazi
Fazeh Ahed
Fazul Abdullah Mohammed
Fethi Ben Rebai Masri
Fouzi Jendoubi

Garad Jama
Ghasoub Al Abrash Ghalyoun a/k/a Abu Musab
Global Diamond Resource
Global Relief Foundation a/k/a Foundation Secours Mondial
Grove Corporate Inc.
Gulbuddin Hekmatyar
Gulf and African Chamber
Gulf Center S.R.L.
Gum Arabic Company Limited

Habib Faris Abdullah Al-Mamouri

Habib Waddani
Haji Abdul Manan Agha
Haji Mohamad Akram
Hamad Hussaini
Hamas
Hani Ramadan
Hasan Izz-Al-Din
Hashim Abdulrahman
Hassan A.A. Bahfzallah
Hassan Dahir Aweys
Hassan Al Turabi
Haydar Mohamed Bin Laden
Hazem Ragab
Help African People
Heritage Education Trust
Heyatul Ulya
Hezb-e-Islami
Hisham Arnaout
Human Concern International Society
Hussein Mahmud Abdullkadir

Ibn al-Shaykh al-Libi
Ibrahim bah
Ibrahim Bin Abdul Aziz
Ibrahim Bin Abdul Aziz Al Ibrahim Foundation
Ibrahim Hassabella
Ibrahim Muhammed Afandi
Ibrahim S. Abdullah
Ibrahim Salih Mohammed Al-Yacoub
Ihab Ali
Imad Eddin Barakat Yarkas a/k/a Abu Dahdah
Imad Mughniyeh
Infocus Tech of Malaysia
Institute of Milan a/k/a Instituto Culturale Islamico DeMilano International a/k/a Mercy
International Development Foundation
Iqbal Yunus
Iraqi Intelligence Agency a/k/a The Mukhabarat
Islamic African Relief Agency
Islamic Army of Aden
Islamic Cultural Center of Geneva
Islamic Cultural Institute of Milan
Islamic International Brigade
Islamic Movement of Uzbekistan
Iss El-Din El Sayed

Jaish-I-Mohammed a/k/a Army of Mohammed
Jalil Shinwari
Jamal Ahmed Mohammed
Jamal Al-Badawi
Jamal Barzinji
Jamal Nyrabeh

Jamil Qasim Saeed
Jam'Yah Ta'Awun Al-Islamia a/k/a Society of Islamic Cooperation
Jemaah Islamiya Organization

Khaled Bin Mahfouz
Khaled Nouri
Khalid Shaikh Mohammed
Khalid Sulaiman Al-Rajhi
Khalil A. Kordi
Khalil Jarraya

Lashkar I Janghvi
Lashkar Redayan-E-Islami
Lashkar-e Tayyiba
Lazhar Ben Mohammed Tlili
Lebanese Hezbollah
Liban Hussein
Lionel Dumont
Lujain Al-Iman

M.M. Padkook Company for Catering & Trading
M. Omar Ashraf
M. Yaqub Mirza
Mahdi Chamran Savehi
Mahmoud Jaballah
Makhtab al-Khidamat
Mamdouh Mahamud Salim a/k/a Abu Hajer Al Iraqi
Mamoun Darkazanli
Mamoun Darkazanli Import-Export Company
Mansour Thaer
Mansouri Al-Kadi
Masjed Al Madinah Al Munawarah
Maulvi Abdul Kabir
Mazin M.H. Bahareth
Mendi Kammoun
Mercy International Relief Agency
Miga-Malaysian Swiss
Mohamed Bayazid
Mohamed Albanna
Mohammad S. Mohammad
Mohammed Al Massari
Mohammed Al-Issai
Mohammed Alchurbaji
Mohammed Ali Hasan Al Moayad
Mohammed Ali Sayed Mushayt
Mohammed Amine Akli
Mohammed Bahareth
Mohammed Bin Abdullah Al-Jomaith
Mohammed Bin Faris
Mohammed Bin Laden Organization
Mohammed Chehade

Mohammed Hussein Al-Amoudi
Mohammed Iqbal Abdurrahman
Mohammed Jaghlit
Mohammed Jamal Khalifa
Mohammed Khair Al Saqqa
Mohammed Khatib
Mohammed Mansour
Mohammed Nur Rahmi
Mohammed Omar Al-Harazi
Mohammed Salim Bin Mahfouz
Mohammed Sarkawi
Mohrez Amdouni
Mondher Baazaoui a/k/a Hamza
Moro Islamic Liberation Front
Mounir Ben Habib Jerraya
Mounir El-Motassadeq
Moussa Ben Amor Essaadi
Mufti Mohammed Rashid
Mufti Rashid Ahmad Ladehyanoy
Muhammad Abu-Islam
Muhammad Al-Hamati a/k/a Mohammad Hamdi Sadiq al-Ahdal a/k/a Abu Asim al-Makki
Muhammad Ashraf
Muhammad Atif
Muhammad Omar
Muhammad Salah
Muhammed Galeb Kalaje Zouaydi a/k/a Abu Talha
Muhammed J. Fakihi
Muhammed Mahdi Salah
Muhsin Musa Matwalli Atwah
Mullah Kakshar
Mushayt for Trading Establishment
Muslim Brotherhood
Mustaf Ahmed Al-Hisawi
Mustafa Al-Kadir
Mustafa Mohamed Fadhil
Mustafa Muhammed Ahmad a/k/a Shaykh Sai'id a/k/a Mustafa Ahmed Al-Hasawi
Mustasim Abdel-Rahim
Muwaffaq Foundation a/k/a Blessed Relief Foundation
Muzaffar Kahn

Nabil Benattia
Nada International Anstalt
Nada Management Organization
Nada Management Organization, SA
Najib Ouaz
Nascoservice S.R.L.
Nasco Nasreddin Holding A.S.
Nascotex S.A.
Nasreddin Company Nasco SAS Di Ahmed Idris Nassneddin EC
Nasreddin Foundation
Nasreddin Group International Holding Ltd.

Nasreddin International Group Limited Holding
National Development Bank
National Fund for Social Insurance
National Islamic Front
National Management Consultancy Center
Nedal Saleh a/k/a Hitem
New Diamond Holdings
Noor Jalil
Nurjaman Riduan Ismuddin a/k/a Hambali

Omar Abu Omar
Omar Al-Bayoumi
Omar M. Bin Laden
Omar Sulaiman Al-Rajhi
Osama Bassnan

Palestine Islamic Jihad
Parka Trading Company
Perouz Seda Ghaty
Piedmont Poultry
Promociones Y Construcciones Tetuan Pricote, S.A.
Proyectos Edispan
Proyectos Y Promociones Iso
Proyectos Y Promociones Pardise, S.L.

Queen City Cigarettes and Candy

Rabin Haddad
Rachid Fehar
Raed Hijazi
Ramzi Mohammed Abdullah Binalshibh a/k/a Ramzi Mohamed Abdallah Omar
Rashid M. Al Romaizan
Red Crescent Saudi Committee
Red Sea Barakat Company Limited
Riyadus-Salikhin Recognizance and Sabotage Battalion of Chechen Martyrs

S.M. Tufail
Saar Foundation
Sabir Lamar
Saddam Hussein
Safar Al-Hawali
Said Bahaji
Saif Al-Adel
Saif Al Islam El Masry
Salafist Group for Call and Combat
Salah Badahdh
Salah Suleiman
Saleh Abdulaziz Al-Rajhi
Saleh Al-Hussayen
Saleh Gazaz
Saleh Mohamed Bin Laden

Salem Bin Laden
Salman Al-Ouda
Sami Omar Al-Hussayen
Samir Kishk
Samir Salah
Sana-Bell, Inc.
Sanabel Al-Kheer, Inc.
Sanabil Al-Khair
Sanur Salah
Saqar Al-Sadawi
Saudi Bin Laden Group
Saudi Bin Laden International Company
Saudi Cement Company in Damman
Saudi Economic and Development Company
Saudi Joint Relief Committee
Saudi Red Crescent
Saudi Sudanese Bank
Sayf al-Adl
Sa'd Al-Sharif
Shahir Abdulraoof Batterjee
Shaykh Sa'id a/k/a Mustafa Muhammad Ahmad
Sheik Adil Galil Batargy a/k/a Adel Abdul Jalil Batterjee
Sheikh Abdullah Azzam a/k/a Abu Muhammed
Sheikh Abu Bdul Aziz Nagi
Sheikh Ahmed Salim Swedan
Sheikh Omar Bakri Muhammad
Sheikh Yusuf Al-Qardawi
Sherif Sedky
Soliman H.S. Al-Buthe
Somalia Branch of the Al-Haramain Islamic Foundation
Somalia Internet Company
Special Purpose Islamic Regiment
Sterling Charitable Gift Fund
Sterling Management Group, Inc.
Success Foundation
Sulaiman Al-Ali
Suleiman Abdel Aziz Al Rajhi a/k/a Sulaiman Abdul Aziz Al Rajhi
Syed Suleman Ahmer

Taba Investments
Tadamon Islamic Bank
Taha Yassin Ramadan
Taibah International Aid Association
Talal Mohammed Badkook
Tanzanite King
Tarek Ayoubi
Tarek M. Bin Laden
Tareq M. Al-Swaidan
Tariq Anwar al-Sayyid Ahmad
The Aid Organization of the Ulema
The Committee for the Defense of Legitimate Rights

The Estate of Marwan Al-shehhi
The Estate of Fayez Ahmed
The Estate of Ahmed Al Ghamdi
The Estate of Hamza Al Ghamdi
The Estate of Mohald Al Shehri
The Estate of Satam M. A. Al Suqami
The Estate of Abdulaziz Al Omari
The Estate of Waleed M. Al Shehri
The Estate of Wail Al Shehri
The Estate of Mohammed Atta
The Estate of Khalid Al Midhar
The Estate of Nawaf Al Hazmi
The Estate of Hani Hanjour
The Estate of Salem Al Hazmi
The Estate of Majed Moqed
The Estate of Ziad Samir Jarrah
The Estate of Ahmed Ibrahim A. Al Haznawi
The Estate of Saeed Al Ghamdi
The Estate of Ahmed Al Nami
The Estate of Qusay Hussein
The Estate of Uday Hussein
The Taliban
Thirwat Salah Shihata
Turkistan Islamic Movement

Ulema Union of Afghanistan
Umar Faruq
Umma Tameer-E-Nau (UTN)
Usama Bin Laden a/k/a Osama Bin Laden

Wadi Al Aqiq
Wafa Humanitarian Organization
Walid Al-Sourouri
World Assembly of Muslim Youth

Yasin Al-Qadi
Yassine Chekkouri
Yassir Al-Sirri a/k/a Ammar
Yazid Sufaat of Kuala Lumpur Malaysia
Yeslam M. Bin Laden
Yousef Jameel
Youssef Abdaoui a/k/a Abu Abdullah a/k/a Abdellah a/k/a Abdullah
Youssef M. Nada & Co. Gesellschaft MBH
Youssef M. Nada Establishment
Youssef Nada a/k/a Youssef Mustafa Nada
Yusaf Ahmed Ali

Zacarias Moussaoui
Zahir H. Kazmi
Zakarya Essabar
Zakat Committee

Ziyad Khaleel

PHILA1\2133377\1 117430.000



7950 Jones Branch Drive • McLean, Virginia 22108
(703) 854-3400

## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF ARLINGTON**

Being duly sworn Holly O'Hora says that she is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on Thursday, December 23, 2004, Thursday, December 30, 2004, Thursday, January 6, 2005 and Thursday, January 13, 2005 the following advertisement- LEGAL NOTICE: TO NAMED DEFENDANTS LISTED BELOW was published in **USA TODAY.**

Principal Clerk of USA TODAY
January 13, 2005

Subscribed and sworn to before me
This 14th day of January month
2005 year.

Notary Public

My Commission Expires 3/31/2005

USA TODAY

**LEGAL NOTICE**

named Defendants listed below:

an Money Wire Service Inc.
as Abdi Ali
al-Hadi al-Iraqi
Al Samad Al-Ta'ish
Al-Mushin Al-Libi
Al-Rahim Al-Nashiri
lahman Alamout Abu Aljer
'a Abu Obed
al Barry
el Hussein a/k/a Estate of Abdel
ssein
ighani Mzoudi
lhalim Remadna a/k/a Abdel
im Remadna Hased
lkarim Hussein Mohamed Al-
sen
l Aziz Ali
l Rasik Aden
l Aziz Al Ibrahim a/k/a Abdul
Bin Ibrahim Al Ibrahim
ul Fattah Zammar
ulrahman Alamoudi
ul Rahman Yasin
ul Rahim Mohammed Hussein
ulla Bin Laden
ulla Al Obaid
ulla Bin Khalid Al Thani
ullah Ahmed Abdullah
ullah Bin Abdul Muhsen Al Turki
ullah Bin Said
ullah Bin Saleh Al-Obaid
ullah M. Al-Mahdi
ullah Omar Naseef a/k/a
lallah Omar
ullah Qassim
ullahi Hussein Kahie
ulrahman Hassan Sharbatly
lmagne Ali Eldeen
ash Company
Abdul Rahman a/k/a Abu Abdul
man Amin
Agab
Al-Maid
Hafs the Mauritanian
Hajer Al Iraqi
Hamza Al-Masri
Ibrahim Al-Masri
Musab Al-Zarqawi
Qatada Al-Filistini
Rida Al Suri a/k/a Mohammed
y Bayazid
Sayef Group
Salayman
Wa'el a/k/a Sadoun Abdul Latif
Zubaydah
Ben Soltane
Muhammad Sadiq Bin Kazem
an Basha
ice and Reformation Committee
nic SL
ian Support Committee
s Sudiman
ied Ajaj
ied Al Harbi
ad Ibrahim Al-Mughassil
ed Sa'id Al-Kadr
ad Salah a/k/a Salim
ed Hasni Rarrbo

Ahmed Ibrahim Al Najjar
Ahmed Khalfan Ghailani
Ahmed Khalil Ibrahim Samir Al-Ani
Ahmed Mohammed Hamed a/k/a
Ahmed Mohammed Hamed Ali
Ahmed Nur Ali Jim'ale
Ahmed Ressam
Ahmed Zaki Yamani
Akida Bank Private Limited
Akida Investment Co. Ltd.
Al Amin Al-Dakhill
Al Amn Al-Kharijl
Al Anwa a/k/a Al Anwa USA, Inc.
Al Baraka Exchange LLC a/k/a Al
Barakaat Exchange LLC
Al Barakaat Bank a/k/a Al Baraka
Bank
Al Farooq Mosque
Al Gama'a al-Islamiyya a/k/a Al-
Gammah Al Islamiah
Al Khaleejia for Export Promotion
and Marketing Company
Al Qaida a/k/a Al Qaeda Islamic
Army
Al Shamal For Investment and
Development
Al Shamal Islamic Bank a/k/a Al
Shamal Bank a/k/a Shamel Bank
a/k/a Bank El Shamar
Al Taqwa Trade, Property and
Industry Company Limited
Al Taqwa/Nada Group a/k/a Al
Taqwa/Nada Management Group
Al Tawhid
Al-Barakaat
Al-Barakat Bank of Somalia (BSS)
Al-Barakat Finance Group
Al-Barakat Financial Holding Co.
a/k/a Al-Barakaat Financial Company
Al-Barakat Global
Telecommunications
Al-Barakat Group of Companies
Somalia Limited a/k/a Al-Barakaat
Group of Companies a/k/a Al-
Barakaat Group
Al-Barakat International a/k/a Baraco
Co.
Al-Barakat Investments
Al-Bir Saudi Organization
Al-Birr
Al-Hamati Sweets Bakeries
Al-Haramain Islamic Foundation
a/k/a Al Haramain a/k/a Al Haramain
Foundation a/k/a Vazir
Al-Hijrah Construction and
Development Limited
Al-Ittihaad al-Islamiya (AIAI)
Al-Mustaqbal Group
Al-Nur Honey Press Shops a/k/a Al-
Nur Honey Center
Al-Rashid Trust
Al-Shaykh Al-Iraqi
Al-Shifa' Honey Press for Industry
and Commerce
Al-Watania Poultry
Albert Fredrich Armand Huber
Algerian Armed Islamic Group
Ali Atwa

Ali Ghaleb Himmat
Ali Saed Bin Ali El-Hoorie
Amin Al-Haq
Anas Al-Liby a/k/a Anas al-Libi a/k/a
Nazim Al-Raghie a/k/a Nazih Abdul
Hamed Al-Raghie a/k/a Anas Al-
Sabai
Ansar al-Islam
Aqeel Al-Aqeel a/k/a Aqeel Abdulaziz
Al Aqeel
Arab Cement Company
Arafat El-Asahi
Ary Group
ASAT Trust
ASAT Trust Registered
Asbat al-Ansar
Ayadi Chafiq Bin Muhammed
Ayman al-Zawahiri
Azzam Service Center
BA Taqwa for Commerce and Real
Estate Company Ltd.
Bakr M. Bin Laden
Bank of Taqwa Limited a/k/a Bank Al
Taqwa Limited a/k/a Al Taqwa Bank
Baraka Trading Company
Barakaat Boston
Barakaat Construction Company
Barakaat Enterprise
Barakaat Group of Companies
Barakaat North America, Inc.
Barakaat Red Sea
Telecommunications
Barakaat Telecommunications Co.
Somalia
Barakat Bank and Remittances
Barakat Computer Consulting (BCC)
Barakat Consulting Group (BCG)
Barakat Global Telephone Company
Barakat International Companies
(BICO)
Barakat Post Express (BPE)
Barakat Refreshment Company
Barakat Telecommunications
Company Limited (BTELCO)
Barakat Wire Transfer Company
a/k/a Al Barakaat Wire Service
Barako Trading Company, LLC
Bashsh Hospital
Bassam Dalati Satut
Benevolence International Fund
Benevolence International
Foundation a/k/a Al Bir Al Dawalia
a/k/a BIF-Canada a/k/a BIF-USA
Bensayah Belkacem
Bilal Bin Marwan
Blessed Relief Foundation
Bosanska Idealna Futura
Bosnia-Herzegovina branch of Al-
Haramain Islamic Foundation
Brahim Ben Hedili Hamami
Cemsteel Impex Establishment
Chiheb Ben Mohamed Ayari
Cobis
Contratas Gloma
Dahir Ubeidullahi Aweys
Dallah Avco Trans Arabia Co. Ltd.
Dr. Mahmoud Dakhil
Dr. Mohaman Ali Elgari

Dubai Islamic Bank
Egyptian Islamic Jihad
Essam Al Ridi
Eurocovia Obras, S.A.
Fahad Al-Thumairy
Fahid Mohammed Ally Msalam
Faruq Al-Hijazi
Fazeh Ahed
Fazul Abdullah Mohammed
Fethi Ben Rebai Mastri
Fouzi Jendoubi
Garad Jama
Ghasoub Al Abrash Ghalyoun a/k/a
Abu Musab
Global Diamond Resource a/k/a
Global Diamond Resources Inc.
Global Relief Foundation a/k/a
Foundation Secours Mondial
Gulbuddin Hekmatyar
Gulf and African Chamber
Gulf Center S.R.L.
Gum Arabic Company Limited
Habib Fadis Abdullah Al-Mamouri
Habib Waddani
Haji Abdul Manan Agha
Haji Mohamad Akram
Hamad Hussaini
Hamas
Hani Ramadan
Hasan Izz-Al-Din
Hashim Abdulrahman
Hassan A.A. Bahfzallah
Hassan Dahir Aweys
Hassan Al Turabi
Haydar Mohamed Bin Laden
Hazem Ragab
Help African People
Hayatul Ulya
Hezb-e-Islami
Hisham Arnaout
Human Concern International
Society a/k/a Human Concern
International
Hussein Mahmud Abdulkadir
Ibn al-Shaykh al-Libi
Ibrahim Bah
Ibrahim Bin Abdul Aziz
Ibrahim Bin Abdul Aziz Al Ibrahim
Foundation
Ibrahim Hassabella
Ibrahim Muhammed Afandi
Ibrahim S. Abdullah
Ibrahim Salih Mohammed Al-Yacoub
Ihab Ali
Imad Eddin Barakat Yarkas a/k/a
Abu Dahdah
Imad Mughniyeh
Infocus Tech of Malaysia
Institute of Milan a/k/a Instituto
Culturale Islamico DeMilano
International a/k/a Mercy
Iraqi Intelligence Agency a/k/a The
Mukhabarat a/k/a The Fedayeen
a/k/a Al-'Qare a/k/a Unit 99 a/k/a M-8
Special Operations
Islamic African Relief Agency
Islamic Army of Aden
Islamic Cultural Center of Geneva

Islamic Cultural Institute of Milan
Islamic International Brigade a/k/a
Islamic Peacekeeping International
Brigade
Islamic Movement of Uzbekistan
Iss El-Din El Sayed a/k/a Iss El-Din
El Sayed Mohamed
Jaish-I-Mohammed
Jalil Shinwari
Jamal Ahmed Mohammed
Jamal Al-Badawi
Jamal Nyrabeh
Jamil Qasim Saeed a/k/a Jamil
Qasim Saeed Mohammed
Jam'Yah Ta'Awun Al-Islamia a/k/a
Society of Islamic Cooperation
Jemaah Islamiya Organization
Khaled Bin Mahfouz
Khaled Nouri
Khalid Shaikh Mohammed
Khalil Jarraya
Lashkar I Janghvi
Lashkar Redayan-E-Islami
Lashkar-e-Tayyiba
Lazhar Ben Mohammed Tlili
Lebanese Hezbollah a/k/a Hezbollah
a/k/a Hizballad
Liban Hussein
Lionel Dumont
Lujain Al-Iman
M.M. Badkook Company for Catering
& Trading
Mahdi Chamran Savehi
Mahmoud Jaballah
Makhtab al-Khidamat
Mamdouh Mahamud Salim a/k/a Abu
Hajer Al Iraqi
Mamoun Darkazanli
Mamoun Darkazanli Import-Export
Company
Mansour Thaer
Mansouri Al-Kadi
Masjed Al Madinah Al Munawarah
Mawlavi Abdul Kabir
Mazin M.H. Bahareth
Mendi Kammoun
Mercy International Relief Agency
Miga-Malaysian Swiss a/k/a Miga-
Malaysian Organization SA Gulf and
African Chamber
Mohamed Bayazid
Mohamed Albanna
Mohammad S. Mohammad
Mohammed Al Massari
Mohammed Al-Issai
Mohammed Alchurbaji
Mohammed Ali Hasan Al Moayad
Mohammed Ali Sayed Mushayt
Mohammed Amine Akli
Mohammed Bahareth
Mohammed Bin Abdullah Al-Jomaith
Mohammed Bin Faris
Mohammed Bin Laden Organization
Mohammed Chehade
Mohammed Hussein Al-Amoudi
Mohammed Iqbal Abdurrahman
Mohammed Jamal Khalifa
Mohammed Khair Al Saqqa a/k/a

Abu Al Darda
Mohammed Khatib
Mohammed Mansour
Mohammed Nur Rahmi
Mohammed Omeish
Mohammed Omar Al-Harazi
Mohammed Sarkawi
Mohrez Amdouni
Mondher Baazaoui
Moro Islamic Liberation Front
Mounir Ben Habib Jarraya
Mounir El-Motassadeq
Moussa Ben Amor Essaadi
Mufti Mohammed Rashid
Mufti Rashid Ahmad Ladehyanoy
Muhammad Abu-Islam
Muhammad Al-Hamati
Muhammad Atif a/k/a Estate of
Muhammad Atef
Muhammad Omar
Muhammad Salah
Muhammad Galeb Kalaje Zouaydi
a/k/a Abu Talha
Muhammed J. Fakihi
Muhammed Mahdi Salah
Muhsin Musa Matwalli Atwah
Mullah Kakshar
Mushayt for Trading Establishment
Muslim Brotherhood
Mustafa Ahmed Al-Hisawi a/k/a
Sheik Saeed a/k/a Shaykh Sai'id
a/k/a Mustafa Muhammed Ahmad
Mustafa Al-Kadir
Mustafa Mohamed Fadhil
Mustasim Abdel-Rahim
Muwaffaq Foundation a/k/a Blessed
Relief Foundation
Muzaffar Kahn
Nabil Benattia
Nada International Anstalt
Nada Management Organization
Nada Management Organization, SA
Najib Ouaz
Nascoservice S.R.L.
Nasco Nasreddin Holding A.S.
Nascotex S.A.
Nasreddin Company Nasco SAS Di
Ahmed Idris Nasreddin EC
Nasreddin Foundation
Nasreddin Group International
Holding Ltd.
Nasreddin International Group
Limited Holding
National Development Bank
National Fund for Social Insurance
National Islamic Front
National Management Consultancy
Center
Nedal Saleh a/k/a Hitem
New Diamond Holdings
Noor Jalil
Nurjaman Riduan Ismuddin a/k/a
Hambali
Omar Abu Omar
Omar Al-Bayoumi
Omar M. Bin Laden
Osama Bassnan
Palestine Islamic Jihad

Parka Trading Company
Piedmont Poultry
Promociones Y Construcciones
Tetuan Pricote, S.A.
Proyectos Edispan
Proyectos Y Promociones Iso
Proyectos Y Promociones Paradise,
S.L.
Queen City Cigarettes and Candy
Rabih Haddah
Rachid Fehar a/k/a Rachid Fettar
Raed Hijazi
Ramzi Mohammed Abdullah
Binalshibh a/k/a Ramzi Mohamed
Abdallah Omar
Red Sea Barakat Company Limited
Riyadus-Salikhin Recognizance and
Sabotage Battalion of Chechen
Martyrs
S.M. Tufail
Saar Foundation
Sabir Lamar
Saddam Hussein
Safar Al-Hawali
Said Bahaji
Saif Al-Adel
Saif Al Islam El Masry
Salafist Group for Call and Combat
Salah Badahdh
Salah Suleiman
Saleh Al-Hussayen
Saleh Gazaz
Saleh Mohamed Bin Laden
Salem Bin Laden
Salman Al-Ouda
Sami Omar Al-Hussayen
Samir Kishk
Samir Salah
Sana-Bell, Inc.
Sanabel Al-Kheer, Inc.
Sanabil Al-Khair
Sanur Salah
Saqar Al-Sadawi
Saudi Bin Laden Group
Saudi Bin Laden International
Company
Saudi Cement Company in Dammam
Saudi Sudanese Bank
Sayf al-Adl
Sa'd Al-Sharif
Shahir Abdulraoof Batterjee
Shaykh Sai'id a/k/a Mustafa
Muhammed Ahmad
Sheik Adil Galil Batargy a/k/a Adel
Abdul Jalil Batterjee
Sheikh Abdullah Azzam a/k/a Abu
Muhammed
Sheikh Abu Bdul Aziz Nagi
Sheikh Ahmed Salim Swedan
Sheikh Omar Bakri Muhammad
Sheikh Yusuf Al-Qardawi
Soliman H.S. Al-Buthe
Somalia branch of Al Haramain
Islamic Foundation
Somalia Internet Company
Special Purpose Islamic Regiment
Success Foundation
Sulaiman Al-Ali
Syed Suleman Ahmer

Taba Investments
Tadamon Islamic Bank a/k/a
Tadamon Bank
Taha Yassin Ramadan
Taibah International Aid Associatio
Talal Mohammed Badkook
Tanzanite King
Tarek Ayoubi
Tarek M. Bin Laden
Tareq M. Al-Swaidan
Tariq Anwar al-Sayyid Ahmad
The Aid Organization of the Ulema
The Committee for the Defense of
Legitimate Rights
The Estate of Marwan Al-shehhi
The Estate of Fayez Ahmed a/k/a
Banihammad Fayez
The Estate of Ahmed Al Ghamdi
The Estate of Hamza Al Ghamdi
The Estate of Mohald Al Shehri
The Estate of Satam M. A. Al
Suqami
The Estate of Abdulaziz Al Omari
The Estate of Waleed M. Al Shehri
The Estate of Wail Al Shehri
The Estate of Mohammed Atta
The Estate of Khalid Al Midhar
The Estate of Nawaf Al Hazmi
The Estate of Hani Hanjour
The Estate of Salem Al Hazmi
The Estate of Majed Moqed
The Estate of Ziad Samir Jarrah
The Estate of Ahmed Ibrahim A. Al
Haznawi
The Estate of Saeed Al Ghamdi
The Estate of Ahmed Al Nami
The Estate of Qusay Hussein
The Estate of Uday Hussein
The Taliban
Thirwat Salah Shihata
Turkistan Islamic Movement
Ulema Union of Afghanistan
Umar Faruq
Umma Tameer-E-Nau (UTN)
Usama Bin Laden a/k/a Osama Bi
Laden
Wadi Al Aqiq
Wafa Humanitarian Organization
Walid Al-Souroujl
Yasin Al-Qadi
Yassine Chekkouri
Yassir Al-Sirri a/k/a Ammar
Yazid Sufaat of Kuala Lumpur
Malaysia
Yeslam M. Bin Laden
Yousef Jameel
Youssef Abdaoui
Youssef M. Nada & Co. Gesellsch
MBH
Youssef M. Nada Establishment
Youssef Nada a/k/a Youssef Musta
Nada
Yusaf Ahmed Ali
Zacarias Moussaoui
Zahir H. Kazmi
Zakarya Essabar
Zakat Committee
Ziyad Khaleel

THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK, CONSOLIDATED ACTIONS KNOWN AS IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001, 03 MDL 1570 (RCC); NOTICE OF FILING OF COMPLAINTS. Judge Richard C. Casey issued an Ord service by publication on September 15, 2004. It was Ordered that notice of the above-captioned action be published once a week for four consecutive weeks in English, in the *International Herald Tribune* and the *USA Today*, and in Arabic in at least one Arabic language newspaper circulated widely in Middle East, as well as posting the relevant complaints on the website www.september11terrorlitigation.com.

ice is hereby served on the Defendants listed above. Defendants are hereby summoned and required to serve upon **The Clerk of the Court, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, 10007** an Answer to the Complaints within six days after notice by publication. If Defendants fail to do so, judgment by default may be taken against Defendants for relief demanded in each of the Complaints consolidated under case number 03 MDL 1570. The Complaints seek compensatory, treble and punitive damages, attorneys' fees, costs, ar r relief for wrongful deaths, personal injuries, property damage, business interruption losses, lost profits, trespass, racketeering and other injuries caused by the September 11, 2001 terrorist attack upon the United States.

INTERNATIONAL Herald Tribune
PUBLISHED BY THE NEW YORK TIMES

229 WEST 43RD STREET, NEW YORK, NY 10036, USA
PHONE: (212) 556-7707 FAX: (212) 556-7706

**DECLARATION OF PUBLICATION**

**NOTICE : of Filing of Complaints**

The undersigned says:

I am over the age of 18 years and a citizen of the United States. I am not a party to and have no interest in this matter. I am a principal of the International Herald Tribune, a newspaper published in Paris, France and circulated in major cities in Europe, North Africa, the Middle East. Far East and the Americas. The notice, a true copy of which is attached, was published on the following date(s):

December 22, 27, 2004
January 5, 10, 2005

I declare under penalty that the forgoing is true and correct.

Executed in New York, N.Y. on February 24, 2005

Judith King, Legal Notice Manager

Sworn before me on this 24th day of February 2005 in the state of New York.

Notary Public

**DANA ROSALES**
**Notary Public, State of New York**
**No. 01RO6059690**
**Qualified in New York County**
**Commission Expires August 29, 2007**

ADVERTISEMENT

Tribune

# LEGAL NOTICE

## To named Defendants listed below:

Aaran Money Wire Service Inc.
Abbas Abdi Ali
Abd al-Hadi al-Iraqi
Abd Al Samad Al-Ta'ish
Abd Al-Muslim Al-Libi
Abd Al-Rahim Al-Nashiri
Abdalrahman Alamout Abu Aljer a/k/a Abu Obed
Abdel Barry
Abdel Hussein a/k/a Estate of Abdel Hussein
Abdelghani Mzoudi
Abdelhalim Remadna a/k/a Abdel Halim Remadna Hased
Abdelkarim Hussein Mohamed Al-Nasser
Abdi Adulaziz Ali
Abdirasik Aden
Abdul Aziz Al Ibrahim a/k/a Abdul Aziz Bin Ibrahim Al Ibrahim
Abdul Fattah Zammar
Abdulrahman Alamoudi
Abdul Rahman Yasin
Abdul Rahim Mohammed Hussein
Abdula Bin Laden
Abdulla Al Obaid
Abdulla Bin Khalid Al Thani
Abdullah Ahmed Abdullah
Abdullah Bin Abdul Muhsen Al Turki
Abdullah Bin Said
Abdullah Bin Saleh Al-Obaid
Abdullah M. Al-Mahdi
Abdullah Omar Naseef a/k/a Abdallah Omar
Abdullah Qassim
Abdullahi Hussein Kahie
Abdulrahman Hassan Sharbatly
Abelmagne Ali Ekleen
Abrash Company
Abu Abdul Rahman a/k/a Abu Abdul Rahman Amin
Abu Agab
Abu Al-Maki
Abu Hafs the Mauritanian
Abu Hajer Al Iraqi
Abu Hamza Al-Masri
Abu Ibrahim Al-Masri
Abu Musab Al-Zarqawi
Abu Qatada Al-Filistini
Abu Rida Al Suri a/k/a Mohammed Loay Bayazid
Abu Sayef Group
Abu Sulayman
Abu Wa'el a/k/a Sadoun Abdul Latif
Abu Zubaydah
Adel Ben Soltane
Adel Muhammad Sadiq Bin Kazem
Adnan Basha
Advice and Reformation Committee
Alamia, SL
Afghan Support Committee
Agus Budiman
Ahmad Ajaj
Ahmad Al Harbi
Ahmad Ibrahim Al-Mughassil
Ahmad Sa'id Al-Kadr
Ahmad Salah a/k/a Salim
Ahmed Hasni Rarrbo
Ahmed Ibrahim Al Najjar
Ahmed Khalfan Ghailani
Ahmed Khalil Ibrahim Samir Al-Ani
Ahmed Mohammed Hamed a/k/a Ahmed Mohammed Hamed Ali
Ahmed Nur Ali Jim'ale
Ahmed Ressam
Ahmed Zaki Yamani
Akida Bank Private Limited
Akida Investment Co. Ltd.
Al Amin Al-Dakhil
Al Amn Al-Kharji
Al Anwa a/k/a Al Anwa USA, Inc.
Al Baraka Exchange LLC a/k/a Al Barakaat Exchange LLC
Al Barakaat Bank a/k/a Al Baraka Bank
Al Farooq Mosque
Al Gama'a al-Islamiyya a/k/a Al-Gammah Al Islamiah
Al-Khaleejia for Export Promotion and Marketing Company
Al Qaida a/k/a Al Qaeda Islamic Army
Al Shamal For Investment and Development
Al Shamal Islamic Bank a/k/a Al Shamal Bank a/k/a Shamel Bank a/k/a Bank El Shamar
Al Taqwa Trade, Property and Industry Company Limited
Al Taqwa/Nada Group a/k/a Al Taqwa/Nada Management Group
Al Tawhid
Al-Barakaat
Al-Barakat Bank of Somalia (BSS)
Al-Barakat Finance Group
Al-Barakat Financial Holding Co. a/k/a Al-Barakat Financial Company
Al-Barakat Global Telecommunications
Al-Barakat Group of Companies Somalia Limited a/k/a Al-Barakaat Group of Companies a/k/a Al-Barakaat Group
Al-Barakat International a/k/a Baraco Co.
Al-Barakat Investments
Al-Bir Saudi Organization
Al-Birr
Al-Hamati Sweets Bakeries
Al-Haramain Islamic Foundation a/k/a Al Haramain a/k/a Al Haramain Foundation a/k/a Vazir
Al-Hijrah Construction and Development Limited
Al-Ittihaad al-Islamiya (AIAI)
Al-Mustaqbal Group
Al-Nur Honey Press Shops a/k/a Al-Nur Honey Center
Al-Rashid Trust
Al-Shaykh Al-Iraqi
Al-Shifa' Honey Press for Industry and Commerce
Al-Watania Poultry
Albert Fredrich Armand Huber
Algerian Armed Islamic Group
Ali Atwa
Ali Ghaleb Himmat
Ali Saed Bin Ali El-Hoorie
Amin Al-Haq
Anas Al-Liby a/k/a Anas al-Libi a/k/a Nazim Al-Raghie a/k/a Nazih Abdul Hamed Al-Raghie a/k/a Anas Al-Sabai
Ansar al-Islam
Aqeel Al-Aqeel a/k/a Aqeel Abdulaziz Al Aqeel
Arab Cement Company
Arafat El-Asahi
Ary Group
ASAT Trust
ASAT Trust Registered
Asbat al-Ansar
Ayadi Chafiq Bin Muhammed
Ayman al-Zawahiri
Azzam Service Center
BA Taqwa for Commerce and Real Estate Company Ltd.
Bakr M. Bin Laden
Bank of Taqwa Limited a/k/a Bank Al Taqwa Limited a/k/a Al Taqwa Bank
Baraka Trading Company
Barakaat Boston
Barakaat Construction Company
Barakaat Enterprise
Barakaat Group of Companies
Barakaat North America, Inc.
Barakaat Red Sea Telecommunications
Barakaat Telecommunications Co. Somalia
Barakat Bank and Remittances
Barakat Computer Consulting (BCC)
Barakat Consulting Group (BCG)
Barakat Global Telephone Company
Barakat International Companies (BICO)
Barakat Post Express (BPE)
Barakat Refreshment Company
Barakat Telecommunications Company Limited (BTELCO)
Barakat Wire Transfer Company a/k/a Al Barakaat Wire Service
Barako Trading Company, LLC
Bashsh Hospital
Bassam Dalati Satut
Benevolence International Fund
Benevolence International Foundation a/k/a Al-Bir Al Dawalia a/k/a BIF-Canada a/k/a BIF-USA Bensayah Belkacem
Bilal Bin Marwan
Blessed Relief Foundation
Bosanska Idealna Futura
Bosnia-Herzegovina branch of Al-Haramain Islamic Foundation
Brahim Ben Hedili Hamami
Cemsteel Impex Establishment
Chiheb Ben Mohamed Ayari
Cobis
Contratas Gioma
Dahir Ubeidullahi Aweys
Dallah Avco Trans Arabia Co. Ltd.
Dr. Mahmoud Dakhil
Dr. Mohamed Ali Elgari
Dubai Islamic Bank
Egyptian Islamic Jihad
Essam Al Ridi
Eurocovia Obras, S.A.
Fahad Al-Thumairy
Fahid Mohammed Ally Msalam
Faruq Al-Hijazi
Fazeh Ahed
Fazul Abdullah Mohammed
Fethi Ben Rebai Masri
Fouzi Jendoubi
Gerad Jama
Ghasoub Al Abrash Ghalyoun a/k/a Abu Musab
Global Diamond Resource a/k/a Global Diamond Resources Inc.
Global Relief Foundation a/k/a Foundation Secours Mondial
Gulbuddin Hekmatyar
Gulf and African Chamber
Gulf Center S.R.L.
Gum Arabic Company Limited
Habib Faris Abdullah Al-Mamouri
Habib Waddani
Haji Abdul Manan Agha
Haji Mohamad Akram
Hamad Hussaini
Hamas
Hani Ramadan
Hasan Izz-Al-Din
Hashim Abdulrahman
Hassan A.A. Bahfzallah
Hassan Dahir Aweys
Hassan Al Turabi
Haydar Mohamed Bin Laden
Hazem Ragab
Help African People
Heyatul Ulya
Hezb-e-Islami
Hisham Arnaout
Human Concern International Society a/k/a Human Concern International
Hussein Mahmud Abdullkadir
Ibn al-Shaykh al-Libi
Ibrahim Bah
Ibrahim Bin Abdul Aziz
Ibrahim Bin Abdul Aziz Al Ibrahim Foundation
Ibrahim Hassabella
Ibrahim Muhammed Afandi
Ibrahim S. Abdullah
Ibrahim Salih Mohammed Al-Yacoub
Ihab Ali
Imad Eddin Barakat Yarkas a/k/a Abu Dahdah
Imad Mughniyeh
Infocus Tech of Malaysia
Institute of Milan a/k/a Instituto Culturale Islamico De Milano
International a/k/a Mercy
Iraqi Intelligence Agency a/k/a The Mukhabarat a/k/a The Fedayeen a/k/a Al-'Qare a/k/a Unit 99 a/k/a M-8 Special Operations
Islamic African Relief Agency
Islamic Army of Aden
Islamic Cultural Center of Geneva
Islamic Cultural Institute of Milan
Islamic International Brigade a/k/a Islamic Peacekeeping International Brigade
Islamic Movement of Uzbekistan
Iss El-Din El Sayed a/k/a Iss El-Din El Sayed Mohamed
Jaish-I-Mohammed
Jalil Shinwari
Jamal Ahmed Mohammed
Jamal Al-Badawi
Jamal Nyrabeh
Jamil Qasim Saeed a/k/a Jamil Qasim Saeed Mohammed
Jam'Yah Ta'Awun Al-Islamia a/k/a Society of Islamic Cooperation
Jemaah Islamiya Organization
Khaled Bin Mahfouz
Khaled Nouri
Khalid Shaikh Mohammed
Khalil Jarraya
Lashkar I Janghvi
Lashkar Redayan-E-Islami
Lashkar-e Tayyiba
Lazhar Ben Mohammed Tlili
Lebanese Hezbollah a/k/a Hezbollah a/k/a Hizballah
Liban Hussein
Lionel Dumont
Lujain Al-Iman
M.M. Badkook Company for Catering & Trading
Mahdi Chamran Savehi
Mahmoud Jaballah
Makhtab al-Khidamat
Mamdouh Mahamud Salim a/k/a Abu Hajer Al Iraqi
Mamoun Darkazanli
Mamoun Darkazanli Import-Export Company
Mansour Thaer
Mansouri Al-Kadi
Masjed Al Madinah Al Munawarah
Maulvi Abdul Kabir
Mazin M.H. Bahareth
Mendi Kammoun
Mercy International Relief Agency
Miga-Malaysian Swiss a/k/a Miga-Malaysian Organization SA Gulf and African Chamber
Mohamed Bayazid
Mohamed Albanna
Mohammad S. Mohammad
Mohammed Al Massari
Mohammed Al-Issai
Mohammed Alchurbaji
Mohammed Ali Hasan Al Moayad
Mohammed Ali Sayed Mushayt
Mohammed Amine Akli
Mohammed Bahareth
Mohammed Bin Abdullah Al-Jomaith
Mohammed Bin Faris
Mohammed Bin Laden Organization
Mohammed Chehade
Mohammed Hussein Al-Amoudi
Mohammed Iqbal Abdurrahman
Mohammed Jamal Khalifa
Mohammed Khair Al Saqqa a/k/a Abu Al Darda
Mohammed Khatib
Mohammed Mansour
Mohammed Nur Rahmi
Mohammed Omeish
Mohammed Omar Al-Harazi
Mohammed Sarkawi
Mohrez Amdouni
Mondher Baazaoui
Moro Islamic Liberation Front
Mounir Ben Habib Jerraya
Mounir El-Motassadeq
Moussa Ben Amor Essaadi
Mufti Mohammed Rashid
Mufti Rashid Ahmad Ladehyanoy
Muhammad Abu-Islam
Muhammad Al-Hamati
Muhammad Atif a/k/a Estate of Muhammad Atef
Muhammad Omar
Muhammad Salah
Muhammed Galeb Kalaje Zouaydi a/k/a Abu Talha
Muhammed J. Fakihi
Muhammed Mahdi Salah
Muhsin Musa Matwalli Atwah
Mullah Kakshar
Mushayt for Trading Establishment
Muslim Brotherhood
Mustafa Ahmed Al-Hisawi a/k/a Sheik Saeed a/k/a Shaykh Sa'id a/k/a Mustafa Muhammed Ahmad
Mustafa Al-Kadir
Mustafa Mohamed Fadhil
Mustasim Abdel-Rahim
Muwaffaq Foundation a/k/a Blessed Relief Foundation
Muzaffar Kahn
Nabil Benattia
Nada International Anstalt
Nada Management Organization
Nada Management Organization, SA
Najib Ouaz
Nascoservice S.R.L.
Nasco Nasreddin Holding A.S.
Nascotex S.A.
Nasreddin Company Nasco SAS Di Ahmed Idris Nasreddin EC
Nasreddin Foundation
Nasreddin Group International Holding Ltd.
Nasreddin International Group Limited Holding
National Development Bank
National Fund for Social Insurance
National Islamic Front
National Management Consultancy Center
Nedal Saleh a/k/a Hitem
New Diamond Holdings
Noor Jalil
Nurjaman Riduan Ismuddin a/k/a Hambali
Omar Abu Omar
Omar Al-Bayoumi
Omar M. Bin Laden
Osama Bassnan
Palestine Islamic Jihad
Parka Trading Company
Piedmont Poultry
Promociones Y Construcciones Tetuan Pricote, S.A.
Proyectos Edispah
Proyectos Y Promociones Iso
Proyectos Y Promociones Paraiso, S.L.
Queen City Cigarettes and Candy
Rabih Haddah
Rachid Fettar a/k/a Rachid Fettar
Raed Hijazi
Ramzi Mohammed Abdullah Binalshibh a/k/a Ramzi Mohamed Abdallah Omar
Red Sea Barakat Company Limited
Riyadus-Salikhin Recognizance and Sabotage Battalion of Chechen Martyrs
S.M. Tufail
Saar Foundation
Sabir Lamar
Saddam Hussein
Safar Al-Hawali
Said Bahaji
Saif Al-Adel
Saif Al Islam El Masry
Salafist Group for Call and Combat
Salah Badahdh
Salah Suleiman
Saleh Al-Hussayen
Saleh Gazaz
Saleh Mohamed Bin Laden
Salem Bin Laden
Salman Al-Ouda
Sami Omar Al-Hussayen
Samir Kishk
Samir Salah
Sana-Bell, Inc.
Sanabel Al-Kheer, Inc.
Sanabil Al-Khair
Samir Salah
Saqar Al-Sadawi
Saudi Bin Laden Group
Saudi Bin Laden International Company
Saudi Cement Company in Damman
Saudi Sudanese Bank
Sayf al-Adl
Sa'd Al-Sharif
Shahir Abdulraoof Batterjee
Shaykh Sa'id a/k/a Mustafa Muhammed Ahmad
Sheik Adil Galil Batargy a/k/a Adel Abdul Jalil Batterjee
Sheikh Abdullah Azzam a/k/a Abu Muhammed
Sheikh Abu Bdul Aziz Nagi
Sheikh Ahmed Salim Swedan
Sheikh Omar Bakri Muhammad
Sheikh Yusuf Al-Qardawi
Soliman H.S. Al-Buthe
Somalia branch of Al Haramain Islamic Foundation
Somalia Internet Company
Special Purpose Islamic Regiment
Success Foundation
Sulaiman Al-Ali
Syed Suleman Ahmer
Taba Investments
Tadamon Islamic Bank a/k/a Tadamon Bank
Taha Yassin Ramadan
Taibah International Aid Association
Talal Mohammed Badkook
Tanzanite King
Tarek Ayoubi
Tarek M. Bin Laden
Tareq M. Al-Swaidan
Tariq Anwar al-Sayyid Ahmad
The Aid Organization of the Ulema
The Committee for the Defense of Legitimate Rights
The Estate of Marwan Al-shehhi
The Estate of Fayez Ahmed a/k/a Banihammad Fayez
The Estate of Ahmed Al Ghamdi
The Estate of Hamza Al Ghamdi
The Estate of Mohald Al Shehri
The Estate of Satam M. A. Al Suqami
The Estate of Abdulaziz Al Omari
The Estate of Waleed M. Al Shehri
The Estate of Wail Al Shehri
The Estate of Mohammed Atta
The Estate of Khalid Al Midhar
The Estate of Nawaf Al Hazmi
The Estate of Hani Hanjour
The Estate of Salem Al Hazmi
The Estate of Majed Moqed
The Estate of Ziad Samir Jarrah
The Estate of Ahmed Ibrahim A. Al Haznawi
The Estate of Saeed Al Ghamdi
The Estate of Ahmed Al Nami
The Estate of Qusay Hussein
The Estate of Uday Hussein
The Taliban
Thirwat Salah Shihata
Turkistan Islamic Movement
Ulema Union of Afghanistan
Umar Faruq
Umma Tameer-E-Nau (UTN)
Usama Bin Laden a/k/a Osama Bin Laden
Wadi Al Aqiq
Wafa Humanitarian Organization
Walid Al-Souroiri
Yasin Al-Qadi
Yassine Chekkouri
Yassir Al-Sirri a/k/a Ammar
Yazid Sufaat of Kuala Lumpur Malaysia
Yeslam M. Bin Laden
Yousef Jameel
Youssef Abdaoui
Youssef M. Nada & Co. Gesellschaft MBH
Youssef M. Nada Establishment
Youssef Nada a/k/a Youssef Mustafa Nada
Yusaf Ahmed Ali
Zacarias Moussaoui
Zahir H. Kazmi
Zakariya Essabar
Zakat Committee
Ziyad Khaleel

**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK, CONSOLIDATED ACTIONS KNOWN AS IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001, 03 MDL 1570 (RCC); NOTICE OF FILING OF COMPLAINTS.**

Judge Richard C. Casey issued an Order for service by publication on September 15, 2004. It was Ordered that notice of the above-captioned action be published once a week for four consecutive weeks in English, in the International Herald Tribune and the USA Today, and in Arabic in at least one Arabic language newspaper circulated widely in the Middle East, as well as posting the relevant complaints on the website www.september11terrorlitigation.com.

Notice is hereby served on the Defendants listed above. Defendants are hereby summoned and required to serve upon The Clerk of the Court, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, 10007 an Answer to the Complaints within sixty (60) days after notice by publication. If Defendants fail to do so, judgment by default may be taken against Defendants for relief demanded in each of the Complaints consolidated under case number 03 MDL 1570. The Complaints seek compensatory, treble and punitive damages, attorneys' fees, costs, and other relief for wrongful deaths, personal injuries, property damage, business interruption losses, lost profits, trespass, racketeering and other injuries caused by the September 11, 2001 terrorist attack upon the United States.

*Service of all pleadings, motions and discovery that are filed in this case are available on the Internet at http://www.sept11terrorlitigation.com.*

القدس العربي
AL-QUDS AL-ARABI

DECLARATION OF PUBLICATION

NOTICE : of Filing of Complaints

The undersigned says:

I am the Business Manager and Company Secretary of Al-Quds Al-Arabi Publishing & Advertising ( Overseas ) Ltd and is duly authorized to make this affidavit.

The Notice , a true copy of which is attached , was published on the following dates : Thursday December 23rd, 2004, Thursday December 30th 2004, Thursday January 6th 2005 and Thursday January 13th 2005.

PAT SUNDRAM ( MRS )
BUSINESS MANAGER
MARCH 11TH 2005

SWORN BEFORE ME ON THIS 14th DAY OF March 2005

I THE UNDERSIGNED MANUEL FLOREZ VALCARCEL, Notary Public, practising at 130 King Street, London W6 0QU, England, hereby CERTIFY that the signature written at the end of the preceding document in my presence is the true and authentic signature, of Mrs. PATRICIA SUNDRAM, also known as PAT SUNDRAM as declared by her, of full age, who signed it in my presence having identified her by her British passport No. 094358024 valid until 23.04.2014 produced by her to me for her personal identification. ----------------------------------------------
IN WITNESS WHEREOF I sign this Certificate in London, England, today the fourteenth day of March two thousand and five.

MANUEL FLOREZ VALCARCEL
Notary Public

AL-QUDS AL-ARABI PUBLISHING & ADVERTISING (OVERSEAS) LIMITED
TEL: 0208-741 8008 • FAX: 0208-741-8902 • 0208-748 7637 • E mail: alquds@alquds.co.uk • Website: www.alquds.co.uk
REGISTERED ADDRESS: 164-166 KING STREET • HAMMERSMITH • LONDON W6 0QU • REGISTERED NUMBER: 2604233 • VAT REG NO: 538 9427 04

القدس

إعلان قانوني

# إلى المدعى عليهم المذكورين والمدرجة أسمائهم أدناه:

## الملحق أ

وكالة أران لخدمات تحويل الأموال، إنك
عباس عبد العلي
عبد الهادي العراقي
عبد الصمد الطائش
عبد المحسن الليبي
عبد الرحيم الناشري
عبد الرحمن الأرناؤوط أبو الأجير المعروف أيضاً بأبو عبيد
عبد الباري
عبد الحسين المعروف أيضاً بتركة عبد الحسين
عبد الغني مزودي
عبد الحليم المعروف أيضاً بعبد الحليم وبصاعة ماشد
عبد الكريم حسين محمد الناصر
عبد العزيز علي
عبد الرزاق عتر
عبد العزيز إبراهيم المعروف أيضاً بعبد العزيز بن إبراهيم الإبراهيم
عبد الفتاح زمار
عبد الرحمن العمودي
عبد الرحمن ياسين
عبد الرحيم محمد حسين
عبد الله بن لادن
عبد الله العبيد
عبد الله بن خالد الثاني
عبد الله أحمد عبد الله
عبد الله بن عبد المحسن التركي
عبد الله بن سعلي
عبد الله بن صالح العبيد
عبد الله م. المهدي
عبد الله عمر ناصيف المعروف أيضاً بعبد الله عمر
عبد الله قاسم
عبد الله حسين كافي
عبد الرحمن حسن شريكي
أبو المثنى علي الذين
شركة البراش
أبو عبد الرحمن المعروف أيضاً بأبو عبد الرحمن أمين
أبو عجب
أبو الماثد
أبو حفص الوريتاني
أبو هاجر العراقي
أبو حمزة المصري
أبو إبراهيم المصري
أبو مصعب الزرقاوي
أبو قتادة الفلسطيني
أبو رضا السوري المعروف أيضاً بمحمد لؤي بايازيد
مجموعة أبو سياف
أبو سليمان
أبو وائل المعروف أيضاً بسعدون عبد اللطيف
أبو زبيدة
عادل بن سلطان
عادل محمد صادق بن كاظم
عدنان باشا
لجنة الإصلاح والنصح
الأمياء إس. ل.
لجنة الدعم الأفغانية
أغوس بوديمان
أحمد عجاج
أحمد الحزني
أحمد إبراهيم النعسل
أحمد سعيد القدر
أحمد صلاح المعروف أيضاً بسليم
أحمد حسني راربو
أحمد إبراهيم النجار
أحمد خلفان غيلاني
أحمد خليل إبراهيم سمير الحلج
أحمد محمد حامد المعروف أيضاً بأحمد محمد حامد علي
أحمد نور علي جمعالي
أحمد وسام
أحمد زكي اليماني
بنك العقيدة الخاص المحدود
شركة العقيدة للاستثمار المحدودة
الأمن الداخلي
الأمن الخارجي
الأنوار المعروفة أيضاً بالأنوار يو إس إي، إنك
البركة للتحويلات إل إل سي، المعروفة أيضاً بالبركة للتحويلات إل إل سي
بنك البركات المعروف أيضاً ببنك البركة
مسجد الفاروق

الجماعة الإسلامية المعروفة أيضاً بالجماعة الإسلامية
الشركة الخليجية لترويج الصادرات والتسويق
القاعدة المعروفة أيضاً بجيش القاعدة الإسلامي
الشمال للاستثمار والتنمية
بنك الشمال الإسلامي المعروف أيضاً بشمال بنك والمعروف أيضاً بشمال بنك والمعروف أيضاً ببنك الشمر
شركة التقوى للتجارة والعقارات والصناعة المحدودة
مجموعة التقوى/ندى المعروفة أيضاً مجموعة التقوى/ندى لإدارة الأعمال
التوحيد
البركات
بنك البركات الصومالي بي إس إس
مجموعة البركات للتمويل
شركة البركات المالية القابضة المعروفة أيضاً بشركة البركات المالية
البركات العالمية للاتصالات السلكية واللاسلكية
مجموعة شركات البركات الصومالية المحدودة المعروفة أيضاً بمجموعة شركات البركات والمعروفة أيضاً بمجموعة البركات
البركات انترناشيونال المعروفة أيضاً ببارامكو نوفيالي
البركات للاستثمار
منظمة البر السعودية
البر
مخابز الحفاني للمعلومات
مؤسسة الحرمين الإسلامية المعروفة أيضاً بالحرمين والمعروفة أيضاً بمؤسسة الحرمين والمعروفة أيضاً بالوزير
الهجرة للتعمير والتنمية المحدودة
الاتحاد الإسلامي AIAI
مجموعة المستقبل
منحلات النور لمشاني العسل المعروفة أيضاً بمركز النور للعسل
صندوق الرشيد
الشيخ العراقي
مصانع عمل الشفاء للصناعة والتجارة الوطنية للدواجن
البرت فريدريك أرمان هوبر
الجماعة الإسلامية الجزائرية المسلحة
علي عتلوة
علي غالب همات
علي سعيد بن علي الحوري
أمين الحق
أنس الليبي المعروف أيضاً بأنس الليبي والمعروف أيضاً بناظم الراجحي والمعروف أيضاً بنزيه عبد الحميد الراجحي والمعروف أيضاً بأنس الصبايكي
أنصار الإسلام
عقيل العقيل المعروف أيضاً بعقيل عبد العزيز العقيل
شركة الأسمنت العربي
عرفات الأسامي
مجموعة آري
صندوق آصات
صندوق آصات السنول
عصبة الأنصار
عبادي شفيق بن محمد
أيمن الظواهري
مركز عزام للخدمات
با تقوى للتجارة والعقارات المحدودة
بدر م. بن لادن
بنك التقوى المحدود المعروف أيضاً ببنك التقوى المحدود والمعروف أيضاً ببنك التقوى
شركة بركة للتجارة
بركات بوسطن
شركة بركات للبناء
مؤسسة بركات
مجموعة شركات بركات
بركات نورث أمريكا، إنك
بركات البحر الأحمر للاتصالات السلكية واللاسلكية
شركة بركات للاتصالات السلكية واللاسلكية صوماليا
بنك بركات والتحويلات
بركات لاستشارات التطوير BCC
مجموعة بركات الاستشارية BCG
شركة بركات العالمية للهواتف
شركات بركات الدولية BICO
بركات بوست إكسبرس BPE
شركة بركات للمشروبات
شركة بركات للاتصالات السلكية واللاسلكية

ليبتد TETELCO
شركة بركات للتحويلات السلكية المعروفة أيضاً بخدمات بركات السلكية
شركة باركوا التجارية LLC
سيتشلي البشاش
بسام بالاتي ستالوث
صندوق البر الدولي
مؤسسة البر الدولية المعروفة أيضاً بالبر الدولية والمعروفة بمؤسسة البر الدولية - كندا والمعروفة أيضاً بمؤسسة البر الدولية - الولايات المتحدة الأمريكية
بن ضباح بالقاسم
بلال بن مروان
مؤسسة الإغاثة المباركة
بوزسكا ابديلنا فيوتورا
فرع البوسنة والهرسك لمؤسسة الحرمين الإسلامية
إبراهيم بن قعلي حمامي
مؤسسة سسيدل إميكس
شعيب بن محمد أباري
كوبيس
كونترانس جيوما
طاهر عبد الله عويس
شركة دلة البركة ترانس أوروبيا المحدودة
الدكتور محمود دخيل
الدكتور محمد علي الجاري
بنك دبي الإسلامي
الجهاد الإسلامي المصري
عصام الريدي
يوروكوليا أوروامن إس. إل.
فهد اللويبري
فهد محمد علي مسلم
فاروق الحجازي
فازية أحمد
فوزي عبد الله محمد
الحي بن ربيع مصري
فوزي جلدوبي
جارد جاما
غمنوب الإبرش بلبيون المعروف أيضاً بأبو مصعب
الصدر العالمي للماس المعروف أيضاً بشركة المصادر العالمية للماس
مؤسسة الإعانة العالمية المعروفة أيضاً بمؤسسة سيكورس موندياليا
جلب الدين حكمتيار
الدولة الخليجية والأفريقية
المركز الطبي إس. أي. إي
شركة الصمغ العربي المحدودة
حبيب فارس عبد الله الحوري
حبيب وداني
حاج عبد المنان آغا
حاج محمد أكرم
حمد حسيني
حماس
هاني رمضان
حسن عز الدين
هاشم عبد الرحمن
حسن أ. أ. بمقط الله
حسن ضاهر عويس
حسن الترابي
حيدر محمد بن لادن
حازم رجب
ساعدوا الشعب الأفريقي
حياة العليا
الحزب الإسلامي
هشام أرناؤوط
جمعية القلق الإنساني الدولية المعروفة أيضاً بالقلق الإنساني الدولي
حسين محمود عبد القادر
ابن الشيخ الليبي
إبراهيم باه
إبراهيم بن عبد العزيز
مؤسسة إبراهيم بن عبد العزيز الإبراهيم
إبراهيم حسن الله
إبراهيم محمد العفري
إبراهيم س. عبد الله
إبراهيم صالح محمد اليعقوب
إيهاب علي
عماد الدين بركات يارغز والمعروف أيضاً بأبو دحدح
عماد مغنية
إنفوكس إل إل سي
مجمد ميلان المعروف أيضاً باستيتو المعروف أيضاً بستيتو إسلاميكو أو ميلانو
إنترناشيونال والمعروف أيضاً بفرس
وكالة المخابرات العراقية المعروفة أيضاً بالمخابرات والمعروفة أيضاً بالشداش والمعروفة أيضاً بالقاري والمعروفة أيضاً

يوحدة 99 والمعروفة أيضاً بعمليات خاصة م. 8
وكالة الإغاثة الإسلامية الأفريقية
جيش عدن الإسلامي
المركز الثقافي الإسلامي في جنيف
المعهد الثقافي الإسلامي ميلان
اللواء الإسلامي الدولي المعروف أيضاً باللواء الإسلامي الدولي لحفظ السلام
حركة أوزبكستان الإسلامية
عز الدين السيد المعروف أيضاً بعز الدين السيد محمد
جيش محمد
جليل شنوازي
جمال أحمد محمد
جمال البدوي
جمال ليربه
جميل قاسم سعيد المعروف أيضاً بجميل قاسم سعيد محمد
جمعية التعاون الإسلامية المعروفة أيضاً بسوسايتي أوف إسلاميك كوبوريشن
منظمة الجماعة الإسلامية
خالد بن محفوظ
خالد نوري
خالد شيخ محمد
خليل جراية
لاشكار أي جانجهفي
لاشكار ريدنان الإسلامي
لاشكار الطيبي
لازهار بن محمد المليلي
حزب الله اللبناني المعروف أيضاً بحزب الله والمعروف أيضاً بحزب الله
ليان حسنج
لايونيل ديوموكت
لجين الإيمان
شركة م. م. باذكوه لخدمات تقديم الطعام والتجارة
مهدي شارمان شالهي
محمود جاب الله
مكتب الخدمات
ممدوح محمود سليم المعروف أيضاً بأبو هاجر العراقي
مامون داركزنلي
شركة مامون دارخزنلي للاستيراد والتصدير
منصور ثاكر
منصوري الثاني
مسجد المدينة المنورة
مولاي عبد الكبير
مازن م. هـ. باحارث
ميلادي كمون
وكالة الرحمة للإغاثة الدولية
ميجاتاليزي السويسري، المعروف أيضاً بمنظمة ميجاتاليزي السويسري أس. ا.
الخليج والقرنة الأفريقية
محمد بايازد
محمد البني
محمد س. محمد
محمد المصري
محمد العيسى
محمد الشوربجي
محمد علي حسن الإيد
محمد علي سيد مشيد
محمد أمين علي
محمد باحارث
محمد بن عبد الله الجميح
محمد بن فارس
مؤسسة محمد بن لادن
محمد شحادة
محمد حسين العمودي
محمد إقبال عبد الرحمن
محمد جمال خليفة
محمد علي السنا المعروف أيضاً بأبو الدرداء
محمد خليفة
محمد منصور
محمد نور رحمي
محمد عثمان
محمد عمر الحرازي
محمد شرقاوي
معرز أسونتي
منذر بزاوي
جبهة مورو للتحرير الإسلامي
متير بن حبيب جزاية
متير المتصدق
موسى بن عمرو السعدي
مفتي محمد رشيد
مفتي رشيد أحمد لاديانوي
محمد أبو إسلام
محمد الصالحي

مجمعي عاطف المعروف أيضاً بتركة محمد عاطف
محمد عفر
محمد صلاح
محمد غالب حلاجه زويدي المعروف أيضاً بابو طلحة
محمد ج. الليبي
محمد مهدي صلاح
محسن موسى متولي عطوة
الملا كاكشار
مؤسسة مشابط للتجارة
الأخوة المسلمين
مصطفى أحمد الحنبساوي المعروف أيضاً بشيخ سعيد والمعروف أيضاً بشيخ سعيد والمعروف أيضاً بمصطفى محمد أحمد
مصطفى القادر
مصطفى محمد فاضل
معتصم عبد الرحيم
مؤسسة موفق المعروفة أيضاً بمؤسسة الإغاثة المباركة
مثير خان
نبيل بن عطية
ندى انترناشيونال انستلشت
منظمة ندى الإدارية
منظمة ندى الإدارية، أس. أ.
نجيب عوالي
ناسكو للخدمات أس. أر. أل.
ناسكو نصر الدين القابضة أ. أس.
ناسكوتكس أس. أ.
شركة نصر الدين ناسكو أس. أ. أس. دي
أحمد ادريس نصر الدين إي. سي.
مؤسسة نصر الدين
مجموعة نصر الدين القابضة الدولية المحدودة
مجموعة نصر الدين الدولية القابضة المحدودة
بنك التنمية الوطني
الصندوق القومي للتأمين الاجتماعي
الجبهة الإسلامية الوطنية
مركز الاستشارات والإدارة القومي
نمال صالح المعروف أيضاً بهيثم
نيو دابايونه القابضة
نور جليل
نورجامان رضوان إسم الدين المعروف أيضاً بالحنبلي
عمر أبو عمر
عمر البيومي
عمر م. بن لادن
أسامة باسنان
الجهاد الإسلامي الفلسطيني
شركة باركا التجارية
دواجن بيلمونت
بروموسيونيز إي كونستركسيونيز تيدبون بريكوت أس. أ.
بروبكتوس إيديسيان
بروبكتوس إي بروموسيونيز ابزو
بروبكتوس إي بروموسيونيز بارياديز أس. ل.
كوين سيتي للسجائر والحلوى
ربيع حداد
رشيد ليهار المعروف أيضاً برشيد ليهار
رائد حجازي
رمزي محمد عبد الله بن الشيبه المعروف أيضاً برمزي محمد عبد الله عمر
شركة بركات البحر الأحمر المحدودة
كتيبة شهداء الشيشان رياض الصالحين للاستطلاع والتخريب
س. م. طليل
مؤسسة صقر
صابر لامار
صدام حسين
صفر الحوالي
سعيد بهاجي
سيف العادل
سيف الإسلام المصري
مجموعة السلفيين للدعوة والقتال
صلاح بداع
صلاح سليمان
صالح الحسين
صالح لزاز
صالح محمد بن لادن
سالم بن لادن
سلمان العودة
سامي عمر الحسين
سمير كشك
سمير صلاح
سنابل إنك
سنابل الخير إنك

سنابل الخير
تينور صلاح
سائر الصيداوي
مجموعة بن لادن السعودية
شركة بن لادن السعودية الدولية
للتركة الإسمنت السعودية بالدمام
البنك السعودي السوداني
سيك العدل
سعد الشريف
شهين عبد الرؤوف باترجي
شيخ سعيد المعروف أيضاً بمصطفى محمد أحمد
شيخ عادل جليل باترجي المعروف أيضاً بعادل عبد الجليل باترجي
شيخ عبد الله عزام المعروف أيضاً بأبو محمد
شيخ عبد العزيز باجي
شيخ أحمد سليم سويدان
شيخ عمر بكري محمد
شيخ يوسف القرضاوي
سليمان أ. س. البك
فرع الصومال لمؤسسة الحرمين الإسلامية
الشركة الصومالية للإنترنت
فرع الإسلام للأغراض الخاصة
مؤسسة النجاح
سليمان العلي
سيد سليمان أحمد
طابا للاستثمارات
بنك التضامن الإسلامي المعروف أيضاً ببنك التضامن
طه ياسين رمضان
مجموعة العلية للمعونة الدولية
طلال محمد بادكوك
تالزاليت كنج
طارق أيوبي
طارق م. بن لادن
طارق م. السويدان
طارق أنور السيد أحمد
منظمة العلماء المعونة
لجنة الدفاع عن الحقوق الشرعية
تركة مروان الشهي
تركة فايز أحمد المعروف أيضاً ببني حماد فايز
تركة أحمد الغامدي
تركة حمزة الغامدي
تركة مهناد الشهري
تركة سطام م. أ. السقامي
تركة عبد العزيز العمري
تركة وليد م. الشهري
تركة وائل الشهري
تركة محمد عطا
تركة خالد المحضار
تركة نواف الحزمي
تركة هاني حنجور
تركة سالم الحزمي
تركة ماجد موكد
تركة زياد سمير جراح
تركة أحمد إبراهيم أ. الحزناوي
تركة سعيد الغامدي
تركة أحمد الناعمي
تركي فيصل حسين
تركة عدي حسين
الطالبان
ثروة صلاح شحاتة
حركة تركستان الإسلامية
اتحاد علماء الباكستان
عمر الزروق
انه تامير بانه ناو يو إن آن
أسامة بن لادن المعروف أيضاً بأسامة بن لادن
وادي العقيق
منظمة الوئام الإنسانية
وليد السروري
ياسين القاضي
ياسين شغوزي
ياسر السري المعروف أيضاً بعمار
يزيد سوفات بعور الأمور مالايزيا
إسلام م. بن لادن
يوسف جميل
يوسف عبد باوي
يوسف م. ندى وشركاه جمعيات MDI
مؤسسة يوسف م. ندى
يوسف ندى المعروف أيضاً بيوسف مصطفى ندى
يوسف أحمد علي
زكريا موساوي
زاهر. أ. كاظمي
زكريا الصبار
لجنة الزكاة
زياد خليل

في المحكمة المحلية الأمريكية للمقاطعة الجنوبية لولاية نيويورك: إجراءات قانونية مجمعة معروفة كونها متعلقة بموضوع الهجمات الإرهابية الواقعة في 11 سبتمبر (أيلول) 2001، قضية رقم 03 MDL 1570 (RCC): إعلان تقديم الشكاوي، أصدر القاضي ريتشارد سي. كيزي أمر تبليغ بالنشر في الصحف في 15 سبتمبر (أيلول) 2004، ولقد تم الأمر بنشر الإجراء القانوني المعنون أعلاه في الصحف مرة في الأسبوع لمدة أربعة أسابيع متتالية بالإنكليزية، في جريدتي إنترناشيونال هيرالد تريبيون ويو إس إي توداي، وباللغة العربية في جريدة عربية واحدة على الأقل تنتشر على نحو واسع في الشرق الأوسط، وكذلك إدراج الشكاوي الوثيقة الصلة بالموضوع على موقع الإنترنت www.september11terrorlitigation.com.

ولقد تم تبليغ الإعلان بموجب هذه الوثيقة إلى المدعى عليهم المدرجة أسمائهم أعلاه، ويؤمر المدعى عليهم ويُطلب منهم بموجب هذه الوثيقة أن يبلغوا كاتب المحكمة، المحكمة المحلية الأمريكية للمقاطعة الجنوبية لولاية نيويورك، 500 بيرل ستريت، نيويورك، نيويورك 10007 (The Clerk of the Court, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, 10007) عن الجواب على الشكاوي خلال مدة ستين (60) يوماً من نشر الإعلان. في حال أخفق المدعى عليهم القيام بهذا، سيصدر حكم غيابي ضد المدعى عليهم من أجل الإعانة المطلوبة في كل من الشكاوي المجمعة تحت القضية رقم 03 MDL 1570. تلتمس الشكاوي الحصول على أضرار تعويضية، وتأديبية وقيمتها ثلاثة أضعاف حجم الأضرار، أتعاب المحامين، التكاليف، وإعانات أخرى من أجل الوفاة الجائرة، الإصابات الشخصية، أضرار بالممتلكات، خسائر نتيجة لتوقف الأعمال، خسائر في الأرباح، انتهاك حرمة الملكية، ابتزاز الأموال وإصابات أخرى سببها هجوم 11 سبتمبر (أيلول) 2001 الإرهابي على الولايات المتحدة.