# Exhibit G





HOME   CONTACT US   SITE INDEX   FAQ   FOIA   ESPAÑOL   ACCESSIBILITY   PRIV

OFFICE OF FOREIGN ASSETS CONTROL

search   SEARCH

News
Direct Links
Key Topics
Press Room
About Treasury
Offices
  Domestic Finance
  Economic Policy
  General Counsel
  International Affairs
  Management
  Public Affairs
  Tax Policy
  Terrorism and Financial
  Intelligence
    Office of Foreign Assets
    Control
      Designation Lists & Financial
      Advisories
      Publications and Legislation
      Programs and Initiatives
  Treasurer
Bureaus
Education
Site Policies and Notices

# Office of Foreign Assets Control
## RECENT OFAC ACTIONS

Full List | Pre

**11/07/2001**

The Secretary of the Treasury has designated the following entities and individuals "Specially Designated Global Terrorists" [SDGT]s. Their names have been integrat versions of OFAC's SDN list as well as OFAC's brochure on Terrorism.

Entities:

AARAN MONEY WIRE SERVICE INC., 1806 Riverside Ave., 2nd Floor, Minneapo Minnesota, U.S.A. [SDGT]

AL BARAKA EXCHANGE LLC, P.O. Box 20066, Dubai, U.A.E.; P.O. Box 3313, De U.A.E. [SDGT]

AL TAQWA TRADE, PROPERTY AND INDUSTRY COMPANY LIMITED (f.k.a. AL TRADE, PROPERTY AND INDUSTRY; f.k.a. AL TAQWA TRADE, PROPERTY AN INDUSTRY ESTABLISHMENT; f.k.a. HIMMAT ESTABLISHMENT), c/o Asat Trust Altenbach 8, Vaduz 9490, Liechtenstein [SDGT]

AL-BARAKAAT, Mogadishu, Somalia; Dubai, U.A.E. [SDGT]

AL-BARAKAAT BANK, Mogadishu, Somalia [SDGT]

AL-BARAKAAT BANK OF SOMALIA (a.k.a. BARAKAAT BANK OF SOMALIA; a.k. Bossaso, Somalia; Mogadishu, Somalia [SDGT]

AL-BARAKAAT GROUP OF COMPANIES SOMALIA LIMITED (a.k.a. AL-BARAK/ FINANCIAL COMPANY), Mogadishu, Somalia; P.O. Box 3313, Dubai, U.A.E. [SD(

AL-BARAKAAT WIRING SERVICE, 2940 Pillsbury Avenue, Suite 4, Minneapolis, I 55408, U.S.A. [SDGT]

AL-BARAKAT FINANCE GROUP, Dubai, U.A.E.; Mogadishu, Somalia [SDGT]

AL-BARAKAT FINANCIAL HOLDING COMPANY, Dubai, U.A.E.; Mogadishu, Som [SDGT]

AL-BARAKAT GLOBAL TELECOMMUNICATIONS (a.k.a. BARAKAAT GLOBETELCOMPANY), Hargeysa, Somalia; Mogadishu, Somalia; P.O. Box 3313 U.A.E. [SDGT]

AL-BARAKAT INTERNATIONAL (a.k.a. BARACO CO.), Box 2923, Dubai, U.A.E. [

AL-BARAKAT INVESTMENTS, P.O. Box 3313, Deira, Dubai, U.A.E. [SDGT]

ASAT TRUST REG., Altenbach 8, Vaduz 9490, Liechtenstein [SDGT]

BANK AL TAQWA LIMITED (a.k.a. AL TAQWA BANK; a.k.a. BANK AL TAQWA), D. Hanna & Company, 10 Deveaux Street, Nassau, Bahamas; P.O. Box N-4877, Bahamas [SDGT]

BARAKA TRADING COMPANY, P.O. Box 3313, Dubai, U.A.E. [SDGT]

BARAKAAT BOSTON, 266 Neponset Ave., Apt 43, Dorchester, Massachusetts 02 U.S.A. [SDGT]

BARAKAAT CONSTRUCTION COMPANY, P.O. Box 3313, Dubai, U.A.E. [SDGT]

BARAKAAT ENTERPRISE, 1762 Huy Rd., Columbus, Ohio 43224-3550, U.S.A. [S

BARAKAAT GROUP OF COMPANIES, Mogadishu, Somalia; P.O. Box 3313, Dub [SDGT]

BARAKAAT INTERNATIONAL, Hallbybacken 15, Spanga 70, Sweden [SDGT]

BARAKAAT INTERNATIONAL COMPANIES (BICO), Mogadishu, Somalia; Dubai, [SDGT]

BARAKAAT INTERNATIONAL FOUNDATION, P.O. Box 4036, Spanga, Sweden; Rinkebytorget 1, Spanga 04, Sweden [SDGT]

BARAKAAT INTERNATIONAL, INC., 1929 South 5th Street, Suite 205, Minneapol Minnesota, U.S.A. [SDGT]

BARAKAAT NORTH AMERICA, INC., 2019 Bank St., Ottawa, Ontario, Canada; 9: Washington St., Dorchester, Massachusetts, U.S.A. [SDGT]

BARAKAAT RED SEA TELECOMMUNICATIONS, Ala Aamin, Somalia; Bossaso, Bubaarag, Somalia; Carafaat, Somalia; Gufure, Somalia; Guureeye, Somalia; Hurt Somalia; Kowthar, Somalia; Najax, Somalia; Nakhiil, Somalia; Noobir, Somalia; Ra Somalia; Ticis, Somalia; Xuuxuule, Somalia [SDGT]

BARAKAT TELECOMMUNICATIONS COMPANY LIMITED (a.k.a. BTELCO), Bak Market, Dar Salaam Buildings, Mogadishu, Somalia; Kievitlaan 16, T'veld, Noord-H The Netherlands [SDGT]

BARAKAAT TELECOMMUNICATIONS COMPANY SOMALIA, LIMITED, P.O. Bo> Dubai, U.A.E. [SDGT]

BARAKAT BANK AND REMITTANCES, Mogadishu, Somalia; Dubai, U.A.E. [SDG

BARAKAT COMPUTER CONSULTING (BCC), Mogadishu, Somalia [SDGT]

BARAKAT CONSULTING GROUP (BCG), Mogadishu, Somalia [SDGT]

BARAKAT GLOBAL TELEPHONE COMPANY, Mogadishu, Somalia; Dubai, U.A.E

BARAKAT POST EXPRESS (BPE), Mogadishu, Somalia [SDGT]

BARAKAT REFRESHMENT COMPANY, Mogadishu, Somalia; Dubai, U.A.E. [SD(

BARAKAT WIRE TRANSFER COMPANY, 4419 S. Brandon St., Seattle, Washingt [SDGT]

BARAKO TRADING COMPANY LLC, P.O. Box 3313, Dubai, U.A.E. [SDGT]

GLOBAL SERVICE INTERNATIONAL, 1929 5th St., Suite 204, Minneapolis, Minn U.S.A. [SDGT]

HEYATUL ULYA, Mogadishu, Somalia [SDGT]

NADA MANAGEMENT ORGANIZATION SA (f.k.a. AL TAQWA MANAGEMENT ORGANIZATION SA), Viale Stefano Franscini 22, Lugano CH-6900 TI, Switzerlan

PARKA TRADING COMPANY, P.O. Box 3313, Deira, Dubai, U.A.E. [SDGT]

RED SEA BARAKAT COMPANY LIMITED, Mogadishu, Somalia; Dubai, U.A.E. [S

SOMALI INTERNATIONAL RELIEF ORGANIZATION, 1806 Riverside Ave., 2nd F Minneapolis, Minnesota, U.S.A. [SDGT]

SOMALI INTERNET COMPANY, Mogadishu, Somalia [SDGT]

SOMALI NETWORK AB (a.k.a. SOM NET AB), Hallbybacken 15, Spanga 70, Swe [SDGT]

YOUSSEF M. NADA & CO. GESELLSCHAFT M.B.H., Kaernter Ring 2/2/5/22, Vie Austria [SDGT]

YOUSSEF M. NADA, Via Riasc 4, Campione d'Italia I, CH-6911, Switzerland [SDG

Individuals:

ABDULLKADIR, Hussein Mahamud, Florence, Italy (individual) [SDGT]

ADEN, Abdirisak, Skaftingebacken 8, Spanga 163 67, Sweden; DOB 01 Jun 1968 (individual) [SDGT]

ALI, Abbas Abdi, Mogadishu, Somalia (individual) [SDGT]

ALI, Abdi Abdulaziz, Drabantvagen 21, Spanga 177 50, Sweden; DOB 01 Jan 195 (individual) [SDGT]

ALI, Yusaf Ahmed, Hallbybacken 15, Spanga 70, Sweden; DOB 20 Nov 1974 (indi [SDGT]

AWEYS, Dahir Ubeidullahi, Via Cipriano Facchinetti 84, Rome, Italy (individual) [SI

AWEYS, Hassan Dahir (a.k.a. ALI, Sheikh Hassan Dahir Aweys; a.k.a. AWES, Sh: Hassan Dahir); DOB 1935; citizen Somalia (individual) [SDGT]

HIMMAT, Ali Ghaleb, Via Posero 2, Campione d'Italia CH-6911, Switzerland; DOB 1938; POB Damascus, Syria; citizen Switzerland; alt. citizen Tunisia (individual) [S

HUBER, Albert Friedrich Armand (a.k.a. HUBER, Ahmed), Mettmenstetten, Switze DOB 1927 (individual) [SDGT]

HUSSEIN, Liban, 2019 Bank St., Ottawa, Ontario, Canada; 925 Washington St., D Massachusetts, U.S.A. (individual) [SDGT]

JAMA, Garad (a.k.a. NOR, Garad K.; a.k.a. WASRSAME, Fartune Ahmed), 2100 Bloomington Ave, Minneapolis, Minnesota, U.S.A.; 1806 Riverside Ave., 2nd Floor

Minneapolis, Minnesota, U.S.A.; DOB 26 Jun 1974 (individual) [SDGT]

JIM'ALE, Ahmed Nur Ali (a.k.a. JIM'ALE, Ahmad Nur Ali; a.k.a. JIMALE, Ahmad Al JUMALE, Ahmed Nur; a.k.a. JUMALI, Ahmed Ali), Mogadishu, Somalia; P.O. Box Dubai, U.A.E. (individual) [SDGT]

KAHIE, Abdullahi Hussein, Bakara Market, Dar Salaam Buildings, Mogadishu, Sor (individual) [SDGT]

MANSOUR, Mohamed (a.k.a. AL-MANSOUR, Dr. Mohamed), Ob. Heslibachstr. 20 Kusnacht, Switzerland; Zurich, Switzerland; DOB 1928; POB U.A.E.; alt. POB Egy (individual) [SDGT]

MANSOUR-FATTOUH, Zeinab, Zurich, Switzerland (individual) [SDGT]

NADA, Youssef (a.k.a. NADA, Youssef M.; a.k.a. NADA, Youssef Mustafa), Via Ar Campione d'Italia 6911, Italy; Via Riasc 4, Campione d'Italia 6911, Switzerland; Vi Arogno 32, Campione d'Italia CH-6911, Switzerland; DOB 17 May 1931; alt. DOB 1937; POB Alexandria, Egypt; citizen Tunisia (individual) [SDGT]