UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In Re:
:   **ORDER**

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001                            :   03 MDL 1570 (RCC)(FM)

------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

        Pursuant to a conference held earlier today, it is hereby ORDERED that

1. The National Commercial Bank ("NCB") shall produce:

    a. the 1998 audit report (for in camera review by the Court); and

    b. the documents referenced in Larry Smith's witness statement.

2. The application to depose Larry Smith is granted. His deposition shall be limited to three hours and shall be conducted before me.

3. The application to depose Virginia Pensa is denied.

4. The application for the production of further information about NCB's correspondent bank accounts in the United States is denied.

5. Decision is reserved as to the plaintiffs' application to depose Jagan Mohan Reddy amd NCB's application to serve contention interrogatories.

        SO ORDERED.

Dated:    New York, New York
            March 23, 2007

                                        FRANK MAAS
                                   United States Magistrate Judge

Copies to:

Honorable Richard C. Casey
United States District Judge

Robert T. Haefele, Esq.
Motley Rice LLC
(843) 216-9450 (fax)

Andrew J. Maloney III, Esq.
Kreindler & Kreindler
(212) 972-9432 (fax)

Ronald S. Liebman, Esq.
Patton Boggs LLP
(202) 457-6315 (fax)

James E. Gauch, Esq.
Jones Day
(202) 626-1700 (fax)