# Exhibit G



OFFICE OF FOREIGN ASSETS CONTROL

# Office of Foreign Assets Control
## RECENT OFAC ACTIONS

 

- News
- Direct Links
- Key Topics
- Press Room
- About Treasury
- Offices
  - Domestic Finance
  - Economic Policy
  - General Counsel
  - International Affairs
  - Management
  - Public Affairs
  - Tax Policy
  - Terrorism and Financial Intelligence
    - Office of Foreign Assets Control
      - Designation Lists & Financial Advisories
      - Publications and Legislation
      - Programs and Initiatives
  - Treasurer
- Bureaus
- Education
- Site Policies and Notices

Full List | Pre

**11/07/2001**

The Secretary of the Treasury has designated the following entities and individuals "Specially Designated Global Terrorists" [SDGT]s. Their names have been integrat versions of OFAC's SDN list as well as OFAC's brochure on Terrorism.

Entities:

AARAN MONEY WIRE SERVICE INC., 1806 Riverside Ave., 2nd Floor, Minneapo Minnesota, U.S.A. [SDGT]

AL BARAKA EXCHANGE LLC, P.O. Box 20066, Dubai, U.A.E.; P.O. Box 3313, De U.A.E. [SDGT]

AL TAQWA TRADE, PROPERTY AND INDUSTRY COMPANY LIMITED (f.k.a. AL TRADE, PROPERTY AND INDUSTRY; f.k.a. AL TAQWA TRADE, PROPERTY AI INDUSTRY ESTABLISHMENT; f.k.a. HIMMAT ESTABLISHMENT), c/o Asat Trust Altenbach 8, Vaduz 9490, Liechtenstein [SDGT]

AL-BARAKAAT, Mogadishu, Somalia; Dubai, U.A.E. [SDGT]

AL-BARAKAAT BANK, Mogadishu, Somalia [SDGT]

AL-BARAKAAT BANK OF SOMALIA (a.k.a. BARAKAAT BANK OF SOMALIA; a.k. Bossaso, Somalia; Mogadishu, Somalia [SDGT]

AL-BARAKAAT GROUP OF COMPANIES SOMALIA LIMITED (a.k.a. AL-BARAK/ FINANCIAL COMPANY), Mogadishu, Somalia; P.O. Box 3313, Dubai, U.A.E. [SD(

AL-BARAKAAT WIRING SERVICE, 2940 Pillsbury Avenue, Suite 4, Minneapolis, I 55408, U.S.A. [SDGT]

AL-BARAKAT FINANCE GROUP, Dubai, U.A.E.; Mogadishu, Somalia [SDGT]

AL-BARAKAT FINANCIAL HOLDING COMPANY, Dubai, U.A.E.; Mogadishu, Som [SDGT]

AL-BARAKAT GLOBAL TELECOMMUNICATIONS (a.k.a. BARAKAAT GLOBETELCOMPANY), Hargeysa, Somalia; Mogadishu, Somalia; P.O. Box 3313 U.A.E. [SDGT]

AL-BARAKAT INTERNATIONAL (a.k.a. BARACO CO.), Box 2923, Dubai, U.A.E. [

AL-BARAKAT INVESTMENTS, P.O. Box 3313, Deira, Dubai, U.A.E. [SDGT]

ASAT TRUST REG., Altenbach 8, Vaduz 9490, Liechtenstein [SDGT]

BANK AL TAQWA LIMITED (a.k.a. AL TAQWA BANK; a.k.a. BANK AL TAQWA), D. Hanna & Company, 10 Deveaux Street, Nassau, Bahamas; P.O. Box N-4877, N Bahamas [SDGT]

BARAKA TRADING COMPANY, P.O. Box 3313, Dubai, U.A.E. [SDGT]

BARAKAAT BOSTON, 266 Neponset Ave., Apt 43, Dorchester, Massachusetts 02 U.S.A. [SDGT]

BARAKAAT CONSTRUCTION COMPANY, P.O. Box 3313, Dubai, U.A.E. [SDGT]

BARAKAAT ENTERPRISE, 1762 Huy Rd., Columbus, Ohio 43224-3550, U.S.A. [S

BARAKAAT GROUP OF COMPANIES, Mogadishu, Somalia; P.O. Box 3313, Dub [SDGT]

BARAKAAT INTERNATIONAL, Hallbybacken 15, Spanga 70, Sweden [SDGT]

BARAKAAT INTERNATIONAL COMPANIES (BICO), Mogadishu, Somalia; Dubai, [SDGT]

BARAKAAT INTERNATIONAL FOUNDATION, P.O. Box 4036, Spanga, Sweden; Rinkebytorget 1, Spanga 04, Sweden [SDGT]

BARAKAAT INTERNATIONAL, INC., 1929 South 5th Street, Suite 205, Minneapol Minnesota, U.S.A. [SDGT]

BARAKAAT NORTH AMERICA, INC., 2019 Bank St., Ottawa, Ontario, Canada; 9: Washington St., Dorchester, Massachusetts, U.S.A. [SDGT]

BARAKAAT RED SEA TELECOMMUNICATIONS, Ala Aamin, Somalia; Bossaso, Bubaarag, Somalia; Carafaat, Somalia; Gufure, Somalia; Guureeye, Somalia; Hurt Somalia; Kowthar, Somalia; Najax, Somalia; Nakhiil, Somalia; Noobir, Somalia; Ra Somalia; Ticis, Somalia; Xuuxuule, Somalia [SDGT]

BARAKAT TELECOMMUNICATIONS COMPANY LIMITED (a.k.a. BTELCO), Bak. Market, Dar Salaam Buildings, Mogadishu, Somalia; Kievitlaan 16, T'veld, Noord-F The Netherlands [SDGT]

BARAKAAT TELECOMMUNICATIONS COMPANY SOMALIA, LIMITED, P.O. Bo> Dubai, U.A.E. [SDGT]

BARAKAT BANK AND REMITTANCES, Mogadishu, Somalia; Dubai, U.A.E. [SDG

BARAKAT COMPUTER CONSULTING (BCC), Mogadishu, Somalia [SDGT]

BARAKAT CONSULTING GROUP (BCG), Mogadishu, Somalia [SDGT]

BARAKAT GLOBAL TELEPHONE COMPANY, Mogadishu, Somalia; Dubai, U.A.E

BARAKAT POST EXPRESS (BPE), Mogadishu, Somalia [SDGT]

BARAKAT REFRESHMENT COMPANY, Mogadishu, Somalia; Dubai, U.A.E. [SD(

BARAKAT WIRE TRANSFER COMPANY, 4419 S. Brandon St., Seattle, Washing [SDGT]

BARAKO TRADING COMPANY LLC, P.O. Box 3313, Dubai, U.A.E. [SDGT]

GLOBAL SERVICE INTERNATIONAL, 1929 5th St., Suite 204, Minneapolis, Minn U.S.A. [SDGT]

HEYATUL ULYA, Mogadishu, Somalia [SDGT]

NADA MANAGEMENT ORGANIZATION SA (f.k.a. AL TAQWA MANAGEMENT ORGANIZATION SA), Viale Stefano Franscini 22, Lugano CH-6900 TI, Switzerlan

PARKA TRADING COMPANY, P.O. Box 3313, Deira, Dubai, U.A.E. [SDGT]

RED SEA BARAKAT COMPANY LIMITED, Mogadishu, Somalia; Dubai, U.A.E. [S

SOMALI INTERNATIONAL RELIEF ORGANIZATION, 1806 Riverside Ave., 2nd F Minneapolis, Minnesota, U.S.A. [SDGT]

SOMALI INTERNET COMPANY, Mogadishu, Somalia [SDGT]

SOMALI NETWORK AB (a.k.a. SOM NET AB), Hallbybacken 15, Spanga 70, Swe [SDGT]

YOUSSEF M. NADA & CO. GESELLSCHAFT M.B.H., Kaernter Ring 2/2/5/22, Vie Austria [SDGT]

YOUSSEF M. NADA, Via Riasc 4, Campione d'Italia I, CH-6911, Switzerland [SDG

Individuals:

ABDULLKADIR, Hussein Mahamud, Florence, Italy (individual) [SDGT]

ADEN, Abdirisak, Skaftingebacken 8, Spanga 163 67, Sweden; DOB 01 Jun 1968 (individual) [SDGT]

ALI, Abbas Abdi, Mogadishu, Somalia (individual) [SDGT]

ALI, Abdi Abdulaziz, Drabantvagen 21, Spanga 177 50, Sweden; DOB 01 Jan 195 (individual) [SDGT]

ALI, Yusaf Ahmed, Hallbybacken 15, Spanga 70, Sweden; DOB 20 Nov 1974 (indi [SDGT]

AWEYS, Dahir Ubeidullahi, Via Cipriano Facchinetti 84, Rome, Italy (individual) [S

AWEYS, Hassan Dahir (a.k.a. ALI, Sheikh Hassan Dahir Aweys; a.k.a. AWES, Sh Hassan Dahir); DOB 1935; citizen Somalia (individual) [SDGT]

HIMMAT, Ali Ghaleb, Via Posero 2, Campione d'Italia CH-6911, Switzerland; DOB 1938; POB Damascus, Syria; citizen Switzerland; alt. citizen Tunisia (individual) [S

HUBER, Albert Friedrich Armand (a.k.a. HUBER, Ahmed), Mettmenstetten, Switze DOB 1927 (individual) [SDGT]

HUSSEIN, Liban, 2019 Bank St., Ottawa, Ontario, Canada; 925 Washington St., D Massachusetts, U.S.A. (individual) [SDGT]

JAMA, Garad (a.k.a. NOR, Garad K.; a.k.a. WASRSAME, Fartune Ahmed), 2100 Bloomington Ave, Minneapolis, Minnesota, U.S.A.; 1806 Riverside Ave., 2nd Floor

Minneapolis, Minnesota, U.S.A.; DOB 26 Jun 1974 (individual) [SDGT]

JIM'ALE, Ahmed Nur Ali (a.k.a. JIM'ALE, Ahmad Nur Ali; a.k.a. JIMALE, Ahmad Al JUMALE, Ahmed Nur; a.k.a. JUMALI, Ahmed Ali), Mogadishu, Somalia; P.O. Box Dubai, U.A.E. (individual) [SDGT]

KAHIE, Abdullahi Hussein, Bakara Market, Dar Salaam Buildings, Mogadishu, Sor (individual) [SDGT]

MANSOUR, Mohamed (a.k.a. AL-MANSOUR, Dr. Mohamed), Ob. Heslibachstr. 20 Kusnacht, Switzerland; Zurich, Switzerland; DOB 1928; POB U.A.E.; alt. POB Egy (individual) [SDGT]

MANSOUR-FATTOUH, Zeinab, Zurich, Switzerland (individual) [SDGT]

NADA, Youssef (a.k.a. NADA, Youssef M.; a.k.a. NADA, Youssef Mustafa), Via Ar Campione d'Italia 6911, Italy; Via Riasc 4, Campione d'Italia 6911, Switzerland; Vi; Arogno 32, Campione d'Italia CH-6911, Switzerland; DOB 17 May 1931; alt. DOB 1937; POB Alexandria, Egypt; citizen Tunisia (individual) [SDGT]