# Exhibit H

Harry E. Kreindler (1919 - 1984)
Lee S. Kreindler (1949 - 2003)
Marc S. Moller
Steven R. Pounian
James P. Kreindler
David C. Cook
David Beekman
Blanca I. Rodriguez
Noah H. Kushlefsky
Robert J. Spragg
Brian J. Alexander
Justin T. Green
Gretchen M. Nelson*
Stuart R. Fraenkel*

Francis G. Fleming
Paul S. Edelman
Milton G. Sincoff
Andrew J. Maloney, III
Counsel

**KREINDLER & KREINDLER** LLP
100 Park Avenue
New York, NY 10017-5590
(212) 687-8181
Fax: (212) 972-9432
www.kreindler.com
writer's email:

Susan A. Friery, M.D.**
Daniel O. Rose
Jacqueline M. James
Brendan S. Maher
Susan D. Bainnson
Dennis J. Nolan
Myrna Ocasio
Vincent Parrett

California Office
707 Wilshire Boulevard
Suite 5070
Los Angeles, CA 90017-3613
(213)622-6469
Fax:(212)622-6019

*Admitted in CA only
**Admitted in MA & DC only

April 15, 2004

**By Hand**
Honorable Richard C. Casey
United States District Court
Southern District of New York
500 Pearl Street - Room 1950
New York, New York 10007

Re:     **MDL 1570**
     **Ashton, et al v. Al Qaeda, et al.**
     **02 CV 6977 (RCC)**

**Status Report on Service**

Dear Judge Casey:

As of today the following defendants have accepted service of process:

     Ahmad Idris Nasreddin
     Al-Mustagbal
     American Gold and Diamond Holdings
     Islamic Relief Organization
     Mar Jac Poultry
     Mountaineer Farms
     Saudi Bin Laden Group
     Yasin Al-Qadi
     Prince Mohamed
     Al Rajhi Banking & Commerce
     National Commercial Bank
     Saudi American Bank

International Institute for Islamic Thought (IIIT)

Mar-Jac Poultry Inc.
Muslim World League
Abdullah Bin Mushan Al Turki
Rabita Trust
Adnan Basha
Wa'el Jalaidan
Islamic International Relief Organization (IIRO)
Al Baraka Investment & Development Corp.;
Dallah Al Baraka Group
Saleh Abdullah Kamel
Omar Abdullah Kamel

We were recently advised that

Prince Sultan Bin Abdulaziz Al-Saud
Prince Turki Al-Faisal Bin Abdulaziz Al-Saud
Prince Nayef Bin Abdulaziz Al Saud
Prince Salman Ibn Abdul Aziz

would accept service at the Office of Foreign Ministry in Riyadh. Accordingly, complaints in English and Arabic were Federal Expressed on April 2, 2004. Fed Express records show that they were delivered and accepted in Riyadh on April 6 and 7, 2004.

Last year we served an English and Arabic version of the Ashton complaint to the last known address for defendants listed below, by certified mail, (return receipt requested) and received NO responses:

Somali International Relief Organization
Rabih Haddad
Global Diamond Resources Inc.
SNCB Securities Inc.
Khalid Bin Mafouz, Prince Sultan Rehabilitation Centre
Mercy International
AlGammaah Al Islamiah
Ali Ghaleb Himmat
Ali Yusaf Ahmed
Somali Network AB
World Association of Muslim Youth
Ahmed Nur Ali Jim'Ale
Wafa Humanitarian Organization
Faisal Islama Bank of Egypt
Abdullah Al-Obaid
Al Khaleejia for Promotion
Jamal Barzingi
Prince Sultan Bin Abdulaziz

Public Investment Fund
Somali Internet Somalinet
Taba Investments
Ibn Raz
Al-Haramian Charitable Foundation
Sterling Management Group, Inc.
National Development Bank
Mercy Corps
Mercy International - U.S.A.
Ibrahim Bin Abdul Aziz
Bahareth Organization
New Diamond Corporation
Badkook Corp.
Al-Mustaqbal Group/NMCC
Al-Watania Poultry
Advice and Reformation Committee
Norah Niland
Khalid Bin Mahfouz
International Islamic Relief Organization

Another comprehensive search of addresses was performed an additional first class mailing was performed on April 2, 5 and 6, 2004 on the following defendants:

Sheikh Omar Bakri Muhammad
Mamoun Darkazanli
Bensayah Belkacem
Faisal Islamic Bank
Al Rashid Trust
Al-Barakaat Group of Companies Somalia Limited
Barakaat Group of Companies
Benevolence International Foundation, Inc.
Global Relief Foundation, Inc.
Islamic Cultural Institute of Milan
Mohamed Mansour
Mohammed Jamal Khalifa
Mohammed Salim Bin Mahfouz
Mufti Mohammed Rashid a/k/a Rashid
Saudi Sudanese Bank
Al Shamal Islamic Bank
Sheik Adel Galil Batterjee
Suleiman Abdel Aziz Al Rajhi
Wafa Humanitarian Organization
Saudi Dallah Al Baraka Group LLC.
Islamic Investment Company of the Gulf
Dar-Al-Maal Al Islami
Mohammad S. Mohammad
Muhammed Galeb Kalaje Zouaydi
Arafat El-Asahi

Haydar Mohamed Bin Laden
Mohammed Bin Abdul Rahman Al Ariefy
Faisal Group Holding Co.
Alfaisaliah Group
Mushayt for Trading Establishment
Abdullah Bin Abdul Muhsen Al Turki
Saudi High Commission for Relief of Bosnia and
    Herzegovina Saudi Foreign Ministry - Tarek Ayoubi
Mercy International Relief Agency
Bakr M Bin Laden
Saleh Gazaz
Mohammed Bahareth
Abdullah Bin Said
Mohammed Nur Rahimi
Tarek M. Bin Laden
Omar M. Bin Laden
Saleh Mohamed Bin Laden
Saudi Bin Laden International Company
Yeslam M. Bin Laden
Talal Mohammed Badkook
Mohaman Ali Elgari
New Diamond Holdings
M.M. Badkook Co. For Catering & Trading
National Management Consultancy Center
Al-Rajhi Banking & Investment Corporation
Saleh Abdulaziz Al-Rajhi
Abdullah Sulaiman Al-Rajhi
Khalid Sulaiman Al-Rajhi
Sulaiman Abdul Aziz Al-Rajhi
Al-Watania Poultry
Piedmont Poultry
SNCB Corporate Finance Ltd.
SNCB Securities Ltd. In London
Saudi Economic and Development Company
Saudi Arabian Red Crescent Committee
Khaled Yusuf Abdullah
Hisham Arnanout
Benevolence International Foundation - U.S.A.
Benevolence International Foundation – Canada
Benevolence International Fund
Syed Suleman Ahmer
Mazin M.H. Bahareth
Shahir Abdulraoof Batterjee
Muzaffar Khan
Soliman J. Khudeira
Jamal Nyrabeh
Success Foundation
American Muslim Foundation

Mohammed Omeish
Mahmoud Jaballah
Mohammed Khatib
Saudi Joint Relief Committee for Bosnia
Taibah International Aid Association
Islamic African Relief Agency
Tarik Hamdi
Fazeh Ahed
Sanabil Al-Khair
Khaled Nouri
Abdullah M. Al-Mahdi
Tareq M. Al-Swaidan
Abdul Al-Moslah
Salah Badahdh
Hassan A.A. Bahfzallah
Samir Salah
Ibrahim Hassabella
Ahmed Totonji
Hisham Al-Talib
Mohammed Jaghlit
Sherif Sedky
Aradi, Inc.
Reston Investments, Inc.
Safa Trust
Sterling Charitable Gift Fund
Sterling Management Group
York Foundation
National Development Bank
Dallah Avco Trans Arabia Co. Ltd.
Omar Al Bayoumi
Al Aqsa Islamic Bank
Aqeel Al-Aqeel
Mansour Al-Kadi
Soliman H.S. Al-Buthe
Perouz Seda Ghaty
Adel Muhammad Sadiq Bin Kazem
Saudi American Bank
Khalil A. Kordi
Rashid M. Al Romaizan
Abdulaziz Bin Hamad Al Gosaibi
Saudi Cement Company
Omar Sulaiman Al-Rajhi
Arabian Cement Company
Mohammed Chehade
Hazem Ragab
Foundation Secours Mondial
International Development Foundation
Sulaiman Al-Ali

International Limited a/k/a Iksir International Bank Limited
Akida Commodity Limited
Akida Investment Company Limited
Akida Management and Trust a/k/a Akida
  Islamic Bankers' Trustee and Management
Al Taqwa Trade Property and Industry Company Limited,
  a/k/a Al Taqwa Trade Property and Industry Establishment,
  a/k/a Himmat Establishment
Al Taqwa Zaka Establishment
Armand Albert Friedrich Huber a/k/a Ahmed Huber
Asat Trust Registered
Ba Taqwa for Commerce and Real Estate Company Limited
  A/k/a Ba Taqwa for Commerce and Real Estate
  Establishment, a/k/a Ben M. Nada Establishment
Bank Al Taqwa Limited, a/k/a Al Taqwa Bank
Cemsteel Impex Establishment
Gulf Center S.R.L.
Iksir Limited Holding
Miga – Malaysian Swiss, Gulf and African Chamber,
  a/k/a Camera Di Commercio, Industria E Turismo per Gli
  Stati Arabi Del Golfo E La Svizzera
Nada International Anstalt, a/k/a Nada Group International Anstalt
Nada Management Organization SA, a/k/a Al Taqwa Management Organization
Nasco Business Residence Center Sas Di Nasreddin Ahmed Idris Ed
Nasco Nasreddin Holding SA
Nascoservice S.R.L.
Nascotex S.A., a/k/a Industrie Generale De Filature et Tissage,
  a/k/a Industrie Generale De Textile
Nasreddin Charitable Foundation
Nasreddin Company Nasco Sas Di Ahmed
  Idris Nassneddin EC
Nasreddin Group International Holding Limited
Nasreddin International Group Limited Holding a/k/a
  Middle East and Turkey Investment Holding Limited
Youssef Mustafa Nada
Youssef M. Nada Establishment
Youssef M. Nada & Co. Gesellschaft MBH
Zeinab Mansour a/k/a Zeinab Mansour Fattouh

To date, the following mailings were recently rejected:

> Benevolence International Foundation - U.S.A.
> Benevolence International Foundation, Inc.
> Global Relief Foundation, Inc.
> Hazem Ragab
> Ibrahim Hassabella
> Mohammed Chehade
> Mohammed Jaghlit

Piedmont Poultry

We recently received return receipts evidencing service from the following:

> Ahmed Totonji
> Aradi, Inc.
> Hisham Al-Talib
> Islamic African Relief Agency
> Islamic Society of North America
> North American Islamic Trust
> Reston Investments, Inc.
> Safa Trust
> Sterling Charitable Gift Fund
> Sterling Management Group
> Tarik Hamdi
> York Foundation

I further spoke at length on several occasions with Nancy Dutton of Dutton & Dutton (counsel to the Saudi Embassy in Washington, D.C.) in an effort to confirm or obtain addresses for various Saudi defendants. To date she has been unable to provide or confirm any of the addresses for Saudi defendants beyond the four Saudi Princes mentioned above.

The following defendants have appeared in the Burnett action but have refused to accept service in Ashton:

> Prince Abdullah Al Faisal Bin Abdulaziz Al Saud
>   (Prince Abdullah) not employed by the Gov't
> Muslim World League
> Dr. Soliman J. Khudeira
> Al Haramain Islamic Foundation, Inc.
> Abdul Rahman Alamoundi
> Grove Corporate, Inc.;
> Heritage Education Trust;
> Mar-Jac Investments, Inc.;
> Reston Investments, Inc.;
> SAFA Trust;
> York Foundation

> African Muslim Agency; Sterling Management Group; Sterling Charitable Gift Fund; Sanabel Al-Kheer Inc.; Mena Investments; Sana-Bel Inc.; Jamal Barzinji; Iqbal Unus (Yunus); Muhammed Ashraf; M. Omar Ashraf; Taha Jaber Al-Awani; M. Yaqub Mirza

> Enaam Arnout and Benevolence
> International Foundation ("BIF")

> Zacarias Moussaoui

Yousef Jameel and Yassin Abdullah Al Kadi

The Ashton plaintiffs propose that these defendants who have appeared in Burnett, share a portion of the cost to serve them as contemplated in Rule 4(d)(2)(g) (albeit the rule normally applies only to domestic defendants).

At this point the Ashton plaintiffs have exhausted all good faith means to serve defendants by traditional methods and would, pursuant to the previous order of the Court, propose to move to publication against any defendant who has not appeared with or without counsel and has not otherwise challenged service.

In addition, the Ashton plaintiffs have, during the course of our continuing investigation have been working to narrow the focus of our suit and have decided to voluntarily dismiss, without prejudice (and will file a motion to dismiss next week), for the following defendants:

> ESTATE OF MUHAMMAD ATEF
> ABDULLAH AHMED ABDULLAH
> ESTATE OF ABU HAFS a/k/a Khaled Al Shanguiti,
>   a/k/a Mafuz Ould Al Walid, "THE MAURITANIAN"
> ESTATE OF ABU SALAH AL-YEMENI
> ESTATE OF ABU JAFFER AL-JAZIRI
>   a/k/a OMAR CHEBBANI
> MUHSIN MUSA MATWALLI ATWAH
> ANAS AL LIBY
> FAZUL ABDULLAH MOHAMMED
> AHMED MOHAMED HAMED ALI
> MOHAMED SULEIMAN AL NALFI
> MUSTAFA MOHAMED FADHIL
> AHMED KHALFAN GHAILANI
> FAHID MOHAMMED ALLY MSALAM
> SHEIKH AHMED SALIM SWEDAN
> FATHA ADBUL RAHMAN
> YASSER AL-AZZANI
> JAMAL BAKHORSH
> AHMAD AL-SHINNI
> ABU ABDUL RAHMAN
> ABU SAYEF GROUP (ASG)
> JEMAAH ISLAMIYA a/k/a Jam'yah Ta'awun Al Islamia
> ALGERIAN ARMED ISLAMIC GROUP (GIA)
> EGYPTIAN GAMA'A AL-ISLAMIYA

### Co-Conspirators

> ABD AL-MUSHIN AL-LIBI
> ABDUL RAHMAN YASIN
> ABDULLA AL OBAID
> ADVICE AND REFORMATION COMMITTEE
> AFGHAN SUPPORT COMMITTEE (ASC)
> AHMED NUR ALI JUMALE a/k/a Ahmed Nur Ali Jim'ale
> AL KHALEEJIA FOR EXPERT PROMOTION AND MARKETING COMPANY
> AL-BARAKAAT GROUP OF COMPANIES SOMALIA LIMITED

BARAKAAT GROUP OF COMPANIES
AL-GAMMAAH AL ISLAMIAH
ISLAMIC ARMY FOR THE LIBERATION OF HOLY PLACES
ISLAMIC CULTURAL INSTITUTE OF MILAN
ISLAMIC RESCUE ORGANIZATION
MOHAMMED SALIM BIN MAHFOUZ
MUHAMMAD SALAH,
RABIH HADDAH
SAFIQ AYADI
SAUDI SUDANESE BANK
SHEIKH ABU ABDUL AZIZ NAGI
TABA INVESTMENTS
TANZANITE KING
ULEMA UNION OF AFGHANISTAN
WADI AL AQIQ
WAFA HUMANITARIAN ORGANIZATION
WORLD ASSEMBLY OF ISLAMIC YOUTH
YOUSAF AHMED ALI
INFOCUS TECH OF MALAYSIA
YAZID SUFAAT OF KUALA LUMPUR MALAYSIA;
AL-SHAYKH AL-IRAQI
ABU HAJER AL IRAQI
SAUDI DALLAH AL BARAKA GROUP LLC.
AL BARAKA INVESTMENT AND DEVELOPMENT
ISLAMIC INVESTMENT COMPANY OF THE GULF
MOHAMMAD S. MOHAMMAD
NATIONAL ISLAMIC FRONT PARTY
MAMDOUH MAHMUD SALIM
MUSTASIM ABDEL-RAHIM
ABDEL WAHAB OSMAN
SUDANESE GOVERNMENT OF NORTHERN STATE
NATIONAL FUND FOR SOCIAL INSURANCE
RAHMAN ABDUL SIRAL-KHATIM
ABDUL-RAHIM MOHAMMED HUSSEIN
AL AMN AL-DAKHILI
AL AMN AL-KHARIJI
ABD AL SAMAD AL-TA'ISH
MOHAMED SADEEK ODEH
ABDEL BARRY
AHMED THE GERMAN
IRAQI SECRET SERVICE
MOHAMMED SARKAWI
AL TAWHID
HAJI MOHAMAD AKRAM
UMAR FARUQ
IBN SHEIK AL-LIBI
MULLAH KREKAR
ABDULAZIS BIN ABDUL RAHMAN AL SAUD
ARAFAT EL-ASAHI
MOHAMMED BIN ABDUL RAHMAN AL ARIEFY
FAISAL GROUP HOLDING CO.
BASHSH HOSPITAL

MUSHAYT FOR TRADING ESTABLISHMENT
HELP AFRICAN PEOPLE
MERCY INTERNATIONAL RELIEF AGENCY
ISLAMIC MOVEMENT OF UZBEKISTAN (IMU)
SAUDI BIN LADEN INTERNATIONAL COMPANY
TALAL MOHAMMED BADKOOK
MOHAMAN ALI ELGARI
M.M. BADKOOK CO. FOR CATERING & TRADING
AL-MUSTAQBAL GROUP
NATIONAL MANAGEMENT CONSULTANCY CENTER (NMCC)
AL-WATANIA POULTRY
SAUDI ECONOMIC AND DEVELOPMENT COMPANY
ZAKAT COMMITTEE
ABDULKARIM KHALED UUSUF ABDULLAH
HISHAM (BROTHER OF ENAAM ARNANOUT)
SAIF AL ISLAM EL MASRY
BENEVOLENCE INTERNATIONAL FOUNDATION - U.S.A.
BENEVOLENCE INTERNATIONAL FOUNDATION - CANADA
BENEVOLENCE INTERNATIONAL FUND
SYED SULEMAN AHMER
MUZAFFAR KHAN
SOLIMAN J. KHUDEIRA
JAMAL NYRABEH
AMERICAN MUSLIM FOUNDATION (AMF)
MOHAMMED OMEISH
MAHMOUD JABALLAH
ARAFAT EL-ASHI
MORO ISLAMIC LIBERATION FRONT (MILF)
MAHMOUD JABALLAH
MOHAMMED KHATIB
ISLAMIC AFRICAN RELIEF AGENCY
FAZEH AHED
KHALED NOURI
ABDULLAH M. AL-MAHDI
TAREQ M. AL-SWAIDAN
ABDUL AL-MOSLAH
IHAB ALI
SAMIR SALAH
IBRAHIM HASSABELLA
ABU SULAYMAN
AFRICAN MUSLIM AGENCY
HERITAGE EDUCATION TRUST
MENA CORPORATION
RESTON INVESTMENTS, INC.
STERLING CHARITABLE GIFT FUND
STERLING MANAGEMENT GROUP
YORK FOUNDATION
NATIONAL DEVELOPMENT BANK
AHMED IBRAHIM AL NAJJAR
SAUDI CEMENT COMPANY IN DAMMAN
ARAB CEMENT COMPANY
MOHAMMED CHEHADE

HAZEM RAGAB
MOHAMMED ALCHURBAJI
MUSTAFA AL-KADIR
ABU AL-MAID
THIRWAT SHIHATA
ISLAMIC ARMY OF ADEN
MOHAMMED IQBAL ABDURRAHMAN a/k/a ABNU JIBRIL
FOUNDATION SECOURS MONDIAL
ABDELKADIR MAHMOUD ES SAYED
KHALID AL FAWAZ
ABU HAMZA AL MASRI
MOHAMED BEN BELGACEM AOUADI
MOKHTAR BOUCHOUCHA
TAREK CHARAABI
SAMI BEN KHEMAIS ESSID
LASED BEN HENI
SALAFIST GROUP FOR CALL AND COMBAT
AL-HAMATI SWEETS BAKERIES
AL-HUR HONEY PRESS SHOPS a/k/a AL-NUR HONEY CENTER
AL SHIFA' HONEY PRESS FOR INDUSTRY AND COMMERCE
SAQAR AL JADAWI
AHMAD IBRAHIM AL-MUGHASSIL
AL ITIHAAD AL ISLAMIYA (AIAI)
AMIN AL HAQ a/k/a MUHAMMAD AMIN a/k/a AMIN UL HAQ
ANSAR AL ISLAM a/k/a JUND AL ISLAM
AHMAD SA'ID AL KADR
ABDUL AZIZ AL IBRAHIM (or "AL IBRAHIM")
INTERNATIONAL DEVELOPMENT FOUNDATION
AKIDA COMMODITY LIMITED
AKIDA INVESTMENT COMPANY LIMITED
AKIDA MANAGEMENT AND TRUST a/k/a/AKIDA ISLAMIC
    BANKERS' TRUSTEE AND MANAGEMENT
ALI HIMMAT
AL TAQWA TRADE PROPERTY AND INDUSTRY COMPANY LIMITED,
    a/k/a AL TAQWA TRADE PROPERTY AND INDUSTRY
ESTABLISHMENT, a/k/a HIMMAT ESTABLISHMENT
AL TAQWA ZAKA ESTABLISHMENT
BA TAQWA FOR COMMERCE AND REAL ESTATE COMPANY LIMITED,
    a/k/a BA TAQWA FOR COMMERCE AND REAL ESTATE
    ESTABLISHMENT, a/k/a BEN M. NADA ESTABLSIHMENT, a/k/a
YOUSSEF M. NADA ESTABLISHMENT
CEMSTEEL IMPEX ESTABLSIHMENT
GULF CENTER S.R.L.
IKSIR LIMITED HOLDING
MIGA – MALAYSIAN SWISS, GULF AND AFRICAN CHAMBER,
    a/k/a CAMERA DI COMMERCIO, INDUSTRIA E TURISMO PER GLI
    STATI ARABI DEL GOLFO E LA SVIZZERA
MOHAMED MANSOUR, a/k/a MOHAMED AL-MANSOUR
NADA INTERNATIONAL ANSTALT, a/k/a NADA GROUP
    INTERNATIONAL ANSTALT
NASCO BUSINESS RESIDENCE CENTER SAS
    DI NASREDDIN AHMED IDRIS ED

NASCOSERVICE S.R.L.
NASCOTEX S.A., a/k/a INDUSTRIE GENERALE DE FILATURE ET
    TISSAGE, A/K/A INDUSTRIE GENERALE DE TEXTILE
NASREDDIN CHARITABLE FOUNDATION
NASREDDIN COMPANY NASCO SAS DI AHMED
    IDRIS NASSNEDDIN EC
NASREDDIN FOUNDATION, a/k/a NASREDDIN STIFTUNG
NASREDDIN GROUP INTERNATIONAL HOLDING LIMITED
NASREDDIN INTERNATIONAL GROUP LIMITED HOLDING a/k/a
    MIDDLE EAST AND TURKEY INVESTMENT HOLDING LIMITED
RAW MAT SERVICE AND MANAGEMENT SA
YOUSSEF M. NADA ESTABLISHMENT,
    a/k/a YOUSSEF M. NADA ANSTALT
YOUSSEF M. NADA & CO. GESELLSCHAFT MBH
AL TIKRITI, BARZAN IBRAHIM
ISLAMIC CENTER OF TUCSON
ISLAMIC SOCIETY OF NORTH AMERICA
ISMAIL, HAQI
NORTH AMERICAN ISLAMIC TRUST
SOCIETY OF ISLAMIC COOPERATION (Afghanistan)

Finally, only the International Tribune has agreed to publish the notice of our lawsuit in the Middle East and Europe. Ashton plaintiffs propose making one final attempt to obtain an agreement from other news sources who publish in the Middle East (and document our efforts for the Court) before publishing in only the Tribune and the website in order to complete all outstanding service.

Respectfully submitted,

By _____s/_____

James P. Kreindler
Marc S. Moller
Justin T. Green
Andrew J. Maloney III

cc:    MDL 1570 counsel

146688
v1