**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 3 0 2007
ECF

| | |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL 1570 (GBD) **ORDER** |

*This document relates to: ALL ACTIONS*

**GEORGE B. DANIELS, United States District Judge:**

It is hereby ordered that plaintiffs' General Steering Committee and defendants' Executive Committee (together "the Committees") each shall submit a letter to the Court by May 28, 2007 summarizing the status of the above-captioned case. Each letter shall not exceed ten (10) pages in length. The letters should include, but need not be limited to, discussion of the following issues:

- organization of the parties and counsel;

- procedural history, including information about which actions have been consolidated, which complaints remain active, and which complaints have been amended (and, if so, how many times);

- motions that have been resolved, discovery that has occurred or remains ongoing, and appeals that have been taken;

- outstanding motions to dismiss and other motions or pending applications, including whether, in the Committees' opinions, these motions can be categorized in a manner that will promote greater efficiency of disposition; and

- whether significant legal issues exist in the outstanding motions that were not addressed in previous opinions of the Court, though the parties should refrain from arguing the merits of disputed issues.

In addition, the Committees may propose adjustments to the Case Management Orders and related scheduling and organizational aspects of this case, if they believe such adjustments will promote efficiency and the just resolution of remaining pre-trial matters.

Subsequently, each Committee may choose to submit a letter in response, which shall not exceed five (5) pages in length.  Response letters must be submitted to the Court by June 4, 2007.

The Court will hold a status conference in this case on Tuesday, June 26, 2007 at 10:00 a.m. Counsel for all parties are invited to attend.


**So Ordered:**   New York, New York
April 30, 2007

*George B. Daniels*

**George B. Daniels, U.S.D.J.**