03 MD 1570

**A CERTIFIED TRUE COPY**

APR 2 0 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**APR 2 0 2007**

FILED
CLERK'S OFFICE

*DOCKET NO. 1570*    DOC #  _____

# *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001*

U.S DISTRICT
APR 2 5 2007
S.D. OF N.Y.

### *ORDER REASSIGNING LITIGATION*

IT IS ORDERED that MDL-1570 – *In re Terrorist Attacks on September 11, 2001* is reassigned to the Honorable George B. Daniels for continued coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

FOR THE PANEL:

*[signature]*

Wm. Terrell Hodges
Chairman