# HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP

112 MADISON AVENUE
NEW YORK, NEW YORK 10016-7416
www.hanlyconroy.com

ANDREA BIERSTEIN (NY & MA)
(212) 784-6403
JAYNE CONROY (NY, DC & MA)
(212) 784-6402
CLINTON B. FISHER (NY & DC)
(212) 784-6446
PAUL J. HANLY, JR. (NY & TX)
(212) 784-6401
STEVEN M. HAYES (NY)
(212) 784-6414
THOMAS I. SHERIDAN, III (NY)
(212) 784-6404

**MEMO ENDORSED**

TELEPHONE (MAIN)
(212) 784-6400

TELECOPIER
(212) 784-6420

USDC SDNY
DOCUMENT
abierstein@hanlyconroy.com
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 2 2 2007

**SO ORDERED**

*George B. Daniels*
GEORGE B. DANIELS

MAY 2 2 2007

VIA FAX – 212-805-7939

May 22, 2007

Hon. George B. Daniels
United States District Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street - Room 630
New York, New York 10007

Re: *In re Terrorist Attacks on Sept. 11, 2001*, MDL 1570

Dear Judge Daniels:

I am one of plaintiffs' counsel in the above-referenced proceedings. In the Court's order dated April 30, 2007, the Court set May 28, 2007, as the deadline for the parties' initial submission of letters summarizing the status in this case. We understand that the courthouse will be closed that day for Memorial Day. I have contacted Michael Kellogg, liaison counsel for defendants, and we have agreed that, if it is acceptable to Your Honor, the parties will deliver their letters on Tuesday, May 29, 2007. I write to request that the Court approve our agreement and alter the deadline for the parties' submissions accordingly.

Respectfully,

Andrea Bierstein

cc: Michael K. Kellogg (via fax)
All counsel (via email)