USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In Re:                                              :

    TERRORIST ATTACKS ON              :         **ORDER**
    SEPTEMBER 11, 2001
                                                  03 MDL 1570 (GBD)(FM)

                                       :

------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

    Pursuant to a conference held earlier today, it is hereby ORDERED that

1. On or before June 8, 2007, counsel for the Burnett plaintiffs and the Saudi Binladin Group ("SBG") shall meet and confer regarding any outstanding objections to SBG's responses to the Burnett plaintiffs' First Set of Jurisdictional Interrogatories.

2. On or before June 15, 2007, Mr. Haefele shall submit a letter detailing any deficiencies in the interrogatory responses that the Burnett plaintiffs contend remain. Mr. Haefele's letter shall set forth the text of the relevant interrogatories and SBG's responses and supplemental responses thereto. See Local Civ. R. 37.1.

3. On or before June 22, 2007, Mr. Gauch shall submit a response to Mr. Haefele's letter.

4. A further conference shall be held on June 29, 2007, at 2 p.m., in Courtroom 20A, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:    New York, New York
           May 29, 2007

                                                              _____
                                                              FRANK MAAS
                                                      United States Magistrate Judge

Copies to:

Honorable George B. Daniels
United States District Judge

Robert T. Haefele, Esq.
Motley Rice LLC
(843) 216-9450 (fax)

Andrew J. Maloney III, Esq.
Kreindler & Kreindler
(212) 972-9432 (fax)

Ronald S. Liebman, Esq.
Patton Boggs LLP
(202) 457-6315 (fax)

James E. Gauch, Esq.
Jones Day
(202) 626-1700 (fax)