# HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP

112 MADISON AVENUE
NEW YORK, NEW YORK 10016-7416
www.hanlyconroy.com

ANDREA BIERSTEIN (NY & MA)
(212) 784-6403
JAYNE CONROY (NY, DC & MA)
(212) 784-6402
CLINTON B. FISHER (NY & DC)
(212) 784-6446
PAUL J. HANLY, JR. (NY & TX)
(212) 784-6401
STEVEN M. HAYES (NY)
(212) 784-6414
THOMAS I. SHERIDAN, III (NY)
(212) 784-6404

TELEPHONE (MAIN)
(212) 784-6400
TELECOPIER
(212) 784-6420
EMAIL
abierstein@hanlyconroy.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 0 1 2007

**SO ORDERED**

*George B. Daniel*

HON. GEORGE B. DANIELS

JUN 0 1 2007

**BY HAND**

May 31, 2007

Hon. George B. Daniels
United States District Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street - Room 630
New York, New York 10007

Re:   *In re Terrorist Attacks on Sept. 11, 2001*, MDL 1570

Dear Judge Daniels:

I am one of plaintiffs' counsel in the above-referenced proceedings. This Court's Order dated April 30, 2007, set May 28 as the deadline for the parties' initial submission of letters summarizing the status in this case, and June 4 one week later, as the deadline for responding submissions. On May 22, 2007, Your Honor granted our request to extend the deadline for the initial submissions by one day, to May 29, because of the Memorial Day holiday. It was not our intention to shorten the period for each side to respond and, accordingly, I write respectfully to request that the Court similarly extend the June 4 deadline by one day, to June 5, to preserve the time period for the responses. I have contacted Michael Kellogg, liaison counsel for defendants, and he has informed me that defendants are agreeable to such an extension.

Respectfully,

Andrea Bierstein

cc:   Michael K. Kellogg (via fax)
      All counsel (via email)