UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In Re: Terrorist Attacks on September 11, 2001

03 MDL 1570 (GBD) (FM)

**NOTICE OF CHANGE OF ADDRESS FOR COUNSEL FOR THE REPUBLIC OF IRAQ**

-----------------------------------------------------------x

PLEASE TAKE NOTICE THAT the address of Baker & Hostetler LLP, attorneys for Defendant THE REPUBLIC OF IRAQ has changed, and effective immediately, all notices, correspondence and pleadings should be addressed as follows:

BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Tel.: (212) 589-4200

Dated: New York, New York
June 5, 2007

BAKER & HOSTETLER LLP

By: /S/ Marc D. Powers
Marc D. Powers (MP-1528)
45 Rockefeller Plaza
New York, New York 10111
Tel.: (212) 589-4200
Fax: (212) 589-4201