UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X
*In Re* TERRORIST ATTACKS ON SEPTEMBER 11, 2001  :  Case No: 03 MD 01570
                                                    (GBD)(FM)
--------------------------------------------------------------------------- X
TREMSKY, et al.,
                                                 :
                    Plaintiffs,
                                                 :  Case No: 02 CV 7300
   v.
                                                 :
OSAMA BIN LADEN, et al.,
                                                 :
                    Defendants.
---------------------------------------------------------------------------X
SALVO, et al.,
                                                 :
                    Plaintiffs,                     Case No: 02 CV 5071
                                                 :
   v.
                                                 :
AL QAEDA ISLAMIC ARMY,
                                                 :
                    Defendants.
---------------------------------------------------------------------------X
FEDERAL INSURANCE, et al.,
                                                 :
                    Plaintiffs,
                                                 :  Case No: 03 CV 06978
   v.
                                                 :
AL QAIDA, et al.
                                                 :
                    Defendants.
---------------------------------------------------------------------------X
CONTINENTAL CASUALTY COMPANY, et al.
                                                 :
                    Plaintiffs,
   v.                                            :  Case No: 04 CV 5970

AL QAEDA ISLAMIC ARMY, et al.,                   :

                    Defendants.                  :
---------------------------------------------------------------------------X

## ENTRY OF SPECIAL APPEARANCE

   To the clerk of this Court and all parties of record:

Please enter the special appearance of Jonathan M. Cooper, as counsel in the above-caption cases for defendant Zahir Kazmi, without waiting any defenses under Rule 12(b) of the Federal Rules of Civil Procedure.

Dated: Cedarhurst, New York
June 7, 2007

/s/ Jonathan M. Cooper
Jonathan M. Cooper (JC0560)
Law Offices of Jonathan M. Cooper
483 Chestnut Street
Cedarhurst, NY 11516
(516) 791-5700

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2007, I caused copies of the within Notice of Special Appearance to be served electronically through the Court's ECF system upon all parties in this MDL scheduled for electronic notice.

/s/ Jonathan M. Cooper
Jonathan M. Cooper (0560)