**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ) | **03 MDL 1570 (RCC)** |
| ) | **ECF CASE** |
| ) | |
| In Re: **TERRORIST ATTACKS OF** ) | |
| **SEPTEMBER 11, 2001** ) | **NOTICE OF CHANGE OF ADDRESS** |
| ) | |
| ) | **04 CV 1076** |
| ) | **04 CV 1923** |

**PLEASE TAKE NOTICE THAT** the address of the Law Office of David U.

Gourevitch, P.C., for Defendants Martin Wachter, Erwin Wachter, Sercor Treuhand Anstalt and

Asat Trust Reg. has changed and effective immediately, all notices, correspondence and

pleadings should be addressed as follows:

Law Office of David Gourevitch, P.C.

150 East 58th Street, 34th Floor

New York, New York 10155

Dated: New York, New York
          June 7, 2007

Respectfully Submitted,

DAVID U. GOUREVITCH
Law Office of David Gourevitch, P.C.
150 East 58th Street, 34th Floor
New York, New York 10155
(212) 355-1300