UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In Re:                                          :

TERRORIST ATTACKS ON             :
SEPTEMBER 11, 2001

                                                :

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/07

**ORDER**

03 MDL 1570 (GBD)(FM)

**FRANK MAAS**, United States Magistrate Judge.

Pursuant to a conference held on June 29, 2007, it is hereby

ORDERED that

1. On or before July 9, 2007, the plaintiffs shall submit a letter explaining the basis for their application to conduct jurisdictional discovery concerning the relationship between the Saudi Binladin Group ("SBG") and Tekmaster or other companies in which SBG has a minority ownership interest or with which SBG is alleged to be affiliated. On or before July 16, 2007, SBG shall submit its written response.

2. On or before August 3, 2007, SBG shall produce any additional documents in its possession, custody or control concerning

    a. Osama bin Laden's separation from SBG, including, but not limited to, documents relating to the establishment of a trust; and

    b. SBG's financial or other relationships with Yassin Abdullah al-Kadi, including its introduction of al-Kadi to Global Diamond Resources, Inc.

3. The "look back" period for SBG's supplemental responses to its answers to the plaintiffs' interrogatories and document requests shall be January 1, 1997, through August 15, 2002.

4. The plaintiffs may depose Philip Griffin for a period of three hours. If Mr. Griffin's deposition is conducted in New York, the plaintiffs shall pay his reasonable travel costs.

5. The plaintiffs' application to depose Dr. Fuad Rihani is denied without prejudice.

6. The plaintiffs' application to conduct jurisdictional discovery regarding SBG's relationship with the Mohammed Binladin Company is denied without prejudice.

7. After further deliberation, the plaintiffs' application to conduct jurisdictional discovery regarding SBG's donations to nonprofit organizations in the United States is denied.

SO ORDERED.

Dated:   New York, New York
July 6, 2007

FRANK MAAS
United States Magistrate Judge

Copies to:

Honorable George B. Daniels
United States District Judge

Robert T. Haefele, Esq.
Motley Rice LLC
(843) 216-9450 (fax)

James E. Gauch, Esq.
Jones Day
(202) 626-1700 (fax)