UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

IN RE: TERRORIST ATTACKS ON                     ORDER
SEPTEMBER 11, 2001                              03 MDL 1570 (GBD)

------------------------------------------------------------------x

GEORGE B. DANIELS, District Judge:

      All future filings by the parties in this multi-district litigation are to be electronically filed solely under the master docket and case file bearing the caption, In re: Terrorist Attacks on September 11, 2001, docket number 03 MDL 1570 (GBD). The filing party shall indicate on the first page the individual case(s) to which the document relates.

      Any submission, when docketed and filed in the master file, shall be deemed to be docketed and filed in the individual case files, to the extent applicable, and will not be separately docketed or physically filed.

      A courtesy copy, of all filings, is to be submitted to Chambers at the time the papers are served and filed.

Dated: New York, New York
      July 20, 2007

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 3 0 2007