USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/30/07

**JONES DAY**

**MEMO ENDORSED**

51 LOUISIANA AVENUE, N.W. • WASHINGTON, D.C. 20001-2113
TELEPHONE: (202) 879-3939 • FACSIMILE: (202) 626-1700

Direct Number: (202) 879-3880
jegauch@jonesday.com

July 27, 2007

VIA FEDERAL EXPRESS

The Honorable Frank Maas
United States Magistrate Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 740
New York, NY 10007-1312

Re: In Re Terrorist Attacks on September 11, 2001, 03 MDL 1570 (GBD)(FM)

Dear Judge Maas:

Defendant Saudi Binladin Group ("SBG"), through its undersigned counsel, requests an extension of the August 3, 2007 deadline set in the Court's July 6, 2007 Order for the production of two categories of documents. We have been working diligently in an effort to respond to the Court's Order but will need additional time to find in Saudi Arabia and review potentially responsive Arabic documents relating to events that occurred as much as 14 years ago. In addition to the language and geographic hurdles, our efforts have been complicated by the fact that the SBG representative responsible for assisting counsel in this litigation has been in the U.K. for several weeks tending to the needs of a seriously ill family member. Moreover, as I indicated at the hearing on June 29, 2007, SBG needs to obtain authorization from Saudi governmental authorities for release of certain documents, including confidential communications with Saudi authorities, and that process cannot be completed by August 3.

SBG therefore requests an extension until Monday, September 10, 2007, to produce documents referenced in paragraph 2 of the Court's July 6 order. Plaintiffs have indicated that they do not object to the extension.

Sincerely,

James Gauch /FAK

James E. Gauch

cc: Robert T. Haefele, Esq.

*So ordered*
*[signature]*
*USMJ*
*7/30/07*

WAI-2838257v1
ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON