UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In Re:                                           :

    TERRORIST ATTACKS ON            :
    SEPTEMBER 11, 2001

                                          :

------------------------------------------------------------x

**ORDER**

03 MDL 1570 (GBD)(FM)

**FRANK MAAS**, United States Magistrate Judge.

       During the June 26, 2007, status conference, Judge Daniels directed that any party wishing to make a letter application to the Court circulate its letter to opposing counsel five business days before sending it to the Court. This procedure makes equal sense for letters that are sent to me. Accordingly, I hereby direct that effective August 10, 2007, counsel follow the same procedure for any letter applications that may be directed to me.

       SO ORDERED.

Dated:    New York, New York
             July 31, 2007

                                                      FRANK MAAS
                                             United States Magistrate Judge

cc:    Honorable George B. Daniels
        United States District Judge