Case 1:03-md-01570-GBD-FM   Document 454   Filed 09/23/2004   Page 1 of 1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: AUG 2 - 2007
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: TERRORIST ATTACKS ) <br> ON SEPTEMBER 11, 2001 ) | MDL No: 03-1570 (GBD) |

RELATES TO:
03 CV 9849 (GBD)
03 CV 6977 (GBD)
03 CV 6978 (GBD)

MOTION FOR ADMISSION *PRO HAC VICE*

Defendants Saleh Abdullah Kamel, Al Baraka Investment & Development Corp., International Islamic Relief Organization of Saudi Arabia, Muslim World League, Wa'el Juladain, and Rabita Trust, through the undersigned counsel and upon the annexed Affadavit and exhibit, hereby moves this Court for an Order pursuant to Local Civil Rule 1.3 (c) admitting Jason Dzubow *pro hac vice* to appear as their counsel.

**SO ORDERED**

*/s/ George B. Daniels*
HON. GEORGE B. DANIELS

JUL 2 0 2007

Respectfully submitted,

/s/
Martin McMahon, Esq. (MM4389)
Jason Dzubow, Esq. (JD5421)
Martin F. McMahon & Associates
1150 Connecticut Ave., N.W.
Suite 900
Washington D.C. 20036
(202) 862-4343

Dated: September 23, 2004