UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: AUG 2 — 2007

In Re TERRORIST ATTACKS on           )     03 MDL 1570 (GBD)
SEPTEMBER 11, 2001                   )     ECF Case
_____)

*This document relates to:*
  *Estate of John P. O'Neill, et al. v. Republic of Iraq, et al.*, 04-CV-1076 (GBD)
  *Estate of John P. O'Neill, et al. v. Kingdom of Saudi Arabia, et al.* 04-CV-1922 (GBD)
  *Estate of John P. O'Neill, et al v. Al Baraka Inv. & Dev. Corp., et al,* 04-CV-1923 (GBD)

## ORDER

This matter came before the Court on Motion by the Law Offices of Jerry S.

Goldman & Associates, P.C. to remove Gina M. MacNeill, Esquire as an attorney of

record in the above captioned matters.

Good cause being shown, it is hereby ORDERED that Gina M. MacNeill, Esquire

is relieved as an attorney of record for the above captioned matters.

It is further ORDERED that appearances of Jerry S. Goldman, Esquire, Fred

Salek, Esquire, and Joshua Ambush, Esquire for the above referenced actions will remain

unchanged.

ENTERED:

*George B. Daniels*

HON. GEORGE B. DANIELS

JUL 2 0 2007