**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| IN RE TERRORIST ATTACKS SEPTEMBER 11, 2001 |
| --- |
| This document relates to: 03 CV 9849 (GBD) Burnett, et al |
| Plaintiffs |
| v. |
| Al Qaeda Islamic, *et al.* |
| Defendants |



Case No. 03 MDL 1570 (GBD)

### STIPULATION AND ORDER OF DEFENDANT INTERNATIONAL ISLAMIC RELIEF ORGANIZATION TO EXTEND TIME FOR FILING A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT

IT IS HEREBY STIPULATED and agreed by Plaintiffs and Defendant International Islamic Relief Organization, by and through undersigned counsel, that:

Defendant's time to answer Plaintiff's Complaint is extended until December 5, 2005.

DATED this 11th day of November, 2005

FOR PLAINTIFFS

/s/
Justin Kaplan, Esq.
Motley Rice LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29465
(843) 216-9109

FOR DEFENDANT

/s/
Martin F. McMahon, Esq.
Martin F. McMahon & Associates
1150 Connecticut Ave. N.W., Suite 900
Washington, DC 20036
(202) 862-4343

**SO ORDERED**

*George B. Daniels*
HON. GEORGE B. DANIELS

JUL 2 0 2007