

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: **AUG 0 2 2007**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| IN RE TERRORIST ATTACKS SEPTEMBER 11, 2001 |
|---|
| This document relates to: 03 CV 9849 (GBD) <br> Burnett, et al <br><br> Plaintiffs <br><br> v. <br><br> Al Qaeda Islamic, *et al.* <br><br> Defendants |

Case No.: 03 MDL 1570 (GBD)

## STIPULATION AND ORDER OF DEFENDANT WAEL JELAIDAN TO EXTEND TIME FOR FILING A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT

IT IS HEREBY STIPULATED and agreed by Plaintiffs and Defendant, by and

through undersigned counsel, that:

Defendant's time to answer Plaintiff's Complaint is extended until December 5,

2005.

DATED this 11th day of November, 2005

FOR PLAINTIFFS

/s/
Justin Kaplan, Esq.
Motley Rice LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29465
(843) 216-9109

FOR DEFENDANT

/s/
Martin F. McMahon, Esq.
Martin F. McMahon & Associates
1150 Connecticut Ave. N.W., Suite 900
Washington, DC 20036
(202) 862-4343

**SO ORDERED**

*George B. Daniels*
HON. GEORGE B. DANIELS

JUL 2 0 2007