**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| IN RE TERRORIST ATTACKS SEPTEMBER 11, 2001 |
| --- |
| This document relates to: 02 CV 6977 (GBD) Ashton, et al  Plaintiffs  v.  Al Qaeda Islamic, *et al.*  Defendants |



Case No: 03 MDL 1570 (GBD)

### STIPULATION AND ORDER OF DEFENDANT WAEL JELAIDEN TO EXTEND TIME FOR FILING A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT

IT IS HEREBY STIPULATED and agreed by Plaintiffs and Defendant Wael Jelaidan, by and through undersigned counsel, that:

Defendant's time to answer Plaintiff's Complaint is extended until December 5, 2005.

DATED this 11th day of November, 2005

FOR PLAINTIFFS                FOR DEFENDANTS

/s/                           /s/

Andrew J. Maloney, III        Martin F. McMahon
Kreindler & Kreindler LLP     Martin F. McMahon & Associates
100 Park Ave.                 1150 Connecticut Ave. N.W., Suite 900
New York, NY 10017-5590       Washington, DC 20036

**SO ORDERED:**

*George B. Daniels*

HON. GEORGE B. DANIELS

JUL 2 0 2007