Case 1:03-md-01570-GBD-FM    Document 1934-3    Filed 12/26/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001

03 MDL 1570 (GBD)
ECF Case

This document relates only to:
*Ashton v. Al Qaeda Islamic Army*, 02 CV 6977 (GBD)

## ORDER

Pursuant to Local Rule 1.4, for the reasons stated in the Affidavit of Vincent l. Parrett Requesting Leave to Withdraw as Counsel for the *Ashton* Plaintiffs, it is hereby

ORDERED that Vincent l. Parrett is granted leave to withdraw as counsel for plaintiffs in *Ashton et al. v. Al Qaeda Islamic Army et al.*, 02 CV 6977 (GBD); and it is further

ORDERED that the appearances of James P. Kreindler, Marc S. Moller, Justin T. Green, Andrew J. Maloney III, and Blanca I. Rodriguez of Kreindler & Kreindler LLP as counsel for plaintiffs in *Ashton et al. v. Al Qaeda Islamic Army et al.*, 02 CV 6977 (GBD), will remain unchanged.

SO ORDERED this 20th day of July, 2007.

George B. Daniels

HON. GEORGE B. DANIELS