**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 0 2 2007

IN RE TERRORIST ATTACKS
SEPTEMBER 11, 2001

This document relates to:
03 CV 6978 (GBD)
Federal Ins., et al

Plaintiffs

v.

Al Qaeda Islamic, *et al.*

Defendants

Case No. 03 MDL 1570 (GBD)

**STIPULATION AND ORDER OF DEFENDANT INTERNATIONAL ISLAMIC RELIEF ORGANIZATION TO EXTEND TIME FOR FILING A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT**

IT IS HEREBY STIPULATED and agreed by Plaintiffs and Defendant

International Islamic Relief Organization, by and through undersigned counsel, that:

Defendant's time to answer Plaintiff's Complaint is extended until December 5,

2005.

DATED this 11th day of November, 2005

FOR PLAINTIFFS

/s/
Scott Tarbutton
Cozen O'Connor
1900 Market St.
Philadelphia, Pa. 19103
(215) 665-2000

FOR DEFENDANT

/s/
Martin F. McMahon
Martin F. McMahon & Associates
1150 Connecticut Ave. N.W., Suite 900
Washington, DC 20036
(202) 862-4343

**SO ORDERED**

*George B. Daniels*

HON. GEORGE B. DANIELS

JUL 2 0 2007