**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: AUG 0 2 2007

| |
|---|
| IN RE TERRORIST ATTACKS SEPTEMBER 11, 2001 |
| This document relates to: <br> Ashton, et al      02 CV 6977 (GBD) |
| Plaintiffs |
| v. |
| Al Qaeda Islamic, *et al.* |
| Defendants |

Case No. 03 MDL 1570 (GBD)

**STIPULATION AND ORDER OF DEFENDANT INTERNATIONAL ISLAMIC RELIEF ORGANIZATION TO EXTEND TIME FOR FILING A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT**

IT IS HEREBY STIPULATED and agreed by Plaintiffs and Defendant International Islamic Relief Organization, by and through undersigned counsel, that:

Defendant's time to answer Plaintiff's Complaint is extended until

December 5, 2005

DATED this __ day of November, 2005

FOR PLAINTIFFS

Andrew J. Maloney, III
Kreindler & Kreindler LLP
100 Park Ave.
New York, NY 10017-5590

FOR DEFENDANTS

Martin F. McMahon
Martin F. McMahon & Associates
1150 Connecticut Ave. N.W., Suite 900
Washington, DC 20036

**SO ORDERED:**

George B. Daniels
HON. GEORGE B. DANIELS

JUL 2 0 2007