

# COZEN
# O'CONNOR
## ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com

**SO ORDERED**

*George B. Daniels*

HON. GEORGE B. DANIELS
AUG 2 — 2007

J. Scott Tarbutton
Direct Phone 215.665.7255
Direct Fax 215.701.2467
starbutton@cozen.com

August 1, 2007

**VIA FACSIMILE**

The Honorable George B. Daniels
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 630
New York, NY 10007

    Re:    *In Re: September 11, 2001 World Trade Center Attack*, 03 MDL 1570 (GBD)

Dear Judge Daniels:

    In accordance with Your Honor's request during the June 26, 2007 Case Management Conference, the Plaintiffs' Executive Committees and the Defendants' Executive Committee are working together to draft the submissions as to merits and jurisdictional discovery in these consolidated proceedings, which are due today. However, due to travel and vacation schedules and other complications, members of the Committees believe that an extension is necessary to finalize the language of those submissions. Therefore, on behalf of the Plaintiffs' Executive Committees and the Defendant's Executive Committee, I respectfully request a two day extension to August 3, 2007 to file the parties' discovery submissions. All other submissions requested by Your Honor during the June 26, 2007 Case Management Conference will be filed with Court today.

PHILADELPHIA\3281805\1 117430.000

The Honorable George B. Daniels
August 1, 2007
Page 2

Respectfully submitted,

COZEN O'CONNOR

By: J. Scott Tarbutton

JST

cc: Magistrate Judge Frank Maas (via fax)
All MDL Counsel of Record (via e-mail)