UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

IN RE: TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

ORDER
03 MDL 1570 (GBD)

------------------------------------------------------------x

This document relates to:
    04 CV 7065 (GBD)

The unopposed[1] motion of defendant Dallah Al Baraka Group LLC, to file an untimely motion to dismiss, is granted.

Dated: New York, New York
       July 23, 2007

SO ORDERED:

_George B. Daniels_
GEORGE B. DANIELS
United States District Judge

---

[1] Although plaintiffs Cantor Fitzgerald & Co. and the Port Authority of New York & New Jersey filed "opposition" papers, they specifically note therein that "Plaintiffs do not object to allowing Dallah to file its motion to dismiss late." (Pls.' Opp'n Mem. at 5).