UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

IN RE: TERRORIST ATTACKS ON               ORDER
SEPTEMBER 11, 2001                        03 MDL 1570 (GBD)

------------------------------------------------------------x
This document relates to:
    03 CV 9849 (GBD)
------------------------------------------------------------x
GEORGE B. DANIELS, District Judge:

      The Clerk of the Court is hereby directed to remove defendant Abdullah Bin Khalid Al-Thani's motion to vacate the default judgment, entered against him in Burnett v. Al Baraka Inv. & Dev. Corp., 03 CV 9849 (GBD), from the list of pending motions. Such motion was rendered moot by Order and Stipulation, dated July 7, 2006, which vacated the default in that case.[1]

Dated: New York, New York
      July 30, 2007

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

---

[1] On the docket sheet, the Order and Stipulation is recorded as document 1852 and the motion to vacate is document 1827.