UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

IN RE: TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

ORDER

03 MDL 1570 (GBD)

------------------------------------------------------------------x

This document relates to:
    02 CV 6977 (GBD)
    03 CV 6978 (GBD)

------------------------------------------------------------------x

GEORGE B. DANIELS, District Judge:

    Defendant Sana-Bell, Inc.'s motions[1] seeking to dismiss the complaints against it, on the grounds that the defendant-corporation no longer exists, are denied.

Dated: New York, New York
       July 27, 2007

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

---

[1] The motions are reflected on the docket sheet as documents 1804, 1867, and 1873.