IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
AUG 0 2 2007

------------------------------------------------------------X
                                                  :
                                                  :    03 MDL 1570 (GBD)
*IN RE* TERRORIST ATTACKS ON      :    ECF CASE
SEPTEMBER 11, 2001.                     :
                                                  :
------------------------------------------------------------X

*This Order relates to:*

*Kathleen Ashton v. Al Qaeda Islamic Army, et al.*, 02-CV-6977 (GBD)
*Federal Insurance Company v. Al Qaeda Islamic Army, et al.*, 03-CV-6978 (GBD)
*Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.*, 04-CV-05970 (GBD)
*New York Marine and General Insurance Co. v. Al Qaida, et al.*, 04-CV-6105 (GBD)

### ORDER GRANTING MOTION FOR LEAVE
### FOR JOHN L. CUDDIHY TO WITHDRAW AS COUNSEL
### FOR DEFENDANT ABDULRAHMAN BIN MAHFOUZ

This matter is before the Court upon the Motion of Defendant Abdulrahman Bin Mahfouz ("Mr. Bin Mahfouz"), pursuant to Local Civil Rule 1.4, for an Order granting John L. Cuddihy leave to withdraw as counsel for Mr. Bin Mahfouz in the above-captioned actions. Upon consideration of the Motion, it is hereby

**ORDERED** that the Motion be and hereby is **GRANTED**; and

It is **FURTHER ORDERED** that the appearances of Messrs. Gerald A. Feffer and Peter J. Kahn of Williams & Connolly LLP as counsel for Mr. Bin Mahfouz will remain unchanged.

**DONE AND ORDERED** on this 20th day of July, 2007.

AUG 2 - 2007

*George B. Daniels*

HON. GEORGE B. DANIELS

4