USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___AUG 0 2 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re Terrorist Attacks on September 11, 2001        03 MDL 1570 (GBD)
                                                     ECF Case

---

This document relates to: *All Actions*

## ORDER

For the reasons stated in David P. Donovan's Motion for Leave to Withdraw as Counsel, it is hereby ordered that David P. Donovan is granted leave to withdraw as counsel for Prince Mohamed al Faisal al Saud in this action.

SO ORDERED THIS 20th DAY OF July 2007

*George B. Daniels*

HON. GEORGE B. DANIELS