```
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 0 2 2007
```

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

IN RE: TERRORIST ATTACKS ) 03-MDL-1570 (GBD)
OF SEPTEMBER 11, 2001 )
)
)

*This Document Relates to:* 02-CV-6977 (GBD)
02-CV-1616 (GBD)

---

### ORDER

This matter came before the Court on motion by Jones Day to remove E. Michael Bradley as one of the attorneys of record for Saudi Binladin Group, Inc. ("SBG"), Bakr Binladin, Omar Binladin, Tariq Binladin, and Khalid Bin Mahfouz in all actions.

Based upon Jones Day's motion, it is hereby ORDERED that E. Michael Bradley is relieved as one of the attorneys of record for SBG, Bakr Binladin, Omar Binladin, Tariq Binladin, and Khalid Bin Mahfouz in connection with the above entitled consolidated actions.

It is further ORDERED that appearances of Stephen J. Brogan, Geoffrey S. Stewart, Timothy J. Finn, Jonathan C. Rose, James E. Gauch, Michael P. Gurdak, Michael R. Shumaker, Melissa D. Stear, and Jennifer A. Shumaker for SBG, Bakr Binladin, Omar Binladin, Tariq Binladin, and Khalid Bin Mahfouz will remain unchanged.

SO ORDERED:

*/s/ George B. Daniels*

HON. GEORGE B. DANIELS

Dated: JUL 2 0 2007