UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

IN RE: TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

ORDER
03 MDL 1570 (GBD)

------------------------------------------------------------------x
This document relates to:
    03 CV 9849 (GBD)
------------------------------------------------------------------x

GEORGE B. DANIELS, District Judge:

    Defendants Al Haramain Islamic Foundation and Aqeel Al-Aqeel's motion seeking a stay of the proceedings is denied.

Dated: New York, New York
       July 27, 2007

SO ORDERED:

GEORGE B. DANIELS
United States District Judge