UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

IN RE: TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

ORDER
03 MDL 1570 (GBD)

----------------------------------------------------------------x
This document relates to:
    03 CV 9849 (GBD)
----------------------------------------------------------------x

GEORGE B. DANIELS, District Judge:

    Defendants Al Shamal Islamic Bank, Tadamon Islamic Bank and Sanabel Al Kheer, Inc.'s joint motion[1] to vacate the judgment of default entered against them in Burnett v. Al Baraka Inv. & Dev. Corp., 03 CV 9849 (GBD), is granted.

Dated: New York, New York
       July 30, 2007

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

---

[1] Defendants' motion is recorded on the docket sheet as document 1800.