UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

IN RE: TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

ORDER
03 MDL 1570 (GBD)

------------------------------------------------------------------x
This document relates to:
    03 CV 6978 (GBD)
------------------------------------------------------------------x

GEORGE B. DANIELS, District Judge:

Defendant Jamal Barzinji's motions,[1] for a stay of the proceedings and for an *in camera* review of an unredacted version of his motion papers, are denied.

Dated: New York, New York
       July 27, 2007

SO ORDERED:

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge

---

[1] Defendant's motions are reflected on the docket sheet as documents 1895 and 1897.