UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

IN RE: TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

ORDER
03 MDL 1570 (GBD)

------------------------------------------------------------------x

This document relates to:
    03 CV 5738 (GBD)[1]
    03 CV 9879 (GBD)
    04 CV 7279 (GBD)
    04 CV 7280 (GBD)

------------------------------------------------------------------x

GEORGE B. DANIELS, District Judge:

Defendant Ahmed Zaki Yamani's motion[2] to vacate the default judgments, entered against him in Burnett v. Al Baraka Inv. & Dev. Corp., 03 CV 9849 (GBD), Euro Brokers v. Al Baraka Inv. & Dev. Corp., 04 CV 7279 (GBD), and World Trade Ctr. Prop. v. Al Baraka Inv. & Dev. Corp., 04 CV 7280 (GBD), is granted. Plaintiffs' request to strike those portions of defendant's motion, seeking dismissal of the claims asserted against him, is denied. Plaintiffs shall respond to defendant's filed motion to dismiss.

Dated: New York, New York
       July 30, 2007

SO ORDERED:

*GEORGE B. DANIELS*
United States District Judge

---

[1] Plaintiffs indicate that "[t]he Burnett case bearing docket number 03 CV 5738 ([GBD]) is an inactive case that plaintiffs agree to dismiss and a stipulation of dismissal for that case is forthcoming." (Pls.' Opp'n Mem. at 1 n.1). To date, there is no record that such a stipulation of dismissal was filed with the Court. If the stipulation was indeed filed, plaintiffs shall provide a copy to the Court so that the docket sheet may be corrected to reflect that the Burnett case, filed under docket number 03 CV 5738, is terminated. If the stipulation has not been filed, plaintiffs shall do so forthwith or advise the Court that they intend to continue litigation of the action bearing docket number 03 CV 5738.

[2] The motion is reflected on the docket sheet as document 1832.