```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 0 2 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

IN RE: TERRORIST ATTACKS ON                     ORDER
SEPTEMBER 11, 2001                              03 MDL 1570 (GBD)

------------------------------------------------------------------x
This document relates to:
    03 CV 9849 (GBD)
    04 CV 7279 (GBD)
    03 CV 6978 (GBD)
    04 CV 6105 (GBD)
    04 CV 7280 (GBD)
------------------------------------------------------------------x

GEORGE B. DANIELS, District Judge:

For the reasons stated in the motion for leave to withdraw filed by Nevin, Benjamin &

McKay LLP, it is hereby

ORDERED that Dean Arnold and Marshall Mintz are relieved as attorneys of record for

defendant Sami Omar Al-Hussayen in this action.


Dated: New York, New York
       July 20, 2007

                                          SO ORDERED:

                                          *George B. Daniels* (signature)
                                          _____
                                          GEORGE B. DANIELS
                                          United States District Judge