**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
*IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :

                                        :      **MOTION TO PERMIT**
                                        :      **ATTACHMENT AND**
                                        :      **EXECUTION PURSUANT**
                                        :      **TO 28 U.S.C. §1610(c)**
                                        :
                                        :      03 MDL 1570 (GBD) (SN)
------------------------------------------------------------------x

**This Document Relates to**
*Hoglan, et al. v. Iran, et al.*
**1:11-cv-07550 (GBD) (SN)**

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

Ruby J. Krajick
Clerk of Court

May 22, 2018

Central Bank of Iran
c/o Mohammed Javad Zarif
Minister of Foreign Affairs
Of the Islamic Republic of Iran
Imam Kohmeini Avenue
Tehran, Iran

Re:    *Hoglan, et al. v. Iran, et al. 1:11 cv 07550 (GBD)(SN)*
        In Re Terrorist Attacks on September 11, 2001, 1:03 md 01570 (GBD)(SN)

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(a)(3), one copy of
the following documents are being served on you on behalf of the Plaintiff in the above-
referenced action which names your country and/or a government office as a defendant:

(1)    Cover Letter to Mohammad Javad Zarif, Foreign Minister of the Islamic Republic of
        Iran;

(2)    U.S. Dist. Court for the Southern District of N.Y. Clerk's Certificate of Default, dated
        March 17, 2015 (*Hoglan* Docket No. 89);

(3)    Notice of Default Judgment prepared in accordance with 22 CFR § 93.2;

(4)    Order of Judgment Regarding Liability entered by Judge George B. Daniels on August
        31, 2015 (MDL Docket No. 3027);

(5)    Findings of Fact and Conclusions of Law entered by Judge George B. Daniels on August
        31, 2015 (*Hoglan* Docket No. 111);

(6)    Report and Recommendation #1 by Magistrate Judge Sarah Netburn, dated October 12,
        2016 (*Hoglan* Docket No. 171);

(7)    Report and Recommendation #2 by Magistrate Judge Sarah Netburn, dated October 14,

2016 (*Hoglan* Docket No. 172);

(8)   Report and Recommendation #3 by Magistrate Judge Sarah Netburn, dated October 24, 2016 (MDL Docket No. 3374);

(9)   Partial Order and Judgment entered by Judge George B. Daniels on October 31, 2016 (*Hoglan* Docket No. 178);

(10)  Memorandum Decision and Order entered by Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3383);

(11)  Memorandum Decision and Order entered by Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3384);

(12)  Memorandum Decision and Order entered by Judge George B. Daniels on June 21, 2017 (MDL Docket No. 3633);

(13)  Report and Recommendation #4 by Magistrate Judge Sarah Netburn, dated August 8, 2017 (*Hoglan* Docket No. 219);

(14)  Memorandum Decision and Order entered by Judge George B. Daniels on November 17, 2017 (MDL Docket No. 3795);

(15)  Final Order and Judgment on Compensatory Damages entered by Judge George B. Daniels on February 26, 2018 (MDL Docket No. 3905);

(16)  Foreign Sovereign Immunities Act, 28 U.S.C. §1602, et seq.;

(17)  Right to Appeal Notice; and,

(18)  Right to Appeal Form.

Respectfully yours,

Ruby J. Krajick
Clerk of the Court

Enc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

HOGLAN et al

Plaintiff(s)

**CERTIFICATE OF MAILING**

Case No.:   1:11 cv 07550   (gbd)

-v-

ISLAMIC REPUBLIC OF IRAN et al

Defendant(s)

I hereby certify under the penalties of perjury that on $\overline{25}$ day of May _____ , 20 18 , I served:
Central Bank of Iran c/o Mohammed Javad Zarif Minister of
Foreign Affairs of the Islamic Republic of Iran Imam Kohmeini Avenue, Tehran, Iran

☐ One copy of the _____

by _____ , to the individual of the
foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒ One copy of the See attached Rider. _____

by DHL 2569194390 _____ , to the head of the ministry
of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. §
1608(a)(3).

☐ Two copies of the _____

by _____ , to the Secretary of State,
Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison
(CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC
20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ One copy of the _____

by _____ , to the head of the agency or
instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities
Act, 28 U.S.C. § 1608(b)(3)(B).

Dated: New York, New York
May 25, 2018

RUBY J. KRAJICK
CLERK OF COURT

Print Name: Jashira Carlo
DEPUTY CLERK OF COURT

# Attached Rider

The documents to be served on all of these Defendants are as follows:

(1)     Cover Letter to Mohammad Javad Zarif, Foreign Minister of the Islamic Republic ofiran;

(2)     U.S. Dist. Court for the Southern District of N.Y. Clerk's Certificate of Default, dated March 17, 2015 (Hoglan Docket No. 89);

(3)     Notice of Default Judgment prepared in accordance with 22 CFR § 93.2;

(4)     Order of Judgment Regarding Liability entered by Judge George B. Daniels on August 31, 2015 (MDL Docket No. 3027);

(5)     Findings of Fact and Conclusions of Law entered by Judge George B. Daniels on August 31, 2015 (Hoglan Docket No. 111);

(6)     Report and Recommendation #1 by Magistrate Judge Sarnh Netburn, dated October 12, 2016 (Hoglan Docket No. 171);

(7)     Report and Recommendation #2 by Magistrate Judge Sarah Netburn, dated October 14, 2016 (Hoglan Docket No. 172);

(8)     Report and Recommendation #3 by Magistrate Judge Sarah Netburn, dated October 24, 2016 (MDL Docket No. 3374);

(9)     Partial Order and Judgment entered by Judge George B. Daniels on October 31, 2016 (Hoglan Docket No. 178);

(10)    Memorandum Decision and Order entered by Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3383);

(11)    Memorandum Decision and Order entered by Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3384);

(12)    Memorandum Decision and Order entered by Judge George B. Daniels on June 21, 2017 (MDL Docket No. 3633);

(13)    Report and Recommendation #4 by Magistrate Judge Sarah Netburn, dated August 8, 2017 (Hoglan Docket No. 219);

(14)    Memorandum Decision and Order entered by Judge George B. Daniels on November 17, 2017 (MDL Docket No. 3795);

(15) Final Order and Judgment on Compensatory Damages entered by Judge George B. Daniels on February 26, 2018 (MDL Docket No. 3905);

(16) Foreign Sovereign Immunities Act, 28 U.S.C. §1602, et seq.;

(17) Right to Appeal Notice; and,

(18) Right to Appeal Form.





EXPRESS WORLDWIDE

DOX

From: THOMAS EDWARD MELLON II ESQUIRE
Thomas Mellor  Phone 215-510-3345
212 W COURT ST STE B
DOYLESTOWN PA 18901
United States

Origin: MDT

Contact:
Mr Islam Mohammad Javad
9821 9073919

To: Central Bank of Iran
c/o The Ministry Foreign Affairs
of the Islamic Republic of Iran
Iman Khomeini Avenue
TEHRAN
Iran (Islamic Republic Of)

Day:

Time:

Content:
Legal Paperwork

IR-THR-SVC

Date: 2014-06-23

Shpt Weight: 2.0 lb

Piece: 1/1

SX

RefCode: Hoglan

WAYBILL 25  6919  4390

(2L)R+4200064

(JJJD01 4600 0055 9716 6786

[Note: This letter is required for each individual shipment destined to Iran, Syria, North Korea, Sudan, Crimea and Cuba.]

## GENERAL SANCTIONS WARRANTY AND INDEMNITY LETTER

Shipment Details/Air Waybill Number DHL Express/25-6919-4390

This Sanctions Warranty and Indemnity Letter (this "Letter") details the understanding between
Thomas E. Mellon, III ("Shipper") and DHL Express ("DHL") and clarifies the representations and warranties Shipper provides to DHL with respect to the potential impact of economic sanctions laws and regulations upon the Shipment. Capitalized terms used herein are defined in Annex A to this Letter.

## SHIPPER HEREBY REPRESENTS AND WARRANTS TO DPDHL THAT:

### SHIPPER'S REPRESENTATIONS AND WARRANTIES WITH RESPECT TO SHIPPER

Shipper is not a Denied Party, or in any way identified, either specifically or by reference, on any applicable Sanctions List issued pursuant to a Sanction(s) issued by a Sanctions Authority. Shipper is neither owned nor controlled by a Denied Party.

### SHIPPER'S REPRESENTATIONS AND WARRANTIES WITH RESPECT TO THE CONSIGNEE(S) AND END-USER(S)

Shipper has conducted effective due diligence on the Shipment's recipients, any known end-users and all consignees. To the best of Shipper's knowledge, tendering the shipments to DHL and its delivery by DHL to its intended destinations and/or end-users will not: 1) Constitute a breach or violation of any applicable Sanction; or 2) Expose DHL to any Sanction or penalty imposed by any Sanctions Authority.

### SHIPPER'S REPRESENTATIONS AND WARRANTIES WITH RESPECT TO THE SHIPMENT

The Shipper warrants that:

(a) the shipments does not contain any Restricted Items, or, alternatively,
(b) if the Shipments does contain Restricted Items, any and all licenses, approvals and permits that may be required under applicable laws and regulations have been obtained from the proper authorities, and a copy of each such license, approval or permit are provided to DHL prior to or at the time of tendering the shipments to DHL;
(c) the Shipper is the true shipper and exporter of the Shipments; and
(d) the description, value, consignee, and other associated information and documents related to the Shipments are true and accurate.

FOR SHIPMENTS SUBJECT TO US SANCTIONS LAWS (ONLY IF APPLICABLE):

(a) the Shipments does not contain any unlicensed or non-exempt United States-origin items or any other items that are subject to U.S. export controls (e.g., goods produced outside the United States containing by value at least 10% US content or technology or 25% where applicable);
(b) the Shipper, where the shipment is tendered to DHL outside the United States and its territories, has not and will not receive or remit any United States Dollar (USD) payments for the goods being shipped, whether directly from the recipient or consignee, or indirectly from any other person (unless specifically permitted by license or exemption); and
(c) the Shipper, where the shipments is tendered to DHL outside the United States and its territories, has not and will not pay DHL for the Shipments or for any other services in USD.

### SHIPPER'S GRANT OF INDEMNITY AND RIGHTS TO DHL.

*Indemnity:* The Shipper shall irrevocably and unconditionally hold DHL (including its employees, servants, agents, subcontractors, representatives, insurers and re-insurers) fully harmless from and keep DPDHL (including its employees, servants, agents, subcontractors, representatives, insurers and re-insurers) fully indemnified against all and any losses, damages, fines and expenses whatsoever which it may suffer arising or resulting from any breach or violation by the Shipper (including its employees, servants, agents, sub-contractors and representatives) of any:

1

[Note: This letter is required for each individual shipment destined to Iran, Syria, North Korea, Sudan, Crimea and Cuba.]

(a) Applicable Sanction(s), or

(b) the representations and warranties contained herein, including non-declaration or illegal, inaccurate and/or inadequate declaration by the Shipper in respect of the shipment or from any other cause in connection with the Shipment, or the exercise by DHL of any and all of its rights as set out below ("Grant to DHL").

*Comply with DHL Actions:* The Shipper shall comply with any and all special handling procedures that DHL may require and implement for the shipments to comply with a Sanction.

*Grant to DHL:* Shipper hereby grants DHL the right (but not the obligation) at DHL's discretion to conduct any or all of the following:

(a) inspect and/or screen the Shipments in accordance with applicable laws;

(b) return the shipments;

(c) abandon or block the shipments without any further liability to the Shipper as required by applicable law;

(d) disclose information related to the shipment to a government authority in accordance with applicable laws;

(e) release the shipments to a government authority in accordance with applicable laws; or
store the shipments during the examination period and then dispose of or destroy the shipments (all at the Shipper's costs) without any further liability to the Shipper if it becomes apparent that any of the representations or warranties in this Letter are untrue, inaccurate or incomplete, or if DHL reasonably believes that such action is necessary to ensure its own compliance with applicable laws and regulations. DHL will take prompt and reasonable measures to provide the Shipper with reasonable advance notice prior to taking any such action and offer the Shipper a reasonable opportunity to provide the necessary clarifications to the compliance matters at issue.

SHIPPER ACKNOWLEDGEMENT

DHL accepts the shipments in full reliance upon the Shipper's representations, warranties and agreement contained in this Letter. The terms of this Letter shall prevail over any conflicting terms and conditions of general carriage or contract. By signing below the Shipper acknowledges and agrees to all provisions of this Letter.

Signature: _____   Date: May 23, 2018

Print Name: THOMAS E. Mellon, III   Title: Attorney

Company Name: Mellon Law FIRM

ANNEX A: DEFINITIONS

*Denied Party:* A person or entity which is included on an applicable Sanctions List. Note that the lists can include incomplete names, addresses and other details. For the purposes of this Letter, the term "Denied Party" does not include entities that appear on the Sectoral Sanctions Identification List (the "SSI List") maintained by the EU, OFAC or a comparable list of persons subject to sectoral sanctions maintained by the EU, US, etc.

*Letter:* This Sanctions Warranty and Indemnity Letter.

*Restricted Items:* Any item that is either positively included on any list of goods the import/export/transit of which is prohibited by applicable Sanction(s) OR where positively not authorized by applicable Sanction(s).

*Sanction(s):* Any applicable economic or financial sanction regulation, trade embargo or export control law or regulation implemented, administered or enforced by a Sanctions Authority.

*Sanction(s) Authority:* An international institution or applicable national or regional government, or subdivisions thereof that possess the authority to enact and implement applicable economic and/or financial sanctions regulations or other economic controls upon individuals, organizations, corporations, political entities and other parties. Such authorities include, but are not limited to United Nations Security Council ("UNSC"), the European Union ("EU"), The German Federal Office for Economic Affairs and Export Control ("BAFA"), the Germany Federal Bank, the U.S. Department of the Treasury's Office of Foreign Assets Control ("OFAC"), the U.S. Departments of State or Commerce, the United Kingdom (including Her Majesty's Treasury ("HMT")), Australian Department of Foreign Affairs and Trade, and any other equivalent sanctions authority. Collectively, these are deemed the "Sanctions Authorities".

*Sanction(s) Lists:* A list of sanctioned entities (i.e., Denied Parties), generally consisting of names of the sanctioned individuals, entities and associated details (addresses, locations, aliases).

*Sanctioned Countries:* These countries, regions or territories that are currently subject to broad, complex or comprehensive sanctions including but not limited to UN/EU/U.S. embargoes (e.g. currently Crimea, Iran, North Korea, Sudan, and Syria; (Cuba where US sanctions apply)). This list may change from time to time and may also be based on factors beyond law.

*Shipment:* For an individual shipment, the shipment referenced by Air Waybill Number or other DHL shipment reference at the start of this Letter. For a Blanket Letter, all shipments by the Shipper after the date this Letter was executed.

2

Version 0.6
Date 2017-07-14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

Ruby J. Krajick
Clerk of Court

May 22, 2018

Iran Airlines
c/o Mohammed Javad Zarif
Minister of Foreign Affairs
Of the Islamic Republic of Iran
Imam Kohmeini Avenue
Tehran, Iran

Re:     *Hoglan, et al. v. Iran, et al. 1:11 cv 07550 (GBD)(SN)*
        In Re Terrorist Attacks on September 11, 2001, 1:03 md 01570 (GBD)(SN)

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(a)(3), one copy of
the following documents are being served on you on behalf of the Plaintiff in the above-
referenced action which names your country and/or a government office as a defendant:

(1)     Cover Letter to Mohammad Javad Zarif, Foreign Minister of the Islamic Republic of
        Iran;

(2)     U.S. Dist. Court for the Southern District of N.Y. Clerk's Certificate of Default, dated
        March 17, 2015 (*Hoglan* Docket No. 89);

(3)     Notice of Default Judgment prepared in accordance with 22 CFR § 93.2;

(4)     Order of Judgment Regarding Liability entered by Judge George B. Daniels on August
        31, 2015 (MDL Docket No. 3027);

(5)     Findings of Fact and Conclusions of Law entered by Judge George B. Daniels on August
        31, 2015 (*Hoglan* Docket No. 111);

(6)     Report and Recommendation #1 by Magistrate Judge Sarah Netburn, dated October 12,
        2016 (*Hoglan* Docket No. 171);

(7)     Report and Recommendation #2 by Magistrate Judge Sarah Netburn, dated October 14,

2016 (*Hoglan* Docket No. 172);

(8)  Report and Recommendation #3 by Magistrate Judge Sarah Netburn, dated October 24, 2016 (MDL Docket No. 3374);

(9)  Partial Order and Judgment entered by Judge George B. Daniels on October 31, 2016 (*Hoglan* Docket No. 178);

(10)  Memorandum Decision and Order entered by Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3383);

(11)  Memorandum Decision and Order entered by Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3384);

(12)  Memorandum Decision and Order entered by Judge George B. Daniels on June 21, 2017 (MDL Docket No. 3633);

(13)  Report and Recommendation #4 by Magistrate Judge Sarah Netburn, dated August 8, 2017 (*Hoglan* Docket No. 219);

(14)  Memorandum Decision and Order entered by Judge George B. Daniels on November 17, 2017 (MDL Docket No. 3795);

(15)  Final Order and Judgment on Compensatory Damages entered by Judge George B. Daniels on February 26, 2018 (MDL Docket No. 3905);

(16)  Foreign Sovereign Immunities Act, 28 U.S.C. §1602, et seq.;

(17)  Right to Appeal Notice; and,

(18)  Right to Appeal Form.

Respectfully yours,

Ruby J. Krajick

Clerk of the Court

Enc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED:
```

HOGLAN et al

Plaintiff(s)

**CERTIFICATE OF MAILING**

Case No.:  1:11 cv 07550  (gbd)

-v-

ISLAMIC REPUBLIC OF IRAN et al

Defendant(s)

I hereby certify under the penalties of perjury that on $\overline{25}$ day of May _____ , 20 18 , I served:
Iran Airlines c/o Mohammed Javad Zarif Minister of
Foreign Affairs of the Islamic Republic of Iran Imam Kohmeini Avenue, Tehran, Iran

| | One copy of the _____ |

by _____ , to the individual of the
foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

| X | One copy of the See attached Rider. |

byDHL 2569193981 _____ , to the head of the ministry
of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. §
1608(a)(3).

| | Two copies of the _____ |

by _____ , to the Secretary of State,
Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison
(CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC
20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

| | One copy of the _____ |

by _____ , to the head of the agency or
instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities
Act, 28 U.S.C. § 1608(b)(3)(B).

Dated: New York, New York
May 25, 2018

RUBY J. KRAJICK
CLERK OF COURT

Print Name: Jashira Carlo
DEPUTY CLERK OF COURT

# Attached Rider

The documents to be served on all of these Defendants are as follows:

(1)   Cover Letter to Mohammad Javad Zarif, Foreign Minister of the Islamic Republic ofIran;

(2)   U.S. Dist. Court for the Southern District of N.Y. Clerk's Certificate of Default, dated March 17, 2015 (Hoglan Docket No. 89);

(3)   Notice of Default Judgment prepared in accordance with 22 CFR § 93.2;

(4)   Order of Judgment Regarding Liability entered by Judge George B. Daniels on August 31, 2015 (MDL Docket No. 3027);

(5)   Findings of Fact and Conclusions of Law entered by Judge George B. Daniels on August 31, 2015 (Hoglan Docket No. 111);

(6)   Report and Recommendation #1 by Magistrate Judge Sarnh Netburn, dated October 12, 2016 (Hoglan Docket No. 171);

(7)   Report and Recommendation #2 by Magistrate Judge Sarah Netburn, dated October 14, 2016 (Hoglan Docket No. 172);

(8)   Report and Recommendation #3 by Magistrate Judge Sarah Netburn, dated October 24, 2016 (MDL Docket No. 3374);

(9)   Partial Order and Judgment entered by Judge George B. Daniels on October 31, 2016 (Hoglan Docket No. 178);

(10)   Memorandum Decision and Order entered by Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3383);

(11)   Memorandum Decision and Order entered by Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3384);

(12)   Memorandum Decision and Order entered by Judge George B. Daniels on June 21, 2017 (MDL Docket No. 3633);

(13)   Report and Recommendation #4 by Magistrate Judge Sarah Netburn, dated August 8, 2017 (Hoglan Docket No. 219);

(14)   Memorandum Decision and Order entered by Judge George B. Daniels on November 17, 2017 (MDL Docket No. 3795);

(15)   Final Order and Judgment on Compensatory Damages entered by Judge George B. Daniels on February 26, 2018 (MDL Docket No. 3905);

(16)   Foreign Sovereign Immunities Act, 28 U.S.C. §1602, et seq.;

(17)   Right to Appeal Notice; and,

(18)   Right to Appeal Form.





dhl.com

[Note: This letter is required for each individual shipment destined to Iran, Syria, North Korea, Sudan, Crimea and Cuba.]

## GENERAL SANCTIONS WARRANTY AND INDEMNITY LETTER

Shipment Details/Air Waybill Number ⟪DHL Express/25-6919 - 3981⟫

This Sanctions Warranty and Indemnity Letter (this "Letter") details the understanding between ⟪Thomas E. Mellan, III⟫ ("Shipper") and DHL Express ("DHL") and clarifies the representations and warranties Shipper provides to DHL with respect to the potential impact of economic sanctions laws and regulations upon the Shipment. Capitalized terms used herein are defined in Annex A to this Letter.

### SHIPPER HEREBY REPRESENTS AND WARRANTS TO DPDHL THAT:

#### SHIPPER'S REPRESENTATIONS AND WARRANTIES WITH RESPECT TO SHIPPER

Shipper is not a Denied Party, or in any way identified, either specifically or by reference, on any applicable Sanctions List issued pursuant to a Sanction(s) issued by a Sanctions Authority. Shipper is neither owned nor controlled by a Denied Party.

#### SHIPPER'S REPRESENTATIONS AND WARRANTIES WITH RESPECT TO THE CONSIGNEE(S) AND END-USER(S)

Shipper has conducted effective due diligence on the Shipment's recipients, any known end-users and all consignees. To the best of Shipper's knowledge, tendering the shipments to DHL and its delivery by DHL to its intended destinations and/or end-users will not: 1) Constitute a breach or violation of any applicable Sanction; or 2) Expose DHL to any Sanction or penalty imposed by any Sanctions Authority.

#### SHIPPER'S REPRESENTATIONS AND WARRANTIES WITH RESPECT TO THE SHIPMENT

The Shipper warrants that:

(a) the shipments does not contain any Restricted Items, or, alternatively,

(b) if the Shipments does contain Restricted Items, any and all licenses, approvals and permits that may be required under applicable laws and regulations have been obtained from the proper authorities, and a copy of each such license, approval or permit are provided to DHL prior to or at the time of tendering the shipments to DHL;

(c) the Shipper is the true shipper and exporter of the Shipments; and

(d) the description, value, consignee, and other associated information and documents related to the Shipments are true and accurate.

#### FOR SHIPMENTS SUBJECT TO US SANCTIONS LAWS (ONLY IF APPLICABLE):

(a) the Shipments does not contain any unlicensed or non-exempt United States-origin items or any other items that are subject to U.S. export controls (e.g., goods produced outside the United States containing by value at least 10% US content or technology or 25% where applicable);

(b) the Shipper, where the shipment is tendered to DHL outside the United States and its territories, has not and will not receive or remit any United States Dollar (USD) payments for the goods being shipped, whether directly from the recipient or consignee, or indirectly from any other person (unless specifically permitted by license or exemption); and

(c) the Shipper, where the shipments is tendered to DHL outside the United States and its territories, has not and will not pay DHL for the Shipments or for any other services in USD.

#### SHIPPER'S GRANT OF INDEMNITY AND RIGHTS TO DHL.

*Indemnity:* The Shipper shall irrevocably and unconditionally hold DHL (including its employees, servants, agents, subcontractors, representatives, insurers and re-insurers) fully harmless from and keep DPDHL (including its employees, servants, agents, subcontractors, representatives, insurers and re-insurers) fully indemnified against all and any losses, damages, fines and expenses whatsoever which it may suffer arising or resulting from any breach or violation by the Shipper (including its employees, servants, agents, sub-contractors and representatives) of any:

· 1

Version 0.6
Date 2017-07-14

[Note: This letter is required for each individual shipment destined to Iran, Syria, North Korea, Sudan, Crimea and Cuba.]

(a) Applicable Sanction(s), or

(b) the representations and warranties contained herein, including non-declaration or illegal, inaccurate and/or inadequate declaration by the Shipper in respect of the shipment or from any other cause in connection with the Shipment, or the exercise by DHL of any and all of its rights as set out below ("Grant to DHL").

*Comply with DHL Actions:* The Shipper shall comply with any and all special handling procedures that DHL may require and implement for the shipments to comply with a Sanction.

*Grant to DHL:* Shipper hereby grants DHL the right (but not the obligation) at DHL's discretion to conduct any or all of the following:

(a) inspect and/or screen the Shipments in accordance with applicable laws;

(b) return the shipments;

(c) abandon or block the shipments without any further liability to the Shipper as required by applicable law;

(d) disclose information related to the shipment to a government authority in accordance with applicable laws;

(e) release the shipments to a government authority in accordance with applicable laws; or
store the shipments during the examination period and then dispose of or destroy the shipments (all at the Shipper's costs) without any further liability to the Shipper if it becomes apparent that any of the representations or warranties in this Letter are untrue, inaccurate or incomplete, or if DHL reasonably believes that such action is necessary to ensure its own compliance with applicable laws and regulations. DHL will take prompt and reasonable measures to provide the Shipper with reasonable advance notice prior to taking any such action and offer the Shipper a reasonable opportunity to provide the necessary clarifications to the compliance matters at issue.

SHIPPER ACKNOWLEDGEMENT

DHL accepts the shipments in full reliance upon the Shipper's representations, warranties and agreement contained in this Letter. The terms of this Letter shall prevail over any conflicting terms and conditions of general carriage or contract. By signing below the Shipper acknowledges and agrees to all provisions of this Letter.

Signature: _____     Date: May 23, 2018

Print Name: THOMAS (TOM) Mellow, III     Title: ATTORNEY

Company Name: Mellow Law FIRM

ANNEX A: DEFINITIONS

*Denied Party:* A person or entity which is included on an applicable Sanctions List. Note that the lists can include incomplete names, addresses and other details. For the purposes of this Letter, the term "Denied Party" does not include entities that appear on the Sectoral Sanctions Identification List (the "SSI List") maintained by the EU, OFAC or a comparable list of persons subject to sectoral sanctions maintained by the EU, US, etc.

*Letter:* This Sanctions Warranty and Indemnity Letter.

*Restricted Items:* Any item that is either positively included on any list of goods the import/export/transit of which is prohibited by applicable Sanction(s) OR where positively not authorized by applicable Sanction(s).

*Sanction(s):* Any applicable economic or financial sanction regulation, trade embargo or export control law or regulation implemented, administered or enforced by a Sanctions Authority.

*Sanction(s) Authority:* An international institution or applicable national or regional government, or subdivisions thereof that possess the authority to enact and implement applicable economic and/or financial sanctions regulations or other economic controls upon individuals, organizations, corporations, political entities and other parties Such authorities include, but are not limited to United Nations Security Council ("UNSC"), the European Union ("EU"), The German Federal Office for Economic Affairs and Export Control ("BAFA"), the Germany Federal Bank, the U.S. Department of the Treasury's Office of Foreign Assets Control ("OFAC"), the U.S. Departments of State or Commerce, the United Kingdom (including Her Majesty's Treasury ("HMT")), Australian Department of Foreign Affairs and Trade, and any other equivalent sanctions authority. Collectively, these are deemed the "Sanctions Authorities".

*Sanction(s) Lists:* A list of sanctioned entities (i.e., Denied Parties), generally consisting of names of the sanctioned individuals, entities and associated details (addresses, locations, aliases).

*Sanctioned Countries:* Those countries, regions or territories that are currently subject to broad, complex or comprehensive sanctions including but not limited to UN/EU/U.S. embargoes (e.g. currently Crimea, Iran, North Korea, Sudan, and Syria; (Cuba where US sanctions apply)). This list may change from time to time and may also be based on factors beyond law.

*Shipment:* For an individual shipment, the shipment referenced by Air Waybill Number or other DHL shipment reference at the start of this Letter. For a Blanket Letter, all shipments by the Shipper after the date this Letter was executed.

2



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

Ruby J. Krajick
Clerk of Court

May 22, 2018

National Iranian Petrochemical Company
c/o Mohammed Javad Zarif
Minister of Foreign Affairs
Of the Islamic Republic of Iran
Imam Kohmeini Avenue
Tehran, Iran

Re:   *Hoglan, et al. v. Iran, et al. 1:11 cv 07550 (GBD)(SN)*
      In Re Terrorist Attacks on September 11, 2001, 1:03 md 01570 (GBD)(SN)

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(a)(3), one copy of
the following documents are being served on you on behalf of the Plaintiff in the above-
referenced action which names your country and/or a government office as a defendant:

(1)   Cover Letter to Mohammad Javad Zarif, Foreign Minister of the Islamic Republic of
      Iran;
(2)   U.S. Dist. Court for the Southern District of N.Y. Clerk's Certificate of Default, dated
      March 17, 2015 (*Hoglan* Docket No. 89);
(3)   Notice of Default Judgment prepared in accordance with 22 CFR § 93.2;
(4)   Order of Judgment Regarding Liability entered by Judge George B. Daniels on August
      31, 2015 (MDL Docket No. 3027);
(5)   Findings of Fact and Conclusions of Law entered by Judge George B. Daniels on August
      31, 2015 (*Hoglan* Docket No. 111);
(6)   Report and Recommendation #1 by Magistrate Judge Sarah Netburn, dated October 12,
      2016 (*Hoglan* Docket No. 171);
(7)   Report and Recommendation #2 by Magistrate Judge Sarah Netburn, dated October 14,

2016 (*Hoglan* Docket No. 172);

(8)   Report and Recommendation #3 by Magistrate Judge Sarah Netburn, dated October 24, 2016 (MDL Docket No. 3374);

(9)   Partial Order and Judgment entered by Judge George B. Daniels on October 31, 2016 (*Hoglan* Docket No. 178);

(10)   Memorandum Decision and Order entered by Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3383);

(11)   Memorandum Decision and Order entered by Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3384);

(12)   Memorandum Decision and Order entered by Judge George B. Daniels on June 21, 2017 (MDL Docket No. 3633);

(13)   Report and Recommendation #4 by Magistrate Judge Sarah Netburn, dated August 8, 2017 (*Hoglan* Docket No. 219);

(14)   Memorandum Decision and Order entered by Judge George B. Daniels on November 17, 2017 (MDL Docket No. 3795);

(15)   Final Order and Judgment on Compensatory Damages entered by Judge George B. Daniels on February 26, 2018 (MDL Docket No. 3905);

(16)   Foreign Sovereign Immunities Act, 28 U.S.C. §1602, et seq.;

(17)   Right to Appeal Notice; and,

(18)   Right to Appeal Form.

Respectfully yours,

Ruby J. Krajick

Clerk of the Court

Enc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK_____

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____
```

HOGLAN et al

                              Plaintiff(s)          **CERTIFICATE OF MAILING**

                                                    Case No.: _1:11 cv 07550_ (gbd)

            -v-

ISLAMIC REPUBLIC OF IRAN et al

                              Defendant(s)

I hereby certify under the penalties of perjury that on _25_ day of _May_____ , 20 18  , I served:
National Iranian Petrochemical Company c/o Mohammed Javad Zarif Minister of _____
_Foreign Affairs of the Islamic Republic of Iran Imam Kohmeini Avenue, Tehran, Iran_____

☐ One copy of the _____

by _____ , to the individual of the
foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒ One copy of the See attached Rider. _____

by DHL 2569193675 _____ , to the head of the ministry
of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. §
1608(a)(3).

☐ Two copies of the _____

by _____ , to the Secretary of State,
Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison
(CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC
20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ One copy of the _____

by _____ , to the head of the agency or
instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities
Act, 28 U.S.C. § 1608(b)(3)(B).

Dated: New York, New York
       _May 25, 2018_

                                        **RUBY J. KRAJICK**
                                        **CLERK OF COURT**

                                        Print Name: Jashira Carlo
                                        DEPUTY CLERK OF COURT

# Attached Rider

The documents to be served on all of these Defendants are as follows:

(1)   Cover Letter to Mohammad Javad Zarif, Foreign Minister of the Islamic Republic ofiran;

(2)   U.S. Dist. Court for the Southern District of N.Y. Clerk's Certificate of Default, dated March 17, 2015 (Hoglan Docket No. 89);

(3)   Notice of Default Judgment prepared in accordance with 22 CFR § 93.2;

(4)   Order of Judgment Regarding Liability entered by Judge George B. Daniels on August 31, 2015 (MDL Docket No. 3027);

(5)   Findings of Fact and Conclusions of Law entered by Judge George B. Daniels on August 31, 2015 (Hoglan Docket No. 111);

(6)   Report and Recommendation #1 by Magistrate Judge Sarnh Netburn, dated October 12, 2016 (Hoglan Docket No. 171);

(7)   Report and Recommendation #2 by Magistrate Judge Sarah Netburn, dated October 14, 2016 (Hoglan Docket No. 172);

(8)   Report and Recommendation #3 by Magistrate Judge Sarah Netbum, dated October 24, 2016 (MDL Docket No. 3374);

(9)   Partial Order and Judgment entered by Judge George B. Daniels on October 31, 2016 (Hoglan Docket No. 178);

(10)   Memorandum Decision and Order entered by Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3383);

(11)   Memorandum Decision and Order entered by Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3384);

(12)   Memorandum Decision and Order entered by Judge George B. Daniels on June 21, 2017 (MDL Docket No. 3633);

(13)   Report and Recommendation #4 by Magistrate Judge Sarah Netburn, dated August 8, 2017 (Hoglan Docket No. 219);

(14)   Memorandum Decision and Order entered by Judge George B. Daniels on November 17, 2017 (MDL Docket No. 3795);

(15)   Final Order and Judgment on Compensatory Damages entered by Judge George B. Daniels on February 26, 2018 (MDL Docket No. 3905);

(16)   Foreign Sovereign Immunities Act, 28 U.S.C. §1602, et seq.;

(17)   Right to Appeal Notice; and,

(18)   Right to Appeal Form.





EXPRESS WORLDWIDE

DHL Office

DOX

Origin:
MDT

Contact:
Mirliaw Mohammad Javad
9821887/29191

From: THOMAS EDWARD MELLON III ESQUIRE
Thomas Mellon Pryor, 2 1-5-510-2345
212 W COURT ST STE 8
GOYLESTOWN PA 18901
United States

To: National Iranian Petrochemical Corp
c/o The Ministry Foreign Affairs
of the Islamic Republic of Iran
Iman Khomeini Avenue
TEHRAN
Iran (Islamic Republic Of)

IR-THR-SVC

Date: 2015-05-23    Shot Weight: 2.0 lb    Day    Time:    Piece: 1/1

SX    RefCode: Hogtan    Content:
Legal Paperwork

WAYBILL 25   6919   3675

(2L) IR-42000094

(JUD01 4600 0056 9716 6706

[Note: This letter is required for each individual shipment destined to Iran, Syria, North Korea, Sudan, Crimea and Cuba.]

## GENERAL SANCTIONS WARRANTY AND INDEMNITY LETTER

Shipment Details/Air Waybill Number DHL Express/25-6919-3675

This Sanctions Warranty and Indemnity Letter (this "Letter") details the understanding between Thomas E. Mellow, III ("Shipper") and DHL Express ("DHL") and clarifies the representations and warranties Shipper provides to DHL with respect to the potential impact of economic sanctions laws and regulations upon the Shipment. Capitalized terms used herein are defined in Annex A to this Letter.

### SHIPPER HEREBY REPRESENTS AND WARRANTS TO DPDHL THAT:

#### SHIPPER'S REPRESENTATIONS AND WARRANTIES WITH RESPECT TO SHIPPER

Shipper is not a Denied Party, or in any way identified, either specifically or by reference, on any applicable Sanctions List issued pursuant to a Sanction(s) issued by a Sanctions Authority. Shipper is neither owned nor controlled by a Denied Party.

#### SHIPPER'S REPRESENTATIONS AND WARRANTIES WITH RESPECT TO THE CONSIGNEE(S) AND END-USER(S)

Shipper has conducted effective due diligence on the Shipment's recipients, any known end-users and all consignees. To the best of Shipper's knowledge, tendering the shipments to DHL and its delivery by DHL to its intended destinations and/or end-users will not: 1) Constitute a breach or violation of any applicable Sanction; or 2) Expose DHL to any Sanction or penalty imposed by any Sanctions Authority.

#### SHIPPER'S REPRESENTATIONS AND WARRANTIES WITH RESPECT TO THE SHIPMENT

The Shipper warrants that:
(a) the shipments does not contain any Restricted Items, or, alternatively,
(b) if the Shipments does contain Restricted Items, any and all licenses, approvals and permits that may be required under applicable laws and regulations have been obtained from the proper authorities, and a copy of each such license, approval or permit are provided to DHL prior to or at the time of tendering the shipments to DHL;
(c) the Shipper is the true shipper and exporter of the Shipments; and
(d) the description, value, consignee, and other associated information and documents related to the Shipments are true and accurate.

#### FOR SHIPMENTS SUBJECT TO US SANCTIONS LAWS (ONLY IF APPLICABLE):

(a) the Shipments does not contain any unlicensed or non-exempt United States-origin items or any other items that are subject to U.S. export controls (e.g., goods produced outside the United States containing by value at least 10% US content or technology or 25% where applicable);
(b) the Shipper, where the shipment is tendered to DHL outside the United States and its territories, has not and will not receive or remit any United States Dollar (USD) payments for the goods being shipped, whether directly from the recipient or consignee, or indirectly from any other person (unless specifically permitted by license or exemption); and
(c) the Shipper, where the shipments is tendered to DHL outside the United States and its territories, has not and will not pay DHL for the Shipments or for any other services in USD.

#### SHIPPER'S GRANT OF INDEMNITY AND RIGHTS TO DHL.

*Indemnity:* The Shipper shall irrevocably and unconditionally hold DHL (including its employees, servants, agents, subcontractors, representatives, insurers and re-insurers) fully harmless from and keep DPDHL (including its employees, servants, agents, subcontractors, representatives, insurers and re-insurers) fully indemnified against all and any losses, damages, fines and expenses whatsoever which it may suffer arising or resulting from any breach or violation by the Shipper (including its employees, servants, agents, sub-contractors and representatives) of any:

1

Version 0.6
Date 2017-07-14

[Note: This letter is required for each individual shipment destined to Iran, Syria, North Korea, Sudan, Crimea and Cuba.]

(a) Applicable Sanction(s), or

(b) the representations and warranties contained herein, including non-declaration or illegal, inaccurate and/or inadequate declaration by the Shipper in respect of the shipment or from any other cause in connection with the Shipment, or the exercise by DHL of any and all of its rights as set out below ("Grant to DHL").

*Comply with DHL Actions*: The Shipper shall comply with any and all special handling procedures that DHL may require and implement for the shipments to comply with a Sanction.

*Grant to DHL*: Shipper hereby grants DHL the right (but not the obligation) at DHL's discretion to conduct any or all of the following:

(a) inspect and/or screen the Shipments in accordance with applicable laws;

(b) return the shipments;

(c) abandon or block the shipments without any further liability to the Shipper as required by applicable law;

(d) disclose information related to the shipment to a government authority in accordance with applicable laws;

(e) release the shipments to a government authority in accordance with applicable laws; or store the shipments during the examination period and then dispose of or destroy the shipments (all at the Shipper's costs) without any further liability to the Shipper if it becomes apparent that any of the representations or warranties in this Letter are untrue, inaccurate or incomplete, or if DHL reasonably believes that such action is necessary to ensure its own compliance with applicable laws and regulations. DHL will take prompt and reasonable measures to provide the Shipper with reasonable advance notice prior to taking any such action and offer the Shipper a reasonable opportunity to provide the necessary clarifications to the compliance matters at issue.

SHIPPER ACKNOWLEDGEMENT

DHL accepts the shipments in full reliance upon the Shipper's representations, warranties and agreement contained in this Letter. The terms of this Letter shall prevail over any conflicting terms and conditions of general carriage or contract. By signing below the Shipper acknowledges and agrees to all provisions of this Letter.

Signature: _(signature)_            Date: May 23, 2018

Print Name: THOMAS E. Mellon, III     Title: Attorney

Company Name: Mellon Law Firm

**ANNEX A: DEFINITIONS**

*Denied Party*: A person or entity which is included on an applicable Sanctions List. Note that the lists can include incomplete names, addresses and other details. For the purposes of this Letter, the term "Denied Party" does not include entities that appear on the Sectoral Sanctions Identification List (the "SSI List") maintained by the EU, OFAC or a comparable list of persons subject to sectoral sanctions maintained by the EU, US, etc.

*Letter*: This Sanctions Warranty and Indemnity Letter.

*Restricted Items*: Any item that is either positively included on any list of goods the import/export/transit of which is prohibited by applicable Sanction(s) OR where positively not authorized by applicable Sanction(s).

*Sanction(s)*: Any applicable economic or financial sanction, trade embargo or export control law or regulation implemented, administered or enforced by a Sanctions Authority.

*Sanctions Authority*: An international institution or applicable national or regional government, or subdivisions thereof that possess the authority to enact and implement applicable economic and/or financial sanctions regulations or other economic controls upon individuals, organizations, corporations, political entities and other parties. Such authorities include, but are not limited to United Nations Security Council ("UNSC"), the European Union ("EU"), The German Federal Office for Economic Affairs and Export Control ("BAFA"), the Germany Federal Bank, the U.S. Department of the Treasury's Office of Foreign Assets Control ("OFAC"), the U.S. Departments of State or Commerce, the United Kingdom (including Her Majesty's Treasury ("HMT")), Australian Department of Foreign Affairs and Trade, and any other equivalent sanctions authority. Collectively, these are deemed the "Sanctions Authorities".

*Sanction(s) Lists*: A list of sanctioned entities (i.e., Denied Parties), generally consisting of names of the sanctioned individuals, entities and associated details (addresses, locations, aliases).

*Sanctioned Countries*: Those countries, regions or territories that are currently subject to broad, complex or comprehensive sanctions including but not limited to UN/EU/U.S. embargoes (e.g. currently Crimea, Iran, North Korea, Sudan, and Syria; (Cuba where US sanctions apply)). This list may change from time to time and may also be based on factors beyond law.

*Shipment*: For an individual shipment, the shipment referenced by Air Waybill Number or other DHL shipment reference at the start of this Letter. For a Blanket Letter, all shipments by the Shipper after the date this Letter was executed.

Version 0.8
Date 2017-07-14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

Ruby J. Krajick
Clerk of Court

May 22, 2018

National Iranian Gas Company
c/o Mohammed Javad Zarif
Minister of Foreign Affairs
Of the Islamic Republic of Iran
Imam Kohmeini Avenue
Tehran, Iran

Re:   *Hoglan, et al. v. Iran, et al. 1:11 cv 07550 (GBD)(SN)*
      In Re Terrorist Attacks on September 11, 2001, 1:03 md 01570 (GBD)(SN)

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(a)(3), one copy of
the following documents are being served on you on behalf of the Plaintiff in the above-
referenced action which names your country and/or a government office as a defendant:

(1)   Cover Letter to Mohammad Javad Zarif, Foreign Minister of the Islamic Republic of
      Iran;

(2)   U.S. Dist. Court for the Southern District of N.Y. Clerk's Certificate of Default, dated
      March 17, 2015 (*Hoglan* Docket No. 89);

(3)   Notice of Default Judgment prepared in accordance with 22 CFR § 93.2;

(4)   Order of Judgment Regarding Liability entered by Judge George B. Daniels on August
      31, 2015 (MDL Docket No. 3027);

(5)   Findings of Fact and Conclusions of Law entered by Judge George B. Daniels on August
      31, 2015 (*Hoglan* Docket No. 111);

(6)   Report and Recommendation #1 by Magistrate Judge Sarah Netburn, dated October 12,
      2016 (*Hoglan* Docket No. 171);

(7)   Report and Recommendation #2 by Magistrate Judge Sarah Netburn, dated October 14,

2016 (*Hoglan* Docket No. 172);

(8)     Report and Recommendation #3 by Magistrate Judge Sarah Netburn, dated October 24, 2016 (MDL Docket No. 3374);

(9)     Partial Order and Judgment entered by Judge George B. Daniels on October 31, 2016 (*Hoglan* Docket No. 178);

(10)    Memorandum Decision and Order entered by Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3383);

(11)    Memorandum Decision and Order entered by Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3384);

(12)    Memorandum Decision and Order entered by Judge George B. Daniels on June 21, 2017 (MDL Docket No. 3633);

(13)    Report and Recommendation #4 by Magistrate Judge Sarah Netburn, dated August 8, 2017 (*Hoglan* Docket No. 219);

(14)    Memorandum Decision and Order entered by Judge George B. Daniels on November 17, 2017 (MDL Docket No. 3795);

(15)    Final Order and Judgment on Compensatory Damages entered by Judge George B. Daniels on February 26, 2018 (MDL Docket No. 3905);

(16)    Foreign Sovereign Immunities Act, 28 U.S.C. §1602, et seq.;

(17)    Right to Appeal Notice; and,

(18)    Right to Appeal Form.

Respectfully yours,

Ruby J. Krajick
Clerk of the Court

Enc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK_____

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:
```

HOGLAN et al

                              Plaintiff(s)            **CERTIFICATE OF MAILING**

                                                      Case No.:   1:11 cv 07550   (gbd)

              -v-

ISLAMIC REPUBLIC OF IRAN et al

                              Defendant(s)

_____

I hereby certify under the penalties of perjury that on ⌂5 day of May_____, 20 18__, I served:
National Iranian Gas Company c/o Mohammed Javad Zarif Minister of_____
Foreign Affairs of the Islamic Republic of Iran Imam Kohmeini Avenue, Tehran, Iran_____

☐   One copy of the _____

    by _____, to the individual of the
    foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒   One copy of the See attached Rider._____

    by DHL 2569193292_____, to the head of the ministry
    of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. §
    1608(a)(3).

☐   Two copies of the _____

    by _____, to the Secretary of State,
    Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison
    (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC
    20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☐   One copy of the _____

    by _____, to the head of the agency or
    instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities
    Act, 28 U.S.C. § 1608(b)(3)(B).

**Dated: New York, New York**
    May 25, 2018

                              RUBY J. KRAJICK
                              CLERK OF COURT

                              _____
                              Print Name Jashira Carlo
                              DEPUTY CLERK OF COURT

# Attached Rider

The documents to be served on all of these Defendants are as follows:

(1)   Cover Letter to Mohammad Javad Zarif, Foreign Minister of the Islamic Republic of Iran;

(2)   U.S. Dist. Court for the Southern District of N.Y. Clerk's Certificate of Default, dated March 17, 2015 (Hoglan Docket No. 89);

(3)   Notice of Default Judgment prepared in accordance with 22 CFR § 93.2;

(4)   Order of Judgment Regarding Liability entered by Judge George B. Daniels on August 31, 2015 (MDL Docket No. 3027);

(5)   Findings of Fact and Conclusions of Law entered by Judge George B. Daniels on August 31, 2015 (Hoglan Docket No. 111);

(6)   Report and Recommendation #1 by Magistrate Judge Sarah Netburn, dated October 12, 2016 (Hoglan Docket No. 171);

(7)   Report and Recommendation #2 by Magistrate Judge Sarah Netburn, dated October 14, 2016 (Hoglan Docket No. 172);

(8)   Report and Recommendation #3 by Magistrate Judge Sarah Netburn, dated October 24, 2016 (MDL Docket No. 3374);

(9)   Partial Order and Judgment entered by Judge George B. Daniels on October 31, 2016 (Hoglan Docket No. 178);

(10)   Memorandum Decision and Order entered by Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3383);

(11)   Memorandum Decision and Order entered by Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3384);

(12)   Memorandum Decision and Order entered by Judge George B. Daniels on June 21, 2017 (MDL Docket No. 3633);

(13)   Report and Recommendation #4 by Magistrate Judge Sarah Netburn, dated August 8, 2017 (Hoglan Docket No. 219);

(14)   Memorandum Decision and Order entered by Judge George B. Daniels on November 17, 2017 (MDL Docket No. 3795);

(15)   Final Order and Judgment on Compensatory Damages entered by Judge George B. Daniels on February 26, 2018 (MDL Docket No. 3905);

(16)   Foreign Sovereign Immunities Act, 28 U.S.C. §1602, et seq.;

(17)   Right to Appeal Notice; and,

(18)   Right to Appeal Form.





EXPRESS WORLDWIDE    DOX

DHL Online

From: THOMAS EDWARD MELLON II ESQUIRE
Thomas Mellon  Phone 215-510-2345
212 WICOART ST STE B
DOYLESTOWN PA 18901
United States

Origin:
MDT

Contact:
Minister Mohammed Javad
982-166739101

To: National Iranian Gas Corporation
c/o The Ministry Foreign Affairs
of the Islamic Republic of Iran
Imam Khomeini Avenue
TEHRAN
Iran (Islamic Republic Of)

IR-THR-SVC

Date:
2018-05-23

Shpt Weight:
2.0 lb

Day    Time    Piece:
1/1

SX

Ref-Code: Hoglan

Contents:
Legal Paperwork

WAYBILL 25  6919  3292

(2L)IR42000064

(J)JD01 4600 0055 9716 6660



made from
recycled

l.com

[Note: This letter is required for each individual shipment destined to Iran, Syria, North Korea, Sudan, Crimea and Cuba.]

## GENERAL SANCTIONS WARRANTY AND INDEMNITY LETTER

Shipment Details/Air Waybill Number  DHL Express/ 35-6919 - 3292

This Sanctions Warranty and Indemnity Letter (this "Letter") details the understanding between
THOMAS E. MELLON, III., ("Shipper") and DHL Express ("DHL") and clarifies the representations and warranties Shipper provides to DHL with respect to the potential impact of economic sanctions laws and regulations upon the Shipment. Capitalized terms used herein are defined in Annex A to this Letter.

### SHIPPER HEREBY REPRESENTS AND WARRANTS TO DPDHL THAT:

#### SHIPPER'S REPRESENTATIONS AND WARRANTIES WITH RESPECT TO SHIPPER

Shipper is not a Denied Party, or in any way identified, either specifically or by reference, on any applicable Sanctions List issued pursuant to a Sanction(s) issued by a Sanctions Authority. Shipper is neither owned nor controlled by a Denied Party.

#### SHIPPER'S REPRESENTATIONS AND WARRANTIES WITH RESPECT TO THE CONSIGNEE(S) AND END-USER(S)

Shipper has conducted effective due diligence on the Shipment's recipients, any known end-users and all consignees. To the best of Shipper's knowledge, tendering the shipments to DHL and its delivery by DHL to its intended destinations and/or end-users will not: 1) Constitute a breach or violation of any applicable Sanction; or 2) Expose DHL to any Sanction or penalty imposed by any Sanctions Authority.

#### SHIPPER'S REPRESENTATIONS AND WARRANTIES WITH RESPECT TO THE SHIPMENT

The Shipper warrants that:

(a) the shipments does not contain any Restricted Items, or, alternatively,
(b) if the Shipments does contain Restricted Items, any and all licenses, approvals and permits that may be required under applicable laws and regulations have been obtained from the proper authorities, and a copy of each such license, approval or permit are provided to DHL prior to or at the time of tendering the shipments to DHL;
(c) the Shipper is the true shipper and exporter of the Shipments; and
(d) the description, value, consignee, and other associated information and documents related to the Shipments are true and accurate.

#### FOR SHIPMENTS SUBJECT TO US SANCTIONS LAWS (ONLY IF APPLICABLE):

(a) the Shipments does not contain any unlicensed or non-exempt United States-origin items or any other items that are subject to U.S. export controls (e.g., goods produced outside the United States containing by value at least 10% US content or technology or 25% where applicable);
(b) the Shipper, where the shipment is tendered to DHL outside the United States and its territories, has not and will not receive or remit any United States Dollar (USD) payments for the goods being shipped, whether directly from the recipient or consignee, or indirectly from any other person (unless specifically permitted by license or exemption); and
(c) the Shipper, where the shipments is tendered to DHL outside the United States and its territories, has not and will not pay DHL for the Shipments or for any other services in USD.

#### SHIPPER'S GRANT OF INDEMNITY AND RIGHTS TO DHL.

*Indemnity:* The Shipper shall irrevocably and unconditionally hold DHL (including its employees, servants, agents, subcontractors, representatives, insurers and re-insurers) fully harmless from and keep DPDHL (including its employees, servants, agents, subcontractors, representatives, insurers and re-insurers) fully indemnified against all and any losses, damages, fines and expenses whatsoever which it may suffer arising or resulting from any breach or violation by the Shipper (including its employees, servants, agents, sub-contractors and representatives) of any:

1

Version 0.6
Date 2017-07-14



[Note: This letter is required for each individual shipment destined to Iran, Syria, North Korea, Sudan, Crimea and Cuba.]

(a) Applicable Sanction(s), or

(b) the representations and warranties contained herein, including non-declaration or illegal, inaccurate and/or inadequate declaration by the Shipper in respect of the shipment or from any other cause in connection with the Shipment, or the exercise by DHL of any and all of its rights as set out below ("Grant to DHL").

*Comply with DHL Actions:* The Shipper shall comply with any and all special handling procedures that DHL may require and implement for the shipments to comply with a Sanction.

*Grant to DHL:* Shipper hereby grants DHL the right (but not the obligation) at DHL's discretion to conduct any or all of the following:

(a) inspect and/or screen the Shipments in accordance with applicable laws;

(b) return the shipments;

(c) abandon or block the shipments without any further liability to the Shipper as required by applicable law;

(d) disclose information related to the shipment to a government authority in accordance with applicable laws;

(e) release the shipments to a government authority in accordance with applicable laws; or
store the shipments during the examination period and then dispose of or destroy the shipments (all at the Shipper's costs) without any further liability to the Shipper if it becomes apparent that any of the representations or warranties in this Letter are untrue, inaccurate or incomplete, or if DHL reasonably believes that such action is necessary to ensure its own compliance with applicable laws and regulations. DHL will take prompt and reasonable measures to provide the Shipper with reasonable advance notice prior to taking any such action and offer the Shipper a reasonable opportunity to provide the necessary clarifications to the compliance matters at issue.

#### SHIPPER ACKNOWLEDGEMENT

DHL accepts the shipments in full reliance upon the Shipper's representations, warranties and agreement contained in this Letter. The terms of this Letter shall prevail over any conflicting terms and conditions of general carriage or contract. By signing below the Shipper acknowledges and agrees to all provisions of this Letter.

Signature: _____          Date: May 23, 2018

Print Name: THOMAS E. Mellan, II          Title: Attorney

Company Name: Mellon Law Firm

#### ANNEX A: DEFINITIONS

*Denied Party:* A person or entity which is included on an applicable Sanctions List. Note that the lists can include incomplete names, addresses and other details. For the purposes of this Letter, the term "Denied Party" does not include entities that appear on the Sectoral Sanctions Identification List (the "SSI List") maintained by the EU, OFAC or a comparable list of persons subject to sectoral sanctions maintained by the EU, US, etc.

*Letter:* This Sanctions Warranty and Indemnity Letter.

*Restricted Items:* Any item that is either positively included on any list of goods the import/export/transit of which is prohibited by applicable Sanction(s) OR where positively not authorized by applicable Sanction(s).

*Sanction(s):* Any applicable economic or financial sanction regulation, trade embargo or export control law or regulation implemented, administered or enforced by a Sanctions Authority.

*Sanction(s) Authority:* An international institution or applicable national or regional government, or subdivisions thereof that possess the authority to enact and implement applicable economic and/or financial sanctions regulations or other economic controls upon individuals, organizations, corporations, political entities and other parties Such authorities include, but are not limited to United Nations Security Council ("UNSC"), the European Union ("EU"), The German Federal Office for Economic Affairs and Export Control ("BAFA"), the Germany Federal Bank, the U.S. Department of the Treasury's Office of Foreign Assets Control ("OFAC"), the U.S. Departments of State or Commerce, the United Kingdom (including Her Majesty's Treasury ("HMT")), Australian Department of Foreign Affairs and Trade, and any other equivalent sanctions authority. Collectively, these are deemed the "Sanctions Authorities".

*Sanction(s) Lists:* A list of sanctioned entities (i.e., Denied Parties), generally consisting of names of the sanctioned individuals, entities and associated details (addresses, locations, aliases).

*Sanctioned Countries:* Those countries, regions or territories that are currently subject to broad, complex or comprehensive sanctions including but not limited to UN/EU/U.S. embargoes (e.g. currently Crimea, Iran, North Korea, Sudan, and Syria; (Cuba where US sanctions apply)). This list may change from time to time and may also be based on factors beyond law.

*Shipment:* For an individual shipment, the shipment referenced by Air Waybill Number or other DHL shipment reference at the start of this Letter. For a Blanket Letter, all shipments by the Shipper after the date this Letter was executed.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

Ruby J. Krajick
Clerk of Court

May 22, 2018

National Iranian Tanker Corporation
c/o Mohammed Javad Zarif
Minister of Foreign Affairs
Of the Islamic Republic of Iran
Imam Kohmeini Avenue
Tehran, Iran

Re:  *Hoglan, et al. v. Iran, et al. 1:11 cv 07550 (GBD)(SN)*
In Re Terrorist Attacks on September 11, 2001, 1:03 md 01570 (GBD)(SN)

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(a)(3), one copy of
the following documents are being served on you on behalf of the Plaintiff in the above-
referenced action which names your country and/or a government office as a defendant:

(1)  Cover Letter to Mohammad Javad Zarif, Foreign Minister of the Islamic Republic of
Iran;

(2)  U.S. Dist. Court for the Southern District of N.Y. Clerk's Certificate of Default, dated
March 17, 2015 (*Hoglan* Docket No. 89);

(3)  Notice of Default Judgment prepared in accordance with 22 CFR § 93.2;

(4)  Order of Judgment Regarding Liability entered by Judge George B. Daniels on August
31, 2015 (MDL Docket No. 3027);

(5)  Findings of Fact and Conclusions of Law entered by Judge George B. Daniels on August
31, 2015 (*Hoglan* Docket No. 111);

(6)  Report and Recommendation #1 by Magistrate Judge Sarah Netburn, dated October 12,
2016 (*Hoglan* Docket No. 171);

(7)  Report and Recommendation #2 by Magistrate Judge Sarah Netburn, dated October 14,

2016 (*Hoglan* Docket No. 172);

(8)     Report and Recommendation #3 by Magistrate Judge Sarah Netburn, dated October 24, 2016 (MDL Docket No. 3374);

(9)     Partial Order and Judgment entered by Judge George B. Daniels on October 31, 2016 (*Hoglan* Docket No. 178);

(10)    Memorandum Decision and Order entered by Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3383);

(11)    Memorandum Decision and Order entered by Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3384);

(12)    Memorandum Decision and Order entered by Judge George B. Daniels on June 21, 2017 (MDL Docket No. 3633);

(13)    Report and Recommendation #4 by Magistrate Judge Sarah Netburn, dated August 8, 2017 (*Hoglan* Docket No. 219);

(14)    Memorandum Decision and Order entered by Judge George B. Daniels on November 17, 2017 (MDL Docket No. 3795);

(15)    Final Order and Judgment on Compensatory Damages entered by Judge George B. Daniels on February 26, 2018 (MDL Docket No. 3905);

(16)    Foreign Sovereign Immunities Act, 28 U.S.C. §1602, et seq.;

(17)    Right to Appeal Notice; and,

(18)    Right to Appeal Form.

Respectfully yours,

Ruby J. Krajick
Clerk of the Court

Enc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC # _____ |
| DATE FILED:_____ |

HOGLAN et al

                         Plaintiff(s)                    **CERTIFICATE OF MAILING**

                                                        Case No.:  1:11 cv 07550   (gbd)

         -v-

ISLAMIC REPUBLIC OF IRAN et al

                         Defendant(s)

I hereby certify under the penalties of perjury that on  25 day of May_____ , 20 18   , I served:
National Iranian Tanker Corporation c/o Mohammed Javad Zarif Minister of _____
Foreign Affairs of the Islamic Republic of Iran Imam Kohmeini Avenue, Tehran, Iran

☐  One copy of the _____

_____

by _____ , to the individual of the
foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒  One copy of the See attached Rider. _____

_____

by DHL 2569192931 _____ , to the head of the ministry
of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. §
1608(a)(3).

☐  Two copies of the _____

_____

by _____ , to the  Secretary of State,
Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison
(CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC
20520,  pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☐  One copy of the _____

_____

by _____ , to the head of the agency or
instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities
Act, 28 U.S.C. § 1608(b)(3)(B).

Dated: New York, New York
       May 25, 2018

                                        **RUBY J. KRAJICK**
                                        **CLERK OF COURT**

                                        Print Name: Jashira Carlo
                                        DEPUTY CLERK OF COURT

# Attached Rider

The documents to be served on all of these Defendants are as follows:

(1)     Cover Letter to Mohammad Javad Zarif, Foreign Minister of the Islamic Republic of Iran;

(2)     U.S. Dist. Court for the Southern District of N.Y. Clerk's Certificate of Default, dated March 17, 2015 (Hoglan Docket No. 89);

(3)     Notice of Default Judgment prepared in accordance with 22 CFR § 93.2;

(4)     Order of Judgment Regarding Liability entered by Judge George B. Daniels on August 31, 2015 (MDL Docket No. 3027);

(5)     Findings of Fact and Conclusions of Law entered by Judge George B. Daniels on August 31, 2015 (Hoglan Docket No. 111);

(6)     Report and Recommendation #1 by Magistrate Judge Sarah Netburn, dated October 12, 2016 (Hoglan Docket No. 171);

(7)     Report and Recommendation #2 by Magistrate Judge Sarah Netburn, dated October 14, 2016 (Hoglan Docket No. 172);

(8)     Report and Recommendation #3 by Magistrate Judge Sarah Netburn, dated October 24, 2016 (MDL Docket No. 3374);

(9)     Partial Order and Judgment entered by Judge George B. Daniels on October 31, 2016 (Hoglan Docket No. 178);

(10)    Memorandum Decision and Order entered by Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3383);

(11)    Memorandum Decision and Order entered by Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3384);

(12)    Memorandum Decision and Order entered by Judge George B. Daniels on June 21, 2017 (MDL Docket No. 3633);

(13)    Report and Recommendation #4 by Magistrate Judge Sarah Netburn, dated August 8, 2017 (Hoglan Docket No. 219);

(14)    Memorandum Decision and Order entered by Judge George B. Daniels on November 17, 2017 (MDL Docket No. 3795);

(15)   Final Order and Judgment on Compensatory Damages entered by Judge George B. Daniels on February 26, 2018 (MDL Docket No. 3905);

(16)   Foreign Sovereign Immunities Act, 28 U.S.C. §1602, et seq.;

(17)   Right to Appeal Notice; and,

(18)   Right to Appeal Form.



Ple
an

Pla

Po
ne
em

Co

Ve
et

Ins

**EXPRESS WORLDWIDE**
DHL Online

**DOX**

Origin:
**NOT**

Contact:
Mr.Islar Mohammed Javad
9821673919I

From: THOMAS EDWARD MELLON III ESQUIRE
Thomas Mellon Phone 215-610-2345
212 W COURT ST STE 6
DOYLESTOWN PA 18901
United States

To: National Iranian Tanker Corporation
c/o The Ministry Foreign Affairs
of the Islamic Republic of Iran
Iman Khomeini Avenue
**TEHRAN**
-Iran (Islamic Republic Of)

**IR-THR-SVC**

Date: Bept.Weight:
2018-05-23    **2.0 lb**

Day    Time

Piece:
**1/1**

**SX**

RefCode: Hogan

Contact:
Legal Paperwork

WAYBILL 25  6919  2931

(2L)IR+42000064

IJUDO1 4R00 0055 9716 6621

dhl.com

[Note: This letter is required for each individual shipment destined to Iran, Syria, North Korea, Sudan, Crimea and Cuba.]

## GENERAL SANCTIONS WARRANTY AND INDEMNITY LETTER

Shipment Details/Air Waybill Number DHL Express 35 - 6919 - 2931

This Sanctions Warranty and Indemnity Letter (this "Letter") details the understanding between THOMAS E. MELLON, JR, ESQ ("Shipper") and DHL Express ("DHL") and clarifies the representations and warranties Shipper provides to DHL with respect to the potential impact of economic sanctions laws and regulations upon the Shipment. Capitalized terms used herein are defined in Annex A to this Letter.

### SHIPPER HEREBY REPRESENTS AND WARRANTS TO DPDHL THAT:

#### SHIPPER'S REPRESENTATIONS AND WARRANTIES WITH RESPECT TO SHIPPER

Shipper is not a Denied Party, or in any way identified, either specifically or by reference, on any applicable Sanctions List issued pursuant to a Sanction(s) issued by a Sanctions Authority. Shipper is neither owned nor controlled by a Denied Party.

#### SHIPPER'S REPRESENTATIONS AND WARRANTIES WITH RESPECT TO THE CONSIGNEE(S) AND END-USER(S)

Shipper has conducted effective due diligence on the Shipment's recipients, any known end-users and all consignees. To the best of Shipper's knowledge, tendering the shipments to DHL and its delivery by DHL to its intended destinations and/or end-users will not: 1) Constitute a breach or violation of any applicable Sanction; or 2) Expose DHL to any Sanction or penalty imposed by any Sanctions Authority.

#### SHIPPER'S REPRESENTATIONS AND WARRANTIES WITH RESPECT TO THE SHIPMENT

The Shipper warrants that:

(a) the shipments does not contain any Restricted Items, or, alternatively,

(b) if the Shipments does contain Restricted Items, any and all licenses, approvals and permits that may be required under applicable laws and regulations have been obtained from the proper authorities, and a copy of each such license, approval or permit are provided to DHL prior to or at the time of tendering the shipments to DHL;

(c) the Shipper is the true shipper and exporter of the Shipments; and

(d) the description, value, consignee, and other associated information and documents related to the Shipments are true and accurate.

#### FOR SHIPMENTS SUBJECT TO US SANCTIONS LAWS (ONLY IF APPLICABLE):

(a) the Shipments does not contain any unlicensed or non-exempt United States-origin items or any other items that are subject to U.S. export controls (e.g., goods produced outside the United States containing by value at least 10% US content or technology or 25% where applicable);

(b) the Shipper, where the shipment is tendered to DHL outside the United States and its territories, has not and will not receive or remit any United States Dollar (USD) payments for the goods being shipped, whether directly from the recipient or consignee, or indirectly from any other person (unless specifically permitted by license or exemption); and

(c) the Shipper, where the shipments is tendered to DHL outside the United States and its territories, has not and will not pay DHL for the Shipments or for any other services in USD.

#### SHIPPER'S GRANT OF INDEMNITY AND RIGHTS TO DHL.

*Indemnity:* The Shipper shall irrevocably and unconditionally hold DHL (including its employees, servants, agents, subcontractors, representatives, insurers and re-insurers) fully harmless from and keep DPDHL (including its employees, servants, agents, subcontractors, representatives, insurers and re-insurers) fully indemnified against all and any losses, damages, fines and expenses whatsoever which it may suffer arising or resulting from any breach or violation by the Shipper (including its employees, servants, agents, sub-contractors and representatives) of any:

1

Version 0.6
Date 2017-07-14

[Note: This letter is required for each individual shipment destined to Iran, Syria, North Korea, Sudan, Crimea and Cuba.]

(a) Applicable Sanction(s), or
(b) the representations and warranties contained herein, including non-declaration or illegal, inaccurate and/or inadequate declaration by the Shipper in respect of the shipment or from any other cause in connection with the Shipment, or the exercise by DHL of any and all of its rights as set out below ("Grant to DHL").

*Comply with DHL Actions*: The Shipper shall comply with any and all special handling procedures that DHL may require and implement for the shipments to comply with a Sanction.

*Grant to DHL*: Shipper hereby grants DHL the right (but not the obligation) at DHL.'s discretion to conduct any or all of the following:

(a) inspect and/or screen the Shipments in accordance with applicable laws;
(b) return the shipments;
(c) abandon or block the shipments without any further liability to the Shipper as required by applicable law;
(d) disclose information related to the shipment to a government authority in accordance with applicable laws;
(e) release the shipments to a government authority in accordance with applicable laws; or
store the shipments during the examination period and then dispose of or destroy the shipments (all at the Shipper's costs) without any further liability to the Shipper if it becomes apparent that any of the representations or warranties in this Letter are untrue, inaccurate or incomplete, or if DHL reasonably believes that such action is necessary to ensure its own compliance with applicable laws and regulations. DHL will take prompt and reasonable measures to provide the Shipper with reasonable advance notice prior to taking any such action and offer the Shipper a reasonable opportunity to provide the necessary clarifications to the compliance matters at issue.

#### SHIPPER ACKNOWLEDGEMENT

DHL accepts the shipments in full reliance upon the Shipper's representations, warranties and agreement contained in this Letter. The terms of this Letter shall prevail over any conflicting terms and conditions of general carriage or contract. By signing below the Shipper acknowledges and agrees to all provisions of this Letter.

Signature: [signature]                             Date: May 23, 2018

Print Name: THOMAS E. Mellow, III    Title: A HoRNey

Company Name: MELLON LAW FiRM

#### ANNEX A: DEFINITIONS

*Denied Party*: A person or entity which is included on an applicable Sanctions List. Note that the lists can include incomplete names, addresses and other details. For the purposes of this Letter, the term "Denied Party" does not include entities that appear on the Sectoral Sanctions Identification List (the "SSI List") maintained by the HU, OFAC or a comparable list of persons subject to sectoral sanctions maintained by the EU, US, etc.

*Letter*: This Sanctions Warranty and Indemnity Letter.

*Restricted Items*: Any item that is either positively included on any list of goods the import/export/transit of which is prohibited by applicable Sanction(s) OR where positively not authorized by applicable Sanction(s).

*Sanction(s)*: Any applicable economic or financial sanction regulation, trade embargo or export control law or regulation implemented, administered or enforced by a Sanctions Authority.

*Sanction(s) Authority*: An international institution or applicable national or regional government, or subdivisions thereof that possess the authority to enact and implement applicable economic and/or financial sanctions regulations or other economic controls upon individuals, organizations, corporations, political entities and other parties Such authorities include, but are not limited to United Nations Security Council ("UNSC"), the European Union ("EU"), The German Federal Office for Economic Affairs and Export Control ("BAFA"), the Germany Federal Bank, the U.S. Department of the Treasury's Office of Foreign Assets Control ("OFAC"), the U.S. Departments of State or Commerce, the United Kingdom (including Her Majesty's Treasury ("HMT")), Australian Department of Foreign Affairs and Trade, and any other equivalent sanctions authority. Collectively, these are deemed the "Sanctions Authorities".

*Sanction(s) List*: A list of sanctioned entities (i.e., Denied Parties), generally consisting of names of the sanctioned individuals, entities and associated details (addresses, locations, aliases).

*Sanctioned Countries*: Those countries, regions or territories that are currently subject to broad, complex or comprehensive sanctions including but not limited to UNEU/U.S. embargoes (e.g. currently Crimea, Iran, North Korea, Sudan, and Syria; (Cuba where US sanctions apply)). This list may change from time to time and may also be based on factors beyond law.

*Shipment*: For an individual shipment, the shipment referenced by Air Waybill Number or other DHL shipment reference at the start of this Letter. For a Blanket Letter, all shipments by the Shipper after the date this Letter was executed.

Version 0.6
Date 2017-07-14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

Ruby J. Krajick
Clerk of Court

May 22, 2018

National Iranian Oil Corporation
c/o Mohammed Javad Zarif
Minister of Foreign Affairs
Of the Islamic Republic of Iran
Imam Kohmeini Avenue
Tehran, Iran

Re:     *Hoglan, et al. v. Iran, et al. 1:11 cv 07550 (GBD)(SN)*
        In Re Terrorist Attacks on September 11, 2001, 1:03 md 01570 (GBD)(SN)

Dear Sir:

        Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(a)(3), one copy of
the following documents are being served on you on behalf of the Plaintiff in the above-
referenced action which names your country and/or a government office as a defendant:

(1)     Cover Letter to Mohammad Javad Zarif, Foreign Minister of the Islamic Republic of
        Iran;
(2)     U.S. Dist. Court for the Southern District of N.Y. Clerk's Certificate of Default, dated
        March 17, 2015 (*Hoglan* Docket No. 89);
(3)     Notice of Default Judgment prepared in accordance with 22 CFR § 93.2;
(4)     Order of Judgment Regarding Liability entered by Judge George B. Daniels on August
        31, 2015 (MDL Docket No. 3027);
(5)     Findings of Fact and Conclusions of Law entered by Judge George B. Daniels on August
        31, 2015 (*Hoglan* Docket No. 111);
(6)     Report and Recommendation #1 by Magistrate Judge Sarah Netburn, dated October 12,
        2016 (*Hoglan* Docket No. 171);
(7)     Report and Recommendation #2 by Magistrate Judge Sarah Netburn, dated October 14,

2016 (*Hoglan* Docket No. 172);

(8)     Report and Recommendation #3 by Magistrate Judge Sarah Netburn, dated October 24, 2016 (MDL Docket No. 3374);

(9)     Partial Order and Judgment entered by Judge George B. Daniels on October 31, 2016 (*Hoglan* Docket No. 178);

(10)    Memorandum Decision and Order entered by Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3383);

(11)    Memorandum Decision and Order entered by Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3384);

(12)    Memorandum Decision and Order entered by Judge George B. Daniels on June 21, 2017 (MDL Docket No. 3633);

(13)    Report and Recommendation #4 by Magistrate Judge Sarah Netburn, dated August 8, 2017 (*Hoglan* Docket No. 219);

(14)    Memorandum Decision and Order entered by Judge George B. Daniels on November 17, 2017 (MDL Docket No. 3795);

(15)    Final Order and Judgment on Compensatory Damages entered by Judge George B. Daniels on February 26, 2018 (MDL Docket No. 3905);

(16)    Foreign Sovereign Immunities Act, 28 U.S.C. §1602, et seq.;

(17)    Right to Appeal Notice; and,

(18)    Right to Appeal Form.



Respectfully yours,

Ruby J. Krajick
Clerk of the Court

Enc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: _____ |

HOGLAN et al

                              Plaintiff(s)          **CERTIFICATE OF MAILING**

                                                   Case No.:  1:11 cv 07550  (gbd)

         ~v~

ISLAMIC REPUBLIC OF IRAN et al

                              Defendant(s)

---

I hereby certify under the penalties of perjury that on ⁀25 day of May_____ , 20 18 , I served:
National Iranian Oil Corporation c/o Mohammed Javad Zarif Minister of
Foreign Affairs of the Islamic Republic of Iran Imam Kohmeini Avenue, Tehran, Iran

☐  One copy of the_____

by _____ , to the individual of the
foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒  One copy of the See attached Rider._____

byDHL 2569192441_____ , to the head of the ministry
of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. §
1608(a)(3).

☐  Two copies of the_____

by _____ , to the Secretary of State,
Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison
(CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC
20520,  pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☐  One copy of the _____

by _____ , to the head of the agency or
instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities
Act, 28 U.S.C. § 1608(b)(3)(B).

Dated: New York, New York
         May 25, 2018

                                        **RUBY J. KRAJICK**
                                        **CLERK OF COURT**

                                        Print Name: Jashira Carlo
                                        DEPUTY CLERK OF COURT

# Attached Rider

The documents to be served on all of these Defendants are as follows:

(1)     Cover Letter to Mohammad Javad Zarif, Foreign Minister of the Islamic Republic of Iran;

(2)     U.S. Dist. Court for the Southern District of N.Y. Clerk's Certificate of Default, dated March 17, 2015 (Hoglan Docket No. 89);

(3)     Notice of Default Judgment prepared in accordance with 22 CFR § 93.2;

(4)     Order of Judgment Regarding Liability entered by Judge George B. Daniels on August 31, 2015 (MDL Docket No. 3027);

(5)     Findings of Fact and Conclusions of Law entered by Judge George B. Daniels on August 31, 2015 (Hoglan Docket No. 111);

(6)     Report and Recommendation #1 by Magistrate Judge Sarah Netburn, dated October 12, 2016 (Hoglan Docket No. 171);

(7)     Report and Recommendation #2 by Magistrate Judge Sarah Netburn, dated October 14, 2016 (Hoglan Docket No. 172);

(8)     Report and Recommendation #3 by Magistrate Judge Sarah Netburn, dated October 24, 2016 (MDL Docket No. 3374);

(9)     Partial Order and Judgment entered by Judge George B. Daniels on October 31, 2016 (Hoglan Docket No. 178);

(10)    Memorandum Decision and Order entered by Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3383);

(11)    Memorandum Decision and Order entered by Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3384);

(12)    Memorandum Decision and Order entered by Judge George B. Daniels on June 21, 2017 (MDL Docket No. 3633);

(13)    Report and Recommendation #4 by Magistrate Judge Sarah Netburn, dated August 8, 2017 (Hoglan Docket No. 219);

(14)    Memorandum Decision and Order entered by Judge George B. Daniels on November 17, 2017 (MDL Docket No. 3795);

(15)   Final Order and Judgment on Compensatory Damages entered by Judge George B. Daniels on February 26, 2018 (MDL Docket No. 3905);

(16)   Foreign Sovereign Immunities Act, 28 U.S.C. §1602, et seq.;

(17)   Right to Appeal Notice; and,

(18)   Right to Appeal Form.





dhl.com

[Note: This letter is required for each individual shipment destined to Iran, Syria, North Korea, Sudan, Crimea and Cuba.]

## GENERAL SANCTIONS WARRANTY AND INDEMNITY LETTER

Shipment Details/Air Waybill Number  DHL Express/25 -6919-2441

This Sanctions Warranty and Indemnity Letter (this "Letter") details the understanding between THOMAS E. MELLON, III ("Shipper") and DHL Express ("DHL") and clarifies the representations and warranties Shipper provides to DHL with respect to the potential impact of economic sanctions laws and regulations upon the Shipment. Capitalized terms used herein are defined in Annex A to this Letter.

### SHIPPER HEREBY REPRESENTS AND WARRANTS TO DPDHL THAT:

#### SHIPPER'S REPRESENTATIONS AND WARRANTIES WITH RESPECT TO SHIPPER

Shipper is not a Denied Party, or in any way identified, either specifically or by reference, on any applicable Sanctions List issued pursuant to a Sanction(s) issued by a Sanctions Authority. Shipper is neither owned nor controlled by a Denied Party.

#### SHIPPER'S REPRESENTATIONS AND WARRANTIES WITH RESPECT TO THE CONSIGNEE(S) AND END-USER(S)

Shipper has conducted effective due diligence on the Shipment's recipients, any known end-users and all consignees. To the best of Shipper's knowledge, tendering the shipments to DHL and its delivery by DHL to its intended destinations and/or end-users will not: 1) Constitute a breach or violation of any applicable Sanction; or 2) Expose DHL to any Sanction or penalty imposed by any Sanctions Authority.

#### SHIPPER'S REPRESENTATIONS AND WARRANTIES WITH RESPECT TO THE SHIPMENT

The Shipper warrants that:

(a) the shipments does not contain any Restricted Items, or, alternatively,
(b) if the Shipments does contain Restricted Items, any and all licenses, approvals and permits that may be required under applicable laws and regulations have been obtained from the proper authorities, and a copy of each such license, approval or permit are provided to DHL prior to or at the time of tendering the shipments to DHL;
(c) the Shipper is the true shipper and exporter of the Shipments; and
(d) the description, value, consignee, and other associated information and documents related to the Shipments are true and accurate.

#### FOR SHIPMENTS SUBJECT TO US SANCTIONS LAWS (ONLY IF APPLICABLE):

(a) the Shipments does not contain any unlicensed or non-exempt United States-origin items or any other items that are subject to U.S. export controls (e.g., goods produced outside the United States containing by value at least 10% US content or technology or 25% where applicable);
(b) the Shipper, where the shipment is tendered to DHL outside the United States and its territories, has not and will not receive or remit any United States Dollar (USD) payments for the goods being shipped, whether directly from the recipient or consignee, or indirectly from any other person (unless specifically permitted by license or exemption); and
(c) the Shipper, where the shipments is tendered to DHL outside the United States and its territories, has not and will not pay DHL for the Shipments or for any other services in USD.

#### SHIPPER'S GRANT OF INDEMNITY AND RIGHTS TO DHL

*Indemnity*: The Shipper shall irrevocably and unconditionally hold DHL (including its employees, servants, agents, subcontractors, representatives, insurers and re-insurers) fully harmless from and keep DPDHL (including its employees, servants, agents, subcontractors, representatives, insurers and re-insurers) fully indemnified against all and any losses, damages, fines and expenses whatsoever which it may suffer arising or resulting from any breach or violation by the Shipper (including its employees, servants, agents, sub-contractors and representatives) of any:

1

[Note: This letter is required for each individual shipment destined to Iran, Syria, North Korea, Sudan, Crimea and Cuba.]

(a) Applicable Sanction(s), or

(b) the representations and warranties contained herein, including non-declaration or illegal, inaccurate and/or inadequate declaration by the Shipper in respect of the shipment or from any other cause in connection with the Shipment, or the exercise by DHL of any and all of its rights as set out below ("Grant to DHL").

*Comply with DHL Actions*: The Shipper shall comply with any and all special handling procedures that DHL may require and implement for the shipments to comply with a Sanction.

*Grant to DHL*: Shipper hereby grants DHL the right (but not the obligation) at DHL's discretion to conduct any or all of the following:

(a) inspect and/or screen the Shipments in accordance with applicable laws;

(b) return the shipments;

(c) abandon or block the shipments without any further liability to the Shipper as required by applicable law;

(d) disclose information related to the shipment to a government authority in accordance with applicable laws;

(e) release the shipments to a government authority in accordance with applicable laws; or store the shipments during the examination period and then dispose of or destroy the shipments (all at the Shipper's costs) without any further liability to the Shipper if it becomes apparent that any of the representations or warranties in this Letter are untrue, inaccurate or incomplete, or if DHL reasonably believes that such action is necessary to ensure its own compliance with applicable laws and regulations. DHL will take prompt and reasonable measures to provide the Shipper with reasonable advance notice prior to taking any such action and offer the Shipper a reasonable opportunity to provide the necessary clarifications to the compliance matters at issue.

## SHIPPER ACKNOWLEDGEMENT

DHL accepts the shipments in full reliance upon the Shipper's representations, warranties and agreement contained in this Letter. The terms of this Letter shall prevail over any conflicting terms and conditions of general carriage or contract. By signing below the Shipper acknowledges and agrees to all provisions of this Letter.

Signature: [signature]          Date: May 23, 2018

Print Name: THOMAS E. Mellon, III     Title: Attorney

Company Name: Mellon Law Firm

### ANNEX A: DEFINITIONS

*Denied Party*: A person or entity which is included on an applicable Sanctions List. Note that the lists can include incomplete names, addresses and other details. For the purposes of this Letter, the term "Denied Party" does not include entities that appear on the Sectoral Sanctions Identification List (the "SSI List") maintained by the EU, OFAC or a comparable list of persons subject to sectoral sanctions maintained by the EU, US, etc.

*Letter*: This Sanctions Warranty and Indemnity Letter.

*Restricted Items*: Any item that is either positively included on any list of goods the import/export/transit of which is prohibited by applicable Sanction(s) OR where positively not authorized by applicable Sanction(s).

*Sanction(s) Authority*: An international institution or applicable national or regional government, or subdivisions thereof that possess the authority to enact and implement applicable economic and/or financial sanctions regulations or other economic controls upon individuals, organizations, corporations, political entities and other parties. Such authorities include, but are not limited to United Nations Security Council ("UNSC"), the European Union ("EU"), The German Federal Office for Economic Affairs and Export Control ("BAFA"), the Germany Federal Bank, the U.S. Department of the Treasury's Office of Foreign Assets Control ("OFAC"), the U.S. Departments of State or Commerce, the United Kingdom (including Her Majesty's Treasury ("HMT")), Australian Department of Foreign Affairs and Trade, and any other equivalent sanctions authority. Collectively, these are deemed the "Sanctions Authorities".

*Sanction(s) Lists*: A list of sanctioned entities (i.e., Denied Parties), generally consisting of names of the sanctioned individuals, entities and associated details (addresses, locations, aliases).

*Sanctioned Countries*: Those countries, regions or territories that are currently subject to broad, complex or comprehensive sanctions including but not limited to UN/EU/U.S. embargoes (e.g. currently Crimea, Iran, North Korea, Sudan, and Syria; (Cuba where US sanctions apply)). This list may change from time to time and may also be based on factors beyond law.

*Shipment*: For an individual shipment, the shipment referenced by Air Waybill Number or other DHL shipment reference at the start of this Letter. For a Blanket Letter, all shipments by the Shipper after the date this Letter was executed.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

Ruby J. Krajick
Clerk of Court

May 22, 2018

Ali Akbar Hashemi Rafsanjani
c/o Mohammed Javad Zarif
Minister of Foreign Affairs
Of the Islamic Republic of Iran
Imam Kohmeini Avenue
Tehran, Iran

Re:     *Hoglan, et al. v. Iran, et al. 1:11 cv 07550 (GBD)(SN)*
        In Re Terrorist Attacks on September 11, 2001, 1:03 md 01570 (GBD)(SN)

Dear Sir:

        Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(a)(3), one copy of
the following documents are being served on you on behalf of the Plaintiff in the above-
referenced action which names your country and/or a government office as a defendant:

(1)     Cover Letter to Mohammad Javad Zarif, Foreign Minister of the Islamic Republic of
        Iran;
(2)     U.S. Dist. Court for the Southern District of N.Y. Clerk's Certificate of Default, dated
        March 17, 2015 (*Hoglan* Docket No. 89);
(3)     Notice of Default Judgment prepared in accordance with 22 CFR § 93.2;
(4)     Order of Judgment Regarding Liability entered by Judge George B. Daniels on August
        31, 2015 (MDL Docket No. 3027);
(5)     Findings of Fact and Conclusions of Law entered by Judge George B. Daniels on August
        31, 2015 (*Hoglan* Docket No. 111);
(6)     Report and Recommendation #1 by Magistrate Judge Sarah Netburn, dated October 12,
        2016 (*Hoglan* Docket No. 171);
(7)     Report and Recommendation #2 by Magistrate Judge Sarah Netburn, dated October 14,

2016 (*Hoglan* Docket No. 172);

(8)   Report and Recommendation #3 by Magistrate Judge Sarah Netburn, dated October 24, 2016 (MDL Docket No. 3374);

(9)   Partial Order and Judgment entered by Judge George B. Daniels on October 31, 2016 (*Hoglan* Docket No. 178);

(10)   Memorandum Decision and Order entered by Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3383);

(11)   Memorandum Decision and Order entered by Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3384);

(12)   Memorandum Decision and Order entered by Judge George B. Daniels on June 21, 2017 (MDL Docket No. 3633);

(13)   Report and Recommendation #4 by Magistrate Judge Sarah Netburn, dated August 8, 2017 (*Hoglan* Docket No. 219);

(14)   Memorandum Decision and Order entered by Judge George B. Daniels on November 17, 2017 (MDL Docket No. 3795);

(15)   Final Order and Judgment on Compensatory Damages entered by Judge George B. Daniels on February 26, 2018 (MDL Docket No. 3905);

(16)   Foreign Sovereign Immunities Act, 28 U.S.C. §1602, et seq.;

(17)   Right to Appeal Notice; and,

(18)   Right to Appeal Form.


Respectfully yours,

Ruby J. Krajick
Clerk of the Court

Enc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: _____ |

HOGLAN et al

                                Plaintiff(s)          **CERTIFICATE OF MAILING**

                                                      Case No.:  1:11 cv 07550  (gbd)

                    -v-

ISLAMIC REPUBLIC OF IRAN et al

                                Defendant(s)

_____

I hereby certify under the penalties of perjury that on $\partial 5$ day of May_____ , 20 18  , I served:
Ali Akbar Hashemi Rafsanjani c/o Mohammed Javad Zarif Minister of
Foreign Affairs of the Islamic Republic of Iran Imam Kohmeini Avenue, Tehran, Iran

☐  One copy of the _____

   by _____ , to the individual of the
   foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒  One copy of the See attached Rider. _____

   by DHL 2569191612 _____ , to the head of the ministry
   of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. §
   1608(a)(3).

☐  Two copies of the _____

   by _____ , to the Secretary of State,
   Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison
   (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC
   20520,  pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☐  One copy of the _____

   by _____ , to the head of the agency or
   instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities
   Act, 28 U.S.C. § 1608(b)(3)(B).

**Dated: New York, New York**
          May 25, 2018

                                                      **RUBY J. KRAJICK**
                                                      **CLERK OF COURT**

                                                      Print Name: Jashira Carlo
                                                      DEPUTY CLERK OF COURT

# Attached Rider

The documents to be served on all of these Defendants are as follows:

(1)    Cover Letter to Mohammad Javad Zarif, Foreign Minister of the Islamic Republic of Iran;

(2)    U.S. Dist. Court for the Southern District of N.Y. Clerk's Certificate of Default, dated March 17, 2015 (Hoglan Docket No. 89);

(3)    Notice of Default Judgment prepared in accordance with 22 CFR § 93.2;

(4)    Order of Judgment Regarding Liability entered by Judge George B. Daniels on August 31, 2015 (MDL Docket No. 3027);

(5)    Findings of Fact and Conclusions of Law entered by Judge George B. Daniels on August 31, 2015 (Hoglan Docket No. 111);

(6)    Report and Recommendation #1 by Magistrate Judge Sarnh Nethurn, dated October 12, 2016 (Hoglan Docket No. 171);

(7)    Report and Recommendation #2 by Magistrate Judge Sarah Netburn, dated October 14, 2016 (Hoglan Docket No. 172);

(8)    Report and Recommendation #3 by Magistrate Judge Sarah Netbum, dated October 24, 2016 (MDL Docket No. 3374);

(9)    Partial Order and Judgment entered by Judge George B. Daniels on October 31, 2016 (Hoglan Docket No. 178);

(10)    Memorandum Decision and Order entered by Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3383);

(11)    Memorandum Decision and Order entered by Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3384);

(12)    Memorandum Decision and Order entered by Judge George B. Daniels on June 21, 2017 (MDL Docket No. 3633);

(13)    Report and Recommendation #4 by Magistrate Judge Sarah Netburn, dated August 8, 2017 (Hoglan Docket No. 219);

(14)    Memorandum Decision and Order entered by Judge George B. Daniels on November 17, 2017 (MDL Docket No. 3795);

(15)     Final Order and Judgment on Compensatory Damages entered by Judge George B. Daniels on February 26, 2018 (MDL Docket No. 3905);

(16)     Foreign Sovereign Immunities Act, 28 U.S.C. §1602, et seq.;

(17)     Right to Appeal Notice; and,

(18)     Right to Appeal Form.





**_DHL_**

EXPRESS WORLDWIDE
DHL Online

**DOX**

From: THOMAS EDWARD MELLON III ESQUIRE
Thomas Mellon Phone: 215-610-0345
213 W COURT ST STE 5
DOYLESTOWN, PA 18901
United States

Origin:
MDT

Contact:
Mirisaw Mohammad Javad
98216079919i

To: Ali Akbar Hashemi Rafsanjani
c/o The Ministry Foreign Affairs
of the Islamic Republic of Iran
Iman Khomeini Avenue
TEHRAN
Iran (Islamic Republic Of)

IR-THR-SVC

Time:

Piece: 1/1

Date: 2016-05-23    Shot Weight: 2.0 lb    Day

Content:
Legal Paperwork

SX

Ref-Code: Region

WAYBILL 25  6919  1612

(2L)R+42000064

(JJD01 4600 0055 9716 6469

dhl.com

[Note: this letter is required for each individual shipment destined to Iran, Syria, North Korea, Sudan, Crimea and Cuba.]

## GENERAL SANCTIONS WARRANTY AND INDEMNITY LETTER

Shipment Details/Air Waybill Number  DHL Express 25-6919-1612

This Sanctions Warranty and Indemnity Letter (this "Letter") details the understanding between
THOMAS MELLON, ESQ ("Shipper") and **DHL Express** ("DHL") and clarifies the representations and warranties Shipper provides to DHL with respect to the potential impact of economic sanctions laws and regulations upon the Shipment. Capitalized terms used herein are defined in Annex A to this Letter.

### SHIPPER HEREBY REPRESENTS AND WARRANTS TO DPDHL THAT:

#### SHIPPER'S REPRESENTATIONS AND WARRANTIES WITH RESPECT TO SHIPPER

Shipper is not a Denied Party, or in any way identified, either specifically or by reference, on any applicable Sanctions List issued pursuant to a Sanction(s) issued by a Sanctions Authority. Shipper is neither owned nor controlled by a Denied Party.

#### SHIPPER'S REPRESENTATIONS AND WARRANTIES WITH RESPECT TO THE CONSIGNEE(S) AND END-USER(S)

Shipper has conducted effective due diligence on the Shipment's recipients, any known end-users and all consignees. To the best of Shipper's knowledge, tendering the shipments to DHL and its delivery by DHL to its intended destinations and/or end-users will not: 1) Constitute a breach or violation of any applicable Sanction; or 2) Expose DHL to any Sanction or penalty imposed by any Sanctions Authority.

#### SHIPPER'S REPRESENTATIONS AND WARRANTIES WITH RESPECT TO THE SHIPMENT

The Shipper warrants that:

(a) the shipments does not contain any Restricted Items, or, alternatively,
(b) if the Shipments does contain Restricted Items, any and all licenses, approvals and permits that may be required under applicable laws and regulations have been obtained from the proper authorities, and a copy of each such license, approval or permit are provided to DHL prior to or at the time of tendering the shipments to DHL;
(c) the Shipper is the true shipper and exporter of the Shipments; and
(d) the description, value, consignee, and other associated information and documents related to the Shipments are true and accurate.

#### FOR SHIPMENTS SUBJECT TO US SANCTIONS LAWS (ONLY IF APPLICABLE):

(a) the Shipments does not contain any unlicensed or non-exempt United States-origin items or any other items that are subject to U.S. export controls (e.g., goods produced outside the United States containing by value at least 10% US content or technology or 25% where applicable);
(b) the Shipper, where the shipment is tendered to DHL outside the United States and its territories, has not and will not receive or remit any United States Dollar (USD) payments for the goods being shipped, whether directly from the recipient or consignee, or indirectly from any other person (unless specifically permitted by license or exemption); and
(c) the Shipper, where the shipments is tendered to DHL outside the United States and its territories, has not and will not pay DHL for the Shipments or for any other services in USD.

#### SHIPPER'S GRANT OF INDEMNITY AND RIGHTS TO DHL.

*Indemnity:* The Shipper shall irrevocably and unconditionally hold DHL (including its employees, servants, agents, subcontractors, representatives, insurers and re-insurers) fully harmless from and keep DPDHL (including its employees, servants, agents, subcontractors, representatives, insurers and re-insurers) fully indemnified against all and any losses, damages, fines and expenses whatsoever which it may suffer arising or resulting from any breach or violation by the Shipper (including its employees, servants, agents, sub-contractors and representatives) of any:

1

Version 0.8
Date 2017-07-14

[Note: This letter is required for each individual shipment destined to Iran, Syria, North Korea, Sudan, Crimea and Cuba.]

(a) Applicable Sanction(s), or

(b) the representations and warranties contained herein, including non-declaration or illegal, inaccurate and/or inadequate declaration by the Shipper in respect of the shipment or from any other cause in connection with the Shipment, or the exercise by DHL of any and all of its rights as set out below ("Grant to DHL").

*Comply with DHL Actions:* The Shipper shall comply with any and all special handling procedures that DHL may require and implement for the shipments to comply with a Sanction.

*Grant to DHL:* Shipper hereby grants DHL the right (but not the obligation) at DHL's discretion to conduct any or all of the following:

(a) inspect and/or screen the Shipments in accordance with applicable laws;

(b) return the shipments;

(c) abandon or block the shipments without any further liability to the Shipper as required by applicable law;

(d) disclose information related to the shipment to a government authority in accordance with applicable laws;

(e) release the shipments to a government authority in accordance with applicable laws; or
store the shipments during the examination period and then dispose of or destroy the shipments (all at the Shipper's costs) without any further liability to the Shipper if it becomes apparent that any of the representations or warranties in this Letter are untrue, inaccurate or incomplete, or if DHL reasonably believes that such action is necessary to ensure its own compliance with applicable laws and regulations. DHL will take prompt and reasonable measures to provide the Shipper with reasonable advance notice prior to taking any such action and offer the Shipper a reasonable opportunity to provide the necessary clarifications to the compliance matters at issue.

## SHIPPER ACKNOWLEDGEMENT

DHL accepts the shipments in full reliance upon the Shipper's representations, warranties and agreement contained in this Letter. The terms of this Letter shall prevail over any conflicting terms and conditions of general carriage or contract. By signing below the Shipper acknowledges and agrees to all provisions of this Letter.

Signature: _[signature]_                          Date: May 23, 2018

Print Name: THOMAS MELLON              Title: ATTORNEY

Company Name: MELLON LAW FIRM

## ANNEX A: DEFINITIONS

*Denial Party:* A person or entity which is included on an applicable Sanctions List. Note that the lists can include incomplete names, addresses and other details. For the purposes of this Letter, the term "Denial Party" does not include entities that appear on the Sectoral Sanctions Identification List (the "SSI List") maintained by the EU, OFAC or a comparable list of persons subject to sectoral sanctions maintained by the EU, US, etc.

*Letter:* This Sanctions Warranty and Indemnity Letter.

*Restricted Items:* Any item that is either positively included on any list of goods the import/export/transit of which is prohibited by applicable Sanction(s) OR whose positively not authorized by applicable Sanction(s).

*Sanction(s):* Any applicable economic or financial sanction regulation, trade embargo or export control law or regulation implemented, administered or enforced by a Sanctions Authority.

*Sanction(s) Authority:* An international institution or applicable national or regional government, or subdivisions thereof that possess the authority to enact and implement applicable economic and/or financial sanctions regulations or other economic controls upon individuals, organizations, corporations, political entities and other parties. Such authorities include, but are not limited to United Nations Security Council ("UNSC"), the European Union ("EU"), The German Federal Office for Economic Affairs and Export Control ("BAFA"), the Germany Federal Bank, the U.S. Department of the Treasury's Office of Foreign Assets Control ("OFAC"), the U.S. Departments of State or Commerce, the United Kingdom (including Her Majesty's Treasury ("HMT")), Australian Department of Foreign Affairs and Trade, and any other equivalent sanctions authority. Collectively, these are deemed the "Sanctions Authorities".

*Sanction(s) List:* A list of sanctioned entities (i.e., Denied Parties), generally consisting of names of the sanctioned individuals, entities and associated details (addresses, locations, aliases).

*Sanctioned Countries:* Those countries, regions or territories that are currently subject to broad, complex or comprehensive sanctions including but not limited to UN/EU/U.S. embargoes (e.g. currently Crimea, Iran, North Korea, Sudan, and Syria; (Cuba where US sanctions apply)). This list may change from time to time and may also be based on factors beyond law.

*Shipment:* For an individual shipment, the shipment referenced by Air Waybill Number or other DHL shipment reference at the start of this Letter. For a Blanket Letter, all shipments by the Shipper after the date this Letter was executed.

Version 0.6
Date 2017-07-14

_[initials]_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

Ruby J. Krajick
Clerk of Court

May 22, 2018

Ayatollah Ali Hoseini-Khamenei
c/o Mohammed Javad Zarif
Minister of Foreign Affairs
Of the Islamic Republic of Iran
Imam Kohmeini Avenue
Tehran, Iran

Re:   *Hoglan, et al. v. Iran, et al. 1:11 cv 07550 (GBD)(SN)*
      In Re Terrorist Attacks on September 11, 2001, 1:03 md 01570 (GBD)(SN)

Dear Sir:

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(a)(3), one copy of
the following documents are being served on you on behalf of the Plaintiff in the above-
referenced action which names your country and/or a government office as a defendant:

(1)   Cover Letter to Mohammad Javad Zarif, Foreign Minister of the Islamic Republic of
      Iran;
(2)   U.S. Dist. Court for the Southern District of N.Y. Clerk's Certificate of Default, dated
      March 17, 2015 (*Hoglan* Docket No. 89);
(3)   Notice of Default Judgment prepared in accordance with 22 CFR § 93.2;
(4)   Order of Judgment Regarding Liability entered by Judge George B. Daniels on August
      31, 2015 (MDL Docket No. 3027);
(5)   Findings of Fact and Conclusions of Law entered by Judge George B. Daniels on August
      31, 2015 (*Hoglan* Docket No. 111);
(6)   Report and Recommendation #1 by Magistrate Judge Sarah Netburn, dated October 12,
      2016 (*Hoglan* Docket No. 171);
(7)   Report and Recommendation #2 by Magistrate Judge Sarah Netburn, dated October 14,

2016 (*Hoglan* Docket No. 172);

(8)     Report and Recommendation #3 by Magistrate Judge Sarah Netburn, dated October 24, 2016 (MDL Docket No. 3374);

(9)     Partial Order and Judgment entered by Judge George B. Daniels on October 31, 2016 (*Hoglan* Docket No. 178);

(10)    Memorandum Decision and Order entered by Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3383);

(11)    Memorandum Decision and Order entered by Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3384);

(12)    Memorandum Decision and Order entered by Judge George B. Daniels on June 21, 2017 (MDL Docket No. 3633);

(13)    Report and Recommendation #4 by Magistrate Judge Sarah Netburn, dated August 8, 2017 (*Hoglan* Docket No. 219);

(14)    Memorandum Decision and Order entered by Judge George B. Daniels on November 17, 2017 (MDL Docket No. 3795);

(15)    Final Order and Judgment on Compensatory Damages entered by Judge George B. Daniels on February 26, 2018 (MDL Docket No. 3905);

(16)    Foreign Sovereign Immunities Act, 28 U.S.C. §1602, et seq.;

(17)    Right to Appeal Notice; and,

(18)    Right to Appeal Form.

Respectfully yours,

Ruby J. Krajick
Clerk of the Court

Enc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #
> DATE FILED:

HOGLAN et al

Plaintiff(s)

**CERTIFICATE OF MAILING**

Case No.: 1:11 cv 07550 (gbd)

-v-

ISLAMIC REPUBLIC OF IRAN et al

Defendant(s)

I hereby certify under the penalties of perjury that on 25 day of May _____, 20 18 , I served:
Ayatollah Ali Hoseini Khamenei c/o Mohammed Javad Zarif Minister of _____
Foreign Affairs of the Islamic Republic of Iran Imam Kohmeini Avenue, Tehran, Iran

☐ One copy of the _____

by _____, to the individual of the
foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒ One copy of the See attached Rider. _____

by DHL 2569189733 _____, to the head of the ministry
of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. §
1608(a)(3).

☐ Two copies of the _____

by _____, to the Secretary of State,
Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison
(CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC
20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ One copy of the _____

by _____, to the head of the agency or
instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities
Act, 28 U.S.C. § 1608(b)(3)(B).

Dated: New York, New York
May 25, 2018

RUBY J. KRAJICK
CLERK OF COURT

Print Name: Jashira Carlo
DEPUTY CLERK OF COURT

# Attached Rider

The documents to be served on all of these Defendants are as follows:

(1)    Cover Letter to Mohammad Javad Zarif, Foreign Minister of the Islamic Republic ofiran;

(2)    U.S. Dist. Court for the Southern District of N.Y. Clerk's Certificate of Default, dated March 17, 2015 (Hoglan Docket No. 89);

(3)    Notice of Default Judgment prepared in accordance with 22 CFR § 93.2;

(4)    Order of Judgment Regarding Liability entered by Judge George B. Daniels on August 31, 2015 (MDL Docket No. 3027);

(5)    Findings of Fact and Conclusions of Law entered by Judge George B. Daniels on August 31, 2015 (Hoglan Docket No. 111);

(6)    Report and Recommendation #1 by Magistrate Judge Sarnh Netburn, dated October 12, 2016 (Hoglan Docket No. 171);

(7)    Report and Recommendation #2 by Magistrate Judge Sarah Netburn, dated October 14, 2016 (Hoglan Docket No. 172);

(8)    Report and Recommendation #3 by Magistrate Judge Sarah Netbum, dated October 24, 2016 (MDL Docket No. 3374);

(9)    Partial Order and Judgment entered by Judge George B. Daniels on October 31, 2016 (Hoglan Docket No. 178);

(10)    Memorandum Decision and Order entered by Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3383);

(11)    Memorandum Decision and Order entered by Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3384);

(12)    Memorandum Decision and Order entered by Judge George B. Daniels on June 21, 2017 (MDL Docket No. 3633);

(13)    Report and Recommendation #4 by Magistrate Judge Sarah Netburn, dated August 8, 2017 (Hoglan Docket No. 219);

(14)    Memorandum Decision and Order entered by Judge George B. Daniels on November 17, 2017 (MDL Docket No. 3795);

(15)   Final Order and Judgment on Compensatory Damages entered by Judge George B. Daniels on February 26, 2018 (MDL Docket No. 3905);

(16)   Foreign Sovereign Immunities Act, 28 U.S.C. §1602, et seq.;

(17)   Right to Appeal Notice; and,

(18)   Right to Appeal Form.





EXPRESS WORLDWIDE

DOX

From: THOMAS EDWARD MELLON III ESQUIRE
Thomas Mellon Plaza 218-510-2345
212 W COURT ST STE B
DOYLESTOWN PA 18901
United States

Origin:
MDT

Contact:
Minbar Mohammad Javad
982166738191

To: Ayatollah Ali Hoseini-Khamenei,
c/o The Ministry Foreign Affairs
of the Islamic Republic of Iran
Iman Khomeini Avenue
TEHRAN
Iran (Islamic Republic Of)

IR-THR-SVC

Date:
2018-05-23

Shpt Weight:
2.0 lb

Day

Time:

Piece:
1/1

Content:
Legal Paperwork

SX

Ref/Code: Hogan

WAYBILL 25 6918 9733

(2L)R+42000064

(JJJD01 4600 0055 9716 6268

dhl.com