**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

*IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :

                                       :   **MOTION TO PERMIT**
                                         :   **ATTACHMENT AND**
                                         :   **EXECUTION PURSUANT**
                                         :   **TO 28 U.S.C. §1610(c)**
                                         :
                                         :   03 MDL 1570 (GBD) (SN)

------------------------------------------------------------------x

**This Document Relates to**
*Hoglan, et al. v. Iran, et al.*
**1:11-cv-07550 (GBD) (SN)**

# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

Ruby J. Krajick
Clerk of Court

August 1, 2018

Secretary of State
Attn: Director of Consular Services
Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI)
U.S. Department of State
SA-29, 4TH Floor
2201 C Street N.W.
Washington, DC 20520

Re:   Hoglan, et al. v. Iran, et al., 1:11-cv-07550 (GBD)(SN)
      In Re Terrorist Attacks on September 11, 2001, 1:03-md-01570 (GBD)(SN)

Dear Sir:

Enclosed please find a copy of a letter received from the Law Firm of Wiggins Childs
Pantazis Fisher Goldfarb PLLC, along with two sets of: Cover Letter to Mohammad Javad Zarif,
Foreign Minister of the Islamic Republic of Iran, U.S. Dist. Court for the Southern District of
N.Y. Clerk's Certificate of Default, dated March 17, 2015 (Hoglan Docket No. 89), Notice of
Default Judgment prepared in accordance with 22 CFR § 93.2, Order of Judgment Regarding
Liability entered by Judge George B. Daniels on August 31, 2015 (MDL Docket No. 3027),
Findings of Fact and Conclusions of Law entered by Judge George B. Daniels on August 31,
2015 (Hoglan Docket No. 111), Report and Recommendation #1 by Magistrate Judge Sarah
Netburn, dated October 12, 2016 (Hoglan Docket No. 171), Report and Recommendation #2 by
Magistrate Judge Sarah Netburn, dated October 14, 2016 (Hoglan Docket No. 172), Report and
Recommendation #3 by Magistrate Judge Sarah Netburn, dated October 24, 2016 (MDL Docket
No. 3374), Partial Order and Judgment entered by Judge George B. Daniels on October 31, 2016
(Hoglan Docket No. 178), Memorandum Decision and Order entered by Judge George B.
Daniels on October 31, 2016 (MDL Docket No. 3383), Memorandum Decision and Order
entered by Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3384),
Memorandum Decision and Order entered by Judge George B. Daniels on June 21, 2017 (MDL
Docket No. 3633), Report and Recommendation #4 by Magistrate Judge Sarah Netburn, dated
August 8, 2017 (Hoglan Docket No. 219), Memorandum Decision and Order entered by Judge
George B. Daniels on November 17, 2017 (MDL Docket No. 3795), Final Order and Judgment
on Compensatory Damages entered by Judge George B. Daniels on February 26, 2018 (MDL
Docket No. 3905), Foreign Sovereign Immunities Act, 28 U.S.C. §1602, et seq., Right to Appeal
Notice; and Right to Appeal Form. Also enclosed is a money order in the amount of $2,275.00.
Please transmit the documents pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C.
§1608(a)(4). I am hereby requesting service upon the following:

Islamic Republic of Iran
c/o H.E Mohammad Javid Zarif,
Foreign Minister of Islamic Republic of Iran,
Ministry of Foreign Affairs of the Islamic Republic of Iran,
Imam Khomeini Avenue, Tehran, Iran.

Upon completion, please send me a certified copy of the diplomatic note of transmittal.

Thank you for your assistance. If you have any questions, please contact me.

Respectfully yours,

Ruby J. Krajick
Clerk of the Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED:

---

Hoglan, et al.

Plaintiff(s)

v.

Iran, et al.

Defendant(s)

**CERTIFICATE OF MAILING**

Case No.: 11 cv 07550 (GBD)

---

I hereby certify under the penalties of perjury that on the ___ day of August 2018, I served:

The Islamic Republic of Iran, c/o H.E. Mohammad Javad Zarif, Foreign Minister of the Islamic

Republic of Iran, Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini Avenue,

Tehran, Iran

☐  the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐  the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign
Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☒  the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and
Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW,
Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C.
§ 1608(a)(4).

☐  the head of the agency or instrumentality of the foreign state, pursuant to the provisions
of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

Two copy(ies) of the ___See Attached Rider.___

---

by ___FedEx 7728 6380 0967___

Dated: New York, New York
August 1, 2018

RUBY J. KRAJICK
CLERK OF COURT

Jashira Carlo
DEPUTY CLERK

## Rider

(1)  Cover Letter to Mohammad Javad Zarif, Foreign Minister of the Islamic Republic of Iran;

(2)  U.S. Dist. Court for the Southern District of N.Y. Clerk's Certificate of Default, dated March 17, 2015 (Hoglan Docket No. 89);

(3)  Notice of Default Judgment prepared in accordance with 22 CFR § 93.2;

(4)  Order of Judgment Regarding Liability entered by Judge George B. Daniels on August 31, 2015 (MDL Docket No. 3027);

(5)  Findings of Fact and Conclusions of Law entered by Judge George B. Daniels on August 31, 2015 (Hoglan Docket No. 111);

(6)  Report and Recommendation #1 by Magistrate Judge Sarah Netbum, dated October 12, 2016 (Hoglan Docket No. 171);

(7)  Report and Recommendation #2 by Magistrate Judge Sarah Netbum, dated October 14, 2016 (Hoglan Docket No. 172);

(8)  Report and Recommendation #3 by Magistrate Judge Sarah Netbum, dated October 24, 2016 (MDL Docket No. 3374);

(9)  Partial Order and Judgment entered by Judge George B. Daniels on October 31, 2016 (Hoglan Docket No. 178);

(10)  Memorandum Decision and Order entered by Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3383);

(11)  Memorandum Decision and Order entered by Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3384);

(12)  Memorandum Decision and Order entered by Judge George B. Daniels on June 21, 2017 (MDL Docket No. 3633);

(13)  Report and Recommendation #4 by Magistrate Judge Sarah Netburn, dated August 8, 2017 (Hoglan Docket No. 219);

(14)  Memorandum Decision and Order entered by Judge George B. Daniels on November 17, 2017 (MDL Docket No. 3795);

(15)  Final Order and Judgment on Compensatory Damages entered by Judge George B. Daniels on February 26, 2018 (MDL Docket No. 3905);

(16)  Foreign Sovereign Immunities Act, 28 U.S.C. §1602, et seq.;

(17)  Right to Appeal Notice; and,

(18)  Right to Appeal Form.

7/31/2018

FedEx Ship Manager - Print Your Label(s)



TRK# 7728 6380 0967
0201
1 of 8

EP AUKA

### MASTER ###

WED - 01 AUG 3:00P
STANDARD OVERNIGHT

DC-US
20520
IAD

TO   POLICY REVIEW & INTER-AGENCY LIASON
SEC. OF STATE DIR. CONSULAR SERV.
(CA/OCS/PRI), U.S. DEPT. OF STATE
SA-29, 4TH FLOOR, 2201 C ST. NW
WASHINGTON DC 20520
(202) 736-9110

BILL SENDER



Extremely Urgent

02000677

**PNC BANK**

**CASHIER'S CHECK**

PNC Bank, National Association
Philadelphia, PA

No. 4653077

DATE AUGUST 01, 2018

PAY TO THE
ORDER OF U.S. EMBASSY BERN

$ 2,275.00

TWO THOUSAND TWO HUNDRED SEVENTY FIVE AND 00 / 100******************DOLLARS

THOMAS E MELLON III
REMITTER

PNC Bank, National Association

OFFICIAL SIGNATURE

MIX
Paper from
responsible sources
FSC
FSC® C101537

⑈4653077⑈ ⑈031000053⑈ 850004154 2⑈

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

Ruby J. Krajick
Clerk of Court

August 1, 2018

Secretary of State
Attn: Director of Consular Services
Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI)
U.S. Department of State
SA-29, 4TH Floor
2201 C Street N.W.
Washington, DC 20520

Re:     Hoglan, et al. v. Iran, et al., 1:11-cv-07550 (GBD)(SN)
        In Re Terrorist Attacks on September 11, 2001, 1:03-md-01570 (GBD)(SN)

Dear Sir:

Enclosed please find a copy of a letter received from the Law Firm of Wiggins Childs
Pantazis Fisher Goldfarb PLLC, along with two sets of: Cover Letter to Mohammad Javad Zarif,
Foreign Minister of the Islamic Republic of Iran, U.S. Dist. Court for the Southern District of
N.Y. Clerk's Certificate of Default, dated March 17, 2015 (Hoglan Docket No. 89), Notice of
Default Judgment prepared in accordance with 22 CFR § 93.2, Order of Judgment Regarding
Liability entered by Judge George B. Daniels on August 31, 2015 (MDL Docket No. 3027),
Findings of Fact and Conclusions of Law entered by Judge George B. Daniels on August 31,
2015 (Hoglan Docket No. 111), Report and Recommendation #1 by Magistrate Judge Sarah
Netburn, dated October 12, 2016 (Hoglan Docket No. 171), Report and Recommendation #2 by
Magistrate Judge Sarah Netburn, dated October 14, 2016 (Hoglan Docket No. 172), Report and
Recommendation #3 by Magistrate Judge Sarah Netburn, dated October 24, 2016 (MDL Docket
No. 3374), Partial Order and Judgment entered by Judge George B. Daniels on October 31, 2016
(Hoglan Docket No. 178), Memorandum Decision and Order entered by Judge George B.
Daniels on October 31, 2016 (MDL Docket No. 3383), Memorandum Decision and Order
entered by Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3384),
Memorandum Decision and Order entered by Judge George B. Daniels on June 21, 2017 (MDL
Docket No. 3633), Report and Recommendation #4 by Magistrate Judge Sarah Netburn, dated
August 8, 2017 (Hoglan Docket No. 219), Memorandum Decision and Order entered by Judge
George B. Daniels on November 17, 2017 (MDL Docket No. 3795), Final Order and Judgment
on Compensatory Damages entered by Judge George B. Daniels on February 26, 2018 (MDL
Docket No. 3905), Foreign Sovereign Immunities Act, 28 U.S.C. §1602, et seq., Right to Appeal
Notice; and Right to Appeal Form. Also enclosed is a money order in the amount of $2,275.00.
Please transmit the documents pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C.
§1608(a)(4). I am hereby requesting service upon the following:

The Iranian Ministry of Information and Security
c/o H.E Mohammad Javid Zarif,
Foreign Minister of Islamic Republic of Iran,
Ministry of Foreign Affairs of the Islamic Republic of Iran,
Imam Khomeini Avenue, Tehran, Iran.

Upon completion, please send me a certified copy of the diplomatic note of transmittal.

Thank you for your assistance. If you have any questions, please contact me.

Respectfully yours,

Ruby J. Krajick
Clerk of the Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Hoglan, et al.

          Plaintiff(s)

v.

Iran, et al.

          Defendant(s)

**CERTIFICATE OF MAILING**

Case No.: 11 cv 07550 (GBD)

I hereby certify under the penalties of perjury that on the __1__ day of August 2018, I served:

_____ The Iranian Ministry of Information and Security, c/o H.E. Mohammad Javad Zarif, Foreign

Minister of the Islamic Republic of Iran, Ministry of Foreign Affairs of the Islamic Republic of Iran,

Imam Khomeini Avenue, Tehran, Iran

☐     the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐     the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign
Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☒     the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and
Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW,
Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C.
§ 1608(a)(4).

☐     the head of the agency or instrumentality of the foreign state, pursuant to the provisions
of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

Two copy(ies) of the   See Attached Rider.

by     FedEx 7728 6380 0577

Dated: New York, New York
       August 1, 2018

RUBY J. KRAJICK,
CLERK OF COURT

Jashira Carlo
DEPUTY CLERK

### Rider

(1)   Cover Letter to Mohammad Javad Zarif, Foreign Minister of the Islamic Republic of Iran;

(2)   U.S. Dist. Court for the Southern District of N.Y. Clerk's Certificate of Default, dated March 17, 2015 (Hoglan Docket No. 89);

(3)   Notice of Default Judgment prepared in accordance with 22 CFR § 93.2;

(4)   Order of Judgment Regarding Liability entered by Judge George B. Daniels on August 31, 2015 (MDL Docket No. 3027);

(5)   Findings of Fact and Conclusions of Law entered by Judge George B. Daniels on August 31, 2015 (Hoglan Docket No. 111);

(6)   Report and Recommendation #1 by Magistrate Judge Sarah Netburn, dated October 12, 2016 (Hoglan Docket No. 171);

(7)   Report and Recommendation #2 by Magistrate Judge Sarah Netburn, dated October 14, 2016 (Hoglan Docket No. 172);

(8)   Report and Recommendation #3 by Magistrate Judge Sarah Netburn, dated October 24, 2016 (MDL Docket No. 3374);

(9)   Partial Order and Judgment entered by Judge George B. Daniels on October 31, 2016 (Hoglan Docket No. 178);

(10)  Memorandum Decision and Order entered by Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3383);

(11)  Memorandum Decision and Order entered by Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3384);

(12)  Memorandum Decision and Order entered by Judge George B. Daniels on June 21, 2017 (MDL Docket No. 3633);

(13)  Report and Recommendation #4 by Magistrate Judge Sarah Netburn, dated August 8, 2017 (Hoglan Docket No. 219);

(14)  Memorandum Decision and Order entered by Judge George B. Daniels on November 17, 2017 (MDL Docket No. 3795);

(15)  Final Order and Judgment on Compensatory Damages entered by Judge George B. Daniels on February 26, 2018 (MDL Docket No. 3905);

(16)  Foreign Sovereign Immunities Act, 28 U.S.C. §1602, et seq.;

(17)  Right to Appeal Notice; and,

(18)  Right to Appeal Form.

ORIGIN ID:PCTA          (212) 805-0136
CLERK OF COURT
DANIEL P. MOYNIHAN U.S. COURTHOUSE
U.S. DISTRICT COURT FOR S.D.N.Y.
500 PEARL STREET
NEW YORK, NY 10007
UNITED STATES US

SHIP DATE: 31 JUL 18
ACTWGT: 2.00 LB
CAD: 105808173/INET4040

BILL SENDER

TO POLICY REVIEW & INTER-AGENCY LIASON
SEC. OF STATE DIR. CONSULAR SERV.
(CA/OCS/PRI), U.S. DEPT. OF STATE
SA-29, 4TH FLOOR, 2201 C ST. NW
WASHINGTON DC 20520
(202) 736-9110
NV:
PO:                    REF: HOGLAN 1ST B TO STATE
                       DEPT:



FedEx
Express

Expr

2 of 8                  WED - 01 AUG 3:00P
MPS#
[0203] 7728 6380 0577    STANDARD OVERNIGHT
Mstr# 7728 6380 0967    [0201]

EP AUKA                          20520
                        DC-US    IAD

FedEx Ship Manager - Print Your Label(s)

7/31/2018

For FedEx Express® Shipments Only

Contents should be compatible with the container and packed securely.
... Shipping terms and conditions and our limits of liability, refer to the
... FedEx Service

02000677    3-5/310

**CASHIER'S CHECK**

PNC Bank, National Association
Philadelphia, PA

No. 4653079

DATE  AUGUST  01   2018

PAY TO THE
ORDER OF  U.S. EMBASSY BERN                          $    2,275.00

TWO THOUSAND TWO HUNDRED SEVENTY FIVE AND 00 / 100*********DOLLARS

THOMAS E. MELLON III
REMITTER

MIX
Paper from
responsible sources
FSC    FSC* C101537

PNC Bank, National Association

OFFICIAL SIGNATURE

⑈4653079⑈ ⑆031000053⑆    850004154 2⑈

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

Ruby J. Krajick
Clerk of Court

August 1, 2018

Secretary of State
Attn: Director of Consular Services
Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI)
U.S. Department of State
SA-29, 4ᵀᴴ Floor
2201 C Street N.W.
Washington, DC 20520

Re:    Hoglan, et al. v. Iran, et al., 1:11-cv-07550 (GBD)(SN)
       In Re Terrorist Attacks on September 11, 2001, 1:03-md-01570 (GBD)(SN)

Dear Sir:

Enclosed please find a copy of a letter received from the Law Firm of Wiggins Childs
Pantazis Fisher Goldfarb PLLC, along with two sets of: Cover Letter to Mohammad Javad Zarif,
Foreign Minister of the Islamic Republic of Iran, U.S. Dist. Court for the Southern District of
N.Y. Clerk's Certificate of Default, dated March 17, 2015 (Hoglan Docket No. 89), Notice of
Default Judgment prepared in accordance with 22 CFR § 93.2, Order of Judgment Regarding
Liability entered by Judge George B. Daniels on August 31, 2015 (MDL Docket No. 3027),
Findings of Fact and Conclusions of Law entered by Judge George B. Daniels on August 31,
2015 (Hoglan Docket No. 111), Report and Recommendation #1 by Magistrate Judge Sarah
Netbum, dated October 12, 2016 (Hoglan Docket No. 171), Report and Recommendation #2 by
Magistrate Judge Sarah Netbum, dated October 14, 2016 (Hoglan Docket No. 172), Report and
Recommendation #3 by Magistrate Judge Sarah Netbum, dated October 24, 2016 (MDL Docket
No. 3374), Partial Order and Judgment entered by Judge George B. Daniels on October 31, 2016
(Hoglan Docket No. 178), Memorandum Decision and Order entered by Judge George B.
Daniels on October 31, 2016 (MDL Docket No. 3383), Memorandum Decision and Order
entered by Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3384),
Memorandum Decision and Order entered by Judge George B. Daniels on June 21, 2017 (MDL
Docket No. 3633), Report and Recommendation #4 by Magistrate Judge Sarah Netburn, dated
August 8, 2017 (Hoglan Docket No. 219), Memorandum Decision and Order entered by Judge
George B. Daniels on November 17, 2017 (MDL Docket No. 3795), Final Order and Judgment
on Compensatory Damages entered by Judge George B. Daniels on February 26, 2018 (MDL
Docket No. 3905), Foreign Sovereign Immunities Act, 28 U.S.C. §1602, et seq., Right to Appeal
Notice; and Right to Appeal Form. Also enclosed is a money order in the amount of $2,275.00.
Please transmit the documents pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C.
§1608(a)(4). I am hereby requesting service upon the following:

The Islamic Revolutionary Guard Corps
c/o H.E Mohammad Javid Zarif,
Foreign Minister of Islamic Republic of Iran,
Ministry of Foreign Affairs of the Islamic Republic of Iran,
Imam Khomeini Avenue, Tehran, Iran.

Upon completion, please send me a certified copy of the diplomatic note of transmittal.

Thank you for your assistance. If you have any questions, please contact me.

Respectfully yours,

Ruby J. Krajick
Clerk of the Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED:

Hoglan, et al.

Plaintiff(s)

v.

Iran, et al.

Defendant(s)

**CERTIFICATE OF MAILING**

Case No.: 11 cv 07550 (GBD)

I hereby certify under the penalties of perjury that on the __1__ day of August 2018, I served:

_____ The Islamic Revolutionary Guard Corps, c/o H.E. Mohammad Javad Zarif, Foreign Minister of

the Islamic Republic of Iran, Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini

Avenue, Tehran, Iran

☐     the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐     the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign
Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☒     the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and
Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW,
Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C.
§ 1608(a)(4).

☐     the head of the agency or instrumentality of the foreign state, pursuant to the provisions
of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

Two copy(ies) of the ___ See Attached Rider.

by _____ FedEx 7728 6380 1448

Dated: New York, New York
August 1, 2018

RUBY J. KRAJICK
CLERK OF COURT

Jashira Carlo
DEPUTY CLERK

## Rider

(1)    Cover Letter to Mohammad Javad Zarif, Foreign Minister of the Islamic Republic of Iran;

(2)    U.S. Dist. Court for the Southern District of N.Y. Clerk's Certificate of Default, dated March 17, 2015 (Hoglan Docket No. 89);

(3)    Notice of Default Judgment prepared in accordance with 22 CFR § 93.2;

(4)    Order of Judgment Regarding Liability entered by Judge George B. Daniels on August 31, 2015 (MDL Docket No. 3027);

(5)    Findings of Fact and Conclusions of Law entered by Judge George B. Daniels on August 31, 2015 (Hoglan Docket No. 111);

(6)    Report and Recommendation #1 by Magistrate Judge Sarah Netbum, dated October 12, 2016 (Hoglan Docket No. 171);

(7)    Report and Recommendation #2 by Magistrate Judge Sarah Netbum, dated October 14, 2016 (Hoglan Docket No. 172);

(8)    Report and Recommendation #3 by Magistrate Judge Sarah Netbum, dated October 24, 2016 (MDL Docket No. 3374);

(9)    Partial Order and Judgment entered by Judge George B. Daniels on October 31, 2016 (Hoglan Docket No. 178);

(10)   Memorandum Decision and Order entered by Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3383);

(11)   Memorandum Decision and Order entered by Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3384);

(12)   Memorandum Decision and Order entered by Judge George B. Daniels on June 21, 2017 (MDL Docket No. 3633);

(13)   Report and Recommendation #4 by Magistrate Judge Sarah Netburn, dated August 8, 2017 (Hoglan Docket No. 219);

(14)   Memorandum Decision and Order entered by Judge George B. Daniels on November 17, 2017 (MDL Docket No. 3795);

(15)   Final Order and Judgment on Compensatory Damages entered by Judge George B. Daniels on February 26, 2018 (MDL Docket No. 3905);

(16)   Foreign Sovereign Immunities Act, 28 U.S.C. §1602, et seq.;

(17)   Right to Appeal Notice; and,

(18)   Right to Appeal Form.

ORIGIN ID:PCTA       (212) 805-0136
CLERK OF COURT
DANIEL P. MOYNIHAN U.S. COURTHOUSE
U.S. DISTRICT COURT FOR S.D.N.Y.
500 PEARL STREET
NEW YORK, NY 10007
UNITED STATES US

SHIP DATE: 31JUL18
ACTWGT: 2.00 LB
CAD: 105209175/INET4040

BILL SENDER

TO  POLICY REVIEW & INTER-AGENCY LIASON
    SEC. OF STATE  DIR. CONSULAR SERV.
    (CA/OCS/PRI), U.S. DEPT. OF STATE
    SA-29, 4TH FLOOR, 2201 C ST. NW
    WASHINGTON DC 20520
    (202) 736-9110      REF: HOGLAN 1ST 8 TO STATE
    INV:
    PO:              DEPT.



FedEx.
Express

E

3 of 8
MPS#  7728 6380 1448
0263
Mstr# 7728 6380 0967      0201

WED - 01 AUG 3:00P
STANDARD OVERNIGHT

EP AUKA                    20520
                  DC-US   IAD

FedEx Ship Manager - Print Your Label(s)

7/31/2018

Extremely Urgent

xpres

02000677

35/3/0

PNC BANK

**CASHIER'S CHECK**

PNC Bank, National Association
Philadelphia, PA

**No.** 4653080

DATE AUGUST 01 2018

PAY TO THE
ORDER OF __U.S. EMBASSY BERN__

$ 2,275.00

TWO THOUSAND TWO HUNDRED SEVENTY FIVE AND 00 / 100************DOLLARS

THOMAS E MELLON III
REMITTER

PNC Bank, National Association

OFFICIAL SIGNATURE

MIX
Paper from
responsible sources
FSC    FSC® C101537

⑆4653080⑆ ⑈031000053⑈    850004154 2⑆

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

Ruby J. Krajick
Clerk of Court

August 1, 2018

Secretary of State
Attn: Director of Consular Services
Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI)
U.S. Department of State
SA-29, 4TH Floor
2201 C Street N.W.
Washington, DC 20520

Re:  Hoglan, et al. v. Iran, et al., 1:11-cv-07550 (GBD)(SN)
In Re Terrorist Attacks on September 11, 2001, 1:03-md-01570 (GBD)(SN)

Dear Sir:

Enclosed please find a copy of a letter received from the Law Firm of Wiggins Childs
Pantazis Fisher Goldfarb PLLC, along with two sets of: Cover Letter to Mohammad Javad Zarif,
Foreign Minister of the Islamic Republic of Iran, U.S. Dist. Court for the Southern District of
N.Y. Clerk's Certificate of Default, dated March 17, 2015 (Hoglan Docket No. 89), Notice of
Default Judgment prepared in accordance with 22 CFR § 93.2, Order of Judgment Regarding
Liability entered by Judge George B. Daniels on August 31, 2015 (MDL Docket No. 3027),
Findings of Fact and Conclusions of Law entered by Judge George B. Daniels on August 31,
2015 (Hoglan Docket No. 111), Report and Recommendation #1 by Magistrate Judge Sarah
Netburn, dated October 12, 2016 (Hoglan Docket No. 171), Report and Recommendation #2 by
Magistrate Judge Sarah Netburn, dated October 14, 2016 (Hoglan Docket No. 172), Report and
Recommendation #3 by Magistrate Judge Sarah Netburn, dated October 24, 2016 (MDL Docket
No. 3374), Partial Order and Judgment entered by Judge George B. Daniels on October 31, 2016
(Hoglan Docket No. 178), Memorandum Decision and Order entered by Judge George B.
Daniels on October 31, 2016 (MDL Docket No. 3383), Memorandum Decision and Order
entered by Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3384),
Memorandum Decision and Order entered by Judge George B. Daniels on June 21, 2017 (MDL
Docket No. 3633), Report and Recommendation #4 by Magistrate Judge Sarah Netburn, dated
August 8, 2017 (Hoglan Docket No. 219), Memorandum Decision and Order entered by Judge
George B. Daniels on November 17, 2017 (MDL Docket No. 3795), Final Order and Judgment
on Compensatory Damages entered by Judge George B. Daniels on February 26, 2018 (MDL
Docket No. 3905), Foreign Sovereign Immunities Act, 28 U.S.C. §1602, et seq., Right to Appeal
Notice; and Right to Appeal Form. Also enclosed is a money order in the amount of $2,275.00.
Please transmit the documents pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C.
§1608(a)(4). I am hereby requesting service upon the following:

The Iranian Ministry of Petroleum
c/o H.E Mohammad Javid Zarif,
Foreign Minister of Islamic Republic of Iran,
Ministry of Foreign Affairs of the Islamic Republic of Iran,
Imam Khomeini Avenue, Tehran, Iran.

Upon completion, please send me a certified copy of the diplomatic note of transmittal.

Thank you for your assistance. If you have any questions, please contact me.

Respectfully yours,

Ruby J. Krajick
Clerk of the Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED:

Hoglan, et al.

             Plaintiff(s)

v.

Iran, et al.

             Defendant(s)

**CERTIFICATE OF MAILING**

Case No.: 11 cv 07550 (GBD)

I hereby certify under the penalties of perjury that on the __1__ day of August 2018, I served:

The Iranian Ministry of Petroleum, c/o H.E. Mohammad Javad Zarif, Foreign Minister of the

Islamic Republic of Iran, Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini

Avenue, Tehran, Iran

☐     the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐     the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign
Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☒     the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and
Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW,
Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C.
§ 1608(a)(4).

☐     the head of the agency or instrumentality of the foreign state, pursuant to the provisions
of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

Two copy(ies) of the __See Attached Rider.__

by __FedEx 7728 6380 1676__

Dated: New York, New York
      August 1, 2018

RUBY J. KRAJICK
CLERK OF COURT

Jashira Carlo
DEPUTY CLERK

## Rider

(1)  Cover Letter to Mohammad Javad Zarif, Foreign Minister of the Islamic Republic of Iran;

(2)  U.S. Dist. Court for the Southern District of N.Y. Clerk's Certificate of Default, dated March 17, 2015 (Hoglan Docket No. 89);

(3)  Notice of Default Judgment prepared in accordance with 22 CFR § 93.2;

(4)  Order of Judgment Regarding Liability entered by Judge George B. Daniels on August 31, 2015 (MDL Docket No. 3027);

(5)  Findings of Fact and Conclusions of Law entered by Judge George B. Daniels on August 31, 2015 (Hoglan Docket No. 111);

(6)  Report and Recommendation #1 by Magistrate Judge Sarah Netburn, dated October 12, 2016 (Hoglan Docket No. 171);

(7)  Report and Recommendation #2 by Magistrate Judge Sarah Netburn, dated October 14, 2016 (Hoglan Docket No. 172);

(8)  Report and Recommendation #3 by Magistrate Judge Sarah Netburn, dated October 24, 2016 (MDL Docket No. 3374);

(9)  Partial Order and Judgment entered by Judge George B. Daniels on October 31, 2016 (Hoglan Docket No. 178);

(10)  Memorandum Decision and Order entered by Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3383);

(11)  Memorandum Decision and Order entered by Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3384);

(12)  Memorandum Decision and Order entered by Judge George B. Daniels on June 21, 2017 (MDL Docket No. 3633);

(13)  Report and Recommendation #4 by Magistrate Judge Sarah Netburn, dated August 8, 2017 (Hoglan Docket No. 219);

(14)  Memorandum Decision and Order entered by Judge George B. Daniels on November 17, 2017 (MDL Docket No. 3795);

(15)  Final Order and Judgment on Compensatory Damages entered by Judge George B. Daniels on February 26, 2018 (MDL Docket No. 3905);

(16)  Foreign Sovereign Immunities Act, 28 U.S.C. §1602, et seq.;

(17)  Right to Appeal Notice; and,

(18)  Right to Appeal Form.

Extremely Urgent

ORIGIN ID:PCTA                (212) 805-0136
CLERK OF COURT
DANIEL P. MOYNIHAN U.S. COURTHOUSE
U.S. DISTRICT COURT FOR S.D.N.Y.
500 PEARL STREET
NEW YORK, NY 10007
UNITED STATES US

SHIP DATE: 31 JUL 18
ACTWGT: 2.00 LB
CAD: 103848813/INET4040

BILL SENDER

TO  POLICY REVIEW & INTER-AGENCY LIASON
SEC. OF STATE  DIR. CONSULAR SERV.
(CA/OCS/PRI), U.S. DEPT. OF STATE
SA-29, 4TH FLOOR, 2201 C ST. NW
WASHINGTON DC 20520
(202) 736-9110

FedEx

WED · 01 AUG 3:00P
STANDARD OVERNIGHT

7728 6380 1676

20520
DC-US                    IAD

EP AUKA

4 of 8
MPS#
Mstr# 7728 6380 0967



02000677

**CASHIER'S CHECK**

PNC Bank, National Association
Philadelphia, PA

No. 4653078

3-5/310

DATE AUGUST 01 2015

PAY TO THE
ORDER OF  U.S. EMBASSY BERN

$  2,275.00

TWO THOUSAND TWO HUNDRED SEVENTY FIVE AND 00 / 100************DOLLARS

THOMAS F MELLON III
REMITTER

PNC Bank, National Association

NIX
FSC C101537

OFFICIAL SIGNATURE

⑈4653078⑈ ⑆031000053⑆      850004154 2⑈

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

Ruby J. Krajick
Clerk of Court

August 1, 2018

Secretary of State
Attn: Director of Consular Services
Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI)
U.S. Department of State
SA-29, 4TH Floor
2201 C Street N.W.
Washington, DC 20520

Re:   Hoglan, et al. v. Iran, et al., 1:11-cv-07550 (GBD)(SN)
      In Re Terrorist Attacks on September 11, 2001, 1:03-md-01570 (GBD)(SN)

Dear Sir:

        Enclosed please find a copy of a letter received from the Law Firm of Wiggins Childs
Pantazis Fisher Goldfarb PLLC, along with two sets of: Cover Letter to Mohammad Javad Zarif,
Foreign Minister of the Islamic Republic of Iran, U.S. Dist. Court for the Southern District of
N.Y. Clerk's Certificate of Default, dated March 17, 2015 (Hoglan Docket No. 89), Notice of
Default Judgment prepared in accordance with 22 CFR § 93.2, Order of Judgment Regarding
Liability entered by Judge George B. Daniels on August 31, 2015 (MDL Docket No. 3027),
Findings of Fact and Conclusions of Law entered by Judge George B. Daniels on August 31,
2015 (Hoglan Docket No. 111), Report and Recommendation #1 by Magistrate Judge Sarah
Netbum, dated October 12, 2016 (Hoglan Docket No. 171), Report and Recommendation #2 by
Magistrate Judge Sarah Netbum, dated October 14, 2016 (Hoglan Docket No. 172), Report and
Recommendation #3 by Magistrate Judge Sarah Netbum, dated October 24, 2016 (MDL Docket
No. 3374), Partial Order and Judgment entered by Judge George B. Daniels on October 31, 2016
(Hoglan Docket No. 178), Memorandum Decision and Order entered by Judge George B.
Daniels on October 31, 2016 (MDL Docket No. 3383), Memorandum Decision and Order
entered by Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3384),
Memorandum Decision and Order entered by Judge George B. Daniels on June 21, 2017 (MDL
Docket No. 3633), Report and Recommendation #4 by Magistrate Judge Sarah Netburn, dated
August 8, 2017 (Hoglan Docket No. 219), Memorandum Decision and Order entered by Judge
George B. Daniels on November 17, 2017 (MDL Docket No. 3795), Final Order and Judgment
on Compensatory Damages entered by Judge George B. Daniels on February 26, 2018 (MDL
Docket No. 3905), Foreign Sovereign Immunities Act, 28 U.S.C. §1602, et seq., Right to Appeal
Notice; and Right to Appeal Form. Also enclosed is a money order in the amount of $2,275.00.
Please transmit the documents pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C.
§1608(a)(4). I am hereby requesting service upon the following:

The Iranian Ministry of Economic Affairs and Finance
c/o H.E Mohammad Javid Zarif,
Foreign Minister of Islamic Republic of Iran,
Ministry of Foreign Affairs of the Islamic Republic of Iran,
Imam Khomeini Avenue, Tehran, Iran.

Upon completion, please send me a certified copy of the diplomatic note of transmittal.

Thank you for your assistance. If you have any questions, please contact me.

Respectfully yours,

Ruby J. Krajick
Clerk of the Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Hoglan, et al.

Plaintiff(s)

v.

Iran, et al.

Defendant(s)

**CERTIFICATE OF MAILING**

Case No.: 11 cv 07550 (GBD)

I hereby certify under the penalties of perjury that on the __1__ day of August 2018, I served:

The Iranian Ministry of Economic Affairs and Finance, c/o H.E. Mohammad Javad Zarif, Foreign

Minister of the Islamic Republic of Iran, Ministry of Foreign Affairs of the Islamic Republic of Iran,

Imam Khomeini Avenue, Tehran, Iran

☐     the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐     the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign
Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☒     the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and
Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW,
Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C.
§ 1608(a)(4).

☐     the head of the agency or instrumentality of the foreign state, pursuant to the provisions
of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

Two copy(ies) of the    See Attached Rider.

by     FedEx 7728 6380 2190     .

Dated: New York, New York
      August 1, 2018

RUBY J. KRAJICK
CLERK OF COURT

Jashira Carlo
DEPUTY CLERK

## Rider

(1)   Cover Letter to Mohammad Javad Zarif, Foreign Minister of the Islamic Republic of Iran;

(2)   U.S. Dist. Court for the Southern District of N.Y. Clerk's Certificate of Default, dated March 17, 2015 (Hoglan Docket No. 89);

(3)   Notice of Default Judgment prepared in accordance with 22 CFR § 93.2;

(4)   Order of Judgment Regarding Liability entered by Judge George B. Daniels on August 31, 2015 (MDL Docket No. 3027);

(5)   Findings of Fact and Conclusions of Law entered by Judge George B. Daniels on August 31, 2015 (Hoglan Docket No. 111);

(6)   Report and Recommendation #1 by Magistrate Judge Sarah Netburn, dated October 12, 2016 (Hoglan Docket No. 171);

(7)   Report and Recommendation #2 by Magistrate Judge Sarah Netburn, dated October 14, 2016 (Hoglan Docket No. 172);

(8)   Report and Recommendation #3 by Magistrate Judge Sarah Netburn, dated October 24, 2016 (MDL Docket No. 3374);

(9)   Partial Order and Judgment entered by Judge George B. Daniels on October 31, 2016 (Hoglan Docket No. 178);

(10)   Memorandum Decision and Order entered by Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3383);

(11)   Memorandum Decision and Order entered by Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3384);

(12)   Memorandum Decision and Order entered by Judge George B. Daniels on June 21, 2017 (MDL Docket No. 3633);

(13)   Report and Recommendation #4 by Magistrate Judge Sarah Netburn, dated August 8, 2017 (Hoglan Docket No. 219);

(14)   Memorandum Decision and Order entered by Judge George B. Daniels on November 17, 2017 (MDL Docket No. 3795);

(15)   Final Order and Judgment on Compensatory Damages entered by Judge George B. Daniels on February 26, 2018 (MDL Docket No. 3905);

(16)   Foreign Sovereign Immunities Act, 28 U.S.C. §1602, et seq.;

(17)   Right to Appeal Notice; and,

(18)   Right to Appeal Form.

ORIGIN ID:PCTA    (212) 805-0136
CLERK OF COURT
DANIEL P. MOYNIHAN U.S. COURTHOUSE
U.S. DISTRICT COURT FOR S.D.N.Y.
500 PEARL STREET
NEW YORK, NY 10007
UNITED STATES US

SHIP DATE: 31JUL18
ACTWGT: 2.00 LB
CAD: 105808175/INET4040

BILL SENDER

TO   POLICY REVIEW & INTER-AGENCY LIASON
SEC. OF STATE   DIR. CONSULAR SERV.
(CA/OCS/PRI), U.S. DEPT. OF STATE
SA-29, 4TH FLOOR, 2201 C ST. NW
WASHINGTON DC 20520

(202) 736-9110    REF: HOGLAN 1ST H TO STATE
INV:
PO:     DEPT:





FedEx Ship Manager - Print Your Label(s)

FedEx Express

E

WED - 01 AUG 3:00P
STANDARD OVERNIGHT

5 of 8
MPS#   7728 6380 2190
0283
Mstr# 7728 6380 0967   0201

20520
DC-US   IAD



EP AUKA





Extremely Urgent

7/31/2018

02000677

**CASHIER'S CHECK**

PNC BANK

PNC Bank, National Association
Philadelphia, PA

No. 4653073

DATE AUGUST 01 2015

PAY TO THE
ORDER OF ___U.S. EMBASSY BERN_____ $ | 2,275.00

___TWO THOUSAND TWO HUNDRED SEVENTY FIVE AND 00 / 100***********DOLLARS

___THOMAS E MELLON III___
REMITTER

FSC
MIX
Paper from
responsible sources
FSC® C101537

PNC Bank, National Association

OFFICIAL SIGNATURE

⑈4653073⑈ ⑆031000053⑆    850004154 2⑈

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

Ruby J. Krajick
Clerk of Court

August 1, 2018

Secretary of State
Attn: Director of Consular Services
Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI)
U.S. Department of State
SA-29, 4ᵀᴴ Floor
2201 C Street N.W.
Washington, DC 20520

Re:   Hoglan, et al. v. Iran, et al., 1:11-cv-07550 (GBD)(SN)
      In Re Terrorist Attacks on September 11, 2001, 1:03-md-01570 (GBD)(SN)

Dear Sir:

Enclosed please find a copy of a letter received from the Law Firm of Wiggins Childs
Pantazis Fisher Goldfarb PLLC, along with two sets of: Cover Letter to Mohammad Javad Zarif,
Foreign Minister of the Islamic Republic of Iran, U.S. Dist. Court for the Southern District of
N.Y. Clerk's Certificate of Default, dated March 17, 2015 (Hoglan Docket No. 89), Notice of
Default Judgment prepared in accordance with 22 CFR § 93.2, Order of Judgment Regarding
Liability entered by Judge George B. Daniels on August 31, 2015 (MDL Docket No. 3027),
Findings of Fact and Conclusions of Law entered by Judge George B. Daniels on August 31,
2015 (Hoglan Docket No. 111), Report and Recommendation #1 by Magistrate Judge Sarah
Netburn, dated October 12, 2016 (Hoglan Docket No. 171), Report and Recommendation #2 by
Magistrate Judge Sarah Netburn, dated October 14, 2016 (Hoglan Docket No. 172), Report and
Recommendation #3 by Magistrate Judge Sarah Netburn, dated October 24, 2016 (MDL Docket
No. 3374), Partial Order and Judgment entered by Judge George B. Daniels on October 31, 2016
(Hoglan Docket No. 178), Memorandum Decision and Order entered by Judge George B.
Daniels on October 31, 2016 (MDL Docket No. 3383), Memorandum Decision and Order
entered by Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3384),
Memorandum Decision and Order entered by Judge George B. Daniels on June 21, 2017 (MDL
Docket No. 3633), Report and Recommendation #4 by Magistrate Judge Sarah Netburn, dated
August 8, 2017 (Hoglan Docket No. 219), Memorandum Decision and Order entered by Judge
George B. Daniels on November 17, 2017 (MDL Docket No. 3795), Final Order and Judgment
on Compensatory Damages entered by Judge George B. Daniels on February 26, 2018 (MDL
Docket No. 3905), Foreign Sovereign Immunities Act, 28 U.S.C. §1602, et seq., Right to Appeal
Notice; and Right to Appeal Form. Also enclosed is a money order in the amount of $2,275.00.
Please transmit the documents pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C.
§1608(a)(4). I am hereby requesting service upon the following:

The Iranian Ministry of Commerce
c/o H.E Mohammad Javid Zarif,
Foreign Minister of Islamic Republic of Iran,
Ministry of Foreign Affairs of the Islamic Republic of Iran,
Imam Khomeini Avenue, Tehran, Iran.

Upon completion, please send me a certified copy of the diplomatic note of transmittal.

Thank you for your assistance. If you have any questions, please contact me.

Respectfully yours,

Ruby J. Krajick
Clerk of the Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

Hoglan, et al.

                    Plaintiff(s)            **CERTIFICATE OF MAILING**

v.
                                            Case No.:  11 cv 07550 (GBD)

Iran, et al.

                    Defendant(s)

I hereby certify under the penalties of perjury that on the ___|___ day of August 2018, I served:

The Iranian Ministry of Commerce, c/o H.E. Mohammad Javad Zarif, Foreign Minister of the

Islamic Republic of Iran, Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini

Avenue, Tehran, Iran

☐       the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐       the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign
Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☒       the Secretary of State, Attn:  Director of Consular Services, Office of Policy Review and
Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW,
Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C.
§ 1608(a)(4).

☐       the head of the agency or instrumentality of the foreign state, pursuant to the provisions
of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

Two copy(ies) of the ___ See Attached Rider.

by ____ FedEx 7728 6380 2433 _____ .

Dated:  New York, New York
        August 1, 2018

                                RUBY J. KRAJICK
                                CLERK OF COURT

                                Jashira Carlo
                                DEPUTY CLERK

## Rider

(1)    Cover Letter to Mohammad Javad Zarif, Foreign Minister of the Islamic Republic of Iran;

(2)    U.S. Dist. Court for the Southern District of N.Y. Clerk's Certificate of Default, dated March 17, 2015 (Hoglan Docket No. 89);

(3)    Notice of Default Judgment prepared in accordance with 22 CFR § 93.2;

(4)    Order of Judgment Regarding Liability entered by Judge George B. Daniels on August 31, 2015 (MDL Docket No. 3027);

(5)    Findings of Fact and Conclusions of Law entered by Judge George B. Daniels on August 31, 2015 (Hoglan Docket No. 111);

(6)    Report and Recommendation #1 by Magistrate Judge Sarah Netburn, dated October 12, 2016 (Hoglan Docket No. 171);

(7)    Report and Recommendation #2 by Magistrate Judge Sarah Netburn, dated October 14, 2016 (Hoglan Docket No. 172);

(8)    Report and Recommendation #3 by Magistrate Judge Sarah Netburn, dated October 24, 2016 (MDL Docket No. 3374);

(9)    Partial Order and Judgment entered by Judge George B. Daniels on October 31, 2016 (Hoglan Docket No. 178);

(10)   Memorandum Decision and Order entered by Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3383);

(11)   Memorandum Decision and Order entered by Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3384);

(12)   Memorandum Decision and Order entered by Judge George B. Daniels on June 21, 2017 (MDL Docket No. 3633);

(13)   Report and Recommendation #4 by Magistrate Judge Sarah Netburn, dated August 8, 2017 (Hoglan Docket No. 219);

(14)   Memorandum Decision and Order entered by Judge George B. Daniels on November 17, 2017 (MDL Docket No. 3795);

(15)   Final Order and Judgment on Compensatory Damages entered by Judge George B. Daniels on February 26, 2018 (MDL Docket No. 3905);

(16)   Foreign Sovereign Immunities Act, 28 U.S.C. §1602, et seq.;

(17)   Right to Appeal Notice; and,

(18)   Right to Appeal Form.

ORIGIN ID:PCTA      (212) 805-0136
CLERK OF COURT
DANIEL P. MOYNIHAN U.S. COURTHOUSE
U.S. DISTRICT COURT FOR S.D.N.Y.
500 PEARL STREET
NEW YORK, NY 10007
UNITED STATES US

SHIP DATE: 31JUL18
ACTWGT: 2.00 LB
CAD: 105808175/INET4040

BILL SENDER

TO  POLICY REVIEW & INTER-AGENCY LIASON
    SEC. OF STATE  DIR. CONSULAR SERV.
    (CA/OCS/PRI), U.S. DEPT. OF STATE
    SA-29, 4TH FLOOR, 2201 C ST. NW
    WASHINGTON DC 20520
    (202) 736-9110          REF: HOGLAN 1ST 8 TO STATE
    INV:
    PO:                     DEPT:



Fed**Ex**.
Express

WED - 01 AUG 3:00P
STANDARD OVERNIGHT

6 of 8
MPS#
7728 6380 2433
Mstr# 7728 6380 0967

20520
DC-US      IAD

EP AUKA



FedEx Ship Manager - Print Your Label(s)

7/31/2018

For FedEx Express® Shipments Only

02000677

**PNC BANK**

**CASHIER'S CHECK**

PNC Bank, National Association
Philadelphia, PA

No. 4653074

DATE AUGUST 01, 2013

PAY TO THE
ORDER OF   U.S. EMBASSY BERN

$   2,275.00

TWO THOUSAND TWO HUNDRED SEVENTY FIVE AND 00 / 100**************DOLLARS

THOMAS E MELLON III
REMITTER

MIX
Paper from
responsible sources
FSC   FSC® C101537

PNC Bank, National Association

OFFICIAL SIGNATURE

⑈4653074⑈ ⑆031000053⑈ / 850004154 2⑈

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

Ruby J. Krajick
Clerk of Court

August 1, 2018

Secretary of State
Attn: Director of Consular Services
Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI)
U.S. Department of State
SA-29, 4TH Floor
2201 C Street N.W.
Washington, DC 20520

> Re:    Hoglan, et al. v. Iran, et al., 1:11-cv-07550 (GBD)(SN)
> In Re Terrorist Attacks on September 11, 2001, 1:03-md-01570 (GBD)(SN)

Dear Sir:

Enclosed please find a copy of a letter received from the Law Firm of Wiggins Childs
Pantazis Fisher Goldfarb PLLC, along with two sets of: Cover Letter to Mohammad Javad Zarif,
Foreign Minister of the Islamic Republic of Iran, U.S. Dist. Court for the Southern District of
N.Y. Clerk's Certificate of Default, dated March 17, 2015 (Hoglan Docket No. 89), Notice of
Default Judgment prepared in accordance with 22 CFR § 93.2, Order of Judgment Regarding
Liability entered by Judge George B. Daniels on August 31, 2015 (MDL Docket No. 3027),
Findings of Fact and Conclusions of Law entered by Judge George B. Daniels on August 31,
2015 (Hoglan Docket No. 111), Report and Recommendation #1 by Magistrate Judge Sarah
Netburn, dated October 12, 2016 (Hoglan Docket No. 171), Report and Recommendation #2 by
Magistrate Judge Sarah Netburn, dated October 14, 2016 (Hoglan Docket No. 172), Report and
Recommendation #3 by Magistrate Judge Sarah Netburn, dated October 24, 2016 (MDL Docket
No. 3374), Partial Order and Judgment entered by Judge George B. Daniels on October 31, 2016
(Hoglan Docket No. 178), Memorandum Decision and Order entered by Judge George B.
Daniels on October 31, 2016 (MDL Docket No. 3383), Memorandum Decision and Order
entered by Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3384),
Memorandum Decision and Order entered by Judge George B. Daniels on June 21, 2017 (MDL
Docket No. 3633), Report and Recommendation #4 by Magistrate Judge Sarah Netburn, dated
August 8, 2017 (Hoglan Docket No. 219), Memorandum Decision and Order entered by Judge
George B. Daniels on November 17, 2017 (MDL Docket No. 3795), Final Order and Judgment
on Compensatory Damages entered by Judge George B. Daniels on February 26, 2018 (MDL
Docket No. 3905), Foreign Sovereign Immunities Act, 28 U.S.C. §1602, et seq., Right to Appeal
Notice; and Right to Appeal Form. Also enclosed is a money order in the amount of $2,275.00.
Please transmit the documents pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C.
§1608(a)(4). I am hereby requesting service upon the following:

The Iranian Ministry of Defense and Armed Forces Logistics
c/o H.E Mohammad Javid Zarif,
Foreign Minister of Islamic Republic of Iran,
Ministry of Foreign Affairs of the Islamic Republic of Iran,
Imam Khomeini Avenue, Tehran, Iran.

Upon completion, please send me a certified copy of the diplomatic note of transmittal.

Thank you for your assistance. If you have any questions, please contact me.

Respectfully yours,

Ruby J. Krajick
Clerk of the Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____

Hoglan, et al.

Plaintiff(s)

v.

Iran, et al.

Defendant(s)

**CERTIFICATE OF MAILING**

Case No.: 11 cv 07550 (GBD)

I hereby certify under the penalties of perjury that on the __1__ day of August 2018, I served:

The Iranian Ministry of Defense and Armed Forces Logistics, c/o H.E. Mohammad Javad Zarif,

Foreign Minister of the Islamic Republic of Iran, Ministry of Foreign Affairs of the Islamic Republic of

Iran, Imam Khomeini Avenue, Tehran, Iran

☐       the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐       the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign
Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☒       the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and
Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW,
Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C.
§ 1608(a)(4).

☐       the head of the agency or instrumentality of the foreign state, pursuant to the provisions
of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

Two copy(ies) of the ___See Attached Rider.

by ___FedEx 7728 6380 2981____.

Dated: New York, New York
       August 1, 2018

RUBY J. KRAJICK
CLERK OF COURT

Jashira Carlo
DEPUTY CLERK

## Rider

(1) Cover Letter to Mohammad Javad Zarif, Foreign Minister of the Islamic Republic of Iran;

(2) U.S. Dist. Court for the Southern District of N.Y. Clerk's Certificate of Default, dated March 17, 2015 (Hoglan Docket No. 89);

(3) Notice of Default Judgment prepared in accordance with 22 CFR § 93.2;

(4) Order of Judgment Regarding Liability entered by Judge George B. Daniels on August 31, 2015 (MDL Docket No. 3027);

(5) Findings of Fact and Conclusions of Law entered by Judge George B. Daniels on August 31, 2015 (Hoglan Docket No. 111);

(6) Report and Recommendation #1 by Magistrate Judge Sarah Netburn, dated October 12, 2016 (Hoglan Docket No. 171);

(7) Report and Recommendation #2 by Magistrate Judge Sarah Netburn, dated October 14, 2016 (Hoglan Docket No. 172);

(8) Report and Recommendation #3 by Magistrate Judge Sarah Netburn, dated October 24, 2016 (MDL Docket No. 3374);

(9) Partial Order and Judgment entered by Judge George B. Daniels on October 31, 2016 (Hoglan Docket No. 178);

(10) Memorandum Decision and Order entered by Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3383);

(11) Memorandum Decision and Order entered by Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3384);

(12) Memorandum Decision and Order entered by Judge George B. Daniels on June 21, 2017 (MDL Docket No. 3633);

(13) Report and Recommendation #4 by Magistrate Judge Sarah Netburn, dated August 8, 2017 (Hoglan Docket No. 219);

(14) Memorandum Decision and Order entered by Judge George B. Daniels on November 17, 2017 (MDL Docket No. 3795);

(15) Final Order and Judgment on Compensatory Damages entered by Judge George B. Daniels on February 26, 2018 (MDL Docket No. 3905);

(16) Foreign Sovereign Immunities Act, 28 U.S.C. §1602, et seq.;

(17) Right to Appeal Notice; and,

(18) Right to Appeal Form.



ORIGIN ID:PCTA    (212) 805-0136
CLERK OF COURT
DANIEL P. MOYNIHAN U.S. COURTHOUSE
U.S. DISTRICT COURT FOR S.D.N.Y.
500 PEARL STREET
NEW YORK, NY 10007
UNITED STATES US

SHIP DATE: 31JUL18
ACT WGT: 2.00 LB
CAD: 105808175/INET4040

BILL SENDER

TO   POLICY REVIEW & INTER-AGENCY LIASON
SEC. OF STATE  DIR. CONSULAR SERV.
(CA/OCS/PRI), U.S. DEPT. OF STATE
SA-29, 4TH FLOOR, 2201 C ST. NW
WASHINGTON DC 20520
(202) 736-9110
INV:         REF: HOGLAN 1ST B TO STATE
PO:              DEPT:

FedEx Express

E

7 of 8
MPS#
0263   7728 6380 2981
Mstr# 7728 6380 0967   0201

WED - 01 AUG 3:00P
STANDARD OVERNIGHT

EP AUKA          20520
DC-US   IAD

Extremely Urgent

02000677

**CASHIER'S CHECK**

PNC Bank, National Association
Philadelphia, PA

No. 4653076

DATE AUGUST 01, 2013

PAY TO THE
ORDER OF ~~U.S. EMBASSY BERN~~

$ 2,275.00

~~TWO THOUSAND TWO HUNDRED SEVENTY FIVE AND 00 / 100**********~~DOLLARS

THOMAS E MELLON III
REMITTER

PNC Bank, National Association

MIX
Paper from
responsible sources
FSC
FSC® C101537

OFFICIAL SIGNATURE

⑈4653076⑈ ⑊031000053⑊ 850004154 2⑈

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

Ruby J. Krajick
Clerk of Court

August 1, 2018

Secretary of State
Attn: Director of Consular Services
Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI)
U.S. Department of State
SA-29, 4ᵀᴴ Floor
2201 C Street N.W.
Washington, DC 20520

        Re:    Hoglan, et al, v. Iran, et al., 1:11-cv-07550 (GBD)(SN)
              In Re Terrorist Attacks on September 11, 2001, 1:03-md-01570 (GBD)(SN)

Dear Sir:

Enclosed please find a copy of a letter received from the Law Firm of Wiggins Childs
Pantazis Fisher Goldfarb PLLC, along with two sets of: Cover Letter to Mohammad Javad Zarif,
Foreign Minister of the Islamic Republic of Iran, U.S. Dist. Court for the Southern District of
N.Y. Clerk's Certificate of Default, dated March 17, 2015 (Hoglan Docket No. 89), Notice of
Default Judgment prepared in accordance with 22 CFR § 93.2, Order of Judgment Regarding
Liability entered by Judge George B. Daniels on August 31, 2015 (MDL Docket No. 3027),
Findings of Fact and Conclusions of Law entered by Judge George B. Daniels on August 31,
2015 (Hoglan Docket No. 111), Report and Recommendation #1 by Magistrate Judge Sarah
Netbum, dated October 12, 2016 (Hoglan Docket No. 171), Report and Recommendation #2 by
Magistrate Judge Sarah Netbum, dated October 14, 2016 (Hoglan Docket No. 172), Report and
Recommendation #3 by Magistrate Judge Sarah Netbum, dated October 24, 2016 (MDL Docket
No. 3374), Partial Order and Judgment entered by Judge George B. Daniels on October 31, 2016
(Hoglan Docket No. 178), Memorandum Decision and Order entered by Judge George B.
Daniels on October 31, 2016 (MDL Docket No. 3383), Memorandum Decision and Order
entered by Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3384),
Memorandum Decision and Order entered by Judge George B. Daniels on June 21, 2017 (MDL
Docket No. 3633), Report and Recommendation #4 by Magistrate Judge Sarah Netburn, dated
August 8, 2017 (Hoglan Docket No. 219), Memorandum Decision and Order entered by Judge
George B. Daniels on November 17, 2017 (MDL Docket No. 3795), Final Order and Judgment
on Compensatory Damages entered by Judge George B. Daniels on February 26, 2018 (MDL
Docket No. 3905), Foreign Sovereign Immunities Act, 28 U.S.C. §1602, et seq., Right to Appeal
Notice; and Right to Appeal Form. Also enclosed is a money order in the amount of $2,275.00.
Please transmit the documents pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C.
§1608(a)(4). I am hereby requesting service upon the following:

The Central Bank of the Islamic Republic of Iran
c/o H.E Mohammad Javid Zarif,
Foreign Minister of Islamic Republic of Iran,
Ministry of Foreign Affairs of the Islamic Republic of Iran,
Imam Khomeini Avenue, Tehran, Iran.

Upon completion, please send me a certified copy of the diplomatic note of transmittal.

Thank you for your assistance. If you have any questions, please contact me.

Respectfully yours,

Ruby J. Krajick
Clerk of the Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED:

Hoglan, et al.

Plaintiff(s)

v.

Iran, et al.

Defendant(s)

**CERTIFICATE OF MAILING**

Case No.: 11 cv 07550 (GBD)

I hereby certify under the penalties of perjury that on the ___ day of August 2018, I served:

_____ The Central Bank of the Islamic Republic of Iran, c/o H.E. Mohammad Javad Zarif, Foreign

Minister of the Islamic Republic of Iran, Ministry of Foreign Affairs of the Islamic Republic of Iran,

Imam Khomeini Avenue, Tehran, Iran

☐　the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐　the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign
Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☒　the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and
Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW,
Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C.
§ 1608(a)(4).

☐　the head of the agency or instrumentality of the foreign state, pursuant to the provisions
of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

Two copy(ies) of the ___ See Attached Rider.

by　FedEx 7728 6380 2845 .

Dated: New York, New York
August 1, 2018

RUBY J. KRAJICK
CLERK OF COURT

Jashira Carlo
DEPUTY CLERK

## Rider

(1)  Cover Letter to Mohammad Javad Zarif, Foreign Minister of the Islamic Republic of Iran;

(2)  U.S. Dist. Court for the Southern District of N.Y. Clerk's Certificate of Default, dated March 17, 2015 (Hoglan Docket No. 89);

(3)  Notice of Default Judgment prepared in accordance with 22 CFR § 93.2;

(4)  Order of Judgment Regarding Liability entered by Judge George B. Daniels on August 31, 2015 (MDL Docket No. 3027);

(5)  Findings of Fact and Conclusions of Law entered by Judge George B. Daniels on August 31, 2015 (Hoglan Docket No. 111);

(6)  Report and Recommendation #1 by Magistrate Judge Sarah Netbum, dated October 12, 2016 (Hoglan Docket No. 171);

(7)  Report and Recommendation #2 by Magistrate Judge Sarah Netbum, dated October 14, 2016 (Hoglan Docket No. 172);

(8)  Report and Recommendation #3 by Magistrate Judge Sarah Netbum, dated October 24, 2016 (MDL Docket No. 3374);

(9)  Partial Order and Judgment entered by Judge George B. Daniels on October 31, 2016 (Hoglan Docket No. 178);

(10)  Memorandum Decision and Order entered by Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3383);

(11)  Memorandum Decision and Order entered by Judge George B. Daniels on October 31, 2016 (MDL Docket No. 3384);

(12)  Memorandum Decision and Order entered by Judge George B. Daniels on June 21, 2017 (MDL Docket No. 3633);

(13)  Report and Recommendation #4 by Magistrate Judge Sarah Netbum, dated August 8, 2017 (Hoglan Docket No. 219);

(14)  Memorandum Decision and Order entered by Judge George B. Daniels on November 17, 2017 (MDL Docket No. 3795);

(15)  Final Order and Judgment on Compensatory Damages entered by Judge George B. Daniels on February 26, 2018 (MDL Docket No. 3905);

(16)  Foreign Sovereign Immunities Act, 28 U.S.C. §1602, et seq.;

(17)  Right to Appeal Notice; and,

(18)  Right to Appeal Form.

ORIGIN ID:PCTA        (212) 805-0136
CLERK OF COURT
DANIEL P. MOYNIHAN U.S. COURTHOUSE
U.S. DISTRICT COURT FOR S.D.N.Y.
500 PEARL STREET
NEW YORK, NY 10007
UNITED STATES US

SHIP DATE: 31JUL18
ACTWGT: 2.00 LB
CAD: 105808175/INET4040

BILL SENDER

TO  POLICY REVIEW & INTER-AGENCY LIASON
SEC. OF STATE  DIR. CONSULAR SERV.
(CA/OCS/PRI), U.S. DEPT. OF STATE
SA-29, 4TH FLOOR, 2201 C ST. NW
WASHINGTON DC 20520
(202) 736-9110          REF: HOGLAN 1ST R TO STATE
INV:
PO:                            DEPT.



FedEx
Express

WED - 01 AUG 3:00P

MPS#                              STANDARD OVERNIGHT
[0283]  7728 6380 2845
Mstr# 7728 6380 0967    [0201]
                                              20520
EP AUKA                    DC-US   IAD



Express

Extremely Urgent

For FedEx Express® Shipments Only

FedEx Ship Manager - Print Your Label(s)

7/31/2018

02000677

**CASHIER'S CHECK**

PNC Bank, National Association
Philadelphia, PA

No. 4653075

DATE AUGUST 01, 2013

PAY TO THE
ORDER OF ___U.S. EMBASSY BERN___

$ 2,275.00

TWO THOUSAND TWO HUNDRED SEVENTY FIVE AND 00 / 100************DOLLARS

THOMAS E MELLON III

REMITTER

MIX
Paper from
responsible sources
FSC
FSC° C101537

PNC Bank, National Association

OFFICIAL SIGNATURE

⑈4653075⑈ ⑆031000053⑆ 850004154 2⑈