UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

IN RE: TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

ORDER
03 MDL 1570 (GBD)

------------------------------------------------------------------x
This document relates to:
    03 CV 9849 (GBD)
    03 CV 6978 (GBD)
------------------------------------------------------------------x

GEORGE B. DANIELS, District Judge:

    Defendant Samir Salah's motion[1] to vacate the default judgments entered against him in Burnett v. Al Baraka Inv. & Dev. Corp., 03 CV 9849 (GBD) and in Federal Ins. Co. V. Al Qaida, 03 CV 6978 (GBD), is granted.

Dated: New York, New York
       July 30, 2007

SO ORDERED:

*[signature]*
GEORGE B. DANIELS
United States District Judge

---

[1] The motion is reflected on the docket sheet as document 1945.