**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
*IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :
:     **MOTION TO PERMIT**
:     **ATTACHMENT AND**
:     **EXECUTION PURSUANT**
:     **TO 28 U.S.C. §1610(c)**
:
:     03 MDL 1570 (GBD) (SN)
------------------------------------------------------------------x

**This Document Relates to**
*Hoglan, et al. v. Iran, et al.*
**1:11-cv-07550 (GBD) (SN)**

# EXHIBIT F

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/07/2019
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

In re:

TERRORIST ATTACKS
ON SEPTEMBER 11, 2001

1:03 MDL 1570 (GBD)(SN)

**ORDER**

-----------------------------------------------------------------X

This document relates to:

Hoglan et al., v. Iran, et al., 1:11-CV-07550 (GBD)(SN).

**SARAH NETBURN, United States Magistrate Judge:**

The Hoglan Plaintiffs filed a Motion for Issuance of Letters Rogatory. Upon consideration of the Plaintiffs' Motion, and the accompanying Memorandum of Law and exhibits, it is hereby ORDERED and DECREED that Plaintiffs' Motion is GRANTED.

This Court directs the Clerk of Court to issue Letters Rogatory directed to the Islamic Republic of Iran, substantially similar in form to that attached as **EXHIBIT A** to Plaintiffs' Motion, requesting assistance in serving the Final Order and Judgment On Compensatory Damages issued by this Court, and the necessary accompanying documents, upon the following Defendants: (1) Ayatollah Ali Hoseini Khamenei, Supreme Leader of Iran; (2) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel and former President of Iran; (3) National Iranian Tanker Corporation; (4) National Iranian Oil Corporation; (5) National Iranian Gas Corporation; (6) National Iranian Petrochemical Company; (7) Iran Airlines; and, (8) Hezbollah.

The Letters Rogatory and the accompanying legal documents, including the translations, related to the Final Order and Judgment On Compensatory Damages in this case

shall be transmitted to the U.S. Department of State for delivery to the appropriate judicial authority of the Islamic Republic of Iran, pursuant to §1608(b)(3)(A).

The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 4184 (03-MDL-01570) and 282 (11-CV-07550).

**SO ORDERED**

January 7, 2019
New York, New York

SARAH NETBURN
United States Magistrate Judge