**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
*IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :
: **MOTION TO PERMIT**
: **ATTACHMENT AND**
: **EXECUTION PURSUANT**
: **TO 28 U.S.C. §1610(c)**
:
: 03 MDL 1570 (GBD) (SN)
------------------------------------------------------------------x

**This Document Relates to**
*Hoglan, et al. v. Iran, et al.*
**1:11-cv-07550 (GBD) (SN)**

# EXHIBIT I

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Hoglan et al.*

v.

*Islamic Republic of Iran*

**SUPPLEMENTAL CERTIFICATE OF MAILING**

Case No.: 11-cv-07550 (GBD) (SN)
03-md-01570 (GBD) (SN)

I hereby certify under the penalties of perjury that on the __02__ day of __May__, 20__19__, I served: Michael McPherson, Paralegal Specialist, U.S. Department of State, Overseas Citizens Services, Office of Legal Affairs, SA 17, Tenth Floor, Washington, D.C. 20522

☐ the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☒ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

__2__ copy(ies) of the __Letters Rogatory Request (*Hoglan* Docet No. 282-1), Letters Rogatory Order (*Hoglan* Docket No. 293) (in English and Farsi), certifications by the translators__

by __Federal Express # 7749 8866 3900__.

Dated: New York, New York
        05/02/2019

RUBY J. KRAJICK
CLERK OF COURT

*Melina Roberts*

Melina Roberts
DEPUTY CLERK



```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/02/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hoglan, et al.
                              Plaintiff(s)

            -v-

Islamic Republic of Iran, et al.,
                              Defendant(s)

**SUPPLEMENTAL CERTIFICATE OF MAILING**

Case No.: 1:1:11-cv-07550 (GBD) (SN)
         1:1:03-md-1570 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 2 day of May, 2019, I served: Michael McPherson, Paralegal Specialist, U.S. Department of State, Overseas Citizens Services, Office of Legal Affairs, SA 17, Tenth Floor, Washington, DC. 20522.

☐ the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☒ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

2 copy(ies) of the Letters Rogatory Request (Hoglan Docket No. 282-1), Letters Rogatory Order (Hoglan Docket No.293), translations of all the above documents and certifications by the translator by Federal Express #7750 2523 1017.

Dated: New York, New York
       05/02/2019

RUBY J. KRAJICK
CLERK OF COURT

Edressa Kamal
DEPUTY CLERK

Case 1:11-cv-07550-GBD-SN   Document 322-12   Filed 02/28/20   Page 5 of 11
Case 1:11-cv-07550-GBD-SN   Document 306   Filed 05/08/19   Page 2 of 2
4/22/2019   FedEx Ship Manager - Print Your Label(s)



After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

*Hoglan et al.*

v.

*Islamic Republic of Iran*

**SUPPLEMENTAL CERTIFICATE OF MAILING**

Case No.: 11-cv-07550 (GBD) (SN)
03-md- 01570 (GBD) (SN)

I hereby certify under the penalties of perjury that on the __02__ day of May, 2019, I served: Michael McPherson, Paralegal Specialist, U.S. Department of State, Overseas Citizens Services, Office of Legal Affairs, SA 17, Tenth Floor, Washington, D.C. 20522

☐ the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☒ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

__2__ copy(ies) of the __Letters Rogatory Request (*Hoglan* Docet No. 282-1), Letters Rogatory Order (*Hoglan* Docket No. 293) (in English and Farsi), certifications by the translators__

by __Federal Express # 7750 2520 5189__.

Dated: New York, New York
05/02/ 2019

RUBY J. KRAJICK
CLERK OF COURT

_Melina Roberts_
Melina Roberts
DEPUTY CLERK



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hoglan, et al.

                Plaintiff(s)

-v-

Islamic Republic of Iran, et al.,

                Defendant(s)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/02/19

**SUPPLEMENTAL CERTIFICATE OF MAILING**

Case No.:  1:1:11-cv-07550 (GBD) (SN)
             1:1:03-md-1570 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 2 day of May, 2019, I served: Michael McPherson, Paralegal Specialist, U.S. Department of State, Overseas Citizens Services, Office of Legal Affairs, SA 17, Tenth Floor, Washington, DC. 20522.

☐     the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐     the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐     the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☒     the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

2 copy(ies) of the Letters Rogatory Request (Hoglan Docket No. 282-1), Letters Rogatory Order (Hoglan Docket No.293), translations of all the above documents and certifications by the translator by Federal Express #7750 2523 0569.

Dated: New York, New York
       05/02/2019

RUBY J. KRAJICK
CLERK OF COURT

_____
Edressa Kamal
DEPUTY CLERK



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

```
                                           USDC SDNY
                                           DOCUMENT
UNITED STATES DISTRICT COURT               ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK              DOC #: _____
```
Hoglan, et al.

DATE FILED: 05/02/19

Plaintiff(s)

-v-

**SUPPLEMENTAL CERTIFICATE OF MAILING**

Islamic Republic of Iran, et al.,

Defendant(s)

Case No.:  1:1:11-cv-07550 (GBD) (SN)
           1:1:03-md-1570 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 2 day of May, 2019, I served: Michael McPherson, Paralegal Specialist, U.S. Department of State, Overseas Citizens Services, Office of Legal Affairs, SA 17, Tenth Floor, Washington, DC. 20522.

☐ the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☒ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

2 copy(ies) of the Letters Rogatory Request (Hoglan Docket No. 282-1), Letters Rogatory Order (Hoglan Docket No.293), translations of all the above documents and certifications by the translator by Federal Express #7750 2523 0937.

Dated: New York, New York
       05/02/2019

RUBY J. KRAJICK
CLERK OF COURT

Edressa Kamal
DEPUTY CLERK

4/22/2019

Case 1:11-cv-07550-GBD-SN   Document 322-12   Filed 02/28/20   Page 11 of 11
Case 1:11-cv-07550-GBD-SN   Document 305   Filed 05/08/19   Page 2 of 2

FedEx Ship Manager - Print Your Label(s)



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.