```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Hoglan et al.*

v.

*Islamic Republic of Iran*

**SUPPLEMENTAL CERTIFICATE OF MAILING**

Case No.: __11-cv-07550 (GBD) (SN)__
__03-md- 01570 (GBD) (SN)__

I hereby certify under the penalties of perjury that on the __02__ day of __May__, 20__19__, I served: _____

__Michael McPherson, Paralegal Specialist, U.S. Department of State, Overseas Citizens Services,__

__Office of Legal Affairs, SA 17, Tenth Floor, Washington, D.C. 20522__

☐ the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☒ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

___2___ copy(ies) of the _____ Letters Rogatory Request (*Hoglan* Docet No. 282-1), Letters Rogatory Order (*Hoglan* Docket No. 293) (in English and Farsi), certifications by the translators _____

by ___Federal Express # 7750 2523 0710___ .

Dated: New York, New York
   05/02/ 2019

RUBY J. KRAJICK
CLERK OF COURT

*/s/ Melina Roberts*

Melina Roberts
DEPUTY CLERK



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Hoglan et al.*

v.

*Islamic Republic of Iran*

**SUPPLEMENTAL CERTIFICATE OF MAILING**

Case No.:  11-cv-07550 (GBD) (SN)
03-md- 01570 (GBD) (SN)

I hereby certify under the penalties of perjury that on the __02__ day of May, 2019, I served: Michael McPherson, Paralegal Specialist, U.S. Department of State, Overseas Citizens Services, Office of Legal Affairs, SA 17, Tenth Floor, Washington, D.C. 20522

☐  the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐  the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐  the Secretary of State, Attn:  Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☒  the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

__2__ copy(ies) of the _____ Letters Rogatory Request (*Hoglan* Docet No. 282-1), Letters Rogatory Order (*Hoglan* Docket No. 293) (in English and Farsi), certifications by the translators

by ____ Federal Express # 7750 2523 0683 ____.

Dated: New York, New York
05/02/ 2019

RUBY J. KRAJICK
CLERK OF COURT

Melina Roberts
DEPUTY CLERK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

```
ORIGIN ID:PCTA    (212) 805-0136         SHIP DATE: 22APR19
CLERK OF COURT                           ACTWGT: 1.00 LB
DANIEL P. MOYNIHAN U.S. COURTHOUSE       CAD: 105808175/INET4100
U.S. DISTRICT COURT FOR S.D.N.Y.
500 PEARL STREET
NEW YORK, NY 10007                       BILL SENDER
UNITED STATES US

TO  MICHAEL MCPHERSON, PARALEGAL SPECIA
    U.S. DEPT. OF STATE, OVERSEAS CITIZ
    OFFICE OF LEGAL AFFAIRS, CA/OCS/L
    SA 17, TENTH FLOOR
    WASHINGTON DC 20522
    (202) 485-6180
INV:                REF: HOGLAN LETTERS ROG TRANS X8
PO:                 DEPT:
```




```
           2 of 6              TUE - 23 APR 3:00P
    MPS#                      STANDARD OVERNIGHT
    0263  7750 2523 0683
    Mstr# 7750 2523 0710        0201
                                            20522
    EP WGOA                          DC-US   IAD
```



FedEx Ship Manager - Print Your Label(s)

4/22/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hoglan, et al.

    Plaintiff(s)

-v-

Islamic Republic of Iran, et al.,

    Defendant(s)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/02/19
```

**SUPPLEMENTAL CERTIFICATE OF MAILING**

Case No.: 1:1:11-cv-07550 (GBD) (SN)
1:1:03-md-1570 (GBD) (SN)

I hereby certify under the penalties of perjury that on the  2  day of  May , 2019 , I served: Michael McPherson, Paralegal Specialist, U.S. Department of State, Overseas Citizens Services, Office of Legal Affairs, SA 17, Tenth Floor, Washington, DC. 20522.

☐ the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☒ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

 2  copy(ies) of the Letters Rogatory Request (Hoglan Docket No. 282-1), Letters Rogatory Order (Hoglan Docket No.293), translations of all the above documents and certifications by the translator by Federal Express #7750 2523 1418.

Dated: New York, New York
05/02/2019

RUBY J. KRAJICK
CLERK OF COURT

Edressa Kamal
DEPUTY CLERK

4/22/2019
Case 1:11-cv-07550-GBD-SN  Document 322-13  Filed 02/28/20  Page 6 of 6
Case 1:11-cv-07550-GBD-SN  Document 312  Filed 05/08/19  Page 2 of 2
FedEx Ship Manager - Print Your Label(s)



After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.