UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :
: **MOTION TO PERMIT**
: **ATTACHMENT AND**
: **EXECUTION PURSUANT**
: **TO 28 U.S.C. §1610(c)**
:
: 03 MDL 1570 (GBD) (SN)
-----------------------------------------------------------------x

This Document Relates to
<u>Hoglan, et al. v. Iran, et al.</u>
1:11-cv-07550 (GBD) (SN)

# EXHIBIT J



United States Department of State

*Washington, D.C.   20520*

August 27, 2019

Ruby J. Krajick
Clerk of the Court
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

**Re: Hoglan, et al. v. Iran, et al., 1:11-CV-07550**

Dear Ms. Krajick:

I am writing regarding the Court's January 25, 2019 request for transmittal of letters rogatory seeking assistance in serving documents on Ayatollah Ali Hoseini Khamenei, Supreme Leader of Iran; Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel and former President of Iran; National Iranian Tanker Corporation; National Iranian Oil Corporation; National Iranian Gas Corporation; National Iranian Petrochemical Company; Iran Airlines; and, Hezbollah as defendants in the above referenced lawsuit.

Because the United States does not maintain diplomatic relations with the Government of Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran in transmitting letters rogatory to the Iranian Ministry of Foreign Affairs. The letters rogatory were transmitted to the Iranian Ministry of Foreign Affairs under cover of diplomatic notes No. 1058-IE, No. 1059-IE, No. 1060-IE, No. 1061-IE, No. 1062-IE, No. 1063-IE, No. 1064-IE, and No. 1065-IE, dated July 15, 2019. The delivery of these notes and their attachments was attempted on July 17, 2019, but the Iranian Ministry of Foreign Affairs refused their acceptance. Certified copies of these diplomatic notes are enclosed.

Sincerely,

Jared Hess
Attorney Adviser
Overseas Citizens Services
Office of Legal Affairs

Cc: Timothy B. Fleming
Wiggins Childs Quinn & Pantazis LLC
1850 M Street, NW
Suite 720
Washington, DC 20036