UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

IN RE: TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

ORDER

03 MDL 1570 (GBD)

------------------------------------------------------------------x
This document relates to:
    03 CV 6978 (GBD)
------------------------------------------------------------------x

GEORGE B. DANIELS, District Judge:

    The Clerk of the Court is hereby directed to remove plaintiffs' motion, for leave to supplement the record with additional evidence, from the list of pending motions.[1] That motion was denied on September 21, 2005. See, In re Terrorist Attacks on September 11, 2001, 392 F.Supp.2d 539, 551 (S.D.N.Y. 2005) ("The *Federal* Plaintiffs' motion to supplement the record against Prince Salman and Prince Naif is denied.").

Dated: New York, New York
       July 30, 2007

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

---

[1] The motion is recorded on the docket sheet as document 980.