UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE: TERRORIST ATTACKS ON　　　　　　　　ORDER
SEPTEMBER 11, 2001　　　　　　　　　　　　　　03 MDL 1570 (GBD)
------------------------------------------------------------------x
This document relates to:
　　02 CV 6977 (GBD)[1]
　　03 CV 5738 (GBD)
　　03 CV 6978 (GBD)[2]
　　03 CV 9849 (GBD)
　　04 CV 5970 (GBD)
　　04 CV 6105 (GBD)
　　04 CV 7279 (GBD)
　　04 CV 7280 (GBD)
------------------------------------------------------------------x

GEORGE B. DANIELS, District Judge:

　　The Estate of defendant Mohammad Abdullah Aljomaih (also referred to as "Mohammed bin Abdullah Al-Jomaith") moved to dismiss the claims asserted against defendant, pursuant to Fed.R.Civ.P. 25(a)(1), in all the complaints in which he was named. No opposition to the motion has been filed, and the time in which to do so has expired.

　　If no opposition to the motion is filed within thirty (30) days of this Order, the motion will be granted as to all the complaints in which defendant is named.

　　Dated: New York, New York
　　August 3, 2007

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

---

[1] The docket sheet indicates that Mr. Aljomaih is named as a defendant in the Sixth Amended Consolidated Master Complaint, filed in Ashton v. Al Qaida, 02 CV 6977 (GBD) and in the Second Amended Complaint, filed in Continental Cas. Co. v. Al Qaeda, 04 CV 5970 (GBD). In reviewing those complaints, however, it does not appear that Mr. Aljomaih is in fact named as a defendant in those cases.

[2] Although the docket sheet reflects that plaintiffs voluntarily dismissed the complaint against defendant, in Federal Ins. Co. v. Al Qaida, 03 CV 6978 (GBD), the Notice of Voluntary Dismissal itself does not appear as a filed document.