UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

IN RE: TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

ORDER

03 MDL 1570 (GBD)

-----------------------------------------------------------------x

This document relates to:
      03 CV 9849 (GBD)
      03 CV 6978 (GBD)

Defendant DMI Administrative Services S.A.'s motion to withdraw its previously filed motions to dismiss the complaints, in Burnett v. Al Baraka Inv. & Dev. Corp., 03 CV 9849 (GBD) and Federal Ins. Co. v. Al Qaida, 03 CV 6978 (GBD), is granted.[1]

Accordingly, the Clerk of the Court is directed to remove the defendant's motions to dismiss, designated on the docket sheet as documents 94 and 499, from the pending motion list.

Dated: New York, New York
      August 6, 2007

SO ORDERED:

GEORGE B. DANIELS
United States District Judge

---

[1] The motion to withdraw is recorded on the docket sheet as document 1151.