UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

IN RE: TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

ORDER
03 MDL 1570 (GBD)

------------------------------------------------------------x
This document relates to:
    03 CV 9848 (GBD)
------------------------------------------------------------x

GEORGE B. DANIELS, District Judge:

A second amended complaint, in Havlish v. Bin-Laden, 03 CV 9848 (GBD), has already been filed with the Court. Accordingly, the Clerk of the Court is hereby directed to remove the Havlish plaintiffs' motion, seeking leave to file a second amended complaint, from the list of pending motions.[1]

Dated: New York, New York
       August 8, 2007

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

---

[1] The motion is recorded on the docket sheet as document 1322, and the second amended complaint is document 1894.