USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 10 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) ECF Case |
|---|---|

*This document relates to:*   Estate of John P. O'Neill, Sr., *et al.* v. Kingdom of Saudi Arabia, *et al.*, 04 CV 01922 (GBD)

## ORDER

AND NOW, this ____ day of August, 2007 upon consideration of the Plaintiffs' Motion to Withdraw Without Prejudice, Certain Amended RICO Statements, consented to by counsel for the Saudi Defendants, it is hereby ORDERED that this Motion is GRANTED. The Clerk shall remove the following documents from the docket: 1) Amended RICO Statement Applicable to the Council of Ministers for the Kingdom of Saudi Arabia - MDL Docket # 1090, KSA Docket # 77; 2) Amended RICO Statement Applicable to the Directorate of Intelligence for the Kingdom of Saudi Arabia - MDL Docket #1088, KSA Docket # 75; 3) Amended RICO Statement Applicable to the General Staff for the Kingdom of Saudi Arabia - MDL Docket # 1080, KSA Docket #70; 4) Amended RICO Statement Applicable to the Kingdom of Saudi Arabia - MDL Docket #1089, KSA Docket #76; 5) Amended RICO Statement Applicable to the Ministry of



Interior for the Kingdom of Saudi Arabia - MDL Docket #1079, KSA Docket #71; 6) Amended RICO Statement Applicable to the Ministry of State for Internal Affairs for the Kingdom of Saudi Arabia - MDL Docket #1086, KSA Docket # 73; 7) Amended RICO Statement Applicable to the Saudi Committee for the Support of the Intifada for the Kingdom of Saudi Arabia - MDL Docket #1091, KSA Docket #78; 8) Amended RICO Statement Applicable to the Special Committee of the Council of Ministers for the Kingdom of Saudi Arabia - MDL Docket # 1081, KSA Docket # 72; 9) Amended RICO Statement Applicable to the Supreme Council of Islamic Affairs for the Kingdom of Saudi Arabia - MDL Docket #1087, KSA Docket # 74; 10) Amended RICO Statement Applicable to the Intelligence Section (G-2) for the Kingdom of Saudi Arabia - MDL Docket #1108, KSA Docket # 79.

BY THE COURT:

AUG 1 0 2007

*George B. Daniels*

HON. GEORGE B. DANIELS