Exhibit # 1

# MEMO ENDORSED



**MotleyRice**

Robert T. Haefele
Licensed in SC, NJ & PA
DIRECT DIAL 843.216.9184
DIRECT FAX 843.216.9450
RHaefele@motleyrice.com

July 10, 2007

<u>Via Federal Express</u>
Honorable Frank Maas
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 740
New York, New York 10007-1312

      Re:    *In re Terrorist Attacks on September 11, 2001*
            03 MDL 1570 (GBD)(FM)

Dear Judge Maas:

      In an endeavor to reduce the disputes among the parties, we are writing on behalf of the plaintiffs in the above-referenced matter to clarify one issue regarding the Order Your Honor entered on July 6, 2007. In paragraph 2a, Your Honor directed defendant SBG to produce documents concerning: "Osama bin Laden's separation from SBG, including, but not limited to, documents relating to the establishment of a trust."

      As a preliminary matter, we understand that the court did not intend to make a finding that Osama bin Laden has, in fact, been separated from SBG; but rather, the court intended to direct SBG to produce all documents that concerned that contention by SBG.     *I agree*

      Moreover, inasmuch as Your Honor made reference during the hearing to a number of other documents that fall into the category highlighted in Paragraph 2a, we wish to confirm that – as part of the "including, but not limited to" phrase – Your Honor intended for SBG to produce the other documents referenced as well. More specifically, during the discussion of the issue of Osama bin Laden's alleged separation from SBG, Your Honor indicated that, in addition to documents concerning the establishment of a trust, SBG was also expected to produce documents regarding the assignment of Osama bin Laden's interests, documents regarding the terms of the trust and what happened to the trust, documents regarding what was submitted to the Sharia court and the Sharia court's determination, as well as any documents that address the purpose for distancing SBG from   *See over*

---

www.motleyrice.com

| MT. PLEASANT | BARNWELL | PROVIDENCE | HARTFORD | ATLANTA |
|---|---|---|---|---|
| 28 BRIDGESIDE BLVD. | 1750 JACKSON ST. | 321 SOUTH MAIN ST. | ONE CORPORATE CENTER | 600 WEST PEACHTREE ST. |
| P.O. BOX 1792 | P.O. BOX 365 | P.O. BOX 6067 | 20 CHURCH ST., 17TH FLOOR | SUITE 800 |
| MT. PLEASANT, SC 29465 | BARNWELL, SC 29812 | PROVIDENCE, RI 02940 | HARTFORD, CT 06103 | ATLANTA, GEORGIA 30308 |
| 843-216-9000 | 803-224-8800 | 401-457-7700 | 860-882-1681 | 404-201-6900 |
| 843-216-9450 FAX | 803-259-7048 FAX | 401-457-7708 FAX | 860-882-1682 FAX | 404-201-6959 FAX |

Motley Rice LLC
Attorneys at Law

Honorable Frank Maas<br>
Re: 03 MDL 1570 (GBD) (FM)<br>
July 10, 2007<br>
Page 2 of 3

Osama bin Laden. (See attached excerpts from Transcript of Hearing at page 42, line 6 to page 44, line 16.)

Respectfully,

By: _____
Robert T. Haefele

cc:   James Gauch, Esq., Counsel for SBG
      Via Federal Express

      Plaintiffs Executive Committee

Attachments

I clearly intended to include in the scope of my order the additional documents recited in the transcript of the conference. Additionally, with respect to the temporal scope of the required production, an issue which is the subject of additional letters dated 7/16 and 7/20/07, I see no reason why all of the trust records for a lengthy period should be produced. On the other hand, any records which reflect a change in the structure or trustees of the trust or its beneficiaries should be turned over regardless of date. The intent of this directive is not to require that records of changes in the assets of the trust be disclosed, unless there were transfers to Osama bin Laden (which I believe SBG has previously represented is not the case).

FMaas, USMJ, 7/26/07