IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL No. 1570 (GBD)<br>ECF CASE |

This document relates to:

*Burnett v. Al Baraka Inv. & Dev. Corp.*, 03-CV-9849
*Euro Brokers, Inc. v. Al Baraka Inv. & Dev. Corp.*, 04-CV-7279
*World Trade Ctr. Prop., LLC v. Al Baraka Inv. & Dev. Corp.*, 04-CV-7280

**MOTION TO DISMISS PURSUANT TO RULE 12(B)(6) FOR FAILURE TO STATE A CLAIM**

Defendant Abdul Hamid Abu Sulayman, by and through undersigned counsel, hereby moves this Court to dismiss the claims asserted against him in *Burnett, et al. v. Al Baraka Investment & Development Corp., et al.*, Case No. 03-CV-9849 (RCC), *Euro Brokers, Inc. et al. v. Al Baraka Investment & Development Corp., et al.*, Case No. 04-CV-7279, and *World Trade Center Properties LLC, et al, v. Al Baraka Investment & Development Corp., et al.*, Case No. 04-CV-7280 pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated: August 23, 2007            Respectfully submitted,

                                  DLA PIPER US LLP

                                  By: /s/ Nancy Luque
                                      Nancy Luque (NL-1012)
                                      Steven K. Barentzen (SB-8777)
                                      1200 Nineteenth Street, NW
                                      Washington, DC 20036-2430
                                      Telephone: (202) 861-3900
                                      Facsimile: (202) 223-2085

                                  *Attorneys for Abdul Hamid Abu Sulayman*