IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE TERRORIST ATTACKS ON ) <br> SEPTEMBER 11, 2001 ) <br> ) | 03 MDL No. 1570 (GBD) <br> ECF CASE |

This document relates to:

*Burnett v. Al Baraka Inv. & Dev. Corp.*, 03-CV-9849
*Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03-CV-6978

### MOTION TO DISMISS PURSUANT TO RULE 12(B)(6) FOR FAILURE TO STATE A CLAIM

Defendant Samir Salah, by and through undersigned counsel, hereby moves this Court pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss the claims asserted against him in *Burnett, et al. v. Al Baraka Investment & Development Corp., et al.*, Case No. 03-CV-9849 (RCC) and *Federal Insurance Co., et al. v. al Qaida, et al.*, Case No. 03-CV-6978 (RCC).

Dated:  August 23, 2007

Respectfully submitted,

DLA PIPER US LLP

By: /s/ Nancy Luque
Nancy Luque (NL-1012)
Steven K. Barentzen (SB-8777)
1200 Nineteenth Street, NW
Washington, DC  20036-2430
Telephone: (202) 861-3900
Facsimile:   (202) 223-2085

*Attorneys for Samir Salah*