UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
_____x

IN RE: TERRORIST ATTACKS ON                   03 MDL 1570  (RCC)
SEPTEMBER 11, 2001


_____x

THIS DOCUMENT RELATES TO:

*Fiona Havlish, et al. v. Bin-Laden, et al.*
03 CV 9848 (RCC)

**AFFIDAVIT OF SERVICE OF THE
SECOND AMENDED COMPLAINT**

I, Stephen A. Corr, Esquire, being duly sworn do hereby depose and say:


1.      On December 28, 2006, I delivered packages to Parcel Place, 4387 West Swamp Road, Doylestown, Pennsylvania 18901.  Parcel Place is a DHL authorized shipping center.  The packages delivered to Parcel Place contained two (2) copies (1 English version and 1 Farsi version) of the Second Amended Complaint.  The packages delivered to Parcel Place were addressed as follows:

    (a)    Mr. Ebrahim Sheibany
            Governor
            Central Bank of the Islamic Republic of Iran
            Miramad Boulevard, #144
            Tehran, Iran

    (b)    National Iranian Petro Chemical Company
            #46 Haft Tir Square, Karimkhan Zand Boulevard
            P.O. Box 11365-3484
            Tehran, Iran

    (c)    Madhi Mir Maezzei
            Chief Managing Director
            National Iranian Oil Company

|     |     |
| --- | --- |
|     | Hafez Crossing, Taleghani Avenue<br>P.O. Box 1863<br>Tehran, Iran |
| (d) | Mr. Mohammed Souri<br>Chairman<br>National Iranian Tanker Company<br>#67 and 88; Atefi Street; Africa Avenue<br>Tehran, Iran |
| (e) | Eng. Davoud Keshavarzian<br>Chairman and CEO<br>Iran Air H.Q.<br>Mehrabad Airport<br>Tehran, Iran |
| (f) | National Iranian Gas Company<br>#401, Mafatteh Crossing, Taleghani Avenue<br>P.O. Box 6394, 4533<br>Tehran, Iran |
| (g) | Ali Shamkhani<br>Iran Ministry of Defense and Armed Forces Logistics<br>Dabestan Street, Seyyed Khandan Bridge<br>Resalat Expressway<br>Tehran, Iran |
| (h) | Bijan Namdar-Zanganeh<br>Iran Ministry of Petroleum<br>Hafez Crossing, Taleghani Avenue<br>Before Hafez Bridge<br>Tehran, Iran |
| (i) | Safdar Hoseini<br>Iran Ministry of Economic Affairs and Finance<br>Sour Esrafil Street, Bab Homayoun Avenue<br>Tehran, Iran |
| (j) | Mohammad Shariat-Madari<br>Iran Ministry of Commerce<br>492 Valy-e Asr Avenue<br>Between Taleghani Crossroad and Valy-e Asr Square<br>Tehran, Iran |

2. The package addressed to Ebrahim Sheibany, Governor of the Central Bank of the Islamic Republic of Iran, carried DHL tracking number 830 8199 690 and was delivered on January 7, 2007 at 9:49 a.m. A copy of the cover letter accompanying the package, the DHL waybill, and the tracking results from the DHL website are attached hereto collectively as **Exhibit A**.

3. The package addressed to National Iranian Petrochemical Company carried DHL tracking number 830 8376 672 and was delivered on January 8, 2007 at 9:32 a.m. A copy of the cover letter accompanying the package, the DHL waybill, and the tracking results from the DHL website are attached hereto collectively as **Exhibit B**.

4. The package addressed to Madhi Mir Maezzei, Chief Managing Director, National Iranian Oil Company carried DHL tracking number 830 8376 694 and was delivered on January 7, 2007 at 2:45 p.m. A copy of the cover letter accompanying the package, the DHL waybill, and the tracking results from the DHL website are attached hereto collectively as **Exhibit C**.

5. The package addressed to Mohammed Souri, Chariman, National Iranian Tanker Corporation carried DHL tracking number 830 8199 675 and was delivered on January 9, 2007 at 8:35 a.m. A copy of the cover letter accompanying the package, the DHL waybill, and the tracking results from the DHL website are attached hereto collectively as **Exhibit D**.

6. The package addressed to Eng. Davoud Keshavarzian, Chairman and CEO of Iran Air, carried DHL tracking number 830 8199 664 and was returned to sender on or about January 5, 2007. The package was then re-sent to Iran Air on January 13, 2007 carrying DHL tracking number 830 8199 196 and was delivered on January 20, 2007 at

1:28 p.m.  A copy of the cover letter accompanying the package, the DHL waybill, and the tracking results from the DHL website are attached hereto collectively as **Exhibit E**.

7. The package addressed to National Iranian Gas Company carried DHL tracking number 830 8199 701 and was returned to sender on or about January 5, 2007. The package was then re-sent to National Iranian Gas Company carrying DHL tracking number 830 8199 200 and was delivered on January 20, 2007 at 11:09 a.m.  A copy of the cover letter accompanying the package, the DHL waybill, and the tracking results from the DHL website are attached hereto collectively as **Exhibit F**.

8. The package addressed to Ali Shamkhani, Iran Ministry of Defense & Armed Forces Logistics carried DHL tracking number 830 8199 642 and was returned to sender on or about January 5, 2007.  The package was then re-sent to Ali Shamkhani, Iran Ministry of Defense & Armed Forces Logistics carrying DHL tracking number 830 8199 185.  The package was delivered on January 20, 2007 but the recipient refused to accept the package.  Delivery was attempted again on January 23, 2007, but again the recipient refused to accept the package.  The package was then returned to sender on or about January 27, 2007.  A copy of the cover letter accompanying the package, the DHL waybills, and the tracking results from the DHL website are attached hereto collectively as **Exhibit G**.

9. The package addressed to Bijan Namdar-Zanganeh, Iran Ministry of Petroleum, carried DHL tracking number 830 8199 631 and was delivered on January 9, 2007 at 7:46 a.m.  A copy of the cover letter accompanying the package, the DHL waybill, and the tracking results from the DHL website are attached hereto collectively as **Exhibit H**.

10. The package addressed to Safdar Hoseini carried DHL tracking number 830 8199 620 and was delivered on January 9, 2007 at 9:24 a.m. A copy of the cover letter accompanying the package, the DHL waybill, and the tracking results from the DHL website are attached hereto collectively as **Exhibit I**.

11. The package addressed to Mohammad Shariat-Madri, Iran Ministry of Commerce carried DHL tracking number 830 8293 475 and was delivered on January 7, 2007 at 2:45 p.m. A copy of the cover letter accompanying the package, the DHL waybill, and the tracking results from the DHL website are attached hereto collectively as **Exhibit J**.

12. In addition to the individual packages which were delivered to Parcel Place on December 28, 2006, I also delivered a single box addressed to "Permanent Mission of Iran to the U.N., 622 Third Avenue, New York, NY 10017." The box contained six individual packages containing a cover letter and two copies of the Second Amended Complaint (one in English and one in Farsi) addressed as follows:

    1.    Mohammad Ali Yunesi
          Iran Ministry of Intelligence & Security
          c/o Permanent Mission of Iran to the U.N.
          622 Third Avenue
          New York, NY 10017

    2.    Islamic Republic of Iran
          c/o Permanent Mission of Iran to the U.N.
          622 Third Avenue
          New York, NY 10017

    3.    The Islamic Revolutionary Guard Corps.
          c/o Permanent Mission of Iran to the U.N.
          622 Third Avenue
          New York, NY 10017

    4.    Hezbollah
          c/o Permanent Mission of Iran to the U.N.

        622 Third Avenue
        New York, NY 10017

5.      Ali Akbar Hashemi Rafsanjani
        c/o Permanent Mission of Iran to the U.N.
        622 Third Avenue
        New York, NY 10017

6.      Ayatollah Ali Hoseini-Khamenei
        Supreme Leader
        Islamic Republic of Iran
        c/o Permanent Mission of Iran to the U.N.
        622 Third Avenue
        New York, NY 10017

The box carried DHL tracking number 830 8293 486.  DHL attempted to deliver the box to the Permanent Mission of Iran to the U.N., but the box was refused because it was not addressed to an individual.  On January 12, 2007, I, with the help of my assistant, Jennifer Bechle, took each of the six packages which were addressed as set forth above and placed them in six individual Federal Express packages addressed as follows: "H.E. Mohammad Javad Zarif, Permanent Mission of Iran to the U.N., Ambassador, 622 Third Avenue, New York, NY 10017."  The six packages carried the following Federal Express tracking numbers: 1) 790649150414 (Mohammad Ali Yunesi);  2)  798084603945 (Islamic Republic of Iran);  3)  791616329110 (Islamic Revolutionary Guard Corps.);  4) 799068910680 (Hezbollah);  5)  791209138139 (Ali Akbar Hashemi Rafsanjani); and 6) 792272026998 (Ayatollah Ali Hoseini-Khamenei).  Each of the six Federal Express packages was delivered to the Permanent Mission of Iran to the U.N. on January 15, 2007 at 10:43 a.m. and were signed for by Z. Nazar.  A copy of each cover letter and the tracking results, including the signature of Z. Nazar,  from the Federal Express website are attached hereto collectively as **Exhibit K**.  On January 17, 2007 at 3:31 p.m., two days after accepting delivery of the six Federal Express packages, a representative from

the Permanent Mission of Iran to the U.N. placed the six packages into a single Federal Express box carrying Federal Express tracking number 798587462698 and returned the six packages to "Jennifer Bechle, Mellon, Webster & Shelly, 87 N. Broad Street, Doylestown, PA  18901."  Inside the box, the six packages remain sealed in their original Federal Express envelopes, each with a notation on the outside of the envelope "RTS/Refused."

13. In addition to attempting service of the Second Amended Complaint on the six defendants identified in paragraph 12 above *via* DHL and Federal Express, on January 12, 2007 at 2:59 p.m., I sent four copies of the Second Amended Complaint (two in Farsi (one in .pdf format and one in .doc format) and two in English (one in .pdf format and one in .doc format)) *via* email to the Permanent Mission of Iran to the U.N. and Ambassador H.E. Mohammad Javad Zarif at the following email addresses iran@un.int and jzarif@un.int .  The email identified the case in the subject line and notified the Ambassador that service was being made upon the six defendants identified in paragraph 12 above.  A copy of the email showing the four attachments is attached hereto as **Exhibit L**.

14. On December 23, 2002, Nancy M. Mayer-Whittington, Clerk of the United States District Court, District of Columbia, entered defaults, pursuant to Fed.R.Civ.P. 55(a) for failure to plead or otherwise defend this action, against the following defendants: The Islamic Republic of Iran, Iranian Ministry of Information and Security, The Islamic Revolutionary Guard Corps., Hezbollah, Iranian Ministry of Petroleum, Iranian Ministry of Economic Affairs and Finance, Iranian Ministry of Commerce, Iranian Ministry of Defense and Armed Forces Logistics, Ayatollah Ali

Hoseini-Khamenei, Saddam Hussein and Quasai Hussein. A copy of the Rule 55(a) defaults are attached hereto collectively as **Exhibit M.** Despite their status as defaulting defendants, Plaintiffs have made every effort to serve the Second Amended Complaint on the defaulting defendants.

15. Pursuant to Fed.R.Civ.P. 4, Plaintiffs have now served The National Iranian Tanker Corporation (previously identified as Unidentified Terrorist 2) as set forth in paragraph 5 above. The effective date of service is January 9, 2007.

16. Pursuant to Fed.R.Civ.P. 4, Plaintiffs have now served The National Iranian Oil Corporation (previously identified as Unidentified Terrorist 3) as set forth in paragraph 4 above. The effective date of service is January 7, 2007.

17. Pursuant to Fed.R.Civ.P. 4, Plaintiffs have now served The National Iranian Gas Company (previously identified as Unidentified Terrorist 4) as set forth in paragraph 7 above. The effective date of service is January 20, 2007.

18. Pursuant to Fed.R.Civ.P. 4, Plaintiffs have now served Iran Airlines (previously identified as Unidentified Terrorist 5) as set forth in paragraph 6 above. The effective date of service is January 20, 2007.

19. Pursuant to Fed.R.Civ.P. 4, Plaintiffs have now served The National Iranian Petrochemical Company (previously identified as Unidentified Terrorist 6) as set forth in paragraph 3 above. The effective date of service is January 8, 2007.

20. Pursuant to Fed.R.Civ.P. 4, Plaintiffs have now served The Central Bank of Iran (previously identified as Unidentified Terrorist 7) as set forth in paragraph 2 above. The effective date of service is January 7, 2007.

/s
Stephen A. Corr, Esquire
Pa. Bar No. 65266
MELLON, WEBSTER & SHELLY
87 North Broad Street
Doylestown, PA  18901
Telephone:  (215) 348-7700
scorr@mellonwebster.com