# EXHIBIT  D



LAW OFFICES
*Mellon Webster & Shelly*

A PROFESSIONAL CORPORATION
87 NORTH BROAD STREET
DOYLESTOWN, PA 18901
215-348-7700 ● FAX 215-348-0171

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR
SAMUEL C. TOTARO, JR.
ELISSA B. HEINRICHS

JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

December 28, 2006

Mohammed Souri
Chairman
National Iranian Tanker Company
Nos. 67 & 88; Atefi St.; Africa Ave.
Tehran, Iran, 19177

> **Re:    Havlish, et al. v. bin-Laden, et al.**
> **03 MDL 1570 (RCC)**
> **U.S.D.C., Southern District of New York, 03-CV-9848-RCC**
> **Transferred from U.S.D.C., District of Columbia, 1:02-cv-305**

Dear Sir:

You, or your organization, is named as a defendant in the above-referenced lawsuit. Enclosed you will find the following documents:

1.    Second Amended Complaint (English)
2.    Second Amended Complaint (Farsi)

Service is hereby made pursuant to Federal Rules of Civil Procedure 4 and 5.  Pursuant to the Federal Rules of Civil Procedure you have ninety (90) days to file an Answer to this Second Amended Complaint.  If no Answer is filed within ninety (90) days of service, we intend to perfect a default judgment against you.

Very truly yours,

Stephen A. Corr

SAC:ss
Enclosures
**Sent via DHL No.  830 8199 675**

Cont



| Ship | Track | Services | About DHL | Help |

DHL USA Hom



**Track**

- ▸ Track by number
- ▸ Track by reference
- ▸ Get delivery signature
- ▸ Track DHL Same Day service
- ▸ Monitor shipments

## Log in to DHL

User ID  [                    ]

Password  [                    ]

☐ Remember my User ID

Log in ▦

▸ Forgot your Password?

# Track results detail

## Tracking results detail for 8308199675

**Tracking summary**

| | | |
|---|---|---|
| Current Status | ✓ | **Shipment delivered.** |
| Delivered on | | 1/9/2007  8:35 am |
| Delivered to | | |
| Signed for by | | **MIRMOSTAFAEI**   What is this? |

## Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 1/9/2007 | 8:35 am | Shipment delivered. | Tehran, Iran  Why is this |
| | 7:56 am | With delivery courier. | Tehran, Iran |
| 1/8/2007 | 9:36 am | Arrived at DHL facility. | Tehran, Iran |
| | 9:10 am | Depart Facility. | Tehran, Iran |
| | 9:07 am | Arrived at DHL facility. | Tehran, Iran |
| 1/7/2007 | 10:59 pm | Depart Facility. | Dubai, United Arab Emir |
| | 9:18 am | Arrived at DHL facility. | Dubai, United Arab Emir |
| 1/6/2007 | 7:31 pm | Depart Facility. | London, United Kingdom |
| 1/5/2007 | 10:27 pm | Arrived at DHL facility. | East Midlands, United Ki |
| | 7:17 am | Depart Facility. | Wilmington, OH |
| | 1:14 am | Clearance processing complete. | Wilmington, OH |
| 1/4/2007 | 2:09 pm | In transit. | Wilmington, OH |
| 12/30/2006 | 3:47 am | At Gateway. | Wilmington, OH |
| | 2:20 am | Processed at DHL Location. | Wilmington, OH |
| | 2:20 am | In transit. | Wilmington, OH |
| 12/29/2006 | 7:52 pm | Departing origin. | Allentown, PA |
| | 6:50 pm | Picked Up by DHL. | Shipper's Door |

**Ship From:**
MELLON WEBSTER & SHELLY
Doylestown, PA  18901
United States

**Ship To:**
Tehran, Iran

**Shipment Information:**
Ship date: 12/29/2006
Pieces: 1
Total weight: 3 lbs *

Ship Type: Document
Shipment Reference: H
Service: International E
Special Service:
Description: NONE

Attention:
MELLON WEBSTER & SHELLY

Attention:

Tracking detail provided by DHL: 1/15/2007, 6:37:32 am pt.

▦ Back to summary

Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to [
use of DHL tracking systems and information is strictly prohibited.

* **Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actu
weights may be different and will be provided on invoice.

Case 1:03-md-01570-GBD-SN   Document 2033-5   Filed 08/24/07   Page 4 of 5

**New to DHL?**

Registration is quick and easy.And as a registered
user,you'll have access to services and tools to help you
ship your packages easily and efficiently.
▷ Register Now

**Questions?**

We're here to help!
▷ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.

http://track.dhl-usa.com/TrackRslts.asp?nav=TrackRslt

1/15/2007

EXPRESS

Process and Track your shipment online http://www.dhl-usa.com

1-800-CALL-DHL *in USA only*

**Shipment Air Waybill**
(Non negotiable)

830 8199 675

**1 Payer Account Number and Payment Information**

Charge to ☐ Shipper  ☐ Receiver  ☐ 3rd Party

Payer Account No.

Shipment Value Protection *(see reverse)*

$ Declared Value for Carriage *(in US $)* _____

*Not all payment options are available in all countries*

☐ Cash
☐ Check
☐ Credit Card

**2 From (Shipper)**

Shipper's Account Number

Contact Name

Company Name

Address

Shipper's Reference *(up to 35 characters)*

Post/ZIP Code (required)

Phone, Fax, or E-mail (required)

**3 To (Receiver)**

Company Name

Contact Name

Delivery Address *DHL Cannot Deliver to a PO Box*

Country

Post/ZIP Code (required)

Phone, Fax, or E-mail (required)

**4 Shipment Details**

Total Number of Packages

Total Weight
If DHL Express Document packaging used, enter XD

lbs.

Dimensions *(in inches)*
Pieces    Length    Width    Height

× × ×
× × ×

830B199B675

**5 DESCRIPTION OF CONTENTS AND COMMODITIES**
Give Content and Quantity *DHL Does Not Transport Cash*

**6 CUSTOMS DECLARATION (if applicable)**
Attach the original and four copies of a Commercial Invoice or Pro Forma.
Export License No./Symbol *(if applicable)*    Receiver's VAT/GST or Shipper's EIN/SSN

Value for Customs *(in US $)*
*(on Commercial/Pro Forma invoice)*

Schedule B Number · Harmonized Code *(if applicable)*

**TYPE OF EXPORT** ☐ Permanent  ☐ Repair/Return  ☐ Temporary

Destination Duties/Taxes If left blank, Receiver pays duties/taxes
☐ Receiver   ☐ Shipper   ☐ Other _____

The commodities, technology or software to be exported from the U.S. are in compliance with the U.S. Bureau of Export Administration. Diversion to countries contrary to U.S. law prohibited.

**7 Shipper's Authorization (signature required)**

I/we agree that DHL's standard terms apply to this shipment and limit DHL's liability for loss or damage to US $100. The Warsaw Convention may also apply. Have authorized DHL to complete any documents necessary to export the shipment. Have authorized DHL to act as forwarding agent for export control and customs purposes. The recipient as 3rd party advisers to pay. I/we understand that DHL DOES NOT TRANSPORT CASH.

Signature (required)                              Date          /          /

**8 INTERNATIONAL PRODUCTS & SERVICES**

☐ DP GLOBAL MAIL

DOMESTIC EXPRESS

WORLDWIDE EXPRESS

Service Options

DIMENSIONAL/CHARGEABLE WEIGHT     lbs

Drop Box #                          TOTAL

TRANSPORT COLLECT STICKER No.

SERVICES    CHARGES

PAYMENT DETAILS (Check, Card No.)
No.:

Type                    Expires
Auth.

PICKED UP BY

Route No.

Time                    Date

ORIGIN                  DESTINATION CODE

DHL Worldwide Express, Inc., 1200 South Pine Island Road, Plantation, Florida 33324

Shipper's Copy