# EXHIBIT E



LAW OFFICES
*Mellon Webster & Shelly*

A PROFESSIONAL CORPORATION
87 NORTH BROAD STREET
DOYLESTOWN, PA 18901
215-348-7700 • FAX 215-348-0171

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR
SAMUEL C. TOTARO, JR.
ELISSA B. HEINRICHS

JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

December 28, 2006

Eng. Davoud Keshavarzian
Chairman & CEO
Iran Air
Iran Air H.Q.
Mehrabad Airport
Tehran, Iran,

    Re: Havlish, et al. v. bin-Laden, et al.
       03 MDL 1570 (RCC)
       U.S.D.C., Southern District of New York, 03-CV-9848-RCC
       Transferred from U.S.D.C., District of Columbia, 1:02-cv-305

Dear Sir:

  You, or your organization, is named as a defendant in the above-referenced lawsuit. Enclosed you will find the following documents:

  1. Second Amended Complaint (English)
  2. Second Amended Complaint (Farsi)

  Service is hereby made pursuant to Federal Rules of Civil Procedure 4 and 5. Pursuant to the Federal Rules of Civil Procedure you have ninety (90) days to file an Answer to this Second Amended Complaint. If no Answer is filed within ninety (90) days of service, we intend to perfect a default judgment against you.

          Very truly yours,

          Stephen A. Corr

SAC:ss
Enclosures
**Sent via DHL No. 830 8199 664**

Cont



| Ship | Track | Services | About DHL | Help |

DHL USA Hom

**Track**

- Track by number
- Track by reference
- Get delivery signature
- Track DHL Same Day service
- Monitor shipments

## Track results detail

### Tracking results detail for 8308199664

**Tracking summary**

Current Status     In transit.

### Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 1/4/2007 | 2:42 pm | In transit. | Wilmington, OH |
| | 2:41 pm | Please contact DHL. | Wilmington, OH |
| 12/30/2006 | 3:47 am | At Gateway. | Wilmington, OH |
| | 2:15 am | In transit. | Wilmington, OH |
| | 2:15 am | Processed at DHL Location. | Wilmington, OH |
| 12/29/2006 | 7:49 pm | Departing origin. | Allentown, PA |
| | 6:50 pm | Picked Up by DHL. | Shipper's Door |

**Ship From:**
MELLON WEBSTER & SHELLY
Doylestown, PA  18901
United States

**Ship To:**
Tehran, Iran

**Shipment Information:**
Ship date: 12/29/2006
Pieces: 1
Total weight: 3 lbs *

Ship Type: Document
Shipment Reference: H
Service: International E
Special Service:
Description: NONE

Attention:
MELLON WEBSTER & SHELLY

Attention:

## Log in to DHL

User ID
Password

- Remember my User ID

Log in

- Forgot your Password?

Tracking detail provided by DHL: 1/15/2007, 6:38:30 am pt.

Back to summary    Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to D use of DHL tracking systems and information is strictly prohibited.

**\* Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actu weights may be different and will be provided on invoice.

**New to DHL?**

Registration is quick and easy. And as a registered user, you'll have access to services and tools to help you ship your packages easily and efficiently.
- Register Now

**Questions?**

We're here to help!
- Contact DHL
DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.

# DHL Shipment Air Waybill

Waybill No: 830 8199 664

(Form largely blank — shipper/receiver fields not completed. Signature present.)

Conta



| Ship | Track | Services | About DHL | Help |

DHL USA Hom



**Track**

- Track by number
- Track by reference
- Get delivery signature
- Track DHL Same Day service
- Monitor shipments

## Track results detail

### Tracking results detail for 8308199196

**Tracking summary**

| | | |
|---|---|---|
| Current Status | ✓ | Shipment delivered. |
| Delivered on | | 1/20/2007  1:28 pm |
| Delivered to | | |
| Signed for by | | **SHAFIEE**   What is this? |

### Log in to DHL

User ID
Password

☐ Remember my User ID

Log in

▸ Forgot your Password?

**Register**
Registration is quick and free.
▸ Register now

### Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 1/20/2007 | 1:28 pm | Shipment delivered. | Tehran, Iran  Why is this |
| | 8:29 am | With delivery courier. | Tehran, Iran |
| | 6:53 am | Arrived at DHL facility. | Tehran, Iran |
| 1/19/2007 | 6:43 pm | Depart Facility. | Frankfurt, Germany |
| | 6:02 am | Depart Facility. | Cologne, Germany |
| | 4:40 am | Arrived at DHL facility. | Cologne, Germany |
| | 4:39 am | Temporary delay in transit | Cologne, Germany |
| | 3:58 am | In transit. | Cologne, Germany |
| | 2:58 am | Depart Facility. | Brussels, Belgium |
| | 12:48 am | Arrived at DHL facility. | Brussels, Belgium |
| 1/18/2007 | 10:44 pm | Depart Facility. | London, United Kingdom |
| | 1:12 am | Arrived at DHL facility. | London, United Kingdom |
| 1/17/2007 | 8:41 pm | Arrived at DHL facility. | East Midlands, United Ki |
| | 6:44 am | Depart Facility. | Wilmington, OH |
| | 1:27 am | Clearance processing complete. | Wilmington, OH |
| 1/16/2007 | 2:30 pm | In transit. | Wilmington, OH |
| 1/13/2007 | 1:42 pm | Departing origin. | Allentown, PA |
| | 12:25 pm | Picked Up by DHL. | Shipper's Door |

**Ship From:**
MELLON WEBSTER AND SHELLY
Doylestown, PA  18902
United States

Attention:
MELLON WEBSTER AND SHELLY

**Ship To:**
Tehran, Iran

Attention:

**Shipment Information:**
Ship date: 1/13/2007
Pieces: 1
Total weight: 3 lbs *

Ship Type: Document
Shipment Reference:
Service: International E
Special Service:
Description: DOCS

Tracking detail provided by DHL: 1/22/2007, 8:13:10 am pt.

Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to D
use of DHL tracking systems and information is strictly prohibited.

* **Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Act
weights may be different and will be provided on invoice.

**New to DHL?**

Registration is quick and easy. And as a registered user, you'll have access to services and tools to help you ship your packages easily and efficiently.
▸ Register Now

**Questions?**

We're here to help!
▸ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.

**Steve Corr**

**From:** DHL [r+11F96BD00@dhl.com]
**Sent:** Saturday, January 20, 2007 5:34 AM
**To:** Steve Corr
**Subject:** DHL Delivery Status Notification

Dear Stephen Corr -

Thank you for using DHL's Delivery Notification Service.
Your shipment was delivered on January 20, 2007 at 01:28 PM

Tracking Number: 8308199196
Signed for by: SHAFIEE
Date Delivered: 01/20/2007
Time: 01:28 PM

For more detailed information regarding this delivery, please visit our website at www.dhl-usa.com and enter the tracking number in the Track section of the site.

Thank you,
DHL

You are receiving this e-mail because you requested this notification from the DHL Website.

If you have any questions or concerns about how we use your personal information, please read our privacy policy at http://www.dhl-usa.com/About/Privacy.asp.

*Complete sections 1-8. You are making 4 copies, please press hard.*

# DHL Express — Shipment Air Waybill (Non-negotiable)

Process and Track your shipment online: http://www.dhl-usa.com
1-800-CALL-DHL (in USA only)

**Waybill No:** 830 8199 196

## 1. From (Shipper)
- Shipper's Account Number: 222 76 7006
- Contact Name: Stephen Cina
- Company Name: MUS
- Address: 87 N Broad Street, Doylestown PA
- Post/ZIP Code: 18901
- Phone: 215-348-7700

## Payer account / Shipment value protection
- Charge to: ☒ Shipper ☐ Receiver ☐ 3rd Party
- Payer Account No.: 222 76 7006
- Shipment Value Protection: ☐ Yes, Declared Value for Carriage

## 2. To (Receiver)
- Company Name: IRAN AIR
- Contact Name: Dr. Saeid Hesami Mirshie Kikavani
- Delivery Address: IRAN AIR H.Q., MEHRABAD AIRPORT
- Post/ZIP Code: TEHRAN
- Country: IRAN
- Phone: +98 (21) 66505003

## 4. Shipment Details
- Total Number of Packages: 1
- Total Weight: 2 lbs
- Dimensions: 1 x 1 x 1

## 5. Full Description of Contents
DOCUMENTS

## 6. Dutiable Shipments Only
(not completed)

## 7. TYPE OF EXPORT: ☒ Permanent
Destination Duties/Taxes if left blank Receiver pays duties/taxes: ☒ Receiver

## 8. Shipper's Authorization
Signature: Stephen Cina
Date: 1/12/07