# EXHIBIT G



LAW OFFICES
*Mellon Webster & Shelly*
A PROFESSIONAL CORPORATION
87 NORTH BROAD STREET
DOYLESTOWN, PA 18901
215-348-7700 • Fax 215-348-0171

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR
SAMUEL C. TOTARO, JR.
ELISSA B. HEINRICHS

JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

December 28, 2006

Ali Shamkhani
Iran Ministry of Defense & Armed Forces Logistics
Dabestan Street, Seyyed Khandan Bridge
Resalat Expressway
Tehran, Iran,

   Re: Havlish, et al. v. bin-Laden, et al.
      03 MDL 1570 (RCC)
      U.S.D.C., Southern District of New York, 03-CV-9848-RCC
      Transferred from U.S.D.C., District of Columbia, 1:02-cv-305

Dear Sir:

  You, or your organization, is named as a defendant in the above-referenced lawsuit. Enclosed you will find the following documents:

  1. Second Amended Complaint (English)
  2. Second Amended Complaint (Farsi)

  Service is hereby made pursuant to Federal Rules of Civil Procedure 4 and 5. Pursuant to the Federal Rules of Civil Procedure you have ninety (90) days to file an Answer to this Second Amended Complaint. If no Answer is filed within ninety (90) days of service, we intend to perfect a default judgment against you.

           Very truly yours,

           Stephen A. Corr

SAC:ss
Enclosures
**Sent via DHL No. 830 8199 642**





Cont

Ship | Track | Services | About DHL | Help

DHL USA Hom

**Track**

- Track by number
- Track by reference
- Get delivery signature
- Track DHL Same Day service
- Monitor shipments

## Log in to DHL

User ID
Password

☐ Remember my User ID

Log in

- Forgot your Password?

# Track results detail

Tracking results detail for 8308199642

**Tracking summary**

Current Status       In transit.

## Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 1/4/2007 | 2:36 pm | In transit. | Wilmington, OH |
| | 2:36 pm | Please contact DHL | Wilmington, OH |
| | 2:36 pm | In transit. | Wilmington, OH |
| 12/30/2006 | 3:47 am | At Gateway. | Wilmington, OH |
| | 2:14 am | In transit. | Wilmington, OH |
| | 2:14 am | Processed at DHL Location. | Wilmington, OH |
| 12/29/2006 | 7:53 pm | Departing origin. | Allentown, PA |
| | 6:50 pm | Picked Up by DHL. | Shipper's Door |

**Ship From:**
MELLON WEBSTER & SHELLY
Doylestown, PA  18901
United States

**Ship To:**
Tehran, Iran

**Shipment Information:**
Ship date: 12/29/2006
Pieces: 1
Total weight: 3 lbs *

Ship Type: Document
Shipment Reference: H
Service: International E
Special Service:
Description: NONE

Attention:
MELLON WEBSTER & SHELLY

Attention:

Tracking detail provided by DHL: 1/15/2007, 6:38:20 am pt.

Back to summary                                    Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to D use of DHL tracking systems and information is strictly prohibited.

* **Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actu weights may be different and will be provided on invoice.

**New to DHL?**

Registration is quick and easy.And as a registered user,you'll have access to services and tools to help you ship your packages easily and efficiently.
- Register Now

**Questions?**

We're here to help!
- Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.

*DHL Shipment Air Waybill (Non negotiable)*

Waybill No: 830 8199 642

DHL Worldwide Express, Inc. 1200 South Pine Island Road, Plantation, Florida 33324 — Shipper's Copy




Cont.
DHL USA Hom



**Track**

- Track by number
- Track by reference
- Get delivery signature
- Track DHL Same Day service
- Monitor shipments

## Log in to DHL

User ID  
Password  
☐ Remember my User ID

Log in ▶

- Forgot your Password?

**Register**  
Registration is quick and free.
- Register now

## Track results detail

### Tracking results detail for 8308199185

**Tracking summary**

Current Status          With delivery courier.

Get delivery

### Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 1/21/2007 | 9:47 am | With delivery courier. | Tehran, Iran |
| 1/20/2007 | 2:06 pm | Recipient refused delivery. | Tehran, Iran |
|  | 8:42 am | With delivery courier. | Tehran, Iran |
|  | 7:17 am | Arrived at DHL facility. | Tehran, Iran |
| 1/19/2007 | 6:43 pm | Depart Facility. | Frankfurt, Germany |
|  | 6:02 am | Depart Facility. | Cologne, Germany |
|  | 4:40 am | Arrived at DHL facility. | Cologne, Germany |
|  | 4:39 am | Temporary delay in transit | Cologne, Germany |
|  | 3:58 am | In transit. | Cologne, Germany |
|  | 2:58 am | Depart Facility. | Brussels, Belgium |
|  | 12:48 am | Arrived at DHL facility. | Brussels, Belgium |
| 1/18/2007 | 10:44 pm | Depart Facility. | London, United Kingdom |
|  | 1:12 am | Arrived at DHL facility. | London, United Kingdom |
| 1/17/2007 | 8:41 pm | Arrived at DHL facility. | East Midlands, United Ki |
|  | 6:44 am | Depart Facility. | Wilmington, OH |
|  | 1:27 am | Clearance processing complete. | Wilmington, OH |
| 1/16/2007 | 2:28 pm | In transit. | Wilmington, OH |
|  | 12:57 am | At Gateway. | Wilmington, OH |
| 1/14/2007 | 1:12 pm | In transit. | Wilmington, OH |
| 1/13/2007 | 1:41 pm | Departing origin. | Allentown, PA |
|  | 12:25 pm | Picked Up by DHL. | Shipper's Door |

**Ship From:**  
MELLON WEBSTER AND SHELLY  
Doylestown, PA  18902  
United States

**Ship To:**  
Tehran, Iran

**Shipment Information:**  
Ship date: 1/13/2007  
Pieces: 1  
Total weight: 3 lbs *

Ship Type: Document  
Shipment Reference:  
Service: International E  
Special Service:  
Description: DOCS

Attention:  
MELLON WEBSTER AND SHELLY

Attention:

Tracking detail provided by DHL: 1/22/2007, 8:15:14 am pt.

Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to D use of DHL tracking systems and information is strictly prohibited.

* **Note on weight:**  
The weights displayed on this website are the weights provided when the shipment was created. Actu weights may be different and will be provided on invoice.

**New to DHL?**

Registration is quick and easy. And as a registered user, you'll have access to services and tools to help you ship your packages easily and efficiently.
▶ Register Now

**Questions?**

We're here to help!
▶ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.

# DHL Shipment Air Waybill

**Waybill No:** 830 8199 185

## 1. From (Shipper)
- **Shipper's Reference:** 5084
- **Company Name:** MWS
- **Contact Name:** Stanton Coun
- **Address:** 87 N. Broad Street, Doylestown, PA
- **Post/ZIP Code:** 18901
- **Phone:** 215-348-7700

## 2. Payer Account Number and Shipment Value Protection Details
- **Charge to:** ☒ 3rd Party
- **Payer Account No.:** 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

## 3. To (Receiver)
- **Company Name:** Iran Ministry of Defense + Armed Forces Logistics
- **Contact Name:** Air Shankhanit
- **Delivery Address:** Dabestan Street, Seyyed Khandan Bridge, Resalat Expressway
- **Post/ZIP Code:** Tehran
- **Country:** Iran

## 5. Full Description of Contents
Documents

## Shipment Details
- **Total Number of Packages:** 1
- **Total Weight:** 2 lbs
- **Pieces:** 1

## 6. Dutiable Shipments Only (Customs required)
**TYPE OF EXPORT:** ☒ Permanent

**Shipper's Authorization Signature:** [signed]
**Date:** 1/12/07

Handwritten: B, 1-13-07

Cont:



| Ship | Track | Services | About DHL | Help |

DHL USA Hom



## Track results detail

### Tracking results detail for 8308199185

**Track**

- Track by number
- Track by reference
- Get delivery signature
- Track DHL Same Day service
- Monitor shipments

**Tracking summary**

| | |
|---|---|
| Current Status | With delivery courier. |
| Returned on: | 32 |
| Delivered on | 1/27/2007  9:15 am |
| Delivered to | |
| Signed for by | What is this? |

## Log in to DHL

User ID
Password
☐ Remember my User ID

Log in

- Forgot your Password?

**Register**
Registration is quick and free.
- Register now

### Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 1/27/2007 | 9:15 am | With delivery courier. | Tehran, Iran |
| 1/23/2007 | 2:38 pm | Delivery Attempted. | Tehran, Iran |
| 1/21/2007 | 9:47 am | With delivery courier. | Tehran, Iran |
| 1/20/2007 | 2:06 pm | Recipient refused delivery. | Tehran, Iran |
| | 8:42 am | With delivery courier. | Tehran, Iran |
| | 7:17 am | Arrived at DHL facility. | Tehran, Iran |
| 1/19/2007 | 6:43 pm | Depart Facility. | Frankfurt, Germany |
| | 6:02 am | Depart Facility. | Cologne, Germany |
| | 4:40 am | Arrived at DHL facility. | Cologne, Germany |
| | 4:39 am | Temporary delay in transit | Cologne, Germany |
| | 3:58 am | In transit. | Cologne, Germany |
| | 2:58 am | Depart Facility. | Brussels, Belgium |
| | 12:48 am | Arrived at DHL facility. | Brussels, Belgium |
| 1/18/2007 | 10:44 pm | Depart Facility. | London, United Kingdom |
| | 1:12 am | Arrived at DHL facility. | London, United Kingdom |
| 1/17/2007 | 8:41 pm | Arrived at DHL facility. | East Midlands, United Ki |
| | 6:44 am | Depart Facility. | Wilmington, OH |
| | 1:27 am | Clearance processing complete. | Wilmington, OH |
| 1/16/2007 | 2:28 pm | In transit. | Wilmington, OH |
| | 12:57 am | At Gateway. | Wilmington, OH |
| 1/14/2007 | 1:12 pm | In transit. | Wilmington, OH |
| 1/13/2007 | 1:41 pm | Departing origin. | Allentown, PA |
| | 12:25 pm | Picked Up by DHL. | Shipper's Door |

**Ship From:**
MELLON WEBSTER & SHELLY
Doylestown, PA  18901
United States

**Ship To:**
Tehran, Iran

**Shipment Information:**
Ship date: 1/13/2007
Pieces: 1
Total weight: 3 lbs
Ship Type: Package
Shipment Reference: 5(
Service: International E
Special Service:
Description: NONE

Attention:
MELLON WEBSTER & SHELLY

Attention:

Tracking detail provided by DHL: 2/8/2007, 10:54:44 am pt.

Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to [

use of DHL tracking systems and information is strictly prohibited.

\* **Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actu weights may be different and will be provided on invoice.

**New to DHL?**

Registration is quick and easy. And as a registered user, you'll have access to services and tools to help you ship your packages easily and efficiently.
▶ Register Now

**Questions?**

We're here to help!
▶ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.

Cont



DHL USA Hom

### Track

- Track by number
- Track by reference
- Get delivery signature
- Track DHL Same Day service
- Monitor shipments

## Track results summary

Tracking results summary...

 Tracking Numbers could not be displayed. Please see specific errors below.

⚠ Tracking Number

| 32 |

Tracking number not found. Please check your number and res back later. Note: Tracking numbers for today's shipments may into our tracking system yet. You may also check for Delivery S shipment.

### Log in to DHL

User ID

Password

☐ Remember my User ID

Log in ▶

- Forgot your Password?

**Register**
Registration is quick and free.
- Register now

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to [ use of DHL tracking systems and information is strictly prohibited.

### New to DHL?

Registration is quick and easy. And as a registered user, you'll have access to services and tools to help you ship your packages easily and efficiently.
- Register Now

### Questions?

We're here to help!
- Contact DHL

DHL Global  |  About DHL  |  Newsroom  |  Contact  |  Sitemap  |  Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.