# EXHIBIT H



LAW OFFICES
Mellon Webster & Shelly
A PROFESSIONAL CORPORATION
87 NORTH BROAD STREET
DOYLESTOWN, PA 18901
215-348-7700 • FAX 215-348-0171

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR
SAMUEL C. TOTARO, JR.
ELISSA B. HEINRICHS

JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

December 28, 2006

Bijan Namdar-Zanganeh
Iran Ministry of Petroleum
Hafez Crossing, Taleghani Avenue
Before Hafez Bridge
Tehran, Iran,

**Re: Havlish, et al. v. bin-Laden, et al.**
**03 MDL 1570 (RCC)**
**U.S.D.C., Southern District of New York, 03-CV-9848-RCC**
**Transferred from U.S.D.C., District of Columbia, 1:02-cv-305**

Dear Sir:

You, or your organization, is named as a defendant in the above-referenced lawsuit. Enclosed you will find the following documents:

1. Second Amended Complaint (English)
2. Second Amended Complaint (Farsi)

Service is hereby made pursuant to Federal Rules of Civil Procedure 4 and 5. Pursuant to the Federal Rules of Civil Procedure you have ninety (90) days to file an Answer to this Second Amended Complaint. If no Answer is filed within ninety (90) days of service, we intend to perfect a default judgment against you.

Very truly yours,

Stephen A. Corr

SAC:ss
Enclosures
**Sent via DHL No. 830 8199 631**

Conta

DHL USA Hom

**Track**

- Track by number
- Track by reference
- Get delivery signature
- Track DHL Same Day service
- Monitor shipments

## Log in to DHL

User ID

Password

Remember my User ID

Log in

- Forgot your Password?

**Register**
Registration is quick and free.

- Register now

# Track results detail

## Tracking results detail for 8308199631

**Tracking summary**

| | |
|---|---|
| Current Status | Awaiting pickup by recipient as requested. |
| Delivered on | 1/9/2007 7:46 am |
| Delivered to | |
| Signed for by | What is this? |

## Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 1/9/2007 | 7:46 am | Awaiting pickup by recipient as requested. | Tehran, Iran |
| 1/7/2007 | 2:45 pm | Delivery Attempted. | Tehran, Iran |
| | 10:35 am | Depart Facility. | Frankfurt, Germany |
| | 8:00 am | With delivery courier. | Tehran, Iran |
| | 6:24 am | Arrived at DHL facility. | Tehran, Iran |
| | 3:16 am | Arrived at DHL facility. | Tehran, Iran |
| 1/6/2007 | 4:22 am | Depart Facility. | Brussels, Belgium |
| | 12:47 am | Arrived at DHL facility. | Brussels, Belgium |
| 1/5/2007 | 10:40 pm | Depart Facility. | London, United Kingdom |
| | 2:42 am | Arrived at DHL facility. | London, United Kingdom |
| 1/4/2007 | 10:39 pm | Arrived at DHL facility. | East Midlands, United Ki |
| | 6:01 am | Depart Facility. | Wilmington, OH |
| | 1:19 am | Clearance processing complete. | Wilmington, OH |
| 1/3/2007 | 2:37 pm | In transit. | Wilmington, OH |
| 12/30/2006 | 3:48 am | At Gateway. | Wilmington, OH |
| | 2:10 am | Processed at DHL Location. | Wilmington, OH |
| | 2:10 am | In transit. | Wilmington, OH |
| 12/29/2006 | 7:25 pm | Departing origin. | Allentown, PA |
| | 6:50 pm | Picked Up by DHL. | Shipper's Door |

**Ship From:**
MELLON WEBSTER & SHELLY
Doylestown, PA 18901
United States

Attention:
MELLON WEBSTER & SHELLY

**Ship To:**
Tehran, Iran

Attention:

**Shipment Information:**
Ship date: 12/29/2006
Pieces: 1
Total weight: 3 lbs *

Ship Type: Document
Shipment Reference: H
Service: International E
Special Service:
Description: NONE

Tracking detail provided by DHL: 1/22/2007, 8:22:52 am pt.

Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to D
use of DHL tracking systems and information is strictly prohibited.

* **Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actu
weights may be different and will be provided on invoice.

**New to DHL?**

Registration is quick and easy.And as a registered user,you'll have access to services and tools to help you ship your packages easily and efficiently.
Register Now

**Questions?**

We're here to help!
Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy

Copyright © 2007 DHL International, Ltd. All Rights Reserved.

Conta

Ship | Track | Services | About DHL | Help

DHL USA Hom

**Track**

- Track by number
- Track by reference
- Get delivery signature
- Track DHL Same Day service
- Monitor shipments

## Log in to DHL

User ID

Password

Remember my User ID

Log in

- Forgot your Password?

# Track results detail

## Tracking results detail for 8308199631

**Tracking summary**

| | |
|---|---|
| Current Status | Delivery Attempted. |
| Delivered on | 1/7/2007 2:45 pm |
| Delivered to | |
| Signed for by | What is this? |

## Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 1/7/2007 | 2:45 pm | Delivery Attempted. | Tehran, Iran |
| | 10:35 am | Depart Facility. | Frankfurt, Germany |
| | 8:00 am | With delivery courier. | Tehran, Iran |
| | 6:24 am | Arrived at DHL facility. | Tehran, Iran |
| | 3:16 am | Arrived at DHL facility. | Tehran, Iran |
| 1/6/2007 | 4:22 am | Depart Facility. | Brussels, Belgium |
| | 12:47 am | Arrived at DHL facility. | Brussels, Belgium |
| 1/5/2007 | 10:40 pm | Depart Facility. | London, United Kingdom |
| | 2:42 am | Arrived at DHL facility. | London, United Kingdom |
| 1/4/2007 | 10:39 pm | Arrived at DHL facility. | East Midlands, United Ki |
| | 6:01 am | Depart Facility. | Wilmington, OH |
| | 1:19 am | Clearance processing complete. | Wilmington, OH |
| 1/3/2007 | 2:37 pm | In transit. | Wilmington, OH |
| 12/30/2006 | 3:48 am | At Gateway. | Wilmington, OH |
| | 2:10 am | Processed at DHL Location. | Wilmington, OH |
| | 2:10 am | In transit. | Wilmington, OH |
| 12/29/2006 | 7:25 pm | Departing origin. | Allentown, PA |
| | 6:50 pm | Picked Up by DHL. | Shipper's Door |

**Ship From:**
MELLON WEBSTER & SHELLY
Doylestown, PA 18901
United States

Attention:
MELLON WEBSTER & SHELLY

**Ship To:**
Tehran, Iran

Attention:

**Shipment Information:**
Ship date: 12/29/2006
Pieces: 1
Total weight: 3 lbs *
Ship Type: Document
Shipment Reference: H
Service: International E
Special Service:
Description: NONE

Tracking detail provided by DHL: 1/15/2007, 6:34:47 am pt.

Back to summary

Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to E use of DHL tracking systems and information is strictly prohibited.

* **Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actu weights may be different and will be provided on invoice.

Case 1:03-md-01570-GBD-SN Document 2033-9 Filed 08/24/07 Page 6 of 7

**New to DHL?**

Registration is quick and easy.And as a registered user,you'll have access to services and tools to help you ship your packages easily and efficiently.
▸ Register Now

**Questions?**

We're here to help!
▸ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.

CT 631

-28-06

Unit Value

Total Value

DHL EXPRESS

Process and Track your shipment online: http://www.dhl-usa.com

1-800-CALL-DHL in USA only

**Shipment Air Waybill** (Non negotiable)

830 8199 631

8308199631

ORIGIN

DESTINATION CODE

**1 Payer account number and shipment value protection details**

Charge to ☐ Shipper ☐ Receiver ☐ 3rd Party

☐ Cash ☐ Check ☐ Credit Card

Payer Account No.

Shipment Value Protection *(see reverse)*

☐ Yes *Declared Value for Carriage (in US $)* ________

*Not all payment options are available in all countries.*

**2 From (Shipper)**

Shipper's Account Number | Contact Name

Shipper's Reference *(up to 35 characters)*

Company Name

Address

Post/ZIP Code (required) | Phone, Fax, or E-mail (required)

**3 To (Receiver)**

Company Name

Contact Name

Delivery Address *DHL Cannot Deliver to a PO Box*

Country

Post/ZIP Code (required) | Phone, Fax, or E-mail (required)

**4 Shipment Details**

| Total Number of Packages | Total Weight If DHL Express Document packaging used, enter XD | Pieces | Length | Width | Height |
|---|---|---|---|---|---|
| | | ____ @ | x | x | |
| | | ____ @ | x | x | |
| | lbs | ____ @ | x | x | |

Dimensions *(in inches)*

**5 Full Description of Contents**

Give Content and Quantity *DHL Does Not Transport Cash*

**6 Dutiable Shipments Only (Customs Requirement)**

*Attach the original and four copies of a Commercial Invoice or Pro Forma.*

*Export License No./Symbol (if applicable)* | Receiver's VAT/GST or Shipper's EIN/SSN

Value for Customs (in US $) *(as on Commercial/Pro Forma Invoice)* | *Schedule B Number / Harmonized Code (if applicable)*

TYPE OF EXPORT ☐ Permanent ☐ Repair/Return ☐ Temporary

*Destination Duties/Taxes if left blank, Receiver pays duties/taxes*

☐ Receiver ☐ Shipper ☐ Other ... *Specify approved account number*

The commodities, technology or software to be exported from the U.S. are in compliance with the U.S. Bureau of Export Administration. Diversion to countries contrary to U.S. law prohibited.

**7 Shipper's Authorization (signature required)**

*I/we agree that DHL's standard terms apply to this shipment and limit DHL's liability for loss or damage to U.S. $100. The Warsaw Convention may also apply [illegible] to complete other documents [illegible] Shipment Value Protection is available on request [illegible] recipient or 3rd party refuses to pay. I/we understand that DHL DOES NOT TRANSPORT CASH.*

Signature (required) Date

**8 Products & Services**

DOMESTIC EXPRESS

☐ U.S. Express Envelope

☐ USA Overnight

☐ Other

GLOBAL MAIL

☐ Priority

☐ Standard

☐ IPA

☐ ISAL

☐ Domestic

WORLDWIDE EXPRESS

☐ Int'l Express Envelope

☐ Non-Dutiable ☐ WorldFreight

☐ Dutiable ☐ Other

Service Options (extra charges may apply)

☐ Saturday Delivery ☐ Special Pickup

☐ Hold For Pickup* ☐ Delivery Notification

*US deliveries only

Other

Not all products or service options are available to/from all locations

DIMENSIONAL/CHARGEABLE WEIGHT lbs

| SERVICES | CHARGES |
|---|---|
| Drop Box # | TOTAL |

TRANSPORT COLLECT STICKER No.

PAYMENT DETAILS (Check, Card No.)

No.:

Type Expires

Auth.

PICKED UP BY

Route No.

Time Date

DHL Worldwide Express, Inc., 1200 South Pine Island Road, Plantation, Florida 33324

Shipper's Copy

NDV

12/28/06