# EXHIBIT I



LAW OFFICES
## Mellon Webster & Shelly
A PROFESSIONAL CORPORATION
87 NORTH BROAD STREET
DOYLESTOWN, PA 18901
215-348-7700 • FAX 215-348-0171

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR
SAMUEL C. TOTARO, JR.
ELISSA B. HEINRICHS

JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

December 28, 2006

Safdar Hoseini
Iran Ministry of Economic Affairs & Finance
Sour Esrafil Street, Bab Homayoun Avenue
Tehran, Iran, 11144

      Re: **Havlish, et al. v. bin-Laden, et al.**
           **03 MDL 1570 (RCC)**
           **U.S.D.C., Southern District of New York, 03-CV-9848-RCC**
           **Transferred from U.S.D.C., District of Columbia, 1:02-cv-305**

Dear Sir:

    You, or your organization, is named as a defendant in the above-referenced lawsuit. Enclosed you will find the following documents:

1. Second Amended Complaint (English)
2. Second Amended Complaint (Farsi)

    Service is hereby made pursuant to Federal Rules of Civil Procedure 4 and 5. Pursuant to the Federal Rules of Civil Procedure you have ninety (90) days to file an Answer to this Second Amended Complaint. If no Answer is filed within ninety (90) days of service, we intend to perfect a default judgment against you.

                                Very truly yours,

                                Stephen A. Corr

SAC:ss
Enclosures
**Sent via DHL No. 830 8199 620**

Conta

 

DHL USA Hom



**Track**

- Track by number
- Track by reference
- Get delivery signature
- Track DHL Same Day service
- Monitor shipments

## Log in to DHL

User ID
Password
☐ Remember my User ID

Log in
▸ Forgot your Password?

## Track results detail

### Tracking results detail for 8308199620

**Tracking summary**

| | | |
|---|---|---|
| Current Status | ✓ | **Shipment delivered.** |
| Delivered on | | 1/9/2007  9:24 am |
| Delivered to | | |
| Signed for by | | **BAKHTIYARI**   What is this? |

### Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 1/9/2007 | 9:24 am | Shipment delivered. | Tehran, Iran  Why is this |
| | 7:51 am | With delivery courier. | Tehran, Iran |
| 1/8/2007 | 9:32 am | Arrived at DHL facility. | Tehran, Iran |
| | 9:09 am | Depart Facility. | Tehran, Iran |
| | 9:07 am | Arrived at DHL facility. | Tehran, Iran |
| 1/7/2007 | 10:59 pm | Depart Facility. | Dubai, United Arab Emir: |
| | 9:18 am | Arrived at DHL facility. | Dubai, United Arab Emir: |
| 1/6/2007 | 7:31 pm | Depart Facility. | London, United Kingdom |
| 1/5/2007 | 10:27 pm | Arrived at DHL facility. | East Midlands, United Ki |
| | 7:17 am | Depart Facility. | Wilmington, OH |
| | 1:12 am | Clearance processing complete. | Wilmington, OH |
| 1/4/2007 | 2:09 pm | In transit. | Wilmington, OH |
| 12/30/2006 | 2:25 am | At Gateway. | Wilmington, OH |
| | 1:38 am | Processed at DHL Location. | Wilmington, OH |
| | 1:38 am | In transit. | Wilmington, OH |
| 12/29/2006 | 7:52 pm | Departing origin. | Allentown, PA |
| | 6:50 pm | Picked Up by DHL. | Shipper's Door |

**Ship From:**
MELLON WEBSTER & SHELLY
Doylestown, PA  18901
United States

**Ship To:**
Tehran, Iran

**Shipment Information:**
Ship date: 12/29/2006
Pieces: 1
Total weight: 3 lbs '
Ship Type: Document
Shipment Reference: H
Service: International E
Special Service:
Description: NONE

Attention:
MELLON WEBSTER & SHELLY

Attention:

Tracking detail provided by DHL: 1/15/2007, 6:35:12 am pt.

▸ Back to summary

Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to [
use of DHL tracking systems and information is strictly prohibited.

**\* Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actu
weights may be different and will be provided on invoice.

**New to DHL?**

Registration is quick and easy. And as a registered user, you'll have access to services and tools to help you ship your packages easily and efficiently.
▸ Register Now

**Questions?**

We're here to help!
▸ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.

DHL Shipment Air Waybill — Shipper's Copy (form, largely illegible/blank)

Waybill number: 830 8199 620

DHL Worldwide Express, Inc., 1200 South Pine Island Road, Plantation, Florida 33324