# EXHIBIT  K



LAW OFFICES
*Mellon Webster & Shelly*
A PROFESSIONAL CORPORATION
87 NORTH BROAD STREET
DOYLESTOWN, PA 18901
215-348-7700  •  Fax 215-348-0171

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR
SAMUEL C. TOTARO, JR.
ELISSA B. HEINRICHS

———————

JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

December 28, 2006

Mohammad Ali Yunesi
Iran Ministry of Intelligence & Security
c/o Permanent Mission of Iran to the U.N.
622 Third Avenue
New York, NY, 10017

>     Re:    **Havlish, et al. v. bin-Laden, et al.**
>            **03 MDL 1570 (RCC)**
>            **U.S.D.C., Southern District of New York, 03-CV-9848-RCC**
>            **Transferred from U.S.D.C., District of Columbia, 1:02-cv-305**

Dear Sir:

You, or your organization, is named as a defendant in the above-referenced lawsuit. Enclosed you will find the following documents:

1.   Second Amended Complaint (English)
2.   Second Amended Complaint (Farsi)

Service is hereby made pursuant to Federal Rules of Civil Procedure 4 and 5.  Pursuant to the Federal Rules of Civil Procedure you have ninety (90) days to file an Answer to this Second Amended Complaint.  If no Answer is filed within ninety (90) days of service, we intend to perfect a default judgment against you.

Very truly yours,

Stephen A. Corr

SAC:ss
Enclosures
**Sent via DHL No. 830 8293 486**

Track Shipments
Detailed Results

 Quick Help

| Tracking number | 790649150414 | Destination | NEW YORK CITY, NY |
|---|---|---|---|
| Ship date | Jan 15, 2007 | Service type | Standard Pak |
| Status | Delivery exception | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jan 17, 2007 | 4:38 PM | Package returned to shipper | NEW YORK, NY | Return tracking number: 798587462698 |
| Jan 16, 2007 | 12:15 PM | Delivery exception | NEW YORK, NY | Shipment refused by recipient |
| | 7:58 AM | On FedEx vehicle for delivery | NEW YORK, NY | |
| | 7:11 AM | At local FedEx facility | NEW YORK, NY | |
| Jan 15, 2007 | 1:49 PM | Picked up | NEW YORK, NY | |

| E-mail results | Track more shipments |
|---|---|

Subscribe to tracking updates (optional)

Your Name: _____   Your E-mail Address: _____

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | | |
| | English | | |
| | English | | |
| | English | | |

Select format: ⦿ HTML ◯ Text ◯ Wireless
Add personal message:

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions                                    Submit

Track Shipments
## Detailed Results

 Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 798587462698 | **Reference** | RTS 791616329110 |
| **Signed for by** | A.BAUER | **Destination** | DOYLESTOWN, PA |
| **Ship date** | Jan 17, 2007 | **Delivered to** | Receptionist/Front Desk |
| **Delivery date** | Jan 19, 2007 11:42 AM | **Service type** | Express Saver |
| | | **Weight** | 10.0 lbs. |
| **Status** | Delivered | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Jan 19, 2007** | 11:42 AM | Delivered | DOYLESTOWN, PA | |
| | 7:49 AM | On FedEx vehicle for delivery | FORT WASHINGTON, PA | |
| | 7:43 AM | At local FedEx facility | FORT WASHINGTON, PA | |
| **Jan 18, 2007** | 6:47 PM | At dest sort facility | LINWOOD, PA | |
| | 11:28 AM | Departed FedEx location | NEWARK, NJ | |
| **Jan 17, 2007** | 10:11 PM | Arrived at FedEx location | NEWARK, NJ | |
| | 8:20 PM | Left origin | NEW YORK, NY | |
| | 7:30 PM | Picked up | NEW YORK, NY | |
| | 3:31 PM | Package data transmitted to FedEx | | |

[ Signature proof ]   [ E-mail results ]   [ Track more shipments ]

Subscribe to tracking updates (optional)

**Your Name:**                    **Your E-mail Address:**

| E-mail address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| | English | | ▨ | ☐ |
| | English | | ▨ | ☐ |
| | English | | ▨ | ☐ |
| | English | | ▨ | ☐ |

**Select format:** ◉ HTML  ○ Text  ○ Wireless

**Add personal message:**

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions    [ Submit ]

Track Shipments                                             Quick Help
## Detailed Results

| | | | |
|---|---|---|---|
| **Tracking number** | 790649150414 | **Reference** | Havlish #5084 SAC |
| **Signed for by** | Z.NAZAR | **Destination** | New York, NY |
| **Ship date** | Jan 12, 2007 | **Delivered to** | Receptionist/Front Desk |
| **Delivery date** | Jan 15, 2007 10:43 AM | **Service type** | Standard Pak |
| | | **Weight** | 3.0 lbs. |
| **Status** | Delivered | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Jan 15, 2007** | 10:43 AM | **Delivered** | New York, NY | |
| | 7:43 AM | On FedEx vehicle for delivery | NEW YORK, NY | |
| **Jan 13, 2007** | 6:35 AM | At local FedEx facility | NEW YORK, NY | Package not due for delivery |
| | 5:57 AM | At local FedEx facility | NEW YORK, NY | |
| | 1:43 AM | Departed FedEx location | NEWARK, NJ | |
| **Jan 12, 2007** | 8:37 PM | Left origin | FORT WASHINGTON, PA | |
| | 5:54 PM | Picked up | FORT WASHINGTON, PA | |
| | 2:05 PM | Package data transmitted to FedEx | | |

[ Signature proof ]   [ E-mail results ]   [ Track more shipments ]

Subscribe to tracking updates (optional)

**Your Name:**                          **Your E-mail Address:**

| E-mail address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| | English | | | ☐ |
| | English | | | ☐ |
| | English | | | ☐ |
| | English | | | ☐ |

Select format:  ⦿ HTML  ◯ Text  ◯ Wireless
**Add personal message:**

Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions                         [ Submit ]



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

January 22,2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **790649150414**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | New York, NY |
| Signed for by: | Z.NAZAR | Delivery date: | Jan 15, 2007 10:43 |
| Service type: | Standard Pak | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 790649150414 | Ship date: | Jan 12, 2007 |
| | | Weight: | 3.0 lbs. |

Recipient:
New York, NY US

Shipper:
DOYLESTOWN, PA US

Reference

Havlish #5084   SAC

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



**Your Shipment Details:**

| | | |
|---|---|---|
| **Ship to:** | H.E. Mohammad Javad Zarif<br>Permanent Mission of Iran to U.N<br>Ambassador<br>622 Third Avenue<br>New York, NY 10017<br>US<br>215-348-7700 | **Package Type:** FedEx Pak<br>**Pickup/Drop Off:** Drop Off<br>**Weight:** 1 LBS<br>**Dimensions:** 0 x 0 x 0 in<br>**Declared Value:** 0 USD<br>**Shipper Account Number:** 120073540<br>**Bill transportation to:** 120073540<br>**Courtesy Rate Quote** *15.77 |
| **From:** | Jennifer Bechle<br>MELLON, WEBSTER & SHELLY<br>87 NORTH BROAD STREET<br>DOYLESTOWN, PA 18901<br>US<br>2153487700 | **Discounted variable %** 0.00<br>**Special Services:**<br>**Purpose:**<br>**Shipment Type:** Express |
| **Tracking no:** | 790649150414 | |
| **Your reference:** | Havlish #5084 SAC | |
| **Ship date:** | Jan 12 2007 | |
| **Service Type:** | Standard Overnight | |

**Print**                                                                 **Return**

## Please Note

.*The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weig dimensions, and other factors. Consult the applicable  FedEx Service Guide  or the FedEx Rate Sheets for details on how shipping char calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misd misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.

Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is l greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary v e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within stric Consult the applicable FedEx Service Guide for details.



LAW OFFICES
*Mellon Webster & Shelly*
A PROFESSIONAL CORPORATION
87 NORTH BROAD STREET
DOYLESTOWN, PA 18901
215-348-7700 • FAX 215-348-0171

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR
SAMUEL C. TOTARO, JR.
ELISSA B. HEINRICHS

JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

December 28, 2006

Islamic Republic of Iran
c/o Permanent Mission of Iran to the U.N.
622 Third Avenue
New York, NY, 10017

> **Re:** **Havlish, et al. v. bin-Laden, et al.**
> **03 MDL 1570 (RCC)**
> **U.S.D.C., Southern District of New York, 03-CV-9848-RCC**
> **Transferred from U.S.D.C., District of Columbia, 1:02-cv-305**

Dear Sir:

You, or your organization, is named as a defendant in the above-referenced lawsuit. Enclosed you will find the following documents:

1.  Second Amended Complaint (English)
2.  Second Amended Complaint (Farsi)

Service is hereby made pursuant to Federal Rules of Civil Procedure 4 and 5. Pursuant to the Federal Rules of Civil Procedure you have ninety (90) days to file an Answer to this Second Amended Complaint. If no Answer is filed within ninety (90) days of service, we intend to perfect a default judgment against you.

Very truly yours,

Stephen A. Corr

SAC:ss
Enclosures
**Sent via DHL No. 830 8293 486**

Track Shipments                                          (?) Quick Help 
Detailed Results

| | | | | |
|---|---|---|---|---|
| Tracking number | 798587462698 | Reference | | RTS 791616329110 |
| Signed for by | A.BAUER | Destination | | DOYLESTOWN, PA |
| Ship date | Jan 17, 2007 | Delivered to | | Receptionist/Front Desk |
| Delivery date | Jan 19, 2007 11:42 AM | Service type | | Express Saver |
| | | Weight | | 10.0 lbs. |
| | | | | |
| Status | Delivered | | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Jan 19, 2007** | 11:42 AM | Delivered | DOYLESTOWN, PA | |
| | 7:49 AM | On FedEx vehicle for delivery | FORT WASHINGTON, PA | |
| | 7:43 AM | At local FedEx facility | FORT WASHINGTON, PA | |
| **Jan 18, 2007** | 6:47 PM | At dest sort facility | LINWOOD, PA | |
| | 11:28 AM | Departed FedEx location | NEWARK, NJ | |
| **Jan 17, 2007** | 10:11 PM | Arrived at FedEx location | NEWARK, NJ | |
| | 8:20 PM | Left origin | NEW YORK, NY | |
| | 7:30 PM | Picked up | NEW YORK, NY | |
| | 3:31 PM | Package data transmitted to FedEx | | |

[ Signature proof ]   [ E-mail results ]   [ Track more shipments ]

Subscribe to tracking updates (optional)

**Your Name:**                          **Your E-mail Address:**

**E-mail address**      **Language**                    Exception      Delivery
                                                        updates        updates
                        English                        [ ]            [ ]
                        English                        [ ]            [ ]
                        English                        [ ]            [ ]
                        English                        [ ]            [ ]

Select format: ◉ HTML  ○ Text  ○ Wireless
**Add personal message:**

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and    [ Submit ]
   Conditions

Track Shipments
## Detailed Results

 ⑦ Quick Help

| Tracking number | 798084603945 | Destination | NEW YORK CITY, NY |
|---|---|---|---|
| Ship date | Jan 15, 2007 | Service type | Standard Pak |
| | | Weight | 3.0 lbs. |
| Status | Delivery exception | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jan 17, 2007 | 4:38 PM | **Package returned to shipper** | NEW YORK, NY | Return tracking number: 798587462698 |
| Jan 16, 2007 | 12:15 PM | Delivery exception | NEW YORK, NY | Shipment refused by recipient |
| | 7:57 AM | On FedEx vehicle for delivery | NEW YORK, NY | |
| | 7:13 AM | At local FedEx facility | NEW YORK, NY | |
| Jan 15, 2007 | 1:49 PM | Picked up | NEW YORK, NY | |

[ E-mail results ]   [ Track more shipments ]

Subscribe to tracking updates (optional)

**Your Name:**                    **Your E-mail Address:**

| E-mail address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| | English | ▓ | | ☐ |
| | English | ▓ | | ☐ |
| | English | ▓ | | ☐ |
| | English | ▓ | | ☐ |

**Select format:** ◉ HTML ◯ Text ◯ Wireless
**Add personal message:**

Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions        [ Submit ]

Track Shipments
## Detailed Results

 Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 798084603945 | **Reference** | Havlish #5084 SAC |
| **Signed for by** | Z.NAZAR | **Destination** | New York, NY |
| **Ship date** | Jan 12, 2007 | **Delivered to** | Receptionist/Front Desk |
| **Delivery date** | Jan 15, 2007 10:43 AM | **Service type** | Standard Pak |
| | | **Weight** | 3.0 lbs. |
| **Status** | Delivered | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Jan 15, 2007** | 10:43 AM | Delivered | New York, NY | |
| | 7:50 AM | On FedEx vehicle for delivery | NEW YORK, NY | |
| **Jan 13, 2007** | 1:40 AM | Departed FedEx location | NEWARK, NJ | |
| **Jan 12, 2007** | 8:37 PM | Left origin | FORT WASHINGTON, PA | |
| | 5:54 PM | Picked up | FORT WASHINGTON, PA | |
| | 2:05 PM | Package data transmitted to FedEx | | |

| Signature proof | E-mail results | Track more shipments |
|---|---|---|

Subscribe to tracking updates (optional)

**Your Name:**                **Your E-mail Address:**

| E-mail address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| | English | | | |
| | English | | | |
| | English | | | |
| | English | | | |

**Select format:** ◉ HTML ○ Text ○ Wireless

**Add personal message:**

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions

Submit



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

January 22,2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **798084603945**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | New York, NY |
| Signed for by: | Z.NAZAR | Delivery date: | Jan 15, 2007 10:43 |
| Service type: | Standard Pak | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 798084603945 | Ship date: | Jan 12, 2007 |
| | | Weight: | 3.0 lbs. |

Recipient:
New York, NY US

Shipper:
DOYLESTOWN, PA US

Reference

Havlish #5084   SAC

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



## Your Shipment Details:

| | | |
|---|---|---|
| **Ship to:** | H.E. Mohammad Javad Zarif<br>Permanent Mission of Iran to U.N<br>Ambassador<br>622 Third Avenue<br>New York, NY 10017<br>US<br>215-348-7700 | **Package Type:** FedEx Pak<br>**Pickup/Drop Off:** Drop Off<br>**Weight:** 1 LBS<br>**Dimensions:** 0 x 0 x 0 in<br>**Declared Value:** 0 USD<br>**Shipper Account Number:** 120073540<br>**Bill transportation to:** 120073540<br>**Courtesy Rate Quote** *15.77 |
| **From:** | Jennifer Bechle<br>MELLON, WEBSTER & SHELLY<br>87 NORTH BROAD STREET<br>DOYLESTOWN, PA 18901<br>US<br>2153487700 | **Discounted variable %** 0.00<br>**Special Services:**<br>**Purpose:**<br>**Shipment Type:** Express |
| **Tracking no:** | 798084603945 | |
| **Your reference:** | Havlish #5084 SAC | |
| **Ship date:** | Jan 12 2007 | |
| **Service Type:** | Standard Overnight | |



## Please Note

.*The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weig dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping char calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misd misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.

Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is l greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary v e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within stric Consult the applicable FedEx Service Guide for details.



LAW OFFICES
*Mellon Webster & Shelly*
A PROFESSIONAL CORPORATION
87 NORTH BROAD STREET
DOYLESTOWN, PA 18901
215-348-7700 • FAX 215-348-0171

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR
SAMUEL C. TOTARO, JR.
ELISSA B. HEINRICHS

JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

December 28, 2006

The Islamic Revolutionary Guard Corps
c/o Permanent Mission of Iran to the U.N.
622 Third Avenue
New York, NY, 10017

> **Re:   Havlish, et al. v. bin-Laden, et al.**
> **03 MDL 1570 (RCC)**
> **U.S.D.C., Southern District of New York, 03-CV-9848-RCC**
> **Transferred from U.S.D.C., District of Columbia, 1:02-cv-305**

Dear Sir:

You, or your organization, is named as a defendant in the above-referenced lawsuit. Enclosed you will find the following documents:

1.    Second Amended Complaint (English)
2.    Second Amended Complaint (Farsi)

Service is hereby made pursuant to Federal Rules of Civil Procedure 4 and 5.  Pursuant to the Federal Rules of Civil Procedure you have ninety (90) days to file an Answer to this Second Amended Complaint.  If no Answer is filed within ninety (90) days of service, we intend to perfect a default judgment against you.

Very truly yours,

Stephen A. Corr

SAC:ss
Enclosures
**Sent via DHL No.  830 8293 486**

Track Shipments
## Detailed Results

 (?) Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 798587462698 | **Reference** | RTS 791616329110 |
| **Signed for by** | A.BAUER | **Destination** | DOYLESTOWN, PA |
| **Ship date** | Jan 17, 2007 | **Delivered to** | Receptionist/Front Desk |
| **Delivery date** | Jan 19, 2007 11:42 AM | **Service type** | Express Saver |
| | | **Weight** | 10.0 lbs. |
| **Status** | Delivered | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Jan 19, 2007** | 11:42 AM | **Delivered** | DOYLESTOWN, PA | |
| | 7:49 AM | On FedEx vehicle for delivery | FORT WASHINGTON, PA | |
| | 7:43 AM | At local FedEx facility | FORT WASHINGTON, PA | |
| **Jan 18, 2007** | 6:47 PM | At dest sort facility | LINWOOD, PA | |
| | 11:28 AM | Departed FedEx location | NEWARK, NJ | |
| **Jan 17, 2007** | 10:11 PM | Arrived at FedEx location | NEWARK, NJ | |
| | 8:20 PM | Left origin | NEW YORK, NY | |
| | 7:30 PM | Picked up | NEW YORK, NY | |
| | 3:31 PM | Package data transmitted to FedEx | | |

[ Signature proof ]   [ E-mail results ]   [ Track more shipments ]

Subscribe to tracking updates (optional)

**Your Name:**                          **Your E-mail Address:**

| **E-mail address** | **Language** | | **Exception updates** | **Delivery updates** |
|---|---|---|---|---|
| | English | | ☐ | ☐ |
| | English | | ☐ | ☐ |
| | English | | ☐ | ☐ |
| | English | | ☐ | ☐ |

**Select format:** ⦿ HTML ◯ Text ◯ Wireless
**Add personal message:**

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and
Conditions

[ Submit ]

Track Shipments
## Detailed Results

(?) Quick Help

| Tracking number | 791616329110 | Destination | NEW YORK CITY, NY |
| Ship date | Jan 15, 2007 | Service type | Standard Pak |
| | | Weight | 3.0 lbs. |
| Status | Delivery exception | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jan 17, 2007 | 4:38 PM | Package returned to shipper | NEW YORK, NY | Return tracking number: 798587462698 |
| Jan 16, 2007 | 12:15 PM | Delivery exception | NEW YORK, NY | Shipment refused by recipient |
| | 8:01 AM | On FedEx vehicle for delivery | NEW YORK, NY | |
| | 7:12 AM | At local FedEx facility | NEW YORK, NY | |
| Jan 15, 2007 | 1:45 PM | Picked up | NEW YORK, NY | |

[ E-mail results ]   [ Track more shipments ]

Subscribe to tracking updates (optional)

Your Name:                                    Your E-mail Address:

| E-mail address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| | English | | | |
| | English | | | |
| | English | | | |
| | English | | | |

Select format: (•) HTML  ( ) Text  ( ) Wireless
Add personal message:

Not available for Wireless or
non-English characters.

[ ] By selecting this check box and the Submit button, I agree to these Terms and
Conditions

[ Submit ]

Track Shipments
## Detailed Results

 ? Quick Help

| | | | | |
|---|---|---|---|---|
| **Tracking number** | 791616329110 | **Reference** | | Havlish #5084 SAC |
| **Signed for by** | Z.NAZAR | **Destination** | | New York, NY |
| **Ship date** | Jan 12, 2007 | **Delivered to** | | Receptionist/Front Desk |
| **Delivery date** | Jan 15, 2007 10:43 AM | **Service type** | | Standard Pak |
| | | **Weight** | | 3.0 lbs. |
| **Status** | Delivered | | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Jan 15, 2007** | 10:43 AM | **Delivered** | New York, NY | |
| | 7:48 AM | On FedEx vehicle for delivery | NEW YORK, NY | |
| **Jan 13, 2007** | 6:35 AM | At local FedEx facility | NEW YORK, NY | Package not due for delivery |
| | 6:35 AM | At local FedEx facility | NEW YORK, NY | Package not due for delivery |
| | 5:57 AM | At local FedEx facility | NEW YORK, NY | |
| | 1:16 AM | Departed FedEx location | NEWARK, NJ | |
| **Jan 12, 2007** | 8:37 PM | Left origin | FORT WASHINGTON, PA | |
| | 5:54 PM | Picked up | FORT WASHINGTON, PA | |
| | 2:03 PM | Package data transmitted to FedEx | | |

[ Signature proof ]   [ E-mail results ]   [ Track more shipments ]

Subscribe to tracking updates (optional)

**Your Name:**                    **Your E-mail Address:**

| E-mail address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| | English | | | ☐ |
| | English | | | ☐ |
| | English | | | ☐ |
| | English | | | ☐ |

**Select format:** ⦿ HTML ○ Text ○ Wireless

**Add personal message:**

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions                    [ Submit ]



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

January 22,2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **791616329110**.

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | New York, NY |
| Signed for by: | Z.NAZAR | Delivery date: | Jan 15, 2007 10:43 |
| Service type: | Standard Pak | | |



| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 791616329110 | Ship date: | Jan 12, 2007 |
| | | Weight: | 3.0 lbs. |

Recipient:
New York, NY US

Shipper:
DOYLESTOWN, PA US

Reference

Havlish #5084   SAC

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



**Your Shipment Details:**

| | | | |
|---|---|---|---|
| **Ship to:** | H.E. Mohammad Javad Zarif<br>Permanent Mission of Iran to U.N<br>Ambassador<br>622 Third Avenue<br>New York, NY 10017<br>US<br>215-348-7700 | **Package Type:**<br>**Pickup/Drop Off:**<br>**Weight:**<br>**Dimensions:**<br>**Declared Value:**<br>**Shipper Account Number:**<br>**Bill transportation to:**<br>**Courtesy Rate Quote** | FedEx Pak<br>Drop Off<br>1 LBS<br>0 x 0 x 0 in<br>0 USD<br>120073540<br>120073540<br>*15.77 |
| **From:** | Jennifer Bechle<br>MELLON, WEBSTER & SHELLY<br>87 NORTH BROAD STREET<br>DOYLESTOWN, PA 18901<br>US<br>2153487700 | **Discounted variable %**<br>**Special Services:**<br>**Purpose:**<br>**Shipment Type:** | 0.00<br><br><br>Express |

| | |
|---|---|
| **Tracking no:** | 791616329110 |
| **Your reference:** | Havlish #5084 SAC |
| **Ship date:** | Jan 12 2007 |
| **Service Type:** | Standard Overnight |



**Please Note**

. *The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weig dimensions, and other factors. Consult the applicable  FedEx Service Guide  or the FedEx Rate Sheets for details on how shipping char calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misd misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.

Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is I greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary v e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within stric Consult the applicable FedEx Service Guide for details.



LAW OFFICES
*Mellon Webster & Shelly*
A PROFESSIONAL CORPORATION
87 NORTH BROAD STREET
DOYLESTOWN, PA 18901
215-348-7700 • FAX 215-348-0171

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR
SAMUEL C. TOTARO, JR.
ELISSA B. HEINRICHS

JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

December 28, 2006

Hezbollah
c/o Permanent Mission of Iran to the U.N.
622 Third Avenue
New York, NY, 10017

> **Re:    Havlish, et al. v. bin-Laden, et al.**
> **03 MDL 1570 (RCC)**
> **U.S.D.C., Southern District of New York, 03-CV-9848-RCC**
> **Transferred from U.S.D.C., District of Columbia, 1:02-cv-305**

Dear Sir:

You, or your organization, is named as a defendant in the above-referenced lawsuit. Enclosed you will find the following documents:

1.    Second Amended Complaint (English)
2.    Second Amended Complaint (Farsi)

Service is hereby made pursuant to Federal Rules of Civil Procedure 4 and 5.  Pursuant to the Federal Rules of Civil Procedure you have ninety (90) days to file an Answer to this Second Amended Complaint.  If no Answer is filed within ninety (90) days of service, we intend to perfect a default judgment against you.

Very truly yours,

Stephen A. Corr

SAC:ss
Enclosures
**Sent via DHL No.  830 8293 486**

Track Shipments                                     Quick Help
## Detailed Results

| | | | |
|---|---|---|---|
| Tracking number | 798587462698 | Reference | RTS 791616329110 |
| Signed for by | A.BAUER | Destination | DOYLESTOWN, PA |
| Ship date | Jan 17, 2007 | Delivered to | Receptionist/Front Desk |
| Delivery date | Jan 19, 2007 11:42 AM | Service type | Express Saver |
| | | Weight | 10.0 lbs. |
| Status | Delivered | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jan 19, 2007 | 11:42 AM | Delivered | DOYLESTOWN, PA | |
| | 7:49 AM | On FedEx vehicle for delivery | FORT WASHINGTON, PA | |
| | 7:43 AM | At local FedEx facility | FORT WASHINGTON, PA | |
| Jan 18, 2007 | 6:47 PM | At dest sort facility | LINWOOD, PA | |
| | 11:28 AM | Departed FedEx location | NEWARK, NJ | |
| Jan 17, 2007 | 10:11 PM | Arrived at FedEx location | NEWARK, NJ | |
| | 8:20 PM | Left origin | NEW YORK, NY | |
| | 7:30 PM | Picked up | NEW YORK, NY | |
| | 3:31 PM | Package data transmitted to FedEx | | |

[ Signature proof ]   [ E-mail results ]   [ Track more shipments ]

Subscribe to tracking updates (optional)

**Your Name:**                     **Your E-mail Address:**

| E-mail address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| | English | | | ☐ |
| | English | | | ☐ |
| | English | | | ☐ |
| | English | | | ☐ |

Select format: ◉ HTML ○ Text ○ Wireless
Add personal message:

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and    [ Submit ]
Conditions

Track Shipments
## Detailed Results

 Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 799068910680 | **Destination** | NEW YORK CITY, NY |
| **Ship date** | Jan 15, 2007 | **Service type** | Standard Pak |
| | | **Weight** | 1.0 lbs. |
| **Status** | Delivery exception | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Jan 17, 2007** | 4:38 PM | Package returned to shipper | NEW YORK, NY | Return tracking number: 798587462698 |
| **Jan 16, 2007** | 12:15 PM | Delivery exception | NEW YORK, NY | Shipment refused by recipient |
| | 7:58 AM | On FedEx vehicle for delivery | NEW YORK, NY | |
| | 7:10 AM | At local FedEx facility | NEW YORK, NY | |
| **Jan 15, 2007** | 1:48 PM | Picked up | NEW YORK, NY | |

[ E-mail results ]    [ Track more shipments ]

Subscribe to tracking updates (optional)

**Your Name:**                    **Your E-mail Address:**

| E-mail address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| | English | | | |
| | English | | | |
| | English | | | |
| | English | | | |

**Select format:** ◉ HTML ○ Text ○ Wireless

**Add personal message:**

Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions

Track Shipments
## Detailed Results

 (?) Quick Help

| Tracking number | 799068910680 | Reference | Havlish #5084 SAC |
|---|---|---|---|
| Signed for by | Z.NAZAR | Destination | New York, NY |
| Ship date | Jan 12, 2007 | Delivered to | Receptionist/Front Desk |
| Delivery date | Jan 15, 2007 10:43 AM | Service type | Standard Pak |
| | | Weight | 3.0 lbs. |

**Status**      Delivered

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jan 15, 2007 | 10:43 AM | Delivered | New York, NY | |
| | 7:44 AM | On FedEx vehicle for delivery | NEW YORK, NY | |
| Jan 13, 2007 | 6:35 AM | At local FedEx facility | NEW YORK, NY | Package not due for delivery |
| | 5:57 AM | At local FedEx facility | NEW YORK, NY | |
| | 12:50 AM | Departed FedEx location | NEWARK, NJ | |
| Jan 12, 2007 | 8:37 PM | Left origin | FORT WASHINGTON, PA | |
| | 5:54 PM | Picked up | FORT WASHINGTON, PA | |
| | 1:59 PM | Package data transmitted to FedEx | | |

[ Signature proof ]   [ E-mail results ]   [ Track more shipments ]

Subscribe to tracking updates (optional)

**Your Name:**      **Your E-mail Address:**

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | | |
| | English | | |
| | English | | |
| | English | | |

**Select format:** ◉ HTML  ◯ Text  ◯ Wireless

**Add personal message:**

Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions    [ Submit ]



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

January 22,2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **799068910680**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | New York, NY |
| Signed for by: | Z.NAZAR | Delivery date: | Jan 15, 2007 10:43 |
| Service type: | Standard Pak | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 799068910680 | Ship date: | Jan 12, 2007 |
| | | Weight: | 3.0 lbs. |

Recipient:
New York, NY US

Shipper:
DOYLESTOWN, PA US

Reference

Havlish #5084   SAC

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



<< Log out     Home

Your Shipment Details:

| | | | |
|---|---|---|---|
| **Ship to:** | H.E. Mohammad Javad Zarif<br>Permanent Mission of Iran to U.N<br>Ambassador<br>622 Third Avenue<br>New York, NY  10017<br>US<br>215-348-7700 | **Package Type:**<br>**Pickup/Drop Off:**<br>**Weight:**<br>**Dimensions:**<br>**Declared Value:**<br>**Shipper Account Number:**<br>**Bill transportation to:**<br>**Courtesy Rate Quote** | FedEx Pak<br>Drop Off<br>1 LBS<br>0 x 0 x 0 in<br>0 USD<br>120073540<br>120073540<br>*15.77 |
| **From:** | Jennifer Bechle<br>MELLON, WEBSTER & SHELLY<br>87 NORTH BROAD STREET<br>DOYLESTOWN, PA  18901<br>US<br>2153487700 | **Discounted variable %**<br>**Special Services:**<br>**Purpose:**<br>**Shipment Type:** | 0.00<br><br><br>Express |
| **Tracking no:** | 799068910680 | | |
| **Your reference:** | Havlish #5084 SAC | | |
| **Ship date:** | Jan 12 2007 | | |
| **Service Type:** | Standard Overnight | | |





## Please Note

. *The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weig dimensions, and other factors. Consult the applicable  FedEx Service Guide  or the FedEx Rate Sheets for details on how shipping char calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misd misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.

Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is l greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary v e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within stric Consult the applicable FedEx Service Guide for details.



LAW OFFICES
*Mellon Webster & Shelly*
A PROFESSIONAL CORPORATION
87 NORTH BROAD STREET
DOYLESTOWN, PA 18901
215-348-7700 • FAX 215-348-0171

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR
SAMUEL C. TOTARO, JR.
ELISSA B. HEINRICHS

JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

December 28, 2006

Ali Akbar Hashemi Rafsanjani
c/o Permanent Mission of Iran to the U.N.
622 Third Avenue
New York, NY, 10017

> **Re:** **Havlish, et al. v. bin-Laden, et al.**
> **03 MDL 1570 (RCC)**
> **U.S.D.C., Southern District of New York, 03-CV-9848-RCC**
> **Transferred from U.S.D.C., District of Columbia, 1:02-cv-305**

Dear Sir:

You, or your organization, is named as a defendant in the above-referenced lawsuit. Enclosed you will find the following documents:

1. Second Amended Complaint (English)
2. Second Amended Complaint (Farsi)

Service is hereby made pursuant to Federal Rules of Civil Procedure 4 and 5. Pursuant to the Federal Rules of Civil Procedure you have ninety (90) days to file an Answer to this Second Amended Complaint. If no Answer is filed within ninety (90) days of service, we intend to perfect a default judgment against you.

Very truly yours,

Stephen A. Corr

SAC:ss
Enclosures
**Sent via DHL No.  830 8293 486**

Track Shipments
## Detailed Results

 ? Quick Help

| Tracking number | 798587462698 | Reference | RTS 791616329110 |
| Signed for by | A.BAUER | Destination | DOYLESTOWN, PA |
| Ship date | Jan 17, 2007 | Delivered to | Receptionist/Front Desk |
| Delivery date | Jan 19, 2007 11:42 AM | Service type | Express Saver |
| | | Weight | 10.0 lbs. |

| Status | Delivered |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jan 19, 2007 | 11:42 AM | Delivered | DOYLESTOWN, PA | |
| | 7:49 AM | On FedEx vehicle for delivery | FORT WASHINGTON, PA | |
| | 7:43 AM | At local FedEx facility | FORT WASHINGTON, PA | |
| Jan 18, 2007 | 6:47 PM | At dest sort facility | LINWOOD, PA | |
| | 11:28 AM | Departed FedEx location | NEWARK, NJ | |
| Jan 17, 2007 | 10:11 PM | Arrived at FedEx location | NEWARK, NJ | |
| | 8:20 PM | Left origin | NEW YORK, NY | |
| | 7:30 PM | Picked up | NEW YORK, NY | |
| | 3:31 PM | Package data transmitted to FedEx | | |

[ Signature proof ]   [ E-mail results ]   [ Track more shipments ]

Subscribe to tracking updates (optional)

**Your Name:**                    **Your E-mail Address:**

| E-mail address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| | English | | | |
| | English | | | |
| | English | | | |
| | English | | | |

Select format:  ⦿ HTML  ◯ Text  ◯ Wireless
**Add personal message:**

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and
Conditions

Submit

Track Shipments
## Detailed Results

 Quick Help

| Tracking number | 791209138139 | Destination | NEW YORK CITY, NY |
|---|---|---|---|
| Ship date | Jan 15, 2007 | Service type | Standard Pak |
| | | Weight | 3.0 lbs. |
| **Status** | Delivery exception | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Jan 17, 2007** | 4:38 PM | **Package returned to shipper** | NEW YORK, NY | Return tracking number: 798587462698 |
| **Jan 16, 2007** | 12:15 PM | Delivery exception | NEW YORK, NY | Shipment refused by recipient |
| | 8:03 AM | On FedEx vehicle for delivery | NEW YORK, NY | |
| | 7:13 AM | At local FedEx facility | NEW YORK, NY | |
| **Jan 15, 2007** | 1:47 PM | Picked up | NEW YORK, NY | |

[ E-mail results ]    [ Track more shipments ]

Subscribe to tracking updates (optional)

**Your Name:**                          **Your E-mail Address:**

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | | |
| | English | | |
| | English | | |
| | English | | |

**Select format:** ⦿ HTML ○ Text ○ Wireless
**Add personal message:**

Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions    [ Submit ]

Track Shipments
## Detailed Results

 ⑦ Quick Help

| | |
|---|---|
| **Tracking number** | 791209138139 |
| **Signed for by** | Z.NAZAR |
| **Ship date** | Jan 12, 2007 |
| **Delivery date** | Jan 15, 2007 10:43 AM |

| | |
|---|---|
| **Reference** | Havlish #5084 SAC |
| **Destination** | New York, NY |
| **Delivered to** | Receptionist/Front Desk |
| **Service type** | Standard Pak |
| **Weight** | 3.0 lbs. |

**Status**     Delivered

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Jan 15, 2007** | 10:43 AM | Delivered | New York, NY | |
| | 7:46 AM | On FedEx vehicle for delivery | NEW YORK, NY | |
| **Jan 13, 2007** | 1:40 AM | Departed FedEx location | NEWARK, NJ | |
| **Jan 12, 2007** | 8:37 PM | Left origin | FORT WASHINGTON, PA | |
| | 5:54 PM | Picked up | FORT WASHINGTON, PA | |
| | 2:00 PM | Package data transmitted to FedEx | | |

[ Signature proof ]   [ E-mail results ]   [ Track more shipments ]

Subscribe to tracking updates (optional)

**Your Name:**                                        **Your E-mail Address:**

| E-mail address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| | English | ▨ | | ☐ |
| | English | ▨ | | ☐ |
| | English | ▨ | | ☐ |
| | English | ▨ | | ☐ |

**Select format:** ◉ HTML ○ Text ○ Wireless
**Add personal message:**

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and
Conditions                                                               [ Submit ]



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

January 22,2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **791209138139**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | New York, NY |
| Signed for by: | Z.NAZAR | Delivery date: | Jan 15, 2007 10:43 |
| Service type: | Standard Pak | | |

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 791209138139 | Ship date: | Jan 12, 2007 |
| | | Weight: | 3.0 lbs. |

Recipient:
New York, NY US

Shipper:
DOYLESTOWN, PA US

Reference

Havlish #5084   SAC

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



**Your Shipment Details:**

| | | |
|---|---|---|
| **Ship to:** | H.E. Mohammad Javad Zarif<br>Permanent Mission of Iran to U.N<br>Ambassador<br>622 Third Avenue<br>New York, NY 10017<br>US<br>215-348-7700 | **Package Type:** FedEx Pak<br>**Pickup/Drop Off:** Drop Off<br>**Weight:** 1 LBS<br>**Dimensions:** 0 x 0 x 0 in<br>**Declared Value:** 0 USD<br>**Shipper Account Number:** 120073540<br>**Bill transportation to:** 120073540<br>**Courtesy Rate Quote** *15.77 |
| **From:** | Jennifer Bechle<br>MELLON, WEBSTER & SHELLY<br>87 NORTH BROAD STREET<br>DOYLESTOWN, PA 18901<br>US<br>2153487700 | **Discounted variable %** 0.00<br>**Special Services:**<br>**Purpose:**<br>**Shipment Type:** Express |
| **Tracking no:** | 791209138139 | |
| **Your reference:** | Havlish #5084 SAC | |
| **Ship date:** | Jan 12 2007 | |
| **Service Type:** | Standard Overnight | |



**Print**      **Return**

**Please Note**

. *The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weig dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping char calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misd misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.

Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is l greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary v e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within stric Consult the applicable FedEx Service Guide for details.



LAW OFFICES
*Mellon Webster & Shelly*
A PROFESSIONAL CORPORATION
87 NORTH BROAD STREET
DOYLESTOWN, PA 18901
215-348-7700 • FAX 215-348-0171

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR
SAMUEL C. TOTARO, JR.
ELISSA B. HEINRICHS

JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

December 28, 2006

Ayatollah Ali Hoseini-Khamenei
Supreme Leader
Islamic Republic of Iran
c/o Permanent Mission of Iran to the U.N.
622 Third Avenue
New York, NY, 10017

> **Re:    Havlish, et al. v. bin-Laden, et al.**
> **03 MDL 1570 (RCC)**
> **U.S.D.C., Southern District of New York, 03-CV-9848-RCC**
> **Transferred from U.S.D.C., District of Columbia, 1:02-cv-305**

Dear Sir:

You, or your organization, is named as a defendant in the above-referenced lawsuit. Enclosed you will find the following documents:

1.    Second Amended Complaint (English)
2.    Second Amended Complaint (Farsi)

Service is hereby made pursuant to Federal Rules of Civil Procedure 4 and 5. Pursuant to the Federal Rules of Civil Procedure you have ninety (90) days to file an Answer to this Second Amended Complaint. If no Answer is filed within ninety (90) days of service, we intend to perfect a default judgment against you.

Very truly yours,

Stephen A. Corr

SAC:ss
Enclosures
**Sent via DHL No.  830 8293 486**

Track Shipments
## Detailed Results

 Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 798587462698 | **Reference** | RTS 791616329110 |
| **Signed for by** | A.BAUER | **Destination** | DOYLESTOWN, PA |
| **Ship date** | Jan 17, 2007 | **Delivered to** | Receptionist/Front Desk |
| **Delivery date** | Jan 19, 2007 11:42 AM | **Service type** | Express Saver |
| | | **Weight** | 10.0 lbs. |
| **Status** | Delivered | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Jan 19, 2007** | 11:42 AM | Delivered | DOYLESTOWN, PA | |
| | 7:49 AM | On FedEx vehicle for delivery | FORT WASHINGTON, PA | |
| | 7:43 AM | At local FedEx facility | FORT WASHINGTON, PA | |
| **Jan 18, 2007** | 6:47 PM | At dest sort facility | LINWOOD, PA | |
| | 11:28 AM | Departed FedEx location | NEWARK, NJ | |
| **Jan 17, 2007** | 10:11 PM | Arrived at FedEx location | NEWARK, NJ | |
| | 8:20 PM | Left origin | NEW YORK, NY | |
| | 7:30 PM | Picked up | NEW YORK, NY | |
| | 3:31 PM | Package data transmitted to FedEx | | |

[ Signature proof ]   [ E-mail results ]   [ Track more shipments ]

Subscribe to tracking updates (optional)

**Your Name:**                    **Your E-mail Address:**

| **E-mail address** | **Language** | | **Exception updates** | **Delivery updates** |
|---|---|---|---|---|
| | English | | | |
| | English | | | |
| | English | | | |
| | English | | | |

**Select format:** ⊙ HTML ○ Text ○ Wireless
**Add personal message:**

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and
Conditions                                                      [ Submit ]

Track Shipments                                           ⑦ Quick Help
## Detailed Results

| | | | | |
|---|---|---|---|---|
| **Tracking number** | 792272026998 | **Destination** | NEW YORK CITY, NY | |
| **Ship date** | Jan 15, 2007 | **Service type** | Standard Pak | |
| | | **Weight** | 3.0 lbs. | |
| **Status** | Delivery exception | | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jan 17, 2007 | 4:38 PM | **Package returned to shipper** | NEW YORK, NY | Return tracking number: 798587462698 |
| Jan 16, 2007 | 12:15 PM | Delivery exception | NEW YORK, NY | Shipment refused by recipient |
| | 7:59 AM | On FedEx vehicle for delivery | NEW YORK, NY | |
| | 7:08 AM | At local FedEx facility | NEW YORK, NY | |
| Jan 15, 2007 | 1:46 PM | Picked up | NEW YORK, NY | |

[ E-mail results ]    [ Track more shipments ]

Subscribe to tracking updates (optional)

**Your Name:**                              **Your E-mail Address:**

| E-mail address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| | English | | ▨ | ☐ |
| | English | | ▨ | ☐ |
| | English | | ▨ | ☐ |
| | English | | ▨ | ☐ |

**Select format:** ◉ HTML ○ Text ○ Wireless
**Add personal message:**

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and
  Conditions

Track Shipments
## Detailed Results

 Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 792272026998 | **Reference** | Havlish #5084 SAC |
| **Signed for by** | Z.NAZAR | **Destination** | New York, NY |
| **Ship date** | Jan 12, 2007 | **Delivered to** | Receptionist/Front Desk |
| **Delivery date** | Jan 15, 2007 10:43 AM | **Service type** | Standard Pak |
| | | **Weight** | 1.0 lbs. |
| **Status** | Delivered | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Jan 15, 2007** | 10:43 AM | Delivered | New York, NY | |
| | 7:46 AM | On FedEx vehicle for delivery | NEW YORK, NY | |
| **Jan 13, 2007** | 6:35 AM | At local FedEx facility | NEW YORK, NY | Package not due for delivery |
| | 5:57 AM | At local FedEx facility | NEW YORK, NY | |
| | 12:56 AM | Departed FedEx location | NEWARK, NJ | |
| **Jan 12, 2007** | 8:37 PM | Left origin | FORT WASHINGTON, PA | |
| | 5:54 PM | Picked up | FORT WASHINGTON, PA | |
| | 2:06 PM | Package data transmitted to FedEx | | |

| Signature proof | E-mail results | Track more shipments |
|---|---|---|

Subscribe to tracking updates (optional)

**Your Name:**                          **Your E-mail Address:**

| E-mail address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| | English | | | |
| | English | | | |
| | English | | | |
| | English | | | |

**Select format:** ⦿ HTML ○ Text ○ Wireless
**Add personal message:**

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions    Submit



Express

FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

January 22,2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **792272026998**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | New York, NY |
| Signed for by: | Z.NAZAR | Delivery date: | Jan 15, 2007 10:43 |
| Service type: | Standard Pak | | |

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 792272026998 | Ship date: | Jan 12, 2007 |
| | | Weight: | 1.0 lbs. |

Recipient:
New York, NY US

Shipper:
DOYLESTOWN, PA US

Reference

Havlish #5084   SAC

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



**FedEx**

Ship | Track/History | Address Book | Preferences | Fast Ship | Reports | My Profile

<< Log out       Home

Your Shipment Details:

| | | | |
|---|---|---|---|
| **Ship to:** | H.E. Mohammad Javad Zarif<br>Permanent Mission of Iran to U.N<br>Ambassador<br>622 Third Avenue<br>New York, NY 10017<br>US<br>215-348-7700 | **Package Type:**<br>**Pickup/Drop Off:**<br>**Weight:**<br>**Dimensions:**<br>**Declared Value:**<br>**Shipper Account Number:**<br>**Bill transportation to:**<br>**Courtesy Rate Quote**<br>**Discounted variable %**<br>**Special Services:**<br>**Purpose:**<br>**Shipment Type:** | FedEx Pak<br>Drop Off<br>1 LBS<br>0 x 0 x 0 in<br>0 USD<br>120073540<br>120073540<br>*15.77<br>0.00<br><br><br>Express |
| **From:** | Jennifer Bechle<br>MELLON, WEBSTER & SHELLY<br>87 NORTH BROAD STREET<br>DOYLESTOWN, PA 18901<br>US<br>2153487700 | | |
| **Tracking no:** | 792272026998 | | |
| **Your reference:** | Havlish #5084 SAC | | |
| **Ship date:** | Jan 12 2007 | | |
| **Service Type:** | Standard Overnight | | |

**Print**                                                                 **Return**

### Please Note

. *The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weig dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping char calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misd misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.

Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is l greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary v e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within stric Consult the applicable FedEx Service Guide for details.