# EXHIBIT L

Havlish, Sr., Mr Donald    Case 1:03-md-01570-GBD-SN   Document 2033-19   Filed 08/24/07   Page 2 of 5
Case #: 206166 ( 5084 )    Class: 1    Assigned: JAK    Date Opened: 12/5/2001

8/23/2007  12:21 PM                                                                  Page 1 of 1

## Case Note - Page 209 of 211

**Date:** 01/12/2007  03:00 PM  **Staff:** SAC    **Topic:** E-Mail    **Case Status**

From: Steve Corr
To: iran@un.int; jzarif@un.int
CC:
Subject: Havlish et al. v. bin Laden, et al., 03 MDL 1570 (RCC), U.S.D.C. District of Columbia No. 02-0305 (JR)
Date Sent: 1/12/2007 2:59:24 PM


Dear Mr. Zarif and To Whom It May Concern:

 Pursuant to the Order of the Honorable James Robertson, entered on September 30, 2002, the plaintiffs in the above-referenced matter hereby serve Ayatollah Ali Hoseini-Khamenei with the following documents in both MS Word and .pdf formats:

1.   Second Amended Complaint (English and Farsi)


In addition to serving Ayatollah Ali Hoseini-Khamenei with these documents, we hereby serve the following defendants in this action with these documents:

1.   Islamic Republic of Iran
2.   Iran Ministry of Information and Security
3.   Hezbollah
4.   The Islamic Revolutionary Guard Corps.
5.   Ali Akbar Hashemi Rafsanjani

We attempted to servce original copies of these documents via DHL Couriers but those documents were refused.  At your request, I will forward original copies of these documents.

Very truly yours,

Stephen A. Corr, Esquire


Stephen A. Corr, Esquire
Mellon, Webster & Shelly
87 N. Broad Street
Doylestown, PA  18901
Tel:  215-348-7700
Fax:  215-348-0171
scorr@mellonwebster.com

*CONFIDENTIAL NOTICE*
THIS ELECTRONIC MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL AND IS INTENDED ONLY FOR THE REVIEW OF THE PARTY TO WHOM IT IS ADDRESSED.  IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE IMMEDIATELY RETURN IT TO THE SENDER.  UNINTENDED TRANSMISSION SHALL NOT CONSTITUTE WAIVER OF THE ATTORNEY-CLIENT OR ANY OTHER PRIVILEGE.

Attachments:   FINAL AMENDED COMPLAINT - Farsi.doc  FINAL AMENDED COMPLAINT - Farsi.pdf  FINAL AMENDED COMPLAINT.doc  SECOND AMENDED COMPLAINT 9.7.2006.pdf

# EXHIBIT M

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FIONA HAVLISH, et al.,          :
                                :
        Plaintiffs,             :
                                :
    v.                          :    CASE NUMBER 1:02CV00305
                                :
SHEIKH USAMAH BIN-MUHAMMAD      :    Judge James Robertson
BIN-LADEN, a/k/a OSAMA          :
BIN-LADEN, et al.,              :
                                :
        Defendants.             :

## RULE 55(a) DEFAULT

It appearing that defendants, The Islamic Republic of Iran, Iranian Ministry of Information and Security, The Islamic Revolutionary Guard Corps, Hezbollah, Iranian Ministry of Petroleum, Iranian Ministry of Economic Affairs and Finance, Iranian Ministry of Commerce, Iranian Ministry of Defense and Armed Forces Logistics have failed to plead or otherwise defend this action though duly served with summons and copy of Amended Complaint pursuant to 28 U.S.C. § 1608(a)(4) on October 9, 2002 and an affidavit on behalf of plaintiffs having been filed (Docket Document No. 35), it is this __25__ day of __December__, 2002 declared that The Islamic Republic of Iran, Iranian Ministry of Information and Security, The Islamic Revolutionary Guard Corps, Hezbollah, Iranian Ministry of Petroleum, Iranian Ministry of Economic Affairs and Finance, Iranian Ministry of Commerce, Iranian Ministry of Defense and Armed Forces Logistics, defendants herein are in default.

Nancy M. Mayer-Whittington, Clerk

By: _____
                Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FIONA HAVLISH, et al.,

    Plaintiffs,

v.

SHEIKH USAMAH BIN-MUHAMMAD
BIN-LADEN, a/k/a OSAMA
BIN-LADEN, et al.,

    Defendants.

CASE NUMBER 1:02CV00305

Judge James Robertson

## RULE 55(a) DEFAULT

It appearing that defendants, Ayatollah Ali Hoseini-Khamenei, Saddam Hussein and Qusai Hussein have failed to plead or otherwise defend this action though duly served with summons and copy of Amended Complaint via U.S. Mail/Federal Express and email addressed to The Permanent Mission of Iran to the U.N. (Ayatollah Ali Hoseini-Khamenei email September 30, 2002 and U.S. mail October 3, 2002) and The Permanent Misson of Iraq to the U.N. (Saddam Hussein and Qusai Hussein via email September 30, 2002 and Federal Express October 10, 2002) pursuant to this Honorable Court's Order dated September 30, 2002 and an affidavit on behalf of plaintiffs having been filed (Docket Document No. 35), it is this __23__ day of __December__, 2002 declared that Ayatollah Ali Hoseini-Khamenei, Saddam Hussein and Qusai Hussein, defendants herein are in default.

Nancy M. Mayer-Whittington, Clerk

By: _____
    Deputy Clerk