# EXHIBIT  M

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FIONA HAVLISH, et al.,          :
                                :
              Plaintiffs,        :
                                :
       v.                       :    CASE NUMBER 1:02CV00305
                                :
SHEIKH USAMAH BIN-MUHAMMAD      :    Judge James Robertson
BIN-LADEN, a/k/a OSAMA          :
BIN-LADEN, et al.,              :
                                :
              Defendants.        :

---

## RULE 55(a) DEFAULT

It appearing that defendants, The Islamic Republic of Iran, Iranian Ministry of Information and Security, The Islamic Revolutionary Guard Corps, Hezbollah, Iranian Ministry of Petroleum, Iranian Ministry of Economic Affairs and Finance, Iranian Ministry of Commerce, Iranian Ministry of Defense and Armed Forces Logistics have failed to plead or otherwise defend this action though duly served with summons and copy of Amended Complaint pursuant to 28 U.S.C. § 1608(a)(4) on October 9, 2002 and an affidavit on behalf of plaintiffs having been filed (Docket Document No. 35), it is this 25 day of December, 2002 declared that The Islamic Republic of Iran, Iranian Ministry of Information and Security, The Islamic Revolutionary Guard Corps, Hezbollah, Iranian Ministry of Petroleum, Iranian Ministry of Economic Affairs and Finance, Iranian Ministry of Commerce, Iranian Ministry of Defense and Armed Forces Logistics, defendants herein are in default.

Nancy M. Mayer-Whittington, Clerk

By: _____
                Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FIONA HAVLISH, et al.,                              :
                                                   :
          Plaintiffs,                              :
                                                   :
     v.                                            :     CASE NUMBER 1:02CV00305
                                                   :
SHEIKH USAMAH BIN-MUHAMMAD     :     Judge James Robertson
BIN-LADEN, a/k/a OSAMA                             :
BIN-LADEN, et al.,                                 :
                                                   :
          Defendants.                              :

_____

## RULE 55(a) DEFAULT

It appearing that defendants, Ayatollah Ali Hoseini-Khamenei, Saddam Hussein
and Qusai Hussein have failed to plead or otherwise defend this action though duly
served with summons and copy of Amended Complaint via U.S. Mail/Federal Express
and email addressed to The Permanent Mission of Iran to the U.N. (Ayatollah Ali
Hoseini-Khamenei email September 30, 2002 and U.S. mail October 3, 2002) and The
Permanent Misson of Iraq to the U.N. (Saddam Hussein and Qusai Hussein via email
September 30, 2002 and Federal Express October 10, 2002) pursuant to this Honorable
Court's Order dated September 30, 2002 and an affidavit on behalf of plaintiffs having
been filed (Docket Document No. 35), it is this __23__ day of
__December_____, 2002 declared that Ayatollah Ali Hoseini-Khamenei,
Saddam Hussein and Qusai Hussein, defendants herein are in default.

Nancy M. Mayer-Whittington, Clerk

By: _____
Deputy Clerk