# JONES DAY

51 LOUISIANA AVENUE, N.W. · WASHINGTON, D.C. 20001-2113

TELEPHONE: (202) 879-3939 · FACSIMILE: (202) 626-1700

**MEMO ENDORSED**  Direct Number: (202) 879-3880
jgauch@jonesday.com

September 10, 2007

<u>VIA FACSIMILE</u>

The Honorable Frank Maas
United States Magistrate Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 740
New York, NY 10007-1312

U.S. DISTRICT COURT
FILED
SEP 11 2007
S.D. OF N.Y.

   Re:   <u>In Re Terrorist Attacks on September 11, 2001, 03 MDL 1570 (GBD)(FM)</u>

Dear Judge Maas:

     Defendant Saudi Binladin Group ("SBG"), through its undersigned counsel, requests a 3-day extension of the Court's September 10, 2007 deadline for SBG's production of two categories of documents and SBG's Second Supplemental responses to Plaintiffs' jurisdictional interrogatories. We have been working diligently in an effort to respond to the Court's Order but require the short extension to review certain additional Arabic language documents that we recently received that require translation. We have attempted to contact Plaintiffs regarding the extension but have been unable to reach them. SBG therefore requests an extension until Thursday, September 13 to submit its responses and accompanying documents.

So ordered
Mbas
USMJ,
9/10/07

                              Sincerely,

                              James E. Gauch

                              James E. Gauch

MICROFILM  SEP 11 2007  -3:48 PM

cc:   Robert T. Haefele, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/14/07

WAI-2844946v1

ATLANTA · BEIJING · BRUSSELS · CHICAGO · CLEVELAND · COLUMBUS · DALLAS · FRANKFURT · HONG KONG · HOUSTON
IRVINE · LONDON · LOS ANGELES · MADRID · MILAN · MOSCOW · MUNICH · NEW DELHI · NEW YORK · PARIS · PITTSBURGH
SAN DIEGO · SAN FRANCISCO · SHANGHAI · SILICON VALLEY · SINGAPORE · SYDNEY · TAIPEI · TOKYO · WASHINGTON