EXHIBIT "B"

RICO STATEMENT

*Federal Insurance Company, et al. v. al Qaida et al.,* 03cv6978

| Plaintiffs | Total Paid Loss |
|---|---:|
| ACE AMERICAN INSURANCE COMPANY | $47,868,598.56 |
| ACE BERMUDA INSURANCE LTD | $298,000,000.00 |
| ACE CAPITAL V LTD | $118,454,289.00 |
| ACE INA INSURANCE COMPANY OF CANADA | $15,431,185.61 |
| ACE INDEMNITY INSURANCE COMPANY | $11,853.55 |
| ACE INSURANCE SA-NV | $17,990,692.00 |
| ACE PROPERTY & CASUALTY INSURANCE COMPANY | $34,637.00 |
| ALLSTATE INSURANCE COMPANY | $15,428,123.33 |
| AMERICAN ALTERNATIVE INSURANCE CORPORATION | $3,922,782.07 |
| AMERICAN EMPLOYERS' INSURANCE COMPANY | $325,421.23 |
| AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY | $42,208,222.23 |
| AMERICAN ZURICH INSURANCE COMPANY | $2,213,018.97 |
| AMLIN UNDERWRITING, LTD. | $268,340,906.58 |
| ASSURANCE COMPANY OF AMERICA | $2,074,085.61 |
| ATLANTIC EMPLOYERS INSURANCE COMPANY | $0.00 |
| AXA ART INSURANCE CORPORATION | $14,287,543.00 |
| AXA CORPORATE SOLUTIONS ASSURANCE UK BRANCH | $64,779,883.00 |
| AXA CORPORATE SOLUTIONS INSURANCE COMPANY | $131,696,044.96 |
| AXA CORPORATE SOLUTIONS REINSURANCE COMPANY | $82,714,778.00 |
| AXA GLOBAL RISKS UK, LTD. | $10,986,623.57 |
| AXA RE | $105,790,023.00 |
| AXA RE CANADIAN BRANCH | $26,138,407.11 |
| AXA REINSURANCE UK PLC | $18,162,701.70 |
| AXA VERSICHERUNG AG | $923,053.00 |
| BANKERS STANDARD INSURANCE COMPANY | $23,250,000.00 |
| BOSTON OLD COLONY INSURANCE COMPANY | $5,100.00 |
| CHUBB CUSTOM INSURANCE COMPANY | $612,585.00 |
| CHUBB INDEMNITY INSURANCE COMPANY | $4,083,878.20 |
| CHUBB INSURANCE COMPANY OF CANADA | $50,452,395.71 |
| CHUBB INSURANCE COMPANY OF NEW JERSEY | $412,681.71 |
| CNA CASUALTY OF CALIFORNIA | $25,771.00 |
| COLONIAL AMERICAN CASUALTY AND SURETY INS. COMPANY | $20,000.00 |
| COMMERCIAL INSURANCE COMPANY OF NEWARK, NJ | $141,343.00 |
| CONTINENTAL INSURANCE COMPANY | $531,672.25 |
| CONTINENTAL INSURANCE COMPANY OF NEW JERSEY | $39,073.00 |
| CRUM & FORSTER INDEMNITY COMPANY | $44,300.08 |
| CRUM & FORSTER INSURANCE COMPANY | $200,000.00 |
| FEDERAL INSURANCE COMPANY | $1,513,667,597.39 |
| FIDELITY AND CASUALTY COMPANY OF NEW YORK | $79,856.00 |
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND | $1,559,298.07 |
| GLENS FALLS INSURANCE COMPANY | $36,239.00 |
| GREAT LAKES REINSURANCE U.K. PLC | $99,511,427.02 |
| GREAT NORTHERN INSURANCE COMPANY | $595,997,113.79 |
| HISCOX DEDICATED CORPORATE MEMBER, LTD. | $231,521,055.00 |
| HOMELAND INSURANCE COMPANY OF NEW YORK | $210,670.75 |
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA | $7,465,987.17 |

**EXHIBIT "B"**
**RICO STATEMENT**

*Federal Insurance Company, et al. v. al Qaida et al.,* 03cv6978

| Plaintiffs | Total Paid Loss |
|---|---:|
| INSURANCE COMPANY OF NORTH AMERICA | $78,692.00 |
| MARYLAND CASUALTY COMPANY | $420,000.00 |
| NATIONAL BEN FRANKLIN INSURANCE COMPANY OF ILLINOIS | $6,442.00 |
| NORTH RIVER INSURANCE COMPANY | $3,342,012.65 |
| NORTHERN INSURANCE COMPANY OF NEW YORK | $1,041,068.05 |
| ONE BEACON AMERICA INSURANCE COMPANY | $85,101.50 |
| ONE BEACON INSURANCE COMPANY | $185,805,247.79 |
| PACIFIC EMPLOYERS | $4,868,748.19 |
| PACIFIC INDEMNITY COMPANY | $9,936,536.66 |
| SENECA INSURANCE COMPANY, INC. | $4,267,076.00 |
| SPS REASSURANCE | $84,305,160.27 |
| STEADFAST INSURANCE COMPANY | $1,900,281.36 |
| THE CAMDEN FIRE INSURANCE ASSOCIATION | $76,620.00 |
| THE PRINCETON EXCESS & SURPLUS LINES INSURANCE COMPANY | $3,796,292.50 |
| TIG INSURANCE COMPANY | $76,084,229.30 |
| UNITED STATES FIRE INSURANCE COMPANY | $78,110,276.10 |
| VALIANT INSURANCE COMPANY | $0.00 |
| VIGILANT INSURANCE COMPANY | $42,305,933.24 |
| WESTCHESTER FIRE INSURANCE COMPANY | $14,079,230.00 |
| WESTCHESTER SURPLUS LINES INSURANCE CO. | $12,705,000.00 |
| WOBURN INSURANCE LTD | $8,750,000.00 |
| ZURICH AMERICAN INSURANCE COMPANY | $924,230,366.57 |
|  | $5,273,845,231.40 |