# EXHIBIT 2

```
                                                                 1
 2    UNITED STATES DISTRICT COURT
 2    SOUTHERN DISTRICT OF NEW YORK
 3    ------------------------------x
 3    In re:  Terrorist Attacks on
 4            September 11, 2001.
 4    ------------------------------x
 5    KATHLEEN ASHTON, et al.,
 6
 6                  Plaintiffs,
 7
 7              v.                              03 MD 1570
 8      (RCC)
 8
 9    EGYPTIAN ISLAMIC JIHAD, et
 9    al.,
10
10                  Defendants.
11    ------------------------------x
11                                              July 27, 2007
12                                              9:55 a.m.
12
13    Before:
13
14                     HON. FRANK MAAS,
14
15                                              Magistrate
15      Judge
16
17
18            Deposition of LAWRENCE G. SMITH, taken
19      by plaintiffs, pursuant to order of Hon. Frank
20      Maas, at the Daniel Patrick Moynihan Courthouse,
21      500 Pearl Street, New York, New York, before
22      Carol E. Ganley, a Certified Shorthand Reporter
23      and Notary Public of the State of New York.
24
25
                   SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300
                                                                 2
 2                          APPEARANCES
 2
 3    KREINDLER & KREINDLER
 3    100 Park Avenue
 4    New York, NY  10017-5590
 4        Attorneys for Ashton Plaintiffs
 5    BY:  ANDREW J. MALONEY, III
 5         ELIZABETH R. CROTTY
 6
 6    MOTLEY RICE, LLP
 7    28 Bridgeside Blvd.
```

```
10      with establishing or setting up SNCB in 1992?
11           A.   No.
12           Q.   Did you have any business with SNCB
13      from 1992 to '94 when they moved into the same
14      building, or you moved in the same building,
15      those two years?
16           A.   No, that I remember.
17           Q.   Did you have any understanding up
18      until 1994 as to what SNCB's purpose was, why
19      they were established?
20           A.   No, I did not.
21           Q.   Were you aware by 1994 that some of
22      the same people that worked for NCB were working
23      for SNCB?
24           A.   Yes.
25           Q.   And who were those people that you
                    SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300
```

                                                                        25

```
1    77rWterD                  Smith
2       were familiar with?
3            A.   John Bouckley.
4            Q.   I'm sorry.  Did he have a title at
5       SNCB?
6            A.   I don't know.  Tom Crowley, Virginia
7       Pensa.  Those were three people who had worked
8       at the branch who I remember being there.  There
9       were others, but I don't remember them working
10      at the branch, in other words, having worked for
11      NCB earlier.
12           Q.   Those three people worked for the NCB
13      branch that you also worked for and were now, by
14      '94, working for the SNCB entity in New York,
15      correct?
16           A.   Those three, yes.
17           Q.   And there may have been others, but
18      you don't recall, is that what you're saying?
19           A.   I don't recall any others who were
20      branch employees.  There were other employees
21      down at SNCB.  There was a woman, I can't
22      remember.  There was a man named Jagan Reddy.
23      There may have been a computer person.  I don't
24      remember.  But I remember particularly Ginger,
25      Tom, and John because I had known them at the
                    SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300
```

                                                                        26

```
1    77rWterD                  Smith
2       branch.
3            Q.   You mentioned Jagan Reddy.  He was a
4       former employee of NCB and was then an SNCB
5       employee?
6            A.   I don't remember him as an SNCB
```