# EXHIBIT 3

LX104/6542K

**APPLICATION FOR AUTHORITY**

**OF**

**SNCB SECURITIES INC.**

**UNDER SECTION 1304 OF THE BUSINESS CORPORATION LAW**

*******

920915000/41

Pursuant to the provisions of the New York Business Corporation Law, the undersigned corporation hereby applies for authority to transact business in New York, and for that purpose submits the following:

1. (a) The name of the corporation is SNCB Securities Inc.

   (b) The name under which it shall conduct business in New York is SNCB Securities Inc.

2. It is incorporated under the laws of Delaware.

3. The date of its incorporation is September 4, 1992.

4. That the business which the corporation proposes to conduct in New York State is as follows:

   To engage in any lawful act or activity for which corporations may be organized under the Business Corporation Law provided that the corporation shall not engage in any act or activity which requires the consent or approval of any state official, department, board, agency or other body, without such consent or approval first being obtained.

5. The office of the corporation within the State of New York is to be located in the county of New York.

2

6. That said corporation hereby designates the Secretary of State as its agent upon whom all process in any action or proceedings against it may be served within the State of New York.

7. The address to which the Secretary of State shall mail a copy of process in any action or proceedings against the corporation which may be served upon him is: c/o C T Corporation System, 1633 Broadway, New York, New York 10019.

8. Since the date of its incorporation, the corporation has not engaged in any activity in New York.

9. The corporation hereby appoints C T Corporation System, 1633 Broadway, New York, New York 10019, as its registered agent in New York upon whom process against it may be served.

IN WITNESS WHEREOF, SNCB SECURITIES INC., the corporation hereinbefore mentioned and described has caused this certificate to be signed in its name by its Executive Vice President and Secretary this _____ day of September, 1992 and the statements contained therein are affirmed as true under penalties of perjury.

SNCB SECURITIES INC.

By: _____
Name: Thomas M. Krohley
Title: Executive Vice President and Secretary

2