# EXHIBIT 4

SNCB Securities Inc.

Notes to Financial Statements

December 31, 1999

## 1. Organization and Basis of Presentation

SNCB Securities Inc. ("SNCB"), incorporated in Delaware, is ultimately wholly-owned by The National Commercial Bank ("NCB") through a United Kingdom subsidiary, SNCB Securities Limited. SNCB was formed, in part, for the purpose of conducting limited activities in the U.S. for or on behalf of NCB with respect to the management services performed by NCB for certain off-shore investment funds which services were previously performed by the Investment Management Division of the New York branch office of NCB. These activities include identifying and developing investment products for NCB to market outside the U.S., assisting NCB in evaluating fund advisors and performing some limited administrative and clerical support services for NCB on behalf of the investment funds. In addition, SNCB may provide investment advisory services to unaffiliated off-shore third parties.

Certain prior period amounts reflect reclassifications to conform to the current period's presentation

## 2. Accounting Policies

### Cash and Cash Equivalents

The Company considers all highly liquid investments with a maturity of three months or less when purchased to be cash equivalents. Substantially all cash and cash equivalents are held in one financial institution.

### Fixed Assets

SNCB depreciates furniture and fixtures using the straight-line method over the estimated useful lives of ten years. Office equipment is depreciated using a Modified Accelerated Cost Recovery System over the estimated useful lives of five years. Leasehold improvements are amortized over the lessor of the estimated useful life of the asset or the remaining term of the lease.

### Use of Estimates

The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts and disclosures in the financial statements. Actual results could differ from those estimates.

6

CONFIDENTIAL: This Document is subject to a
Protective Order regarding confidential information
in 03 MDL 1570 (RCC), United States District
Court for the Southern District of New York.

NCB014332