# EXHIBIT 8

# FACSIMILE TRANSMISSION

| To | Thomas Krohley | From | Ginger Pensa |
|---|---|---|---|
| Company |  | Company | SNCB-NY |
| Phone | 203-259-7006 | Phone | 212-692-0670 |
| Fax | 203-259-7006 | Fax | 212-692-0670 |

Date  5 June, 2001

No. of Pages (including cover page)  Number 05

In case of a problem with transmission, please call Ginger Pensa 212-692-0670

## Message

Hi Tom, please sign the attached wire transfer request for Huck Finn Inn.

Please fax directly to Amy Koch c/o Bernice or Sue at Chase Bank, their fax no. is 212-949-1398 (phone no. is 212-661-0241) and fax a copy to me for my records.

Best Regards,

*[signature]*

These will come to your CT. home address.

P.S. Also Faxing copy of F-S. after transfer of $350,000 to LDN. Waiting for refund checks from IRS, NYS + NYC. Will then proceed to file for carryback loss. Then we can send balance of money to LDN as Dividend Payment.

ONFIDENTIAL: This Document is subject to a rotective Order regarding confidential information 03 MDL 1570 (RCC), United States District

NCB01558