Exhibit A

| | |
|---|---|
| **From:** | Hamilton, Rayner |
| **Sent:** | Monday, August 06, 2007 5:51 PM |
| **To:** | RHaefele@motleyrice.com |
| **Subject:** | Defendant Ahmed Zaki Yamani |
| **Attachments:** | 4952744_2.DOC |

Please see the attached.  RMH

# RAYNER M. HAMILTON

**ATTORNEY AT LAW**

| OFFICE | RESIDENCE |
|---|---|
| WHITE & CASE LLP | 136 LOWER CROSS ROAD |
| 1155 AVENUE OF THE AMERICAS | GREENWICH, CONNECTICUT 06831 |
| NEW YORK, NEW YORK 10036 | 203-629-9552 |
| 212-819-8822 | FAX: 203-622-8148 |
| FAX: 212-354-8113 | |
| rhamilton@whitecase.com | 152 SHEEPSHANK COURT, BOX 808 |
| | BOCA GRANDE, FLORIDA 33921 |
| | 941-964-9320 |
| | FAX: 941-964-8197 |

August 6, 2007

VIA FACSIMILE AND REGULAR MAIL

Ronald L. Motley, Esq.
Robert T. Haefele, Esq
Motley Rice LLC
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464

<u>Re</u>:   03 MDL 1570 (GBD)
         Burnett (03 CV 9849, 5738)(RCC)
         Euro Brokers (04 CV 7279)(RCC)
           World Trade Ctr. Prop. (04 CV 7280)

Gentlemen:

     Following up on our various communications of a year ago, as you are no doubt aware, on August 2, 2007 Judge Daniels filed an order vacating the default judgments entered against my client, Ahmed Zaki Yamani, in the above-mentioned cases. Plaintiffs have been directed to respond to his filed motion to dismiss.

     May I suggest that the appropriate response from plaintiffs would be to dismiss Mr. Yamani as a defendant in all cases as, in my view, plaintiffs cannot establish that the court has jurisdiction over him and in any event, based upon the law of the case and accepted legal principles generally, cannot plead viable causes of action against him. As noted in Mr. Yamani's motion to dismiss, the Federal Insurance plaintiffs have already voluntarily dismissed their complaint against Mr. Yamani. See Motion (MDL Docket #1833) at 10.

     If plaintiffs cannot be prevailed upon to do the former, then I wish to establish a briefing schedule on the pending motion such that it can be heard and resolved at the earliest possible date. May I suggest a deadline for plaintiffs' responsive papers of September 21, 2007 and a deadline for defendant's reply of October 19, 2007? Please advise at your earliest opportunity so that an appropriate stipulation can be filed.

                                      Very truly yours,

                                      Rayner M. Hamilton

Cc:   James P. Kreindler, Esq.
      Elliot R. Feldman, Esq.
      Sean Carter, Esq.
      Co-Chairs, Plaintiffs' Executive Committees

      Michael K. Kellogg, Esq.
      Chair, Defendants' Executive Committee