**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Civil Action No. 03 MDL 1570 (GBD) ECF Case |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE THAT the office of Nancy Luque and Steven Barentzen, counsel for Taha Al-Alwani, Muhammed Ashraf, M. Omar Ashraf, Jamal Barzinji, Mohammed Jaghlit, Yaqub Mirza, Samir Salah, Abdul Hamid Abu Sulayman, Ahmed Totonji, Iqbal Unus, African Muslim Agency, Grove Corporate, Inc., Heritage Education Trust, International Institute of Islamic Thought, Mar-Jac Investments, Inc., Mena Corporation, Reston Investments, Inc., Safa Trust, Sterling Charitable Gift Fund, Sterling Management Group, Inc., and York Foundation, has relocated, and their new contact information is as follows:

>Nancy Luque (NL – 1022)
>Steven K. Barentzen (SB - 8777)
>DLA Piper US LLP
>500 8th Street, N.W.
>Washington, D.C. 20004
>Tel. (202) 799-4500
>Fax (202) 799-5500
>nancy.luque@dlapiper.com
>steven.barentzen@dlapiper.com

Respectfully submitted,

Dated: October 9, 2007                    By:  ___/s/__Nancy Luque_____
                                                     Nancy Luque (NL – 1022)
                                                     Steven K. Barentzen (SB - 8777)
                                                     **DLA Piper US LLP**
                                                     500 8th Street, N.W.
                                                     Washington, D.C. 20004
                                                     Tel. (202) 799-4500
                                                     Fax (202) 799-5500
                                                     nancy.luque@dlapiper.com
                                                     steven.barentzen@dlapiper.com

*Attorneys for Taha Al-Alwani, Muhammed Ashraf, M. Omar Ashraf, Jamal Barzinji, Mohammed Jaghlit, Yaqub Mirza, Samir Salah, Abdul Hamid Abu Sulayman, Ahmed Totonji, Iqbal Unus, African Muslim Agency, Grove Corporate, Inc., Heritage Education Trust, International Institute of Islamic Thought, Mar-Jac Investments, Inc., Mena Corporation, Reston Investments, Inc., Safa Trust, Sterling Charitable Gift Fund, Sterling Management Group, Inc. and York Foundation*

## Certificate of Service

I hereby certify that on this 9th day of October, 2007, I caused an electronic copy of Notice of Change of Address to be served by the Court's electronic filing system upon all parties scheduled for electronic notice.

/s/  Steven K. Barentzen
Steven K. Barentzen (SB-8777)