UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re Terrorist Attacks on September 11, 2001* | 03 MDL 1570 (GBD)<br>ECF Case |

*This document relates to:*
    *Ashton v. Al Qaeda Islamic Army*, 02 CV 6977 (GBD)
    *Burnett v. Al Baraka Inv. & Dev. Corp.*, 03 CV 9849 (GBD)
    *Burnett v. Al Baraka Inv. & Dev. Corp.*, 03 CV 5738 (GBD)
    *Federal Ins. Co. v. Al Qaida*, 03 CV 6987 (GBD)
    *Barrera v. Al Qaeda Islamic Army*, 03 CV 7036 (GBD)
    *Salvo v. Al Qaeda Islamic Army*, 02 CV 5071 (GBD)
    *Tremsky v. Osama Bin-Laden*, 02 CV 7300 (GBD)
    *Estate of John P. O'Neill, Sr. v. Al Baraka Inv. & Dev. Corp.*, 03 CV 1923 (GBD)
    *Continental Cas. Co. v. Al Qaeda Islamic Army*, 04 CV 5970 (GBD)
    *Cantor Fitzgerald Assocs., LP. v. Akida Inv. Co., Ltd.*, 04 CV 7065 (GBD)
    *New York Marine & Gen. Ins. Co. v. Al Qaida*, 04 CV 6105 (GBD)
    *Euro Brokers, Inc. v. Al Baraka Inv. & Dev. Corp.*, 04 CV 7279 (GBD)
    *World Trade Center Properties, LLC v. Al Baraka Inv. & Dev. Corp.*, 04 CV 7280 (GBD)
    *Bauer v. Al Qaeda Islamic Army*, 02 CV 7236 (GBD)

**NOTICE OF MOTION FOR LEAVE TO**
**WITHDRAW AS ATTORNEY OF RECORD**

PLEASE TAKE NOTICE that upon the annexed Declaration of Mitchell R. Berger, Esq., Defendant the National Commercial Bank ("NCB") respectfully moves this Court for entry of an order pursuant to Local Rule 1.4, relieving Ronald S. Liebman as an attorney of record for NCB.

Washington, D.C.
Dated: October 22, 2007

Respectfully submitted:

/s/ Mitchell R. Berger

Mitchell R. Berger (MB-4112)
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037
Phone: 202-457-6000
Fax:    202-457-6315
*Attorney for Defendant*
*The National Commercial Bank*