UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| *In re Terrorist Attacks on September 11, 2001* | 03 MDL 1570 (GBD)<br>ECF Case |
|---|---|

*This document relates to:*
   *Ashton v. Al Qaeda Islamic Army, 02 CV 6977 (GBD)*
   *Burnett v. Al Baraka Inv. & Dev. Corp., 03 CV 9849 (GBD)*
   *Burnett v. Al Baraka Inv. & Dev. Corp., 03 CV 5738 (GBD)*
   *Federal Ins. Co. v. Al Qaida, 03 CV 6987 (GBD)*
   *Barrera v. Al Qaeda Islamic Army, 03 CV 7036 (GBD)*
   *Salvo v. Al Qaeda Islamic Army, 02 CV 5071 (GBD)*
   *Tremsky v. Osama Bin-Laden, 02 CV 7300 (GBD)*
   *Estate of John P. O'Neill, Sr. v. Al Baraka Inv. & Dev. Corp., 03 CV 1923 (GBD)*
   *Continental Cas. Co. v. Al Qaeda Islamic Army, 04 CV 5970 (GBD)*
   *Cantor Fitzgerald Assocs., LP. v. Akida Inv. Co., Ltd., 04 CV 7065 (GBD)*
   *New York Marine & Gen. Ins. Co. v. Al Qaida, 04 CV 6105 (GBD)*
   *Euro Brokers, Inc. v. Al Baraka Inv. & Dev. Corp., 04 CV 7279 (GBD)*
   *World Trade Center Properties, LLC v. Al Baraka Inv. & Dev. Corp., 04 CV 7280 (GBD)*
   *Bauer v. Al Qaeda Islamic Army, 02 CV 7236 (GBD)*
   *Keating v. Al Baraka Inv. & Dev. Corp., 03 CV 3859 (GBD)*

**DECLARATION IN SUPPORT OF MOTION FOR LEAVE
TO WITHDRAW AS ATTORNEY OF RECORD**

Mitchell R. Berger, an attorney at law duly admitted to practice before this Court, declares as follows, under the penalty of perjury.

1.   I am a member of the law firm of Patton Boggs LLP, 2550 M St., NW, Washington D.C. 20037, one of the attorneys of record for the National Commercial Bank ("NCB"), a defendant in the above-captioned actions.

2.   I am fully familiar with the facts and circumstances as set forth herein and make this Declaration in support of Patton Boggs LLP's application to relieve Ronald S. Liebman as one of the attorneys of record for NCB in the above-captioned actions.

3.   Ronald S. Liebman is no longer affiliated with Patton Boggs LLP.

4.   For the foregoing reasons, the undersigned respectfully requests that this Court grant Patton Boggs LLP leave to relieve Ronald S. Liebman as one of the attorneys of record for NCB in

the above-captioned actions.  A proposed Order is attached hereto for the Court's convenience.

     5.     My appearance as attorney of record for NCB remains unchanged.

     6.     I certify that all of the foregoing statements made by me are true, and I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

| | |
|---|---|
| Washington, D.C.<br>Dated: October 22, 2007 | Respectfully submitted:<br><br>/s/ Mitchell R. Berger<br><br>Mitchell R. Berger (MB-4112)<br>PATTON BOGGS LLP<br>2550 M Street, N.W.<br>Washington, D.C. 20037<br>Phone: 202-457-6000<br>Fax:     202-457-6315<br>*Attorney for Defendant*<br>*The National Commercial Bank* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2007, I caused an electronic copy of the foregoing NOTICE OF MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD, and annexed Declaration in support thereof, to be served electronically by the Court's Electronic Case Filing (ECF) System.

October 22, 2007

                                            /s/ Mitchell R. Berger
                                            Mitchell R. Berger