UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re Terrorist Attacks on September 11, 2001* | 03 MDL 1570 (GBD)<br>ECF Case |

*This document relates to:*
   *Ashton v. Al Qaeda Islamic Army*, 02 CV 6977 (GBD)
   *Burnett v. Al Baraka Inv. & Dev. Corp.*, 03 CV 9849 (GBD)
   *Burnett v. Al Baraka Inv. & Dev. Corp.*, 03 CV 5738 (GBD)
   *Federal Ins. Co. v. Al Qaida*, 03 CV 6987 (GBD)
   *Barrera v. Al Qaeda Islamic Army*, 03 CV 7036 (GBD)
   *Salvo v. Al Qaeda Islamic Army*, 02 CV 5071 (GBD)
   *Tremsky v. Osama Bin-Laden*, 02 CV 7300 (GBD)
   *Estate of John P. O'Neill, Sr. v. Al Baraka Inv. & Dev. Corp.*, 03 CV 1923 (GBD)
   *Continental Cas. Co. v. Al Qaeda Islamic Army*, 04 CV 5970 (GBD)
   *Cantor Fitzgerald Assocs., LP. v. Akida Inv. Co., Ltd.*, 04 CV 7065 (GBD)
   *New York Marine & Gen. Ins. Co. v. Al Qaida*, 04 CV 6105 (GBD)
   *Euro Brokers, Inc. v. Al Baraka Inv. & Dev. Corp.*, 04 CV 7279 (GBD)
   *World Trade Center Properties, LLC v. Al Baraka Inv. & Dev. Corp.*, 04 CV 7280 (GBD)
   *Bauer v. Al Qaeda Islamic Army*, 02 CV 7236 (GBD)
   *Keating v. Al Baraka Inv. & Dev. Corp.*, 03 CV 3859 (GBD)

## ORDER

This matter came before the Court on Motion by Patton Boggs LLP to relieve Ronald S. Liebman as one of the attorneys of record for the National Commercial Bank ("NCB"), a defendant in the above-captioned actions.

Good cause being shown, it is hereby ORDERED that Ronald S. Liebman is relieved as one of the attorneys of record for NCB in the above-captioned actions.

It is further ORDERED that appearance of Mitchell R. Berger for NCB in the above-captioned actions will remain unchanged.

Dated:

SO ORDERED:

_____
George B. Daniels
United States District Judge