UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
_____x

IN RE: TERRORIST ATTACKS ON                    03 MDL 1570  (RCC)
SEPTEMBER 11, 2001


_____x

THIS DOCUMENT RELATES TO:

*Fiona Havlish, et al. v. Bin-Laden, et al.*
03 CV 9848 (RCC)

## RULE 55(a) DEFAULT

It appearing that defendants, Central Bank of the Islamic Republic of Iran, National Iranian Petro Chemical Company, National Iranian Oil Company, National Iranian Tanker Company, Iran Air, National Iranian Gas Company, Iranian Ministry of Defense and Armed Forces Logistics, Iranian Ministry of Petroleum, Iranian Ministry of Economic Affairs and Finance, Iranian Ministry of Commerce, Iranian Ministry of Information and Security, The Islamic Republic of Iran, The Islamic Revolutionary Guard Corps, Hezbollah, Ali Akbar Hashemi Rafsanjani, and Ayatollah Ali Haseini-Khamenei have failed to plead or otherwise defend this action though duly served with Plaintiffs' Second Amended Complaint pursuant to 28 U.S.C. § 1608(a)(4) as of January 20, 2007 and an affidavit on behalf of plaintiffs having been filed (Docket Document No. 2033), it is this _____ day of _____, 2002 declared that Central Bank of the Islamic Republic of Iran, National Iranian Petro Chemical Company, National Iranian Oil Company, National Iranian Tanker Company, Iran Air, National Iranian Gas Company, Iranian Ministry of Defense and Armed Forces Logistics, Iranian Ministry of Petroleum, Iranian Ministry of Economic Affairs and Finance, Iranian

Ministry of Commerce, Iranian Ministry of Information and Security, The Islamic Republic of Iran, The Islamic Revolutionary Guard Corps, Hezbollah, Ali Akbar Hashemi Rafsanjani, and Ayatollah Ali Haseini-Khamenei, defendants herein are in default.

J. Michael McMahon, Clerk of Court

By:_____
        Deputy Clerk