UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE TERRORIST ATTACKS            Civil Action No. 03 MDL 1570 (GBD)
ON SEPTEMBER 11, 2001              ECF Case

_____/

## NOTICE OF CHANGE OF ADDRESS

Please take notice that the Lauro Law Firm and John F. Lauro, counsel for defendant, Faisal Islamic Bank (Sudan), has a new Florida office address:

> John F. Lauro
> Lauro Law Firm
> 101 E. Kennedy Blvd.
> Suite 3100
> Tampa, FL  33602

Dated: November 1, 2007
        New York, NY

Respectfully Submitted:

**LAURO LAW FIRM**

*/s/ John F. Lauro*
JOHN F. LAURO
101 E. Kennedy Blvd., Suite 3100
Tampa, FL  33602
T: (813) 222-8990
F: (813) 222-8991
1540 Broadway, Suite 1604
New York, NY  10036
T: (646) 746-8659
F: (212) 938-0858
E: jlauro@laurolawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Change of Address has been served upon MDL counsel via electronic notification this 1st day of November, 2007.

/s/ *John F. Lauro*
John F. Lauro, Esq.