UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Civil Action No. 03 MDL 1570 (GBD) ECF Case |

### NOTICE OF CHANGE OF ADDRESS

Please take notice that Viet D. Dinh, counsel for defendant Yousef Jameel, has a new office address:

> Viet D. Dinh
> Bancroft Associates PLLC
> 1919 M St., NW
> Suite 470
> Washington, DC 20036

Dated:  November 1, 2007
         New York, NY

Respectfully Submitted:

*/s/ Viet D. Dinh*

Viet D. Dinh
Bancroft Associates PLLC
1919 M St., NW
Suite 470
Washington, DC 20036
T: (202) 234-0090
F: (202) 234-2806
E: vdinh@bancroftassociates.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Change of Address has been served upon MDL counsel via electronic notification this 1st day of November, 2007.

_____
Viet D. Dinh, Esq.