UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC)<br>ECF Case |

*This document relates to:*

    *Kathleen Ashton  v. Al Qaeda Islamic Army*, Case No. 02-CV-6977 (GBD) (S.D.N.Y.)


**DEFENDANT SANABEL AL-KHEER'S NOTICE OF MOTION**


**PLEASE TAKE NOTICE** that, upon request by the Plaintiffs in the above-noted case, the attached Reply Memorandum of Points and Authorities in Support of Sanabel Al Kheer's Motion to Dismiss for Failure to State a Claim for which Relief Can Be Granted and for Lack of Subject Matter Jurisdiction is hereby re-filed with the following noted corrections:

    (a)  John Fawcett's title;  and

    (b)  Incorrect quote from Plaintiffs' Opposition removed from Page 10.

The attached Reply is intended to amend or replace docket entry 1906.


Dated: November 15, 2007

                                    Respectfully Submitted,

                                    _____/s/_____
                                    Martin F. McMahon, Esq., #M.M.4389
                                    MARTIN F. MCMAHON & ASSOCIATES
                                    1150 Connecticut Avenue NW, Suite 900
                                    Washington, DC 20036
                                    Phone:         202-862-4343
                                    Facsimile:    202-828-4130
                                    *Attorney for Defendant Sanabel Al-Kheer*

2

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true copy of the foregoing Notice was served via electronic case filing on this 15th day of November, 2007, upon the following:

Andrew J. Maloney III, Esq.
Kreindler & Kreindler
100 Park Avenue
New York, NY 10017-5590

                                              _____/s/_____
                                              Lisa D. Angelo, Esq.