# EXHIBIT A

## Office of Foreign Assets Control

**RECENT OFAC ACTIONS**

Full List | Previous | Next

*To view or print the PDF content on this page, download the free Adobe® Acrobat® Reader®.*

**11/15/2007**

The following entities have been added to OFAC's SDN list:

TAMILS REHABILITATION ORGANISATION (a.k.a. ORGANISATION DE REHABILITATION TAMOULE; a.k.a. ORGANISATION PRE LA REHABILITATION TAMIL; a.k.a. ORGANIZZAZIONE PER LA RIABILITAZIONE DEI TAMIL; a.k.a. ORT FRANCE; a.k.a. TAMIL REHABILITATION ORGANIZATION; a.k.a. TAMIL REHABILITERINGS ORGANISASJONEN; a.k.a. TAMILISCHE REHABILITATION ORGANISATION; a.k.a. TAMILS REHABILITATION ORGANIZATION; a.k.a. TAMILSK REHABILITERINGS ORGANISASJON; a.k.a. TRO; a.k.a. TRO DANMARK; a.k.a. TRO ITALIA; a.k.a. TRO NORGE; a.k.a. TRO SCHWEIZ; a.k.a. TSUNAMI RELIEF FUND -- COLOMBO, SRI LANKA; a.k.a. WHITE PIGEON; a.k.a. WHITEPIGEON), 2390 Eglington Avenue East, Suite 203A, Toronto, Ontario M1K 2P5, Canada; 26 Rue du Departement, Paris 75018, France; Via Dante 210, Palermo 90141, Italy; Address Unknown, Belgium; Langelinie 2A, St, TV 1079, Vejile 7100, Denmark; P.O. Box 82, Herning 7400, Denmark; P.O. Box 212, Vejile 7100, Denmark; Address Unknown, Finland; Postfach 2018, Emmenbrucke 6021, Switzerland; Tribschenstri, 51, Lucerne 6005, Switzerland; 8 Gemini - CRT, Wheelers Hill 3150, Australia; Box 4254, Knox City, VIC 3152, Australia; Voelklinger Str. 8, Wuppertal 42285, Germany; Gruttolaan 45, BM landgraaf 6373, Netherlands; M.G.R. Lemmens, str-09, BM Landgraff 6373, Netherlands; Warburgstr. 15, Wuppertal 42285, Germany; P.O. Box 4742, Sofienberg, Oslo 0506, Norway; Box 44, Tumba 147 21, Sweden; 356 Barkers Road, Hawthorn, Victoria 3122, Australia; P.O. Box 10267, Dominion Road, Aukland, New Zealand; 371 Dominion Road, Mt. Eden, Aukland, New Zealand; Address Unknown, Durban, South Africa; No. 6 Jalan 6/2, Petaling Jaya 46000, Malaysia; 517 Old Town Road, Cumberland, MD 21502; 1079 Garratt Lane, London SW17 0LN, United Kingdom; 410/112 Buller Street, Buddhaloga Mawatha, Colombo 7, Sri Lanka; Kandasamy Koviladi, Kandy Road (A9 Road), Kilinochchi, Sri Lanka; 254 Jaffna Road, Kilinochchi, Sri Lanka; Ananthapuram, Kilinochchi, Sri Lanka; 410/412 Bullers Road, Colombo 7, Sri Lanka; 75/4 Barnes Place, Colombo 7, Sri Lanka; No. 9 Main Street, Mannar, Sri Lanka; No. 69 Kalikovil Road, Kurumankadu, Vavuniya, Sri Lanka; 9/1 Saradha Street, Trincomalee, Sri Lanka; Arasaditivu Kokkadicholai, Batticaloa, Sri Lanka; Ragama Road, Akkaraipattu-07, Amparai, Sri Lanka; Paranthan Road, Kaiveli Puthukkudiyiruppu, Mullaitivu, Sri Lanka; Address Unknown, Vaharai, Sri Lanka; Registration ID 50706 (Sri Lanka); alt. Registration ID 6205 (Australia); alt. Registration ID 1107434 (United Kingdom); alt. Registration ID D4025482 (United States); alt. Registration ID 802401-0962 (Sweden); Tax ID No. 52-1943868 (United States) [SDGT]

The following deletions have been made to OFAC's SDN list:

AKIDA BANK PRIVATE LIMITED (a.k.a. AKIDA INVESTMENT CO. LTD.; a.k.a. AKIDA INVESTMENT COMPANY LIMITED), c/o Arthur D. Hanna & Company, 10 Deveaux Street, Nassau, Bahamas, The; P.O. Box N-4877, Nassau, Bahamas, The [SDGT]

AKIDA INVESTMENT CO. LTD. (f.k.a. AKIDA BANK PRIVATE LIMITED; a.k.a. AKIDA INVESTMENT COMPANY LIMITED), c/o Arthur D. Hanna & Company, 10 Deveaux Street, Nassau, Bahamas, The; P.O. Box N-4877, Nassau, Bahamas, The [SDGT]

AKIDA INVESTMENT COMPANY LIMITED (f.k.a. AKIDA BANK PRIVATE LIMITED; a.k.a. AKIDA INVESTMENT CO. LTD.), c/o Arthur D. Hanna & Company, 10 Deveaux Street, Nassau, Bahamas, The; P.O. Box N-4877, Nassau, Bahamas, The [SDGT]

AKIDA BANK PRIVATE LIMITED (f.k.a. AKIDA ISLAMIC BANK INTERNATIONAL LIMITED; f.k.a.

IKSIR INTERNATIONAL BANK LIMITED), c/o Arthur D. Hanna & Company; 10 Deveaux Street, Nassau, Bahamas, The; P.O. Box N-4877, Nassau, Bahamas, The [SDGT]

AKIDA ISLAMIC BANK INTERNATIONAL LIMITED (a.k.a. AKIDA BANK PRIVATE LIMITED; f.k.a. IKSIR INTERNATIONAL BANK LIMITED), c/o Arthur D. Hanna & Company; 10 Deveaux Street, Nassau, Bahamas, The; P.O. Box N-4877, Nassau, Bahamas, The [SDGT]

IKSIR INTERNATIONAL BANK LIMITED (a.k.a. AKIDA BANK PRIVATE LIMITED; f.k.a. AKIDA ISLAMIC BANK INTERNATIONAL LIMITED), c/o Arthur D. Hanna & Company; 10 Deveaux Street, Nassau, Bahamas, The; P.O. Box N-4877, Nassau, Bahamas, The [SDGT]

GULF CENTER S.R.L., Corso Sempione 69, 20149 Milan, Italy; Italian Fiscal Code 07341170152; V.A.T. Number IT 07341170152 [SDGT]

GULF OFFICE ASSOC. PER LO SVILUPPO COMM. IND. E TURIS. FRA GLI STATI ARABI DEL GOLFO E LA SVIZZERA (a.k.a. MIGA-MALAYSIAN SWISS, GULF AND AFRICAN CHAMBER), Via Maggio 21, 6900 Lugano TI, Switzerland [SDGT]

MIGA-MALAYSIAN SWISS, GULF AND AFRICAN CHAMBER (f.k.a. GULF OFFICE ASSOC. PER LO SVILUPPO COMM. IND. E TURIS. FRA GLI STATI ARABI DEL GOLFO E LA SVIZZERA), Via Maggio 21, 6900 Lugano TI, Switzerland [SDGT]

HOTEL NASCO (a.k.a. NASCO BUSINESS RESIDENCE CENTER SAS DI NASREDDIN AHMED IDRIS EC), Corso Sempione 69, 20149 Milan, Italy; Italian Fiscal Code 01406430155; V.A.T. Number IT 01406430155 [SDGT]

NASCO BUSINESS RESIDENCE CENTER SAS DI NASREDDIN AHMED IDRIS EC (n.k.a. HOTEL NASCO), Corso Sempione 69, 20149 Milan, Italy; Italian Fiscal Code 01406430155; V.A.T. Number IT 01406430155 [SDGT]

INDUSTRIE GENERALE DE FILATURE ET TISSAGE (a.k.a. INDUSTRIE GENERALE DE TEXTILE; a.k.a. NASCOTEX S.A.), KM 7 Route de Rabat, BP 285, Tangiers, Morocco; KM 7 Route de Rabat, Tangiers, Morocco [SDGT]

INDUSTRIE GENERALE DE TEXTILE (a.k.a. INDUSTRIE GENERALE DE FILATURE ET TISSAGE; a.k.a. NASCOTEX S.A.), KM 7 Route de Rabat, BP 285, Tangiers, Morocco; KM 7 Route de Rabat, Tangiers, Morocco [SDGT]

NASCOTEX S.A. (a.k.a. INDUSTRIE GENERALE DE FILATURE ET TISSAGE; a.k.a. INDUSTRIE GENERALE DE TEXTILE), KM 7 Route de Rabat, BP 285, Tangiers, Morocco; KM 7 Route de Rabat, Tangiers, Morocco [SDGT]

NASCO NASREDDIN HOLDING A.S., Zemin Kat, 219 Demirhane Caddesi, Zeytinburnu, Istanbul, Turkey [SDGT]

NASCOSERVICE S.R.L., Corso Sempione 69, 20149 Milan, Italy; Italian Fiscal Code 08557650150; V.A.T. Number IT 08557650150 [SDGT]

NASREDDIN COMPANY NASCO SAS DI AHMED IDRIS NASREDDIN EC, Corso Sempione 69, 20149 Milan, Italy; Italian Fiscal Code 03464040157; V.A.T. Number IT 03464040157 [SDGT]

NASREDDIN FOUNDATION (a.k.a. NASREDDIN STIFTUNG), c/o Rechta Treuhand-Anstalt, Vaduz, Liechtenstein [SDGT]

NASREDDIN STIFTUNG (a.k.a. NASREDDIN FOUNDATION), c/o Rechta Treuhand-Anstalt,

Vaduz, Liechtenstein [SDGT]

NASREDDIN GROUP INTERNATIONAL HOLDING LIMITED (a.k.a. NASREDDIN GROUP INTERNATIONAL HOLDINGS LIMITED), c/o Arthur D. Hanna & Company; 10 Deveaux Street, Nassau, Bahamas, The; P.O. Box N-4877, Nassau, Bahamas, The [SDGT]

NASREDDIN GROUP INTERNATIONAL HOLDINGS LIMITED (a.k.a. NASREDDIN GROUP INTERNATIONAL HOLDING LIMITED), c/o Arthur D. Hanna & Company; 10 Deveaux Street, Nassau, Bahamas, The; P.O. Box N-4877, Nassau, Bahamas, The [SDGT]

NASREDDIN INTERNATIONAL GROUP LIMITED HOLDING (a.k.a. NASREDDIN INTERNATIONAL GROUP LTD. HOLDING), c/o Rechta Treuhand-Anstalt, Vaduz, Liechtenstein; Corso Sempione 69, 20149, Milan, Italy [SDGT]

NASREDDIN INTERNATIONAL GROUP LTD. HOLDING (a.k.a. NASREDDIN INTERNATIONAL GROUP LIMITED HOLDING), c/o Rechta Treuhand-Anstalt, Vaduz, Liechtenstein; Corso Sempione 69, 20149, Milan, Italy [SDGT]

NASREDDIN, Ahmad I. (a.k.a. NASREDDIN, Ahmed Idris; a.k.a. NASREDDIN, Hadj Ahmed; a.k.a. NASREDDINE, Ahmed Idriss), Corso Sempione 69, 20149 Milan, Italy; 1 via delle Scuole, 6900 Lugano, Switzerland; Piazzale Biancamano, Milan, Italy; Rue de Cap Spartel, Tangiers, Morocco; DOB 22 Nov 1929; POB Adi Ugri, Ethiopia; Italian Fiscal Code NSRDRS29S22Z315Y (individual) [SDGT]

NASREDDIN, Ahmed Idris (a.k.a. NASREDDIN, Ahmad I.; a.k.a. NASREDDIN, Hadj Ahmed; a.k.a. NASREDDINE, Ahmed Idriss), Corso Sempione 69, 20149 Milan, Italy; 1 via delle Scuole, 6900 Lugano, Switzerland; Piazzale Biancamano, Milan, Italy; Rue de Cap Spartel, Tangiers, Morocco; DOB 22 Nov 1929; POB Adi Ugri, Ethiopia; Italian Fiscal Code NSRDRS29S22Z315Y (individual) [SDGT]

NASREDDIN, Hadj Ahmed (a.k.a. NASREDDIN, Ahmad I.; a.k.a. NASREDDIN, Ahmed Idris; a.k.a. NASREDDINE, Ahmed Idriss), Corso Sempione 69, 20149 Milan, Italy; 1 via delle Scuole, 6900 Lugano, Switzerland; Piazzale Biancamano, Milan, Italy; Rue de Cap Spartel, Tangiers, Morocco; DOB 22 Nov 1929; POB Adi Ugri, Ethiopia; Italian Fiscal Code NSRDRS29S22Z315Y (individual) [SDGT]

NASREDDINE, Ahmed Idriss (a.k.a. NASREDDIN, Ahmad I.; a.k.a. NASREDDIN, Ahmed Idris; a.k.a. NASREDDIN, Hadj Ahmed), Corso Sempione 69, 20149 Milan, Italy; 1 via delle Scuole, 6900 Lugano, Switzerland; Piazzale Biancamano, Milan, Italy; Rue de Cap Spartel, Tangiers, Morocco; DOB 22 Nov 1929; POB Adi Ugri, Ethiopia; Italian Fiscal Code NSRDRS29S22Z315Y (individual) [SDGT]