# EXHIBIT B

## Office of Foreign Assets Control

**RECENT OFAC ACTIONS**

Full List | Previous | Next

*To view or print the PDF content on this page, download the free Adobe® Acrobat® Reader®.*

05/06/2004

**The following have been added to OFAC's SDN list as Specially Designated Global Terrorists (without the a.k.a.s listed as separate entries in this Bulletin):**

AL FURQAN (a.k.a. ASSOCIATION FOR CITIZENS RIGHTS AND RESISTANCE TO LIES; a.k.a. ASSOCIATION FOR EDUCATION, CULTURAL, AND TO CREATE SOCIETY - SIRAT; a.k.a. ASSOCIATION FOR EDUCATION, CULTURE AND BUILDING SOCIETY - SIRAT; a.k.a. ASSOCIATION OF CITIZENS FOR THE SUPPORT OF TRUTH AND SUPPRESSION OF LIES; a.k.a. DZEM'IJJETUL FURQAN; a.k.a. DZEMIJETUL FURKAN; a.k.a. DZEMILIJATI FURKAN; a.k.a. IN SIRATEL; a.k.a. ISTIKAMET; a.k.a. SIRAT), Put Mladih Muslimana 30a, 71 000 Sarajevo, Bosnia-Herzegovina; ul. Strossmajerova 72, Zenica, Bosnia-Herzegovina; Muhameda Hadzijahica #42, Sarajevo, Bosnia-Herzegovina [SDGT]

AL-HARAMAIN & AL MASJED AL-AQSA CHARITY FOUNDATION : BOSNIA BRANCH (a.k.a. AL HARAMAIN AL MASJED AL AQSA; a.k.a. AL HARAMAYN AL MASJID AL AQSA; a.k.a. AL-HARAMAYN AND AL MASJID AL AQSA CHARITABLE FOUNDATION), Hasiba Brankovica No. 2A, Sarajevo, Bosnia-Herzegovina [SDGT]

TAIBAH INTERNATIONAL : BOSNIA BRANCH (a.k.a. AL TAIBAH, INTL.; a.k.a. TAIBAH INTERNATIONAL AID AGENCY; a.k.a. TAIBAH INTERNATIONAL AID ASSOCIATION; a.k.a. TAIBAH INTERNATIONAL AIDE ASSOCIATION), Avde Smajlovic 6, Sarajevo, Bosnia-Herzegovina; No. 26 Tahbanksa Ulica, Sarajevo, Bosnia-Herzegovina [SDGT]