**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TERRORIST ATTACK ON SEPTEMBER 11, 2001 | Civil Action No. 03 MDL 1570 (GBD) ECF Case |

This document relates to:

*Burnett v. Al Baraka Inv. & Dev. Corp.*, 03-CV-9849
*Euro Brokers, Inc. v. Al Baraka Inv. & Dev. Corp.*, 04-CV-7279
*World Trade Ctr. Prop., LLC v. Al Baraka Inv. & Dev. Corp.*, 04-CV-7280

**ABDUL HAMID ABU SULAYMAN'S**
**NOTICE OF UNOPPOSED MOTION TO DISMISS**

PLEASE TAKE NOTICE that on August 23, 2007, Abdul Hamid Abu Sulayman, pursuant to Federal Rule of Civil Procedure 12(b)(6), filed a motion to dismiss the claims asserted against him in *Burnett, et al. v. Al Baraka Investment & Development Corp., et al.*, Case No. 03-CV-9849 (RCC) ("*Burnett*"), *Euro Brokers, Inc. et al. v. Al Baraka Investment & Development Corp., et al.*, Case No. 04-CV-7279 ("*Euro Brokers*"), and *World Trade Center Properties LLC, et al, v. Al Baraka Investment & Development Corp., et al.*, Case No. 04-CV-7280 ("*WTC Properties*") on the grounds that allegations in the complaints failed to state a cognizable claim against him.

Plaintiffs' Opposition was due sixty days later, on October 22, 2007, although counsel for Mr. Abu Sulayman agreed to Plaintiffs' request for an extension of time to respond to the motion, until October 29, 2007.

Plaintiffs have not filed an opposition to Mr. Abu Sulayman's motion. Therefore, the Motion to Dismiss should be treated as conceded, and the claims against Mr. Abu Sulayman in *Burnett*, *Euro Brokers*, and *WTC Properties* should be dismissed with prejudice. *See, e.g. Qualis*

*Care, L.P. v. Hall*, No. 95 Civ. 4955 (BSJ), 1999 U.S. Lexis 13417 (S.D.N.Y. 1999) (treating

Plaintiffs motion as unopposed because defendant failed to submit a brief in opposition).


Dated:  December 18, 2007                    Respectfully submitted,


                                             DLA PIPER US LLP

                                             By: /s/ Nancy Luque_____
                                                 Nancy Luque
                                                 Steven K. Barentzen
                                                 500 8th Street, NW
                                                 Washington, DC  20004
                                                 Telephone: (202) 799-4520
                                                 Facsimile:  (202)  799-5520

                                             *Attorneys for Abdul Hamid Abu Sulayman*

## Certificate of Service

I hereby certify that on this 18th day of December, 2007, I caused an electronic copy of Abdul Hamid Abu Sulayman's Notice of Unopposed Motion to Dismiss to be served by the Court's electronic filing system upon all parties scheduled for electronic notice.

/s/  Steven K. Barentzen
Steven K. Barentzen (SB-8777)