UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

IN RE: TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

ORDER

03 MDL 1570 (GBD)

------------------------------------------------------------x

This document relates to:
    02 CV 6977 (GBD)
    03 CV 9849 (GBD)

In the context of limited jurisdictional discovery, the Burnett and Ashton plaintiffs object to two Orders issued by Magistrate Judge Frank Maas, dated September 18, 2007. One Order denied plaintiffs' request to postpone their response to defendant National Commercial Bank's ("NCB") contention interrogatories on jurisdiction. The second Order denied plaintiffs' request to depose two former consultants of NCB. Magistrate Judge Maas found that a response to the interrogatories is appropriate at this time, and that "it is clear that the proposed depositions . . . would be a fishing expedition."

The challenged discovery orders are neither contrary to law nor clearly erroneous. See, Fed.R.Civ.P. 72(a); 28 U.S.C. § 636(b)(1)(A). Plaintiffs' objections are overruled, and the Orders of Magistrate Judge Maas, dated September 18, 2007, are affirmed.

Dated: New York, New York
       December 20, 2007

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge