UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| IN RE: TERRORIST ATTACKS ON<br>SEPTEMBER 11, 2001 | ORDER<br>03 MDL 1570 (GBD) |

------------------------------------------------------------------x

This document relates to:
    02 CV 6977 (GBD)
    03 CV 9849 (GBD)

    The parties are presently engaged in limited discovery on the issue of this Court's personal jurisdiction over defendant Saudi Binladin Group ("SBG"), as authorized by the late Judge Richard C. Casey, to whom this multidistrict litigation had previously been assigned.[1]  The Burnett and Ashton plaintiffs object to, and seek vacatur of, that portion of Magistrate Judge Frank Maas' July 26, 2007 Order restricting the scope of discovery that SBG must produce with regard to a trust allegedly holding the sale proceeds of Osama Bin Laden's shares in SBG.

    Magistrate Judge Maas ordered that "any records which reflect a change in the structure or trustees of the trust or its beneficiaries should be turned over regardless of date," and any records of trust asset "transfers to Osama bin Laden" must be disclosed. (emphasis in original). Plaintiffs argue that, on the limited issue of jurisdiction, they are entitled to greater discovery of all documents relating to the trust and to SBG's relationship with that trust, because of their "relevance to plaintiffs' jurisdictional theories."  (Pls.' Objections at 10).

    The extensive discovery granted plaintiffs, by Magistrate Judge Maas, ordered disclosure of trust documents relevant to the sole and discreet issue of jurisdiction.  His Order was neither

---

[1] On January 18, 2005, Judge Casey denied, without prejudice, SBG's motion to dismiss finding that "limited jurisdictional discovery to investigate whether SBG purposefully directed its activities at the United States and its contacts with the United States" was appropriate.  In re Terrorist Attacks of Sept. 11, 2001, 349 F.Supp.2d 765, 836 (S.D.N.Y. 2005).

clearly erroneous nor contrary to law. See, Fed.R.Civ.P. 72(a); 28 U.S.C. § 636(b)(1)(A).

Plaintiffs' application to vacate Magistrate Judge Maas' July 26, 2007 Order is denied.

Dated: New York, New York
December 20, 2007

SO ORDERED:

*George B Daniels*
GEORGE B. DANIELS
United States District Judge