UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

IN RE: TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

ORDER

03 MDL 1570 (GBD)

------------------------------------------------------------------x

GEORGE B. DANIELS, District Judge:

    The parties disagree as to whether the scheduled January 15, 2008 status conference is necessary. The Court has been advised of a number of issues some of the parties seek to resolve at the conference. All issues to be addressed by the Court should be presented in the form of a filed and docketed letter application or motion. To determine the necessity and ensure the productively of such a conference, the scheduled January 18, 2008 conference will be postponed 60 days to March 18, 2008 at 10AM.

    Any letter applications or motions relevant to the conference shall be filed and docketed with the Court no later than January 15, 2008. Any opposition papers are to be filed and docketed with the Court no later than February 15, 2008. To the extent that any matter cannot be resolved prior to the scheduled conference, the Court will address it with the parties at the conference. If all outstanding issues are resolved prior to March 18th, or the parties agree that the March 18, 2008 conference is unnecessary, the regularly anticipated six-month conference will be scheduled for July 15, 2008. The parties and Court will otherwise continue to proceed with the previously ordered discovery and disposition of pending motions.

Dated: New York, New York
       December 27, 2007

SO ORDERED:

*George B Daniels*
GEORGE B. DANIELS
United States District Judge