UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

IN RE TERRORIST ATTACKS ON
SEPTEMBER 11, 2001                                          03 MDL 1570 (GBD)

------------------------------------------------------------------x

THOMAS E. BURNETT, SR., *ET AL*.                            Civ. Action No.
                                                            03 CV 9849 (GBD)
**Plaintiffs,**

-   **against**   -

AL BARAKA INVESTMENT & DEVELOPMENT
CORP., *ET AL.*,

                            **Defendants.**
------------------------------------------------------------------x

## PLAINTIFFS' REMOVAL OF PARTIES PURSUANT TO CASE MANAGEMENT ORDER NO. 2 AND FEDERAL RULE OF CIVIL PROCEDURE 15(d)

Pursuant to Case Management Order No. 2 and Federal Rule of Civil Procedure 15(d), the Defendants listed on Attachment A are hereby dismissed without prejudice from this civil action.

Dated:  January 15, 2008                    Respectfully submitted,

                                            __/S/_____
                                            Ronald L. Motley, Esq. (SC-4123)
                                            Jodi Westbrook Flowers, Esq. (SC-66300)
                                            Donald A. Migliori, Esq. (RI-4936; MA-567562; MN-0245951)
                                            Michael E. Elsner, Esq. (NY & VA-ME8337)
                                            Robert T. Haefele, Esq. (NJ-58293; PA-57937)
                                            Elizabeth Smith, Esq.
                                            Justin B. Kaplan, Esq. (TN-022145)
                                            MOTLEY RICE LLC
                                            28 Bridgeside Boulevard
                                            P.O. Box 1792
                                            Mount Pleasant, South Carolina 29465
                                            Telephone:  (843) 216-9000

                        Jayne Conroy, Esq. (NY-JC8611)
                        Paul J. Hanly, Jr., Esq. (NY-PH5486)
                        Andrea Bierstein, Esq. (NY-AB4618)
                        HANLY CONROY BIERSTEIN
                            & SHERIDAN, LLP
                        415 Madison Avenue
                        New York, NY 10017-1111
                        Telephone: (212) 401-7600