## Attachment A
### Withdrawn Defendants

**THE COMMITTEE FOR THE DEFENSE OF LEGITIMATE RIGHTS (CDLR)** (D136)

**ABDALRAHMAN ALARNAOT ABU ALJER,** a/k/a ABU OBED (D154)

**KHALID AL-FAWWAZ** (D159)

**YASSIR AL-SIRRI,** a/k/a AMMAR (D162)

**ISLAMIC INVESTMENT COMPANY OF THE GULF (BAHRAIN) EC** (D174)

**ALBERT FRIEDRICH ARMAND HUBER,** a/k/a AHMED HUBER (D178)

**SOCIETY OF ISLAMIC COOPERATION**, a/k/a JAM'YAH TA'AWUN AL-ISLAMIA (D188)

**AL-BARAKA BANCORP INC.** (D194)

**SADDAM HUSSEIN** (D216)

**QATAR CHARITABLE SOCIETY** (D227)

**MOHAMED BEN MOHAMED ABDELHEDI** (D228)

**KAMEL DARRAJI** (D229)

**IMED BEN BECHIR JAMMALI** (D230)

**HABIB BEN AHMED LOUBIRI** (D231)

**CHABAANE BEN MOHAMED TRABELSI** (D232)

**SWAR AL DHAHAB** (D233)

**ISLAMIC CALL ORGANIZATION** (D234)

**JAMAL AHMED AL FADL** (D236)

**GLOBAL JIHAD FUND** (D237)

**MOHAMMED AL MASSARI** (D238)

**SAAD BIN LADEN** (D239)

**AL MUHAJIROUN GROUP** (D240)

**SYRIA** (D241)

**AL AKHTAR TRUST INTERNATIONAL** (D242)

**MOHAMMED BIN RASHID AL MAKTOUM** (D243)

**HABIB BANK** (D244)

**MASHREQ BANK** (D245)

**KALIA FOREIGN EXCHANGE** (D246)

**GLAXY FOREIGN EXCHANGE,** A.K.A. GALAXY FOREIGN EXCHANGE (D247)

**GHAITH PHARAON** (D248)

**RAMZI AHMED YOUSEF** (D250)

**SAUDI HALLANDI BANK** (D251)

**NATIONAL BANK OF KUWAIT** (D252)

**STANDARD CHARTER BANK** (D253)

**AL JAZIRA BANK** (D254)

**VAKUFSKA BANKA** (D255)

**ABU BAKAR BASHIR** (D256)

**FAISAL FINANCE S.A.** (D257)

**ABDUL HAKIM MURAD** (D258)

**TAWFIQ BIN ATTASH,** A.K.A. KHALLAD (D259)

**SAUDI COMMISSION FOR RELIEF AND CHARITY WORK ABROAD** (D260)

**SAUDI JOINT RELIEF COMMITTEE** (D262)

**MUHAMMAD ALI HARRATH** (D266)

**MULLA OMAR** (D302)

**ABU MUHAMMAD AL-MAQDESI,** a/k/a ISSAM AL-BURQAWI (D303)

**THE ISLAMIC REPUBLIC OF IRAN** (D304)

**AYATOLLAH ALI HOSEINI-KHAMENEI** (D305)

**IRANIAN MINISTRY OF INFORMATION AND SECURITY** (D306)

**THE ISLAMIC REVOLUTIONARY GUARD CORPS** (D307)

**THE IRANIAN MINISTRY OF PETROLEUM** (D308)

**IRANIAN MINISTRY OF ECONOMIC AFFAIRS AND FINANCE** (D309)

**IRANIAN MINISTRY OF COMMERCE** (D310)

**IRANIAN MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS** (D311)