UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

IN RE TERRORIST ATTACKS ON
SEPTEMBER 11, 2001                                                03 MDL 1570 (GBD)

-------------------------------------------------------------------x

EURO BROKERS, INC., *ET AL.*                    Civ. Action No.
                                                04 CV 7279 (GBD)
**Plaintiffs,**

- **against** -

AL BARAKA INVESTMENT & DEVELOPMENT
CORP., *ET AL.*,

              **Defendants.**
-------------------------------------------------------------------x

**PLAINTIFFS' REMOVAL OF PARTIES PURSUANT TO CASE MANAGEMENT ORDER NO. 2 AND FEDERAL RULE OF CIVIL PROCEDURE 15(d)**

Pursuant to Case Management Order No. 2 and Federal Rule of Civil Procedure 15(d), the Defendants listed on Attachment A are hereby dismissed without prejudice from this civil action.

Dated: January 15, 2008                 Respectfully submitted,

                                        ___/S/_____
                                        Ronald L. Motley, Esq. (SC-4123)
                                        Jodi Westbrook Flowers, Esq. (SC-66300)
                                        Donald A. Migliori, Esq. (RI-4936; MA-567562; MN-0245951)
                                        Michael E. Elsner, Esq. (NY & VA-ME8337)
                                        Robert T. Haefele, Esq. (NJ-58293; PA-57937)
                                        Elizabeth Smith, Esq.
                                        Justin B. Kaplan, Esq. (TN-022145)
                                        MOTLEY RICE LLC
                                        28 Bridgeside Boulevard
                                        P.O. Box 1792
                                        Mount Pleasant, South Carolina 29465
                                        Telephone: (843) 216-9000

        Jayne Conroy, Esq. (NY-JC8611)
        Paul J. Hanly, Jr., Esq. (NY-PH5486)
        Andrea Bierstein, Esq. (NY-AB4618)
        HANLY CONROY BIERSTEIN
          & SHERIDAN, LLP
        415 Madison Avenue
        New York, NY 10017-1111
        Telephone:  (212) 401-7600