## Attachment A
### Withdrawn Defendants

**THE COMMITTEE FOR THE DEFENSE OF LEGITIMATE RIGHTS (CDLR)** (D136)

**ABDALRAHMAN ALARNAOT ABU ALJER,** a/k/a ABU OBED (D154)

**KHALID AL-FAWWAZ** (D159)

**YASSIR AL-SIRRI,** a/k/a AMMAR (D162)

**ISLAMIC INVESTMENT COMPANY OF THE GULF (BAHRAIN) EC** (D174)

**ALBERT FRIEDRICH ARMAND HUBER,** a/k/a AHMED HUBER (D178)

**SOCIETY OF ISLAMIC COOPERATION**, a/k/a JAM'YAH TA'AWUN AL-ISLAMIA (D188)

**AL-BARAKA BANCORP INC.** (D194)

**SADDAM HUSSEIN** (D216)

**QATAR CHARITABLE SOCIETY** (D227)