UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL 1570 (GBD) |

------------------------------------------------------------------x

| | |
|---|---|
| WORLD TRADE CENTER PROPERTIES, *ET AL.* | Civ. Action No. 04 CV 7280 (GBD) |

**Plaintiffs,**

-   **against**   -

AL BARAKA INVESTMENT & DEVELOPMENT CORP., *ET AL.*,

**Defendants.**

------------------------------------------------------------------x

**PLAINTIFFS' REMOVAL OF PARTIES PURSUANT TO CASE MANAGEMENT ORDER NO. 2 AND FEDERAL RULE OF CIVIL PROCEDURE 15(d)**

Pursuant to Case Management Order No. 2 and Federal Rule of Civil Procedure 15(d), the Defendants listed on Attachment A are hereby dismissed without prejudice from this civil action.

Dated:  January 15, 2008                                Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　__/S/_____
　　　　　　　　　　　　　　　　　　　　　　　Ronald L. Motley, Esq. (SC-4123)
　　　　　　　　　　　　　　　　　　　　　　　Jodi Westbrook Flowers, Esq. (SC-66300)
　　　　　　　　　　　　　　　　　　　　　　　Donald A. Migliori, Esq. (RI-4936; MA-567562; MN-0245951)
　　　　　　　　　　　　　　　　　　　　　　　Michael E. Elsner, Esq. (NY & VA-ME8337)
　　　　　　　　　　　　　　　　　　　　　　　Robert T. Haefele, Esq. (NJ-58293; PA-57937)
　　　　　　　　　　　　　　　　　　　　　　　Elizabeth Smith, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Justin B. Kaplan, Esq. (TN-022145)
　　　　　　　　　　　　　　　　　　　　　　　MOTLEY RICE LLC
　　　　　　　　　　　　　　　　　　　　　　　28 Bridgeside Boulevard
　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 1792
　　　　　　　　　　　　　　　　　　　　　　　Mount Pleasant, South Carolina 29465
　　　　　　　　　　　　　　　　　　　　　　　Telephone:  (843) 216-9000

Jayne Conroy, Esq. (NY-JC8611)
Paul J. Hanly, Jr., Esq. (NY-PH5486)
Andrea Bierstein, Esq. (NY-AB4618)
HANLY CONROY BIERSTEIN
   & SHERIDAN, LLP
415 Madison Avenue
New York, NY 10017-1111
Telephone:  (212) 401-7600