IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | ) ) ) MDL 03-1570 (RCC) |
| THIS DOCUMENT RELATES TO: FIONA HAVLISH, et al. v. BIN-LADEN, et al., | ) ) CIVIL ACTION NO.: ) CV-03-9848 (RCC) |

PLAINTIFFS' NOTICE OF WITHDRAWAL
OF MOTION FOR SUGGESTION OF REMAND

**COME NOW** the Havlish Plaintiffs and respectfully request this Honorable Court to withdraw, without prejudice, the previously filed Motion for Suggestion of Remand. Said Motion for Suggestion of Remand was filed with this Court on January 11, 2008.

RESPECTFULLY SUBMITTED,

/s/
_____

Thomas E. Mellon, Jr. (PA. Bar No. 16767)
John A. Corr (Pa. Bar No. 52820)
Stephen A. Corr (Pa. Bar No. 65266)
MELLON, WEBSTER & SHELLY
87 North Broad Street
Doylestown, PA 18901
Telephone: (215) 348-7700
*Admitted Pro Hac Vice*

R. Douglas Hailey (IN Bar No. 7375-49)
Mary Beth Ramey (IN Bar No. 5876-49)
RAMEY & HAILEY
3815 River Crossing Parkway
Suite 340
Indianapolis, Indiana 46240
Telephone: (317) 848-7939

Dennis G. Pantazis, Esquire
WIGGINS, CHILDS, QUINN &
PANTAZIS, LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0500

Timothy B. Fleming, Esquire
WIGGINS, CHILDS, QUINN &
PANTAZIS, PLLC
2031 Florida Avenue - Suite 300
Washington, DC 20009
Telephone: (202) 467-4123

J. D. Lee (N Bar No. 2030)
David C. Lee (TN Bar No. 015217)
LEE, LEE & LEE
422 South Gay Street
Knoxville, Tennessee
Telephone: (865) 544-0101

Evan J. Yegelwel, Esquire
TERRELL HOGAN ELLIS
   YEGELWEL, P.A.
233 East Bay Street
Blackstone Building, 8th Floor
Jacksonville, Florida 32202
Telephone: (904) 632-2424

Suzelle M. Smith (CA Bar No. 113992)
Don Howarth (CA Bar No. 53783)
HOWARTH & SMITH
523 W. 6th Street - Suite 728
Los Angeles, CA 90014-1223
Telephone: (213) 955-9400

Edward H. Rubenstone (Pa. Bar No. 16542)
LAMM, RUBENSTONE & DAVID, LLC
3600 Horizon Boulevard - Suite 200
Trevose, PA 19053
Telephone: (215) 638-9330

Donald J. Winder (Utah Bar No. 3519)
WINDER & HASLAM, P.C.
175 West 200 South - Suite 4000
Post Office Box 2668
Salt Lake City, UT 84110-2668
Telephone: (801) 322-2222

Richard D. Burbidge (Utah Bar No. 0492)
Stephen B. Mitchell (Utah Bar No. 2278)
Jefferson W. Gross (Utah Bar No. 8339)
BURBIDGE AND MITCHELL
139 East South Temple - Suite 2001
Salt Lake City, UT 84111
Telephone: (801) 355-6677

**Attorneys for Plaintiffs**