UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

IN RE: TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

------------------------------------------------------------x

This document relates to:
   03 CV 9849 (GBD)(FM)
   02 CV 6977 (GBD)(FM)

------------------------------------------------------------x

ORDER
03 MDL 1570 (GBD)

GEORGE B. DANIELS, District Judge:

The discovery dispute between the <u>Burnett</u> and <u>Ashton</u> plaintiffs and defendant Saudi Binladin Group, outlined in plaintiffs' letter to this Court dated December 28, 2007, is referred to Magistrate Judge Frank Maas for his resolution.

Dated: New York, New York
       March 14, 2008

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge