USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 14 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

IN RE: TERRORIST ATTACKS ON	ORDER
SEPTEMBER 11, 2001	03 MDL 1570 (GBD)
------------------------------------------------------------x

GEORGE B. DANIELS, District Judge:

    This Order addresses the four (4) matters discussed in the Plaintiffs' Executive Committees' March 13, 2008 letter to this Court.

    1. Impediments to Discovery
    All discovery disputes should be submitted to the Court by written application, describing specifically the nature of the dispute and the relief requested.

    2. Defendants' Contention Discovery
    Any current dispute between the parties regarding the timing of contention discovery should be presented to the magistrate judge for his resolution.

    3. Decisions Applicable in Fewer Than All Cases
    Any party, plaintiff or defendant, seeking to extend any prior ruling in one case to other cases, should specify the cases and claims at issue and the grounds urged in support of the prior ruling's applicability.

    4. Status of Motions to Dismiss
    All previously filed motions to dismiss are being reviewed and decided on an issue-by-issue basis. All subject matter jurisdiction motions to dismiss on the grounds of sovereign immunity are currently under consideration. A decision on that issue will be followed by decisions on all personal jurisdiction motions to dismiss, and motions to dismiss for failure to state a cause of action.

    The March 18th conference is cancelled and the case is adjourned to the previously scheduled conference date of July 15, 2008 at 10AM.

Dated: New York, New York
       March 14, 2008

                                          SO ORDERED:

                                          _____
                                          GEORGE B. DANIELS
                                          United States District Judge