UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

In Re:                                             :

    TERRORIST ATTACKS ON          :
    SEPTEMBER 11, 2001

                                 **ORDER**

                                 03 MDL 1570 (GBD)(FM)

                                                   :

----------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

      It is hereby ORDERED that a discovery conference in this matter shall be held on April 11, 2008, at 2:00 p.m., in Courtroom 20A, 500 Pearl Street, New York, New York. The conference shall relate exclusively to the discovery disputes that Judge Daniels referred to me in his Orders dated March 14, 2008.

      SO ORDERED.

Dated:    New York, New York
            March 18, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/08

_____
FRANK MAAS
United States Magistrate Judge

Copies:

Honorable George B. Daniels
United States District Judge

Andrew J. Maloney, III, Esq.
Kreindler & Kreindler
Fax: (212) 972-9432

Robert T. Haefele, Esq.
Motley Rice
Fax: (843) 216-9450

Sean P. Carter, Esq.
Cozen O'Connor
Fax: (215) 665-2013

James E. Gauch, Esq.
Jones Day
Fax: (202) 626-1700

Martin F. McMahon, Esq.
Martin F. McMahon & Associates
Fax: (202) 828-4130