USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/08

# MARTIN F. MCMAHON & ASSOCIATES

1150 CONNECTICUT AVENUE, N.W.
SUITE 900
WASHINGTON, D.C. 20036

Established 1978

TELEPHONE (202) 862-4343
FACSIMILE (202) 828-4130

www.martinmcmahonlaw.com

**MARTIN F. MCMAHON**
Managing Partner
Admitted in District of Columbia, New York
and U.S. District Court of Maryland

**CHRISTINE M. HILGEMAN**
Associate
Admitted in Virginia

**JAMES LUDWIG**
Of Counsel
Admitted in District of Columbia

**JASON A. DZUBOW**
Of Counsel
Admitted in District of Columbia and Maryland

**CHRISTOPHER D. BROWN**
Of Counsel
Admitted in District of Columbia and Maryland

**ROBERT MANCE**
Of Counsel
Admitted in District of Columbia and Maryland

**MEMO ENDORSED**

*Mr. Carter's 4/7/08 letter outlines the issues so I look forward to Mr. McMahon's attendance. The conference has been moved up to 11 a.m.*

*Tulam, USMJ, 4/7/08*

April 3, 2008

**RECEIVED APR 04 2008 FRANK MAAS U.S. MAGISTRATE JUDGE**

SENT VIA FEDERAL EXPRESS

The Honorable Frank Maas
United States Magistrate Judge
United States Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 740
New York, NY 10007-1312

### Re: In re Terrorist Attacks on September 11, 2001, MDL 03-1570 (GBD) (FM)

Dear Judge Maas;

This letter is to notify the Court that upon review of your March 19, 2008 Order scheduling a Discovery Conference on April 11, 2008, and upon review of the discovery disputes referred to your Court per Judge Daniels' Orders dated March 14, 2008, it appears that none of our firm's clients (Defendants International Islamic Relief Organization of Saudi Arabia, Muslim World League, Sanabel Al-Kheer and/or other Sanabel/Sana-Bell entities, Rabita Trust, Wael Jelaidan, Dallah Avco, Tadamon Bank, Al Shamal Bank, Al Aqsa) have any discovery disputes pending before the Court at this time. Thus, we respectfully request that the presence of our firm be waived at the April 11, 2008 Discovery Conference since our clients are not involved in any active dispute.

When we contacted your chambers on March 21, 2008, we were informed that our presence at the hearing was requested by the Plaintiffs. We were not informed, however, of the reason that the Plaintiffs requested our appearance, and we remain unclear as to our role in the hearing. While we maintain that our presence at the hearing is not necessary since there are no discovery disputes involving our clients presently before this Court, if it is not possible to excuse

our firm from the hearing, please advise us as to the issues which we will be expected to address. We sincerely appreciate your assistance in this matter.

Very Truly Yours,

Martin F. McMahon, Esq.

CC: Plaintiffs' Executive Committee, Defendants' Executive Committee