USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/15/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

In Re:                                              :

    TERRORIST ATTACKS ON         :
    SEPTEMBER 11, 2001

                                         :

----------------------------------------------------------x

**ORDER**

03 MDL 1570 (GBD)(FM)

**FRANK MAAS**, United States Magistrate Judge.

        Pursuant to a discovery conference held on April 11, 2008, it is hereby ORDERED that unless and until the Court orders otherwise, the plaintiffs need not update their responses or respond further to requests for the production of documents and interrogatories previously served by defendants Muslim World League, International Islamic Relief Organization, and Wa'el Jelaidan.

        SO ORDERED.

Dated:    New York, New York
             April 14, 2008

                                                  FRANK MAAS
                                      United States Magistrate Judge

Copies:

Honorable George B. Daniels
United States District Judge

Sean P. Carter, Esq.
Cozen O'Connor
Fax: (215) 665-2013

Martin F. McMahon, Esq.
Martin F. McMahon & Associates
Fax: (202) 828-4130