UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                            )
IN RE: TERRORIST ATTACKS ON                 ) Civil Action No. 03 MDL 1570 (GBD)
SEPTEMBER 11, 2001                          )
                                            )
_____)

This document relates to: All Actions


## MOTION TO WITHDRAW
## MICHAEL J. GUZMAN AS ATTORNEY OF RECORD

PLEASE TAKE NOTICE that the undersigned moves this Court pursuant to Local Rule 1.4 to allow Michael J. Guzman to withdraw as counsel of record for Defendant HRH Prince Turki Al Faisal Bin Abdulaziz Al Saud ("Prince Turki") in the above-referenced action due to his departure from the law firm of Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.. On March 10, 2004, Mr. Guzman's Motion to Appear Pro Hac Vice was granted. I respectfully request that Michael Guzman be removed from the Docket as counsel for Prince Turki. All other counsel listed in the record of the law firm of Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., will continue to represent Prince Turki in this matter.

        Respectfully submitted,

      /s/ Michael K. Kellogg
       Michael K. Kellogg
       KELLOGG, HUBER, HANSEN, TODD,
         EVANS & FIGEL, P.L.L.C.
       1615 M Street, N.W.,
       Suite 400
       Washington, DC  20036
       202-326-7900 (phone)
       202-326-7999 (fax)

       *Counsel for HRH Prince Turki Al Faisal Bin Abdulaziz Al Saud*

April 18, 2008

## CERTIFICATE OF SERVICE

I hereby certify that, on April 18, 2008, I caused an electronic copy of the foregoing Motion to Withdraw Michael J. Guzman as Attorney of Record to be served electronically by the Court's Electronic Case Filing (ECF) System.

/s/ Michael K. Kellogg
Michael K. Kellogg

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE:  TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | ) ) ) ) ) ) Civil Action No. 03 MDL 1570 (GBD) |

This document relates to:  All Actions

## PROPOSED ORDER TO WITHDRAW
## MICHAEL J. GUZMAN AS ATTORNEY OF RECORD

Before the Court is the Motion to Withdraw Michael J. Guzman as Attorney of Record as counsel for Defendant Prince Turki Al Faisal Bin Abdulaziz Al Saud filed April 18, 2008.

It is **ORDERED** that Michael J. Guzman be withdrawn as counsel for Defendant Prince Turki Al Faisal Bin Abdulaziz Al Saud in the above-referenced action.

Signed this _____ day of _____ 2008

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE