**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____x

In re Terrorist Attacks on September 11, 2001        **MDL 1570**

_____x

*This filing applies to the Estate of John P.*
*O'Neill, Sr., et al. v. The Republic of Iraq,*
*et al. - 04-CV-0176 (GBD)*

_____ x
                                                                                    :
THE ESTATE OF JOHN PATRICK O'NEILL, SR.,:
ON BEHALF OF JOHN PATRICK O'NEILL, SR., :
DECEASED AND ON BEHALF OF                         :
DECEDENT'S HEIRS-AT-LAW, *et al.*,                :
                       Plaintiffs              :        **CASE NO.:  04-CV-1076 (GBD)**
                                                                                    :
            v.                                           :
                                                                                    :
THE REPUBLIC OF IRAQ, *et al.*,                          :
                       Defendants           :
_____ x


**CHANGE ADDRESS OF APPEARANCE**

To:    The Clerk
          United States District Court
          Southern District of New York
          500 Pearl Street,
          New York, New York 10007-1312

Please take notice that **effective May 1, 200**8 we are relocating our offices and firm affiliation:

        Old Address-        Jerry S. Goldman, Esquire
                                  Law Offices of Jerry S. Goldman & Associates, P.C.
                                  111 Broadway, Suite 1305
                                  New York, NY 10006
                                  Phone:  212-242-2232
                                  Fax:  212-346-4665

        New Address-       Jerry S. Goldman, Esquire

Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
Phone:  212-278-1000
Fax:  212-278-1733
Jgoldman@andersonkill.com


Dated:  April 25, 2008

LAW OFFICES OF JERRY S. GOLDMAN
& ASSOCIATES, P.C.


By: _____
JERRY S. GOLDMAN, ESQUIRE (JG8445)
Attorney for Plaintiffs

X:\Clients\ONeill v. Saudi arabia\DocumentsCOA_4.08_Iraq

## CERTIFICATE OF SERVICE

The Undersigned hereby certifies that a true and correct copy of the foregoing Change Address of Appearance has been served upon all counsel via the Court's electronic filing system on the 25th day of April, 2008.

Dated: New York, NY
      April 25, 2008

                LAW OFFICES OF JERRY S. GOLDMAN
                    & ASSOCIATES, P.C.

By: _____
     JERRY S. GOLDMAN, ESQUIRE
     Attorney for Plaintiffs
     111 Broadway, Suite 1305
     New York, NY 10006
     Telephone (212) 242-2232
     Facsimile (212) 346-4665

X:\Clients\ONeill v. Saudi arabia\DocumentsCOA_4.08_Iraq