IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――x

In re Terrorist Attacks on September 11, 2001        MDL 1570

―――――――――――――――――――――――x

*This filing applies to the Estate of John P.
O'Neill, Sr., et al. v. Kingdom of Saudi Arabia,
et al. - 04-CV-01922 (GBD)*

―――――――――――――――――――――  x
                                                       :
THE ESTATE OF JOHN PATRICK O'NEILL, SR.,:
ON BEHALF OF JOHN PATRICK O'NEILL, SR., :
DECEASED AND ON BEHALF OF               :
DECEDENT'S HEIRS-AT-LAW, *et al.*,      :
                    Plaintiffs           :    **CASE NO.:  04-CV-01922 (GBD)**
                                         :
              v.                         :
                                         :
KINGDOM OF SAUDI ARABIA, *et al.*        :
                    Defendants           :
―――――――――――――――――――――  x

## **CHANGE ADDRESS OF APPEARANCE**

To:    The Clerk
       United States District Court
       Southern District of New York
       500 Pearl Street,
       New York, New York 10007-1312

Please take notice that **effective May 1, 200**8 we are relocating our offices and firm affiliation:

       Old Address-     Jerry S. Goldman, Esquire
                        Law Offices of Jerry S. Goldman & Associates, P.C.
                        111 Broadway, Suite 1305
                        New York, NY 10006
                        Phone:  212-242-2232
                        Fax:  212-346-4665

       New Address-     Jerry S. Goldman, Esquire

                      Anderson Kill & Olick, P.C.
                      1251 Avenue of the Americas
                      New York, NY 10020
                      Phone:  212-278-1000
                      Fax:  212-278-1733
                      Jgoldman@andersonkill.com

Dated:  April 25, 2008

                      LAW OFFICES OF JERRY S. GOLDMAN
                            &  ASSOCIATES, P.C.


                      By: _____
                          JERRY S. GOLDMAN, ESQUIRE (JG8445)
                              Attorney for Plaintiffs

X:\Clients\ONeill v. Saudi arabia\DocumentsCOA_4.08_KSA

## CERTIFICATE OF SERVICE

The Undersigned hereby certifies that a true and correct copy of the foregoing Change Address of Appearance has been served upon all counsel via the Court's electronic filing system on the 25th day of April, 2008.

Dated: New York, NY
April 25, 2008

                          LAW OFFICES OF JERRY S. GOLDMAN
                                & ASSOCIATES, P.C.

                        By: _____
                             JERRY S. GOLDMAN, ESQUIRE
                             Attorney for Plaintiffs
                             111 Broadway, Suite 1305
                             New York, NY 10006
                             Telephone (212) 242-2232
                             Facsimile (212) 346-4665