## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

_____x

In re Terrorist Attacks on September 11, 2001     **MDL 1570**

_____x

*This filing applies to the Estate of John P. O'Neill, Sr., et al. v. Al Baraka Investment and Development Corporation, et al. - 04-CV-01923 (GBD)*

_____
                                                                          :
THE ESTATE OF JOHN PATRICK O'NEILL, SR.,:
ON BEHALF OF JOHN PATRICK O'NEILL, SR., :
DECEASED AND ON BEHALF OF                          :
DECEDENT'S HEIRS-AT-LAW, *et al.,*                  :
                                    Plaintiffs          :     **CASE NO.:  04-CV-01923 (GBD)**
                                                                          :
                          v.                                         :
                                                                          :
AL BARAKA INVESTMENT AND                          :
DEVELOPMENT CORPORATE, *et al.*              :
                                    Defendants       :
_____  :


### CHANGE ADDRESS OF APPEARANCE

To:   The Clerk
        United States District Court
        Southern District of New York
        500 Pearl Street,
        New York, New York 10007-1312

Please take notice that **effective May 1, 200**8 we are relocating our offices and firm affiliation:

        Old Address-        Jerry S. Goldman, Esquire
                                    Law Offices of Jerry S. Goldman & Associates, P.C.
                                    111 Broadway, Suite 1305
                                    New York, NY 10006
                                    Phone:  212-242-2232
                                    Fax:  212-346-4665

        New Address-       Jerry S. Goldman, Esquire

                    Anderson Kill & Olick, P.C.
                    1251 Avenue of the Americas
                    New York, NY 10020
                    Phone:  212-278-1000
                    Fax:  212-278-1733
                    Jgoldman@andersonkill.com


Dated:  April 25, 2008

                    LAW OFFICES OF JERRY S. GOLDMAN
                        & ASSOCIATES, P.C.


                    By: _____
                        JERRY S. GOLDMAN, ESQUIRE (JG8445)
                          Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

The Undersigned hereby certifies that a true and correct copy of the foregoing Change Address of Appearance has been served upon all counsel via the Court's electronic filing system on the 25th day of April, 2008.

Dated: New York, NY
      April 25, 2008

                                      LAW OFFICES OF JERRY S. GOLDMAN
                                           & ASSOCIATES, P.C.

                                  By: _____
                                       JERRY S. GOLDMAN, ESQUIRE
                                       Attorney for Plaintiffs
                                       111 Broadway, Suite 1305
                                       New York, NY 10006
                                       Telephone (212) 242-2232
                                       Facsimile (212) 346-4665