IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____x

In re Terrorist Attacks on September 11, 2001        MDL 1570
_____x

*This filing applies to the Estate of John P.
O'Neill, Sr., et al. v. The Republic of Iraq,
et al. - 04-CV-0176 (GBD)*

_____ x
                                             :
THE ESTATE OF JOHN PATRICK O'NEILL, SR.,:
ON BEHALF OF JOHN PATRICK O'NEILL, SR., :
DECEASED AND ON BEHALF OF               :
DECEDENT'S HEIRS-AT-LAW, *et al.*,      :
                         Plaintiffs     :       **CASE NO.:  04-CV-1076 (GBD)**
                                        :
            v.                          :
                                        :
THE REPUBLIC OF IRAQ, *et al.*,         :
                         Defendants     :
_____x


**CHANGE ADDRESS OF APPEARANCE**

To:   The Clerk
      United States District Court
      Southern District of New York
      500 Pearl Street,
      New York, New York 10007-1312


Please take notice that **effective May 1, 200**8 we are relocating our offices and firm affiliation:

    Old Address-      Jerry S. Goldman, Esquire
                      Law Offices of Jerry S. Goldman & Associates, P.C.
                      111 Broadway, Suite 1305
                      New York, NY 10006
                      Phone:  212-242-2232
                      Fax:  212-346-4665

    New Address-      Jerry S. Goldman, Esquire

Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
Phone:  212-278-1000
Fax:  212-278-1733
Jgoldman@andersonkill.com


Dated:  April 25, 2008

                LAW OFFICES OF JERRY S. GOLDMAN
                      & ASSOCIATES, P.C.


By:  /S/_____
      JERRY S. GOLDMAN, ESQUIRE (JG8445)
        Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

The Undersigned hereby certifies that a true and correct copy of the foregoing Change Address of Appearance has been served upon all counsel via the Court's electronic filing system on the 25th day of April, 2008.

Dated: New York, NY
      April 25, 2008

                  LAW OFFICES OF JERRY S. GOLDMAN
                      & ASSOCIATES, P.C.

                  By: __/S/_____
                      JERRY S. GOLDMAN, ESQUIRE
                      Attorney for Plaintiffs
                      111 Broadway, Suite 1305
                      New York, NY 10006
                      Telephone (212) 242-2232
                      Facsimile (212) 346-4665