# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

――――――――――――――――――――――――――――x

In re Terrorist Attacks on September 11, 2001           **MDL 1570**

――――――――――――――――――――――――――――x

*This filing applies to the Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al. - 04-CV-01922 (GBD)*

――――――――――――――――――――――――――――x
:
THE ESTATE OF JOHN PATRICK O'NEILL, SR.,:
ON BEHALF OF JOHN PATRICK O'NEILL, SR., :
DECEASED AND ON BEHALF OF          :
DECEDENT'S HEIRS-AT-LAW, *et al.*,      :
               Plaintiffs        :           **CASE NO.:  04-CV-01922 (GBD)**
:
         v.              :
:
KINGDOM OF SAUDI ARABIA, *et al.*           :
               Defendants       :

――――――――――――――――――――――――――――x


## **CHANGE ADDRESS OF APPEARANCE**

To:    The Clerk
        United States District Court
        Southern District of New York
        500 Pearl Street,
        New York, New York 10007-1312

Please take notice that **effective May 1, 200**8 we are relocating our offices and firm affiliation:

      Old Address-      Jerry S. Goldman, Esquire
                             Law Offices of Jerry S. Goldman & Associates, P.C.
                             111 Broadway, Suite 1305
                             New York, NY 10006
                             Phone:  212-242-2232
                             Fax:  212-346-4665

      New Address-     Jerry S. Goldman, Esquire

Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
Phone:  212-278-1000
Fax:  212-278-1733
Jgoldman@andersonkill.com

Dated:  April 25, 2008

                LAW OFFICES OF JERRY S. GOLDMAN
                    &ASSOCIATES, P.C.


By: _____/S/_____
      JERRY S. GOLDMAN, ESQUIRE (JG8445)
          Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

The Undersigned hereby certifies that a true and correct copy of the foregoing Change Address of Appearance has been served upon all counsel via the Court's electronic filing system on the 25th day of April, 2008.

Dated: New York, NY
      April 25, 2008

                                    LAW OFFICES OF JERRY S. GOLDMAN
                                            & ASSOCIATES, P.C.

                                    By: __/S/_____
                                         JERRY S. GOLDMAN, ESQUIRE
                                         Attorney for Plaintiffs
                                         111 Broadway, Suite 1305
                                         New York, NY 10006
                                         Telephone (212) 242-2232
                                         Facsimile (212) 346-4665

X:\Clients\ONeill v. Saudi arabia\DocumentsCOA_4.08_KSA