## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

_____x

In re Terrorist Attacks on September 11, 2001        **MDL 1570**

_____x

*This filing applies to the Estate of John P. O'Neill, Sr., et al. v. Al Baraka Investment and Development Corporation, et al. - 04-CV-01923 (GBD)*

_____
:
THE ESTATE OF JOHN PATRICK O'NEILL, SR.,:
ON BEHALF OF JOHN PATRICK O'NEILL, SR., :
DECEASED AND ON BEHALF OF                         :
DECEDENT'S HEIRS-AT-LAW, *et al.*,                :
               Plaintiffs          :        **CASE NO.: 04-CV-01923 (GBD)**
:
         v.                          :
:
AL BARAKA INVESTMENT AND                      :
DEVELOPMENT CORPORATE, *et al.*               :
               Defendants          :
_____ :

## CHANGE ADDRESS OF APPEARANCE

To:   The Clerk
       United States District Court
       Southern District of New York
       500 Pearl Street,
       New York, New York 10007-1312

Please take notice that **effective May 1, 200**8 we are relocating our offices and firm affiliation:

    Old Address-    Jerry S. Goldman, Esquire
                          Law Offices of Jerry S. Goldman & Associates, P.C.
                          111 Broadway, Suite 1305
                          New York, NY 10006
                          Phone: 212-242-2232
                          Fax: 212-346-4665

    New Address-    Jerry S. Goldman, Esquire

Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
Phone:  212-278-1000
Fax:  212-278-1733
Jgoldman@andersonkill.com


Dated:  April 25, 2008

              LAW OFFICES OF JERRY S. GOLDMAN
                     & ASSOCIATES, P.C.



By:  ___/S/_____
       JERRY S. GOLDMAN, ESQUIRE (JG8445)
          Attorney for Plaintiffs

X:\Clients\ONeill v. Saudi arabia\DocumentsCOA_4.08_Al Baraka

## CERTIFICATE OF SERVICE

The Undersigned hereby certifies that a true and correct copy of the foregoing Change Address of Appearance has been served upon all counsel via the Court's electronic filing system on the 25th day of April, 2008.

Dated: New York, NY
      April 25, 2008

                LAW OFFICES OF JERRY S. GOLDMAN
                    & ASSOCIATES, P.C.

By: _____/S/_____
      JERRY S. GOLDMAN, ESQUIRE
      Attorney for Plaintiffs
      111 Broadway, Suite 1305
      New York, NY 10006
      Telephone (212) 242-2232
      Facsimile (212) 346-4665