UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001. | CASE NO. 03-MDL-1570<br><br>NOTICE OF MOTION TO WITHDRAW AS CO-LEAD COUNSEL |

This document relates to:

*New York Marine and General Insurance Co. v. Al Qaida, et al.*, Civil Action No. 1:04-CV-06105-RCC

*Federal Insurance, et al. v. Al Qaida, et al.*, Civil Action No. 1:03-CV-06978-RCC

*O'Neill v. The Republic of Iraq*, Civil Action No. 04-CV-01076-RCC

**PLEASE TAKE NOTICE** that upon the annexed Affirmation Of Marc D. Powers, dated May 9, 2008, the undersigned will move this Court, before the Honorable George B. Daniels, at the United States Courthouse for the Southern District of New York, Courtroom 630, 500 Pearl Street, New York, New York 10007, pursuant to Local Rule 1.4, on May 9, 2008, for an Order permitting Baker & Hostetler LLP to withdraw as co-lead counsel of record for Defendant Republic of Iraq in the above-referenced action.

Dated: New York, New York
May 9, 2008

Respectfully submitted,
BAKER & HOSTETLER LLP

By: _____
Marc D. Powers (MDP-1528)
45 Rockefeller Plaza, 11th Floor
New York, NY 10103
(212) 589-4216
(212) 589-4201 (Facsimile)
mpowers@bakerlaw.com