UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001. | CASE NO. 03-MDL-1570<br><br>PROPOSED ORDER TO WITHDRAW MARC D. POWERS AS CO-LEAD COUNSEL |

This document relates to:

*New York Marine and General Insurance Co. v. Al Qaida, et al.*, Civil Action No. 1:04-CV-06105-RCC

*Federal Insurance, et al. v. Al Qaida, et al.*, Civil Action No. 1:03-CV-06978-RCC

*O'Neill v. The Republic of Iraq*, Civil Action No. 04-CV-01076-RCC

Before this Court is the Motion to Withdraw Marc D. Powers, of Baker & Hostetler LLP, As Co-Lead Counsel for Defendant Republic of Iraq, filed May 9, 2008, and with no opposition.

It is hereby **ORDERED** that Baker & Hostetler, LLP, through Marc D. Powers, is hereby permitted to be withdrawn as counsel for Defendant Republic of Iraq in the above-referenced action.

Signed this ___ day of May, 2008

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE