## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of May 2008, a copy of the foregoing **Notice of Motion to Withdraw as Co-Lead Counsel, Affirmation to Withdraw as Co-Lead Counsel by Marc D. Powers and Proposed Order to Withdraw Marc D. Powers as Co-Lead Counsel were served electronically via the Court's Electronic Case Filing (ECF) system.** Hard Copies of these documents were sent by U.S. First Class mail to the following counsel not listed on the court's ECF system.:

John N. Scholnick
Neal, Gerber & Eisenberg
2 North LaSalle Street
Chicago, Il 60602

Stephanie Wall Fell, Esq.
Marriott Casagrande Callahan Blair & Greer, P.C
2405 State Highway 71, P.O. Box 200
Spring Lake Heights, NJ 07762

Elliot R. Feldman, Esq.
Cozen & O'Connor
The Atrium-Third Floor
1900 Market Street
Philadelphia, PA 19103

John Brian Galligan, Esq.
Cozen O'Connor
45 Broadway
New York, NY 10006

Mara Beth Zusman, Esq.
Akin, Gump, Strauss, Hauer & Feld, LLP (DC)
Robert S. Strauss Bldg, 1333 New Hampshire Ave. NW
Washington, DC 20036

Robert J.. Brown, Esq.
Brown, Gavalas & Fromm, L.L.P.
355 Lexington Avenue
9th Floor
New York, NY 10017

Frank J. Rubino, Esq.
Brown Gavalas & Fromm LLP
355 Lexington Avenue
New York, NY 10017

_____
Theresa Blaber
Paralegal