UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In Re:

                                                  :    **<u>ORDER</u>**

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001                    :    03 MDL 1570 (GBD)(FM)

------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

        Having reviewed the letters from counsel for the Saudi Binladin Group dated May 15 and 20, 2008, and counsel for the plaintiffs dated May 20, 2008, it is hereby ORDERED that the sealed transcript of the April 11, 2008, conference held before me in this matter shall be unsealed, except that the following lines in the transcript shall remain sealed:

- Page 10; lines 19 to 24 (ending with "him.")
- Page 15; lines 7 to 9 (ending with "shares.")
- Page 15; line 25 (starting with "in")
- Page 16; lines 1 to 2 (ending with "shareholders.")
- Page 25; lines 10 to 14
- Page 30; lines 10 (staring with "he") to 13 (ending with "Group,")
- Page 30; line 21 (from "the" to "get,")
- Page 31; lines 11 (starting with "the Ministry") to 14
- Page 33; line 14 (ending with "letter")
- Page 33; lines 15 to 16 (ending with "shares.").

        This ruling is without prejudice to any application for unsealing that the plaintiffs later may make.

        SO ORDERED.

Dated:    New York, New York
             May 21, 2008

                                                                     FRANK MAAS
                                                                 United States Magistrate Judge

Copies:

Honorable George B. Daniels
United States District Judge

Robert T. Haefele, Esq.
Motley Rice
Fax: (843) 216-9450

James E. Gauch, Esq.
Jones Day
Fax: (202) 626-1700