UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: TERRORIST ATTACKS OF SEPTEMBER 11, 2001 | 03 MDL 1570 (GBD)<br>ECF CASE |

*This document relates to:*

*Kathleen Ashton, et al. v. Al Qaeda Islamic Army, et al.*, Case No. 02 CV 6977 (S.D.N.Y.)
*Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03 CV 6978 (S.D.N.Y.)
*Thomas E. Burnett, Sr., et al. v. Al Baraka Investment & Development Corp., et al*, Case No. 03 CV 9839 (S.D.N.Y.)
*Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.*, Case No. 04 CV 5970 (S.D.N.Y.)
*New York Marine and General Insurance Co., et al. v. Al Qaida, et al.*, Case No. 04 CV 6105 (S.D.N.Y.)
*Cantor Fitzgerald Associates, L.P., et al. v. Akida Investment Co., Ltd., et al.*, Case No. 04 CV 7065 (S.D.N.Y.)
*Euro Brokers, Inc., et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 04 CV 7279 (S.D.N.Y.)
*World Trade Center Properties, L.L.C., et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 04 CV 7280 (S.D.N.Y.)
*Estate of O'Neill, et al. v. The Republic of Iraq, et al.*, Case No. 04 CV 1076 (S.D.N.Y.)
*Estate of O'Neill, et al, v. Al Baraka, et al.*, Case No. 04 CV 1923 (S.D.N.Y.)

## MOTION TO WITHDRAW

Pursuant to Local Rule 1.4, Trout Cacheris, PLLC, and Amy Berman Jackson hereby respectfully move to withdraw as counsel for defendants Erwin Wachter, Martin Wachter, Asat Trust Reg., and Sercor Treuhand Anstalt ("the Wachter defendants"). The Wachter defendants have been represented by Barry Coburn, who has left Trout Cacheris to found the firm of Coburn and Coffman, and on January 31, 2008, the Wachter defendants advised Trout Cacheris in writing of their intention to continue to be represented by Mr. Coburn at his new firm. The letter is attached hereto as Exhibit A. The Wachter defendants will also continue to be represented by David Gourevitch, a member of the bar of this court.

WHEREFORE, Trout Cacheris, PLLC and Amy Berman Jackson respectfully submit that their motion to withdraw should be granted and that the court should take notice of Mr. Coburn's new address:

> Barry Coburn
> barry@cclegal.us
> Coburn & Coffman, PLLC
> 1244 19th St. N.W.
> Washington, D.C. 20036
> Phone: (202) 657-4490

Ms. Jackson should also be removed from all ECF service lists and all counsel e-mailing lists.

Respectfully submitted,

Amy Berman Jackson
E-mail: ajackson@troutcacheris.com
TROUT CACHERIS PLLC
1350 Connecticut Avenue N.W.
Suite 300
Washington, D.C. 20035
Tel: (202) 464–3000
Fax: (202) 464–3319

Barry Coburn
barry@cclegal.us
Coburn & Coffman, PLLC
1244 19th St. N.W.
Washington, D.C. 20036
Tel: (202) 657-4490
Fax: (202)

*David Gourevitch* (signature)
David U. Gourevitch (SDNY #DG8795)
LAW OFFICE OF DAVID GOUREVITCH, P.C.
150 E. 58th Street
34th Floor
New York, NY 10155
Tel: (212) 355-1300
Fax: (212) 355-1531
Email: david@gourevitchlaw.com

Attorneys for:

Herr Erwin Wachter
Herr Martin Wachter
Asat Trust Reg
Sercor Treuhand Anstalt

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Motion to Withdraw upon counsel for all parties via filing through the court's ECF system on this 17th day of June, 2008.

_____
David U. Gourevitch (SDNY #DG8795)

3

EXHIBIT A

31/01 '08 17:12 FAX +00423 233 45 04   WOHLMACHER&HIRN   ☒003/005

EINGANG
103-075
28. JAN. 2008

# TROUT CACHERIS PLLC

ATTORNEYS AT LAW

PLATO CACHERIS
ROBERT P. TROUT
JOHN THORPE RICHARDS, JR.
BARRY COBURN
AMY BERMAN JACKSON
JOHN F. HUNDLEY
PATRICIA E. CONNELLY*
GLORIA B. SOLOMON*
JEFFREY C. COFFMAN

1350 CONNECTICUT AVENUE, N.W.
SUITE 300
WASHINGTON, D.C. 20036
(202) 464-3300

FAX (202) 464-3319

WWW.TROUTCACHERIS.COM

111 ORONOCO STREET
ALEXANDRIA, VIRGINIA 22314
(703) 519-8840

*NOT ADMITTED IN VA

January 22, 2008

**By E-Mail and Air Mail**

Herr Erwin Wachter
Herr Martin Wachter
Sercor Treuhand Anstalt
Asat Trust reg.
The Honorable Friedrich Wohlmacher
Wohlmacher & Hirn, Attorneys At Law
Altenbach 8
Fl- 9490 Vaduz
LIECHTENSTEIN
wh@whlaw.li

Re: **In Re Terrorist Attacks of September 11, 2001, 03 MDL 1570 (RCC), Estate of O'Neill, et al v. The Republic of Iraq, et al., Case No. 04 CV 1076 (RCC) and Estate of O'Neill, et al. v. Al Baraka, et al., Case No. 04CV 1923 (RCC)**

Dear Dr. Wohlmacher:

We are writing to inform you that Barry Coburn and Jeffrey Coffman will be leaving Trout Cacheris, P.L.L.C. to establish their own law firm, Coburn & Coffman, LLC effective January 31, 2008, and will be concentrating their practice in litigation as they have here. We at Trout Cacheris wish them well in their new endeavor.

As you know, Barry Coburn has been the lawyer at this firm principally responsible for your representation in the matter referenced above. While the choice of your counsel is entirely yours, it is our assumption that you will want to continue having Barry handle your representation after his departure from this firm. If we are correct in that assumption, we want to

## TROUT CACHERIS PLLC

Herr Erwin Wachter
Herr Martin Wachter
Sercor Treuhand Anstalt
Asat Trust reg.
January 22, 2008
Page 2

ensure that the transition of your representation is handled as seamlessly as possible.

After January 31, 2008, you will be able to reach Barry and Jeff at barry@cclegal.us or call them at (301) 655-6902 or (703) 380-4941. If you wish us to transfer our files concerning your representation to Coburn & Coffman LLC, please sign the authorization below, and return it to us as soon as possible. In that event, we would request that you consent to the withdrawal of Trout Cacheris and any of its lawyers from representing you.

If you do not want to transfer your files and engagement to the Coburn & Coffman LLC, please call Robert Trout at once to discuss plans for your representation after January 31, 2008.

Sincerely,

Robert P. Trout

Barry Coburn

Jeffrey Coffman

I hereby authorize and direct Trout Cacheris, PLLC to transfer the client files in the above referenced matter to Coburn & Coffman LLC.

Date: January 20, 2008

The Honorable Friedrich Wohlmacher

31/01 '08 17:13 FAX +00423 233 45 04    WOHLMACHER&HIRN                    ☒005/005

## TROUT CACHERIS PLLC

Herr Erwin Wachter
Herr Martin Wachter
Sercor Treuhand Anstalt
Asat Trust reg.
January 22, 2008
Page 3

I hereby authorize and direct Trout Cacheris, PLLC and its attorneys to withdraw as counsel in the above referenced matter.

Date: January 30, 2008

_____
The Honorable Friedrich Wohlmacher

BC/ban
1-wachter.doc

31/01 '08 17:12 FAX +00423 233 45 04    WOHLMACHER&HIRN                                    ☏001/005

# WOHLMACHER & HIRN
## RECHTSANWÄLTE

ALTENBACH 8 - FL-9490 VADUZ
Fürstentum Liechtenstein

TEL: (+423) 233 44 44 - FAX: (+423) 233 45 04 - E-MAIL: WH@WHLAW.LI

## TELEFAX DECKBLATT - COVER SHEET

| An/To/A: | Trout Cacheris, PLLC<br>Attn. Mr. Robert P. Trout<br>Mr. Barry Coburn<br>Mr. Jeffrey Coffman<br>1350 Connecticut Ave., N.W.<br>Suite 300<br>Washington, D.C. 20036 | | |
|---|---|---|---|
| Telefax: | 001 202 464 3319 | Seiten/Pages: | 4+1 |
| Von/From/De: | Dr. Friedrich Wohlmacher | January 31, 2008 | |
| Re: | **Martin Wachter, Sercor Treuhand-Anstalt / O'Neil** | WF/ba D 03-079 | |

Please see the attached.

# WOHLMACHER & HIRN
### RECHTSANWÄLTE

ALTENBACH 8 · FL-9490 VADUZ
FÜRSTENTUM LIECHTENSTEIN

DR. IUR. FRIEDRICH WOHLMACHER
DR. IUR. BURKHARD HIRN
LIC. IUR. HSG NICOLE KAISER
DR. IUR. STEFAN BECKER

TELEFON (+423) 233 44 44
TELEFAX (+423) 233 45 04
E-MAIL   WH@WHLAW.LI
INTERNET WWW.WHLAW.LI

Trout Cacheris PLLC
Attorneys at law
Att. Mr. Robert P. Trout
Mr. Barry Coburn
Mr. Jeffrey Coffman
1350 Connecticut Avenue, N.W.
Suite 300
Washington, D.C. 20036

January 30, 2008
WF/ba D 01-051

### Martin Wachter, Sercor Treuhand-Anstalt / O'Neill

Dear Sirs

I confirm receipt of your letter dated January 22, 2008. Attached hereto please find a copy of that letter authorising you to transfer the client files to Coburn & Coffman LLC.; and authorising you also to withdraw as counsel in the above referenced matter.

With best regards

Yours sincerely

Friedrich Wohlmacher

### By Telefax and Post

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: TERRORIST ATTACKS OF SEPTEMBER 11, 2001 | ) 03 MDL 1570 (RCC)<br>) ECF CASE |

*This document relates to:*

*Kathleen Ashton, et al. v. Al Qaeda Islamic Army, et al.*, Case No. 02 CV 6977 (S.D.N.Y.)
*Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03 CV 6978 (S.D.N.Y.)
*Thomas E. Burnett, Sr., et al. v. Al Baraka Investment & Development Corp., et al*, Case No. 03 CV 9839 (S.D.N.Y.)
*Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.*, Case No. 04 CV 5970 (S.D.N.Y.)
*New York Marine and General Insurance Co., et al. v. Al Qaida, et al.*, Case No. 04 CV 6105 (S.D.N.Y.)
*Cantor Fitzgerald Associates, L.P., et al. v. Akida Investment Co., Ltd., et al.*, Case No. 04 CV 7065 (S.D.N.Y.)
*Euro Brokers, Inc., et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 04 CV 7279 (S.D.N.Y.)
*World Trade Center Properties, L.L.C., et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 04 CV 7280 (S.D.N.Y.)
*Estate of O'Neill, et al. v. The Republic of Iraq, et al.*, Case No. 04 CV 1076 (S.D.N.Y.)
*Estate of O'Neill, et al, v. Al Baraka, et al.*, Case No. 04 CV 1923 (S.D.N.Y.)

## ORDER

Upon consideration of the motion of Trout Cacheris, PLLC and Amy Berman Jackson to withdraw as counsel for Herr Erwin Wachter, Herr Martin Wachter, Asat Trust Reg, and Sercor Treuhand Anstalt in these matters, it is hereby ORDERED that the motion is GRANTED, and it is further

ORDERED that the Clerk shall remove Ms. Jackson from all ECF service lists in this matter.

Entered this ____ day of _____, 2008.

2

_____
UNITED STATES DISTRICT COURT JUDGE

cc:	ECF Service List