USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 0 8 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 03-MDL-1570

IN RE: TERRORIST ATTACKS ON
SEPTEMBER 11, 2001.

ORDER TO WITHDRAW
MARC D. POWERS
AS CO-LEAD COUNSEL

This document relates to:

*New York Marine and General Insurance Co. v. Al Qaida, et al.*, Civil Action No. 1:04-CV-06105-RCC

*Federal Insurance, et al. v. Al Qaida, et al.*, Civil Action No. 1:03-CV-06978-RCC

*O'Neill v. The Republic of Iraq*, Civil Action No. 04-CV-01076-RCC

Before this Court is the Motion to Withdraw Marc D. Powers, of Baker & Hostetler LLP, As Co-Lead Counsel for Defendant Republic of Iraq, filed May 9, 2008, and with no opposition.

It is hereby **ORDERED** that Baker & Hostetler, LLP, through Marc D. Powers, is hereby permitted to be withdrawn as counsel for Defendant Republic of Iraq in the above-referenced action.

Signed this ___ day of ~~May,~~ July 2008

JUL 0 3 2008.

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

**HON. GEORGE B. DANIELS**