UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

|  |  |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | ) Civil Action No. 03 MDL 1570 (GBD) ) ) ) ) |

This document relates to: All Actions

### ORDER TO WITHDRAW MICHAEL J. GUZMAN AS ATTORNEY OF RECORD

Before the Court is the Motion to Withdraw Michael J. Guzman as Attorney of Record as counsel for Defendant Prince Turki Al Faisal Bin Abdulaziz Al Saud filed April 18, 2008.

It is **ORDERED** that Michael J. Guzman be withdrawn as counsel for Defendant Prince Turki Al Faisal Bin Abdulaziz Al Saud in the above-referenced action.

Signed this ___ day of July, 2008

George B. Daniels
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE
**HON. GEORGE B. DANIELS**