UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|   |   |
|---|---|
| In Re: TERRORIST ATTACKS OF SEPTEMBER 11, 2001 | )<br>) 03 MDL 1570 (RCC)<br>) ECF CASE<br>) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 0 8 2008

*This document relates to:*

> *Kathleen Ashton, et al. v. Al Qaeda Islamic Army, et al.*, Case No. 02 CV 6977 (S.D.N.Y.)
> *Federal Insurance Co., et al. v. Al Qaida, et al.*, Case No. 03 CV 6978 (S.D.N.Y.)
> *Thomas E Burnett, Sr., et al. v. Al Baraka Investment & Development Corp., et al*, Case No. 03 CV 9839 (S.D.N.Y.)
> *Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.*, Case No. 04 CV 5970 (S.D.N.Y.)
> *New York Marine and General Insurance Co., et al. v. Al Qaida, et al.*, Case No. 04 CV 6105 (S.D.N.Y.)
> *Cantor Fitzgerald Associates, L.P., et al. v. Akida Investment Co., Ltd., et al.*, Case No. 04 CV 7065 (S.D.N.Y.)
> *Euro Brokers, Inc., et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 04 CV 7279 (S.D.N.Y.)
> *World Trade Center Properties, L.L.C., et al. v. Al Baraka Investment and Development Corp., et al.*, Case No. 04 CV 7280 (S.D.N.Y.)
> *Estate of O'Neill, et al. v. The Republic of Iraq, et al.*, Case No. 04 CV 1076 (S.D.N.Y.)
> *Estate of O'Neill, et al, v. Al Baraka, et al.*, Case No. 04 CV 1923 (S.D.N.Y.)

### ORDER

Upon consideration of the motion of Trout Cacheris, PLLC and Amy Berman Jackson to withdraw as counsel for Herr Erwin Wachter, Herr Martin Wachter, Asat Trust Reg, and Sercor Treuhand Anstalt in these matters, it is hereby ORDERED that the motion is GRANTED, and it is further

ORDERED that the Clerk shall remove Ms. Jackson from all ECF service lists in this matter.

Entered this 8 day of July, 2008.

JUL 0 8 2008

_____
UNITED STATES DISTRICT JUDGE
**HON. GEORGE B. DANIELS**

cc: ECF Service List