USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 0 9 2008

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)<br>ECF Case |

This document relates to:

*Federal Insurance Co., et al. v. Al Qaida, et al.,* No. 03-CV-6978 (GBD)

### STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Zurich American Insurance

Company, American Guarantee and Liability Insurance Company, American Zurich Insurance

Company, Assurance Company of America, Colonial American Casualty and Surety Insurance

Company, Fidelity and Deposit Company of Maryland, Maryland Casualty Company, Northern

Insurance Company of New York, Steadfast Insurance Company and Valiant Insurance

Company hereby stipulate to dismiss from the action captioned *Federal Insurance Co. v. Al

Qaida*, No. 03-cv-6978 (GBD) all claims against defendants Wael Julaidan, Muslim World

League and International Islamic Relief Organization, all of which stipulate to this voluntary

dismissal, with prejudice.

The listed plaintiffs' voluntary dismissal of their claims against Wael Julaidan, Muslim

World League and International Islamic Relief Organization does not affect the status of the

action of all other plaintiffs against Wael Julaidan, Muslim World League and International

Islamic Relief Organization.

No counterclaims have been asserted against any of the listed plaintiffs in the action.

Each side to bear its own attorney's fees, costs, and expenses.

Respectfully submitted,

COZEN O'CONNOR

By: _____

STEPHEN A. COZEN, ESQUIRE
ELLIOTT R. FELDMAN, ESQUIRE
SEAN P. CARTER, ESQUIRE
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000

*Attorneys for Zurich American Insurance
Company and the other plaintiffs listed
above*

By: _____

MARTIN MCMAHON, ESQUIRE
Martin McMahon & Associates
1150 Connecticut Ave., N.W.
Suite 900
Washington, D.C. 20036
(202) 862-4343
(202) 828-4130

*Attorney for Defendants Wael Julaidan,
Muslim World League and International
Islamic Relief Organization*

Dated: April 7, 2008

SO ORDERED:

_____   JUL 0 9 2008
GEORGE B. DANIELS, U.S.D.J.
**HON. GEORGE B. DANIELS**
Dated: _____, 2008

2