USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 0 9 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)<br>ECF Case |

This document relates to:

*Federal Insurance Co., et al. v. Al Qaida, et al.*, No. 03-CV-6978 (GBD)

### STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Zurich American Insurance Company, American Guarantee and Liability Insurance Company, American Zurich Insurance Company, Assurance Company of America, Colonial American Casualty and Surety Insurance Company, Fidelity and Deposit Company of Maryland, Maryland Casualty Company, Northern Insurance Company of New York, Steadfast Insurance Company and Valiant Insurance Company hereby stipulate to dismiss, from the action captioned *Federal Insurance Co. v. Al Qaida*, No. 03-cv-6978 (GBD), all claims against defendant Jamal Barzinji, who stipulates to this voluntary dismissal, with prejudice.

The listed plaintiffs' voluntary dismissal of their claims against Jamal Barzinji does not affect the status of the action of all other plaintiffs against Jamal Barzinji and all other defendants.

No counterclaims have been asserted against any of the listed plaintiffs in the action. Each side to bear its own attorney's fees, costs, and expenses.

Respectfully submitted,

COZEN O'CONNOR

By: _____
STEPHEN A. COZEN, ESQUIRE
ELLIOTT R. FELDMAN, ESQUIRE
SEAN P. CARTER, ESQUIRE
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000

*Attorneys for Zurich American Insurance Company and the other plaintiffs listed above*

DLA PIPER US LLP

By: _____
NANCY LUQUE, ESQUIRE
STEVEN K. BARENTZEN, ESQUIRE
500 Eighth Street, NW
Washington, DC 20004
(202) 799-4000

*Attorneys for Jamal Barzinji*

Dated: April 8, 2008

**SO ORDERED:**

_____
GEORGE B. DANIELS, U.S.D.J.

Dated: _____, 2008

2