USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 0 9 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)<br>ECF Case |
|---|---|

This document relates to:

*Federal Insurance Co., et al. v. Al Qaida, et al.*, No. 03-CV-6978 (GBD)

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs Zurich American Insurance Company, American Guarantee and Liability Insurance Company, American Zurich Insurance Company, Assurance Company of America, Colonial American Casualty and Surety Insurance Company, Fidelity and Deposit Company of Maryland, Maryland Casualty Company, Northern Insurance Company of New York, Steadfast Insurance Company and Valiant Insurance (collectively, "Zurich Plaintiffs") seek to withdraw from this litigation in its entirety.

To that end, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Zurich Plaintiffs hereby dismiss, from the action captioned *Federal Insurance Co. v. Al Qaida*, No. 03-cv-6978 (GBD), all claims against all defendants who have yet to file either an answer or a motion for summary judgment.

As to those defendants who have filed an answer or motion for summary judgment, the Zurich Plaintiffs are attempting to reach stipulations of dismissal with such defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and will file any such stipulations separately. If the Zurich

Plaintiffs are unable to reach stipulations of dismissal with those defendants, the Zurich Plaintiffs will seek a court order allowing themselves to withdraw from the action as to those defendants.

In addition, the Zurich Plaintiffs are voluntarily withdrawing from the interlocutory appeal pending in the United States Court of Appeals for the Second Circuit under the caption *In re: Terrorist Attacks on September 11, 2001*, Docket No. 06-0319-cv. An application for withdrawal is being filed in the Second Circuit simultaneously with the filing of this Notice of Voluntary Dismissal.

The listed plaintiffs' voluntary dismissal of their claims against such defendants does not affect the status of the action of all other plaintiffs against those or any other defendants.

No counterclaims have been asserted against any of the listed plaintiffs in the action.

Respectfully submitted,

COZEN O'CONNOR

By: _____
STEPHEN A. COZEN, ESQUIRE
ELLIOTT R. FELDMAN, ESQUIRE
SEAN P. CARTER, ESQUIRE
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000

*Attorneys for Zurich American Insurance Company and the other plaintiffs listed above*

Dated: April 7, 2008

JUL 0 9 2008.

_____
HON. GEORGE B. DANIELS

2