UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

IN RE: TERRORIST ATTACKS ON            ORDER
SEPTEMBER 11, 2001            03 MDL 1570 (GBD) (FM)

------------------------------------------------------------x

This document relates to:
    All Cases

    Defendant National Commercial Bank's application, for leave to renew its motion to dismiss for lack of personal jurisdiction, is granted. Defendant's request, to submit a single supporting memorandum of law not to exceed 35 pages, is also granted.

    To the extent that plaintiffs believe that additional jurisdictional discovery is necessary prior to filing a response, a specific discovery request and a request for a stay or extension of the time in which to respond to the motion should be made to the magistrate judge.

Dated: New York, New York
       July 11, 2008

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge