# EXHIBIT A

```
                          1
   76trterc
 1  UNITED STATES DISTRICT COURT
 1  SOUTHERN DISTRICT OF NEW YORK
 2  ------------------------------x
 2
 3  In re:  TERRORIST ATTACKS ON
 3       SEPTEMBER 11, 2001
 4                        03 MDL 1570 (GBD)
 4
 5  ------------------------------x
 5
 6                         New York, N.Y.
 6                         June 29, 2007
 7                         2:00 p.m.
 7
 8  Before:
 8
 9         HON. FRANK MAAS
 9
10                         Magistrate Judge
10
11
11
12         APPEARANCES
12
13
13
14  KREINDLER & KREINDLER
14  Attorneys for Ashton Plaintiffs
15       100 Park Avenue
15       New York, New York  10017
16       (212) 687-8181
16  BY:  ANDREW J. MALONEY, ESQ.
17
17
18  MOTLEY RICE, LLP
18  Attorneys for Burnett Plaintiffs
19       28 Bridgeside Boulevard
19       Mt. Pleasant, South Carolina  29465
20       (843) 216-9000
20  BY:  ROBERT T. HAEFELE, ESQ.
21
21
22  COZEN O'CONNOR
22  Attorneys for Federal Insurance Plaintiffs
23       1900 Market Street
23       Philadelphia, Pennsylvania 19103
24       (215) 665-2000
```

24   BY:  J. SCOTT TARBUTTON, ESQ.
25
25
              SOUTHERN DISTRICT REPORTERS, P.C.
                   (212) 805-0300

```
   76trterc
 1         APPEARANCES
 2
 2  JONES DAY
 3  Attorneys for SBG
 3      51 Louisiana Avenue, N.W.
 4      Washington, D.C.  20001-2113
 4      (202) 879-3939
 5  BY:  JAMES E. GAUCH, ESQ.
 5
 6
 6  PATTON BOGGS LLP
 7  Attorneys for MCB
 7      2550 Street, N.W.
 8      Washington, D.C.  20037
 8      (202) 457-6000
 9  BY:  RONALD S. LIEBMAN, ESQ.
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
            SOUTHERN DISTRICT REPORTERS, P.C.
                   (212) 805-0300
```

                          45
        76trterc
1  projects that benefited a state sponsor of terrorism, to the
2  benefit of the terrorist leader Osama bin Laden, that that is
3  not significant.  You're just saying that the number of
4  documents would be large.  If there is a way for us to pare
5  down the description, might your Honor allow that?
6           THE COURT:  I'm certainly saying that I'm not going to
7  direct that the kitchen sink in terms of construction projects
8  in the Sudan be turned over.
9           MR. HAEFELE:  I'm not so sure we would want that, your
10 Honor.
11          THE COURT:  Earlier I pointed out that the response
12 was we haven't provided such support and by inference therefore
13 the position of SBG is there are no documents to turn over to
14 you, because we didn't do that which you alleged we did.
15          MR. HAEFELE:  Your Honor, here is one example.  Mr.
16 Gauch said that he is not surprised that people are taking
17 credit because there are multiple projects.  One of the things
18 that we were trying to articulate, your Honor, was that with
19 regard to road projects, separate from the Sudan airport, both
20 Osama bin Laden and SBG have claimed credit for doing other
21 projects in the Sudan.
22          THE COURT:  Let me stop you there.  If I understand
23 Mr. Gauch correctly, he doesn't accept that premise.  He says
24 SBG took credit for one, Osama bin Laden and others for the
25 other.  Do I have that right?