UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

IN RE: TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

ORDER
03 MDL 1570 (GBD) (FM)

------------------------------------------------------------------x

This document relates to:
    02 CV 6977 (GBD)
    03 CV 9849 (GBD)

The Burnett and Ashton plaintiffs object to Magistrate Judge Frank Maas' May 21, 2008 discovery order, to the extent that he did not fully grant their additional discovery requests. The limitation imposed by the magistrate judge was entirely reasonable given that plaintiffs have now engaged in three and a half years of "limited jurisdictional" discovery.[1]

The challenged discovery order is neither contrary to law nor clearly erroneous. See, Fed.R.Civ.P. 72(a); 28 U.S.C. § 636(b)(1)(A). Plaintiffs' objections are overruled, and the Order of Magistrate Judge Maas, dated May 21, 2008, stands.

Dated: New York, New York
       July 8, 2008

SO ORDERED:

GEORGE B. DANIELS
United States District Judge

---

[1] Limited jurisdictional discovery was granted, in January of 2005, by the late Judge Richard C. Casey, to whom this case was formerly assigned.