USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 14 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001

ORDER
03 MDL 1570 (GBD)

---------------------------------------------------------------x

GEORGE B. DANIELS, District Judge:

The parties' request that the July 15, 2008 conference be rescheduled, to September 15, 2008 at 10AM, is granted.

Dated: New York, New York
July 14, 2008

SO ORDERED:

George B. Daniels

GEORGE B. DANIELS
United States District Judge