UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re TERRORIST ATTACKS on SEPTEMBER 11, 2001 | 03 MDL 1570 (GBD)(FM) ECF Case |

*This document relates to:*
    All Cases

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, pursuant to the Court's July 11, 2008 Order (Dkt. # 2106) and FED. R. CIV. P. 12(b)(2), and upon the accompanying Memorandum of Law in Support of the Renewed Motion to Dismiss of The National Commercial Bank ("NCB"), upon the Affidavit of Mitchell R. Berger dated July 21, 2008 and all exhibits annexed thereto, upon the Declaration of Jorge Juco dated April 5, 2008 and all exhibits annexed thereto, upon the Declaration of Dr. Abubaker Ali Bagabir dated April 5, 2008 and all exhibits annexed thereto, upon the Affidavit of Thomas M. Krohley dated June 22, 2007 and all exhibits annexed thereto, and upon all of the pleadings and prior proceedings in the captioned actions, NCB shall seek an order dismissing with prejudice all claims against it for lack of personal jurisdiction in all of the pending lawsuits.

Dated: July 22, 2008
    Washington, D.C.

    _____
    Mitchell R. Berger (MB-4112)
    Alan T. Dickey
    PATTON BOGGS LLP
    2550 M Street, N.W.
    Washington, D.C. 20037
    Phone: 202-457-6000
    Fax:    202-457-6315

    *Attorneys for Defendant*
    *The National Commercial Bank*