UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                        )
In Re TERRORIST ATTACKS on              )    03 MDL 1570 (GBD) (FM)
SEPTEMBER 11, 2001                      )    ECF Case
                                        )
_____)

This document relates to:
    All Cases

## DECLARATION OF DR. ABUBAKER ALI BAGABIR, FCCA

1.  My name is Dr. Abubaker Ali Bagabir. I am the Head of Finance and Accounting at The National Commercial Bank ("NCB") in Jeddah, Saudi Arabia, and have served in that capacity, since February 1997. I submit this declaration in support of NCB's Renewed Motion to Dismiss this lawsuit for lack of personal jurisdiction. I am advised by NCB's United States legal counsel that this declaration is not intended to waive, in any way, NCB's claim of immunity from suit or its jurisdictional defenses, and is not intended to be a general appearance by NCB in this lawsuit. I understand and believe the following matters to be true, through the date of this declaration, based both on my personal knowledge and on inquiries made of other NCB personnel who have knowledge about specific matters addressed in this declaration. I have been assisted by NCB's United States legal counsel in the phrasing of this declaration.

2.  My responsibilities at NCB since February 1997 have included the review and preparation of NCB's financial statements (including its balance sheet, and the related statements of income, changes in shareholders equity, cash flows and disclosure notes) in accordance with International Accounting Standards and with the Accounting Standards for Commercial Banks issued by the Saudi Arabian Monetary Agency ("SAMA"). In accordance with those accounting standards, NCB records any significant investments in subsidiaries, including the name, country of incorporation, and proportion of ownership interest or voting power in any such subsidiaries.



3.      Based on the work that I performed in that capacity, I can confirm that the following is true for the period of time beginning not later than 1996 and continuing until the present:

(a)     NCB has not had any United States subsidiary or affiliate, other than SNCB Securities, Inc., which was liquidated in early 2001;

(b)     Neither NCB itself, nor any subsidiary or affiliate of NCB, has conducted business in the United States relating to the ownership or operation of aircraft;

(c)     NCB has had no ownership interest or investment in Global FBO Holdings, Inc., Ellington MTA, Inc., Skyways Aircraft Leasing, Inc., Skyways International, Inc., Mid East Jet, Inc., Mid-East Jet, Inc., Euram Group Ltd., Sedco Services, Inc., MBKS Inc., MBKS II Inc., MBKS III Inc., or Eidetics International, Inc.;

(d)     NCB has not derived any revenue from the ownership or operation of aircraft in the United States or from any business that owned or operated aircraft in the United States; and

(e)     NCB has had no ownership interest or investment in any N-registered aircraft, including those identified by the registration numbers N371BC, N737CC, N737GG, N757MA, N767KS, N777AS, N1779B, N1786B, or N60436.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, based on my knowledge, information, and belief.

Executed in this 5th day of April 2008 (A.D.) in Jeddah, Kingdom of Saudi Arabia.

_____
Dr. Abubaker Ali Bagabir, FCCA
Head of Finance and Accounting
The National Commercial Bank

2