

PAGE 1

*The First State*

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF DISSOLUTION OF "SNCB SECURITIES INC.", FILED IN THIS OFFICE ON THE TWENTY-EIGHTH DAY OF FEBRUARY, A.D. 2001, AT 9:45 O'CLOCK A.M.



Harriet Smith Windsor, Secretary of State

2308697   8100

030417119

AUTHENTICATION: 2492406

DATE: 06-24-03

*STATE OF DELAWARE*
*SECRETARY OF STATE*
*DIVISION OF CORPORATIONS*
*FILED 09:45 AM 02/28/2001*
*010100793 - 2308697*

FEB 28 2001 09:17 FR S&S 16FL #3    TO 00334#0644100072 P.02/02

# CERTIFICATE OF DISSOLUTION
# OF
# SNCB SECURITIES INC.

SNCB Securities Inc., a corporation organized and existing under and by virtue of the General Corporation Law of the State of Delaware,

DOES HEREBY CERTIFY:

FIRST: That dissolution was authorized on October 23, 2000.

SECOND: That dissolution has been authorized by the Board of Directors and stockholders of the corporation in accordance with the provisions of subsections (a) and (b) of section 275 of the General Corporation Law of the State of Delaware.

THIRD: That the names and addresses of the directors and officers of SNCB Securities Inc. are as follows:

## DIRECTORS

| NAMES | ADDRESSES |
|---|---|
| Thomas M. Krohley | 129 Oldfield Road<br>Fairfield, CT 06430 |
| Fredrick O. Crawford | Wellington House, 4th Floor<br>125 Strand<br>London WC2R OAP<br>England |
| Mansour Kaki | NCB Investment Services<br>Al Nakeel Center<br>P.O. Box 15844<br>Jeddah 21454 Saudi Arabia |

## OFFICERS

| NAMES | OFFICES | ADDRESSES |
|---|---|---|
| Thomas M. Krohley | President, Treasurer | 129 Oldfield Road<br>Fairfield, CT 06430 |
| Virginia I. Pensa | Secretary | 45 Tuder City Place, Apt. 619<br>New York, NY 10017 |

Executed on the 23rd day of February, 2001.

By _____
Thomas M. Krohley
President

NYDOCS01/758989.1