## NOSTRO ACCOUNTS - U.S. BANKS

| | CITY | BANK | CURR. | TYPE OF A/C | STATUS | A/C NUMBER |
|---|---|---|---|---|---|---|
| 1 | New York | American Express Bank | U.S. $ | Current | Opened on 21/06/2000 | 741025 |
| 2 | New York | Bank America Int'l. | U.S. $ | Call | Opened before 1996 | 6947184730 |
| 3 | New York | Bank America Int'l. | U.S. $ | Current | Opened before 1996 | 6550-2-84730 |
| 4 | New York | Bank of America Int'l. | U.S. $ | Syndication | Opened on 14/06/2001 | 6550784761 |
| 5 | Houston | Chase Texas Commerce Bank (formerly: Texas Commerce Bank) | U.S. $ | Current | Closed on 16/07/2006 | 00101973932 |
| 6 | New York | Citibank | U.S. $ | Current | Opened before 1996 | 10935715 |
| 7 | New York | Deutrsche Bank (formerly Bankers Trust Co.) | U.S. $ | Collection | Opened before 1996 | 4050777 |
| 8 | New York | Deutsche Bank (formerly Bankers Trust Co.) | U.S. $ | Current | Opened before 1996 | 4017600 |
| 9 | New York | HSBC Bank USA (formerly Republic National Bank of New York.) | U.S. $ | Current | Opened before 1996 | 608104183 |
| 10 | New York | JP Morgan Chase Bank Ltd. | U.S. $ | L/C | Opened before 1996 | 001-1-742822 |
| 11 | New York | JP Morgan Chase Bank Ltd. | U.S. $ | Trading | Opened before 1996 | 11041613 |
| 12 | New York | JP Morgan Chase Bank Ltd. | U.S. $ | Current | Opened before 1996 | 400-026953 |
| 13 | New York | National Bank of Kuwait | U.S. $ | Current | Opened on 14/03/1999 | 4.0002E+12 |
| 14 | Washington | Riggs National Bank of Washington | U.S. $ | Current | Closed on 16/04/2004 | 00101973932 |
| 15 | Losangeles | Standard Chartered Bank | U.S. $ | Current | Opened before 1996 | 0220-76040001 |
| 16 | Charlotte | Wachovia Bank | U.S. $ | Current | Opened on 27/08/1998 | 2000191842683 |

CONFIDENTIAL: This Document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.

NCB000001