

# 1997 US Year End Data

| Reference Number | Issue | Details | Currency | Nominal Value | Counterparty |
|---|---|---|---|---|---|
| 67290 | | DREAMWORK FRN DUE 15OCT05 | USD | USD 5,000,000.00 | CHASE MANHATTAN BANK, NEW YORK,NOSTRO |

Total US securities: USD 5,000,000.00

Total Investment Securities: (extracted from audited, published NCB Annual Report; USD$ = SAR 3.75) SAR 18,183,604,000.00

U.S. Traded Securities vs. Annual Reported Total Investment Securities % : 0.10%

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.



# 1998 US Year End Data

| Reference Number | Issue | Details | Currency | Nominal Value | Counterparty |
|---|---|---|---|---|---|
| 67290 | | DREAMWORK FRN DUE 15OCT05 | USD | USD 5,000,000.00 | CHASE MANHATTAN BANK, NEW YORK,NOSTRO |

Total US securities: USD 5,000,000.00

Total Investment Securities: (extracted from audited, published NCB Annual Report; USD$ = SAR 3.75) SAR 20,640,508,000.00

U.S. Traded Securities vs. Annual Reported Total Investment Securities % : 0.09%

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.



# 1999 US Year End Data

| Reference Number | Issue | Details | Currency | Nominal Value | Counterparty |
|---|---|---|---|---|---|
| 117260 | US9128275P31 | TSRY NOTE 5.5% AUG31,2001 | USD | USD 150,000,000.00 | DEUTSCHE BANK AG, NEW YORK |
| 167290 | US9128275Q14 | US TR NOTE 5.625 30/09/01 | USD | USD 50,000,000.00 | CHEMICAL BANK, NEW YORK |
| 132480 | 26152PAA30 | Dream work Film 15-Oct-06 | USD | USD 5,000,000.00 | J P MORGAN CHASE, NEW YORK |

Total US securities: USD 205,000,000.00

Total Investment Securities:
(extracted from audited, published NCB Annual Report; USD$ = SAR 3.75) SAR 32,306,546,000.00

U.S. Traded Securities vs. Annual Reported Total Investment Securities % : 2.38%

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.



# 2000 US Year End Data

| Reference Number | Issue | Details | Currency | Nominal Value | Counterparty |
|---|---|---|---|---|---|
| 117260 | US9128275P31 | TSRY NOTE 5.5% AUG31,2001 | USD | USD 150,000,000.00 | DEUTSCHE BANK AG, NEW YORK |
| 167290 | US9128275Q14 | US TR NOTE 5.625 30/09/01 | USD | USD 50,000,000.00 | CHEMICAL BANK, NEW YORK |
| BH134 | 805564CV1 | SAST 1999-1 AF 2 | USD | USD 3,000,000.00 | CCM Int'l LT |
| BH129 | US45254NBE67 | IMPAC 2000-2 A-1 | USD | USD 5,000,000.00 | CCM International LT |
| BH136 | 921796EY0 | VANDERBILT VMF 1998 C 1A2 | USD | USD 5,000,000.00 | CCM Int'l LT |
| BH138 | 039006BK6 | ARCADIA AUTOMOBILE 1998-E A3 | USD | USD 5,000,000.00 | CCM Int'l LT |
| BH139 | US126671KD79 | COUNTRYWIDE CWL 2000- 4 MV2 | USD | USD 2,000,000.00 | CCM Int'l LT |
| BH140 | US76110VBQ05 | RESIDINTIAL FUNDING MORTGAGE SEC | USD | USD 15,000,000.00 | CCM Int'l LT |
| BH141 | US07383GAY26 | Bear Stearns Asset Backed Securities | USD | USD 6,426,000.00 | CCM Int'l LT |
| BH142 | US79548KD544 | Salomon Brothers Mortgage Securities VII 1998-NC 6 M1 | USD | USD 5,000,000.00 | CCM Int'l LT |
| BH143 | 126671HX7 | COUNTRYWIDE CWL 2000-2 MV1 | USD | USD 5,000,000.00 | CCM Int'l LT |
| BH145 | US92928XAC74 | WMC Mortgage Loan 1998-1 M2 | USD | USD 5,000,000.00 | CCM Int'l LT |
| BH146 | US00755WEZ59 | ADVANTA MORTGAGE LOAN TRUST 1998-1 M1 | USD | USD 5,000,000.00 | CCM Int'l LT |
| | | Various US Government Securities | USD | USD 20,142,682.00 | LANGDON P. COOK/REFCO |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.



# 2000 US Year End Data

| Reference Number | Issue | Details | Currency | Nominal Value | Counterparty |
|---|---|---|---|---|---|

Total US securities: USD 281,568,682.00

Total Investment Securities: SAR 39,325,334,000.00
(extracted from audited, published NCB Annual Report; USD$ = SAR 3.75)

U.S. Traded Securities vs. Annual Reported Total Investment Securities % : 2.68%

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.



# 2001 US Year End Data

| Reference Number | Issue | Details | Currency | Nominal Value | Counterparty |
|---|---|---|---|---|---|
| BH129 | US45254NBE67 | IMPAC 2000-2 A-1 | USD | USD 5,000,000.00 | CCM International LT |
| BH136 | 921796EY0 | VANDERBILT VMF 1998 C 1A2 | USD | USD 5,000,000.00 | CCM Int'l LT |
| BH138 | 039006BK6 | ARCADIA AUTOMOBILE 1998-E A3 | USD | USD 5,000,000.00 | CCM Int'l LT |
| BH139 | US126671KD79 | COUNTRYWIDE CWL 2000- 4 MV2 | USD | USD 2,000,000.00 | CCM Int'l LT |
| BH140 | US76110VBQ05 | RESIDINTIAL FUNDING MORTGAGE SEC | USD | USD 15,000,000.00 | CCM Int'l LT |
| BH141 | US07383GAY26 | Bear Stearns Asset Backed Securities | USD | USD 6,426,000.00 | CCM Int'l LT |
| BH142 | US79548KD544 | Salomon Brothers Mortgage Securities VII 1998-NC 6 M1 | USD | USD 5,000,000.00 | CCM Int'l LT |
| BH143 | 126671HX7 | COUNTRYWIDE CWL 2000-2 MV1 | USD | USD 5,000,000.00 | CCM Int'l LT |
| BH145 | US92928XAC74 | WMC Mortgage Loan 1998-1 M2 | USD | USD 5,000,000.00 | CCM Int'l LT |
| BH146 | US00755WEZ59 | ADVANTA MORTGAGE LOAN TRUST 1998-1 M1 | USD | USD 5,000,000.00 | CCM Int'l LT |
| BH147 | US126671HY53 | COUNTRYWIDE 2000-2 MV2 | USD | USD 5,000,000.00 | CCM Int'l LT |
| BH149 | US65334UAA16 | NEXTCARD CREDIT CARD MASTER NOTE TRUST | USD | USD 5,000,000.00 | HSBC SEC INC |
| BH148 | 76110VCS5 | RFMS2 1999-HS5 | USD | USD 3,300,000.00 | CCM Int'l LT |
| BH150 | US126671JJ68 | COUNTRYWIDE CWL 2000-3 A | USD | USD 1,415,000.00 | CCM Int'l LT |
| BH164 | US66987XAE58 | NOVASTAR HOME EQUITY LOAN 2000-2 M1 | USD | USD 3,400,000.00 | CCM Int'l LT |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.



# 2001 US Year End Data

| Reference Number | Issue | Details | Currency | Nominal Value | Counterparty |
|---|---|---|---|---|---|
| BH168 | 76110WDA1 | Residential Asset Securities Corp. | USD | USD 8,500,000.00 | CCM Int'l LT |
| BH167 | US449670ES36 | IMCHE HOME EQ.LOAN TRUST | USD | USD 2,625,000.00 | CCM Int'l LT |
| BH152 | US126671LS30 | COUNTRYWIDE CWL 2001- A | USD | USD 5,000,000.00 | CCM Int'l LT |
| BH155 | US126671LM69 | COUNTRYWIDE CWL 2001-1- AV2 | USD | USD 10,000,000.00 | CCM Int'l LT |
| BH156 | US126671LN43 | COUNTRYWIDE CWL 2001-1- MV1 | USD | USD 3,000,000.00 | CCM Int'l LT |
| BH157 | US126671LP90 | COUNTRYWIDE CWL 2001-1- MV2 | USD | USD 2,500,000.00 | CCM Int'l LT |
| BH158 | US126671LQ73 | COUNTRYWIDE CWL 2001-1- BV1 | USD | USD 1,000,000.00 | CCM Int'l LT |
| BH166 | 00755WCZ7 | ADVANTA MORTGAGE LOAN TRUST 1997-1 A6 | USD | USD 28,000,000.00 | CCM Int'l LT |
| BH173 | US66987XAF24 | NOVASTAR HOME EQUITY LOAN 2000-2 M2 | USD | USD 1,000,000.00 | CCM Int'l LT |
| BH175 | US64352VBW00 | New Century Home (NCHET) | USD | USD 1,502,062.98 | CCM Int'l LT |
| BH177 | US66987XAE58 | NOVASTAR HOME EQUITY LOAN 2000-2 M1 | USD | USD 3,400,000.00 | CCM Int'l LT |
| BH180 | US161542AH89 | CHASE FUNDING LOAN ACQUITION TR 2001-C1 2M1 | USD | USD 2,000,000.00 | CCM Int'l LT |
| | | Various US Government Securities | USD | USD 23,184,663.00 | LANGDON P. COOK/REFCO |

Total US securities: USD 168,252,725.98

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.



# 2001 US Year End Data

| Reference Number | Issue | Details | Currency | Nominal Value | Counterparty |
| --- | --- | --- | --- | --- | --- |
| | Total Investment Securities: (extracted from audited, published NCB Annual Report; USD$ = SAR 3.75) | | | SAR 40,103,396,000.00 | |
| | U.S. Traded Securities vs. Annual Reported Total Investment Securities % : | | | 1.57% | |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.



# 2002 US Year End Data

| Reference Number | Issue | Details | Currency | Nominal Value | Counterparty |
|---|---|---|---|---|---|
| | 921796EY0 | Vanderbilt VMF 1998 C 1A2 | USD | USD 5,000,000.00 | CCM International -New York |
| SEC377 | US45254NBE67 | IMPAC 2000 - 2 A -1 | USD | USD 5,000,000.00 | CCM International -New York |
| SEC388 | 126671KD7 | COUNTRYWIDE CWL 2000- 4 MV2 | USD | USD 2,000,000.00 | CCM International -New York |
| SEC389 | US76110VBQ05 | Residential Funding Mortgage Securities | USD | USD 15,000,000.00 | CCM International -New York |
| SEC390 | 07383GAY2 | Bear Stearns Asset Backed Securities | USD | USD 6,426,000.00 | CCM International -New York |
| SEC391 | US79548KD544 | Salomon Brothers Mortgage Securities VII 1998-NC 6 M1 | USD | USD 5,000,000.00 | CCM International -New York |
| SEC392 | 126671HX7 | COUNTRYWIDE CWL 2000- 2 MV1 | USD | USD 5,000,000.00 | CCM International -New York |
| SEC394 | US92928XAC74 | WMC Mortgage Loan 1998-1 M2 | USD | USD 1,154,193.79 | CCM International -New York |
| SEC396 | 126671HY5 | COUNTRYWIDE CWL 2000- 2 MV2 | USD | USD 5,000,000.00 | CCM International -New York |
| SEC397 | US76110VCS51 | RFMS2 1999-HS5 A | USD | USD 3,300,000.00 | CCM International -New York |
| SEC398 | 65334UAA1 | Nextcard credit (NCMNT 2000-1A A) | USD | USD 5,000,000.00 | HSBC Securities , INC - New York |
| SEC400 | US126671JJ68 | COUNTRYWIDE CWL 2000-3 A | USD | USD 1,415,000.00 | CCM International -New York |
| SEC402 | US126671LS30 | COUNTRYWIDE CWL 2001- A | USD | USD 5,000,000.00 | CCM International -New York |
| SEC405 | US126671LM69 | COUNTRYWIDE CWL 2001-1- AV2 | USD | USD 10,000,000.00 | CCM International -New York |
| SEC406 | US126671LN43 | COUNTRYWIDE CWL 2001-1- MV1 | USD | USD 3,000,000.00 | CCM International -New York |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.



# 2002 US Year End Data

| Reference Number | Issue | Details | Currency | Nominal Value | Counterparty |
|---|---|---|---|---|---|
| SEC407 | US126671LP90 | COUNTRYWIDE CWL 2001-1- MV2 | USD | USD 2,500,000.00 | CCM International -New York |
| SEC408 | US126671LQ73 | COUNTRYWIDE CWL 2001-1- BV1 | USD | USD 1,000,000.00 | CCM International -New York |
| SEC414 | 66987XAE5 | NOVASTAR HOME EQUITY LOAN 2000-2 M1 | USD | USD 3,400,000.00 | CCM International -New York |
| SEC416 | 00755WCZ7 | Advanta Mortgage Loan Trust 1997-1 A6 | USD | USD 28,000,000.00 | CCM International -New York |
| SEC417 | US449670ES36 | IMCHE Home Equity Loan Trust 1998-4 A | USD | USD 2,625,000.00 | CCM International -New York |
| SEC418 | US76110WDA18 | Residential Asset Securities Corp. 1998-KS1 AII1 | USD | USD 8,500,000.00 | CCM International -New York |
| SEC423 | US66987XAF24 | NOVASTAR HOME EQUITY LOAN 2000-2 M2 | USD | USD 1,000,000.00 | CCM International -New York |
| SEC425 | US64352VBW00 | New Century Home (NCHET) | USD | USD 1,625,000.00 | CCM International -New York |
| SEC427 | 66987XAE5 | NOVASTAR HOME EQUITY LOAN 2000-2 M1 | USD | USD 3,400,000.00 | CCM International -New York |
| SEC434 | US161542AH89 | CHASE FUNDING LOAN ACQUITION TR 2001-C1 2M1 | USD | USD 2,000,000.00 | CCM International -New York |
| | 039006BK6 | Arcadia Automobile1998-E | USD | USD 5,000,000.00 | CCM International -New York |
| | | Various US Government Securities | USD | USD 23,068,443.00 | LANGDON P. COOK/REFCO |

Total US securities: USD 159,413,636.79

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.





# 2002 US Year End Data

| Reference Number | Issue | Details | Currency | Nominal Value | Counterparty |
|---|---|---|---|---|---|
| | | | Total Investment Securities: (extracted from audited, published NCB Annual Report; USD$ = SAR 3.75) | SAR 46,181,972,000.00 | |
| | | | U.S. Traded Securities vs. Annual Reported Total Investment Securities % : | 1.29% | |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.





# 2003 US Year End Data

| Reference Number | Issue | Details | Currency | Nominal Value | Counterparty |
|---|---|---|---|---|---|
| SEC388 | US126671KD79 | COUNTRYWIDE CWL 2000- 4 MV2 | USD | USD 1,849,438.35 | CCM International -New York |
| SEC390 | US07383GAY26 | Bear Stearns Asset Backed Securities | USD | USD 6,426,000.00 | CCM International -New York |
| SEC391 | US79548KD544 | Salomon Brothers Mortgage Securities VII 1998-NC 6 M1 | USD | USD 1,966,246.52 | CCM International -New York |
| SEC392 | US126671HX70 | COUNTRYWIDE CWL 2000- 2 MV1 | USD | USD 5,000,000.00 | CCM International -New York |
| SEC394 | US92928XAC74 | WMC Mortgage Loan 1998-1 M2 | USD | USD 608,545.35 | CCM International -New York |
| SEC396 | US126671HY53 | COUNTRYWIDE CWL 2000- 2 MV2 | USD | USD 5,000,000.00 | CCM International -New York |
| SEC398 | US65334UAA16 | Nextcard credit (NCMNT 2000-1A A) | USD | USD 159,914.55 | HSBC Securities , INC - New York |
| SEC400 | US126671JJ68 | COUNTRYWIDE CWL 2000-3 A | USD | USD 49,232.70 | CCM International -New York |
| SEC402 | US126671LS30 | COUNTRYWIDE CWL 2001- A | USD | USD 1,199,996.70 | CCM International -New York |
| SEC405 | US126671LM69 | COUNTRYWIDE CWL 2001-1- AV2 | USD | USD 1,680,878.72 | CCM International -New York |
| SEC406 | US126671LN43 | COUNTRYWIDE CWL 2001-1- MV1 | USD | USD 3,000,000.00 | CCM International -New York |
| SEC407 | US126671LP90 | COUNTRYWIDE CWL 2001-1- MV2 | USD | USD 2,500,000.00 | CCM International -New York |
| SEC408 | US126671LQ73 | COUNTRYWIDE CWL 2001-1- BV1 | USD | USD 1,000,000.00 | CCM International -New York |
| SEC414 | US66987XAE58 | NOVASTAR HOME EQUITY LOAN 2000-2 M1 | USD | USD 3,400,000.00 | CCM International -New York |
| SEC417 | US449670ES36 | IMCHE Home Equity Loan Trust 1998-4 A | USD | USD 150,276.78 | CCM International -New York |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.



# 2003 US Year End Data

| Reference Number | Issue | Details | Currency | Nominal Value | Counterparty |
|---|---|---|---|---|---|
| SEC418 | US76110WDA18 | Residential Asset Securities Corp. 1998-KS1 AII1 | USD | USD 387,100.43 | CCM International -New York |
| SEC423 | US66987XAF24 | NOVASTAR HOME EQUITY LOAN 2000-2 M2 | USD | USD 1,000,000.00 | CCM International -New York |
| SEC425 | US64352VBW00 | New Century Home (NCHET) | USD | USD 215,016.92 | CCM International -New York |
| SEC427 | US66987XAE58 | NOVASTAR HOME EQUITY LOAN 2000-2 M1 | USD | USD 3,400,000.00 | CCM International -New York |
| SEC434 | US161542AH89 | CHASE FUNDING LOAN ACQUITION TR 2001-C1 2M1 | USD | USD 2,000,000.00 | CCM International -New York |
| SEC563 | US23335LAD38 | DVI RECEIVABLES CORP. | USD | USD 10,000,000.00 | RW Pressprich |
| SEC589 | US67571YAA10 | OCTAGON INVESTMENT PARTNERS, LTD | USD | USD 12,000,000.00 | Bear Stearn |
| | | Various US Government Securities | USD | USD 25,933,388.50 | LANGDON P. COOK/REFCO |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.



# 2003 US Year End Data

| Reference Number | Issue | Details | Currency | Nominal Value | Counterparty |
|---|---|---|---|---|---|
| | | | Total US securities: | USD 88,926,035.52 | |
| | | | Total Investment Securities: (extracted from audited, published NCB Annual Report; USD$ = SAR 3.75) | SAR 47,867,773,000.00 | |
| | | | U.S. Traded Securities vs. Annual Reported Total Investment Securities % : | 0.70% | |

CONFIDENTIAL: This document is subject to a Protective Order regarding confidential information in 03 MDL 1570 (RCC), United States District Court for the Southern District of New York.