

# TERRITORY OF THE BRITISH VIRGIN ISLANDS

## THE INTERNATIONAL BUSINESS COMPANIES ACT
### (CAP.291)

### CERTIFICATE OF DISSOLUTION          (SECTION 94)

No. 103704

The Registrar of Corporate Affairs of the British Virgin Islands HEREBY CERTIFIES pursuant to the International Business Companies Act, Cap. 291 that all the requirements of the Act in respect of dissolution were complied with by

**CASTLE LIMITED**

an International Business Company and that accordingly the said company is dissolved this 21st day of November, 1997.



Given under my hand and seal at

Road Town, in the Territory of the

British Virgin Islands

SGD:MYRNA P. WHEATLEY
**AG. REGISTRAR OF COMPANIES**

CERTIFIED A TRUE COPY BY THE REGISTRAR OF CORPORATE AFFAIRS:

CRTI013CX                           DATE: 5th day of September, 2006

 



# TERRITORY OF THE BRITISH VIRGIN ISLANDS
## THE INTERNATIONAL BUSINESS COMPANIES ACT
### (CAP.291)

CERTIFICATE OF DISSOLUTION            (SECTION 94)

No. 83698

The Registrar of Corporate Affairs of the British Virgin Islands HEREBY CERTIFIES pursuant to the International Business Companies Act, Cap. 291 that all the requirements of the Act in respect of dissolution were complied with by

**CS SAN FRANCISCO LIMITED**

an International Business Company and that accordingly the said company is dissolved this 21st day of November, 1997.



Given under my hand and seal at Road Town, in the Territory of the British Virgin Islands

SGD: MYRNA P. WHEATLEY
*AG. REGISTRAR OF COMPANIES*

CERTIFIED A TRUE COPY BY THE REGISTRAR OF CORPORATE AFFAIRS:

CRTI013C0                                    DATE: 5th day of September, 2006







## TERRITORY OF THE BRITISH VIRGIN ISLANDS
## THE INTERNATIONAL BUSINESS COMPANIES ACT
## (CAP. 291)

### CERTIFICATE OF DISSOLUTION         (SECTION 94)

No. 51490

The Registrar of Corporate Affairs of the British Virgin Islands HEREBY CERTIFIES pursuant to the International Business Companies Act, Cap. 291 that all the requirements of the Act in respect of dissolution were complied with by

**EMILY MORGAN HOTEL LIMITED**

an International Business Company and that accordingly the said company is dissolved this 21st day of November, 1997.



*Given under my hand and seal at*
*Road Town, in the Territory of the*
*British Virgin Islands*

SGD:MYRNA P. WHEATLEY
*AG. REGISTRAR OF COMPANIES*

CERTIFIED A TRUE COPY BY THE REGISTRAR OF CORPORATE AFFAIRS

CRTI013CL

DATE: 5th day of September, 2006




 

## TERRITORY OF THE BRITISH VIRGIN ISLANDS
## THE INTERNATIONAL BUSINESS COMPANIES ACT
## (CAP.291)

**CERTIFICATE OF DISSOLUTION**      **(SECTION 94)**

No. 14610

The Registrar of Corporate Affairs of the British Virgin Islands HEREBY CERTIFIES pursuant to the International Business Companies Act, Cap. 291 that all the requirements of the Act in respect of dissolution were complied with by

**OMAHA FUND II LIMITED**

an International Business Company and that accordingly the said company is dissolved this 21st day of November, 1997.



Given under my hand and seal at

Road Town, in the Territory of the

British Virgin Islands

SGD:MYRNA P. WHEATLEY
**AG. REGISTRAR OF COMPANIES**

CERTIFIED A TRUE COPY BY THE REGISTRAR OF CORPORATE AFFAIRS:

CRTI013C2      DATE: 5th day of September, 2006

 




# TERRITORY OF THE BRITISH VIRGIN ISLANDS

## THE INTERNATIONAL BUSINESS COMPANIES ACT
### (CAP.291)

**CERTIFICATE OF DISSOLUTION**        (SECTION 94)

No. 4686

The Registrar of Corporate Affairs of the British Virgin Islands HEREBY CERTIFIES pursuant to the International Business Companies Act, Cap. 291 that all the requirements of the Act in respect of dissolution were complied with by

**PALM BEACH REAL ESTATE LIMITED**

an International Business Company and that accordingly the said company is dissolved this 21st day of November, 1997.



Given under my hand and seal at Road Town, in the Territory of the British Virgin Islands

SGD:MYRNA P. WHEATLEY
*AG. REGISTRAR OF COMPANIES*

CERTIFIED A TRUE COPY BY THE REGISTRAR OF CORPORATE AFFAIRS:

CRTI013CW                DATE: 5th day of September, 2006






# TERRITORY OF THE BRITISH VIRGIN ISLANDS

## THE INTERNATIONAL BUSINESS COMPANIES ACT
### (CAP.291)

### CERTIFICATE OF DISSOLUTION           (SECTION 94)

No. 53783

The Registrar of Corporate Affairs of the British Virgin Islands HEREBY CERTIFIES pursuant to the International Business Companies Act, Cap. 291 that all the requirements of the Act in respect of dissolution were complied with by

**PHOENIX FUND III LIMITED**

an International Business Company and that accordingly the said company is dissolved this 21st day of November, 1997.

Given under my hand and seal at
Road Town, in the Territory of the
British Virgin Islands



SGD: MYRNA P. WHEATLEY
*AG. REGISTRAR OF COMPANIES*

CERTIFIED A TRUE COPY BY THE REGISTRAR OF CORPORATE AFFAIRS: _____ (Act)

CRTI013CS                                    DATE: 5th day of September, 2006







## TERRITORY OF THE BRITISH VIRGIN ISLANDS
## THE INTERNATIONAL BUSINESS COMPANIES ACT
### (CAP.291)
### CERTIFICATE OF DISSOLUTION    (SECTION 94)

No. 10578

The Registrar of Corporate Affairs of the British Virgin Islands HEREBY CERTIFIES pursuant to the International Business Companies Act, Cap. 291 that all the requirements of the Act in respect of dissolution were complied with by

**THIRD I.R.E. LIMITED**

an International Business Company and that accordingly the said company is dissolved this 21st day of November, 1997.



Given under my hand and seal at

Road Town, in the Territory of the

British Virgin Islands

SGD:MYRNA P. WHEATLEY
AG. REGISTRAR OF COMPANIES

CERTIFIED A TRUE COPY BY THE REGISTRAR OF CORPORATE AFFAIRS

CRTI013CV             DATE: 5th day of September, 2006







## TERRITORY OF THE BRITISH VIRGIN ISLANDS

## THE INTERNATIONAL BUSINESS COMPANIES ACT
(CAP. 291)

CERTIFICATE OF DISSOLUTION                    (SECTION 94)

No. 113882

The Registrar of Corporate Affairs of the British Virgin Islands HEREBY CERTIFIES pursuant to the International Business Companies Act, Cap. 291 that all the requirements of the Act in respect of dissolution were complied with by

**TREVOSE HOTEL LIMITED**

an International Business Company and that accordingly the said company is dissolved this 21st day of November, 1997.

Given under my hand and seal at
Road Town, in the Territory of the
British Virgin Islands

SGD: MYRNA P. WHEATLEY
**AG. REGISTRAR OF COMPANIES**

CERTIFIED A TRUE COPY BY THE REGISTRAR OF CORPORATE AFFAIRS:

DATE: 5th day of September, 2006

CRTI013CT






# TERRITORY OF THE BRITISH VIRGIN ISLANDS
## THE INTERNATIONAL BUSINESS COMPANIES ACT
### (CAP. 291)
### CERTIFICATE OF DISSOLUTION           (SECTION 94)

No. 148686

The Registrar of Corporate Affairs of the British Virgin Islands HEREBY CERTIFIES pursuant to the International Business Companies Act, Cap. 291 that all the requirements of the Act in respect of dissolution were complied with by

**MONTECITO FUND III LIMITED**

an International Business Company and that accordingly the said company is dissolved this 4th day of April, 1999.



Given under my hand and seal at Road Town, in the Territory of the British Virgin Islands

SGD: LYDIA CLINE
*ASST. REGISTRAR OF COMPANIES*

CERTIFIED A TRUE COPY BY THE REGISTRAR OF CORPORATE AFFAIRS:

CRTI013CF                    DATE: 5th day of September, 2006



 

# TERRITORY OF THE BRITISH VIRGIN ISLANDS
## THE INTERNATIONAL BUSINESS COMPANIES ACT
### (CAP. 291)
### CERTIFICATE OF DISSOLUTION            (SECTION 94)

No. 136271

The Registrar of Corporate Affairs of the British Virgin Islands HEREBY CERTIFIES pursuant to the International Business Companies Act, Cap. 291 that all the requirements of the Act in respect of dissolution were complied with by

**DTW HOTEL LIMITED**

an International Business Company and that accordingly the said company is dissolved this 6th day of April, 1999.



Given under my hand and seal at Road Town, in the Territory of the British Virgin Islands

SGD: LYDIA CLINE
ASST. REGISTRAR OF COMPANIES

CERTIFIED A TRUE COPY BY THE REGISTRAR OF CORPORATE AFFAIRS:

CRTI013C8

DATE: 5th day of September, 2006

 

# TERRITORY OF THE BRITISH VIRGIN ISLANDS
# THE INTERNATIONAL BUSINESS COMPANIES ACT
## (CAP.291)
### CERTIFICATE OF DISSOLUTION    (SECTION 94)

No. 21531

The Registrar of Corporate Affairs of the British Virgin Islands HEREBY CERTIFIES pursuant to the International Business Companies Act, Cap. 291 that all the requirements of the Act in respect of dissolution were complied with by

**TAMPA FUND II LIMITED**

an International Business Company and that accordingly the said company is dissolved this 6TH DAY OF APRIL, 1999.

Given under my hand and seal at

Road Town, in the Territory of the

British Virgin Islands

SGD-LYDIA CLINE
*ASST. REGISTRAR OF COMPANIES*

CERTIFIED A TRUE COPY BY THE REGISTRAR OF CORPORATE AFFAIRS

CRYY013CF    DATE: 5th day of September, 2006




# TERRITORY OF THE BRITISH VIRGIN ISLANDS
## THE INTERNATIONAL BUSINESS COMPANIES ACT
### (CAP.291)

**CERTIFICATE OF DISSOLUTION** (SECTION 94)

No. 109861

The Registrar of Corporate Affairs of the British Virgin Islands HEREBY CERTIFIES pursuant to the International Business Companies Act, Cap. 291 that all the requirements of the Act in respect of dissolution were complied with by

**DENVER HOTEL LIMITED**

an International Business Company and that accordingly the said company is dissolved this 13th day of October, 1999.



Given under my hand and seal at

Road Town, in the Territory of the

British Virgin Islands

SGD: LYDIA CLINE
SR. ASST. REGISTRAR OF COMPANIES

CERTIFIED A TRUE COPY BY THE REGISTRAR OF CORPORATE AFFAIRS.

CRTI013CT

DATE: 5th day of September, 2006





# TERRITORY OF THE BRITISH VIRGIN ISLANDS
## THE INTERNATIONAL BUSINESS COMPANIES ACT
### (CAP 291)
### CERTIFICATE OF DISSOLUTION         (SECTION 94)

No. 64923

The Registrar of Corporate Affairs of the British Virgin Islands HEREBY CERTIFIES pursuant to the International Business Companies Act, Cap. 291 that all the requirements of the Act in respect of dissolution were complied with by

**KINGWOOD III LIMITED**

an International Business Company and that accordingly the said company is dissolved this 29th day of October, 1999.

Given under my hand and seal at
Road Town, in the Territory of the
British Virgin Islands

SGD LYDIA CLINE
SR ASST. REGISTRAR OF COMPANIES

CERTIFIED A TRUE COPY BY THE REGISTRAR OF CORPORATE AFFAIRS,

CRT#01300                     DATE: 5th day of September, 2006







# TERRITORY OF THE BRITISH VIRGIN ISLANDS
## THE INTERNATIONAL BUSINESS COMPANIES ACT
### (CAP. 291)

### CERTIFICATE OF DISSOLUTION    (SECTION 94)

No. 4678

The Registrar of Corporate Affairs of the British Virgin Islands HEREBY CERTIFIES pursuant to the International Business Companies Act, Cap. 291 that all the requirements of the Act in respect of dissolution were complied with by

**SECOND I.R.E. LIMITED**

an International Business Company and that accordingly the said company is dissolved this 13th day of October, 1999.



Given under my hand and seal at Road Town, in the Territory of the British Virgin Islands

SGD: LYDIA CLINE
SR. ASST. REGISTRAR OF COMPANIES

CERTIFIED A TRUE COPY BY THE REGISTRAR OF CORPORATE AFFAIRS:

CRTI013CW                    DATE: 5th day of September, 2006





# TERRITORY OF THE BRITISH VIRGIN ISLANDS
## THE INTERNATIONAL BUSINESS COMPANIES ACT
### (CAP.291)
### CERTIFICATE OF DISSOLUTION             (SECTION 94)

No. 144306

The Registrar of Corporate Affairs of the British Virgin Islands HEREBY CERTIFIES pursuant to the International Business Companies Act, Cap. 291 that all the requirements of the Act in respect of dissolution were complied with by

**ANGLER LIMITED**

an International Business Company and that accordingly the said company is dissolved this 9TH DAY OF MAY, 2000.



Given under my hand and seal at Road Town, in the Territory of the British Virgin Islands

SGD: LYDIA CLINE
SR. ASST. REGISTRAR OF COMPANIES

CERTIFIED A TRUE COPY BY THE REGISTRAR OF CORPORATE AFFAIRS:

CRTI013CU

DATE: 5th day of September, 2006





## TERRITORY OF THE BRITISH VIRGIN ISLANDS

### THE INTERNATIONAL BUSINESS COMPANIES ACT
### (CAP.291)

**CERTIFICATE OF DISSOLUTION**   (SECTION 94)

No. 142288

The Registrar of Corporate Affairs of the British Virgin Islands HEREBY CERTIFIES pursuant to the International Business Companies Act, Cap. 291 that all the requirements of the Act in respect of dissolution were complied with by

**BIGMOUTH BASS LIMITED**

an International Business Company and that accordingly the said company is dissolved this 9th day of May, 2000.



Given under my hand and seal at Road Town, in the Territory of the British Virgin Islands

SGD: LYDIA CLINE
SR. ASST. REGISTRAR OF COMPANIES

CERTIFIED A TRUE COPY BY THE REGISTRAR OF CORPORATE AFFAIRS,

CRTI013C1                                    DATE: 5th day of September, 2006




 

## TERRITORY OF THE BRITISH VIRGIN ISLANDS

## THE INTERNATIONAL BUSINESS COMPANIES ACT
## (CAP.291)

### CERTIFICATE OF DISSOLUTION           (SECTION 94)

No. 14611

The Registrar of Corporate Affairs of the British Virgin Islands HEREBY CERTIFIES pursuant to the International Business Companies Act, Cap. 291 that all the requirements of the Act in respect of dissolution were complied with by

**BLUE ASH II LIMITED**

an International Business Company and that accordingly the said company is dissolved this 9th day of May, 2000.



Given under my hand and seal at Road Town, in the Territory of the British Virgin Islands

SGD: LYDIA CLINE
**SR. ASST. REGISTRAR OF COMPANIES**

CERTIFIED A TRUE COPY BY THE REGISTRAR OF CORPORATE AFFAIRS:

CRTI013CN                                DATE: 5th day of September, 2006

 




# TERRITORY OF THE BRITISH VIRGIN ISLANDS

## THE INTERNATIONAL BUSINESS COMPANIES ACT
### (CAP.291)

### CERTIFICATE OF DISSOLUTION           (SECTION 94)

No. 4607

The Registrar of Corporate Affairs of the British Virgin Islands HEREBY CERTIFIES pursuant to the International Business Companies Act, Cap. 291 that all the requirements of the Act in respect of dissolution were complied with by

**FIRST I.R.E. LIMITED**

an International Business Company and that accordingly the said company is dissolved this 9th day of May, 2000.



Given under my hand and seal at Road Town, in the Territory of the British Virgin Islands

SGD: LYDIA CLINE
SR. ASST. REGISTRAR OF COMPANIES

CERTIFIED A TRUE COPY BY THE REGISTRAR OF CORPORATE AFFAIRS:

CRTI013C8                DATE: 5th day of September, 2006







# TERRITORY OF THE BRITISH VIRGIN ISLANDS
## THE INTERNATIONAL BUSINESS COMPANIES ACT
### (CAP.291)

CERTIFICATE OF DISSOLUTION             (SECTION 94)

No. 108025

The Registrar of Corporate Affairs of the British Virgin Islands HEREBY CERTIFIES pursuant to the International Business Companies Act, Cap. 291 that all the requirements of the Act in respect of dissolution were complied with by

**DEAN COUNTRY LIMITED**

an International Business Company and that accordingly the said company is dissolved this 24th day of October, 2001.



Given under my hand and seal at Road Town, in the Territory of the British Virgin Islands

SGD: LYDIA CLINE-PARSONS
*SR. ASST. REGISTRAR OF COMPANIES*

CERTIFIED A TRUE COPY BY THE REGISTRAR OF CORPORATE AFFAIRS:

CRTI013C5                    DATE: 5th day of September, 2006




**TERRITORY OF THE BRITISH VIRGIN ISLANDS**

**THE INTERNATIONAL BUSINESS COMPANIES ACT**

**(CAP 291)**

**CERTIFICATE OF DISSOLUTION**          **(SECTION 94)**

No. 118686

The Registrar of Corporate Affairs in the British Virgin Islands HEREBY CERTIFIES pursuant to the International Business Companies Act, Cap. 291 that all the requirements of the Act in respect of dissolution were complied with by

**HUCK FINN INN LIMITED**

an International Business Company and that accordingly the said company is dissolved this 7th day of May, 2002.

Given under my hand and seal at

Road Town, in the Territory of the

British Virgin Islands

SGD MYRNA HERBERT
*REGISTRAR OF COMPANIES*

CERTIFIED A TRUE COPY BY THE REGISTRAR OF CORPORATE AFFAIRS

CRTI013CO                    DATE: 5th day of September, 2006