LX104/6542K

CT

# APPLICATION FOR AUTHORITY

## OF

## SNCB SECURITIES INC.

## UNDER SECTION 1304 OF THE BUSINESS CORPORATION LAW

920915000V11

CT

*******

Pursuant to the provisions of the New York Business Corporation Law, the undersigned corporation hereby applies for authority to transact business in New York, and for that purpose submits the following:

1.  (a)  The name of the corporation is SNCB Securities Inc.

(b)  The name under which it shall conduct business in New York is SNCB Securities Inc.

2.  It is incorporated under the laws of Delaware.

3.  The date of its incorporation is September 4, 1992.

4.  That the business which the corporation proposes to conduct in New York State is as follows:

To engage in any lawful act or activity for which corporations may be organized under the Business Corporation Law provided that the corporation shall not engage in any act or activity which requires the consent or approval of any state official, department, board, agency or other body, without such consent or approval first being obtained.

5.  The office of the corporation within the State of New York is to be located in the county of New York.

ASH006626

2

6.   That said corporation hereby designates the Secretary of State as its agent upon whom all process in any action or proceedings against it may be served within the State of New York.

7.   The address to which the Secretary of State shall mail a copy of process in any action or proceedings against the corporation which may be served upon him is: c/o C T Corporation System, 1633 Broadway, New York, New York 10019.

8.   Since the date of its incorporation, the corporation has not engaged in any activity in New York.

9.   The corporation hereby appoints C T Corporation System, 1633 Broadway, New York, New York 10019, as its registered agent in New York upon whom process against it may be served.

IN WITNESS WHEREOF, SNCB SECURITIES INC., the corporation hereinbefore mentioned and described has caused this certificate to be signed in its name by its Executive Vice President and Secretary this _9th_ day of September, 1992 and the statements contained therein are affirmed as true under penalties of perjury.

SNCB SECURITIES INC.

By: _____
Name:   Thomas M. Krohley
Title:  Executive Vice President
        and Secretary

ASH006627



**State of Delaware**

PAGE   1

# Office of Secretary of State

I, MICHAEL RATCHFORD, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY SNCB SECURITIES INC. IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE DATE SHOWN BELOW.

AND I DO HEREBY FURTHER CERTIFY THAT THE FRANCHISE TAXES HAVE NOT BEEN ASSESSED TO DATE.

* * * * * * * * *

Michael Ratchford, Secretary of State

AUTHENTICATION:   *3581112

DATE:   09/04/1992

722248059

3

ASH006628

A920915000/19

CT

APPLICATION FOR AUTHORITY

OF

SNCB SECURITIES INC.

UNDER SECTION 1304 OF THE BUSINESS CORPORATION LAW

STATE OF NEW YORK
DEPARTMENT OF STATE
FILED SEP 1 5 1992
TAX $ _None_
BY: _____
_New York_

FILED
Sep 15 10 38 AM '92

RECEIVED
Sep 15 10 05 AM '92

Shearman & Sterling
599 Lexington Avenue
New York, NY 10022

4 BILLED
920915000/19

ASH006629

**NYS DEPARTMENT OF STATE - DIVISION OF CORPORATIONS**
*Statement of Addresses and Directors, Part A*

| | FILING PERIOD | FEE |
|---|---|---|
| 1668908 | 08/1993 | $80.00 |

CORPORATION NAME
SNCB SECURITIES INC.

☐ The corporation is a corporation engaged in the production of crops, livestock, and livestock products on land used in agricultural production (Agriculture and Markets Law Section 301). It is not required to report.

| NAME | Frederik O. Crawford — Chairman | | |
|---|---|---|---|
| ADDRESS | 20 West 55th Street, 3rd Floor, New York | | |
| CITY | New York | STATE NY | ZIP 10019-5373 |
| NAME | John K. Bouckley, President | | |
| ADDRESS | 20 West 55th Street, 3rd Floor | | |
| CITY | New York | STATE NY | ZIP 10019-5373 |
| NAME | c/o CT Corporation System | | |
| ADDRESS | 1633 Broadway | | |
| CITY | New York | STATE NY | ZIP 10019 |

**NYS DEPARTMENT OF STATE - DIVISION OF CORPORATIONS**
*Statement of Addresses and Directors, Part B*

| | FILING PERIOD | FEE |
|---|---|---|
| 1668908 | 08/1993 | $80.00 |

CORPORATION NAME
SNCB SECURITIES INC.

(1) NAME AND BUSINESS ADDRESS OF THE CHAIRMAN OF THE BOARD OF DIRECTORS

NO ADDRESS ON FILE

(2) ADDRESS OF THE PRINCIPAL EXECUTIVE OFFICE

NO ADDRESS ON FILE

(3) SERVICE OF PROCESS ADDRESS
C/O C T CORPORATION SYSTEM
1633 BROADWAY
NEW YORK NY 10019

MAKE NO MARKS BELOW THIS LINE.

93100400

ASH006630

N93100400344

## IMPORTANT NOTICE

A New York Corporation which is no longer conducting business should file a Certificate of Dissolution pursuant to section 1003 of the Business Corporation Law and a foreign corporation no longer conducting business in New York State should file a Surrender of Authority pursuant to section 1310 or a Termination of Existence pursuant to section 1311 of the Business Corporation Law. An inactive corporation continues to accrue tax liability and possible interest and penalties until formally dissolved, surrendered, or terminated. Questions regarding the filing of these certificates should be directed to the NYS Department of State, Division of Corporations, 162 Washington Avenue, Albany, NY 12231-0001 or by calling 518-473-2492. You are also advised to request Publication 110, "Information and Instructions for Termination of Business Corporations" from the Department of Taxation and Finance. Requests for this publication may be made by phone within New York State by calling 1-800-462-8100 or from outside of New York State by calling (518) 438-1073. Mail requests should be addressed to: NYS Department of Taxation & Finance, Taxpayer Assistance Bureau, W. A. Harriman Campus, Albany NY 12227.

Filing Period and Penalty – the filing period is the calendar month during which the original certificate of incorporation or application for authority was filed or the effective date that corporate existence began, if stated in the certificate of incorporation. Failure to timely file this statement will be reflected in the department's records as past due or delinquent and may later subject the corporation to a fine of $250. See section 409 of the Business Corporation Law.

Filing Fee: The statutory filing fee is $50. Checks and money orders must be made payable to the "Department of State." DO NOT mail cash.

Send entire form, completed, and with $50.00 fee, in the self-mailer envelope, to the Department of State, Division of Corporations, 162 Washington Avenue, Albany, NY 12231-0002.

---

### Statement of Addresses and Directors, Part C

IN WITNESS WHEREOF, this certificate has been subscribed this _14th_ day of _Sept_, 19 _13_, by the undersigned who affirms that the statements made herein are true under the penalties of perjury.

THOMAS M. KROHLEY
PRINT OR TYPE NAME

E.V.P. Y Secretary
PRINT OR TYPE TITLE

_Thom M. Krohley_

98100400344

STATE OF NEW YORK
DEPARTMENT OF STATE
FILED OCT 0 4 1993
BY:

MAKE NO MARKS BELOW THIS LINE

ASH006631

NYS DEPARTMENT OF STATE - DIVISION OF CORPORATIONS

**Biennial Statement, Part A**

| | | FILING PERIOD | FEE |
|---|---|---|---|
| | 1665806 | 09/1998 | $9.00 |

CORPORATION NAME
SNCB SECURITIES INC.

| 1 | FARM CORPORATION | ☐ | The corporation is a corporation engaged in the production of crops, livestock, and livestock products on land used in agricultural production (Agriculture and Markets Law Section 301). It is not required to report. |
|---|---|---|---|

| 2 | NAME AND BUSINESS ADDRESS OF THE CHIEF EXECUTIVE OFFICER | NAME FREDERIK O. CRAWFORD | | |
| | | ADDRESS 33 E. 67th STREET | | |
| | | CITY NEW YORK | STATE NY | ZIP + 4 10021- |

| 3 | ADDRESS OF THE PRINCIPAL EXECUTIVE OFFICE | NAME Thomas M. Krohley | | |
| | | ADDRESS 33 E. 67th Street | | |
| | | CITY NEW YORK | STATE NY | ZIP + 4 10021- |

| 4 | SERVICE OF PROCESS ADDRESS | NAME | | |
| | | ADDRESS | | |
| | | CITY | STATE | ZIP + 4 |

NYS DEPARTMENT OF STATE - DIVISION OF CORPORATIONS

**Biennial Statement, Part B**

| | | FILING PERIOD | FEE |
|---|---|---|---|
| | 1665806 | 09/1998 | $9.00 |

CORPORATION NAME
SNCB SECURITIES INC.

(1) NAME AND BUSINESS ADDRESS OF THE CHIEF EXECUTIVE OFFICER
FREDERICK O. CRAWFORD
20 WEST 55TH STREET
3RD FLOOR
NEW YORK, NY 10019-5373

(2) ADDRESS OF THE PRINCIPAL EXECUTIVE OFFICE
JOHN K. BOUCKLEY
20 WEST 55TH STREET
3RD FLOOR
NEW YORK, NY 10019-5373

(3) SERVICE OF PROCESS ADDRESS
C/O C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NY 10011

99110900

MAKE NO MARKS BELOW THIS LINE          (YOU MUST SIGN PART C)          DOS-1157 (06/99)

ASH006632

**IMPORTANT NOTICE**          99110900

A New York Corporation which is no longer conducting business should file a Certificate of Dissolution pursuant to section 1003 of the Business Corporation Law, and a foreign corporation no longer conducting business in New York State should file a Surrender of Authority pursuant to section 1310 or a Termination of Existence pursuant to section 1311 of the Business Corporation Law. An inactive corporation continues to accrue tax liability and possible interest and penalties until formally dissolved, surrendered, or terminated. Questions regarding the filing of these certificates should be directed to the NYS Department of State, Division of Corporations, Albany, NY 12231-0002 or by calling 518-473-2492. You are also advised to request Publication 110, "Information and Instructions for Termination of Business Corporations" from the Department of Taxation and Finance. Requests for this publication may be made by phone by calling 1-800-462-8100. Mail requests should be addressed to: NYS Department of Taxation & Finance, Taxpayer Assistance Bureau, W. A. Harriman Campus, Albany NY 12227.

Penalty – failure to timely file this statement will be reflected in the department's records as past due or delinquent and may later subject the corporation to a fine of $250. See section 409 of the Business Corporation Law.

Filing Period – the filing period is the calendar month during which the original certificate of incorporation or application for authority was filed or the effective date that corporate existence began, if stated in the certificate of incorporation.

Filing Fee: The statutory filing fee is $9.00. Checks and money orders must be made payable to the "Department of State." DO NOT mail cash.

Send entire form, completed, and with $9.00 fee, in the self-mailer envelope, to the Department of State, Division of Corporations, Albany, NY 12231-0002.

41 State St.

*Biennial Statement, Part C – Signing*

Thomas M. Krohley
PRINT OR TYPE NAME OF SIGNER

President
PRINT OR TYPE THE TITLE OR CAPACITY OF THE SIGNER

SIGNATURE

**STATE OF NEW YORK
DEPARTMENT OF STATE**

FILED NOV 0 9 1999

BY:

MAKE NO MARKS BELOW THIS LINE

99110900

ASH006633

990924●00023

# CERTIFICATE OF CHANGE
## OF APPLICATION OF AUTHORITY OF

### SNCB SECURITIES INC.

**Under Section 1309-A of the Business Corporation Law**

1.  The name of the foreign corporation as it appears on the index of names of existing domestic and authorized foreign corporations in the Department of State, Division of Corporations is SNCB SECURITIES INC.

    If applicable, its fictitious name is

2.  The jurisdiction of incorporation is DELAWARE.

3.  The Application for Authority of said corporation was filed by the Department of State on 9/15/92

4.  The address of C T Corporation System as the registered agent of said foreign corporation is hereby changed from C T CORPORATION SYSTEM, 1633 BROADWAY, NEW YORK, NY  10019  to 111 Eighth Avenue, New York, New York 10011.

5.  The address to which the Secretary of State shall mail a copy of process in any action or proceeding against the foreign corporation which may be served on him is hereby changed from C/O C T CORPORATION SYSTEM, 1633 BROADWAY, NEW YORK, NY 10019  to c/o C T Corporation System, 111 Eighth Avenue, New York, New York 10011.

6.  Notice of the above changes was mailed to the foreign corporation by C T Corporation System not less than 30 days prior to the date of delivery to the Department of State and such foreign corporation has not objected thereto.

7.  C T Corporation System is both the agent of such foreign corporation to whose address the Secretary of State is required to mail copies of process and the registered agent of such foreign corporation.

C T CORPORATION SYSTEM

By: *Kenneth J. Uva*

Kenneth J. Uva
Vice President

NY Foreign Corporation – agent process address

ASH006634

F990924000023

**E9 - DRAWDOWN**

# CERTIFICATE OF CHANGE
## OF

### SNCB SECURITIES INC.

**Under Section 1309-A of the Business Corporation Law**

Filed by:   C T CORPORATION SYSTEM
111 Eighth Avenue
New York, New York 10011

STATE OF NEW YORK
DEPARTMENT OF STATE
FILED       SEP 2 4 1999
TAX $
BY:

NY Foreign Corporation — agent and or process address

2          0 9 0 9 2 4 0 0 0 023

ASH006635

PR-30.31 (7/96)

New York State Department of Taxation and Finance - Corporation Tax
Albany NY 12227

F011024000197

To Secretary of State

Date:   October 17, 2001

Name of Corporation

SNCB SECURITIES INC.                              ID# 13-3680087   AA6

Pursuant to provisions of section     1310     of the Business Corporation Law, the Commissioner of Taxation and Finance hereby consents to the   Surrender of Authority of the above named corporation.

Certificate and fee are attached.

Filed by  SNCB SECURITIES INC.
          420 Lexington Avenue
          Ste. 460
          New York, NY  10170

Director, Processing Division

By   Debbie Stockwell

White-Department of State          Yellow-Department of State          Pink-Taxpayer

ASH006636

F 011 024 000 197

Certificate of Surrender of Authority

of

SNCB Securities Inc.

(Under Section 1310 of the Business Corporation Law)

RECEIVED
DEPARTMENT OF
TAXATION AND FINANCE
OCT. 1 2 2001
CORPORATION TAX
DISSOLUTION

Pursuant to the provision of the Business Corporation Law of the State of New York (the "BCL"), it is hereby certified as follows:

1.  The name of the corporation is: SNCB Securities Inc. (the "Corporation").

2.  The Corporation was incorporated in Delaware and authorized to do business in New York State on September 15, 1992.

3.  The Corporation hereby elects to surrender its authority to do business in New York State.

4.  *THE CORPORATION REVOKES ITS REGISTERED AGENT.*

5.  The Corporation hereby consents that process against it in any action or special proceeding based upon liability or obligation incurred by it within New York State before the filing of Certificate of Surrender may be served on the Secretary of State after it is filed as stated in paragraph (b) of section 306 (Service of Process).

6.  The address to which the Secretary of State can forward mail:

    SNCB Securities Inc.
    c/o Ms. Virginia Pensa
    45 Tudor City Place, Apt. #619
    New York, NY 10017

In WITNESS WHEREOF, the Corporation has caused this Certificate to be signed and subscribed in its name by its officer as of July 25, 2001, and the statements herein are affirmed as true under the penalty of perjury.

SNCB Securities, Inc.

By _____
Virginia Pensa
Secretary

2

ASH006637

F011024000197

CERTIFICATE OF SURRENDER OF AUTHORITY

OF

SNCB SECURITIES INC.

PURSUANT TO SECTION 1310 OF THE BUSINESS CORPORATION LAW

FILED BY: SNCB SECURITIES INC.
420 LEXINGTON AVENUE / SUITE 460
NEW YORK, NY 10170

STATE OF NEW YORK
DEPARTMENT OF STATE

OCT 2 4 2001

FILED
TAX $ _____
BY: _____PEM_____

NY. Co.

011024000202

3

ASH006638