

Tareekh Osama\41\Tareekh Osama 108.jpg

BOS000001

ASH000904

*(Parenthetical remarks in Italic are the translator's)*

*(Document name: **TAREEKHOSAMA/41/Tareekh Osama.108**)*

In the name of God, the most gracious, the most merciful

And spend for God's cause *(Quraanic verse)*

| | | |
|---|---|---|
| 1) | Suleiman Al-Rashid. | (Wail) |
| 2) | Abdel Qader Bakri. | (Wail) |
| 3) | Bin Laden Brothers. | (Usama) |
| 4) | Yousif Jameel. | (Baterji) |
| 5) | Ibrahim Afandi. | (Baterji) |
| 6) | Saleh Kamel. | (Baterji) |
| 7) | Al-Rajhi. | (Usama) |
| 8) | Al-Jumaih. Jeddah (S.A) | (Baterji) |
| 9) | Al-Sharbatly | (Usama) |
| 10) | *(Illegible)* Al-Naghi | (Usama) |
| 11) | Bin Mahfoodh | (Usama) |
| 12) | Abdel Qader Faqeeh | (Usama) |
| 13) | Salah Al-Din Abdel Jawad | (Wail) |
| 14) | Ahmad Turki Yamani | (Baterji) |
| 15) | Abdel Hadi Taher | (Wail) |
| 16) | Mohammed Omar *(illegible)* | (Baterji) |
| 17) | Al- Kuwait | (Usama) |
| 18) | Ahmad Al-Harbi | (Salem Taher) |

BOS000002

ASH000905

19) Al-Issaei  (Salem Taher)

20) Hamad Al-Husaini  (Abu Mazin)

BOS000003

ASH000906