Sheikh Khalid Bin Mahfouz
c/o Kendall Freeman
One Fetter Lane
London
EC4A 1JB



**CAMBRIDGE**
UNIVERSITY PRESS

**The Edinburgh Building**
Shaftesbury Road
Cambridge CB2 8RU, UK

www.cambridge.org

30 July 2007

Telephone  +44 (0)1223 312393
Fax  +44 (0)1223 315052
Email  information@cambridge.org

Dear Sir,

*Alms for Jihad*: Burr and Collins, Cambridge University Press

We write in response to your solicitors' letter of 28 March 2007 drawing our attention to allegations published in *Alms for Jihad* written by J. Millard Burr and Robert O. Collins ('the Book') which Cambridge University Press published in April last year.

Throughout the Book there are serious and defamatory allegations about yourself and your family, alleging support for terrorism through your businesses, family and charities, and directly.

As a result of what we now know, we accept and acknowledge that all of those allegations about you and your family, businesses and charities are entirely and manifestly false.

In researching the allegations the authors relied on a range of official and governmental sources, including documents from court proceedings. They also relied on the so-called *Golden Chain* document (as well as an article published on a now defunct website, www.investigateur.com), which has long been discredited as a reliable source for supporting the allegation that those individuals listed in the document financed terrorism. Your solicitors have explained that such reliance was misplaced and have also drawn to our attention the apologies given to you by Associated Newspapers as well as Jean-Charles Brisard and others.

Cambridge University Press is a responsible publisher and has no desire to publish false or inaccurate material. The allegations were originally published in good faith, but having received your solicitors' letter and read the information sent

with it we now recognise that the information on which they were based was wrong. Having recognised this, Cambridge University Press has put a stop to any further distribution of the Book.

Additionally, Cambridge University Press is prepared to pulp all existing copies of the Book held by us or in our distributors' warehouses as well as all unsold copies returned to us. Although we cannot guarantee unequivocally that no individual copies will remain on sale because of the way the supply chain works, we have taken the practicable steps we can to prevent further publication.

In addition and in keeping with our good faith approach, as soon as we received your solicitors' letter we took immediate steps to prevent further publication by others, and there will be no future editions.

Cambridge University Press accepts that the entire Bin Mahfouz family categorically and unreservedly condemns terrorism in all its manifestations, and that at no time has any member of the family contributed to any terrorist organisation, nor has the family ever had reason to believe that funds it has given over the years to a wide variety of charities, including the Muwafaq Foundation, have been used other than for the charitable purposes intended.

We try to publish to the highest standards and not to use inaccurate and misleading information. We regret that in this instance we fell short of that aim. Please accept our sincere apologies for the distress and embarrassment this has caused. We are pleased that we can resolve this matter without the need for litigation and confirm that, subject to the reservations above, Cambridge University Press undertakes not to publish these or any similar allegations about you in future.

To emphasise our regret we have agreed to pay you substantial damages and to make a contribution to your reasonable legal costs in dealing with this matter, both of which you have agreed to donate to the charity UNICEF.

Yours faithfully,

Kevin Taylor
Press Intellectual Property Director