June 26, 1996

James R. Bath
c/o Richard London, Esq.
3118 Richmond, Suite 200
Houston, Texas 77098

## Southwest Airport Services, Inc.

Dear Mr. Bath,

This letter is to confirm that the Pledge of 900 shares in the referenced Texas company dated as of January 17, 1990, executed by you in favor of the undersigned's predecessor in interest to such pledge, The Saudi National Commercial Bank, Bahrain, is hereby released in full.

Very truly yours,

The Saudi National Commercial Bank, Bahrain

_____
Ebrahim Shehabi
Senior Vice President

_____
Saleh Hussain
General Manager