SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| JEFF NIEMEYER, | : | C.A. No. 96-6432 |
| Plaintiff, | : | |
| v. | : | **CALENDAR 11 - JUDGE SALZMAN** |
| NATIONAL COMMERCIAL BANK OF SAUDI ARABIA, | : | |
| Defendant. | : | |

### ORDER DISMISSING CASE FOR WANT OF PROSECUTION

(November 15, 1996)

This case was calendared for an Initial Scheduling and Settlement Conference today on notice given to all parties by the Court. No party appeared for the conference and no one requested that it be continued. In addition, there is no indication in the record that the defendant has been properly served or that this Court has jurisdiction over it. Accordingly, it is by the Court this **15th** day of **November**, 1996

**ORDERED** that the complaint is **dismissed without prejudice** for want of prosecution.

RICHARD S. SALZMAN
Superior Court Judge

Signed in Chambers

Copies to: (continued on next page)

Mr. Jeff Niemeyer
4644 Kenny Road
Columbus, OH 43220
    Pro se plaintiff

DOCKETED NOV 20 1996
MAILED NOV 20 1996