IN THE COURT OF COMMON PLEAS
FRANKLIN COUNTY, OHIO
CIVIL DIVISION

TERMINATION NO. 8
BY [illegible] 12/10/96

**Global Resource Management, Inc.**
4644 Kenny Road
Columbus, Ohio 43220,

    Plaintiff,

    vs.

Case No. 96CVH07-5570

JUDGE LISA SADLER

**National Commercial Bank
of Saudi Arabia**
P.O. Box 3555
Jeddah
21481 King Abdulaziz Street
Kingdom of Saudi Arabia,

and

**Eastbrook, Inc.**,
c/o Noushir Hasan
24th Floor
757 Third Avenue
New York, NY 10017

and

**Sheik Kahled Bin Mahfouz**
P.O. Box 3555
Jeddah
21481 King Abdulaziz Street
Kingdom of Saudi Arabia,

and

**Mohammed Hussein Al Amoudi**
P.O. Box 3555
Jeddah
21481 King Abdulaziz Street
Kingdom of Saudi Arabia,

and

1

[illegible name]
P.O. Box 1555
Jeddah
21451 King Abdulaziz Street
Kingdom of Saudi Arabia,

and

John Doe,

and

Jane Doe,

    Defendants.

FILED
COMMON PLEAS COURT
FRANKLIN CO., OHIO
96 DEC 10 AM 10: 47
JESS[...]
CLERK OF COURTS

### NOTICE OF VOLUNTARY DISMISSAL

Now comes plaintiff, through counsel, and, pursuant to Civ. R. 41(A)(1), hereby gives notice of his voluntary dismissal of the above described action. This Notice is given prior to trial. Plaintiff has not previously dismissed these claims in any court.

Respectfully submitted,

*[signature]*

HARRY R. REINHART (0008294)
REINHART LAW OFFICE
330 SOUTH HIGH STREET
COLUMBUS, OHIO 43215-4510
614-228-7771

Counsel for the Plaintiff

566894I2

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing notice of voluntary dismissal has been forwarded to Richard A. Chesley, Esq., Jones Day Reavis & Pogue, 41 S. High Street, Suite 1900 Columbus, Ohio 43215, by placing same in the ordinary U.S. Mail, first class postage prepaid this 10th day of December, 1996.

Catherine R. Burns

FILED
COMMON PLEAS COURT
FRANKLIN CO. OHIO
96 DEC 10 AM 10:47
JOHN O'GRADY
CLERK OF COURTS

56689413