

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

GLOBAL RESOURCE MANAGEMENT, INC.          :

                            Plaintiff,                    :          Civil No. 96 CV 8444 (RPP)

            -against-                                     :

NATIONAL COMMERCIAL BANK OF               :          ORDER
SAUDI ARABIA,                                            :

                                                                  :

                            Defendant.                   :
------------------------------------------------------------------X

Defendant National Commercial Bank of Saudi Arabia, having moved this Court on

November 27, 1996 for an order, pursuant to Rule 12(b)(1), (2), (3), (4), (5), and (6) of the Federal

Rules of Civil Procedure, dismissing with prejudice plaintiff's complaints; and upon

The Affidavit of Julie Fiorella, affirming that a true copy of the Notice of Motion, the

Affidavit of Matthew S. Dontzin, Esq., and the Memorandum of Law in support thereof, was duly

served upon the plaintiff, Global Resource Management, Inc., c/o Jeffrey Niemeyer, 4644 Kenny

Road, Columbus, Ohio 43220, on November 27, 1996; and

The defendant's Motion to Dismiss plaintiff's complaint being returnable before this

Court on December 18, 1996, and Rule 3 of the Civil Rules of the Southern and Eastern Districts

of New York requiring that any opposing affidavits and/or answering memoranda be served by the

plaintiff upon this Court and counsel on or before December 11, 1996, and the plaintiff having filed

PLEAD013306

no papers in opposition to defendant's motion, nor having sought any extension or having otherwise

appeared in this action;

Now, it is hereby:

ORDERED that the above-entitled action and the plaintiff's complaint is hereby

dismissed with prejudice.


Dated:      New York, New York
            December 20, 1996

                                                _____
                                                United States District Judge
                                                Part I


To:   Clerk of the Court

      Global Resource Management, Inc.
      (c/o Jeff Niemeyer)
      4644 Kenny Road
      Columbus, Ohio 43220

F:\WPDATA\KBM\GRM\ORDR1218.V2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GLOBAL RESOURCE MANAGEMENT, INC.         :
                                         :        Civil No. 96 CV 8444
                        Plaintiff,       :
                                         :        **AFFIDAVIT OF**
        -against-                        :        **SERVICE BY MAIL**
                                         :
NATIONAL COMMERCIAL BANK OF              :
SAUDI ARABIA,                            :
                                         :
                        Defendant.       :
------------------------------------------------------------------X

The undersigned, being duly sworn, deposes and says:

1.    Deponent is not a party to this action, is over 18 years of age, and resides in

Queens, New York.

2.    On December 26, 1996, I served upon Global Resource Management, the

Plaintiff herein, a true copy of the annexed Notice of Entry of Order by depositing it in a

postpaid properly addressed wrapper, in an official depository, under the exclusive

custody of the United States Postal Service within the State of New York, addressed to

Global Resource Management, Inc., c/o Jeff Niemeyer, 4644 Kenny Road, Columbus,

Ohio 43220.

PASQUALE VISCUSI

Sworn to before me this
30th day of December, 1996

Notary Public

ANDREA H. STEMPEL
Notary Public, State of New York
No. 31-4984670
Qualified in New York County
Commission Expires July 29, 19__

F:\WPDATA\KBM\GRM\AFFSRVNO.E

PLEAD013308



UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

GLOBAL RESOURCE MANAGEMENT, INC.          :

                                         :          Civil No. 96 CV 8446 (RPP)

                  Plaintiff,          :

        -against-          :

NATIONAL COMMERCIAL BANK OF          :          <u>ORDER</u>
SAUDI ARABIA,
                                           :

                Defendant.          :
--------------------------------------------------------------X

         Defendant National Commercial Bank of Saudi Arabia, having moved this Court on

November 27, 1996 for an order, pursuant to Rule 12(b)(1), (2), (3), (4), (5), and (6) of the Federal

Rules of Civil Procedure, dismissing with prejudice plaintiff's complaints; and upon

         The Affidavit of Julie Fiorella, affirming that a true copy of the Notice of Motion, the

Affidavit of Matthew S. Dontzin, Esq., and the Memorandum of Law in support thereof, was duly

served upon the plaintiff, Global Resource Management, Inc., c/o Jeffrey Niemeyer, 4644 Kenny

Road, Columbus, Ohio 43220, on November 27, 1996; and

         The defendant's Motion to Dismiss plaintiff's complaint being returnable before this

Court on December 18, 1996, and Rule 3 of the Civil Rules of the Southern and Eastern Districts

of New York requiring that any opposing affidavits and/or answering memoranda be served by the

plaintiff upon this Court and counsel on or before December 11, 1996, and the plaintiff having filed

no papers in opposition to defendant's motion, nor having sought any extension or having otherwise

appeared in this action;

Now, it is hereby:

ORDERED that the above-entitled action and the plaintiff's complaint is hereby

dismissed with prejudice.

Dated:      New York, New York
            December 20, 1996 ·

                                        _____
                                        United States District Judge

                                        Part 1

To:      Clerk of the Court

         Global Resource Management, Inc.
         (c/o Jeff Niemeyer)
         4644 Kenny Road
         Columbus, Ohio 43220

F:\WPDATA\KIM\GRM\ORDR1218.V2B

PLEAD013231

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

GLOBAL RESOURCE MANAGEMENT, INC.     :

                                  :     Civil No. 96 CV 8446

              Plaintiff,         :

                                    :     **AFFIDAVIT OF**

        -against-              :     **SERVICE BY MAIL**

                                    :

NATIONAL COMMERCIAL BANK OF       :
SAUDI ARABIA,                           :

                                    :

             Defendant.        :

-------------------------------------------------------------X

The undersigned, being duly sworn, deposes and says:

1.     Deponent is not a party to this action, is over 18 years of age, and resides in Queens, New York.

2.     On December 26, 1996, I served upon Global Resource Management, the Plaintiff herein, a true copy of the annexed Notice of Entry of Order by depositing it in a postpaid properly addressed wrapper, in an official depository, under the exclusive custody of the United States Postal Service within the State of New York, addressed to Global Resource Management, Inc., c/o Jeff Niemeyer, 4644 Kenny Road, Columbus, Ohio 43220.

                                              PASQUALE VISCUSI

Sworn to before me this
30th day of December, 1996

Notary Public

ANDREA H. STEMPEL
Notary Public, State of New York
No. 31-4984670
Qualified in New York County
Commission Expires July 29, 19__

F:\WPDATA\KBM\GRM\AFFSRVNO E2D