UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

\#20

-----------------------------------------x

In re:

AKORP N.V.,

Involuntary Chapter 7 Case
No. 96-B-40367(CB)

Debtor.

-----------------------------------------x

## STIPULATION AND ORDER DISMISSING CHAPTER 7 CASE

This Stipulation dated May 13, 1999 is by and between the undersigned attorneys for The National Commercial Bank ("Petitioner"), the New York State Department of Taxation and Finance ("State"), the New York City Department of Finance ("City"), and Akorp N.V. (the "Debtor") for an order withdrawing the involuntary petition dated January 26, 1996 (the "Petition") and filed against Debtor by Petitioner under Chapter 7 of Title 11, United States Code, and dismissing the above-entitled case.

WHEREAS, pursuant to other Stipulations being presented herewith for "So Ordering" by this Court, the State and City have agreed to settle their respective claims against the Debtor, it is hereby

STIPULATED AND AGREED that:

1. The parties hereto constitute the Debtor and what Petitioner states are each creditor of Debtor which filed a notice of appearance in the above-entitled case;

2. Upon the Court "So Ordering" this Stipulation, the aforesaid petition is withdrawn and this Chapter 7 case is dismissed ; and

3. The parties hereto shall have no liability to each other for damages arising out of the filing of the Petition and the proceedings held in connection therewith, the Debtor specifically waives all damage claims it may have under section 303 of the Bankruptcy Code, 11 U.S.C. § 303, and the parties shall be responsible for and bear their own costs of counsel.

4. This Stipulation may be executed by facsimile.

Dated: New York, New York
May 13, 1999

HARVIS & TRIEN, LLP

By: _____
Robert M. Trien (RT-7402)
Attorneys for The National Commercial Bank
750 Lexington Avenue
New York, NY 10022
(212) 593-0900


TERRENCE M. BOYLE                           NEW YORK CITY DEPARTMENT
DEPUTY COUNSEL,                              OF FINANCE BY ITS ATTORNEY,
NEW YORK STATE DEPARTMENT                    MICHAEL D. HESS, CORPORATION
OF TAXATION AND FINANCE                      COUNSEL OF THE CITY OF NEW YORK

By: _____                  By: _____
Jacqueline Auerbach (JA-8078)                Rita D. Dumain (RD-7662)
District Tax Attorney,                       Assistant Corporation Counsel
New York State Department                    Attorney for the New York City
 of Taxation and Finance                      Department of Finance
2 World Trade Center                         100 Church Street, Room 6-123
Suite 8702                                   New York, New York 10007
New York, NY 10048                           (212) 788-0838
(212) 321-4527

2

ROSENFELD, JACOBS & KING, LLP

By: _____
Stephen J. King (SJK-8194)
Attorneys for Akorp N.V.
1113 Avenue of the Americas, Suite 3825
New York, New York 10036
(212) 376-8300

The Foregoing Stipulation is "So Ordered",
this _19_ day of _July_, 1999

_____
Honorable Cornelius Blackshear

3