SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------x
THE NATIONAL COMMERCIAL BANK,

     Plaintiff,

  -against-

AKORP N.V., BOARD OF MANAGERS OF OLYMPIC TOWER CONDOMINIUM, OLYMPIC TOWER CONDOMINIUM, THE CITY OF NEW YORK, THE NEW YORK CITY DEPARTMENT OF FINANCE, THE PEOPLE OF THE STATE OF NEW YORK, THE COMMISSIONER OF TAXATION AND FINANCE OF THE STATE OF NEW YORK, ADNAN KHASHOGGI, MARIO DASILVA, AURORA DASILVA, and "JOHN DOE #1" through "JOHN DOE #10," inclusive, the names of the last 10 defendants being fictitious, the true names of said defendants being unknown to plaintiff, it being intended to designate any and all persons in possession of the mortgaged premises and all other persons or parties having or claiming any right, title, or interest in or a lien upon the mortgaged premises described in the complaint herein,

     Defendants.
-------------------------------------------------------------------x

Index No. 5447/91
Calendar No. 00E00240
IAS Part 5
(Justice Michael D. Stallman)

STIPULATION
DISCONTINUING
ACTION



FILED
APR 05 2001
COUNTY CLERK'S OFFICE

  **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, the attorneys of record for all of the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above-entitled action be and the same hereby is discontinued without prejudice, and

without costs to any party as against any other party. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
       March 9, 2001

OPPENHEIMER WOLFF & DONNELLY LLP

By: _____
    Herbert C. Ross, Jr.
    (A member of the firm)
    Attorneys for Plaintiff
    The Chrysler East Building
    666 Third Avenue, Suite 1900
    New York, New York 10017
    (212) 884-4500

_____
ROBERT M. TRIEN
Attorney for Defendant Akorp N.V.
158 East 35th Street
New York, New York 10016
(212) 683-7701

SIDLEY & AUSTIN

By: _____
    Steven Bierman
    (A member of the firm)
    Attorneys for Defendants
    Adnan Khashoggi, Aurora
    DaSilva, and
    Mario DaSilva
    875 Third Avenue
    New York, New York 10022
    (212) 906-2000

MICHAEL D. HESS
CORPORATION COUNSEL FOR
THE CITY OF NEW YORK
Attorney for Defendant The City of New York

By: _____
    Betty Woo, Esq.  Tina Isselbacher
    Assistant Corporation Counsel
    100 Church Street
    New York, New York 10007
    (212) 788-0303  1222

WOLF HALDENSTEIN
ADLER FREEMAN & HERZ LLP

By: _____
    Stuart Saft
    (a member of the firm)
    270 Madison Avenue
    New York, New York 10016
    Attorneys for Defendants Olympic
    Tower Condominium and
    Board of Managers of Olympic
    Tower Condominium
    (212) 545-4600

2

Case 1:03-md-01570-GBD-SN   Document 2117-4   Filed 07/22/08   Page 3 of 3

ELLIOT SPITZER
Attorney General for the State of New York
Attorney for Defendants People
of the State of New York
and The Commissioner of
Taxation and Finance of the
State of New York

By: _____
Alan Gitter, Esq.
120 Broadway
New York, New York 10271
(212) 416-8258

DEVORA COHN
Attorney for Defendant New York City
Department Of Finance

By: _____
Maria Augusto, Esq.
New York City of Dept. of Finance
Office of Legal Affairs
Collection/Legal Unit
345 Adams Street - 3rd Floor
Brooklyn, New York 11201
(718) 403-3617

NYC: 145065 v01 03/09/2001

PLEAD015856