**PERI & STEWART, L.L.C.**
108 Baker Street
Maplewood, New Jersey 07040
(973) 762-5800
Attorney(s) for Defendants,
JOHN J. HANLY and EILEEN M. HANLY

RECEIVED/FILED
00 JAN -6 AM 10:30
P.J. [illegible] TY
[illegible]

| | |
|---|---|
| THE NATIONAL COMMERCIAL BANK, | SUPERIOR COURT OF NEW JERSEY |
| Plaintiff, | HUNTERDON COUNTY/ CHANCERY DIVISION |
| vs. | CIVIL ACTION |
| JOHN J. HANLY and EILEEN W. HANLY, et al., | DOCKET NO. F-1137-99 |
| Defendants. | STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ANSWER, COUNTERCLAIMS & AFFIRMATIVE DEFENSES |

The matter in difference in the above entitled action having been amicably adjusted by and between the plaintiff, THE NATIONAL COMMERCIAL BANK, and defendants, JOHN J. HANLY and EILEEN M. HANLY, it is hereby stipulated and agreed that the same be and it is hereby dismissed with prejudice and without costs as to the Answer, Counterclaims and Affirmative Defenses of JOHN J. HANLY and EILEEN W. HANLY.

PERI & STEWART, L.L.C.
Attorneys for Defendants,
JOHN J. HANLY and EILEEN M. HANLY

By: _____
    Michael T Stewart, Esq.

Dated: January 5, 2000

ALEXANDER & BARTLETT, LLP
Attorneys for Plaintiff

By: _____
    Robert L. Alexander, Esq.

Dated: Dec 29, 1999

MTS\WP51\MISC\JH-NCB2.SOD

PLEAD014320