UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
THE NATIONAL COMMERCIAL BANK,            :

        Plaintiff,                  :
    v.
                                      :
MORGAN STANLEY ASSET MANAGEMENT
INC. and MARK R. VAN VALKENBURGH,        :   94 Civ. 3167 (DC)

        Defendants.                 :
------------------------------------X
MORGAN STANLEY ASSET MANAGEMENT          :
INC.,
                                      :
        Third-Party Plaintiff,
                                      :   STIPULATION AND
    v.                                :   ORDER OF DISMISSAL

OMAR BAJUNAID,                           :

        Third-Party Defendant.      :
------------------------------------X
MARK R. VAN VALKENBURGH,                 :

        Third-Party Plaintiff,      :

    v.                                :

OMAR BAJUNAID,                           :

        Third-Party Defendant.      :
------------------------------------X

        WHEREAS, all parties and former third-parties in this action have reached a settlement of this action, the terms of which have been memorialized in a Release and Dismissal Agreement dated as of February 5, 1998 and a Release and Settlement Agreement dated as of February 13, 1998;

WHEREAS, it is mutually understood and agreed that nothing herein is intended to be or shall be deemed to be an admission or concession as to the merits of the action;

IT IS HEREBY STIPULATED AND AGREED as follows:

1. This action is hereby dismissed on the merits with prejudice as to all current and former parties and without costs as to any such party.

2. This Court retains jurisdiction for the purpose of enforcing this Stipulation and Order and the Release and Settlement Agreement dated as of February 13, 1998.

Dated:   New York, New York
         February ___, 1998

                             LANKLER, SIFFERT & WOHL LLP

By: _____
    Helen Gredd   (HG-5318)
    A Member of the Firm
    Attorneys for Plaintiff
    The National Commercial Bank
    and former Third-Party Defendant
    Abdulraouf S. Banaja
    500 Fifth Avenue
    New York, New York 10110-3398
    (212) 921-8399

DAVIS POLK & WARDWELL

By: **JAMES H.R. WINDELS (JHRW-9726)**
    James W.B. Benkard (JWBB-4914)
    A Member of the Firm
    Attorneys for Defendant
    Morgan Stanley Asset Management
    Inc. and former Third-Party
    Defendants Peter A. Nadosy and
    Gerald P. Barth
    450 Lexington Avenue
    New York, New York  10017
    (212) 450-4000

PLEAD007337

PIPER & MARBURY LLP

By: _____
Robert A. Meister (RM-7408)
A Member of the Firm
Attorneys for Defendant and
Third-Party Plaintiff
Mark R. Van Valkenburgh
1251 Avenue of the Americas
New York, New York  10020-1104
(212) 835-6000

SCHULTE ROTH & ZABEL LLP

By: _____
Frederick P. Schaffer (FS-9476)
A Member of the Firm
Attorneys for Third-Party
Defendant Omar Bajunaid
900 Third Avenue
New York, New York  10022
(212) 758-0404

SO ORDERED:

_____
United States District Judge

2/17/98

PLEAD007338