USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

**ORIGINAL**

03CV1570 (RCC)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| In re Terrorist Attacks on September 11, 2001 | 06-0319-CV(L) |
|---|---|

This document relates to:

*Federal Insurance Co., et al. v. Al Qaida, et al.,* Appeal Nos. 06-0321, 06-0436, 06-0442, 06-0453, 06-0458, 06-0461, 06-0477

## STIPULATION OF CERTAIN APPELLANTS TO WITHDRAW FROM APPEALS PRESENTLY BEFORE THE SECOND CIRCUIT COURT OF APPEALS

Pursuant to Fed. R. App. P. 42(b), Appellants Zurich American Insurance Company, American Guarantee and Liability Insurance Company, American Zurich Insurance Company, Assurance Company of America, Colonial American Casualty and Surety Insurance Company, Fidelity and Deposit Company of Maryland, Maryland Casualty Company, Northern Insurance Company of New York, Steadfast Insurance Company and Valiant Insurance (collectively, "Zurich Appellants") hereby stipulate to withdraw from the pending appeal in *Federal Insurance Co., et al. v. Al Qaida, et al.,* Appeal Nos. 06-0321, 06-0436, 06-0442, 06-0453, 06-0458, 06-0461, 06-0477 (the "*Federal Insurance* action"), with the consent of the Appellees, all parties to bear their own fees, costs and expenses.

The listed Zurich Appellants' voluntary withdrawal does not affect the status of the pending appeals of the other Appellants in the *Federal Insurance* action, or any of the other consolidated appeals presently before the United States Court of Appeals for the Second Circuit. Thus, the appeals of all other Appellants in the *Federal Insurance* action and other consolidated cases remain pending.

CERTIFIED: JUL 2 3 2008

Respectfully submitted,

COZEN O'CONNOR

Dated: April 8, 2008

By: _____/s/_____
STEPHEN A. COZEN, ESQ.
ELLIOTT R. FELDMAN, ESQ.
SEAN P. CARTER, ESQ.
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000

*Attorneys for Zurich Appellants*


KELLOGG, HUBER, HANSEN, TODD, EVANS
& FIGEL, PLLC

By: _____/s/_____
MICHAEL K. KELLOGG, ESQ.
Sumner Square
1615 M Street, N.W.
Suite 400
Washington, DC 20036
(202) 326-7900

*Attorneys for Appellees The Kingdom of Saudi Arabia and Prince Turki al Faisal Bin Abdulaziz al Saud*


ROBBINS, RUSSELL, ENGLERT, ORSECK,
UNTEREINER & SAUBER, LLP

By: _____/s/_____
LAWRENCE S. ROBBINS, ESQ.
1801 K Street, N.W.
Suite 411
Washington, DC 20006
(202) 775-4500

*Attorneys for Appellee Saudi High Commission*

2

WILMER CUTLER PICKERING HALE AND DORR, LLP

By: _____/s/_____
LOUIS R. COHEN, ESQ.
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
(202) 663-6000

*Attorneys for Appellee HRH Prince Mohamed al Faisal al Saud*

BAKER BOTTS, LLP

By: _____/s/_____
WILLIAM H. JEFFRESS, ESQ.
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 639-7700

*Attorneys for Appellees HRH Crown Prince Sultan bin Abdulaziz al Saud, HRH Prince Naif bin Abdulaziz al Saud and HRH Prince Salman bin Abdulaziz al Saud*

**SO ORDERED:**

7-23-08
Date

FOR THE COURT:
CATHERINE O'HAGAN WOLFE,
By: _____
Joy Fallek, Administrative Attorney

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____
DEPUTY CLERK

3