UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



In Re TERRORIST ATTACKS on ) 03 MDL 1570 (GBD)(FM)
SEPTEMBER 11, 2001 ) ECF Case
)

*This document relates to:*
All Cases

SCANNED
(JAB 8/01/08)

### MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Mitchell R. Berger a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant Name: | Alan Todd Dickey |
| Firm Name: | Patton Boggs LLP |
| Address: | 2550 M Street, NW |
| City/State/Zip: | 20037 |
| Phone Number: | (202) 457-6000 |
| Fax Number: | (202) 457-6315 |
| Email Address: | adickey@pattonboggs.com |

Alan T. Dickey is a member in good standing of the Bar of the States of Texas, Colorado, and of the District of Columbia. Mr. Dickey's certificates of good standing are attached hereto as Exhibit 1.

There are no pending disciplinary proceedings against Alan T. Dickey in any State or Federal Court.

Dated: July 30, 2008
       Washington, D.C.

Mitchell R. Berger (MB-4112)
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037
Phone: 202-457-6000
Fax:   202-457-6315

*Attorneys for Defendant*
*The National Commercial Bank*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————
                                                )
In Re TERRORIST ATTACKS on      )    03 MDL 1570 (GBD)(FM)
SEPTEMBER 11, 2001                    )    ECF Case
                                                )
————————————————————————)

*This document relates to:*
    All Cases

## AFFIDAVIT OF MITCHELL R. BERGER
## IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

1.  I am a member of the law firm of Patton Boggs LLP, attorneys for Defendant The National Commercial Bank ("NCB"). I am the lead counsel for NCB in all of the actions consolidated in the captioned proceedings. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant NCB's motion to admit Alan T. Dickey as counsel pro hac vice to represent Defendant NCB in this matter.

2.  I am a member in good standing of the bars of the State of New York and the District of Columbia, and was admitted to practice law in New York in February 1980. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.  I have known Alan T. Dickey since June 2004.

4.  Mr. Dickey is a member of the law firm of Patton Boggs LLP in Washington, DC.

5.  I have found Mr. Dickey to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Procedure.

6.  Accordingly, I am pleased to move for the admission of Alan T. Dickey, pro hac vice.

7.  I respectfully submit a proposed order granting the admission of Alan T. Dickey, pro hac vice, to represent Defendant NCB, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Alan T. Dickey, pro hac vice, to represent Defendant NCB, in the above captioned matter, be granted.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, belief, and information. Executed on July 30, 2008.

_____
Mitchell R. Berger

# STATE BAR OF TEXAS



Office of The Chief Disciplinary Counsel

July 28, 2008

RE:  **Mr. Alan Todd Dickey**
State Bar Number - **00796467**

To Whom it May Concern:

This is to certify that Mr. Alan Todd Dickey was licensed to practice law in Texas on November 01, 1996 and is an inactive member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

John A. Neal
Chief Disciplinary Counsel

JN/dh





# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

ALAN T. DICKEY

was on the 3RD day of FEBRUARY, 2006 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 23, 2008.

GARLAND PINKSTON, JR., CLERK

By: *N. Charles*
            Deputy Clerk



# SUPREME COURT
## State of Colorado,

STATE OF COLORADO, ss:

I, **Susan J. Festag**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**ALAN TODD DICKEY**

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **11th** day of **October** A. D. **2000** and that at the date hereof the said **ALAN TODD DICKEY** is in good standing at this Bar. *Attorney is inactive commencing 12/26/ 2006*

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **21st** day of **July** A. D. **2008**

*Susan J. Festag*

Clerk

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2008, I caused copies of the MOTION TO ADMIT COUNSEL PRO HAC VICE; AFFIDAVIT OF MITCHELL R. BERGER IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE; and PROPOSED ORDER, to be served via electronic mail on all counsel of record.

*/s/ Theresa L. Morgan*
Theresa L. Morgan

# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re TERRORIST ATTACKS on ) 03 MDL 1570 (GBD)(FM)
SEPTEMBER 11, 2001 ) ECF Case

*This document relates to:*
All Cases

## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Mitchell R. Berger attorney for Defendant The National Commercial Bank ("NCB") and said sponsor attorney's affidavit in support,

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant Name: | Alan Todd Dickey |
| Firm Name: | Patton Boggs LLP |
| Address: | 2550 M Street, NW |
| City/State/Zip: | 20037 |
| Phone Number: | (202) 457-6000 |
| Fax Number: | (202) 457-6315 |
| Email Address: | adickey@pattonboggs.com |

is admitted to practice pro hac vice as counsel for Defendant NCB in the above captioned cases in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Dated: August ____, 2008
New York, New York

_____
George B. Daniels
United States District Judge