**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Civil Action No. 03 MDL 1570 (GBD) ECF Case |

## NOTICE OF CHANGE OF LAW FIRM

PLEASE TAKE NOTICE THAT Steven Barentzen, counsel for Taha Al-Alwani, Muhammed Ashraf, M. Omar Ashraf, Jamal Barzinji, Mohammed Jaghlit, Yaqub Mirza, Samir Salah, Ahmed Totonji, Iqbal Unus, African Muslim Agency, Grove Corporate, Inc., Heritage Education Trust, International Institute of Islamic Thought, Mar-Jac Investments, Inc., Mena Corporation, Reston Investments, Inc., Safa Trust, Sterling Charitable Gift Fund, Sterling Management Group, Inc., and York Foundation, has changed firms.  His new contact information is as follows:

>Steven K. Barentzen
>The Law Office of Steven Barentzen
>1575 Eye Street, NW, Suite 300
>Washington, D.C. 20005
>Tel. (202) 289-4333
>Fax (202) 289-8450
>Steven@Barentzenlaw.com

Respectfully submitted,

Dated:  August 4, 2008         By:    /s/  Steven Barentzen
>Steven K. Barentzen
>The Law Office of Steven Barentzen
>1575 Eye St, N.W., Suite 300
>Washington, D.C. 20005
>Tel. (202) 289-4333
>Fax (202) 289-8450
>Steven@Barentzenlaw.com

## **Certificate of Service**

I hereby certify that on this 4th day of August, 2008, I caused an electronic copy of Notice of Change of Address to be served by the Court's electronic filing system upon all parties scheduled for electronic notice.

                                                               /s/  Steven K. Barentzen