UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE: TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

03 MDL No. 1570

---

**This document relates to:**
*Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al, Case No. 03 CV 9849 (GBD)(FM)*
*Ashton, et al. v Al Qaeda Islamic Army, et al., Case No. 02 CV 6977 (GBD)(FM)*

AFFIDAVIT OF ROBERT T. HAEFELE

I, Robert T. Haefele, state the following:

1. I am an attorney admitted to practice *pro hac vice* before this Court and an Associate at the firm of Motley Rice LLC, counsel for Plaintiffs in *Burnett, et al. v. Al Baraka Investment & Development Corp., et al.*, Civil Action Nos. 03 CV 9849. I submit this affidavit to provide the Court with the exhibits referenced in the *Ashton* and *Burnett* Plaintiffs' letter dated August 15, 2008, in support of the *Ashton* and *Burnett* Plaintiffs' request for an extension of time to respond to NCB's "renewed" motion to dismiss.

2. Attached are true and correct copies of Plaintiffs' exhibits identified as follows in the *Ashton* and *Burnett* Plaintiffs' letter dated August 15, 2008:

    a) Exhibit 1 – a copy of a Diplomatic Cable transmission from Ambassador Poletti, dated July 19, 1999, and a certified translation of the transmission.

    b) Exhibit 2 – a copy of a Diplomatic Cable transmission from Ambassador Poletti, dated July 21, 1999, and a certified translation of the transmission.

    c) Exhibit 3 – a copy of the March 23, 2007 transcript of the hearing before the Honorable Magistrate Judge Frank Maas, in the above-referenced litigation, at page 37.

1

d) Exhibit 4 – a copy of the August 13, 2007 letter from Ronald Liebman to Judge Maas, at page 3.

e) Exhibit 5 – a copy of an NCB Aviation Department – Skyways International Business Card.

f) Exhibit 6 – a copy of the Saudi Arabian Airlines archived website, dated January 16, 2008.

g) Exhibit 7 – a copy of the Skyway International Registration, Texas Secretary of State, 2003.

h) Exhibit 8 – a copy of the transcript of the deposition of Lawrence G. Smith in the above referenced litigation, taken on July 27, 2007, at page 133.

i) Exhibit 9 – a copy of Dun & Bradstreet WorldBase Report of Mid East Jet, October 30, 2003.

j) Exhibit 10 – a copy of ICP Updated dated October 26, 2005.

k) Exhibit 11 – a copy of Dun & Bradstreet WorldBase Report of Mid East Jet, June 10, 2005.

l) Exhibit 12 – a copy of a September 1, 2002 Hotel Receipt of Muhammad Tahsin.

m) Exhibit 13 – a copy of a December 23, 1997 facsimile transmittal of Ndeem Farooqui.

n) Exhibit 14 – a copy of excerpts of FAA U.S. RVSM Approvals dated January 18, 2008, pages 1, 8 and 9.

o) Exhibit 15 – a copy of excerpts of FAA Flight Tracking Data.

p) Exhibit 16 – a copy of an FAA certification of Keith Wyndham Monroe.

q) Exhibit 17 – a copy of a February 18, 1998 facsimile transmittal of NCB Aviation identifying a list of NCB Aviation crew, including "Buddy" Rogers and Johnny Antoon.

r) Exhibit 18 – a copy of an FAA Registration of Buddy Rogers.

s) Exhibit 19 – a copy of an FAA certification of Johnny Issac Antoon.

t) Exhibit 20 – a copy of an FAA certification of Muhammad Tahsin.

u) Exhibit 21 – a copy of US Customs correspondence, dated December 30, 2002.

v) Exhibit 22 – documents that are subject to a confidentiality agreement with defendant the Saudi Binladin Group, Bates labeled T0000024, T0000025, T0000038 and T0000042, and pursuant to that agreement shall be filed under seal.

I declare under penalty of perjury that the foregoing is true and correct, based on my knowledge, information and belief.

Executed on August 11, 2008,

in Mount Pleasant, South Carolina

_____
Robert T. Haefele