# EXHIBIT E

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-10-05
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------)
In Re TERRORIST ATTACKS on       )   03 MDL 1570 (RCC)
SEPTEMBER 11, 2001               )   ECF Case
---------------------------------)

*This document relates to:*
*New York Marine & General Ins. Co. v. Al Qaida*, 04-CV-6105 (RCC)
*Continental Casualty Co. v. Al Qaeda Islamic Army*, 04-CV-5970 (RCC)

### STIPULATION AND ORDER FOR SERVICE OF PROCESS AND SETTING SCHEDULE FOR THE NATIONAL COMMERCIAL BANK TO RESPOND TO THE *NEW YORK MARINE* AND *CONTINENTAL CASUALTY* COMPLAINTS

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for the *New York Marine* and *Continental Casualty* Plaintiffs (collectively, "Plaintiffs"), and for Defendant The National Commercial Bank ("NCB"), subject to the approval of the Court, as follows:

1. A copy of the summons and complaint in *New York Marine* and *Continental Casualty*, in both Arabic and English, shall be served via Federal Express, or other major carrier, on the Ministry of Foreign Affairs, P.O. Box 55937, Riyadh 11544, Kingdom of Saudi Arabia. A copy of the air bill will be furnished to counsel for NCB. If the carrier will not deliver to a P.O. Box address, then Plaintiffs may use "Nasseria" in place of the P.O. Box and add the telephone number +966 1 407 9255.

2. A copy of the summons and complaint in *New York Marine* and *Continental Casualty*, in both Arabic and English, shall be served via Federal Express, or other major carrier, on NCB at its headquarters in Jeddah, Saudi Arabia at the following address: P.O. Box, Jeddah 21481, Kingdom of Saudi Arabia. If the carrier will not deliver to a P.O. Box address, then Plaintiffs may use "King Abdul Aziz St." in place of the P.O. Box. A copy of the airbill will be furnished to counsel for NCB.

1

3. A courtesy copy of the summons and complaint in *New York Marine* and *Continental Casualty* in English shall be served via Federal Express and e-mail on Patton Boggs LLP in Washington, D.C.

4. Each plaintiff shall serve its RICO Statement concerning NCB, as required by Paragraph 7 of the Court's Standing Rules of Practice and in Paragraph 14 of Case Management Order No. 2, not later than thirty (30) days from the date the Court approves this Stipulation and Order.

5. NCB shall have forty-five (45) days from the date on which the Court decides NCB's pending motions to dismiss in *Burnett* (03-CV-9849) and *Ashton* (02-CV-6977) to file a consolidated motion to dismiss, or to otherwise file individual responses to, the *New York Marine* and *Continental Casualty* complaints. The memorandum of law in support of NCB's consolidated motion shall not exceed 25 pages in length.

6. Plaintiffs shall have forty-five (45) days from the date on which it is served with NCB's consolidated motion to dismiss to file their consolidated response to NCB's motion to dismiss. Plaintiffs' consolidated memorandum of law in response to NCB's consolidated motion shall not exceed 25 pages in length.

7. NCB shall have 30 days thereafter to file a consolidated reply to Plaintiffs' opposition. NCB's consolidated reply memorandum of law shall not exceed 10 pages in length.

8. The foregoing schedule is without waiver of any of NCB's defenses, including the defense of lack of personal jurisdiction, except that NCB does not challenge the sufficiency of Plaintiffs' service of process on NCB in this case if made in compliance with Paragraphs 1-3 above.

2

Dated: Washington, D.C.
~~December ___, 2004~~
January 3, 2005

PATTON BOGGS LLP

_____
Ronald S. Liebman (admitted *pro hac vice*)
Mitchell R. Berger (MB4112)
Ugo Colella (admitted *pro hac vice*)
2550 M Street, N.W.
Washington, DC 20037
Phone: (202) 457-6000
Fax:    (202) 457-6315

*Counsel for Defendant*
*The National Commercial Bank*

Respectfully submitted,

BROWN GAVALAS & FROMM LLP

_____
Frank J. Rubino, Jr. (FR-6202)
355 Lexington Avenue
New York, New York 10017
Phone: (212) 983-8500
Fax:    (212) 983-5946

*Counsel for Plaintiff*
*New York Marine & General Insurance Company*

FERBER FROST CHAN & ESSNER, LLP

_____
Robert M. Kaplan (RK1428)
530 Fifth Avenue
23rd Floor
New York, New York 10036-5101
Phone: (212) 944-2200

*Counsel for Plaintiffs*
*Continental Casualty Co. et al.*

Dated: New York, New York
December ___, 2004

SO ORDERED:

_____
Richard C. Casey
U.S.D.J.

3

Dated: Washington, D.C.
December ___, 2004

PATTON BOGGS LLP

Ronald S. Liebman (admitted *pro hac vice*)
Mitchell R. Berger (MB4112)
Ugo Colella (admitted *pro hac vice*)
2550 M Street, N.W.
Washington, DC 20037
Phone: (202) 457-6000
Fax: (202) 457-6315

*Counsel for Defendant*
*The National Commercial Bank*

Respectfully submitted,

BROWN GAVALAS & FROMM LLP

Frank J. Rubino, Jr.
355 Lexington Avenue
New York, New York 10017
Phone: (212) 983-8500
Fax: (212) 983-5946

*Counsel for Plaintiff*
*New York Marine & General Insurance Company*

FERBER FROST CHAN & ESSNER, LLP

Robert W. Kaplan (RK1428)
530 Fifth Avenue
23rd Floor
New York, New York 10036-5101
Phone: (212) 944-2200

*Counsel for Plaintiffs*
*Continental Casualty Co. et al.*

Dated: New York, New York
December 7, 2004

SO ORDERED:

Richard C. Casey
U.S.D.J.

3