# EXHIBIT A

**List of Plaintiffs**

Plaintiffs Seeking Entry of Judgment by Default Against Sovereign Defendants

*Havlish, et al. v. bin-Laden, et al, 03-cv-9848, 03 MDL 1570*

| | |
|---|---|
| Tara | Bane |
| Donald | Bane |
| Christina | Bane-Hayes |
| Christine | Barton |
| Gerald | Bingham |
| Michael | Boryczewski |
| Krystyna | Boryczewski |
| Julia | Boryczewski |
| Michele | Boryczewski |
| Keith | Bradkowski |
| Janet | Calia |
| Richard | Caproni |
| Delores | Caproni |
| Christopher | Caproni |
| Michael | Caproni |
| Lisa | Caproni |
| Alice | Carpeneto |
| Steve | Cartledge |
| Hui-Cheng | Chien |
| Clara | Chirchirillo |
| Livia | Chirchirillo |
| William | Coale |

| | |
|---|---|
| Frances M. | Coffey |
| Kevin | Coffey |
| Daniel | Coffey, M.D. |
| Brian | Collman |
| Charles | Collman |
| Dwayne | Collman |
| Susan | Conklin |
| Catherine | Deblieck |
| Loisanne | Diehl |
| Morris | Dorf |
| Michelle | Dorf |
| Ann Marie | Dorf |
| Robert | Dorf |
| Joseph | Dorf |
| Chrislan | Fuller Manuel |
| Joanne | Gori |
| Tina | Grazioso |
| Maureen | Halvorson |
| Mikki | Havlish |
| Donald | Havlish, Sr. |
| FuMei | Huang |
| Haomin | Jian |
| Hiuchun | Jian |
| Hui-Chuan | Jian |
| Hui-Zon | Jian |

| | |
|---|---|
| Grace | Kneski |
| Roni | Levine |
| Jin | Liu |
| Michael | LoGuidice |
| Theresann | Lostrangio |
| Joanne | Lovett |
| Ralph | Maerz, Jr. |
| Margaret | Mauro |
| Ramon | Melendez |
| Maria Regina | Merwin |
| Patricia | Milano |
| Ivy | Moreno |
| Vincent | Ognibene |
| Linda | Panik |
| Martin | Panik |
| Martina | Panik |
| Christine | Papasso |
| Marie Ann | Paprocki |
| Grace | Parkinson-Godshalk |
| Patricia | Perry |
| Rodney | Ratchford |
| Judith | Reiss |
| Joanne | Renzi |
| Joyce Ann | Rodak |
| John | Rodak |

| | |
|---|---|
| Regina | Rodak |
| Diane | Romero |
| Loren | Rosenthal |
| Helen | Rosenthal |
| Alexander | Rowe |
| Ed | Russin |
| Gloria | Russin |
| Barry | Russin |
| Linda | Sammut |
| Expedito | Santillan |
| Esther | Santillan |
| Ellen | Saracini |
| Anne | Saracini |
| Paul | Schertzer |
| Pamela | Schiele |
| Ronald | Sloan |
| Brenda | Sorenson |
| Katherine | Soulas |
| Russa | Steiner |
| Angela | Stergiopoulos |
| George | Stergiopoulos |
| Sandra | Straub |
| Joan | Tino |
| Doyle Raymond | Ward |
| Michelle | Wright |

| | |
|---|---|
| Leonard | Zeplin |
| Leona | Zeplin |
| Joslin | Zeplin |