# EXHIBIT B

**List of Sovereign Defendants**

Sovereign Defendants Against Whom Plaintiffs Seek Judgment by Default

*Havlish, et al. v bin-Laden, et al., 03-cv-9848, 03-MDL-1570*

1. The Islamic Republic of Iran
2. Ayatollah Ali Hoseini-Khamenei
3. Ali Akbar Hashemi Rafsanjani
4. Iranian Ministry of Information and Security
5. The Islamic Revolutionary Guard Corps.
6. Hezbollah
7. The Iranian Ministry of Petroleum
8. The National Iranian Tanker Corporation
9. The National Iranian Gas Company
10. Iran Airlines
11. The National Iranian Petrochemical Company
12. Iranian Ministry of Economic Affairs and Finance
13. Iranian Ministry of Commerce
14. Iranian Ministry of Defense and Armed Forces Logistics
15. The Central Bank of the Islamic Republic of Iran