# EXHIBIT E

**Statement of Damages**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
_____x

IN RE: TERRORIST ATTACKS ON                    03 MDL 1570 (GBD)
SEPTEMBER 11, 2001


_____x

THIS DOCUMENT RELATES TO:

*Fiona Havlish, et al. v. Bin-Laden, et al.*
03 CV 9848 (RCC)
_____

*This document is filed on behalf of those Plaintiffs in the above case seeking unliquidated damages for losses as they relate to personal injuries and deaths suffered by victims of the September 11th Terrorist Attacks. Those Plaintiffs are listed in Exhibit A attached hereto.*


## STATEMENT OF DAMAGES (***To Be Determined By Hearing***)

| First | Last | Amount |
|---|---|---|
| Tara | Bane | $ |
| Donald | Bane | $ |
| Christina | Bane-Hayes | $ |
| Christine | Barton | $ |
| Gerald | Bingham | $ |
| Michael | Boryczewski | $ |
| Krystyna | Boryczewski | $ |
| Julia | Boryczewski | $ |
| Michele | Boryczewski | $ |
| Keith | Bradkowski | $ |
| Janet | Calia | $ |
| Richard | Caproni | $ |

| | | |
|---|---|---|
| Delores | Caproni | $ |
| Christopher | Caproni | $ |
| Michael | Caproni | $ |
| Lisa | Caproni | $ |
| Alice | Carpeneto | $ |
| Steve | Cartledge | $ |
| Hui-Cheng | Chien | $ |
| Clara | Chirchirillo | $ |
| Livia | Chirchirillo | $ |
| William | Coale | $ |
| Frances M. | Coffey | $ |
| Kevin | Coffey | $ |
| Daniel | Coffey, M.D. | $ |
| Brian | Collman | $ |
| Charles | Collman | $ |
| Dwayne | Collman | $ |
| Susan | Conklin | $ |
| Catherine | Deblieck | $ |
| Loisanne | Diehl | $ |
| Morris | Dorf | $ |
| Michelle | Dorf | $ |
| Ann Marie | Dorf | $ |
| Robert | Dorf | $ |
| Joseph | Dorf | $ |
| Chrislan | Fuller Manuel | $ |

| | | |
|---|---|---|
| Joanne | Gori | $ |
| Tina | Grazioso | $ |
| Maureen | Halvorson | $ |
| Mikki | Havlish | $ |
| Donald | Havlish, Sr. | $ |
| FuMei | Huang | $ |
| Haomin | Jian | $ |
| Hiuchun | Jian | $ |
| Hui-Chuan | Jian | $ |
| Hui-Zon | Jian | $ |
| Grace | Kneski | $ |
| Roni | Levine | $ |
| Jin | Liu | $ |
| Michael | LoGuidice | $ |
| Theresann | Lostrangio | $ |
| Joanne | Lovett | $ |
| Ralph | Maerz, Jr. | $ |
| Margaret | Mauro | $ |
| Ramon | Melendez | $ |
| Maria Regina | Merwin | $ |
| Patricia | Milano | $ |
| Ivy | Moreno | $ |
| Vincent | Ognibene | $ |
| Linda | Panik | $ |
| Martin | Panik | $ |

| | | |
|---|---|---|
| Martina | Panik | $ |
| Christine | Papasso | $ |
| Marie Ann | Paprocki | $ |
| Grace | Parkinson-Godshalk | $ |
| Patricia | Perry | $ |
| Rodney | Ratchford | $ |
| Judith | Reiss | $ |
| Joanne | Renzi | $ |
| Joyce Ann | Rodak | $ |
| John | Rodak | $ |
| Regina | Rodak | $ |
| Diane | Romero | $ |
| Loren | Rosenthal | $ |
| Helen | Rosenthal | $ |
| Alexander | Rowe | $ |
| Ed | Russin | $ |
| Gloria | Russin | $ |
| Barry | Russin | $ |
| Linda | Sammut | $ |
| Expedito | Santillan | $ |
| Esther | Santillan | $ |
| Ellen | Saracini | $ |
| Anne | Saracini | $ |
| Paul | Schertzer | $ |
| Pamela | Schiele | $ |

| | | |
|---|---|---|
| Ronald | Sloan | $ |
| Brenda | Sorenson | $ |
| Katherine | Soulas | $ |
| Russa | Steiner | $ |
| Angela | Stergiopoulos | $ |
| George | Stergiopoulos | $ |
| Sandra | Straub | $ |
| Joan | Tino | $ |
| Doyle Raymond | Ward | $ |
| Michelle | Wright | $ |
| Leonard | Zeplin | $ |
| Leona | Zeplin | $ |
| Joslin | Zeplin | $ |