UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
_____x

IN RE: TERRORIST ATTACKS ON      03 MDL 1570 (RCC)
SEPTEMBER 11, 2001

_____x

THIS DOCUMENT RELATES TO:

*Fiona Havlish, et al. v. Bin-Laden, et al.*
03 CV 9848 (RCC)

### AFFIDAVIT OF SERVICE OF THE
### SECOND AMENDED COMPLAINT

I, Stephen A. Corr, Esquire, being duly sworn do hereby depose and say:

1.     On December 28, 2006, I delivered packages to Parcel Place, 4387 West Swamp Road, Doylestown, Pennsylvania 18901. Parcel Place is a DHL authorized shipping center. The packages delivered to Parcel Place contained two (2) copies (1 English version and 1 Farsi version) of the Second Amended Complaint. The packages delivered to Parcel Place were addressed as follows:

(a)     Mr. Ebrahim Sheibany
Governor
Central Bank of the Islamic Republic of Iran
Miramad Boulevard, #144
Tehran, Iran

(b)     National Iranian Petro Chemical Company
#46 Haft Tir Square, Karimkhan Zand Boulevard
P.O. Box 11365-3484
Tehran, Iran

(c)     Madhi Mir Maezzei
Chief Managing Director
National Iranian Oil Company

Hafez Crossing, Taleghani Avenue
P.O. Box 1863
Tehran, Iran

(d)     Mr. Mohammed Souri
Chairman
National Iranian Tanker Company
#67 and 88; Atefi Street; Africa Avenue
Tehran, Iran

(e)     Eng. Davoud Keshavarzian
Chairman and CEO
Iran Air H.Q.
Mehrabad Airport
Tehran, Iran

(f)     National Iranian Gas Company
#401, Mafatteh Crossing, Taleghani Avenue
P.O. Box 6394, 4533
Tehran, Iran

(g)     Ali Shamkhani
Iran Ministry of Defense and Armed Forces Logistics
Dabestan Street, Seyyed Khandan Bridge
Resalat Expressway
Tehran, Iran

(h)     Bijan Namdar-Zanganeh
Iran Ministry of Petroleum
Hafez Crossing, Taleghani Avenue
Before Hafez Bridge
Tehran, Iran

(i)     Safdar Hoseini
Iran Ministry of Economic Affairs and Finance
Sour Esrafil Street, Bab Homayoun Avenue
Tehran, Iran

(j)     Mohammad Shariat-Madari
Iran Ministry of Commerce
492 Valy-e Asr Avenue
Between Taleghani Crossroad and Valy-e Asr Square
Tehran, Iran

2.      The package addressed to Ebrahim Sheibany, Governor of the Central Bank of the Islamic Republic of Iran, carried DHL tracking number 830 8199 690 and was delivered on January 7, 2007 at 9:49 a.m.  A copy of the cover letter accompanying the package, the DHL waybill, and the tracking results from the DHL website are attached hereto collectively as **Exhibit A**.

3.      The package addressed to National Iranian Petrochemical Company carried DHL tracking number 830 8376 672 and was delivered on January 8, 2007 at 9:32 a.m.  A copy of the cover letter accompanying the package, the DHL waybill, and the tracking results from the DHL website are attached hereto collectively as **Exhibit B**.

4.      The package addressed to Madhi Mir Maezzei, Chief Managing Director, National Iranian Oil Company carried DHL tracking number 830 8376 694 and was delivered on January 7, 2007 at 2:45 p.m.  A copy of the cover letter accompanying the package, the DHL waybill, and the tracking results from the DHL website are attached hereto collectively as **Exhibit C**.

5.      The package addressed to Mohammed Souri, Chariman, National Iranian Tanker Corporation carried DHL tracking number 830 8199 675 and was delivered on January 9, 2007 at 8:35 a.m.  A copy of the cover letter accompanying the package, the DHL waybill, and the tracking results from the DHL website are attached hereto collectively as **Exhibit D**.

6.      The package addressed to Eng. Davoud Keshavarzian, Chairman and CEO of Iran Air, carried DHL tracking number 830 8199 664 and was returned to sender on or about January 5, 2007.  The package was then re-sent to Iran Air on January 13, 2007 carrying DHL tracking number 830 8199 196 and was delivered on January 20, 2007 at

1:28 p.m.  A copy of the cover letter accompanying the package, the DHL waybill, and the tracking results from the DHL website are attached hereto collectively as **Exhibit E**.

7.     The package addressed to National Iranian Gas Company carried DHL tracking number 830 8199 701 and was returned to sender on or about January 5, 2007. The package was then re-sent to National Iranian Gas Company carrying DHL tracking number 830 8199 200 and was delivered on January 20, 2007 at 11:09 a.m.  A copy of the cover letter accompanying the package, the DHL waybill, and the tracking results from the DHL website are attached hereto collectively as **Exhibit F**.

8.     The package addressed to Ali Shamkhani, Iran Ministry of Defense & Armed Forces Logistics carried DHL tracking number 830 8199 642 and was returned to sender on or about January 5, 2007.  The package was then re-sent to Ali Shamkhani, Iran Ministry of Defense & Armed Forces Logistics carrying DHL tracking number 830 8199 185.  The package was delivered on January 20, 2007 but the recipient refused to accept the package.  Delivery was attempted again on January 23, 2007, but again the recipient refused to accept the package.  The package was then returned to sender on or about January 27, 2007.  A copy of the cover letter accompanying the package, the DHL waybills, and the tracking results from the DHL website are attached hereto collectively as **Exhibit G**.

9.     The package addressed to Bijan Namdar-Zanganeh, Iran Ministry of Petroleum, carried DHL tracking number 830 8199 631 and was delivered on January 9, 2007 at 7:46 a.m.  A copy of the cover letter accompanying the package, the DHL waybill, and the tracking results from the DHL website are attached hereto collectively as **Exhibit H**.

10.     The package addressed to Safdar Hoseini carried DHL tracking number
830 8199 620 and was delivered on January 9, 2007 at 9:24 a.m.  A copy of the cover
letter accompanying the package, the DHL waybill, and the tracking results from the
DHL website are attached hereto collectively as **Exhibit I**.

11.     The package addressed to Mohammad Shariat-Madri, Iran Ministry of
Commerce carried DHL tracking number 830 8293 475 and was delivered on January 7,
2007 at 2:45 p.m.  A copy of the cover letter accompanying the package, the DHL
waybill, and the tracking results from the DHL website are attached hereto collectively as
**Exhibit J**.

12.     In addition to the individual packages which were delivered to Parcel
Place on December 28, 2006, I also delivered a single box addressed to "Permanent
Mission of Iran to the U.N., 622 Third Avenue, New York, NY 10017."  The box
contained six individual packages containing a cover letter and two copies of the Second
Amended Complaint (one in English and one in Farsi) addressed as follows:

    1.     Mohammad Ali Yunesi
       Iran Ministry of Intelligence & Security
       c/o Permanent Mission of Iran to the U.N.
       622 Third Avenue
       New York, NY 10017

    2.     Islamic Republic of Iran
       c/o Permanent Mission of Iran to the U.N.
       622 Third Avenue
       New York, NY 10017

    3.     The Islamic Revolutionary Guard Corps.
       c/o Permanent Mission of Iran to the U.N.
       622 Third Avenue
       New York, NY 10017

    4.     Hezbollah
       c/o Permanent Mission of Iran to the U.N.

      622 Third Avenue
      New York, NY 10017

5.    Ali Akbar Hashemi Rafsanjani
    c/o Permanent Mission of Iran to the U.N.
    622 Third Avenue
    New York, NY 10017

6.    Ayatollah Ali Hoseini-Khamenei
    Supreme Leader
    Islamic Republic of Iran
    c/o Permanent Mission of Iran to the U.N.
    622 Third Avenue
    New York, NY 10017

The box carried DHL tracking number 830 8293 486.  DHL attempted to deliver the box to the Permanent Mission of Iran to the U.N., but the box was refused because it was not addressed to an individual.  On January 12, 2007, I, with the help of my assistant, Jennifer Bechle, took each of the six packages which were addressed as set forth above and placed them in six individual Federal Express packages addressed as follows: "H.E. Mohammad Javad Zarif, Permanent Mission of Iran to the U.N., Ambassador, 622 Third Avenue, New York, NY 10017."  The six packages carried the following Federal Express tracking numbers: 1) 790649150414 (Mohammad Ali Yunesi);  2)  798084603945 (Islamic Republic of Iran);  3)  791616329110 (Islamic Revolutionary Guard Corps.);  4) 799068910680 (Hezbollah);  5)  791209138139 (Ali Akbar Hashemi Rafsanjani); and 6) 792272026998 (Ayatollah Ali Hoseini-Khamenei).  Each of the six Federal Express packages was delivered to the Permanent Mission of Iran to the U.N. on January 15, 2007 at 10:43 a.m. and were signed for by Z. Nazar.  A copy of each cover letter and the tracking results, including the signature of Z. Nazar,  from the Federal Express website are attached hereto collectively as **Exhibit K**.  On January 17, 2007 at 3:31 p.m., two days after accepting delivery of the six Federal Express packages, a representative from

the Permanent Mission of Iran to the U.N. placed the six packages into a single Federal Express box carrying Federal Express tracking number 798587462698 and returned the six packages to "Jennifer Bechle, Mellon, Webster & Shelly, 87 N. Broad Street, Doylestown, PA 18901." Inside the box, the six packages remain sealed in their original Federal Express envelopes, each with a notation on the outside of the envelope "RTS/Refused."

13.    In addition to attempting service of the Second Amended Complaint on the six defendants identified in paragraph 12 above *via* DHL and Federal Express, on January 12, 2007 at 2:59 p.m., I sent four copies of the Second Amended Complaint (two in Farsi (one in .pdf format and one in .doc format) and two in English (one in .pdf format and one in .doc format)) *via* email to the Permanent Mission of Iran to the U.N. and Ambassador H.E. Mohammad Javad Zarif at the following email addresses iran@un.int and jzarif@un.int . The email identified the case in the subject line and notified the Ambassador that service was being made upon the six defendants identified in paragraph 12 above. A copy of the email showing the four attachments is attached hereto as **Exhibit L**.

14.    On December 23, 2002, Nancy M. Mayer-Whittington, Clerk of the United States District Court, District of Columbia, entered defaults, pursuant to Fed.R.Civ.P. 55(a) for failure to plead or otherwise defend this action, against the following defendants: The Islamic Republic of Iran, Iranian Ministry of Information and Security, The Islamic Revolutionary Guard Corps., Hezbollah, Iranian Ministry of Petroleum, Iranian Ministry of Economic Affairs and Finance, Iranian Ministry of Commerce, Iranian Ministry of Defense and Armed Forces Logistics, Ayatollah Ali

Hoseini-Khamenei, Saddam Hussein and Quasai Hussein.  A copy of the Rule 55(a)

defaults are attached hereto collectively as **Exhibit M.**  Despite their status as defaulting

defendants, Plaintiffs have made every effort to serve the Second Amended Complaint on

the defaulting defendants.

15.     Pursuant to Fed.R.Civ.P. 4, Plaintiffs have now served The National

Iranian Tanker Corporation (previously identified as Unidentified Terrorist 2) as set forth

in paragraph 5 above.  The effective date of service is January 9, 2007.

16.     Pursuant to Fed.R.Civ.P. 4, Plaintiffs have now served The National

Iranian Oil Corporation (previously identified as Unidentified Terrorist 3) as set forth in

paragraph 4 above.  The effective date of service is January 7, 2007.

17.     Pursuant to Fed.R.Civ.P. 4, Plaintiffs have now served The National

Iranian Gas Company (previously identified as Unidentified Terrorist 4) as set forth in

paragraph 7 above.  The effective date of service is January 20, 2007.

18.     Pursuant to Fed.R.Civ.P. 4, Plaintiffs have now served Iran Airlines

(previously identified as Unidentified Terrorist 5) as set forth in paragraph 6 above.  The

effective date of service is January 20, 2007.

19.     Pursuant to Fed.R.Civ.P. 4, Plaintiffs have now served The National

Iranian Petrochemical Company (previously identified as Unidentified Terrorist 6) as set

forth in paragraph 3 above.  The effective date of service is January 8, 2007.

20.     Pursuant to Fed.R.Civ.P. 4, Plaintiffs have now served The Central Bank

of Iran (previously identified as Unidentified Terrorist 7) as set forth in paragraph 2

above.  The effective date of service is January 7, 2007.


                                        _____/s_____
                                        Stephen A. Corr, Esquire
                                        Pa. Bar No. 65266
                                        MELLON, WEBSTER & SHELLY
                                        87 North Broad Street
                                        Doylestown, PA  18901
                                        Telephone:  (215) 348-7700
                                        scorr@mellonwebster.com

# EXHIBIT A



LAW OFFICES
*Mellon Webster & Shelly*
A PROFESSIONAL CORPORATION
87 NORTH BROAD STREET
DOYLESTOWN, PA 18901
215-348-7700 • FAX 215-348-0171

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR
SAMUEL C. TOTARO, JR.
ELISSA B. HEINRICHS

JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

December 28, 2006

Ebrahim Sheibany
Governor
Central Bank of the Islamic Republic of Iran
Mirdamad Boulevard, No. 144
Tehran, Iran, 15875/7177

> **Re:** **Havlish, et al. v. bin-Laden, et al.**
> **03 MDL 1570 (RCC)**
> **U.S.D.C., Southern District of New York, 03-CV-9848-RCC**
> **Transferred from U.S.D.C., District of Columbia, 1:02-cv-305**

Dear Sir:

You, or your organization, is named as a defendant in the above-referenced lawsuit. Enclosed you will find the following documents:

1. Second Amended Complaint (English)
2. Second Amended Complaint (Farsi)

Service is hereby made pursuant to Federal Rules of Civil Procedure 4 and 5. Pursuant to the Federal Rules of Civil Procedure you have ninety (90) days to file an Answer to this Second Amended Complaint. If no Answer is filed within ninety (90) days of service, we intend to perfect a default judgment against you.

Very truly yours,

Stephen A. Corr

SAC:ss
Enclosures
**Sent via DHL No. 830 8199 690**

DHL : Track (By number) Detail Page 1 of 2

Case 1:03-md-01570-GBD-SN Document 2124-7 Filed 08/29/08 Page 12 of 2
Case 1:03-md-01570-GBD-PN Document 20834-2 Filed 06/24/2007 Page 3 of 5

Cont



Ship | Track | Services | About DHL | Help

DHL USA Hom



**Track**

▸ Track by number
▸ Track by reference
▸ Get delivery signature
▸ Track DHL Same Day service
▸ Monitor shipments

## Log in to DHL

User ID

Password

☐ Remember my User ID

Log in ▸

▸ Forgot your Password?

# Track results detail

## Tracking results detail for 8308199690

### Tracking summary

| | |
|---|---|
| Current Status | ✓ **Shipment delivered.** |
| Delivered on | 1/7/2007  9:49 am |
| Delivered to | |
| Signed for by | **TARVERDIZADE**   What is this? |

### Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 1/7/2007 | 9:49 am | Shipment delivered. | Tehran, Iran  Why is this |
| | 7:51 am | With delivery courier. | Tehran, Iran |
| | 6:34 am | Arrived at DHL facility. | Tehran, Iran |
| 1/6/2007 | 4:22 am | Depart Facility. | Brussels, Belgium |
| | 12:47 am | Arrived at DHL facility. | Brussels, Belgium |
| 1/5/2007 | 10:40 pm | Depart Facility. | London, United Kingdom |
| | 2:42 am | Arrived at DHL facility. | London, United Kingdom |
| 1/4/2007 | 10:39 pm | Arrived at DHL facility. | East Midlands, United Ki |
| | 6:01 am | Depart Facility. | Wilmington, OH |
| | 1:18 am | Clearance processing complete. | Wilmington, OH |
| 1/3/2007 | 2:37 pm | In transit. | Wilmington, OH |
| 12/30/2006 | 3:48 am | At Gateway. | Wilmington, OH |
| | 2:09 am | In transit. | Wilmington, OH |
| | 2:09 am | Processed at DHL Location. | Wilmington, OH |
| 12/29/2006 | 7:53 pm | Departing origin. | Allentown, PA |
| | 6:50 pm | Picked Up by DHL. | Shipper's Door |

| Ship From: | Ship To: | Shipment Information: |
|---|---|---|
| MELLON WEBSTER & SHELLY | Tehran, Iran | Ship date: 12/29/2006 |
| Doylestown, PA  18901 | | Pieces: 1 |
| United States | | Total weight: 3 lbs * |
| | | Ship Type: Document |
| | | Shipment Reference: H |
| Attention: | Attention: | Service: International E |
| MELLON WEBSTER & SHELLY | | Special Service: |
| | | Description: NONE |

Tracking detail provided by DHL: 1/15/2007, 6:33:11 am pt.

◀ Back to summary                                                    Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to D use of DHL tracking systems and information is strictly prohibited.

* Note on weight:
The weights displayed on this website are the weights provided when the shipment was created. Actu weights may be different and will be provided on invoice.

**New to DHL?**                                      **Questions?**

DHL - Track (By number) Detail

Case 1:05-md-01676-CBD PN   Document 2124-7   Filed 06/29/08   Page 13   Page 2 of 2
Case 1:05-md-01676-CBD PN   Document 2083-2   Filed 06/24/2007   Page   Page 4 of 5

Registration is quick and easy.And as a registered
user,you'll have access to services and tools to help you
ship your packages easily and efficiently.
▷ Register Now

We're here to help!
▷ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.

DHL Worldwide Express, Inc., 1200 South Pine Island Road, Plantation, Florida 33324

Process and Track your shipment online http://www.dhl-usa.com
1-800-CALL-DHL (1-800-225-5345)

**Shipment Air Waybill**
(Non-negotiable)

830 8199 690

 per
9 690
-25-06

Havlish

# EXHIBIT B



LAW OFFICES
*Mellon Webster & Shelly*
A PROFESSIONAL CORPORATION
87 NORTH BROAD STREET
DOYLESTOWN, PA 18901
215-348-7700 • FAX 215-348-0171

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR
SAMUEL C. TOTARO, JR.
ELISSA B. HEINRICHS

JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

December 28, 2006

National Iranian Petrochemical Company
No. 46, Haft Tir Square, Karimkhan Zand Blvd.
P.O. Box 11365-3484
Tehran, Iran,

Re:     **Havlish, et al. v. bin-Laden, et al.**
         **03 MDL 1570 (RCC)**
         **U.S.D.C., Southern District of New York, 03-CV-9848-RCC**
         **Transferred from U.S.D.C., District of Columbia, 1:02-cv-305**

Dear Sir:

You, or your organization, is named as a defendant in the above-referenced lawsuit.
Enclosed you will find the following documents:

1.     Second Amended Complaint (English)
2.     Second Amended Complaint (Farsi)

Service is hereby made pursuant to Federal Rules of Civil Procedure 4 and 5.  Pursuant to
the Federal Rules of Civil Procedure you have ninety (90) days to file an Answer to this Second
Amended Complaint.  If no Answer is filed within ninety (90) days of service, we intend to
perfect a default judgment against you.

Very truly yours,

Stephen A. Corr

SAC:ss
Enclosures
**Sent via DHL No. 830 8376 672**

Conta



| Ship | Track | Services | About DHL | Help |

DHL USA Hom



**Track**

▸ Track by number
▸ Track by reference
▸ Get delivery signature
▸ Track DHL Same Day service
▸ Monitor shipments

## Log in to DHL

User ID

Password

☐ Remember my User ID

Log in ▸

▸ Forgot your Password?

**Register**
Registration is quick and free.
▸ Register now

# Track results detail

## Tracking results detail for 8308376672

### Tracking summary

| | |
|---|---|
| Current Status | ↻ Arrived at DHL facility. |
| Delivered on | 1/8/2007 9:32 am |
| Delivered to | |
| Signed for by | What is this? |

### Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 1/8/2007 | 9:32 am | Arrived at DHL facility. | Tehran, Iran |
| | 9:10 am | Depart Facility. | Tehran, Iran |
| | 9:07 am | Arrived at DHL facility. | Tehran, Iran |
| 1/7/2007 | 10:59 pm | Depart Facility. | Dubai, United Arab Emir |
| | 9:18 am | Arrived at DHL facility. | Dubai, United Arab Emir |
| 1/6/2007 | 7:31 pm | Depart Facility. | London, United Kingdom |
| 1/5/2007 | 10:27 pm | Arrived at DHL facility. | East Midlands, United Ki |
| | 7:17 am | Depart Facility. | Wilmington, OH |
| | 1:11 am | Clearance processing complete. | Wilmington, OH |
| 1/4/2007 | 2:11 pm | In transit. | Wilmington, OH |
| 12/30/2006 | 3:48 am | At Gateway. | Wilmington, OH |
| | 2:10 am | Processed at DHL Location. | Wilmington, OH |
| | 2:10 am | In transit. | Wilmington, OH |
| 12/29/2006 | 7:53 pm | Departing origin. | Allentown, PA |
| | 6:50 pm | Picked Up by DHL. | Shipper's Door |

| Ship From: | Ship To: | Shipment Information: |
|---|---|---|
| MELLON WEBSTER & SHELLY | Tehran, Iran | Ship date: 12/29/2006 |
| Doylestown, PA 18901 | | Pieces: 1 |
| United States | | Total weight: 3 lbs * |
| | | Ship Type: Document |
| Attention: | Attention: | Shipment Reference: H |
| MELLON WEBSTER & SHELLY | | Service: International E |
| | | Special Service: |
| | | Description: NONE |

Tracking detail provided by DHL: 1/22/2007, 8:24:20 am pt.

Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to D
use of DHL tracking systems and information is strictly prohibited.

* Note on weight:
The weights displayed on this website are the weights provided when the shipment was created. Act
weights may be different and will be provided on invoice.

**New to DHL?**                    **Questions?**

Registration is quick and easy.And as a registered user,you'll have access to services and tools to help you ship your packages easily and efficiently.
▷ Register Now

We're here to help!
▷ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.

DHL : Track (By number) Detail
Case 1:03-md-01570-GBD-FM Document 21347 Filed 08/29/08 Page 19 Page 1 of 2
Case 1:03-md-01570-GBD-FM Document 20343 Filed 06/24/2007 Page 5 of 7

Conta





| Ship | Track | Services | About DHL | Help |

DHL USA Hom

## Track

▸ Track by number
▸ Track by reference
▸ Get delivery signature
▸ Track DHL Same Day service
▸ Monitor shipments

## Log in to DHL

User ID
Password
☐ Remember my User ID

Log in ▸
▸ Forgot your Password?

# Track results detail

## Tracking results detail for 8308376672

### Tracking summary

| | |
|---|---|
| Current Status | ↻ Arrived at DHL facility. |
| Delivered on | 1/8/2007  9:32 am |
| Delivered to | |
| Signed for by | What is this? |

### Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 1/8/2007 | 9:32 am | Arrived at DHL facility. | Tehran, Iran |
| | 9:10 am | Depart Facility. | Tehran, Iran |
| | 9:07 am | Arrived at DHL facility. | Tehran, Iran |
| 1/7/2007 | 10:59 pm | Depart Facility. | Dubai, United Arab Emir: |
| | 9:18 am | Arrived at DHL facility. | Dubai, United Arab Emir: |
| 1/6/2007 | 7:31 pm | Depart Facility. | London, United Kingdom |
| 1/5/2007 | 10:27 pm | Arrived at DHL facility. | East Midlands, United Ki |
| | 7:17 am | Depart Facility. | Wilmington, OH |
| | 1:11 am | Clearance processing complete. | Wilmington, OH |
| 1/4/2007 | 2:11 pm | In transit. | Wilmington, OH |
| 12/30/2006 | 3:48 am | At Gateway. | Wilmington, OH |
| | 2:10 am | Processed at DHL Location. | Wilmington, OH |
| | 2:10 am | In transit. | Wilmington, OH |
| 12/29/2006 | 7:53 pm | Departing origin. | Allentown, PA |
| | 6:50 pm | Picked Up by DHL. | Shipper's Door |

**Ship From:**
MELLON WEBSTER & SHELLY
Doylestown, PA  18901
United States

**Ship To:**
Tehran, Iran

**Shipment Information:**
Ship date: 12/29/2006
Pieces: 1
Total weight: 3 lbs *

Ship Type: Document
Shipment Reference: H
Service: International E
Special Service:
Description: NONE

Attention:
MELLON WEBSTER & SHELLY

Attention:

Tracking detail provided by DHL: 1/15/2007, 6:37:51 am pt.

▧ Back to summary

Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to D
use of DHL tracking systems and information is strictly prohibited.

* **Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Acti
weights may be different and will be provided on invoice.

**New to DHL?**

**Questions?**

DHL - Track (By number) Details
Case 1:03-md-01570-GBD-FM   Document 2124-7   Filed 08/29/08   Page 20 Page 2 of 2
Case 1:03-md-01570-GBD-FM   Document 2083-3   Filed 06/24/2007   Page 6 of 7

Registration is quick and easy.And as a registered user,you'll have access to services and tools to help you ship your packages easily and efficiently.
▶ Register Now

We're here to help!
▶ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.

Process and Track your shipment online http://www.dhl-usa.com

**Shipment Air Waybill**
(Non negotiable)

1-800-CALL-DHL in USA only

DHL EXPRESS

830 8376 672

ORIGIN

DESTINATION CODE

DHL Worldwide Express, Inc. 1200 South Pine Island Road, Plantation, Florida 33324

Shipper's Copy

Shipper's Copy

# EXHIBIT C



LAW OFFICES

*Mellon Webster & Shelly*

A PROFESSIONAL CORPORATION
87 NORTH BROAD STREET
DOYLESTOWN, PA 18901
215-348-7700 • FAX 215-348-0171

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR
SAMUEL C. TOTARO, JR.
ELISSA B. HEINRICHS

JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

December 28, 2006

Madhi Mir Maezzei
Chief Managing Director
National Iranian Oil Company
Hafez Crossing, Taleghani Avenue
P.O. Box 1863
Tehran, Iran, 15875-1863

> Re:  **Havlish, et al. v. bin-Laden, et al.**
> **03 MDL 1570 (RCC)**
> **U.S.D.C., Southern District of New York, 03-CV-9848-RCC**
> **Transferred from U.S.D.C., District of Columbia, 1:02-cv-305**

Dear Sir:

You, or your organization, is named as a defendant in the above-referenced lawsuit. Enclosed you will find the following documents:

1. Second Amended Complaint (English)
2. Second Amended Complaint (Farsi)

Service is hereby made pursuant to Federal Rules of Civil Procedure 4 and 5. Pursuant to the Federal Rules of Civil Procedure you have ninety (90) days to file an Answer to this Second Amended Complaint. If no Answer is filed within ninety (90) days of service, we intend to perfect a default judgment against you.

Very truly yours,

Stephen A. Corr

SAC:ss
Enclosures
**Sent via DHL No. 830 8376 694**

DHL - Track (By number) Detail                Page 1 of 2
Case 1:03-md-01570-GBD-SN   Document 20844   Filed 08/29/08   Page 24 Page 1 of 2
Case 1:03-md-01570-GBD-SN   Document 2083-7   Filed 06/24/2007   Page 3 of 5

Cont



| Ship | Track | Services | About DHL | Help |

DHL USA Hom



# Track results detail

## Tracking results detail for 8308376694

### Track

▸ Track by number
▸ Track by reference
▸ Get delivery signature
▸ Track DHL Same Day service
▸ Monitor shipments

## Log in to DHL

User ID

Password

☐ Remember my User ID

Log in ▸

▸ Forgot your Password?

### Tracking summary

| | | |
|---|---|---|
| Current Status | ✓ | **Shipment delivered.** |
| Delivered on | 1/7/2007  2:45 pm | |
| Delivered to | | |
| Signed for by | **MOHSENI** | What is this? |

### Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 1/7/2007 | 2:45 pm | Shipment delivered. | Tehran, Iran  Why is this |
| | 10:35 am | Depart Facility. | Frankfurt, Germany |
| | 8:00 am | With delivery courier. | Tehran, Iran |
| | 6:17 am | Arrived at DHL facility. | Tehran, Iran |
| | 3:20 am | Depart Facility. | Tehran, Iran |
| | 3:16 am | Arrived at DHL facility. | Tehran, Iran |
| 1/6/2007 | 4:22 am | Depart Facility. | Brussels, Belgium |
| | 12:47 am | Arrived at DHL facility. | Brussels, Belgium |
| 1/5/2007 | 10:40 pm | Depart Facility. | London, United Kingdom |
| | 2:42 am | Arrived at DHL facility. | London, United Kingdom |
| 1/4/2007 | 10:39 pm | Arrived at DHL facility. | East Midlands, United Ki |
| | 6:01 am | Depart Facility. | Wilmington, OH |
| | 1:18 am | Clearance processing complete. | Wilmington, OH |
| 1/3/2007 | 2:37 pm | In transit. | Wilmington, OH |
| 12/30/2006 | 2:25 am | At Gateway. | Wilmington, OH |
| | 1:37 am | Processed at DHL Location. | Wilmington, OH |
| | 1:37 am | In transit. | Wilmington, OH |
| 12/29/2006 | 7:49 pm | Departing origin. | Allentown, PA |
| | 6:50 pm | Picked Up by DHL. | Shipper's Door |

| Ship From: | Ship To: | Shipment Information: |
|---|---|---|
| MELLON WEBSTER & SHELLY | Tehran, Iran | Ship date: 12/29/2006 |
| Doylestown, PA  18901 | | Pieces: 1 |
| United States | | Total weight: 3 lbs ' |
| | | Ship Type: Document |
| | | Shipment Reference: H |
| Attention: | Attention: | Service: International E |
| MELLON WEBSTER & SHELLY | | Special Service: |
| | | Description: NONE |

Tracking detail provided by DHL: 1/15/2007, 6:39:15 am pt.

◀ Back to summary                                                          Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to [
use of DHL tracking systems and information is strictly prohibited.

' **Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actu
weights may be different and will be provided on invoice.

**New to DHL?**

Registration is quick and easy.And as a registered
user,you'll have access to services and tools to help you
ship your packages easily and efficiently.
▷ Register Now

**Questions?**

We're here to help!
▷ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.

Process and Track your shipment online: http://www.dhl-usa.com

1-800-CALL-DHL (in USA only)

Shipment Air Waybill
(Non-Negotiable)

830 8376 694

9008376694

**DHL Worldwide Express, Inc.** 1200 South Pine Island Road, Plantation, Florida 33324

Shipper's Copy

ORIGIN

DESTINATION CODE

1 Payer Account No.
Charge to ☐ Shipper ☐ Receiver ☐ 3rd Party

☐ Cash
☐ Check
☐ Credit Card

Note: not all payment options are available in all countries

2 Shipper's DHL Account Number

3 Shipper's Reference (up to 35 characters)

Company Name

Contact Name

Address

Country

Postal Code (required)

Phone, Fax, or E-mail (required)

4 Receiver

Company Name

Contact Name

Address  DHL Cannot Deliver to a PO Box

Postal Code (required)

Country

Phone, Fax, or E-mail (required)

Declared Value Protection (see reverse)
Declared Value for Carriage (in US $)

5 Shipment Details

Total Number of Packages

Total Weight (if DHL Express Document packaging used, enter X)

lbs

Pieces

Dimensions (in inches)
Length  Width  Height

× × ×
× × ×
× × ×

6 Full Description of Contents
Give Content and Quantity. DHL Does Not Transport Cash

7 For DHL Express Only (Custom Declaration)
Attach the original and four copies of a Commercial Invoice or Pro Forma.

Value for Customs (in US $)
(use on Commercial/Pro Forma Invoice)

Export License No./Symbol (if applicable)

Schedule B Number

Harmonized Code (if applicable)

Receiver's VAT/GST or Shipper's EIN/SSN

TYPE OF EXPORT
Destination Duties/Taxes (if left blank, Receiver pays Duties/Taxes)
☐ Receiver ☐ Shipper ☐ Other

☐ Permanent ☐ Repair/Return ☐ Temporary

8 Shipper's Authorization and Signature (required)

Signature (required)                              Date

PRODUCTS & SERVICES

DOMESTIC EXPRESS
☐ 1st Express Overnight
☐ USA Overnight
☐ Other

WORLDWIDE EXPRESS
☐ 9:00 Express
☐ Worldwide Express

Service Options
☐ Non-Dutiable ☐ Ward/Straight
☐ Dutiable ☐ Other

GLOBAL MAIL
☐ Priority
☐ DHL
☐ GSL
☐ Ground-Air

☐ Hold For Pickup
☐ Delivery Notification
☐ Other

DIMENSIONAL/CHARGEABLE WEIGHT

lbs

Drop Box #

TRANSPORT COLLECT STICKER No.

SERVICES          CHARGES

TOTAL

PAYMENT DETAILS (Check, Card No.)
No.:
Auth.:
Type        Expires

PICKED UP BY
Route No.        Date        Time

# EXHIBIT D



LAW OFFICES
*Mellon Webster & Shelly*
A PROFESSIONAL CORPORATION
87 NORTH BROAD STREET
DOYLESTOWN, PA 18901
215-348-7700 • FAX 215-348-0171

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR
SAMUEL C. TOTARO, JR.
ELISSA B. HEINRICHS

⎯⎯•⎯⎯
JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

December 28, 2006

Mohammed Souri
Chairman
National Iranian Tanker Company
Nos. 67 & 88; Atefi St.; Africa Ave.
Tehran, Iran, 19177

> Re:   **Havlish, et al. v. bin-Laden, et al.**
> **03 MDL 1570 (RCC)**
> **U.S.D.C., Southern District of New York, 03-CV-9848-RCC**
> **Transferred from U.S.D.C., District of Columbia, 1:02-cv-305**

Dear Sir:

You, or your organization, is named as a defendant in the above-referenced lawsuit. Enclosed you will find the following documents:

1.   Second Amended Complaint (English)
2.   Second Amended Complaint (Farsi)

Service is hereby made pursuant to Federal Rules of Civil Procedure 4 and 5. Pursuant to the Federal Rules of Civil Procedure you have ninety (90) days to file an Answer to this Second Amended Complaint. If no Answer is filed within ninety (90) days of service, we intend to perfect a default judgment against you.

Very truly yours,

Stephen A. Corr

SAC:ss
Enclosures
**Sent via DHL No.  830 8199 675**



Cont



| Ship | Track | Services | About DHL | Help |

DHL USA Hom

**Track**

▸ Track by number
▸ Track by reference
▸ Get delivery signature
▸ Track DHL Same Day service
▸ Monitor shipments

## Log in to DHL

User ID

Password

☐ Remember my User ID

Log in ▸

▸ Forgot your Password?

# Track results detail

## Tracking results detail for 8308199675

### Tracking summary

| | |
|---|---|
| Current Status | ✓  **Shipment delivered.** |
| Delivered on | 1/9/2007  8:35 am |
| Delivered to | |
| Signed for by | **MIRMOSTAFAEI**   What is this? |

### Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 1/9/2007 | 8:35 am | Shipment delivered. | Tehran, Iran  Why is this |
| | 7:56 am | With delivery courier. | Tehran, Iran |
| 1/8/2007 | 9:36 am | Arrived at DHL facility. | Tehran, Iran |
| | 9:10 am | Depart Facility. | Tehran, Iran |
| | 9:07 am | Arrived at DHL facility. | Tehran, Iran |
| 1/7/2007 | 10:59 pm | Depart Facility. | Dubai, United Arab Emir: |
| | 9:18 am | Arrived at DHL facility. | Dubai, United Arab Emir: |
| 1/6/2007 | 7:31 pm | Depart Facility. | London, United Kingdom |
| 1/5/2007 | 10:27 pm | Arrived at DHL facility. | East Midlands, United Ki |
| | 7:17 am | Depart Facility. | Wilmington, OH |
| | 1:14 am | Clearance processing complete. | Wilmington, OH |
| 1/4/2007 | 2:09 pm | In transit. | Wilmington, OH |
| 12/30/2006 | 3:47 am | At Gateway. | Wilmington, OH |
| | 2:20 am | Processed at DHL Location. | Wilmington, OH |
| | 2:20 am | In transit. | Wilmington, OH |
| 12/29/2006 | 7:52 pm | Departing origin. | Allentown, PA |
| | 6:50 pm | Picked Up by DHL. | Shipper's Door |

**Ship From:**
MELLON WEBSTER & SHELLY
Doylestown, PA  18901
United States

**Ship To:**
Tehran, Iran

**Shipment Information:**
Ship date: 12/29/2006
Pieces: 1
Total weight: 3 lbs *

Ship Type: Document
Shipment Reference: H
Service: International E
Special Service:
Description: NONE

Attention:
MELLON WEBSTER & SHELLY

Attention:

Tracking detail provided by DHL: 1/15/2007, 6:37:32 am pt.

▣ Back to summary

Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to D
use of DHL tracking systems and information is strictly prohibited.

* **Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actu
weights may be different and will be provided on invoice.

**New to DHL?**

Registration is quick and easy.And as a registered
user,you'll have access to services and tools to help you
ship your packages easily and efficiently.
▷ Register Now

**Questions?**

We're here to help!
▷ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.

Case 1:03-md-01570-GBD-SN Document 22317 Filed 06/24/2007 Page 31 of 57

Process and Track your shipment online http://www.dhl-usa.com
1-800-CALL-DHL in USA only

**Shipment Air Waybill**
(Non negotiable)

830 8199 675

830819 9675

DHL Worldwide Express, Inc., 1200 South Pine Island Road, Plantation, Florida 33324

**Shipper's Copy**

# EXHIBIT  E



LAW OFFICES
*Mellon Webster & Shelly*
A PROFESSIONAL CORPORATION
87 NORTH BROAD STREET
DOYLESTOWN, PA 18901
215-348-7700 • FAX 215-348-0171

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR
SAMUEL C. TOTARO, JR.
ELISSA B. HEINRICHS

JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

December 28, 2006

Eng. Davoud Keshavarzian
Chairman & CEO
Iran Air
Iran Air H.Q.
Mehrabad Airport
Tehran, Iran,

        **Re:**    **Havlish, et al. v. bin-Laden, et al.**
                **03 MDL 1570 (RCC)**
                **U.S.D.C., Southern District of New York, 03-CV-9848-RCC**
                **Transferred from U.S.D.C., District of Columbia, 1:02-cv-305**

Dear Sir:

    You, or your organization, is named as a defendant in the above-referenced lawsuit. Enclosed you will find the following documents:

      1.    Second Amended Complaint (English)
      2.    Second Amended Complaint (Farsi)

    Service is hereby made pursuant to Federal Rules of Civil Procedure 4 and 5. Pursuant to the Federal Rules of Civil Procedure you have ninety (90) days to file an Answer to this Second Amended Complaint. If no Answer is filed within ninety (90) days of service, we intend to perfect a default judgment against you.

                  Very truly yours,

                  Stephen A. Corr

SAC:ss
Enclosures
**Sent via DHL No. 830 8199 664**

Conta



| Ship | Track | Services | About DHL | Help |

DHL USA Hom



# Track results detail

## Tracking results detail for 8308199664

### Tracking summary

Current Status      🔄   In transit.

**Track**

▸ Track by number
▸ Track by reference
▸ Get delivery signature
▸ Track DHL Same Day service
▸ Monitor shipments

## Log in to DHL

User ID

Password

☐ Remember my User ID

Log in ▸

▸ Forgot your Password?

### Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 1/4/2007 | 2:42 pm | In transit. | Wilmington, OH |
| | 2:41 pm | Please contact DHL | Wilmington, OH |
| 12/30/2006 | 3:47 am | At Gateway. | Wilmington, OH |
| | 2:15 am | In transit. | Wilmington, OH |
| | 2:15 am | Processed at DHL Location. | Wilmington, OH |
| 12/29/2006 | 7:49 pm | Departing origin. | Allentown, PA |
| | 6:50 pm | Picked Up by DHL. | Shipper's Door |

**Ship From:**
MELLON WEBSTER & SHELLY
Doylestown, PA  18901
United States

**Ship To:**
Tehran, Iran

**Shipment Infomation:**
Ship date: 12/29/2006
Pieces: 1
Total weight: 3 lbs ˉ
Ship Type: Document
Shipment Reference: H
Service: International E
Special Service:
Description: NONE

Attention:
MELLON WEBSTER & SHELLY

Attention:

Tracking detail provided by DHL: 1/15/2007, 6:38:30 am pt.

◁ Back to summary

Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to D
use of DHL tracking systems and information is strictly prohibited.

ˊ **Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actu
weights may be different and will be provided on invoice.

### New to DHL?

Registration is quick and easy.And as a registered
user,you'll have access to services and tools to help you
ship your packages easily and efficiently.
▸ Register Now

### Questions?

We're here to help!
▸ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.

Process and Track your shipment online http://www.dhl-usa.com

1-800-CALL-DHL *(in USA only)*

**Shipment Air Waybill**
(Non-negotiable)

830 8199 664

ORIGIN

DESTINATION CODE

Charge to: ☐ Shipper ☐ Receiver ☐ 3rd Party

Payer Account No.

Payment ☐ Cash ☐ Check ☐ Credit Card

**Shipper (Shipped)**

Shipper's Account Number

Shipper's Reference (up to 35 characters)

Shipper's Declared Value for Carriage (in US $)

Company Name

Contact Name

Address

Phone, Fax or E-mail (required)

**Receiver (Receiver)**

Company Name

Contact Name

Delivery Address. DHL Cannot Deliver to a PO Box

Country

Phone, Fax, or E-mail (required)

ZIP Code (required)

**A. Shipment Details**

Total Number of Packages

Total Weight ☐ DHL Express Document ☐ Other packaging used, enter X□

Dimensions (in inches)   Pieces   Length   Width   Height

**Full Description of Contents**
Give Content and Quantity. DHL Does Not Transport Cash.

Value for Customs (in US $)

Export License No. (or Symbol if applicable). Receiver's VAT/GST or Shipper's EIN/SSN

Schedule B Number. Harmonized Code (if applicable)

**TYPE OF EXPORT**
☐ Permanent   ☐ Repair/Return   ☐ Temporary

Destination Duties/Taxes if left blank, Receiver pays duties/taxes
☐ Receiver   ☐ Shipper   ☐ Other

**Shipper's Authorization and Signature**

Signature (required)                    Date

**DHL WORLDWIDE SERVICES**

DOMESTIC EXPRESS

WORLDWIDE EXPRESS

Service Options

**DIMENSIONAL/CHARGEABLE WEIGHT**

lbs

SERVICES           CHARGES

Drop Box #           TOTAL

TRANSPORT COLLECT STICKER No.

PAYMENT DETAILS (Check, Card No.)

No.:        Type        Expires

Auth.

PICKED UP BY

Route No.

Date        Time

PICKED UP BY        Route No.

Date        Time

Shipper's Copy

DHL Worldwide Express, Inc. 1200 South Pine Island Road, Plantation, Florida 33324

© 2000



Conta

| Ship | Track | Services | About DHL | Help |

DHL USA Hom



**Track**

▶ Track by number
▶ Track by reference
▶ Get delivery signature
▶ Track DHL Same Day service
▶ Monitor shipments

**Log in to DHL**

User ID

Password

☐ Remember my User ID

Log in ▣

▶ Forgot your Password?

**Register**
Registration is quick and free.
▶ Register now

# Track results detail

## Tracking results detail for 8308199196

### Tracking summary

| | | |
|---|---|---|
| Current Status | ✓ | **Shipment delivered.** |
| Delivered on | 1/20/2007 1:28 pm | |
| Delivered to | | |
| Signed for by | **SHAFIEE** | What is this? |

## Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 1/20/2007 | 1:28 pm | Shipment delivered. | Tehran, Iran Why is this |
| | 8:29 am | With delivery courier. | Tehran, Iran |
| | 6:53 am | Arrived at DHL facility. | Tehran, Iran |
| 1/19/2007 | 6:43 am | Depart Facility. | Frankfurt, Germany |
| | 6:02 am | Depart Facility. | Cologne, Germany |
| | 4:40 am | Arrived at DHL facility. | Cologne, Germany |
| | 4:39 am | Temporary delay in transit | Cologne, Germany |
| | 3:58 am | In transit. | Cologne, Germany |
| | 2:58 am | Depart Facility. | Brussels, Belgium |
| | 12:48 am | Arrived at DHL facility. | Brussels, Belgium |
| 1/18/2007 | 10:44 pm | Depart Facility. | London, United Kingdom |
| | 1:12 am | Arrived at DHL facility. | London, United Kingdom |
| 1/17/2007 | 8:41 pm | Arrived at DHL facility. | East Midlands, United Ki |
| | 6:44 am | Depart Facility. | Wilmington, OH |
| | 1:27 am | Clearance processing complete. | Wilmington, OH |
| 1/16/2007 | 2:30 pm | In transit. | Wilmington, OH |
| 1/13/2007 | 1:42 pm | Departing origin. | Allentown, PA |
| | 12:25 pm | Picked Up by DHL. | Shipper's Door |

**Ship From:**
MELLON WEBSTER AND SHELLY
Doylestown, PA 18902
United States

**Ship To:**
Tehran, Iran

**Shipment Information:**
Ship date: 1/13/2007
Pieces: 1
Total weight: 3 lbs "

Ship Type: Document
Shipment Reference:
Service: International E
Special Service:
Description: DOCS

Attention:
MELLON WEBSTER AND
SHELLY

Attention:

Tracking detail provided by DHL: 1/22/2007, 8:13:10 am pt.

Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to C
use of DHL tracking systems and information is strictly prohibited.

" Note on weight:
The weights displayed on this website are the weights provided when the shipment was created. Actu
weights may be different and will be provided on invoice.

**New to DHL?**

Registration is quick and easy.And as a registered user,you'll have access to services and tools to help you ship your packages easily and efficiently.
▶ Register Now

**Questions?**

We're here to help!
▶ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.

**Steve Corr**

| | |
|---|---|
| **From:** | DHL [r+11F96BD00@dhl.com] |
| **Sent:** | Saturday, January 20, 2007 5:34 AM |
| **To:** | Steve Corr |
| **Subject:** | DHL Delivery Status Notification |

Dear Stephen Corr -

Thank you for using DHL's Delivery Notification Service.
Your shipment was delivered on January 20, 2007 at 01:28 PM

Tracking Number: 8308199196
Signed for by: SHAFIEE
Date Delivered: 01/20/2007
Time: 01:28 PM

For more detailed information regarding this delivery, please visit our website at www.dhl-usa.com and enter
the tracking number in the Track section of the site.

Thank you,
DHL

You are receiving this e-mail because you requested this notification from the DHL Website.

If you have any questions or concerns about how we use your personal information, please read our privacy
policy at http://www.dhl-usa.com/About/Privacy.asp.

DHL WORLDWIDE EXPRESS USA

DHL Worldwide Express, Inc., 1200 South Pine Island Road, Plantation, Florida 33324 — Original (DHL Billing) Copy

Process and Track your shipment online http://www.dhl-usa.com
1-800-CALL-DHL — USA only

Complete sections 1-8. You are making 4 copies, please press hard.

**Shipment Air Waybill**

830 8199 196

**To (Receiver)**

Company Name: IRAN ASR

Contact Name: HESAME MOSHFIC KHALKHALI

Address: DR SAEED MEHRABANS AIRPORT

Post/ZIP Code (required): TEHRAN

Country: IRAN

Phone, Fax, or E-mail (required): +98 (21) 6465256003

**Shipper (Shipper)**

Shipper's Account Number: 222 76 7006

Company Name: Minus

Contact Name: Jantesi Cira

Address: 87 N BROAD STREET DOYLESTOWN PA

Post/ZIP Code (required): 18901

Phone, Fax, or E-mail (required): 215-348-7700

Payer Account No. 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

Shipper's Reference (up to 35 characters): SC84

**Shipment Details**

Total Number of Packages: 2

**Full Description of Contents**
DOCUMENTS

**Type of Export**

**Shipper's Authorization (signature required)**

Signature (required): [signature]

Date: 1/12/07

# EXHIBIT  F



LAW OFFICES

*Mellon Webster & Shelly*

A PROFESSIONAL CORPORATION
87 NORTH BROAD STREET
DOYLESTOWN, PA 18901
215-348-7700 • FAX 215-348-0171

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR
SAMUEL C. TOTARO, JR.
ELISSA B. HEINRICHS

———

JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

December 28, 2006

National Iranian Gas Company
No. 401, Mafatteh Crossing, Taleghani Avenue
P.O. Box 6394, 4533
Tehran, Iran,

> Re: **Havlish, et al. v. bin-Laden, et al.**
> **03 MDL 1570 (RCC)**
> **U.S.D.C., Southern District of New York, 03-CV-9848-RCC**
> **Transferred from U.S.D.C., District of Columbia, 1:02-cv-305**

Dear Sir:

You, or your organization, is named as a defendant in the above-referenced lawsuit. Enclosed you will find the following documents:

1. Second Amended Complaint (English)
2. Second Amended Complaint (Farsi)

Service is hereby made pursuant to Federal Rules of Civil Procedure 4 and 5. Pursuant to the Federal Rules of Civil Procedure you have ninety (90) days to file an Answer to this Second Amended Complaint. If no Answer is filed within ninety (90) days of service, we intend to perfect a default judgment against you.

Very truly yours,

Stephen A. Corr

SAC:ss
Enclosures
**Sent via DHL No. 830 8199 701**



Cont



| Ship | Track | Services | About DHL | Help |

DHL USA Hom

## Track

▸ Track by number
▸ Track by reference
▸ Get delivery signature
▸ Track DHL Same Day service
▸ Monitor shipments

## Log in to DHL

User ID

Password

☐ Remember my User ID

Log in ▸

▸ Forgot your Password?

# Track results detail

## Tracking results detail for 8308199701

### Tracking summary

Current Status          ↻  In transit.

## Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 1/4/2007 | 2:53 pm | In transit. | Wilmington, OH |
| | 2:53 pm | Please contact DHL | Wilmington, OH |
| | 2:53 pm | In transit. | Wilmington, OH |
| 12/30/2006 | 3:47 am | At Gateway. | Wilmington, OH |
| | 2:18 am | In transit. | Wilmington, OH |
| | 2:18 am | Processed at DHL Location. | Wilmington, OH |
| 12/29/2006 | 7:52 pm | Departing origin. | Allentown, PA |
| | 6:50 pm | Picked Up by DHL. | Shipper's Door |

| Ship From: | Ship To: | Shipment Information: |
|---|---|---|
| MELLON WEBSTER AND SHELLY | Tehran, Iran | Ship date: 12/29/2006 |
| Doylestown, PA  18902 | | Pieces: 1 |
| United States | | Total weight: 3 lbs * |
| | | Ship Type: Document |
| | | Shipment Reference: |
| Attention: | Attention: | Service: International E |
| MELLON WEBSTER AND SHELLY | | Special Service: |
| | | Description: DOCS |

Tracking detail provided by DHL: 1/15/2007, 6:36:04 am pt.

◪  Back to summary                                                    Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to D
use of DHL tracking systems and information is strictly prohibited.

˘ **Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Act
weights may be different and will be provided on invoice.

## New to DHL?

Registration is quick and easy.And as a registered
user,you'll have access to services and tools to help you
ship your packages easily and efficiently.
▸ Register Now

## Questions?

We're here to help!
▸ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.

_DHL_

Process and Track your shipment online: http://www.dhl-usa.com
1-800-CALL-DHL in USA only

## Shipment Air Waybill

**830 8199 701**

ORIGIN | DESTINATION CODE

DOMESTIC EXPRESS

WORLDWIDE EXPRESS

Express Options

SERVICES | CHARGES

DIMENSIONAL/CHARGEABLE WEIGHT

Drop Box #    TOTAL

TRANSPORT COLLECT STICKER No.

PAYMENT DETAILS (Check, Card No.)

No.:
Type
Auth.       Expires

PICKED UP BY

Route No.        Date        Time

### Shipment Details

Total Number of Packages

Total Weight

Pieces    Dimensions (in inches)
Length x Width x Height

Value for Customs (in US $)

TYPE OF EXPORT
☐ Permanent  ☐ Temporary
☐ Repair/Return

Destination Duties/Taxes if left blank: Receiver pays duties/taxes
☐ Receiver  ☐ Shipper  ☐ Other

Signature (required)                Date

DHL Worldwide Express, Inc. 1200 South Pine Island Road, Plantation, Florida 33324

**Shipper's Copy**

Conta



| Ship | Track | Services | About DHL | Help |

DHL USA Hom



**Track**

▸ Track by number
▸ Track by reference
▸ Get delivery signature
▸ Track DHL Same Day service
▸ Monitor shipments

**Log in to DHL**

User ID

Password

☐ Remember my User ID

Log in

▸ Forgot your Password?

**Register**
Registration is quick and free.
▸ Register now

# Track results detail

## Tracking results detail for 8308199200

### Tracking summary

| | | |
|---|---|---|
| Current Status | ✓ | **Shipment delivered.** |
| Delivered on | | 1/20/2007  11:09 am |
| Delivered to | | |
| Signed for by | | **MOHAMADZADEH**  What is this? |

### Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 1/20/2007 | 11:09 am | Shipment delivered. | Tehran, Iran  Why is this |
| | 8:41 am | With delivery courier. | Tehran, Iran |
| | 5:54 am | Arrived at DHL facility. | Tehran, Iran |
| 1/19/2007 | 6:43 pm | Depart Facility. | Frankfurt, Germany |
| | 6:02 am | Depart Facility. | Cologne, Germany |
| | 4:40 am | Arrived at DHL facility. | Cologne, Germany |
| | 4:39 am | Temporary delay in transit | Cologne, Germany |
| | 3:58 am | In transit. | Cologne, Germany |
| | 2:58 am | Depart Facility. | Brussels, Belgium |
| | 12:48 am | Arrived at DHL facility. | Brussels, Belgium |
| 1/18/2007 | 10:44 pm | Depart Facility. | London, United Kingdom |
| | 1:12 pm | Arrived at DHL facility. | London, United Kingdom |
| 1/17/2007 | 8:41 pm | Arrived at DHL facility. | East Midlands, United Ki |
| | 6:44 am | Depart Facility. | Wilmington, OH |
| | 1:26 am | Clearance processing complete. | Wilmington, OH |
| 1/16/2007 | 2:32 pm | In transit. | Wilmington, OH |
| 1/13/2007 | 1:42 pm | Departing origin. | Allentown, PA |
| | 12:25 pm | Picked Up by DHL. | Shipper's Door |

**Ship From:**
MELLON WEBSTER AND SHELLY
Doylestown, PA  18902
United States

**Ship To:**
Tehran, Iran

**Shipment Information:**
Ship date: 1/13/2007
Pieces: 1
Total weight: 1 lb *

Ship Type: Document
Shipment Reference: 5(
Service: International E
Special Service:
Description: DOCUMEN

Attention:
MELLON WEBSTER AND
SHELLY

Attention:

Tracking detail provided by DHL: 1/22/2007, 8:06:40 am pt.

Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to C
use of DHL tracking systems and information is strictly prohibited.

* **Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actu
weights may be different and will be provided on invoice.

**New to DHL?**

Registration is quick and easy.And as a registered
user,you'll have access to services and tools to help you
ship your packages easily and efficiently.
▷ Register Now

**Questions?**

We're here to help!
▷ Contact DHL

DHL Global  |  About DHL  |  Newsroom  |  Contact  |  Sitemap  |  Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.

DHL EXPRESS

Process and Track your shipment online http://www.dhl-usa.com
1-800-CALL-DHL™ 1-800-225-5345

**Shipment Air Waybill** (Non negotiable)

Form (Shipper)

**1 Payer Account number and shipment value protection details**

Charge to ☑ Shipper ☐ Receiver ☑ 3rd Party

Payer Account No. 222 76 7006

Shipment Value Protection (see reverse)
☐ Yes Declared Value for Carriage (in US $)

Shipper's Reference (up to 35 characters): 5084

Company Name: M WS

Address: 87 N. Broad Street

DOYLESTOWN PA 18901

Post/ZIP Code (required): 18901

Contact Name: STEPHEN CARR

Phone, Fax or E-mail (required): 215-348-7700

**2 To (Receiver)**

Company Name: NATIONAL IRANIAN GAS COMPANY

Contact Name: MALLAKI

Delivery Address DHL Cannot Deliver to a PO Box:
#401 MAFATEH CROSSING
TALEGHANIE AVENUE
P.O. BOX 6394, 4533
TEHRAN

Country: IRAN

Post/ZIP Code (required): 18901

Phone, Fax or E-mail (required): 98-21-88131

**3 Shipment Details**

Total Number of Packages: 1

Full Description of Contents: DOCUMENTS

Total Weight: 2     lbs

**4 Type of Export**
☑ Permanent   ☐ Repair/Return   ☐ Temporary

Signature (required):

Date: 1/12/07

830 8199 200

ORIGIN

DESTINATION CODE

DHL Worldwide Express, Inc. 1200 South Pine Island Road, Plantation, Florida 33324   Original (DHL Billing) Copy

$101.72
β
1-13-07

**Steve Corr**

| | |
|---|---|
| **From:** | DHL [r+BFE504401@dhl.com] |
| **Sent:** | Saturday, January 20, 2007 4:06 AM |
| **To:** | Steve Corr |
| **Subject:** | DHL Delivery Status Notification |

Dear Stephen Corr -

Thank you for using DHL's Delivery Notification Service.
Your shipment was delivered on January 20, 2007 at 11:09 AM

Tracking Number: 8308199200
Signed for by: MOHAMADZADEH
Date Delivered: 01/20/2007
Time: 11:09 AM

For more detailed information regarding this delivery, please visit our website at www.dhl-usa.com and enter the tracking number in the Track section of the site.

Thank you,
DHL

You are receiving this e-mail because you requested this notification from the DHL Website.

If you have any questions or concerns about how we use your personal information, please read our privacy policy at http://www.dhl-usa.com/About/Privacy.asp.

1

# EXHIBIT G



LAW OFFICES
*Mellon Webster & Shelly*
A PROFESSIONAL CORPORATION
87 NORTH BROAD STREET
DOYLESTOWN, PA 18901
215-348-7700 • FAX 215-348-0171

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR
SAMUEL C. TOTARO, JR.
ELISSA B. HEINRICHS

JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

December 28, 2006

Ali Shamkhani
Iran Ministry of Defense & Armed Forces Logistics
Dabestan Street, Seyyed Khandan Bridge
Resalat Expressway
Tehran, Iran,

> Re:  **Havlish, et al. v. bin-Laden, et al.**
>      **03 MDL 1570 (RCC)**
>      **U.S.D.C., Southern District of New York, 03-CV-9848-RCC**
>      **Transferred from U.S.D.C., District of Columbia, 1:02-cv-305**

Dear Sir:

You, or your organization, is named as a defendant in the above-referenced lawsuit. Enclosed you will find the following documents:

1.   Second Amended Complaint (English)
2.   Second Amended Complaint (Farsi)

Service is hereby made pursuant to Federal Rules of Civil Procedure 4 and 5. Pursuant to the Federal Rules of Civil Procedure you have ninety (90) days to file an Answer to this Second Amended Complaint. If no Answer is filed within ninety (90) days of service, we intend to perfect a default judgment against you.

Very truly yours,

Stephen A. Corr

SAC:ss
Enclosures
**Sent via DHL No. 830 8199 642**

DHL - Track (By number) Detail
Case 1:03-md-01570-GBD-SN Document 2434-7 Filed 08/29/08 Page 50 Page 1 of 1
Case 1:03-md-01570-GBD-FM Document 2633-7 Filed 08/24/2007 Page 5 of 10



| Ship | Track | Services | About DHL | Help |



**Track**

▸ Track by number
▸ Track by reference
▸ Get delivery signature
▸ Track DHL Same Day service
▸ Monitor shipments

## Log in to DHL

User ID

Password

☐ Remember my User ID

Log in ▸

▸ Forgot your Password?

# Track results detail

## Tracking results detail for 8308199642

### Tracking summary

Current Status          ⟷ In transit.

## Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 1/4/2007 | 2:36 pm | In transit. | Wilmington, OH |
| | 2:36 pm | Please contact DHL | Wilmington, OH |
| | 2:36 pm | In transit. | Wilmington, OH |
| 12/30/2006 | 3:47 am | At Gateway. | Wilmington, OH |
| | 2:14 am | In transit. | Wilmington, OH |
| | 2:14 am | Processed at DHL Location. | Wilmington, OH |
| 12/29/2006 | 7:53 pm | Departing origin. | Allentown, PA |
| | 6:50 pm | Picked Up by DHL. | Shipper's Door |

**Ship From:**
MELLON WEBSTER & SHELLY
Doylestown, PA 18901
United States

**Ship To:**
Tehran, Iran

**Shipment Information:**
Ship date: 12/29/2006
Pieces: 1
Total weight: 3 lbs *
Ship Type: Document
Shipment Reference: H
Service: International E
Special Service:
Description: NONE

**Attention:**
MELLON WEBSTER & SHELLY

**Attention:**

Tracking detail provided by DHL: 1/15/2007, 6:38:20 am pt.

▣ Back to summary                                        Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to D
use of DHL tracking systems and information is strictly prohibited.

* **Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actu
weights may be different and will be provided on invoice.

**New to DHL?**

Registration is quick and easy.And as a registered
user,you'll have access to services and tools to help you
ship your packages easily and efficiently.
▸ Register Now

**Questions?**

We're here to help!
▸ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.

**DHL**

Process and Track your shipment online http://www.dhl-usa.com

1-800-CALL-DHL n-usa.eny

## Shipment Air Waybill
(Non negotiable)

Payer account number and shipment value protection details

Charge to □ Shipper □ Receiver □ 3rd Party

Shipment Value Protection for Carriage (see reverse)

Payment: □ Cash □ Check □ Credit Card

830 8199 642

Shipper's Reference (up to 35 characters)

Sender (Shipper)

Receiver

Contact Name

Phone, Fax, or E-mail (required)

DHL Cannot Deliver to a PO Box

Country

Phone, Fax, or E-mail (required)

Shipment Details

Total Number of Packages

Total Weight

Dimensions (in inches)
Length × Width × Height

Value for Customs (in US $)

TYPE OF EXPORT
□ Permanent □ Repair/Return
□ Temporary

Destination Duties/Taxes if left blank, Receiver pays duties/taxes
□ Receiver □ Shipper □ Other

Signature (required)

Date

SERVICES    CHARGES

DIMENSIONAL/CHARGEABLE WEIGHT

TRANSPORT COLLECT STICKER No.

PAYMENT DETAILS (Check, Card No.)

PICKED UP BY        Route No.

ORIGIN    DESTINATION CODE

DHL Worldwide Express, Inc., 1200 South Pine Island Road, Plantation, Florida 33324

Shipper's Copy

 

| Ship | Track | Services | About DHL | Help |

DHL USA Hom

## Track



**Track**

▶ Track by number
▶ Track by reference
▶ Get delivery signature
▶ Track DHL Same Day service
▶ Monitor shipments

## Log in to DHL

User ID

Password

☐ Remember my User ID

Log in ▶

▶ Forgot your Password?

**Register**
Registration is quick and free.
▶ Register now

# Track results detail

## Tracking results detail for 8308199185

### Tracking summary

Current Status          ⟳ **With delivery courier.**

Get delivery

### Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 1/21/2007 | 9:47 am | With delivery courier. | Tehran, Iran |
| 1/20/2007 | 2:06 pm | Recipient refused delivery. | Tehran, Iran |
| | 8:42 am | With delivery courier. | Tehran, Iran |
| | 7:17 am | Arrived at DHL facility. | Tehran, Iran |
| 1/19/2007 | 6:43 am | Depart Facility. | Frankfurt, Germany |
| | 6:02 am | Depart Facility. | Cologne, Germany |
| | 4:40 am | Arrived at DHL facility. | Cologne, Germany |
| | 4:39 am | Temporary delay in transit | Cologne, Germany |
| | 3:58 am | In transit. | Cologne, Germany |
| | 2:58 am | Depart Facility. | Brussels, Belgium |
| | 12:48 am | Arrived at DHL facility. | Brussels, Belgium |
| 1/18/2007 | 10:44 pm | Depart Facility. | London, United Kingdom |
| | 1:12 am | Arrived at DHL facility. | London, United Kingdom |
| 1/17/2007 | 8:41 am | Arrived at DHL facility. | East Midlands, United Ki |
| | 6:44 am | Depart Facility. | Wilmington, OH |
| | 1:27 am | Clearance processing complete. | Wilmington, OH |
| 1/16/2007 | 2:28 pm | In transit. | Wilmington, OH |
| | 12:57 pm | At Gateway. | Wilmington, OH |
| 1/14/2007 | 1:12 pm | In transit. | Wilmington, OH |
| 1/13/2007 | 1:41 pm | Departing origin. | Allentown, PA |
| | 12:25 pm | Picked Up by DHL. | Shipper's Door |

**Ship From:**
MELLON WEBSTER AND SHELLY
Doylestown, PA 18902
United States

**Ship To:** Tehran, Iran

**Shipment Information:**
Ship date: 1/13/2007
Pieces: 1
Total weight: 3 lbs *
Ship Type: Document
Shipment Reference:
Service: International E
Special Service:
Description: DOCS

Attention:
MELLON WEBSTER AND
SHELLY

Attention:

Tracking detail provided by DHL: 1/22/2007, 8:15:14 am pt.

Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to [
use of DHL tracking systems and information is strictly prohibited.

* **Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actu
weights may be different and will be provided on invoice.

DHL - Track by Number
Case 1:03-md-01570-GBD-SN   Document 2134-7   Filed 08/29/08   Page 53 of 57
Case 1:03-md-01570-GBD-SN   Document 2334-7   Filed 08/24/2007   Page 8 of 10
Page 2 of 2

**New to DHL?**

Registration is quick and easy.And as a registered user,you'll have access to services and tools to help you ship your packages easily and efficiently.
▷ Register Now

**Questions?**

We're here to help!
▷ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.

*Complete sections 1-8. You are making 4 copies, please press hard.*

**DHL EXPRESS**

Process and Track your shipment online http://www.dhl-usa.com

1-800-CALL-DHL

**Shipment Air Waybill** (Non negotiable)

**830 8199 185**

**1 Payer Account number and shipment value protection details**

Charge to: ☐ Shipper ☐ Receiver ☒ 3rd Party

Shipment Value Protection (see reverse)

Payer Account No. 222-746-7606

☐ Yes, Declared Value for Carriage (in US $) _____

**2 Front (Shipper)**

Shipper's Account Number

Shipper's Reference (up to 35 characters)

Company Name: MUS

Address: 87 N. BROAD STREET
DOYLESTOWN, PA

Post/ZIP Code (required): 18401

Contact Name: Strathew Cohen

Phone, Fax, or E-mail (required): 215-348-7700

**3 To (Receiver)**

Contact Name: Iran Ministry of Defense + Armed Forces

Company Name: ALE SHAMKHANI
DEFENSON STREET, SEYYED KHABON BRIDGE
RESABAR EXPRESSWAY
Tehran

Country: IRAN

Post/ZIP Code (required): 50854

Phone, Fax, or E-mail (required):

**4 Shipment Details**

Total Number of Packages: 1

Total Weight: 1

Pieces

Full Description of Contents: DOCUMENTS

**5 Dutiable Shipment Only (Customs requirement)**

Value for Customs (in US $)

**TYPE OF EXPORT**
☒ Permanent ☐ Temporary

**TYPE OF EXPORT**
☐ Receiver ☒ Shipper ☐ Other

**7 Shipper's Authorization (signature required)**

Signature (required): _____ Date: 1/12/07

DESTINATION CODE

ORIGIN

**Products & Services**

DOMESTIC EXPRESS
WORLDWIDE EXPRESS

**SERVICES**          **CHARGES**

**DIMENSIONAL/CHARGEABLE WEIGHT**

Drop Box #

TOTAL

**PAYMENT DETAILS (Check, Card No.)**

No.: _____
Type: _____  Auth: _____  Expires: _____

**TRANSPORT COLLECT STICKER No.**

PICKED UP BY
Route No.          Date          Time

DHL Worldwide Express, Inc., 1200 South Pine Island Road, Plantation, Florida 33324

Original (DHL Billing) Copy

DHL WORLDWIDE EXPRESS USA

1-13-07

DHL - Track details
Case 1:05-md-01570-GBD-RSN Document 2233-7 Filed 08/29/08 Page 55 Page 1 of 2
Case 1:05-md-01570-GBD-FM Document 2333-7 Filed 08/24/2007 Page 8 of 10

Cont



Ship | **Track** | Services | About DHL | Help

DHL USA Hom



**Track**

▸ Track by number
▸ Track by reference
▸ Get delivery signature
▸ Track DHL Same Day service
▸ Monitor shipments

## Log in to DHL

User ID
Password
☐ Remember my User ID

Log in ▸

▸ Forgot your Password?

**Register**
Registration is quick and free.
▸ Register now

# Track results detail

## Tracking results detail for 8308199185

### Tracking summary

| | |
|---|---|
| Current Status | ⟳ With delivery courier. |
| Returned on: | 32 |
| Delivered on | 1/27/2007 9:15 am |
| Delivered to | |
| Signed for by | What is this? |

### Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 1/27/2007 | 9:15 am | With delivery courier. | Tehran, Iran |
| 1/23/2007 | 2:38 pm | Delivery Attempted. | Tehran, Iran |
| 1/21/2007 | 9:47 am | With delivery courier. | Tehran, Iran |
| 1/20/2007 | 2:06 pm | Recipient refused delivery. | Tehran, Iran |
| | 8:42 am | With delivery courier. | Tehran, Iran |
| | 7:17 am | Arrived at DHL facility. | Tehran, Iran |
| 1/19/2007 | 6:43 pm | Depart Facility. | Frankfurt, Germany |
| | 6:02 am | Depart Facility. | Cologne, Germany |
| | 4:40 am | Arrived at DHL facility. | Cologne, Germany |
| | 4:39 am | Temporary delay in transit | Cologne, Germany |
| | 3:58 am | In transit. | Cologne, Germany |
| | 2:58 am | Depart Facility. | Brussels, Belgium |
| | 12:48 am | Arrived at DHL facility. | Brussels, Belgium |
| 1/18/2007 | 10:44 pm | Depart Facility. | London, United Kingdom |
| | 1:12 am | Arrived at DHL facility. | London, United Kingdom |
| 1/17/2007 | 8:41 pm | Arrived at DHL facility. | East Midlands, United Ki |
| | 6:44 am | Depart Facility. | Wilmington, OH |
| | 1:27 am | Clearance processing complete. | Wilmington, OH |
| 1/16/2007 | 2:28 pm | In transit. | Wilmington, OH |
| | 12:57 am | At Gateway. | Wilmington, OH |
| 1/14/2007 | 1:12 pm | In transit. | Wilmington, OH |
| 1/13/2007 | 1:41 pm | Departing origin. | Allentown, PA |
| | 12:25 pm | Picked Up by DHL. | Shipper's Door |

**Ship From:**
MELLON WEBSTER & SHELLY
Doylestown, PA 18901
United States

**Ship To:**
Tehran, Iran

**Shipment Information:**
Ship date: 1/13/2007
Pieces: 1
Total weight: 3 lbs
Ship Type: Package
Shipment Reference: 5
Service: International E
Special Service:
Description: NONE

Attention:
MELLON WEBSTER & SHELLY

Attention:

Tracking detail provided by DHL: 2/8/2007, 10:54:44 am pt.

Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to D

DHL - Track details

Page 2 of 2

Case 1:03-md-01570-GBD-FM   Document 2334-7   Filed 08/29/08   Page 56 of 57
Case 1:03-md-01570-GBD-FM   Document 2334-7   Filed 08/29/2007   Page 9 of 10

use of DHL tracking systems and information is strictly prohibited.

* **Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actual weights may be different and will be provided on invoice.

### New to DHL?

Registration is quick and easy.And as a registered user,you'll have access to services and tools to help you ship your packages easily and efficiently.
▶ Register Now

### Questions?

We're here to help!
▶ Contact DHL

DHL Global  |  About DHL  |  Newsroom  |  Contact  |  Sitemap  |  Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.



| Ship | **Track** | Services | About DHL | Help |
|------|-----------|----------|-----------|------|

DHL USA Hom



⚠ Tracking Numbers could not be displayed. Please see specific errors below.

**Track**

▸ Track by number
▸ Track by reference
▸ Get delivery signature
▸ Track DHL Same Day service
▸ Monitor shipments

# Track results summary

## Tracking results summary...

⚠ Tracking Number

| 32 |

**Tracking number not found. Please check your number and res back later. Note: Tracking numbers for today's shipments may i into our tracking system yet. You may also check for** Delivery S **shipment.**

## Log in to DHL

User ID

Password

☐ Remember my User ID

Log in ▸

▸ Forgot your Password?

**Register**
Registration is quick and free.
▸ Register now

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to D use of DHL tracking systems and information is strictly prohibited.

**New to DHL?**

Registration is quick and easy.And as a registered user,you'll have access to services and tools to help you ship your packages easily and efficiently.
▸ Register Now

**Questions?**

We're here to help!
▸ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.