# EXHIBIT H



LAW OFFICES

*Mellon Webster & Shelly*

A PROFESSIONAL CORPORATION ·
87 NORTH BROAD STREET
DOYLESTOWN, PA 18901
215-348-7700 • FAX 215-348-0171

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR
SAMUEL C. TOTARO, JR.
ELISSA B. HEINRICHS

JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

December 28, 2006

Bijan Namdar-Zanganeh
Iran Ministry of Petroleum
Hafez Crossing, Taleghani Avenue
Before Hafez Bridge
Tehran, Iran,

    Re: **Havlish, et al. v. bin-Laden, et al.**
       **03 MDL 1570 (RCC)**
       **U.S.D.C., Southern District of New York, 03-CV-9848-RCC**
       **Transferred from U.S.D.C., District of Columbia, 1:02-cv-305**

Dear Sir:

  You, or your organization, is named as a defendant in the above-referenced lawsuit. Enclosed you will find the following documents:

  1. Second Amended Complaint (English)
  2. Second Amended Complaint (Farsi)

  Service is hereby made pursuant to Federal Rules of Civil Procedure 4 and 5. Pursuant to the Federal Rules of Civil Procedure you have ninety (90) days to file an Answer to this Second Amended Complaint. If no Answer is filed within ninety (90) days of service, we intend to perfect a default judgment against you.

      Very truly yours,

      Stephen A. Corr

SAC:ss
Enclosures
**Sent via DHL No. 830 8199 631**

Conta



| Ship | Track | Services | About DHL | Help |

DHL USA Hom



**Track**

▸ Track by number
▸ Track by reference
▸ Get delivery signature
▸ Track DHL Same Day service
▸ Monitor shipments

## Log in to DHL

User ID

Password

☐ Remember my User ID

Log in ▸
▸ Forgot your Password?

**Register**
Registration is quick and free.
▸ Register now

# Track results detail

## Tracking results detail for 8308199631

### Tracking summary

| | |
|---|---|
| Current Status | Awaiting pickup by recipient as requested. |
| Delivered on | 1/9/2007  7:46 am |
| Delivered to | |
| Signed for by | What is this? |

### Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 1/9/2007 | 7:46 am | Awaiting pickup by recipient as requested. | Tehran, Iran |
| 1/7/2007 | 2:45 pm | Delivery Attempted. | Tehran, Iran |
| | 10:35 am | Depart Facility. | Frankfurt, Germany |
| | 8:00 am | With delivery courier. | Tehran, Iran |
| | 6:24 am | Arrived at DHL facility. | Tehran, Iran |
| | 3:16 am | Arrived at DHL facility. | Tehran, Iran |
| 1/6/2007 | 4:22 am | Depart Facility. | Brussels, Belgium |
| | 12:47 am | Arrived at DHL facility. | Brussels, Belgium |
| 1/5/2007 | 10:40 pm | Depart Facility. | London, United Kingdom |
| | 2:42 am | Arrived at DHL facility. | London, United Kingdom |
| 1/4/2007 | 10:39 pm | Arrived at DHL facility. | East Midlands, United Ki |
| | 6:01 am | Depart Facility. | Wilmington, OH |
| | 1:19 am | Clearance processing complete. | Wilmington, OH |
| 1/3/2007 | 2:37 pm | In transit. | Wilmington, OH |
| 12/30/2006 | 3:48 am | At Gateway. | Wilmington, OH |
| | 2:10 am | Processed at DHL Location. | Wilmington, OH |
| | 2:10 am | In transit. | Wilmington, OH |
| 12/29/2006 | 7:25 pm | Departing origin. | Allentown, PA |
| | 6:50 pm | Picked Up by DHL. | Shipper's Door |

**Ship From:**
MELLON WEBSTER & SHELLY
Doylestown, PA  18901
United States

**Ship To:**
Tehran, Iran

**Shipment Information:**
Ship date: 12/29/2006
Pieces: 1
Total weight: 3 lbs *

Ship Type: Document
Shipment Reference: H
Service: International E
Special Service:
Description: NONE

Attention:
MELLON WEBSTER & SHELLY

Attention:

Tracking detail provided by DHL: 1/22/2007, 8:22:52 am pt.

Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to D
use of DHL tracking systems and information is strictly prohibited.

* **Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actu
weights may be different and will be provided on invoice.

**New to DHL?**

Registration is quick and easy.And as a registered user,you'll have access to services and tools to help you ship your packages easily and efficiently.
▶ Register Now

**Questions?**

We're here to help!
▶ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.



Conta



| Ship | Track | Services | About DHL | Help |

DHL USA Hom

**Track**

▸ Track by number
▸ Track by reference
▸ Get delivery signature
▸ Track DHL Same Day service
▸ Monitor shipments

## Log in to DHL

User ID

Password

☐ Remember my User ID

Log in ▸

▸ Forgot your Password?

# Track results detail

## Tracking results detail for 8308199631

### Tracking summary

| | |
|---|---|
| Current Status | Delivery Attempted. |
| Delivered on | 1/7/2007  2:45 pm |
| Delivered to | |
| Signed for by | What is this? |

### Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 1/7/2007 | 2:45 pm | Delivery Attempted. | Tehran, Iran |
| | 10:35 am | Depart Facility. | Frankfurt, Germany |
| | 8:00 am | With delivery courier. | Tehran, Iran |
| | 6:24 am | Arrived at DHL facility. | Tehran, Iran |
| | 3:16 am | Arrived at DHL facility. | Tehran, Iran |
| 1/6/2007 | 4:22 am | Depart Facility. | Brussels, Belgium |
| | 12:47 am | Arrived at DHL facility. | Brussels, Belgium |
| 1/5/2007 | 10:40 pm | Depart Facility. | London, United Kingdom |
| | 2:42 am | Arrived at DHL facility. | London, United Kingdom |
| 1/4/2007 | 10:39 pm | Arrived at DHL facility. | East Midlands, United Ki |
| | 6:01 am | Depart Facility. | Wilmington, OH |
| | 1:19 am | Clearance processing complete. | Wilmington, OH |
| 1/3/2007 | 2:37 pm | In transit. | Wilmington, OH |
| 12/30/2006 | 3:48 am | At Gateway. | Wilmington, OH |
| | 2:10 am | Processed at DHL Location. | Wilmington, OH |
| | 2:10 am | In transit. | Wilmington, OH |
| 12/29/2006 | 7:25 pm | Departing origin. | Allentown, PA |
| | 6:50 pm | Picked Up by DHL. | Shipper's Door |

**Ship From:**
MELLON WEBSTER & SHELLY
Doylestown, PA  18901
United States

**Ship To:**
Tehran, Iran

**Shipment Information:**
Ship date: 12/29/2006
Pieces: 1
Total weight: 3 lbs *

Ship Type: Document
Shipment Reference: H
Service: International E
Special Service:
Description: NONE

Attention:
MELLON WEBSTER & SHELLY

Attention:

Tracking detail provided by DHL: 1/15/2007, 6:34:47 am pt.

▣ Back to summary                                                                    Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to D
use of DHL tracking systems and information is strictly prohibited.

* **Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actu
weights may be different and will be provided on invoice.

**New to DHL?**

Registration is quick and easy. And as a registered user, you'll have access to services and tools to help you ship your packages easily and efficiently.
▸ Register Now

**Questions?**

We're here to help!
▸ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.

**DHL EXPRESS**

Process and Track your shipment online http://www.dhl-usa.com

1-800-CALL-DHL (in USA only)

Shipment Air Waybill (Non-negotiable)

**830 8199 631**

631

28-06

DHL Worldwide Express, Inc., 1200 South Pine Island Road, Plantation, Florida 33324

Shipper's Copy

NSN

12/7/06

# EXHIBIT I



LAW OFFICES
*Mellon Webster & Shelly*
A PROFESSIONAL CORPORATION
87 NORTH BROAD STREET
DOYLESTOWN, PA 18901
215-348-7700 • FAX 215-348-0171

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR
SAMUEL C. TOTARO, JR.
ELISSA B. HEINRICHS

JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

December 28, 2006

Safdar Hoseini
Iran Ministry of Economic Affairs & Finance
Sour Esrafil Street, Bab Homayoun Avenue
Tehran, Iran, 11144

   Re: **Havlish, et al. v. bin-Laden, et al.**
     **03 MDL 1570 (RCC)**
     **U.S.D.C., Southern District of New York, 03-CV-9848-RCC**
     **Transferred from U.S.D.C., District of Columbia, 1:02-cv-305**

Dear Sir:

   You, or your organization, is named as a defendant in the above-referenced lawsuit. Enclosed you will find the following documents:

   1.  Second Amended Complaint (English)
   2.  Second Amended Complaint (Farsi)

   Service is hereby made pursuant to Federal Rules of Civil Procedure 4 and 5. Pursuant to the Federal Rules of Civil Procedure you have ninety (90) days to file an Answer to this Second Amended Complaint. If no Answer is filed within ninety (90) days of service, we intend to perfect a default judgment against you.

     Very truly yours,

     Stephen A. Corr

SAC:ss
Enclosures
**Sent via DHL No. 830 8199 620**

Conta



| Ship | Track | Services | About DHL | Help |

DHL USA Hom



## Track

▶ Track by number
▶ Track by reference
▶ Get delivery signature
▶ Track DHL Same Day service
▶ Monitor shipments

## Log in to DHL

User ID
Password
☐ Remember my User ID

Log in ▣

▶ Forgot your Password?

# Track results detail

## Tracking results detail for 8308199620

### Tracking summary

| | |
|---|---|
| Current Status | ✓ **Shipment delivered.** |
| Delivered on | 1/9/2007  9:24 am |
| Delivered to | |
| Signed for by | **BAKHTIYARI**   What is this? |

## Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 1/9/2007 | 9:24 am | Shipment delivered. | Tehran, Iran  Why is this |
| | 7:51 am | With delivery courier. | Tehran, Iran |
| 1/8/2007 | 9:32 am | Arrived at DHL facility. | Tehran, Iran |
| | 9:09 am | Depart Facility. | Tehran, Iran |
| | 9:07 am | Arrived at DHL facility. | Tehran, Iran |
| 1/7/2007 | 10:59 pm | Depart Facility. | Dubai, United Arab Emir: |
| | 9:18 am | Arrived at DHL facility. | Dubai, United Arab Emir: |
| 1/6/2007 | 7:31 pm | Depart Facility. | London, United Kingdom |
| 1/5/2007 | 10:27 pm | Arrived at DHL facility. | East Midlands, United Ki |
| | 7:17 am | Depart Facility. | Wilmington, OH |
| | 1:12 am | Clearance processing complete. | Wilmington, OH |
| 1/4/2007 | 2:09 pm | In transit. | Wilmington, OH |
| 12/30/2006 | 2:25 am | At Gateway. | Wilmington, OH |
| | 1:38 am | Processed at DHL Location. | Wilmington, OH |
| | 1:38 am | In transit. | Wilmington, OH |
| 12/29/2006 | 7:52 am | Departing origin. | Allentown, PA |
| | 6:50 pm | Picked Up by DHL. | Shipper's Door |

| Ship From: | Ship To: | Shipment Information: |
|---|---|---|
| MELLON WEBSTER & SHELLY | Tehran, Iran | Ship date: 12/29/2006 |
| Doylestown, PA  18901 | | Pieces: 1 |
| United States | | Total weight: 3 lbs * |
| | | Ship Type: Document |
| Attention: | Attention: | Shipment Reference: H |
| MELLON WEBSTER & SHELLY | | Service: International E |
| | | Special Service: |
| | | Description: NONE |

Tracking detail provided by DHL: 1/15/2007, 6:35:12 am pt.

▣ Back to summary                                    Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to D
use of DHL tracking systems and information is strictly prohibited.

**\* Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actu
weights may be different and will be provided on invoice.

**New to DHL?**

Registration is quick and easy.And as a registered
user,you'll have access to services and tools to help you
ship your packages easily and efficiently.
▷ Register Now

**Questions?**

We're here to help!
▷ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.

_DHL_

Process and Track your shipment online: http://www.dhl-usa.com

1-800-CALL-DHL in usa only

**Shipment Air Waybill** (Non-negotiable)

830 8199 620

8309199620

ORIGIN

DESTINATION CODE

PRODUCTS / SERVICES

DOMESTIC EXPRESS

WORLDWIDE EXPRESS

GLOBAL MAIL

Service Options

DIMENSIONAL/CHARGEABLE WEIGHT

SERVICES

CHARGES

TRANSPORT COLLECT STICKER No.

TOTAL

Drop Box #

PICKED UP BY

Route No.

Time

Date

PAYMENT DETAILS (Check, Card No.)

No.:

Type

Auth.

Expires

**Sender (Shipper)**

Shipper's Account Number

Party to Receive Shipment and shipment value protection charge

Charge to: □ Shipper □ Receiver □ 3rd Party

Payment: □ Cash □ Check □ Credit Card

Party Account No.

Shipper's Declared Value for Carriage (in US $)

Shipper's Reference (up to 35 characters)

Company Name

Contact Name

**Recipient (Receiver)**

Company Name

Contact Name

Address. DHL Cannot Deliver to a P.O Box

Country

ZIP Code (required)

Phone, Fax, or E-mail (required)

**Shipment Details**

Total Number of Packages

Total Weight of Packages

lbs

Pieces

Dimensions (in inches) Length Width Height

x x x

**Full Description of Contents**

Give Content and Quantity. DHL Does Not Transport Cash

Value for Customs (in US $)

Harmonized Code or Schedule B Number / Harmonized Code (if applicable)

Receiver's VAT/GST or Shipper's EIN/SSN

**Documents / Non-Documents**

□ Documents
If DHL Express Document packaging used, enter XD

□ Non-Documents
Attach the original and four copies of a Commercial Invoice or Pro Forma. Export License No./Symbol (if applicable)

**TYPE OF EXPORT**
□ Permanent □ Repair/Return □ Temporary

Destination Duties/Taxes if left blank, Receiver pays duties/taxes
□ Receiver □ Shipper □ Other

**Shipper's Authorization (signature required)**

Signature (required)

Date

_Shipper's Copy_

DHL Worldwide Express, Inc. 1200 South Pine Island Road, Plantation, Florida 33324

# EXHIBIT J



LAW OFFICES
*Mellon Webster & Shelly*
A PROFESSIONAL CORPORATION
87 NORTH BROAD STREET
DOYLESTOWN, PA 18901
215-348-7700 • FAX 215-348-0171

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR
SAMUEL C. TOTARO, JR.
ELISSA B. HEINRICHS

December 28, 2006

JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

Mohammad Shariat-Madari
Iran Ministry of Commerce
492 Valy-e Asr Avenue
Betw. Taleghani Cross Rd. & Valy-e Asr Sq.
Tehran, Iran, 14164

> **Re:    Havlish, et al. v. bin-Laden, et al.**
> **03 MDL 1570 (RCC)**
> **U.S.D.C., Southern District of New York, 03-CV-9848-RCC**
> **Transferred from U.S.D.C., District of Columbia, 1:02-cv-305**

Dear Sir:

You, or your organization, is named as a defendant in the above-referenced lawsuit. Enclosed you will find the following documents:

1.    Second Amended Complaint (English)
2.    Second Amended Complaint (Farsi)

Service is hereby made pursuant to Federal Rules of Civil Procedure 4 and 5. Pursuant to the Federal Rules of Civil Procedure you have ninety (90) days to file an Answer to this Second Amended Complaint. If no Answer is filed within ninety (90) days of service, we intend to perfect a default judgment against you.

Very truly yours,

Stephen A. Corr

SAC:ss
Enclosures
**Sent via DHL No. 830 8293 475**

DHL - Track (By number) Detail
Case 1:03-md-01570-GBD-FM   Document 2634-8   Filed 08/29/08   Page 15 Page 1 of 2
Case 1:03-md-01570-GBD-FM   Document 2634-8   Filed 08/24/2007   Page 3 of 5

Cont



| Ship | Track | Services | About DHL | Help |

DHL USA Hom



**Track**

▶ Track by number
▶ Track by reference
▶ Get delivery signature
▶ Track DHL Same Day service
▶ Monitor shipments

## Track results detail

### Tracking results detail for 8308293475

**Tracking summary**

| | | |
|---|---|---|
| Current Status | ✓ | **Shipment delivered.** |
| Delivered on | 1/7/2007  2:45 pm | |
| Delivered to | | |
| Signed for by | **MOHAMADI** | What is this? |

## Log in to DHL

User ID

Password

☐ Remember my User ID

Log in ▶

▶ Forgot your Password?

### Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 1/7/2007 | 2:45 pm | Shipment delivered. | Tehran, Iran  Why is this |
| | 10:35 am | Depart Facility. | Frankfurt, Germany |
| | 8:00 am | With delivery courier. | Tehran, Iran |
| | 6:30 am | Arrived at DHL facility. | Tehran, Iran |
| 1/6/2007 | 4:22 am | Depart Facility. | Brussels, Belgium |
| | 12:47 am | Arrived at DHL facility. | Brussels, Belgium |
| 1/5/2007 | 10:40 pm | Depart Facility. | London, United Kingdom |
| | 2:42 am | Arrived at DHL facility. | London, United Kingdom |
| 1/4/2007 | 10:39 pm | Arrived at DHL facility. | East Midlands, United Ki |
| | 6:01 am | Depart Facility. | Wilmington, OH |
| | 1:18 am | Clearance processing complete. | Wilmington, OH |
| 1/3/2007 | 2:37 pm | In transit. | Wilmington, OH |
| 12/30/2006 | 2:25 am | At Gateway. | Wilmington, OH |
| | 1:38 am | In transit. | Wilmington, OH |
| | 1:38 am | Processed at DHL Location. | Wilmington, OH |
| 12/29/2006 | 7:53 pm | Departing origin. | Allentown, PA |
| | 6:50 pm | Picked Up by DHL. | Shipper's Door |

**Ship From:**
MELLON WEBSTER & SHELLY
Doylestown, PA  18901
United States

**Ship To:**
Tehran, Iran

**Shipment Details:**
Ship date: 12/29/2006
Pieces: 1
Total weight: 3 lbs *

Ship Type: Document
Shipment Reference: H
Service: International E
Special Service:
Description: NONE

Attention:
MELLON WEBSTER & SHELLY

Attention:

Tracking detail provided by DHL: 1/15/2007, 6:38:06 am pt.

◀ Back to summary

Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to D use of DHL tracking systems and information is strictly prohibited.

**˙ Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Act weights may be different and will be provided on invoice.

**New to DHL?**

Registration is quick and easy.And as a registered user,you'll have access to services and tools to help you ship your packages easily and efficiently.
▷ Register Now

**Questions?**

We're here to help!
▷ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.

**Shipper:**
Name of Sender **Stephen A Havlish**
Company Name **Mellon W**
Street Address **87 N B**
City, State **Doyles town**
ZIP Code **18 20**
Country **USA**
Telephone No **215 - 340**

**Ship To:**
Name of Receiver **Sha**
Company Name **Iran I**
Street Address **492 Valy**
City, State **Tehran**
Postal Code
Country **IRAN**
Telephone No

| Number Of Units | Recipient Name | Harmo |
|---|---|---|
| | | |

**Shipper:**
Name of Sender
Company Name
Street Address — DHL Cannot Deliver to a PO Box
City, State
ZIP Code
Country
Telephone No. (required)

Phone, Fax, or E-mail (required)

RATE ZIP Code (required)

Phone, Fax, or E-mail

Shipper's Reference (up to 35 characters)

**Shipment Air Waybill**
(Non-negotiable)

830 8293 475

8308293475

**DHL Worldwide Express, Inc., 1200 South Pine Island Road, Plantation, Florida 33324**

Shipper's Copy

Signature of Shipper

Case 1:03-md-01570-GBD-FM Document 2033-42 Filed 06/24/2007 Page 18 of 37

# EXHIBIT K



LAW OFFICES
*Mellon Webster & Shelly*
A PROFESSIONAL CORPORATION
87 NORTH BROAD STREET
DOYLESTOWN, PA 18901
215-348-7700 • FAX 215-348-0171

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR
SAMUEL C. TOTARO, JR.
ELISSA B. HEINRICHS

JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

December 28, 2006

Mohammad Ali Yunesi
Iran Ministry of Intelligence & Security
c/o Permanent Mission of Iran to the U.N.
622 Third Avenue
New York, NY, 10017

        **Re:   Havlish, et al. v. bin-Laden, et al.**
              **03 MDL 1570 (RCC)**
              **U.S.D.C., Southern District of New York, 03-CV-9848-RCC**
              **Transferred from U.S.D.C., District of Columbia, 1:02-cv-305**

Dear Sir:

    You, or your organization, is named as a defendant in the above-referenced lawsuit. Enclosed you will find the following documents:

    1.    Second Amended Complaint (English)
    2.    Second Amended Complaint (Farsi)

    Service is hereby made pursuant to Federal Rules of Civil Procedure 4 and 5. Pursuant to the Federal Rules of Civil Procedure you have ninety (90) days to file an Answer to this Second Amended Complaint. If no Answer is filed within ninety (90) days of service, we intend to perfect a default judgment against you.

              Very truly yours,

              Stephen A. Corr

SAC:ss
Enclosures
**Sent via DHL No. 830 8293 486**

Track Shipments

# Detailed Results

 Quick Help

| Tracking number | 790649150414 | Destination | NEW YORK CITY, NY |
|---|---|---|---|
| Ship date | Jan 15, 2007 | Service type | Standard Pak |
| Status | Delivery exception | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jan 17, 2007 | 4:38 PM | Package returned to shipper | NEW YORK, NY | Return tracking number: 798587462698 |
| Jan 16, 2007 | 12:15 PM | Delivery exception | NEW YORK, NY | Shipment refused by recipient |
| | 7:58 AM | On FedEx vehicle for delivery | NEW YORK, NY | |
| | 7:11 AM | At local FedEx facility | NEW YORK, NY | |
| Jan 15, 2007 | 1:49 PM | Picked up | NEW YORK, NY | |

[ E-mail results ]     [ Track more shipments ]

Subscribe to tracking updates (optional)

**Your Name:**                          **Your E-mail Address:**

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | | |
| | English | | |
| | English | | |
| | English | | |

**Select format:** ● HTML ○ Text ○ Wireless

**Add personal message:**

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions                    [ Submit ]

FedEx | Track
Case 1:03-md-01570-GBD-SN Document 2034-28 Filed 06/24/2008 Page 21 Page 1 of 1
Case 1:03-md-01570-GBD-FM Document 2034-28 Filed 06/29/08 Page 21 of 37

Track Shipments
## Detailed Results

 ? Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 798587462698 | **Reference** | RTS 791616329110 |
| **Signed for by** | A.BAUER | **Destination** | DOYLESTOWN, PA |
| **Ship date** | Jan 17, 2007 | **Delivered to** | Receptionist/Front Desk |
| **Delivery date** | Jan 19, 2007 11:42 AM | **Service type** | Express Saver |
| | | **Weight** | 10.0 lbs. |
| **Status** | Delivered | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Jan 19, 2007** | 11:42 AM | **Delivered** | DOYLESTOWN, PA | |
| | 7:49 AM | On FedEx vehicle for delivery | FORT WASHINGTON, PA | |
| | 7:43 AM | At local FedEx facility | FORT WASHINGTON, PA | |
| **Jan 18, 2007** | 6:47 PM | At dest sort facility | LINWOOD, PA | |
| | 11:28 AM | Departed FedEx location | NEWARK, NJ | |
| **Jan 17, 2007** | 10:11 PM | Arrived at FedEx location | NEWARK, NJ | |
| | 8:20 PM | Left origin | NEW YORK, NY | |
| | 7:30 PM | Picked up | NEW YORK, NY | |
| | 3:31 PM | Package data transmitted to FedEx | | |

[ Signature proof ]   [ E-mail results ]   [ Track more shipments ]

Subscribe to tracking updates (optional)

**Your Name:** **Your E-mail Address:**

| E-mail address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| | English | | ▨ | ☐ |
| | English | | ▨ | ☐ |
| | English | | ▨ | ☐ |
| | English | | ▨ | ☐ |

**Select format:** ◉ HTML  ○ Text  ○ Wireless

**Add personal message:**

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions    [ Submit ]

Case 1:03-md-01570-GBD-FM Document 2124-8 Filed 08/29/08 Page 23 Page 1 of 1

Track Shipments
## Detailed Results

 ⑦ Quick Help

| Tracking number | 790649150414 | Reference | Havlish #5084 SAC |
| Signed for by | Z.NAZAR | Destination | New York, NY |
| Ship date | Jan 12, 2007 | Delivered to | Receptionist/Front Desk |
| Delivery date | Jan 15, 2007 10:43 AM | Service type | Standard Pak |
| | | Weight | 3.0 lbs. |

**Status**        Delivered

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jan 15, 2007 | 10:43 AM | Delivered | New York, NY | |
| | 7:43 AM | On FedEx vehicle for delivery | NEW YORK, NY | |
| Jan 13, 2007 | 6:35 AM | At local FedEx facility | NEW YORK, NY | Package not due for delivery |
| | 5:57 AM | At local FedEx facility | NEW YORK, NY | |
| | 1:43 AM | Departed FedEx location | NEWARK, NJ | |
| Jan 12, 2007 | 8:37 PM | Left origin | FORT WASHINGTON, PA | |
| | 5:54 PM | Picked up | FORT WASHINGTON, PA | |
| | 2:05 PM | Package data transmitted to FedEx | | |

[ Signature proof ]   [ E-mail results ]   [ Track more shipments ]

Subscribe to tracking updates (optional)

**Your Name:**                              **Your E-mail Address:**

| E-mail address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| | English | | | ☐ |
| | English | | | ☐ |
| | English | | | ☐ |
| | English | | | ☐ |

Select format: ◉ HTML ○ Text ○ Wireless
**Add personal message:**

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions        [ Submit ]



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

January 22, 2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **790649150414**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | New York, NY |
| Signed for by: | Z.NAZAR | Delivery date: | Jan 15, 2007 10:43 |
| Service type: | Standard Pak | | |

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 790649150414 | Ship date: | Jan 12, 2007 |
| | | Weight: | 3.0 lbs. |

Recipient:
New York, NY US

Shipper:
DOYLESTOWN, PA US

Reference

Havlish #5084   SAC

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



**Your Shipment Details:**

| | | |
|---|---|---|
| **Ship to:** | H.E. Mohammad Javad Zarif | **Package Type:** FedEx Pak |
| | Permanent Mission of Iran to U.N | **Pickup/Drop Off:** Drop Off |
| | Ambassador | **Weight:** 1 LBS |
| | 622 Third Avenue | **Dimensions:** 0 x 0 x 0 in |
| | New York, NY 10017 | **Declared Value:** 0 USD |
| | US | **Shipper Account Number:** 120073540 |
| | 215-348-7700 | **Bill transportation to:** 120073540 |
| **From:** | Jennifer Bechle | **Courtesy Rate Quote** *15.77 |
| | MELLON, WEBSTER & SHELLY | **Discounted variable %** 0.00 |
| | 87 NORTH BROAD STREET | **Special Services:** |
| | DOYLESTOWN, PA 18901 | **Purpose:** |
| | US | **Shipment Type:** Express |
| | 2153487700 | |

| | |
|---|---|
| **Tracking no:** | 790649150414 |
| **Your reference:** | Havlish #5084 SAC |
| **Ship date:** | Jan 12 2007 |
| **Service Type:** | Standard Overnight |



**Please Note**

.*The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weig dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping char calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misd misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.

Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is l greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary v e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within stric Consult the applicable FedEx Service Guide for details.



LAW OFFICES
*Mellon Webster & Shelly*
A PROFESSIONAL CORPORATION
87 NORTH BROAD STREET
DOYLESTOWN, PA 18901
215-348-7700 • FAX 215-348-0171

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR
SAMUEL C. TOTARO, JR.
ELISSA B. HEINRICHS

December 28, 2006

JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

Islamic Republic of Iran
c/o Permanent Mission of Iran to the U.N.
622 Third Avenue
New York, NY, 10017

        Re:     Havlish, et al. v. bin-Laden, et al.
                03 MDL 1570 (RCC)
                U.S.D.C., Southern District of New York, 03-CV-9848-RCC
                Transferred from U.S.D.C., District of Columbia, 1:02-cv-305

Dear Sir:

        You, or your organization, is named as a defendant in the above-referenced lawsuit.
Enclosed you will find the following documents:

        1.      Second Amended Complaint (English)
        2.      Second Amended Complaint (Farsi)

        Service is hereby made pursuant to Federal Rules of Civil Procedure 4 and 5.  Pursuant to
the Federal Rules of Civil Procedure you have ninety (90) days to file an Answer to this Second
Amended Complaint.  If no Answer is filed within ninety (90) days of service, we intend to
perfect a default judgment against you.

                        Very truly yours,

                        Stephen A. Corr

SAC:ss
Enclosures
**Sent via DHL No.  830 8293 486**

FedEx | Track
Case 2:03-md-01570-GBD-SN Document 2123-18 Filed 08/29/08 Page 26 Page 1 of 1
Case 1:03-md-01570-GBD-FM Document 2023-28 Filed 06/24/2007 Page 9 of 37

Track Shipments
## Detailed Results

 ⑦ Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 798587462698 | **Reference** | RTS 791616329110 |
| **Signed for by** | A.BAUER | **Destination** | DOYLESTOWN, PA |
| **Ship date** | Jan 17, 2007 | **Delivered to** | Receptionist/Front Desk |
| **Delivery date** | Jan 19, 2007 11:42 AM | **Service type** | Express Saver |
| | | **Weight** | 10.0 lbs. |
| **Status** | Delivered | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Jan 19, 2007** | 11:42 AM | Delivered | DOYLESTOWN, PA | |
| | 7:49 AM | On FedEx vehicle for delivery | FORT WASHINGTON, PA | |
| | 7:43 AM | At local FedEx facility | FORT WASHINGTON, PA | |
| **Jan 18, 2007** | 6:47 PM | At dest sort facility | LINWOOD, PA | |
| | 11:28 AM | Departed FedEx location | NEWARK, NJ | |
| **Jan 17, 2007** | 10:11 PM | Arrived at FedEx location | NEWARK, NJ | |
| | 8:20 PM | Left origin | NEW YORK, NY | |
| | 7:30 PM | Picked up | NEW YORK, NY | |
| | 3:31 PM | Package data transmitted to FedEx | | |

[ Signature proof ]  [ E-mail results ]  [ Track more shipments ]

Subscribe to tracking updates (optional)

**Your Name:**               **Your E-mail Address:**

| E-mail address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| | English | ▨ | | ☐ |
| | English | ▨ | | ☐ |
| | English | ▨ | | ☐ |
| | English | ▨ | | ☐ |

**Select format:** ◉ HTML ○ Text ○ Wireless
**Add personal message:**

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and
Conditions                                                          [ Submit ]

Track Shipments
Detailed Results

 Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 798084603945 | **Destination** | NEW YORK CITY, NY |
| **Ship date** | Jan 15, 2007 | **Service type** | Standard Pak |
| | | **Weight** | 3.0 lbs. |
| **Status** | Delivery exception | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Jan 17, 2007** | 4:38 PM | **Package returned to shipper** | NEW YORK, NY | Return tracking number: 798587462698 |
| **Jan 16, 2007** | 12:15 PM | Delivery exception | NEW YORK, NY | Shipment refused by recipient |
| | 7:57 AM | On FedEx vehicle for delivery | NEW YORK, NY | |
| | 7:13 AM | At local FedEx facility | NEW YORK, NY | |
| **Jan 15, 2007** | 1:49 PM | Picked up | NEW YORK, NY | |

[ E-mail results ]    [ Track more shipments ]

Subscribe to tracking updates (optional)

**Your Name:**                    **Your E-mail Address:**

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | | |
| | English | | |
| | English | | |
| | English | | |

**Select format:** ⦿ HTML ○ Text ○ Wireless
**Add personal message:**

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions    [ Submit ]

Track Shipments
Detailed Results

 ? Quick Help

| | | | | |
|---|---|---|---|---|
| **Tracking number** | 798084603945 | **Reference** | Havlish #5084 SAC | |
| **Signed for by** | Z.NAZAR | **Destination** | New York, NY | |
| **Ship date** | Jan 12, 2007 | **Delivered to** | Receptionist/Front Desk | |
| **Delivery date** | Jan 15, 2007 10:43 AM | **Service type** | Standard Pak | |
| | | **Weight** | 3.0 lbs. | |
| **Status** | Delivered | | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Jan 15, 2007** | 10:43 AM | Delivered | New York, NY | |
| | 7:50 AM | On FedEx vehicle for delivery | NEW YORK, NY | |
| **Jan 13, 2007** | 1:40 AM | Departed FedEx location | NEWARK, NJ | |
| **Jan 12, 2007** | 8:37 PM | Left origin | FORT WASHINGTON, PA | |
| | 5:54 PM | Picked up | FORT WASHINGTON, PA | |
| | 2:05 PM | Package data transmitted to FedEx | | |

[ Signature proof ]  [ E-mail results ]  [ Track more shipments ]

Subscribe to tracking updates (optional)

**Your Name:** **Your E-mail Address:**

| E-mail address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| | English | | | ☐ |
| | English | | | ☐ |
| | English | | | ☐ |
| | English | | | ☐ |

**Select format:** ◉ HTML ◯ Text ◯ Wireless
**Add personal message:**

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and
Conditions            [ Submit ]



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

January 22, 2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **798084603945**.

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | New York, NY |
| Signed for by: | Z.NAZAR | Delivery date: | Jan 15, 2007 10:43 |
| Service type: | Standard Pak | | |

### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 798084603945 | Ship date: | Jan 12, 2007 |
| | | Weight: | 3.0 lbs. |

Recipient:
New York, NY US

Shipper:
DOYLESTOWN, PA US

Reference

Havlish #5084   SAC

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



**Your Shipment Details:**

| | | |
|---|---|---|
| **Ship to:** | H.E. Mohammad Javad Zarif<br>Permanent Mission of Iran to U.N<br>Ambassador<br>622 Third Avenue<br>New York, NY 10017<br>US<br>215-348-7700 | **Package Type:** FedEx Pak<br>**Pickup/Drop Off:** Drop Off<br>**Weight:** 1 LBS<br>**Dimensions:** 0 x 0 x 0 in<br>**Declared Value:** 0 USD<br>**Shipper Account Number:** 120073540<br>**Bill transportation to:** 120073540<br>**Courtesy Rate Quote** *15.77 |
| **From:** | Jennifer Bechle<br>MELLON, WEBSTER & SHELLY<br>87 NORTH BROAD STREET<br>DOYLESTOWN, PA 18901<br>US<br>2153487700 | **Discounted variable %** 0.00<br>**Special Services:**<br>**Purpose:**<br>**Shipment Type:** Express |
| **Tracking no:** | 798084603945 | |
| **Your reference:** | Havlish #5084 SAC | |
| **Ship date:** | Jan 12 2007 | |
| **Service Type:** | Standard Overnight | |

[Print]                                                                                  [Return]

**Please Note**

. *The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weig dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping char calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misd misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.

Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is l greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary v e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within stric Consult the applicable FedEx Service Guide for details.



LAW OFFICES

*Mellon Webster & Shelly*

A PROFESSIONAL CORPORATION
87 NORTH BROAD STREET
DOYLESTOWN, PA 18901
215-348-7700 • FAX 215-348-0171

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR
SAMUEL C. TOTARO, JR.
ELISSA B. HEINRICHS

———◆◆◆———

JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

December 28, 2006

The Islamic Revolutionary Guard Corps
c/o Permanent Mission of Iran to the U.N.
622 Third Avenue
New York, NY, 10017

     **Re:**   **Havlish, et al. v. bin-Laden, et al.**
            **03 MDL 1570 (RCC)**
            **U.S.D.C., Southern District of New York, 03-CV-9848-RCC**
            **Transferred from U.S.D.C., District of Columbia, 1:02-cv-305**

Dear Sir:

     You, or your organization, is named as a defendant in the above-referenced lawsuit. Enclosed you will find the following documents:

     1.    Second Amended Complaint (English)
     2.    Second Amended Complaint (Farsi)

     Service is hereby made pursuant to Federal Rules of Civil Procedure 4 and 5. Pursuant to the Federal Rules of Civil Procedure you have ninety (90) days to file an Answer to this Second Amended Complaint. If no Answer is filed within ninety (90) days of service, we intend to perfect a default judgment against you.

           Very truly yours,

           Stephen A. Corr

SAC:ss
Enclosures
**Sent via DHL No.  830 8293 486**

FedEx Track Shipments Detailed Results

## Track Shipments
## Detailed Results

(?) Quick Help



| | | | |
|---|---|---|---|
| **Tracking number** | 798587462698 | **Reference** | RTS 791616329110 |
| **Signed for by** | A.BAUER | **Destination** | DOYLESTOWN, PA |
| **Ship date** | Jan 17, 2007 | **Delivered to** | Receptionist/Front Desk |
| **Delivery date** | Jan 19, 2007 11:42 AM | **Service type** | Express Saver |
| | | **Weight** | 10.0 lbs. |
| **Status** | Delivered | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Jan 19, 2007** | 11:42 AM | **Delivered** | DOYLESTOWN, PA | |
| | 7:49 AM | On FedEx vehicle for delivery | FORT WASHINGTON, PA | |
| | 7:43 AM | At local FedEx facility | FORT WASHINGTON, PA | |
| **Jan 18, 2007** | 6:47 PM | At dest sort facility | LINWOOD, PA | |
| | 11:28 AM | Departed FedEx location | NEWARK, NJ | |
| **Jan 17, 2007** | 10:11 PM | Arrived at FedEx location | NEWARK, NJ | |
| | 8:20 PM | Left origin | NEW YORK, NY | |
| | 7:30 PM | Picked up | NEW YORK, NY | |
| | 3:31 PM | Package data transmitted to FedEx | | |

| Signature proof | E-mail results | Track more shipments |
|---|---|---|

Subscribe to tracking updates (optional)

**Your Name:**                    **Your E-mail Address:**

| E-mail address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| | English | | | |
| | English | | | |
| | English | | | |
| | English | | | |

**Select format:** ⦿ HTML ○ Text ○ Wireless
**Add personal message:**

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and
Conditions

Submit

Track Shipments                                       Quick Help
## Detailed Results

| | | | |
|---|---|---|---|
| **Tracking number** | 791616329110 | **Destination** | NEW YORK CITY, NY |
| **Ship date** | Jan 15, 2007 | **Service type** | Standard Pak |
| | | **Weight** | 3.0 lbs. |
| **Status** | Delivery exception | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Jan 17, 2007** | 4:38 PM | **Package returned to shipper** | NEW YORK, NY | Return tracking number: 798587462698 |
| **Jan 16, 2007** | 12:15 PM | Delivery exception | NEW YORK, NY | Shipment refused by recipient |
| | 8:01 AM | On FedEx vehicle for delivery | NEW YORK, NY | |
| | 7:12 AM | At local FedEx facility | NEW YORK, NY | |
| **Jan 15, 2007** | 1:45 PM | Picked up | NEW YORK, NY | |

[ E-mail results ]     [ Track more shipments ]

Subscribe to tracking updates (optional)

**Your Name:**                          **Your E-mail Address:**

| E-mail address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| | English | | | |
| | English | | | |
| | English | | | |
| | English | | | |

**Select format:**  ⦿ HTML  ◯ Text  ◯ Wireless
**Add personal message:**

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions     [ Submit ]

Track Shipments
Detailed Results

 Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 791616329110 | **Reference** | Havlish #5084 SAC |
| **Signed for by** | Z.NAZAR | **Destination** | New York, NY |
| **Ship date** | Jan 12, 2007 | **Delivered to** | Receptionist/Front Desk |
| **Delivery date** | Jan 15, 2007 10:43 AM | **Service type** | Standard Pak |
| | | **Weight** | 3.0 lbs. |
| **Status** | Delivered | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jan 15, 2007 | 10:43 AM | Delivered | New York, NY | |
| | 7:48 AM | On FedEx vehicle for delivery | NEW YORK, NY | |
| Jan 13, 2007 | 6:35 AM | At local FedEx facility | NEW YORK, NY | Package not due for delivery |
| | 6:35 AM | At local FedEx facility | NEW YORK, NY | Package not due for delivery |
| | 5:57 AM | At local FedEx facility | NEW YORK, NY | |
| | 1:16 AM | Departed FedEx location | NEWARK, NJ | |
| Jan 12, 2007 | 8:37 PM | Left origin | FORT WASHINGTON, PA | |
| | 5:54 PM | Picked up | FORT WASHINGTON, PA | |
| | 2:03 PM | Package data transmitted to FedEx | | |

[ Signature proof ]   [ E-mail results ]   [ Track more shipments ]

Subscribe to tracking updates (optional)

**Your Name:** **Your E-mail Address:**

**E-mail address**

| Language | | Exception updates | Delivery updates |
|---|---|---|---|
| English | | ▦ | ☐ |
| English | | ▦ | ☐ |
| English | | ▦ | ☐ |
| English | | ▦ | ☐ |

**Select format:** ◉ HTML ○ Text ○ Wireless
**Add personal message:**

Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions    [ Submit ]



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

January 22, 2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **791616329110**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | New York, NY |
| Signed for by: | Z.NAZAR | Delivery date: | Jan 15, 2007 10:43 |
| Service type: | Standard Pak | | |

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 791616329110 | Ship date: | Jan 12, 2007 |
| | | Weight: | 3.0 lbs. |

Recipient:
New York, NY US

Shipper:
DOYLESTOWN, PA US

Reference

Havlish #5084   SAC

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

Shipment Detail
Case 1:03-md-01570-GBD-SN   Document 3428   Filed 08/29/08   Page 36 of 37
Case 1:03-md-01570-GBD-SN   Document 3424-8   Filed 08/29/2007   Page 159 of 37



| Ship | Track/History | Address Book | Preferences | Fast Ship | Reports | My Profile |

<< Log out     Home

Your Shipment Details:

| | | | |
|---|---|---|---|
| **Ship to:** | H.E. Mohammad Javad Zarif<br>Permanent Mission of Iran to U.N<br>Ambassador<br>622 Third Avenue<br>New York, NY 10017<br>US<br>215-348-7700 | **Package Type:**<br>**Pickup/Drop Off:**<br>**Weight:**<br>**Dimensions:**<br>**Declared Value:**<br>**Shipper Account Number:**<br>**Bill transportation to:**<br>**Courtesy Rate Quote** | FedEx Pak<br>Drop Off<br>1 LBS<br>0 x 0 x 0 in<br>0 USD<br>120073540<br>120073540<br>*15.77 |
| **From:** | Jennifer Bechle<br>MELLON, WEBSTER & SHELLY<br>87 NORTH BROAD STREET<br>DOYLESTOWN, PA 18901<br>US<br>2153487700 | **Discounted variable %**<br>**Special Services:**<br>**Purpose:**<br>**Shipment Type:** | 0.00<br><br><br>Express |
| **Tracking no:** | 791616329110 | | |
| **Your reference:** | Havlish #5084 SAC | | |
| **Ship date:** | Jan 12 2007 | | |
| **Service Type:** | Standard Overnight | | |

Print                                                                 Return

## Please Note

. *The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weig dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping char calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misde misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.

Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is l greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary v e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within stric Consult the applicable FedEx Service Guide for details.



LAW OFFICES

*Mellon Webster & Shelly*

A PROFESSIONAL CORPORATION
87 NORTH BROAD STREET
DOYLESTOWN, PA 18901
215-348-7700 • FAX 215-348-0171

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR
SAMUEL C. TOTARO, JR.
ELISSA B. HEINRICHS

December 28, 2006

JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

Hezbollah
c/o Permanent Mission of Iran to the U.N.
622 Third Avenue
New York, NY, 10017

> **Re:** **Havlish, et al. v. bin-Laden, et al.**
> **03 MDL 1570 (RCC)**
> **U.S.D.C., Southern District of New York, 03-CV-9848-RCC**
> **Transferred from U.S.D.C., District of Columbia, 1:02-cv-305**

Dear Sir:

You, or your organization, is named as a defendant in the above-referenced lawsuit. Enclosed you will find the following documents:

1. Second Amended Complaint (English)
2. Second Amended Complaint (Farsi)

Service is hereby made pursuant to Federal Rules of Civil Procedure 4 and 5. Pursuant to the Federal Rules of Civil Procedure you have ninety (90) days to file an Answer to this Second Amended Complaint. If no Answer is filed within ninety (90) days of service, we intend to perfect a default judgment against you.

Very truly yours,

Stephen A. Corr

SAC:ss
Enclosures
**Sent via DHL No. 830 8293 486**

Track Shipments
# Detailed Results

 Quick Help

| | | | | |
|---|---|---|---|---|
| **Tracking number** | 798587462698 | **Reference** | | RTS 791616329110 |
| **Signed for by** | A.BAUER | **Destination** | | DOYLESTOWN, PA |
| **Ship date** | Jan 17, 2007 | **Delivered to** | | Receptionist/Front Desk |
| **Delivery date** | Jan 19, 2007 11:42 AM | **Service type** | | Express Saver |
| | | **Weight** | | 10.0 lbs. |
| **Status** | Delivered | | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Jan 19, 2007** | 11:42 AM | Delivered | DOYLESTOWN, PA | |
| | 7:49 AM | On FedEx vehicle for delivery | FORT WASHINGTON, PA | |
| | 7:43 AM | At local FedEx facility | FORT WASHINGTON, PA | |
| **Jan 18, 2007** | 6:47 PM | At dest sort facility | LINWOOD, PA | |
| | 11:28 AM | Departed FedEx location | NEWARK, NJ | |
| **Jan 17, 2007** | 10:11 PM | Arrived at FedEx location | NEWARK, NJ | |
| | 8:20 PM | Left origin | NEW YORK, NY | |
| | 7:30 PM | Picked up | NEW YORK, NY | |
| | 3:31 PM | Package data transmitted to FedEx | | |

|   Signature proof   |   E-mail results   |   Track more shipments   |
|---|---|---|

Subscribe to tracking updates (optional)

**Your Name:**                 **Your E-mail Address:**

**E-mail address**      **Language**          **Exception updates**   **Delivery updates**

English

English

English

English

**Select format:** ⦿ HTML ◯ Text ◯ Wireless
**Add personal message:**

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and
Conditions

Submit

Track Shipments
## Detailed Results

 Quick Help

| Tracking number | 799068910680 | Destination | NEW YORK CITY, NY |
|---|---|---|---|
| Ship date | Jan 15, 2007 | Service type | Standard Pak |
| | | Weight | 1.0 lbs. |
| Status | Delivery exception | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jan 17, 2007 | 4:38 PM | Package returned to shipper | NEW YORK, NY | Return tracking number: 798587462698 |
| Jan 16, 2007 | 12:15 PM | Delivery exception | NEW YORK, NY | Shipment refused by recipient |
| | 7:58 AM | On FedEx vehicle for delivery | NEW YORK, NY | |
| | 7:10 AM | At local FedEx facility | NEW YORK, NY | |
| Jan 15, 2007 | 1:48 PM | Picked up | NEW YORK, NY | |

[ E-mail results ]   [ Track more shipments ]

Subscribe to tracking updates (optional)

**Your Name:**                    **Your E-mail Address:**

| E-mail address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| | English | | | |
| | English | | | |
| | English | | | |
| | English | | | |

**Select format:** ◉ HTML ○ Text ○ Wireless
**Add personal message:**

Not available for Wireless or non-English characters.

By selecting this check box and the Submit button, I agree to these Terms and Conditions

FedEx | Track
Case 1:03-md-01570-GBD-SN Document 2033-428 Filed 08/29/08 Page 40 Page 1 of 1
Case 1:03-md-01570-GBD-SN Document 2033-428 Filed 08/29/2007 Page 23 of 37

Track Shipments
## Detailed Results

 ? Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 799068910680 | **Reference** | Havlish #5084 SAC |
| **Signed for by** | Z.NAZAR | **Destination** | New York, NY |
| **Ship date** | Jan 12, 2007 | **Delivered to** | Receptionist/Front Desk |
| **Delivery date** | Jan 15, 2007 10:43 AM | **Service type** | Standard Pak |
| | | **Weight** | 3.0 lbs. |
| **Status** | Delivered | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jan 15, 2007 | 10:43 AM | Delivered | New York, NY | |
| | 7:44 AM | On FedEx vehicle for delivery | NEW YORK, NY | |
| Jan 13, 2007 | 6:35 AM | At local FedEx facility | NEW YORK, NY | Package not due for delivery |
| | 5:57 AM | At local FedEx facility | NEW YORK, NY | |
| | 12:50 AM | Departed FedEx location | NEWARK, NJ | |
| Jan 12, 2007 | 8:37 PM | Left origin | FORT WASHINGTON, PA | |
| | 5:54 PM | Picked up | FORT WASHINGTON, PA | |
| | 1:59 PM | Package data transmitted to FedEx | | |

[ Signature proof ]  [ E-mail results ]  [ Track more shipments ]

Subscribe to tracking updates (optional)

**Your Name:** _____  **Your E-mail Address:** _____

| E-mail address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| | English | | ☐ | ☐ |
| | English | | ☐ | ☐ |
| | English | | ☐ | ☐ |
| | English | | ☐ | ☐ |

**Select format:** ◉ HTML ○ Text ○ Wireless

**Add personal message:**

Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions  [ Submit ]



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

January 22, 2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **799068910680**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | New York, NY |
| Signed for by: | Z.NAZAR | Delivery date: | Jan 15, 2007 10:43 |
| Service type: | Standard Pak | | |

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 799068910680 | Ship date: | Jan 12, 2007 |
| | | Weight: | 3.0 lbs. |

Recipient:
New York, NY US

Shipper:
DOYLESTOWN, PA US

Reference

Havlish #5084   SAC

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



Shipment Details and 21570 GBD SN Document 2033-28 Filed 08/29/2007 Page 23 of 37

**Your Shipment Details:**

| | | |
|---|---|---|
| **Ship to:** | H.E. Mohammad Javad Zarif<br>Permanent Mission of Iran to U.N<br>Ambassador<br>622 Third Avenue<br>New York, NY 10017<br>US<br>215-348-7700 | **Package Type:** FedEx Pak<br>**Pickup/Drop Off:** Drop Off<br>**Weight:** 1 LBS<br>**Dimensions:** 0 x 0 x 0 in<br>**Declared Value:** 0 USD<br>**Shipper Account Number:** 120073540<br>**Bill transportation to:** 120073540<br>**Courtesy Rate Quote** *15.77 |
| **From:** | Jennifer Bechle<br>MELLON, WEBSTER & SHELLY<br>87 NORTH BROAD STREET<br>DOYLESTOWN, PA 18901<br>US<br>2153487700 | **Discounted variable %** 0.00<br>**Special Services:**<br>**Purpose:**<br>**Shipment Type:** Express |
| **Tracking no:** | 799068910680 | |
| **Your reference:** | Havlish #5084 SAC | |
| **Ship date:** | Jan 12 2007 | |
| **Service Type:** | Standard Overnight | |



 

**Please Note**

. *The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weig dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping char calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misd misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.

Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is l greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary v e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within stric Consult the applicable FedEx Service Guide for details.



LAW OFFICES

*Mellon Webster & Shelly*

A PROFESSIONAL CORPORATION
87 NORTH BROAD STREET
DOYLESTOWN, PA 18901
215-348-7700 • FAX 215-348-0171

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR
SAMUEL C. TOTARO, JR.
ELISSA B. HEINRICHS

JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

December 28, 2006

Ali Akbar Hashemi Rafsanjani
c/o Permanent Mission of Iran to the U.N.
622 Third Avenue
New York, NY, 10017

> Re:  **Havlish, et al. v. bin-Laden, et al.**
> **03 MDL 1570 (RCC)**
> **U.S.D.C., Southern District of New York, 03-CV-9848-RCC**
> **Transferred from U.S.D.C., District of Columbia, 1:02-cv-305**

Dear Sir:

You, or your organization, is named as a defendant in the above-referenced lawsuit. Enclosed you will find the following documents:

1. Second Amended Complaint (English)
2. Second Amended Complaint (Farsi)

Service is hereby made pursuant to Federal Rules of Civil Procedure 4 and 5. Pursuant to the Federal Rules of Civil Procedure you have ninety (90) days to file an Answer to this Second Amended Complaint. If no Answer is filed within ninety (90) days of service, we intend to perfect a default judgment against you.

Very truly yours,

Stephen A. Corr

SAC:ss
Enclosures
**Sent via DHL No.  830 8293 486**

Track Shipments
## Detailed Results

 Quick Help

| | | | |
|---|---|---|---|
| Tracking number | 798587462698 | Reference | RTS 791616329110 |
| Signed for by | A.BAUER | Destination | DOYLESTOWN, PA |
| Ship date | Jan 17, 2007 | Delivered to | Receptionist/Front Desk |
| Delivery date | Jan 19, 2007 11:42 AM | Service type | Express Saver |
| | | Weight | 10.0 lbs. |

**Status**            Delivered

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jan 19, 2007 | 11:42 AM | Delivered | DOYLESTOWN, PA | |
| | 7:49 AM | On FedEx vehicle for delivery | FORT WASHINGTON, PA | |
| | 7:43 AM | At local FedEx facility | FORT WASHINGTON, PA | |
| Jan 18, 2007 | 6:47 PM | At dest sort facility | LINWOOD, PA | |
| | 11:28 AM | Departed FedEx location | NEWARK, NJ | |
| Jan 17, 2007 | 10:11 PM | Arrived at FedEx location | NEWARK, NJ | |
| | 8:20 PM | Left origin | NEW YORK, NY | |
| | 7:30 PM | Picked up | NEW YORK, NY | |
| | 3:31 PM | Package data transmitted to FedEx | | |

| Signature proof | E-mail results | Track more shipments |
|---|---|---|

Subscribe to tracking updates (optional)

**Your Name:**                                 **Your E-mail Address:**

| E-mail address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| | English | | | |
| | English | | | |
| | English | | | |
| | English | | | |

**Select format:** ◉ HTML  ○ Text  ○ Wireless
**Add personal message:**

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and
Conditions                                                                      Submit

Case 1:03-md-01570-GBD-SN   Document 2033-42   Filed 08/29/08   Page 45 of 59
Case 1:03-md-01570-GBD-SN   Document 2033-42   Filed 08/29/2007   Page 23 of 37
FedEx | Track   Page 1 of 1

Track Shipments
## Detailed Results

(?) Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 791209138139 | **Destination** | NEW YORK CITY, NY |
| **Ship date** | Jan 15, 2007 | **Service type** | Standard Pak |
| | | **Weight** | 3.0 lbs. |
| **Status** | Delivery exception | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Jan 17, 2007** | 4:38 PM | **Package returned to shipper** | NEW YORK, NY | Return tracking number: 798587462698 |
| **Jan 16, 2007** | 12:15 PM | Delivery exception | NEW YORK, NY | Shipment refused by recipient |
| | 8:03 AM | On FedEx vehicle for delivery | NEW YORK, NY | |
| | 7:13 AM | At local FedEx facility | NEW YORK, NY | |
| **Jan 15, 2007** | 1:47 PM | Picked up | NEW YORK, NY | |

[ E-mail results ]   [ Track more shipments ]

Subscribe to tracking updates (optional)

**Your Name:**                    **Your E-mail Address:**

| E-mail address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| | English | | ▨ | ☐ |
| | English | | ▨ | ☐ |
| | English | | ▨ | ☐ |
| | English | | ▨ | ☐ |

**Select format:** ◉ HTML  ◯ Text  ◯ Wireless
**Add personal message:**

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions                    [ Submit ]

Track Shipments
## Detailed Results

 Quick Help

| | | | | |
|---|---|---|---|---|
| **Tracking number** | 791209138139 | **Reference** | | Havlish #5084 SAC |
| **Signed for by** | Z.NAZAR | **Destination** | | New York, NY |
| **Ship date** | Jan 12, 2007 | **Delivered to** | | Receptionist/Front Desk |
| **Delivery date** | Jan 15, 2007 10:43 AM | **Service type** | | Standard Pak |
| | | **Weight** | | 3.0 lbs. |
| **Status** | Delivered | | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Jan 15, 2007** | 10:43 AM | Delivered | New York, NY | |
| | 7:46 AM | On FedEx vehicle for delivery | NEW YORK, NY | |
| **Jan 13, 2007** | 1:40 AM | Departed FedEx location | NEWARK, NJ | |
| **Jan 12, 2007** | 8:37 PM | Left origin | FORT WASHINGTON, PA | |
| | 5:54 PM | Picked up | FORT WASHINGTON, PA | |
| | 2:00 PM | Package data transmitted to FedEx | | |

[ Signature proof ]   [ E-mail results ]   [ Track more shipments ]

Subscribe to tracking updates (optional)

**Your Name:**                    **Your E-mail Address:**

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | | |
| | English | | |
| | English | | |
| | English | | |

Select format: ● HTML ○ Text ○ Wireless
**Add personal message:**

Not available for Wireless or
non-English characters.

By selecting this check box and the Submit button, I agree to these Terms and Conditions    [ Submit ]



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

January 22, 2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **791209138139**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | New York, NY |
| Signed for by: | Z.NAZAR | Delivery date: | Jan 15, 2007 10:43 |
| Service type: | Standard Pak | | |



---

### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 791209138139 | Ship date: | Jan 12, 2007 |
| | | Weight: | 3.0 lbs. |

Recipient:
New York, NY US

Shipper:
DOYLESTOWN, PA US

Reference

Havlish #5084   SAC

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



**Ship to:** H.E. Mohammad Javad Zarif
Permanent Mission of Iran to U.N
Ambassador
622 Third Avenue
New York, NY 10017
US
215-348-7700

**Package Type:** FedEx Pak
**Pickup/Drop Off:** Drop Off
**Weight:** 1 LBS
**Dimensions:** 0 x 0 x 0 in
**Declared Value:** 0 USD
**Shipper Account Number:** 120073540
**Bill transportation to:** 120073540
**Courtesy Rate Quote** *15.77

**From:** Jennifer Bechle
MELLON, WEBSTER & SHELLY
87 NORTH BROAD STREET
DOYLESTOWN, PA 18901
US
2153487700

**Discounted variable %** 0.00
**Special Services:**
**Purpose:**
**Shipment Type:** Express

**Tracking no:** 791209138139
**Your reference:** Havlish #5084 SAC
**Ship date:** Jan 12 2007
**Service Type:** Standard Overnight

Print    Return

## Please Note

. *The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weig dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping char calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misde misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.

Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is l greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary v e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within stric Consult the applicable FedEx Service Guide for details.



LAW OFFICES

*Mellon Webster & Shelly*

A PROFESSIONAL CORPORATION
87 NORTH BROAD STREET
DOYLESTOWN, PA 18901
215-348-7700 • FAX 215-348-0171

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR
SAMUEL C. TOTARO, JR.
ELISSA B. HEINRICHS

JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

December 28, 2006

Ayatollah Ali Hoseini-Khamenei
Supreme Leader
Islamic Republic of Iran
c/o Permanent Mission of Iran to the U.N.
622 Third Avenue
New York, NY, 10017

> **Re:** **Havlish, et al. v. bin-Laden, et al.**
> **03 MDL 1570 (RCC)**
> **U.S.D.C., Southern District of New York, 03-CV-9848-RCC**
> **Transferred from U.S.D.C., District of Columbia, 1:02-cv-305**

Dear Sir:

You, or your organization, is named as a defendant in the above-referenced lawsuit. Enclosed you will find the following documents:

1. Second Amended Complaint (English)
2. Second Amended Complaint (Farsi)

Service is hereby made pursuant to Federal Rules of Civil Procedure 4 and 5. Pursuant to the Federal Rules of Civil Procedure you have ninety (90) days to file an Answer to this Second Amended Complaint. If no Answer is filed within ninety (90) days of service, we intend to perfect a default judgment against you.

Very truly yours,

Stephen A. Corr

SAC:ss
Enclosures
**Sent via DHL No. 830 8293 486**

FedEx | Track
Case 1:03-md-01570-GBD-SN Document 2033-28 Filed 08/29/08 Page 50 of 1
Case 1:03-md-01570-GBD-FM-SN Document 2033-28 Filed 08/29/2007 Page 33 of 37

Track Shipments

## Detailed Results

| | | | |
|---|---|---|---|
| Tracking number | 798587462698 | Reference | RTS 791616329110 |
| Signed for by | A.BAUER | Destination | DOYLESTOWN, PA |
| Ship date | Jan 17, 2007 | Delivered to | Receptionist/Front Desk |
| Delivery date | Jan 19, 2007 11:42 AM | Service type | Express Saver |
| | | Weight | 10.0 lbs. |
| Status | Delivered | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jan 19, 2007 | 11:42 AM | Delivered | DOYLESTOWN, PA | |
| | 7:49 AM | On FedEx vehicle for delivery | FORT WASHINGTON, PA | |
| | 7:43 AM | At local FedEx facility | FORT WASHINGTON, PA | |
| Jan 18, 2007 | 6:47 PM | At dest sort facility | LINWOOD, PA | |
| | 11:28 AM | Departed FedEx location | NEWARK, NJ | |
| Jan 17, 2007 | 10:11 PM | Arrived at FedEx location | NEWARK, NJ | |
| | 8:20 PM | Left origin | NEW YORK, NY | |
| | 7:30 PM | Picked up | NEW YORK, NY | |
| | 3:31 PM | Package data transmitted to FedEx | | |

[ Signature proof ] [ E-mail results ] [ Track more shipments ]

Subscribe to tracking updates (optional)

**Your Name:**                    **Your E-mail Address:**

| E-mail address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| | English | | | ☐ |
| | English | | | ☐ |
| | English | | | ☐ |
| | English | | | ☐ |

Select format: ⦿ HTML ○ Text ○ Wireless

Add personal message:

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and
Conditions

[ Submit ]



Track Shipments
## Detailed Results

<span>(?)</span> Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 792272026998 | **Destination** | NEW YORK CITY, NY |
| **Ship date** | Jan 15, 2007 | **Service type** | Standard Pak |
| | | **Weight** | 3.0 lbs. |
| **Status** | Delivery exception | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jan 17, 2007 | 4:38 PM | Package returned to shipper | NEW YORK, NY | Return tracking number: 798587462698 |
| Jan 16, 2007 | 12:15 PM | Delivery exception | NEW YORK, NY | Shipment refused by recipient |
| | 7:59 AM | On FedEx vehicle for delivery | NEW YORK, NY | |
| | 7:08 AM | At local FedEx facility | NEW YORK, NY | |
| Jan 15, 2007 | 1:46 PM | Picked up | NEW YORK, NY | |

[ E-mail results ]    [ Track more shipments ]

Subscribe to tracking updates (optional)

**Your Name:**                    **Your E-mail Address:**

| **E-mail address** | **Language** | | **Exception updates** | **Delivery updates** |
|---|---|---|---|---|
| | English | | | |
| | English | | | |
| | English | | | |
| | English | | | |

**Select format:** ⦿ HTML ◯ Text ◯ Wireless

**Add personal message:**

Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions            Submit

Track Shipments
## Detailed Results

| | | |
|---|---|---|
| **Tracking number** | 792272026998 | **Reference** | Havlish #5084 SAC |
| **Signed for by** | Z.NAZAR | **Destination** | New York, NY |
| **Ship date** | Jan 12, 2007 | **Delivered to** | Receptionist/Front Desk |
| **Delivery date** | Jan 15, 2007 10:43 AM | **Service type** | Standard Pak |
| | | **Weight** | 1.0 lbs. |
| **Status** | Delivered | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Jan 15, 2007** | 10:43 AM | Delivered | New York, NY | |
| | 7:46 AM | On FedEx vehicle for delivery | NEW YORK, NY | |
| **Jan 13, 2007** | 6:35 AM | At local FedEx facility | NEW YORK, NY | Package not due for delivery |
| | 5:57 AM | At local FedEx facility | NEW YORK, NY | |
| | 12:56 AM | Departed FedEx location | NEWARK, NJ | |
| **Jan 12, 2007** | 8:37 PM | Left origin | FORT WASHINGTON, PA | |
| | 5:54 PM | Picked up | FORT WASHINGTON, PA | |
| | 2:06 PM | Package data transmitted to FedEx | | |

[ Signature proof ]  [ E-mail results ]  [ Track more shipments ]

Subscribe to tracking updates (optional)

**Your Name:**                          **Your E-mail Address:**

| E-mail address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| | English | | ☐ | ☐ |
| | English | | ☐ | ☐ |
| | English | | ☐ | ☐ |
| | English | | ☐ | ☐ |

**Select format:** ⦿ HTML  ○ Text  ○ Wireless

**Add personal message:**

Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions     [ Submit ]



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

January 22,2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **792272026998**.

---

Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | New York, NY |
| Signed for by: | Z.NAZAR | Delivery date: | Jan 15, 2007 10:43 |
| Service type: | Standard Pak | | |

---

Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 792272026998 | Ship date: | Jan 12, 2007 |
| | | Weight: | 1.0 lbs. |

Recipient:
New York, NY US

Shipper:
DOYLESTOWN, PA US

Reference

Havlish #5084   SAC

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

Case 1:03-md-01570-GBD-SN Document 2334-8 Filed 08/29/08 Page 54 of 59
Case 1:03-md-01570-GBD-FM-SN Document 2033-42-8 Filed 08/29/2007 Page 35 of 37
Shipment Details and 01570-GBD-SN Document 2334-8 Filed 08/29/08 Page 54 Page 1 of 1



## Your Shipment Details:

| | | |
|---|---|---|
| **Ship to:** | H.E. Mohammad Javad Zarif<br>Permanent Mission of Iran to U.N<br>Ambassador<br>622 Third Avenue<br>New York, NY 10017<br>US<br>215-348-7700 | **Package Type:** FedEx Pak<br>**Pickup/Drop Off:** Drop Off<br>**Weight:** 1 LBS<br>**Dimensions:** 0 x 0 x 0 in<br>**Declared Value:** 0 USD<br>**Shipper Account Number:** 120073540<br>**Bill transportation to:** 120073540<br>**Courtesy Rate Quote** *15.77 |
| **From:** | Jennifer Bechle<br>MELLON, WEBSTER & SHELLY<br>87 NORTH BROAD STREET<br>DOYLESTOWN, PA 18901<br>US<br>2153487700 | **Discounted variable %** 0.00<br>**Special Services:**<br>**Purpose:**<br>**Shipment Type:** Express |
| **Tracking no:** | 792272026998 | |
| **Your reference:** | Havlish #5084 SAC | |
| **Ship date:** | Jan 12 2007 | |
| **Service Type:** | Standard Overnight | |



**Print**                                                                 **Return**

## Please Note

.*The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weig
dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping char
calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misd
misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.

Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the
of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is l
greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary v
e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within stric
Consult the applicable FedEx Service Guide for details.

# EXHIBIT L

8/23/2007  12:21 PM                                                                                              Page 1 of 1

## Case Note - Page 209 of 211

**Date:** 01/12/2007  03:00 PM   **Staff:** SAC              **Topic:** E-Mail                    **Case Status**  ☐

From: Steve Corr
To: iran@un.int; jzarif@un.int
CC:
Subject: Havlish et al. v. bin Laden, et al., 03 MDL 1570 (RCC), U.S.D.C. District of Columbia No.
02-0305 (JR)
Date Sent: 1/12/2007 2:59:24 PM


Dear Mr. Zarif and To Whom It May Concern:

 Pursuant to the Order of the Honorable James Robertson, entered on September 30, 2002, the
plaintiffs in the above-referenced matter hereby serve Ayatollah Ali Hoseini-Khamenei with the
following documents in both MS Word and .pdf formats:

   1.   Second Amended Complaint (English and Farsi)


In addition to serving Ayatollah Ali Hoseini-Khamenei with these documents, we hereby serve the
following defendants in this action with these documents:

   1.   Islamic Republic of Iran
   2.   Iran Ministry of Information and Security
   3.   Hezbollah
   4.   The Islamic Revolutionary Guard Corps.
   5.   Ali Akbar Hashemi Rafsanjani

We attempted to servce original copies of these documents via DHL Couriers but those documents
were refused.  At your request, I will forward original copies of these documents.

Very truly yours,

Stephen A. Corr, Esquire


_____
Stephen A. Corr, Esquire
Mellon, Webster & Shelly
87 N. Broad Street
Doylestown, PA  18901
Tel:  215-348-7700
Fax: 215-348-0171
scorr@mellonwebster.com

*CONFIDENTIAL NOTICE*
THIS ELECTRONIC MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL AND IS
INTENDED ONLY FOR THE REVIEW OF THE PARTY TO WHOM IT IS ADDRESSED.  IF YOU
HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE IMMEDIATELY RETURN IT TO THE
SENDER.  UNINTENDED TRANSMISSION SHALL NOT CONSTITUTE WAIVER OF THE
ATTORNEY-CLIENT OR ANY OTHER PRIVILEGE.




 Attachments:   FINAL AMENDED COMPLAINT - Farsi.doc  FINAL AMENDED COMPLAINT -
Farsi.pdf  FINAL AMENDED COMPLAINT.doc  SECOND AMENDED COMPLAINT 9.7.2006.pdf

# EXHIBIT M

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FIONA HAVLISH, et al.,          :
                                :
            Plaintiffs,         :
                                :
    v.                          :          CASE NUMBER 1:02CV00305
                                :
SHEIKH USAMAH BIN-MUHAMMAD      :          Judge James Robertson
BIN-LADEN, a/k/a OSAMA          :
BIN-LADEN, et al.,              :
                                :
            Defendants.         :

---

## RULE 55(a) DEFAULT

It appearing that defendants, The Islamic Republic of Iran, Iranian Ministry of Information and Security, The Islamic Revolutionary Guard Corps, Hezbollah, Iranian Ministry of Petroleum, Iranian Ministry of Economic Affairs and Finance, Iranian Ministry of Commerce, Iranian Ministry of Defense and Armed Forces Logistics have failed to plead or otherwise defend this action though duly served with summons and copy of Amended Complaint pursuant to 28 U.S.C. § 1608(a)(4) on October 9, 2002 and an affidavit on behalf of plaintiffs having been filed (Docket Document No. 35), it is this 25 day of December, 2002 declared that The Islamic Republic of Iran, Iranian Ministry of Information and Security, The Islamic Revolutionary Guard Corps, Hezbollah, Iranian Ministry of Petroleum, Iranian Ministry of Economic Affairs and Finance, Iranian Ministry of Commerce, Iranian Ministry of Defense and Armed Forces Logistics, defendants herein are in default.

Nancy M. Mayer-Whittington, Clerk

By: _____
    Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FIONA HAVLISH, et al.,                          :
                                                :
              Plaintiffs,                        :
                                                :
       v.                                       :        CASE NUMBER 1:02CV00305
                                                :
SHEIKH USAMAH BIN-MUHAMMAD :                             Judge James Robertson
BIN-LADEN, a/k/a OSAMA                          :
BIN-LADEN, et al.,                              :
                                                :
              Defendants.                        :

## RULE 55(a) DEFAULT

It appearing that defendants, Ayatollah Ali Hoseini-Khamenei, Saddam Hussein and Qusai Hussein have failed to plead or otherwise defend this action though duly served with summons and copy of Amended Complaint via U.S. Mail/Federal Express and email addressed to The Permanent Mission of Iran to the U.N. (Ayatollah Ali Hoseini-Khamenei email September 30, 2002 and U.S. mail October 3, 2002) and The Permanent Misson of Iraq to the U.N. (Saddam Hussein and Qusai Hussein via email September 30, 2002 and Federal Express October 10, 2002) pursuant to this Honorable Court's Order dated September 30, 2002 and an affidavit on behalf of plaintiffs having been filed (Docket Document No. 35), it is this __23__ day of __December__, 2002 declared that Ayatollah Ali Hoseini-Khamenei, Saddam Hussein and Qusai Hussein, defendants herein are in default.

Nancy M. Mayer-Whittington, Clerk.

By: _Belinda Johnson_
        Deputy Clerk