# EXHIBIT  G

**Clerk's Certificate of Default**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
_____x

IN RE: TERRORIST ATTACKS ON                    03 MDL 1570 (RCC)
SEPTEMBER 11, 2001


_____x

THIS DOCUMENT RELATES TO:

*Fiona Havlish, et al. v. Bin-Laden, et al.*
03 CV 9848 (RCC)


## CLERK'S CERTIFICATE FOR DEFAULT

I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the

Southern District of New York, do hereby certify the following:

1.     This action commenced in the United Stated District Court for the District

of Columbia on February 19, 2002 with the filing of a Complaint and Summons, a copy of the

docket entries from the United States District Court for the District of Columbia is attached

hereto as *Exhibit A*;

2.     On December 23, 2002, Nancy M. Mayer-Whittington, Clerk of the

United State District Court for the District of Columbia, entered Rule 55(a) Defaults against

Ayatollah Hoseini-Khamenei, Saddam Hussein, Quasai Hussein, The Islamic Republic of Iran,

Iranian Ministry of Information and Security, The Islamic Revolutionary Guard Corps,

Hezbollah, Iranian Ministry of Petroleum, Iranian Ministry of Economic Affairs and Finance,

Iranian Ministry of Commerce, Iranian Ministry of Defense and Armed Forces Logistics.  A

copy of the Rule 55(a) Default for each defendant is attached hereto collectively as *Exhibit B*.

3.    On or about January 2, 2004, *Dec 11, 2003* this case was transferred to the United States District Court of the Southern District of New York pursuant to the Order of the Judicial Panel on Multidistrict Litigation.

4.    Plaintiffs' Second Amended Complaint was filed on September 14, 2006 and the Second Amended Complaint and Summons were served upon all defendants listed on *Exhibit C* in the manner described, and proofs of such service were filed on August 24, 2007.

5.    The defendants listed in *Exhibit C* have not filed an answer or otherwise moved with respect to the Second Amended Complaint herein, and the default of the defendants listed in *Exhibit C* is hereby noted.

Dated: New York, NY

*Dec 27, 2007*

**J. MICHAEL MCMAHON**
Clerk of the Court

By: _____
Deputy Clerk

# EXHIBIT  A

CLOSED, TRANSFERRED, TYPE-B

## U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:02-cv-00305-JR

HAVLISH et al v. BIN-LADEN et al
Assigned to: Judge James Robertson
Cause: 18:1961 Racketeering (RICO) Act

Date Filed: 02/19/2002
Date Terminated: 01/08/2004
Jury Demand: None
Nature of Suit: 360 P.I.: Other
Jurisdiction: Federal Question

### Plaintiff

**FIONA HAVLISH**
*in her own right and as Executrix of the*
*Estate of Donald Havlish, Jr., Deceased*

represented by **Anne McGinness Kearse**
NESS, MOTLEY, P.A.
28 Bridgeside Boulevard
Mount Pleasant, SC 29465
(843) 216-9140
Fax: (843) 216-9450
Email: akearse@nmlrp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward H. Rubenstone**
Four Greenwood Square
Suite 200
Bensalem, PA 19020
(215)638-9330
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**H. Patrick Donohue**
ARMSTRONG, DONOHUE, CEPPOS
& VAUGHAN,
204 Monroe Street
Suite 101
Rockville, MD 20854
(301) 251-0440
Fax: (301) 279-5929
Email: hdonohue@adclawfirm.com
*TERMINATED: 04/29/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jodi Westbrook Flowers**
MOTLEY RICE LLC
28 Bridgeside Boulevard
PO Box 1792
Mount Pleasant, SC 29465

(843) 216-9163
Fax: (843) 216-9450
Email: jflowers@motleyrice.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John A. Corr**
MELLON WEBSTER & SHELLEY
87 North Broad Street
Doylestown, PA 18901
(215)348-7700
Fax: (215) 348-0171
Email: jcorr@mellonwebster.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph A. Cullen, Jr.**
87 North Broad Street
Doylestown, PA 18901
(215)348-7700
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick A. Malone**
PATRICK MALONE & ASSOCIATES

1331 H Street, N.W.
Suite 902
Washington, DC 20005
(202) 742-1500
Email:
pmalone@patrickmalonelaw.com
*TERMINATED: 06/09/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard D. Burbridge**
139 E South Temple
Salt Lake City, UT 84111
(801) 355-6677
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Brain**
HOWARTH & SMITH
800 Wilshire Boulevard
Suite 750
Los Angeles, CA 90017
(213)955-9400
Fax: (213) 622-0791

Email: rbrain@howarth-smith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert F. Muse**
STEIN, MITCHELL & MEZINES LLP

1100 Connecticut Avenue, NW
Suite 1100
Washington, DC 20036-4195
(202) 737-7777
Fax: (202) 296-8312
Email: rmuse@steinmitchell.com
*TERMINATED: 06/09/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald L. Motley**
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
(843) 216-9163
Fax: (843) 216-9450
Email: rmotley@motleyrice.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**RUSSA STEINER**
*in her own right and as Executrix of the*
*Estate of William Steiner, Deceased*

represented by **H. Patrick Donohue**
(See above for address)
*TERMINATED: 04/29/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard D. Burbridge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CLARA CHIRCHIRILLO**
*in her own right and as Executrix of the*
*Estate of Peter Chirchirillo*

represented by **H. Patrick Donohue**
(See above for address)
*TERMINATED: 04/29/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Richard D. Burbridge
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**TARA BANE**                                  represented by   **H. Patrick Donohue**
*in her own right and as Executrix of the*                      (See above for address)
*Estate of Michael A. Bane*                                     *TERMINATED: 04/29/2002*
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **John A. Corr**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Joseph A. Cullen, Jr.**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Richard D. Burbridge**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**
**GRACE M. PARKINSON-**                         represented by   **H. Patrick Donohue**
**GODSHALK**                                                    (See above for address)
*in her own right and Administratrix of*                        *TERMINATED: 04/29/2002*
*the Estate of William R. Godshalk,*                            *LEAD ATTORNEY*
*Deceased*                                                      *ATTORNEY TO BE NOTICED*

                                                                **John A. Corr**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Joseph A. Cullen, Jr.**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Richard D. Burbridge**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**ELLEN L. SARACINI**
*in her own right and as Executrix of the*
*Estate of Victor J. Saracini, Deceased*

represented by **H. Patrick Donohue**
(See above for address)
*TERMINATED: 04/29/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph A. Cullen, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard D. Burbridge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**THERESANN LOSTRANGIO**
*in her own right and as Executrix of the*
*Estate of Joseph Lostrangio, Deceased*

represented by **H. Patrick Donohue**
(See above for address)
*TERMINATED: 04/29/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph A. Cullen, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard D. Burbridge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DEENA BURNETT**
*in her own right and as Administratix of*
*the Estate of Thomas E. Burnett, Jr.,*
*deceased*

represented by **Patrick A. Malone**
(See above for address)
*TERMINATED: 06/09/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Richard D. Burbridge
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**THOMAS E. BURNETT, SR.**
*as the parent and on behalf of the*
*family of Thomas E. Burnett, Jr.*

represented by  **Richard D. Burbridge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**JUDITH REISS**
*in her own right and as Administratix of*
*the Estate of Joshua Scott Reiss,*
*deceased*

represented by  **Richard D. Burbridge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**WILLIAM COALE**
*in his own right and as Administratix of*
*the Estate of Jeffrey Alan Coale,*
*deceased*

represented by  **Richard D. Burbridge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**PATRICIA J. PERRY**
*in her own right and as Administratix of*
*the Estate of John William Perry,*
*deceased*

represented by  **Richard D. Burbridge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**BARBARA A. MINERVINO**
*in her own right and as Administratix of*
*the Estate of Louis J. Minervino,*
*deceased*

represented by  **Richard D. Burbridge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**MATTHEW T. SELLITTO**
*in his own right and as Administrator of*
*the Estate of Matthew C. Sellitto,*
*deceased*

represented by  **Richard D. Burbridge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**RALPH MAERZ, JR.**
*as parent and on behalf of the family of*
*Noell Maerz, deceased*

represented by  **Richard D. Burbridge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**LINDA PANIK**
*as the parent and on behalf of the*
*family of Lt. Jonas Martin Panik,*
*deceased*

**Plaintiff**

**MARTIN PANIK**
*as parent of and on behalf of the family*
*of Lt. Jonas Martin Panik, deceased*

**Plaintiff**

**MARTINA LYNE-ANNA PANIK**
*as the sister of Lt. Jonas Martin Panik*

**Plaintiff**

**STEPHEN L. CARTLEDGE**
*as husband of Sandra Wright*
*Cartledge, deceased*

**Plaintiff**

**LOISANNE DIEHL**
*in her own right and as Executrix of the*
*Estate of Michael Diehl, deceased*

**Plaintiff**

**TINA GRAZIOSO**
*in her own right and as Executrix of the*
*Estate of John Grazioso, deceased*

**Plaintiff**

**JIN LIU**
*in her own right and as Executrix of the*
*Estate of Liming Gu, deceased*

**Plaintiff**

**ALL PLAINTIFFS**
*on behalf of themselves and all others*
*similarly situated*

represented by **Richard D. Burbridge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

represented by **Richard D. Burbridge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

represented by **Richard D. Burbridge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

represented by **Richard D. Burbridge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

represented by **Richard D. Burbridge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

represented by **Richard D. Burbridge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

represented by **Richard D. Burbridge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

represented by **Patrick A. Malone**
(See above for address)
*TERMINATED: 06/09/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard D. Burbridge**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert F. Muse**
(See above for address)
*TERMINATED: 06/09/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy B. Fleming**
WIGGINS, CHILDS, QUINN &
PANTAZIS, PLLC
2031 Florida Avenue, NW
Suite 300
Washington, DC 20009
(202) 467-4123
Fax: (202) 467-4489
Email: tfleming@wcqp.com
*ATTORNEY TO BE NOTICED*

V.

<u>Defendant</u>

**SHEIKH USAMA BIN-
MUHAMMAD BIN-LADEN**
*also known as*
OSAMA BIN-LADEN

<u>Defendant</u>

**THE TALIBAN**

<u>Defendant</u>

**MUHAMMAD OMAR**

<u>Defendant</u>

**AL QAEDA/ ISLAMIC ARMY**

<u>Defendant</u>

**ISLAMIC EMIRATE OF
AFGHANISTAN**
*TERMINATED: 05/03/2002*

<u>Defendant</u>

**ISLAMIC REPUBLIC OF IRAN**

<u>Defendant</u>

**REPUBLIC OF IRAQ**

**Defendant**

**THE ESTATE OF MARWAN AL SHEHHI**
*TERMINATED: 05/03/2002*
*also known as*
Marwan Yusif Muhammad Rashid Al-Shehi
*TERMINATED: 05/03/2002*

**Defendant**

**THE ESTATE OF FAYEZ RASHID AHMED HASSAN AL QADI BANIHAMMAD**
*TERMINATED: 05/03/2002*
*also known as*
FAYEZ AHMED
*TERMINATED: 05/03/2002*
*also known as*
BANIHAMMAD FAYEZ
*TERMINATED: 05/03/2002*

**Defendant**

**ESTATE OF AHMED ALGHAMDI**
*TERMINATED: 05/03/2002*
*also known as*
AHMED SALAH ALGHAMDI
*TERMINATED: 05/03/2002*

**Defendant**

**ESTATE OF HAMZA ALGHAMDI**
*TERMINATED: 05/03/2002*
*also known as*
HAMZA AL-GHAMDI
*TERMINATED: 05/03/2002*
*also known as*
HAMZA GHAMDI
*TERMINATED: 05/03/2002*

**Defendant**

**THE ESTATE OF MOHAND ALSHEHRI**
*TERMINATED: 05/03/2002*
*also known as*
MOHAMMED ALSHEHHI
*TERMINATED: 05/03/2002*

**Defendant**

**ESTATE OF SATAM M. A. AL SUQAMI**

*TERMINATED: 05/03/2002*

**Defendant**

**THE ESTATE OF ABDULAZIZ
ALOMARI**
*TERMINATED: 05/03/2002*

**Defendant**

**THE ESTATE OF WALEED M.
ALSHEHRI**
*TERMINATED: 05/03/2002*

**Defendant**

**THE ESTATE OF WAIL M.
ALSHEHRI**
*TERMINATED: 05/03/2002*

**Defendant**

**THE ESTATE OF MOHAMED
ATTA**
*TERMINATED: 05/03/2002*
*also known as*
MOHAMMED EL AMIR
*TERMINATED: 05/03/2002*
*also known as*
MEHAN ATTA
*TERMINATED: 05/03/2002*
*also known as*
MOHAMED EL SAYED
*TERMINATED: 05/03/2002*

**Defendant**

**THE ESTATE OF KHALID
ALMIHDHAR**
*TERMINATED: 05/03/2002*
*also known as*
SANNAN AL MAKKI
*TERMINATED: 05/03/2002*
*also known as*
KHALID BIN MUHAMMAD
*TERMINATED: 05/03/2002*

**Defendant**

**THE ESTATE OF NAWAF
ALHAZMI**
*TERMINATED: 05/03/2002*
*also known as*
NAWAF AL-HAZMI
*TERMINATED: 05/03/2002*

District of Columbia live database - Docket Report
Case 1:03-md-01570-GBD-SN   Document 2124-9   Filed 08/29/08   Page 15 of 39
Page 11 of 22

**Defendant**

## THE ESTATE OF HANI HANJOUR

*TERMINATED: 05/03/2002*
*also known as*
HANI SALEH HANJOUR
*TERMINATED: 05/03/2002*

**Defendant**

## THE ESTATE OF SALEM ALHAMZI
*TERMINATED: 05/03/2002*

**Defendant**

## THE ESTATE OF MAJED MOQED
*TERMINATED: 05/03/2002*
*also known as*
MAJED M. GH MOQED
*TERMINATED: 05/03/2002*

**Defendant**

## THE ESTATE OF SAMIR JARRAH

*TERMINATED: 05/03/2002*
*also known as*
ZAID JARRAHI
*TERMINATED: 05/03/2002*

**Defendant**

## THE ESTATE OF AHMED IBRAHIM A. AL HAZNAWI
*TERMINATED: 05/03/2002*
*also known as*
AHMED ALHAZNAWI
*TERMINATED: 05/03/2002*

**Defendant**

## THE ESTATE OF SAEED ALGHAMDI
*TERMINATED: 05/03/2002*
*also known as*
ABDUL RAHMAN SAED ALGHAMDI
*TERMINATED: 05/03/2002*
*also known as*
ALI S. ALGHAMDI
*TERMINATED: 05/03/2002*

**Defendant**

**THE ESTATE OF AHMED
ALNAMI**
*TERMINATED: 05/03/2002*
*also known as*
ALI AHMED ALNAMI
*TERMINATED: 05/03/2002*

Defendant

**ZACARIAS MOUSSAOUI**
*TERMINATED: 05/03/2002*

Defendant

**ABU SAYYAF GROUP**
*TERMINATED: 05/03/2002*
*also known as*
AL HARAKAT AL ISLAMIYYA
*TERMINATED: 05/03/2002*

Defendant

**ARMED ISLAMIC GROUP [GIA]**
*also known as*
AL-JAMA'AH AL-ISLAMIYAH AL-
MUSALLAH
*also known as*
GIA
*also known as*
GROUPEMENT ISLAMIQUE ARME

Defendant

**ALL DEFENDANTS**

Defendant

**HARAKAT ul MUJAHIDIN [HUM]**
*TERMINATED: 05/03/2002*
*also known as*
HARAKAT UL MUJAHIDEEN
*TERMINATED: 05/03/2002*
*also known as*
HARAKAT UL ANSAR
*TERMINATED: 05/03/2002*
*also known as*
HUA
*TERMINATED: 05/03/2002*
*also known as*
HUM
*TERMINATED: 05/03/2002*

Defendant

**AYATOLLAH ALI HOSEINI-
KHAMENEI**

*Supreme Leader*

Defendant

**IRANIAN MINISTRY OF
INFORMATION AND SECURITY**

Defendant

**ISLAMIC REVOLUTIONARY
GUARD CORPS**

Defendant

**HEZBOLLAH**
*an unincorporated association*

Defendant

**IRANIAN MINISTRY OF
PETROLEUM**

Defendant

**IRANIAN MINISTRY OF
ECONOMIC AFFAIRS AND
FINANCE**

Defendant

**IRANIAN MINISTRY OF
COMMERCE**

Defendant

**IRANIAN MINISTRY OF
DEFENSE AND ARMED FORCES
LOGISTICS**

Defendant

**SADDAM HUSSEIN**
*President*

Defendant

**IRAQI MINISTRY OF DEFENSE**

Defendant

**IRAQI MINISTRY OF FINANCE**

Defendant

**IRAQI MINISTRY OF OIL**

Defendant

**IRAQI INTELLIGENCE SERVICE**

Defendant

**QUSAI HUSSEIN**

**Defendant**

**UNIDENTIFIED TERRORIST
DEFENDANTS**
*1-500*

**Movant**

| | | |
|---|---|---|
| **VIGILANT INSURANCE
COMPANY** | represented by | **Matthew G. Ash**
NEWTEK BUSINESS SERVICES,
INC
1627 K Street, NW
Suite 1000
Washington, DC 20006-1710
(202) 466-0654
Fax: (202) 912-4830
Email:
mash@newtekbusinessservices.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED* |

**Movant**

| | | |
|---|---|---|
| **PACIFIC INDEMNITY COMPANY** | represented by | **Matthew G. Ash**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED* |

**Movant**

| | | |
|---|---|---|
| **FEDERAL INSURANCE
COMPANY** | represented by | **Matthew G. Ash**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/19/2002 | 1 | COMPLAINT against ALL DEFENDANTS ( Filing fee $150 ). Filed by TARA BANE, CLARA CHIRCHIRILLO, FIONA HAVLISH, THERESANN LOSTRANGIO, GRACE M. PARKINSON-GODSHALK, ELLEN L. SARACINI, RUSSA STEINER. (aet, ) (Entered: 03/08/2002) |
| 02/19/2002 | | SUMMONS Not Issued as to ALL DEFENDANTS (aet, ) (Entered: 03/08/2002) |
| 02/22/2002 | 2 | MOTION for Protective Order *filed under seal, in vault, Room 1800* by TARA BANE, CLARA CHIRCHIRILLO, FIONA HAVLISH, THERESANN LOSTRANGIO, GRACE M. PARKINSON-GODSHALK, ELLEN L. SARACINI, RUSSA STEINER. (mlp, ) (Entered: 03/09/2002) |

| 02/22/2002 | | Minute Entry: Motions hearing held on 2/22/2002 before Judge James Robertson: oral motions by John A. Corr, Esquire and Joseph A. Cullen, Jr., Esquire to appear pro hac vice on behalf of plaintiffs heard and granted; motion for protective order heard and granted; all documents containing or referencing the address of any plaintiff in this action is to be filed under seal; plaintiffs have 60 days to amend documents and to file plan for service of process to parties located all over the world.(Court Reporter Dennis Dinkel.) (mlp, ) (Entered: 03/09/2002) |
|---|---|---|
| 02/22/2002 | 3 | ORDER granting Motion for Protective Order [2]; directing that all documents containing or referencing the address of any plaintiff in this matter is to be filed under seal. Signed by Judge James Robertson on 02/22/2002. (mlp,) (Entered: 03/09/2002) |
| 03/11/2002 | 4 | ORDER establishing procedures for electronic filing. Signed by Judge James Robertson on March 11, 2002. (MT) (Entered: 03/11/2002) |
| 04/03/2002 | 5 | MOTION to Appoint Counsel *Petition for Admission Pro Hac Vice* by TARA BANE, CLARA CHIRCHIRILLO, FIONA HAVLISH, THERESANN LOSTRANGIO, GRACE M. PARKINSON-GODSHALK, ELLEN L. SARACINI, RUSSA STEINER. (Donohue, H.) (Entered: 04/03/2002) |
| 04/03/2002 | | MINUTE ENTRY: Court grants plaintiff's motion for pro hac vice admissions 5 of Thomas E. Mellon, Jr., John A. Corr and Stephen A. Corr. Signed by Judge James Robertson on April 3, 2002. (MT) (Entered: 04/03/2002) |
| 04/29/2002 | 6 | First MOTION for Leave to Appear pro hac vice by FIONA HAVLISH. (Attachments: # 1 Affidavit statement of rubenstone# 2 Affidavit statement of brain# 3 order for pro hac vice of rubenstone and brain) (Muse, Robert) (Entered: 04/29/2002) |
| 04/29/2002 | 7 | NOTICE *withdrawal of appearance of Donohue* by FIONA HAVLISH (Muse, Robert) (Entered: 04/29/2002) |
| 04/29/2002 | 8 | NOTICE *Notice of Appearance: Muse, Mitchell, & Malone* by FIONA HAVLISH (Muse, Robert) (Entered: 04/29/2002) |
| 04/30/2002 | | MINUTE ENTRY: Court grants plaintiffs' motion for pro hac vice admissions of Edward H. Rubenstone and Robert D. Brain 6. Signed by Judge James Robertson on April 30, 2002. (MT) (Entered: 04/30/2002) |
| 05/03/2002 | 9 | Second MOTION for Leave to Appear Motion for Leave to Appear Pro Hac Vice *Don Howarth* by FIONA HAVLISH. (Muse, Robert) (Entered: 05/03/2002) |
| 05/03/2002 | 10 | Second MOTION for Leave to Appear Motion for Leave to Appear Pro Hac Vice *Don Howarth* by FIONA HAVLISH. (Attachments: # 1 order# 2 Affidavit Statement of Don Howarth)(Muse, Robert) (Entered: 05/03/2002) |
| 05/03/2002 | 11 | First MOTION for Service by Publication by FIONA HAVLISH. (Attachments: # 1 Memo In Support# 2 Exhibit A: List of Defendants to |

| | | be Served by Publication# 3 Exhibit B: Mwami Order# 4 Exhibit C; Notice Publication# 5 Exhibit Proposed Order)(Malone, Patrick) (Entered: 05/03/2002) |
|---|---|---|
| 05/03/2002 | 12 | AMENDED COMPLAINT. Filed by TARA BANE, CLARA CHIRCHIRILLO, FIONA HAVLISH, THERESANN LOSTRANGIO, GRACE M. PARKINSON-GODSHALK, ELLEN L. SARACINI, RUSSA STEINER. (aet, ) (Entered: 05/06/2002) |
| 05/06/2002 | 13 | Third MOTION for Leave to Appear Pro Hac Vice *of William N. Riley* by FIONA HAVLISH. (Attachments: # 1 Affidavit Riley Affidavit for PHV Appearance# 2 Order for PHV Riley)(Malone, Patrick) (Entered: 05/06/2002) |
| 05/06/2002 | 14 | Fourth MOTION for Leave to Appear Pro Hac Vice *of J.D. Lee and David Lee* by FIONA HAVLISH. (Attachments: # 1 Affidavit Affidavit of David Lee PHV Appearance# 2 Affidavit J.D. Lee Affidavit PHV Appearance# 3 Order for the PHV appearance of the Lee's)(Malone, Patrick) (Entered: 05/06/2002) |
| 05/06/2002 | 15 | Fifth MOTION for Leave to Appear Pro Hac Vice *Amy Debrota* by FIONA HAVLISH. (Attachments: # 1 Affidavit Debrota Affidavit for PHV Appearance# 2 Order for Debrota PHV appearance)(Malone, Patrick) (Entered: 05/06/2002) |
| 05/06/2002 | 16 | Fifth MOTION for Leave to Appear Pro Hac Vice *Mark Dudley* by FIONA HAVLISH. (Attachments: # 1 Dudley affidavit PHV Appearance# 2 Order for Dudley PHV Appearance)(Malone, Patrick) (Entered: 05/06/2002) |
| 05/09/2002 | 17 | ORDER granting upon condition the motions for leave to appear pro hac vice by or on behalf of Don Howarth 10, William N. Riley 13, J. D. Lee and David Lee 14, Amy Debrota 15 and Mark Dudley 16. Signed by Judge James Robertson on May 9, 2002. (MT) (Entered: 05/09/2002) |
| 05/09/2002 | | MINUTE ENTRY: Court grants motion and approves the proposed manner of service by publication 11. Signed by Judge James Robertson on May 9, 2002. (MT) (Entered: 05/09/2002) |
| 05/09/2002 | 18 | First MOTION to Certify Class by FIONA HAVLISH. (Attachments: # 1 Memo In Support of Motion for Class Cert# 2 Exhibit Exhibit A# 3 Exhibit Exhibit B# 4 Exhibit Exhibit C# 5 Exhibit Exhibit D# 6 Exhibit Exhibit E# 7 Exhibit Exhibit F# 8 Exhibit Exhibit G# 9 Exhibit Exhibit H# 10 Exhibit Exhibit I# 11 Exhibit Exhibit J# 12 Exhibit Exhibit K# 13 Exhibit Exhibit L# 14 Exhibit Exhibit M# 15 Exhibit Exhibit N# 16 Exhibit Exhibit O# 17 Exhibit Exhibit P# 18 Exhibit Exhibit Q# 19 Exhibit Exhibit R# 20 Exhibit Exhibit S# 21 Exhibit Exhibit T# 22 Exhibit Exhibit U# 23 Exhibit Exhibit V# 24 Exhibit Exhibit W# 25 Errata Exhibit X# 26 Exhibit Exhibit Y# 27 Exhibit Exhibit Z# 28 Exhibit Exhibit AA# 29 Exhibit Exhibit BB# 30 Proposed Order)(Muse, Robert) (Entered: 05/09/2002) |
| 05/09/2002 | 19 | First MOTION Plaintiffs' Motion for Approval of Proposed Class Notice |

| | | |
|---|---|---|
| | | re 18 by FIONA HAVLISH. (Attachments: # 1 Memo In Support of Motion for Approval of Proposed Class Notice# 2 Proposed Order# 3 Proposed Notice of Pendency of Class Action# 4 Exhibit Exhibit A# 5 Exhibit Exhibit B# 6 Exhibit Exhibit C# 7 Exhibit Exhibit D)(Muse, Robert) (Entered: 05/09/2002) |
| 05/28/2002 | | Set/Reset Hearings: Status Conference set for 5/31/2002 05:00 PM in Courtroom 16. (lin, ) (Entered: 05/28/2002) |
| 05/29/2002 | | Reset Hearing: Status Conference reset to 6/3/2002 at 5:00 PM in Courtroom 16. (MT) (Entered: 05/29/2002) |
| 05/31/2002 | 20 | NOTICE *of Possible Related Case Status* by FIONA HAVLISH (Muse, Robert) (Entered: 05/31/2002) |
| 06/03/2002 | 21 | MOTION for Leave to Appear Pro Hac Vice *Motley, Flowers, and Kearse* by FIONA HAVLISH. (Attachments: # 1 Affidavit Statement of Ron Motley for PHV# 2 Affidavit Statement of Kearse for PHV# 3 Affidavit Flowers Statement for PHV# 4 Order for PHV Motley, Flowers, Kearse)(Malone, Patrick) (Entered: 06/03/2002) |
| 06/04/2002 | 22 | ORDER granting upon condition the motion for Ronald L. Motley, Jodi Westbrook Flowers and Anne McGinness Kearse 21 to appear pro hac vice. Signed by Judge James Robertson on June 4, 2002. (MT) (Entered: 06/04/2002) |
| 06/05/2002 | 23 | NOTICE that afer careful consideration of plaintiff's related case notification 20, the Court has decided not to transfer this case to the Calendar Committee pursuant to LCvR 40.5(c)(2). Signed by Judge James Robertson on June 5, 2002. (MT) (Entered: 06/05/2002) |
| 06/10/2002 | 24 | TRANSCRIPT for dates 6/3/02 ; *Court Reporter: Dennis A. Dinkel.* (nmr, ) (Entered: 06/11/2002) |
| 06/24/2002 | 25 | NOTICE re 12 *Informational Brief* by all plaintiffs (Attachments: # 1 Exhibit Exhibit 1: Proposed Scheduling Order# 2 Exhibit Exhibit 2: Letter From Mr. Feinberg)(Muse, Robert) (Entered: 06/24/2002) |
| 06/24/2002 | | SUMMONS (16) Issued as to HEZBOLLAH ; AYATOLLAH ALI HOSEINI-KHAMENEI ; QUSAI HUSSEIN ; SADDAM HUSSEIN ; IRANIAN MINISTRY OF COMMERCE ; IRANIAN MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS ; IRANIAN MINISTRY OF ECONOMIC AFFAIRS AND FINANCE ; IRANIAN MINISTRY OF INFORMATION AND SECURITY ; IRANIAN MINISTRY OF PETROLEUM ; IRAQI INTELLIGENCE SERVICE ; IRAQI MINISTRY OF DEFENSE ; IRAQI MINISTRY OF FINANCE ; IRAQI MINISTRY OF OIL ; ISLAMIC REVOLUTIONARY GUARD CORPS ; THE ISLAMIC REPUBLIC OF IRAN ; THE REPUBLIC OF IRAQ (nmr, ) (Entered: 06/25/2002) |
| 07/01/2002 | | SUMMONS (1) REISSUED as to ISLAMIC REVOLUTIONARY GUARD CORPS (nmr, ) (Entered: 07/01/2002) |
| 07/03/2002 | 26 | Letter *regarding class certification* from counsel of possible claimants; |

| | | |
|---|---|---|
| | | (Fiat) "Let this be filed" by Judge Robertson. (nmr, ) Modified on 7/10/2002 (nmr, ). (Entered: 07/10/2002) |
| 07/15/2002 | 27 | MOTION for Leave to Appear Pro Hac Vice *Richard D. Burbidge* by ALL PLAINTIFFS. (Attachments: # 1 Affidavit Statement of Burbidge for PHV# 2 Order Granting PHV for Burbidge)(Malone, Patrick) (Entered: 07/15/2002) |
| 07/19/2002 | 28 | NOTICE re 26 *Response to Kreindler Letter dated 7-2-02* by ALL PLAINTIFFS (Attachments: # 1 Response to Kreindler ltr 7-2-02)(Muse, Robert) (Entered: 07/19/2002) |
| 07/24/2002 | 29 | ORDER granting upon condition plaintiffs' motion for pro hac vice appearance of Richard D. Burbidge 27. Signed by Judge James Robertson on July 24, 2002. (MT) (Entered: 07/24/2002) |
| 08/27/2002 | 30 | AFFIDAVIT *Requesting Foreign Mailing* by ALL PLAINTIFFS. (Muse, Robert) (Entered: 08/27/2002) |
| 09/05/2002 | | REQUEST by plaintiffs for the Clerk, pursuant to 28 U.S.C. 1608 (a)(3), to mail a copy of the summons and complaint and notice of suit, together with a translation of each into the official language of the foreign state, by registered mail and return receipt upon the defendants, The Islamic Republic of Iran and The Republic of Iraq. (bcs, ) (Entered: 09/05/2002) |
| 09/27/2002 | 31 | MOTION for Service by Publication *ALTERNATIVE SERVICE* by ALL PLAINTIFFS. (Attachments: # 1 Exhibit A: Betancourt Letter# 2 Exhibit B: Affidavit of JAK)(Muse, Robert) (Entered: 09/27/2002) |
| 09/30/2002 | 32 | ORDER granting motion for alternative service 31. Signed by Judge James Robertson on September 30, 2002. (MT) (Entered: 09/30/2002) |
| 10/01/2002 | 33 | MOTION to Intervene : *Opposition To* by ALL PLAINTIFFS. (Attachments: # 1 Exhibit Exhibit A-Canada Life Case)(Muse, Robert) (Entered: 10/01/2002) |
| 10/18/2002 | | Minute Entry for proceedings held before Judge James Robertson : Status Conference held on 10/18/2002. (Court Reporter Jon Hundley (Miller).) (dam, ) (Entered: 12/16/2002) |
| 10/24/2002 | 34 | NOTICE OF TRANSCRIPT FILED for dates 10/18/02 *of status hearing; by Jon Hundley, MIller Reporting Company.* (bcs, ) (Entered: 10/30/2002) |
| 10/30/2002 | 36 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. AL QAEDA/ ISLAMIC ARMY served on 10/16/2002, answer due 11/5/2002; ALL DEFENDANTS served on 10/16/2002, answer due 11/5/2002; ARMED ISLAMIC GROUP [GIA] served on 10/16/2002, answer due 11/5/2002; SHEIKH USAMA BIN-MUHAMMAD BIN-LADEN served on 10/16/2002, answer due 11/5/2002; HEZBOLLAH served on 10/16/2002, answer due 11/5/2002; AYATOLLAH ALI HOSEINI-KHAMENEI served on 10/16/2002, answer due 11/5/2002; QUSAI HUSSEIN served on 10/16/2002, answer due 11/5/2002; SADDAM HUSSEIN served on 10/16/2002, answer due 11/5/2002; |

| | | |
|---|---|---|
| | | IRANIAN MINISTRY OF COMMERCE served on 10/16/2002, answer due 11/5/2002; IRANIAN MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS served on 10/16/2002, answer due 11/5/2002; IRANIAN MINISTRY OF ECONOMIC AFFAIRS AND FINANCE served on 10/16/2002, answer due 11/5/2002; IRANIAN MINISTRY OF INFORMATION AND SECURITY served on 10/16/2002, answer due 11/5/2002; IRANIAN MINISTRY OF PETROLEUM served on 10/16/2002, answer due 11/5/2002; IRAQI INTELLIGENCE SERVICE served on 10/16/2002, answer due 11/5/2002; IRAQI MINISTRY OF DEFENSE served on 10/16/2002, answer due 11/5/2002; IRAQI MINISTRY OF FINANCE served on 10/16/2002, answer due 11/5/2002; IRAQI MINISTRY OF OIL served on 10/16/2002, answer due 11/5/2002; ISLAMIC REPUBLIC OF IRAN served on 10/16/2002, answer due 11/5/2002; ISLAMIC REVOLUTIONARY GUARD CORPS served on 10/16/2002, answer due 11/5/2002; MUHAMMAD OMAR served on 10/16/2002, answer due 11/5/2002; REPUBLIC OF IRAQ served on 10/16/2002, answer due 11/5/2002; THE TALIBAN served on 10/16/2002, answer due 11/5/2002 (bcs, ) (Entered: 11/12/2002) |
| 11/01/2002 | 35 | AFFIDAVIT *OF SERVICE UPON ALL DEFENDANTS* by ALL PLAINTIFFS. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H)(Muse, Robert) (Entered: 11/01/2002) |
| 11/20/2002 | 37 | AFFIDAVIT *In Support of Default* by ALL PLAINTIFFS. (Attachments: # 1 Exhibit Rule 55a Default [form for clerk])(Muse, Robert) (Entered: 11/20/2002) |
| 12/17/2002 | 38 | AFFIDAVIT FOR DEFAULT *Rule 55(a) Ayatollah, Saddam, Qusai Hussein* by ALL PLAINTIFFS. (Attachments: # 1 Supplement Rule 55 (a) Default Ayatolah, Saddam)(Muse, Robert) (Entered: 12/17/2002) |
| 12/17/2002 | 39 | AFFIDAVIT FOR DEFAULT *Rule 55(a) Iran et. al.* by ALL PLAINTIFFS. (Attachments: # 1 Supplement Rule 55(a) Default Iran et. al.)(Muse, Robert) (Entered: 12/17/2002) |
| 12/23/2002 | 40 | Clerk's ENTRY OF DEFAULT as to AYATOLLAH ALI HOSEINI-KHAMENEI, QUSAI HUSSEIN, SADDAM HUSSEIN (bcs, ) (Entered: 12/27/2002) |
| 12/23/2002 | 41 | Clerk's ENTRY OF DEFAULT as to HEZBOLLAH, IRANIAN MINISTRY OF COMMERCE, IRANIAN MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS, IRANIAN MINISTRY OF INFORMATION AND SECURITY, ISLAMIC REPUBLIC OF IRAN, ISLAMIC REVOLUTIONARY GUARD CORPS (bcs, ) (Entered: 12/27/2002) |
| 02/10/2003 | 42 | ENTERED IN ERROR.....AFFIDAVIT FOR DEFAULT *Rule 55 Iraq and Ministries* by ALL PLAINTIFFS. (Attachments: # 1 Affidavit Affidavit in Support of Rule 55# 2 Exhibit a)(Muse, Robert) Modified on 2/11/2003 (bcs, ). (Entered: 02/10/2003) |
| 02/11/2003 | 43 | AFFIDAVIT FOR DEFAULT *Iraq and Ministries* by ALL |

| | | PLAINTIFFS. (Attachments: # 1 Appendix Rule 55(a) Default# 2 Exhibit A; diplomatic note)(Muse, Robert) (Entered: 02/11/2003) |
|---|---|---|
| 02/12/2003 | 44 | RETURN OF SERVICE/AFFIDAVIT of foreign mailing of Summons and Complaint Executed. REPUBLIC OF IRAQ served on 2/4/2003, answer due 2/24/2003 (bcs, ) (Entered: 03/01/2003) |
| 03/03/2003 | 45 | MOTION Request for Emergency Ex-Parte Status Conference by ALL PLAINTIFFS. (Muse, Robert) (Entered: 03/03/2003) |
| 03/10/2003 | 46 | NOTICE: Letter to Attorney General. (dam, ) (Entered: 03/10/2003) |
| 03/10/2003 | 47 | Clerk's ENTRY OF DEFAULT as to IRAQI MINISTRY OF DEFENSE, REPUBLIC OF IRAQ (bcs, ) (Entered: 03/10/2003) |
| 03/13/2003 | 48 | MEMORANDUM *RE: MARCH 10, 2003 HEARING* from Plaintiffs Lead Counsel. (Muse, Robert) (Entered: 03/13/2003) |
| 03/20/2003 | 49 | MOTION to Continue *The March 26, 2003 Hearing* by ALL PLAINTIFFS. (Muse, Robert) (Entered: 03/20/2003) |
| 03/24/2003 | | MINUTE ENTRY: Court grants plaintiffs' motion to continue hearing on March 26, 2003. The Clerk will set the hearing for a later date. Signed by Judge James Robertson on March 24, 2003. (MT) (Entered: 03/24/2003) |
| 03/24/2003 | 50 | MOTION for Leave to Appear Pro Hac Vice *of Even J. Yegelwel* by ALL PLAINTIFFS. (Attachments: # 1 Exhibit A; Yegelwel Affidavit)(Muse, Robert) (Entered: 03/24/2003) |
| 03/25/2003 | 51 | ORDER granting upon condition plaintiffs' motion for pro hac vice appearance 50 of Evan J. Yegelwel. Signed by Judge James Robertson on March 25, 2003. (MT) (Entered: 03/25/2003) |
| 03/25/2003 | 52 | TRANSCRIPT of status hearing Proceedings held on March 10, 2003 before Judge Robertson. Court Reporter: Crystal M. Pilgrim. (bcs, ) (Entered: 03/27/2003) |
| 03/25/2003 | 53 | TRANSCRIPT of status hearing Proceedings held on March 5, 2003 before Judge Robertson. Court Reporter: Jacquelinee L. Wood, Miller Reporting Company. (bcs, ) (Entered: 03/27/2003) |
| 06/09/2003 | 54 | MOTION to Withdraw as Attorney *by Stein, Mitchell & Mezines* by ALL PLAINTIFFS. (Muse, Robert) (Entered: 06/09/2003) |
| 06/17/2003 | | MINUTE ENTRY: Court grants motion to withdraw as attorney by Stein, Mitchell & Mezines 54. Signed by Judge James Robertson on June 17, 2003. (MT) (Entered: 06/17/2003) |
| 08/11/2003 | 55 | MOTION to Consolidate Cases, MOTION to Transfer Case pursuant to 28 USC 1407. (Filed before the Judicial Panel on Multidistrict Litigation); (COPY) (Attachments: # 1)(bcs, ) (Entered: 08/18/2003) |
| 08/29/2003 | 56 | LCvR 26.1 - CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by ARAB BANK PLC; (COPY); (FILED BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT |

| | | LITIGATION) (bcs, ) (Entered: 09/04/2003) |
|---|---|---|
| 08/29/2003 | 57 | NOTICE of appearance by Richard T. Marooney, Jr. on behalf of Arab Bank Plc.; (COPY); (FILED BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION) (bcs, ) (Entered: 09/04/2003) |
| 09/05/2003 | 58 | NOTICE of Appearance by Ronald S. Liebman on behalf of NATIONAL COMMERCIAL BANK; (FILED BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION) (bcs, ) (Entered: 09/15/2003) |
| 09/05/2003 | 59 | LCvR 26.1 - CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by NATIONAL COMMERCIAL BANK; (FILED BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION) (bcs, ) (Entered: 09/15/2003) |
| 09/10/2003 | 60 | NOTICE of Appearance Kenneth P. Nolan by all plaintiffs; (BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION) (bcs, ) (Entered: 09/26/2003) |
| 09/22/2003 | 61 | NOTICE of Appearance by Thomas P. Steindler on behalf of Yassin Abdullah Al Kadi; (FILED BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION) (bcs, ) (Entered: 09/26/2003) |
| 09/22/2003 | 62 | NOTICE of Appearance by Thomas P. Streindler on behalf of Yousef Jameel; (FILED BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION) (bcs, ) (Entered: 09/26/2003) |
| 10/31/2003 | 63 | RESPONSE of interested party Federal Plaintiffs to the Saudi BinLadin Group's motion for transfer and consolidation pursuant to 28 U.S.C. 1407 (a). ; (FILED BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION)(bcs, ) Modified on 11/13/2003 (bcs, ). (Entered: 11/13/2003) |
| 11/12/2003 | 64 | MOTION to Intervene as plaintiffs by VIGILANT INSURANCE COMPANY, PACIFIC INDEMNITY COMPANY, FEDERAL INSURANCE COMPANY. (Attachments: # 1 memorandum of law# 2 nonconcurrence# 3 complaint# 4 havlish amended# 5 schedules# 6 Text of Proposed Order # 7 certicate of service)(bcs, ) (Entered: 11/14/2003) |
| 11/19/2003 | 65 | NOTICE of Appearance by Timothy B. Fleming on behalf of ALL PLAINTIFFS (Fleming, Timothy) (Entered: 11/19/2003) |
| 01/02/2004 | | Letter dated 12/9/03, from Judicial Panel on Multidistrict Litigation directing the transfer of the original file and certified copy of the docket sheet. (bcs, ) (Entered: 01/02/2004) |
| 01/02/2004 | | Letter dated 12/11/03, from USDC for the Southern District of New York directing the transfer of the original file and certified copy of the docket sheet. (bcs, ) (Entered: 01/02/2004) |
| 01/02/2004 | | Case transferrred out.Original file and certified copy of docket entries and order transmitted electronically and mailed to USDC for the Southern District of New York. (bcs, ) (Entered: 01/02/2004) |
| | | |

District of Columbia live database - Docket Report
Case 1:03-md-01570-GBD-SN   Document 2124-9   Filed 08/29/08   Page 26 of 39
Page 22 of 22

| 01/16/2004 | | Receipt and acknowledgement of transfer documents by USDC for the Southern District of New York on 1/12/04. Other court case number 03-9848. (bcs, ) (Entered: 01/26/2004) |
| --- | --- | --- |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| **Transaction Receipt** | | | |
| 12/20/2007 15:07:05 | | | |
| PACER Login: | mw0289 | Client Code: | Havlish 5084 |
| Description: | Docket Report | Search Criteria: | 1:02-cv-00305-JR |
| Billable Pages: | 11 | Cost: | 0.88 |

# EXHIBIT  B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FIONA HAVLISH, et al.,                          :

           Plaintiffs,                        :

    v.                                          :        CASE NUMBER 1:02CV00305

                      :

SHEIKH USAMAH BIN-MUHAMMAD :        Judge James Robertson
BIN-LADEN, a/k/a OSAMA                  :
BIN-LADEN, et al.,                             :

           Defendants.                        :

## RULE 55(a) DEFAULT

It appearing that defendants, Ayatollah Ali Hoseini-Khamenei, Saddam Hussein
and Qusai Hussein have failed to plead or otherwise defend this action though duly
served with summons and copy of Amended Complaint via U.S. Mail/Federal Express
and email addressed to The Permanent Mission of Iran to the U.N. (Ayatollah Ali
Hoseini-Khamenei email September 30, 2002 and U.S. mail October 3, 2002) and The
Permanent Misson of Iraq to the U.N. (Saddam Hussein and Qusai Hussein via email
September 30, 2002 and Federal Express October 10, 2002) pursuant to this Honorable
Court's Order dated September 30, 2002 and an affidavit on behalf of plaintiffs having
been filed (Docket Document No. 35), it is this __2.3____ day of
__December._____, 2002 declared that Ayatollah Ali Hoseini-Khamenei,
Saddam Hussein and Qusai Hussein, defendants herein are in default.

                          Nancy M. Mayer-Whittington, Clerk

                        By: _____
                                Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FIONA HAVLISH, et al.,                        :
                                              :
            Plaintiffs,                        :
                                              :
      v.                                      :     CASE NUMBER 1:02CV00305
                                              :
SHEIKH USAMAH BIN-MUHAMMAD  :     Judge James Robertson
BIN-LADEN, a/k/a OSAMA                        :
BIN-LADEN, et al.,                            :
                                              :
            Defendants.                        :

## RULE 55(a) DEFAULT

It appearing that defendants, The Islamic Republic of Iran, Iranian Ministry of
Information and Security, The Islamic Revolutionary Guard Corps, Hezbollah, Iranian
Ministry of Petroleum, Iranian Ministry of Economic Affairs and Finance, Iranian
Ministry of Commerce, Iranian Ministry of Defense and Armed Forces Logistics have
failed to plead or otherwise defend this action though duly served with summons and
copy of Amended Complaint pursuant to 28 U.S.C. § 1608(a)(4) on October 9, 2002 and
an affidavit on behalf of plaintiffs having been filed (Docket Document No. 35), it is this
___23___ day of __December_____, 2002 declared that The Islamic
Republic of Iran, Iranian Ministry of Information and Security, The Islamic
Revolutionary Guard Corps, Hezbollah, Iranian Ministry of Petroleum, Iranian Ministry
of Economic Affairs and Finance, Iranian Ministry of Commerce, Iranian Ministry of
Defense and Armed Forces Logistics, defendants herein are in default.

Nancy M. Mayer-Whittington, Clerk

By: _____
                                    Deputy Clerk

# EXHIBIT  C

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
————————————————————————x

IN RE: TERRORIST ATTACKS ON                    03 MDL 1570  (RCC)
SEPTEMBER 11, 2001

————————————————————————x

THIS DOCUMENT RELATES TO:

*Fiona Havlish, et al. v. Bin-Laden, et al.*
03 CV 9848 (RCC)

### AFFIDAVIT OF SERVICE OF THE
### SECOND AMENDED COMPLAINT

I, Stephen A. Corr, Esquire, being duly sworn do hereby depose and say:

1.     On December 28, 2006, I delivered packages to Parcel Place, 4387 West

Swamp Road, Doylestown, Pennsylvania 18901.  Parcel Place is a DHL authorized

shipping center.  The packages delivered to Parcel Place contained two (2) copies (1

English version and 1 Farsi version) of the Second Amended Complaint.  The packages

delivered to Parcel Place were addressed as follows:

    (a)    Mr. Ebrahim Sheibany
           Governor
           Central Bank of the Islamic Republic of Iran
           Miramad Boulevard, #144
           Tehran, Iran

    (b)    National Iranian Petro Chemical Company
           #46 Haft Tir Square, Karimkhan Zand Boulevard
           P.O. Box 11365-3484
           Tehran, Iran

    (c)    Madhi Mir Maezzei
           Chief Managing Director
           National Iranian Oil Company

Hafez Crossing, Taleghani Avenue
P.O. Box 1863
Tehran, Iran

(d)     Mr. Mohammed Souri
        Chairman
        National Iranian Tanker Company
        #67 and 88; Atefi Street; Africa Avenue
        Tehran, Iran

(e)     Eng. Davoud Keshavarzian
        Chairman and CEO
        Iran Air H.Q.
        Mehrabad Airport
        Tehran, Iran

(f)     National Iranian Gas Company
        #401, Mafatteh Crossing, Taleghani Avenue
        P.O. Box 6394, 4533
        Tehran, Iran

(g)     Ali Shamkhani
        Iran Ministry of Defense and Armed Forces Logistics
        Dabestan Street, Seyyed Khandan Bridge
        Resalat Expressway
        Tehran, Iran

(h)     Bijan Namdar-Zanganeh
        Iran Ministry of Petroleum
        Hafez Crossing, Taleghani Avenue
        Before Hafez Bridge
        Tehran, Iran

(i)     Safdar Hoseini
        Iran Ministry of Economic Affairs and Finance
        Sour Esrafil Street, Bab Homayoun Avenue
        Tehran, Iran

(j)     Mohammad Shariat-Madari
        Iran Ministry of Commerce
        492 Valy-e Asr Avenue
        Between Taleghani Crossroad and Valy-e Asr Square
        Tehran, Iran

2.      The package addressed to Ebrahim Sheibany, Governor of the Central
Bank of the Islamic Republic of Iran, carried DHL tracking number 830 8199 690 and
was delivered on January 7, 2007 at 9:49 a.m. A copy of the cover letter accompanying
the package, the DHL waybill, and the tracking results from the DHL website are
attached hereto collectively as **Exhibit A**.

3.      The package addressed to National Iranian Petrochemical Company
carried DHL tracking number 830 8376 672 and was delivered on January 8, 2007 at 9:32
a.m. A copy of the cover letter accompanying the package, the DHL waybill, and the
tracking results from the DHL website are attached hereto collectively as **Exhibit B**.

4.      The package addressed to Madhi Mir Maezzei, Chief Managing Director,
National Iranian Oil Company carried DHL tracking number 830 8376 694 and was
delivered on January 7, 2007 at 2:45 p.m. A copy of the cover letter accompanying the
package, the DHL waybill, and the tracking results from the DHL website are attached
hereto collectively as **Exhibit C**.

5.      The package addressed to Mohammed Souri, Chariman, National Iranian
Tanker Corporation carried DHL tracking number 830 8199 675 and was delivered on
January 9, 2007 at 8:35 a.m. A copy of the cover letter accompanying the package, the
DHL waybill, and the tracking results from the DHL website are attached hereto
collectively as **Exhibit D**.

6.      The package addressed to Eng. Davoud Keshavarzian, Chairman and CEO
of Iran Air, carried DHL tracking number 830 8199 664 and was returned to sender on or
about January 5, 2007. The package was then re-sent to Iran Air on January 13, 2007
carrying DHL tracking number 830 8199 196 and was delivered on January 20, 2007 at

1:28 p.m. A copy of the cover letter accompanying the package, the DHL waybill, and the tracking results from the DHL website are attached hereto collectively as **Exhibit E**.

7.      The package addressed to National Iranian Gas Company carried DHL tracking number 830 8199 701 and was returned to sender on or about January 5, 2007. The package was then re-sent to National Iranian Gas Company carrying DHL tracking number 830 8199 200 and was delivered on January 20, 2007 at 11:09 a.m. A copy of the cover letter accompanying the package, the DHL waybill, and the tracking results from the DHL website are attached hereto collectively as **Exhibit F**.

8.      The package addressed to Ali Shamkhani, Iran Ministry of Defense & Armed Forces Logistics carried DHL tracking number 830 8199 642 and was returned to sender on or about January 5, 2007. The package was then re-sent to Ali Shamkhani, Iran Ministry of Defense & Armed Forces Logistics carrying DHL tracking number 830 8199 185. The package was delivered on January 20, 2007 but the recipient refused to accept the package. Delivery was attempted again on January 23, 2007, but again the recipient refused to accept the package. The package was then returned to sender on or about January 27, 2007. A copy of the cover letter accompanying the package, the DHL waybills, and the tracking results from the DHL website are attached hereto collectively as **Exhibit G**.

9.      The package addressed to Bijan Namdar-Zanganeh, Iran Ministry of Petroleum, carried DHL tracking number 830 8199 631 and was delivered on January 9, 2007 at 7:46 a.m. A copy of the cover letter accompanying the package, the DHL waybill, and the tracking results from the DHL website are attached hereto collectively as **Exhibit H**.

10.     The package addressed to Safdar Hoseini carried DHL tracking number
830 8199 620 and was delivered on January 9, 2007 at 9:24 a.m. A copy of the cover
letter accompanying the package, the DHL waybill, and the tracking results from the
DHL website are attached hereto collectively as **Exhibit I**.

11.     The package addressed to Mohammad Shariat-Madri, Iran Ministry of
Commerce carried DHL tracking number 830 8293 475 and was delivered on January 7,
2007 at 2:45 p.m. A copy of the cover letter accompanying the package, the DHL
waybill, and the tracking results from the DHL website are attached hereto collectively as
**Exhibit J**.

12.     In addition to the individual packages which were delivered to Parcel
Place on December 28, 2006, I also delivered a single box addressed to "Permanent
Mission of Iran to the U.N., 622 Third Avenue, New York, NY 10017." The box
contained six individual packages containing a cover letter and two copies of the Second
Amended Complaint (one in English and one in Farsi) addressed as follows:

1.      Mohammad Ali Yunesi
        Iran Ministry of Intelligence & Security
        c/o Permanent Mission of Iran to the U.N.
        622 Third Avenue
        New York, NY 10017

2.      Islamic Republic of Iran
        c/o Permanent Mission of Iran to the U.N.
        622 Third Avenue
        New York, NY 10017

3.      The Islamic Revolutionary Guard Corps.
        c/o Permanent Mission of Iran to the U.N.
        622 Third Avenue
        New York, NY 10017

4.      Hezbollah
        c/o Permanent Mission of Iran to the U.N.

> 622 Third Avenue
> New York, NY 10017
>
> 5.   Ali Akbar Hashemi Rafsanjani
>      c/o Permanent Mission of Iran to the U.N.
>      622 Third Avenue
>      New York, NY 10017
>
> 6.   Ayatollah Ali Hoseini-Khamenei
>      Supreme Leader
>      Islamic Republic of Iran
>      c/o Permanent Mission of Iran to the U.N.
>      622 Third Avenue
>      New York, NY 10017

The box carried DHL tracking number 830 8293 486. DHL attempted to deliver the box to the Permanent Mission of Iran to the U.N., but the box was refused because it was not addressed to an individual. On January 12, 2007, I, with the help of my assistant, Jennifer Bechle, took each of the six packages which were addressed as set forth above and placed them in six individual Federal Express packages addressed as follows: "H.E. Mohammad Javad Zarif, Permanent Mission of Iran to the U.N., Ambassador, 622 Third Avenue, New York, NY 10017." The six packages carried the following Federal Express tracking numbers: 1) 790649150414 (Mohammad Ali Yunesi);  2)  798084603945 (Islamic Republic of Iran);  3)  791616329110 (Islamic Revolutionary Guard Corps.);  4) 799068910680 (Hezbollah);  5)  791209138139 (Ali Akbar Hashemi Rafsanjani); and 6) 792272026998 (Ayatollah Ali Hoseini-Khamenei).  Each of the six Federal Express packages was delivered to the Permanent Mission of Iran to the U.N. on January 15, 2007 at 10:43 a.m. and were signed for by Z. Nazar. A copy of each cover letter and the tracking results, including the signature of Z. Nazar, from the Federal Express website are attached hereto collectively as **Exhibit K.** On January 17, 2007 at 3:31 p.m., two days after accepting delivery of the six Federal Express packages, a representative from

the Permanent Mission of Iran to the U.N. placed the six packages into a single Federal

Express box carrying Federal Express tracking number 798587462698 and returned the

six packages to "Jennifer Bechle, Mellon, Webster & Shelly, 87 N. Broad Street,

Doylestown, PA 18901." Inside the box, the six packages remain sealed in their original

Federal Express envelopes, each with a notation on the outside of the envelope

"RTS/Refused."

  13. In addition to attempting service of the Second Amended Complaint on

the six defendants identified in paragraph 12 above *via* DHL and Federal Express, on

January 12, 2007 at 2:59 p.m., I sent four copies of the Second Amended Complaint (two

in Farsi (one in .pdf format and one in .doc format) and two in English (one in .pdf

format and one in .doc format)) *via* email to the Permanent Mission of Iran to the U.N.

and Ambassador H.E. Mohammad Javad Zarif at the following email addresses

iran@un.int and jzarif@un.int . The email identified the case in the subject line and

notified the Ambassador that service was being made upon the six defendants identified

in paragraph 12 above. A copy of the email showing the four attachments is attached

hereto as **Exhibit L.**

  14. On December 23, 2002, Nancy M. Mayer-Whittington, Clerk of the

United States District Court, District of Columbia, entered defaults, pursuant to

Fed.R.Civ.P. 55(a) for failure to plead or otherwise defend this action, against the

following defendants: The Islamic Republic of Iran, Iranian Ministry of Information and

Security, The Islamic Revolutionary Guard Corps., Hezbollah, Iranian Ministry of

Petroleum, Iranian Ministry of Economic Affairs and Finance, Iranian Ministry of

Commerce, Iranian Ministry of Defense and Armed Forces Logistics, Ayatollah Ali

Hoseini-Khamenei, Saddam Hussein and Quasai Hussein.  A copy of the Rule 55(a)

defaults are attached hereto collectively as **Exhibit M.**  Despite their status as defaulting

defendants, Plaintiffs have made every effort to serve the Second Amended Complaint on

the defaulting defendants.

15.     Pursuant to Fed.R.Civ.P. 4, Plaintiffs have now served The National

Iranian Tanker Corporation (previously identified as Unidentified Terrorist 2) as set forth

in paragraph 5 above.  The effective date of service is January 9, 2007.

16.     Pursuant to Fed.R.Civ.P. 4, Plaintiffs have now served The National

Iranian Oil Corporation (previously identified as Unidentified Terrorist 3) as set forth in

paragraph 4 above.  The effective date of service is January 7, 2007.

17.     Pursuant to Fed.R.Civ.P. 4, Plaintiffs have now served The National

Iranian Gas Company (previously identified as Unidentified Terrorist 4) as set forth in

paragraph 7 above.  The effective date of service is January 20, 2007.

18.     Pursuant to Fed.R.Civ.P. 4, Plaintiffs have now served Iran Airlines

(previously identified as Unidentified Terrorist 5) as set forth in paragraph 6 above.  The

effective date of service is January 20, 2007.

19.     Pursuant to Fed.R.Civ.P. 4, Plaintiffs have now served The National

Iranian Petrochemical Company (previously identified as Unidentified Terrorist 6) as set

forth in paragraph 3 above.  The effective date of service is January 8, 2007.

20.    Pursuant to Fed.R.Civ.P. 4, Plaintiffs have now served The Central Bank of Iran (previously identified as Unidentified Terrorist 7) as set forth in paragraph 2 above.  The effective date of service is January 7, 2007.

```
        /s
_____
```
Stephen A. Corr, Esquire
Pa. Bar No. 65266
MELLON, WEBSTER & SHELLY
87 North Broad Street
Doylestown, PA  18901
Telephone:  (215) 348-7700
scorr@mellonwebster.com

Affidavit of Service of the
Second Amended Complaint
Page 9 of 9