# EXHIBIT D

**Affidavit of Service of**
**Original Process Upon All Defendants**
**Filed in U.S.D.C., District of Columbia**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **FIONA HAVLISH, et al.,** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | **CASE NUMBER 1:02CV00305** |
| | : | |
| **SHEIKH USAMAH BIN-MUHAMMAD BIN-LADEN, a/k/a OSAMA BIN-LADEN, et al.,** | : | **Judge James Robertson** |
| | : | |
| **Defendants.** | : | |

**AFFIDAVIT OF SERVICE OF**
**ORIGINAL PROCESS UPON ALL DEFENDANTS**

I, Stephen A. Corr, being duly sworn according to law, depose and say:

1. I am an attorney at the law firm of Mellon, Webster & Shelly ("MWS") in Doylestown, Pennsylvania. MWS is counsel for the Plaintiffs in the above-captioned matter. By Order dated April 3, 2002, I was admitted to this Court *pro hac vice* for the purpose of representing the Plaintiffs.

2. By Order dated May 9, 2002, this Court granted Plaintiffs' Motion for Service by Publication, ordering plaintiffs to serve defendants Sheik Usamah Bin-Muhammad Bin-Laden, a/k/a Osama Bin-Laden, The Taliban, a/k/a the Islamic Emirate of Afghanistan, Muhammed Omar, Al Qaeda/Islamic Army and Unidentified Terrorist Defendants 1-500 by publishing an approved Notice of Suit for six weeks in *The International Herald Tribune* (in English) and *Al-Quds Al-Arabi* (in Arabic) and placing the Notice on the Internet at http://www.september11classaction.com. Plaintiffs published the approved Notice of Suit in *The International Herald Tribune* on August 28,

Case 1:02-cv-00305-JR Document 35 Filed 11/01/2002 Page 2 of 4

September 4, 11, 18, 25 and October 2, 2002. *See* Declaration of Publication signed by Judith King, Director of Advertising, *The International Herald Tribune*, attached hereto as Exhibit A. Plaintiffs published the approved Notice of Suit in *Al-Quds Al-Arabi* on August 8, 15, 22, 29, September 5, 12, 2002. *See* Copies of proofs provided by *Al-Quds Al-Arabi* attached hereto as Exhibit B. Finally, the Motion for Leave to Serve Certain Listed Defendants by Publication Pursuant to F.R.Civ.P. 4(f) has been posted on the Internet at www.september11classaction.com under the "Legal Documents" heading.

3. Pursuant to 28 U.S.C. § 1608(a)(4), Plaintiffs delivered a Summons, Notice of Suit and Amended Complaint addressed to the Islamic Republic of Iran and its political subdivision defendants, i.e., the Ministries of Information and Security, of Petroleum, of Economic Affairs and Finance, of Commerce and of Defense, and a Summons, Notice of Suit and Amended Complaint addressed to The Republic of Iraq and its political subdivision defendants, i.e., the Ministries of Defense, of Finance, of Oil and the Iraqi Intelligence Service, to the United States Department of State for service. On October 17, 2002, the undersigned received a fax from Luke Bellocchi, J.D., LLM., Attorney Adviser in the Bureau of Consular Affairs for the U.S. Department of State, indicating that service was made upon The Islamic Republic of Iran and its Ministries on October 9, 2002 and that the service documents addressed to The Republic of Iraq and its Ministries had been delivered to the Polish Ministry of Foreign Affairs on October 1, 2002 for transmittal to the American Interests Section in Baghdad. *See* copy of U.S. Department of State documents attached hereto as Exhibit C[1].

---

[1] Pursuant to 28 U.S.C. § 1608(a)(4), the U.S. Department of State will file the original proofs of service upon its receipt.

4.      By Order dated September 30, 2002, this Court granted Plaintiffs' Motion for Alternative Service Upon Defendants Saddam Hussein, Qusai Hussein and Ayatollah Ali Hoseini-Khamenei, ordering Plaintiffs to serve those defendants by mailing and emailing a Summons and Amended Complaint to the Permanent Mission of Iraq to the United Nations (Saddam Hussein and Qusai Hussein) and mailing and emailing a Summons and Amended Complaint to the Permanent Mission of Iran to the United Nations (Ayatollah Ali- Hoseini-Khamenei).  On September 30, 2002, the undersigned emailed a copy of this Court's Order for Alternative Service, Summons and Amended Complaint to each of the three defendants in accordance the Order.  *See* copies of the three emails attached hereto collectively as Exhibit D.  Also on September 30, 2002, the undersigned mailed, via first class mail, a copy of the Order dated September 30, 2002, Summons and Amended Complaint to each defendant in accordance with the Order.  *See* copies of forwarding letters to each defendant, together with Certificates of mailing and Delivery Confirmation Receipts, attached hereto collectively as Exhibit E.  According to the United States Postal Service's Track and Confirm Shipment Histories, The Permanent Mission of Iran to the United Nations accepted delivery of the Order, Summons and Amended Complaint addressed to Ayatollah Ali Hoseini-Khamenei on October 3, 2002 while the Permanent Mission of Iraq to the United Nations refused to accept delivery of the Order, Summons and Amended Complaint addressed to Saddam Hussein and Qusai Hussein on October 3, 2002.  *See* United States Postal Service Track and Confirm Shipment Histories attached hereto collectively as Exhibit F.  On October 9, 2002, the undersigned shipped a copy of the Order dated September 30, 2002, a Summons and Amended Complaint addressed to Saddam Hussein to the Permanent Mission of Iraq to

the United Nations via Federal Express, and the package was delivered and signed for by
R. Rashid on October 10, 2002.  *See* forwarding letter, Federal Express mailing label and
email confirmation of delivery attached hereto collectively as Exhibit G.  On October 9,
2002, the undersigned shipped a copy of the Order dated September 30, 2002, a
Summons and Amended Complaint addressed to Qusai Hussein to the Permanent
Mission of Iraq to the United Nations via Federal Express, and the package was delivered
and signed for by R. Rashid on October 10, 2002.  *See* forwarding letter, Federal Express
mailing label and email confirmation of delivery attached hereto collectively as Exhibit
H.

/s/ Stephen A. Corr
Stephen A. Corr, Esquire



Case 1:02-cv-00305-JR Document 35-2 Filed 11/01/2002 Page 1 of 1

Herald INTERNATIONAL Tribune
PUBLISHED WITH THE NEW YORK TIMES AND THE WASHINGTON POST

850 THIRD AVENUE, NEW YORK, NY 10022 PHONE (212) 752-3890 FAX (212) 755-8785

**DECLARATION OF PUBLICATION**

**Osama Bin Laden, The Taliban, Muhammad Omar, Al Qaeda, Unidentified Terrorist**

The undersigned says:

I am over the age of 18 years and a citizen of the United States. I am not a party to and have no interest in this matter. I am a principal of the International Herald Tribune, a newspaper published in Paris, France and circulated in major cities in Europe, North Africa, the Middle East. Far East and the Americas. This attached circulation statement reflects the countries in which the International Herald Tribune is available. The notice, a true copy of which is attached, was published on the following date(s):

August 28
Sept 4, 11, 18, 25
Oct. 2, 2002

I declare under penalty that the forgoing is true and correct.

Executed in New York, N.Y. on October 2, 2002

Judith King
Judith King, Director of Advertising

Customer Account # 8011463
Sworn before me on this 2nd day of October 2002 in the state of New York.

Arlene Garnett
Notary Public

ARLENE T. GARNETT
Notary Public, State of New York
No. 01GA6014435
Qualified in Kings County
Commission Expires October 13, 2002

THE WORLD'S DAILY NEWSPAPER



القدس العربي
AL-QUDS AL-ARABI

Photocopies of Ads as promised

# WITH COMPLIMENTS

AL-QUDS AL-ARABI PUBLISHING & ADVERTISING (OVERSEAS) LIMITED
TEL: 0208-741 8008 • FAX: 0208-741- 8902 • 0208-748 7637 • E mail: alquds@alquds.co.uk • Website: www.alquds.co.uk
REGISTERED ADDRESS: 164-166 KING STREET • HAMMERSMITH • LONDON W6 0QU • REGISTERED NUMBER: 2604233• VAT REG NO: 538 9427 04

Case 1:02-cv-00305-JR Document 35-3 Filed 11/01/2002 Page 2 of 8

# اعــــلان عــــام

## الى المتهمين الذين وقع ذكرهم في القائمة الاتية:

**الشيخ اسامة بن محمد بن لادن** a/k OSAMA BIN - LADEN, لا يعرف مقره الحالي.

آخر مقر تواجد فيه كان بأفغانستان.

**الطالبان** a/k/a, الحكومة الاسلامية بأفغانستان، هيئة مؤسسين. لا يعرف مقرها الحالي،

آخر مقر عرف لها كان بأفغانستان.

**محمد عمر** لا يعرف مقره الحالي. آخر مقر تواجد فيه كان بأفغانستان

**القاعدة/ الجيش الاسلامي** لا يعرف مقرها الحالي. آخر مقر تواجدت فيه كان بأفغانستان.

**ارهابي لم يقع التعرف عليه** المتهمون 1 ـ 500

**Thomas Mellon**
**Mellon Webster & Shelly**
**87 North Broad Street**
**Doylestown, Pennsylvania 18901**

بالمحكمة العليا بمقاطعة كولومبيا (DC) قسم الشؤون المدنية، رفعت فيونا هفليش دعوى ضد الشيخ اسامة بن محمد بن لادن والآخرين a/k OSAMA BIN - LADEN قضية رقم 1:02 CV 00305 اعلام برفع دعوى.

ولقد اصدر القاضي جيمس روبرتسون امرا بالاعلام نشر بتاريخ 9 ايار (مايو) 2002. ولقد صدر امر بنشر النص الوارد في المحرر القانوني اعلاه اسبوعيا لستة اسابيع متتالية بصحيفة «الانترناشيونال هيرالد تريبيون» (باللغة الانكليزية) وبصحيفة «القدس العربي» ـ (باللغة العربية).

كذلك نشرت بالانترنت على العنوان الالكتروني التالي: http://www.september11classaction.com/

وعليه وقع اعلام المتهمين الذين ذكروا اعلاه. المتهمون مطلوبون للحضور لمكتب كاتب محكمة الولايات المتحدة، المحكمة العليا بمقاطعة كولومبيا (DC) الكائنة بـ:

(333 شارع كونستيتوشن ش.غ. واشنطن د. س 20001).

333 Constitution Avenue, N.W Washington D.C.20001

والسيد توماس مولن مع مكاتب مولن وبستر وشيلي الكائنة بـ 87 نهج نورث برود دوليستون بنسلفانيا

Thomas Mellon Mellon Webster and Shelly, 87 North Broad Street, Doylestown, Pennsylvania 18901

والرد على الشكوى في خلال مدة لا تتجاوز الستين يوما بعد استلام الاستدعاء بعدم دخول الغاية. في حالة عدم حضور المتهمين، توجد امكانية بصدور حكم بالغياب يقضي بدفع التعويض المذكور بالشكوى.

الشكوى رفعت بدعوى التسبب في الموت غير المشروع، والتآمر مما سينتج عنه فرض عقوبات تغريمية حسب المادة 28 من قانون الولايات المتحدة الفقرة 1605 (i) (5) والمادة 28 المادة الفقرة 1605 (i) (7) من نفس القانون المصنف تحت باب تهديد الحياة، الاهمال و/أو التعمد في التسبب في الارهاق النفسي المذكور بالمادة 28 من قانون الولايات المتحدة الفقرة 1350 والمادة 18 من قانون الولايات المتحدة الفقرة 2333.

كل الاستدعاءات الخاصة بجلسات تقديم المذكرات، والمطالب الخاصة بكشف النقاب عن الادلة التي وقع التقدم بها فيما يخص هذه الدعوى ستكون متوفرة بموقع الانترنت:

**http:www.september11classaction.com/**

**Issue Date:** 8 August 2002 • 15 August 2002 • 22 August 2002 • 29 August 2002
5 September 2002 • 12 September 2002

Case 1:02-cv-00305-JR Document 35-3 Filed 11/01/2002 Page 3 of 8

# الى المتهمين الذين وقع ذكرهم في القائمة الاتية:

**الشيخ اسامة بن محمد بن لادن**, a/k OSAMA BIN - LADEN لا يعرف مقره الحالي، آخر مقر تواجد فيه كان بأفغانستان.

**الطالبان**, a/k/a الحكومة الاسلامية بأفغانستان، هيئة مؤسسين. لا يعرف مقرها الحالي، آخر مقر عرف لها كان بأفغانستان.

**محمد عمر** لا يعرف مقره الحالي. آخر مقر تواجد فيه كان بأفغانستان

**القاعدة/ الجيش الاسلامي** لا يعرف مقرها الحالي. آخر مقر تواجدت فيه كان بأفغانستان.

**ارهابي لم يقع التعرف عليه** المتهمون 1 - 500

**Thomas Mellon**
**Mellon Webster & Shelly**
**87 North Broad Street**
**Doylestown, Pennsylvania 18901**

بالمحكمة العليا بمقاطعة كولومبيا (DC) قسم الشؤون المدنية، رفعت فيونا هفليش دعوى ضد الشيخ اسامة بن محمد بن لادن والآخرين a/k OSAMA BIN - LADEN قضية رقم 1:02 CV 00305 اعلام برفع دعوى.

ولقد اصدر القاضي جيمس روبرتسون امرا بالاعلام نشر بتاريخ 9 ايار (مايو) 2002. ولقد صدر امر بنشر النص الوارد في المحرر القانوني اعلاء اسبوعيا لستة اسابيع متتالية بصحيفة «الانترناشيونال هيرالد تريبيون» (باللغة الانكليزية) وبصحيفة «القدس العربي» - (باللغة العربية).

كذلك نشرت بالانترنت على العنوان الالكتروني التالي: http://www.september11classaction.com/

وعليه وقع اعلام المتهمين الذين ذكروا اعلاه، المتهمون مطلوبون للحضور لمكتب كاتب محكمة الولايات المتحدة، المحكمة العليا بمقاطعة كولومبيا (DC) الكائنة بـ:

(333 شارع كونستيتوشن ش-غ، واشنطن د.س 20001).
333 Constitution Avenue, N.W Washington D.C.20001

والسيد توماس مولن مع مكاتب مولن وبستر وشيلي الكائنة بـ 87 نهج نورث برود دوليستون بنسلفانيا
Thomas Mellon Mellon Webster and Shelly, 87 North Broad Street, Doylestown, Pennsylvania 18901

والرد على الشكوى في خلال مدة لا تتجاوز الستين يوما بعد استلام الاستدعاء بعدم دخول الغاية. في حالة عدم حضور المتهمين، توجد امكانية بصدور حكم بالغياب يقضي بدفع التعويض المذكور بالشكوى.

الشكوى رفعت بدعوى التسبب في الموت غير المشروع، والتآمر مما سينتج عنه فرض عقوبات تغريمية حسب المادة 28 من قانون الولايات المتحدة الفقرة 1605 (أ) (5) والمادة 28 المادة الفقرة 1605 (أ) (7) من نفس القانون المصنف تحت باب تهديد الحياة، الاهمال و/أو التعمد في التسبب في الارهاق النفسي المذكور بالمادة 28 من قانون الولايات المتحدة الفقرة 1350 والمادة 18 من قانون الولايات المتحدة الفقرة 2333.

كل الاستدعاءات الخاصة بجلسات تقديم المذكرات، والمطالب الخاصة بكشف النقاب عن الادلة التي وقع التقدم بها فيما يخص هذه الدعوى ستكون متوفرة بموقع الانترنت:

**http:www.september11classaction.com/**

## للمتمردين

## اندونيسيا تبحث نقل ابن سوهارتو لسجن جديد

## بوتو تتعهد بخوض الانتخابات ولو من داخل السجن

اسلام اباد - من مايك كوليت وايت:

# اعلان عام

## الى المتهمين الذين وقع ذكرهم في القائمة الاتية:

الشيخ اسامة بن محمد بن لادن, a/k OSAMA BIN - LADEN لا يعرف مقره الحالي.

آخر مقر تواجد فيه كان بافغانستان.

الطالبان a/k/a, الحكومة الاسلامية بافغانستان، هيئة مؤسسين. لا يعرف مقرها الحالي.

آخر مقر عرف لها كان بافغانستان.

محمد عمر لا يعرف مقره الحالي. آخر مقر تواجد فيه كان بافغانستان

القاعدة/ الجيش الاسلامي لا يعرف مقرها الحالي. آخر مقر تواجدت فيه كان بافغانستان.

ارهابي لم يقع التعرف عليه المتهمون 1 - 500.

Thomas Mellon
Mellon Webster & Shelly
87 North Broad Street
Doylestown, Pennsylvania 18901

بالمحكمة العليا بمقاطعة كولومبيا (DC) قسم الشؤون المدنية، رفعت فيونا هفليش دعوى ضد الشيخ اسامة بن محمد بن لادن والآخرين a/k OSAMA BIN - LADEN قضية رقم 1:02 CV 00305 اعلام برفع دعوى. ولقد اصدر القاضي جيمس روبرتسون امرا بالاعلام نشر بتاريخ 9 ايار (مايو) 2002. ولقد صدر امر بنشر النص الوارد في المحرر القانوني اعلاه اسبوعيا لستة اسابيع متتالية بصحيفة «الانترناشيونال هيرالد تريبيون» (باللغة الانكليزية) وبصحيفة «القدس العربي» (باللغة العربية).

كذلك نشرت بالانترنت على العنوان الالكتروني التالي: http://www.september11classaction.com/

وعليه وقع اعلام المتهمين الذين ذكروا اعلاه. المتهمون مطلوبون للحضور لمكتب كاتب محكمة الولايات المتحدة، الحكمة العليا بمقاطعة كولومبيا (DC) الكائنة بـ:

(333 شارع كونستيتوشن ش.غ. واشنطن د. س 20001).

333 Constitution Avenue, N.W Washington D.C.20001

والسيد توماس مولن مع مكاتب مولن وبستر وشيلي الكائنة بـ 87 نهج نورث برود دويلستون بنسلفانيا

Thomas Mellon Mellon Webster and Shelly, 87 North Broad Street, Doylestown, Pennsylvania 18901

والرد على الشكوى في خلال مدة لا تتجاوز الستين يوما بعد استلام الاستدعاء بعدم دخول الغاية. في حالة عدم حضور المتهمين، توجد امكانية بصدور حكم بالغياب يقضي بدفع التعويض المذكور بالشكوى.

الشكوى رفعت بدعوى التسبب في الموت غير المشروع، والتآمر مما سينتج عنه فرض عقوبات تقريمية حسب المادة 28 من قانون الولايات المتحدة الفقرة 1605 (أ) (5) والمادة 28 المادة الفقرة 1605 (أ) (7) من نفس القانون المصنف تحت باب تهديد الحياة، الاهمال و/او التعمد في التسبب في الارهاق النفسي المذكور بالمادة 28 من قانون الولايات المتحدة الفقرة 1350 والمادة 18 من قانون الولايات المتحدة الفقرة 2333.

كل الاستدعاءات الخاصة بجلسات تقديم المذكرات، والمطالب الخاصة بكشف النقاب عن الادلة التي وقع التقدم بها فيما يخص هذه الدعوى ستكون متوفرة بموقع الانترنت:

http://www.september11classaction.com/

## الامم المتحدة: نصف سكان زيمبابوي يواجهون مجاعة

# طرد مزارع ابيض من مزرعته بعد انتهاء مهلة موغابي

# كولومبيا تشن الحرب على الارهاب بمساعدة عسكرية امريكية

# اول حكم قضائي في اطار محاكمة المسؤولين عن التجاوزات في تيمور الشرقية

# اعــلان عـــام

## الى المتهمين الذين وقع ذكرهم في القائمة الاتية:

**الشيخ اسامة بن محمد بن لادن** a/k OSAMA BIN - LADEN، لا يعرف مقره الحالي.

آخر مقر تواجد فيه كان بأفغانستان.

**الطالبان** a/k/a، الحكومة الاسلامية بأفغانستان، هيئة مؤسسين. لا يعرف مقرها الحالي،

آخر مقر عرف لها كان بأفغانستان.

**محمد عمر** لا يعرف مقره الحالي. آخر مقر تواجد فيه كان بأفغانستان

**القاعدة/ الجيش الاسلامي** لا يعرف مقرها الحالي. آخر مقر تواجدت فيه كان بأفغانستان.

**ارهابي لم يقع التعرف عليه** المتهمون 1 ـ 500

**Thomas Mellon**
**Mellon Webster & Shelly**
**87 North Broad Street**
**Doylestown, Pennsylvania 18901**

بالمحكمة العليا بمقاطعة كولومبيا (DC) قسم الشؤون المدنية، رفعت فيونا هفليش دعوى ضد الشيخ اسامة بن محمد بن لادن والآخرين a/k OSAMA BIN - LADEN قضية رقم 1:02 CV 00305 اعلام برفع دعوى.

ولقد اصدر القاضي جيمس روبرتسون امرا بالاعلام نشر بتاريخ 9 ايار (مايو) 2002. ولقد صدر امر بنشر النص الوارد في المحرر القانوني اعلاه اسبوعيا لستة اسابيع متتالية بصحيفة «الانترناشيونال هيرالد تريبيون» (باللغة الانكليزية) وبصحيفة «القدس العربي» ـ (باللغة العربية).

كذلك نشرت بالانترنت على العنوان الالكتروني التالي: http://www.september11classaction.com/

وعليه وقع اعلام المتهمين الذين ذكروا اعلاه. المتهمون مطلوبون للحضور لمكتب كاتب محكمة الولايات المتحدة، المحكمة العليا بمقاطعة كولومبيا (DC) الكائنة بـ:

(333 شارع كونستيتوشن ش.غ. واشنطن د. س 20001).
333 Constitution Avenue, N.W Washington D.C.20001

والسيد توماس مولن مع مكاتب مولن وبستر وشيلي الكائنة بـ 87 نهج نورث برود دوليستون بنسلفانيا
Thomas Mellon Mellon Webster and Shelly, 87 North Broad Street, Doylestown, Pennsylvania 18901

والرد على الشكوى في خلال مدة لا تتجاوز الستين يوما بعد استلام الاستدعاء بعدم دخول الغاية. في حالة عدم حضور المتهمين، توجد امكانية بصدور حكم بالغياب يقضي بدفع التعويض المذكور بالشكوى.

الشكوى رفعت بدعوى التسبب في الموت غير المشروع، والتآمر مما سينتج عنه فرض عقوبات تغريمية حسب المادة 28 من قانون الولايات المتحدة الفقرة 1605 (أ) (5) والمادة 28 المادة الفقرة 1605 (أ) (7) من نفس القانون المصنف تحت باب تهديد الحياة، الاهمال و/أو التعمد في التسبب في الارهاق النفسي المذكور بالمادة 28 من قانون الولايات المتحدة الفقرة 1350 والمادة 18 من قانون الولايات المتحدة الفقرة 2333.

كل الاستدعاءات الخاصة بجلسات تقديم المذكرات، والمطالب الخاصة بكشف النقاب عن الادلة التي وقع التقدم بها فيما يخص هذه الدعوى ستكون متوفرة بموقع الانترنت:

**http:www.september11classaction.com/**

---

الادارة المؤيدة لروسيا في قرية تسوتسين يورت (50 كم شرق غروزني) موغي ديكاييف مساء الثلاثاء. ونقلت وكالة ريا نوفوستي عن مصدر في هيئة اركان القوات الفدرالية ان القاتل اطلق النار من داخل سيارة لا تحمل رقم تسجيل واستعان بمسدس ماكاروف مزود بكاتم للصوت. ويعتبر الانفصاليون الشيشان المقربين من روسيا بمثابة خونة ولقد قتلوا العشرات منهم منذ بدء النزاع في الجمهورية في اول تشرين الاول (اكتوبر) 1999. واشار المصدر في هيئة الاركان الى ان انفجار لغم في الخان تشورت قرب غروزني ادى الثلاثاء الى مقتل جندي روسي وجرح آخر.

## ...بسبب حكم برجم مواطنة

للشؤون النسائية امس الاول ان الشريعة غير منصفة للنساء ووصف حكم الاعدام رجما الصادر بحق نيجيرية انجبت طفلا وهي مطلقة بأنه انتهاك لحقوق الانسان.

وقال المستشار تيتي اجاناكو ان «هذا الحكم الصادر عن المحكمة الاسلامية يظهر بوضوح ان الشريعة مليئة بالافكار المسبقة ضد النساء وتعاملهن بشكل غير عادل على عمل تم بين شخصين».

واشار اجاناكو الى انه اذا ما نفذ حكم الاعدام رجما، فسوف يمثل انتهاكا لوجبات نيجيريا كما نصت عليها شرعتا الامم المتحدة وافريقيا لحقوق الانسان.

وهذا اول رد فعل رسمي يصدر عن رئاسة نيجيريا على قرار محكمة الاستئناف الشرعية في فونتوا الاثنين. ولم يعلق الرئيس شخصيا حتى الان على هذا الحكم.

من جهته، اعتبر وزير الدولة النيجيري للعدل موسى ابلايو امس الاول ان «لا داع للقلق» ازاء هذا القرار القضائي. وقال انه «حتى لو ان حكم الاعدام صدر في فونتوا (ولاية كاتسينا، شمال)، فليست هذه المحكمة المرجع القضائي الاخير، وثمة ثلاثة مراجع بعدها. فلا داع للقلق».

## ...باح الفيضانات شرق المانيا
## ...مقتل 60 في انهيار بنيبال

الاستعداد في العاصمة كاتمندو لكنها لا تستطيع التوجه الى المنطقة الجبلية بسبب سوء الاحوال الجوية.

وفي الهند قال مسؤولون ان سدا انهار امام ضغط مياه الامطار الموسمية الغزيرة في ولاية ماديا براديش بوسط البلاد امس الاربعاء وجرفت المياه 25 شخصا على الاقل. وقال المسؤولون ان تشققات ظهرت امس في السد الذي اقيم قبل 125 عاما في كاتانجي بمنطقة بالاغات وذلك بعد اربعة ايام من الامطار الغزيرة. وقال مسؤول بارز بالشرطة في بالاغات لرويترز في اتصال هاتفي «نقل نحو عشر الاف الى اماكن اكثر امنا ووصل ارتفاع المياه في بعض القرى الى ثلاثة امتار».

واضاف المسؤول «لا يمكن استبعاد احتمالات ان تواجه قرى اخرى المصير ذاته مع استمرار هطول الامطار». وتابع انه يخشى ان يكون من جرفتهم المياه قد لقوا حتفهم. وقال مسؤولو الارصاد الجوية في ولاية اسام في شمال شرق البلاد ان الامطار لم تهطل منذ امس الاول ويتوقعون هطول كميات محدودة من الامطار في الساعات الاربع والعشرين المقبلة. وقال احد المسؤولين عن التحكم في مياه الفيضانات «مناسيب المياه في كل الانهار انخفضت الى ما دون حد الخطر».

ولقي نحو الالف حتفهم في شرق الهند ونيبال وبنغلادش منذ منتصف يوليو تموز الماضي بعدما تسببت الامطار الموسمية الغزيرة في فيضانات واسعة النطاق وانهيارات ارضية وادت الى تفشي الامراض.

# اعلان عام

## الى المتهمين الذين وقع ذكرهم في القائمة الاتية:

**الشيخ اسامة بن محمد بن لادن**, a/k OSAMA BIN - LADEN لا يعرف مقره الحالي.
آخر مقر تواجد فيه كان بأفغانستان.

**الطالبان**, a/k/a الحكومة الاسلامية بأفغانستان، هيئة مؤسسين. لا يعرف مقرها الحالي،
آخر مقر عرف لها كان بأفغانستان.

**محمد عمر** لا يعرف مقره الحالي. آخر مقر تواجد فيه كان بأفغانستان

**القاعدة/ الجيش الاسلامي** لا يعرف مقرها الحالي. آخر مقر تواجدت فيه كان بأفغانستان.

**ارهابي لم يقع التعرف عليه** المتهمون 1_500

**Thomas Mellon**
**Mellon Webster & Shelly**
**87 North Broad Street**
**Doylestown, Pennsylvania 18901**

بالمحكمة العليا بمقاطعة كولومبيا (DC) قسم الشؤون المدنية، رفعت فيونا هفليش دعوى ضد الشيخ اسامة بن محمد بن لادن والآخرين a/k OSAMA BIN - LADEN قضية رقم 1:02 CV 00305 اعلام برفع دعوى.

ولقد اصدر القاضي جيمس روبرتسون امرا بالاعلام نشر بتاريخ 9 ايار (مايو) 2002. ولقد صدر امر بنشر النص الوارد في المحرر القانوني اعلاه اسبوعيا لستة اسابيع متتالية بصحيفة «الانترناشيونال هيرالد تريبيون» (باللغة الانكليزية) وبصحيفة «القدس العربي» ـ (باللغة العربية).

كذلك نشرت بالانترنت على العنوان الالكتروني التالي: http://www.september11classaction.com/

وعليه وقع اعلام المتهمين الذين ذكروا اعلاه. المتهمون مطلوبون للحضور لمكتب كاتب محكمة الولايات المتحدة، المحكمة العليا بمقاطعة كولومبيا (DC) الكائنة بـ:

(333 شارع كونستيتوشن ش.غ. واشنطن د. س 20001).
333 Constitution Avenue, N.W Washington D.C.20001

والسيد توماس مولن مع مكاتب مولن وبستر وشيلي الكائنة بـ 87 نهج نورث برود دوليستون بنسلفانيا
Thomas Mellon Mellon Webster and Shelly, 87 North Broad Street, Doylestown, Pennsylvania 18901

والرد على الشكوى في خلال مدة لا تتجاوز الستين يوما بعد استلام الاستدعاء بعدم دخول الغاية. في حالة عدم حضور المتهمين، توجد امكانية بصدور حكم بالغياب يقضي بدفع التعويض المذكور بالشكوى.

الشكوى رفعت بدعوى التسبب في الموت غير المشروع، والتآمر مما سينتج عنه فرض عقوبات تغريمية حسب المادة 28 من قانون الولايات المتحدة الفقرة 1605 (أ) (5) والمادة 28 المادة الفقرة 1605 (أ) (7) من نفس القانون المصنف تحت باب تهديد الحياة، الاهمال و/أو التعمد في التسبب في الارهاق النفسي المذكور بالمادة 28 من قانون الولايات المتحدة الفقرة 1350 والمادة 18 من قانون الولايات المتحدة الفقرة 2333.

كل الاستدعاءات الخاصة بجلسات تقديم المذكرات، والمطالب الخاصة بكشف النقاب عن الادلة التي وقع التقدم بها فيما يخص هذه الدعوى ستكون متوفرة بموقع الانترنت:

**http:www.september11classaction.com/**

## ... امام القضاء الدولي محدودة جدا
## ... ضمانات لمراسليها في الحروب

المعلومات بطريقة اخرى».

ولم يحدد قضاء محكمة الجزاء موعدا لاعلان قرارهم الذي يمكن ان يصبح حكما قضائيا وخصوصا للمحكمة الجنائية الدولية التي سيكون مقرها في لاهاي ايضا.

ويأتي هذا الجدل بينما بدأت الصحافية البريطانية جاكي رولاند الادلاء بشهادتها في محاكمة الرئيس اليوغوسلافي السابق سلوبودان ميلوشيفيتش.

وكان عدد كبير من الصحافيين مثلوا طوعا امام محكمة الجزاء في قضايا جرائم الحرب في البوسنة من بينهم جيريمي باون من الـ(بي بي سي) و(اد فوبلامي) من صحيفة (اوبزرفر) البريطانية.

وادلى فيتون سوروي رئيس تحرير الصحيفة التي تصدر باللغة الانكليزية «كوسوفو كوها ديتوري» بشهادته لحساب الاتهام في محاكمة سلوبودان ميلوشيفيتش.

## انتهاء حالة الطوارئ المفروضة منذ تسعة اشهر في النيبال

■ كاتماندو - اف ب: اعلنت مصادر حكومية ان حالة الطوارئ المفروضة منذ تسعة اشهر في النيبال بعد انهيار وقف اطلاق النار مع حركة التمرد الماوية تنتهي منتصف ليل الاربعاء الخميس.

وكان رئيس وزراء النيبال شير باهادور دوبا صرح امس الاول في بروكسل انه «لا يؤيد» تمديد حالة الطوارئ بينما اعلن عن اجراء انتخابات تشريعية سابقة لاوانها في 13 تشرين الثاني (نوفمبر) المقبل.

وفرض الملك جيانيندرا في 26 تشرين الثاني (نوفمبر) الماضي حالة الطوارئ لمدة ثلاثة اشهر مبدئيا بعد انهيار وقف اطلاق النار مع حركة التمرد الماوية التي تطالب باقامة جمهورية شيوعية في النيبال البلد الصغير الواقع بين الهند والصين. وقد مدد وقف اطلاق النار مرتين.

يذكر ان حركة التمرد الناشطة في الريف خصوصا اسفرت عن سقوط اكثر من 4300 قتيل منذ 1996، اكثر من نصفهم بعد اعلان حالة الطوارئ التي منحت السلطات صلاحيات واسعة في توقيف واستجواب المتهمين.

النازيين بعد انتهاء الحرب العالمية | اخرى وقعت على التشريع | المعارضة للمحكمة اكسبتها مكانة بروكسل.

# اعلان عام

## الى المتهمين الذين وقع ذكرهم في القائمة الاتية:

**الشيخ اسامة بن محمد بن لادن** a/k OSAMA BIN - LADEN. لا يعرف مقره الحالي.

آخر مقر تواجد فيه كان بأفغانستان.

**الطالبان** a/k/a. الحكومة الاسلامية بافغانستان، هيئة مؤسسين. لا يعرف مقرها الحالي،

آخر مقر عرف لها كان بأفغانستان.

**محمد عمر** لا يعرف مقره الحالي. آخر مقر تواجد فيه كان بأفغانستان

**القاعدة/ الجيش الاسلامي** لا يعرف مقرها الحالي. آخر مقر تواجدت فيه كان بأفغانستان.

**ارهابي لم يقع التعرف عليه** المتهمون 1 - 500

**Thomas Mellon**
**Mellon Webster & Shelly**
**87 North Broad Street**
**Doylestown, Pennsylvania 18901**

بالمحكمة العليا بمقاطعة كولومبيا (DC) قسم الشؤون المدنية، رفعت فيونا هفليش دعوى ضد الشيخ اسامة بن محمد بن لادن والآخرين a/k OSAMA BIN - LADEN قضية رقم 1.02 CV 00305 اعلام برفع دعوى.

ولقد اصدر القاضي جيمس روبرتسون امرا بالاعلام نشر بتاريخ 9 ايار (مايو) 2002. ولقد صدر امر بنشر النص الوارد في المحرر القانوني اعلاه اسبوعيا لستة اسابيع متتالية بصحيفة «الانترناشيونال هيرالد تريبيون» (باللغة الانكليزية) وبصحيفة «القدس العربي» - (باللغة العربية).

كذلك نشرت بالانترنت على العنوان الالكتروني التالي: http://www.september11classaction.com/

وعليه وقع اعلام المتهمين الذين ذكروا اعلاه. المتهمون مطلوبون للحضور لمكتب كاتب محكمة الولايات المتحدة، المحكمة العليا بمقاطعة كولومبيا (DC) الكائنة بـ:

(333 شارع كونستيتوشن ش.غ. واشنطن د. س 20001).

333 Constitution Avenue, N.W Washington D.C.20001

والسيد توماس مولن مع مكاتب مولن وبستر وشيلي الكائنة بـ 87 نهج نورث برود دوليستون بنسلفانيا

Thomas Mellon Mellon Webster and Shelly, 87 North Broad Street, Doylestown, Pennsylvania 18901

والرد على الشكوى في خلال مدة لا تتجاوز الستين يوما بعد استلام الاستدعاء بعدم دخول الغاية. في حالة عدم حضور المتهمين، توجد امكانية بصدور حكم بالغياب يقضي بدفع التعويض المذكور بالشكوى.

الشكوى رفعت بدعوى التسبب في الموت غير المشروع، والتآمر مما سينتج عنه فرض عقوبات تغريمية حسب المادة 28 من قانون الولايات المتحدة الفقرة 1605 (أ) (5) والمادة 28 المادة الفقرة 1605 (أ) (7) من نفس القانون المصنف تحت باب تهديد الحياة، الاهمال و/أو التعمد في التسبب في الارهاق النفسي المذكور بالمادة 28 من قانون الولايات المتحدة الفقرة 1350 والمادة 18 من قانون الولايات المتحدة الفقرة 2333.

كل الاستدعاءات الخاصة بجلسات تقديم المذكرات، والمطالب الخاصة بكشف النقاب عن الادلة التي وقع التقدم بها فيما يخص هذه الدعوى ستكون متوفرة بموقع الانترنت:

**http:www.september11classaction.com/**

---

قبل الحادي عشر من ايلول (سبتمبر) الجاري بانه «خطير جدا، محددة مرافق امريكية ويهودية واسرائيلية كاهداف لضربات ارهابية».

وقال شيلي في حديث لقناة التلفزة الالمانية الثانية «زي دي إف» صباح امس الاربعاء ان المانيا كباقي الدول الاوروبية الحليفة للولايات المتحدة مهددة بوقوع هجمات ارهابية فيها بمناسبة الحادي عشر من الشهر الجاري لسبب بسيط وهو ان شبكات تنظيم «القاعدة» لا زالت قادرة على توجيه مثل هذه الضربات. واضاف المسؤول الالماني ان سلطاته تعكف في الوقت الحاضر على 70 تحقيقاً بخصوص منظمات ارهابية اسلامية تشارك دائرة حماية الدستور في 50 منها.

---

## لحزب الجمهوري

# تنظيمه بأنه اسلامي

...هوري للشعب ...ضم اليه ايضا ...مال درويش مع ...تريعية المبكرة ...لث من تشرين

...سول ان ميرال ...ايس» منذ 11 ...الى مقر الحزب ...تباره بان هذا ...فتوحا امام

...ئيس الحزب ...على ان برنامج ...ي الذي اقرته ...ازمة شباط ...سرة لا يمكن ان ...سادية في البلاد

...بولند اجاويد ...اعدته عندما ...كون اقتصادي

في تاريخها وبات درويش المهندس الاساسي لعملية الانقاذ الاقتصادي بدعم مكثف من صندوق النقد الدولي.

والتحق درويش الشهر الماضي بالحزب الجمهوري للشعب وترشح على لائحة اسطنبول.

وكان درويش وميرال اختلفا في السابق حول اجراءات التقشف المتضمنة في البرنامج الاقتصادي لكن الوزير السابق كسب بعد ذلك ثقة معظم الزعماء النقابيين.

واستقال درويش في العاشر من آب (اغسطس) بعد ان طلب منه بولند اجاويد ان يختار بين حقيبته ونشاطاته السياسية.

ويبدو ان انضمامه اعطى دفعا قويا للحزب الجمهوري الذي لم يمثله اي نائب في البرلمان في الانتخابات التشريعية الاخيرة في 1999 لانه لم يتجاوز سقف الـ 10 % من اصوات الناخبين على الصعيد الوطني.

---

## مقتل 48 متمردا قرب بوغمبورا

■ بوغمبورا - اف ب: اعلن الناطق باسم الجيش في ...مبورا امس الاربعاء ان 48 من المتمردين الهوتو في القوات ...طنية للتحرير قتلوا في 31 اب (اغسطس) اثناء قيام ...يش البوروندي بتفكيك مركز مهم لقيادة المتمردين. واعلن ...اطق الكولونيل اوغوستان نزابامبيما لوكالة فرانس برس «عسكريين تدعمهم الدفعية هاجموا وفتشوا ثياكيهاندا، ...اقعة على بعد عشرة كيلومترات شرق العاصمة البوروندية اعقاب «معلومات عن تواجد متمردين».

وقال ان «معارك طاحنة جرت واحصينا 48 قتيلا من ...مردين ولم تسجل اي خسارة في صفوفنا».

من جهته اكد مسؤول سياسي في القوات الوطنية للتحرير، ...ي اكبر حركات التمرد، في اتصال هاتفي ان «37 مقاتلا ...واء».

وقال المسؤول الذي رفض الكشف عن هويته ان «الجيش ...ف مركزا تتم فيه معالجة جرحانا ما ادى الى مقتل 37 ...هم».

ومنذ اندلاع الحرب الاهلية في بوروندي في 1993 قتل اكثر 250 الف شخص معظمهم من المدنيين في معارك بين ...يش الذي تسيطر عليه اقلية التوتسي والحركات ...مرد للهوتو.

# اعلان عام

## الى المتهمين الذين وقع ذكرهم في القائمة الاتية:

**الشيخ اسامة بن محمد بن لادن,** a/k OSAMA BIN - LADEN لا يعرف مقره الحالي.

آخر مقر تواجد فيه كان بأفغانستان.

**الطالبان,** a/k/a الحكومة الاسلامية بأفغانستان، هيئة مؤسسين. لا يعرف مقرها الحالي،

آخر مقر عرف لها كان بأفغانستان.

**محمد عمر** لا يعرف مقره الحالي. آخر مقر تواجد فيه كان بأفغانستان

**القاعدة/ الجيش الاسلامي** لا يعرف مقرها الحالي. آخر مقر تواجدت فيه كان بأفغانستان.

**ارهابي لم يقع التعرف عليه** المتهمون 1 - 500

**Thomas Mellon**
**Mellon Webster & Shelly**
**87 North Broad Street**
**Doylestown, Pennsylvania 18901**

بالمحكمة العليا بمقاطعة كولومبيا (DC) قسم الشؤون المدنية، رفعت فيونا هفليش دعوى ضد الشيخ اسامة بن محمد بن لادن والآخرين a/k OSAMA BIN - LADEN قضية رقم 1:02 CV 00305 اعلام برفع دعوى.

ولقد اصدر القاضي جيمس روبرتسون امرا بالاعلام نشر بتاريخ 9 ايار (مايو) 2002. ولقد صدر امر بنشر النص الوارد في المحرر القانوني اعلاه اسبوعيا لستة اسابيع متتالية بصحيفة «الانترناشيونال هيرالد تريبيون» (باللغة الانكليزية) وبصحيفة «القدس العربي» - (باللغة العربية).

كذلك نشرت بالانترنت على العنوان الالكتروني التالي: http://www.september11classaction.com/

وعليه وقع اعلام المتهمين الذين ذكروا اعلاه. المتهمون مطلوبون للحضور لمكتب كاتب محكمة الولايات المتحدة، المحكمة العليا بمقاطعة كولومبيا (DC) الكائنة بـ:

(333 شارع كونستيتوشن ش.غ. واشنطن د.س 20001).

333 Constitution Avenue, N.W Washington D.C.20001

والسيد توماس مولن مع مكاتب مولن وبستر وشيلي الكائنة بـ 87 نهج نورث برود دوليستون بنسلفانيا

Thomas Mellon Mellon Webster and Shelly, 87 North Broad Street, Doylestown, Pennsylvania 18901

والرد على الشكوى في خلال مدة لا تتجاوز الستين يوما بعد استلام الاستدعاء بعدم دخول الغاية. في حالة عدم حضور المتهمين، توجد امكانية بصدور حكم بالغياب يقضي بدفع التعويض المذكور بالشكوى.

الشكوى رفعت بدعوى التسبب في الموت غير المشروع، والتآمر مما سينتج عنه فرض عقوبات تغريمية حسب المادة 28 من قانون الولايات المتحدة الفقرة 1605 (أ) (5) والمادة 28 المادة الفقرة 1605 (أ) (7) من نفس القانون المصنف تحت باب تهديد الحياة، الاهمال و/او التعمد في التسبب في الارهاق النفسي المذكور بالمادة 28 من قانون الولايات المتحدة الفقرة 1350 والمادة 18 من قانون الولايات المتحدة الفقرة 2333.

كل الاستدعاءات الخاصة بجلسات تقديم المذكرات، والمطالب الخاصة بكشف النقاب عن الادلة التي وقع التقدم بها فيما يخص هذه الدعوى ستكون متوفرة بموقع الانترنت:

**http:www.september11classaction.com/**

## ...تحدة في ذكرى ايلول

خوسيه ماريا القاريس ديل مونسانتو في ساحة بوسط المدينة احتفالا بذكرى «ضحايا الارهاب» حضره السفير الامريكي جورج ارغيروس.

ولزم المشاركون في بطولة اسبانيا للدراجات دقيقة صمت قبل انطلاق المرحلة الخامسة ومن المقرر الالتزام بدقيقة صمت اخرى مساء في الملاعب قبل بدء مباريات الدور الاول من الدوري العام الاسباني لكرة القدم.

## ...ء على معلومات عن هجوم محتمل

اشتراكها في الخطة.

وقال فرانز ان السلطات الالمانية لا تعرف بوجود صلات بين الخاطفين ومسجد النور. وقال متحدث باسم الشرطة الالمانية ان ستة رجال كانوا يقيمون في دار للضيافة ملحقة بالمسجد اقتيدوا لمركز الشرطة للتأكد من هوياتهم. ويعيش في الدار الملحقة بالمسجد 90 شخصا. وعاش في هامبورج ثلاثة من بين اربعة مشتبها بهم خطفوا الطائرات التي ارتطمت ببرجي مركز التجارة العالمي في نيويورك ومقر وزارة الدفاع الامريكية قرب واشنطن.

واغارت الشرطة الالمانية الثلاثاء على مخزن شركة نسيج يملكها رجل سوري المولد في بلدة شمالي هامبورج وقالت انها تستجوب صاحب الشركة واسرته للاشتباه في ايوائه متشددين اسلاميين.

وفي بلدة هايدلبرغ الجنوبية اعتقلت الشرطة الالمانية الاسبوع الماضي امريكية وصديقها التركي للاشتباه في تخطيطهما للقيام بهجوم في ذكرى ايلول (سبتمبر).

## روبرتسون: لم ننتصر بعد في الحرب على الارهاب

■ بروكسل - اف ب: وجه الامين العام لحلف شمال الاطلسي جورج روبرتسون امس الاربعاء تحية لضحايا اعتداءات 11 ايلول (سبتمبر) واشاد بتماسك المجموعة الدولية لكنه حذر في الوقت نفسه من انه «لم يتم بعد الانتصار» في الحرب على الارهاب.

وقال اللورد روبرتسون خلال حفل لاحياء ذكرى ضحايا الاعتداءات في مقر الحلف في بروكسل «لم تربح الحرب بعد».

وكرر الامين العام للحلف في هذه المناسبة التأكيد على اهمية العلاقات بين الولايات المتحدة واوروبا في الحملة ضد الارهاب، وقال «قبل سنة، شهدنا برعب الارهاب يضرب في الصميم دولة عضوا في الحلف، واليوم نحن في الحلف الاطلسي نؤكد مجددا التزامنا بالحفاظ على الشراكة عبر الاطلسي القائمة بين اوروبا وامريكا الشمالية».

واضاف «نحن نحتفل بنجاحات التحالف الدولي ضد الارهاب، اول تحد كبير يطرح في القرن الحادي والعشرين»، واعتبر روبرتسون ان الحلف كان «في قلب الحملة ضد الارهابيين، في الاجواء فوق المدن الامريكية وفي البلقان والمتوسط ودعما للعمليات في افغانستان»، مضيفا «لقد انجزنا الكثير معا».

SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland )
Bern, Canton of Bern ) SS:
Embassy of the United States of America )

I certify that the annexed document is executed by the genuine signature and seal of the following named official who, in an official capacity, is empowered by the laws of Switzerland to execute that document.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Liliane GYGAX
(Typed name of Official who executed the annexed document)

(Signature of Consular Officer)

Scott D. Boswell
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

October 17, 2002
(Date)



# EMBASSY OF SWITZERLAND

No. 1074-IE

The Embassy of Switzerland, Foreign Interests Section, in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran and has the honor to refer the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit entitled Fiona Havlish, et al. v. Islamic Republic of Iran, et al. : Civil Case No. 1:02-CV-0305 (JR) in which the Islamic Republic of Iran, the Islamic Revolutionary Guard and Iranian Ministries of Information and Security, of Petroleum, of Economic Affairs and Finance, of Commerce, and of Defense are defendants. The case is pending in United States District Court, District of Columbia. The Embassy herewith transmits a Notice of Suit with Summons and Complaint. This note constitutes service of these documents upon the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4).

Under applicable United States law a defendant in a lawsuit must file an answer to the Summons and Complaint or some other responsive pleading within 60 days from the date of service of the Summons and Complaint (i.e. the date of this note) or face the possibility of having final judgment entered against it without the opportunity of presenting evidence or arguments in its behalf. Accordingly, the Foreign Interests Section requests that the enclosed summons be forwarded to the appropriate authority of the Government of the Islamic Republic of Iran with a view towards taking whatever steps are necessary to answer the Summons and Complaint.

Please note that under United States law and procedure neither the Embassy nor the Department of State is in a position to comment on the present suit. Under the laws of the United States, any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States.

The enclosure includes a copy of pertinent United States laws concerning sovereign immunities.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Tehran, October 09, 2002 (Mehr 17, 1381)

Ministry of Foreign Affairs of the
Islamic Republic of Iran
Tehran

I , Antje Günther , Deputy Head of the Foreign Interests Section of the Embassy of Switzerland in Tehran certify that this is a true copy of the Embassy of Switzerland , Foreign Interests Section diplomatic note number 1074-IE dated October 09, 2002 , and delivered to the Ministry of Foreign Affairs of the Islamic Republic of Iran on October 09, 2002.

Antje Günther
Deputy Head of Foreign Interests Section

Tehran , October 09, 2002

No. 7978
Seen for legalization of the above signature
Berne, 15. Okt. 2002
**Swiss Federal Chancellery**

Liliane Gygax

SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland )
Bern, Canton of Bern ) SS:
Embassy of the United States of America )

I certify that the annexed document bears the genuine seal of the Swiss Federal Department of Foreign Affairs.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

(Signature of Consular Officer)

Scott D. Boswell
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

October 17, 2002
(Date)



20643

EIDGENÖSSISCHES DEPARTEMENT
FÜR AUSWÄRTIGE ANGELEGENHEITEN

**DRINGEND**
K.252.41 USA/IRAN 3 A

Das Eidgenössische Departement für auswärtige Angelegenheiten, bezieht sich auf die Note CONS No. 13182 vom 30. September 2002 betr. die Übermittlung von Gerichtsakten im Sammelklagefall Fiona Havlish gegen die Islamische Republik Iran, und beehrt sich, der Botschaft der Vereinigten Staaten von Amerika, in der Beilage die acht Sätze der Unterlagen zuzustellen, die es vom Dienst für amerikanische Interessen der Schweizerischen Botschaft in Teheran zurückerhalten hat.

- **8 Sätze Gerichtsakten: Fiona Havlish, et al. v. the Islamic Republic of Iran, et al.; CV No. 1:02-CV-0305 (JR)**
- **"Proof of Service", datiert vom 9. Oktober 2002**

Der genannte Dienst hat die oben erwähnten Gerichtsakten samt seiner Note Nr. 1074-IE, datiert vom 9. Oktober 2002, mit Bestätigung des 'proof of service', datiert vom 9. Oktober 2002 **ohne Kommentar seitens des iranischen Aussenministeriums zurückerhalten.**

Das Departement benützt auch diesen Anlass, um die Botschaft seiner ausgezeichneten Hochachtung zu versichern.

DÉPARTEMENT FÉDÉRAL DES AFFAIRES ÉTRANGÈRES

Bern, 16. Oktober 2002

**Beilagen erwähnt**

An die Botschaft der
Vereinigten Staaten von Amerika

Informal Embassy translation from the German of SPP Note No. 20643 dated October 16, 2002:

"The Federal Department of Foreign Affairs, referring to Embassy's note No. 13182 of September 30, 2002 concerning the transmission of the court documents in the case Fiona Havlish, et al. vs. the Islamic Republic of Iran, has the honor to submit to the Embassy of the Untied States of America the following enclosures received from the American Interests Section of the Swiss Embassy in Tehran.

- **8 sets of the court documents: Fiona Havlish, et al. vs. the Islamic Republic of Iran, et al.; CV No. 1:02-CV-0305 (JR)**
- **"Proof of service" dated October 9, 2002**

The Interests Section received back the above mentioned court documents as well as its Note No. 1074-IE dated October 9, 2002 and the confirmation of 'proof of service' dated October 9, 2002 from **the Iranian Ministry of Foreign Affairs with no comments**.

Complimentary close.

Bern, October 16, 2002

Enclosures as stated

SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland )
Bern, Canton of Bern ) SS:
Embassy of the United States of America )

I, Scott D. BOSWELL, a consular officer at the Embassy of the United States at Bern, Switzerland, certify that this is a true copy of Embassy note number 13182 dated September 30, 2002, which was transmitted to the Swiss Ministry of Foreign Affairs on October 1, 2002 for further transmission to the American Interests Section of the Swiss Embassy in Tehran, Iran.

(Signature of Consular Officer)

Scott D. BOSWELL
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

October 17, 2002
(Date)



*Embassy of the United States of America*
September 30, 2002

CONS NO. 13182

U R G E N T!

Federal Department of Foreign Affairs
Foreign Interests Service
Bundesgasse 32
3003 Bern

Subject: JUDICIAL ASSISTANCE: Service of Summons and Complaint and Notice of Suit Pursuant to the Foreign Sovereign Immunities Act - Fiona Havlish et al. v. Islamic Republic of Iran, et al.; Civil Case No. 1:02-CV-0305 (JR)

REF: ----

The Department of State has requested the delivery of the enclosed Summons and Complaint and Notice of Suit to the Islamic Republic of Iran pursuant to the Foreign Sovereign Immunities Act in the matter of Fiona Havlish, et al. v. Islamic Republic of Iran, et al.; Civil Case No. 1:02-CV-0305 (JR).

The Embassy is herewith requesting the Swiss Ministry of Foreign Affairs to transmit the documents to the American Interests Section of the Swiss Embassy in Tehran. The American Interests Section should transmit the Summons and Complaint and Notice of Suit to the Islamic Republic of Iran under cover of a diplomatic note utilizing the language provided in the enclosed instruction.

Transmittal should be done in a manner which enables the Embassy to confirm delivery. The American Interests Section should execute the certification of the diplomatic note, which will be forwarded by the Department of State to the requesting court in the United States.

Enclosed is the appropriate part of a Memorandum the Embassy received from the Department of State as well as seven sets of the Summons and Complaint and Notice of Suit for the Iranian Ministry of Foreign Affairs.

The Embassy would appreciate being informed of the date the American Interests Section of the Swiss Embassy in Tehran receives the documents as well as the date the Interests Section forwards the Summons and Complaint and Notice of Suit to the Iranian authorities.

SPP's speedy assistance is much appreciated.



**ROUTINE PRECEDENCE**
**COPY 01 OF 03 FOR: OCS**

**UNCLASSIFIED**

*Department of State*

**INCOMING TELEGRAM**

WARSAW 03544

ACTION OCS-03

| INFO | LOG-00 | AID-00 | AMAD-00 | SRPP-00 | EUR-00 | UTED-00 | TEDE-00 |
|---|---|---|---|---|---|---|---|
| | IO-00 | JUSE-00 | L-00 | NEA-00 | NSAE-00 | TEST-00 | LBA-00 |
| | SAS-00 | | | | | | |

R 02 [redacted] CT 02
FM AMEMBASSY WARSAW
TO SECSTATE WASHDC 5997

UNCLAS WARSAW 003544

FOR CA/OCS/PRI-LUKE BELLOCCHI

E.O. 12958: N/A
TAGS: CJAN, PL
SUBJECT: JUDICIAL ASSISTANCE - SERVICE OF PROCESS TO IRAQ

REF: DEPARTMENT (CA/OCS/PRI) MEMO DATED 09/13/02

1. Post received a request for service of Summons and Complaint and Notice of Suit on The Republic of Iraq in the matter of Fiona Havlish, et al. v. Islamic Republic of Iraq, et al.; Civil Case No. 1:02-CV-0305 (JR).

2. On October 1, 2002 post delivered the documents to be served, accompanied with a diplomatic note number C-00143, dated October 1, 2002 to the Polish Ministry of Foreign Affairs for transmittal to the American Interests Section in Baghdad.
Hill

2002 OCT -2 A 10: 20
CONSULAR AFFAIRS
CA/OCS/PRI

**Stephen A Corr**

**From:** "Stephen A Corr" <SCorr@MellonWebster.com>
**To:** <MissionOfIraq@nyc.rr.com>
**Sent:** Monday, September 30, 2002 3:42 PM
**Attach:** Order for Alt Service Hussein and Ayatolla.pdf; Summons - Saddam.pdf; Arabic Amended Complaint.pdf; Summons - Saddam.doc; Arabic Amended Complaint.doc; Amended Complaint-First.pdf; Amended Complaint - First.doc
**Subject:** Havlish, et al v. bin Laden, et al., U.S. Dist. Court, District of Columbia No. 02-0305(JR)

To Whom It May Concern:

Pursuant to the Order of the Honorable James Robertson, entered on September 30, 2002, the plaintiffs in the above-referenced matter hereby make service upon Saddam Hussein pursuant to F.R.Civ.P. 4(f). Attached are the following documents in MS Word and .pdf formats:

1. Order granting Alternative Service entered by Judge Robertson September 30, 2002 (.pdf format only);
2. Summons Addressed to Saddam Hussein (Arabic and English versions);
3. Amended Complaint (Arabic and English versions).

Please note that the defendant has sixty (60) days to file a responsive pleading to the attached Amended Complaint. Failure to respond within sixty (60) days may result in a default judgment against the defendant.

Stephen A. Corr, Esquire
Mellon, Webster & Shelly
87 North Broad Street
Doylestown, PA 18901
(215) 348-7700 Phone
(215) 348-0171 Fax

Case 1:03-md-01570-GBD-SN Document 2125-5 Filed 08/29/08 Page 26 of 39
Case 1:02-cv-00305-JR Document 35-5 Filed 11/01/2002 Page 2 of 3

**Stephen A Corr**

**From:** "Stephen A Corr" <SCorr@MellonWebster.com>
**To:** <Missionoflraq@nyc.rr.com>
**Sent:** Monday, September 30, 2002 3:47 PM
**Attach:** Order for Alt Service Hussein and Ayatolla.pdf; Summons - Qusai.pdf; Arabic Amended Complaint.pdf; Summons - Qusai.doc; Arabic Amended Complaint.doc; Amended Complaint-First.pdf; Amended Complaint - First.doc
**Subject:** Fw: Havlish, et al v. bin Laden, et al., U.S. Dist. Court, District of Columbia No. 02-0305(JR)

To Whom It May Concern:

Pursuant to the Order of the Honorable James Robertson, entered on September 30, 2002, the plaintiffs in the above-referenced matter hereby make service upon Qusai Hussein pursuant to F.R.Civ.P. 4(f). Attached are the following documents in MS Word and .pdf formats:

1. Order granting Alternative Service entered by Judge Robertson September 30, 2002 (.pdf format only);
2. Summons Addressed to Qusai Hussein (Arabic and English versions);
3. Amended Complaint (Arabic and English versions).

Please note that the defendant has sixty (60) days to file a responsive pleading to the attached Amended Complaint. Failure to respond within sixty (60) days may result in a default judgment against the defendant.

______________________________

Stephen A. Corr, Esquire
Mellon, Webster & Shelly
87 North Broad Street
Doylestown, PA 18901
(215) 348-7700 Phone
(215) 348-0171 Fax

**Stephen A Corr**

**From:** "Stephen A Corr" <SCorr@MellonWebster.com>
**To:** <iran@un.int>
**Sent:** Monday, September 30, 2002 3:54 PM
**Attach:** Order for Alt Service Hussein and Ayatolla.pdf; Summons - Ayatollah Ali Hoseini-Khamenei.pdf; Farsi Amended Complaint.pdf; Summons - Ayatollah Ali Hoseini-Khamenei.doc; Farsi Amended Complaint.doc; Amended Complaint-First.pdf; Amended Complaint - First.doc
**Subject:** Havlish et al. v. bin Laden, et al., U.S. Dist. Court, District of Columbia No 02-0305 (JR)

To Whom It May Concern:

Pursuant to the Order of the Honorable James Robertson, entered on September 30, 2002, the plaintiffs in the above-referenced matter hereby make service upon Ayatollah Ali Hoseini-Khamenei pursuant to F.R.Civ.P. 4(f). Attached are the following documents in MS Word and .pdf formats:

1. Order granting Alternative Service entered by Judge Robertson September 30, 2002 (.pdf format only);
2. Summons Addressed to Ayatollah Ali Hoseini-Khamenei (Farsi and English versions);
3. Amended Complaint (Farsi and English versions).

Please note that the defendant has sixty (60) days to file a responsive pleading to the attached Amended Complaint. Failure to respond within sixty (60) days may result in a default judgment against the defendant.

Stephen A. Corr, Esquire
Mellon, Webster & Shelly
87 North Broad Street
Doylestown, PA 18901
(215) 348-7700 Phone
(215) 348-0171 Fax

Stephen A. Corr, Esquire
Mellon, Webster & Shelly
87 North Broad Street
Doylestown, PA 18901
(215) 348-7700 Phone
(215) 348-0171 Fax

U.S. Postal Service Delivery Confirmation Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

(Please Print Clearly)

PERMANENT MISSION OF IRAQ TO THE UN

14 EAST 79th STREET

NEW YORK, NY 10021

Postmark Here

DOYLESTOWN PA 18901 OCT 1

POSTAL CUSTOMER:
Keep this receipt. For inquiries: Access internet web site at www.usps.com or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)

☒ Priority Mail

☐ Standard Mail (B)

(See Reverse)

PS Form 152, March 1999

DELIVERY CONFIRMATION NUMBER: 0300 1290 0006 5304 0533

Shelly

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR

JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

September 30, 2002

14 East 79th Street
New York, NY 10021

Re: **Havlish, et al. v. bin Laden, et al.**
**U.S. District Court, District of Columbia, No. 02-0305**

To Whom It May Concern:

Pursuant to the Order of the Honorable James Robertson, entered on September 30, 2002, the Plaintiffs in the above-referenced matter hereby make service upon Saddam Hussein pursuant to F.R.Civ.P. 4(f). Enclosed are the following documents:

1. Order granting Alternative Service entered by Judge Robertson dated September 30, 2002;

2. Summons Addressed to Saddam Hussein (Arabic and English versions); and

3. Amended Complaint (Arabic and English versions)

**Please note that the Defendant has sixty (60) days to file a responsive pleading to the attached Amended Complaint. Failure to respond within sixty (60) days may result in a default judgment against the Defendant.**

U.S. POSTAL SERVICE CERTIFICATE OF MAILING

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From:

MELLON WEBSTER + SHELLY

87 N. BROAD STREET

DOYLESTOWN PA 18901

One piece of ordinary mail addressed to:

PERMANENT MISSION OF IRAQ TO THE U

14 EAST 79th STREET

NEW YORK, NY 10021

DOYLESTOWN PA 18901 OCT 1

U.S. POSTAGE PAID DOYLESTOWN, PA 18901 OCT 01, 02 AMOUNT $0.90 00053690-02

PS Form 3817, Mar. 1989

...truly yours,

[signature]

...PHEN A. CORR

U.S. Postal Service Delivery Confirmation Receipt

DELIVERY CONFIRMATION NUMBER: 0300 1290 0006 5304 0526

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

PERMANENT MISSION OF IRAQ TO THE UN Shelly
(Please Print Clearly)
14 EAST 79th STREET
NEW YORK, NY 10021

POSTAL CUSTOMER:
Keep this receipt. For inquiries: Access internet web site at www.usps.com or call 1-800-222-1811

Postmark Here
DOYLESTOWN PA 18901 OCT 1

CHECK ONE (POSTAL USE ONLY)
☒ Priority Mail
☐ Standard Mail (B)
(See Reverse)

PS Form 152, March 1999

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR

JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

September 30, 2002

To the United Nations
14 East 79th Street
New York, NY 10021

Re: **Havlish, et al. v. bin Laden, et al.**
**U.S. District Court, District of Columbia, No. 02-0305**

To Whom It May Concern:

Pursuant to the Order of the Honorable James Robertson, entered on September 30, 2002, the Plaintiffs in the above-referenced matter hereby make service upon Qusai Hussein pursuant to F.R.Civ.P. 4(f). Enclosed are the following documents:

1. Order granting Alternative Service entered by Judge Robertson dated September 30, 2002;

2. Summons Addressed to Qusai Hussein (Arabic and English versions); and

3. Amended Complaint (Arabic and English versions)

**Please note that the Defendant has sixty (60) days to file a responsive pleading to the attached Amended Complaint. Failure to respond within sixty (60) days may result in a default judgment against the Defendant.**

U.S. POSTAL SERVICE CERTIFICATE OF MAILING
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From:
Mellon Webster & Shelly
87 N. Broad Street
Doylestown, PA 18901

One piece of ordinary mail addressed to:
Permanent Mission of Iraq to the UN
14 East 79th Street
New York, NY 10021

PS Form 3817, Mar. 1989

DOYLESTOWN PA OCT 1 0000 USPS
UNITED STATES POSTAL SERVICE
U.S. POSTAL PAID DOYLESTOWN, PA 18901 OCT 01, 02 AMOUNT
$0.90
00053690-02

...truly yours,

[signature]

...PHEN A. CORR

U.S. Postal Service Delivery Confirmation Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

PERMANENT MISSION OF IRAN TO THE UN Shelly
622 THIRD AVENUE
NEW YORK, NY 10017

DELIVERY CONFIRMATION NUMBER: 0300 1290 0006 5304 0519

Postmark Here — DOYLESTOWN PA 18901 OCT 1

POSTAL CUSTOMER:
Keep this receipt. For inquiries: Access internet web site at www.usps.com or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☒ Priority Mail
☐ Standard Mail (B) (See Reverse)

PS Form 152, March 1999

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR

JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

September 30, 2002

Permanent Mission of Iran
To the United Nations
622 Third Avenue
New York, NY 10017

Re: **Havlish, et al. v. bin Laden, et al.**
**U.S. District Court, District of Columbia, No. 02-0305**

To Whom It May Concern:

Pursuant to the Order of the Honorable James Robertson, entered on September 30, 2002, the Plaintiffs in the above-referenced matter hereby make service upon Ayatollah Ali Hoseini-Khamenei pursuant to F.R.Civ.P. 4(f). Attached are the following documents:

1. Order granting Alternative Service entered by Judge Robertson dated September 30, 2002;

2. Summons Addressed to Ayatollah Ali Hoseini-Khamenei (Farsi and English versions); and

3. Amended Complaint (Farsi and English versions)

**Please note that the Defendant has sixty (60) days to file a responsive ... to respond within sixty (60) ... ndant.**

... truly yours,

[signature]

...PHEN A. CORR

U.S. POSTAL SERVICE **CERTIFICATE OF MAILING**
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From:
Mellon Webster + Shelly
87 N. Broad Street
Doylestown PA 18901

One piece of ordinary mail addressed to:
Permanent Mission of Iran to the UN
622 Third Avenue
New York, NY 10017

DOYLESTOWN PA 18901 OCT 1 — U.S. POSTAL SERVICE

U.S. POSTAL PAID DOYLESTOWN, PA 18901 OCT 01, 02 AMOUNT $0.90 00053690-02

PS Form 3817, Mar. 1989

 Case 1:02-cv-00305-JR Document 35-7 Filed 11/01/2002 Page 1 of 3

UNITED STATES
POSTAL SERVICE

# Track & Confirm

Track & Confirm
Enter number from shipping re
Track & Confirm FAQs

## Shipment History

You entered 0300 1290 0006 5304 0533

Your item was refused by the addressee at 2:07 pm on October 03, 2002 in NEW YORK, NY 10021 and is being returned to the sender. Status is updated every evening. Please check again later.

Here is what happened earlier:

- ACCEPTANCE, October 01, 2002, 12:10 pm, DOYLESTOWN, PA 18901

POSTAL INSPECTORS
Preserving the Trust

site map contact us government services

Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use Privacy Policy


UNITED STATES
POSTAL SERVICE

# Track & Confirm

## Shipment History

You entered 0300 1290 0006 5304 0526

Your item was refused by the addressee at 2:07 pm on October 03, 2002 in NEW YORK, NY 10021 and is being returned to the sender. Status is updated every evening. Please check again later.

Here is what happened earlier:

- ACCEPTANCE, October 01, 2002, 12:09 pm, DOYLESTOWN, PA 18901

**Track & Confirm**

Enter number from shipping re

Track & Confirm FAQs

POSTAL INSPECTORS
Preserving the Trust

site map contact us government services

Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use Privacy Policy

 # Track & Confirm

## Shipment History

You entered 0300 1290 0006 5304 0519

Your item was delivered at 10:43 am on October 03, 2002 in NEW YORK, NY 10017.

Here is what happened earlier:

- ENROUTE, October 03, 2002, 9:04 am, NEW YORK, NY 10017
- ACCEPTANCE, October 01, 2002, 12:07 pm, DOYLESTOWN, PA 18901

Track & Confirm
Enter number from shipping re
Track & Confirm FAQs

POSTAL INSPECTORS
Preserving the Trust

site map contact us government services
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use Privacy Policy



LAW OFFICES
Mellon Webster & Shelly
A PROFESSIONAL CORPORATION
87 NORTH BROAD STREET
DOYLESTOWN, PA 18901
215-348-7700 • FAX 215-348-0171

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR

JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

October 9, 2002

**Via Federal Express/Standard Overnight**
Permanent Mission of Iraq
To the United Nations
14 East 79th Street
New York, NY 10021

**Re: Havlish, et al. v. bin Laden, et al.**
**U.S. District Court, District of Columbia, No. 02-0305**

To Whom It May Concern:

Pursuant to the Order of the Honorable James Robertson, entered on September 30, 2002, the Plaintiffs in the above-referenced matter hereby make service upon Saddam Hussein pursuant to F.R.Civ.P. 4(f). Enclosed are the following documents:

1. Order granting Alternative Service entered by Judge Robertson dated September 30, 2002;

2. Summons Addressed to Saddam Hussein (Arabic and English versions); and

3. Amended Complaint (Arabic and English versions)

**Please note that the Defendant has sixty (60) days to file a responsive pleading to the attached Amended Complaint. Failure to respond within sixty (60) days may result in a default judgment against the Defendant.**

Very truly yours,

STEPHEN A. CORR

SAC:cmh
Enclosures
**Federal Express No.: 7906 0934 9732**

Case 1:03-md-01570-GBD-SN Document 2125-5 Filed 08/29/08 Page 35 of 39
Case 1:02-cv-00305-JR Document 35-8 Filed 11/01/2002 Page 2 of 3

From: T.E.M. (215)348-7700
299 Maple Avenue
Doylestown, PA, 18901

REVENUE BARCODE

FedEx.

To: Permanent Mission of Iraq (212)737-4483
To the United Nations
14 East 79th Street

New York, NY, 10021

SHIP DATE: 09OCT02
WEIGHT: 3 LBS

Ref: 5064

RELEASE# 3785346

DELIVERY ADDRESS BARCODE(FEDEX-EDR)

TRK # 7906 0934 9732 FORM 0201

FedEx STANDARD OVERNIGHT

EWR

THU
A1

10021-NY-US Z2 FLUA

Deliver by:
10OCT02

## Shipping Label

Schedule Courier | Find a Dropoff Location | Shipping History

Shipment Complete | Cancel Shipment | Edit Shipment Information

1. Use the "Print" feature from your browser to send this page to your laser printer.
2. Fold the printed page along the horizontal line.
3. Place label in air waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and sc

## Shipment Details

To print a copy of the shipment information for your records, please click "Shipment Details".

Shipment Details

## Ship a New Package

Ship Inside U.S. | Ship Outside U.S. | Ship to Same Recipient

Use of this system constitutes your agreement to the service conditions in the current FedEx service Guide, available upon request.
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**Catherine M. Hassett**

**From:** <sysdeliv@fn3a.prod.fedex.com>; "FedEx" <webmaster@fedex.com>
**To:** <chassett@mellonwebster.com>
**Sent:** Thursday, October 10, 2002 1:57 PM
**Subject:** FedEx shipment 790609349732

Our records indicate that the shipment sent from T.E.M.
to Permanent Mission of Iraq/To the United has been delivered.
The package was delivered on 10/10/2002 at 9:24 AM and signed for
or released by R.RASHID.

The ship date of the shipment was 10/09/2002.

The tracking number of this shipment was 790609349732.

Thank you for shipping with FedEx Ship Manager at FedEx.com.
https://www.fedex.com/cgi-bin/ship_it/interNetShip/

To track the status of this shipment on line click on the following:
http://www.fedex.com/cgi-bin/tracking?
tracknumbers=790609349732&action=track&language=english&cntry_code=us

Disclaimer
------------------------------------------------------------
FedEx has not validated the authenticity of any email address.



LAW OFFICES
Mellon Webster & Shelly
A PROFESSIONAL CORPORATION
87 NORTH BROAD STREET
DOYLESTOWN, PA 18901
215-348-7700 • FAX 215-348-0171

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR

JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

October 9, 2002

**Via Federal Express/Standard Overnight**
Permanent Mission of Iraq
To the United Nations
14 East 79th Street
New York, NY 10021

**Re: Havlish, et al. v. bin Laden, et al.**
**U.S. District Court, District of Columbia, No. 02-0305**

To Whom It May Concern:

Pursuant to the Order of the Honorable James Robertson, entered on September 30, 2002, the Plaintiffs in the above-referenced matter hereby make service upon Qusai Hussein pursuant to F.R.Civ.P. 4(f). Enclosed are the following documents:

1. Order granting Alternative Service entered by Judge Robertson dated September 30, 2002;

2. Summons Addressed to Qusai Hussein (Arabic and English versions); and

3. Amended Complaint (Arabic and English versions)

Please note that the Defendant has sixty (60) days to file a responsive pleading to the attached Amended Complaint. Failure to respond within sixty (60) days may result in a default judgment against the Defendant.

Very truly yours,

STEPHEN A. CORR

SAC:cmh
Enclosures
**Federal Express No.: 7927 5684 6234**

Case 1:02-cv-00305-JR Document 35-9 Filed 11/01/2002 Page 2 of 3

From: T.E.M. (215)348-7700

299 Maple Avenue

Doylestown, PA, 18901

REVENUE BARCODE

FedEx.

To: Permanent Mission of Iraq (212)737-4483
To the United Nations
14 East 79th Street

New York, NY, 10021

SHIP DATE: 09OCT02
WEIGHT: 3 LBS

Ref: 5084

RELEASE# 3785346

DELIVERY ADDRESS BARCODE(FEDEX-EDR)

TRK # 7927 5684 6234 FORM 0201

FedEx STANDARD OVERNIGHT

EWR

THU
A1

10021-NY-US Z2 FLUA

Deliver by:
10OCT02

---

## Shipping Label

Schedule Courier | Find a Dropoff Location | Shipping History

Shipment Complete | Cancel Shipment | Edit Shipment Information

1. Use the "Print" feature from your browser to send this page to your laser printer.
2. Fold the printed page along the horizontal line.
3. Place label in air waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and sc

## Shipment Details

To print a copy of the shipment information for your records, please click "Shipment Details".

Shipment Details

## Ship a New Package

Ship Inside U.S. | Ship Outside U.S. | Ship to Same Recipient

Use of this system constitutes your agreement to the service conditions in the current FedEx service Guide, available upon request. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

Case 1:02-cv-00305-JR Document 35-9 Filed 11/01/2002 Page 3 of 3

**Catherine M. Hassett**

**From:** <sysdeliv@fn3a.prod.fedex.com>; "FedEx" <webmaster@fedex.com>
**To:** <chassett@mellonwebster.com>
**Sent:** Thursday, October 10, 2002 1:51 PM
**Subject:** FedEx shipment 792756846234

Our records indicate that the shipment sent from T.E.M.
to Permanent Mission of Iraq/To the United has been delivered.
The package was delivered on 10/10/2002 at 9:24 AM and signed for
or released by R.RASHID.

The ship date of the shipment was 10/09/2002.

The tracking number of this shipment was 792756846234.

Thank you for shipping with FedEx Ship Manager at FedEx.com.
https://www.fedex.com/cgi-bin/ship_it/interNetShip/

To track the status of this shipment on line click on the following:
http://www.fedex.com/cgi-bin/tracking?tracknumbers=792756846234&action=track&language=english&cntry_code=us

Disclaimer

---

FedEx has not validated the authenticity of any email address.