UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
—————————————————————x

IN RE: TERRORIST ATTACKS ON                    03 MDL 1570  (RCC)
SEPTEMBER 11, 2001


—————————————————————x

THIS DOCUMENT RELATES TO:

*Fiona Havlish, et al. v. Bin-Laden, et al.*
03 CV 9848 (RCC)

### AFFIDAVIT OF SERVICE OF THE
### SECOND AMENDED COMPLAINT


I, Stephen A. Corr, Esquire, being duly sworn do hereby depose and say:


1.      On December 28, 2006, I delivered packages to Parcel Place, 4387 West

Swamp Road, Doylestown, Pennsylvania 18901.  Parcel Place is a DHL authorized

shipping center.  The packages delivered to Parcel Place contained two (2) copies (1

English version and 1 Farsi version) of the Second Amended Complaint.  The packages

delivered to Parcel Place were addressed as follows:

        (a)      Mr. Ebrahim Sheibany
                Governor
                Central Bank of the Islamic Republic of Iran
                Miramad Boulevard, #144
                Tehran, Iran

        (b)      National Iranian Petro Chemical Company
                #46 Haft Tir Square, Karimkhan Zand Boulevard
                P.O. Box 11365-3484
                Tehran, Iran

        (c)      Madhi Mir Maezzei
                Chief Managing Director
                National Iranian Oil Company

Hafez Crossing, Taleghani Avenue
P.O. Box 1863
Tehran, Iran

(d)    Mr. Mohammed Souri
Chairman
National Iranian Tanker Company
#67 and 88; Atefi Street; Africa Avenue
Tehran, Iran

(e)    Eng. Davoud Keshavarzian
Chairman and CEO
Iran Air H.Q.
Mehrabad Airport
Tehran, Iran

(f)    National Iranian Gas Company
#401, Mafatteh Crossing, Taleghani Avenue
P.O. Box 6394, 4533
Tehran, Iran

(g)    Ali Shamkhani
Iran Ministry of Defense and Armed Forces Logistics
Dabestan Street, Seyyed Khandan Bridge
Resalat Expressway
Tehran, Iran

(h)    Bijan Namdar-Zanganeh
Iran Ministry of Petroleum
Hafez Crossing, Taleghani Avenue
Before Hafez Bridge
Tehran, Iran

(i)    Safdar Hoseini
Iran Ministry of Economic Affairs and Finance
Sour Esrafil Street, Bab Homayoun Avenue
Tehran, Iran

(j)    Mohammad Shariat-Madari
Iran Ministry of Commerce
492 Valy-e Asr Avenue
Between Taleghani Crossroad and Valy-e Asr Square
Tehran, Iran

2.      The package addressed to Ebrahim Sheibany, Governor of the Central

Bank of the Islamic Republic of Iran, carried DHL tracking number 830 8199 690 and

was delivered on January 7, 2007 at 9:49 a.m.  A copy of the cover letter accompanying

the package, the DHL waybill, and the tracking results from the DHL website are

attached hereto collectively as **Exhibit A**.

3.      The package addressed to National Iranian Petrochemical Company

carried DHL tracking number 830 8376 672 and was delivered on January 8, 2007 at 9:32

a.m.  A copy of the cover letter accompanying the package, the DHL waybill, and the

tracking results from the DHL website are attached hereto collectively as **Exhibit B**.

4.      The package addressed to Madhi Mir Maezzei, Chief Managing Director,

National Iranian Oil Company carried DHL tracking number 830 8376 694 and was

delivered on January 7, 2007 at 2:45 p.m.  A copy of the cover letter accompanying the

package, the DHL waybill, and the tracking results from the DHL website are attached

hereto collectively as **Exhibit C**.

5.      The package addressed to Mohammed Souri, Chariman, National Iranian

Tanker Corporation carried DHL tracking number 830 8199 675 and was delivered on

January 9, 2007 at 8:35 a.m.  A copy of the cover letter accompanying the package, the

DHL waybill, and the tracking results from the DHL website are attached hereto

collectively as **Exhibit D**.

6.      The package addressed to Eng. Davoud Keshavarzian, Chairman and CEO

of Iran Air, carried DHL tracking number 830 8199 664 and was returned to sender on or

about January 5, 2007.  The package was then re-sent to Iran Air on January 13, 2007

carrying DHL tracking number 830 8199 196 and was delivered on January 20, 2007 at

1:28 p.m. A copy of the cover letter accompanying the package, the DHL waybill, and the tracking results from the DHL website are attached hereto collectively as **Exhibit E**.

7. The package addressed to National Iranian Gas Company carried DHL tracking number 830 8199 701 and was returned to sender on or about January 5, 2007. The package was then re-sent to National Iranian Gas Company carrying DHL tracking number 830 8199 200 and was delivered on January 20, 2007 at 11:09 a.m. A copy of the cover letter accompanying the package, the DHL waybill, and the tracking results from the DHL website are attached hereto collectively as **Exhibit F**.

8. The package addressed to Ali Shamkhani, Iran Ministry of Defense & Armed Forces Logistics carried DHL tracking number 830 8199 642 and was returned to sender on or about January 5, 2007. The package was then re-sent to Ali Shamkhani, Iran Ministry of Defense & Armed Forces Logistics carrying DHL tracking number 830 8199 185. The package was delivered on January 20, 2007 but the recipient refused to accept the package. Delivery was attempted again on January 23, 2007, but again the recipient refused to accept the package. The package was then returned to sender on or about January 27, 2007. A copy of the cover letter accompanying the package, the DHL waybills, and the tracking results from the DHL website are attached hereto collectively as **Exhibit G**.

9. The package addressed to Bijan Namdar-Zanganeh, Iran Ministry of Petroleum, carried DHL tracking number 830 8199 631 and was delivered on January 9, 2007 at 7:46 a.m. A copy of the cover letter accompanying the package, the DHL waybill, and the tracking results from the DHL website are attached hereto collectively as **Exhibit H**.

Affidavit of Service of the
Second Amended Complaint
Page 4 of 9

10.     The package addressed to Safdar Hoseini carried DHL tracking number

830 8199 620 and was delivered on January 9, 2007 at 9:24 a.m.  A copy of the cover

letter accompanying the package, the DHL waybill, and the tracking results from the

DHL website are attached hereto collectively as **Exhibit I**.

11.     The package addressed to Mohammad Shariat-Madri, Iran Ministry of

Commerce carried DHL tracking number 830 8293 475 and was delivered on January 7,

2007 at 2:45 p.m.  A copy of the cover letter accompanying the package, the DHL

waybill, and the tracking results from the DHL website are attached hereto collectively as

**Exhibit J**.

12.     In addition to the individual packages which were delivered to Parcel

Place on December 28, 2006, I also delivered a single box addressed to "Permanent

Mission of Iran to the U.N., 622 Third Avenue, New York, NY 10017."  The box

contained six individual packages containing a cover letter and two copies of the Second

Amended Complaint (one in English and one in Farsi) addressed as follows:

    1.      Mohammad Ali Yunesi
            Iran Ministry of Intelligence & Security
            c/o Permanent Mission of Iran to the U.N.
            622 Third Avenue
            New York, NY 10017

    2.      Islamic Republic of Iran
            c/o Permanent Mission of Iran to the U.N.
            622 Third Avenue
            New York, NY 10017

    3.      The Islamic Revolutionary Guard Corps.
            c/o Permanent Mission of Iran to the U.N.
            622 Third Avenue
            New York, NY 10017

    4.      Hezbollah
            c/o Permanent Mission of Iran to the U.N.

<div style="margin-left:2em">

622 Third Avenue
New York, NY 10017

5.    Ali Akbar Hashemi Rafsanjani
c/o Permanent Mission of Iran to the U.N.
622 Third Avenue
New York, NY 10017

6.    Ayatollah Ali Hoseini-Khamenei
Supreme Leader
Islamic Republic of Iran
c/o Permanent Mission of Iran to the U.N.
622 Third Avenue
New York, NY 10017

</div>

The box carried DHL tracking number 830 8293 486.  DHL attempted to deliver the box to the Permanent Mission of Iran to the U.N., but the box was refused because it was not addressed to an individual.  On January 12, 2007, I, with the help of my assistant, Jennifer Bechle, took each of the six packages which were addressed as set forth above and placed them in six individual Federal Express packages addressed as follows: "H.E. Mohammad Javad Zarif, Permanent Mission of Iran to the U.N., Ambassador, 622 Third Avenue, New York, NY 10017."  The six packages carried the following Federal Express tracking numbers: 1) 790649150414 (Mohammad Ali Yunesi);  2)  798084603945 (Islamic Republic of Iran);  3)  791616329110 (Islamic Revolutionary Guard Corps.);  4) 799068910680 (Hezbollah);  5)  791209138139 (Ali Akbar Hashemi Rafsanjani); and 6) 792272026998 (Ayatollah Ali Hoseini-Khamenei).  Each of the six Federal Express packages was delivered to the Permanent Mission of Iran to the U.N. on January 15, 2007 at 10:43 a.m. and were signed for by Z. Nazar.  A copy of each cover letter and the tracking results, including the signature of Z. Nazar,  from the Federal Express website are attached hereto collectively as **Exhibit K**.  On January 17, 2007 at 3:31 p.m., two days after accepting delivery of the six Federal Express packages, a representative from

the Permanent Mission of Iran to the U.N. placed the six packages into a single Federal Express box carrying Federal Express tracking number 798587462698 and returned the six packages to "Jennifer Bechle, Mellon, Webster & Shelly, 87 N. Broad Street, Doylestown, PA  18901."  Inside the box, the six packages remain sealed in their original Federal Express envelopes, each with a notation on the outside of the envelope "RTS/Refused."

13.     In addition to attempting service of the Second Amended Complaint on the six defendants identified in paragraph 12 above *via* DHL and Federal Express, on January 12, 2007 at 2:59 p.m., I sent four copies of the Second Amended Complaint (two in Farsi (one in .pdf format and one in .doc format) and two in English (one in .pdf format and one in .doc format)) *via* email to the Permanent Mission of Iran to the U.N. and Ambassador H.E. Mohammad Javad Zarif at the following email addresses iran@un.int and jzarif@un.int .  The email identified the case in the subject line and notified the Ambassador that service was being made upon the six defendants identified in paragraph 12 above.  A copy of the email showing the four attachments is attached hereto as **Exhibit L**.

14.     On December 23, 2002, Nancy M. Mayer-Whittington, Clerk of the United States District Court, District of Columbia, entered defaults, pursuant to Fed.R.Civ.P. 55(a) for failure to plead or otherwise defend this action, against the following defendants: The Islamic Republic of Iran, Iranian Ministry of Information and Security, The Islamic Revolutionary Guard Corps., Hezbollah, Iranian Ministry of Petroleum, Iranian Ministry of Economic Affairs and Finance, Iranian Ministry of Commerce, Iranian Ministry of Defense and Armed Forces Logistics, Ayatollah Ali

Hoseini-Khamenei, Saddam Hussein and Quasai Hussein. A copy of the Rule 55(a) defaults are attached hereto collectively as **Exhibit M.** Despite their status as defaulting defendants, Plaintiffs have made every effort to serve the Second Amended Complaint on the defaulting defendants.

15.     Pursuant to Fed.R.Civ.P. 4, Plaintiffs have now served The National Iranian Tanker Corporation (previously identified as Unidentified Terrorist 2) as set forth in paragraph 5 above. The effective date of service is January 9, 2007.

16.     Pursuant to Fed.R.Civ.P. 4, Plaintiffs have now served The National Iranian Oil Corporation (previously identified as Unidentified Terrorist 3) as set forth in paragraph 4 above. The effective date of service is January 7, 2007.

17.     Pursuant to Fed.R.Civ.P. 4, Plaintiffs have now served The National Iranian Gas Company (previously identified as Unidentified Terrorist 4) as set forth in paragraph 7 above. The effective date of service is January 20, 2007.

18.     Pursuant to Fed.R.Civ.P. 4, Plaintiffs have now served Iran Airlines (previously identified as Unidentified Terrorist 5) as set forth in paragraph 6 above. The effective date of service is January 20, 2007.

19.     Pursuant to Fed.R.Civ.P. 4, Plaintiffs have now served The National Iranian Petrochemical Company (previously identified as Unidentified Terrorist 6) as set forth in paragraph 3 above. The effective date of service is January 8, 2007.

20.     Pursuant to Fed.R.Civ.P. 4, Plaintiffs have now served The Central Bank
of Iran (previously identified as Unidentified Terrorist 7) as set forth in paragraph 2
above.  The effective date of service is January 7, 2007.


                                   _____/s_____
                                   Stephen A. Corr, Esquire
                                   Pa. Bar No. 65266
                                   MELLON, WEBSTER & SHELLY
                                   87 North Broad Street
                                   Doylestown, PA  18901
                                   Telephone:  (215) 348-7700
                                   scorr@mellonwebster.com

# EXHIBIT A



LAW OFFICES
*Mellon Webster & Shelly*
A PROFESSIONAL CORPORATION
87 NORTH BROAD STREET
DOYLESTOWN, PA 18901
215-348-7700 • FAX 215-348-0171

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR
SAMUEL C. TOTARO, JR.
ELISSA B. HEINRICHS

JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

December 28, 2006

Ebrahim Sheibany
Governor
Central Bank of the Islamic Republic of Iran
Mirdamad Boulevard, No. 144
Tehran, Iran, 15875/7177

       Re:    **Havlish, et al. v. bin-Laden, et al.**
               **03 MDL 1570 (RCC)**
               **U.S.D.C., Southern District of New York, 03-CV-9848-RCC**
               **Transferred from U.S.D.C., District of Columbia, 1:02-cv-305**

Dear Sir:

     You, or your organization, is named as a defendant in the above-referenced lawsuit. Enclosed you will find the following documents:

     1.     Second Amended Complaint (English)
     2.     Second Amended Complaint (Farsi)

     Service is hereby made pursuant to Federal Rules of Civil Procedure 4 and 5. Pursuant to the Federal Rules of Civil Procedure you have ninety (90) days to file an Answer to this Second Amended Complaint. If no Answer is filed within ninety (90) days of service, we intend to perfect a default judgment against you.

                     Very truly yours,

                     Stephen A. Corr

SAC:ss
Enclosures
**Sent via DHL No. 830 8199 690**



Conta



| Ship | Track | Services | About DHL | Help |

DHL USA Hom

## Track results detail

### Tracking results detail for 8308199690

**Track**

▸ Track by number
▸ Track by reference
▸ Get delivery signature
▸ Track DHL Same Day service
▸ Monitor shipments

**Tracking summary**

| Current Status | ✓ | **Shipment delivered.** |
| Delivered on | | 1/7/2007  9:49 am |
| Delivered to | | |
| Signed for by | | **TARVERDIZADE**  What is this? |

## Log in to DHL

User ID

Password

☐ Remember my User ID

Log in ▸

▸ Forgot your Password?

### Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 1/7/2007 | 9:49 am | Shipment delivered. | Tehran, Iran  Why is this |
| | 7:51 am | With delivery courier. | Tehran, Iran |
| | 6:34 am | Arrived at DHL facility. | Tehran, Iran |
| 1/6/2007 | 4:22 am | Depart Facility. | Brussels, Belgium |
| | 12:47 am | Arrived at DHL facility. | Brussels, Belgium |
| 1/5/2007 | 10:40 pm | Depart Facility. | London, United Kingdom |
| | 2:42 am | Arrived at DHL facility. | London, United Kingdom |
| 1/4/2007 | 10:39 pm | Arrived at DHL facility. | East Midlands, United Ki |
| | 6:01 am | Depart Facility. | Wilmington, OH |
| | 1:18 am | Clearance processing complete. | Wilmington, OH |
| 1/3/2007 | 2:37 pm | In transit. | Wilmington, OH |
| 12/30/2006 | 3:48 am | At Gateway. | Wilmington, OH |
| | 2:09 am | In transit. | Wilmington, OH |
| | 2:09 am | Processed at DHL Location. | Wilmington, OH |
| 12/29/2006 | 7:53 pm | Departing origin. | Allentown, PA |
| | 6:50 pm | Picked Up by DHL. | Shipper's Door |

**Ship From:**
MELLON WEBSTER & SHELLY
Doylestown, PA  18901
United States

**Ship To:**
Tehran, Iran

**Shipment Information:**
Ship date: 12/29/2006
Pieces: 1
Total weight: 3 lbs *

Ship Type: Document
Shipment Reference: H
Service: International E
Special Service:
Description: NONE

Attention:
MELLON WEBSTER & SHELLY

Attention:

Tracking detail provided by DHL: 1/15/2007, 6:33:11 am pt.

◀ Back to summary

Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to D
use of DHL tracking systems and information is strictly prohibited.

*** Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actu
weights may be different and will be provided on invoice.

**New to DHL?**

**Questions?**

DHL - Track (By number) Detail

Case 1:03-md-01570-GBD-FM   Document 2125-7   Filed 06/24/2007   Page 13 Page 2 of 2
Case 1:03-md-01570-GBD-FM   Document 2083-2   Filed 08/29/08   Page 4 of 5

Registration is quick and easy.And as a registered
user,you'll have access to services and tools to help you
ship your packages easily and efficiently.
▷ Register Now

We're here to help!
▷ Contact DHL

DHL Global  |  About DHL  |  Newsroom  |  Contact  |  Sitemap  |  Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.

_DHL_

**Shipment Air Waybill**
(Non-negotiable)

Process and Track your shipment online http://www.dhl-usa.com

1-800-CALL-DHL

830 8199 690

DHL Worldwide Express, Inc., 1200 South Pine Island Road, Plantation, Florida 33324

| Unit Value | Total Value |
|---|---|

# EXHIBIT  B



LAW OFFICES
*Mellon Webster & Shelly*
A PROFESSIONAL CORPORATION
87 NORTH BROAD STREET
DOYLESTOWN, PA 18901
215-348-7700 • FAX 215-348-0171

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR
SAMUEL C. TOTARO, JR.
ELISSA B. HEINRICHS

December 28, 2006

JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

National Iranian Petrochemical Company
No. 46, Haft Tir Square, Karimkhan Zand Blvd.
P.O. Box 11365-3484
Tehran, Iran,

Re:     **Havlish, et al. v. bin-Laden, et al.**
        **03 MDL 1570 (RCC)**
        **U.S.D.C., Southern District of New York, 03-CV-9848-RCC**
        **Transferred from U.S.D.C., District of Columbia, 1:02-cv-305**

Dear Sir:

        You, or your organization, is named as a defendant in the above-referenced lawsuit.
Enclosed you will find the following documents:

        1.      Second Amended Complaint (English)
        2.      Second Amended Complaint (Farsi)

        Service is hereby made pursuant to Federal Rules of Civil Procedure 4 and 5. Pursuant to
the Federal Rules of Civil Procedure you have ninety (90) days to file an Answer to this Second
Amended Complaint. If no Answer is filed within ninety (90) days of service, we intend to
perfect a default judgment against you.

                                        Very truly yours,

                                        Stephen A. Corr

SAC:ss
Enclosures
**Sent via DHL No. 830 8376 672**

Conta



| Ship | Track | Services | About DHL | Help |

DHL USA Hom



**Track**

▶ Track by number
▶ Track by reference
▶ Get delivery signature
▶ Track DHL Same Day service
▶ Monitor shipments

## Log in to DHL

User ID

Password

☐ Remember my User ID

Log in ▣

▶ Forgot your Password?

**Register**
Registration is quick and free.
▶ Register now

# Track results detail

## Tracking results detail for 8308376672

### Tracking summary

| | |
|---|---|
| Current Status | ⟳ Arrived at DHL facility. |
| Delivered on | 1/8/2007  9:32 am |
| Delivered to | |
| Signed for by | What is this? |

### Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 1/8/2007 | 9:32 am | Arrived at DHL facility. | Tehran, Iran |
| | 9:10 am | Depart Facility. | Tehran, Iran |
| | 9:07 am | Arrived at DHL facility. | Tehran, Iran |
| 1/7/2007 | 10:59 pm | Depart Facility. | Dubai, United Arab Emir |
| | 9:18 am | Arrived at DHL facility. | Dubai, United Arab Emir |
| 1/6/2007 | 7:31 pm | Depart Facility. | London, United Kingdom |
| 1/5/2007 | 10:27 pm | Arrived at DHL facility. | East Midlands, United Ki |
| | 7:17 am | Depart Facility. | Wilmington, OH |
| | 1:11 am | Clearance processing complete. | Wilmington, OH |
| 1/4/2007 | 2:11 pm | In transit. | Wilmington, OH |
| 12/30/2006 | 3:48 am | At Gateway. | Wilmington, OH |
| | 2:10 am | Processed at DHL Location. | Wilmington, OH |
| | 2:10 am | In transit. | Wilmington, OH |
| 12/29/2006 | 7:53 pm | Departing origin. | Allentown, PA |
| | 6:50 pm | Picked Up by DHL. | Shipper's Door |

**Ship From:**
MELLON WEBSTER & SHELLY
Doylestown, PA  18901
United States

Attention:
MELLON WEBSTER & SHELLY

**Ship To:**
Tehran, Iran

Attention:

**Shipment Information:**
Ship date: 12/29/2006
Pieces: 1
Total weight: 3 lbs *

Ship Type: Document
Shipment Reference: H
Service: International E
Special Service:
Description: NONE

Tracking detail provided by DHL: 1/22/2007, 8:24:20 am pt.

Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to D
use of DHL tracking systems and information is strictly prohibited.

* Note on weight:
The weights displayed on this website are the weights provided when the shipment was created. Actu
weights may be different and will be provided on invoice.

**New to DHL?**

**Questions?**

Registration is quick and easy.And as a registered
user,you'll have access to services and tools to help you
ship your packages easily and efficiently.
▷ Register Now

We're here to help!
▷ Contact DHL

DHL Global  |  About DHL  |  Newsroom  |  Contact  |  Sitemap  |  Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.

DHL - Track (By number) Detail

Case 1:03-md-01570-GBD-SN   Document 20835-7   Filed 08/24/2007   Page 19 Page 1 of 2
Document 2125-7   Filed 08/29/08   Page 19 Page 5 of 7

Conta



| Ship | Track | Services | About DHL | Help |

DHL USA Hom



**Track**

- Track by number
- Track by reference
- Get delivery signature
- Track DHL Same Day service
- Monitor shipments

## Log in to DHL

User ID

Password

☐ Remember my User ID

Log in

- Forgot your Password?

# Track results detail

## Tracking results detail for 8308376672

### Tracking summary

| | |
|---|---|
| Current Status | ↻ Arrived at DHL facility. |
| Delivered on | 1/8/2007  9:32 am |
| Delivered to | |
| Signed for by | What is this? |

### Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 1/8/2007 | 9:32 am | Arrived at DHL facility. | Tehran, Iran |
| | 9:10 am | Depart Facility. | Tehran, Iran |
| | 9:07 am | Arrived at DHL facility. | Tehran, Iran |
| 1/7/2007 | 10:59 pm | Depart Facility. | Dubai, United Arab Emira |
| | 9:18 am | Arrived at DHL facility. | Dubai, United Arab Emira |
| 1/6/2007 | 7:31 pm | Depart Facility. | London, United Kingdom |
| 1/5/2007 | 10:27 pm | Arrived at DHL facility. | East Midlands, United Ki |
| | 7:17 am | Depart Facility. | Wilmington, OH |
| | 1:11 am | Clearance processing complete. | Wilmington, OH |
| 1/4/2007 | 2:11 pm | In transit. | Wilmington, OH |
| 12/30/2006 | 3:48 am | At Gateway. | Wilmington, OH |
| | 2:10 am | Processed at DHL Location. | Wilmington, OH |
| | 2:10 am | In transit. | Wilmington, OH |
| 12/29/2006 | 7:53 pm | Departing origin. | Allentown, PA |
| | 6:50 pm | Picked Up by DHL. | Shipper's Door |

**Ship From:**
MELLON WEBSTER & SHELLY
Doylestown, PA  18901
United States

**Ship To:**
Tehran, Iran

**Shipment Information:**
Ship date: 12/29/2006
Pieces: 1
Total weight: 3 lbs *

Ship Type: Document
Shipment Reference: H
Service: International E
Special Service:
Description: NONE

Attention:
MELLON WEBSTER & SHELLY

Attention:

Tracking detail provided by DHL: 1/15/2007, 6:37:51 am pt.

Back to summary

Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to [
use of DHL tracking systems and information is strictly prohibited.

* **Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Act
weights may be different and will be provided on invoice.

**New to DHL?**

**Questions?**

Registration is quick and easy. And as a registered user, you'll have access to services and tools to help you ship your packages easily and efficiently.
▷ Register Now

We're here to help!
▷ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.

Process and Track your shipment online http://www.dhl-usa.com
1-800-CALL-DHL

**Shipment Air Waybill**
(Non negotiable)

DHL Worldwide Express, Inc. 1200 South Pine Island Road, Plantation, Florida 33324

830 8376 672

Shipper's Copy

# EXHIBIT  C



LAW OFFICES
*Mellon Webster & Shelly*
A PROFESSIONAL CORPORATION
87 NORTH BROAD STREET
DOYLESTOWN, PA 18901
215-348-7700 • FAX 215-348-0171

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR
SAMUEL C. TOTARO, JR.
ELISSA B. HEINRICHS

JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

December 28, 2006

Madhi Mir Maezzei
Chief Managing Director
National Iranian Oil Company
Hafez Crossing, Taleghani Avenue
P.O. Box 1863
Tehran, Iran, 15875-1863

>       Re:     **Havlish, et al. v. bin-Laden, et al.**
>               **03 MDL 1570 (RCC)**
>               **U.S.D.C., Southern District of New York, 03-CV-9848-RCC**
>               **Transferred from U.S.D.C., District of Columbia, 1:02-cv-305**

Dear Sir:

You, or your organization, is named as a defendant in the above-referenced lawsuit. Enclosed you will find the following documents:

1.  Second Amended Complaint (English)
2.  Second Amended Complaint (Farsi)

Service is hereby made pursuant to Federal Rules of Civil Procedure 4 and 5. Pursuant to the Federal Rules of Civil Procedure you have ninety (90) days to file an Answer to this Second Amended Complaint. If no Answer is filed within ninety (90) days of service, we intend to perfect a default judgment against you.

Very truly yours,

Stephen A. Corr

SAC:ss
Enclosures
**Sent via DHL No. 830 8376 694**



DHL : Track (By number) Detail
Case 1:03-md-01570-GBD-SN   Document 21257   Filed 08/29/08   Page 24 Page 1 of 2
Case 1:03-md-01570-GBD-SN   Document 2083-4   Filed 06/24/2007   Page 3 of 5

Conta



| Ship | Track | Services | About DHL | Help |

DHL USA Hom

## Track results detail

**Track**

- Track by number
- Track by reference
- Get delivery signature
- Track DHL Same Day service
- Monitor shipments

### Tracking results detail for 8308376694

#### Tracking summary

| | | |
|---|---|---|
| Current Status | ✓ | **Shipment delivered.** |
| Delivered on | | 1/7/2007  2:45 pm |
| Delivered to | | |
| Signed for by | | **MOHSENI**   What is this? |

## Log in to DHL

User ID

Password

☐ Remember my User ID

Log in ▸

▸ Forgot your Password?

### Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 1/7/2007 | 2:45 pm | Shipment delivered. | Tehran, Iran  Why is this |
| | 10:35 am | Depart Facility. | Frankfurt, Germany |
| | 8:00 am | With delivery courier. | Tehran, Iran |
| | 6:17 am | Arrived at DHL facility. | Tehran, Iran |
| | 3:20 am | Depart Facility. | Tehran, Iran |
| | 3:16 am | Arrived at DHL facility. | Tehran, Iran |
| 1/6/2007 | 4:22 am | Depart Facility. | Brussels, Belgium |
| | 12:47 am | Arrived at DHL facility. | Brussels, Belgium |
| 1/5/2007 | 10:40 pm | Depart Facility. | London, United Kingdom |
| | 2:42 am | Arrived at DHL facility. | London, United Kingdom |
| 1/4/2007 | 10:39 pm | Arrived at DHL facility. | East Midlands, United Ki |
| | 6:01 am | Depart Facility. | Wilmington, OH |
| | 1:18 am | Clearance processing complete. | Wilmington, OH |
| 1/3/2007 | 2:37 pm | In transit. | Wilmington, OH |
| 12/30/2006 | 2:25 am | At Gateway. | Wilmington, OH |
| | 1:37 am | Processed at DHL Location. | Wilmington, OH |
| | 1:37 am | In transit. | Wilmington, OH |
| 12/29/2006 | 7:49 pm | Departing origin. | Allentown, PA |
| | 6:50 pm | Picked Up by DHL. | Shipper's Door |

**Ship From:**
MELLON WEBSTER & SHELLY
Doylestown, PA  18901
United States

**Ship To:**
Tehran, Iran

**Shipment Information:**
Ship date: 12/29/2006
Pieces: 1
Total weight: 3 lbs '
Ship Type: Document
Shipment Reference: H
Service: International E
Special Service:
Description: NONE

Attention:
MELLON WEBSTER & SHELLY

Attention:

Tracking detail provided by DHL: 1/15/2007, 6:39:15 am pt.

◀ Back to summary

Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to I
use of DHL tracking systems and information is strictly prohibited.

**' Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actu
weights may be different and will be provided on invoice.

**New to DHL?**

Registration is quick and easy. And as a registered user, you'll have access to services and tools to help you ship your packages easily and efficiently.
▷ Register Now

**Questions?**

We're here to help!
▷ Contact DHL

DHL Global  |  About DHL  |  Newsroom  |  Contact  |  Sitemap  |  Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.

DHL

Process and Track your shipment online: http://www.dhl-usa.com

1-800-CALL-DHL (in USA only)

**Shipment Air Waybill**
(Non-Negotiable)

830 8376 694

906876694

**Shipper's Copy**

DHL Worldwide Express, Inc. 1200 South Pine Island Road, Plantation, Florida 33324

# EXHIBIT  D



LAW OFFICES
*Mellon Webster & Shelly*
A PROFESSIONAL CORPORATION
87 NORTH BROAD STREET
DOYLESTOWN, PA 18901
215-348-7700 • FAX 215-348-0171

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR
SAMUEL C. TOTARO, JR.
ELISSA B. HEINRICHS

———————

JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

December 28, 2006

Mohammed Souri
Chairman
National Iranian Tanker Company
Nos. 67 & 88; Atefi St.; Africa Ave.
Tehran, Iran, 19177

> Re:  **Havlish, et al. v. bin-Laden, et al.**
> **03 MDL 1570 (RCC)**
> **U.S.D.C., Southern District of New York, 03-CV-9848-RCC**
> **Transferred from U.S.D.C., District of Columbia, 1:02-cv-305**

Dear Sir:

You, or your organization, is named as a defendant in the above-referenced lawsuit. Enclosed you will find the following documents:

1.   Second Amended Complaint (English)
2.   Second Amended Complaint (Farsi)

Service is hereby made pursuant to Federal Rules of Civil Procedure 4 and 5. Pursuant to the Federal Rules of Civil Procedure you have ninety (90) days to file an Answer to this Second Amended Complaint. If no Answer is filed within ninety (90) days of service, we intend to perfect a default judgment against you.

Very truly yours,

Stephen A. Corr

SAC:ss
Enclosures
**Sent via DHL No.  830 8199 675**



Conta



| Ship | Track | Services | About DHL | Help |

DHL USA Hom

**Track**

▶ Track by number
▶ Track by reference
▶ Get delivery signature
▶ Track DHL Same Day service
▶ Monitor shipments

## Log in to DHL

User ID

Password

☐ Remember my User ID

Log in ▶

▶ Forgot your Password?

# Track results detail

## Tracking results detail for 8308199675

### Tracking summary

| | | |
|---|---|---|
| Current Status | ✓ | **Shipment delivered.** |
| Delivered on | | 1/9/2007  8:35 am |
| Delivered to | | |
| Signed for by | | **MIRMOSTAFAEI**   What is this? |

### Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 1/9/2007 | 8:35 am | Shipment delivered. | Tehran, Iran  Why is this |
| | 7:56 am | With delivery courier. | Tehran, Iran |
| 1/8/2007 | 9:36 am | Arrived at DHL facility. | Tehran, Iran |
| | 9:10 am | Depart Facility. | Tehran, Iran |
| | 9:07 am | Arrived at DHL facility. | Tehran, Iran |
| 1/7/2007 | 10:59 pm | Depart Facility. | Dubai, United Arab Emir |
| | 9:18 am | Arrived at DHL facility. | Dubai, United Arab Emir |
| 1/6/2007 | 7:31 pm | Depart Facility. | London, United Kingdom |
| 1/5/2007 | 10:27 pm | Arrived at DHL facility. | East Midlands, United Ki |
| | 7:17 am | Depart Facility. | Wilmington, OH |
| | 1:14 am | Clearance processing complete. | Wilmington, OH |
| 1/4/2007 | 2:09 pm | In transit. | Wilmington, OH |
| 12/30/2006 | 3:47 am | At Gateway. | Wilmington, OH |
| | 2:20 am | Processed at DHL Location. | Wilmington, OH |
| | 2:20 am | In transit. | Wilmington, OH |
| 12/29/2006 | 7:52 pm | Departing origin. | Allentown, PA |
| | 6:50 pm | Picked Up by DHL. | Shipper's Door |

**Ship From:**
MELLON WEBSTER & SHELLY
Doylestown, PA  18901
United States

Attention:
MELLON WEBSTER & SHELLY

**Ship To:**
Tehran, Iran

Attention:

**Shipment Information:**
Ship date: 12/29/2006
Pieces: 1
Total weight: 3 lbs *

Ship Type: Document
Shipment Reference: H
Service: International E
Special Service:
Description: NONE

Tracking detail provided by DHL: 1/15/2007, 6:37:32 am pt.

◀ Back to summary

Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to D
use of DHL tracking systems and information is strictly prohibited.

* **Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actu
weights may be different and will be provided on invoice.

DHL - Trade (By number) Results
Case 1:03-md-01570-GBD-SN   Document 2123-57   Filed 08/29/08   Page 30 of 72
Case 1:03-md-01570-GBD-SN   Document 2083-5   Filed 06/24/2007   Page 4 of 5

**New to DHL?**

Registration is quick and easy.And as a registered user,you'll have access to services and tools to help you ship your packages easily and efficiently.
▷ Register Now

**Questions?**

We're here to help!
▷ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.

Case 1:03-md-01570-GBD-SN   Document 21557   Filed 08/29/2007   Page 31 of 57

Process and Track your shipment online http://www.dhl-usa.com

1-800-CALL-DHL (in USA only)

Shipment Air Waybill
(Non negotiable)

830 8199 675

**Shipper (From)**

DHL Worldwide Express

Payer Account No.

Shipper's Account Number

Shipper's Reference (up to 35 characters)

Shipment Value Protection (see reverse)

Charge to: ☐ Shipper ☐ Receiver ☐ 3rd Party

Sent Declared Value for Carriage (in US $)

Company Name

Contact Name

Address DHL Cannot Deliver to a PO Box

Phone, Fax, or E-mail (required)

Postal/ZIP Code (required)

Country

**Receiver (To)**

Company Name

Contact Name

Phone, Fax, or E-mail (required)

Postal/ZIP Code (required)

Country

**Shipment Details**

Total Number of Packages

Total Weight (If DHL Express Document packaging used, enter XD.)

Dimensions (in inches)
Pieces | Length | Width | Height

**Full Description of Contents**

Give Content and Quantity. DHL Does Not Transport Cash.

Value for Customs (in US $)

Schedule B Number  Harmonized Code (if applicable)

**Shipping Payment**
Attach the original and four copies of a Commercial Invoice or Pro Forma.
Export License No./Symbol (if applicable)  Receiver's VAT/GST or Shipper's EIN/SSN

TYPE OF EXPORT
☐ Permanent  ☐ Temporary  ☐ Repair/Return

Destination Duties/Taxes (if left blank, Receiver pays duties/taxes)
☐ Receiver  ☐ Shipper  ☐ Other

**Shipper's Authorization (Signature Required)**

Signature (required)  Date

ORIGIN

DESTINATION CODE

**DHL Worldwide Services**

DOMESTIC EXPRESS
WORLDWIDE EXPRESS
GLOBAL MAIL

Service Options

DIMENSIONAL/CHARGEABLE WEIGHT

Drop Box #

TRANSPORT COLLECT STICKER No.

PAYMENT DETAILS (Check, Card No.)
No.:
Type
Auth.    Expires

PICKED UP BY
Route No.    Date
Time

SERVICES    CHARGES    TOTAL

DHL Worldwide Express, Inc., 1200 South Pine Island Road, Plantation, Florida 33324

Shipper's Copy

# EXHIBIT E



LAW OFFICES
*Mellon Webster & Shelly*
A PROFESSIONAL CORPORATION
87 NORTH BROAD STREET
DOYLESTOWN, PA 18901
215-348-7700 • FAX 215-348-0171

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR
SAMUEL C. TOTARO, JR.
ELISSA B. HEINRICHS

JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

December 28, 2006

Eng. Davoud Keshavarzian
Chairman & CEO
Iran Air
Iran Air H.Q.
Mehrabad Airport
Tehran, Iran,

Re:     **Havlish, et al. v. bin-Laden, et al.**
        **03 MDL 1570 (RCC)**
        **U.S.D.C., Southern District of New York, 03-CV-9848-RCC**
        **Transferred from U.S.D.C., District of Columbia, 1:02-cv-305**

Dear Sir:

You, or your organization, is named as a defendant in the above-referenced lawsuit. Enclosed you will find the following documents:

1.    Second Amended Complaint (English)
2.    Second Amended Complaint (Farsi)

Service is hereby made pursuant to Federal Rules of Civil Procedure 4 and 5. Pursuant to the Federal Rules of Civil Procedure you have ninety (90) days to file an Answer to this Second Amended Complaint. If no Answer is filed within ninety (90) days of service, we intend to perfect a default judgment against you.

Very truly yours,

Stephen A. Corr

SAC:ss
Enclosures
**Sent via DHL No. 830 8199 664**



Conta



| Ship | Track | Services | About DHL | Help |

DHL USA Hom

## Track

- ▸ Track by number
- ▸ Track by reference
- ▸ Get delivery signature
- ▸ Track DHL Same Day service
- ▸ Monitor shipments

## Log in to DHL

User ID

Password

☐ Remember my User ID

Log in ▸

▸ Forgot your Password?

# Track results detail

## Tracking results detail for 8308199664

### Tracking summary

Current Status            ⟳ In transit.

## Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 1/4/2007 | 2:42 pm | In transit. | Wilmington, OH |
| | 2:41 pm | Please contact DHL | Wilmington, OH |
| 12/30/2006 | 3:47 am | At Gateway. | Wilmington, OH |
| | 2:15 am | In transit. | Wilmington, OH |
| | 2:15 am | Processed at DHL Location. | Wilmington, OH |
| 12/29/2006 | 7:49 pm | Departing origin. | Allentown, PA |
| | 6:50 pm | Picked Up by DHL. | Shipper's Door |

**Ship From:**
MELLON WEBSTER & SHELLY
Doylestown, PA 18901
United States

**Ship To:**
Tehran, Iran

**Shipment Information:**
Ship date: 12/29/2006
Pieces: 1
Total weight: 3 lbs ⌐
Ship Type: Document
Shipment Reference: H
Service: International E
Special Service:
Description: NONE

**Attention:**
MELLON WEBSTER & SHELLY

**Attention:**

Tracking detail provided by DHL: 1/15/2007, 6:38:30 am pt.

◁ Back to summary

Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to D use of DHL tracking systems and information is strictly prohibited.

**ʼ Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actu weights may be different and will be provided on invoice.

## New to DHL?

Registration is quick and easy.And as a registered user,you'll have access to services and tools to help you ship your packages easily and efficiently.
▸ Register Now

## Questions?

We're here to help!
▸ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.

Process and Track your shipment online http://www.dhl-usa.com

1-800-CALL-DHL (in USA only)

Shipment Air Waybill
(Non negotiable)

**830 8199 664**

8308199664

ORIGIN

DESTINATION CODE

Charge to: ☐ Shipper ☐ Receiver ☐ 3rd Party

Payment Account No.
☐ Cash
☐ Check
☐ Credit Card

Shipper's Account Number

Contact Name

Shipper's Reference (up to 35 characters)

Declared Value for Carriage (in US $)
Value Protection (see reverse)

**Shipper (Shipped)**

Company Name

Address

**Receiver**

Contact Name

Company Name

Delivery Address. DHL Cannot Deliver to a PO Box

Country

Product Code (required)

Postal/ZIP Code (required)

Phone, Fax or E-mail (required)

Phone, Fax, or E-mail (required)

**Shipment Details**
Total Number of Packages

Total Weight
☐ If DHL Express Document packaging used, enter XD

Pieces

Dimensions (in inches)
Length   Width   Height

lbs

**Full Description of Contents**
Give Content and Quantity. DHL Does Not Transport Cash

**WORLDWIDE SERVICES**
**DOMESTIC EXPRESS**

DIMENSIONAL/CHARGEABLE WEIGHT

lbs

SERVICES    CHARGES

TRANSPORT COLLECT STICKER No.

PAYMENT DETAILS (Check, Card No.)

TOTAL

Drop Box #

Value for Customs (in US $)

Schedule B Number / Harmonized Code (if applicable)

**TYPE OF EXPORT**
☐ Permanent   ☐ Repair/Return   ☐ Temporary

Destination Duties/Taxes if left blank, Receiver pays duties/taxes
☐ Receiver   ☐ Shipper   ☐ Other

No.:

Auth.

Expires

PICKED UP BY

Route No.

Signature (required)

Date

Date

Time

PICKED UP BY

Route No.

Date

Time

DHL Worldwide Express, Inc. 1200 South Pine Island Road, Plantation, Florida 33324

Shipper's Copy

© 2000



Conta



| Ship | Track | Services | About DHL | Help |

DHL USA Hom

## Track

▶ Track by number
▶ Track by reference
▶ Get delivery signature
▶ Track DHL Same Day service
▶ Monitor shipments

## Log in to DHL

User ID
Password
☐ Remember my User ID

Log in ▸

▶ Forgot your Password?

**Register**
Registration is quick and free.
▶ Register now

# Track results detail

## Tracking results detail for 8308199196

### Tracking summary

| | | |
|---|---|---|
| Current Status | ✓ | Shipment delivered. |
| Delivered on | 1/20/2007 1:28 pm | |
| Delivered to | | |
| Signed for by | **SHAFIEE** | What is this? |

### Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 1/20/2007 | 1:28 pm | Shipment delivered. | Tehran, Iran  Why is this |
| | 8:29 am | With delivery courier. | Tehran, Iran |
| | 6:53 am | Arrived at DHL facility. | Tehran, Iran |
| 1/19/2007 | 6:43 am | Depart Facility. | Frankfurt, Germany |
| | 6:02 am | Depart Facility. | Cologne, Germany |
| | 4:40 am | Arrived at DHL facility. | Cologne, Germany |
| | 4:39 am | Temporary delay in transit | Cologne, Germany |
| | 3:58 am | In transit. | Cologne, Germany |
| | 2:58 am | Depart Facility. | Brussels, Belgium |
| | 12:48 am | Arrived at DHL facility. | Brussels, Belgium |
| 1/18/2007 | 10:44 pm | Depart Facility. | London, United Kingdom |
| | 1:12 am | Arrived at DHL facility. | London, United Kingdom |
| 1/17/2007 | 8:41 pm | Arrived at DHL facility. | East Midlands, United Ki |
| | 6:44 am | Depart Facility. | Wilmington, OH |
| | 1:27 am | Clearance processing complete. | Wilmington, OH |
| 1/16/2007 | 2:30 pm | In transit. | Wilmington, OH |
| 1/13/2007 | 1:42 pm | Departing origin. | Allentown, PA |
| | 12:25 pm | Picked Up by DHL. | Shipper's Door |

**Ship From:**
MELLON WEBSTER AND SHELLY
Doylestown, PA  18902
United States

**Ship To:**
Tehran, Iran

**Shipment Information:**
Ship date: 1/13/2007
Pieces: 1
Total weight: 3 lbs "

Ship Type: Document
Shipment Reference:
Service: International E
Special Service:
Description: DOCS

Attention:
MELLON WEBSTER AND
SHELLY

Attention:

Tracking detail provided by DHL: 1/22/2007, 8:13:10 am pt.

Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to C use of DHL tracking systems and information is strictly prohibited.

" **Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actu weights may be different and will be provided on invoice.

**New to DHL?**

Registration is quick and easy.And as a registered
user,you'll have access to services and tools to help you
ship your packages easily and efficiently.
▶ Register Now

**Questions?**

We're here to help!
▶ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.

**Steve Corr**

| | |
|---|---|
| **From:** | DHL [r+11F96BD00@dhl.com] |
| **Sent:** | Saturday, January 20, 2007 5:34 AM |
| **To:** | Steve Corr |
| **Subject:** | DHL Delivery Status Notification |

Dear Stephen Corr -

Thank you for using DHL's Delivery Notification Service.
Your shipment was delivered on January 20, 2007 at 01:28 PM

Tracking Number: 8308199196
Signed for by: SHAFIEE
Date Delivered: 01/20/2007
Time: 01:28 PM

For more detailed information regarding this delivery, please visit our website at www.dhl-usa.com and enter the tracking number in the Track section of the site.

Thank you,
DHL

You are receiving this e-mail because you requested this notification from the DHL Website.

If you have any questions or concerns about how we use your personal information, please read our privacy policy at http://www.dhl-usa.com/About/Privacy.asp.

1

# DHL EXPRESS

Process and Track your shipment online http://www.dhl-usa.com

Shipment Air Waybill

1-800-CALL-DHL — USA only

**830 8199 196**

8306199196

ORIGIN

DESTINATION CODE

**Products & Services**

DOMESTIC EXPRESS
- U.S. Express Envelope
- USA Overnight
- Other

WORLDWIDE EXPRESS
- Not Express Envelope

Service Options
- Saturday
- Delivery
- Hold for Pickup
- Deliver Weekdays

DIMENSIONAL/CHARGEABLE WEIGHT

| SERVICES | CHARGES |
|---|---|
| Drop Box # | TOTAL |
| TRANSPORT COLLECT STICKER No. | |
| PAYMENT DETAILS (Check, Card No.) | |
| No.: | |
| Type | Expires |
| Auth. | |
| PICKED UP BY | |
| Route No. | |
| Time | Date |

**1. Payer account number and shipment value protection details**

Change to: ☐ Shipper ☐ Receiver ☐ 3rd Party

Payer Account No. 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

Shipment Value Protection (see reverse)
☐ Yes. Declared Value for Carriage (in US $)

**2. From (Shipper)**

Shipper's Account Number
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

Contact Name
SAMEH CASA

Shipper's Reference (up to 35 characters)
5084

Company Name
Minus

Address
87 N BROAD STREET
DOYLESTOWN PA

Post/ZIP Code (required)
18901

Phone, Fax, or E-mail (required)
215-348-7700

**3. To (Receiver)**

Contact Name
FRAN ASR

Company Name
FRAN ASR

Delivery Address DHL Cannot Deliver to a PO Box
Dr. SAEED HESAME MOHSHIE RAHM.
MEHRABAAS AIRPORT

Post/ZIP Code (required)
TEHRAN

Country
IRAN

Phone, Fax, or E-mail (required)
+98 (21) 6465296003

**4. Shipment Details**

Total Number of Packages
2

Total Weight
lbs.

Dimensions (in inches)
Length × Width × Height

**5. Full Description of Contents**

DOCUMENTS

**6. Dutiable Shipment Only (Customs documentation)**

Value for Customs (in US $)

**7. TYPE OF EXPORT**
- ☐ Permanent
- ☐ Repair/Return
- ☐ Temporary

**8. Shipper's Authorization (signature required)**

Signature (required)

Date 1/12/07

DHL Worldwide Express, Inc., 1200 South Pine Island Road, Plantation, Florida 33324

Original (DHL Billing) Copy

DHL WORLDWIDE EXPRESS USA

1-13-07
#101.22
R

# EXHIBIT  F



LAW OFFICES
*Mellon Webster & Shelly*
A PROFESSIONAL CORPORATION
87 NORTH BROAD STREET
DOYLESTOWN, PA 18901
215-348-7700 • FAX 215-348-0171

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR
SAMUEL C. TOTARO, JR.
ELISSA B. HEINRICHS

———◆◆◆———

JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

December 28, 2006

National Iranian Gas Company
No. 401, Mafatteh Crossing, Taleghani Avenue
P.O. Box 6394, 4533
Tehran, Iran,

      Re:    **Havlish, et al. v. bin-Laden, et al.**
            **03 MDL 1570 (RCC)**
            **U.S.D.C., Southern District of New York, 03-CV-9848-RCC**
            **Transferred from U.S.D.C., District of Columbia, 1:02-cv-305**

Dear Sir:

    You, or your organization, is named as a defendant in the above-referenced lawsuit. Enclosed you will find the following documents:

    1.     Second Amended Complaint (English)
    2.     Second Amended Complaint (Farsi)

    Service is hereby made pursuant to Federal Rules of Civil Procedure 4 and 5. Pursuant to the Federal Rules of Civil Procedure you have ninety (90) days to file an Answer to this Second Amended Complaint. If no Answer is filed within ninety (90) days of service, we intend to perfect a default judgment against you.

           Very truly yours,

           Stephen A. Corr

SAC:ss
Enclosures
**Sent via DHL No. 830 8199 701**



Cont



| Ship | Track | Services | About DHL | Help |
|------|-------|----------|-----------|------|

DHL USA Hom

### Track

▸ Track by number
▸ Track by reference
▸ Get delivery signature
▸ Track DHL Same Day service
▸ Monitor shipments

## Log in to DHL

User ID

Password

☐ Remember my User ID

Log in ▸

▸ Forgot your Password?

# Track results detail

## Track results detail for 8308199701

### Tracking summary

Current Status          ⟳  In transit.

## Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 1/4/2007 | 2:53 pm | In transit. | Wilmington, OH |
| | 2:53 pm | Please contact DHL | Wilmington, OH |
| | 2:53 pm | In transit. | Wilmington, OH |
| 12/30/2006 | 3:47 am | At Gateway. | Wilmington, OH |
| | 2:18 am | In transit. | Wilmington, OH |
| | 2:18 am | Processed at DHL Location. | Wilmington, OH |
| 12/29/2006 | 7:52 pm | Departing origin. | Allentown, PA |
| | 6:50 pm | Picked Up by DHL. | Shipper's Door |

**Ship From:**
MELLON WEBSTER AND SHELLY
Doylestown, PA  18902
United States

**Ship To:**
Tehran, Iran

**Shipment Information:**
Ship date: 12/29/2006
Pieces: 1
Total weight: 3 lbs *

Ship Type: Document
Shipment Reference:
Service: International E
Special Service:
Description: DOCS

Attention:
MELLON WEBSTER AND
SHELLY

Attention:

Tracking detail provided by DHL: 1/15/2007, 6:36:04 am pt.

▣  Back to summary

Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to [
use of DHL tracking systems and information is strictly prohibited.

* **Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actu
weights may be different and will be provided on invoice.

### New to DHL?

Registration is quick and easy. And as a registered
user, you'll have access to services and tools to help you
ship your packages easily and efficiently.
▸ Register Now

### Questions?

We're here to help!
▸ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.

# DHL

Process and Track your shipment online: http://www.dhl-usa.com

1-800-CALL-DHL in USA only

**Shipment Air Waybill** (Non-negotiable)

830 8199 701

ORIGIN
DESTINATION CODE

DHL Worldwide Express, Inc. 1200 South Pine Island Road, Plantation, Florida 33324

Shipper's Copy

Conta



| Ship | Track | Services | About DHL | Help |

DHL USA Hom



**Track**

▸ Track by number
▸ Track by reference
▸ Get delivery signature
▸ Track DHL Same Day service
▸ Monitor shipments

# Track results detail

## Tracking results detail for 8308199200

### Tracking summary

| | | |
|---|---|---|
| Current Status | ✓ | **Shipment delivered.** |
| Delivered on | | 1/20/2007  11:09 am |
| Delivered to | | |
| Signed for by | | **MOHAMADZADEH**   What is this? |

## Log in to DHL

User ID
Password
☐ Remember my User ID

Log in
▸ Forgot your Password?

**Register**
Registration is quick and free.
▸ Register now

### Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 1/20/2007 | 11:09 am | Shipment delivered. | Tehran, Iran  Why is this |
| | 8:41 am | With delivery courier. | Tehran, Iran |
| | 5:54 am | Arrived at DHL facility. | Tehran, Iran |
| 1/19/2007 | 6:43 pm | Depart Facility. | Frankfurt, Germany |
| | 6:02 am | Depart Facility. | Cologne, Germany |
| | 4:40 am | Arrived at DHL facility. | Cologne, Germany |
| | 4:39 am | Temporary delay in transit | Cologne, Germany |
| | 3:58 am | In transit. | Cologne, Germany |
| | 2:58 am | Depart Facility. | Brussels, Belgium |
| | 12:48 am | Arrived at DHL facility. | Brussels, Belgium |
| 1/18/2007 | 10:44 pm | Depart Facility. | London, United Kingdom |
| | 1:12 pm | Arrived at DHL facility. | London, United Kingdom |
| 1/17/2007 | 8:41 pm | Arrived at DHL facility. | East Midlands, United Ki |
| | 6:44 am | Depart Facility. | Wilmington, OH |
| | 1:26 am | Clearance processing complete. | Wilmington, OH |
| 1/16/2007 | 2:32 pm | In transit. | Wilmington, OH |
| 1/13/2007 | 1:42 pm | Departing origin. | Allentown, PA |
| | 12:25 pm | Picked Up by DHL. | Shipper's Door |

**Ship From:**
MELLON WEBSTER AND SHELLY
Doylestown, PA  18902
United States

Attention:
MELLON WEBSTER AND
SHELLY

**Ship To:**
Tehran, Iran

Attention:

**Shipment Information:**
Ship date: 1/13/2007
Pieces: 1
Total weight: 1 lb *
Ship Type: Document
Shipment Reference: 5(
Service: International E
Special Service:
Description: DOCUMEN

Tracking detail provided by DHL: 1/22/2007, 8:06:40 am pt.

Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to D
use of DHL tracking systems and information is strictly prohibited.

* **Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actu
weights may be different and will be provided on invoice.

**New to DHL?**

Registration is quick and easy.And as a registered
user,you'll have access to services and tools to help you
ship your packages easily and efficiently.
▹ Register Now

**Questions?**

We're here to help!
▹ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.

Process and Track your shipment online http://www.dhl-usa.com

**Shipment Air Waybill** (Non negotiable)

830 8199 200

ORIGIN

DESTINATION CODE

Payer Account number and shipment value protection details

Charge to [ ] Shipper  [X] Receiver  [X] 3rd Party

Payer Account No. **222 76 7006**

Shipment Value Protection (see reverse)
[ ] Yes  Declared Value for Carriage (in US $)

**From (Shipper)**

Shipper's Account Number: **222 76 7006**

Shipper's Reference (up to 35 characters) **5084**

Company Name: **M&S**

Address: **87 N. Broad Street**

Contact Name: **Stephen Corr**

Post/ZIP Code (required) **18901**
**DOYLESTOWN PA 18901**

Phone, Fax or E-mail (required) **215-348-7700**

**To (Receiver)**

Contact Name: **MOHAMMAD MALLAKI**

Company Name: **NATIONAL IRANIAN GAS COMPANY**

Delivery Address DHL Cannot Deliver to a PO Box
**#401 MAFATEH CROSSING**
**TALEGHANIC AVENUE**
**P.O. Box 6394, 4533**
**TEHRAN**

Country: **IRAN**

Post/ZIP Code (required)

Phone, Fax or E-mail (required) **98-21-88131**

**Shipment Details**

Total Number of Packages: **1**

Total Weight: **2** lbs

Pieces: ①②③④

Dimensions (in inches) Length × Width × Height

**Full Description of Contents**
Give Content and Quantity DHL Does Not Transport Cash

**DOCUMENTS**

**Outside Shipments Only (Customs requirement)**

TYPE OF EXPORT
[✓] Permanent   [ ] Repair/Return   [ ] Temporary

**Shipper's Authorization (signature required)**

Destination Duties/Taxes if left blank
[✓] Receiver  [ ] Shipper  [ ] Other

Signature (required) _____

Date **1/12.07**

Products & Services

DOMESTIC EXPRESS
WORLDWIDE EXPRESS
GLOBAL MAIL

DIMENSIONAL/CHARGEABLE WEIGHT: _____ lbs

SERVICES        CHARGES

Drop Box #        TOTAL

TRANSPORT COLLECT STICKER No.

PAYMENT DETAILS (Check, Card No.)
No.:
Auth.:

PICKED UP BY
Route No.

Date

Time

DHL Worldwide Express, Inc. 1200 South Pine Island Road, Plantation, Florida 33324   Original (DHL Billing) Copy

$101.72
73
1-13-07

**Steve Corr**

| | |
|---|---|
| From: | DHL [r+BFE504401@dhl.com] |
| Sent: | Saturday, January 20, 2007 4:06 AM |
| To: | Steve Corr |
| Subject: | DHL Delivery Status Notification |

Dear Stephen Corr -

Thank you for using DHL's Delivery Notification Service.
Your shipment was delivered on January 20, 2007 at 11:09 AM

Tracking Number: 8308199200
Signed for by: MOHAMADZADEH
Date Delivered: 01/20/2007
Time: 11:09 AM

For more detailed information regarding this delivery, please visit our website at www.dhl-usa.com and enter the tracking number in the Track section of the site.

Thank you,
DHL

You are receiving this e-mail because you requested this notification from the DHL Website.

If you have any questions or concerns about how we use your personal information, please read our privacy policy at http://www.dhl-usa.com/About/Privacy.asp.

# EXHIBIT  G



LAW OFFICES
*Mellon Webster & Shelly*
A PROFESSIONAL CORPORATION
87 NORTH BROAD STREET
DOYLESTOWN, PA 18901
215-348-7700 • FAX 215-348-0171

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR
SAMUEL C. TOTARO, JR.
ELISSA B. HEINRICHS

JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

December 28, 2006

Ali Shamkhani
Iran Ministry of Defense & Armed Forces Logistics
Dabestan Street, Seyyed Khandan Bridge
Resalat Expressway
Tehran, Iran,

> Re:   **Havlish, et al. v. bin-Laden, et al.**
>       **03 MDL 1570 (RCC)**
>       **U.S.D.C., Southern District of New York, 03-CV-9848-RCC**
>       **Transferred from U.S.D.C., District of Columbia, 1:02-cv-305**

Dear Sir:

You, or your organization, is named as a defendant in the above-referenced lawsuit. Enclosed you will find the following documents:

1.   Second Amended Complaint (English)
2.   Second Amended Complaint (Farsi)

Service is hereby made pursuant to Federal Rules of Civil Procedure 4 and 5. Pursuant to the Federal Rules of Civil Procedure you have ninety (90) days to file an Answer to this Second Amended Complaint. If no Answer is filed within ninety (90) days of service, we intend to perfect a default judgment against you.

Very truly yours,

Stephen A. Corr

SAC:ss
Enclosures
**Sent via DHL No. 830 8199 642**

Conta



| Ship | Track | Services | About DHL | Help |



**Track**

- Track by number
- Track by reference
- Get delivery signature
- Track DHL Same Day service
- Monitor shipments

## Log in to DHL

User ID

Password

☐ Remember my User ID

Log in ▷

▷ Forgot your Password?

# Track results detail

## Tracking results detail for 8308199642

### Tracking summary

Current Status          ⟳  In transit.

## Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 1/4/2007 | 2:36 pm | In transit. | Wilmington, OH |
| | 2:36 pm | Please contact DHL | Wilmington, OH |
| | 2:36 pm | In transit. | Wilmington, OH |
| 12/30/2006 | 3:47 am | At Gateway. | Wilmington, OH |
| | 2:14 am | In transit. | Wilmington, OH |
| | 2:14 am | Processed at DHL Location. | Wilmington, OH |
| 12/29/2006 | 7:53 pm | Departing origin. | Allentown, PA |
| | 6:50 pm | Picked Up by DHL. | Shipper's Door |

**Ship From:**
MELLON WEBSTER & SHELLY
Doylestown, PA  18901
United States

**Ship To:**
Tehran, Iran

**Shipment Information:**
Ship date: 12/29/2006
Pieces: 1
Total weight: 3 lbs *

Ship Type: Document
Shipment Reference: H
Service: International E
Special Service:
Description: NONE

Attention:
MELLON WEBSTER & SHELLY

Attention:

Tracking detail provided by DHL: 1/15/2007, 6:38:20 am pt.

▨ Back to summary                                                          Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to [
use of DHL tracking systems and information is strictly prohibited.

* **Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actu
weights may be different and will be provided on invoice.

**New to DHL?**

Registration is quick and easy.And as a registered
user,you'll have access to services and tools to help you
ship your packages easily and efficiently.
▷ Register Now

**Questions?**

We're here to help!
▷ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.

DHL

http://www.dhl-usa.com

Process and Track your shipment online
1-800-CALL-DHL-n-usa-ony

Shipment Air Waybill
(Non negotiable)

830 8199 642

DHL Worldwide Express, Inc., 1200 South Pine Island Road, Plantation, Florida 33324

Shipper's Copy

 

| Ship | Track | Services | About DHL | Help |
|------|-------|----------|-----------|------|

DHL USA Hom



**Track**

- ‣ Track by number
- ‣ Track by reference
- ‣ Get delivery signature
- ‣ Track DHL Same Day service
- ‣ Monitor shipments

## Log in to DHL

User ID

Password

☐ Remember my User ID

Log in ▣

‣ Forgot your Password?

**Register**
Registration is quick and free.
‣ Register now

# Track results detail

## Tracking results detail for 8308199185

### Tracking summary

Current Status          ♻ **With delivery courier.**

Get delivery

### Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 1/21/2007 | 9:47 am | With delivery courier. | Tehran, Iran |
| 1/20/2007 | 2:06 pm | Recipient refused delivery. | Tehran, Iran |
| | 8:42 am | With delivery courier. | Tehran, Iran |
| | 7:17 am | Arrived at DHL facility. | Tehran, Iran |
| 1/19/2007 | 6:43 am | Depart Facility. | Frankfurt, Germany |
| | 6:02 am | Depart Facility. | Cologne, Germany |
| | 4:40 am | Arrived at DHL facility. | Cologne, Germany |
| | 4:39 am | Temporary delay in transit | Cologne, Germany |
| | 3:58 am | In transit. | Cologne, Germany |
| | 2:58 am | Depart Facility. | Brussels, Belgium |
| | 12:48 am | Arrived at DHL facility. | Brussels, Belgium |
| 1/18/2007 | 10:44 pm | Depart Facility. | London, United Kingdom |
| | 1:12 am | Arrived at DHL facility. | London, United Kingdom |
| 1/17/2007 | 8:41 am | Arrived at DHL facility. | East Midlands, United Ki |
| | 6:44 am | Depart Facility. | Wilmington, OH |
| | 1:27 am | Clearance processing complete. | Wilmington, OH |
| 1/16/2007 | 2:28 pm | In transit. | Wilmington, OH |
| | 12:57 am | At Gateway. | Wilmington, OH |
| 1/14/2007 | 1:12 pm | In transit. | Wilmington, OH |
| 1/13/2007 | 1:41 pm | Departing origin. | Allentown, PA |
| | 12:25 am | Picked Up by DHL. | Shipper's Door |

**Ship From:**
MELLON WEBSTER AND SHELLY
Doylestown, PA  18902
United States

**Ship To:**
Tehran, Iran

**Shipment Information:**
Ship date: 1/13/2007
Pieces: 1
Total weight: 3 lbs '
Ship Type: Document
Shipment Reference:
Service: International E
Special Service:
Description: DOCS

Attention:
MELLON WEBSTER AND
SHELLY

Attention:

Tracking detail provided by DHL: 1/22/2007, 8:15:14 am pt.

Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to D
use of DHL tracking systems and information is strictly prohibited.

**˙ Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actu
weights may be different and will be provided on invoice.

DHL - Track by Number
Case 4:08-md-01970-GBD-SN Document 233-7 Filed 08/29/08 Page 53 of 57
Case 4:08-md-01970-GBD-SN Document 233-7 Filed 08/29/2007 Page 8 of 10

**New to DHL?**

Registration is quick and easy.And as a registered user,you'll have access to services and tools to help you ship your packages easily and efficiently.
▷ Register Now

**Questions?**

We're here to help!
▷ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.

**DHL EXPRESS**
1-800-CALL-DHL

Process and Track your shipment online: http://www.dhl-usa.com

Complete sections 1-8. You are making 4 copies, please press hard.

**Shipment Air Waybill** (Non negotiable)

830 8199 185

**1 Payer account number and shipment value protection details**

Charge to: ☐ Shipper ☐ Receiver ☒ 3rd Party
Payer Account No. 222-716-7006
☐ Yes, Declared Value for Carriage (in US $)

☐ Cash
☐ Credit Card
Your all payment options are available in all countries

**2 From (Shipper)**
Shipper's Account Number: 222-716-7006
Contact Name: Sanhew Cohen
Shipper's Reference (up to 35 characters): 3084
Company Name: MuS
Address: 87 N. Broad Street
Post/ZIP Code (required): 1840/
Doylestown, PA
Phone, Fax, or E-mail (required): 215-348-7700

**3 To (Receiver)**
Contact Name: Iraj Monestry of Defense & Armed Forces
Company Name: Iraj Monestry of Defense & Armed Forces Logistics
Delivery Address. DHL Cannot Deliver to a PO Box: Dabestan Street, Between Khorram Dahboc
Resalat Expressway
Post/ZIP Code (required):
Country: Tehran Iran
Phone, Fax, or E-mail (required):

**6 Shipment Details**
Total Number of Packages: 1
Total Weight (packaging used, enter X0): 1 lbs

Dimensions (in inches)
Pieces: ⓐ ⓑ ⓒ
Length × Width × Height: 1 × 1 × 1

**7 Full Description of Contents**
Give Content and Quantity. DHL Does Not Transport Cash.
Documents

**5 Dutiable Shipment Only (Customs requirement)**
Attach the original and four copies of a Commercial Invoice or Pro Forma.
Export License No./Symbol (if applicable): Receiver's VAT/GST or Shipper's EIN/SSN

Value for Customs (in US $):

**TYPE OF EXPORT**
☐ Permanent ☐ Temporary
☒ Documents ☐ Dutiable/Taxes (if left blank, Receiver pays stocks taxes)
☒ Receiver ☐ Shipper ☐ Other

Schedule B Number: Harmonized Code (if applicable)

☐ Repair/Return

**8 Shipper's Authorization (Signature required)**
Signature (required): [signature]
Date: 1/12/07

ORIGIN
DESTINATION CODE

**Products & Services**
DP
☐ DOMESTIC EXPRESS
☐ U.S. Express Envelope
☐ USA Overnight
☐ Other
☐ WORLDWIDE EXPRESS
☐ Worldwide Envelope
☐ Non-Dutiable
☐ Dutiable
Service Options (extra charges may apply)
☐ Saturday ☐ Standard
☐ Sunday ☐ Special
☐ Hold For Pickup ☐ Delivery Notification

**DIMENSIONAL/CHARGEABLE WEIGHT** lbs

SERVICES | CHARGES

Drop Box #:
TOTAL

No.:
Type:
Auth.:
PAYMENT DETAILS (Check, Card No.)
TRANSPORT COLLECT STICKER No.

PICKED UP BY
Route No.
Time
Date

DHL Worldwide Express, Inc., 1200 South Pine Island Road, Plantation, Florida 33324

Original (DHL Billing) Copy

DHL WORLDWIDE EXPRESS USA

1-13-07

DHL - Track details
Case 1:03-md-01570-GBD-FM Document 2433-7 Filed 08/29/08 Page 55 of 57 Page 1 of 2
Case 1:03-md-01570-GBD-FM Document 2633-7 Filed 08/24/2007 Page 8 of 10

Cont





| Ship | Track | Services | About DHL | Help |

DHL USA Hom

# Track results detail

## Tracking results detail for 8308199185

### Tracking summary

| | |
|---|---|
| Current Status | ⟲ With delivery courier. |
| Returned on: | 32 |
| Delivered on | 1/27/2007  9:15 am |
| Delivered to | |
| Signed for by | What is this? |

## Track

▶ Track by number
▶ Track by reference
▶ Get delivery signature
▶ Track DHL Same Day service
▶ Monitor shipments

## Log in to DHL

User ID
Password
☐ Remember my User ID
Log in
▶ Forgot your Password?

**Register**
Registration is quick and free.
▶ Register now

### Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 1/27/2007 | 9:15 am | With delivery courier. | Tehran, Iran |
| 1/23/2007 | 2:38 pm | Delivery Attempted. | Tehran, Iran |
| 1/21/2007 | 9:47 am | With delivery courier. | Tehran, Iran |
| 1/20/2007 | 2:06 pm | Recipient refused delivery. | Tehran, Iran |
| | 8:42 am | With delivery courier. | Tehran, Iran |
| | 7:17 am | Arrived at DHL facility. | Tehran, Iran |
| 1/19/2007 | 6:43 pm | Depart Facility. | Frankfurt, Germany |
| | 6:02 am | Depart Facility. | Cologne, Germany |
| | 4:40 am | Arrived at DHL facility. | Cologne, Germany |
| | 4:39 am | Temporary delay in transit | Cologne, Germany |
| | 3:58 am | In transit. | Cologne, Germany |
| | 2:58 am | Depart Facility. | Brussels, Belgium |
| | 12:48 am | Arrived at DHL facility. | Brussels, Belgium |
| 1/18/2007 | 10:44 pm | Depart Facility. | London, United Kingdom |
| | 1:12 am | Arrived at DHL facility. | London, United Kingdom |
| 1/17/2007 | 8:41 pm | Arrived at DHL facility. | East Midlands, United Ki |
| | 6:44 am | Depart Facility. | Wilmington, OH |
| | 1:27 am | Clearance processing complete. | Wilmington, OH |
| 1/16/2007 | 2:28 pm | In transit. | Wilmington, OH |
| | 12:57 am | At Gateway. | Wilmington, OH |
| 1/14/2007 | 1:12 pm | In transit. | Wilmington, OH |
| 1/13/2007 | 1:41 pm | Departing origin. | Allentown, PA |
| | 12:25 pm | Picked Up by DHL. | Shipper's Door |

**Ship From:**
MELLON WEBSTER & SHELLY
Doylestown, PA  18901
United States

**Ship To:**
Tehran, Iran

**Shipment Information:**
Ship date: 1/13/2007
Pieces: 1
Total weight: 3 lbs
Ship Type: Package
Shipment Reference: 5
Service: International E
Special Service:
Description: NONE

Attention:
MELLON WEBSTER & SHELLY

Attention:

Tracking detail provided by DHL: 2/8/2007, 10:54:44 am pt.

Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to D

use of DHL tracking systems and information is strictly prohibited.

`*` **Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actu
weights may be different and will be provided on invoice.

## New to DHL?

Registration is quick and easy.And as a registered user,you'll have access to services and tools to help you ship your packages easily and efficiently.
▶ Register Now

## Questions?

We're here to help!
▶ Contact DHL

DHL Global  |  About DHL  |  Newsroom  |  Contact  |  Sitemap  |  Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.

Conta



| Ship | Track | Services | About DHL | Help |

DHL USA Hom



⚠ Tracking Numbers could not be displayed. Please see specific errors below.

# Track results summary

## Tracking results summary...

**Track**

▸ Track by number
▸ Track by reference
▸ Get delivery signature
▸ Track DHL Same Day service
▸ Monitor shipments

⚠ **Tracking Number**

| 32 |

**Tracking number not found. Please check your number and res
back later. Note: Tracking numbers for today's shipments may i
into our tracking system yet. You may also check for** Delivery S
shipment.

## Log in to DHL

User ID

Password

☐ Remember my User ID

Log in ▸

▸ Forgot your Password?

**Register**
Registration is quick and free.
▸ Register now

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to D
use of DHL tracking systems and information is strictly prohibited.

**New to DHL?**

Registration is quick and easy.And as a registered
user,you'll have access to services and tools to help you
ship your packages easily and efficiently.
▸ Register Now

**Questions?**

We're here to help!
▸ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.