# EXHIBIT  B

**Affidavit of Service of
Original Process Upon All Defendants
Filed in U.S.D.C., District of Columbia**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|                                          |     |                              |
| :--------------------------------------- | :-- | :--------------------------- |
| **FIONA HAVLISH, et al.,**               | :   |                              |
|                                          | :   |                              |
| **Plaintiffs,**                          | :   |                              |
|                                          | :   |                              |
| **v.**                                   | :   | **CASE NUMBER 1:02CV00305**  |
|                                          | :   |                              |
| **SHEIKH USAMAH BIN-MUHAMMAD**           | :   | **Judge James Robertson**    |
| **BIN-LADEN, a/k/a OSAMA**               | :   |                              |
| **BIN-LADEN, et al.,**                   | :   |                              |
|                                          | :   |                              |
| **Defendants.**                          | :   |                              |

**AFFIDAVIT OF SERVICE OF**
**<u>ORIGINAL PROCESS UPON ALL DEFENDANTS</u>**

I, Stephen A. Corr, being duly sworn according to law, depose and say:

1.      I am an attorney at the law firm of Mellon, Webster & Shelly ("MWS") in Doylestown, Pennsylvania.  MWS is counsel for the Plaintiffs in the above-captioned matter.  By Order dated April 3, 2002, I was admitted to this Court *pro hac vice* for the purpose of representing the Plaintiffs.

2.      By Order dated May 9, 2002, this Court granted Plaintiffs' Motion for Service by Publication, ordering plaintiffs to serve defendants Sheik Usamah Bin-Muhammad Bin-Laden, a/k/a Osama Bin-Laden, The Taliban, a/k/a the Islamic Emirate of Afghanistan, Muhammed Omar, Al Qaeda/Islamic Army and Unidentified Terrorist Defendants 1-500 by publishing an approved Notice of Suit for six weeks in *The International Herald Tribune* (in English) and *Al-Quds Al-Arabi* (in Arabic) and placing the Notice on the Internet at http://www.september11classaction.com.  Plaintiffs published the approved Notice of Suit in *The International Herald Tribune* on August 28,

September 4, 11, 18, 25 and October 2, 2002.  *See* Declaration of Publication signed by Judith King, Director of Advertising, *The International Herald Tribune*, attached hereto as Exhibit A.  Plaintiffs published the approved Notice of Suit in *Al-Quds Al-Arabi* on August 8, 15, 22, 29, September 5, 12, 2002.  *See* Copies of proofs provided by *Al-Quds Al-Arabi* attached hereto as Exhibit B.  Finally, the Motion for Leave to Serve Certain Listed Defendants by Publication Pursuant to F.R.Civ.P. 4(f) has been posted on the Internet at www.september11classaction.com under the "Legal Documents" heading.

3.      Pursuant to 28 U.S.C. § 1608(a)(4), Plaintiffs delivered a Summons, Notice of Suit and Amended Complaint addressed to the Islamic Republic of Iran and its political subdivision defendants, i.e., the Ministries of Information and Security, of Petroleum, of Economic Affairs and Finance, of Commerce and of Defense, and a Summons, Notice of Suit and Amended Complaint addressed to The Republic of Iraq and its political subdivision defendants, i.e., the Ministries of  Defense, of Finance, of Oil and the Iraqi Intelligence Service, to the United States Department of State for service.  On October 17, 2002, the undersigned received a fax from Luke Bellocchi, J.D., LLM., Attorney Adviser in the Bureau of Consular Affairs for the U.S. Department of State, indicating that service was made upon The Islamic Republic of Iran and its Ministries on October 9, 2002 and that the service documents addressed to The Republic of Iraq and its Ministries had been delivered to the Polish Ministry of Foreign Affairs on October 1, 2002 for transmittal to the American Interests Section in Baghdad.  *See* copy of U.S. Department of State documents attached hereto as Exhibit C[1].

---

[1] Pursuant to 28 U.S.C. § 1608(a)(4), the U.S. Department of State will file the original proofs of service upon its receipt.

4.      By Order dated September 30, 2002, this Court granted Plaintiffs' Motion for Alternative Service Upon Defendants Saddam Hussein, Qusai Hussein and Ayatollah Ali Hoseini-Khamenei, ordering Plaintiffs to serve those defendants by mailing and emailing a Summons and Amended Complaint to the Permanent Mission of Iraq to the United Nations (Saddam Hussein and Qusai Hussein) and mailing and emailing a Summons and Amended Complaint to the Permanent Mission of Iran to the United Nations (Ayatollah Ali- Hoseini-Khamenei).  On September 30, 2002, the undersigned emailed a copy of this Court's Order for Alternative Service, Summons and Amended Complaint to each of the three defendants in accordance the Order.  *See* copies of the three emails attached hereto collectively as Exhibit D.  Also on September 30, 2002, the undersigned mailed, via first class mail, a copy of the Order dated September 30, 2002, Summons and Amended Complaint to each defendant in accordance with the Order.  *See* copies of forwarding letters to each defendant, together with Certificates of mailing and Delivery Confirmation Receipts, attached hereto collectively as Exhibit E.  According to the United States Postal Service's Track and Confirm Shipment Histories, The Permanent Mission of Iran to the United Nations accepted delivery of the Order, Summons and Amended Complaint addressed to Ayatollah Ali Hoseini-Khamenei on October 3, 2002 while the Permanent Mission of Iraq to the United Nations refused to accept delivery of the Order, Summons and Amended Complaint addressed to Saddam Hussein and Qusai Hussein on October 3, 2002.  *See* United States Postal Service Track and Confirm Shipment Histories attached hereto collectively as Exhibit F.  On October 9, 2002, the undersigned shipped a copy of the Order dated September 30, 2002, a Summons and Amended Complaint addressed to Saddam Hussein to the Permanent Mission of Iraq to

the United Nations via Federal Express, and the package was delivered and signed for by

R. Rashid on October 10, 2002. *See* forwarding letter, Federal Express mailing label and

email confirmation of delivery attached hereto collectively as Exhibit G. On October 9,

2002, the undersigned shipped a copy of the Order dated September 30, 2002, a

Summons and Amended Complaint addressed to Qusai Hussein to the Permanent

Mission of Iraq to the United Nations via Federal Express, and the package was delivered

and signed for by R. Rashid on October 10, 2002. *See* forwarding letter, Federal Express

mailing label and email confirmation of delivery attached hereto collectively as Exhibit

H.

/s/ Stephen A. Corr
Stephen A. Corr, Esquire



PUBLISHED WITH THE NEW YORK TIMES AND THE WASHINGTON POST

850 THIRD AVENUE, NEW YORK, NY 10022   PHONE (212) 752-3890   FAX (212) 755-8785

## DECLARATION OF PUBLICATION

**Osama Bin Laden, The Taliban, Muhammad Omar, Al Qaeda, Unidentified Terrorist**

The undersigned says:

I am over the age of 18 years and a citizen of the United States.
I am not a party to and have no interest in this matter. I am a principal
of the International Herald Tribune, a newspaper published in Paris,
France and circulated in major cities in Europe, North Africa, the Middle
East. Far East and the Americas. This attached circulation statement reflects
the countries in which the International Herald Tribune is available. The
notice, a true copy of which is attached, was published on the following date(s):

August 28
Sept 4, 11, 18, 25
Oct. 2, 2002

I declare under penalty that the forgoing is true and correct.

Executed in New York, N.Y. on October 2, 2002

Judith King, Director of Advertising

Customer Account # 8011463
Sworn before me on this 2ⁿᵈ day of October 2002 in the state of New York.

Notary Public

ARLENE T. GARNETT
Notary Public, State of New York
No. 01GA6014435
Qualified in Kings County
Commission Expires October 13, 2002

THE WORLD'S DAILY NEWSPAPER



AL-QUDS AL-ARABI

Photocopies of Ads    as promised

# WITH COMPLIMENTS

AL-QUDS AL-ARABI PUBLISHING & ADVERTISING (OVERSEAS) LIMITED

TEL: 0208-741 8008 • FAX: 0208-741- 8902 • 0208-748 7637 • E mail: alquds@alquds.co.uk • Website: www.alquds.co.uk

REGISTERED ADDRESS: 164-166 KING STREET • HAMMERSMITH • LONDON W6 0QU • REGISTERED NUMBER: 2604233• VAT REG NO: 538 9427 04

# اعـلان عــام

## الى المتهمين الذين وقع ذكرهم في القائمة الاتية:

الشيخ اسامة بن محمد بن لادن, a/k OSAMA BIN - LADEN لا يعرف مقره الحالي.
آخر مقر تواجد فيه كان بأفغانستان.

الطالبان, a/k/a الحكومة الاسلامية بأفغانستان، هيئة مؤسسين. لا يعرف مقرها الحالي،
آخر مقر عرف لها كان بأفغانستان.

محمد عمر لا يعرف مقره الحالي. آخر مقر تواجد فيه كان بأفغانستان
القاعدة/ الجيش الاسلامي لا يعرف مقرها الحالي. آخر مقر تواجدت فيه كان بأفغانستان.
ارهابي لم يقع التعرف عليه المتهمون 1 - 500

Thomas Mellon
Mellon Webster & Shelly
87 North Broad Street
Doylestown, Pennsylvania 18901

بالمحكمة العليا بمقاطعة كولومبيا (DC) قسم الشؤون المدنية، رفعت فيونا هفليش دعوى ضد الشيخ اسامة بن
محمد بن لادن والآخرين a/k OSAMA BIN - LADEN قضية رقم 1:02 CV 00305 اعلام برفع دعوى.

ولقد اصدر القاضي جيمس روبرتسون امرا بالاعلام نشر بتاريخ 9 ايار (مايو) 2002. ولقد صدر امر بنشر النص الوارد في
المحرر القانوني اعلاه اسبوعيا لستة اسابيع متتالية بصحيفة «الانترناشيونال هيرالد تريبيون» (باللغة الانكليزية)
وبصحيفة «القدس العربي»ـ (باللغة العربية).

كذلك نشرت بالانترنت على العنوان الالكتروني التالي: /http://www.september11classaction.com

وعليه وقع اعلام المتهمين الذين ذكروا اعلاه. المتهمون مطلوبون للحضور لمكتب كاتب المحكمة المتحدة، المحكمة
العليا بمقاطعة كولومبيا (DC) الكائنة بـ:

(333 شارع كونستيتوشن ش.غ. واشنطن د. س 20001).

333 Constitution Avenue, N.W Washington D.C.20001

والسيد توماس مولن مع مكاتب مولن وبستر وشيلي الكائنة بـ 87 نهج نورث برود دوليستون بنسلفانيا

Thomas Mellon Mellon Webster and Shelly, 87 North Broad Street, Doylestown, Pennsylvania 18901

والرد على الشكوى في خلال مدة لا تتجاوز الستين يوما بعد استلام الاستدعاء بعدم دخول الغاية. في حالة عدم حضور
المتهمين، توجد امكانية بصدور حكم بالغياب يقضي بدفع التعويض المذكور بالشكوى.

الشكوى رفعت بدعوى التسبب في الموت غير المشروع، والتآمر مما سينتج عنه فرض عقوبات تغريمية حسب المادة 28 من
قانون الولايات المتحدة الفقرة 1605 (i) (5) والمادة 28 المادة الفقرة 1605 (i) (7) من نفس القانون المصنف تحت باب تهديد
الحياة، الاهمال و/او التعمد في التسبب في الارهاق النفسي المذكور بالمادة 28 من قانون الولايات المتحدة الفقرة 1350 والمادة
18 من قانون الولايات المتحدة الفقرة 2333.

كل الاستدعاءات الخاصة بجلسات تقديم المذكرات، والمطالب الخاصة بكشف النقاب عن الادلة التي وقع التقدم بها فيما
يخص هذه الدعوى ستكون متوفرة بموقع الانترنت:

http:www.september11classaction.com/

**Issue Date:** 8 August 2002 • 15 August 2002 • 22 August 2002 • 29 August 2002
5 September 2002 • 12 September 2002

إلى المدعى عليهم الآخرين الذين يتعذّر تحديدهم من الأشخاص والمؤسسات

# إلى الأفراد أو المنظمات أو الشركات بمن فيهم أسامة بن لادن OSAMA BIN - LADEN، في الأفراد الإرهابيين

الإشعار القانوني الرسمي بشأن دعوى أسامة بن لادن OSAMA BIN - LADEN وآخرين، الموجّهة

أنتم مدعوون للمثول أمام المحكمة الفيدرالية للمقاطعة للردّ على دعوى أسامة بن لادن o/k OSAMA BIN - LADEN المقامة (DC)

أنتم مدعوون للمثول أمام المحكمة

500 - 1 المقدّمة أمام المحكمة الفيدرالية (DC)

مكتب المحاماة

**Thomas Mellon**
**Mellon Webster & Shelly**
**87 North Broad Street**
**Doylestown, Pennsylvania 18901**

رقم القضية 03CV 1102 في محكمة مقاطعة o/k OSAMA BIN - LADEN، في (DC)

http://www.september11classaction.com/

(الولايات المتحدة الأمريكية)

**333 Constitution Avenue, N.W Washington D.C.20001**

Thomas Mellon, Mellon Webster and Shelly, 87 North Broad Street, Doylestown, Pennsylvania 18901

http://www.september11classaction.com/

# ما يلي

**أما بعد كتاب دعوى من قبل OSAMA BIN - LADEN وآخرين في الدائرة الابتدائية**

Thomas Mellon
Mellon Webster & Shelly
87 North Broad Street
Doylestown, Pennsylvania 18901

500-1 CV 1.02 .No a/k OSAMA BIN - LADEN

http://www.september11classaction.com/

333 Constitution Avenue, N.W Washington D.C 20001

Thomas Mellon Webster and Shelly, 87 North Broad Street, Doylestown, Pennsylvania 18901

http://www.september11classaction.com/

## وفاء المعتدى الإخواني على مرتزقة العالم وأمر مقتضى الإخواني نحو مؤسسات

## فوجئ قائد عسكري سابق بمصادرة أمواله وأملاكه من البنك المركزي

## إذا لم يكن في الأمور حكمة بدليل من المصائب من المعتزلة النفس

# اعـــلان عـــام

## الى المتهمين الذين وقع ذكرهم في القائمة الاتية:

الشيخ اسامة بن محمد بن لادن، a/k OSAMA BIN - LADEN، لا يعرف مقره الحالي. آخر مقر تواجد فيه كان بأفغانستان.

الطالبان a/k/a، الحكومة الاسلامية بأفغانستان، هيئة مؤسسين. لا يعرف مقرها الحالي. آخر مقر عرف لها كان بأفغانستان.

محمد عمر لا يعرف مقره الحالي. آخر مقر تواجد فيه كان بأفغانستان.

القاعدة/ الجيش الاسلامي لا يعرف مقرها الحالي. آخر مقر تواجدت فيه كان بأفغانستان.

ارهابي لم يقع التعرف عليه المتهمون 1 ـ 500.

**Thomas Mellon**
**Mellon Webster & Shelly**
**87 North Broad Street**
**Doylestown, Pennsylvania 18901**

بالحكمة العليا بمقاطعة كولومبيا (DC) قسم الشؤون المدنية، رفعت فيونا هفليش دعوى ضد الشيخ اسامة بن محمد بن لادن والآخرين a/k OSAMA BIN - LADEN قضية رقم 1:02 CV 00305 اعلام برفع دعوى.

ولقد اصدر القاضي جيمس روبرتسون امرا بالاعلام نشر بتاريخ 9 ايار (مايو) 2002، ولقد صدر امر بنشر النص الوارد في المحرر القانوني اعلاه اسبوعيا لستة اسابيع متتالية بصحيفة «الانترناشيونال هيرالد تريبيون» (باللغة الانكليزية) وبصحيفة «القدس العربي» (باللغة العربية).

كذلك نشرت بالانترنت على العنوان الالكتروني التالي: /http://www.september11classaction.com

وعليه وقع اعلام المتهمين الذين ذكروا اعلاه، المتهمون مطلوبون للحضور لمكتب كاتب محكمة الولايات المتحدة، المحكمة العليا بمقاطعة كولومبيا (DC) الكائنة بـ:

(333 شارع كونستيتوشن ش،غ، واشنطن د، س 20001).

333 Constitution Avenue, N.W Washington D.C.20001

والسيد توماس مولن مع مكاتب مولن وبستر وشيلي الكائنة بـ87 نهج نورث برود بدوليستون بنسلفانيا

Thomas Mellon Mellon Webster and Shelly, 87 North Broad Street, Doylestown, Pennsylvania 18901

والرد على الشكوى في خلال مدة لا تتجاوز الستين يوما بعد استلام الاستدعاء بعدم دخول الغاية، في حالة عدم حضور المتهمين، توجد امكانية بصدور حكم بالغياب يقضي بدفع التعويض المذكور بالشكوى.

الشكوى رفعت بدعوى التسبب في الموت غير المشروع، والتآمر مما سينتج عنه فرض عقوبات تعزيرية حسب المادة 28 من قانون الولايات المتحدة الفقرة 1605 (1) (5) والمادة 28 المادة الفقرة 1605 (1) (7) من نفس القانون المصنف تحت باب تهديد الحياة، الاهمال و/او التعمد في التسبب في الارهاق النفسي المذكور بالمادة 28 من قانون الولايات المتحدة الفقرة 1350 والمادة 18 من قانون الولايات المتحدة الفقرة 2333.

كل الاستدعاءات الخاصة بجلسات تقديم المذكرات، والمطالب الخاصة بكشف النقاب عن الادلة التي وقع التقدم بها فيما يخص هذه الدعوى ستكون متوفرة بموقع الانترنت:

http:www.september11classaction.com/

## أمام القضاء الدولي محدودة جدا

# ضمانات لمراسليها في الحروب

المعلومات بطريقة اخرى». ولم يبعد قضاء محكمة الجزاء موعدا لاعلان قرارهم الذي يمكن ان يصبح حكما قضائيا وخصوصا للمحكمة الجنائية الدولية التي سيتون مقرها في لاهاي ايضا.

وبأتي هذا الجــدل بينمـا بدأت الصحافية البريطانية جاكي رولاند الاداء بشهادتها في محاكمة الرئيس اليوغــوسلافي السابق سلوبودان ميلوشيفيتش.

وكان عدد كبير من الصحافيين مثلوا طوعا امام محكمة الجزاء في قضايا جرائم الحرب في البوسنة من بينهم جيريمي باون من الـ(بي بي سي) وإداء فلويلاي» من صحيفـة (اوبزرفر) البريطانية.

وادلى فيتون سوروي رئيس تحرير الصحيفة التي تصدر باللغة الانكليزية «كوسوفو كوها بيتورو» بشهادته لحساب الاتهام في محاكمة سلوبودان ميلوشيفيتش.

رار استئنذاه للصحافيين. واوضـحـت الرسالة المؤرخة في 16 (اغسطس) ان المحكمة بوضع قواعد صحة تتيح للمحاكم تحقيق التوازن «حقوق الصحافيين واحتياجات لاتن محدودة».

ورأت ان «اجبـار الصـحـافـيـن علـى لاء بشهاداتهم يمكن ان يدفع بعض صادر الى الانحذاف او تصريحاتها مصحافيـن وخصوصا في مناطق رب».

وقـالت الصـحـافيـة في (بوسطن) ب) البيزابيت نويلبر ان تـقـطيـة عاء الحرب مسألة خطيرة يمكن ان وم جوزءوا الحرب الصحافيين اعداء تخلين اذا عرفوا انهم قد يدلون في لاحق بشهادات امام محكمة».

تقـطـر المؤسـسـات التي وقـعت نائة الا يجبر الصـحـافيون على «وانجان في رسائل وجهها في 16 زه الاتفـاكات «في اسـرع وقت رار الرسمي للاتحاد الاوروبي يكية.

الهندية. وفي بلدة اجاس قرب بنديبورا، وقتل نحو 10 ناشطين مؤيدين للهند جماعاتهم مع الاقتراب موعد الانتخابات ... أكثر بمرتين.

---

# اعــلان عــام

## الى المتهمين الذين وقع ذكرهم في القائمة الاتية:

**الشيخ اسامة بن محمد بن لادن، a/k OSAMA BIN - LADEN** لا يعرف مقره الحالي، آخر مقر تواجد فيه كان بافغانستان.

**الطالبان، a/k/a** الحكومة الاسلامية بافغانستان، هيئة مؤسسين، لا يعرف مقرها الحالي، آخر مقر عرف لها كان بافغانستان.

**محمد عمر** لا يعرف مقره الحالي، آخر مقر تواجد فيه كان بافغانستان.

**القاعدة/ الجيش الاسلامي** لا يعرف مقرها الحالي، آخر مقر تواجدت فيه كان بافغانستان.

**ارهابي لم يقع التعرف عليه** المتهمون 1 - 500.

**Thomas Mellon**
**Mellon Webster & Shelly**
**87 North Broad Street**
**Doylestown, Pennsylvania 18901**

بالمحكمة العليا بمقاطعة كولومبيا (DC) قسم الشؤون المدنية، رفعت فيونا هتليش دعوى ضد الشيخ اسامة بن محمد بن لادن والأخرين a/k OSAMA BIN - LADEN قضية رقم 02:1 CV 00305 اعلام لرفع دعوى. ولقد اصدر القاضي جيمس روبرتسون امرا بالاعلام نشر بالاعلام في 9 ايار (مايو) 2002. ولقد صدر امر بنشر النص الوارد في المحرر القانوني اعلاه اسبوعيا لستة اسابيع متتالية بصحيفة «الانترناشيونال هيرالد تريبيون» (باللغة الانكليزية) وبصحيفة «القدس العربي» - (باللغة العربية).

كذلك نشرت بالانترنت على العنوان الالكتروني التالي: /http://www.september11classaction.com

وعليه وقع اعلام المتهمين الذين ذكروا اعلاه، المتهمون مطلوبون للحضور لمكتب كاتب محكمة الولايات المتحدة، المحكمة العليا بمقاطعة كولومبيا (DC) الكائنة بـ:

(333 شارع كونستيتوشن ش.غ. واشنطن د. س 20001).

333 Constitution Avenue, N.W Washington D.C.20001

والسيد توماس مولن مع مكاتب مولن وبستر وشيلي الكائنة بـ87 نهج نورث برود د بوليستون بنسلفانيا

Thomas Mellon Mellon Webster and Shelly, 87 North Broad Street, Doylestown, Pennsylvania 18901

والرد على الشكوى في خلال مدة لا تتجاوز الستين يوما بعد استلام الاستدعاء يعدم دخول الغاية، في حالة عدم حضور المتهمين، توجد امكانية يصدور حكم بالغيابي يقضي بدفع التعويض المذكور بالشكوى.

قانون الولايات المتحدة الفقرة 1605 (أ) (5) والمادة 28 المادة الفقرة 1605 (أ) (7) من نفس القانون المصنف تحت باب تهديد الحياة، الاهمال و/أو التعمد في التسبب في الارهاق النفسي المذكور بالمادة 28 من قانون الولايات المتحدة الفقرة 1350 والمادة 18 من قانون الولايات المتحدة الفقرة 2333.

كل الاستدعاءات الخاصة بجلسات تقديم المذكرات، والمطالب الخاصة بكشف النقاب عن الادلة التي وقع التقدم بها فيما يخص هذه الدعوى ستكون متوفرة بموقع الانترنت:

http:www.september11classaction.com/

---

## انتهاء حالة الطوارئ المفروضة منذ تسعة اشهر في النيبال

■ كاتماندو . أف.ب: أعلنت مصادر حكومية ان حالة الطوارئ المفروضة منذ تسعة اشهر في النيبال بعد انهيار وقف اطلاق النار مع حركة التمرد الماوية تنتهي منتصف ليل الاربعاء، الخميس.

وكان رئيس وزراء النيبال شير باهادور ديوبا صرح امس الاول في بروكسل انه لا يؤيد تمديد حالة الطوارئ بينمـا اعلن عن اجـراء انتخابات تشريعية سابقة لاوانها في 13 تشرين الثاني (نوفمبر) المقبل.

وفرض الملك جيـنابندرا في 26 تشرين الثاني (نوفمبر) الماضي حالة الطوارئ لمدة ثلاثة اشهر وبعدها مددها بعد انهيار وقف اطلاق النار مع حركة التمرد الماوية التي تطالب بإقـامة جمهورية شيوعية في النيبال البلد الصحراوي الواقع بين الهند والصين.

وقد مدد وقف اطلاق النار مرتين.

يذكر ان حركة التمرد الناشطة في الريف خصوصا اسفرت عن سقوط اكثر من 4300 قتيل منذ 1996، اكثر من نصفهم بعد اعلان حالة الطوارئ التي منحت السلطات صلاحيات واسعة في توقيف واستجواب المتهمين.

---

## تفاقا ... مة الجنائية

«وروبي»: ● المسألة تتطلب الهدوء». واوضـحـت الحكومات الاوروبية دعاها تفنع الاوربـاتي بمانى عن اي الجنائية الدولية.

2 «الامريكية تحدث ان واشنطن عن النظام لمعاهدة التي اتفقت عن التزاماتها داخل حلف شمال ...وبين في رسائل وجهها في 16 ...و باقائدهم ما لم يكن ذلك «باساسيبه (...) خصوصا للتأكد من ادانة ...ءة متهم ولا يمكن الحصول على

«اتفاقا ... مة الجنائية ... ع التعاون الاوروبي، وهذا ية الدولية». هذه المسألة خلال ... والتجاري في الدنمارك.

...حال التعارض الامريكي رئيس ... التحضيع للضغوط الامريكية ...ة تسليم المتهمين الى المحكمة التشؤون الخارجية في حرب ... حكومة هاوارد. تطالب الولايات ... تليع اي امريكي الى المحكمة

...منطقي لاستثناء الولايات ... الحكومات الـ «بيده» يقرار ... برمته للخطر».

...رد الخبردور ورئيس الوزراء ... يولو) خلال زيارة تهاواره ... الى الفيول بشوية تتعلق

# اعــلان عــام

## الى المتهمين الذين وقع ذكرهم في القائمة الاتية:

الشيخ اسامة بن محمد بن لادن، a/k OSAMA BIN - LADEN, لا يعرف مقره الحالي. آخر مقر تواجد فيه كان بأفغانستان.

الطالبان a/k/a، الحكومة الاسلامية بأفغانستان، هيئة مؤسسين. لا يعرف مقرها الحالي، آخر مقر عرف لها كان بأفغانستان.

محمد عمر لا يعرف مقره الحالي. آخر مقر تواجد فيه كان بأفغانستان.

القاعدة/ الجيش الاسلامي لا يعرف مقره الحالي. آخر مقر تواجدت فيه كان بأفغانستان.

ارهابي لم يقع التعرف عليه المتهمون I - 500

**Thomas Mellon**
**Mellon Webster & Shelly**
**87 North Broad Street**
**Doylestown, Pennsylvania 18901**

بالحكمة العليا بمقاطعة كولومبيا (DC) قسم الشؤون المدنية، رفعت فيونا هفليش دعوى ضد الشيخ اسامة بن محمد بن لادن والآخرين a/k OSAMA BIN - LADEN قضية رقم 1:02 CV 00305 اعلام برفع دعوى-

ولقد اصدر القاضي جيمس روبرتسون امرا بالاعلام نشر بتاريخ 9 ايار (مايو) 2002، ولقد صدر امر ينشر النص الوارد في المحرر القانوني اعلاه اسبوعيا لستة اسابيع متتالية بصحيفة «الانترناشيونال هيرالد تريبيون» (باللغة الانكليزية) وبصحيفة «القدس العربي»- (باللغة العربية).

كذلك نشرت بالانترنت على العنوان الالكتروني التالي: http://www.september11classaction.com/

وعليه وقع اعلام المتهمين الذين ذكروا اعلاه، المتهمون مطلوبون للحضور لمكتب كاتب محكمة الولايات المتحدة، المحكمة العليا بمقاطعة كولومبيا (DC) الكائنة بـ:

(333 شارع كونستيتوشن ش،غ. واشنطن د. س 20001).

والسيد توماس مولن مع مكاتب مولن وبستر وشيلي الكائنة بـ87 نهج نورث برود دوليستون بنسلفانيا
Thomas Mellon Mellon Webster and Shelly, 87 North Broad Street, Doylestown, Pennsylvania 18901

والرد على الشكوى في خلال مدة لا تتجاوز الستين يوما بعد استلام الاستدعاء بعدم دخول الغاية، في حالة عدم حضور المتهمين، توجد امكانية يصدور حكم بالغياب يقضي بدفع التعويض المذكور بالشكوى.

ولقد رفعت بدعوى التسبب في الموت غير المشروع، والتأمر مما سينتج عنه فرض عقوبات تعزيرية حسب المادة 28 من قانون الولايات المتحدة الفقرة 5 1605 (أ) (5) والمادة 28 المادة الفقرة 1605 (أ) (7) من نفس القانون المسنف تحت باب تهديد الحياة، الاهمال و/او التعمد في التسبب في الارهاق النفسي المذكور بالمادة 28 من قانون الولايات المتحدة الفقرة 1350 والمادة 18 من قانون الولايات المتحدة الفقرة 2333.

كل الاستدعاءات الخاصة بجلسات تقديم المذكرات، والمطالب الخاصة بكشف النقاب عن الادلة التي وقع التقدم بها فيما يخص هذه الدعوى ستكون متوفرة بموقع الانترنت:

http:www.september11classaction.com/

---

## لحزب الجمهوري

### تنظيمه بأنه اسلامي

سوري للشعب ضم اليه ايضا هال درويش مع لبريكية المبكرة لد من تشرين

مول ان ميرال يبس، منذ 11 في مقر الحزب تياره دان هذا فنوحها امام

رئيس الحزب على ان برنامج ير الثاني الفرقة رازيد شباط سرة لا يمكن ان مادية في البلاد

بولند اجاويد ماعده عندما كود اقتصادي

في تاريخها وبناء درويش المهندس الاسلامي لعمليت الانشاء الاقتصادي يدعم مكلف من صندوق النقد الدولي.

والتحق درويش الشهر الماضي بالحزب الجمهوري للشعب، وترشح على لائحة اسطنبول.

وكان درويش وميزال اختلفا في السابق حول اجراءات التقشف المتخذة في البرنامج الاقتصادي لكن الوزير السابق يحسب بعد ذلك كله معظم الزعماء التقليديين.

واستقال درويش في العاشر من آب (اغسطس) بعد ان طلب منه بولند اجاويد ان يختار بين حقيبته وتشاطاته السياسية.

ويبدو ان انضمامه اعلى دفعا قويا للحزب الجمهوري الذي لم يمكنه اي نائب في البرلمان في الانتخابات التشريعية الاخيرة في 1999 لانه لم يتجاوز سلف الـ% 10 من اصوات الناخبين على الصعيد الوطني.

---

### مقتل 48 متمردا قرب بوغمبورا

■ بوغمبورا-اف ب: اعلن الناطق باسم الجيش في غنبورا امس الاربعاء ان 48 من المتمردين الهوتو في القوات طنية للتحرير قتلوا في 31 اب (اغسطس) اثناء قيام بيش البوروندي بتكفيك مركز مهم لقيادة المتمردين، واعلن اطق التكولينل ابقوس: ان نزامبيميبا لوكالة فرانس برس «عسكريين تدعمهم الدفعة هاجموا وقتلوا نيابيبانداء القمة على بعد عشرة كيلومترات شرق العاصمة البوروندية اعلاب بمعلومات عن قوة المتمردين».

وقال ان «معارك طاحنة جرت واحتمينا 48 قتيلا من مردين ولم نسجل اي خسارة في صفوفنا».

من جهته اكد مسؤول سياسي في القوات الوطنية للتحرير في اكبر حركات التمرد، في نفس هاتفي ان «7، مقاتلا وا».

وقال المسؤول الذي رفض الكشف عن هويته ان «الجيش سف مركزا تتم فيه معالجة جرحانا ما ادى الى مقتل 37. «94

ومنذ اندلاع الحرب الاهلية في بوروندي في 1993 قتل اكثر من 250 الف شخص معظمهم من المدنيين في معارك بين جيش الذي تسيطر عليه القلبية التوتسسي والحركات عرد للهوتو.

---

قبل الحادي عشر من ايلول (سبتمبر) الجاري بأنه مخطير جدا، محددة مرافق امريكية وبودية واسرائيلية كاهداف لضربات ارهابية.

وقال شيلي في حديث لقناة التلفزة الالمانية الثانية «زي دي اف» صباح امس الاربعاء ان الثانية كيماني الدول الاوروبية الخليفة للولايات المتحدة مهددة بوقوع هجمات ارهابية فيها بمناسبة الحادي عشر من الشهر الجاري لسبب بسيط وهو ان شبكات تنظيم «القـاعـدة» لا زالت قادرة على توجيـه مسل هذه الضربات، واضاف المسؤول الالماني ان سلطاتـه تعمل في الوقت الحاضر على 70 تحقيقا بخصوص منظمات ارهابية اسلامية تشارك دائرة حماية الدستور في 50 منها.

## اعـلان عـام

### الى المتهمين الذين وقع ذكرهم في القائمة الاتية:

**الشيخ اسامة بن محمد بن لادن،** a/k/a OSAMA BIN - LADEN, لا يعرف مقره الحالي. آخر مقر تواجد فيه كان بأفغانستان.

**الطالبان/**a/k/a، الحكومة الاسلامية بأفغانستان، هيئة مؤسسين. لا يعرف مقرها الحالي. آخر مقر عرف لها كان بأفغانستان.

**محمد عمر** لا يعرف مقره الحالي. آخر مقر تواجد فيه كان بأفغانستان.

**القاعدة/ الجيش الاسلامي** لا يعرف مقرها الحالي. آخر مقر تواجدت فيه كان بأفغانستان.

**ارهابي لم يقع التعرف عليه** المتهمون ا ـ 500

**Thomas Mellon**
**Mellon Webster & Shelly**
**87 North Broad Street**
**Doylestown, Pennsylvania 18901**

بالمحكمة العليا بمقاطعة كولومبيا (DC) قسم الشؤون المدنية، رفعت فيونا هفليش دعوى ضد الشيخ اسامة بن محمد بن لادن والآخرين a/k OSAMA BIN - LADEN قضية رقم 00305 CV 1:02 اعلام برفع دعوى.

ولقد اصدر القاضي جيمس روبرتسون امرا بالاعلام نشر بتاريخ 9 ايار (مايو) 2002، ولقد صدر امر بنشر النص الوارد في المحرر القانوني اعلاه اسبوعيا لستة اسابيع متتالية بصحيفة «الانترناشيونال هيرالد تريبيون» (باللغة الانكليزية) وبصحيفة «القدس العربي»ـ (باللغة العربية).

كذلك نشرت بالانترنت على العنوان الالكتروني التالي: /http://www.september11classaction.com

وعليه وقع اعلام المتهمين الذين ذكروا اعلاه. المتهمون مطلوبون للحضور لمكتب كاتب محكمة الولايات المتحدة، المحكمة العليا بمقاطعة كولومبيا (DC) الكائنة بـ

(333 شارع كونستيتوشن ش، غ، واشنطن د، س 20001).

333 Constitution Avenue, N.W Washington D.C.20001

والسيد توماس مولن مع مكاتب مولن ويبستر وشيلي الكائنة بـ87 نهج نورث برود دوليستون بنسلفانيا

Thomas Mellon Mellon Webster and Shelly, 87 North Broad Street, Doylestown, Pennsylvania 18901

والرد على الشكوى في خلال مدة لا تتجاوز الستين يوما بعد استلام الاستدعاء بعدم دخول الغاية، في حالة عدم حضور المتهمين، توجد امكانية بصدور حكم بالغياب يقضي بدفع التعويض المذكور بالشكوى.

الشكوى رفعت بدعوى التسبب في الموت غير المشروع، والتآمر مما سينتج عنه فرض عقوبات تغريمية حسب المادة 28 من قانون الولايات المتحدة الفقرة 1605 (أ) (5) والمادة 28 المادة الفقرة 1605 (أ) (7) من نفس القانون المصنف تحت باب تهديد الحياة، الاهمال و/أو التعمد في التسبب في الارهاق النفسي المذكور بالمادة 28 من قانون الولايات المتحدة الفقرة 1350 والمادة 18 من قانون الولايات المتحدة الفقرة 2333.

كل الاستدعاءات الخاصة بجلسات تقديم المذكرات، والمطالب الخاصة بكشف النقاب عن الادلة التي وقع التقدم بها فيما يخص هذه الدعوى ستكون متوفرة بموقع الانترنت:

http:www.september11classaction.com/

## SPECIFIC AUTHENTICATION CERTIFICATE

```
Confederation of Switzerland          )
Bern, Canton of Bern                  ) SS:
Embassy of the United States of America )
```

I certify that the annexed document is executed by the genuine signature and seal of the following named official who, in an official capacity, is empowered by the laws of Switzerland to execute that document.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

<u>Liliane GYGAX</u>
(Typed name of Official who executed the annexed document)


(Signature of Consular Officer)


<u>Scott D. Boswell</u>
(Typed name of Consular Officer)


<u>Consul of the United States of America</u>
(Title of Consular Officer)


<u>October 17, 2002</u>
(Date)



## EMBASSY OF SWITZERLAND

No. 1074-IE

The Embassy of Switzerland , Foreign Interests Section , in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran and has the honor to refer the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit entitled Fiona Havlish, et al. v. Islamic Republic of Iran , et al. ; Civil Case No. 1:02-CV-0305 (JR) in which the Islamic Republic of Iran , the Islamic Revolutionary Guard and Iranian Ministries of Information and Security, of Petroleum, of Economic Affairs and Finance, of Commerce, and of Defense are defendants . The case is pending in United States District Court . District of Columbia . The Embassy herewith transmits a Notice of Suit with Summons and Complaint. This note constitutes service of these documents upon the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code , Section 1608(a)(4) .

Under applicable United States law a defendant in a lawsuit must file an answer to the Summons and Complaint or some other responsive pleading within 60 days from the date of service of the Summons and Complaint (i.e. the date of this note) or face the possibility of having final judgment entered against it without the opportunity of presenting evidence or arguments in its behalf . Accordingly , the Foreign Interests Section requests that the enclosed summons be forwarded to the appropriate authority of the Government of the Islamic Republic of Iran with a view towards taking whatever steps are necessary to answer the Summons and Complaint .

Please note that under United States law and procedure neither the Embassy nor the Department of State is in a position to comment on the present suit . Under the laws of the United States , any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending , for which reason it is advisable to consult an attorney in the United States .

The enclosure includes a copy of pertinent United States laws concerning sovereign immunities .

The Embassy of Switzerland , Foreign Interests Section , avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration .

Tehran , October 09, 2002  (Mehr 17, 1381)



Ministry of Foreign Affairs of the
Islamic Republic of Iran
Tehran

I , Antje Günther  , Deputy Head of the Foreign Interests Section of the Embassy of Switzerland in Tehran certify that this is a true copy of the Embassy of Switzerland , Foreign Interests Section diplomatic note number 1074-IE dated October 09, 2002 , and delivered to the Ministry of Foreign Affairs of the Islamic Republic of Iran on October 09, 2002.

Antje Günther
Deputy Head of Foreign Interests Section

Tehran , October 09, 2002



No.      7 9 7 8
Seen for legalization of
the above signature
Berne,    1 5. Okt. 2002
**Swiss Federal Chancellery**

Liliane Gygax

SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland          )
Bern, Canton of Bern                  ) SS:
Embassy of the United States of America )

I certify that the annexed document bears the genuine seal of the Swiss Federal Department of Foreign Affairs.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
(Signature of Consular Officer)

_____
        Scott D. Boswell
    (Typed name of Consular Officer)


Consul of the United States of America
      (Title of Consular Officer)


October 17, 2002
    (Date)



20643

EIDGENÖSSISCHES DEPARTEMENT
FÜR AUSWÄRTIGE ANGELEGENHEITEN

**DRINGEND**
K.252.41 USA/IRAN 3 A

Das Eidgenössische Departement für auswärtige Angelegenheiten, bezieht sich auf die Note CONS No. 13182 vom 30. September 2002 betr. die Übermittlung von Gerichtsakten im Sammelklagefall Fiona Havlish gegen die Islamische Republik Iran, und beehrt sich, der Botschaft der Vereinigten Staaten von Amerika, in der Beilage die acht Sätze der Unterlagen zuzustellen, die es vom Dienst für amerikanische Interessen der Schweizerischen Botschaft in Teheran zurückerhalten hat.

- **8 Sätze Gerichtsakten: Fiona Havlish, et al. v. the Islamic Republic of Iran, et al.; CV No. 1:02-CV-0305 (JR)**

- **"Proof of Service", datiert vom 9. Oktober 2002**

Der genannte Dienst hat die oben erwähnten Gerichtsakten samt seiner Note Nr. 1074-IE, datiert vom 9. Oktober 2002, mit Bestätigung des 'proof of service', datiert vom 9. Oktober 2002 **ohne Kommentar seitens des iranischen Aussenministeriums zurückerhalten.**

Das Departement benützt auch diesen Anlass, um die Botschaft seiner ausgezeichneten Hochachtung zu versichern.

Bern, 16. Oktober 2002

**Beilagen erwähnt**

An die Botschaft der
Vereinigten Staaten von Amerika

Informal Embassy translation from the German of SPP Note
No. 20643 dated October 16, 2002:

"The Federal Department of Foreign Affairs, referring to
Embassy's note No. 13182 of September 30, 2002 concerning
the transmission of the court documents in the case Fiona
Havlish, et al. vs. the Islamic Republic of Iran, has the
honor to submit to the Embassy of the Untied States of
America the following enclosures received from the American
Interests Section of the Swiss Embassy in Tehran.

- 8 sets of the court documents: Fiona Havlish, et al. vs.
  the Islamic Republic of Iran, et al.; CV No. 1:02-CV-0305
  (JR)
- "Proof of service" dated October 9, 2002


The Interests Section received back the above mentioned
court documents as well as its Note No. 1074-IE dated
October 9, 2002 and the confirmation of 'proof of service'
dated October 9, 2002 from the Iranian Ministry of Foreign
Affairs with no comments.

Complimentary close.

Bern, October 16, 2002

Enclosures as stated

## SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland              )
Bern, Canton of Bern                       )  SS:
Embassy of the United States of America )


I, Scott D. BOSWELL, a consular officer at the Embassy of the
United States at Bern, Switzerland, certify that this is a true
copy of Embassy note number 13182 dated September 30, 2002,
which was transmitted to the Swiss Ministry of Foreign Affairs
on October 1, 2002 for further transmission to the American
Interests Section of the Swiss Embassy in Tehran, Iran.


(Signature of Consular Officer)


Scott D. BOSWELL
(Typed name of Consular Officer)


Consul of the United States of America
(Title of Consular Officer)


October 17, 2002
(Date)



*Embassy of the United States of America*
September 30, 2002

CONS NO. 13182

U R G E N T!

Federal Department of Foreign
 Affairs
Foreign Interests Service
Bundesgasse 32
3003 Bern

Subject: JUDICIAL ASSISTANCE: Service of Summons and
Complaint and Notice of Suit Pursuant to the Foreign
Sovereign Immunities Act - Fiona Havlish et al. v. Islamic
Republic of Iran, et al.; Civil Case No. 1:02-CV-0305 (JR)

REF:      ----

The Department of State has requested the delivery of the
enclosed Summons and Complaint and Notice of Suit to the
Islamic Republic of Iran pursuant to the Foreign Sovereign
Immunities Act in the matter of Fiona Havlish, et al. v.
Islamic Republic of Iran, et al.; Civil Case No. 1:02-CV-0305
(JR).

The Embassy is herewith requesting the Swiss Ministry of
Foreign Affairs to transmit the documents to the American
Interests Section of the Swiss Embassy in Tehran.  The
American Interests Section should transmit the Summons and
Complaint and Notice of Suit to the Islamic Republic of Iran
under cover of a diplomatic note utilizing the language
provided in the enclosed instruction.

Transmittal should be done in a manner which enables the
Embassy to confirm delivery.  The American Interests Section
should execute the certification of the diplomatic note,
which will be forwarded by the Department of State to the
requesting court in the United States.

Enclosed is the appropriate part of a Memorandum the Embassy
received from the Department of State as well as seven sets
of the Summons and Complaint and Notice of Suit for the·
Iranian Ministry of Foreign Affairs.

The Embassy would appreciate being informed of the date the
American Interests Section of the Swiss Embassy in Tehran
receives the documents as well as the date the Interests
Section forwards the Summons and Complaint and Notice of Suit
to the Iranian authorities.

SPP's speedy assistance is much appreciated.



UNCLASSIFIED

## *Department of State*

# WARSAW 03544 ██████

ACTION OCS-03

INFO   LOG-00    AID-00    AMAD-00   SRPP-00   EUR-00    UTED-00   TEDE-00
       IO-00     JUSE-00   L-00      NEA-00    NSAE-00   TEST-00   LBA-00
       SAS-00    ████
       ------------------------   ██████   ████████

R 02████████CT 02
FM AMEMBASSY WARSAW
TO SECSTATE WASHDC 5997

UNCLAS WARSAW 003544


FOR CA/OCS/PRI-LUKE BELLOCCHI

E.O. 12958: N/A
TAGS: CJAN, PL
SUBJECT: JUDICIAL ASSISTANCE - SERVICE OF PROCESS TO
IRAQ

REF: DEPARTMENT (CA/OCS/PRI) MEMO DATED 09/13/02

1. Post received a request for service of Summons and
Complaint and Notice of Suit on The Republic of Iraq in
the matter of Fiona Havlish, et al. v. Islamic Republic
of Iraq, et al.; Civil Case No. 1:02-CV-0305 (JR).

2. On October 1, 2002 post delivered the documents to
be served, accompanied with a diplomatic note number C-
00143, dated October 1, 2002 to the Polish Ministry of
Foreign Affairs for transmittal to the American
Interests Section in Baghdad.
Hill

**Stephen A Corr**
_____

| | |
|---|---|
| **From:** | "Stephen A Corr" <SCorr@MellonWebster.com> |
| **To:** | <MissionOfIraq@nyc.rr.com> |
| **Sent:** | Monday, September 30, 2002 3:42 PM |
| **Attach:** | Order for Alt Service Hussein and Ayatolla.pdf; Summons - Saddam.pdf; Arabic Amended Complaint.pdf; Summons - Saddam.doc; Arabic Amended Complaint.doc; Amended Complaint-First.pdf; Amended Complaint - First.doc |
| **Subject:** | Havlish, et al v. bin Laden, et al., U.S. Dist. Court, District of Columbia No. 02-0305(JR) |

To Whom It May Concern:

   Pursuant to the Order of the Honorable James Robertson, entered on
September 30, 2002, the plaintiffs in the above-referenced matter hereby
make service upon Saddam Hussein pursuant to F.R.Civ.P. 4(f).  Attached are
the following documents in MS Word and .pdf formats:

1.   Order granting Alternative Service entered by Judge Robertson
        September 30, 2002 (.pdf format only);
2.   Summons Addressed to Saddam Hussein (Arabic and English versions);
3.   Amended Complaint (Arabic and English versions).

Please note that the defendant has sixty (60) days to file a responsive
pleading to the attached Amended Complaint.  Failure to respond within sixty
(60) days may result in a default judgment against the defendant.

_____
Stephen A. Corr, Esquire
Mellon, Webster & Shelly
87 North Broad Street
Doylestown, PA  18901
(215) 348-7700  Phone
(215) 348-0171  Fax

10/1/02

Page 1 of 1

Case 1:03-md-01570-GBR-SN Document 2125-10 Filed 08/20/08 Page 26 of 39
Case 1:02-cv-01570-GBR-SN Document 525-25 Filed 11/01/2002 Page 26 of 39

**Stephen A Corr**

| | |
|---|---|
| **From:** | "Stephen A Corr" <SCorr@MellonWebster.com> |
| **To:** | <MissionofIraq@nyc.rr.com> |
| **Sent:** | Monday, September 30, 2002 3:47 PM |
| **Attach:** | Order for Alt Service Hussein and Ayatolla.pdf; Summons - Qusai.pdf; Arabic Amended Complaint.pdf; Summons - Qusai.doc; Arabic Amended Complaint.doc; Amended Complaint-First.pdf; Amended Complaint - First.doc |
| **Subject:** | Fw: Havlish, et al v. bin Laden, et al., U.S. Dist. Court, District of Columbia No. 02-0305(JR) |

To Whom It May Concern:

   Pursuant to the Order of the Honorable James Robertson, entered on
September 30, 2002, the plaintiffs in the above-referenced matter hereby
make service upon Qusai Hussein pursuant to F.R.Civ.P. 4(f).  Attached are
the following documents in MS Word and .pdf formats:

1.   Order granting Alternative Service entered by Judge Robertson
      September 30, 2002 (.pdf format only);
2.   Summons Addressed to Qusai Hussein (Arabic and English versions);
3.   Amended Complaint (Arabic and English versions).

Please note that the defendant has sixty (60) days to file a responsive
pleading to the attached Amended Complaint.  Failure to respond within sixty
(60) days may result in a default judgment against the defendant.

_____
Stephen A. Corr, Esquire
Mellon, Webster & Shelly
87 North Broad Street
Doylestown, PA  18901
(215) 348-7700  Phone
(215) 348-0171  Fax

Page 1 of 1

Case 1:03-md-01570-GBR-SN Document 3125-10 Filed 08/20/08 Page 27 of 39
Case 1:02-cv-00305-JR Document 85-25 Filed 11/01/2002 Page 2 of 3

## Stephen A Corr

| | |
|---|---|
| **From:** | "Stephen A Corr" <SCorr@MellonWebster.com> |
| **To:** | <iran@un.int> |
| **Sent:** | Monday, September 30, 2002 3:54 PM |
| **Attach:** | Order for Alt Service Hussein and Ayatolla.pdf; Summons - Ayatollah Ali Hoseini-Khamenei.pdf; Farsi Amended Complaint.pdf; Summons - Ayatollah Ali Hoseini-Khamenei.doc; Farsi Amended Complaint.doc; Amended Complaint-First.pdf; Amended Complaint - First.doc |
| **Subject:** | Havlish et al. v. bin Laden, et al., U.S. Dist. Court, District of Columbia No 02-0305 (JR) |

To Whom It May Concern:

   Pursuant to the Order of the Honorable James Robertson, entered on September 30, 2002, the plaintiffs in the above-referenced matter hereby make service upon Ayatollah Ali Hoseini-Khamenei pursuant to F.R.Civ.P. 4(f). Attached are the following documents in MS Word and .pdf formats:

1.   Order granting Alternative Service entered by Judge Robertson September 30, 2002 (.pdf format only);
2.   Summons Addressed to Ayatollah Ali Hoseini-Khamenei (Farsi and English versions);
3.   Amended Complaint (Farsi and English versions).

Please note that the defendant has sixty (60) days to file a responsive pleading to the attached Amended Complaint. Failure to respond within sixty (60) days may result in a default judgment against the defendant.

Stephen A. Corr, Esquire
Mellon, Webster & Shelly
87 North Broad Street
Doylestown, PA 18901
(215) 348-7700 Phone
(215) 348-0171 Fax

Stephen A. Corr, Esquire
Mellon, Webster & Shelly
87 North Broad Street
Doylestown, PA 18901
(215) 348-7700 Phone
(215) 348-0171 Fax

10/1/02

Postage and Delivery Confirmation fees must be paid before mailing.
Article Sent To: (to be completed by mailer)

PERMANENT MISSION OF IRAQ TO THE UN   Shelly
14 EAST 79th STREET
NEW YORK, NY 10021

POSTAL CUSTOMER:
Keep this receipt. For inquiries: Access
Internet web site at www.usps.com
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
[X] Priority Mail
[ ] Standard Mail (B)
(See Reverse)

PS Form 152, March 1999

DELIVERY CONFIRMATION NUMBER:
0300 1290 0006 5304 0533

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR

JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

September 30, 2002

14 East 79th Street
New York, NY 10021

**Re: Havlish, et al. v. bin Laden, et al.**
**U.S. District Court, District of Columbia, No. 02-0305**

To Whom It May Concern:

Pursuant to the Order of the Honorable James Robertson, entered on September 30, 2002, the Plaintiffs in the above-referenced matter hereby make service upon Saddam Hussein pursuant to F.R.Civ.P. 4(f). Enclosed are the following documents:

1. Order granting Alternative Service entered by Judge Robertson dated September 30, 2002;

2. Summons Addressed to Saddam Hussein (Arabic and English versions); and

3. Amended Complaint (Arabic and English versions)

**Please note that the Defendant has sixty (60) days to file a responsive pleading to the attached Amended Complaint. Failure to respond within sixty (60) days may result in a default judgment against the Defendant.**

U.S. POSTAL SERVICE    CERTIFICATE OF MAILING
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT
PROVIDE FOR INSURANCE—POSTMASTER

Received From:
MELLON WEBSTER + SHELLY
87 N. BROAD STREET
DOYLESTOWN PA 18901

One piece of ordinary mail addressed to:
PERMANENT MISSION OF IRAQ TO THE U
14 EAST 79th STREET
NEW YORK, NY 10021

PS Form 3817, Mar. 1989

U.S. POSTAGE
DOYLESTOWN, PA
18901
UNITED STATES
AMOUNT
$0.60
0035690-02

truly yours,

[signature]

STEPHEN A. CORR

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

PERMANENT MISSION OF IRAQ TO THE U N *Shelly*
(Please Print Clearly)
14 EAST 79ᵗʰ STREET
New York, NY 10021

**POSTAL CUSTOMER:**
Keep this receipt. For inquiries: Access
internet web site at www.usps.com
or call 1-800-222-1811

Postmark
Here

CHECK ONE (POSTAL USE ONLY)
☒ Priority Mail
☐ Standard Mail (B)
(See Reverse)

PS Form 152, March 1999

DELIVERY CONFIRMATION NUMBER:
0300 1290 0006 5304 0526

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR

————————
JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

September 30, 2002

To the United Nations
14 East 79ᵗʰ Street
New York, NY 10021

Re: **Havlish, et al. v. bin Laden, et al.**
    **U.S. District Court, District of Columbia, No. 02-0305**

To Whom It May Concern:

Pursuant to the Order of the Honorable James Robertson, entered on September 30, 2002, the Plaintiffs in the above-referenced matter hereby make service upon Qusai Hussein pursuant to F.R.Civ.P. 4(f). Enclosed are the following documents:

1.  Order granting Alternative Service entered by Judge Robertson dated September 30, 2002;

2.  Summons Addressed to Qusai Hussein (Arabic and English versions); and

3.  Amended Complaint (Arabic and English versions)

**Please note that the Defendant has sixty (60) days to file a responsive pleading to the attached Amended Complaint. Failure to respond within sixty (60) days may result in a default judgment against the Defendant.**

... truly yours,

*Stephen A. Corr*

STEPHEN A. CORR

**U.S. POSTAL SERVICE    CERTIFICATE OF MAILING**
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT
PROVIDE FOR INSURANCE—POSTMASTER

Received From:
Mellon Webster + Shelly
87 N. Broad Street
Doylestown, PA 18901

One piece of ordinary mail addressed to:
Permanent Mission of Iraq to the UN
14 East 79ᵗʰ Street
New York, NY 10021

PS Form 3817, Mar. 1989

U.S. POSTAGE
PAID
DOYLESTOWN, PA
18901
UNIT
00053690-02
AMOUNT
$0.90

**U.S. Postal Service Delivery Confirmation Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

DELIVERY CONFIRMATION NUMBER: 0300 1290 0006 5304 0514

PERMANENT MISSION OF IRAN TO THE UN *Shelly*
622 THIRD AVENUE
NEW YORK, NY 10017

**POSTAL CUSTOMER:**
Keep this receipt. For inquiries: Access
Internet web site at www.usps.com
or call 1-800-222-1811

**CHECK ONE (POSTAL USE ONLY)**
☒ Priority Mail
☐ Standard Mail (B)
(See Reverse)

PS Form 152, March 1999

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR

JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

September 30, 2002

Permanent Mission of Iran
To the United Nations
622 Third Avenue
New York, NY 10017

  Re: **Havlish, et al. v. bin Laden, et al.**
    **U.S. District Court, District of Columbia, No. 02-0305**

To Whom It May Concern:

  Pursuant to the Order of the Honorable James Robertson, entered on September 30, 2002, the Plaintiffs in the above-referenced matter hereby make service upon Ayatollah Ali Hoseini-Khamenei pursuant to F.R.Civ.P. 4(f). Attached are the following documents:

  1. Order granting Alternative Service entered by Judge Robertson dated September 30, 2002;

  2. Summons Addressed to Ayatollah Ali Hoseini-Khamenei (Farsi and English versions); and

  3. Amended Complaint (Farsi and English versions)

Please note that the Defendant has sixty (60) days to file a responsive [...] to respond within sixty (60) [...]ndant.

**U.S. POSTAL SERVICE** **CERTIFICATE OF MAILING**
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From:
*Mellon Webster + Shelly*
*87 N. Broad Street*
*Doylestown PA 18901*

One piece of ordinary mail addressed to:
*Permanent Mission of Iran to the Un*
*622 Third Avenue*
*New York, NY 10017*

PS Form 3817, Mar. 1989

[...] truly yours,

STEPHEN A. CORR

 **UNITED STATES POSTAL SERVICE®** ⊠

## Track & Confirm

**Shipment History**

You entered 0300 1290 0006 5304 0533

Your item was refused by the addressee at 2:07 pm on October 03, 2002 in NEW YORK, NY 10021 and is being returned to the sender. Status is updated every evening. Please check again later.

Here is what happened earlier:

- ■ ACCEPTANCE, October 01, 2002, 12:10 pm, DOYLESTOWN, PA 18901



Track & Confirm

Enter number from shipping re

Track & Confirm FAQs

 **POSTAL INSPECTORS** Preserving the Trust

**site map  contact us  government services**
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy


**UNITED STATES**
**POSTAL SERVICE**®

## Track & Confirm

### Shipment History

You entered 0300 1290 0006 5304 0526

Your item was refused by the addressee at 2:07 pm on
October 03, 2002 in NEW YORK, NY 10021 and is being
returned to the sender. Status is updated every evening.
Please check again later.

Here is what happened earlier:

- ACCEPTANCE, October 01, 2002, 12:09 pm,
  DOYLESTOWN, PA 18901

**Track & Confirm**

Enter number from shipping re

Track & Confirm FAQs


POSTAL INSPECTORS
Preserving the Trust

**site map  contact us  government services**
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy

 **UNITED STATES POSTAL SERVICE** ☒

# Track & Confirm

### Shipment History

You entered 0300 1290 0006 5304 0519

Your item was delivered at 10:43 am on October 03, 2002 in NEW YORK, NY 10017.

Here is what happened earlier:

- ENROUTE, October 03, 2002, 9:04 am, NEW YORK, NY 10017
- ACCEPTANCE, October 01, 2002, 12:07 pm, DOYLESTOWN, PA 18901



**Track & Confirm**

Enter number from shipping re

Track & Confirm FAQs

 **POSTAL INSPECTORS**
Preserving the Trust

**site map  contact us  government services**
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy



LAW OFFICES

*Mellon Webster & Shelly*

A PROFESSIONAL CORPORATION
87 NORTH BROAD STREET
DOYLESTOWN, PA 18901
215-348-7700 • FAX 215-348-0171

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR

JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

October 9, 2002

**Via Federal Express/Standard Overnight**
Permanent Mission of Iraq
To the United Nations
14 East 79th Street
New York, NY 10021

  Re:  **Havlish, et al. v. bin Laden, et al.**
      **U.S. District Court, District of Columbia, No. 02-0305**

To Whom It May Concern:

  Pursuant to the Order of the Honorable James Robertson, entered on September 30, 2002, the Plaintiffs in the above-referenced matter hereby make service upon Saddam Hussein pursuant to F.R.Civ.P. 4(f). Enclosed are the following documents:

  1.  Order granting Alternative Service entered by Judge Robertson dated September 30, 2002;

  2.  Summons Addressed to Saddam Hussein (Arabic and English versions); and

  3.  Amended Complaint (Arabic and English versions)

  **Please note that the Defendant has sixty (60) days to file a responsive pleading to the attached Amended Complaint. Failure to respond within sixty (60) days may result in a default judgment against the Defendant.**

      Very truly yours,

      STEPHEN A. CORR

SAC:cmh
Enclosures
**Federal Express No.: 7906 0934 9732**

Case 1:03-md-01570-GBR-SN Document 21.25-10 Filed 08/20/08 Page 35 of 39
Case 1:02-cv-01570-GBR-SN Document 85-25 Filed 11/01/2002 Page 25 of 39

From: T.E.M. (215)348-7700

299 Maple Avenue

Doylestown, PA, 18901



REVENUE BARCODE

**To: Permanent Mission of Iraq (212)737-4483**
**To the United Nations**
**14 East 79th Street**

**New York, NY, 10021**

Ref: 5084

SHIP DATE: 09OCT02
WEIGHT: 3 LBS

RELEASE# 3785346



DELIVERY ADDRESS BARCODE (FEDEX-EDR)
**TRK # 7906 0934 9732** FORM
0201

**10021-NY-US**

FedEx STANDARD OVERNIGHT
EWR



**Z2 FLUA**

**THU**
A1

Deliver by:
**10OCT02**



## Shipping Label

| Schedule Courier | Find a Dropoff Location | Shipping History |
| Shipment Complete | Cancel Shipment | Edit Shipment Information |

1. Use the "Print" feature from your browser to send this page to your laser printer.
2. Fold the printed page along the horizontal line.
3. Place label in air waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and sc

## Shipment Details

To print a copy of the shipment information for your records, please click "Shipment Details".

| Shipment Details |

## Ship a New Package

| Ship Inside U.S. | Ship Outside U.S | Ship to Same Recipient |

Use of this system constitutes your agreement to the service conditions in the current FedEx service Guide, available upon request.
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation,
unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide
apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other
forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual
documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide.
Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/cgi-bin/unity?www63&gifs/32/97/7906_0934_9732SXgayus.html     10/09/2002

## Catherine M. Hassett

| | |
|---|---|
| **From:** | <sysdeliv@fn3a.prod.fedex.com>; "FedEx" <webmaster@fedex.com> |
| **To:** | <chassett@mellonwebster.com> |
| **Sent:** | Thursday, October 10, 2002 1:57 PM |
| **Subject:** | FedEx shipment 790609349732 |

Our records indicate that the shipment sent from T.E.M.
to Permanent Mission of Iraq/To the United  has been delivered.
The package was delivered on 10/10/2002 at 9:24 AM and signed for
or released by R.RASHID.

The ship date of the shipment was  10/09/2002.

The tracking number of this shipment was 790609349732.

Thank you for shipping with FedEx Ship Manager at FedEx.com.
https://www.fedex.com/cgi-bin/ship_it/interNetShip/

To track the status of this shipment on line click on the following:
http://www.fedex.com/cgi-bin/tracking?
tracknumbers=790609349732&action=track&language=english&cntry_code=us

Disclaimer
-------------------------------------------------------------
FedEx has not validated the authenticity of any email address.



LAW OFFICES

*Mellon Webster & Shelly*

A PROFESSIONAL CORPORATION
87 NORTH BROAD STREET
DOYLESTOWN, PA 18901
215-348-7700 • FAX 215-348-0171

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR

October 9, 2002

JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

**Via Federal Express/Standard Overnight**
Permanent Mission of Iraq
To the United Nations
14 East 79th Street
New York, NY  10021

Re:     **Havlish, et al. v. bin Laden, et al.**
        **U.S. District Court, District of Columbia, No. 02-0305**

To Whom It May Concern:

Pursuant to the Order of the Honorable James Robertson, entered on September 30, 2002, the Plaintiffs in the above-referenced matter hereby make service upon Qusai Hussein pursuant to F.R.Civ.P. 4(f).  Enclosed are the following documents:

1.     Order granting Alternative Service entered by Judge Robertson dated September 30, 2002;

2.     Summons Addressed to Qusai Hussein (Arabic and English versions); and

3.     Amended Complaint (Arabic and English versions)

Please note that the Defendant has sixty (60) days to file a responsive pleading to the attached Amended Complaint.  Failure to respond within sixty (60) days may result in a default judgment against the Defendant.

Very truly yours,

STEPHEN A. CORR

SAC:cmh
Enclosures
**Federal Express No.:  7927 5684 6234**

From: T.E.M. (215)348-7700

299 Maple Avenue

Doylestown, PA, 18901

REVENUE BARCODE



To: Permanent Mission of Iraq (212)737-4483
    To the United Nations
    14 East 79th Street

    New York, NY, 10021

SHIP DATE: 09OCT02
WEIGHT: 3 LBS

Ref: 5084

RELEASE# 3785346



DELIVERY ADDRESS BARCODE(FEDEX-EDA)
TRK # 7927 5684 6234 FORM 0201

FedEx  STANDARD OVERNIGHT

10021-NY-US

THU
A1

Deliver by:
10OCT02

EWR



Z2 FLUA

---

## Shipping Label

| Schedule Courier | Find a Dropoff Location | Shipping History |

| Shipment Complete | Cancel Shipment | Edit Shipment Information |

1. Use the "Print" feature from your browser to send this page to your laser printer.
2. Fold the printed page along the horizontal line.
3. Place label in air waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and sc

### Shipment Details

To print a copy of the shipment information for your records, please click "Shipment Details".

| Shipment Details |

### Ship a New Package

| Ship Inside U.S. | Ship Outside U.S | Ship to Same Recipient |

Use of this system constitutes your agreement to the service conditions in the current FedEx service Guide, available upon request.
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation,
unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide
apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other
forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual
documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide.
Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/cgi-bin/unity?www47&gifs/34/62/7927_5684_6234SapaiDK.html     10/09/2002

Page 1 of 1

Case 1:03-md-01570-GBR-SN Document 3125-10 Filed 08/20/08 Page 38 of 39
Case 1:02-cv-06300-GBR-SN Document 85-21 Filed 11/01/2002 Page 38 of 39

## Catherine M. Hassett

**From:** <sysdeliv@fn3a.prod.fedex.com>; "FedEx" <webmaster@fedex.com>
**To:** <chassett@mellonwebster.com>
**Sent:** Thursday, October 10, 2002 1:51 PM
**Subject:** FedEx shipment 792756846234

Our records indicate that the shipment sent from T.E.M.
to Permanent Mission of Iraq/To the United  has been delivered.
The package was delivered on 10/10/2002 at 9:24 AM and signed for
or released by R.RASHID.

The ship date of the shipment was  10/09/2002.

The tracking number of this shipment was 792756846234.

Thank you for shipping with FedEx Ship Manager at FedEx.com.
https://www.fedex.com/cgi-bin/ship_it/interNetShip/

To track the status of this shipment on line click on the following:
http://www.fedex.com/cgi-bin/tracking?
tracknumbers=792756846234&action=track&language=english&cntry_code=us

Disclaimer
---------------------------------------------------------------
FedEx has not validated the authenticity of any email address.

10/18/2002