UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In Re:

                                                       :      **ORDER**

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001                     :      03 MDL 1570 (GBD)(FM)

-----------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

        To afford the Court additional time to consider the plaintiffs' discovery motions, their time to respond to defendant National Commercial Bank's recently-filed motion to dismiss is adjourned until further order of the Court.

        SO ORDERED.

Dated:       New York, New York
                 September 5, 2008

                                                        FRANK MAAS
                                         United States Magistrate Judge

Copies to:

Honorable George B. Daniels
United States District Judge

All counsel (via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/08