AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

Southern    DISTRICT OF    New York

**APPEARANCE**

In Re: Terrorist Attacks on September 11, 2001
This document relates to: All Actions

Case Number: 03 MDL 1570

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The Saudi Joint Relief Committee (The SJRC)

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/10/2008 | *[signature]* |
| Date | Signature |
| | W. David Sarratt — WS-1439 |
| | Print Name — Bar Number |
| | 1615 M Street, N.W., Suite 400 |
| | Address |
| | Washington, DC 20036 |
| | City — State — Zip Code |
| | (202) 326-7973 — (202) 326-7999 |
| | Phone Number — Fax Number |