UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL 1570 (GBD) (FM)<br>ECF Case |

*This document relates to:*

*All cases*

## MOTION FOR ADMISSION *PRO HAC VICE*

PURSUANT TO RULE 1.3 (c) of the local rules of the United States District Court for the Southern District of New York, I, Jerry S. Goldman, counsel for the Plaintiffs in Estate of John P. O'Neill, Sr., *et al.* v. Al Baraka Investment & Development Corp., *et. al.* 04-CV-1923 (GBD) (FM), Estate of John P. O'Neill, Sr., *et al.* v. Republic of Iraq, *et al.* 04-CV-1076 (GBD) (FM), *and* Estate of John P. O'Neill, Sr., *et al.* v. Kingdom of Saudi Arabia, *et al.* 04-CV-1922 (GBD) (FM) (collectively "O'Neill Plaintiffs"), and a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *Pro Hac Vice* of

| | |
|---|---|
| Applicant Names: | Mark E. Gottlieb ("Gottlieb")<br>William H. Pillsbury ("Pillsbury") *and*<br>Darin J. McMullen ("McMullen") |
| Firm Name: | Anderson Kill & Olick, P.C. |
| Address: | 1600 Market Street, Suite 2500<br>Philadelphia, PA 19103 |
| Phone Number: | (267) 216-2700 |
| Fax Number: | (215) 568-4573 |
| Email Addresses: | Gottlieb:   MGottlieb@andersonkill.com<br>Pillsbury:   WPillsbury@andersonkill.com<br>McMullen:   DMcMullen@andersonkill.com |

PHIDOCS-58658.2

Mark E. Gottlieb is a member in good standing of the Bar of the State of Pennsylvania. William H. Pillsbury is a member in good standing of the Bar of the States of New Jersey and Pennsylvania. Darin J. McMullen is a member in good standing of the Bar of the State of Pennsylvania. All relevant certificates of good standing are attached as Exhibit A.

There are no pending disciplinary proceedings against Mark E. Gottlieb, William H. Pillsbury, or Darin J. McMullen in any State or Federal Court.

Dated: September 8, 2008
      New York, N.Y.

Jerry S. Goldman, Esq. (JG8445)
Anderson Kill & Olick, PC
1251 Avenue of Americas
New York, NY 10020
Telephone: 212-278-1000
Facsimile: 212-278-1733

*Attorneys for the Plaintitffs*
*Estate of John P. O'Neill, Sr. et al.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL 1570 (GBD)(FM)<br>ECF Case |

*This document relates to:*

*All cases*

## AFFIDAVIT OF JERRY S. GOLDMAN
## IN SUPPORT OF MOTION TO ADMIT COUNSEL, PRO HAC VICE

1.      I am a member of the law firm of Anderson Kill & Olick, P.C., attorneys for the Plaintiffs in Estate of John P. O'Neill, Sr., *et al.* v. Al Baraka Investment & Development Corp., *et. al.* 04-CV-1923 (GBD) (FM), Estate of John P. O'Neill, Sr., *et al.* v. Republic of Iraq, *et al.* 04-CV-1076 (GBD) (FM), and Estate of John P. O'Neill, Sr., *et al.* v. Kingdom of Saudi Arabia, *et al.* 04-CV-1922 (GBD)(FM) (collectively "O'Neill Plaintiffs"), and serve on the Plaintiffs' Executive Committee for Personal Injury and Death Claims in all of the actions consolidated in the captioned proceedings. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the O'Neill Plaintiffs Motion to admit Mark E. Gottlieb, William H. Pillsbury, and Darin J. McMullen as counsel *Pro Hac Vice* to represent the O'Neill, in this matter.

2.      I am a member in good standing of the Bars of the State of New York, Pennsylvania, and Massachusetts and my State Bar Identification numbers are 130254, 37249 and 199100 respectively. I was admitted to practice law in the State of New York in April, 1977.

3.      I have been admitted to practice before the Southern District of New York since May of 1980 and I am in good standing with this Court.

4.      I have known Mark E. Gottlieb ("Gottlieb") since the fall of 2006; I have known William H. Pillsbury ("Pillsbury") and Darin J. McMullen ("McMullen") since May, 2008.

5.      Mr. Gottlieb is a member, and Messrs. Pillsbury and McMullen are associated with the law firm of Anderson Kill & Olick, P.C., located in its Philadelphia, Pennsylvania office.

6.      Mark E. Gottlieb is a member in good standing of the Bar of the State of Pennsylvania. William H. Pillsbury is a member in good standing of the Bar of the States of New Jersey and Pennsylvania. Darin J. McMullen is a member in good standing of the Bar of the State of Pennsylvania. All relevant certificates of good standing are attached as Exhibit A.

7.      There are no pending disciplinary proceedings against Mark E. Gottlieb, William H. Pillsbury, or Darin J. McMullen in any State or Federal Court.

8.  I respectfully submit a proposed Order granting the admission of Mark E. Gottlieb, William H. Pillsbury, and Darin J. McMullen, *Pro Hac Vice,* to represent Plaintiffs Estate of John P. O'Neill, Sr. *et al.,* in the above captioned matter.

WHEREFORE, it is respectfully requested that the motion to admit Mark E. Gottlieb, William H. Pillsbury, and Darin J. McMullen, in the above captioned matter, be granted.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: September 8, 2008

_____
Jerry S. Goldman

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the Motion to Admit Mark E. Gottlieb, William H. Pillsbury, and Darin J. McMullen *Pro Hac Vice* was served via electronic mail, on September 8, 2008, all counsel of record.

_____
Jerry S. Goldman, Esq.

PHDOCS-58658.2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL 1570 (GBD) (FM)<br>ECF Case |

This document relates to:

All cases

## ORDER FOR ADMISSION FOR PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Jerry S. Goldman, attorney for the Plaintiffs Estate of John P. O'Neill, Sr. et al. ("O'Neill Plaintiffs') and said sponsor attorney's affidavit in support,

**IT IS HEREBY ORDERED** this _____ day of _____ that said motion is GRANTED and that

    Applicant Name: Mark E. Gottlieb ("Gottlieb")
    Firm Name: Anderson Kill & Olick, P.C.
    Address: 1600 Market Street, Suite 2500
     Philadelphia, PA 19103
    Phone Number: (267) 216-2700
    Fax Number: (215) 568-4573
    Email Addresses: MGottlieb@andersonkill.com

    Applicant Name: William H. Pillsbury
    Firm Name: Anderson Kill & Olick, P.C.
    Address: 1600 Market Street, Suite 2500
     Philadelphia, PA 19103
    Phone Number: (267) 216-2700
    Fax Number: (215) 568-4573
    Email Addresses: WPillsbury@andersonkill.com

PHIDOCS-58658.2

And

| | |
|---|---|
| Applicant Name: | Darin J. McMullen |
| Firm Name: | Anderson Kill & Olick, P.C. |
| Address: | 1600 Market Street, Suite 2500 |
| | Philadelphia, PA 19103 |
| Phone Number: | (267) 216-2700 |
| Fax Number: | (215) 568-4573 |
| Email Addresses: | McMullen:   DMcMullen@andersonkill.com |

are admitted to practice *Pro Hac Vice* as counsel for the O'Neill Plaintiffs in the above captioned cases in the United States District Court for the Southern District of New York. All attorney's appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

 

                                                                          George B. Daniels
                                                                          United States District Judge



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

### Mark E. Gottlieb, Esq.

**DATE OF ADMISSION**

*November 18, 1977*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: August 8, 2008

Patricia A. Johnson
Chief Clerk

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **WILLIAM H PILLSBURY** (No. **017202004**) was constituted and appointed an Attorney at Law of New Jersey on **March 15, 2005** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **12TH** day of **August**, 20 **08**

*Clerk of the Supreme Court*

-453a-



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*William H. Pillsbury, Esq.*

### DATE OF ADMISSION

*November 12, 2004*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: August 8, 2008

Patricia A. Johnson
Chief Clerk



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Darin John McMullen, Esq.*

**DATE OF ADMISSION**

*December 19, 1996*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: August 20, 2008

John W. Person, Jr., Esq.
Deputy Prothonotary