UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: TERRORIST ATTACKS ON ) Civil Action No. 03 MDL 1570 (GBD)
SEPTEMBER 11, 2001

*This document relates to: All Actions*

Upon the motion of W. David Sarratt and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Colin S. Stretch |
| Firm Name: | Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C. |
| Address: | Sumner Square, 1615 M Street, NW, Suite 400 |
| City/State/Zip: | Washington, D.C. 20036-3209 |
| Phone Number: | (202) 326-7900 |
| Fax Number: | (202) 326-7999 |
| Email Address: | cstretch@khhte.com |

is admitted to practice pro hac vice as counsel for the Saudi Joint Relief Committee in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: September ___, 2008
New York, New York

_____
Honorable George B. Daniels
United States District Judge

-8-