IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In Re: TERRORIST ATTACKS OF ) 03 MDL 1570 (RCC)
SEPTEMBER 11, 2001 ) 04 CV 1076
) 04 CV 1923

## ORDER FOR ADMISSION *PRO HAC VICE* OF
## JEFFREY COFFMAN ON WRITTEN MOTION

Upon the motion of David U. Gourevitch, attorney for Defendants Martin Wachter, Erwin Wachter, Sercor Treuhand Anstalt and Asat Trust Reg, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Jeffrey Coffman, Esq.
Coburn & Coffman, PLLC
1244 19th Street, NW.
Washington, D.C. 20036
Phone: (202) 657-4490
Email: jeff@cclegal.us

is admitted to practice *pro hac vice* as counsel for defendants Martin Wachter, Erwin Wachter, Sercor Treuhand Anstalt and Asat Trust Reg in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: SEP 15 2008

HON. GEORGE B. DANIELS