UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

IN RE: TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

-----------------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 1 5 2008

ORDER

03 MDL 1570 (GBD)

GEORGE B. DANIELS, District Judge:

The United States Court of Appeals for the Second Circuit recently affirmed the orders, issued by Judge Richard C. Casey, dismissing the claims, against certain of the defendants in these consolidated cases, for lack of subject matter jurisdiction and personal jurisdiction. In re Terrorist Attacks on September 11, 2001, - - F.3d - -, 2008 WL 3474167 (2d Cir. Aug. 14, 2008). Since similar motions are pending before this Court, both the Plaintiffs and Defendants' Executive Committees seek permission to file a supplemental brief to address the import of the Second Circuit's decision.

That application is granted. Each side will simultaneously exchange a single supplemental brief, and a reply thereto, on the issues of both the sovereign immunity and personal jurisdictional addressed in the Second Circuit's opinion. The supplemental briefs, which shall not exceed fifty (50) pages, are to be filed by October 17, 2008. Reply papers are to be filed by November 21, 2008, and shall not exceed twenty-five (25) pages.

Dated: New York, New York
       September 15, 2008

SO ORDERED:

GEORGE B. DANIELS
United States District Judge