**MANDATE**

SDNY/NYNY
03-md-1570
Judge Casey

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

## JUDGMENT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 14th day of August, two thousand eight,

Before:

Hon. Dennis Jacobs,
*Chief Judge,*
Hon. José A. Cabranes,
*Circuit Judges,*
Hon. Eric N. Vitaliano,
*District Judge.**



Docket No. 06-0319-cv (L)
06-0321-cv(CON), 06-0348-cv(CON), 06-0397-cv(CON),
06-0398-cv(CON), 06-0436-cv(CON), 06-0442-cv(CON),
06-0453-cv(CON), 06-0458-cv(CON), 06-0461-cv (CON),
06-0473-cv(CON), 06-0477-cv(CON), 06-0487-cv(CON),
06-0657-cv(CON), 06-0674-cv(CON), 06-0693-cv(CON),
06-0700-cv(CON), 06-0702-cv(CON)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/08

IN RE TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

Appeal from orders entered in the United States District Court for the Southern District of New York.

These causes came on to be heard on the transcript of record from the United States District Court for the Southern District of New York and were argued by counsel.

ON CONSIDERATION THEREOF, it is hereby ORDERED, ADJUDGED, and DECREED that the judgment of the district court is AFFIRMED in accordance with the opinion of this court.

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by _____
DEPUTY CLERK

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk
by

_____
Joy Fallek
Administrative Attorney

\* The Honorable Eric N. Vitaliano of the United States District Court for the Eastern District of New York, sitting by designation.

ISSUED AS MANDATE: SEP 1 2 2008