UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001

03 MDL 1570 (GBD) (FM)

This filing applies to:

*The Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et al. - 04-CV-0176 (GBD) (FM)*

*The Estate of John P. O'Neill, Sr., et al. v. Al Baraka Investment and Development Corporation, et al. - 04-CV-01923 (GBD) (FM)*

*The Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al. - 04-CV-01922 (GBD) (FM)*

## ENTRY OF APPEARANCE

To The Clerk of the District Court:

Kindly enter my appearance on behalf of the Plaintiffs in the above captioned matters.

I am a member in good standing of the Bar of the Southern District of New York.

September ___, 2008

By: _____
Linda Gerstel

Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212-278-1000

Attorneys for Plaintiffs
Estate of John P. O'Neill, Sr., et al.

NYDOCS1-899818.1

–2–

## CERTIFICATE OF SERVICE

The Undersigned hereby certifies that a true and correct copy of the foregoing Entry of Appearance has been served upon all counsel via the Court's electronic filing system on the 26 day of September, 2008.

Dated: New York, NY
　　　　September 26, 2008

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Linda Gerstel

NYDOCS1-899818.1　　　　　　　　　　　　　–2–