UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

In re Terrorist Attacks on September 11, 2001

O3 MDL 1570 (GBD)
ECF Case

NOTICE OF **APPEARANCE**

------------------------------------------------------------------------X

*This document relates to:*

*Ashton v. Al Qaeda Islamic Army,* 02 CV 6977
*Burnett v. Al Baraka Investment & Development Corp.,* 03 CV 9849
*Cantor Fitzgerald & Co. v. Akida Investment Co. Ltd.,* 04 CV 7065
*Continental Casualty Co. v. Al Qaeda Islamic Army,* 04 CV 5970
*Euro Brokers, Inc. v. Al Baraka Investment & Development Corp.,* 03 CV 7279
*O'Neill v. Al Baraka Investment & Development Corp.,* 04 CV 1923
*World Trade Center Properties, LLC v. Al Baraka Investment,* 04 CV 7280
*Federal Insurance Co. v. Al Baraka Investment and Development Corp.,* 03 CV 6978


**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for Defendant Faisal Islamic Bank-Sudan.

I certify that I am admitted to practice in this court.


DATED:      October 14, 2008


   /s/      Lisa B. Hymes
Lisa B. Hymes (LH-1031)
THE LAURO LAW FIRM
1540 Broadway
Suite 1604
New York, NY 10036
ph: 646-746-8659
lbhymes@aol.com
*Attorneys for Defendant Faisal Islamic Bank-Sudan*