UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | ) ) ) ) ) | **Civil Action No. 03 MDL 1570 (GBD)** |

*This document relates to: All Actions*

## NOTICE OF FILING OF LIST OF DEFENDANTS

PLEASE TAKE NOTICE that, pursuant to this Court's order of September 15, 2008 (03 MDL 1570 Dkt. # 2134), attached is defendants' list of defendants that warrant dismissal on the basis of the Second Circuit's decision in *In re Terrorist Attacks on Sept. 11, 2001*, 538 F.3d 71 (2d Cir. 2008).

                                                    Respectfully submitted,

                                                    /s/
                                                 Michael K. Kellogg
                                                 KELLOGG, HUBER, HANSEN, TODD,
                                                    EVANS & FIGEL, P.L.L.C.
                                                 1615 M Street, N.W., Suite 400
                                                 Washington, D.C. 20036
                                                 (202) 326-7900 (phone)
                                                 (202) 326-7999 (fax)
                                                 *Chair of Defendants' Executive Committee*

October 17, 2008

**CERTIFICATE OF SERVICE**

    I hereby certify that, on October 17, 2008, I caused an electronic copy of the foregoing Notice of Filing of List of Defendants and its attachment to be served electronically by the Court's Electronic Case Filing (ECF) System.

                                         /s/_____
                                        Michael K. Kellogg