## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)<br>ECF Case |

This document relates to:

*Federal Insurance Co., et al. v. Al Qaida, et al.,* No. 03-CV-6978 (GBD)

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs Crum & Forster Indemnity Company, North River Insurance Company, United States Fire Insurance Company, and Seneca Insurance Company (collectively, "Crum & Forster Plaintiffs") seek to withdraw from this litigation in its entirety.

To that end, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Crum & Forster Plaintiffs hereby dismiss, from the action captioned *Federal Insurance Co. v. Al Qaida*, No. 03-cv-6978 (GBD), all claims against all defendants who have yet to file either an answer or a motion for summary judgment.

As to those defendants who have filed an answer or motion for summary judgment, the Crum & Forster Plaintiffs are attempting to reach stipulations of dismissal with such defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and will file any such stipulations separately. If the Crum & Forster Plaintiffs are unable to reach stipulations of dismissal with those defendants, the Crum & Forster Plaintiffs will seek a court order allowing themselves to withdraw from the action as to those defendants.

In addition, the Crum & Forster Plaintiffs are voluntarily withdrawing from any further proceedings relating to the matters recently addressed by the United States Court of Appeals for the Second Circuit under the caption *In re: Terrorist Attacks on September 11, 2001*, Docket No. 06-0319-cv.

The Crum & Forster Plaintiffs' voluntary dismissal of their claims against such defendants does not affect the status of the action of all other plaintiffs against those or any other defendants.

No counterclaims have been asserted against any of the listed plaintiffs in the action.

        Respectfully submitted,

        COZEN O'CONNOR

        By: _____/s/_____
            STEPHEN A. COZEN, ESQUIRE
            ELLIOTT R. FELDMAN, ESQUIRE
            SEAN P. CARTER, ESQUIRE
            1900 Market Street
            Philadelphia, PA 19103
            (215) 665-2000

        *Attorneys for Crum & Forster Indemnity Co.*
        *and the other plaintiffs listed above*

Dated: November 14, 2008