# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)<br>ECF Case |

This document relates to:

*Federal Insurance Co., et al. v. Al Qaida, et al.,* No. 03-CV-6978 (GBD)

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Amlin Underwriting, Ltd. seeks to withdraw from this litigation in its entirety.

To that end, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Amlin Underwriting, Ltd hereby dismisses, from the action captioned *Federal Insurance Co. v. Al Qaida*, No. 03-cv-6978 (GBD), all claims against all defendants who have yet to file either an answer or a motion for summary judgment.

As to those defendants who have filed an answer or motion for summary judgment, Amlin Underwriting, Ltd is attempting to reach stipulations of dismissal with such defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and will file any such stipulations separately. If Amlin Underwriting, Ltd is unable to reach stipulations of dismissal with those defendants, it will seek a court order allowing itself to withdraw from the action as to those defendants.

In addition, Amlin Underwriting, Ltd. is voluntarily withdrawing from any further proceedings relating to the matters recently addressed by the United States Court of Appeals for the Second Circuit under the caption *In re: Terrorist Attacks on September 11, 2001*, Docket No. 06-0319-cv.

Amlin Underwriting, Ltd's voluntary dismissal of its claims against such defendants does not affect the status of the action of all other plaintiffs against those or any other defendants.

No counterclaims have been asserted against Amlin Underwriting, Ltd.

>Respectfully submitted,
>
>COZEN O'CONNOR
>
>By: _____/s/_____
>STEPHEN A. COZEN, ESQUIRE
>ELLIOTT R. FELDMAN, ESQUIRE
>SEAN P. CARTER, ESQUIRE
>1900 Market Street
>Philadelphia, PA 19103
>(215) 665-2000
>
>*Attorneys for Amlin Underwriting, Ltd*

Dated: November 14, 2008