# ANDERSON KILL & OLICK, P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com

*By Facsimile-212-805-6737*                                    November 20, 2008

Hon. George B. Daniels
Judge, United States District Court for the
Southern District of New York
Daniel Patrick Moynihan United States
Courthouse
500 Pearl Street
Room 630
New York, NY 10007-1312

**SO ORDERED:**

*George B. Daniels*
**George B. Daniels, U.S.D.J.**

**Dated:** NOV 21 2008

Re:  *In Re Terrorist Attacks on September 11, 2001,*
03 MDL 1570 (S.D.N.Y.) (GBD)(FM)

Dear Judge Daniels:

We represent the plaintiffs in the *O'Neill* actions and write this letter on behalf of both the Plaintiffs' Executive Committees and the Defendants' Executive Committee.

On September 15, 2008, Your Honor directed that the reply supplemental briefs of both the plaintiffs and the defendants, together with the plaintiffs' responsive designation, be filed on or before November 21, 2008 ("submissions") (Docket Nos. 2133 and 2134).

The plaintiffs respectfully request, and the defendants have no objection, that the date for all of the submissions be extended to Tuesday, November 25, 2008.

Very truly yours,

Jerry S. Goldman

JSG:jf
Enclosures
cc:    All counsel of record (via e-mail)

NYDOCS1-904162.2

New York ■ Greenwich ■ Newark ■ Philadelphia ■ Washington, D.C.