**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

| | |
|---|---|
| IN RE:  TERRORIST ATTACKS ON<br>SEPTEMBER 11, 2001 | Civil Action No.<br>03 MDL 1570 (GBD) |

-----------------------------------------------------------x

*This document relates to:  All Actions*

### NOTICE OF FILING PLAINTIFFS RESPONSE TO LIST OF DEFENDANTS

PLEASE TAKE NOTICE that, pursuant to this Court's order of September 15, 2008 (03 MDL 1570 Dkt. #2134), attached is Plaintiffs' Response to Defendants' List of Defendants filed on October 17, 2008, Docket #s 2141 and 2141-2.

Dated:  November 25, 2008          Respectfully submitted,

/s/   Andrea Bierstein
Ronald L. Motley
rlmotley@motleyrice.com
Jodi Westbrook Flowers
Donald A. Migliori
Michael E. Elsner
Robert T. Haefele
Vincent I. Parrett
MOTLEY RICE LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465
Tel:  (843) 216-9000

Andrea Bierstein
abierstein@hanlyconroy.com
Paul J. Hanly, Jr.
Jayne Conroy
HANLY CONROY BIERSTEIN SHERIDAN
  FISHER & HAYES, LLP
112 Madison Avenue, 7th floor
New York, NY 10016
Tel:  (212) 784-6400
Fax:  (212) 213-5949

Stephen A. Cozen
Elliott R. Feldman
Sean P. Carter
scarter@cozen.com
Mark T. Mullen
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
Tel:  (215) 665-2000
Fax:   (215) 665-2013

James P. Kreindler
jkreindler@kreindler.com
KREINDLER & KREINDLER LLP
100 Park Avenue
New York, NY 10017-5590
Tel: (212) 687-8181

Jerry S. Goldman
jgoldman@andersonkill.com
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas, 42nd Floor
New York, NY 10020-1182
Telephone:  (212) 278-1000
Fax:  (212) 278-1733


For the Plaintiffs' Executive Committees