USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 1 6 2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

IN RE: TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

ORDER
03 MDL 1570 (GBD)

------------------------------------------------------------------x

GEORGE B. DANIELS, District Judge:

In accordance with the request of the parties, the January 26, 2009 conference is adjourned to July 15, 2009 at 10AM.

This Court will consider an application for an earlier conference date, if appropriate, when the United States Supreme Court has determined whether or not to grant the pending writ of certiorari to review <u>In re Terrorist Attacks on September 11, 2001</u>, 538 F.3d 71 (2d Cir. 2008).

Dated: New York, New York
January 15, 2009

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge