UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)<br>ECF Case |

This document relates to:

*Federal Insurance Co., et al. v. Al Qaida, et al.,* No. 03-CV-6978 (GBD)

### STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Amlin Underwriting, Ltd. hereby stipulates to dismiss, from the action captioned *Federal Insurance Co. v. Al Qaida*, No. 03-cv-6978 (GBD), all claims against defendant Jamal Barzinji, who stipulates to this voluntary dismissal, with prejudice.

The listed plaintiff's voluntary dismissal of its claims against Jamal Barzinji does not affect the status of the action of all other plaintiffs against Jamal Barzinji and all other defendants.

No counterclaims have been asserted against Amlin Underwriting, Ltd. in the action. Each side to bear its own attorney's fees, costs, and expenses.

Respectfully submitted,

By: _____
STEPHEN A. COZEN, ESQUIRE
ELLIOTT R. FELDMAN, ESQUIRE
SEAN P. CARTER, ESQUIRE
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000

*Attorneys for Crum & Forster Indemnity Company and the other plaintiffs listed above*

By: _____
NANCY LUQUE, ESQUIRE
DLA PIPER US LLP
500 Eighth Street, NW
Washington, DC 20004
(202) 799-4000

STEVEN K. BARENTZEN, ESQUIRE
THE LAW OFFICE OF STEVEN BARENTZEN
1575 Eye Street, NW, Suite 300
Washington, DC 20005

*Attorneys for Jamal Barzinji*

Dated: January 19, 2009