UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)<br>ECF Case |

This document relates to:

*Federal Insurance Co., et al. v. Al Qaida, et al.*, No. 03-CV-6978 (GBD)

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Amlin Underwriting, Ltd. hereby stipulates to dismiss from the action captioned *Federal Insurance Co. v. Al Qaida*, No. 03-cv-6978 (GBD) all claims against defendants Wael Julaidan, Muslim World League and International Islamic Relief Organization, all of which stipulate to this voluntary dismissal, with prejudice.

Amlin Underwriting, Ltd's voluntary dismissal of its claims against Wael Julaidan, Muslim World League and International Islamic Relief Organization does not affect the status of the action of all other plaintiffs against Wael Julaidan, Muslim World League and International Islamic Relief Organization.

No counterclaims have been asserted against Amlin Underwriting, Ltd. in the action. Each side to bear its own attorney's fees, costs, and expenses.

Respectfully submitted,

COZEN O'CONNOR

By: _____
STEPHEN A. COZEN, ESQUIRE
ELLIOTT R. FELDMAN, ESQUIRE
SEAN P. CARTER, ESQUIRE
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000

*Attorneys for Amlin Underwriting, Ltd.*

By: _____
MARTIN MCMAHON, ESQUIRE
Martin McMahon & Associates
1150 Connecticut Ave., N.W.
Suite 900
Washington, D.C. 20036
(202) 862-4343
(202) 828-4130

*Attorney for Defendants Wael Julaidan, Muslim World League and International Islamic Relief Organization*

Dated: January 19, 2009 ~~November __, 2008~~