## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)<br>ECF Case |

This document relates to:

*Federal Insurance Co., et al. v. Al Qaida, et al.,* No. 03-CV-6978 (GBD)

### STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Crum & Forster Indemnity Company, North River Insurance Company, United States Fire Insurance Company, and Seneca Insurance Company hereby stipulate to dismiss from the action captioned *Federal Insurance Co. v. Al Qaida*, No. 03-cv-6978 (GBD) all claims against defendants Wael Julaidan, Muslim World League and International Islamic Relief Organization, all of which stipulate to this voluntary dismissal, with prejudice.

The listed plaintiffs' voluntary dismissal of their claims against Wael Julaidan, Muslim World League and International Islamic Relief Organization does not affect the status of the action of all other plaintiffs against Wael Julaidan, Muslim World League and International Islamic Relief Organization.

No counterclaims have been asserted against any of the listed plaintiffs in the action. Each side to bear its own attorney's fees, costs, and expenses.

Respectfully submitted,

COZEN O'CONNOR

By: _____

STEPHEN A. COZEN, ESQUIRE
ELLIOTT R. FELDMAN, ESQUIRE
SEAN P. CARTER, ESQUIRE
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000

*Attorneys for Crum & Forster Indemnity
Company and the other plaintiffs listed
above*

By: _____

MARTIN MCMAHON, ESQUIRE
Martin McMahon & Associates
1150 Connecticut Ave., N.W.
Suite 900
Washington, D.C. 20036
(202) 862-4343
(202) 828-4130

*Attorney for Defendants Wael Julaidan,
Muslim World League and International
Islamic Relief Organization*

Dated: November ~~2, 2008~~   January 19, 2009

2