UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE:  TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | ) ) Civil Action No. 03 MDL 1570 (GBD) ) ) |

*This document relates to: All Actions*

## MOTION FOR ADMISSION *PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District

Courts for the Southern and Eastern Districts of New York, I, W. David Sarratt, hereby

move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Colin S. Stretch |
| Firm Name: | Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C. |
| Address: | Sumner Square, 1615 M Street, NW, Suite 400 |
| City/State/Zip: | Washington, D.C. 20036-3209 |
| Phone Number: | (202) 326-7900 |
| Fax Number: | (202) 326-7999 |

Colin S. Stretch is a member in good standing of the Bar of the District of

Columbia.  Mr. Stretch's certificate of good standing is attached hereto as Exhibit 1.

There are no pending disciplinary proceedings against Colin Stretch in any State

or Federal Court.


Dated: September 10, 2008
           Washington, D.C.

Respectfully submitted,

W. David Sarratt (WS – 1439)
KELLOGG, HUBER, HANSEN,
TODD, EVANS & FIGEL, P.L.L.C.
Sumner Square
1615 M Street, NW, Suite 400
Washington, DC 20036-3209
Phone: (202) 326-7900
Fax: (202) 326-7999

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                        )
IN RE: TERRORIST ATTACKS ON             ) Civil Action No. 03 MDL 1570 (GBD)
SEPTEMBER 11, 2001                      )
                                        )
_____ )

*This document relates to: All Actions*

## AFFIDAVIT OF W. DAVID SARRATT IN SUPPORT OF MOTION TO ADMIT COLIN STRETCH PRO HAC VICE

W. David Sarratt, being duly sworn, hereby deposes and says as follows:

1. I am an associate at Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the Defendant's, the Saudi Joint Relief Committee (the SJRC), motion to admit Colin Stretch as counsel pro hac vice to represent the SJRC in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on November 21, 2005. I am also admitted to the bar of the United States District court of the Southern District of New York, and am in good standing with this Court.

3. I have known Colin Stretch since November of 2006.

4. Mr. Stretch is a partner at Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., in Washington, D.C.

-3-

5. I have found Mr. Stretch to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Colin Stretch, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Colin Stretch, pro hac vice, which is attached hereto as Exhibit A.


WHEREFORE it is respectfully requested that the motion to admit Colin S. Stretch, pro hac vice, to represent the Saudi Joint Relief Committee in the above captioned matter, be granted.


Dated:  September 10, 2008
        Washington, D.C.

_____
W. David Sarratt
WS - 1439


Sworn to before me this
10th day of September, 2008
_____
         Diane M. Cooke
         Notary Public

Diane M. Cooke
Notary Public, District of Columbia
My Commission Expires 10/31/2011

-4-

# Exhibit 1



## District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C.  20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

COLIN S. STRETCH

---

was on the   3RD                           day of   NOVEMBER, 2000

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.


In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court at the City of
Washington, D.C., on
September 10, 2008.


GARLAND PINKSTON, JR., CLERK


By: _____
                 Deputy Clerk

## CERTIFICATE OF SERVICE

I hereby certify that, on September 10, 2008, I caused a copy of the foregoing Motion for Admission *Pro Hac Vice* to be served via electronic mail on all counsel of record.

W. David Sarratt

# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                                          )
IN RE: TERRORIST ATTACKS ON          ) Civil Action No. 03 MDL 1570 (GBD)
SEPTEMBER 11, 2001                          )
                                                          )
_____)

*This document relates to: All Actions*


Upon the motion of W. David Sarratt and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Colin S. Stretch |
| Firm Name: | Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C. |
| Address: | Sumner Square, 1615 M Street, NW, Suite 400 |
| City/State/Zip: | Washington, D.C. 20036-3209 |
| Phone Number: | (202) 326-7900 |
| Fax Number: | (202) 326-7999 |
| Email Address: | cstretch@khhte.com |

is admitted to practice pro hac vice as counsel for the Saudi Joint Relief Committee in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.


Dated: September _____, 2008
         New York, New York


                                        _____
                                        Honorable George B. Daniels
                                        United States District Judge


-8-