UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE TERRORIST ATTACKS ON                    Civil Action No.
SEPTEMBER 11, 2001                            03 MDL 1570 (GBD)(FM)

-----------------------------------------------------------x

**This document relates to:**

   *All Cases*

## PLAINTIFFS' NOTICE OF MOTION
## FOR DECLARATORY RELIEF

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 57 and 28 U.S.C. §2201 and in reliance upon the accompanying Memorandum or Law and supporting Declaration, the Plaintiffs in the above-captioned matter, hereby move for entry of declaratory judgment; specifically, Plaintiffs request that the Court render a declaratory judgment that:

1. Judge Daniels, as an Article III Judge, has security clearance and authority to securely keep and review all the August 25 documents;

2. Judge Daniels, as an Article III Judge, will securely keep and review *in camera* all of the August 25 documents;

3. After conducting that *in camera* review, Judge Daniels will determine whether additional jurisdictional discovery against NCB is warranted; and

4. Plaintiffs may use unclassified facts from the August 25 documents, to the extent they are available, in opposing NCB's renewed motion to dismiss for lack of personal jurisdiction.

This Motion for Declaratory Relief is supported by the following: (1) Plaintiffs' Memorandum Of Law In Support Of Motion For Declaratory Relief and (2) the Declaration of Robert T. Haefele, dated February 23, 2009, with attached exhibits A through K

WHEREFORE, the Plaintiffs respectfully request that this Honorable Court enter an order granting the requested relief.

Dated:  February 23, 2009            Respectfully submitted,
        Mt. Pleasant, SC

                                     /S/_____
                                     Ronald L. Motley
                                     Jodi Westbrook Flowers

                                Donald A. Migliori
                                Michael E. Elsner
                                Robert T. Haefele
                                Elizabeth S. Smith
                                John M. Eubanks
                                Vincent I. Parrett
                                Leah J. Donaldson
                                MOTLEY RICE LLC
                                28 Bridgeside Boulevard
                                P.O. Box 1792
                                Mount Pleasant, South Carolina 29465
                                Telephone:  (843) 216-9000