IN RE TERRORIST ATTACKS ON ) 03 MDL 1570 (GBD)(FM)
SEPTEMBER 11, 2001 ) ECF Case
)

*This document relates to*:
All Cases

## DECLARATION OF ROBERT T. HAEFELE

I, Robert T. Haefele, state the following:

1.  I am an attorney admitted to practice *pro hac vice* before this Court and an Associate at the firm of MOTLEY RICE LLC, counsel for Plaintiffs in *Burnett, et al. v. Al Baraka Investment & Development Corp., et al.*, Civil Action No. 03 CV 9849. I submit this declaration to provide the Court with the exhibits referenced in the Plaintiffs' Memorandum of Law in Support of Motion for Declaratory Relief dated February 23, 2009.

2. Attached are true and accurate copies of Plaintiffs' exhibits identified as follows in the Plaintiffs' Memorandum of Law in Support of Motion for Declaratory Relief dated February 23, 2009:

   i. Exhibit A – the August 15, 2008 letter application from James Kreindler on behalf of the *Ashton* and *Burnett* Plaintiffs to the Honorable Frank Maas, U.S.M.J. and affidavit of Robert T. Haefele dated August 11, 2008 with exhibits 1 through 22;

   ii. Exhibit B – the August 15, 2008 letter application from Sean Carter on behalf of *Federal Insurance* Plaintiffs to the Honorable Frank Maas, U.S.M.J. with exhibits;

   iii. Exhibit C – the August 15, 2008 letter application from Jerry Goldman, Frank Rubino, Robert Kaplan and Christopher Leonardo on behalf of the *O'Neill, New*

*York Marine, Continental Casualty* and *Cantor Fitzgerald & Co.* Plaintiffs to the Honorable Frank Maas, U.S.M.J. with exhibits A through I;

iv. Exhibit D – the August 25, 2008 letter from Robert Haefele to the Honorable Frank Maas, U.S.M.J.;

v. Exhibit E – the August 27, 2008 letter from Robert Haefele to Sara Normand, Assistant U.S. Attorney;

vi. Exhibit F – the August 27, 2008 letter from Sarah Normand to the Honorable Frank Maas, U.S.M.J. ;

vii. Exhibit G – the August 26, 2008 letter from Mitchell Berger on behalf of *The National Commercial Bank* to the Honorable Frank Maas, U.S.M.J.;

viii. Exhibit H – the August 27, 2008 letter from Robert Haefele on behalf of the *Burnett* Plaintiffs to the Honorable Frank Maas, U.S.M.J.;

ix. Exhibit I – the August 28, 2008 letter from Mitchell Berger on behalf of *The National Commercial Bank* to the Honorable Frank Maas, U.S.M.J.;

x. Exhibit J – the September 2, 2008 letter from Robert Haefele on behalf of the *Burnett* Plaintiffs to the Honorable Frank Maas, U.S.M.J., and

xi. Exhibit K – the September 5, 2008 Order of the Honorable Frank Maas, U.S.M.J.(Dkt. No. 2126).

I declare under penalty of perjury that the foregoing is true and correct, based on my knowledge, information and belief.

Executed on February 23, 2009

in Mount Pleasant, South Carolina

_____
Robert T. Haefele