# EXHIBIT A
# (Part 2 of 2)

EXHIBIT 5

NCB Aviation Department – Skyways International Business Card



THE NATIONAL COMMERCIAL BANK

AVIATION DEPARTMENT
SKYWAYS INTERNATIONAL

## KEITH W. MONROE
Flight Engineer

Tel. : 682-4203 / 682-4426 - Fax : 682-4827 - Telex : 607426 NCBAV SJ

P. O. Box : 9935 Jeddah 21423 - Kingdom of Saudi Arabia

28417

MR-NCB002541

EXHIBIT 6

Saudi Arabian Airlines archived website of January 16, 2008



SAUDI ARABIAN AIRLINES

We aim to please you

Choose..

**Home**
**About Us**
**Travel**
**Services**
**Cargo**
**Alfursan**
**Tours**
**Skysales**
**Catering**
**SV News**
**Special Offers**

| JEDDAH | AIRLINE CODE | RIYADH |
|---|---|---|
| Air Afrique | RK | |
| Air Algerie | AH | |
| Air France | AF | Air France |
| Air India | AI | |
| Air Lanka | UL | Air Lanka |
| Air Tanzania | TC | |
| Alitalia | AZ | |
| Ariana Afghan | FG | |
| Biman Bangladesh | BG | Biman Bangladesh |
| British Airways | BA | British Airways |
| Cyprus Airways | CY | Cyprus Airways |
| Daallo Airlines | D3 | |
| Ethiopian Airlines | ET | |
| Garuda | GA | Garuda |
| Kabo Air | KO | |
| KLM | KL | |
| Lufthansa | LH | |
| Malaysia Airlines | MH | |
| Middle East Airlines | ME | Middle East Airlines |
| Olympic Airways | OA | Olympic Airways |
| | PK | Pakistan International |
| | PR | Philippine Airlines |
| Qatar Airways | QZ | |
| Royal Air Maroc | AT | Royal Air Maroc |
| Royal Brunei | BI | |
| Royal Jordanian | RJ | |
| Singapore Airlines | SQ | |
| Sudan Air | SD | |
| Swissair | SR | |
| Tunis Air | TU | |
| Turkish Airlines | TK | Turkish Airlines |
| Yemen Airways | IY | |
| | TW | Transworld Airlines |
| **REGULAR FOREIGN AIRLINES ON-REQUEST CUSTOMERS** | | |
| | AI | Air India |
| Cameroon Airlines | UY | |
| Egypt Air | MS | Egypt Air |
| Emirates Airlines | EK | Emirates Airlines |
| | ET | Ethiopian Airlines |
| Gulf Air | GF | Gulf Air |
| Iran Air | IR | |
| Kuwait Airways | KU | Kuwait Airways |
| | LH | Lufthansa |
| Pakistan International | PK | |
| | RJ | Royal Jordanian |
| | SD | Sudan Air |

ASH007977

| | SR | Swissair |
|---|---|---|
| Syrian Arab Airlines | RB | Syrian Arab Airlines |
| U.A.E. Royal Flights | 6RF | U.A.E. Royal Flights |
| | IY | Yemen Airways |
| PRIVATE AVIATION COMPANIES | | |
| Al-Mubani Aircrafts | AM | |
| Arabasco | AR6 | Arabasco |
| Binladen Aviation | BIN | Binladen Aviation |
| Exec Air Transport | EAT | Exec Air Transport |
| International Aviation | IAC | International Aviation |
| Jet Aviation | JET | Jet Aviation |
| Mustafa Edrees | MEA | Mustafa Edrees |
| NCB Aviation | NCB | NCB Aviation |
| Unasco Travel | UT | |
| OTHERS | | |
| Royal Saudi Air Force | RAF | Royal Saudi Air Force |

| Customer List Summary | | | |
|---|---|---|---|
| JEDHF UNIT | | RUHHF UNIT | |
| 30 | Regular Airlines | 13 | Regular Airlines |
| 9 | On-request customers | 13 | On-request customers |
| 9 | Private Aviation | 7 | Private Aviation |
| 1 | Others | 1 | Others |
| 49 | Total Jeddah Customers | 34 | Total Riyadh Customers |

Copyright © 2007 Saudi Arabian Airlines. All rights reserved.

ASH007978

EXHIBIT 7

Skyways International Registration, Texas Secretary of State, 2003

**THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY**

**CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE ISSUING GOVERNMENT AGENCY**

TEXAS SECRETARY OF STATE

**Company Name:** SKYWAYS INTERNATIONAL, INC.

**Business Address:**
11 E GREENWAY PLZ STE **2806** %SUMMIT TOWER
**HOUSTON**, TX 77046

**Type:** DOMESTIC BUSINESS CORPORATION

**Status:** FORFEITED EXISTENCE

**Filing Date:** 2/6/1990

**Inactive Date:** 2/12/1999

**Duration:** PERPETUAL

**Registered Agent:** PRENTICE HALL CORPORATION SYSTEM

**Registered Office:**
800 BRAZOS
AUSTIN, TX 78701

**Other Name Information:**
SKYWAYS INTERNATIONAL, INC.
Type: LEGAL
Status: INACTIVE
Creation Date: 2/6/1990
Inactive Date: 2/12/1999

**Filing Number:** 0114174200

**State Taxpayer Number:** 30113913310

**Officers, Directors:**
ABDULLA JAFARI
PRESIDENT
11 GREEN WAY PLZ STE **2806**
**HOUSTON**, TX 77046


QAISAR MAHDI
DIRECTOR

**28408**

MR-NCB002538

**11 GREENWAY PLZ** STE **2806**
**HOUSTON**, TX 77046


LAWRENCE G SMITH
CHAIRMAN, DIRECTOR
**11 GREENWAY PLZ** STE **2806**
**HOUSTON**, TX 77046

**History:**
File Date: 2/12/1999
Transaction: TAX FORFEITURE
Microfilm Number: 000006086189


File Date: 12/31/1997
Transaction: PUBLIC INFORMATION REPORT (PIR)
Microfilm Number: 000007640319


File Date: 7/14/1997
Transaction: CHANGE OF REGISTERED AGENT/OFFICE
Microfilm Number: 000006086188


File Date: 10/19/1992
Transaction: CHANGE OF REGISTERED AGENT/OFFICE
Microfilm Number: 000006086187


File Date: 2/20/1990
Transaction: CHANGE OF REGISTERED AGENT/OFFICE
Microfilm Number: 000006086186


File Date: 2/6/1990
Transaction: ARTICLES OF INCORPORATION
Microfilm Number: 000006086185

MR-NCB002539

EXHIBIT 8

Transcript of Lawrence G. Smith Deposition, July 27, 2007

```
 7        A.    No.
 8        Q.    Are you aware of any audit or
 9    examination of NCB whose purpose, as you
10    understood it, was to determine if NCB had
11    transferred money to charities or other
12    organizations that supported terrorist
13    activities?
14        A.    No.
15        Q.    Are you aware of any audit or
16    examination of NCB that ever concluded that NCB,
17    in fact, had financed or otherwise supported
18    terrorist activities?
19        A.    No.
20        Q.    Are you aware of any audit or
21    examination of NCB that concluded that the bank,
22    in fact, had transferred money to charities or
23    other organizations that supported terrorist
24    activities?
25        A.    No.
```

                    SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300

```
 1    77rWterD              Smith
 2        Q.    Are you aware of any facts that lead
 3    you personally to believe that NCB ever financed
 4    or supported terrorist activities?
 5        A.    No.
 6        Q.    Are you aware of any facts that lead
 7    you to believe that NCB ever transferred money
 8    to charities or other organizations that
 9    supported terrorist activities?
10        A.    No.
11        Q.    Until 1992, Mr. Smith, you served as,
12    you told Mr. Maloney, executive vice president
13    and general manager for North America of NCB,
14    true?
15        A.    True.
16        Q.    All right.  During that time, that is
17    to say until 1992, did NCB engage in the
18    business of banking in the United States?
19        A.    Yes.
20        Q.    What types generally of banking
21    activity did NCB engage in?
22        A.    What we call corporate banking, trade
23    finance, treasury, and payments procedures,
24    payments processing.
25        Q.    To your knowledge, at any time after
```

                    SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300

```
 1    77rWterD              Smith
 2    the New York branch of NCB closed in 1992, did
 3    NCB again engage in the business of banking in
```

EXHIBIT 9

Dun & Bradstreet WorldBase Report of Mid-East Jet, October 30, 2003

Copyright 2004 Dun & Bradstreet, Inc.
WorldBase

**MID EAST JET** COMPANY

PO BOX 9935
JEDDAH 21423
SAUDI ARABIA

Telephone: (0966) 26061309 Fax: 26060857

October 30, 2003

**LENGTH:** 107 words

Check availability of a D&B Business Information Report (Credit Report)

DUNS: 87-013-9896
NATL-ID-NO: 1588 - Office 801 Entered Registration Number

**YEAR STARTED:** 1953

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* BUSINESS DESCRIPTION
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
TOUR OPERATORS

**PRI-SIC:**
4725                    Tour operator

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* EXECUTIVES
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
CEO:                            KHALID BIN MAHFOOZ, PARTNER
GENERAL MANAGER:                NADEEM FAROUKI

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* EMPLOYEES
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
Employees at this location:        16 - Estimated

Employees Total:                   16 - Estimated

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* OTHER INFORMATION
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
BUSINESS ADDRESS: N.C.B BUILDING AL KHALDIAH, PRINCE ABDULLAH STREET,
JEDDAH, SAUDI ARABIA, MIDDLE EAST
REGION: MIDDLE EAST

**LANGUAGE:** ENGLISH

**LOAD-DATE:** April 30, 2004

28407

EXHIBIT 10

ICP Update dated October 26, 2005

ICP UPDATE
26/10/2005

## COMPANY STATUS REPORT

CO. NAME : MID EAST JET INC

_____

**ADDRESS**

Street    :  Abdullah Abulkhail Street

Area      :  Khalidiyah District

P.O. Box :  9935
Town      :  Jeddah 21423
Country   :  Saudi Arabia

Telephone:  (966 2) 606 1661
Fax       :  (966 2) 616 0857

_____

SENIOR COMPANY PERSONNEL

| Name | Position |
|------|----------|
| 1. Sheikh Abdulrahman Khalid Bin Mahfouz | Chairman |
| 2. Captain Khorshid Mahmoud | General Manager |
| 3. Nadeem Farooqi | Operation Manager |

Total Employees : 10 (administration)

_____

PAYMENTS

No complaints have been heard regarding payments from local suppliers
or banks.

We consider it is acceptable to deal with subject for MEDIUM amounts.

Opinion on maximum credit : SR 400,000

Trade risk assessment : Normal

Opinion on the credit figure of UK PNDS 100,000 :

The above figure is higher than normally seen in one amount, however
could prove admissible if split into two transactions provided the
total indebtedness is strictly monitored.

_____

PRINCIPAL BANKERS

NAME     : NATIONAL COMMERCIAL BANK

MR-NCB002536

```
Branch   : King Abdul Aziz Street
PO Box   : 3555
Town     : Jeddah 21481

Telephone: (966 2) 642 3794
Fax      : (966 2) 644 6644
```

---

**FINANCIAL INFORMATION**

Balance sheets are not available and the subject interviewed declined
to give any financial information, which the company regards as
strictly confidential.

---

**LEGAL STATUS AND HISTORY**

Date Started : 1995

Capital : not given

Foreign registered Limited Liability Company with the following
shareholders :

1. Sheikh Abdulrahman Khalid Bin Mahfouz

2. Undisclosed shareholders

---

**ACTIVITIES**

The Company is involved in the following activities :

Subject operates VIP flights under contract.

Subject operates two Boeing 737 and one Boeing 767.

---

**FACILITIES**

The Company has the following facilities :

Premises comprising administrative offices and storage facilities
located at the heading address.

---

Every effort is made to ensure that the information given herein is
accurate, but no legal responsibility is accepted for any error or
omission in the text.

---

MR-NCB002537

EXHIBIT 11

Dun & Bradstreet WorldBase Report of Mid-East Jet, June 10, 2005

☐

Copyright 2006 Dun & Bradstreet, Inc
Worldbase
RETURN

Check availability of a D&B Business Information Report (Credit Report)

June 10, 2005

**MID EAST JET** INC

PO BOX 7695
DAMMAM 31472
SAUDI ARABIA

**BUSINESS ADDRESS:** PRINCE ABDULLAH STREET, DAMMAM, - - 31472, SAUDI ARABIA
**REGION:** MIDDLE EAST

* * * * * * * * * **COMMUNICATIONS** * * * * * * * * * *
**TELEPHONE:** 36061309
**FAX:** 36060857

**COUNTRY CODE:** 0966

* * * * * * * * * **COMPANY IDENTIFIERS** * * * * * * * * * *
**DUNS:** 87-013-9896

* * * * * * * * * **COMPANY INFORMATION** * * * * * * * * * *
**FOUNDED:** 1996
**LEGAL STATUS:** Corporation

**EMPLOYEES HERE:** 10 - Actual
**EMPLOYEES TOTAL:** 10 - Actual

* * * * * * * * * **EXECUTIVES** * * * * * * * * * *

CEO:                              KHURSHID MOHAMED KHAN, PRESIDENT
OPERATION MANAGER:                NADIM FAROUKI

* * * * * * * * * **DESCRIPTION** * * * * * * * * * *
TOUR OPERATORS

* * * * * * * * * **MARKET AND INDUSTRY** * * * * * * * * * *
**SIC CODES:**
4725 - Tour operator

**LOAD-DATE:** March 24, 2006

Document 1 of 1

About LexisNexis™ | Terms and Conditions | Privacy Policy | Support Identifier
Copyright © 2007 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

MR-NCB002535

EXHIBIT 12

September 1, 2002 Hotel Receipt of Muhammad Tahsin



RÉSIDENCE

MARIM'S
DE
PARIS

GEOPOLITIQUE.com
La matière première de l'information stratégique

---

102   TAHSIN

Fact: 201-0443
Page: 2          (Att.)
Arr.: 31/12/2001 (900)
Dép: 09/01/2002 (10/01/2002
Sté : INDIVIDUEL PRIX NEGO
Tar.: HOTEL
Stat: INPN   Nat.: PA

08/01/02   1 Taxe de Séjour        1.07
           1 Room Service         23.00

           Prest.      2159.31

           Réglé          0.00

           SOLDE       2159.31

---

102   TAHSIN

Fact: 201-0443
Page: 1          (Att.)
Arr.: 31/12/2001 (900)
Dép: 09/01/2002 (10/01/2002
Sté : INDIVIDUEL PRIX NEGO
Tar.: HOTEL
Stat: INPN   Nat.: PA

| 31/12/01 | 1 Suite | 209.31 |
| | 1 Taxe de Séjour | 1.07 |
| | 1 Room Service | 23.00 |
| 01/01/02 | 1 Suite | 209.31 |
| | 1 Taxe de Séjour | 1.07 |
| 02/01/02 | 1 Suite | 209.31 |
| | 1 Taxe de Séjour | 1.07 |
| | 1 Room Service | 46.00 |
| | 1 Blanchisserie | 15.86 |
| | 1 Blanchisserie | 15.21 |
| 03/01/02 | 1 Suite | 209.31 |
| | 1 Taxe de Séjour | 1.07 |
| | 1 Room Service | 23.00 |
| 04/01/02 | 1 Suite | 209.31 |
| | 1 Taxe de Séjour | 1.07 |
| | 1 Room Service | 23.00 |
| 05/01/02 | 1 Room Service | 23.00 |
| | 1 Suite | 209.31 |
| | 1 Taxe de Séjour | 1.07 |
| 06/01/02 | 1 Suite | 209.31 |
| | 1 Taxe de Séjour | 1.07 |
| | 1 Room Service | 23.00 |
| 07/01/02 | 1 Suite | 209.31 |
| | 1 Taxe de Séjour | 1.07 |
| | 1 Room Service | 23.00 |
| 08/01/02 | 1 Blanchisserie | 27.80 |
| | 1 Suite | 209.31 |

---

AMERICAN
EXPRESS
= = = = =
Le 09/01/02 à 12:31
MAXIM'S PARIS
75PARIS
9490248366
374495863901005
06/03
000043 01 0001
@
AUTO 27
MONTANT :  2159.31 EU

** POUR INFORMATION
              14164,15 F
(1 EUR = 6,55957 FRF)
DEBIT
SIGNATURE DU PORTEUR

TICKET A CONSERVER

---

14164.15 FRF (6.55957)

| Tx (%) : | 5.50 | 19.60 | 0.00 |
| TVA : | 93.71 | 43.57 | 0.00 |
| HT : | 1794.71 | 222.32 | 0.00 |
| TTC : | 1893.42 | 265.89 | 0.00 |

FACTURÉ A :

SKY WAYS INTERNATIONAL (SKYWAY)
PO BOX 9935
21423 JEDDAH SAUDI ARABIA

FACTURÉ A :



RESIDENCE

# maxim's
DE PARIS

## RÉSERVATION VERBALE

Date d'arrivée  Lun 08/04/2002        Heure d'arrivée  13-h 30

Date de départ  MAR 09/04/2002

Nom  SKY WAYS

Arrangement  205-205B-305-405B        Conditions  B&B  204,60+23 + Tva.ls.

Réservation faite par

N. téléphone

N. Fax

Autres instructions  Arrivee  ver 13 h 30

A confirmer

Paris, le  02/04/2002

Signature  R.H.



NOM : _____
PRÉNOM : Muhammad (?)
NÉ LE : _____ A : _____
ADRESSE : _____

SIGNATURE : _____

NATIONALITÉ : Pakistan
N° P.P. OU C.I. : 4 121 8 50
DÉLIVRÉ LE : _____ A : _____
PRÉNOM : _____
MADAME : _____
NÉE LE : _____ A : _____
N° P.P. ou C.I. : _____
DÉLIVRÉ LE : _____ A : _____

| N° APPT | ARRIVÉE | DÉPART | DURÉE EN JOURS | PRIX | NOMBRE M. | OBSERVATIONS |
|---|---|---|---|---|---|---|
| 101 | 13/12/01 | 26/06/01 | 1 | 150 | 1 | Jk y wayss. |
| 102 | 31/12/01 | 9/01/02 | 10 | 2333 | 1 | Sryways |
| 4C | 0/4/01 | 9/04/02 | 1 | 207, G | | Grywaws. |

ASH008008

# EXHIBIT 13

December 23, 1997 facsimile transmittal of Ndeem Farooqui

# *facsimile transmittal*

Attn: ███████████          Via Fax: ████████████

From: **Sandy Dalit**          No. of Pages: 1 (Incl. this)
      NCB Aviation

Date: December 23, 1997

Dear Mr. Seguin,

As per Capt. Al-Hanno's order, please find below our complete address for courier purposes as follow:

**The National Commercial Bank**
Aviation Department
3rd Floor, NCB Khalidiyah Branch Bldg.
Prince Abdullah Street, District Khalidiyah
P.O. Box 9935 Jeddah 21423
Saudi Arabia

Thanks and Regards,

Sandy Dalit
Operations
Jeddah

23-12-1997    15:12          728041          P.01

28424

MR-NCB002543

EXHIBIT 14

Excerpts of U.S. RVSM Approvals, January 18, 2008, pgs 1,8,9

Search this document by holding down the Ctrl key on your keyboard then F (Ctrl + F). In the "Find What" text box, type in your specific criteria and click "Find".                    January 18, 2008

### U.S. RVSM Approvals / IGA*

Including all AGHME monitoring flights for ACY (excluding 12 Dec 05 - 30 Jan 06 and 01 Apr 07 to current) , ICT, and CLE up to 02 Jan 08 and YQL and  YOW up to 31 Dec 07

*All Aircraft present in this segment of the database have obtained  rvsm airworthiness approval

** Please note that the AGHME data is based on the Julian date.  In some cases, monitoring flights can show up on the calendar date after or date before the actual monitoring flight.

*** Explanation of Full Approval column:  "True" and "False" only address whether the Database staff has processed information showing the operator/aircraft combination to have RVSM authorization (e.g., an LOA).   The FAA does not use this database to grant or deny clearance into RVSM airspace.

| OpName | Type | Series | Ser No | Reg No | Full Approval | Last GMU Monitoring | Last Successful AGHME Monitoring |
|---|---|---|---|---|---|---|---|
|  | A30B | 203 | 157 | N371PC | FALSE | 6/6/2002 | 6/24/2006 |
|  | A30B | 203 | 196 | N372PC | FALSE |  |  |
| R. P. Aviation, Inc. | A30B | 203 | 203 | N473AS | TRUE | 3/23/2004 |  |
| Aerodynamics Inc. | A319 | 112 | 1494 | N320NP | TRUE |  | 3/12/2007 |
|  | A320 | 214 | 1564 | N260AV | FALSE |  |  |
| Shammach Air, LLC | AC90 | 690D | 15013 | N927SM | TRUE |  | 8/30/2006 |
| Harrison Steel Castings Co., Inc. | AC90 | 690D | 15041 | N77HS | TRUE |  |  |
| HBC Aviation, Inc. | AC95 |  | 95006 | N980HB | TRUE |  |  |
| Anodyne Corp. | AC95 | A | 96029 | N79PH | TRUE |  | 12/18/2005 |
| Golden Giant, Inc. | AC95 | A | 96036 | N695GG | TRUE |  |  |
| Farsight Technologies, Inc. | AC95 | A | 96038 | N695HT | TRUE |  |  |
| MMA Consulting, Inc. | AC95 | A | 96050 | N695MM | TRUE |  | 10/25/2006 |
| Air-Glo, LLC | AC95 | A | 96066 | N54GA | TRUE |  |  |
| Golf Commander, LLC | AC95 | A | 96070 | N695YP | TRUE |  | 10/21/2007 |
| Edelbrock Corp. | AC95 | B | 96202 | N27VE | TRUE | 3/13/2007 | 10/3/2007 |
| Marjo Ventures, Inc. | AC95 | B | 96206 | N224EZ | TRUE |  | 5/4/2007 |
|  | AC95 | B | 96207 | N695KG | FALSE |  |  |
| Jmak Air, LLC | ASTR |  | 0075 | N928JA | TRUE | 7/25/2002 | 11/25/2007 |
| Atlantic Av. Flight Services, Inc. | ASTR |  | 0075 | N928JA | TRUE | 7/25/2002 | 11/25/2007 |
| True North, Inc. | ASTR |  | 011 | N500FA | TRUE |  |  |
| Zesch Jets, Inc. | ASTR |  | 012 | N939MC | TRUE | 11/11/2004 | 9/4/2007 |
| Avantair, Inc. | ASTR |  | 015 | N157GA | TRUE | 3/19/2003 | 8/12/2007 |
| ACTUS Av., LLC | ASTR |  | 019 | N49MN | TRUE | 4/12/2003 | 11/24/2007 |
| Majestic Jet | ASTR |  | 020 | N917SC | TRUE | 10/30/2002 | 12/26/2007 |
| DPMG, Inc. | ASTR |  | 021 | N200CK | TRUE | 8/28/2002 | 12/13/2007 |
| Jet Concepts, Inc. | ASTR |  | 023 | N345GC | TRUE | 1/8/2005 | 12/21/2006 |
| N501KB, Inc. | ASTR |  | 024 | N999BL | FALSE | 9/15/2003 |  |
| Presidential Av., Inc. | ASTR |  | 028 | N800ZZ | TRUE | 4/3/2004 | 5/3/2007 |
| Printpack, Inc. | ASTR |  | 029 | N956PP | TRUE | 2/16/2006 | 2/12/2007 |
| Duro-Last Roofing, Inc. | ASTR |  | 030 | N900DL | TRUE | 1/19/2005 | 8/2/2007 |
| Jackson Ridge MT, LLC | ASTR |  | 031 | N987G | TRUE | 10/4/2005 | 9/16/2007 |
| West Coast Charters, Inc. | ASTR |  | 032 | N116PB | TRUE | 9/15/2004 | 11/11/2007 |
| Pelican Air, LLC | ASTR |  | 032 | N116PB | TRUE | 9/15/2004 | 11/11/2007 |
| BJ Aviation, LLC | ASTR |  | 033 | N441BC | TRUE | 10/12/2005 | 9/3/2007 |
| Mountain Solitude, LLC | ASTR |  | 034 | N541RL | TRUE | 7/2/2004 | 1/12/2007 |
| Transcendent Investments, LLC | ASTR |  | 034 | N541RL | TRUE | 7/2/2004 | 1/12/2007 |
| JetSmart, Inc. | ASTR |  | 035 | N1125K | TRUE | 5/2/2003 | 2/6/2007 |
| Southwest Jet Av., Ltd. | ASTR |  | 036 | N757BD | FALSE | 12/12/2004 |  |
| Southwest Jet Av., Ltd. | ASTR |  | 036 | N757BD | TRUE | 12/12/2004 |  |
| Executive Affiliates, Inc. | ASTR |  | 037 | N100SR | TRUE | 10/18/2004 | 11/29/2007 |
| American Av., Inc. | ASTR |  | 038 | N777AM | TRUE | 5/3/2003 |  |
|  | ASTR |  | 039 | N636BC | FALSE | 7/19/2004 | 11/29/2007 |
|  | ASTR |  | 040 | N666K | FALSE | 12/7/2000 | 1/2/2008 |
| Novellus Systems, Inc. | ASTR |  | 041 | N41AU | TRUE | 10/16/2002 | 2/26/2007 |
| RFP Aeronautical Corp. | ASTR |  | 042 | N528RR | TRUE | 3/17/2004 |  |
| CJ2-113, LLC | ASTR |  | 043 | N43MH | FALSE | 8/1/2003 |  |
| University of Alabama Tuscaloosa | ASTR |  | 044 | N1UA | TRUE | 1/11/2003 |  |
| Wilson & Associates of Delaware, LLC | ASTR |  | 045 | N916CG | TRUE | 4/13/2005 |  |
| Fountainhead Sales & Leasing | ASTR |  | 046 | N630S | TRUE | 1/28/2003 | 8/26/2007 |
| Cin-Air LP | ASTR |  | 047 | N166RM | TRUE | 7/9/2004 |  |
| Cin-Air, LP | ASTR |  | 047 | N166RM | TRUE | 7/9/2004 |  |
| Murfam Enterprises, LLC | ASTR |  | 048 | N88MF | TRUE | 12/10/2004 |  |
| Jet Concepts, Inc. | ASTR |  | 049 | N293P | TRUE | 2/10/2004 | 1/8/2006 |
| Execujet Charter Service, Inc. | ASTR |  | 049 | N293P | TRUE | 2/10/2004 | 1/8/2006 |
| 45 Hotel Corp., Inc. | ASTR |  | 050 | N45H | TRUE | 10/21/2004 | 12/15/2006 |

Page 1

81256

MR-NCB002789

| OpName | Type | Series | Ser No | Reg No | Full Approval | Last GMU Monitoring | Last Successful AGHME Monitoring |
|---|---|---|---|---|---|---|---|
| U.S. Marshals Service | B'733 | 3M8 | 25039 | N303FL | TRUE | | |
| U.S. Marshals Service | B'733 | 3L9 | 26440 | N310FL | TRUE | | |
| | B'733 | 33A | 27546 | N731VA | TRUE | | 11/2/2007 |
| | B'734 | 4B7 | 24874 | N802TJ | FALSE | | |
| U.S. Marshals Service | B'734 | 436 | 25843 | N843BB | TRUE | | 12/19/2007 |
| U.S. Marshals Service | B'734 | 436 | 25850 | N850BB | TRUE | | 6/14/2007 |
| Turnberry Management III, Inc. | B'737 | 75V | 28579 | N367G | TRUE | | 12/29/2007 |
| Town & Country Food Markets, Inc. | B'737 | 75V | 28581 | N781TS | TRUE | | 9/25/2007 |
| Tracinda Corp. | B'737 | 72T | 29024 | N50TC | TRUE | | 12/26/2007 |
| The Limited, Inc. | B'737 | 73T | 29054 | N500LS | TRUE | 1/16/2001 | 8/5/2006 |
| Netjets Large Aircraft Co., LLC | B'737 | 73Q | 29102 | N772BC | TRUE | | 1/9/2007 |
| Mid East Jet Inc. | B'737 | 74Q | 29135 | N737CC | TRUE | | 10/21/2007 |
| Mid East Jet Inc. | B'737 | 74Q | 29136 | N737GG | TRUE | | 7/8/2006 |
| SAS, Inc. | B'737 | 75T | 29142 | N737WH | TRUE | 5/31/2000 | 8/17/2005 |
| Chartwell Aviation Services, LLC | B'737 | 700 | 29200 | N742PB | TRUE | 2/3/2001 | 3/30/2007 |
| Rank Services, LLC | B'737 | 74U | 29233 | N66ZB | TRUE | 9/5/2000 | |
| Las Vegas Jet, LLC | B'737 | 79U | 29441 | N88WR | TRUE | | 11/16/2007 |
| TY Air, Inc. | B'737 | 7AH | 29749 | N888TY | TRUE | | 12/6/2007 |
| N720CH, Inc | B'737 | 700 | 29866 | N720CH | TRUE | | 8/23/2007 |
| News America, Inc. | B'737 | 7AV | 30070 | N889NC | TRUE | | 11/26/2007 |
| Saudi Aramco | B'737 | 7AX | 30181 | N737A | TRUE | | |
| SAUDI ARAMCO | B'737 | 7AX | 30182 | N738A | TRUE | | |
| SAUDI ARAMCO | B'737 | 7AX | 30183 | N739A | TRUE | 1/28/2006 | |
| SAUDI ARAMCO | B'737 | 7AX | 30184 | N743A | TRUE | | |
| SAUDI ARAMCO | B'737 | 7AX | 30185 | N745A | TRUE | 1/27/2006 | |
| Boeing Netjets Charter Co., LLC | B'737 | 7BC | 30327 | N127QS | TRUE | | 12/21/2007 |
| Akira Investments, Inc. | B'737 | 7BC | 30328 | N164RJ | TRUE | | 11/30/2007 |
| Boeing Netjets Charter Co., LLC | B'737 | 7BC | 30329 | N129QS | TRUE | | 12/22/2007 |
| FUNAIR Corp. | B'737 | 7BF | 30496 | N737AG | TRUE | 4/9/2004 | 12/24/2006 |
| | B'737 | 7BQ | 30547 | N79711 | FALSE | | |
| Boeing Executive Flight Operations | B'737 | 7BC | 30572 | N835BA | TRUE | | 12/7/2007 |
| Boeing Executive Flight Operations | B'737 | 7BC | 30572 | N835BA | TRUE | | 12/7/2007 |
| Clay Lacy Av. Inc. | B'737 | 7CG | 30751 | N888NY | TRUE | | 6/30/2007 |
| Legatum Aviation Limited | B'737 | 7CG | 30751 | N888NY | TRUE | | 6/30/2007 |
| Boetti Air, Inc. | B'737 | 7CJ | 30754 | N737ER | TRUE | | |
| Boeing Executive Flight Operations | B'737 | 7BC | 30756 | N836BA | TRUE | | 11/9/2007 |
| Tutor-Saliba Corp. | B'737 | 7CU | 30772 | N315TS | TRUE | | 12/12/2007 |
| Clay Lacy Av. Inc. | B'737 | 7BC | 30782 | N800KS | TRUE | 12/14/2001 | 11/24/2007 |
| Flying Tiger International, Ltd. | B'737 | 73Q | 30789 | N349BA | TRUE | | 5/23/2006 |
| SAS Institute, Inc. | B'737 | 7BC | 32628 | N7600K | TRUE | | 1/1/2008 |
| | B'737 | 7EL | 32775 | N90R | FALSE | 2/19/2003 | 11/26/2007 |
| MGM Mirage, Inc. | B'737 | 7ET | 33010 | N720MM | TRUE | | 12/20/2007 |
| Evergreen International, S. A. | B'737 | 7BC | 33036 | N888YF | TRUE | | |
| Yona Aviation II, LLC | B'737 | 7BC | 33102 | N108MS | TRUE | | 11/18/2007 |
| Avjet Corp. | B'737 | 7EI | 34683 | N2121 | TRUE | | 12/14/2007 |
| White Sapphire, LLC | B'737 | 7HF | 35977 | N888AQ | TRUE | | 7/29/2007 |
| | B'738 | 86N | 28610 | EIDIS | FALSE | | |
| | B'738 | 81Q | 29051 | N904MA | FALSE | | 1/2/2008 |
| | B'738 | 8Q8 | 30703 | GXLAJ | FALSE | | |
| | B'738 | 83N | 32577 | N309TZ | FALSE | | |
| | B'738 | 86N | 32740 | N977RY | FALSE | | 12/7/2007 |
| Mid East Jet Inc. | B'738 | 8EF | 32971 | N371BC | TRUE | | 11/21/2006 |
| EIE Eagle, Inc. | B'738 | 8EQ | 33361 | N737M | TRUE | | 8/27/2006 |
| GEAE FLIGHT TEST OPERATIONS | B'741 | 121 | 19651 | N747GE | TRUE | 7/30/2001 | |
| | B'741 | 128 | 19751 | N3203Y | FALSE | | |
| | B'741 | 131 | 20320 | N472EV | FALSE | | |
| | B'742 | 257B | 20116 | N303TW | FALSE | | |
| | B'742 | 251B | 20357 | N612US | FALSE | | |
| | B'742 | 284B | 20742 | N305TW | FALSE | | |
| | B'742 | 212B | 21162 | N981JM | FALSE | | |
| | B'742 | 251B | 21704 | N622US | FALSE | | |
| | B'742 | 251B | 21709 | N627US | FALSE | | |
| | B'742 | 2F6B | 21833 | N535FC | FALSE | | |
| | B'742 | 243B | 22969 | N73717 | FALSE | | |
| | B'744 | 412 | 24066 | N728BA | FALSE | | |
| | B'744 | 4H6 | 24315 | N73713 | FALSE | | |

Page 8

MR-NCB002796

| OpName | Type | Series | Ser No | Reg No | Full Approval | Last GMU Monitoring | Last Successful AGHME Monitoring |
|---|---|---|---|---|---|---|---|
|  | B744 | 422 | 25395 | N185UA | FALSE |  |  |
| Pratt & Whitney Engine Services, Inc. | B74S | SP-J6 | 21934 | N747UT | TRUE |  |  |
|  | B74S | SP09 | 22805 | N4522V | FALSE |  |  |
| Paradigm Air Operators, Inc. | B752 | 236 | 22176 | N757SS | FALSE | 8/13/2001 |  |
|  | B752 | 232 | 22910 | N620DL | FALSE |  | 8/6/2007 |
|  | B752 | 23A | 24923 | N1757 | FALSE | 6/19/1997 |  |
| TAG Air, Inc. | B752 | 200 | 25155 | N757AF | TRUE | 6/11/1997 | 11/20/2007 |
|  | B752 | 200 | 25220 | N770BB | FALSE |  | 12/21/2007 |
| Comco Corp. | B752 | 23A | 25491 | N226G | TRUE | 4/18/1997 | 7/10/2007 |
|  | B752 | 2B7 | 27122 | N901FD | FALSE | 4/2/2002 |  |
|  | B752 | 23N | 27972 | N516AT | FALSE | 2/21/1997 |  |
| Mid East Jet Inc. | B752 | 200 | 28463 | N757MA | TRUE |  | 9/1/2005 |
| Comco Corp. | B752 | 22L | 29304 | N610G | TRUE |  | 8/10/2007 |
|  | B762 | 222 | 21863 | N602UA | FALSE | 3/12/1997 |  |
|  | B762 | 222 | 21866 | N605UA | FALSE | 2/3/1997 |  |
| Atlantic Av. | B762 | 222 | 21868 | N607UA | FALSE |  |  |
|  | B762 | 222 | 21869 | N608UA | FALSE | 3/5/1997 |  |
| Vision Airlines | B762 | 222 | 21870 | N767VA | TRUE |  |  |
|  | B762 | 222 | 21880 | N620UA | FALSE |  |  |
| International Ferry & Flight Test Group, Ltd | B752 | 223 | 22318 | N316AA | TRUE |  |  |
|  | B752 | 231 | 22568 | N605TW | FALSE |  |  |
|  | B752 | 231 | 22573 | N610TW | FALSE |  |  |
| ELAN EXPRESS, INC. | B752 | 238 | 23896 | N2767 | TRUE | 10/4/2006 | 6/29/2007 |
| Mid East Jet Inc. | B752 | 24QER | 28270 | N767KS | TRUE |  | 3/5/2006 |
| ARAMCO Associated Co. | B762 | 2AX | 33685 | N767A | TRUE |  | 3/10/2007 |
|  | B762 | 2EY | 33687 | N762TT | FALSE |  |  |
|  | B763 | 332 | 23436 | N122DL | FALSE |  | 9/27/2007 |
| Interface Operations, LLC | B763 | 300ER | 27255 | N804MS | TRUE |  | 12/12/2007 |
|  | B772 | 222 | 26918 | N767UA | FALSE |  |  |
|  | B772 | 222 | 26925 | N770UA | FALSE |  |  |
|  | B772 | 236 | 27108 | N702BA | FALSE |  |  |
|  | B772 | 236 | 27109 | N703BA | FALSE |  |  |
| Mid East Jet Inc. | B772 | 24Q | 29271 | N777AS | TRUE |  | 7/15/2007 |
|  | B772 | 223 | 29956 | N780AN | FALSE |  | 12/21/2007 |
|  | B772 | 222 | 30213 | N207UA | FALSE |  |  |
|  | B772 | 222 | 30214 | N208UA | FALSE |  |  |
|  | B772 | 223 | 31480 | N763AN | FALSE |  |  |
| Business Jet Services, Ltd. | BA11 | 419EP | BAC120 | N999BW | TRUE |  |  |
| Bird Dog Aviation, LLC | BE20 |  | BB1051 | N910KG | FALSE |  |  |
|  | BE20 |  | BB-1130 | N209WC | FALSE |  |  |
|  | BE20 |  | BB-1200 | N873AF | FALSE |  |  |
| Longtail Aviation, Ltd. | BE20 |  | BB1202 | N5NV | TRUE |  |  |
| Teton Aviation, LLC | BE20 |  | BB-1331 | N88JH | TRUE |  |  |
| Executive Beechcraft Charters, Inc. | BE20 |  | BB-1540 | N89WA | TRUE | 6/23/2004 | 7/7/2006 |
| Townley Manufacturing Co., Inc. | BE20 |  | BB-1581 | N613TA | TRUE | 4/20/2005 |  |
| Executive Jet Management, Inc. | BE20 |  | BB-1585 | N200EJ | TRUE |  |  |
|  | BE20 |  | BB-1587 | N123ML | FALSE |  | 3/25/2007 |
| Sheetz Aviation, Inc. | BE20 |  | BB-1686 | N52SZ | TRUE |  | 4/9/2007 |
|  | BE20 |  | BB-1691 | N200NW | FALSE |  | 4/17/2006 |
| FBL Financial Group, Inc. | BE20 |  | BB-1710 | N68FB | TRUE | 10/15/2004 | 11/10/2006 |
|  | BE20 |  | BB-1737 | N665MW | FALSE |  |  |
| Barnstormer Aviation, LLC | BE20 |  | BB-1761 | N610RM | TRUE |  | 10/14/2007 |
|  | BE20 |  | BB-1769 | N80VP | FALSE |  | 7/19/2005 |
|  | BE20 |  | BB-1777 | N33LA | FALSE | 11/9/2004 | 8/31/2005 |
| Andair Inc. | BE20 |  | BB-1785 | N101SG | TRUE | 3/4/2004 |  |
| Executive Beechcraft Charters, Inc. | BE20 | C | BB-1795 | N4195S | TRUE | 12/16/2004 |  |
|  | BE20 |  | BB-1802 | N5092S | FALSE | 2/8/2005 |  |
|  | BE20 |  | BB-1821 | N5021S | FALSE |  | 8/6/2005 |
|  | BE20 |  | BB-1822 | N203RC | FALSE | 12/22/2004 |  |
| Talon Air, Inc | BE20 |  | BB-1823 | N299AL | TRUE |  |  |
| North Dallas Aviation, Inc. | BE20 |  | BB-1828 | N401SK | TRUE |  |  |
|  | BE20 |  | BB1834 | N1NP | FALSE | 3/4/2004 |  |
| AMR Aviation, LLC | BE20 |  | BB-1839 | N712RH | TRUE | 6/5/2006 |  |
|  | BE20 |  | BB-1843 | N120FS | FALSE | 5/18/2005 |  |
| Black River Construction Services, LLC. | BE20 |  | BB-1844 | N888ZC | TRUE |  |  |
| J&S Aviation, Inc. | BE20 |  | BB-1845 | N912JS | TRUE |  | 7/22/2005 |

Page 9

MR-NCB002797

EXHIBIT 16

Monroe FAA Certification

**FAA Registry**
**Name Inquiry Results**

### KEITH WYNDHAM MONROE

## Address

**Street**  2902 THORPE CV
**City**  LAGO VISTA  **State** TX
**County**  TRAVIS  **Zip Code** 78645-6788
**Country**  USA

## Medical

**Medical Class:** First  **Medical Date:** 11/2005

MUST WEAR CORR LENSES & POSSESS GLASSES FOR NEAR & INTRM VISION.

## Certificates

1 of  3

**1**  **2**  **3**

**DOI:**  6/26/1996
**Certificate:**  PRIVATE PILOT
**Rating(s):**
PRIVATE PILOT
AIRPLANE SINGLE ENGINE LAND

MR-NCB002551

---

**FAA Registry**
**Name Inquiry Results**

---

KEITH WYNDHAM MONROE

## Address

**Street**   2902 THORPE CV
**City**      LAGO VISTA            **State** TX
**County**  TRAVIS                   **Zip Code** 78645-6788
**Country**  USA

---

## Medical

**Medical Class:** First            **Medical Date:** 11/2005

MUST WEAR CORR LENSES & POSSESS GLASSES FOR NEAR &
INTRM VISION.

---

## Certificates

2 of  3

1   **2**   3

**DOI:**                    11/15/1986
**Certificate:**        FLIGHT ENGINEER
**Rating(s):**
FLIGHT ENGINEER
      TURBOJET POWERED

---

MR-NCB002552

**FAA Registry
Name Inquiry Results**

KEITH WYNDHAM MONROE

## Address

**Street**   2902 THORPE CV
**City**       LAGO VISTA                    **State** TX
**County**   TRAVIS                           **Zip Code** 78645-6788
**Country**  USA

## Medical

**Medical Class:** First                **Medical Date:** 11/2005

MUST WEAR CORR LENSES & POSSESS GLASSES FOR NEAR & INTRM VISION.

## Certificates

3 of  3

1   2   **3**

**DOI:**                          4/10/1980
**Certificate:**            MECHANIC
**Rating(s):**
MECHANIC
      AIRFRAME
      POWERPLANT

MR-NCB002553

EXHIBIT 15

Excerpts of FAA Flight Tracking Data



U.S. Department
of Transportation

**Federal Aviation
Administration**

System Operations Services
800 Independence Avenue, SW.
Washington, DC  20591

OCT 0 4 2007

Mr. John Fawcett
Kreindler & Kreindler
100 Park Avenue, 18th Floor
New York, NY  10017

Dear Mr. Fawcett:

This responds to your Freedom of Information Act (FOIA 2007-007730) request dated
September 18, 2007.  Your request sought a copy of flight track data pertaining to aircraft
N777AS, N371BC, N767KS, N757MA, and N737GG between January 1, 2000- January 1, 2003.

Enclosed on a compact disk is the requested information.

There are fees associated with this request. The fees are based on the following:

| | | |
|---|---|---|
| Search - .5 hours x $45 | = | $22.50 |
| Duplication - 1 compact disk x $2.00 | = | $ 2.00 |
| **Total** | = | **$ 24.50** |

Payments may be made by check or electronically through Pay.gov.

**Check**:  Payable to Department of Transportation/Federal Aviation Administration and mail to:

> Department of Transportation/Federal Aviation Administration
> ATTN:  Denise A Bethea, AJR-6 (Room 1001W)
> 800 Independence Avenue, SW
> Washington, DC  20591

Please include your FOIA number on the bottom left hand corner of your check.

ASH010328

**Pay.gov**:  A link from our FOIA web page (www.faa.gov/foia/) will take you to a secure website where you can pay by e-check or credit card.  When you access the Pay.gov website, you will be asked to provide the following information:

| | |
|---|---|
| FOIA Web Payment ID: | 298109 |
| FOIA Request Number: | 2007-007730 |
| Name of FOIA Requester: | John Fawcett |
| Amount Due: | $24.50 |

Sincerely,

Michael A. Cirillo
Vice President, System Operations Services
Air Traffic Organization

Enclosure

ASH010329

| CALL SIGN | FLIGHT DATE (GMT) | DEPARTURE TIME (GMT) | ARRIVAL TIME (GMT) | FROM | TO |
|---|---|---|---|---|---|
| N767KS | 12-Jan-00 | 1/12/00 1:20 PM | 1/13/00 2:20 AM | OEJN | IAD |
| N767KS | 13-Jan-00 | 1/13/00 10:16 PM | 1/14/00 10:25 AM | IAD | OEJN |
| N767KS | 18-Jan-00 | 1/18/00 7:11 PM | 1/18/00 9:30 PM | OLBA | EGLL |
| N767KS | 22-Jan-00 | 1/22/00 11:15 PM | 1/23/00 9:58 AM | EGLL | FAJS |
| N767KS | 2-Feb-00 | 2/2/00 8:28 AM | 2/2/00 10:28 AM | OEJN | EGSS |
| N767KS | 2-Feb-00 | 2/2/00 2:00 PM | 2/2/00 4:00 PM | EGSS | OERK |
| N767KS | 5-Feb-00 | 2/5/00 7:17 PM | 2/5/00 9:17 PM | OEJN | EGSS |
| N767KS | 7-Feb-00 | 2/7/00 5:51 PM | 2/8/00 12:01 AM | EGSS | OEJN |
| N757MA | 8-Feb-00 | 2/8/00 4:00 PM | 2/8/00 6:00 PM | OEJN | EGLL |
| N757MA | 12-Feb-00 | 2/12/00 10:16 AM | 2/12/00 7:11 PM | EGLL | IAD |
| N767KS | 15-Feb-00 | 2/15/00 10:00 AM | 2/15/00 5:44 PM | OERY | EGSS |
| N767KS | 26-Feb-00 | 2/26/00 4:59 PM | 2/27/00 2:16 AM | OERK | BOS |
| N757MA | 27-Feb-00 | 2/27/00 3:00 AM | 2/27/00 10:13 AM | IAD | LFPB |
| N757MA | 27-Feb-00 | 2/27/00 3:00 AM | 2/27/00 10:13 AM | IAD | LFPB |
| N767KS | 27-Feb-00 | 2/27/00 7:05 PM | 2/28/00 5:53 AM | BOS | OERK |
| N757MA | 28-Feb-00 | 2/28/00 2:00 AM | 2/28/00 8:43 AM | IAD | LFPB |
| N757MA | 28-Feb-00 | 2/28/00 3:19 AM | 2/28/00 10:02 AM | IAD | LFPB |
| N767KS | 1-Mar-00 | 3/1/00 6:55 AM | 3/1/00 4:29 PM | OERK | IAD |
| N767KS | 2-Mar-00 | 3/2/00 11:00 PM | 3/3/00 11:32 AM | IAD | OERK |
| N767KS | 2-Mar-00 | 3/2/00 11:22 PM | 3/3/00 11:59 AM | IAD | OERK |
| N757MA | 5-Mar-00 | 3/5/00 9:41 PM | 3/5/00 11:41 PM | EGLL | HSSS |
| N757MA | 7-Mar-00 | 3/7/00 10:54 AM | 3/7/00 1:25 PM | OERY | EGSS |
| N757MA | 7-Mar-00 | 3/7/00 2:44 PM | 3/7/00 10:41 PM | EGSS | IAD |
| N757MA | 8-Mar-00 | 3/8/00 9:11 AM | 3/8/00 9:13 PM | IAD | OEJN |
| N767KS | 8-Mar-00 | 3/8/00 11:00 PM | 3/8/00 2:43 PM | OEJN | IAH |
| N767KS | 9-Mar-00 | 3/9/00 11:10 PM | 3/9/00 3:05 PM | OEJN | IAH |
| N767KS | 11-Mar-00 | 3/11/00 7:49 PM | 3/12/00 9:51 AM | IAH | OEJN |
| N767KS | 13-Mar-00 | 3/13/00 12:02 PM | 3/14/00 1:28 AM | OEJN | EWR |
| N767KS | 14-Mar-00 | 3/14/00 2:45 AM | 3/14/00 3:05 AM | EWR | SWF |
| N767KS | 14-Mar-00 | 3/14/00 3:13 AM | 3/14/00 3:32 AM | EWR | SWF |
| N767KS | 17-Mar-00 | 3/17/00 6:27 PM | 3/18/00 5:08 AM | SWF | OEJN |
| N767KS | 19-Mar-00 | 3/19/00 8:24 PM | 3/19/00 5:25 PM | OEJN | FLL |
| N757MA | 21-Mar-00 | 3/21/00 3:19 PM | 3/21/00 4:57 PM | OEJN | EINN |
| N757MA | 22-Mar-00 | 3/22/00 12:01 PM | 3/22/00 7:04 PM | EINN | EWR |
| N767KS | 23-Mar-00 | 3/23/00 2:10 PM | 3/23/00 2:46 PM | FLL | MYNN |
| N767KS | 23-Mar-00 | 3/23/00 9:14 PM | 3/23/00 10:11 PM | MYNN | MCO |
| N757MA | 25-Mar-00 | 3/25/00 2:24 AM | 3/25/00 10:08 AM | EWR | EINN |
| N767KS | 25-Mar-00 | 3/25/00 3:04 AM | 3/25/00 3:55 AM | MCO | MYNN |
| N767KS | 26-Mar-00 | 3/26/00 9:18 AM | 3/26/00 5:29 PM | MYNN | LFPB |
| N757MA | 30-Mar-00 | 3/30/00 12:31 AM | 3/30/00 2:31 AM | EINN | EINN |
| N757MA | 30-Mar-00 | 3/30/00 4:25 AM | 3/30/00 1:26 PM | EINN | IAH |
| N767KS | 3-Apr-00 | 4/3/00 6:24 PM | 4/4/00 12:06 AM | OEJN | EGSS |
| N757MA | 3-Apr-00 | 4/3/00 9:52 PM | 4/4/00 6:16 AM | IAH | EGSS |

ASH010330

| | | | | | |
|---|---|---|---|---|---|
| N757MA | 4-Apr-00 | 4/4/00 8:17 AM | 4/4/00 10:17 AM | EGSS | OEJN |
| N767KS | 11-Apr-00 | 4/11/00 7:21 AM | 4/11/00 9:21 AM | OEJN | EGSS |
| N767KS | 12-Apr-00 | 4/12/00 2:53 PM | 4/12/00 4:53 PM | EGSS | OEJN |
| N767KS | 13-Apr-00 | 4/13/00 10:13 AM | 4/13/00 3:57 PM | OEJN | EGSS |
| N767KS | 13-Apr-00 | 4/13/00 2:47 PM | 4/13/00 4:47 PM | EGSS | GMTT |
| N757MA | 19-Apr-00 | 4/19/00 5:40 PM | 4/19/00 8:42 PM | HLLT | EGSS |
| N757MA | 24-Apr-00 | 4/24/00 8:45 AM | 4/24/00 10:45 AM | EGSS | LCLK |
| N757MA | 24-May-00 | 5/24/00 2:50 PM | 5/24/00 4:50 PM | OEJN | EGSS |
| N757MA | 24-May-00 | 5/24/00 7:45 PM | 5/24/00 9:45 PM | EGSS | EDDF |
| N757MA | 27-May-00 | 5/27/00 7:34 AM | 5/27/00 12:52 PM | EGSS | HAAB |
| N757MA | 8-Jun-00 | 6/8/00 7:49 AM | 6/8/00 3:59 PM | EGSS | IAD |
| N757MA | 9-Jun-00 | 6/9/00 5:21 AM | 6/9/00 12:03 PM | IAD | EGSS |
| N757MA | 9-Jun-00 | 6/9/00 1:08 PM | 6/9/00 7:02 PM | EGSS | OEJN |
| N757MA | 11-Jun-00 | 6/11/00 9:57 AM | 6/11/00 11:57 AM | EGLL | OERK |
| N757MA | 13-Jun-00 | 6/13/00 2:29 PM | 6/13/00 11:08 PM | EGSS | RST |
| N757MA | 13-Jun-00 | 6/13/00 11:53 PM | 6/14/00 1:42 AM | RST | IAD |
| N757MA | 15-Jun-00 | 6/15/00 7:06 PM | 6/16/00 2:18 AM | IAD | EGSS |
| N757MA | 16-Jun-00 | 6/16/00 3:27 AM | 6/16/00 5:27 AM | EGSS | OEJN |
| N757MA | 16-Jun-00 | 6/16/00 7:10 PM | 6/17/00 4:33 AM | EINN | MCO |
| N757MA | 18-Jun-00 | 6/18/00 4:37 AM | 6/18/00 8:34 AM | MCO | CYQX |
| N757MA | 18-Jun-00 | 6/18/00 9:38 AM | 6/18/00 6:38 PM | CYQX | OEJN |
| N757MA | 19-Jun-00 | 6/19/00 7:02 PM | 6/19/00 9:02 PM | OEJN | EGSS |
| N757MA | 19-Jun-00 | 6/19/00 9:30 PM | 6/19/00 11:30 PM | EGSS | LFPB |
| N757MA | 20-Jun-00 | 6/20/00 1:21 PM | 6/20/00 9:08 PM | LFPB | IAD |
| N757MA | 21-Jun-00 | 6/21/00 10:02 AM | 6/21/00 4:52 PM | IAD | EGSS |
| N757MA | 22-Jun-00 | 6/22/00 3:13 PM | 6/22/00 5:13 PM | EGSS | OEJN |
| N767KS | 8-Jul-00 | 7/8/00 4:00 AM | 7/8/00 11:28 AM | OEJN | BGR |
| N767KS | 8-Jul-00 | 7/8/00 12:23 PM | 7/8/00 6:09 PM | BGR | LGB |
| N767KS | 8-Jul-00 | 7/8/00 8:37 PM | 7/9/00 11:42 AM | LGB | OEJN |
| N767KS | 11-Jul-00 | 7/11/00 2:05 AM | 7/11/00 2:13 PM | OEJN | BGR |
| N767KS | 11-Jul-00 | 7/11/00 3:27 PM | 7/11/00 9:13 PM | BGR | LGB |
| N767KS | 12-Jul-00 | 7/12/00 10:13 PM | 7/13/00 3:15 AM | LGB | BOS |
| N767KS | 13-Jul-00 | 7/13/00 3:54 PM | 7/14/00 2:34 AM | BOS | OEJN |
| N757MA | 17-Jul-00 | 7/17/00 4:49 PM | 7/17/00 6:49 PM | LFPB | EGSS |
| N757MA | 18-Jul-00 | 7/18/00 5:15 PM | 7/18/00 7:15 PM | EGSS | LFMN |
| N757MA | 21-Jul-00 | 7/21/00 5:08 PM | 7/21/00 7:08 PM | LFPB | EGSS |
| N757MA | 22-Jul-00 | 7/22/00 9:42 AM | 7/22/00 5:33 PM | EGSS | IAD |
| N767KS | 25-Jul-00 | 7/25/00 4:50 PM | 7/25/00 6:50 PM | LSGG | EGLL |
| N767KS | 25-Jul-00 | 7/25/00 8:18 PM | 7/25/00 10:18 PM | EGLL | OEJN |
| N757MA | 27-Jul-00 | 7/27/00 4:12 PM | 7/27/00 11:24 PM | IAD | EGSS |
| N757MA | 30-Jul-00 | 7/30/00 8:14 PM | 7/30/00 10:14 PM | EGSS | LEMG |
| N757MA | 30-Jul-00 | 7/30/00 11:55 PM | 7/31/00 1:55 AM | LEMG | EGSS |
| N757MA | 5-Aug-00 | 8/5/00 8:12 AM | 8/5/00 10:12 AM | EGSS | HAAB |
| N767KS | 5-Aug-00 | 8/5/00 10:46 AM | 8/5/00 11:08 PM | LFMN | LGB |
| N767KS | 7-Aug-00 | 8/7/00 10:36 PM | 8/8/00 3:14 AM | LGB | EWR |
| N767KS | 11-Aug-00 | 8/11/00 4:45 AM | 8/11/00 12:54 PM | EWR | LIEO |
| N767KS | 12-Aug-00 | 8/12/00 7:53 PM | 8/13/00 4:20 AM | LFMN | EWR |
| N767KS | 14-Aug-00 | 8/14/00 2:04 AM | 8/14/00 8:29 AM | EWR | LFPB |
| N757MA | 14-Aug-00 | 8/14/00 8:32 AM | 8/14/00 4:14 PM | HAAB | EGSS |
| N767KS | 17-Aug-00 | 8/17/00 11:02 AM | 8/17/00 1:02 PM | LFPB | EGSS |

ASH010331

| | | | | | |
|---|---|---|---|---|---|
| N757MA | 17-Aug-00 | 8/17/00 1:46 PM | 8/17/00 3:46 PM | EGSS | OEJN |
| N767KS | 17-Aug-00 | 8/17/00 2:12 PM | 8/17/00 4:12 PM | EGSS | OEJN |
| N757MA | 18-Aug-00 | 8/18/00 5:55 PM | 8/18/00 7:55 PM | OEJN | EGSS |
| N757MA | 22-Aug-00 | 8/22/00 11:06 AM | 8/22/00 1:06 PM | EGSS | HECA |
| N757MA | 23-Aug-00 | 8/23/00 1:25 PM | 8/23/00 3:25 PM | OEJN | EGSS |
| N767KS | 25-Aug-00 | 8/25/00 12:51 PM | 8/25/00 2:51 PM | LFPB | EGSS |
| N767KS | 26-Aug-00 | 8/26/00 2:22 PM | 8/26/00 4:22 PM | EGSS | OEJN |
| N757MA | 26-Aug-00 | 8/26/00 2:51 PM | 8/26/00 4:51 PM | EGSS | LFMN |
| N757MA | 26-Aug-00 | 8/26/00 8:30 PM | 8/26/00 10:30 PM | EGLL | EGSS |
| N757MA | 31-Aug-00 | 8/31/00 2:21 PM | 8/31/00 8:25 PM | EGSS | OEJN |
| N757MA | 1-Sep-00 | 9/1/00 3:01 AM | 9/1/00 5:01 AM | OEJN | EGSS |
| N767KS | 2-Sep-00 | 9/2/00 2:11 PM | 9/2/00 4:11 PM | OEJN | EGSS |
| N757MA | 3-Sep-00 | 9/3/00 11:29 AM | 9/3/00 1:29 PM | EGSS | EKCH |
| N767KS | 4-Sep-00 | 9/4/00 1:55 PM | 9/4/00 3:55 PM | EGSS | OERK |
| N757MA | 7-Sep-00 | 9/7/00 2:07 PM | 9/7/00 4:07 PM | EGSS | LFPB |
| N767KS | 8-Sep-00 | 9/8/00 1:05 PM | 9/8/00 9:02 PM | LGAT | BGR |
| N767KS | 8-Sep-00 | 9/8/00 10:01 PM | 9/8/00 11:09 PM | BGR | EWR |
| N767KS | 10-Sep-00 | 9/10/00 2:35 AM | 9/10/00 2:11 PM | EWR | OERY |
| N757MA | 14-Sep-00 | 9/14/00 11:52 AM | 9/14/00 7:56 PM | EGSS | IAD |
| N757MA | 17-Sep-00 | 9/17/00 4:31 PM | 9/17/00 5:21 PM | IAD | EWR |
| N757MA | 18-Sep-00 | 9/18/00 2:37 AM | 9/18/00 11:11 AM | EWR | SBBR |
| N757MA | 28-Sep-00 | 9/28/00 9:37 PM | 9/29/00 6:23 AM | SVMI | LFMN |
| N757MA | 3-Oct-00 | 10/3/00 2:06 PM | 10/3/00 10:34 PM | LFPB | IAD |
| N757MA | 7-Oct-00 | 10/7/00 9:01 PM | 10/8/00 4:15 AM | IAD | EINN |
| N767KS | 11-Oct-00 | 10/11/00 1:03 PM | 10/11/00 7:00 PM | EGSS | OEJN |
| N757MA | 24-Oct-00 | 10/24/00 8:20 PM | 10/24/00 10:20 PM | LFPB | EGVN |
| N757MA | 26-Oct-00 | 10/26/00 5:07 PM | 10/27/00 12:08 AM | EGVN | IAD |
| N757MA | 31-Oct-00 | 10/31/00 7:03 PM | 10/31/00 9:05 PM | IAD | MIA |
| N757MA | 1-Nov-00 | 11/1/00 12:15 AM | 11/1/00 2:29 AM | MIA | IAD |
| N757MA | 4-Nov-00 | 11/4/00 11:58 PM | 11/5/00 6:31 AM | IAD | EGSS |
| N757MA | 5-Nov-00 | 11/5/00 7:42 AM | 11/5/00 9:42 AM | EGSS | OEJN |
| N757MA | 8-Nov-00 | 11/8/00 12:59 AM | 11/8/00 8:47 AM | EGSS | IAD |
| N767KS | 8-Nov-00 | 11/8/00 3:22 PM | 11/8/00 9:20 PM | EGSS | OEJN |
| N757MA | 10-Nov-00 | 11/10/00 2:03 AM | 11/10/00 9:00 AM | IAD | EGSS |
| N757MA | 30-Nov-00 | 11/30/00 6:24 PM | 11/30/00 8:24 PM | EGSS | OERK |
| N757MA | 16-Dec-00 | 12/16/00 3:32 AM | 12/16/00 2:52 PM | LGAT | IAD |
| N757MA | 17-Dec-00 | 12/17/00 5:26 AM | 12/17/00 2:21 PM | IAD | LGAT |
| N767KS | 29-Dec-00 | 12/29/00 1:00 PM | 12/29/00 8:13 PM | OEJN | EGSS |
| N767KS | 5-Jan-01 | 1/5/01 10:41 AM | 1/5/01 12:41 PM | EGSS | OEJN |
| N767KS | 23-Jan-01 | 1/23/01 3:47 AM | 1/23/01 5:47 AM | OEJN | MSY |
| N767KS | 23-Jan-01 | 1/23/01 12:19 PM | 1/23/01 3:56 PM | OEJN | MSY |
| N767KS | 26-Jan-01 | 1/26/01 5:13 PM | 1/26/01 6:38 PM | MSY | MIA |
| N767KS | 31-Jan-01 | 1/31/01 7:16 PM | 1/31/01 8:31 PM | MIA | MMUN |
| N757MA | 8-Feb-01 | 2/8/01 10:12 AM | 2/8/01 12:21 PM | HLLT | EGSS |
| N757MA | 13-Feb-01 | 2/13/01 12:35 PM | 2/13/01 2:35 PM | EGSS | LGAT |
| N767KS | 22-Feb-01 | 2/22/01 1:10 AM | 2/22/01 4:03 AM | OEJN | IAH |
| N767KS | 26-Feb-01 | 2/26/01 2:05 AM | 2/26/01 4:01 PM | IAH | OEJN |
| N767KS | 28-Feb-01 | 2/28/01 5:01 PM | 3/1/01 1:35 AM | OERK | EWR |
| N757MA | 1-Mar-01 | 3/1/01 10:19 AM | 3/1/01 12:19 PM | EGLL | OEJN |
| N767KS | 3-Mar-01 | 3/3/01 5:45 PM | 3/3/01 9:26 PM | EWR | IAH |

ASH010332

| | | | | | |
|---|---|---|---|---|---|
| N767KS | 7-Mar-01 | 3/7/01 1:46 AM | 3/7/01 3:10 PM | IAH | OEJN |
| N767KS | 8-Mar-01 | 3/8/01 3:21 PM | 3/8/01 11:59 PM | OEJN | EWR |
| N757MA | 11-Mar-01 | 3/11/01 4:34 PM | 3/11/01 6:34 PM | EGLL | OERK |
| N767KS | 12-Mar-01 | 3/12/01 3:06 AM | 3/12/01 2:50 PM | EWR | OERK |
| N767KS | 19-Mar-01 | 3/19/01 10:58 AM | 3/19/01 3:11 PM | OEJN | IAH |
| N757MA | 22-Mar-01 | 3/22/01 2:16 PM | 3/23/01 1:46 AM | EGSS | PHX |
| N757MA | 23-Mar-01 | 3/23/01 7:12 PM | 3/23/01 8:16 PM | PHX | LAX |
| N757MA | 25-Mar-01 | 3/25/01 4:31 AM | 3/25/01 3:35 PM | LAX | LFPB |
| N767KS | 1-Apr-01 | 4/1/01 12:25 AM | 4/1/01 2:30 PM | IAH | OEJN |
| N757MA | 12-Apr-01 | 4/12/01 1:32 PM | 4/12/01 9:29 PM | EGSS | IAD |
| N757MA | 15-Apr-01 | 4/15/01 10:39 PM | 4/16/01 6:40 PM | IAD | LFSB |
| N767KS | 10-Jun-01 | 6/10/01 1:44 PM | 6/10/01 3:44 PM | EGSS | LFPB |
| N767KS | 2-Jul-01 | 7/2/01 5:47 PM | 7/2/01 7:03 PM | LSGG | EGLL |
| N767KS | 6-Jul-01 | 7/6/01 9:42 AM | 7/6/01 11:42 AM | EGLL | OEJN |
| N767KS | 7-Jul-01 | 7/7/01 1:53 AM | 7/7/01 1:59 PM | OEJN | BGR |
| N767KS | 7-Jul-01 | 7/7/01 3:04 PM | 7/7/01 8:25 PM | BGR | LGB |
| N767KS | 10-Jul-01 | 7/10/01 9:01 PM | 7/11/01 12:25 PM | LGB | OEJN |
| N767KS | 15-Jul-01 | 7/15/01 2:58 PM | 7/15/01 11:11 PM | EGSS | OEJN |
| N767KS | 31-Jul-01 | 7/31/01 10:02 AM | 7/31/01 7:17 PM | EGSS | OEJN |
| N767KS | 3-Aug-01 | 8/3/01 2:09 PM | 8/3/01 4:09 PM | LFPB | EGSS |
| N757MA | 6-Aug-01 | 8/6/01 1:00 PM | 8/6/01 10:18 PM | LFMN | BGR |
| N757MA | 6-Aug-01 | 8/6/01 1:10 PM | 8/7/01 12:16 AM | LFMN | MIA |
| N757MA | 7-Aug-01 | 8/7/01 1:58 AM | 8/7/01 4:10 AM | MIA | IAD |
| N767KS | 8-Aug-01 | 8/8/01 10:59 AM | 8/8/01 2:02 PM | OEJN | LGB |
| N757MA | 8-Aug-01 | 8/8/01 1:42 PM | 8/8/01 7:41 PM | IAD | LGAV |
| N767KS | 8-Aug-01 | 8/8/01 8:52 PM | 8/8/01 11:42 PM | OEJN | LGB |
| N767KS | 11-Aug-01 | 8/11/01 8:47 PM | 8/12/01 1:31 AM | LGB | EWR |
| N757MA | 15-Aug-01 | 8/15/01 9:02 AM | 8/15/01 10:47 AM | LSGG | EGSS |
| N757MA | 15-Aug-01 | 8/15/01 1:46 PM | 8/15/01 3:46 PM | EGSS | GMMN |
| N767KS | 18-Aug-01 | 8/18/01 3:29 AM | 8/18/01 9:40 AM | EWR | EGLL |
| N767KS | 20-Aug-01 | 8/20/01 5:34 AM | 8/20/01 7:34 AM | EGLL | LFSB |
| N757MA | 22-Aug-01 | 8/22/01 2:45 PM | 8/22/01 8:39 PM | EGSS | OEJN |
| N767KS | 24-Aug-01 | 8/24/01 1:32 PM | 8/24/01 3:32 PM | EGGW | LIMC |
| N757MA | 30-Aug-01 | 8/30/01 1:38 PM | 8/30/01 7:27 PM | EGSS | OEJN |
| N767KS | 31-Aug-01 | 8/31/01 4:31 PM | 8/31/01 10:18 PM | EGSS | OERK |
| N767KS | 5-Sep-01 | 9/5/01 10:30 PM | 9/6/01 2:22 PM | OEJN | IAH |
| N767KS | 6-Sep-01 | 9/6/01 10:40 PM | 9/6/01 2:18 PM | OEJN | IAH |
| N767KS | 7-Sep-01 | 9/7/01 10:56 PM | 9/8/01 12:57 PM | IAH | OEJN |
| N767KS | 19-Sep-01 | 9/19/01 1:29 PM | 9/19/01 2:16 PM | OEJN | IAD |
| N767KS | 21-Sep-01 | 9/21/01 9:02 PM | 9/22/01 8:53 AM | IAD | OEJN |
| N757MA | 7-Oct-01 | 10/7/01 12:23 PM | 10/7/01 6:12 PM | EGSS | OEJN |
| N737GG | 1-Nov-01 | 11/1/01 4:38 PM | 11/1/01 7:02 PM | CNW | CNW |
| N757MA | 4-Nov-01 | 11/4/01 2:39 PM | 11/4/01 10:43 PM | LFPB | IAD |
| N757MA | 6-Nov-01 | 11/6/01 3:28 AM | 11/6/01 11:56 AM | IAD | LGAV |
| N737GG | 10-Nov-01 | 11/10/01 4:21 PM | 11/10/01 10:39 PM | CNW | CNW |
| N767KS | 11-Nov-01 | 11/11/01 6:36 AM | 11/11/01 8:17 PM | OEJN | IAD |
| N767KS | 16-Nov-01 | 11/16/01 3:55 AM | 11/16/01 4:18 PM | IAD | OEJN |
| N737GG | 14-Dec-01 | 12/14/01 2:03 AM | 12/14/01 9:13 AM | IAD | EGSS |
| N737GG | 14-Dec-01 | 12/14/01 12:12 PM | 12/14/01 2:12 PM | EGSS | OEJN |
| N767KS | 14-Jan-02 | 1/14/02 1:59 PM | 1/14/02 7:50 PM | EGLL | OEJN |

ASH010333

| | | | | | |
|---|---|---|---|---|---|
| N757MA | 12-Feb-02 | 2/12/02 6:32 AM | 2/12/02 8:32 AM | EGSS | FGSL |
| N757MA | 14-Feb-02 | 2/14/02 12:03 PM | 2/14/02 5:58 PM | EGSS | OEJN |
| N757MA | 18-Feb-02 | 2/18/02 1:28 PM | 2/18/02 9:32 PM | EGSS | IAD |
| N757MA | 19-Feb-02 | 2/19/02 11:38 PM | 2/20/02 6:14 AM | IAD | EGSS |
| N757MA | 20-Feb-02 | 2/20/02 7:09 AM | 2/20/02 12:49 PM | EGSS | OEJN |
| N757MA | 20-Mar-02 | 3/20/02 8:30 AM | 3/20/02 1:56 PM | EGSS | OEJN |
| N767KS | 27-Mar-02 | 3/27/02 3:01 PM | 3/27/02 8:09 PM | TPA | LGB |
| N757MA | 3-Apr-02 | 4/3/02 2:08 PM | 4/3/02 8:01 PM | OERK | EGSS |
| N757MA | 4-Apr-02 | 4/4/02 1:24 PM | 4/4/02 3:25 PM | EGSS | ESSA |
| N767KS | 6-Apr-02 | 4/6/02 1:13 PM | 4/6/02 6:53 PM | EGSS | OEJN |
| N757MA | 7-Apr-02 | 4/7/02 10:53 PM | 4/8/02 6:45 AM | EGSS | HAAB |
| N767KS | 24-Apr-02 | 4/24/02 6:14 PM | 4/24/02 8:44 PM | IAH | IAD |
| N767KS | 26-Apr-02 | 4/26/02 10:13 PM | 4/27/02 12:59 AM | IAD | IAH |
| N757MA | 29-Apr-02 | 4/29/02 10:09 AM | 4/29/02 3:45 PM | EGSS | OEJN |
| N767KS | 30-Apr-02 | 4/30/02 11:15 PM | 5/1/02 6:27 PM | IAH | OEJN |
| N737GG | 11-May-02 | 5/11/02 2:33 PM | 5/11/02 8:15 PM | EGSS | OEJN |
| N757MA | 26-May-02 | 5/26/02 7:11 AM | 5/26/02 12:23 PM | EGSS | HAAB |
| N737GG | 29-May-02 | 5/29/02 9:08 PM | 5/30/02 2:48 AM | EGSS | OEJN |
| N767KS | 30-May-02 | 5/30/02 1:18 PM | 5/30/02 7:05 PM | GMAD | MEM |
| N767KS | 30-May-02 | 5/30/02 7:57 PM | 5/30/02 8:39 PM | MEM | XNA |
| N757MA | 18-Jun-02 | 6/18/02 12:20 PM | 6/18/02 1:32 PM | HAAB | EGSS |
| N737GG | 19-Jun-02 | 6/19/02 7:50 AM | 6/19/02 2:56 PM | EINN | IAD |
| N737GG | 21-Jun-02 | 6/21/02 3:14 PM | 6/21/02 10:18 PM | IAD | EGSS |
| N757MA | 22-Jun-02 | 6/22/02 3:51 PM | 6/22/02 9:30 PM | EGSS | OEJN |
| N737GG | 24-Jun-02 | 6/24/02 12:52 PM | 6/24/02 6:54 PM | EGSS | OEJN |
| N757MA | 2-Jul-02 | 7/2/02 11:46 AM | 7/2/02 6:17 PM | LPAZ | MYNN |
| N757MA | 5-Jul-02 | 7/5/02 12:32 AM | 7/5/02 9:52 AM | MYNN | LFMN |
| N757MA | 19-Jul-02 | 7/19/02 9:21 PM | 7/19/02 9:38 PM | EGLL | EGSS |
| N757MA | 1-Aug-02 | 8/1/02 1:17 PM | 8/2/02 3:26 AM | EGLL | OEJN |
| N757MA | 2-Aug-02 | 8/2/02 11:30 AM | 8/2/02 3:59 PM | EGSS | OLBA |
| N737GG | 3-Aug-02 | 8/3/02 10:27 AM | 8/3/02 11:03 AM | EGSS | LFPB |
| N757MA | 5-Aug-02 | 8/5/02 9:38 AM | 8/5/02 9:27 PM | LFPB | TXKF |
| N757MA | 9-Aug-02 | 8/9/02 6:56 PM | 8/10/02 1:29 AM | TXKF | LAX |
| N757MA | 10-Aug-02 | 8/10/02 3:14 AM | 8/10/02 7:46 AM | LAX | IAD |
| N757MA | 12-Aug-02 | 8/12/02 1:28 AM | 8/12/02 8:14 AM | IAD | EGSS |
| N757MA | 18-Aug-02 | 8/18/02 9:22 AM | 8/18/02 4:09 PM | EGSS | CYUL |
| N757MA | 18-Aug-02 | 8/18/02 5:18 PM | 8/18/02 6:34 PM | CYUL | IAD |
| N757MA | 18-Aug-02 | 8/18/02 9:35 PM | 8/19/02 2:50 AM | IAD | LAX |
| N737GG | 20-Aug-02 | 8/20/02 9:04 AM | 8/20/02 10:20 AM | LFPB | EGSS |
| N757MA | 21-Aug-02 | 8/21/02 6:09 AM | 8/21/02 3:58 PM | LAX | EGLL |
| N737GG | 23-Aug-02 | 8/23/02 9:28 PM | 8/23/02 9:35 PM | EGSS | EGGW |
| N737GG | 24-Aug-02 | 8/24/02 2:49 AM | 8/24/02 6:59 AM | EGGW | OLBA |
| N737GG | 28-Aug-02 | 8/28/02 1:55 PM | 8/28/02 6:42 PM | OLBA | EGSS |
| N737GG | 28-Aug-02 | 8/28/02 7:54 PM | 8/29/02 12:30 AM | EGSS | OLBA |
| N757MA | 30-Aug-02 | 8/30/02 8:17 PM | 8/30/02 8:35 PM | EGLL | EGSS |
| N757MA | 1-Sep-02 | 9/1/02 3:35 PM | 9/1/02 4:59 PM | EGSS | LFMN |
| N737GG | 2-Sep-02 | 9/2/02 11:10 AM | 9/2/02 3:11 PM | EGLF | LEMG |
| N737GG | 2-Sep-02 | 9/2/02 8:51 PM | 9/2/02 11:12 PM | EGLF | LEMG |
| N757MA | 3-Sep-02 | 9/3/02 2:02 PM | 9/3/02 4:10 PM | EGSS | LIRA |
| N757MA | 7-Sep-02 | 9/7/02 9:12 AM | 9/7/02 2:52 PM | EGSS | OEJN |

ASH010334

| | | | | | |
|---|---|---|---|---|---|
| N737GG | 9-Sep-02 | 9/9/02 4:00 PM | 9/9/02 9:01 PM | HESH | EGSS |
| N737GG | 10-Sep-02 | 9/10/02 12:56 PM | 9/10/02 1:28 PM | EGSS | LFPB |
| N757MA | 11-Sep-02 | 9/11/02 8:39 AM | 9/11/02 10:30 AM | EGSS | LIRA |
| N757MA | 12-Sep-02 | 9/12/02 4:07 PM | 9/12/02 5:16 PM | LIRA | EGSS |
| N757MA | 12-Sep-02 | 9/12/02 6:41 PM | 9/12/02 8:49 PM | LIRA | EGSS |
| N757MA | 13-Sep-02 | 9/13/02 3:44 PM | 9/13/02 9:39 PM | EGSS | OEJN |
| N757MA | 17-Sep-02 | 9/17/02 5:52 PM | 9/17/02 6:26 PM | EGSS | LFPB |
| N767KS | 18-Sep-02 | 9/18/02 11:32 PM | 9/19/02 5:23 AM | KXNA | EGSS |
| N767KS | 19-Sep-02 | 9/19/02 2:05 PM | 9/19/02 7:51 PM | EGSS | OEJN |
| N757MA | 20-Sep-02 | 9/20/02 10:45 AM | 9/20/02 12:24 PM | LFMN | EGSS |
| N757MA | 20-Sep-02 | 9/20/02 2:27 PM | 9/20/02 4:09 PM | EGSS | LFMN |
| N757MA | 24-Sep-02 | 9/24/02 1:42 AM | 9/24/02 8:09 AM | OERK | EGSS |
| N757MA | 24-Sep-02 | 9/24/02 9:10 AM | 9/24/02 4:47 PM | EGSS | IAD |
| N757MA | 26-Sep-02 | 9/27/02 2:41 AM | 9/27/02 9:22 AM | IAD | EGSS |
| N757MA | 27-Sep-02 | 9/27/02 10:29 AM | 9/27/02 4:54 PM | EGSS | OERK |
| N757MA | 30-Sep-02 | 9/30/02 12:10 PM | 9/30/02 9:34 PM | LFMN | IAD |
| N757MA | 3-Oct-02 | 10/3/02 2:30 AM | 10/3/02 9:15 AM | IAD | EGSS |
| N767KS | 6-Oct-02 | 10/6/02 9:23 AM | 10/6/02 2:25 PM | OEJN | IAH |
| N757MA | 8-Oct-02 | 10/8/02 9:00 AM | 10/8/02 9:38 AM | EGSS | LFPB |
| N757MA | 9-Oct-02 | 10/9/02 7:01 PM | 10/9/02 8:59 PM | LIRA | EGSS |
| N757MA | 10-Oct-02 | 10/10/02 6:36 AM | 10/10/02 1:24 PM | EGSS | OMDB |
| N767KS | 17-Oct-02 | 10/17/02 2:38 PM | 10/17/02 4:28 PM | IAH | MIA |
| N757MA | 17-Oct-02 | 10/17/02 7:15 PM | 10/17/02 7:31 PM | LFPB | EGSS |
| N767KS | 18-Oct-02 | 10/18/02 3:16 AM | 10/18/02 5:31 AM | MIA | IAH |
| N757MA | 18-Oct-02 | 10/18/02 11:03 PM | 10/19/02 4:58 AM | EGSS | OERK |
| N767KS | 21-Oct-02 | 10/21/02 10:18 PM | 10/22/02 12:58 AM | IAH | LAS |
| N767KS | 26-Oct-02 | 10/26/02 1:58 AM | 10/26/02 4:24 AM | LAS | MSP |
| N767KS | 26-Oct-02 | 10/26/02 6:02 AM | 10/26/02 11:20 PM | MSP | OEJN |
| N737GG | 2-Nov-02 | 11/2/02 11:06 AM | 11/2/02 8:58 PM | EGLF | OEJN |
| N767KS | 7-Nov-02 | 11/7/02 1:10 AM | 11/7/02 2:54 PM | OERK | BGR |
| N767KS | 7-Nov-02 | 11/7/02 4:44 PM | 11/7/02 10:55 PM | BGR | LGB |
| N767KS | 19-Nov-02 | 11/19/02 5:53 AM | 11/19/02 6:03 AM | LGB | LAX |
| N767KS | 19-Nov-02 | 11/19/02 8:47 AM | 11/19/02 7:26 PM | LAX | GMME |
| N757MA | 10-Dec-02 | 12/10/02 8:10 PM | 12/11/02 1:55 AM | EGSS | OEJN |
| N737GG | 11-Dec-02 | 12/11/02 10:05 AM | 12/11/02 2:33 PM | EGSS | OLBA |

ASH010335

EXHIBIT 17

February 18, 1998 facsimile transmittal of NCB Aviation identifying list
of NCB Aviation crew, including "Buddy" Rogers and Johnny Antoon

# *facsimile transmittal*

Attn:  **Mr.** ▓▓▓▓▓▓▓          Via Fax.  ▓▓▓▓▓▓▓▓

From:  **Sandy Dalit**                    No. of Pages:  1 (Incl. this)
       NCB Aviation

Date:  February 18, 1998

---

Dear Mr. Seguin,

Sorry for the much-delayed response to your fax of 23 January 1998 concerning the list of names of our crew that you were asking for registration in the Executive Floor of the hotel Concorde Lafayette.

In any case, please find hereinafter the following list of our active crewmembers.

1.  Capt. T.W. "Buddy" Rogers
2.  Capt. Johnny Antoon
3.  Capt. David Thomas
4.  Capt. Mark Ramsey
5.  Capt. Robert Murphy
6.  Capt. Salmaan Rasheedi
7.  Capt. Imtiaz Khan
8.  Capt. Shams Hassan
9.  Capt. Fahad Bakalka
10. Capt. Gustavo Torres
11. Capt. Jose Roche
12. Capt. Francisco Lombardi
13. Capt. Javed Latif

If you need any further information, please don't hesitate to call me at extension 35.

Thanks and Regards,

**Sandy Dalit**
Secretary to Capt. Al-Hanno

28418

MR-NCB002542

EXHIBIT 18

Rogers FAA Registration

**FAA Registry
Name Inquiry Results**

BUDDY ROGERS

### Address

Address is not available

### Medical

**Medical Class:** Third                **Medical Date:** 9/1974

NOT VALID FOR NIGHT FLYING OR BY COLOR SIGNAL CONTROL.

### Certificates

None

**28435**

MR-NCB002555

EXHIBIT 19

Antoon FAA Registration

---

**FAA Registry
Name Inquiry Results**

---

JOHNNY ISAAC ANTOON JR

## Address

**Street**   4100 GALT OCEAN DR
**City**   FORT LAUDERDALE          **State** FL
**County**   BROWARD          **Zip Code** 33308-6002
**Country**   USA

---

## Medical

**Medical Class:** First          **Medical Date:** 5/2007

---

## Certificates

1 of   1

**DOI:**   2/13/2007
**Certificate:**   AIRLINE TRANSPORT PILOT
**Rating(s):**
AIRLINE TRANSPORT PILOT
  AIRPLANE MULTIENGINE LAND
COMMERCIAL PRIVILEGES
  AIRPLANE SINGLE ENGINE LAND
  AIRPLANE SINGLE ENGINE SEA

### Type Ratings

| | | | | |
|---|---|---|---|---|
| A/B-707 | A/B-720 | A/B-727 | A/B-737 | A/B-757 |
| A/B-767 | A/CE-500 | A/DA-20 | A/DC-8 | |

**81255**

MR-NCB002788

EXHIBIT 20

Tahsin FAA Registration

# FAA Registry
### Name Inquiry Results

MUHAMMAD TAHSIN

## Address

| | | | |
|---|---|---|---|
| **Street** | PO BOX 9935 | | |
| **City** | JEDDAH | **State** | |
| **County** | | **Zip Code** | |
| **Country** | SAUDI ARABIA | | |

## Medical

**Medical Class :**   First       **Medical Date:**   11/2004

- MUST WEAR CORRECTIVE LENSES.

## Certificates

1 of  2

**1**    2

**DOI :**              03/03/2002
**Certificate:**      AIRLINE TRANSPORT PILOT
**Rating(s):**

AIRLINE TRANSPORT PILOT
        AIRPLANE SINGLE ENGINE LAND
        AIRPLANE MULTIENGINE LAND

### Type Ratings

| A/B-727 | A/B-737 | A/BBD-700 | A/DA-20 | A/DA-50 |
| A/LR-JET | A/N-265 | | | |

 

**28426**

## FAA Registry
### Name Inquiry Results

MUHAMMAD TAHSIN

**Address**

| | | | |
|---|---|---|---|
| **Street** | PO BOX 9935 | | |
| **City** | JEDDAH | **State** | |
| **County** | | **Zip Code** | |
| **Country** | SAUDI ARABIA | | |

---

**Medical**

**Medical Class :** First      **Medical Date:** 11/2004

- MUST WEAR CORRECTIVE LENSES.

---

**Certificates**

2 of  2

1    **2**

**DOI :**      05/23/1978
**Certificate:**      COMMERCIAL PILOT (FOREIGN BASED)
**Rating(s):**

COMMERCIAL PILOT (Foreign Based)
     AIRPLANE SINGLE ENGINE LAND
     AIRPLANE MULTIENGINE LAND

**Limits**

ISSUED ON BASIS OF AND VALID ONLY WHEN ACCOMPANIED BY PAKISTAN PILOT
CERTIFICATE 686.

NOT VALID FOR THE CARRIAGE OF PERSONS OR PROPERTY FOR COMPENSATION (
HIRE OR FOR AGRICULTURAL AIRCRAFT OPERATIONS.

---

 

NEW SEARCH   BACK TO TOP

EXHIBIT 21

U.S. Customs December 30, 2002 correspondence



**Foreign**Translations
GO GLOBAL WITH CONFIDENCE™

# TRANSLATION CERTIFICATION

### For Translation From French into English

I, the undersigned, being first duly sworn, declare:

- That I, Kenneth Zwerdling, am the CEO of Foreign Translations, Inc.
- That our translator, Joan Wallace, is proficient in French to English translation.
- That our translator, Joan Wallace, has translated and edited the following document for Motley Rice, LLC:

MR-FRE003085- MR-FRE003086

HERETO:

I certify that our translator, Joan Wallace, has translated and edited the above-mentioned document. I further certify that said document is, to the best of my knowledge and belief, a true and correct translation.

_____          _8/13/08_____

Ken Zwerdling – CEO                     Date
Foreign Translations, Inc.

**U.S. Customs Service**
United States Embassy
58 bis, rue de la Boetie
75008 Paris, France

December 30, 2002

Our reference: PA05PE02LV0004

Our office in Las Vegas, Nevada, is currently investigating the activities of a group of individuals suspected of terrorism.

The individuals in question, namely AHMAD KILFAT, MOHAMED HASSAN, and MUHAMMAD TAHSIN, were financially associated with AHMED ALGHAMDI, one of the September 11, 2001, hijackers.

Last August 3, TAHSIN declared $26,400 USD upon his arrival at Los Angeles International Airport from London. He was in possession of an American pilot's license, issued in March 2002.

According to telephone archives, it would seem that TAHSIN stayed in France from June 1, 2001, to September 1, 2002.

La Résidence Maxim's
42, avenue Gabriel
75008 Paris
Tel.: 01-45-61-96-33

.../...

MR-FRE003085

-2-

Hôtel Le Méridien Nice
1, Promenade des Anglais
06000 Nice

Baltimore Sofitel Demeure Hôtel
88 bis, av. Kléber
75116 Paris

TAHSIN is identified as a Pakistani citizen born on July 18, 1948. He resides in the United States at 2625 Ironside, Las Vegas, Nevada.

Please do not hesitate to contact us should you require any further information.

Sincerely,

[signature]
Deirdre Mahon
Customs Attaché

MR-FRE003086



**U.S. Customs Service**

Ambassade des Etats-Unis
58Bis rue La Boetie
75008 Paris, France

Le 30 décembre 2 J02

N/REF: PA05PE02LV0004

Notre bureau de Las Vegas (Nevada) enquête actuellement sur les activités d'un groupe d'individus soupçonné de terrorisme.

Les individus en question, à savoir AHMAD KILFAT, MOHAMED HASSAN et MUHAMMAD TAHSIN, étaient financièrement associés à AHMED ALGHAMDI, l'un des pirates de l'air du 11 septembre, 2001.

Le 3 août dernier, TAHSIN a déclaré 26.400 dollars U.S. lors de son arrivée à l'aéroport International de Los Angeles en provenance de Londres. Il était en possession d'un brevet américain de pilote émis au mois de mars 2002.

Selon des archives téléphoniques, il semblerait que TAHSIN ait séjourné en France entre le 1er juin 2001 et le 1er septembre 2002.

T R A D I T I O N

★

S E R V I C E

★

H O N O R

Résidence Maxim's (La)
42 avenue Gabriel
75008 Paris
Tel : 01-45-61-96-33

.../...

- 2 -

Hôtel Le Méridien Nice
1 Promenade des Anglais
06000 Nice

Baltimore Sofitel Demeure Hôtel
88 Bis au Kléber
75116 Paris

TAHSIN est identifié comme étant un citoyen pakistanais né le 18 juillet 1948. Il est domicilié aux Etats-Unis au 2625 Ironside, Las Vegas (Nevada).

Restant à votre entière disposition pour tout renseignement complémentaire, nous vous prions de croire à l'expression de nos sentiments distingués.

Deirdre Mahon
Attachée des Douanes

MR-FRE003086

# EXHIBIT 22

SBG documents filed under seal