# EXHIBIT F



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, Third Floor*
*New York, New York  10007*

August 27, 2008

<u>BY FACSIMILE</u>

Honorable Frank Maas
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 740
New York, New York  10007

      Re:  <u>In re Terrorist Attacks of September 11, 2001</u>
           03 MDL 1570 (GBD)(FM)

Dear Judge Maas:

      I write respectfully in connection with the Motley Rice firm's recent submission of materials for the Court's <u>ex parte</u>, <u>in camera</u> review in the above-referenced matter.  We were provided with copies of these materials today, under the attached cover letter from Mr. Haefele, representing plaintiffs.  Mr. Berger, representing defendant The National Commercial Bank, subsequently provided us with copies of the parties' correspondence dated August 25, 26, and 27, 2008, regarding these materials.

      As I advised your law clerk by telephone this afternoon, a preliminary review of the submitted materials indicates that many of the documents are government documents that bear classification markings, and accordingly they should be treated as classified national security information.  We are in the process of contacting the federal agencies involved to confirm the classification status of the documents.  We will advise the Court as soon as we obtain further information regarding this matter.

      We understand from Your Honor's law clerk that, because the parties dispute whether or not the Court should engage in <u>ex parte</u> review of the documents, the documents have not been reviewed.  We respectfully request that the Court refrain from reviewing the documents until we can advise the Court of their classification status, and until arrangements can be made to

Honorable Frank Maas                                         Page 2
United States Magistrate Judge
August 27, 2008

obtain any security clearances that may be necessary.  <u>See</u> 28
C.F.R. § 17.46(c).

        With regard to the handling of the documents delivered
to chambers, Your Honor's law clerk has indicated that the
documents would be maintained in a locked drawer or cabinet.  In
addition, we have contacted Senior Security Specialist Michael
Macisso, of the Department of Justice's Litigation Support
Section, who will contact chambers directly to provide advice and
support with regard to the handling of the documents.  Mr.
Macisso may be reached at (202) 353-5168.

        By copy of this letter, we request that Motley Rice
collect all original documents in its possession, any and all
paper and electronic copies, and any derivative documents such as
attorney notes; secure them in one location, such as a locked
cabinet; and refrain from any further dissemination of the
documents pending the government's review of the documents.  We
further request that Motley Rice provide confirmation in writing
that the documents have been so secured and will not be further
disseminated.

        I thank the Court for its consideration of this
submission.


                        Very truly yours,

                        MICHAEL J. GARCIA
                        United States Attorney


                    By: _____
                        SARAH S. NORMAND
                        Assistant U.S. Attorney
                        Telephone: (212) 637-2709
                        Facsimile: (212) 637-2702


Encl.

cc:  Hon. George B. Daniels (by facsimile)
     Robert Haefele, Esq., Motley Rice (by email)
     Mitchell R. Berger, Esq., Patton Boggs LLP (by email)



**MotleyRice**
ATTORNEYS AT LAW

**Robert T. Haefele**
**Licensed in SC, NJ & PA**
DIRECT DIAL 843.216.9184
DIRECT FAX 843.216.9450
RHaefele@motleyrice.com

August 27, 2008

**<u>Via Hand Delivery</u>**

Sarah S. Normand, Assistant U.S. Attorney
UNITED STATES ATTORNEY'S OFFICE
86 Chambers Street, 3rd Floor
New York, NY 10007

   *Re:  Enclosed documents*

Dear Ms. Normand:

   Please find enclosed herewith a set of documents that we have produced to the Court in the *In re Terrorist Attacks on September 11, 2001 Litigation*, 03 MDL 1570 (GBD)(FM), for *in camera* and *ex parte* review.  We have not and do not intend to produce them or use them in the *In re September 11 Litigation*, 21 MC 101 (AKH).

   If you have any questions about what was submitted for the Court's review, please do not hesitate to contact me.

     Respectfully,

     MOTLEY RICE LLC

     By: _Robert Haefele, Esq._
      Robert Haefele, Esq.
      28 Bridgestone Boulevard
      P.O. Box 1792
      Mt. Pleasant, SC 29465
      Phone: (843) 216-9000

www.motleyrice.com

Motley Rice LLC
Attorneys at Law

MT. PLEASANT
28 BRIDGESIDE BLVD.
MT. PLEASANT, SC 29464
843-216-9000
843-216-9450 FAX

PROVIDENCE
321 SOUTH MAIN ST.
SUITE 200
PROVIDENCE, RI 02903
401-457-7700
401-457-7708 FAX

HARTFORD
ONE CORPORATE CENTER
20 CHURCH ST., 17TH FLOOR
HARTFORD, CT 06103
860-882-1681
860-882-1682 FAX