# EXHIBIT K

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In Re: :  **ORDER**

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001 : 03 MDL 1570 (GBD)(FM)

------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

To afford the Court additional time to consider the plaintiffs' discovery motions, their time to respond to defendant National Commercial Bank's recently-filed motion to dismiss is adjourned until further order of the Court.

SO ORDERED.

Dated: New York, New York
September 5, 2008

_____
FRANK MAAS
United States Magistrate Judge

Copies to:

Honorable George B. Daniels
United States District Judge

All counsel (via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/08