# Exhibit C



# TRANSLATION CERTIFICATION

## For Translation From French into English

I, the undersigned, being first duly sworn, declare:

- That I, Kenneth Zwerdling, am the CEO of Foreign Translations, Inc.
- That our translator, Jane Wolfrum, is certified by the American Translators Association and is proficient in French to English translation.
- That our translator, Jane Wolfrum, has translated and edited the following document for Motley Rice, LLC:

Pieces 803-807 - MR-FRE003224-28

HERETO:

I certify that our translator, Jane Wolfrum, has translated and edited the above-mentioned document. I further certify that said documents are, to the best of my knowledge and belief, true and correct translations.

_____          _____8/1/08_____
Ken Zwerdling – CEO                              Date
Foreign Translations, Inc.

www.foreigntranslations.com
Foreign Translations, Inc.  55 Beattie Place  Suite 205  Greenville, SC 29601 USA  800-774-5986  translations@foreigntranslations.com

00803

Declassified evidence
<u>Annex 3</u>

MR-FRE003224

**00804**

TD RIYADH 142                                                                    7/19/1999

| CONFIDENTIAL DIPLOMACY |
|---|
| MIN PR1 PM1 CM1 CM2 CM3 SG SGA SGP |
| CMC |

[TD] RIYADH 142                     JULY 19, 1999
                                    [1217 DE 16-3799 6 HH65]

                RIYAD

URGENT
CONFIDENTAL DIPLOMATIC NUMBER
ORIGIN: AMBASSADOR
NB: DISTRIBUTION MESSAGE
       AD DIPLOMACY [159]
NB DIPLOMACY CM3 – CMC – PR – PM
NB [CDINT]
NB
NB
NB TRANSMISSION OF INFORMATION
TXT

SUBJECT: INFORMATION COMING FROM THE CENTRAL SAUDI BANK RELATED TO THE IMPLICATION OF A BANKER IN THE FINANCING OF TERRORISM.

SUMMARY: AN INVESTIGATION OF THE CENTRAL SAUDI BANK (SAMA) AND SAUDI INTELLIGENCE SERVICES REVEAL THE IMPLICATION OF A BANKER KHALEED BIN MAHFOUZ, DIRECTOR OF NATIONAL COMMERCIAL BANK, IN SEVERAL TRANSFERS BENEFITTING ORGANIZATIONS LINKED TO THE TERRORISM OF OSAMA BIN LADEN.

                              XXX

THE SAUDI AUTHORITIES HAVE UNDERTAKEN, SINCE THE END OF 1998, A SERIES OF INVESTIGATIONS TARGETING THE PRINCIPAL FINANCIAL ESTABLISHMENTS OF THE KINGDOM IN ORDER TO DETERMINE THEIR POSSIBLE IMPLICATION IN THE FINANCING OF TERRORIST ORGANIZATIONS, FOLLOWING INFORMATION OBTAINED FROM AN AMERICAN SOURCE.

THE QUESTION WAS ADDRESSED AT THE HIGHEST LEVEL DURING INTERVIEWS WITH AMERICAN AUTHORITIES.  THE SAUDI PARTY FOR A LONG TIME HAVING REFUSED TO SUPPORT INVESTIGATIONS AGAINST BANKS IN THE KINGDOM, THE CROWN PRINCE ABDALLAH ALLEGEDLY PERSONALLY GAVE HIS GREEN LIGHT AND INTERVENED IN THIS WAY.

A SUMMARY OF THE INVESTIGATION REPORT OF THE SAUDI AUTHORITIES CONCERNING THE NATIONAL COMMERCIAL BANK WAS TRANSMITTED BY THE AMERICAN AUTHORITIES.  IT MAKES REFERENCE TO TRANSFERS EXECUTED FOR THE BENEFIT OF THE ORGANIZATION ISLAMIC RELIEF WORLDWIDE, CREATED OUT OF THE MUSLIM WORLD LEAGUE, AND REPUTEDLY CLOSE TO THE TERRORIST CHIEF OSAMA BIN LADEN.

ACCORDING TO THE SAME SOURCES, THE PRINCIPAL DIRECTOR OF THE NATIONAL COMMERCIAL BANK, ALREADY IMPLICATED IN THE BCCI BANK SCANDAL, STILL HAS PERSONAL AND FAMILY CONTACTS WITH OSAMA BIN LADEN.
SIGNED: POLETTI

                                              Certified copy conforming with the original
                                              The Clerk of Court

TD RIYAD 142

00804

## CONFIDENTIEL DIPLOMATIE

XXX
- PRI PM1 CM1 CM2 CM3 SG SG4 SG4I
- CNIC

TD RIYAD 142
RIYAD
LE 16 JUILLET 1999
1735 LE 16/07/99 A HRO

URGENT
CENTRE CONFIDENTIEL DIPLOMATIE B
ORIGINE : AMBASSADEUR
NB - DISTRIBUTION MESSAGE :
   AD DIPLOMATIE 142
NR - DIPLOMATIE : CM1 - CNIC - PRI - PM1
NB - CRISI
NB
NB
NB - TRANSMISSION D'INFORMATIONS
TX P.

OBJET: INFORMATIONS EN PROVENANCE DE LA BANQUE CENTRALE SAOUDIENNE RELATIVES A L'IMPLICATION D'UN BANQUIER DANS LE FINANCEMENT DU TERRORISME

RESUME : UNE ENQUETE DE LA BANQUE CENTRALE SAOUDIENNE (NAMA) ET DES SERVICES DE RENSEIGNEMENT SAOUDIENS REVELERAIT L'IMPLICATION DU BANQUIER S. BIN MAHFOUZ, DIRIGEANT DE NATIONAL COMMERCIAL BANK, DANS PLUSIEURS TRANSFERTS AU PROFIT D'ORGANISATIONS LIEES AU TERRORISTE OUSSAMA BEN LADEN.

X X X

LES AUTORITES SAOUDIENNES ONT ENTREPRIS DEPUIS LA FIN DE L'ANNEE 1998 UNE SERIE D'ENQUETES VISANT LES PRINCIPAUX ETABLISSEMENTS FINANCIERS DU ROYAUME, AFIN DE DETERMINER LEUR EVENTUELLE IMPLICATION DANS LE FINANCEMENT D'ORGANISATIONS TERRORISTES, SUIVANT EN CELA DES INFORMATIONS OBTENUES DE SOURCE AMERICAINE.

LA QUESTION A ETE ABORDEE AU PLUS HAUT NIVEAU LORS D'ENTRETIENS AVEC LES AUTORITES AMERICAINES. LA PARTIE SAOUDIENNE, AYANT LONGTEMPS REFUSE DE DILIGENTER DES ENQUETES CONTRE LES BANQUES DU ROYAUME, LE PRINCE HERITIER ABDALLAH AURAIT PERSONNELLEMENT DONNE SON FEU VERT ET SERAIT INTERVENU EN CE SENS.

UNE SYNTHESE DU RAPPORT D'ENQUETE DES AUTORITES SAOUDIENNES CONCERNANT LA NATIONAL COMMERCIAL BANK A ETE TRANSMISE PAR LES SERVICES AMERICAINS. ELLE FAIT REFERENCE A DES TRANSFERTS OPERES AU PROFIT DE L'ORGANISATION DU SECOURS ISLAMIQUE MONDIAL, ISSUE DE LA LIGUE ISLAMIQUE MONDIALE, ET REPUTEE PROCHE DU CHEF TERRORISTE OUSSAMA BEN LADEN.

SELON LES MEMES SOURCES, LE PRINCIPAL DIRIGEANT DE LA NATIONAL COMMERCIAL BANK, DEJA IMPLIQUE DANS LE SCANDALE DE LA BANQUE BCCI, ENTRETIENDRAIT ENCORE DES LIENS PERSONNELS ET FAMILIAUX AVEC OUSSAMA BEN LADEN.
SIGNE : POLETTI



Copie certifiée conforme
a l'original
Le Greffier

29863.001

MR-FRE003225

MR-NCB003257