USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 0 7 2009

# Baker Hostetler

**SO ORDERED:**

*George B. Daniels*
**George B. Daniels, U.S.D.J.**

**Dated:** APR 0 7 2009

March 31, 2009

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Marc D. Powers
direct dial: 212.589.4216
mpowers@bakerlaw.com

Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 630
New York, NY 10007

### RE: IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001- 03 MD 1570 (GBD) (FM)

Dear Judge Daniels:

My firm, and the undersigned represented Defendant Republic of Iraq in the following three matters. We filed a Notice of Withdrawal on May 9, 2008, but still receive electronic notices and filings in these cases. We respectfully request, again, that my name be removed from the ECF notifications for each of these cases:

1. *New York Marine and General Insurance Co. v. Al Qaida, et al.*, Civil Action No. 1:04-CV-06105-RCC

2. *Federal Insurance, et al. v. Al Qaida, et al.*, Civil Action No. 1:03-CV-06978-RCC

3. *O'Neill v. The Republic of Iraq*, Civil Action No. 04-CV-01076-RCC

If you have any questions, please contact me at (212) 589-4216.

Respectfully Submitted,

Marc D. Powers

Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC