IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

In re Terrorist Attacks on September 11, 2001          **MDL 1570**

----------------------------------------x

*This filing applies to Cantor Fitzgerald & Co.
et. al v. Akida Bank Private Ltd., et. al.,
04 CV 07065 (GBD)*

----------------------------------------x

                                                       **CASE NO.** 04 CV 07065 (GBD)

CANTOR FITZGERALD & CO. ET. AL.
                              Plaintiffs

                v.

AKIDA BANK PRIVATE LTD., ET. AL.,
                              Defendants

----------------------------------------x

## CHANGE OF ADDRESS OF APPEARANCE

To:   The Clerk
      United States District Court
      Southern District of New York
      500 Pearl Street
      New York, New York 10007-1312

Please take notice that Kenneth L. Adams and Christopher T. Leonardo have relocated their offices and law firm affiliation:

Old Address:    Kenneth L. Adams
                Christopher T. Leonardo
                **DICKSTEIN SHAPIRO LLP**
                1825 Eye Street, NW
                Washington DC 20006
                Phone: (202) 420-2200
                Fax:   (202) 420-2201

New Address:   Kenneth L. Adams
Christopher T. Leonardo
**ADAMS HOLCOMB LLP**
1875 Eye Street, NW
Suite 810
Washington DC 20006
Phone: (202) 580-8820
Fax:    (202) 580-8821

Dated: May 11, 2009

**ADAMS HOLCOMB LLP**

By: _____
Kenneth L. Adams, Esq.
Attorney for Plaintiffs

By: _____
Christopher T. Leonardo, Esq.
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

The Undersigned hereby certified that a true and correct copy of the foregoing Change of Address of Appearance has been served upon all counsel via the Court's electronic filing service on this 11th day of May, 2009.

Dated: Washington DC
May 11, 2009

ADAMS HOLCOMB LLP

Christopher T. Leonardo
1875 Eye Street, NW
Suite 810
Washington DC 20006
Phone: (202) 580-8820
Fax:     (202) 580-8821