# ANDERSON KILL & OLICK, P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020-1182
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com

*By Hand Delivery*  May 7, 2009

The Honorable Frank Maas
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 740
New York, NY 10007

Re:  *In re Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (FM)
Estate of John P. O'Neill, Sr., et al. v. Al Baraka Inv. & Dev. Corp., et al., 04-cv-1923 (GBD) (FM) ("O'Neill")
New York Marine and General Ins. Co. v. Al Qaida, et al., 04-cv-6105 (GBD) (FM) ("NY Marine")
Continental Cas. Co., et al. v. Al Qaeda Islamic Army, et al., 04-cv-5970 (GBD) (FM) ("Continental")
Cantor Fitzgerald & Co., et al. v. Akidu Bank Private Ltd., et al., 04-cv-7065 (GBD) (FM) ("Cantor-Port")

Dear Judge Maas:

I represent the *O'Neill* plaintiffs in the above referenced matter and serve on the Plaintiffs' Executive Committee.

On behalf of the *O'Neill*, *Cantor-Port*, *Continental*, and *New York Marine* plaintiffs, we join in the relief sought by the Federal plaintiffs in their letter of May 7, 2009.

Respectfully submitted,

Jerry D. Goldman /MO

Jerry S. Goldman

cc:  Hon. George B. Daniels (by hand)
All Counsel of Record (by email)

PHIDOCS-60618.1

New York ■ Greenwich ■ Newark ■ Philadelphia ■ Washington, D.C.