**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Civil Action No. 03 MDL 1570 (GBD) ECF Case |

## NOTICE OF CHANGE OF LAW FIRM

PLEASE TAKE NOTICE THAT Nancy Luque, counsel for Taha Al-Alwani, Muhammed Ashraf, M. Omar Ashraf, Jamal Barzinji, Mohammed Jaghlit, Yaqub Mirza, Samir Salah, Ahmed Totonji, Iqbal Unus, African Muslim Agency, Grove Corporate, Inc., Heritage Education Trust, International Institute of Islamic Thought, Mar-Jac Investments, Inc., Mena Corporation, Reston Investments, Inc., Safa Trust, Sterling Charitable Gift Fund, Sterling Management Group, Inc., and York Foundation, has changed firms.  Her new contact information is as follows:

>Nancy Luque
>Luque Geragos Marino LLP
>910 17th Street, N.W., Ste. 800
>Washington, D.C. 20006
>nluque@luquegeragos.com
>Tel:  202-223-8888
>Fax: 202-223-8677
>Cell:  202-841-3472

>Respectfully submitted,

Dated:  July 14, 2009     By:    /s/  Nancy Luque
>Nancy Luque
>Luque Geragos Marino LLP
>910 17th Street, N.W., Ste. 800
>Washington, D.C. 20006
>nluque@luquegeragos.com
>Tel:  202-223-8888
>Fax: 202-223-8677
>Cell:  202-841-3472

## **Certificate of Service**

I hereby certify that on this 14th day of July, 2009, I caused an electronic copy of Notice of Change of Address to be served by the Court's electronic filing system upon all parties scheduled for electronic notice.

/s/  Nancy Luque