UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE: TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

-----------------------------------------------------------x

GEORGE B. DANIELS, District Judge:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: ___JUL 1 6 2009___

ORDER

03 MDL 1570 (GBD)

     Plaintiffs' request that this Court invite the United States to file Statements of Interest is

denied.

Dated: New York, New York
      July 14, 2009

                                  SO ORDERED:

                                  GEORGE B. DANIELS
                                United States District Judge