UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE: TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

ORDER
03 MDL 1570 (GBD)

-----------------------------------------------------------x

GEORGE B. DANIELS, District Judge:

    Plaintiffs' request to supplement their previously-filed supplemental briefings is denied.

Dated: New York, New York
         July 14, 2009

SO ORDERED:

*[signature]*
GEORGE B. DANIELS
United States District Judge