UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

IN RE: TERRORIST ATTACKS ON                  ORDER
SEPTEMBER 11, 2001                           03 MDL 1570 (GBD)


--------------------------------------------------------------x

GEORGE B. DANIELS, District Judge:

      Plaintiffs' motion for the Court to conduct an *in camera* review of certain documents is

denied.

Dated: New York, New York
       July 14, 2009

SO ORDERED:

GEORGE B. DANIELS
United States District Judge