UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Civil Action No. 03 MDL 1570 (GBD)(FM) |

*This document relates to: All Actions*

## SUGGESTION OF DEATH PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25

Pursuant to Federal Rule of Civil Procedure 25, the undersigned provide notice on the record of the death of Khalid Bin Mahfouz, who is named as a defendant in several of the consolidated cases.

Respectfully submitted,

/s/

Stephen J. Brogan
Timothy J. Finn
Mary Ellen Powers
James E. Gauch
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Tel: (202) 879-3939
Fax: (202) 626-1700

August 21, 2009