# MARTIN F. MCMAHON & ASSOCIATES

1150 CONNECTICUT AVENUE, N.W.
SUITE 900
WASHINGTON, D.C. 20036

**MEMO ENDORSED**

MARTIN F. MCMAHON
  Managing Partner
  Admitted in District of Columbia, New York
  and U.S. District Court of Maryland

CHRISTINE M. HILGEMAN
  Associate
  Admitted in Virginia and
  District of Columbia

JAMES M. LUDWIG
  Of Counsel
  Admitted in District of Columbia

Established 1978

TELEPHONE (202) 862-4343
FACSIMILE (202) 828-4130

www.martinmcmahonlaw.com

CHRISTOPHER R. SMITH
  Of Counsel
  Admitted in District of Columbia and
  Maryland

TODD E. GALLINGER
  Of Counsel
  Admitted in California and
  New York

ROBERT MANCE
  Of Counsel
  Admitted in District of Columbia and
  Maryland

October 29, 2009

**VIA FEDERAL EXPRESS**

The Honorable Frank Maas
United States Magistrate Judge
United States Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 740
New York, NY 10007-1312

*[Handwritten note: I expect to be in the middle of a trial on 12/4. Unless counsel are able to arrange another acceptable date/time with my Chambers, the conference will be held that day at 5 pm. FMaas, USMJ, 10/30/09]*

**Re: In re Terrorist Attacks on September 11, 2001, MDL 03-1570 (GBD) (FM)**

Dear Judge Maas;

  Our law firm has a conflict with the discovery conference scheduled on November 20, 2009. If it is convenient to the Court, we would propose rescheduling the discovery conference for December 4, 2009. We have contacted counsel for Plaintiffs (Sean Carter, Jerry Goldman, James Kreindler, Andrew Maloney, and Robert Haefele) and counsel for Mr. Mirza (Steven Barentzen) regarding this proposed date, and all have confirmed their availability.

  In addition, the above listed counsel have reviewed this letter and approved its submission to you. Please advise whether you would like us to arrange a conference call to Chambers to reschedule the conference.

Very truly yours,

*[Signature]*

Martin F. McMahon, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Nov. 2, 2009