UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(FM)<br>ECF Case |

*This document relates to:*

*ALL CASES*

## PLAINTIFFS' NOTICE OF MOTION TO STRIKE THE SUGGESTION OF DEATH FOR DEFENDANT KHALID BIN MAHFOUZ PURSUANT TO RULE 25, OR IN THE ALTERNATIVE, PURSUANT TO RULE 6(b) A MOTION TO ENLARGE TIME TO FILE A MOTION FOR SUBSTITUTION

Plaintiffs, by and through their counsel, hereby request that this Honorable Court Strike the Suggestion of Death Pursuant to Federal Rule of Civil Procedure 25, filed on August 21, 2009 by counsel for Defendant Khalid Bin Mahfouz for the reasons stated in the supporting Memorandum of Law.

In the Alternative, the Plaintiffs request that pursuant to Rule 6(b), that the Court enlarge the time to file a motion for substitution of a successor to Defendant Khalid Bin Mahfouz and direct the counsel for Defendant Khalid Bin Mahfouz to provide the names of any and all known successors and to produce relevant documents thereto.

Further as a protective measure, Plaintiffs have simultaneously filed a Notice of Motion for Substitution with a request that Plaintiffs be allowed to amend the parties listed within the Notice of Motion for Substitution without prejudice and add further successors as they

become known.

Date: November 9, 2009

                              Respectfully submitted,
                              KREINDLER & KREINDLER, LLP

                              *[signature]*

                              Andrew J. Maloney, III
                              100 Park Avenue
                              New York, New York 10017
                              212-973-3438
                              Plaintiff's Liaison Counsel

## CERTIFICATE OF SERVICE

I hereby certify that the attached Plaintiffs' Notice of Motion to Strike the Suggestion of Death for Defendant Khalid bin Momahfouz Pursuant to Rule 25, or in the Alternative, Pursuant to Rule 6(b) Motion to Enlarge Time to File a Motion for Substitution, supporting memorandum of law, and proposed order were served on all counsel of record by way of electronic filing in the Southern District of New York on November 9, 2009.

Dated: November 9, 2009

Respectfully submitted,
KREINDLER & KREINDLER, LLP

Andrew J. Maloney, III
100 Park Avenue
New York, New York 10017
212-973-3438
Plaintiff's Liaison Counsel