UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(FM)<br>ECF Case |

*This document relates to:*

All Cases

### PLAINTIFFS' RULE 25 NOTICE OF MOTION FOR SUBSTITUTION OF THE ESTATE OF KHALID BIN MAHFOUZ AND HIS IMMEDIATE FAMILY MEMBERS FOR DEFENDANT KHALID BIN MAHFOUZ

Plaintiffs hereby now move to continue their action against Defendant Khalid Bin Mahfouz and to Substitute for Defendant Khalid Bin Mahfouz: his Estate, his wife, and known children:

1) The Estate of Khalid Bin Mahfouz;

2) Naylah Abd-al-Aziz Kaaki;

3) Abdelrahman Khalid Bin Mahfouz;

4) Sultan Khalid Bin Mahfouz; and

5) Iman Khalid Bin Mahfouz.

As the identities of all successors are unknown at this time, Plaintiffs further request leave of Court to amend without prejudice to correct the successors and to add any

further discovered successors.

Dated:  November 9, 2009

                                  Respectfully submitted,
                                  KREINDLER & KREINDLER, LLP

                                  Andrew J. Maloney, III
                                  100 Park Avenue
                                  New York, New York 10017
                                  212-973-3438
                                  Plaintiff's Liaison Counsel

## CERTIFICATE OF SERVICE

I hereby certify that the attached Plaintiffs' Memorandum of Law in Support of Plaintiffs' Rule 25 Notice of Motion for Substitution of the Estate of Khalid Bin Mahfouz and his Immediate Family Members for Defendant Khalid Bin Mahfouz, were served on all counsel of record by way of electronic filing in the Southern District of New York on November 9, 2009.

Dated: November 9, 2009

                Respectfully submitted,
                KREINDLER & KREINDLER, LLP

                Andrew J. Maloney, III
                100 Park Avenue
                New York, New York 10017
                212-973-3438
                Plaintiff's Liaison Counsel