UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001     03 MD 1570 (GBD)

-----------------------------------------------------------------------x     **NOTICE OF MOTION**

This document relates to: All Actions
-----------------------------------------------------------------------x

PLEASE TAKE NOTICE, that pursuant to Rule 1.3(c) of the Local Civil rules of this Court, and on the basis of the affidavits attached hereto, and the exhibit annexed thereto, the undersigned will move the Court, before the Honorable George B. Daniels, U.S.D.J., at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an order admitting Hugh D. Higgins, *pro hac vice*, as counsel for Defendant Faisal Islamic Bank-Sudan for the purposes of the above-styled cause. Pursuant to the Case Management Order (Docket Entry 16), this motion, together with all documentation in support were sent to John Sacco at U.S. District Court for the Southern District of New York, 500 Pearl Street, Room 249, New York, NY 10007.

Dated: November 20, 2009

    Tampa, FL

                                LAURO LAW FIRM

                            By: _____
                               John F. Lauro, Esq. (JFL-2635)
                               101 E. Kennedy Blvd., Suite 3100
                               Tampa, Florida 33602
                               Phone: (813) 222-8990
                               Fax: (813) 222-8991

                               1540 Broadway, Suite 1604
                               New York, NY 10036
                               P: 646 746 8659 / f: 646 746 8653
                               E-mail: jlauro@laurolawfirm.com
                               *Attorney for Defendant Faisal Islamic Bank-Sudan*