UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001       03 MD 1570 (GBD)

-----------------------------------------------------------------------x   **AFFIDAVIT OF
JOHN F. LAURO**

This document relates to: All Actions
-----------------------------------------------------------------------x

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

JOHN F. LAURO, being duly sworn, deposes and says:

1. I am a shareholder of the Lauro Law Firm, counsel for Defendant Faisal Islamic Bank-Sudan in the above-styled cause. I am familiar with the proceedings in this case I submit this Affidavit based on my personal knowledge of the facts set forth herein and in support of Defendant Faisal Islamic Bank-Sudan's motion pursuant to pursuant to Rule 1.3(c) of the Local Civil rules of this Court, to permit Hugh D. Higgins to appear, *pro hac vice*, as counsel for Defendant Faisal Islamic Bank-Sudan.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on May 10, 1983. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Hugh D. Higgins since 2006, when he began working for the Lauro Law Firm. Mr. Higgins is an associate of the Lauro Law Firm and a resident in the Lauro Law Firm's Tampa office, located at 101 E. Kennedy Blvd., Suite 3100, Tampa, FL 33602.

4. I have found Mr. Higgins to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5. As stated in the Affidavit of Hugh D. Higgins, and the Certificate of Good Standing attached thereto, Mr. Higgins is admitted to the Bar of Florida.

6. Accordingly, Defendant Faisal Islamic Bank-Sudan respectfully requests that Mr. Higgins be permitted to appear in this case as counsel for Defendant Faisal Islamic Bank-Sudan, *pro hac vice*. The undersigned will remain local counsel for Defendant Faisal Islamic Bank-Sudan.

Dated: November 20, 2009

Tampa, FL

*/s/ John F. Lauro*
John F. Lauro, Esq.
SDNY Bar: 2635

Sworn before me this
20th day of November 2009

*/s/ Nancy Tersigni*
Notary Public

NANCY TERSIGNI
MY COMMISSION # DD650358
EXPIRES March 13, 2011
(407) 398-0153   FloridaNotaryService.com