UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001          03 MD 1570 (GBD)

-------------------------------------------------------------------------x     **AFFIDAVIT OF
                                                                               HUGH D. HIGGINS**

This document relates to:  All Actions
-------------------------------------------------------------------------x


STATE OF NEW YORK      )
                                    ) ss:
COUNTY OF NEW YORK  )


          HUGH D. HIGGINS, being duly sworn, deposes and says:

          1.     I am an associate of the Lauro Law Firm, attorneys for Defendant Faisal
Islamic Bank-Sudan. I submit this Affidavit in support of my application to be admitted
to practice before this Court and represent Defendant Faisal Islamic Bank-Sudan, *pro hac
vice*.

          2.     I am an associate of the Lauro Law Firm and a resident in the Lauro Law
Firm's Tampa office, located at 101 E. Kennedy Blvd., Suite 3100, Tampa, FL 33602, P:
(813) 222-8990 F: (813) 222-8991, hhiggins@laurolawfirm.com.

          3.     I am a member in good standing of the Bar of Florida, having been
admitted to practice before that bar in October 2007. A certificate of good standing from
that bar is attached hereto. I am also a member in good standing of the bars of the United
States District Court for the Middle District of Florida and the Eleventh Circuit Court of
Appeals, having been admitted to practice before those bars on, August 12, 2009, and
September 17, 2009, respectively.

4.      I am not presently nor have I ever been suspended, disbarred, or otherwise disciplined in any of the courts or jurisdictions where I have been admitted to practice.

5.      I have obtained a copy of the local rules of the Southern District of New York and am familiar with those rules.

6.      I hereby consent to be subject to the jurisdiction and the rules of the State of New York governing professional conduct.

Dated: November 20, 2009

      Tampa, FL

Hugh D. Higgins, Esq.

Sworn before me this
20th day of November 2009

Notary Public

NANCY TERSIGNI
MY COMMISSION # DD650358
EXPIRES March 13, 2011
FloridaNotaryService.com
(407) 398-0153