UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
IN RE: TERRORIST ATTACKS ON
SEPTEMBER 11, 2001                                              03 MD 1570 (GBD)

-----------------------------------------------------------x   **ORDER FOR ADMISSION**
                                                                **PRO HAC VICE ON**
                                                                **WRITTEN MOTION**

This document relates to:  All Actions
-----------------------------------------------------------x

Upon the motion of John F. Lauro, counsel for Defendant Faisal Islamic Bank-Sudan and said sponsor's Affidavit in support;

**IT IS HEREBY ORDERED**, that Hugh D. Higgins, Esq., an associate of the Lauro Law Firm and a resident in the Lauro Law Firm's Tampa office, located at 101 E. Kennedy Blvd., Suite 3100, Tampa, FL 33602, is admitted to practice *pro hac vice*, as counsel for Defendant Faisal Islamic Bank-Sudan in the above-styled cause in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: _____

New York, NY

                                                                                 _____
                                                                                 Honorable George B. Daniels
                                                                                 U.S. District Judge