

# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
WWW.FLORIDABAR.ORG

State of Florida        )

County of Leon        )

        In Re:   44162
               Hugh David Edison Higgins
               Lauro Law Firm
               101 E. Kennedy Blvd., Ste. 3100
               Tampa, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on October 2, 2007.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 3rd day of November, 2009.

*Willie Mae Shepherd*
Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/KLTu1:R10