UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03-MD-01570 (GBD) (FM) ECF Case |

*This document relates to: All Actions*

## MOTION TO WITHDRAW DARIN J. MCMULLEN, MARK E. GOTTLIEB AND WILLIAM H. PILLSBURY AS ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that upon the annexed Declaration, the undersigned moves this Court Pursuant to Local Rule 1.4 to allow Darin J. McMullen, Mark E. Gottlieb and William H. Pillsbury to withdraw as counsel of record for Plaintiffs in *Estate of John P. O'Neill, Sr., et al. v. Al Baraka Investment & Development Corp., et. al.* 04-CV-1923 (GBD) (FM), *Estate of John P. O'Neill, Sr., et al. v. Republic of Iraq, et al.* 04-CV-1076 (GBD) (FM), and *Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al.* 04-CV-1922 (GBD) (FM) (collectively "O'Neill Plaintiffs") in the above-referenced action due to their departure from the law firm of Anderson, Kill & Olick, P.C. I respectfully request that Darin J. McMullen, Mark E. Gottlieb and William H. Pillsbury be removed from the docket as counsel for the O'Neill Plaintiffs. All other counsel listed in the record of the law firm of Anderson, Kill & Olick, P.C. will continue to represent the O'Neill Plaintiffs in this matter.

PHIDOCS-61911.2

Dated: November 23, 2009
New York, N.Y.

Respectfully submitted,

Jerry S. Goldman, Esq. (JG8445)
Anderson Kill & Olick, PC
1251 Avenue of Americas
New York, NY 10020
Telephone:  212-278-1000
Facsimile:  212-278-1733

*Attorneys for the Plaintiffs*
*Estate of John P. O'Neill, Sr. et al.*

PHIDOCS-61911.2