# MARTIN F. MCMAHON & ASSOCIATES

1150 CONNECTICUT AVENUE, N.W.
SUITE 900
WASHINGTON, D.C. 20036

**MEMO ENDORSED**

MARTIN F. MCMAHON
Managing Partner
Admitted in District of Columbia, New York
and U.S. District Court of Maryland

CHRISTINE M. HILGEMAN
Associate
Admitted in Virginia and the District of Columbia

M. BARBARA KUBICZ
Of Counsel
Admitted only in Maryland; District of Columbia application pending. Supervised by Martin F. McMahon, a member of the D.C. Bar.

Established 1978

TELEPHONE (202) 862-4343
FACSIMILE (202) 828-4130

www.martinmcmahonlaw.com

JASON A. DZUBOW
Of Counsel
Admitted in District of Columbia and Maryland

TODD E. GALLINGER
Of Counsel
Admitted in California and New York

ROBERT MANCE
Of Counsel
Admitted in District of Columbia and Maryland

November 23, 2009

*[Handwritten endorsement:] An attorney may only withdraw from a case pursuant to Court order. See Local Civil Rule 1.4. Accordingly, as far as I am concerned, Mr. McMahon is still Sanabel's counsel. I note in that regard that there is a conference concerning Sanabel on December 4, 2009, at 5 p.m. — Maas, USMJ, 11/24/09.*

SENT VIA FACSIMILE AND FEDERAL EXPRESS

The Honorable Frank Maas
United States Magistrate Judge
United States Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 740
New York, NY 10007-1312

Re: **In re Terrorist Attacks on September 11, 2001, MDL 03-1570 (GBD) (FM)**

Dear Judge Maas;

This letter is to notify the Court that our firm recently received a letter from Defendant Sanabel Al-Kheer, Inc. that concludes our representation of the organization as of November 20, 2009. In light of the upcoming hearing, we have informed Sanabel Al Kheer of the need to retain new counsel immediately. We also wish to inform the Court that, per our client's instructions, we will be filing a motion to withdraw very soon.

We will also contact counsel for the Plaintiffs and Mr. Yaqub Mirza to inform them of this development. Please advise if we should take any additional steps to assist the Court in this matter.

Very truly yours,

Martin F. McMahon (w/p)

Martin F. McMahon, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-24-09