UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| IN RE:  TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | ) ) ) ) ) | Civil Action No. 03 MDL 1570 (GBD) |

*This document relates to:  All Actions*

### MOTION TO WITHDRAW MARTIN F. MCMAHON & ASSOCIATES AS COUNSEL OF RECORD FOR DEFENDANT SANABEL AL KHEER, INC.

PLEASE TAKE NOTICE that upon the attached Declaration, the undersigned moves this Court pursuant to Local Rule 1.4 and Rule 1.16(b)(3) of the New York Rules of Professional Conduct, to allow Martin F. McMahon and his law firm, Martin F. McMahon & Associates, to withdraw as counsel for Defendant Sanabel Al Kheer, Inc. in the above referenced action and all related cases due to Defendant Sanabel Al Kheer, Inc.'s recent termination of the law firm's representation.  I respectfully request that I and my firm be removed from the docket as counsel of record for Defendant Sanabel Al Kheer, Inc.

Dated November 24, 2009:                    Respectfully Submitted,

                                            BY:     /s/ Martin F. McMahon, Esq.
                                                       Martin F. McMahon, Esq.
                                                       Martin McMahon & Associates
                                                       1150 Connecticut Ave NW, Suite 900
                                                       Washington, DC 20036
                                                       Phone: (202) 862-4343
                                                       Fax: (202) 828-4130
                                                      mfm@martinmcmahonlaw.com
                                                      *Attorney for Defendant Sanabel Al Kheer, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on this 24th day of November 2009, a true and accurate copy of the foregoing Motion to Withdraw Martin McMahon & Associates As Counsel Of Record For Defendant Sanabel Al Kheer, Inc., was served via the Court's electronic case filing system on all counsel of record.

      /s/ Martin F. McMahon, Esq.
      Martin F. McMahon, Esq.