UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001        03 MD 1570 (GBD)

-----------------------------------------------------------------------x   **NOTICE OF MOTION**

This document relates to: All Actions
-----------------------------------------------------------------------x

PLEASE TAKE NOTICE, that pursuant to Rule 1.3(c) of the Local Civil rules of this Court, and on the basis of the affidavits attached hereto, and the exhibit annexed thereto, the undersigned will move the Court, before the Honorable George B. Daniels, U.S.D.J., at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an order admitting Hugh D. Higgins, *pro hac vice*, as counsel for Defendant Faisal Islamic Bank-Sudan for the purposes of the above-styled cause. Pursuant to the Case Management Order (Docket Entry 16), this motion, together with all documentation in support were sent to John Sacco at U.S. District Court for the Southern District of New York, 500 Pearl Street, Room 249, New York, NY 10007.

Dated: November 20, 2009

Tampa, FL

                                           **LAURO LAW FIRM**

                                           By: _____
                                           John F. Lauro, Esq. (JFL-2635)
                                           101 E. Kennedy Blvd., Suite 3100
                                           Tampa, Florida 33602
                                           Phone: (813) 222-8990
                                           Fax: (813) 222-8991

                                           1540 Broadway, Suite 1604
                                           New York, NY 10036
                                           P: 646 746 8659 / f: 646 746 8653
                                           E-mail: jlauro@laurolawfirm.com
                                        *Attorney for Defendant Faisal Islamic Bank-Sudan*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001    03 MD 1570 (GBD)

------------------------------------------------------------------------x   **AFFIDAVIT OF JOHN F. LAURO**

This document relates to: All Actions
------------------------------------------------------------------------x

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF NEW YORK  )

JOHN F. LAURO, being duly sworn, deposes and says:

1. I am a shareholder of the Lauro Law Firm, counsel for Defendant Faisal Islamic Bank-Sudan in the above-styled cause. I am familiar with the proceedings in this case I submit this Affidavit based on my personal knowledge of the facts set forth herein and in support of Defendant Faisal Islamic Bank-Sudan's motion pursuant to pursuant to Rule 1.3(c) of the Local Civil rules of this Court, to permit Hugh D. Higgins to appear, *pro hac vice*, as counsel for Defendant Faisal Islamic Bank-Sudan.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on May 10, 1983. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Hugh D. Higgins since 2006, when he began working for the Lauro Law Firm. Mr. Higgins is an associate of the Lauro Law Firm and a resident in the Lauro Law Firm's Tampa office, located at 101 E. Kennedy Blvd., Suite 3100, Tampa, FL 33602.

4. I have found Mr. Higgins to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5. As stated in the Affidavit of Hugh D. Higgins, and the Certificate of Good Standing attached thereto, Mr. Higgins is admitted to the Bar of Florida.

6. Accordingly, Defendant Faisal Islamic Bank-Sudan respectfully requests that Mr. Higgins be permitted to appear in this case as counsel for Defendant Faisal Islamic Bank-Sudan, *pro hac vice*. The undersigned will remain local counsel for Defendant Faisal Islamic Bank-Sudan.

Dated: November 20, 2009

Tampa, FL

John F. Lauro, Esq.
SDNY Bar: 2635

Sworn before me this
20th day of November 2009

Notary Public

NANCY TERSIGNI
MY COMMISSION # DD650358
EXPIRES March 13, 2011
(407) 398-0153    FloridaNotaryService.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001    03 MD 1570 (GBD)

------------------------------------------------------------------x    **AFFIDAVIT OF**
**HUGH D. HIGGINS**

This document relates to: All Actions
------------------------------------------------------------------x

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

HUGH D. HIGGINS, being duly sworn, deposes and says:

1. I am an associate of the Lauro Law Firm, attorneys for Defendant Faisal Islamic Bank-Sudan. I submit this Affidavit in support of my application to be admitted to practice before this Court and represent Defendant Faisal Islamic Bank-Sudan, *pro hac vice*.

2. I am an associate of the Lauro Law Firm and a resident in the Lauro Law Firm's Tampa office, located at 101 E. Kennedy Blvd., Suite 3100, Tampa, FL 33602, P: (813) 222-8990 F: (813) 222-8991, hhiggins@laurolawfirm.com.

3. I am a member in good standing of the Bar of Florida, having been admitted to practice before that bar in October 2007. A certificate of good standing from that bar is attached hereto. I am also a member in good standing of the bars of the United States District Court for the Middle District of Florida and the Eleventh Circuit Court of Appeals, having been admitted to practice before those bars on, August 12, 2009, and September 17, 2009, respectively.

4. I am not presently nor have I ever been suspended, disbarred, or otherwise disciplined in any of the courts or jurisdictions where I have been admitted to practice.

5. I have obtained a copy of the local rules of the Southern District of New York and am familiar with those rules.

6. I hereby consent to be subject to the jurisdiction and the rules of the State of New York governing professional conduct.

Dated: November 20, 2009

Tampa, FL

_____
Hugh D. Higgins, Esq.

Sworn before me this
20th day of November 2009

_____
Notary Public

NANCY TERSIGNI
MY COMMISSION # DD650358
EXPIRES March 13, 2011
(407) 398-0153    FloridaNotaryService.com



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
www.FLORIDABAR.org

State of Florida    )

County of Leon     )

           In Re:    44162
                     Hugh David Edison Higgins
                     Lauro Law Firm
                     101 E. Kennedy Blvd., Ste. 3100
                     Tampa, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on October 2, 2007.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 3rd day of November, 2009.

*Willie Mae Shepherd*
Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/KLTu1:R10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE: TERRORIST ATTACKS ON
SEPTEMBER 11, 2001                                             03 MD 1570 (GBD)

------------------------------------------------------------x   **ORDER FOR ADMISSION**
**PRO HAC VICE ON**
**WRITTEN MOTION**

This document relates to: All Actions
------------------------------------------------------------x

Upon the motion of John F. Lauro, counsel for Defendant Faisal Islamic Bank-Sudan and said sponsor's Affidavit in support;

**IT IS HEREBY ORDERED**, that Hugh D. Higgins, Esq., an associate of the Lauro Law Firm and a resident in the Lauro Law Firm's Tampa office, located at 101 E. Kennedy Blvd., Suite 3100, Tampa, FL 33602, is admitted to practice *pro hac vice*, as counsel for Defendant Faisal Islamic Bank-Sudan in the above-styled cause in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: _____

New York, NY

_____
Honorable George B. Daniels
U.S. District Judge