UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In Re:

                                                   :        **ORDER**

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001                 :        03 MDL 1570 (GBD)(FM)

------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

        Pursuant to the conference held earlier today, it is hereby ORDERED that a further conference shall by held on January 28, 2010, at 10:00 a.m. in Courtroom 20A.

        SO ORDERED.

Dated:    New York, New York
             December 4, 2009

                                                       _/s/ Frank Maas_
                                                         FRANK MAAS
                                              United States Magistrate Judge

Copies to:

Honorable George B. Daniels
United States District Judge

All counsel via ECF

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-4-09
```