UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| _____x | : | |
| In Re: TERRORIST ATTACKS ON | : | |
| SEPTEMBER 11, 2001 | : | MDL No.: 03-1570 (GBD) |
| _____: | : | |
| This Document Relates to: | : | |
| | : | |
| *Fiona Havlish, et al., v. Bin-Laden, et al.,* | : | |
| 1:03-CV-09848 | : | |
| _____x | | |

## ORDER

AND NOW, this _____ day of _____, 2009, upon consideration of Plaintiff's Motion to Dismiss without Prejudice, it is hereby **ORDERED AND DECREED** that Janet Calia, individually and as Executrix of the Estate of Dominick Calia, is dismissed, without prejudice, from the case styled *Havlish, et al. v. bin-Laden, et al.*, No. 03-cv-09848.  Janet Calia, individually and as Executrix of the Estate of Dominick Calia is permitted to continue pursuing her claim in the case styled *Ashton, et al. v. Al Qaeda, et al.*, No. 02-cv-7214.

SO ORDERED:

_____
George B. Daniels
United States District Judge