```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 1 7 2009
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03-MD-01570 (GBD) (FM) ECF Case |
|---|---|

*This document relates to: All Actions*

### ORDER TO WITHDRAW DARIN J. MCMULLEN,
### MARK E. GOTTLIEB AND WILLIAM H. PILLSBURY AS ATTORNEYS OF RECORD

Before the Court is the Motion to Withdraw Darin J. McMullen, Mark E. Gottlieb and William H. Pillsbury as Attorneys of Record as counsel for Plaintiffs in *Estate of John P. O'Neill, Sr., et al. v. Al Baraka Investment & Development Corp., et. al.* 04-CV-1923 (GBD) (FM), *Estate of John P. O'Neill, Sr., et al. v. Republic of Iraq, et al.* 04-CV-1076 (GBD) (FM), and *Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al.* 04-CV-1922 (GBD)(FM) (collectively "O'Neill Plaintiffs").

It is **ORDERED** that Darin J. McMullen, Mark E. Gottlieb and William H. Pillsbury be withdrawn as counsel for the O'Neill Plaintiffs in the above-referenced action.

It is further **ORDERED** that all other counsel listed in the record of the law firm of Anderson, Kill & Olick, P.C. will continue to represent the O'Neill Plaintiffs in this matter.

Signed this ___ day of __DEC 1 7 2009__, 2009

*George B. Daniels*

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

PHIDOCS-61911.2