USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 1 7 2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

IN RE: TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

ORDER
03 MDL 1570 (GBD)

------------------------------------------------------------------x

This document relates to:
03 CV 9848 (GBD)

It is hereby ordered that Janet Calia, individually and as Executrix of the Estate of Dominick Calia, is dismissed from the case styled Havlish, et al. v. bin-Laden, et al., No. 03 CV 9848 (GBD).

Dated: New York, New York
December 16, 2009

SO ORDERED:

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge