

**Motley Rice**
ATTORNEYS AT LAW

Robert T. Haefele
*Licensed in NJ, PA, SC*

South Carolina Office
Direct Dial 843.216.9184
Direct Fax 843.216.9450
rhaefele@motleyrice.com

28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
o. 843.216.9000
f. 843.216.9450

321 South Main St.
Providence, RI 02903
o. 401.457.7700
f. 401.457.7708

One Corporate Center
20 Church St., 17th Floor
Hartford, CT 06103
o. 860.882.1681
f. 860.882.1682

7 Dey St., 14th Floor
New York, NY 10007
o. 212.577.0040
f. 212.577.0044

320 Chestnut St.
Morgantown, WV 26505
o. 304.413.0456
f. 304.413.0458

# MEMO ENDORSED

December 16, 2009

**VIA Federal Express**

Hon. Frank Maas, U.S.M.J.
United States District Court
 For the Southern District of New York
United States Courthouse
500 Pearl Street, Room 740
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-17-09

Re:  *In re Terrorist Attacks of September 11, 2001*, 03 MDL 1570 (GBD)(FM);
 *Burnett, et al. v Al Baraka Investment & Development, et al.*, 03 CV 9849 (GBD)(FM)

Dear Judge Maas:

 We are writing to request an extension of the deadline to file a response to Al Haramain's opposition to Plaintiffs' Motion to Compel. In light of various schedules, including holiday schedules, and in light of the need to coordinate the response among various plaintiffs' counsel, we have asked and Mr. Kabat has courteously consented to extend the time for plaintiffs to respond to AHIF's opposition to January 5, 2010.

 We are asking for the Courts' permission for such an extension. We anticipate that such an extension will nonetheless allow the Court to receive all of the necessary filings regarding this dispute in advance of the January hearing dates in this litigation, should the Court desire to place this issue on the Court's docket for one of the January dates.

Respectfully Submitted,

*/s/ Robert T. Haefele*

ROBERT T. HAEFELE
RTH/msh
cc:  Hon. George B. Daniels, U.S.D.J.
  All Counsel of Record

**APPLICATION GRANTED**
**SO ORDERED**

*/s/ Frank Maas*
Frank Maas, USMJ  12/17/09

DEC 17 2009