UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

IN RE: TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

ORDER
03 MDL 1570 (GBD)

-------------------------------------------------------------------x

GEORGE B. DANIELS, District Judge:

All correspondence to be docketed with the Clerk's Office shall bear the following

signature line for the Court:

**It is hereby ordered that this document shall be filed with the
Clerk of the Court.**

**SO ORDERED:**

_____

**George B. Daniels, U.S.D.J.**

Dated: New York, New York
         January 11, 2010

SO ORDERED:

George B. Daniels
GEORGE B. DANIELS
United States District Judge