Case 1:03-md-01570-GBD-SN Document 2216 Filed 01/11/10 Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11 JAN 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

IN RE: TERRORIST ATTACKS ON            ORDER
SEPTEMBER 11, 2001                                03 MDL 1570 (GBD)

------------------------------------------------------------------x

GEORGE B. DANIELS, District Judge:

       To ensure the efficient use of the time and resources of both the parties and the Court, the conference tentatively scheduled for January 13, 2010, will be held on April 15, 2010, at 10AM.

Dated: New York, New York
        January 11, 2010

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge