UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In Re:
:           **ORDER**
    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001            :           03 MDL 1570 (GBD)(FM)

-----------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

It is hereby ORDERED that the conference previously scheduled for January 28, 2010, is adjourned to February 8, 2010, at 10:00 a.m. in Courtroom 9B. At that conference, I intend to address any unresolved issues currently before me. To ensure that we cover all such issues, counsel should submit suggested agenda items to me by February 1, 2010.

    SO ORDERED.

Dated:    New York, New York
         January 13, 2010

                                                  FRANK MAAS
                                          United States Magistrate Judge

Copies to:

Honorable George B. Daniels
United States District Judge

All counsel via ECF

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-13-10