UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)<br>ECF Case |

*This document relates to:*
*Ashton, et al v. Al Qaeda, et al*, 02-cv-6977 (GBD)
*Federal Insurance, et al v. Al Qaida, et al,* 03-cv-6978 (GBD)

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

**PLEASE TAKE NOTICE** that the following attorney and law firm enter their appearance as counsel on behalf defendants Sana-Bell, Inc. and Sanabel Al Kheer, Inc.  A Motion to Appear *Pro Hac Vice* will be filed on behalf of Christopher C. S. Manning, Esq. forthwith.  This Notice of Appearance does not, in any way, acknowledge the legal existence (or otherwise) of Sana-Bell, Inc.  All notices that are required to be given and all pleadings and orders that are required to be served should be served to the following address:

>Eurydice A. Kelley, Esq.
>Rottenberg Lipman Rich, P.C.
>369 Lexington Avenue, 16th Floor
>New York, New York 10017
>tel: 212-661-3080, ext. 267
>fax: 212-867-1914
>ekelley@rlrpclaw.com

I certify that I am admitted to practice in this court.

Dated: February 1, 2010
      New York, New York

                                        ROTTENBERG LIPMAN RICH, P.C.

                                        /s/ Eurydice A. Kelley
                                        Eurydice A. Kelley, Esq. (EK1645)
                                        369 Lexington Avenue, 16th Floor
                                        New York, New York 10017
                                        tel: 212-661-3080
                                        fax: 212-867-1914
                                        *Attorneys for Defendants Sana-Bell, Inc.*
                                        *and Sanabel Al Kheer, Inc.*