UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)<br>ECF Case |

This document relates to:     *All Actions*

### AFFIRMATION OF ROBERT T. HAEFELE IN SUPPORT OF PLAINTIFFS' OBJECTIONS TO THE JANUARY 13, 2010 MEMORANDUM DECISION AND ORDER OF MAGISTRATE JUDGE FRANK MAAS

Robert T. Haefele, Esq., affirms as follows:

1. I am an attorney admitted to practice *pro hac vice* in the above-captioned matter, and an attorney with the law firm Motley Rice. I submit this Affirmation to transmit to the Court the following documents submitted in support of Plaintiffs' Objections to the January 13, 2010 Memorandum Decision and Order of Magistrate Judge Frank Maas.

2. Exhibit 1 to this Affirmation is a true and accurate copy of the Declaration of Thomas C. Baxter, Jr., filed in *Board of Governors of the Federal Reserve System v. Khalid Bin Mahfouz* (United States District Court for the Southern District of New York, 92 Civ. 5096 (MGC) (received July 9, 1992)).

3. Exhibit 2 to this Affirmation is a true and accurate copy of the Complaint in *Board of Governors of the Federal Reserve System v. Khalid Bin Mahfouz* (United States District Court for the Southern District of New York, 92 Civ. 5096 (MGC) (filed July 8, 1992)).

4. Exhibit 3 to this Affirmation is a true and accurate copy of an article from the Middle East Economic Survey, "*Khalid Bin Mahfuz Returns To NCB*," Vol. XXXIX, No. 44, July 29, 2006.

5. Exhibit 4 to this Affirmation is a true and accurate copy of an article from United Press International, "*Saudi Husband, Wife Sole Owners of Bank*," July 22, 1996.

6. Exhibit 5 to this Affirmation is a true and accurate copy of the Affidavit of Alice Hoagland.

7. Exhibit 6 to this Affirmation is a true and accurate copy of the Affidavit of Joan Molinaro.

8. Exhibit 7 to this Affirmation is a true and accurate copy of the Affidavit of William Doyle, Sr.

9. Exhibit 8 to this Affirmation is a true and accurate copy of the Affidavit of Jean M Hunt.

Affirmed in Mt. Pleasant, South Carolina on February 1, 2010.

_____/s/_____
Robert T. Haefele, Esq.