UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: TERRORIST ATTACKS ON                    03 MDL No. 1570 (GBD)
SEPTEMBER 11, 2001

This document relates to:
All cases

## Affidavit of Jean M. Hunt

I, Jean M. Hunt, state the following:

1. I am a survivor of the attacks of September 11th, 2001. I was working as a civilian in the military at the Pentagon when al Qaeda terrorists hijacked and crashed American Airlines Flight 77 into the Pentagon. I was 65 years old at the time.

2. I decided to pursue an avenue of civil litigation with the aim of accounting for how terrorists are financially and otherwise enabled to commit their uncivilized, barbaric attacks, and disabling or de-incentivizing those involved in that process.

3. I, along with the many families of others killed and injured on September 11, 2001, initiated this lawsuit in 2002, in order to hold accountable those whose intentional acts facilitated the attacks, and to the extent possible, prevent it from happening again.

4. It has been nearly 8 years since we filed this lawsuit, and I understand that the claims against nearly all of the defendants still have not proceeded beyond initial motions stage and the Court has prevented the plaintiffs from learning even the most basic information about the defendants, including information about a number of defendants that have been designated as terrorists by the U.S. government for years.

5. I fear that continued delays in this litigation will prevent me from ever seeing justice during my lifetime.

I declare under penalty of perjury that the foregoing statements are true and correct, based on my knowledge, information and belief.

Executed on February 1, 2010
    Cranford, New Jersey

                                        *Jean M. Hunt*
                                        JEAN M. HUNT