UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| IN RE:  TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | ) ) ) ) ) | Civil Action No. 03 MDL 1570 (GBD) |

*This document relates to:  All Actions*

### MOTION TO WITHDRAW MARTIN F. MCMAHON & ASSOCIATES AS COUNSEL OF RECORD FOR DEFENDANT SANA-BELL, INC.

PLEASE TAKE NOTICE that upon the attached Declaration, the undersigned moves this Court pursuant to Local Rule 1.4 and Rule 1.16(c)(1) of the New York Rules of Professional Conduct, to allow Martin F. McMahon and his law firm, Martin F. McMahon & Associates, to withdraw as counsel for Defendant Sana-Bell, Inc. in the above referenced action and all related cases in light of Sana-Bell, Inc.'s defunct status.  I respectfully request that I and my firm be removed from the docket as counsel of record for Defendant Sana-Bell, Inc.

Dated February 4, 2010:	Respectfully Submitted,

BY:	 /s/ Martin F. McMahon, Esq.
Martin F. McMahon, Esq.
Martin McMahon & Associates
1150 Connecticut Ave NW, Suite 900
Washington, DC 20036
Phone: (202) 862-4343
Fax: (202) 828-4130
mfm@martinmcmahonlaw.com
*Attorney for Defendant Sana-Bell, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on this 4th day of February 2010, a true and accurate copy of the foregoing Motion to Withdraw Martin McMahon & Associates As Counsel Of Record For Defendant Sana-Bell, Inc., was served via the Court's electronic case filing system on all counsel of record.

      /s/ Martin F. McMahon, Esq.
      Martin F. McMahon, Esq.