UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|   |   |
|---|---|
| IN RE:  TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | ) ) ) ) ) **Civil Action No. 03 MDL 1570 (GBD)** |

*This document relates to:  All Actions*

### ORDER WITHDRAWING MARTIN F. MCMAHON & ASSOCIATES AS COUNSEL OF RECORD FOR DEFENDANT SANA-BELL, INC.

Upon consideration of the motion to withdraw Martin F. McMahon & Associates and Mr. Martin F. McMahon as counsel of record for Defendant Sana-Bell, Inc. in the above referenced action, it is hereby

ORDERED this ____ day of _____, 2010, that Martin F. McMahon & Associates and Mr. Martin F. McMahon be withdrawn as counsel of record for Defendant Sana-Bell, Inc. in the above referenced action.

Signed:

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE