UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | ) ) ) ) ) ) | **Civil Action No. 03 MDL 1570 (GBD)** |

*This document relates to: All Actions*

## DECLARATION OF MARTIN F. MCMAHON IN SUPPORT OF MOTION TO WITHDRAW MARTIN F. MCMAHON & ASSOCIATES AS COUNSEL OF RECORD FOR DEFENDANT SANA-BELL, INC.

1. I am a member of the law firm, Martin McMahon & Associates, attorneys for Defendant Sana-Bell, Inc.

2. I am familiar with the proceedings in this case and my law firm has represented Defendant Sana-Bell, Inc. in this action. I state the following in support of my firm's motion to withdraw as counsel of record for Sana-Bell, Inc.

3. As noted in Sana-Bell, Inc.'s Motion to Dismiss the Plaintiffs' Complaint, it has been determined that the entity Sana-Bell, Inc. had ceased to exist, its corporate status had expired and the organization disbursed its remaining assets.

4. Due to the defunct status of Sana-Bell, Inc., our firm lacks authority to act on behalf of the entity.

5. For the foregoing reasons, I respectfully request that this Court grant permission to me and my law firm to withdraw from representation of Sana-Bell, Inc. in the above captioned matter. A proposed order is attached.

6.	I certify that all of the foregoing statements made by me are true, and I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


Dated: February 4, 2010:	_____
	Martin F. McMahon, Esq.