IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS<br>ON SEPTEMBER 11, 2001 | Civil Action No. 03 MDL 1570 (GBD)<br>ECF Case |

**MOTION TO WITHDRAW APPEARANCES OF COUNSEL
FOR SANA-BELL, INC. AND SANABEL AL KHEER, INC.**

PLEASE TAKE NOTICE THAT upon the attached Declaration of Nancy Luque, the undersigned moves this Court, pursuant to Local Rule 1.4, to withdraw the appearances of: (1) Nancy Luque, Steven A. Maddox, Michael D. McNeely and John Joseph Walsh as counsel for Sanabel Al Kheer, Inc. and (2) those same attorneys, along with Christopher J. Beal and Jay D. Hanson, as counsel for Sana-Bell, Inc.

Nancy Luque, and the other attorneys indentified above, all represented Sanabel Al Kheer, Inc. and Sana-Bell, Inc. briefly in this litigation and each entered appearances in 2004. Exhibit A, Declaration of Nancy Luque at ¶¶ 2, 3, 4 and 5.  However, none of these attorneys currently represents either Sanabel Al Kheer, Inc. or Sana-Bell, Inc. and have not done so for over 5 years.  *Id*. at ¶ 6.

In late 2004, Martin McMahon took over the representation of Sanabel Al Kheer, Inc. and Sana-Bell, Inc.  Despite the change in representation, the attorneys identified above inadvertently failed to move to withdraw their appearances.  *Id*. at ¶ 7.

Martin McMahon no longer represents Sanabel Al Kheer, Inc. or Sana-Bell, Inc. and recently moved to withdraw his appearance.  However, on January 29, 2010, Eurydice Kelley entered appearances on behalf of Sanabel Al Kheer, Inc. and Sana-Bell, Inc.  Ms. Kelley, as new counsel for Sanabel Al Kheer, Inc. and Sana-Bell, Inc., has consented to the relief requested herein.  *Id*. at ¶ 8-10.

Local Civil Rule 1.4 states that:

> An attorney who has appeared as attorney of record for a party may be relieved or displaced only by order of the court and may not withdraw from a case without leave of the court granted by such order. Such an order may be granted only upon a showing by affidavit or otherwise of satisfactory reasons for withdrawal or displacement and the posture of the case, including its posture, if any, on the calendar.

The attached declaration provides "satisfactory reasons" for withdrawal, namely that Sanabel Al Kheer, Inc. and Sana-Bell, Inc. retained Mr. McMahon and no longer considered Nancy Luque and the other listed counsel at the firm Gray Cary, a firm that no longer exists, to be their counsel. Moreover, Sanabel Al Kheer, Inc. and Sana-Bell, Inc. have now obtained new counsel who recently entered appearances on their behalves and who consents to this motion.

Further, the case is not on the trial calendar and will not be any time in the near future, and none of the Plaintiffs in this action will be prejudiced by the relief requested herein.

For these reasons, I respectfully request that the motion to withdraw appearances of counsel for Sana-Bell Inc. and Sanabel Al Kheer, Inc. be granted.

Respectfully submitted,

Dated: February 4, 2010      By:             /s/
                                                        Nancy Luque
                                        LUQUE GERAGOS MARINO LLP
                                        910 17th Street, NW Suite 800
                                        Washington, DC  20006
                                        Telephone:  202.223.8888
                                        Facsimile:   202.223.8677

## Certificate of Service

      I hereby certify that on this 4th day of February, 2010, I caused an electronic copy of this CONSENT MOTION TO WITHDRAW APPEARANCE AS COUNSEL FOR SANA-BELL, INC. AND SANABEL AL KHEER, INC. to be served by the Court's electronic filing system upon all parties scheduled for electronic notice.

                                                          /s/  Nancy Luque