USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-8-10

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) ECF Case |

*This document relates to:*
*Ashton, et al v. Al Qaeda, et al*, 02-cv-6977 (GBD)
*Federal Insurance, et al v. Al Qaida, et al*, 03-cv-6978 (GBD)

**ORIGINAL**

### ORDER FOR ADMISSION
### *PRO HAC VICE*

Upon the motion of attorney Eurydice A. Kelley, Esq. for Christopher C. S. Manning, Esq. and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

> Christopher C. S. Manning, Esq.
> Manning Sossamon
> 1120 20th Street NW
> Suite 700, North Building
> Washington, DC 20036
> (202) 973-2681 Direct
> (202) 973-1212 Fax
> cmanning@manning-sossamon.com

is admitted to practice *pro hac vice* as counsel for Sana-Bell, Inc. and Sanabel Al Kheer, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply

for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:
City, State: New York, NY
2/8/10

_____
United States District/Magistrate Judge