UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In Re:

                                                  :        **ORDER**

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001                :        03 MDL 1570 (GBD)(FM)

-----------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

Pursuant to the discovery conference held yesterday, it is hereby

ORDERED that as part of their discovery related to defendant Sana-Bell, Inc., the

plaintiffs may take Dr. Mirza's deposition.

SO ORDERED.

Dated:     New York, New York
             February 9, 2010

                                          /s/ FRANK MAAS
                                      United States Magistrate Judge

Copies to:

Honorable George B. Daniels
United States District Judge

All counsel via ECF

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-9-10