# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re TERRORIST ATTACKS on ) 03 MDL 1570 (GBD) (FM)
SEPTEMBER 11, 2001 ) ECF Case
)

This document relates to: All Cases

## DECLARATION OF DR. ABUBAKER ALI BAGABIR, FCCA

1. I am the Head of Finance and Accounting at The National Commercial Bank ("NCB" or "the Bank") in Jeddah, Saudi Arabia, and have served in that capacity, since February 1997. I am advised by NCB's United States legal counsel that this declaration is not intended to waive, in any way, NCB's claim of immunity from suit or its jurisdictional defenses, and is not intended to be a general appearance by NCB in this lawsuit. I understand and believe the following matters to be true, through the date of this declaration, based both on my personal knowledge and on inquiries made of other NCB personnel who have knowledge about specific matters addressed in this declaration. I have been assisted by NCB's legal counsel in the phrasing of this declaration.

2. At the request of NCB's legal counsel, I caused a search to be made of the Bank's general payables records and systems, and of more specific records of donations made by the Bank to charitable institutions and causes, to determine if the Bank ever made any payment from its own funds to the Muwafaq Foundation, Yassin al Kadi, or the National Management Consultancy Center. Our search covered records for the time period 1993 through the present, and accounted for variations in the spellings of the Muwafaq Foundation, Yassin al Kadi, and the National Management Consultancy Center.

3. Our search found no record or other information that NCB ever made any payment from its own funds to Muwafaq Foundation, to Yassin al Kadi, or to the National Management Consultancy Center.

1

4. The records we searched also reflected the process for approving donations made by the Bank to charitable institutions and causes. Our search found no record or other information that Yassin al Kadi ever had any authority concerning, or participation in, donations made by the Bank to charitable institutions or causes. I understand from other Bank personnel that the Bank previously searched its personnel records and determined, as reported to this Court, that there is no record that Yassin al Kadi ever was employed by NCB in any capacity.

5. Other than receiving a summary of allegations made in this litigation, I have not at any time heard, seen, or otherwise become aware of any information or statement suggesting that the NCB ever made any payment from its own funds to the Muwafaq Foundation, Yassin al Kadi, or the National Management Consultancy Center, or that Yassin al Kadi ever had any authority concerning, or participation in, any donation made by the Bank to any charitable institution or cause.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, based on my knowledge, information, and belief.

Executed in this 13 day of February 2010 (A.D.) in Jeddah, Kingdom of Saudi Arabia.

_____
Dr. Abubaker Ali Bagabir, FCCA
Head of Finance and Accounting
The National Commercial Bank