UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

Cantor Fitzgerald & Co.,          Plaintiff,

-against-

Akida Bank Private Ltd.,          Defendant.
---------------------------------------------------- X

04   C   07065 (GBD)

Associated with Case No. MDL 1570
In re Terrorist Attacks on Sept. 11, 2001

## NOTICE OF CHANGE OF ADDRESS

[X] I have cases pending          [ ] I have no cases pending

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for: Kenneth L. Adams

[X]   Attorney

　　[ ]   I am a United States District Court, Southern District of New York attorney. My SDNY Bar Number is:_____; My State Bar Number is:_____

　　[X]   I am a Pro Hac Vice attorney

　　[ ]   I am a Government Agency attorney

[X]   Law Firm/Government Agency Association

　　From: Dickstein Shapiro LLP

　　To: Adams Holcomb LLP

　　[X]   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

　　[ ]   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[X] Address:          1875 Eye Street, N.W., Suite 810

　　　　　　　　　　Washington, D.C. 20006

[X] Telephone No.:    202-580-8820

[X] Fax No.:          202-580-8821

[X] E-Mail Address:   Adams@AdamsHolcomb.com

Dated: 23 Feb 10

ATTORNEY'S SIGNATURE

## CERTIFICATE OF SERVICE

The Undersigned hereby certifies that a true and correct copy of the foregoing Notice of Change of Address for Kenneth L. Adams has been served upon all counsel via the Court's electronic filing service on this 24th day of February, 2010.

Dated: Washington, D.C.
February 24, 2010

                                      */s/ Peggie Gaskamp Beaudoin*
                                      Peggie Gaskamp Beaudoin
                                      Office Administrator
                                      *on behalf of*
                                      ADAMS HOLCOMB LLP
                                      Christopher T. Leonardo and
                                      Kenneth L. Adams
                                      1875 Eye Street, N.W.
                                      Suite 810
                                      Washington, D.C.  20006
                                      Phone: 202-580-8820
                                      Fax: 202-580-8821

*Please note that a Change of Address of Appearance was filed and serviced on May 11, 2009. However, the address and firm affiliation changes were not made to the docket.*

{00006034;v1}