UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)<br>ECF Case |

This document relates to:    *All Actions*

### AFFIRMATION OF SEAN P. CARTER IN SUPPORT OF PLAINTIFFS' REPLY IN FURTHER SUPPORT OF THEIR OBJECTIONS TO THE JANUARY 13, 2010 MEMORANDUM DECISION AND ORDER OF MAGISTRATE JUDGE FRANK MAAS

Sean P. Carter, Esq., affirms as follows:

1. I am an attorney admitted to practice *pro hac vice* in the above-captioned matter, and a member of the law firm Cozen O'Connor. I submit this Affirmation to transmit to the Court the following document submitted in support of Plaintiffs' Reply in Further Support of Their Objections to the January 13, 2010 Memorandum Decision and Order of Magistrate Judge Frank Maas.

2. Exhibit A of this Affirmation is a true and accurate copy of the Memorandum in Support of Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment, filed in *Yassin Abdullah Kadi v. Timothy Geithner*, Civil Action 09-0108 (JDB), May 22, 2009.

Affirmed in Philadelphia, Pennsylvania on March 2, 2010.

\_\_\_\_/s/_____
Sean P. Carter

PHILADELPHIA\5491279\1  117430.000