UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Cantor Fitzgerald & Co.,          Plaintiff,

-against-

Akida Bank Private Ltd.,          Defendant.
----------------------------------------------------------- X

04   C   07065 (GBD)

Associated with Case No. MDL 1570
In re Terrorist Attacks on Sept. 11, 2001

## NOTICE OF CHANGE OF ADDRESS

[X] I have cases pending          [ ] I have no cases pending

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for: __Kenneth L. Adams__

[X] Attorney

   [ ] I am a United States District Court, Southern District of New York attorney. My SDNY Bar Number is:_____; My State Bar Number is:_____

   [X] I am a Pro Hac Vice attorney

   [ ] I am a Government Agency attorney

[X] Law Firm/Government Agency Association

   From: __Dickstein Shapiro LLP__

   To: __Adams Holcomb LLP__

   [X] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

   [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[X] Address:   1875 Eye Street, N.W., Suite 810

              Washington, D.C. 20006

[X] Telephone No.:   202-580-8820

[X] Fax No.:   202-580-8821

[X] E-Mail Address:   Adams@AdamsHolcomb.com

Dated: 23 Feb 10

ATTORNEY'S SIGNATURE

## CERTIFICATE OF SERVICE

The Undersigned hereby certifies that a true and correct copy of the foregoing Notice of Change of Address for Kenneth L. Adams has been served upon all counsel via the Court's electronic filing service on this 11th day of March, 2010.

Dated: Washington, D.C.
March 11, 2010

Peggie Gaskamp Beaudoin
Office Administrator
*on behalf of*
ADAMS HOLCOMB LLP
Christopher T. Leonardo and
Kenneth L. Adams
1875 Eye Street, N.W.
Suite 810
Washington, D.C. 20006
Phone: 202-580-8820
Fax: 202-580-8821

{00006034;v2}