UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re TERRORIST ATTACKS on ) 03 MDL 1570 (GBD) (FJM)
SEPTEMBER 11, 2001 ) ECF Case

*This document relates to: All Cases*

### NOTICE OF PLAINTIFFS' MOTION

PLEASE TAKE NOTICE that upon the supporting Memorandum of Law, Plaintiffs, by and through undersigned counsel, will move the Court, before the Honorable George B. Daniels, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, 10007, at a date and time to be determined by the Court, for an Order Striking the Surreply of the Defendant, National Commercial Bank in Response to Plaintiff's Reply, MDL Document 2232, filed by Defendant on March 11, 2010.

Dated: March 16, 2010
New York, NY

Respectfully submitted

_____/s/_____
Sean P. Carter, Esquire
Elliot R. Feldman, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000

*Co-Chairs, Plaintiffs' Executive Committee for Commercial Claims*

NYDOCS1-941591.1      1

/s/
_____
Ronald L. Motley, Esquire
Motley Rice, LLC
28 Bridgeside Boulevard
Mount Pleasant, SC  29465
(843) 216-9000

*Co-Chair, Plaintiffs' Executive Committee for Personal Injury and Wrongful Death Claims*

/s/
_____
James P. Kreindler, Esquire
Kreindler & Kreindler, LLP
100 Park Avenue
New York, NY  10017
(212) 687-8181

*Co-Chair, Plaintiffs' Executive Committee for Personal Injury and Wrongful Death Claims*

/s/
_____
Andrea Bierstein, Esquire
Hanley, Conroy, Bierstein, Sheridan, Fisher & Hayes, LLP
112 Madison Avenue
New York, NY  10016
(212) 784-6400

*Attorney for Burnett, EuroBrokers and WTC Properties Plaintiffs*

/s/
_____
Jerry S. Goldman, Esquire
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
42nd Floor
New York, NY  10020
(212) 278-1000

*Attorney for O'Neill Plaintiffs*

NYDOCS1-941591.1              2