

**ADAMS HOLCOMB LLP**
Kenneth L. Adams *(admitted Pro Hac Vice)*
Christopher T. Leonardo (CL3043)
1875 Eye Street, N.W., Suite 810
Washington, DC 20006
Phone: (202) 580-8820
Fax: (202) 580-8821

**DICKSTEIN SHAPIRO LLP**
Howard N. Feldman *(Pro Hac Vice admission pending)*
1825 Eye Street, N.W.
Washington, DC 20006
Phone: (202) 420-2200
Fax: (202) 420-2201

Counsel for *Cantor Fitzgerald & Co., et al.* Plaintiffs

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: Terrorist Attacks on September 11, 2001 | 03 MDL No. 1570 (RCC) |
| This document relates to: | |
| *Cantor Fitzgerald & Co., et al. v. Akida Bank Private, Ltd.*, et al., Case No. 04-CV-7065 (RCC) | |
| CANTOR FITZGERALD & CO., ET. AL., Plaintiffs | CASE NO. 04 CV 07065 (GBD) |
| v. | **MOTION TO ADMIT COUNSEL** *PRO HAC VICE* |
| AKIDA BANK PRIVATE LTD., ET AL., Defendants | |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Christopher T. Leonardo a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

{00006210;v1}

| | |
|---|---|
| Applicant's Name: | Howard N. Feldman |
| Firm Name: | Dickstein Shapiro LLP |
| Address: | 1825 Eye Street, NW |
| City/State/Zip: | Washington, DC 20006 |
| Phone Number: | 202-420-2200 |
| Fax Number: | 202-420-2201 |

Howard N. Feldman is a member in good standing of the Bar of the District of Columbia and the State of Maryland. Attached hereto are copies of the Certificates of Good Standing from these bars.

There are no pending disciplinary proceedings against Howard N. Feldman in any State or Federal court.

Dated: March 17, 2010
Washington, D.C.

Respectfully submitted,

_____
Christopher T. Leonardo, Esq.
SDNY Bar No. CL3043
1875 Eye Street, N.W., Suite 810
Washington, DC 20006
Phone: (202) 580-8820
Fax: (202) 580-8821

{00006210;v1}

# CERTIFICATES OF GOOD STANDING



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

HOWARD N. FELDMAN

was on the 7TH day of NOVEMBER, 1984 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 9, 2010.

GARLAND PINKSTON, JR., CLERK

By: _N. Charles_
Deputy Clerk

# Court of Appeals of Maryland
## Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the twentieth day of December, 1983,

### Howard Neil Feldman

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this fifth day of March, 2010.

*Bessie M. Decker*
Clerk of the Court of Appeals of Maryland

☐ **ORIGINAL**

**ADAMS HOLCOMB LLP**
Kenneth L. Adams *(admitted Pro Hac Vice)*
Christopher T. Leonardo (CL3043)
1875 Eye Street, N.W., Suite 810
Washington, DC 20006
Phone: (202) 580-8820
Fax: (202) 580-8821

**DICKSTEIN SHAPIRO LLP**
Howard N. Feldman *(Pro Hac Vice admission pending)*
1825 Eye Street, N.W.
Washington, DC 20006
Phone: (202) 420-2200
Fax: (202) 420-2201

Counsel for *Cantor Fitzgerald & Co., et al.* Plaintiffs

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: Terrorist Attacks on September 11, 2001 | 03 MDL No. 1570 (RCC) |
| This document relates to: | |
| *Cantor Fitzgerald & Co., et al. v. Akida Bank Private, Ltd.*, et al., Case No. 04-CV-7065 (RCC) | |
| | CASE NO. 04 CV 07065 (GBD) |
| CANTOR FITZGERALD & CO., ET. AL., Plaintiffs | |
| v. | **AFFIDAVIT OF CHRISTOPHER T. LEONARDO IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |
| AKIDA BANK PRIVATE LTD., ET AL., Defendants | |

**AFFIDAVIT OF CHRISTOPHER T. LEONARDO IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

CHRISTOPHER T. LEONARDO, being duly sworn, hereby deposes and says as follows:

1. I am a partner at Adams Holcomb LLP, counsel for Plaintiffs Cantor Fitzgerald & Co., Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald Brokerage, L.P., Cantor Fitzgerald Europe, Cantor Fitzgerald International, Cantor Fitzgerald Partners, Cantor Fitzgerald Securities, Cantor Fitzgerald, L.P., Cantor Index Limited, CO2e.com, LLC, eSpeed, Inc., eSpeed Government Securities, Inc., eSpeed Securities, Inc., TradeSpark, L.P, Port Authority of New York and New Jersey, Port Authority Trans – Hudson Corporation, and WTC Retail LLC (collectively "Cantor Plaintiffs") in the above captioned actions . I am familiar with the proceedings in these cases. I make this statement based on my personal knowledge of the facts set forth herein and in support of the motion to admit Howard N. Feldman as counsel *pro hac vice* to represent the Cantor Plaintiffs in these matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1998. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have know Howard N. Feldman since October 2000.

4. Mr. Feldman is a partner at Dickstein Shapiro LLP located at 1825 Eye Street, N.W., Washington, D.C. 20006, and a member in good standing of the Bars of the District of Columbia and the State of Maryland. Certificates of Good Standing from the Bars of the District of Columbia and Maryland are attached to the foregoing Motion to Admit Counsel *Pro Hac Vice*.

5. I have found Mr. Feldman to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Howard N. Feldman, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Howard N. Feldman, *pro hac vice*, which is attached hereto as <u>Exhibit A</u>.

WHEREFORE it is respectfully requested that the motion to admit Howard Feldman, *pro hac vice*, to represent the Cantor Plaintiffs in the above captioned actions, be granted.

Respectfully submitted,

Christopher T. Leonardo, Esq.
SDNY Bar No. CL3043
1875 Eye Street, N.W., Suite 810
Washington, DC 20006
Phone: (202) 580-8820
Fax: (202) 580-8821

Sworn to and subscribed
before me this /6th day of March, 2010
Washington, D.C.

Regina M. Matthews
NOTARY PUBLIC

My commission expires:

**REGINA M. MATTHEWS**
**NOTARY PUBLIC-DISTRICT OF COLUMBIA**

**My Commission Expires**
**February 14, 2014**

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Terrorist Attacks on September 11, 2001 | 03 MDL No. 1570 (RCC) |
| This document relates to: | |
| *Cantor Fitzgerald & Co., et al. v. Akida Bank Private, Ltd.,* et al., Case No. 04-CV-7065 (RCC) | |
| CANTOR FITZGERALD & CO., ET. AL., Plaintiffs | CASE NO. 04 CV 07065 (GBD) |
| v. | **ORDER FOR ADMISSION** *PRO HACE VICE* **ON WRITTEN MOTION** |
| AKIDA BANK PRIVATE LTD., ET AL., Defendants | |

Upon the Motion of Christopher T. Leonard attorney for the *Cantor Fitzgerald & Co., et al.* Plaintiffs and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | Howard N. Feldman |
| Firm Name: | Dickstein Shapiro LLP |
| Address: | 1825 Eye Street, NW |
| City/State/Zip: | Washington, DC 20006 |
| Phone Number: | 202-420-2200 |
| Fax Number: | 202-420-2201 |
| Email: | feldmann@dicksteinshapiro.com |

is admitted to practice *pro hac vice* as counsel for the *Cantor Fitzgerald & Co., et al.* Plaintiffs in the above captioned cases in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel submitted the *pro hac vice* fee of $25 to the Clerk of the Court upon filing the Motion.

ENTERED:
New York, New York

_____
U.S. District Judge

{00006066;v1}



## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2010, the foregoing MOTION TO ADMIT COUNSEL *PRO HAC VICE*, AFFIDAVIT OF CHRISTOPHER T. LEONARDO IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* and PROPOSED ORDER were filed with the Clerk of Court for the U.S. District Court for the Southern District of New York and that a true and correct copy of same was served via email upon the persons listed on the attached Service List.

March 18, 2010

Christopher T. Leonardo

## SERVICE LIST

Adam C. Bonin    abonin@cozen.com

Alan Robert Kabat    Kabat@BernabeiPLLC.com

Allan Gerson    gerson@gilgintl.org

Andrew Joseph Maloney    amaloney@kreindler.com

Anthony Louis Cotroneo    TCotroneo@rnrlawgroup.com

Ashraf Wajih Nubani    anubani@rbanlaw.com, asim@agcgweb.com

Ayad P. Jacob    ajacob@schiffhardin.com

Barry Coburn    barry@cclegal.us

Bonnie K. Arthur    barthur@hunton.com

Brian Arthur Coleman    brian.coleman@dbr.com

Brian Howard Polovoy    bpolovoy@shearman.com

Brian J. Alexander    balexander@kreindler.com, msherwin@kreindler.com

Christopher Canon Swindle Manning    cmanning@manning-sossamon.com

Christopher Mark Curran    ccurran@whitecase.com

Christopher R. Cooper    casey.cooper@bakerbotts.com

Christopher Robert Smith    lawcrs77@aol.com

Christopher Talbot Lutz    clutz@steptoe.com

Christopher Thomas Leonardo    Leonardo@adamsholcomb.com

Colin S. Stretch    cstretch@khhte.com, sdahl@khhte.com

David Beekman    dbeekman@kreindler.com

David Charles Cook    dcook@kreindler.com

David Charles Frederick    dfrederick@khhte.com, jotto@khhte.com

David Eli Nachman    david.nachman@dlapiper.com, DocketingNewYork@dlapiper.com

David F. Geneson    mdl1570@hunton.com

{00006066;v1}

David M. Ryan   dryan@nixonpeabody.com

David P. Gersch   david_gersch@aporter.com

David Usher Gourevitch   david@gourevitchlaw.com

David William Bowker   david.bowker@wilmerhale.com

David Z. Nevin   dnevin@nbmlaw.com, dpresher@nbmlaw.com

Don Howarth   dhowarth@howarth-smith.com, cfactora@howarth-smith.com

Donald A. Migliori   Dmigliori@motleyrice.com

Donald Allen Klein   dklein@schiffhardin.com, bjacob@schiffhardin.com, jlabolt@schiffhardin.com, lbonilla@schiffhardin.com, sodavis@schiffhardin.com

Donald J. Nolan   lam@nolan-law.com, meo@nolan-law.com

Dorothea M. Capone   tcapone@baumeisterlaw.com, cmartinez@baumeisterlaw.com

Elizabeth S. Smith   esmith@motleyrice.com

Elliott R. Feldman   efeldman@cozen.com, amonroe@cozen.com, scarter@cozen.com, starbutton@cozen.com

Eurydice Aliferis Kelley   ekelley@cfbllp.com

Felice Beth Galant   fgalant@fulbright.com

Floyd A. Wisner   mm@nolan-law.com

Francis Gerard Fleming   ffleming@kreindler.com

Frank Panopoulos   fpanopoulos@whitecase.com

Frank Christian Welzer   fwelzer@zgbllp.com

Gerald A. Feffer   gfeffer@wc.com

Gina Marie Mac Neill   gmacneill@goldmanlawyers.com

Harry Huge   harryhuge@comcast.net

Henry Sabath Weisburg   hweisburg@shearman.com, alexander.marcopoulos@shearman.com, michael.mitchell@shearman.com

Jack D. Cordray   jack@cordraylawfirm.com

James Edward d'Auguste   jdauguste@akingump.com

James Ernest Gauch    jegauch@jonesday.com

James Joseph McGuire    jmcguire@sheppardmullin.com, lyobs@sheppardmullin.com, rrodriguez@sheppardmullin.com

James Joseph Murphy    jjmurphy@bryancave.com

James P. Kreindler    jkreindler@kreindler.com

Jamie Steven Kilberg    jamie.kilberg@bakerbotts.com

Jay D. Hanson    jay.hanson@dlapiper.com

Jayne Conroy    jconroy@hanlyconroy.com

Jean Engelmayer Kalicki    jean_kalicki@aporter.com

Jeffrey Coffman    jeff@cclegal.us

Jerry Stephen Goldman    jgoldman@andersonkill.com, Dmcmullen@andersonkill.com, hma@andersonkill.com, Jfitzgerald@andersonkill.com, Mgottlieb@andersonkill.com, Wpillsbury@andersonkill.com

Jodi Westbrook Flowers    Jflowers@motleyrice.com

John A. Corr    jcorr@mellonwebster.com

John Brian Galligan    jgalligan@cozen.com

John Christopher Rozendaal    jrozendaal@khhte.com, edorn@khhte.com

John Davis Lee    JDLEE@JDLEE.com

John F. Lauro    jlauro@laurolawfirm.com, admin@laurolawfirm.com, hhiggins@laurolawfirm.com

John Joseph Walsh    walsh@clm.com

Jonathan Marc Cooper    jmcooper@jmcooperlaw.com

Joshua Lewis Dratel    jdratel@joshuadratel.com, rduffey@joshuadratel.com

Joshua M. Ambush    joshua@ambushlaw.com

Justin Braun Kaplan    jkaplan@motleyrice.com

Justin Timothy Green    JGreen@kreindler.com

Karla J. Letsche    kletsche@obblaw.com

Kenneth L. Adams    adams@adamsholcomb.com

Khurrum Basir Wahid    Khurrum@wvmlawfirm.com, info@wahidandvizcaino.com

Lawrence Saul Robbins    lrobbins@robbinsrussell.com

Linda Gerstel    lgerstel@andersonkill.com

Lisa Beth Hymes    lbhymes@aol.com

Lisa Freiman Fishberg    lfishberg@schertlerlaw.com

Louis Richard Cohen    louis.cohen@wilmer.com

Lynne A. Bernabei    lbernabei@aol.com

Maher Hana Hanania , Sr    mhanania@hknlaw.com

Marc S. Moller    mmoller@kreindler.com

Mark Charles Hansen    mhansen@khhte.com, jmize@khhte.com, kdunbar@khhte.com

Mark Joseph MacDougall    mmacdougall@akingump.com, ahicks@akingump.com, ejwu@akingump.com, kbaker@akingump.com, vchan@akingump.com

Mark T. Mullen    mmullen@cozen.com, mfitzpatrick@cozen.com

Martin Francis McMahon    mfm@martinmcmahonlaw.com, langelo@martinmcmahonlaw.com

Martin Jeffrey Schwartz    mschwartz@sonnenschein.com

Michael D. McNeely    mmcneely@graycary.com

Michael Edward Elsner    melsner@motleyrice.com, MRECF@motleyrice.com

Michael J. Sommi    msommi@cozen.com

Michael K. Kellogg    mkellogg@khhte.com, aschulte@khhte.com, dcooke@khhte.com, jharris@khhte.com, kdunbar@khhte.com, mwilliams@khhte.com

Michel Francis Baumeister    mbaumeister@baumeisterlaw.com

Milton G. Sincoff    msincoff@kreindler.com, rparadise@kreindler.com

Mitchell Rand Berger    mberger@pattonboggs.com, adickey@pattonboggs.com, mguiffre@pattonboggs.com, tmorgan@pattonboggs.com

Monica Pa    monicapa@dwt.com

Nancy Luque    nluque@luquegeragos.com, jonathan.labukas@dlapiper.com

Nancy H. Dutton     DuttonDC@aol.com

Nicole Erb     nerb@whitecase.com, ktenaglia@whitecase.com, mleddicotte@whitecase.com

Nicole Hagenbach Sprinzen     nsprinzen@akingump.com

Noah H. Kushlefsky     nkushlefsky@kreindler.com

Omar T. Mohammedi     omohammedi@otmlaw.com, amigally@otmlaw.com, amina@otmlaw.com, courts@otmlaw.com, thussain@otmlaw.com

Paul J. Hanly, Jr     phanly@hanlyconroy.com, abierstein@hanlyconroy.com, jlucena@hanlyconroy.com

Paul R. Dubinsky     pdubinsky@nyls.edu

Paul S Edelman     Pedelman@kreindler.com

Peter Jonathan Kahn     pkahn@wc.com, cmccoart@wc.com

Rachel Tausend     rachel.tausend@dlapiper.com

Raymond Richard Castello     Castello@fr.com, castello@fr.com, ramsaroop@fr.com

Rayner Max Hamilton     rhamilton@whitecase.com

Richard T. Marooney, Jr     RMarooney@KSLAW.com, jcmccullough@kslaw.com

Robert D. Brain     mdl1570@howarth-smith.com

Robert James Spragg     rspragg@kreindler.com

Robert Manuel Kaplan     rkaplan@robsonferber.com

Robert T. Haefele     rhaefele@motleyrice.com

Roger Paul Alford     roger.alford@pepperdine.edu

Ronald L. Motley     Rmotley@motleyrice.com

Ronald Stanley Liebman     rliebman@pattonboggs.com, aprice@pattonboggs.com, cthorp@pattonboggs.com, tmorgan@pattonboggs.com

Sara Elizabeth Kropf     sara.kropf@bakerbotts.com

Scott McKay     smckay@nbmlaw.com

Sheldon Krantz     sheldon.krantz@dlapiper.com, dennis.thatcher@dlapiper.com, edward.scheideman@dlapiper.com, heather.vogeley@dlapiper.com

Stephen A. Corr     scorr@mellonwebster.com

{00006066;v1}

Service List, page 5

Stephen Joseph Brogan    JonesDayMDL1570@jonesday.com

Steven A, Maddox    smaddox@graycary.com

Steven Karl Barentzen    steven@Barentzenlaw.com, jonathan.labukas@dlapiper.com

Suzelle M Smith    ssmith@howarth-smith.com

T. Barry Kingham    bkingham@cm-p.com, jclyne@cm-p.com

Thomas M. Melsheimer    melsheimer@fr.com, alrajhimailing@fr.com

Timothy Brian Mills    timothybmills@aol.com

Timothy James McCarthy    tim.mccarthy@mishcon.com, aimee.kahn@mishcon.com

Tracey Cote Allen    tracey.allen@wilmerhale.com

Ugo Alfredo Colella    ucolella@pattonboggs.com, aprice@pattonboggs.com, cthorp@pattonboggs.com

Viet D. Dinh    vdinh@bancroftassociates.com, lbenedi@bancroftassociates.com, mchen@bancroftassociates.com

William David Sarratt    dsarratt@khhte.com

William Horace Jeffress , Jr    william.jeffress@bakerbotts.com, todd.riddick@bakerbotts.com

Wilmer Parker , III    parker@mjplawyers.com, battistella@mjplawyers.com