UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE:  TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | ) ) ) ) Civil Action No. 03 MDL 1570 (GBD) |

*This document relates to: All Actions*

## NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT SAUDI JOINT RELIEF COMMITTEE

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE that I, Michael K. Kellogg, am admitted to practice pro hac vice in this Court and am counsel of record for defendant Prince Turki Al Faisal Al Saud in this action.  I respectfully request that the Court additionally enter my appearance as counsel for defendant Saudi Joint Relief Committee.

Respectfully submitted,

 /s/ Michael K. Kellogg
Michael K. Kellogg
KELLOGG, HUBER, HANSEN, TODD
  EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W.,
Suite 400
Washington, DC 20036
202-326-7900 (phone)
202-326-7999 (fax)

Counsel for Prince Turki Al Faisal Al Saud and the Saudi Joint Relief Committee

April 15, 2010

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 15, 2010, I caused an electronic copy of the foregoing Notice of Appearance to be served electronically by the Court's Electronic Case Filing (ECF) System.

                                                /s/ Michael K. Kellogg
                                                Michael K. Kellogg