# **EXHIBIT E**

NYDOCS1-943220 7

JURY, TYPE-C

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:09-cv-00108-JDB

KADI v. PAULSON et al
Assigned to: Judge John D. Bates
Cause: 28:1331 Fed. Question: Review Agency Decision

Date Filed: 01/16/2009
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**YASSIN ABDULLAH KADI**          represented by          **David F. Geneson**
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
1300 I Street, NW
11th Floor East
Washington, DC 20005
(202) 218-0000
Fax: (202) 218-0020
Email: dgeneson@sheppardmullin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel L. Brown**
SHEPPARD MULLIN RICHTER & HAMPTON LLP
30 Rockefeller Plaza
Suite 2400
New York, NY 10112
(212) 332-3800
Fax: (212) 332-1219
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth M. Rotenberg-Schwartz**
SHEPPARD MULLIN RICHTER & HAMPTON LLP
30 Rockefeller Plaza
Suite 2400
New York, NY 10112
(212) 332-3800
Fax: (212) 332-1234
Email: erotenberg-schwartz@sheppardmullin.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

HENRY M. PAULSON
*In his official capacity, Secretary of the Treasury*

represented by **Christopher Blake Harwood**
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Suite 4220
Washington, DC 20530
(202) 307-0372
Email: christopher.harwood@usdoj.gov

*TERMINATED 04/20/2009*
*LEAD ATTORNEY*

**Eric J. Beane**
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Room 7124
Washington, DC 20530
(202) 616-2035
Email: eric.beane@usdoj.gov
*LEAD ATTORNEY*

**Defendant**

ADAM J. SZUBIN
*In his official capacity, US Department of the Treasury, Director*

represented by **Christopher Blake Harwood**
(See above for address)
*TERMINATED 04/20/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric J. Beane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

UNITED STATES DEPARTMENT OF TREASURY

represented by **Christopher Blake Harwood**
(See above for address)
*TERMINATED 04/20/2009*
*LEAD ATTORNEY*

**Eric J. Beane**
(See above for address)
*LEAD ATTORNEY*

**Defendant**

OFFICE OF FOREIGN ASSETS CONTROL

represented by **Christopher Blake Harwood**
(See above for address)
*TERMINATED 04/20/2009*

*LEAD ATTORNEY*

**Eric J. Beane**
(See above for address)
*LEAD ATTORNEY*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/16/2009 | 1 | COMPLAINT against HENRY M. PAULSON, ADAM J. SZUBIN, UNITED STATES DEPARTMENT OF THE TREASURY-OFFICE OF FOREIGN ASSETS CONTROL ( Filing fee $ 350, receipt number 4616017684) filed by YASSIN ABDULLAH KADI. (Attachments: # 1 Civil Cover Sheet)(tr). (Entered: 01/21/2009) |
| 01/16/2009 | | Summons Issued(3) as to HENRY M. PAULSON, ADAM J. SZUBIN, UNITED STATES DEPARTMENT OF THE TREASURY. (tr) Modified on 1/21/2009 (tr, ). (Entered: 01/21/2009) |
| 02/10/2009 | 2 | NOTICE of Appearance by Christopher Blake Harwood on behalf of UNITED STATES DEPARTMENT OF TREASURY, OFFICE OF FOREIGN ASSETS CONTROL, HENRY M. PAULSON, ADAM J. SZUBIN (Harwood, Christopher) (Entered: 02/10/2009) |
| 03/06/2009 | 3 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to HENRY M. PAULSON served on 1/26/2009, answer due 3/27/2009 (Geneson, David) (Entered: 03/06/2009) |
| 03/06/2009 | 4 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to ADAM J. SZUBIN served on 1/22/2009, answer due 3/23/2009. (Geneson, David) (Entered: 03/06/2009) |
| 03/06/2009 | 5 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on Attorney General. Date of Service Upon Attorney General 1/26/2009 (Geneson, David) (Entered: 03/06/2009) |
| 03/06/2009 | 6 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the US Attorney served on 1/22/2009, answer due 3/23/2009 (Geneson, David) Modified on 3/6/2009 to correct party served and answer due date (tr). (Entered: 03/06/2009) |
| 03/12/2009 | | SUMMONS REISSUED as to UNITED STATES DEPARTMENT OF TREASURY. (kb, ) (Entered: 03/12/2009) |
| 03/13/2009 | 7 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to OFFICE OF FOREIGN ASSETS CONTROL served on 3/12/2009, answer due 5/11/2009. (Geneson, David) (Entered: 03/13/2009) |
| 03/17/2009 | 8 | NOTICE of Appearance by Eric J. Beane on behalf of all defendants (Beane, Eric) (Entered: 03/17/2009) |
| 03/18/2009 | 9 | Unopposed MOTION for Extension of Time to *Respond to Complaint* by UNITED STATES DEPARTMENT OF TREASURY, OFFICE OF FOREIGN ASSETS CONTROL, HENRY M. PAULSON, ADAM J. SZUBIN |

| | | |
|---|---|---|
| | | (Attachments: # 1 Text of Proposed Order)(Beane, Eric) (Entered: 03/18/2009) |
| 03/18/2009 | | MINUTE ORDER: Upon consideration of 9 Defendants' Unopposed Motion for Extension of Time, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; it is further ORDERED that defendants shall answer, or otherwise respond to the complaint, by not later than May 22, 2009. SO ORDERED. Signed by Judge John D. Bates on 3/18/2009 (lcjdb2) (Entered: 03/18/2009) |
| 03/18/2009 | | Set/Reset Deadlines: Answer due by 5/22/2009 (lcjdb2) (Entered: 03/18/2009) |
| 04/20/2009 | 10 | NOTICE OF WITHDRAWAL OF APPEARANCE as to UNITED STATES DEPARTMENT OF TREASURY, OFFICE OF FOREIGN ASSETS CONTROL, HENRY M. PAULSON, ADAM J. SZUBIN. Attorney Christopher Blake Harwood terminated (Harwood, Christopher) (Entered: 04/20/2009) |
| 05/19/2009 | 11 | Unopposed MOTION for Leave to File Excess Pages by UNITED STATES DEPARTMENT OF TREASURY, OFFICE OF FOREIGN ASSETS CONTROL, HENRY M. PAULSON, ADAM J. SZUBIN (Attachments: # 1 Text of Proposed Order)(Beane, Eric) (Entered: 05/19/2009) |
| 05/20/2009 | | MINUTE ORDER: Upon consideration of 11 Defendants' Unopposed Motion for Leave to File Excess Pages, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; it is further ORDERED that defendants' memorandum in support of their motion to dismiss shall not exceed sixty (60) pages. SO ORDERED. Signed by Judge John D. Bates on 5/20/2009. (lcjdb2) (Entered: 05/20/2009) |
| 05/22/2009 | 12 | MOTION to Dismiss *or, in the Alternative, for Summary Judgment* by UNITED STATES DEPARTMENT OF TREASURY, OFFICE OF FOREIGN ASSETS CONTROL, HENRY M. PAULSON, ADAM J. SZUBIN (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C)(Beane, Eric) (Entered: 05/22/2009) |
| 05/22/2009 | 13 | NOTICE *of Filing a Certified Administrative Record* by UNITED STATES DEPARTMENT OF TREASURY, OFFICE OF FOREIGN ASSETS CONTROL, HENRY M. PAULSON, ADAM J SZUBIN (Beane, Eric) (Entered: 05/22/2009) |
| 05/22/2009 | 14 | NOTICE *of Lodging of Ex Parte, In Camera Materials* by UNITED STATES DEPARTMENT OF TREASURY, OFFICE OF FOREIGN ASSETS CONTROL, HENRY M. PAULSON, ADAM J. SZUBIN (Beane, Eric) (Entered: 05/22/2009) |
| 05/22/2009 | 15 | MOTION for Summary Judgment by UNITED STATES DEPARTMENT OF TREASURY, OFFICE OF FOREIGN ASSETS CONTROL, ADAM J. SZUBIN (tr)(See Docket Entry 12 to view document) (Entered: 05/26/2009) |
| 05/22/2009 | 16 | ADMINISTRATIVE RECORD by UNITED STATES DEPARTMENT OF TREASURY, OFFICE OF FOREIGN ASSETS CONTROL, HENRY M PAULSON, ADAM J SZUBIN. (tr)(See Docket Entry 13 to view document) (Entered: 05/26/2009) |
| | | |

| | | |
|---|---|---|
| 05/28/2009 | 17 | MOTION for Extension of Time to *Oppose Defendants' Motion To Dismiss, Or In The Alternative, For Summary Judgment* by YASSIN ABDULLAH KADI (Attachments: # 1 Text of Proposed Order)(Geneson, David) (Entered: 05/28/2009) |
| 05/29/2009 | | MINUTE ORDER: Upon consideration of 17 Plaintiff's Unopposed Motion for Extension of Time, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; it is further ORDERED that plaintiff shall respond to defendants' motion to dismiss or, in the alternative for summary judgment, by not later than August 14, 2009. SO ORDERED. Signed by Judge John D. Bates on 5/29/2009. (lcjdb2) (Entered: 05/29/2009) |
| 05/29/2009 | | Set/Reset Deadlines: Plaintiff's Response to Defendants' Motion to Dismiss or, in the Alternative for Summary Judgment, due by 8/14/2009 (lcjdb2) (Entered: 05/29/2009) |
| 06/25/2009 | 18 | MOTION To Preclude Defs. from Relying on any Evidence that Defendants Refuse to Provide to Plaintiff or his Counsel by YASSIN ABDULLAH KADI (Attachments: # 1 Declaration of David Geneson, # 2 Text of Proposed Order)(Geneson, David) (Entered: 06/25/2009) |
| 07/08/2009 | 19 | Memorandum in opposition to re 18 MOTION To Preclude Defs from Relying on any Evidence that Defendants Refuse to Provide to Plaintiff or his Counsel filed by UNITED STATES DEPARTMENT OF TREASURY, OFFICE OF FOREIGN ASSETS CONTROL, HENRY M. PAULSON, ADAM J. SZUBIN. (Beane, Eric) (Entered: 07/08/2009) |
| 07/14/2009 | 20 | Unopposed MOTION for Extension of Time to File Response/Reply *to Motion to Preclude* by YASSIN ABDULLAH KADI (Attachments: # 1 Text of Proposed Order)(Geneson, David) (Entered: 07/14/2009) |
| 07/14/2009 | 21 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Daniel L Brown, :Firm- Sheppard Mullin Richter & Hampton, :Address- 30 Rockefeller Plaza, Suite 2400, New York, NY 10112. Phone No - 212-332-3800. Fax No - 212-332-1219 by YASSIN ABDULLAH KADI (Attachments: # 1 Text of Proposed Order Proposed Order)(Geneson, David) (Entered: 07/14/2009) |
| 07/14/2009 | 22 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Elizabeth M. Rotenberg-Schwartz, :Firm- Sheppard Mullin Richter & Hampton LLP, :Address- 30 Rockefeller Plaza, Suite 2400. Phone No. - 212-332-3800. Fax No. - 212-332-1234 by YASSIN ABDULLAH KADI (Attachments: # 1 Text of Proposed Order Proposed order)(Geneson, David) (Entered: 07/14/2009) |
| 07/15/2009 | | MINUTE ORDER: Upon consideration of 20 Plaintiff's Unopposed Motion for Extension of Time to File Response/Reply, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; it is further ORDERED that plaintiff's reply in support of his motion to preclude defendants from relying on any evidence that defendants refuse to provide to plaintiff or his counsel is due by not later than July 30, 2009. SO ORDERED. Signed by Judge John D. Bates on 7/15/2009. (lcjdb2) (Entered: 07/15/2009) |
| 07/15/2009 | | Set/Reset Deadlines: Plaintiff's Reply in Support of his Motion To Preclude Defendants from Relying on any Evidence that Defendants Refuse to Provide |

| | | |
|---|---|---|
| | | to Plaintiff or his Counsel due by 7/30/2009 (lcjdb2) (Entered: 07/15/2009) |
| 07/15/2009 | 23 | ORDER: Upon consideration of the 21 Motion for Daniel L. Brown for Leave to Appear Pro Hac Vice; it is hereby ordered that the motion is GRANTED. Daniel L. Brown may appear pro hac vice on behalf of the represented party. Signed by Judge John D. Bates on 07/15/09. (tb, ) (Entered: 07/15/2009) |
| 07/15/2009 | 24 | ORDER: Upon consideration of the 22 Motion for Elizabeth M. Rotenberg-Schwartz for Leave to Appear Pro Hac Vice; it is hereby ordered that the motion is GRANTED. Elizabeth M. Rotenberg-Schwartz may appear pro hac vice on behalf of the represented party. Signed by Judge John D. Bates on 07/15/09. (tb, ) (Entered: 07/15/2009) |
| 07/30/2009 | 25 | REPLY to opposition to motion re 18 MOTION To Preclude Defs. from Relying on any Evidence that Defendants Refuse to Provide to Plaintiff or his Counsel filed by YASSIN ABDULLAH KADI. (Geneson, David) (Entered: 07/30/2009) |
| 08/11/2009 | 26 | Unopposed MOTION for Leave to File Excess Pages by YASSIN ABDULLAH KADI (Attachments: # 1 Text of Proposed Order)(Geneson, David) (Entered: 08/11/2009) |
| 08/12/2009 | | MINUTE ORDER: Upon consideration of 26 plaintiff's unopposed motion to exceed the page limit, it is hereby ORDERED that the motion is GRANTED; and it is further ORDERED that plaintiff's opposition to defendants' dispositive motion shall not exceed 70 pages in length. Signed by Judge John D. Bates on 8/12/2009. (ck) (Entered: 08/12/2009) |
| 08/14/2009 | 27 | Memorandum in opposition to re 12 MOTION to Dismiss *or, in the Alternative, for Summary Judgment* filed by YASSIN ABDULLAH KADI. (Attachments: # 1 Declaration D. Brown, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q, # 19 Exhibit R, # 20 Exhibit S, # 21 Plaintiff's Motion for Discovery Under Rule 56(F), # 22 Text of Proposed Order)(Geneson, David) (Entered: 08/14/2009) |
| 08/18/2009 | 28 | Unopposed MOTION for Extension of Time to File Response/Reply by UNITED STATES DEPARTMENT OF TREASURY, OFFICE OF FOREIGN ASSETS CONTROL, HENRY M. PAULSON, ADAM J. SZUBIN (Attachments: # 1 Text of Proposed Order)(Beane, Eric) (Entered: 08/18/2009) |
| 08/19/2009 | | MINUTE ORDER: Upon consideration of 28 Defendants' Motion for Extension of Time to File Response/Reply, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; it is further ORDERED that Defendants shall reply to Plaintiff's Memorandum in Opposition to Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment and in Support of Plaintiff's Motion for Discovery Under Rule 56(f), by not later than September 24, 2009. SO ORDERED. Signed by Judge John D. Bates on 8/19/2009. (lcjdb2) (Entered: 08/19/2009) |
| 09/17/2009 | 29 | Unopposed MOTION for Extension of Time to File Response/Reply by UNITED STATES DEPARTMENT OF TREASURY, OFFICE OF FOREIGN |

| | | |
|---|---|---|
| | | ASSETS CONTROL, HENRY M. PAULSON, ADAM J. SZUBIN (Attachments: # 1 Text of Proposed Order)(Beane, Eric) (Entered: 09/17/2009) |
| 09/18/2009 | | MINUTE ORDER: Upon consideration of 29 defendants' unopposed motion for extension of time to file their reply to plaintiff's opposition to defendant's dispositive motion and plaintiff's Rule 56(f) motion, it is hereby ORDERED that the motion is GRANTED; and it is further ORDERED that defendants' reply shall be filed by not later than October 9, 2009.(ck) (Entered: 09/18/2009) |
| 09/18/2009 | | Set/Reset Deadlines: Defendants' reply due by 10/9/2009. (ck) (Entered: 09/18/2009) |
| 10/06/2009 | 30 | Unopposed MOTION for Leave to File Excess Pages by UNITED STATES DEPARTMENT OF TREASURY, OFFICE OF FOREIGN ASSETS CONTROL, HENRY M. PAULSON, ADAM J. SZUBIN (Attachments: # 1 Text of Proposed Order)(Beane, Eric) (Entered: 10/06/2009) |
| 10/07/2009 | | MINUTE ORDER: Upon consideration of 30 defendants' unopposed motion to enlarge page limit, it is hereby ORDERED that the motion is GRANTED and defendants may file a reply memorandum in support of defendants' dispositive motion and in opposition to plaintiff's motion for discovery not to exceed 40 pages in length. Signed by Judge John D. Bates on 10/7/2009. (ck) (Entered: 10/07/2009) |
| 10/09/2009 | 31 | REPLY to opposition to motion re 12 MOTION to Dismiss *or, in the Alternative, for Summary Judgment and in Opposition to Plaintiff's Motion for Discovery* filed by UNITED STATES DEPARTMENT OF TREASURY, OFFICE OF FOREIGN ASSETS CONTROL, HENRY M. PAULSON, ADAM J. SZUBIN (Beane, Eric) (Entered: 10/09/2009) |
| 10/19/2009 | 32 | Unopposed MOTION for Extension of Time to *Submit His Reply in Connection with Plaintiff's Motion for Discovery Under Rule 56(F)* by YASSIN ABDULLAH KADI (Attachments: # 1 Text of Proposed Order) (Geneson, David) (Entered: 10/19/2009) |
| 10/20/2009 | | MINUTE ORDER: Upon consideration of 32 plaintiff's unopposed motion for extension of time to file a reply in connection with his motion for discovery under Rule 56(f), it is hereby ORDERED that the motion is GRANTED; and it is further ORDERED that plaintiff's reply shall be filed by not later than November 13, 2009. Signed by Judge John D. Bates on 10/20/2009. (ck) (Entered: 10/20/2009) |
| 10/20/2009 | | Set/Reset Deadlines: Plaintiff's reply due by 11/13/2009. (ck) (Entered: 10/20/2009) |
| 11/09/2009 | 33 | NOTICE OF SUPPLEMENTAL AUTHORITY by UNITED STATES DEPARTMENT OF TREASURY, OFFICE OF FOREIGN ASSETS CONTROL, HENRY M. PAULSON, ADAM J. SZUBIN (Beane, Eric) (Entered: 11/09/2009) |
| 11/13/2009 | 34 | SUPPLEMENTAL MEMORANDUM to 21 *Plaintiff's Cross-Motion Pursuant to Rule 56(F) of the Federal Rules of Civil Procedure* filed by YASSIN |

| | | |
|---|---|---|
| | | ABDULLAH KADI. (Geneson, David) Modified on 11/16/2009 to add correct linkage(tr). (Entered: 11/13/2009) |
| 12/22/2009 | | MINUTE ORDER: It is hereby ORDERED that a motions hearing is scheduled for March 12, 2010, at 9:30 a.m. in Courtroom 8. SO ORDERED. Signed by Judge John D. Bates on 12/22/2009. (ck) (Entered: 12/22/2009) |
| 12/22/2009 | | Set/Reset Hearings: Motions hearing set for 3/12/2010 09:30 AM in Courtroom 8 before Judge John D. Bates. (ck) (Entered: 12/22/2009) |
| 01/20/2010 | 35 | MOTION for Leave to File *Amended Complaint* by YASSIN ABDULLAH KADI (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Text of Proposed Order)(Geneson, David) (Entered: 01/20/2010) |
| 01/29/2010 | 36 | Memorandum in opposition to re 35 MOTION for Leave to File *Amended Complaint* filed by OFFICE OF FOREIGN ASSETS CONTROL, HENRY M. PAULSON, ADAM J. SZUBIN, UNITED STATES DEPARTMENT OF TREASURY. (Attachments: # 1 Text of Proposed Order)(Beane, Eric) (Entered: 01/29/2010) |
| 02/04/2010 | 37 | Unopposed MOTION for Extension of Time to File Response/Reply as to 35 MOTION for Leave to File *Amended Complaint* by YASSIN ABDULLAH KADI (Geneson, David) (Entered: 02/04/2010) |
| 02/04/2010 | | MINUTE ORDER: Upon consideration of plaintiff's unopposed motion for extension of time to file his reply in support of his motion for leave to amend the complaint, it is hereby ORDERED that the motion is GRANTED; and it is further ORDERED that plaintiff's reply shall be filed by not later than February 12, 2010. SO ORDERED. Signed by Judge John D. Bates on 2/4/2010. (ck) (Entered: 02/04/2010) |
| 02/04/2010 | | Set/Reset Deadlines: Plaintiff's reply due by 2/12/2010. (ck) (Entered: 02/04/2010) |
| 02/12/2010 | 38 | REPLY to opposition to motion re 35 MOTION for Leave to File *Amended Complaint Reply Memorandum in Further Support* filed by YASSIN ABDULLAH KADI. (Geneson, David) (Entered: 02/12/2010) |
| 02/16/2010 | | MINUTE ORDER: It is hereby ORDERED that the motions hearing previously scheduled for March 12, 2010, is RESCHEDULED for April 1, 2010, at 10:00 a.m. in Courtroom 8. SO ORDERED. Signed by Judge John D. Bates on 2/16/2010. (ck) (Entered: 02/16/2010) |
| 02/16/2010 | | Set/Reset Hearings: Motions hearing set for 4/1/2010 10:00 AM in Courtroom 8 before Judge John D. Bates. (ck) (Entered: 02/16/2010) |
| 03/12/2010 | | MINUTE ORDER: Upon consideration of plaintiff's unopposed request to reschedule the motions hearing previously set for April 1, 2010, it is hereby ORDERED that the motions hearing is RESCHEDULED for April 9, 2010, at 10:00 a.m. in Courtroom 8. SO ORDERED. Signed by Judge John D. Bates on 3/12/2010. (ck) (Entered: 03/12/2010) |
| 03/12/2010 | | Set/Reset Hearings: Motions hearing reset for 4/9/2010 10:00 AM in Courtroom 8 before Judge John D. Bates. (ck) (Entered: 03/12/2010) |

| | | |
|---|---|---|
| 03/30/2010 | 39 | ORDER denying 18 plaintiff's motion to preclude defendants from relying on classified evidence See text of Order for details. Signed by Judge John D. Bates on 3/30/2010. (ck) (Entered: 03/30/2010) |
| 04/08/2010 | 40 | NOTICE *of Filing* by OFFICE OF FOREIGN ASSETS CONTROL, HENRY M. PAULSON, ADAM J. SZUBIN, UNITED STATES DEPARTMENT OF TREASURY (Attachments: # 1 Exhibit A)(Beane, Eric) (Entered: 04/08/2010) |
| 04/09/2010 | | Minute Entry for proceedings held before Judge John D. Bates. Motion Hearing held on 4/9/2010. (Court Reporter Bryan Wayne.) (kc ) (Entered: 04/09/2010) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/23/2010 11:59:48 | | | |
| PACER Login: | ak0040 | Client Code: | 101147 |
| Description: | Docket Report | Search Criteria: | 1:09-cv-00108-JDB |
| Billable Pages: | 6 | Cost: | 0.48 |