# Exhibit B
# (Part  1)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)<br>ECF Case |

### AFFIRMATION OF ROBERT T. HAEFELE IN SUPPORT OF PLAINTIFFS' REQUEST FOR DISCOVERY RELEVANT TO PLAINTIFFS' THEORIES OF GENERAL JURISDICTION AS TO NATIONAL COMMERCIAL BANK

1.  Pursuant to the Federal Rules of Civil Procedure and Magistrate Judge Maas' January 13, 2010 Memorandum Decision and Order, I submit this affirmation in support of plaintiffs' request for an Order compelling jurisdictional discovery relevant to plaintiffs' theories of general jurisdiction as to National Commercial Bank (NCB).

2.  Plaintiffs allege that NCB is not entitled to Due Process and, to the extent that it may be so entitled, NCB's various contacts with the U.S. as set forth in plaintiffs' opposition to NCB's Re-newed Rule 12(b)(2) Motion to Dismiss are sufficient, both individually and considered *in toto* (as they are required to be considered), to meet the "continuous and systematic" standard set forth in the governing case law; and that by virtue of those minimum contacts, NCB should reasonably anticipate being haled into court here. However, to the extent that the Court may find that the facts as set forth fall short of that standard, plaintiffs contend that they have nonetheless met the "sufficient start" standard necessary to demonstrate a right to jurisdictional discovery on the issues set forth in their opposition and below.

3.  During a hearing before Magistrate Judge Maas on March 23, 2007, the parties and the Court discussed plaintiffs' requests for depositions of NCB/SNCB former employees and plaintiffs request for discovery regarding NCB's U.S. correspondent bank accounts. As a result of that hearing, Magistrate Judge Maas denied plaintiffs' requests for depositions, except for a 3 hour deposition of Larry Smith, and plaintiffs' requests for information regarding plaintiffs' correspondent bank accounts. (Docket Entry # 1964; see also Docket Entry # 2218, at 8-9.)

4.  On April 25, 2008, plaintiffs wrote to the Court seeking additional general jurisdiction discovery, including discovery related to NCB's aviation department. (Exhibit A, letter to Judge Daniels from Justin T. Green, Esq., dated April 25, 2008, a true copy is attached hereto.) On July 11, 2008, Judge Daniels referred the dispute to Magistrate Judge Maas, with instructions for plaintiffs to advise Magistrate Maas of the additional jurisdictional discovery was plaintiffs sought. (Docket Entry # 2106).

5.  In a letter from James P. Kreindler, Esq., dated August 15, 2008, with accompanying Affidavit of Robert T. Haefele and accompanying exhibits 1-22, plaintiffs sought discovery related to, inter alia, NCB's aviation department, as well as NCB/SNCB employees Thomas Krohley and Virginia Pensa, and depositions of Jorge Juco and

Abubaker Bagabir, who by that time had both offered affidavits in support of NCB's renewed motion to dismiss.  (Docket Entry # 2122 through 2122-4.)

6.      During a conference on April, 30, 2009, Magistrate Judge Maas denied plaintiffs' requests for additional depositions, either of NCB/SNCB employees or of the witnesses who had submitted affidavits in support of NCB's renewed motion to dismiss.  (See Docket Entry #2218 at 20.)

7.      On January 13, 2010, Judge Maas issued a Memorandum Decision and Order addressing various disputes between plaintiffs and NCB.  (Docket Entry # 2218.)

8.      In the January 13, 2010 Decision, Judge Maas recognized that "Plaintiffs may oppose NCB's motion on the basis not only on the information they have set forth in their complaints, but any additional discovery that they contend should be made available to them before Judge Daniels rules."  Accordingly, Judge Maas directed the parties to provide with their opposition to NCB's Rule 12(b)(2) motion to dismiss an affidavit that identifies what additional discovery is needed and why it is needed.

9.      Moreover, given plaintiffs' "legitimate concerns regarding the possible loss of evidence," Judge Maas directed "[NCB] to preserve any documents relevant to jurisdictional discovery."

10.     On February 1, 2010, plaintiffs filed Objections (Docket Entries # 2220 and # 2229) to the January 13, 2010 Order, in which they argued that, in light of the recent Second Circuit decision in *Frontera Resources Azerbaijan Corp. v. State Oil Company of the Azerbaijan Republic*, 582 F.3d 393 (2d Cir. 2009) and the existing dispute as to NCB's status as an agency of the Kingdom of Saudi Arabia, discovery as to the character of NCB's relationship to the Kingdom of Saudi Arabia is now an absolute pre-condition to consideration of NCB's personal jurisdiction defense.  In *Frontera*, the Second Circuit held that foreign states and their agents are not entitled to Due Process protections, and expressed serious doubt as to whether agencies of foreign states may claim Due Process rights.  In light of that controlling determination, absent such discovery, it is impossible to determine, first, if NCB is entitled to claim Due Process protections at all, and second, whether the contacts of the Kingdom of Saudi Arabia are attributable to NCB.

11.     Plaintiffs' Objections of February 1, 2010 also argued that the Magistrate Judge, in his January 13, 2010 Order, had erred in refusing to allow discovery regarding the NCB Aviation Division and its U.S. contacts, particularly in light of Plaintiffs' substantial corroborating proofs in this regard. The Court's comments about Plaintiffs' evidentiary proofs regarding NCB's U.S. contacts through its NCB Aviation Division indicate that the Court either misanalyzed or omitted from its analysis much of Plaintiffs' proofs, while affording improper weight to NCB's bare denials.

12.     To date, this Court has not issued a ruling on plaintiffs' Objections.

13.     For the reasons set forth in their prior filings concerning the general jurisdiction disputes, as well as plaintiffs' Opposition to NCB's Renewed Motion to Dismiss, plaintiffs have

made a compelling showing in favor of their repeated requests for discovery in support of their general jurisdiction theories as to NCB.

14.    For all of the foregoing reasons, plaintiffs respectfully request that this Court should direct NCB to produce all documents and information relevant to plaintiffs' general jurisdiction theories – including in particular, this Court should grant discovery as to the following specific areas relevant to general jurisdiction, as set forth in plaintiffs' opposition:

A.    Discovery as to the character and nature of NCB's relationship to the Kingdom of Saudi Arabia, including specifically whether NCB is now or was an agency of the Kingdom of Saudi Arabia at the time of the filing of any of the complaints in this litigation.

B.    Discovery and Depositions of Frederik Crawford, John Boukley, Thomas Krohley, and Virginia Pensa regarding the following issues:
   - The closure of the NCB branch office in 1992
   - The establishment of SNCB in 1992
   - The relationship of SNCB and other NCB offices, including NCB's head office in Jeddah.
   - NCB/SNCB's relationships with other NCB-related entities in the United States
   - Any U.S. government investigation of NCB and/or Khalid bin Mafouz between 1998 and the time of the filing of the last complaint.
   - Information regarding the alleged closure of SNCB.

C.    Depositions of Jorge Juco, Dr. Abubaker Bagabir, and Thomas Krohley regarding their statements in their Declarations and Affidavits submitted in support of NCB's motions to dismiss.

D.    Depositions of and Discovery related to Thomas Krohley and Virginia Pensa concerning their renewable contracts and the work they performed for or related to NCB, SNCB or any related entity between 2000 and the filing of any of the complaints in this litigation, including any consultancy or other agreement between them and NCB, SNCB, or related entities; and including Thomas Krohley's responsibilities in connection with NCB's Investment Committee.

E.    Discovery regarding NCB's correspondent agreements with financial institutions in the U.S., regarding NCB's accounts pursuant to those agreements, and including specifically information regarding any transactions through NCB's correspondent accounts for or on the behalf of al Shamal Islamic Bank, Nabil Sayadi, or any other individual or entity that has been designated by the U.S. as a SDGT.

F.    Discovery regarding the interactive nature of NCB's interactive website for the period 2001 through until the date of filing of the last complaint, including, inter alia, statistical information about the access to the cite.

G.   Discovery regarding NCB's aviation department and NCB's or its aviation department's connections with MidEast Jet and Skyways International, as set forth in plaintiffs' Objections of February 1, 2010 (Docket Entries # 2220 and # 2229) and in the Affidavit of Robert T. Haefele filed in support of plaintiffs' motion to stay NCB's Re-newed Rule 12(b)(2) Motion to Dismiss (Docket Entry # 2122).

15.   For the reasons expressed herein and in plaintiffs Opposition to NCB's Re-Newed Rule 12(b)(2) Motion to Dismiss, this jurisdictional discovery will provide direct evidence relevant to the issues of (1) whether NCB is entitled to exercise Due Process rights under the Fifth Amendment, and (2) NCB's "continuous and systematic" contacts with the United States to meet any applicable due process rights that NCB may have.

16.   Affirmed in Mount Pleasant, South Carolina, on April 23, 2010.

_____/S/_____
Robert T. Haefele, Esquire

4

# EXHIBIT A

**K R E I N D L E R   &   K R E I N D L E R** LLP

Harry E. Kreindler (1919-1984)
Lee S. Kreindler (1949-2003)
Marc S. Moller
Steven R. Pounian
James P. Kreindler
David C. Cook
David Beekman
Noah H. Kushlefsky
Robert J. Spragg
Brian J. Alexander
Justin T. Green
Andrew J. Maloney III
Daniel O. Rose
——
Francis G. Fleming
Paul S. Edelman
Milton G. Sincoff
John J. Veth*°
      Counsel

100 Park Avenue
New York, NY 10017-5590
(212) 687-8181
Fax: (212) 972-9432
www.kreindler.com

Susan D. Bainnson
William O. Angelley
Michael R. Sherwin
Hilary B. Taylor
Elizabeth Crotty
Megan Benett

**California Office**
Gretchen M. Nelson*
Stuart R. Fraenkel*
Mark I. Labaton*
——
Gabriel Barenfeld*

**Massachusetts Office**
Anthony Tarricone⁺

Susan A. Friery, M.D.°
James D. Gotz⁺
Joseph P. Musacchio⁺

*Admitted in CA only
⁺Admitted in MA only
°Admitted in MA & DC only
°Resident in CA office

April 25, 2008

**BY HAND**
Honorable George B. Daniels
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street, Room 630
New York, New York 10007-1312

Re:   *In re Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD)

Dear Judge Daniels:

We write on behalf of the *Ashton* and *Burnett* Plaintiffs[1] to oppose the April 21, 2008 letter request of defendant National Commercial Bank ("NCB"), wherein NCB proclaims that jurisdictional discovery has concluded and seeks leave to file a renewed motion to dismiss for lack of personal jurisdiction. NCB's request should be denied because jurisdictional discovery is not complete and NCB's motion is premature. Notwithstanding NCB's efforts to close down discovery prematurely - and as much as a result of NCB's relentless efforts to narrowly circumscribe discovery - facts concerning NCB's contacts with, and conduct directed at, the

_____

[1] NCB's plan to file a renewed motion to dismiss on a consolidated basis and with extended length is also opposed by the Plaintiffs.  The basis for the opposition is laid out in the *Federal Insurance* Plaintiffs' response to NCB's letter of April 21, 2008, which will be sent to the Court separately.  NCB also requests to submit a consolidated memorandum of law up to 35 pages in length. Much like their proclamation that discovery is complete, this change in length is NCB's one-sided interpretation of the facts and ignores the record, the Case Management Order, as well as, the stipulation between NCB and the *O'Neill* Plaintiffs (*Attached as Exhibit C*).

April 25, 2008
Page 2

United States remain undisclosed. No Court order has brought discovery to a close and
Plaintiffs' Supplemental Discovery Requests remain outstanding and Plaintiffs continue to learn
facts that necessitate further inquiry.[2] Plaintiffs should be allowed to complete the court-ordered
jurisdictional discovery and NCB should be ordered to provide appropriate and full responses to
the Supplemental Discovery Requests of October 12, 2007.

NCB's unilateral proclamation by NCB that jurisdictional discovery is complete is
contrary to previous Court orders. NCB wrongly relies on the decision issued by Judge Maas on
May 1, 2007. In that decision, which was narrowly tailored to the issues before Judge Maas-
namely the 1998 Saudi Arabian Monetary Agency ("SAMA") Audit of NCB and transfers to any
identified terrorist - Judge Maas stated "I decline to direct any further discovery (**not previously
ordered**) related to NCB." (*Attached as Exhibit A*). On December 20, 2007, Your Honor
affirmed two decisions of Judge Maas regarding discovery and neither decision stated that
jurisdictional discovery was complete. NCB, however, erroneously claims your Order closed
discovery. Further, on December 26, 2007, Judge Maas issued another decision concerning the
timing of the Plaintiffs' responses to contention discovery NCB had served, stating: "The
plaintiffs retain the right to revise or supplement those answers [to the contention
interrogatories], of course, should Judge Daniels (or I) permit them to engage in further discovery
concerning NCB's alleged aviation business." In that order Judge Maas recognizes that a
discovery dispute between the Plaintiffs and NCB is pending before the Court and demonstrates
at least implicitly that Judge Maas had not previously closed discovery.

Plaintiffs' served Supplemental Discovery Request on October 12, 2007 (*Attached as
Exhibit B*). These discovery requests addressed two very discrete issues: NCB's holding of a
bank account wherein assets of Osama Bin Laden are held and NCB's involvement in the
aviation industry here in the United States. On November 13, 2007, NCB objected to the
Supplemental Discovery Requests and refused to produce any documents. On December 26,
2007, Plaintiffs filed a motion with the Court to compel document production, which NCB
opposed. Plaintiffs' motion to compel the production of documents remains pending before the
Court.

One of the two issues that is the subject of the Supplemental Discovery Request, came to
light because of the ongoing discovery with another defendant in the case, the Saudi Bin Laden
Group ("SBG"). This example highlights, yet again, the interrelationships of the defendants in
this case. Notably, NCB never disclosed it was holding an account which contains Osama Bin
Laden's money. Nor has it admitted to having any business in the United States, other than its
subsidiary SNCB which allegedly closed shortly before the September 11th attacks.

---

[2]For example, although never disclosed by NCB, the Plaintiffs have recently learned in discovery from
another defendant that NCB has an account wherein proceeds of Osama Bin Laden have been kept since
April 2000. This previously undisclosed fact has become the subject of further inquiry.

April 25, 2008
Page 3

NCB claims that the discovery requests are not legally sufficient as Plaintiffs "have not shown the specific and jurisdictionally 'material fact[s]' that they contend further discovery would establish." Notwithstanding the fact that the Plaintiffs should not be placed under the unreasonable burden of simultaneously including with every single discovery request a statement of why each request is reasonably calculated to lead to the discovery of admissible evidence. The instance of discovery under review here are poor examples for NCB to raise because the importance of the discovery under review is clear and the requests were particularly specific. Regarding the request concerning the account protecting Osama Bin Laden's financial assets, Plaintiffs specifically named the account holders and an account number as referenced in documents provided by the Saudi Bin Laden Group. [3] The Plaintiffs provided ample material facts for NCB to produce all relevant documents on both their aviation business here in the United States and the bank account containing Osama Bin Laden's funds. NCB's refusal to answer has unnecessarily prolonged discovery.

The Supplemental Discovery Request regarding NCB's activity in aviation businesses in the United States are essentially a refinement of requests 20 and 56 from the Original Discovery Request of February 18, 2005. Plaintiffs were very specific in the corporate entities, specific N-registered aircraft, and the names of the Federal Aviation Administration Registered Airman. These material facts were provided to NCB again when the plaintiffs complied with contention discovery on November 2, 2007 and February 1, 2008. Within those responses were documents demonstrating the links between NCB and all the entities, aircraft and individuals contained in our Supplemental Discovery Requests pertaining to the aviation business.

However, rather than responding to the Plaintiffs' Supplemental Discovery Requests, instead NCB includes with its April 21, 2008 letter to this Court a newly acquired affidavit of Dr. Abubaker Ali Bagabir, the head of Finance and Accounting at NCB in Jeddah. In the affidavit, Dr. Bagabir makes a denial of any direct ownership, subsidiary or interest in any of the twelve aviation companies listed in Plaintiffs' Supplemental Discovery Request. Plaintiffs are in possession of documents that directly contradict Dr. Bagabir and have provided these documents to NCB.[4] Particularly inasmuch as NCB has put Dr. Bagabir and his assertions in question and will very likely rely upon his statement in response support of any renewed motion to dismiss, the Plaintiffs are certainly entitled to the opportunity to conduct a deposition regarding the assertions he makes in his declaration. Similarly, NCB should be compelled to provide documents as requested in Plaintiffs Supplemental Discovery Request.

---

3 NCB, in its refusal to provide any documents relating to the Osama Bin Laden Trust account, claims that SBG has already provided all relevant documents. For its part, SBG claims that further documents relating to the Trust Fund account at NCB are out of its control. See SBG letter of December 28, 2007, page 9.

[4] Attached to this letter with Exhibits A and B, is the Affidavit of John Fawcett and the supporting documents of material facts regarding Plaintiffs Supplemental Discovery Request of NCB's activity in the aviation business in the United States.

April 25, 2008
Page 4

Most importantly, it is obvious that the aviation business conducted in the United States either for NCB or under the control of NCB, is at the heart of the general jurisdictional arguments. Likewise, for the Osama Bin Laden bank account, which provided financial support by protecting money of the world's most notorious terrorist, qualifying as a relevant fact for specific long arm jurisdiction.

Further, NCB states that Plaintiffs' requests are unauthorized and not legally sufficient to prevent NCB from renewing its motion to dismiss because plaintiffs have not shown material facts that further discovery would establish. For this theory, NCB cites, *Melnick v. Adelson-Melnick* a divorce case, a Federal diversity case which holds that personal jurisdiction was lacking under the New York long-arm statute over a non-resident former wife. This case cited by NCB is not analogous to the international complex litigation that stands before this Court. Moreover, at this time there is no motion for summary judgment before this Court. As the Court states in *Daventree Limited v. Republic of Azerbaijan*, 349 F.Supp. 2d 736, 761 (S.D.N.Y. 2004), "it is within a District Court's discretion to determine whether a plaintiff is entitled to conduct jurisdictional discovery and to "devis[e] the procedures to ferret out the facts pertinent to jurisdiction." *See APWU v. Potter*, 343 F.3d 619, 627 (2nd Cir. 2003). A plaintiff should be provided with "ample opportunity to secure and present evidence relevant to the existence of jurisdiction" through jurisdictional discovery. *See id.* (quoting *Phoenix Consulting, Inc. v. Republic of Angola*, 216 F.3d 36, 40 (D.C. Cir. 2000)). The facts of both the aviation business and the Osama Bin Laden bank account would both state a basis for the exercise of jurisdiction over NCB.

Accordingly, NCB's request for leave to file a renewed motion to dismiss for lack of personal jurisdiction should be denied until jurisdictional discovery is complete.

Respectfully submitted,

**KREINDLER & KREINDLER, LLP**

By: _____

James P. Kreindler, Esq. (JK7084)
Justin T. Green, Esq. (JG0318)
Marc S. Moller, Esq. (MM0143)
Andrew J. Maloney, Esq. (AM8684)
100 Park Avenue
New York, New York 10017
Phone: (212) 687-8181
Facsimile: (212) 972-9432

**MOTLEY RICE LLC**

April 25, 2008
Page 5

By:      _____/s/_____
         Ronald L. Motley, Esq.
         Jodi Westbrook Flowers, Esq.
         Donald A. Migliori, Esq.
         Michael Elsner, Esq.
         Robert Haefele, Esq.
         28 Bridgeside Boulevard
         P.O. Box 1792
         Mt. Pleasant, SC 29465


cc:    **BY HAND**
       Honorable Frank Maas, U.S.M.J.

       **BY EMAIL**
       Mitchell R. Berger, Counsel for NCB

**EXHIBIT A**

6:54 FAX 2128056724          JUDGE MAAS                                    002/006



# KREINDLER & KREINDLER LLP

100 Park Avenue
New York, NY 10017-5590
(212) 687-8181
Fax: (212) 972-9432
www.kreindler.com

~y E. Kreindler (1919-1984)
~e S. Kreindler (1949-2003)
Marc S. Moller
Steven R. Pounian
James P. Kreindler
David C. Cook
David Beekman
Blanca I. Rodriguez
Noah H. Kushlefsky
Robert J. Spragg
Brian J. Alexander
Justin T. Green
Andrew J. Maloney, III
Daniel O. Rose
Gretchen M. Nelson*
Stuart R. Fraenkel*
_____
Francis G. Fleming
Paul S. Edelman
Milton G. Sincoff
Mark I. Labaton*
     Counsel

Susan A. Friery, M.D.♦
Brendan S. Maher
Susan D. Bainnson
Vincent I. Parrett
William O. Angelley
Michael K. Sherwin*
Hilary B. Taylor°

California Office
707 Wilshire Boulevard
Suite 5070
Los Angeles, CA 90017-3613
(213) 622-6469
Fax: (213) 622-6019

*Admitted in CA only
♦Admitted in MA & DC only
*Admitted in OH only
°Admitted in CA & LA only



April 30, 2007

The "wordsmithing" allegation set forth in this letter is not new. (See 3/23/07 Tr. at 3-4) ("I got the sense that NCB might be taking advantage of word-smithing.") Moreover, I believe that the colloquy at the 3/23/07 conference sufficiently established the parameters of what was being sought by the plaintiffs and the Court (Id. at 19-20). I have reviewed the audit report prepared by Arthur Anderson that NCB submitted for my review, and which has been represented to be the only document potentially responsive to the plaintiffs' discovery requests relating to an audit report. Although the report is styled a "Special Examination," I see nothing in the three looseleaf binders that I have received which relates to the issues presently before this Court concerning NCB. Accordingly, I decline to direct any further discovery (not previously ordered) related to NCB.*

Maas, USMJ, 5/1/07

**By Hand**
Honorable Frank Maas
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 740
New York, New York 10007-1312

Re:   *In re Terrorist Attacks on September 11, 2001 v. NCB*

Dear Judge Maas:

In light of Your Honor's March 23, 2007 decision ordering an in-camera review of the NCB audit that plaintiffs have sought to obtain, and in light of the wordsmithing in which plaintiffs believe NCB continues to engage, we offer the following information to assist you in assessing both the relevance and the responsiveness of the materials NCB is providing to you. Although plaintiffs' counsel have not been given the opportunity to examine what is being submitted for Your Honor's review, based on the minimal description alone, plaintiffs believe NCB continues to parse words and use improper semantics to avoid production of the information plaintiffs have long sought, and instead is producing a different document than what plaintiffs requested.

As you know, plaintiffs understand that an audit or process review[1] of NCB was

_____
[1] Given the defendant's apparent proclivity for parsing of words, plaintiffs wish to be clear that, though we have generally referred to the document sought as an "audit," we have never intended to mean the term in any manner other than that the document is some form of a review or investigation into the process or financial transactions. Any narrowing of the definition by NCB, particularly during the discovery process, would be purely deceptive.

* Mr. Webman should contact my Chambers to make arrangements to retrieve the materials submitted for in camera review.

**EXHIBIT B**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)<br>ECF Case |

*This document relates to:*

*Kathleen Ashton  v. Al Qaeda Islamic Army*, Case No. 02-CV-6977 (GBD) (S.D.N.Y.)
*Thomas E. Burnett, Sr. v. Al Baraka Investment & Development Corp.*, Case No. 03-CV-9849 (GBD) (S.D.N.Y.)

**PLAINTIFFS' SUPPLEMENTAL REQUESTS FOR PRODUCTION OF**
**DOCUMENTS DIRECTED TO THE NATIONAL COMMERCIAL BANK**

KREINDLER & KREINDLER LLP
100 Park Avenue
New York, NY  10017-5540
Phone:  (212) 687-8181

MOTLEY RICE, LLC
28 Bridgestone Boulevard
P.O. Box 1792
Mt. Pleasant, SC  29465
Phone:  (843) 216-9000

PLAINTIFFS' SUPPLEMENTAL REQUEST FOR PRODUCTION OF DOCUMENTS
DIRECTED TO THE NATIONAL COMMERCIAL BANK

Plaintiffs in <u>Ashton v. Al Qaeda Islamic Army</u>, 02 CV 6977 (GBD) and <u>Burnett v. Al Baraka Investment & Develop. Corp.</u>, 03 CV 9849 (GBD) in the consolidated actions comprising <u>In Re: Terrorist Attack On September 11, 2001</u>, 03 CV 1570 (GBD), propound on National Commercial Bank ("NCB") the following Jurisdictional Requests for Production of Documents to be answered fully and under oath, pursuant to Rule 34 of the Federal Rules of Civil Procedure, within 30 days of their receipt.

The "Instructions" and "Definitions" set forth in the Plaintiffs' First Set of Requests for Production of Documents Directed to the National Commercial Bank are incorporated herein by reference.

PLAINTIFFS' SUPPLEMENTAL REQUEST FOR PRODUCTION OF DOCUMENTS
DIRECTED TO THE NATIONAL COMMERCIAL BANK

1.)     Provide all documents pertaining to NCB's business activities relating to the airline industry in the United States.  This should include but is not limited to:

      a)   NCB's ownership and/or investments in Southwest Airport Services Inc., Global FBO Holdings, Inc., Ellington MTA, Inc., Skyways Aircraft Leasing, Inc., Skyways International, Inc., Mid East Jet, Inc., and Mid-East Jet, Inc.;

      b)   N-registered aircraft, including N777AS, N371BC, N767KS, N757MA, N737GG;

      c)   FAA listed Airmen including:Ashraf Jawaid Ghoari Khan aka Jawaid K. Ghoari, Mohamed Mustafa al Hanno, Shams Hassan Khan, Mark Thomas Ramsey, Salman Rasheedi, Muhammad Tahsin.

PLAINTIFFS' SUPPLEMENTAL REQUEST FOR PRODUCTION OF DOCUMENTS
DIRECTED TO THE NATIONAL COMMERCIAL BANK

2.)     Provide all documents from 1993 to the present relating to any accounts
and/or holding of the assets of shares held in trust by the Supervisory and
Audit Board of the Mohamed Binladen Company, Mohmaed Saleh Bahareth,
Khalaf Ahmed Ashour, or Mohamed Noor Rahimi for Osama Bin Laden.
This should include but not be limited to account # 10149761000107.

Dated:        October 12, 2007
              New York, NY

                                        Respectfully submitted,

                                        KREINDLER & KREINDLER, LLP

                              By:
                                        James P. Kreindler, Esq. (JK7084)
                                        Justin T. Green, Esq. (JG0318)
                                        Marc S. Moller, Esq. (MM0143)
                                        Andrew J. Maloney, Esq. (AM8684)
                                        100 Park Avenue
                                        New York, New York 10017
                                        Phone:  (212) 687-8181
                                        Facsimile:  (212) 972-9432

                                        MOTLEY RICE LLC

                              By:_____/s/_____
                                        Ronald L. Motley, Esq.
                                        Jodi Westbrook Flowers, Esq.
                                        Michael Elsner, Esq.
                                        Justin Kaplan, Esq.
                                        28 Bridgestone Boulevard
                                        P.O. Box 1792
                                        Mt. Pleasant, SC 29465
                                        Phone: (843) 216-9000

**EXHIBIT C**

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:                               │
│ DATE FILED: 3-8-05                   │
└─────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re TERRORIST ATTACKS on            )         03 MDL 1570 (RCC)
SEPTEMBER 11, 2001                    )         ECF Case
                                      )
                                      )

*This document relates to:*
    *O'Neill v. Al Baraka Inv. & Dev. Corp.*, 04-CV-1923 (RCC)
    *New York Marine & General Ins. Co. v. Al Qaida*, 04-CV-6105 (RCC)
    *Continental Casualty Co. v. Al Qaeda Islamic Army*, 04-CV-5970 (RCC)
    *Cantor Fitzgerald & Co. et al. v. Akida Bank Private Ltd.*, 04-CV-7065 (RCC)

### STIPULATION AND ORDER SETTING SCHEDULE FOR
### THE NATIONAL COMMERCIAL BANK TO RESPOND TO COMPLAINTS

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for

the *O'Neill*, *New York Marine*, *Continental Casualty*, and *Cantor* Plaintiffs (collectively, "Plaintiffs") and

for Defendant The National Commercial Bank ("NCB"), subject to the approval of the Court, as

follows:

      1.    The Court previously approved Stipulations by and between counsel for Plaintiffs

and NCB that would have required NCB to move to dismiss or otherwise respond to Plaintiffs'

complaints within forty-five (45) days from the date on which the Court decided NCB's motions to

dismiss in *Burnett* (03-CV-9849) and *Ashton* (02-CV-6977). *See* MDL Dkt. #532 (*Cantor*); MDL Dkt.

#542 (*O'Neill*); MDL Dkt. #621 (*NY Marine* and *Continental Casualty*).

      2.    On January 18, 2005, the Court denied without prejudice NCB's motions to dismiss

in *Burnett* and *Ashton*, with leave to renew NCB's motion to dismiss those actions after completing

limited jurisdictional discovery. MDL Dkt. #632 (Opinion and Order). On February 1, 2005, NCB

filed a motion for reconsideration of the January 18 Opinion and Order, and that motion remains

pending. *See* MDL Dkt. #648.

      3.    Subject to the disposition of NCB's pending motion for reconsideration, NCB shall

file a consolidated motion to dismiss, or otherwise file individual responses to, the Complaints in

*O'Neill*, *New York Marine*, *Continental Casualty*, and *Cantor* on the same date that NCB renews its motion to dismiss the *Burnett* and *Ashton* actions, as allowed by the Court's January 18, 2005, Opinion and Order. The memorandum of law in support of NCB's consolidated motion shall not exceed 25 pages in length.

4.     Plaintiffs shall have sixty (60) days from the date on which it is served with NCB's consolidated motion to dismiss to file their consolidated response to NCB's motion to dismiss. Plaintiffs' consolidated memorandum of law in response to NCB's consolidated motion shall not exceed 25 pages in length.

5.     NCB shall have 30 days thereafter to file a consolidated reply to Plaintiffs' opposition. NCB's consolidated reply memorandum of law shall not exceed 10 pages in length.

6.     The foregoing schedule is without waiver of any of NCB's defenses or of NCB's pending motion for reconsideration in the *Burnett* and *Ashton* actions.

Dated: ~~February~~ March 7, 2005          Respectfully submitted,

PATTON BOGGS LLP                           BROWN GAVALAS & FROMM LLP

_____                    _____
Ronald S. Liebman (admitted *pro hac vice*)   Frank J. Rubino, Jr. (FR 6202)
Mitchell R. Berger (MB 4112)               355 Lexington Avenue
Ugo Colella (admitted *pro hac vice*)         New York, New York 10017
2550 M Street, N.W.                        Phone: (212) 983-8500
Washington, D.C. 20037                     Fax:    (212) 983-5946
Phone: (202) 457-6000
Fax:    (202) 457-6315

*Counsel for Defendant*                     *Counsel for Plaintiff*
*The National Commercial Bank*              *New York Marine & General Insurance Company*

2

FERBER FROST CHAN & ESSNER, LLP

_____

Robert M. Kaplan (RK 1428)
530 Fifth Avenue
23rd Floor
New York, New York 10036-5101
Phone: (212) 944-2200

*Counsel for Plaintiffs*
*Continental Casualty Co. et al.*


DICKSTEIN SHAPIRO MORIN &
OSHINSKY LLP

_____

Kenneth L. Adams (*pro hac vice* pending)
Richard W. Fields
Jonathan M. Goodman (JG 3031)
Stacey Saiontz (SS 1705)
1177 Avenue of the Americas
41st Floor
New York, New York 10036-2714
Phone: (212) 835-1400
Fax:    (212) 997-9880

*Counsel for Plaintiffs*
*The Port Authority of New York and New Jersey,*
*Cantor Fitzgerald & Co. et al.*


LAW OFFICES OF JERRY S. GOLDMAN
& ASSOCIATES, P.C.

_____

Jerry S. Goldman
111 Broadway
13th Floor
New York, New York 10006
Phone: (212) 242-2232
Fax:    (212) 346-4665

*Counsel for Plaintiffs*
*John P. O'Neill et al.*

3

FERBER FROST CHAN & ESSNER, LLP


Robert M. Kaplan (RK 1428)
530 Fifth Avenue
23rd Floor
New York, New York 10036-5101
Phone: (212) 944-2200

*Counsel for Plaintiffs*
*Continental Casualty Co. et al.*


DICKSTEIN SHAPIRO MORIN &
OSHINSKY LLP

Kenneth L. Adams (*pro hac vice* pending)
Richard W. Fields
Jonathan M. Goodman (JG 3031)
Stacey Saiontz (SS 1705)
1177 Avenue of the Americas
41st Floor
New York, New York 10036-2714
Phone: (212) 835-1400
Fax:      (212) 997-9880

*Counsel for Plaintiffs*
*The Port Authority of New York and New Jersey,*
*Cantor Fitzgerald & Co. et al.*


LAW OFFICES OF JERRY S. GOLDMAN
& ASSOCIATES, P.C.


Jerry S. Goldman
111 Broadway
13th Floor
New York, New York 10006
Phone: (212) 242-2232
Fax:      (212) 346-4665

*Counsel for Plaintiffs*
*John P. O'Neill et al.*

3

FERBER FROST CHAN & ESSNER, LLP

Robert M. Kaplan (RK 1428)
530 Fifth Avenue
23rd Floor
New York, New York 10036-5101
Phone: (212) 944-2200

*Counsel for Plaintiffs*
*Continental Casualty Co. et al.*

DICKSTEIN SHAPIRO MORIN &
OSHINSKY LLP

Kenneth L. Adams (*pro hac vice* pending)
Richard W. Fields
Jonathan M. Goodman (JG 3031)
Stacey Saiontz (SS 1705)
1177 Avenue of the Americas
41st Floor
New York, New York 10036-2714
Phone: (212) 835-1400
Fax:     (212) 997-9880

*Counsel for Plaintiffs*
*The Port Authority of New York and New Jersey,*
*Cantor Fitzgerald & Co. et al.*

LAW OFFICES OF JERRY S. GOLDMAN
& ASSOCIATES, P.C.

Jerry S. Goldman
111 Broadway
13th Floor
New York, New York 10006
Phone: (212) 242-2232
Fax:     (212) 346-4665

*Counsel for Plaintiffs*
*John P. O'Neill et al.*

3

Dated: New York, New York
     March 7, 2005

SO ORDERED:

Richard C. Casey
U.S.D.J.

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD-FM) |
|---|---|

*This document relates to:*

*Ashton v. Al Qaeda Islamic Army*, 02-CV-6977
*Burnett v. al Baraka*, 03-CV-9849

AFFIDAVIT OF JOHN FAWCETT IN SUPPORT OF PLAINTIFFS RESPONSE TO LETTER
OF NATIONAL COMMERCIAL BANK OF APRIL 21, 2008

STATE OF NEW YORK      )
                                       ) ss.:
COUNTY OF NEW YORK  )

JOHN FAWCETT, being duly sworn, deposes and says:

1.      For over five years, I have been working under contract for Kreindler & Kreindler LLP as

a researcher in the case of *Kathleen Ashton v. al Qaeda Islamic Army et al.*

2.      The following is a representative selection of the documents provided to the National

Commercial Bank (NCB) on November 16, 2007 and February 1, 2008.  The documents

pertain to NCB's aviation business in the United States.

3.      Pages from the website of Saudi Arabian Airlines which lists NCB Aviation as a

customer under Private Aviation Companies.  ASH007977-7978. See Attachment 1.

4.      A fax from NCB Aviation, dated December 23, 1997 with address of PO Box 9935,

Jeddah, Saudi Arabia and referencing Captain al Hanno. MR_NCB000850. See

Attachment 2.

5.      A fax from NCB Aviation, dated February 18, 1998, listing 13 crewmembers of NCB Aviation, including Mark Ramsey, Salman Rasheedi and Shams Hassan, and T.W. Rogers. MR_NCB000849. See Attachment 3.

6.      An NCB/Skyways International Business Card, in English and Arabic, with address of PO Box 9935, Jeddah. ASH008028-29. See Attachment 4.

7.      Texas Secretary of State Inquiry as to Skyways International, Inc. with Lawrence G. Smith as Director and Chairman. ASH008003. See Attachment 5.

8.      Pages from the Aero Transport Data Bank with a directory listing for Mid East Jet and Skyways International, at PO Box 9935 Jeddah and senior management listed as Kurshid Mahmood Khan. ASH007970-71. See Attachment 6.

9.      State of Delaware Corporate filing for Mid-East Jet, Inc, dated June 27, 2006, noting the original filing of November 15, 1995 and signed by Khurshid Mahmood Khan. ASH010050. See Attachment 7.

10.      Pages from the FAA Airmen Certification Database, with PO Box 9935, Jeddah as address of Mohamed Hanno, Mark Ramsey, Salman Rasheedi and Shams Hassan Khan. ASH008136, ASH008226, ASH008487. See Attachment 8.

11.      Pages from Aircraft records acquired via FOIA from the FAA.  The pages show that Mid East Jet of Delaware and of Jeddah was the owner of a N-Registered aircraft and First Security Bank acted as a trustee of the same N-Registered aircraft in the United States. T.W. Rogers and Mohamed al Hanno signed as registered owners and authorized agents of the aircraft. ASH010001, ASH010056, ASH010073, ASH010357, ASH010375-6, ASH010389.  See Attachment 9.

12.     Sample pages from flight tracking data acquired from the FAA which show hundreds of flights into and out of US airspace between the years 2000 and 2002. ASH010328, ASH010334-35. See Attachment 10.

13.     Pages from a Southern District Texas (Houston) civil case 4:94-cv-00729, Bath v. National Commercial, et al. in which NCB claimed to hold 90 % of the outstanding shares of Southwest Airport Services, Inc.  The case was settled out of court and closed on March 10, 1995. PLEAD000963-66, PLEAD00164. See Attachment 11.

14.     Pages from the Texas Secretary of State demonstrating that Global FBO Holdings, Inc. is the parent of Southwest Airport Services, Inc. and Ellington MTA, Inc. ASH009010, ASH009012. See Attachment 12.

15.     Pages from the U.S. Department of Defense awarding a $16 million contract to Southwest Airport Services, Inc. ASH009266-68. See Attachment 13.

Dated: New York, New York
       April 25, 2008

Respectfully submitted,

John Fawcett

Sworn to before me this
25th day of April, 2008

Notary Public

EUGENIE L. MASTERSON
Notary Public, State of New York
No. 30-4719641
Qualified in Nassau County
Term Expires October 31, 2010

# ATTACHMENT 1

**Pages from the website of Saudi Arabian Airlines**



الخطوط الجوية العربية السعودية
SAUDI ARABIAN AIRLINES

We aim to please you

Choose..
**Home**
**About Us**
**Travel**
**Services**
**Cargo**
**Alfursan**
**Tours**
**Skysales**
**Catering**
**SV News**
**Special Offers**

| JEDDAH | AIRLINE CODE | RIYADH |
|---|---|---|
| Air Afrique | RK | |
| Air Algerie | AH | |
| Air France | AF | Air France |
| Air India | AI | |
| Air Lanka | UL | Air Lanka |
| Air Tanzania | TC | |
| Alitalia | AZ | |
| Ariana Afghan | FG | |
| Biman Bangladesh | BG | Biman Bangladesh |
| British Airways | BA | British Airways |
| Cyprus Airways | CY | Cyprus Airways |
| Daallo Airlines | D3 | |
| Ethiopian Airlines | ET | |
| Garuda | GA | Garuda |
| Kabo Air | KO | |
| KLM | KL | |
| Lufthansa | LH | |
| Malaysia Airlines | MH | |
| Middle East Airlines | ME | Middle East Airlines |
| Olympic Airways | OA | Olympic Airways |
| | PK | Pakistan International |
| | PR | Philippine Airlines |
| Qatar Airways | QZ | |
| Royal Air Maroc | AT | Royal Air Maroc |
| Royal Brunei | BI | |
| Royal Jordanian | RJ | |
| Singapore Airlines | SQ | |
| Sudan Air | SD | |
| Swissair | SR | |
| Tunis Air | TU | |
| Turkish Airlines | TK | Turkish Airlines |
| Yemen Airways | IY | |
| | TW | Transworld Airlines |
| **REGULAR FOREIGN AIRLINES ON-REQUEST CUSTOMERS** | | |
| | AI | Air India |
| Cameroon Airlines | UY | |
| Egypt Air | MS | Egypt Air |
| Emirates Airlines | EK | Emirates Airlines |
| | ET | Ethiopian Airlines |
| Gulf Air | GF | Gulf Air |
| Iran Air | IR | |
| Kuwait Airways | KU | Kuwait Airways |
| | LH | Lufthansa |
| Pakistan International | PK | |
| | RJ | Royal Jordanian |
| | SD | Sudan Air |

ASH007977

| | SR | Swissair |
|---|---|---|
| Syrian Arab Airlines | RB | Syrian Arab Airlines |
| U.A.E. Royal Flights | 6RF | U.A.E. Royal Flights |
| | IY | Yemen Airways |
| PRIVATE AVIATION COMPANIES | | |
| Al-Mubani Aircrafts | AM | |
| Arabasco | AR6 | Arabasco |
| Binladen Aviation | BIN | Binladen Aviation |
| Exec Air Transport | EAT | Exec Air Transport |
| International Aviation | IAC | International Aviation |
| Jet Aviation | JET | Jet Aviation |
| Mustafa Edrees | MEA | Mustafa Edrees |
| NCB Aviation | NCB | NCB Aviation |
| Unasco Travel | UT | |
| OTHERS | | |
| Royal Saudi Air Force | RAF | Royal Saudi Air Force |

| Customer List Summary | | | |
|---|---|---|---|
| JEDDAH UNIT | | RIYADH UNIT | |
| 30 | Regular Airlines | 13 | Regular Airlines |
| 9 | On-request customers | 13 | On-request customers |
| 9 | Private Aviation | 7 | Private Aviation |
| 1 | Others | 1 | Others |
| 49 | Total Jeddah Customers | 34 | Total Riyadh Customers |

Copyright © 2007 Saudi Arabian Airlines. All rights reserved.

ASH007978

# ATTACHMENT 2

**NCB Aviation Fax of December 23, 1997**

DEC 23 '97 05:05PM NDEEM FAROOQUI JEDDAH K S A827                    P.1

# *facsimile transmittal*

Attn: ▓▓▓▓▓▓▓▓▓▓▓▓                Via Fax. ▓▓▓▓▓▓▓▓▓▓▓▓

From:  **Sandy Dalit**                 No. of Pages:  1 (Incl. this)
        NCB Aviation

Date:  December 23, 1997

Dear Mr. Seguin,

As per Capt. Al-Hanno's order, please find below our complete address for courier
purposes as follow:

**The National Commercial Bank**
Aviation Department
3rd Floor, NCB Khalidiyah Branch Bldg.
Prince Abdullah Street, District Khalidiyah
P.O. Box 9935 Jeddah 21423
Saudi Arabia

Thanks and Regards,

Sandy Dalit
Operations
Jeddah

23-12-1997    15:12                728041                      P.01

**10282**

MR_NCB000850

# ATTACHMENT 3

**NCB Aviation Fax of February 18, 1998**

FEB-18-1998  10:25      NCB AVIATION/SKYWAYS JED.      966 2 682 4827    P.01

# *facsimile transmittal*

Attn:  Mr. ▓▓▓▓▓▓▓              Via Fax.  ▓▓▓▓▓▓▓▓

From:  **Sandy Dalit**              No. of Pages:  1 (Incl. this)
       NCB Aviation

Date:  February 18, 1998

---

Dear Mr. Seguin,

Sorry for the much-delayed response to your fax of 23 January 1998 concerning the list
of names of our crew that you were asking for registration in the Executive Floor of the
hotel Concorde Lafayette.

In any case, please find hereinafter the following list of our active crewmembers.

1. Capt. T.W. "Buddy" Rogers
2. Capt. Johnny Antoon
3. Capt. David Thomas
4. Capt. Mark Ramsey
5. Capt. Robert Murphy
6. Capt. Salmaan Rasheedi
7. Capt. Imtiaz Khan
8. Capt. Shams Hassan
9. Capt. Fahad Bakalka
10. Capt. Gustavo Torres
11. Capt. Jose Roche
12. Capt. Francisco Lombardi
13. Capt. Javed Latif

If you need any further information, please don't hesitate to call me at extension 35.

Thanks and Regards,

**Sandy Dalit**
Secretary to Capt. Al-Hanno

**10260**

18-02-1998    09:23        966 2 682 4827              TOTAL P.01
                                                        ✓P.01

MR_NCB000849

# ATTACHMENT 4

**NCB/Skyways Business Card**





# ATTACHMENT 5

**Texas Secretary of State Document**

# Texas Secretary of State
## Roger Williams

SOSDirect

UCC | Business Organizations | Trademarks | Account | Help/Fees | Briefcase | Logout

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | |
|---|---|
| Filing Number: | 11417420 0 |
| Original Date of Filing: | February 6, 1990 |
| Formation Date: | N/A |
| Tax ID: | 301 13918310 |
| Duration: | Perpetual |
| Name: | SKYWAYS INTERNATIONAL, INC. |
| Address: | 11 E GREENWAY PLZ STE 2806 %SUMMIT TOWER<br>Houston, TX 77046 USA |

| Entity Type: | Domestic Business Corporation |
|---|---|
| Entity Status: | Forfeited existence |
| FEIN: | |

**MANAGEMENT**

| Last Update | Name | Title | Address |
|---|---|---|---|
| February 6, 1990 | Abdullah Jaffar | P | 11 GREEN WAY PLZ STE 2806<br>Houston, TX 7046 USA |
| February 6, 1990 | Lawrence G Smith | V | 11 GREENWAY PLZ STE 2806<br>Houston, TX 7046 USA |
| February 6, 1990 | Lawrence G Smith | S | 11 GREENWAY PLZ STE 2806<br>Houston, TX 7046 USA |
| February 6, 1990 | Qaiser Mehdi | Director | 11 GREENWAY PLZ STE 2806<br>Houston, TX 7046 USA |

[Order] [Return to Search]

Instructions:
To place an order for additional information about a filing press the 'Order' button.

ASH008003.

# ATTACHMENT 6

**Aero Transport Data Bank Pages**



How to use ATDB    Preferences    Subscribe    Tips & Q&A

[ mid east jet ]    ATDB Search    Fetch More

CNGI - Christine Negroni - *Annual Professional*  [ Log-off ] [ *my*ATDB ]         [ QueryBuilder ] [ QueryEvents ] [ Charts! ] [ Help ]

Profile & Resources check passed

<u>Directory records for:</u> **Mid East Jet**
6 directory records were found - [ Generate Excel ]

**Directory records**

| Name | Mid East Jet |
|---|---|
| Legal name | Mid East Jet, Inc |
| Address | PO Box 9935 Jeddah 21423 Saudi Arabia |
| Phone | +966 (2) 682 42 03 |
| Fax | +966 (2) 682 48 27 |
| Senior Management | Kurshid Mahmood Kahn |

ATDB Response time: 0.0593 second [ Show Details ]
Query saved

© 1997-2007 AeroTransport Data Bank                    DB Updated: Tue 18 Sep 2007 16:31 UTC

ASH007970



How to use ATDB     Preferences     Subscribe     Tips & Q&A

Mid East Jet

[ ATDB Search ]
[ Fetch More ]

CNGI · Christine Negront · *Annual Professional* · [ Log-off ] · [ *myATDB* ]     [ QueryBuilder ] [ QueryEvents ] [ Charts! ] [ Help ]

Profile & Resources check passed

Profile for: **Mid East Jet**
2 companies in genealogy tree - [ Generate Excel ]

| Name | Alias | IATA | ICAO | Country | Base | Dates | 1 |
|------|-------|------|------|---------|------|-------|---|
| Mid East Jet | Kalair | | XAH | USA-Texas | Houston/Jeddah | 1996- | |
| Skyways International | Skyways Aircraft Leasing/Skyways Leasing Corporation | | | USA-Texas | Houston | 1973-1996 | |

Directory and Contact records for **Mid East Jet**

SubFleets for: **Mid East Jet**
9 subfleets - [ Generate Excel ]

| Operator | Model | Sub-Type | Current Active | Current Leased-out | Current Inactive | Planned | Historical | Total all times | Avg Age Active | 1 |
|----------|-------|----------|----------------|--------------------|--------------------|---------|------------|-----------------|----------------|---|
| Mid East Jet | B-777 | B-777-200 (ER) | 1 | | | | | 1 | 8.8 years | |
| Mid East Jet | B-767 | B-767-200 (ER) | 1 | | | | | 1 | 11.0 years | |
| Mid East Jet | B-767 | B-767-300 (ER) | 1 | | | | | 1 | 13.9 years | |
| Mid East Jet | B-707 | B-707-120B | | | | | 3 | 3 | n/a | |
| Mid East Jet | B-707 | B-707-320(A) | | | | | 1 | 1 | n/a | |
| Mid East Jet | B-707 | B-707-320C | | | | | 2 | 2 | n/a | |
| Mid East Jet | B-727 | B-727-100 | 1 | | | | 1 | 2 | 40.3 years | |
| Mid East Jet | B-757 | B-757-200 | 1 | | | | | 1 | 10.6 years | |
| Mid East Jet | B-737 | B-737 BBJ | 1 | 1 | | | | 2 | 8.6 years | |
| **TOTAL:** | | | 6 | 1 | | | 7 | 14 | 15.5 years | |

Use links above to drill down within a subfleet

Fleet list of Mid East Jet
Airframes 1-14 of 14 - [ Generate Excel ]

ASH007971

# ATTACHMENT 7

**Delaware Secretary of State Document**

# STATE OF DELAWARE
## CERTIFICATE FOR RENEWAL
## AND REVIVAL OF CHARTER

The corporation organized under the laws of Delaware, the charter of which was voided for non-payment of taxes, now desires to procure a restoration, renewal and revival of its charter, and hereby certifies as follows:

1. The name of this corporation is _Mid-East Jet, Inc._

2. Its registered office in the State of Delaware is located at _1209 Orange Street_ (street), City of _Wilmington_ Zip Code _19801_       County of _New Castle_ the name of its registered agent is _The Corporation Trust Company_

3. The date of filing of the original Certificate of Incorporation in Delaware was _November 15, 1995_

4. The date when restoration, renewal, and revival of the charter of this company is to commence is the _28th_ day of _February, 2006_ same being prior to the date of the expiration of the charter. This renewal and revival of the charter of this corporation is to be perpetual.

5. This corporation was duly organized and carried on the business authorized by its charter until the _1st_ day of _March_ A.D. _2006_ at which time its charter became inoperative and void for non-payment of taxes and this certificate for renewal and revival is filed by authority of the duly elected directors of the corporation in accordance with the laws of the State of Delaware.

6. No Officers have been elected for this Corporation.

IN TESTIMONY WHEREOF, and in compliance with the provisions of Section 312 of the General Corporation Law of the State of Delaware, as amended, providing for the renewal, extension and restoration of charters the last and acting authorized officer hereunto set his/her hand to this certificate this _27th_ day of _June_ A.D. _2006_

By: _[signature]_

Authorized Officer

Name: _Khurshid Mahmood Khan_

Print or Type

Title: _Sole Director_

State of Delaware
Secretary of State
Division of Corporations
Delivered 12:00 PM 07/27/2006
FILED 12:00 PM 07/27/2006
SRV 060710393 - 2562363 FILE

ASH010050

# ATTACHMENT 8

**FAA Airmen Certification Database Pages**

A084395,DANIAL PATRICK
A0841606,DAVID WILLIAM
A0842130,ROBERT WILLIAM
A0842140,MALCOLM NIGEL
A08425,HIGH
A0842627,JOHET
A084302,SAAD SAID
A084302,HANS
A0843289,JURGEN
A0843964,GUNTER S R
A084364,RUSSELL LEONARD
A0843624,RUSSELL LEONARD
A0843710,NORMAN
A084372,LARRY CONLEY
A084392,RONALD EDUARD
A0843999,ROLF WERNER
A084004,HENDRIKUS
A084000,HANS JURGEN
A084494,EDUARDO LLACH
A0844647,DONALD LYALL
A084591,IAN CHRISTOPHER
A084076,LEE ROBINSON
A084646,PETER CHARLES GRANT
A0847493,ALAIN
A0847495,RAYMOND
A0847778,UWE
A084824,WALTER EMIL
A0847894,JOSEPH
A0847899,KLAUS
A0848092,CLYDE EDWARD
A084808,GEOFFREY KENNETH
A0848255,CLIFFORD GARY
A0848434,BERNARD PAUL
A0848567,STEVEN
A0848599,WILLIAM FRANCIS
A0848689,MAGNUS THOR
A0848703,HORST PETER
A08473,DAVID WARREN
A0848836,RUDOLF ULRICH
A0848801,HEINZ
A0848844,MICHAEL ADRIEN
A0848880,ANTHONY JOHN
A0849100,RODNEY WILLIAM
A0849443,GORDON EDWARD
A0849701,FRANZ J
A0849789,HASSAN MAHMOUD
A0849972,MICHAEL MCDONALD
A085002,DAVID WARWICK
A0850712,LEE CHI
A085014,LIM KHOY
A085019,FRANCIS EDWARD KAPHAN
A085072,UDO PIERRE
A085096,HENRY ALOYS
A085081,HENKE
A0850828,BERND

[redacted]
A0851620,JEFFREY NOLEN
A0851736,HARMANNUS GERARDUS
A0852217,DENNIS HAROLD
A0852745,AKIHIRO
A0852745,AKIHIRO
A0852272,TATEO
A0852397,ULRICH
A0852441,PETER OWEN
A0852419,ABDULREHAN KARMALI
A0852447,GUIDO
A0852861,SHINTATA
A0852892,JAMES

HIGGINS
HIGGINS
HIGGINS
HIGH
HIGHET
HILAL
HILDEBRAND
HILD
HILDERLEY
HILDERBRAND
HILDERTH
HILFERINK
HILGERT
HILHORST
HILKE
HILL
HILL
HILL
HILL JR
HILLAERT
HILLARY
HILLER
HILLER
HILLER
HILLGRUBER
HILLIER
HILLMAN
HILLS
HILLS
HILLSON
HILLMARSSON
HILMES
HILSABECK
HILTBRUNNER
HILTERMANN
HILTMANN
HILTON
HILTON
NOAKES
HINDELANG
HINDNI
HINES
HINDSON
HINSON
HINTIES
HIPPERSON
HIRAGA
HIRAO
HIRAYAMA
HIRDES
HIRE
HIRI
HIRN
HIROSAWA
HIROSHI

28 HARVEY CRESCENT
TORWOOD HSE TORWOODHILL RD RHU
27 EVERETT STREET
19 RAVENS WALK WOOTTON BASSETT
35 RICHMOND GREEN
3900 RAMEZAY AVE
MOZART STREET 17
TALWEG 23 A
8 HINTERWEINBERG
107 LANSDOWNE AVENUE
859 ARDEN ROAD APT 515
1394 HERMANT COURT
JM OBSTGARTEN 1
ALEWIJNLAAN 33
CERN DIV EF
3 CALLE PONIENTE 1511
ARBOR LODGE RYEFIELD DR
1211 GENEVA 23
LAGASCA 28
101 SHEARER CRESCENT
24 ELM CLOSE ELSENHAM
AV MARECHAL JEFFRE 49 1190
5090 LEVERKUSEN 1
REUTERALLEE 44 D-61 DARMSTADT
5390 SALLAR AVE
AMSINCKSTR 45
311 ROYAL STREET
RR3
27 RUE DES CEVENNES
A096 BEAVERTAIL RD RR #2
21 TORHOUTSEPLEIN DES ORMEAUX
20-479 AINSLIE ST
GLUFRASSEL 2
3301 NIESTE KASSEL
140 WHITEFIELD CLOSE NE
SCHMITTENWEG2
KASERNENSTR 62
3 JOLLYWOOD AVE
5 NOTTINGHAM MANSIONS NOTTINGHAM
PO BOX SS 19245
134KENNINGTON BAY
HOHENSCHAUER STR 84
PO BOX 91
HEDGROVE BRIDGE PARK RD
RR1
52 EIGHTH AVENUE BARATARIA
120 PRICE EDWARD RD FLAT 4
ROYAL SELANGOR FLYING CLUB
PO BOX 60246
GARTENWEG 6
ESTERWALDEN STRASSE 14
KOBLENZERSTR 92
GLATZERSTRASSE 14

8 EYE DU VIN
RODE KLIF 146
88 ARKLOW DR
2-3-32 SEIWADAI
958 MORIO HYOGO 698-01
ALL NIPPON AIRWAYS INC
40 BEECHPARK WAY WATFORD WD1JTY
NAIROBI
ALLMENDSTRASSE 33
488 SHIMONAKAYAMA SHIMODATESHI
3800 INTERLAKEN
WIESBADEN
HERTFORDSHIRE

SINGAPORE, 489390, SINGAPORE
BELLEVILLE ONT, CANADA
SWINDON WILTS, SN4 8NT, UNITED KINGDOM
MONTREAL, H3Y 3K3, CANADA
HENGERSBERG, 6147G, GERMANY
SAU ST MARIE ONT, CANADA
SASKATOON SASK, CANADA
BRITISH COLUMBIA, V3C 4G2, CANADA
MISSISSAUGA, L3H2T2, CANADA
BUXTEHUDE, 21614, GERMANY
LOOSDRECHT, NETHERLANDS
GENEVA 23, SWITZERLAND
SAN SALVADOR, EL SALVADOR
LANCASHIRE, UNITED KINGDOM
ST GEORGE, AUSTRALIA
MADRID, 28001, SPAIN
HERTS CM22 6LE, UNITED KINGDOM
BRUSSELS, BELGIUM
GERMANY
GYMEA BAY, EBERSTADT, AUSTRALIA
D-2400 HAMBURG 1, GERMANY
LONDON ONTARIO, CANADA
REGINA SASK, CANADA
GISTOUX, BELGIUM
CARP ONT, K0A 1L0, CANADA
QUESTED, CANADA
WINNIPEG MANITOBA, CANADA
REYKJAVIK, ICELAND
VOR DER MARTE, GERMANY
CALGARY AB, T1Y 4X7, CANADA
MAKWH, SWITZERLAND
8180 BULACH, SWITZERLAND
OAKVILLE, CANADA
LONDON, UNITED KINGDOM
NASSAU, BAHAMAS
MANITOBA R2N2L3, CANADA
MUENCHEN, 81669, GERMANY
JEDDAH, SAUDI ARABIA
NARAMATA B C, CANADA
KOWLOON, HONG KONG
NAIROBI, KENYA
KUALA LUMPUR, MALAYSIA (ASIA)
BAYREUTH, GERMANY
NAIROBI, 95448, KENYA
GERMANY
GERMANY
QUEBEC, CANADA
KANATA ONT, K2L 3V8, CANADA

NETHERLANDS
LUXEMBOURG
DARTMOUTH N S, CANADA
KAWANISHI CITY, 666-01, JAPAN
TOYOOKA, JAPAN
KUMAMOTO KEN, JAPAN
GERMANY
KENYA
SWITZERLAND
IBARAKKEN, JAPAN
SWITZERLAND
GERMANY

ASH008136

| Name | Address | Country |
|---|---|---|
| A154928 DIETER ERICH | IM BREHL 3 | GERMANY |
| A154975 JOHN ROBERT | | UNITED KINGDOM, EU, |
| A155065 TAHIR MAHMOOD | KOTHI JUNGLY WALI RAPUT RD | PAKISTAN, |
| A155101 ROBERT GRAHAM | HOUSE 4 LOT 20 DD219 HING KENG | HONG KONG, WP, |
| A155018 ANTHONY ROBERT | KALPAKAM, 227 CATHAY PACIFIC | HONG KONG, WP, |
| A155028 BRYAN AUSTIN | BEDFORDSHIRE RD TODDINGTON | UNITED KINGDOM, EU, |
| A155168 STANISLAS BERNARD | 15 RUE NONGESSER ET COLI | FRANCE, EU, |
| A155156 LIAM JOSEPH | REF SAN JUAN DE LETRAN NO 9 | |
| A155847 JANNICE RAE | 166 LAKESHORE ROAD | |
| A155847 LORNE RICHARD | 4823 VERONA DR NW | CALGARY ALBERTA, CANADA, NM, |
| A155252 BARRY JOHN | ST CATHARINE ONT. | CANADA, NM, |
| A155352 GREGORY JOHN | ROBINSAW HIGH STREET | |
| A155482 TUFAIL AHMAD | P7 A FLIGHT OPERATIONS | WEST SUSSEX , RH17 8ET, UNITED KINGDOM ,EU, |
| A155538 ISSAM FALK | AU TALBIA 541-5-4 | |
| A155638 GUGLIELMO | VIA GIUSEPPE CENNI 39 | |
| A155656 GIOACCHINO GINO | VIA DON BOSCO 26 | FUMICINO ROME, ITALY, EU, |
| A155701 IZAK | 21 KAZAN STREET | ORTONA-CH 66026, ITALY, EU, |
| A155723 BERT WILLIAM | 98 HUTCHISON AVENUE | ISRAEL, |
| A155777 GERARD | AUSTIN HUTCHISON AVENUE | ELLIOT LAKE ON, CANADA, NM, |
| A155912 FRANZ | RIETBURGSTR 1 | 6730 NEW STADT 19, GERMANY ,EU, |
| A155012 LEVY CASTELVI | ZUM WEISSEN STEIN 19 | FLIEDEN 36018, GERMANY , EU, |
| A155278 PAQUIZA | J441 KAPILIGAN ST ARANETA SUB | PHILIPPINES, WP, |
| A155278 ALLAN VICTOR | 2 NOVELL 1ST | AUSTRALIA, WP, |
| A155278 EDWARD PETER | PO BOX 2064 AL ALKHOBAR | AMMAN, JORDAN, |
| A155372 MINNZ FATEHALI | | |
| A155375 MARIN KHALIL | PO BOX 3041 | KENYA, |
| A155379 SHARIM KHALIL | ISLAMABAD | PAKISTAN, EU, |
| A155381 ASADULLAH | 184 F 6 3 ST NO 4 | JEDDAH | PAKISTAN, EU,1,05200?,112007,* |
| A155380 ASADOLLAH | PO BOX 1916-07 CC 971 | DOHA, 21231 SAUDI ARABIA, |
| A155381 MOHAMMAD | PO BOX 22550 QATAR AIRWAYS | QATAR, |
| A155324 SIVAKUMAR | H NO A-14 BLOCK B ROW 2 N CH 5 | KARACHI, PAKISTAN, WP, |
| A155496 LAURENT CHARLES | BLDG 291 PICCADILLY SELETAR ARPT. | GULSHAN-E-IQBAL-10-A |
| A155496 LAURENT CHARLES | 50 RUE CONVISART | SINGAPORE, 2879 SINGAPORE, WP, |
| A155550 BJORN ENGSTAD | C/O SAUDIA CC 942 PO BOX 167 BOX 56 | PARIS, FRANCE, EU, |
| A155926 ERIC WINDELL | 12 MORELAND CRES SHERWOOD PARK | JEDDAH, 21231 SAUDI ARABIA, |
| A155994 LUMI WINTE | 11 GILBERT GODWIN DR MERROW | ALBERTA T8A0P7, CANADA, NM, |
| A155059 CARL BIARNI | TIRA-STAHLUNDUR 19 | GUILDFORD SURREY , GU2 2TX, UNITED KINGDOM , NM, |
| A154060 TOMMIE | LARVIGATN 15C | GARDABAAR 210, ICELAND, |
| A154414 ANDREW | 26139 LANDSKRONA,1 | SWEDEN, EU, |
| A155424 KLAUS DIETER | GROSSBEERENSTR 33 | BREMEN 2800, WEST GERMANY, |
| A154135 PIERRE LEON | LINDENSTR 9 | 6531 SCHWEPPENHAU, GERMANY, EU, |
| A155264 SURAPHO | 7 JOHNISSENSTR 24 | JEDDAH, SAUDI ARABIA, |
| A154230 NAVED IQBAL | PO BOX 906 | 75010 ELSRUHE 51, WEST GERMANY, |
| A155424 FLOYD MALCOM | 179 TONGLAW SOI 9 SUKUMWIT RD 55, | NAIROBI, KENYA, EU, |
| A155188 ANDREW FRANCIS | 15 CRAWFORD AVENUE | BANGKOK,11, THAILAND, WP, |
| A154931 LASBI BHUSAN | 705 BRISTOL RD SOUTH PORCUPINE | SAULT STE MARIE, ONTARIO P6N 1K0, CANADA, NM, |
| A155089 JEAN BERTRAND | 25 AIRPORT CANNES-MANDELIEU | DONCASTER, CANADA, |
| A154009 THOMAS LEE | LYNDON FERRYBOAT LN OLD DENABY | MANDELIEU, 06210, FRANCE, UNITED KINGDOM, EU, |
| A155076 WEBRA | NO 166-6 EMBALADORES | MADRID, SPAIN, EU,1,062007,122007,* |
| A155978 LUPO | 3312 LA AVES W SANDER | CALGARY ALBERTA, CANADA, |
| A155337 MANFRED | CAVALLERO 1530 | ASUNCION, PARAGUAY, SO, |
| A155509 ROLF GUNTHER | THAI INTERNATIONAL AIRWAYS | BANGKOK AIRPORT, THAILAND, WP, |
| A155978 RICHARD | SP 161 N 32 | ITALY, EU,3,122005,122007,* |
| A155948 DIETER | AN DER HECKENSTIEG 8 | MONTE ARGENTARIO, 58019 |
| A155994 FRANCISCO JOSE | 221 LANDHAUSTR 22 | OSCHSENFURT, GERMANY, |
| A155435 LISELOTTE | GENNEGASSE 16 | 6900 HEIDELBERG, GERMANY, EU, |
| A155029 GEORGES M.I | 45 OSNA BRUCK | LANDSHUT, GERMANY, |
| A155660 PETER DONALD | AV PPAL UR LOMA LINDA # 114 | A 1139 VIENNA, AUSTRIA, |
| A155600 PETER DONALD | 30 PARK ROAD | GROSSE STRASSE, AUSTRIA, |
| A155634 MARTIN PAUL | PO BOX 167 | EL BATILLO CARACA, 1083, VENEZUELA, SO, |
| A155643 PETER ALLAN | UTA 2020/2 ONE CENTRALE OUEST | WIVENHOE ESSEX, UNITED KINGDOM, EU, |
| A156412 KENNETH WILLIAM | LA ROMANA | JEDDAH, SAUDI ARABIA, EU, |
| A156634 TERENCE JOHN | BELLADAR 72 HIGH ROAD | PUYRICARD, 13540, FRANCE, EU, |
| A155702 FRANCOIS | 14 MISCOVEY CLOSE LYNEHAM | JOISSY CEDEX, FRANCE, EU, |
| A155676 THOMAS GIBSON | 1850 BLOOR ST E APT 1402 | COLCHESTER ESSEX, UNITED KINGDOM, EU, |
| | 8 ALONIA VILLAS | MISSISSAUGA ONT., CANADA, NM, |
| | WINZERWEG 19 TMONT DR | CHIPPENHAM WILTS., UNITED KINGDOM, EU, |
| | 8/5740 SEYMOUR CRESCENT REGINA | SKARINOU, 7731 CYPRUS, EU, |
| | | SASK S4X 2B6, CANADA, NM, |