UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)<br>ECF Case |

### AFFIRMATION OF SEAN P. CARTER TRANSMITTING DOCUMENTS AND EVIDENCE IN OPPOSITION TO THE RENEWED MOTION TO DISMISS OF NATIONAL COMMERCIAL BANK

Sean P. Carter, Esq., affirms as follows:

1.  I am an attorney admitted to practice *pro hac vice* in the above-captioned matter, and a member of the law firm Cozen O'Connor. I submit this Affirmation to transmit to the Court the following documents and evidence submitted in Opposition to the Renewed Motion to Dismiss of National Commercial Bank.

2.  Exhibit "A" to this Affirmation is the decision in *Baker v. Socialist People's Libyan Arab Jamahiriya*, Civ. No. 03-749, slip op. 11 (D.D.C. June 30, 2005)

3.  Exhibit "B" to this Affirmation is Government's Memorandum of Law In Support of Motion to Dismiss Or, In The Alternative, For Summary Judgment, *Yassin Abdullah Kadi v. Timothy Geithner*, Civil Action No. 09-0108 (JDB), (D.D.C. May 22, 2009).

4.  Exhibit "C" to this Affirmation is a copy of the Docket in *Yassin Abdullah Kadi v. Timothy Geithner*, Civil Action No. 09-0108 (JDB), (D.D.C. May 22, 2009), retrieved via the ECF system on April 23, 2010.

5.  Exhibit "D" to this Affirmation is the *Amicus* Brief of the United States to the Supreme Court in *In re: Terrorist Attacks Upon the United States on September 11, 2001*.

6. Exhibit "E" to this Affirmation is the Amicus Brief of the United States in *Boim v. Holy Land Foundation for Relief and Development,* (7th Cir. December 3, 2008) *(Boim V).*

7. Exhibit "F" to this Affirmation is Plaintiffs' Summary of Allegations, Facts, and Evidence In Support of Their Theories of Specific Jurisdiction as to National Commercial Bank, and true and correct copies of Exhibits 1 through 116 thereto.[1]

8. Exhibit "G" to this Affirmation is the Affirmation of Sean P. Carter in Support of Plaintiffs' Request for Discovery Relevant to Plaintiffs' Theories of Specific Jurisdiction as to National Commercial Bank, and Exhibits thereto.

9. Affirmed in Philadelphia, Pennsylvania on April 23, 2010.

                  **/S/**
                  Sean P. Carter, Esquire

---

[1] Given the volume of the Exhibits to Plaintiffs' Summary of Allegations, Facts, and Evidence In Support of Their Theories of Specific Jurisdiction as to National Commercial Bank, those Exhibits are being submitted to the Court on a CD, in accordance with the April 20, 2010 Stipulation between the parties.