TOP SECRET        b1, b5



(U) AL-QADI has asserted that "I have never had any connection whatsoever with Al Haramain, the charity listed by the US Government."[28]



(U) Muwafaq's Albania Office, and Other AL-QADI Ties to Terrorism in Albania

(U) According to AL-QADI's submissions, he met Dr. Abdul Latif Saleh in 1992 at a medical conference. In 1993, AL-QADI and Saleh entered into a sugar importing business relationship establishing a company called Loks Holl Sh.P.K. registered in Albania. AL-QADI and Saleh established other business partnerships including a joint enterprise named Medicare Sh.P.K. and a construction business called Karavan, which later entered into a joint venture with Alinted.[29]

b1, b5

(U) In 1994 AL-QADI and Saleh set up the Muwafaq office in Albania with Saleh as the head of the operations there.[30]



[28] 12-19-2002 WS, p. 42.
[29] 12-19-2002 WS, p. 46, 73-4.
[30] 12-19-2002 WS, p. 48.

b1, b5

TOP SECRET        b1, b5

0007692

TOP SECRET



(U) Muwafaq ceased operations in Albania in 1997, according to AL-QADI'S submissions.[32]

(U) According to his submissions, AL-QADI claimed to be surprised when he learned in November 1999 that Saleh had been deported from Albania.[33] After Saleh was deported, AL-QADI allegedly questioned Saleh about any terrorist activities in which Saleh could have been involved, but AL-QADI declares that at no time was he aware until October 23, 2001 of any allegations that Abdul Latif Saleh was involved in terrorist activities.[34] By AL-QADI's account, he was apparently convinced that Saleh's deportation was a case of mistaken identity. AL-QADI declares that there is "clear evidence of a case of mistaken identity regarding a certain Dr. Abdul Latif Saleh. ... We believe that Dr. Saleh has been confused with an Egyptian citizen of the same name who was extradited by Albanian authorities for allegedly being a member of the Jihad Group."[35]



[32] 12-19-2002 WS, p. 50.
[33] 7-11-2003 Answers, p. 26.
[34] 7-11-2003 Answers, p. 26.
[35] 2-28-2003 Meeting, p. 9.

13

TOP SECRET

0007693

TOP SECRET b1, b5



(U) AL-QADI and Julaidan were "involved with a small-scale travel company named Abrar of Saudi Arabia. The focus of this business was to provide services to Muslim pilgrims especially during the pilgrimage season (Hajj) and throughout the year, for minor pilgrimages (Omrah)."[36]

(U) Additionally, AL-QADI gave shares of a business he owned, KA Stan, to Julaidan as a "reward for the assistance he provided to [AL-QADI's] charitable activities in Bosnia."[37]



---

[36] 2-28-2003 Meeting, p. 7.
[37] 12-19-2002 WS, p. 79
[38] 12-19-2002 WS, p. 76.

14

TOP SECRET b1, b5

0007694

(U) SDGT Chafiq Ayadi held **AL-QADI**'s shares in Depositna Banka as the nominee for **AL-QADI** from 1996 to 1998, and had a position with the bank until the end of 1998.[39]



[39] 7-11-2003 Answers, p. 21

15



(U) Muwafaq's Pakistan Office

(U) According to **AL-QADI**, he established the regional office of Muwafaq in Islamabad, Pakistan in 1992. The local director of the Foundation in Pakistan was Amir Mehdi. After an interview, Mehdi was hired because AL-QADI received "a good reference" for him. Later, Muwafaq was also registered in the City of Peshawar on August 13, 1995.[40]

(U) **AL-QADI** describes what his alleged first indication he received that his chosen head of the Islamabad office was an alleged terrorist. After more than two years of Mehdi's handling and distributing Muwafaq funds, "On March 21, 1995 the Pakistan Government raided the local offices of the Foundation in Islamabad. Subsequently, the officials of the

---

[40] 12-19-2002 WS, p.27.

16

TOP SECRET

TOP SECRET  b1, b5

FIA (the Pakistan security services) arrested Amir Mehdi on March 29, 1995. It should be noted that around this time the FIA also conducted raids and targeted other Muslim charities working in Pakistan with refugees."[41]

(U) According to open source reporting, it was the arrest of Ramzi Yousef for the first World Trade Center bombing in New York which triggered the raid on the Muwafaq office in Pakistan, as well as the offices of Mercy International. [Exhibit EEE.]



(U) According to AL-QADI's submissions, Amir Mehdi was arrested without any information from the FIA as to the grounds of his arrest. Subsequently, Mehdi was informed that telephone numbers including a telephone number installed at his residence had allegedly been used for contact by associates of terrorists operating in Pakistan and abroad. Mehdi was eventually released. AL-QADI claims that, "At no time have I ever been aware of any link or connection between Amir Mehdi and any terrorist activity." However, Mehdi's employment was terminated following his release in 1995 and the charity was closed permanently in 1997.[42]



(U) AL-QADI provides evidence that Muwafaq was closed in Pakistan in April 1997. So far as Mr. AL-QADI knows, the assets of Muwafaq in Pakistan were disposed of upon its closure in Pakistan in 1997.[43]



---

[41] 12-19-2002 WS, p.31.
[42] 12-19-2002 WS, p.31-32.
[43] 7-11-2003 Answers, p. 7-8.

TOP SECRET  b1, b5

0007697

TOP SECRET    b1, b5



b1, b5, b7D

### (U) Muwafaq's Sudan Office

(U) In the 1991-93 time frame, Sudan became the first country in which Muwafaq was active.[45] At the time that Muwafaq opened its Sudanese office, Usama Bin Ladin was based in Sudan. In May 1996, Bin Ladin left Sudan for Afghanistan. [Exhibit SSS]

(U) According to AL-QADI's submissions, in 1996, he made the decision to close the Muwafaq office in Sudan. He and Muwafaq's other trustees were fighting a libel action regarding the allegations published in *Africa Confidential*, which implicated Muwafaq in terrorism. AL-QADI instructed Muwafaq's Sudanese director, Siraj el Din Bari, to close down the activities of Muwafaq in Sudan, and Muwafaq eventually ceased its activities completely in Sudan at the end of 1996.[46]

(U) AL-QADI has submitted documentation supporting his claim that he was successful in a libel action in the United Kingdom against the publication, and that *Africa Confidential* agreed to a Statement in Open Court which stated that no person named Siraj Mohammed Hussein had ever worked for Muwafaq or was in any way associated with Muwafaq.[47]

(U) The outcome of that case does not establish that Muwafaq was not involved with terrorists.



b1, b5

---

b1, b5

[45] 12-19-2002 WS, p. 21.
[46] 12-19-2002 WS, p. 24-25.
[47] 12-17-2001 WS, at 11. YAK2, p. 54-56.

18

TOP SECRET    b1, b5

0007698

TOP SECRET ███ b1, b5 ███

(U) <u>Muwafaq Support for SDGT Makhtab al-Khidamat</u>

(U) **AL-QADI** asserts that to the best of his knowledge, neither Muwafaq nor any of its employees or personnel has ever supported MK, that he personally has never had anything to do with this organization, and that the organization ceased to exist in 1989.[48]

███ b1, b5 ███ MK was included in the Annex to E.O. 13224 as an SDGT on September 23, 2001. ███

███ b1, b5 ███

███ b1, b5, b7D ███

███ b1, b5 ███

(U) <u>Muwafaq Support for SDGT Abu Sayyaf Group and HAMAS</u>

(U) **AL-QADI** asserts that to the best of his knowledge neither Muwafaq nor any of its employees or personnel has ever supported the Abu Sayyaf organization or had any form of transactions or connections with it.[49]

███ b1, b5, b7D ███

---

[48] 7-11-2003 Answers, p. 9.
[49] 7-11-2003 Answers, p. 9.

19

TOP SECRET ███ b1, b5 ███

0007699