

ISLAMIC BUSINESS ECONOMICS, TRAINING PROGRAMS BASED ON ISLAMIC LAW AND THE PRACTICAL ASPECTS OF ISLAMIC BANKING. NMMC IS THE EXCLUSIVE CONSULTANT FOR ONE OF THE LARGEST BUSINESS BANKS IN HE MIDDLE EAST. INTERNATIONAL FINANCING INSTITUTONS SUCH AS BANKERS TRUST, WELLINGTON MANAGEMENT, GOLDMAN SATS, CITIBANK, CHASE INVESTMENT BANK AN OTHERS SEEK ADVICE FROM NMMC FOR THEIR ISLAMIC ROJECTS.

PRESIDENT - CORDOBA CO. LTD. JEDDAH, SAUDI ARABIA. THIS COMPANY IS ENGAGED IN REAL ESTATE AND CONSTRUCTION AND DEVELOPMENT IN SAUDI ARABIA. IN THE PAST THE COMPANY GUARANTEED, FINANCED AND COMPLETED LARGE HOUSING PROJECTS WITHIN AN EXCLUSIVE RESIDENTIAL ZONE IN JEDDAH.

DIRECTOR - SHIFA INTERNATIONAL HOSPITALS LTD. ISLAMABAD, PAKISTAN (SHIFA INTERNATIONAL HOSPITAL). MEMBER OF THE BOARD. THE COMPANY IS INVOLVED IN DELIVERING PRIVATE HEALTH CARE. SHIFA INTERNATIONAL IS A HIGHLY REPUTABLE HOSPITAL SPECIALIZING IN ONCOLOGY, CARDIOLOGY, ENDOCRINOLOGY, NEPHROLOGY NEUROLOGY, SURGERY AND 18 MORE SPECIALIZED SERVICES. ANALYSTS SEE THE HOSPITAL EVENTUALLY EVOLVING INTO A UNIVERSITY HOSPITAL FACILITY OF WORLD CLASS CALIBER FOR SOUTH AND SOUTHEAST ASIA, PROVIDING HEALTH CARE EQUAL TO OTHER INTERNATIONALLY RESPECTED HOSPITALS.

DIRECTOR - HIMONT CHEMICALS (PRIVATE) LTD. & HIMONT PHARMACEUTICAL (PRIVATE) LTD., LAHORE, PAKISTAN. BOTH ARE MANUFACTURING FACILITIES BASED ON TECHNOLOGY TRANSFER. PHARMACEUTICALS TO BE PRODUCED INCLUDE SULPHAMETHOXZXOLA (950 TONS) AND ALBROFEN (220 TONS), WHICH WILL SATISFY THE NEED OF A COUNTRY WITH A POPULATION OF 120 MILLION. IT WILL ALSO PRODUCE QUINOLONES (50 TONS) AND BEZODIAZEPINES, AN ANTIBIOTIC WHICH IS IN DEMAND BY DOMESTIC AND FOREIGN PHARMACEUTICAL FIRMS. HIMONT PHARMACEUTICAL HAS OVER 100 REGISTERED PRODUCTS AND OVER 120 DISTRIBUTORS FOR ITS GENERIC PREPARATIONS.

PRESIDENT: ELLA PRODUCTIONS, ISTANBUL, TURKEY. PRODUCTION AND DISTRIBUTION OF VIDEO CASSETTES AND ANIMATED FILMS AND MEDIA FOR FAMILY ENTERTAINMENT AND EDUCATIONAL PURPOSES.

DIRECTOR: P TECH INC. (BOSTON). COMPANY DOES ANNUAL BUSINESS OF USD 20 MILLION IN APPLIED SOFTWARE APPLICATIONS, SOFTWARE DEVELOPMENT AND BUSINESS RE-ENGINEERING. CLIENTS INCLUDE CIBA - GIEGY, PHILLIP MORRIS, AND OTHER FORTUNE 500 FIRMS LOCATED NEAR



0007734

HARVARD UNIVERSITY AND MIT. PTECH INC. CAMBRIDGE ALSO HAS BRANCHES IN HOUSTON AND SAN FRANCISCO.

BOND
BT
#5394
D69A


UNCLASSIFIED

UNCLASSIFIED