

## COZEN
## O'CONNOR

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com

**Sean P. Carter**
Direct Phone   215.665.2105
Direct Fax     215.701.2105
scarter@cozen.com

May 7, 2009

**VIA HAND DELIVERY**

The Honorable Frank B. Maas
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 740
New York, NY 10007

  Re: *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD)

Dear Judge Maas:

  In accordance with Your Honor's request at the April 30, 2009 discovery conference, I am enclosing copies of the operative Complaints in the *Ashton, Burnett* and *Federal Insurance* cases, as well as RICO Statements and related submissions relevant to the present discovery dispute concerning National Commercial Bank (NCB). More specifically, I have enclosed the following RICO Statements and relevant submissions:

- The *Federal Insurance* First Amended Complaint (not including the Amendments thereto in the form of Incorporated More Definite Statements, RICO Statements and Rule 15(d) Supplemental Pleadings)

- The *Federal Insurance* RICO Statement Applicable to Yasin Abdullah Al Qadi

- The *Federal Insurance* RICO Statement Applicable to Khalid Bin Mahfouz

- The *Federal Insurance* Amended RICO Statement Applicable to Abdul Rahman Bin Mahfouz

- The *Federal Insurance* RICO Statement Applicable to the NCB Entities

May 7, 2009
Page 2

---

- The *Federal Insurance* RICO Statement Applicable to the Saudi Joint Committee for Relief of Kosovo and Chechnya

- The *Federal Insurance* RICO Statement Applicable to the Muslim World League Group

- The *Federal Insurance* RICO Statement Applicable to the World Assembly of Muslim Youth

- The *Federal Insurance* Plaintiffs' April 25, 2008 Submission to the Honorable George B. Daniels, including all exhibits

- The *Federal Insurance* Plaintiffs' August 15, 2008 Submission to the Honorable Frank Maas, including all exhibits

- The *Federal Insurance* Plaintiffs' April 15, 2009 Submission to the Honorable Frank Maas

As Your Honor is aware, the plaintiffs in the *O'Neill, Cantor Fitzgerald, New York Marine,* and *Continental* cases also have an interest in the present dispute. For purposes this dispute, the pleadings in those cases do not materially differ from those of the *Federal Insurance* plaintiffs. As a result, I have not included those voluminous pleadings in this package.

Respectfully submitted,

COZEN O'CONNOR

BY: SEAN P. CARTER

SPC/bdw
Enclosure
cc:   The Honorable George B. Daniels (Via Hand Delivery) (w/o enc.)
      All counsel of Record (Via email) (w/o enc.)

PHILADELPHIA\5132791\1 117430.000