UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL No. 1570 (GBD) |

**This document relates to:**
All cases

### Affidavit of Alice Hoagland

I, Alice Hoagland, state the following:

1. I am the mother of Mark K. Bingham, who was on board United Flight 93, when it was hijacked by al Qaeda terrorists and crashed into a field in rural Shanksville, Pennsylvania on September 11, 2001. I tragically lost my son in the September 11 attacks.

2. Inspired by the heroic acts of my son and the others on Flight 93 who stopped the terrorists from crashing the aircraft into a U.S. government building and killing hundreds or thousands more people on that day, my family decided to pursue an avenue of civil litigation with the aim of accounting for how terrorists are financially and otherwise enabled to commit their uncivilized, barbaric attacks, and disabling or de-incentivizing those involved in that process.

3. I, along with the many families of others killed on September 11, 2001, initiated this lawsuit in 2002, in order to obtain some measure of justice for my son's death, to hold accountable those whose intentional acts facilitated the attacks, and to the extent possible, prevent it from happening again.

4. It has been nearly 8 years since we filed of this lawsuit, and I understand that the claims against nearly all of the defendants still have not proceeded beyond initial motions stage and the Court has prevented the plaintiffs from learning even the most basic information about the defendants, including information about a number of defendants that have been designated as terrorists by the U.S. government for years.

5. I fear that continued delays in this litigation will prevent me from ever seeing justice for my murdered son during my lifetime.

I declare under penalty of perjury that the foregoing statements are true and correct, based on my knowledge, information and belief.

Executed on February 1, 2010
   Los Gatos, California

*Alice A. Hoagland*
ALICE HOAGLAND