# Exhibit B
# (Part  2)

# ATTACHMENT 9

**FAA FOIA Records**

# Mid East Jet, Inc.

PO BOX 9935 JEDDAH 21423 - SAUDI ARABIA
Tel: (9662) – 606-0031 – 606-1309 – 606-1661
Fax: (9662) 606-0857
Email: JKGhoari@MSN.Com

NOVEMBER 13, 2002

## TO WHOM IT MAY CONCERN

THIS IS TO ADVISE THAT MID EAST JET, INC AUTHORIZES L3
COMMUNICATIONS, WACO TEXAS TO ACT AS OUR AGENT FOR FAA
MATTERS RELATING TO THE ISSUING THE FAA FORM 8130-6 APPLICATION
FOR AN AIRWORTHINESS CERTIFICATE FOR THE AIRCRAFT LISTED BELOW.

THE AIRCRAFT IDENTIFIED IS ON A FAA APPROVED MANUFACTURERS
INSPECTION PROGRAM AND IS CURRENT.

MANUFACTURER:     BOEING

SERIAL NUMBER:      29271

MODEL:                     B777-24Q

ANY QUESTIONS REGARDING THIS AUTHORIZATION LETTER, PLEASE
CONTACT THE UNDERSIGNED.

SINCERELY

JAWAID K. GHOARI
DIRECTOR OF MAINTENANCE

Notary Gail Davis

GAIL DAVIS
Notary Public, State of Texas
My Commission Expires
March 12, 2004

ASH010001

Form Approved
O.M.B. No. 2120-0018

**APPLICATION FOR AIRWORTHINESS CERTIFICATE**

U.S. Department of Transportation
Federal Aviation Administration

INSTRUCTIONS — Print or type. Do not write in shaded areas; these are for FAA use only. Submit original only to an authorized FAA Representative. If additional space is required, use an attachment. For special flight permits complete Sections II and VI or VII as applicable.

## I. AIRCRAFT DESCRIPTION

| 1. REGISTRATION MARK | 2. AIRCRAFT BUILDER'S NAME (Make) | 3. AIRCRAFT MODEL DESIGNATION | 4. YR. MFR. | FAA CODING |
|---|---|---|---|---|
| N757MA | BOEING | 757-240 | 1997 | 1384960 |
| 5. AIRCRAFT SERIAL NO. | 6. ENGINE BUILDER'S NAME (Make) | 7. ENGINE MODEL DESIGNATION | | 52121 |
| 28463 | PRATT AND WHITNEY | PW2040 | | |
| 8. NUMBER OF ENGINES | 9. PROPELLER BUILDER'S NAME (Make) | 10. PROPELLER MODEL DESIGNATION | 11. AIRCRAFT IS (Check if applicable) | |
| 2 | N/A | N/A | IMPORT | |

## II. CERTIFICATION REQUESTED

APPLICATION IS HEREBY MADE FOR: (Check applicable items)

| A | 1 | X | STANDARD AIRWORTHINESS CERTIFICATE (Indicate category) | NORMAL | UTILITY | ACROBATIC | X | TRANSPORT | | GLIDER | | BALLOON |

| B | | SPECIAL AIRWORTHINESS CERTIFICATE (Check appropriate items) |

| | 2 | LIMITED |
| | 5 | PROVISIONAL (Indicate class) | | 1 | CLASS I |
| | | | | 2 | CLASS II |
| | 3 | RESTRICTED (Indicate operation(s) to be conducted) | 1 | AGRICULTURE AND PEST CONTROL | 2 | AERIAL SURVEYING | 3 | AERIAL ADVERTISING |
| | | | 4 | FOREST (Wildlife conservation) | 5 | PATROLLING | 6 | WEATHER CONTROL |
| | | | 7 | CARRIAGE OF CARGO | 0 | OTHER (Specify) | | |
| | 4 | EXPERIMENTAL (Indicate operation(s) to be conducted) | 1 | RESEARCH AND DEVELOPMENT | 2 | AMATEUR BUILT | 3 | EXHIBITION |
| | | | 4 | RACING | 5 | CREW TRAINING | | MKT. SURVEY |
| | | | 0 | TO SHOW COMPLIANCE WITH FAR | | | |
| | 8 | SPECIAL FLIGHT PERMIT (Indicate operation to be conducted, then complete Section VI or VII as applicable on reverse side) | 1 | FERRY FLIGHT FOR REPAIRS, ALTERATIONS, MAINTENANCE OR STORAGE |
| | | | 2 | EVACUATE FROM AREA OF IMPENDING DANGER |
| | | | 3 | OPERATION IN EXCESS OF MAXIMUM CERTIFICATED TAKE-OFF WEIGHT |
| | | | 4 | DELIVERING OR EXPORT | 5 | PRODUCTION FLIGHT TESTING |
| | | | 6 | CUSTOMER DEMONSTRATION FLIGHTS |
| C | 6 | MULTIPLE AIRWORTHINESS CERTIFICATE (Check ABOVE "Restricted Operation" and "Standard" or "Limited," as applicable.) |

## III. OWNER'S CERTIFICATION

**A. REGISTERED OWNER** (As shown on certificate of aircraft registration)        IF DEALER, CHECK HERE ►

| NAME | ADDRESS |
|---|---|
| FIRST SECURITY BANK NA | 79 SOUTH MAIN STREET SALT LAKE CITY UT, 84111 |

**B. AIRCRAFT CERTIFICATION BASIS** (Check applicable blocks and complete items as indicated)

| AIRCRAFT SPECIFICATION OR TYPE CERTIFICATE DATA SHEET (Give No. and Revision No.) A2NM | AIRWORTHINESS DIRECTIVES (Check if all applicable AD's complied with and give latest AD No.) 97-25 |
|---|---|
| AIRCRAFT LISTING (Give page number(s)) N/A | SUPPLEMENTAL TYPE CERTIFICATE (List number of each STC incorporated) SEE ATTACHMENT |

**C. AIRCRAFT OPERATION AND MAINTENANCE RECORDS**

| CHECK IF RECORDS IN COMPLIANCE WITH FAR XXXXX ☑ | TOTAL AIRFRAME HOURS | EXPERIMENTAL ONLY (Enter hours flown since last certificate issued or renewed) |
|---|---|---|
| 91.417 | 30:17 | N/A |

**D. CERTIFICATION** — I hereby certify that I am the registered owner (or his agent) of the aircraft described above, that the aircraft is registered with the Federal Aviation Administration in accordance with Section 501 of the Federal Aviation Act of 1958, and applicable Federal Aviation Regulations, and that the aircraft has been inspected and is airworthy and eligible for the airworthiness certificate requested.

| DATE OF APPLICATION | NAME AND TITLE (Print or type) | SIGNATURE |
|---|---|---|
| 12/19/97 | MOHAMMED AL HANNO AGENT | |

## IV. INSPECTION AGENCY VERIFICATION

A. THE AIRCRAFT DESCRIBED ABOVE HAS BEEN INSPECTED AND FOUND AIRWORTHY BY (Complete the section only if FAR 21.183(d) applies.)

| 1 | FAR PART 121 OR 127 CERTIFICATE HOLDER (Give Certificate No.) | 3 | CERTIFICATED MECHANIC (Give Certificate No.) | 6 | X | CERTIFICATED REPAIR STATION (Give Certificate No.) QV1Y440K |
| 5 | AIRCRAFT MANUFACTURER (Give name of firm) BOEING |

| DATE | TITLE | SIGNATURE |
|---|---|---|
| 12/19/97 | Q.C INSPECTOR | |

## V. FAA REPRESENTATIVE CERTIFICATION

| (Check ALL applicable blocks in items A and B) | | THE CERTIFICATE REQUESTED |
|---|---|---|
| A. I find that the aircraft described in Section I or VII meets requirements for: | 4 | AMENDMENT OR MODIFICATION OF CURRENT AIRWORTHINESS CERTIFICATE |
| B. Inspection for a special flight permit under Section VII was conducted by: | FAA INSPECTOR | FAA DESIGNEE |
| | CERTIFICATE HOLDER UNDER: | FAR 65 | FAR 121, 127 or 135 | FAR 145 |

| DATE | DISTRICT OFFICE | DESIGNEE'S SIGNATURE AND NO. | FAA INSPECTOR'S SIGNATURE |
|---|---|---|---|
| 12/19/97 | SW-MIDO-43 | Jack D Castleman DARF743028SW | |

FAA Form 8130-6 (11-88) SUPERSEDES PREVIOUS EDITION

3 0 - 0 0 0 0 2 1 3 1 8

5-1

**AFFIDAVIT OF CITIZENSHIP**

STATE OF UTAH      )
                        ) ss:
COUNTY OF SALT LAKE  )

The undersigned, having first been duly sworn, deposes and says:

1.     He is a duly elected and qualified officer of First Security Bank, National Association, a national banking association;

2.     The Bank is the Owner Trustee ("Owner Trustee") under the Trust Agreement dated as of January 10, 1997 (the "Trust Agreement"), with Mid-East Jet, Inc., a Delaware corporation, as trustor, (the "Trustor");

3.     Owner Trustee is an applicant for registration under Title 49 of the United States Code (the "Code"), of one (1) Boeing 757-24Q aircraft with manufacturer's serial number 28463 and United States registration number N757MA  (the "Aircraft");

4.     The Owner Trustee is a "citizen of the United States" as such term is defined in Section 40102(a)(15) of the Code;

5.     There are no persons whose security interest in the Aircraft is incorporated in the trust within the meaning of 14 C.F.R. 47.7 (1989);

6.     The Trustor is not currently a "citizen of the United States" as defined in Section 40102(a)(15) of Title 49 of the United States Code; and

7.     The sole beneficiary of the trust created pursuant to the Trust Agreement is the Trustor and the Owner Trustee is not aware of any reason, situation or relationship involving the Trustor or other persons who are not "citizens of the United States" as defined in Section 40102(a)(15) of Title 49 of the United States Code or resident aliens as a result of which these persons would have more than twenty-five percent (25%) of the aggregate power to influence or limit the exercise of Owner Trustee's authority under the Trust Agreement.

By: _____
Name: Greg A. Hawley
Title:  Vice President

Subscribed and Sworn to before
me this 22nd of January, 1997

_____
Notary Public
My commission expires

NOTARY PUBLIC
DIANNE DIAZ
79 South Main
S.L.C., UT  84111
COMMISSION EXPIRES
NOV. 30, 1998
STATE OF UTAH

affid\uscitiz\33126

6

**US Department of Transportation Federal Aviation Administration**

## MAJOR REPAIR AND ALTERATION
### (Airframe, Powerplant, Propeller, or Appliance)

RECEIVED

MAR 17 1999

SEATTLE FSDO-FAA

| | |
|---|---|
| Form Approved OMB No. 2120-0020 | |
| For FAA Use Only | |
| Office Identification | VMO11999 09876 |

INSTRUCTIONS: Print or type all entries. See FAR 43.9, FAR 43 Appendix B, and AC 43.9-1 (or subsequent revision thereof) for instructions and disposition of this form. This report is required by law (49 U.S.C. 1421). Failure to report can result in a civil penalty not to exceed $1,000 for each such violation (Section 901 Federal Aviation Act of 1958).

| 1. Aircraft | Make BOEING | Model 737-74Q |
|---|---|---|
| | Serial No. 29135 | Nationality and Registration Mark USA   N737CC |

| 2. Owner | Name   (As shown on registration certificate) MID-EAST JET, INC. | Address   (As shown on registration certificate) P.O. Box 9935 Jeddah 21423 Jeddah, Saudi Arabia |
|---|---|---|

### 3. For FAA Use Only

### 4. Unit Identification

| | | | | 5. Type | |
|---|---|---|---|---|---|
| Unit | Make | Model | Serial No. | Repair | Alteration |
| Airframe | | (As described in Item 1 above) | | | |
| Powerplant | CFMI | CFM56-7B26/B1G14 | 874557 | XX | |
| Propeller | | | | | |
| Appliance | Type | | | | |
| | Manufacturer | | | | |

### 6. Conformity Statement

| A. Agency's Name and Address | B. Kind of Agency | | C. Certificate No. |
|---|---|---|---|
| *General Electric Aircraft Engine Support Facility* *3415 So. 116th Street, Suite 123* *Tukwila, WA 98168   U.S.A.* | | U.S. Certificated Mechanic | *IE6R610N* *Airframe and Powerplant Limited* |
| | | Foreign Certificated Mechanic | |
| | XX | Certificated Repair Station | |
| | | Manufacturer | |

D. I certify that the repair and/or alteration made to the unit(s) identified in item 4 above and described on the reverse or attachments hereto have been made in accordance with the requirements of Part 43 of the U.S. Federal Aviation Regulations and that the information furnished herein is true and correct to the best of my knowledge.

| Date 2/19/99 | Signature of Authorized Individual William R. Burks |
|---|---|

### 7. Approval for Return to Service

Pursuant to the authority given persons specified below, the unit identified in item 4 was inspected in the manner prescribed by the Administrator of the Federal Aviation Administration and is [ XX ] APPROVED   [ ] REJECTED

| BY | FAA Flt. Standards Inspector | | Manufacturer | | Inspection Authorization | Other   (Specify) |
|---|---|---|---|---|---|---|
| | FAA Designee | XX | Repair Station | | Person Approved by Transport Canada Airworthiness Group | |

| Date of Approval or Rejection 2/19/99 | Certificate or Designation No. *IE6R610N* | Signature of Authorized Individual William R. Burks |
|---|---|---|

FAA Form 337 (12-88)

ASH010357

S-1

## AFFIDAVIT OF CITIZENSHIP

STATE OF UTAH          )
                            ) ss:
COUNTY OF SALT LAKE   )

The undersigned, having first been duly sworn, deposes and says:

1.      He is a duly elected and qualified officer of First Security Bank, National Association, a national banking association;

2.      The Bank is the Owner Trustee ("Owner Trustee") under the Trust Agreement dated as of September 16, 1996 (the "Trust Agreement"), with Mid-East Jet, Inc., a Delaware, as trustor, (the "Trustor");

3.      Owner Trustee is an applicant for registration under Title 49 of the United States Code (the "Code"), of one (1) Boeing 767-24QER aircraft with manufacturer's serial number 28270 and United States registration number N767KS  (the "Aircraft");

4.      The Owner Trustee is a "citizen of the United States" as such term is defined in Section 40102(a)(15) of the Code;

5.      There are no persons whose security interest in the Aircraft is incorporated in the trust within the meaning of 14 C.F.R. 47.7 (1989);

6.      The Trustor is not currently a "citizen of the United States" as defined in Section 40102(a)(15) of Title 49 of the United States Code; and

7.      The sole beneficiary of the trust created pursuant to the Trust Agreement is the Trustor and the Owner Trustee is not aware of any reason, situation or relationship involving the Trustor or other persons who are not "citizens of the United States" as defined in Section 40102(a)(15) of Title 49 of the United States Code or resident aliens as a result of which these persons would have more than twenty-five percent (25%) of the aggregate power to influence or limit the exercise of Owner Trustee's authority under the Trust Agreement.

By: _____
            Name: Greg A. Hawley
            Title: Vice President

Subscribed and Sworn to before
me this 26th of  September, 1996

_____
Notary Public
My commission expires _____

```
NOTARY PUBLIC
JANICE BRYANT
405 South Main 2nd Flr.
S.L.C. UT  84111
COMMISSION EXPIRES
SEPT. 14, 1997
STATE OF UTAH
```

affid\uscitiz\32933

ASH010375

DUPLICATE ORIGINAL

UNITED STATES OF AMERICA
U.S. DEPARTMENT OF TRANSPORTATION FEDERAL AVIATION ADMINISTRATION

## AIRCRAFT BILL OF SALE

FORM APPROVED
OMB NO. 2120-0042

0 3 5 2    4-1

P 0 8 3 8 0

**FOR AND IN CONSIDERATION** **\*and other valuable considerations** **\*the** UNDERSIGNED OWNER(S) OF THE**\*FULL\*** LEGAL AND BENEFICIAL TITLE OF THE AIRCRAFT DES-CRIBED AS FOLLOWS:

| UNITED STATES REGISTRATION NUMBER | N   767KS |
|---|---|
| AIRCRAFT MANUFACTURER & MODEL | BOEING MODEL 767-24QER |
| AIRCRAFT SERIAL No. | 28270 |

DOES THIS **4th** DAY OF October, 19 96, HEREBY SELL, GRANT, TRANSFER AND DELIVER ALL RIGHTS, TITLE, AND INTERESTS IN AND TO SUCH AIRCRAFT UNTO:

CONVEYANCE RECORDED

OCT 4   1 37 PM '96

FEDERAL AVIATION
Do Not Write In This Block
FOR FAA USE ONLY

**PURCHASER**

NAME AND ADDRESS
(IF INDIVIDUAL(S), GIVE LAST NAME, FIRST NAME, AND MIDDLE INITIAL)

First Security Bank,
National Association, not in its individual
capacity but solely as Owner Trustee, *under Trust*
79 South Main Street *agreement dated*
Salt Lake City, Utah 84111 *as of Sept. 16, 1996,*
*with Mid East Airline*
*as Trustor*

DEALER CERTIFICATE NUMBER

AND TO **its successors** EXECUTORS, ADMINISTRATORS, AND ASSIGNS TO HAVE AND TO HOLD SINGULARLY THE SAID AIRCRAFT FOREVER, AND WARRANTS THE TITLE THEREOF.**\*\*\*\*\***

IN TESTIMONY WHEREOF **we** HAVE SET **our** HAND AND XXX THIS **4th** DAY OF Oct., 19 96.

**SELLER**

| NAME (S) OF SELLER (TYPED OR PRINTED) | SIGNATURE (S) (IN INK) (IF EXECUTED FOR CO-OWNERSHIP ALL MUST SIGN.) | TITLE (TYPED OR PRINTED) |
|---|---|---|
| BOEING SALES CORPORATION | *[signature]* S. K. Creighton | Attorney-In-Fact |
| | | |
| | | |

ACKNOWLEDGMENT. (NOT REQUIRED FOR PURPOSES OF FAA RECORDING: HOWEVER, MAY BE REQUIRED BY LOCAL LAW FOR VALIDITY OF THE INSTRUMENT.) The original of this Bill of Sale is being delivered by Seller to Purchaser in International Airspace at 47 degrees 54 minutes 45 seconds N. Latitude and 125 degrees 22 minutes 06 seconds W. Longitude. This duplicate original is being filed with the FAA to evidence such transfer.

AC Form 8050-2 (9-92) (NSN 0052-00-629-0003) Supersedes Previous Edition

ASH010376

Form Approved
O.M.B. No. 2120-0018

## APPLICATION FOR AIRWORTHINESS CERTIFICATE

US Department of Transportation
Federal Aviation Administration

**INSTRUCTIONS** — Print or type. Do not write in shaded areas; these are for FAA use only. Submit original only to an authorized FAA Representative. If additional space is required, use an attachment. For special flight permits complete Sections II and VI or VII as applicable.

### I. AIRCRAFT DESCRIPTION

| 1. REGISTRATION MARK | 2. AIRCRAFT BUILDER'S NAME (Make) | 3. AIRCRAFT MODEL DESIGNATION | 4. YR. MFR. | FAA CODING |
|---|---|---|---|---|
| N767KS | BOEING | 767-24Q | 1996 | 1385104 |
| 5. AIRCRAFT SERIAL NO. | 6. ENGINE BUILDER'S NAME (Make) | 7. ENGINE MODEL DESIGNATION | | 50026 |
| 28270 | GENERAL ELECTRIC | CF6-80C2B7F | | |
| 8. NUMBER OF ENGINES | 9. PROPELLER BUILDER'S NAME (Make) | 10. PROPELLER MODEL DESIGNATION | 11. AIRCRAFT IS (Check if applicable) | |
| 2 | N/A | N/A | IMPORT | |

### II. CERTIFICATION REQUESTED

APPLICATION IS HEREBY MADE FOR: (Check applicable items)

| A | 1 | X | STANDARD AIRWORTHINESS CERTIFICATE (Indicate category) | NORMAL | UTILITY | ACROBATIC | X | TRANSPORT | GLIDER | BALLOON |

| B | | | SPECIAL AIRWORTHINESS CERTIFICATE (Check appropriate items) |

| | 2 | | LIMITED |

| | 5 | | PROVISIONAL (Indicate class) | 1 | CLASS I |
| | | | | 2 | CLASS II |

| | 3 | | RESTRICTED (Indicate operation(s) to be conducted) | 1 | AGRICULTURE AND PEST CONTROL | 2 | AERIAL SURVEYING | 3 | AERIAL ADVERTISING |
| | | | | 4 | FOREST (Wildlife conservation) | 5 | PATROLLING | 6 | WEATHER CONTROL |
| | | | | 7 | CARRIAGE OF CARGO | 0 | OTHER (Specify) |

| | 4 | | EXPERIMENTAL (Indicate operation(s) to be conducted) | 1 | RESEARCH AND DEVELOPMENT | 2 | AMATEUR BUILT | 3 | EXHIBITION |
| | | | | 4 | RACING | 5 | CREW TRAINING | | MKT. SURVEY |
| | | | | 0 | TO SHOW COMPLIANCE WITH FAR |

| | 8 | | SPECIAL FLIGHT PERMIT (Indicate operation to be conducted, then complete Section VI or VII as applicable on reverse side) | 1 | FERRY FLIGHT FOR REPAIRS, ALTERATIONS, MAINTENANCE OR STORAGE |
| | | | | 2 | EVACUATE FROM AREA OF IMPENDING DANGER |
| | | | | 3 | OPERATION IN EXCESS OF MAXIMUM CERTIFICATED TAKE-OFF WEIGHT |
| | | | | 4 | DELIVERING OR EXPORT | 5 | PRODUCTION FLIGHT TESTING |
| | | | | 6 | CUSTOMER DEMONSTRATION FLIGHTS |

| C | 6 | | MULTIPLE AIRWORTHINESS CERTIFICATE (Check ABOVE "Restricted Operation" and "Standard" or "Limited," as applicable.) |

### III. OWNER'S CERTIFICATION

| A. REGISTERED OWNER (As shown on certificate of aircraft registration) | | IF DEALER, CHECK HERE ▶ |

| NAME | ADDRESS |
| FIRST SECURITY BANK NA TRUSTEE | 79 S MAIN ST |
| | SALT LAKE CITY UT 84111-1901 |

B. AIRCRAFT CERTIFICATION BASIS (Check applicable blocks and complete items as indicated)

| X | AIRCRAFT SPECIFICATION OR TYPE CERTIFICATE DATA SHEET (Give No. and Revision No.) A1NM, REVISION 15 | X | AIRWORTHINESS DIRECTIVES (Check if all applicable AD's complied with and give latest AD No.) 98-09 |
| X | AIRCRAFT LISTING (Give page number(s)) N/A | X | SUPPLEMENTAL TYPE CERTIFICATE (List number of each STC incorporated) ST00587LA   ST09479SC |

C. AIRCRAFT OPERATION AND MAINTENANCE RECORDS

| X | CHECK IF RECORDS IN COMPLIANCE WITH FAR XXXXX 91.417 | TOTAL AIRFRAME HOURS 46:45 | 3 | EXPERIMENTAL ONLY (Enter hours flown since last certificate issued or renewed) N/A |

D. CERTIFICATION — I hereby certify that I am the registered owner (or his agent) of the aircraft described above, that the aircraft is registered with the Federal Aviation Administration in accordance with Section 501 of the Federal Aviation Act of 1958, and applicable Federal Aviation Regulations, and that the aircraft has been inspected and is airworthy and eligible for the airworthiness certificate requested

| DATE OF APPLICATION 05-07-98 | NAME AND TITLE (Print or type) T.W. ROGERS Director of Operations | SIGNATURE |

### IV. INSPECTION AGENCY VERIFICATION

A. THE AIRCRAFT DESCRIBED ABOVE HAS BEEN INSPECTED AND FOUND AIRWORTHY BY: (Complete the section only if FAR 21.183(d) applies)

| 1 | | 2 | FAR PART 121 OR 127 CERTIFICATE HOLDER (Give Certificate No.) | | 3 | CERTIFICATED MECHANIC (Give Certificate No.) | 6 | X | CERTIFICATED REPAIR STATION (Give Certificate No.) QV1Y440K |
| | | 5 | AIRCRAFT MANUFACTURER (Give name of firm) |

| DATE 05-07-98 | TITLE INSPECTOR QUALITY CONTROL | SIGNATURE |

### V. FAA REPRESENTATIVE CERTIFICATION

(Check ALL applicable blocks in items A and B)

| A. I find that the aircraft described in Section I or VII meets requirements for | X | THE CERTIFICATE REQUESTED |
| | 4 | AMENDMENT OR MODIFICATION OF CURRENT AIRWORTHINESS CERTIFICATE |

| B. Inspection for a special flight permit under Section VII was conducted by: | FAA INSPECTOR | FAA DESIGNEE |
| | CERTIFICATE HOLDER UNDER: | FAR 65 | FAR 121, 127 or 135 | FAR 145 |

| DATE 05-08-98 (80C) | DISTRICT OFFICE SW-MIDO-43 | 4 | DESIGNEE'S SIGNATURE AND NO. DAREZ43028SW   Jack D Castleman | 1 | FAA INSPECTOR'S SIGNATURE |

FAA Form 8130-6 (11-88) SUPERSEDES PREVIOUS EDITION

ASH010389

# ATTACHMENT 10

## FAA Flight Tracking Data



U.S. Department
of Transportation
**Federal Aviation
Administration**

System Operations Services
800 Independence Avenue, SW.
Washington, DC 20591

OCT 0 4 2007

Mr. John Fawcett
Kreindler & Kreindler
100 Park Avenue, 18th Floor
New York, NY 10017

Dear Mr. Fawcett:

This responds to your Freedom of Information Act (FOIA 2007-007730) request dated
September 18, 2007. Your request sought a copy of flight track data pertaining to aircraft
N777AS, N371BC, N767KS, N757MA, and N737GG between January 1, 2000- January 1, 2003.

Enclosed on a compact disk is the requested information.

There are fees associated with this request. The fees are based on the following:

| | | |
|---|---|---|
| Search - .5 hours x $45 | = | $22.50 |
| Duplication - 1 compact disk x $2.00 | = | $ 2.00 |
| **Total** | = | **$ 24.50** |

Payments may be made by check or electronically through Pay.gov.

**Check:** Payable to Department of Transportation/Federal Aviation Administration and mail to:

Department of Transportation/Federal Aviation Administration
ATTN: Denise A Bethea, AJR-6 (Room 1001W)
800 Independence Avenue, SW
Washington, DC 20591

Please include your FOIA number on the bottom left hand corner of your check.

ASH010328

| | | | | | |
|---|---|---|---|---|---|
| N757MA | 12-Feb-02 | 2/12/02 6:32 AM | 2/12/02 8:32 AM | EGSS | FGSL |
| N757MA | 14-Feb-02 | 2/14/02 12:03 PM | 2/14/02 5:58 PM | EGSS | OEJN |
| N757MA | 18-Feb-02 | 2/18/02 1:28 PM | 2/18/02 9:32 PM | EGSS | IAD |
| N757MA | 19-Feb-02 | 2/19/02 11:38 PM | 2/20/02 6:14 AM | IAD | EGSS |
| N757MA | 20-Feb-02 | 2/20/02 7:09 AM | 2/20/02 12:49 PM | EGSS | OEJN |
| N757MA | 20-Mar-02 | 3/20/02 8:30 AM | 3/20/02 1:56 PM | EGSS | OEJN |
| N767KS | 27-Mar-02 | 3/27/02 3:01 PM | 3/27/02 8:09 PM | TPA | LGB |
| N757MA | 3-Apr-02 | 4/3/02 2:08 PM | 4/3/02 8:01 PM | OERK | EGSS |
| N757MA | 4-Apr-02 | 4/4/02 1:24 PM | 4/4/02 3:25 PM | EGSS | ESSA |
| N767KS | 6-Apr-02 | 4/6/02 1:13 PM | 4/6/02 6:53 PM | EGSS | OEJN |
| N757MA | 7-Apr-02 | 4/7/02 10:53 PM | 4/8/02 6:45 AM | EGSS | HAAB |
| N767KS | 24-Apr-02 | 4/24/02 6:14 PM | 4/24/02 8:44 PM | IAH | IAD |
| N767KS | 26-Apr-02 | 4/26/02 10:13 PM | 4/27/02 12:59 AM | IAD | IAH |
| N757MA | 29-Apr-02 | 4/29/02 10:09 AM | 4/29/02 3:45 PM | EGSS | OEJN |
| N767KS | 30-Apr-02 | 4/30/02 11:15 PM | 5/1/02 6:27 PM | IAH | OEJN |
| N737GG | 11-May-02 | 5/11/02 2:33 PM | 5/11/02 8:15 PM | EGSS | OEJN |
| N757MA | 26-May-02 | 5/26/02 7:11 AM | 5/26/02 12:23 PM | EGSS | HAAB |
| N737GG | 29-May-02 | 5/29/02 9:08 PM | 5/30/02 2:48 AM | EGSS | OEJN |
| N767KS | 30-May-02 | 5/30/02 1:18 PM | 5/30/02 7:05 PM | GMAD | MEM |
| N767KS | 30-May-02 | 5/30/02 7:57 PM | 5/30/02 8:39 PM | MEM | XNA |
| N757MA | 18-Jun-02 | 6/18/02 12:20 PM | 6/18/02 1:32 PM | HAAB | EGSS |
| N737GG | 19-Jun-02 | 6/19/02 7:50 AM | 6/19/02 2:56 PM | EINN | IAD |
| N737GG | 21-Jun-02 | 6/21/02 3:14 PM | 6/21/02 10:18 PM | IAD | EGSS |
| N757MA | 22-Jun-02 | 6/22/02 3:51 PM | 6/22/02 9:30 PM | EGSS | OEJN |
| N737GG | 24-Jun-02 | 6/24/02 12:52 PM | 6/24/02 6:54 PM | EGSS | OEJN |
| N757MA | 2-Jul-02 | 7/2/02 11:46 AM | 7/2/02 6:17 PM | LPAZ | MYNN |
| N757MA | 5-Jul-02 | 7/5/02 12:32 AM | 7/5/02 9:52 AM | MYNN | LFMN |
| N757MA | 19-Jul-02 | 7/19/02 9:21 PM | 7/19/02 9:38 PM | EGLL | EGSS |
| N757MA | 1-Aug-02 | 8/1/02 1:17 PM | 8/2/02 3:26 AM | EGLL | OEJN |
| N757MA | 2-Aug-02 | 8/2/02 11:30 AM | 8/2/02 3:59 PM | EGSS | OLBA |
| N737GG | 3-Aug-02 | 8/3/02 10:27 AM | 8/3/02 11:03 AM | EGSS | LFPB |
| N757MA | 5-Aug-02 | 8/5/02 9:38 AM | 8/5/02 9:27 PM | LFPB | TXKF |
| N757MA | 9-Aug-02 | 8/9/02 6:56 PM | 8/10/02 1:29 AM | TXKF | LAX |
| N757MA | 10-Aug-02 | 8/10/02 3:14 AM | 8/10/02 7:46 AM | LAX | IAD |
| N757MA | 12-Aug-02 | 8/12/02 1:28 AM | 8/12/02 8:14 AM | IAD | EGSS |
| N757MA | 18-Aug-02 | 8/18/02 9:22 AM | 8/18/02 4:09 PM | EGSS | CYUL |
| N757MA | 18-Aug-02 | 8/18/02 5:18 PM | 8/18/02 6:34 PM | CYUL | IAD |
| N757MA | 18-Aug-02 | 8/18/02 9:35 PM | 8/19/02 2:50 AM | IAD | LAX |
| N737GG | 20-Aug-02 | 8/20/02 9:04 AM | 8/20/02 10:20 AM | LFPB | EGSS |
| N757MA | 21-Aug-02 | 8/21/02 6:09 AM | 8/21/02 3:58 PM | LAX | EGLL |
| N737GG | 23-Aug-02 | 8/23/02 9:28 PM | 8/23/02 9:35 PM | EGSS | EGGW |
| N737GG | 24-Aug-02 | 8/24/02 2:49 AM | 8/24/02 6:59 AM | EGGW | OLBA |
| N737GG | 28-Aug-02 | 8/28/02 1:55 PM | 8/28/02 6:42 PM | OLBA | EGSS |
| N737GG | 28-Aug-02 | 8/28/02 7:54 PM | 8/29/02 12:30 AM | EGSS | OLBA |
| N757MA | 30-Aug-02 | 8/30/02 8:17 PM | 8/30/02 8:35 PM | EGLL | EGSS |
| N757MA | 1-Sep-02 | 9/1/02 3:35 PM | 9/1/02 4:59 PM | EGSS | LFMN |
| N737GG | 2-Sep-02 | 9/2/02 11:10 AM | 9/2/02 3:11 PM | EGLF | LEMG |
| N737GG | 2-Sep-02 | 9/2/02 8:51 PM | 9/2/02 11:12 PM | EGLF | LEMG |
| N757MA | 3-Sep-02 | 9/3/02 2:02 PM | 9/3/02 4:10 PM | EGSS | LIRA |
| N757MA | 7-Sep-02 | 9/7/02 9:12 AM | 9/7/02 2:52 PM | EGSS | OEJN |

ASH010334

| | | | | | |
|---|---|---|---|---|---|
| N737GG | 9-Sep-02 | 9/9/02 4:00 PM | 9/9/02 9:01 PM | HESH | EGSS |
| N737GG | 10-Sep-02 | 9/10/02 12:56 PM | 9/10/02 1:28 PM | EGSS | LFPB |
| N757MA | 11-Sep-02 | 9/11/02 8:39 AM | 9/11/02 10:30 AM | EGSS | LIRA |
| N757MA | 12-Sep-02 | 9/12/02 4:07 PM | 9/12/02 5:16 PM | LIRA | EGSS |
| N757MA | 12-Sep-02 | 9/12/02 6:41 PM | 9/12/02 8:49 PM | LIRA | EGSS |
| N757MA | 13-Sep-02 | 9/13/02 3:44 PM | 9/13/02 9:39 PM | EGSS | OEJN |
| N757MA | 17-Sep-02 | 9/17/02 5:52 PM | 9/17/02 6:26 PM | EGSS | LFPB |
| N767KS | 18-Sep-02 | 9/18/02 11:32 PM | 9/19/02 5:23 AM | KXNA | EGSS |
| N767KS | 19-Sep-02 | 9/19/02 2:05 PM | 9/19/02 7:51 PM | EGSS | OEJN |
| N757MA | 20-Sep-02 | 9/20/02 10:45 AM | 9/20/02 12:24 PM | LFMN | EGSS |
| N757MA | 20-Sep-02 | 9/20/02 2:27 PM | 9/20/02 4:09 PM | EGSS | LFMN |
| N757MA | 24-Sep-02 | 9/24/02 1:42 AM | 9/24/02 8:09 AM | OERK | EGSS |
| N757MA | 24-Sep-02 | 9/24/02 9:10 AM | 9/24/02 4:47 PM | EGSS | IAD |
| N757MA | 26-Sep-02 | 9/27/02 2:41 AM | 9/27/02 9:22 AM | IAD | EGSS |
| N757MA | 27-Sep-02 | 9/27/02 10:29 AM | 9/27/02 4:54 PM | EGSS | OERK |
| N757MA | 30-Sep-02 | 9/30/02 12:10 PM | 9/30/02 9:34 PM | LFMN | IAD |
| N757MA | 3-Oct-02 | 10/3/02 2:30 AM | 10/3/02 9:15 AM | IAD | EGSS |
| N767KS | 6-Oct-02 | 10/6/02 9:23 AM | 10/6/02 2:25 PM | OEJN | IAH |
| N757MA | 8-Oct-02 | 10/8/02 9:00 AM | 10/8/02 9:38 AM | EGSS | LFPB |
| N757MA | 9-Oct-02 | 10/9/02 7:01 PM | 10/9/02 8:59 PM | LIRA | EGSS |
| N757MA | 10-Oct-02 | 10/10/02 6:36 AM | 10/10/02 1:24 PM | EGSS | OMDB |
| N767KS | 17-Oct-02 | 10/17/02 2:38 PM | 10/17/02 4:28 PM | IAH | MIA |
| N757MA | 17-Oct-02 | 10/17/02 7:15 PM | 10/17/02 7:31 PM | LFPB | EGSS |
| N767KS | 18-Oct-02 | 10/18/02 3:16 AM | 10/18/02 5:31 AM | MIA | IAH |
| N757MA | 18-Oct-02 | 10/18/02 11:03 PM | 10/19/02 4:58 AM | EGSS | OERK |
| N767KS | 21-Oct-02 | 10/21/02 10:18 PM | 10/22/02 12:58 AM | IAH | LAS |
| N767KS | 26-Oct-02 | 10/26/02 1:58 AM | 10/26/02 4:24 AM | LAS | MSP |
| N767KS | 26-Oct-02 | 10/26/02 6:02 AM | 10/26/02 11:20 PM | MSP | OEJN |
| N737GG | 2-Nov-02 | 11/2/02 11:06 AM | 11/2/02 8:58 PM | EGLF | OEJN |
| N767KS | 7-Nov-02 | 11/7/02 1:10 PM | 11/7/02 2:54 PM | OERK | BGR |
| N767KS | 7-Nov-02 | 11/7/02 4:44 PM | 11/7/02 10:55 PM | BGR | LGB |
| N767KS | 19-Nov-02 | 11/19/02 5:53 AM | 11/19/02 6:03 AM | LGB | LAX |
| N767KS | 19-Nov-02 | 11/19/02 8:47 AM | 11/19/02 7:26 PM | LAX | GMME |
| N757MA | 10-Dec-02 | 12/10/02 8:10 PM | 12/11/02 1:55 AM | EGSS | OEJN |
| N737GG | 11-Dec-02 | 12/11/02 10:05 AM | 12/11/02 2:33 PM | EGSS | OLBA |

ASH010335

# ATTACHMENT 11

**Southern District Texas (Houston) Civil Case 4:94-cv-00729**

CLOSED

U.S. District Court
Southern District of Texas (Houston)
CIVIL DOCKET FOR CASE # : 4:94-cv-00729

Bath v. National Commercial, et al
Assigned to: Judge Kenneth M. Hoyt
Demand: $0
 Case in other court:  Harris Co Tx, 94-005072
Cause: 28:1441 Petition for Removal- Personal Injury

Date Filed: 03/07/1994
Jury Demand: Plaintiff
Nature of Suit: 360 P.I.: Other
Jurisdiction: Federal Question

**Plaintiff**

Sandra L Bath

represented by  **Mark K Glasser**
King & Spalding
1100 Louisiana
Ste 4000
Houston, TX 77002-5213
713-751-3200
Fax: 713-751-3290 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

National Commercial Bank, Jeddah

represented by  **Antoinette J van Heugten**
Gardere Wynne Sewell and Riggs
333 Clay Ave
Ste 800
Houston, TX 77002-4086
713-308-5605
Fax: 713-308-5555 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Peter Janovsky**
*Individually and as Agent For National
Commercial Bank, Jeddah*

represented by  **Antoinette J van Heugten**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

PLEAD000963

Defendant

James R Bath                           represented by   Richard S London
                                                        London & Schaeffer
                                                        3118 Richmond
                                                        Ste 200
                                                        Houston, TX 77098
                                                        713-524-7300
                                                        Fax: 713-528-5677
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/07/1994 | 1 | NOTICE OF REMOVAL; filed FILING FEE $ 120 RECEIPT # 434395 (fmremp) (Entered: 03/07/1994) |
| 03/07/1994 | 2 | ORDER set scheduling conference for 4:00 6/20/94 , entered; Parties notified. ( signed by Judge Kenneth M. Hoyt ) (fmremp) (Entered: 03/07/1994) |
| 03/11/1994 | 3 | DEMAND for jury trial by Sandra L Bath , filed (fmremp) (Entered: 03/15/1994) |
| 03/11/1994 | 4 | ORIGINAL ANSWER to Complaint by National Commercial Bank, Jeddah , filed. (fmremp) (Entered: 03/15/1994) |
| 03/11/1994 | 4 | MOTION for more definite statement by National Commercial, Motion Docket Date 3/31/94 [4-1] motion , filed. (fmremp) (Entered: 03/15/1994) |
| 03/11/1994 | 5 | MOTION to quash notice of deposition and subpoena duces tecum by National Commercial, Motion Docket Date 3/31/94 [5-1] motion , filed. (fmremp) (Entered: 03/15/1994) |
| 03/11/1994 | 6 | MOTION to dismiss under rule 12(b) by Peter Janovsky, Motion Docket Date 3/31/94 [6-1] motion , filed. (fmremp) (Entered: 03/15/1994) |
| 03/11/1994 | 7 | MEMORANDUM by Peter Janovsky in support of [6-1] motion to dismiss under rule 12(b) , filed (fmremp) (Entered: 03/15/1994) |
| 03/11/1994 | 8 | Subject to Rule 12(b) Motion, MOTION to quash notice of deposition and subpoena duces tecum by Peter Janovsky, Motion Docket Date 3/31/94 [8-1] motion , filed. (fmremp) (Entered: 03/15/1994) |
| 03/14/1994 | 9 | ANSWER to Complaint by James R Bath (Added attorney Richard S |

PLEAD000964

| | | |
|---|---|---|
| | | London), filed. (bchurchill) (Entered: 03/18/1994) |
| 03/18/1994 | 10 | ORDER granting deft's [5-1] motion to quash notice of deposition and subpoena duces tecum , entered; Parties National Commercial Bank, Jeddah is quashed. ( signed by Judge Kenneth M. Hoyt ) (bchurchill) (Entered: 03/21/1994) |
| 03/23/1994 | 11 | MOTION to remand by Sandra L Bath, Motion Docket Date 4/12/94 [11-1] motion , filed. (fmremp) (Entered: 03/28/1994) |
| 03/23/1994 | 12 | BRIEF by Sandra L Bath in support of [11-1] motion to remand , filed. (fmremp) (Entered: 03/28/1994) |
| 03/30/1994 | 13 | MOTION to extend time to respond to motion to dismiss of Peter Janovsky by Sandra L Bath, Motion Docket Date 4/19/94 [13-1] motion , filed. (bchurchill) (Entered: 04/05/1994) |
| 04/12/1994 | 14 | MOTION to extend time to respond to motion to remand of pltf by National Commercial, Motion Docket Date 5/2/94 [14-1] motion , filed. (bchurchill) (Entered: 04/15/1994) |
| 04/15/1994 | | rec'd order, to joint motion to extend time to respond to pending motions. (bchurchill) (Entered: 04/19/1994) |
| 04/18/1994 | 15 | JOINT MOTION to extend time to respond to pending motions of pltf and defts by Sandra L Bath, National Commercial, Peter Janovsky, James R Bath , filed (bchurchill) (Entered: 04/20/1994) |
| 04/20/1994 | 16 | ORDER granting deft's [14-1] motion to extend time to respond to motion to remand of pltf Response to motion reset to 5/6/94 for [11-1] motion to remand , entered; Parties notified. ( signed by Judge Kenneth M. Hoyt ) (bchurchill) (Entered: 04/20/1994) |
| 04/29/1994 | 17 | ORDER granting parties [15-1] joint motion to extend time to respond to pending motions of pltf and defts Response to motion reset to 5/6/94 for [11-1] motion to remand , entered; Parties notified. ( signed by Judge Kenneth M. ) (bchurchill) (Entered: 05/02/1994) |
| 05/06/1994 | 18 | RESPONSE by National Commercial to Pltfs [11-1] motion to remand , filed. (fmremp) (Entered: 05/10/1994) |
| 05/11/1994 | 19 | REPLY by Sandra L Bath to Deft National's response to Pltfs [11-1] motion to remand , filed (fmremp) (Entered: 05/16/1994) |
| 05/18/1994 | 20 | ORDER denying pltf's [11-1] motion to remand , entered; Parties notified. ( signed by Judge Kenneth M. Hoyt ) (bchurchill) (Entered: 05/19/1994) |
| 05/27/1994 | 21 | ORDER OF DISMISSAL granting deft Peter Janousky's [6-1] motion to dismiss under rule 12(b) , entered; Parties notified. ( signed by Judge Kenneth M. Hoyt ) (bchurchill) (Entered: 06/03/1994) |

PLEAD000965

| 06/02/1994 | 22 | AGREED MOTION to extend time to respond to motion to dismiss under rule 12(b) of Peter Janovsky by Sandra L Bath, National Commercial, Peter Janovsky, filed. (bchurchill) (Entered: 06/03/1994) |
| 06/10/1994 | 23 | ORDER granting parties [22-1] agreed motion to extend time to respond to motion to dismiss under rule 12(b) of Peter Janovsky Response to motion reset to 7/15/94 for [13-1] motion to extend time to respond to motion to dismiss of Peter Janovsky, entered; Parties notified. ( signed by Judge Kenneth M. Hoyt ) (bchurchill) (Entered: 06/13/1994) |
| 06/10/1994 | 24 | Joint Report of Meeting and Joint Discovery/Case Management Plan by Sandra L Bath, National Commercial, Peter Janovsky, James R Bath, filed. (bchurchill) (Entered: 06/13/1994) |
| 06/20/1994 | 25 | JOINT MOTION for 90 to abatement of the case. by Sandra L Bath, National Commercial, Peter Janovsky, James R Bath, filed (bchurchill) (Entered: 06/21/1994) |
| 09/12/1994 | 26 | ORDER granting [25-1] joint motion to abate the case for ninety (90) days, entered; Parties notified. ( signed by Judge Kenneth M. Hoyt ) (fmremp) (Entered: 09/13/1994) |
| 02/03/1995 | 27 | ORDER set status conference for 4:00 3/13/95, entered; Parties notified. The parties are directed to notify the court immediately if this case is resolved prior to the conf. ( signed by Judge Kenneth M. Hoyt ) (bchurchill) (Entered: 02/07/1995) |
| 03/10/1995 | 28 | MOTION for nonsuit by Sandra L Bath, Motion Docket Date 3/30/95 [28-1] motion, filed. (bchurchill) (Entered: 03/13/1995) |
| 03/10/1995 |  | Case closed (bchurchill) (Entered: 03/14/1995) |
| 03/14/1995 | 29 | ORDER granting pltf's [28-1] motion for nonsuit, entered; Parties notified. This case is non suited as to all defts with prejudice to the refiling of same. ( signed by Judge Kenneth M. Hoyt ) (bchurchill) (Entered: 03/14/1995) |

### PACER Service Center

#### Transaction Receipt

06/02/2005 09:29:50

| PACER Login: | pb0014 | Client Code: | 021250.0100 |
| Description: | Docket Report | Search Criteria: | 4:94-cv-00729 |
| Billable Pages: | 2 | Cost: | 0.16 |

PLEAD000966

SENT BY:ZEK          ; 2- 9-⁻⁻ ; 17:03 ; ZEICH ELLMAN KRAUSE→        713 733 7340;#29

ZEICHNER, ELLMAN & KRAUSE
757 Third Avenue
New York, New York 10017

February 2, 1994

By Telecopier No. (713) 228-1331
and first class mail

Mark K. Glasser, Esq.
Porter & Hedges
700 Louisiana, 35th Floor
Houston, Texas 77002-2764

Southwest Airport Services, Inc. "SWAPS"

Dear Mr. Glasser:

As you know, we represent the National Commercial Bank,
Jeddah, successor in interest to the National Commercial Bank - New
York Branch (the "Bank"). Reference is made to your letter to me
dated February 2, 1994 and my letters to you dated January 28, 1994
and February 1, 1994.

Be advised that the Bank has a fully perfected security
interest in the 900 shares of stock in SWAPS pledged to it (the
"Pledged Shares") pursuant to the Pledge Agreement dated January
17, 1990 between James R. Bath and the Bank (the "Agreement").
Nothing in the final decree of divorce dated March 4, 1992 (the
"Decree") or any applicable law has affected or can affect the
Bank's rights pursuant to its security interest in any and all of
the 900 Pledged Shares. Accordingly, any of the Pledged Shares
awarded to Sandra C. Bath pursuant to the Decree continue to be
subject to the Bank's security interest and all of its rights
pursuant to the Agreement.

Consequently, the notice pursuant to paragraph 6(b) given
in my letter dated January 28, 1994 constitutes notice to both
James R. Bath and Sandra C. Bath that the holders of any and all of
the 900 Pledged Shares cease to exercise voting and consensual
rights pursuant to paragraph 6(b) of the Agreement with respect to
those shares and that the Bank now has the sole right to exercise
all rights pursuant to paragraph 6(b) of the Agreement with respect
to any and all of the 900 Pledged Shares.

Very truly yours,

Peter Janovsky

PJ:st

cc: Richard London, Esq. (by Telecopier)

R-92%                          212 753 0646        02-09-94 04:05PM  P029 #05

PLEAD001164

# ATTACHMENT 12

**Texas Secretary of State Documents**

Comptroller
of Public
Accounts
FORM

05-102
(Rev.9-99/18)

3333

b. ■

a. T Code [X] ■ 13196 Franchise        [ ] ■ 16196 Bank

**TEXAS FRANCHISE TAX**
**PUBLIC INFORMATION REPORT**
*MUST be filed with your Corporation Franchise Tax Report*

Do not write in the space above

c. Taxpayer Identification number
■ 17420481016

d. Report year
■ 2002

Corporation name and address

SOUTHWEST AIRPORT SERVICES INC.
ELLINGTON FIELD, BLDG. 493
HOUSTON        TX    77034

e. PIR / IND   [ ] ■ 1, 2, 3, 4
Secretary of State file number or,
if none, Comptroller number
g. ■ 004337044
Item k on Franchise
Tax Report form, Page 1

*The following information MUST be provided for the Secretary of State (S.O.S.) by each corporation that files a Texas Corporation Franchise Tax Report. The information will be available for public inspection.*
*"SECTION A" MUST BE COMPLETE AND ACCURATE.*
If preprinted information is not correct, please type or print the correct information.

**Please sign below!**

[ ] Check here if there are currently **no changes** to the information preprinted in Sections A, B, and C of this report.

Corporation's principal office
ELLINGTON FIELD, BLDG. 493, HOUSTON, TX. 77034

Principal place of business
SAME

SECTION A. Name, title and mailing address of each officer and director. Use additional sheets, if necessary.

| NAME | TITLE | DIRECTOR | | Social Security No. (Optional) |
|------|-------|----------|-----|-------|
| WILLIAM E. KING | PRES | X | YES | |
| MAILING ADDRESS | | | | Expiration date (mm-dd-yyyy) |
| ELLINGTON FIELD, BLDG. 493    HOUSTON, TEXAS 77034 | | | | |
| NAME | TITLE | DIRECTOR | | Social Security No. (Optional) |
| ROBERT RADA | SECR | X | YES | |
| MAILING ADDRESS | | | | Expiration date (mm-dd-yyyy) |
| ELLINGTON FIELD, BLDG. 493    HOUSTON, TEXAS 77034 | | | | |
| NAME | TITLE | DIRECTOR | | Social Security No. (Optional) |
| JAMES R. BATH | CHMN | X | YES | |
| MAILING ADDRESS | | | | Expiration date (mm-dd-yyyy) |
| ELLINGTON FIELD, BLDG 493    HOUSTON, TEXAS 77034 | | | | |
| NAME | TITLE | DIRECTOR | | Social Security No. (Optional) |
| ANTHONY W. NLMS | ASEC | X | YES | |
| MAILING ADDRESS | | | | Expiration date (mm-dd-yyyy) |
| ELLINGTON FIELD, BLDG 493    HOUSTON, TEXAS 77034 | | | | |
| NAME | TITLE | DIRECTOR | | Social Security No. (Optional) |
| | | | YES | |
| MAILING ADDRESS | | | | Expiration date (mm-dd-yyyy) |
| | | | | |

SECTION B.   List each corporation in which this reporting corporation owns an interest of ten percent (10%) or more.
Enter the information requested for each corporation. If none, enter "NONE." *Use additional sheets, if necessary.*

| Name of owned (subsidiary) corporation | State of incorporation | Texas S.O.S. file number | Percentage interest |
|-----------------------------------------|------------------------|--------------------------|---------------------|
| NONE | | | |
| Name of owned (subsidiary) corporation | State of incorporation | Texas S.O.S file number | Percentage interest |
| | | | |

SECTION C.   List each corporation that owns an interest of ten percent (10%) or more in this reporting corporation.
Enter the information requested for each corporation. If none, enter "NONE". *Use additional sheets, if necessary.*

| Name of owning (parent) corporation | State of incorporation | Texas S.O.S file number | Percentage interest |
|-------------------------------------|------------------------|--------------------------|---------------------|
| GLOBAL FBO HOLDINGS, INC. | TX | 0152068200 | 100.00 |

Registered agent and registered office currently on file  *(Changes must be filed separately with the Secretary of State.)*

Agent:  WILLIAM E. KING
Office:  101 RAIDER
         KEMAH, TEXAS 77565

[ ] Check here if you need forms
to change this information.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief and that a copy of this report has been mailed to each person named in this report who is an officer or director and who is not currently employed by this corporation or a related corporation.

**sign here** ►

| Officer, director, or other authorized person | Title | Date | Daytime phone (Area code and number) |
|----|----|----|----|
| [signature] | ✓President | ✓5/10/02 | ✓281.484.6551 |

RIA
0Y5212 1,000

Comptroller of Public Accounts FORM 05-102 (Rev.2-02/20)

3333   b ■

Do not write in the space above

03135180625

a. T Code [X] ■ 13196 Franchise   [ ] ■ 16196 Bank

**TEXAS FRANCHISE TAX**
**PUBLIC INFORMATION REPORT**
*MUST be filed with your Corporation Franchise Tax Report*

| c Taxpayer identification number | d Report year |
|---|---|
| ■ 32003392464 | ■ 2003 |

Corporation name and address

ELLINGTON MTA, INC.
ELLINGTON FIELD, BLDG. 493
HOUSTON, TX                    77034

e PIR / IND   ■■ 1, 2, 3, 4

Secretary of State file number or, if none,
Comptroller unchartered number
g. ■   0162668600   ■
Item k on Franchise
Tax Report form, Page 1

The following information MUST be provided for the Secretary of State (S.O.S.) by each corporation or limited liability company that files a Texas Corporation Franchise Tax Report. The information will be available for public inspection.
"SECTION A" MUST BE COMPLETE AND ACCURATE.
If preprinted information is not correct, please type or print the correct information.   *Please sign below!*

[ ] Check here if there are currently no changes to the information preprinted in Sections A, B, and C of this report.

Corporation's principal office
· ELLINGTON FIELD, BLDG. 493, HOUSTON, TX 77034

Principal place of business
ELLINGTON FIELD, BLDG. 493, HOUSTON, TX 77034

SECTION A. Name, title and mailing address of each officer and director. *Use additional sheets, if necessary.*

| NAME | TITLE | DIRECTOR | Social Security No. (Optional) |
|---|---|---|---|
| WILLIAM E. KING | PRESIDENT | X YES | |
| MAILING ADDRESS | | | Expiration date (mm-dd-yyyy) |
| ELLINGTON FIELD, BLDG. 493      HOUSTON, TX 77034 | | | 12/31/2003 |
| NAME ANTHONY W. NLMS | TITLE SECRETARY | X YES | Social Security No. (Optional) |
| MAILING ADDRESS | | | Expiration date (mm-dd-yyyy) |
| ELLINGTON FIELD, BLDG. 493      HOUSTON, TX 77034 | | | 12/31/2003 |
| NAME ROBERT RADA | TITLE V.P. | X YES | Social Security No. (Optional) |
| MAILING ADDRESS | | | Expiration date (mm-dd-yyyy) |
| ELLINGTON FIELD, BLDG. 493      HOUSTON, TX 77034 | | | 12/31/2003 |
| NAME JAMES R. BATH | TITLE CHAIRMAN | X YES | Social Security No. (Optional) |
| MAILING ADDRESS | | | Expiration date (mm-dd-yyyy) |
| ELLINGTON FIELD, BLDG. 493      HOUSTON, TX 77034 | | | 12/31/2003 |
| NAME | TITLE | YES | Social Security No. (Optional) |
| MAILING ADDRESS | | | Expiration date (mm-dd-yyyy) |

SECTION B. List each corporation or limited liability company, if any, in which this reporting corporation or limited liability company owns an interest of ten percent (10%) or more. Enter the information requested for each corporation. *Use additional sheets, if necessary.*

| Name of owned (subsidiary) corporation | State of incorporation | Texas SOS file number | Percentage interest |
|---|---|---|---|
| Name of owned (subsidiary) corporation | State of incorporation | Texas S.O.S file number | Percentage interest |

SECTION C. List each corporation or limited liability company, if any, that owns an interest of ten percent (10%) or more in this reporting corporation or limited liability company. Enter the information requested for each corporation or limited liability company. *Use additional sheets, if necessary.*

| Name of owning (parent) corporation | State of incorporation | Texas S.O.S. file number | Percentage interest |
|---|---|---|---|
| GLOBAL FBO HOLDING, INC. | TX | 0152068200 | 100.00 |

Registered agent and registered office currently on file *(Changes must be filed separately with the Secretary of State.)*

Agent:   WILLIAM E. KING
Office:  101 RAIDER
         KEMAH, TX  77565

[ ] Check here if you need forms to change this information.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief and that a copy of this report has been mailed to each person named in this report who is an officer or director and who is not currently employed by this corporation or limited liability company or a related corporation.

sign here ▶  *(signature)*   Officer, director, or other authorized person   Title ✓ PRESIDENT   Date 4·30·03   Daytime phone (Area code and number) 281·484·6551

RIA
1Y5212 3 000

# ATTACHMENT 13

United States Department of Defense Document

## U.S. DEPARTMENT OF DEFENSE

SEARCH        GO —    Threat Advisory   ELEVATED

| Home | Top Leaders | News | Press | Photos | Videos | Bloggers | Publications | Websites | Employees |

**In the Spotlight**



Why WE Serve

**Troops Share Their Experiences**

**Special Reports**



HEROES

**Heroes in the War on Terror**



MRAP VEHICLE

**MRAP Vehicles Protect Troops**



WOUNDED CARE
TOP PRIORITY

**Wounded Warrior Care: Top Priority**

**Humanitarian**
USNS Comfort
Force for Good

**Special Interest**
Pandemic Flu
Stars & Stripes

**Subscribe**
E-mail
RSS
Podcasts

---

**U.S. Department of Defense**
Office of the Assistant Secretary of Defense (Public Affairs)

# Contract

On the Web:
http://www.defenselink.mil/contracts/contract.aspx?contractid=2658
Media contact: +1 (703) 697-5131/697-5132

Public contact:
http://www.defenselink.mil/faq/comment.html
or +1 (703) 428-0711 +1

---

FOR RELEASE AT
5 p.m. ET

No. 949-03
December 15, 2003

---

**CONTRACTS**


**TRICARE MANAGEMENT ACTIVITY**


    The Department of Defense Systems Integration, Design, Development, Operations and Maintenance Services III (D/SIDDOMS III) contracts are awarded to:  Accenture of Reston, Va. (W74V8H-04-D-0027); BCA Inc. of Duluth, Ga. (W74V8H-04-D-0022); Base Technologies Inc. of McLean, Va. (W74V8H-04-D-0020); CACI Inc. Federal Group of Chantilly, Va. (W74V8H-04-D-0034); Computer Sciences Corp. of Falls Church, Va. (W74V8H-04-D-0017); Electronic Data Systems of Herndon, Va. (W74V8H-04-D-0030); Evolvent Technologies Inc. of Falls Church, Va. (W74V8H-04-D-0026); IBM of Bethesda, Md. (W74V8H-04-D-0029); Integic Corp. of Chantilly, Va. (W74V8H-04-D-0028); Iowa Foundation for Medical Care of West Des Moines, Iowa (W74V8H-04-D-0031); KEI Pearson of Arlington, Va. (W74V8H-04-D-0025); Northrop Grumman of Falls Church, Va. (W74V8H-04-D-0018); PlanetGov Inc. of Chantilly, Va. (W74V8H-04-D-0023); Planned Systems International Inc. of Columbia, Md. (W74V8H-04-D-0024); Pragmatics of McLean, Va. (W74V8H-04-D-0032); Science Applications International Corp. of San Diego, Calif. (W74V8H-04-D-0036); SRA International Inc. of Fairfax, Va. (W74V8H-04-D-0035); TITAN Corp. of Fairfax, Va. (W74V8H-04-D-0019); Unisys Corp. of McLean, Va. (W74V8H-04-D-0033); and Vigilant Services Corp. of Lorton, Va. (W74V8H-04-D-0021). Five of the awards are to small business prime contractors:  BCA Inc.; Base Technologies Inc.; Evolvent Technologies Inc.; Vigilant Services Corp.; and Planned Systems International Inc.  The multiple-award D/SIDDOMS III contracts provide the Military Health System (MHS), its components, and the Department of Veterans Affairs the ability to issue individual task orders for services, equipment, materials and facilities to design, test, and operate MHS technology systems and system components.  These contracts provide the MHS with a new vehicle to access a wide variety of contractors and contract-types without paying costly contract-use fees.  The total value of the contract award is estimated at approximately $8 billion over ten years.  This contract was competitively procured with 22 offers received.  The Defense Contracting Command-Washington is the contracting activity.


**NAVY**


    Raytheon Co., Electronic Systems, El Segundo, Calif., is being awarded a $298,218,000 ceiling amount modification to a previously awarded firm-fixed-price contract (N00019-03-C-0364) for the procurement of 88 Advanced Targeting Forward Looking Infrared (ATFLIR) full rate production (FRP) units (33 FRP-1 and 55 FRP-2) for the F/A-18 aircraft, as well as associated engineering, spares, and special tooling and test equipment.  Work will be performed in El Segundo, Calif. (67%); Basildon, United Kingdom (22%); Canton, Mass. (7%); and Frederick, Md. (4%), and is expected to be completed in November 2006.  Contract funds in the amount of $13,345,200, will expire at the end of the current fiscal year.  The Naval Air Systems Command, Patuxent River, Md., is the contracting activity.

ASH009266

Hamilton Sundstrand Power Systems, San Diego, Calif., is being awarded a $27,111,866 modification to a previously awarded firm-fixed-price contract (N68335-03-C-0162) to exercise an option for the procurement of 120 MSU200-NAV air start units, 49 L-Frames, 8 strong-back slings, and associated data. Work will be performed in San Diego, Calif., and is expected to be completed in June 2005. Contract funds will not expire at the end of the current fiscal year. The Naval Air Systems Command Aircraft Division, Lakehurst, N.J., is the contracting activity.

Guam Shipyard, Santa Rita, Guam, is being awarded a $23,026,259 firm-fixed-price contract for a docking phased maintenance availability of U.S. Navy submarine tender USS Frank Cable. Military Sealift Command is the supporting contracting office in Guam for Navy ship repair. The docking phased maintenance availability for USS Frank Cable is a regularly scheduled maintenance period that will include significant repairs and replacements of shipboard components while the ship is drydocked. The contract does not include any options. Work will be performed in Santa Rita, Guam, and is expected to be completed by May 2004. Contract funds in the amount of $23,026,259 will expire at the end of the current fiscal year. This contract was a sole source acquisition with one proposal solicited and one offer received. The U.S. Navy's Military Sealift Command, Washington, D.C., is the contracting activity (N62404-03-C-0018).

General Electric Aircraft Engines, Lynn, Mass., is being awarded a $15,462,668 modification under a previously awarded commercial requirements contract (N00383-00-D-004M) for an optional additional ordering period for the purchase of spares for the Stage 2 turbine nozzle, turbine blade, Stage 1 shroud, and disk for the T58 and T64 engine. This announcement includes potential foreign military sales (less than 2 %) to the countries of Brazil, Canada, Germany and Israel under the Foreign Military Sales Program. Work will be performed at Lynn, Mass., and is expected to be completed by December 2005. Contract funds will not expire at the end of the current fiscal year. This contract was not competitively procured. General Electric Aircraft Engines is the only qualified source of supply for these requirements. Naval Inventory Control Point is the contracting activity (Mod. P00014).

McDonnell Douglas Corp., a wholly owned subsidiary of The Boeing Co., St. Louis, Mo., is being awarded a $10,943,469 modification to a previously awarded cost-plus-fixed-fee contract (N00421-02-C-3236) to exercise an option for engineering, maintenance services, and limited manufacturing support for flight test programs conducted at Navy Air Test and Evaluation Squadron–Two Three (VX-23) in support of the F/A-18 aircraft program. Work will be performed at the Naval Air Systems Command Aircraft Division, Patuxent River, Md. (91.6%) and St. Louis, Mo. (8.4%), and is expected to be completed in December 2004. Contract funds will not expire at the end of the current fiscal year. The Naval Air Systems Command Aircraft Division, Patuxent River, Md., is the contracting activity.

**AIR FORCE**

Northrop Grumman Mission Systems, Clearfield, Utah, is being awarded a $168,713,410 contract modification to provide for Minuteman III guidance replacement program full rate production option for FY04. Eighty NS-50 Missile Guidance Sets, 39 reentry-system cable sets. There's an additional award fee of $8,033,173. Total funds have been obligated. This work will be completed July 2006. The Ogden Air Logistics Center, Hill Air Force Base, Utah, is the contracting activity (F42610-98-C-0001, modification number has not been assigned).

**DEFENSE LOGISTICS AGENCY**

Ssangyong (U.S.A.), Inc., Paramus, N.J., is being awarded $226,351,235 fixed price with economic price adjustment for fuel for the U.S. Navy and the U.S. Air Force. Work will also be performed in Onsan-Eup, Uljoo-Kun, Korea. Performance completion date is expected to be Jan. 30, 2005. Contract funds will expire at the end of the current fiscal year. There were 19 proposals solicited and 13 responded. The contracting activity is Defense Energy Support Center, Ft. Belvoir, Va. (SP0600-04-D-0462).

ASH0002607

Southwest Airport Services*, Houston, Texas, is being awarded $16,233,156 firm fixed price with economic price adjustment for fuel for the military services. Performance completion date is expected to be March 31, 2007. Contract funds will expire at the end of the current fiscal year. This was a web solicitation and one responded. The contracting activity is Defense Energy Support Center, Ft. Belvoir, Va. (SP0600-04-D-0016).

*small business

Printer-friendly Version                                    Email A Copy

ASH009268