UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
)
IN RE:  TERRORIST ATTACKS ON          ) Civil Action No. 03 MDL 1570 (GBD)
SEPTEMBER 11, 2001                          )
                                                          )
_____)

*This document relates to: All Actions*


**MOTION TO WITHDRAW**
**COLIN S. STRETCH AS ATTORNEY OF RECORD**

PLEASE TAKE NOTICE that the undersigned moves this Court pursuant to Local Rule

1.4 to allow Colin S. Stretch to withdraw as counsel of record for the Saudi Joint Relief

Committee in the above-referenced action due to his departure from the law firm of Kellogg,

Huber, Hansen, Todd, Evans & Figel, P.L.L.C.  On September 15, 2008, Mr. Stretch's Motion to

Appear Pro Hac Vice was granted.  I respectfully request that Colin Stretch be removed from the

Docket as counsel for the Saudi Joint Relief Committee.  All other counsel listed in the record of

the law firm of Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., will continue to

represent the Saudi Joint Relief Committee in this matter.


Respectfully submitted,

/s/ Michael K. Kellogg
Michael K. Kellogg
KELLOGG, HUBER, HANSEN, TODD
  EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W.,
Suite 400
Washington, DC 20036
202-326-7900 (phone)
202-326-7999 (fax)

Counsel for the Saudi Joint Relief Committee

April 26, 2010

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 26, 2010, I caused an electronic copy of the foregoing

Motion to Withdraw Colin S. Stretch as Attorney of Record to be served electronically by the

Court's Electronic Case Filing (ECF) System.


/s/ Michael K. Kellogg
Michael K. Kellogg

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

)
IN RE:  TERRORIST ATTACKS ON          ) Civil Action No. 03 MDL 1570 (GBD)
SEPTEMBER 11, 2001                             )
                                                             )
_____)

*This document relates to: All Actions*

**PROPOSED ORDER TO WITHDRAW
COLIN S. STRETCH AS ATTORNEY OF RECORD**

Before the Court is the Motion to Withdraw Colin S. Stretch as Attorney of Record as

counsel for the Saudi Joint Relief Committee filed April 26, 2010.

It is **ORDERED** that Colin S. Stretch be withdrawn as counsel for the Saudi Joint Relief

Committee in the above-referenced action.

Signed this _____day of _____2010.

_____
GEORGE B. DANIELS
UNITED STATES DISTRCIT JUDGE