UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In Re: TERRORIST ATTACKS OF SEPTEMBER 11, 2001 | ) <br> ) 03 MDL 1570 (RCC) <br> ) ECF CASE <br> ) <br> ) <br> ) NOTICE OF CHANGE OF ADDRESS <br> ) <br> ) 04 CV 1076 <br> ) 04 CV 1923 <br> ) |

**PLEASE TAKE NOTICE THAT** the address of the Law Office of David U. Gourevitch, P.C., for Defendants Martin Wachter, Erwin Wachter, Sercor Treuhand Anstalt and Asat Trust Reg. has changed and effective immediately, all notices, correspondence and pleadings should be addressed as follows:

Law Office of David Gourevitch, P.C.

950 Third Avenue, 15th Floor

New York, New York 10022

Dated: New York, New York
May 20, 2010

Respectfully Submitted,

/s/
DAVID U. GOUREVITCH (8795)
Law Office of David Gourevitch, P.C.
950 East Third Avenue, 15th Floor
New York, New York 10022
(212) 355-1300