```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 17 JUN 2010
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

IN RE: TERRORIST ATTACKS ON           ORDER
SEPTEMBER 11, 2001                    03 MDL 1570 (GBD)

------------------------------------------------------------x
This Document Relates to:
Havlish v. Bin Laden, et al., 03 CV 9848 (GBD)
------------------------------------------------------------x

GEORGE B. DANIELS, District Judge:

    The Havlish plaintiffs' motion for leave to file a third amended complaint, in Havlish v. Bin Laden, et al., 03 CV 9848 (GBD), is granted.[1]

Dated: New York, New York
       June 16, 2010

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

---

[1] The motion appears on the docket sheet as document number 2228.