IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF New York

|  |  |  |
|---|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | ) ) ) ) | Civil Action No. 03 MDL 1570 (GBD) ECF Case |

## NOTICE OF CHANGE OF LAW FIRM

PLEASE TAKE NOTICE THAT Wilmer Parker, counsel for Mar-Jac Poultry, Inc., files herein his Notice of Change of Address informing the court that he has moved from the firm Gillen Parker & Withers to the firm of Maloy Jenkins Parker. Please update contact information for the aforementioned case.

On this 17th of June, 2010.

Respectfully submitted,

**/s/ Wilmer Parker**
Wilmer Parker (WP 1376)
Maloy Jenkins Parker
Twenty-fifth Floor
75 Fourteenth Street
Atlanta, GA  30309
404.875.2700, phone
404.875.8757, fax
parker@mjplawyers.com
Admitted *pro hac vice*
Counsel for Mar-Jac Poultry, Inc.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on this 17th day of June, 2010, the undersigned electronically filed the foregoing NOTICE OF CHANGE OF ADDRESS, with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

                                           **/s/ Wilmer Parker**
                                           Wilmer Parker (WP 1376)
                                           Maloy Jenkins Parker
                                           Twenty-fifth Floor
                                           75 Fourteenth Street
                                           Atlanta, GA  30309
                                           404.875.2700, phone
                                           404.875.8757, fax
                                           parker@mjplawyers.com
                                           Admitted *pro hac vice*
                                           Counsel for Mar-Jac Poultry, Inc.