UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL 1570 (GBD) ECF CASE |

*This document relates to:*

*Kathleen Ashton, et al. v. Al Qaeda Islamic Army, et al.* (01 CV 6977) ("Ashton")

*Thomas E. Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al.* (03 CV 9849) ("Burnett D.C.")

*Thomas E. Burnett, et al. v. Al Baraka Inv. & Dev Corp., et al.* (03 CV 5738) ("Burnett N.Y.")

*Cantor Fitzgerald & Co., et al. v. Al Baraka Inv. & Dev. Corp., et al.* (04 CV 7065) ("Cantor Fitzgerald")

*Continental Casualty Co., et al. v. Al Qaeda, et al.* (04 CV 5970) ("Continental Casualty")

*Euro Brokers, Inc., et al. v. Al Baraka Inv. & Dev. Corp., et al.* (04 CV 7279) ("Euro Brokers")

*Federal Ins. Co., et al. v. Al Qaida, et al.* (03 CV 6978) ("Federal Insurance")

*New York Marine and General Ins. Co. v. Al Qaida, et al.* (04 CV 6105) ("N.Y. Marine")

*Estate of John P. O'Neill, Sr. v. Al Baraka Inv. & Dev. Corp., et al.* (04 CV 1923) ("O'Neill")

*World Trade Center Properties, LLC, et al. v. Al Baraka Inv. & Dev. Corp., et al.* (04 CV 7280) ("World Trade Center Properties")

## STIPULATION AND ORDER OF SUBSTITUTION

IT IS HEREBY STIPULATED AND AGREED that Mishcon de Reya New York LLP of 200 Park Avenue, Floor 44, New York, NY 10166, telephone (212) 612-3270, facsimile (212) 612-3297, be substituted as attorneys of record for defendant DMI Administrative Services S.A. in the above-captioned consolidated action in place of Sheppard, Mullin, Richter & Hampton LLP as of the date hereof.

Dated: April 30, 2010

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: _____
Russell L. Reid, Jr.

30 Rockefeller Plaza
Suite 2400
New York, NY 10112
Tel:(212) 634-3024
Fax: (212) 653-8701

*Former Attorneys for defendant*
*DMI Administrative Services S.A.*

MISHCON DE REYA NEW YORK LLP

By: _____
James J. McGuire

200 Park Avenue, Fl. 44
New York, NY 10166
Tel: (212) 612-3270
Fax (212) 612-3297

*Current Attorneys for defendant*
*DMI Administrative Services S.A.*

DMI ADMINISTRATIVE SERVICES, S.A.

By: _____

Title: _____

494-1

2

IT IS HEREBY STIPULATED AND AGREED that Mishcon de Reya New York LLP of 200 Park Avenue, Floor 44, New York, NY 10166, telephone (212) 612-3270, facsimile (212) 612-3297, be substituted as attorneys of record for defendant DMI Administrative Services S.A. in the above-captioned consolidated action in place of Sheppard, Mullin, Richter & Hampton LLP as of the date hereof.

Dated: April ___, 2010

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: _____
    Ronald D. Ryland

Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Tel:(415) 774-3201
Fax: (212) 434-3947

*Former Attorneys for defendant*
*DMI Administrative Services S.A.*

MISHCON DE REYA NEW YORK LLP

By: _____
    James J. McGuire

200 Park Avenue, Fl. 44
New York, NY 10166
Tel: (212) 612-3270
Fax (212) 612-3297

*Current Attorneys for defendant*
*DMI Administrative Services S.A.*

DMI ADMINISTRATIVE SERVICES, S.A.

By: _____

Title: _____

494-1

2

SO ORDERED:

George B. Daniels, U.S.D.J.
HON. GEORGE B. DANIELS

Dated: 1 8 JUN 2010

494-1

3

# EXHIBIT B