**MANDATE**

03md1570(GBD)

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 25th day of June, two thousand and ten.

_____

In Re:   Terrorist Attacks of September 11

**ORDER**
Docket No. 10-2184

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/25/2010

_____

    IT IS HEREBY ORDERED that the motion by Petitioners to withdraw the petition for a writ of mandamus is GRANTED.

FOR THE COURT,
Catherine O'Hagan Wolfe,
Clerk

*Catherine O'Hagan Wolfe*

Joy Fallek, Administrative Attorney

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*Catherine O'Hagan Wolfe*

**MANDATE ISSUED ON 06/25/2010**