Case 1:03-md-01570-GBD-SN   Document 2260   Filed 07/15/10   Page 1 of 2

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-15-10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In Re:
                                              :     **ORDER**

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001                            :     03 MDL 1570 (GBD)(FM)

------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

      Pursuant to the conference held earlier today, it is hereby ORDERED that:

1. A further conference shall be held on September 15, 2010, at 11:00 a.m., in Courtroom 20A.

2. By September 15, 2010, the defendants shall serve their Rule 26 disclosures.

3. By October 15, 2010, the plaintiffs shall serve their Rule 26 disclosures.

4. By November 1, 2010, the parties shall serve their document requests.

5. By January 7, 2011, the parties shall produce all responsive documents.

6. The parties may schedule depositions beginning February 1, 2011.

7. Unless the Court otherwise directs, the foregoing discovery shall be limited to liability and shall not address the calculation of damages.

      SO ORDERED.

Dated:    New York, New York
             July 15, 2010

                                                  FRANK MAAS
                                     United States Magistrate Judge

Copies to:

Honorable George B. Daniels
United States District Judge

All counsel via ECF