

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 21 JUL 2010

DANIELS, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL 1570 (GBD)<br>ECF CASE |

*This document relates to:*

*Thomas E. Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al. (03 CV 9849) ("Burnett D.C.")*

*Cantor Fitzgerald & Co., et al. v. Al Baraka Inv. & Dev. Corp., et al. (04 CV 7065) ("Cantor Fitzgerald")*

*Continental Casualty Co., et al. v. Al Qaeda, et al. (04 CV 5970) ("Continental Casualty")*

*Euro Brokers, Inc., et al. v. Al Baraka Inv. & Dev. Corp., et al. (04 CV 7279) ("Euro Brokers")*

*Federal Ins. Co., et al., v. Al Qaida, et al. (03 CV 6978) ("Federal Insurance")*

*New York Marine and General Ins. Co. v. Al Qaida, et al. (04 CV 6105) ("N.Y. Marine")*

*Estate of John P. O'Neill, Sr. v. Al Baraka Inv. & Dev. Corp., et al. (04 CV 1923) ("O'Neill")*

*World Trade Center Properties, LLC, et al. v. Al Baraka Inv. & Dev. Corp., et al. (04 CV 7280) ("World Trade Center Properties")*

## STIPULATION AND ORDER OF DEFENDANT DUBAI ISLAMIC BANK TO EXTEND TIME FOR FILING AN ANSWER TO PLAINTIFFS' COMPLAINTS

IT IS HEREBY STIPULATED and agreed by Plaintiffs in the above-captioned consolidated actions and Defendant Dubai Islamic Bank ("DIB"), by and through undersigned counsel, that:

DIB's time to answer Plaintiffs' Complaints in the above-captioned consolidated actions is extended until September 7, 2010.

On or before July 16, 2010, Plaintiffs will identify to counsel for DIB the operative version of the complaint to which answer is required in each of the above-captioned consolidated actions.

Dated: this 16th day of July, 2010

FOR PLAINTIFFS

*[signature]*
Sean P. Carter
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
Tel.: (215) 665-2105
*Attorneys for Plaintiff*

FOR DEFENDANT DUBAI ISLAMIC BANK

*[signature]*
John K. Crossman
Zukerman Gore Brandeis & Crossman, LLP
875 Third Avenue
New York, New York 10022
Tel.: (212) 223-6700
*Attorneys for Defendant*

SO ORDERED:
*[signature]*
HON. GEORGE B. DANIELS
U.S.D.J.

Date: 21 JUL 2010

- 2 -