UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x
                                                  :
In re TERRORIST ATTACKS ON           :   03 MDL 1570 (GBD)
SEPTEMBER 11, 2001                        :   ECF Case
                                                  :
------------------------------------------------- x

*This document relates to:*

*Estate of John P. O'Neill, Sr., on behalf John P. O'Neill, Sr., deceased, and on behalf of decedent's heirs-at-law, et al. v. Al Baraka Investment and Development Corp., et al., Case No. 04-CV-1923*

## NOTICE OF NAME CHANGE AND SUPPLEMENTAL STATEMENT PURSUANT TO FRCP 7.1

Pursuant to Rule 7.1(b)(2), Fed. R. Civ. P., defendant Banca del Gottardo ("BDG") states as follows: As a result of a sale and merger transaction, BDG's name has changed to BSI SA. The sole shareholder of BSI SA is a company whose shares are wholly owned by Assicurazioni Generali S.p.A., a corporation whose shares are publicly traded on the Borsa Italiana.

Date:   New York, New York
            July 22, 2010

                                              **SONNENSCHEIN NATH & ROSENTHAL LLP**

                                              By:    /s/
                                                       Martin R. Gold (MG 6528)
                                                       Martin J. Schwartz (MS 4227)

                                              1221 Avenue of the Americas
                                              New York, New York  10020
                                              Tel.: (212) 768-6700
                                              Fax: (212) 768-6800

                                              *Attorneys for Defendant BSI SA (formerly Banca del Gottardo)*