UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re Terrorist Attacks on September 11, 2001 ) ) ) ) ) ) ) ) | Civil Action No. 03-MDL-1570 (GBD) |

*This document relates to: All Actions*

## MOTION TO WITHDRAW JAMIE S. KILBERG AS ATTORNEY OF RECORD

PLEASE TAKE NOTICE that the undersigned moves this Court pursuant to Local Rule 1.4 to allow Jamie S. Kilberg to withdraw as counsel of record for HRH Prince Naif bin Abdulaziz Al-Saud and HRH Prince Salman bin Abdulaziz Al-Saud in the above-referenced action due to his departure from the law firm of Baker Botts L.L.P.  On March 16, 2004, Mr. Kilberg's Motion to Appear Pro Hac Vice was granted.  I respectfully request that Jamie Kilberg be removed from the Docket as counsel for Prince Naif and Prince Salman.  All other counsel listed in the record of the law firm of Baker Botts L.L.P., will continue to represent the Prince Naif and Prince Salman in this matter.

July 26, 2010                                              Respectfully submitted,

                                                          /s/ Sara E. Kropf

                                                          Sara E. Kropf
                                                          BAKER BOTTS L.L.P.
                                                          1299 Pennsylvania Ave., NW
                                                          Washington, DC 20004
                                                          202-639-7700 (phone)
                                                          202-639-7890 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 26, 2010, I caused an electronic copy of the foregoing Motion to Withdraw Jamie S. Kilberg as Attorney of Record to be served electronically by the Court's Electronic Case Filing (ECF) System.

/s/ Sara E. Kropf

Sara E. Kropf

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| **In re Terrorist Attacks on September 11, 2001** ) ) ) ) ) ) ) ) | Civil Action No. 03-MDL-1570 (GBD) |

*This document relates to: All Actions*

**PROPOSED ORDER TO WITHDRAW
JAMIE S. KILBERG AS ATTORNEY OF RECORD**

Before the Court is the Motion to Withdraw Jamie S. Kilberg as Attorney of Record as counsel for HRH Prince Naif bin Abdulaziz Al-Saud and HRH Prince Salman bin Abdulaziz Al-Saud filed July 26, 2010.

It is ORDERED that Jamie S. Kilberg be withdrawn as counsel for HRH Prince Naif bin Abdulaziz Al-Saud and HRH Prince Salman bin Abdulaziz Al-Saud in the above-referenced action.

Signed this _____ day of _____ 2010.

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE