T. Barry Kingham
Timothy N. McCabe
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178
(212) 696-6000
*Attorneys for HRH Prince Abdullah Al Faisal Bin Abdulaziz Al Saud (Deceased)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL 1570 (GBD) ECF Case |

*This document relates to: Burnett v. Al Baraka Investment & Development Corp., 03 CIV 9849 (GBD);*
*Burnett v. Al Baraka Investment & Development Corp., 03 CIV 5738 (GBD)*

### NOTICE OF MOTION TO DISMISS PURSUANT TO SUGGESTION OF DEATH

PLEASE TAKE NOTICE that, counsel for deceased defendant HRH Prince Abdullah Al Faisal Bin Abdulaziz Al Saud, upon the annexed Declaration of T. Barry Kingham, will move this Court as soon as counsel may be heard for an Order dismissing His Royal Highness Prince Abdullah Al Faisal Bin Abdulaziz Al Saud based upon the Suggestion of Death filed with this Court on May 15, 2007.

–2–

Dated: August 6, 2010

                                      CURTIS, MALLET-PREVOST,
                                         COLT & MOSLE LLP


                              By:    /s/ T. Barry Kingham
                                   T. Barry Kingham
                                   Timothy N. McCabe
                           101 Park Avenue
                           New York, New York  10178-0061
                           (212) 696-6000

                           *Attorneys for HRH Abdullah Al Faisal Bin*
                           *Abdulaziz Al Saud (Deceased)*