T. Barry Kingham
Timothy N. McCabe
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178
(212) 696-6000
*Attorneys for HRH Prince Abdullah Al Faisal Bin Abdulaziz Al Saud (Deceased)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                                     )
IN RE: TERRORIST ATTACKS ON          )          03 MDL 1570 (GBD)
SEPTEMBER 11, 2001                           )          ECF Case
_____)

*This document relates to: Burnett v. Al Baraka*
*Investment & Development Corp., 03 CIV 9849 (GBD);*
*Burnett v. Al Baraka Investment & Development Corp., 03 CIV 5738 (GBD)*

**DECLARATION OF T. BARRY KINGHAM IN SUPPORT OF MOTION
TO DISMISS PURSUANT TO SUGGESTION OF DEATH**

T. BARRY KINGHAM, hereby declares under penalty of perjury, as follows:

1.      I am a member of the bar of this Court, and a member Curtis, Mallet-Prevost, Colt
& Mosle LLP, which was counsel to defendant HRH Prince Abdullah Al Faisal Bin Abdulaziz
Al Saud prior to his death.

2.      I submit this declaration in support of this motion for an order dismissing HRH
Prince Abdullah Al Faisal Bin Abdulaziz Al Saud from the above-referenced actions pursuant to
the Suggestion of Death filed with this court on May 15, 2007 (MDL Docket No. 1973) (Exhibit
A).

3.      Pursuant to the Suggestion of Death, Alfaisaliah Group (a/k/a Faisal Group
Holding Co.), which was formerly a defendant in the above-referenced actions, suggested upon

the record pursuant to Federal Rule of Civil Procedure 25, the death of defendant HRH Prince

Abdullah Al Faisal Bin Abdulaziz Al Saud on May 4, 2007.

4.     Pursuant to Federal Rule of Civil Procedure 25(a), plaintiffs had 90 days after the

service of the Suggestion of Death to file a motion for substitution of another party.  Plaintiffs

did not make such a motion.  Based upon this failure to file a motion for substitution of another

party, and also pursuant to Federal Rule of Civil Procedure 25(a), "the action … against the

decedent must be dismissed."

5.     Accordingly, as counsel to HRH Prince Abdullah Al Faisal Bin Abdulaziz Al

Saud prior to his death, we respectfully request an order dismissing HRH Prince Abdullah Al

Faisal Bin Abdulaziz Al Saud from these actions with prejudice.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct.

Dated:  New York, New York
        August 6, 2010

                                                    /s/ T. Barry Kingham
                                                    T. Barry Kingham

–2–

7952672