# EXHIBIT A

T. Barry Kingham (TBK 1219)
Timothy N. McCabe (TM 9974)
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178
(212) 696-6000

*Attorneys for*
*Alfaisaliah Group (a/k/a Faisal Group Holding Co.)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————

IN RE: TERRORIST ATTACKS ON )          03 MDL 1570 (GBD)
SEPTEMBER 11, 2001            )          ECF Case

————————————————————

*This document relates to: Burnett v. Al Baraka*
*Investment & Development Corp., 03 CIV 9849 (GBD);*
*Burnett v. Al Baraka Investment & Development Corp., 03 CIV 5738 (GBD)*

## SUGGESTION OF DEATH PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 25

Defendant Alfaisaliah Group (a/k/a Faisal Group Holding Co.), by its undersigned

counsel, hereby suggests upon the record pursuant to Federal Rule of Civil Procedure 25, the

death of defendant HRH Prince Abdullah Al Faisal Bin Abdulaziz Al Saud on May 4, 2007,

during the pendency of this action.

Dated: New York, New York
       May 14, 2007

                              Respectfully submitted,


                              CURTIS, MALLET-PREVOST,
                                 COLT & MOSLE LLP


                              By:_____/s/_____
                                  T. Barry Kingham (TBK 1219)
                                  Timothy N. McCabe (TM 9974)
                                  101 Park Avenue
                                  New York, New York  10178
                                  (212) 696-6000

                              Attorneys for
                               *Alfaisaliah Group (a/k/a Faisal Group Holding Co.)*