T. Barry Kingham
Timothy N. McCabe
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178
(212) 696-6000
*Attorneys for HRH Prince Abdullah Al Faisal Bin Abdulaziz Al Saud (Deceased)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: TERRORIST ATTACKS ON ) | 03 MDL 1570 (GBD) |
| SEPTEMBER 11, 2001 ) | ECF Case |

*This document relates to: Burnett v. Al Baraka*
*Investment & Development Corp., 03 CIV 9849 (GBD);*
*Burnett v. Al Baraka Investment & Development Corp., 03 CIV 5738 (GBD)*

## NOTICE OF MOTION TO DISMISS PURSUANT TO SUGGESTION OF DEATH

PLEASE TAKE NOTICE that, counsel for deceased defendant HRH Prince Abdullah Al Faisal Bin Abdulaziz Al Saud, upon the annexed Declaration of T. Barry Kingham, will move this Court as soon as counsel may be heard for an Order dismissing His Royal Highness Prince Abdullah Al Faisal Bin Abdulaziz Al Saud based upon the Suggestion of Death filed with this Court on May 15, 2007.

–2–

Dated: August 6, 2010

                                         CURTIS, MALLET-PREVOST,
                                           COLT & MOSLE LLP


                                    By:    /s/ T. Barry Kingham
                                          T. Barry Kingham
                                            Timothy N. McCabe
                                101 Park Avenue
                                New York, New York  10178-0061
                                (212) 696-6000

                                *Attorneys for HRH Abdullah Al Faisal Bin*
                                *Abdulaziz Al Saud (Deceased)*

7952520