UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 mdl 1570 (GBD) **NOTICE OF APPEARANCE** |

*This document relates to:*
*Burnett v. Al Baraka Investment & Devel. Corp.*, 03-cv-9849
*Federal Insurance Co. v. Al Qaida*, 03-cv-6978
*O'Neill v. Al Baraka Investment & Devel. Corp.*, 04-cv-01923
*Continental Casualty Co. v. Al Qaeda*, 04-cv-05970
*New York Marine & Gen. Ins. Co. v. Al Qaida*, 04-cv-06105
*Cantor Fitzgerald & Co. v. Akida Bank Private Limited*, 04-cv-07065
*Euro Brokers Inc. v. Al Baraka Investment & Devel. Corp.*, 04-cv-07279
*World Trade Center Properties LLC v. Al Baraka Investment & Devel. Corp.*, 04-cv-07280

PLEASE TAKE NOTICE that Clifford Chance US LLP hereby appears in the above-captioned action as co-counsel for Defendant Dubai Islamic Bank and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon:

>Robert G. Houck
>Clifford Chance US LLP
>31 West 52nd Street
>New York, NY 10019
>(212) 878-8000 (phone)
>(212) 878-8375 (fax)
>robert.houck@cliffordchance.com (e-mail)

Dated:  New York, New York
        August 16, 2010

>CLIFFORD CHANCE US LLP
>
>By:    S/
>       Robert G. Houck
>
>31 West 52nd Street
>New York, NY 10019
>(212) 878-8000
>*Attorneys for Defendant Dubai Islamic Bank*

AMR #212232-v1