UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | ) <br> ) <br> ) <br> ) 03 MDL 1570 (GBD) <br> ) ECF Case <br> ) <br> ) <br> ) |

This document relates to:
*Burnett v. Arab Bank, PLC, 03-cv-9849*
*Federal Insurance Co. v. Al Qaida, 03-cv-6978*
*O'Neill v. Al Baraka Investment & Devel. Corp., 04-cv-01923*
*Continental Casualty Co. v. Al Qaeda, 04-cv-05970*
*New York Marine & Gen. Ins. Co. v. Al Qaida, 04-cv-06105*
*Cantor Fitzgerald & Co. v. Akida Bank Private Limited, 04-cv-07065*
*Euro Brokers Inc. v. Al Baraka Investment & Devel. Corp., 04-cv-07279*
*World Trade Center Properties LLC v. Al Baraka Investment & Devel. Corp., 04-cv-07280*

### NOTICE OF MOTION OF DUBAI ISLAMIC BANK FOR CERTIFICATION PURSUANT TO 28 U.S.C. § 1292(b)

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law dated August 16, 2010, and upon all prior pleadings and proceedings herein, Defendant Dubai Islamic Bank, through its undersigned counsel, will move this Court, before the Honorable George B. Daniels, United States District Judge, in Courtroom 21D, in the United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order, pursuant to pursuant to 28 U.S.C. Section 1292(b), certifying immediate appeal from this Court's June 17, 2010 Order (Docket #2252) ("Order") denying DIB's Motion to Dismiss (Docket #955) ("Motion to Dismiss").

DATED:  August 16, 2010    Respectfully submitted,

/s/ Robert G. Houck
Robert G. Houck
Juan P. Morillo  (pending submission of *pro hac vice*)
Steven T. Cottreau (pending submission of *pro hac vice*)
CLIFFORD CHANCE U.S. LLP
31 West 52nd Street
New York, New York 10019-6131
Telephone: (212) 878-8000

*Counsel for Defendant Dubai Islamic Bank*