UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | ) <br> ) <br> ) <br> ) 03 MDL 1570 (GBD) <br> ) ECF Case <br> ) <br> ) <br> ) |

This document relates to:
*Burnett v. Arab Bank, PLC*, 03-cv-9849
*Federal Insurance Co. v. Al Qaida*, 03-cv-6978
*O'Neill v. Al Baraka Investment & Devel. Corp.*, 04-cv-01923
*Continental Casualty Co. v. Al Qaeda*, 04-cv-05970
*New York Marine & Gen. Ins. Co. v. Al Qaida*, 04-cv-06105
*Cantor Fitzgerald & Co. v. Akida Bank Private Limited*, 04-cv-07065
*Euro Brokers Inc. v. Al Baraka Investment & Devel. Corp.*, 04-cv-07279
*World Trade Center Properties LLC v. Al Baraka Investment & Devel. Corp.*, 04-cv-07280

## (PROPOSED) ORDER

Before this Court is Defendant Dubai Islamic Bank's Motion for Certification of Appeal from this Court's June 17, 2010 Order (Docket #2252) ("Order") denying DIB's Motion to Dismiss (Docket #955). The Court having considered the papers filed and arguments presented in connection with the aforementioned motion, and good cause appearing therefore:

IT IS HEREBY ORDERED THAT Defendant Dubai Islamic Bank's Motion for Certification of Appeal as to (1) whether this Court can exercise personal jurisdiction over DIB; and (2) whether Plaintiffs properly have alleged causation, is hereby GRANTED.

DATED:  August __, 2010　　　　　　　　SO ORDERED:
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　George B. Daniels

　　　　　　　　　　　　　　　　　　　　United States District Judge