UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**In re Terrorist Attacks on September 11, 2001**

03 mdl 1570 (GBD)

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

*This document relates to:*
*Burnett v. Al Baraka Investment & Devel. Corp., 03-cv-9849*
*Federal Insurance Co. v. Al Qaida, 03-cv-6978*
*O'Neill v. Al Baraka Investment & Devel. Corp., 04-cv-01923*
*Continental Casualty Co. v. Al Qaeda, 04-cv-05970*
*New York Marine & Gen. Ins. Co. v. Al Qaida, 04-cv-06105*
*Cantor Fitzgerald & Co. v. Akida Bank Private Limited, 04-cv-07065*
*Euro Brokers Inc. v. Al Baraka Investment & Devel. Corp., 04-cv-07279*
*World Trade Center Properties LLC v. Al Baraka Investment & Devel. Corp., 04-cv-07280*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Robert G. Houck, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:   Steven T. Cottreau
Firm Name:          Clifford Chance US LLP
Address:            2001 K Street NW
City/State/Zip:     Washington, DC 20006
Phone Number:       202 912-5000
Fax Number:         202 912-6000

Steven T. Cottreau is a member in good standing of the bars of the District of Columbia and the State of Virginia. There are no pending disciplinary proceeding against Steven T. Cottreau in any State or Federal court.

Dated: August 18, 2010
       New York, New York

Respectfully submitted,

_____
Sponsor's SDNY Bar XXXXXX
       Clifford Chance US LLP
       31 West 52 Street
       New York, New York 10019
       Tel. 212 878-8000
       Fax 212 878-8375

# CERTIFICATES OF GOOD STANDING

<a>
</a>



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JOY A. CHAPPER, Acting Clerk of the District of Columbia Court of Appeals, do hereby certify that

STEVEN COTTREAU

was on the 11TH day of JANUARY, 2002, duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 16, 2010.

JOY A. CHAPPER, ACTING CLERK

By: _____
      Deputy Clerk



# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT STEVEN THOMAS COTTREAU IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING.  MR. COTTREAU WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON APRIL 27, 2001, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

Issued August 17, 2010

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**In re Terrorist Attacks on September 11, 2001**

03 mdl 1570 (GBD)

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

*This document relates to:*
*Burnett v. Al Baraka Investment & Devel. Corp., 03-cv-9849*
*Federal Insurance Co. v. Al Qaida, 03-cv-6978*
*O'Neill v. Al Baraka Investment & Devel. Corp., 04-cv-01923*
*Continental Casualty Co. v. Al Qaeda, 04-cv-05970*
*New York Marine & Gen. Ins. Co. v. Al Qaida, 04-cv-06105*
*Cantor Fitzgerald & Co. v. Akida Bank Private Limited, 04-cv-07065*
*Euro Brokers Inc. v. Al Baraka Investment & Devel. Corp., 04-cv-07279*
*World Trade Center Properties LLC v. Al Baraka Investment & Devel. Corp., 04-cv-07280*

STATE OF NEW YORK   )
COUNTY OF NEW YORK) ss.:

Robert G. Houck, being duly sworn, hereby deposes and says as follows:

1. I am counsel for defendant Dubai Islamic Bank in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Dubai Islamic Bank Defendant's motion to admit Steven T. Cottreau as counsel pro hac vice to represent said defendant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1997. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Steven T. Cottreau since July, 2007.

4. Mr. Cottreau is a partner at the firm of Clifford Chance US LLP in Washington, D.C.

5. I have found Mr. Cottreau to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Steven T. Cottreau, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Steven T. Cottreau, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Steven T. Cottreau, pro hac vice, to represent defendant Dubai Islamic Bank in the above captioned matter, be granted.

Respectfully submitted

_____
Robert G. Houck

Sworn to before me this
18 day of August, 2010

_____
Notary Public

**VITOLD J. de STRONIE**
Notary Public, State of New York
No. 01DE4517529
Qualified in New York County
Commission Expires July 31, 2014

# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re Terrorist Attacks on September 11, 2001** | 03 mdl 1570 (GBD)<br>**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

*This document relates to:*
*Burnett v. Al Baraka Investment & Devel. Corp.,* 03-cv-9849
*Federal Insurance Co. v. Al Qaida,* 03-cv-6978
*O'Neill v. Al Baraka Investment & Devel. Corp.,* 04-cv-01923
*Continental Casualty Co. v. Al Qaeda,* 04-cv-05970
*New York Marine & Gen. Ins. Co. v. Al Qaida,* 04-cv-06105
*Cantor Fitzgerald & Co. v. Akida Bank Private Limited,* 04-cv-07065
*Euro Brokers Inc. v. Al Baraka Investment & Devel. Corp.,* 04-cv-07279
*World Trade Center Properties LLC v. Al Baraka Investment & Devel. Corp.,* 04-cv-07280

Upon the motion of Robert G. Houck, attorney for defendant Dubai Islamic Bank, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Steven T. Cottreau |
| Firm Name: | Clifford Chance US LLP |
| Address: | 2001 K Street NW |
| City/State/Zip: | Washington, DC 20006 |
| Phone Number: | 202 912-5000 |
| Fax Number: | 202 912-6000 |
| Email Address: | steven.cottreau@cliffordchance.com |

is admitted to practice pro hac vice as counsel for defendant Dubai Islamic Bank in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: August     , 2010
       New York, New York

_____
United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re Terrorist Attacks on September 11, 2001** | 03 mdl 1570 (GBD)<br><br>Certificate of Service |

*This document relates to:*
*Burnett v. Al Baraka Investment & Devel. Corp., 03-cv-9849*
*Federal Insurance Co. v. Al Qaida, 03-cv-6978*
*O'Neill v. Al Baraka Investment & Devel. Corp., 04-cv-01923*
*Continental Casualty Co. v. Al Qaeda, 04-cv-05970*
*New York Marine & Gen. Ins. Co. v. Al Qaida, 04-cv-06105*
*Cantor Fitzgerald & Co. v. Akida Bank Private Limited, 04-cv-07065*
*Euro Brokers Inc. v. Al Baraka Investment & Devel. Corp., 04-cv-07279*
*World Trade Center Properties LLC v. Al Baraka Investment & Devel. Corp., 04-cv-07280*

I, Roni E. Bergoffen, hereby certify that I have this 19th day of August, 2010 caused to be served a true and correct copy of the foregoing documents upon all parties who are filing users in the above-captioned actions by sending the documents by electronic means, pursuant to Case Management Order No. 2 and procedure 9 of the Court's procedures for documents that are not filed through the ECF system.

Roni E. Bergoffen