UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Terrorist Attacks on September 11, 2001

03 mdl 1570 (GBD)

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

*This document relates to:*
*Burnett v. Al Baraka Investment & Devel. Corp., 03-cv-9849*
*Federal Insurance Co. v. Al Qaida, 03-cv-6978*
*O'Neill v. Al Baraka Investment & Devel. Corp., 04-cv-01923*
*Continental Casualty Co. v. Al Qaeda, 04-cv-05970*
*New York Marine & Gen. Ins. Co. v. Al Qaida, 04-cv-06105*
*Cantor Fitzgerald & Co. v. Akida Bank Private Limited, 04-cv-07065*
*Euro Brokers Inc. v. Al Baraka Investment & Devel. Corp., 04-cv-07279*
*World Trade Center Properties LLC v. Al Baraka Investment & Devel. Corp., 04-cv-07280*

Upon the motion of Robert G. Houck, attorney for defendant Dubai Islamic Bank, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Juan P. Morillo |
| Firm Name: | Clifford Chance US LLP |
| Address: | 2001 K Street NW |
| City/State/Zip: | Washington, DC 20006 |
| Phone Number: | 202 912-5000 |
| Fax Number: | 202 912-6000 |
| Email Address: | juan.morillo@cliffordchance.com |

is admitted to practice pro hac vice as counsel for defendant Dubai Islamic Bank in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: August    , 2010
       New York, New York

_____
United States District/Magistrate Judge
HON. GEORGE B. DANIELS