SDNY
Daniels, J
ALLY FILED
DATE FILED: 23 AUG 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)<br>ECF Case |

*This document relates to:*   New York Marine and General Insurance Co. v. Al Qaida, et al., Case No.: 04-CV-6105 (GBD)

**STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)**

IT HEREBY IS STIPULATED by and between the parties that, upon Court approval, the claims asserted in the Second Amended Complaint by plaintiff NEW YORK MARINE AND GENERAL INSURANCE COMPANY shall be and are hereby voluntarily dismissed.

Respectfully submitted,

BROWN GAVALAS & FROMM LLP
Attorneys for Plaintiff
NEW YORK MARINE AND GENERAL
INSURANCE COMPANY

BY: _____
DAVID H. FROMM, ESQ. (DH-9334)
FRANK J. RUBINO, JR., ESQ. (FR-6202)
355 Lexington Avenue
New York, NY 10017
212-983-8500

SO ORDERED:

_____
GEORGE B. DANIELS, U.S.D.J.
HON. GEORGE B. DANIELS

23 AUG 2010

Dated:_____