USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED  07 SEP 2010

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | ) ) Civil Action No. 03 MDL 1570 (GBD)(FM) ) ) ) |

*This document relates to: All Actions*

## ORDER

Defendant Saudi Binladin Group's application for leave to renew its motion to dismiss for lack of personal jurisdiction and failure to state a claim is granted and its tendered motion to dismiss supporting memoranda are accepted for filing. Counsel is directed to file the tendered motion via the Court's ECF system as soon as practicable.

Plaintiffs shall submit a consolidated response, not to exceed 45 pages, within 60 days of the electronic filing of Saudi Binladin Group's motion. Saudi Binladin Group may file a reply brief, not to exceed 25 pages, within 30 days of the filing of Plaintiffs' consolidated opposition.

0 7 SEP 2010,
Dated: August __, 2010
      New York, New York

SO ORDERED:

George B. Daniels
United States District Judge
HON. GEORGE B. DANIELS