**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In Re TERRORIST ATTACKS on ) 03 MDL 1570 (GBD) (FJM)
SEPTEMBER 11, 2001 ) ECF Case

This document relates to:
*O'Neill v. Al Baraka Inv. & Dev. Corp.*, 04-CV-1923 (GBD) (FJM)

## STIPULATION AND ORDER OF DISMISSAL
## AS TO DEFENDANT ARAB BANK

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the O'Neill Plaintiffs and Defendant Arab Bank, subject to the approval of the Court, as follows:

1. The O'Neill Plaintiffs and Arab Bank executed a stipulation on December 20, 2004 relating to the scheduling of a response to the pleadings served in the above referenced action.

2. The District Court subsequently granted Arab Bank's motions to dismiss in Burnett and Federal Insurance in its January 18, 2005 Opinion and Order ("Opinion and Order").

3. The allegations and evidence presented against the Defendant Arab Bank by the O'Neill Plaintiffs in the above referenced action do not materially differ from and are substantially similar to the allegations and evidence presented in the Burnett and Federal Insurance cases already dismissed by way of the Opinion and Order.

4. Any and all claims against Defendant Arab Bank in the above-referenced action are dismissed with prejudice in the above referenced action for the

NYDOCS1-950222.3

reasons set forth in the Opinion and Order, without the imposition of costs preserving, however, any and all rights of appeal.

Dated: August 2C, 2010

KING & SPALDING LLP

_____
Richard T. Marooney
1185 Avenue of the Americas
New York, NY 10036-4003
Phone: (212) 556-2242
*Counsel for Defendant Arab Bank*

Dated: August 6, 2010

ANDERSON KILL & OLICK, P.C.

_____
Jerry S. Goldman
1251 Avenue of the Americas, 42nd Fl.
New York, NY 10020-1182
Phone: (212) 278-1000
*Counsel for O'Neill Plaintiffs*

**SO ORDERED this ___ day of _____, 2010:**

0 7 SEP 2010

_____
Hon. George B. Daniels, U.S.D.J.
HON. GEORGE