09-02-10 01:49pm From-PATTON BOGGS 202-457-6315 T-545 P.09/09 F-682
Case 1:03-md-01570-GBD-SN Document 2282-4 Filed 09/07/10 Page 1 of 1
Case 1:03-md-01570-GBD-FM Document 2120 Filed 07/31/08 Page 8 of 8

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: **0 7 SEP 2010**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re TERRORIST ATTACKS on ) 03 MDL 1570 (GBD)(FM)
SEPTEMBER 11, 2001 ) ECF Case
)

*This document relates to:*
All Cases

## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Mitchell R. Berger attorney for Defendant The National Commercial Bank ("NCB") and said sponsor attorney's affidavit in support,

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant Name: | Alan Todd Dickey |
| Firm Name: | Patton Boggs LLP |
| Address: | 2550 M Street, NW |
| City/State/Zip: | 20037 |
| Phone Number: | (202) 457-6000 |
| Fax Number: | (202) 457-6315 |
| Email Address: | adickey@pattonboggs.com |

is admitted to practice pro hac vice as counsel for Defendant NCB in the above captioned cases in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

0 2 SEP 2010
Dated: August ____, 2008
New York, New York

George B. Daniels
United States District Judge
HON. GEORGE B. DANIELS