## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | ) ) ) ) ) **Civil Action No. 03 MDL 1570 (GBD)(FM)** |

*This document relates to:*

*Ashton v. Al Qaeda*, No. 02-CV-6977 (GBD)
*Burnett v. Al Baraka*, No. 03-CV-9849 (GBD)
*Continental Casualty v. Al Qaeda*, No. 04-CV-5970 (GBD)
*Euro Brokers v. Al Baraka*, No. 04-CV-7279 (GBD)
*Federal Insurance v. Al Qaida*, No. 03-CV-6978 (GBD)
*New York Marine v. Al Qaida*, No. 04-CV-6105 (GBD)
*World Trade Center v. Al Baraka*, No. 04-CV-7280 (GBD)

## DEFENDANT SAUDI BINLADIN GROUP'S
## RENEWED MOTION TO DISMISS PLAINTIFFS' COMPLAINTS

Defendant Saudi Binladin Group hereby respectfully moves this Court for an order dismissing Plaintiffs' Complaints pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6). A memorandum of law accompanies this motion.

- 2 -

DATED:      September 7, 2010              Respectfully submitted,

   /s/ James E. Gauch
Stephen J. Brogan
Mary Ellen Powers
James E. Gauch
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Tel: (202) 879-3939
Fax: (202) 626-1700

*Counsel for Defendant Saudi Binladin Group*

- 2 -