# EXHIBIT 1

In the Name of God, the
Merciful, the Compassionate

Page No. 41

Minutes No.: 8
Type of Meeting: .........

Day: Sunday
Date: 24/7/1413H

At six-thirty after sunset on Sunday 24/7/1413H corresponding to 17/1/1993, members of the Board of Directors of the Mohammed bin Ladin Company, dba Mohammed bin Ladin Organization, met at the company's headquarters. The following attended the meeting:

1. Mr. Bakr Mohammed bin Ladin        Chairman
2. Mr. Hassan Mohammed bin Ladin      Member
3. Mr. Ghaleb Mohammed bin Ladin      Member
4. Mr. Yehiya Mohammed bin Ladin      Member
5. Mr. Issa Mohammed bin Ladin        Member
6. Mr. Ahmed Mohammed bin Ladin       Member
7. Mr. Heydar Mohammed bin Ladin      Member

Absent from the meeting were board members Mr. Yeslam Mohammed bin Ladin, Mr. Tarek Mohammed bin Ladin, Mr. Khaled Mohammed bin Ladin, and Mr. Osama Mohammed bin Ladin. Considering that Mr. Omar Mohammed bin Ladin is outside the Kingdom and Mr. Saleh Mohammed bin Ladin is outside Jeddah, they requested that their brother, Bakr Mohammed bin Ladin, act on their behalf. The Board was honored by the attendance of Sheikh Mohammed Noor Rehimi and Sheikh Mohammed Saleh Behareth from the Supervisory and Audit Board.

In addition, in attendance were non-member brothers Mr. Khalil Mohammed bin Ladin and Mr. Yasser Mohammed bin Ladin, and representatives of Certified Accountant [ REDACTED ] Pursuant to paragraph 5 of Article 9 (Title 3) of the company's Articles of Association, the meeting is considered valid.

[seven signatures]

T0000027

Page No. 42

In the Name of God, the
Merciful, the Compassionate

Day: Sunday
Date: 24/7/1413H

Minutes No. : 8
Type of Meeting: ........

Redacted

T0000028

Page No. 43

In the Name of God, the
Merciful, the Compassionate



Day: Sunday
Date: 24/7/1413H

Minutes No. 8
Type of Meeting:.........

# Redacted

T0000029

In the Name of God, the
Merciful, the Compassionate

Page No. 44

[ Redacted ]

Minutes No. 8
Type of Meeting: .........

Day: Sunday
Date: 24/7/1413H

7.  The Board of Directors listened to Chairman Bakr Mohammed bin Ladin's explanation regarding what has been published in Asharq Alawsat newspaper and broadcasted by other media outlets about the actions and behavior of Mr. Osama Mohamed Bin Laden, who is currently located in Sudan. He clarified to the Board that we never authorize nor approve of these actions. Therefore, the Board has unanimously decided not to pay him any payments due from profits, properties or shares from the Mohammad bin Laden Company or any other company partnering with it until he returns to the Kingdom and presents himself in person to receive these amounts.  No representative will be accepted.

With this, the session concludes......and may God guide us.......

| Baker Mohamed Bin Laden [signature] | Chairman | Elssaa Mohamed Bin Laden [signature] | Member | Ghalb Mohamad Bin Laden [signature] | Member |
| Yahie Mohamed Bin Laden [signature] | Member | Eiisa Mohamad Bin Laden [signature] | Member | Ahmad Mohamed Bin Laden [signature] | Member |
| | | Hayder Mohamad Bin Laden [signature] | Member | | |

T0000030



**GEOTEXT**
Translations, Inc.

STATE OF NEW YORK        )
                         )
                         )    ss
COUNTY OF NEW YORK       )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Arabic into English of the attached Resolution Issued by

Shareholders.

Ted Bajek, Managing Editor
Geotext Translations, Inc.

Sworn to and subscribed before me

this 9th day of September, 20 07.

VALBONA BURDA
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BU6170590
Qualified in Richmond County
Commission Expires July 02, 2011

New York  259 West 30th Street, 17th Floor, New York, NY 10001, U.S.A. tel 212.631.7432 fax 212.631.7778
San Francisco  220 Montgomery Street, 3rd Floor, San Francisco, CA 94104, U.S.A. tel 415.576.9500 fax 415.520.0525
London  107-111 Fleet Street, London EC4A 2AB, United Kingdom tel +44.(0)20.7936.9002 fax +44.(0)20.7990.9909
Hong Kong  20th Floor, Central Tower, 28 Queen's Road, Central, Hong Kong tel +852.2159.9143 fax +852.3010.0082
translations@geotext.com  l  www.geotext.com

T0000024



SBG0002552

[REDACTED]

SBG0002553

Redacted

SBG0002554

Redacted



SBG0002555



**GEOTEXT**
Translations, Inc.

STATE OF NEW YORK    )
                               )
                               )    ss
                               )
COUNTY OF NEW YORK   )

## CERTIFICATION

This is to certify that the attached pages with Bates Nos. SBG0002552–SBG0002555 are, to the best of my knowledge and belief, a true and accurate representation of the redactions found on the pages with Bates Nos. T0000027–T0000030.

Kathryn Wolf, Project Manager
Geotext Translations, Inc.

Sworn to and subscribed before me

this _19th_ day of _October_, 20_09_.

KRISTEN DUFFY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DU6121852
Qualified in Queens County
My Commission Expires January 31, 2013

New York  259 West 30th Street, 17th Floor, New York, NY 10001, U.S.A. **tel** 212.631.7432 **fax** 212.631.7778
San Francisco  220 Montgomery Street, 3rd Floor, San Francisco, CA 94104, U.S.A. **tel** 415.576.9500 **fax** 415.520.0525
London  107-111 Fleet Street, London EC4A 2AB, United Kingdom **tel** +44.(0)20.7936.9002 **fax** +44.(0)20.7990.9909
Hong Kong  20th Floor, Central Tower, 28 Queen's Road, Central, Hong Kong **tel** +852.2159.9143 **fax** +852.3010.0082
translations@geotext.com I www.geotext.com

# EXHIBIT 2



In the Name of Allah, Most Merciful,
Most Compassionate

Shareholders Resolution to effect
the Fourth Amendment to the
Articles of Association
of
Binladin Saudi Group -
Bakr Muhamad Binladin & Brothers
relating to the Exit of One Shareholder
dated 26/12/1413 H., corresponding to 16/6/1993

The parties whose names appear below:

1.   Mr. Bakr Muhamad Awadh Binladin

2.   Mr. Tareq Muhamad Awadh Binladin

3.   Mr. Thabet Muhamad Awadh Binladin

4.   Mr. Omar Muhamad Awadh Binladin

5.   Mr. Mahroos Muhamad Awadh Binladin

6.   Mr. Hassan Muhamad Awadh Binladin

7.   Mr. Khaled Muhamad Awadh Binladin

8.   Mr. Ghaleb Muhamad Awadh Binladin

9.   Mr. Yahia Muhamad Awadh Binladin

10.  Mr. Abdul Aziz Muhamad Awadh Binladin

11.  Mr. Issa Muhamad Awadh Binladin

t0000082

-2-

12. Mr. Ahmad Muhamad Awadh Binladin

13. Mr. Khalil Muhamad Awadh Binladin

14. Mr. Saleh Muhamad Awadh Binladin

15. Mr. Haider Muhamad Awadh Binladin

16. Mr. Osama Muhamad Awadh Binladin

17. Mr. Saad Muhamad Awadh Binladin

18. Mr. Yasser Muhamad Awadh Binladin

19. Mr. Abdullah Muhamad Awadh Binladin

20. Mr. Muhamad Muhamad Awadh Binladin

have already set up the Saudi Binladin Group - Bakr Muhamad Binladin
and Brothers - registered in the Commercial Register of the city of
Jeddah under No. 4030068284 dated 12/5/1410 A.H., as a limited
partnership whose Articles of Association were notarized with the
Notary Public of Jeddah under No. 160 dated 8/5/1410 A.H., and whose
first amendment annex was notarized also with the Notary Public of
Jeddah under No. 41 dated 2/2/1412 A.H., and whose second amendment
annex was notarized before the Notary Public of Jeddah under No. 107
dated 10/7/1412 A.H., and whose third amendment annex was authenti-
cated by the branch of the Ministry of Commerce in Jeddah under No.
100 dated 24/9/1413 A.H.;

      And whereas the Shareholder Osama Muhamad Awadh Binladin
represented by his lawful attorney Muhamad Salem Ali Al Yafei as per
the power of attorney No. 13 volume 282/3 dated 24/9/1414 A.H.,



-3-

issued by the Jeddah Second Notary Public Office, wishes to assign all of his shares amounting to 5,000 shares in the Company's capital to the Shareholder Ghaleb Muhamad Awadh Binladin who has accepted this assignment together with all the rights and obligations pertaining thereto;

And whereas the remaining shareholders have agreed to that assignment and whereas each one of them has relinquished his right to recover the shares assigned;

And whereas the parties have satisfied their rights vis-a-vis each other;

And whereas the signature on this resolution is regarded as a final deed of release between them.

Now, therefore, the shareholders have unanimously agreed to amend the Company's Articles of Association in accordance with the following conditions:

**First:** The above preamble shall be regarded as an integral part of this resolution.

**Second:** The premise of the Articles of Association of the Company shall be amended so that the present shareholders owning the Company shall be:

1. Mr. Bakr Muhamad Awadh Binladin, Saudi national, as per identity card number 63935, registry of Makkah Al Mukarramah, dated 22/10/1387 A.H., a Civil Engineer by profession, born in the year 1368 A.H. **(First Party)**

-4-

2.  Mr. Tareq Muhamad Awadh Binladin, Saudi national, as per identity card number 63937, registry of Makkah Al Mukarramah, dated 22/10/1387 A.H., a Businessman by profession, born in the year 1369 A.H. **(Second Party)**

3.  Mr. Thabet Muhamad Awadh Binladin, Saudi national, as per identity card number 68250, registry of Makkah Al Mukarramah, dated 20/1/1389 A.H., a Businessman by profession, born in the year 1366 A.H.    **(Third Party)**

4.  Mr. Omar Muhamad Awadh Binladin, Saudi national, as per identity card number 298, registry of Al Medina Al Munawara, dated 27/3/1387 A.H., a Civil Engineer by profession, born in the year 1369 A.H.  **(Fourth Party)**

5.  Mr. Mahroos Muhamad Awadh Binladin, Saudi national, as per identity card number 63938, registry of Makkah Al Mukarramah, dated 22/10/1387 A.H., a Businessman by profession, born in the year 1367 A.H.  **(Fifth Party)**

6.  Mr. Hassan Muhamad Awadh Binladin, Saudi national, as per identity card number 6393, registry of Makkah Al Mukarramah, dated 22/10/1387 A.H., a Businessman by profession, born in the year 1367 A.H.  **(Sixth Party)**

7.  Mr. Khalid Muhamad Awadh Binladin, Saudi national, as per identity card number 63936, registry of Makkah Al Mukarramah, dated 22/10/1387 A.H., a Businessman by profession, born in the year 1367 A.H.  **(Seventh Party)**

8.  Mr. Ghaleb Muhamad Awadh Binladin, Saudi national, as per identity card number 63934, registry of Makkah Al

-5-

Mukarramah, dated 22/10/1387 A.H., a Civil Engineer by profession, born in the year 1366 A.H.   **(Eighth Party)**

9.   Mr. Yahia Muhamad Awadh Binladin, Saudi national, as per identity card number 63931, registry of Makkah Al Mukarramah, dated 22/10/1387 A.H., an Industrial Engineer by profession, born in the year 1368 A.H.   **(Ninth Party)**

10.   Mr. Abdul Aziz Muhamad Awadh Binladin, Saudi national, as per identity card number 63932, registry of Makkah Al Mukarramah, dated 22/10/1387 A.H., a Businessman by profession, born in the year 1368 A.H.   **(Tenth Party)**

11.   Mr. Issa Muhamad Awadh Binladin, Saudi national, as per identity card number 66541, registry of Makkah Al Mukarramah, dated 18/6/1388 A.H., a Businessman by profession, born in the year 1369 A.H.   **(Eleventh Party)**

12.   Mr. Ahmad Muhamad Awadh Binladin, Saudi national, as per identity card number 88636, registry of Makkah Al Mukarramah, dated 26/6/1396 A.H., a Businessman by profession, born in the year 1373 A.H.   **(Twelfth Party)**

13.   Mr. Khalil Muhamad Awadh Binladin, Saudi national, as per identity card number 100093, registry of Makkah Al Mukarramah, dated 6/6/1395 A.H., a Businessman by profession, born in the year 1377 A.H.   **(Thirteenth Party)**

14.   Mr. Saleh Muhamad Awadh Binladin, Saudi national, as per identity card number 88635, registry of Makkah Al Mukarramah, dated 26/6/1393 A.H., a Businessman by profession, born in the year 1375 A.H.   **(Fourteenth Party)**

T0000086

-6-

15. Mr. Haider Muhamad Awadh Binladin, Saudi national, as per identity card number 100094, registry of Makkah Al Mukarramah, dated 6/6/1395 A.H., a Businessman by profession, born in the year 1377 A.H.    (Fifteenth Party)

16. Mr. Saad Muhamad Awadh Binladin, Saudi national, as per identity card number 80149, registry of Jeddah, dated 14/11/1403 A.H., a Student by profession, born in the year 1383 A.H.    (Sixteenth Party)

17. Mr. Yasser Muhamad Awadh Binladin, Saudi national, as per identity card number 78938, registry of Jeddah, dated 24/5/1305 A.H., a Businessman by profession, born in the year 1385 A.H.    (Seventeenth Party)

18. Mr. Abdullah Muhamad Awadh Binladin, Saudi national, as per identity card number 78925, registry of Jeddah, dated 23/5/1403 A.H., a Student by profession, born in the year 1385 A.H.    (Eighteenth Party)

19. Mr. Muhamad Muhamad Awadh Binladin, Saudi national, as per identity card umber 7436, registry of Jeddah, dated 10/1/1407 A.H., a Student by profession, born in the year 1387 A.H.    (Nineteenth Party)

Who are all living in Jeddah, Al Jami'ah District, behind Binladin Mosque.

**Third:**    The fifth Article of the Company's Articles of Association and its amendment annexes relating to the distribution of capital and of shares shall be amended to become as follows:

-7-

## Article 5 - Capital:

The Company share capital has been fixed at S.R. 220,000,000 (Saudi Riyals Two Hundred Twenty Million) divided into 220,000 (Two Hundred Twenty Thousand) cash shares of equal value of S.R. 1000 (One Thousand) each subscribed for by the shareholders as follows:

| Name of the Shareholders | No. of Shares | Value of Each Share | Total Value of Shares Saudi Riyals |
|---|---|---|---|
| 1. Mr. Bakr Muhamad Awadh Binladin | 51,875 | 1000 | 51,875,000 |
| 2. Mr. Tareq Muhamad Awadh Binladin | 5,000 | 1000 | 5,000,000 |
| 3. Mr. Thabet Muhamad Awadh Binladin | 5,000 | 1000 | 5,000,000 |
| 4. Mr. Omar Muhamad Awadh Binladin | 22,500 | 1000 | 5,000,000 |
| 5. Mr. Mahroos Muhamad Awadh Binladin | 5,000 | 1000 | 22,500,000 |
| 6. Mr. Hassan Muhamad Awadh Binladin | 5,000 | 1000 | 5,000,000 |
| 7. Mr. Khaled Muhamad Awadh Binladin | 14,375 | 1000 | 5,000,000 |
| 8. Mr. Ghaleb Muhamad Awadh Binladin | 15,000 | 1000 | 14,375,000 |
| 9. Mr. Yahia Muhamad Awadh Binladin | 5,000 | 1000 | 15,000,000 |
| 10. Mr. Abdul Aziz Muhamad Awadh Binladin | 5,000 | 1000 | 5,000,000 |
| 11. Mr. Issa Muhamad Awadh Binladin | 5,000 | 1000 | 5,000,000 |
| 12. Mr. Ahmad Muhamad Awadh Binladin | 12,500 | 1000 | 5,000,000 |
| 13. Mr. Khalil Muhamad Awadh Binladin | 17,500 | 1000 | 12,500,000 |
| 14. Mr. Saleh Muhamad Awadh Binladin | 10,000 | 1000 | 17,500,000 |
| 15. Mr. Haider Muhamad Awadh Binladin | 11,875 | 1000 | 10,000,000 |
| 16. Mr. Saad Muhamad Awadh Binladin | 14,375 | 1000 | 11,875,000 |
| | | 1000 | 14,375,000 |

T0000088



-8-

| | | | |
|---|---|---|---|
| 17. Mr. Yasser Muhamad Awadh Binladin | 5,000 | 1000 | 5,000,000 |
| 18. Mr. Abdullah Muhamad Awadh Binladin | 5,000 | 1000 | 5,000,000 |
| 19. Mr. Muhamad Muhamad Awadh Binladin | 5,000 | 1000 | 5,000,000 |
| Total | 220,000 | | 220,000,000 |

The shareholders declare that the shares have been subscribed for by them and that the capital of the Company has been paid at the time of formation.

**Fourth:** The remaining Articles and Clauses of the Company's Articles of Association and the amendment annexes thereof shall remain as are without any change.

**Fifth:** All the parties have authorized Ahmad Muhamad Ahmad Al Ghamdi to take all the necessary legal procedures so as to submit the resolution for the purpose of studying and comparing same with the law and of registering same in the Commercial Register and in the Register of Companies with the Ministry of Commerce Branch in the city of Jeddah and to pay the fees and receive the Commercial Register of the Company and to sign for the receipt thereof.

Allah is the bestower of success.

Jeddah on 26/12/1413 A.H., corresponding to 16/6/1993 A.D.

**Shareholders Signatures**

1. Mr. Bakr Muhamad Awadh Binladin

2. Mr. Tareq Muhamad Awadh Binladin

3. Mr. Thabet Muhamad Awadh Binladin

T0000089

-9-

4. Mr. Omar Muhamad Awadh Binladin

5. Mr. Mahroos Muhamad Awadh Binladin

6. Mr. Hassan Muhamad Awadh Binladin

7. Mr. Khaled Muhamad Awadh Binladin

8. Mr. Ghaleb Muhamad Awadh Binladin

9. Mr. Yahia Muhamad Awadh Binladin

10. Mr. Abdul Aziz Muhamad Awadh Binladin

11. Mr. Issa Muhamad Awadh Binladin

12. Mr. Ahmad Muhamad Awadh Binladin

13. Mr. Khalil Muhamad Awadh Binladin

14. Mr. Saleh Muhamad Awadh Binladin

15. Mr. Haider Muhamad Awadh Binladin

16. Mr. Osama Muhamad Awadh Binladin
    (By his lawful attorney, Muhamad Salem Al Yaf'ei

17. Mr. Saad Muhamad Awadh Binladin

18. Mr. Yasser Muhamad Awadh Binladin

19. Mr. Abdullah Muhamad Awadh Binladin



-10-

20.  Mr. Muhamad Muhamad Awadh Binladin

Personally and in my capacity as their attorney in fact
(Signed)
Hassan Mohammad Binladin

Kingdom of Saudi Arabia
Ministry of Commerce
Branch of Jeddah
at exactly 11.30 in the morning of Sunday
20/11/1414 A.H., the notarization was done under No. 151/414
The addendum to the Articles was signed before me.
(Signed)
Director of Legal Department
Mohammad Ateeq Al Harbi



30662

الحامي \ حسان المحاسني

قسم الترجمة ( ترخيص رقم ٢٣ )

## CERTIFICATE

شــــهــــادة

The Translation Department of the Law Office of Hassan Mahassni, hereby certifies that it is an office licensed to perform translation work from and into English and Arabic, and that the translation of the attached copies of documents, from Arabic into English, is a full and correct translation.

بهذا يشهد "قسم الترجمة - مكتب المحامي حسان المحاسني" انه مكتب مرخص له بالقيام باعمال الترجمة من والى اللغتين الانكليزية والعربية، وان ترجمته لصور الوثائق المرفقة، من اللغة العربية الى اللغة الانكليزية، ترجمة كاملة وصحيحة.

ddah on:

جـدة فـي:

Translation Department

قسم الترجمة

Mohamad Zouhair Samhouri (licensed translator)



٦٤١

بالتعاون مع رايت آند حكيم،




بسم الله الرحمن الرحيم

شركة مجموعة بن لادن السعودية
بكر محمد بن لادن وإخوانه – توصية بسيطة
Legal Department

الشؤون القانونية

## قرار الشركاء بالتعديل الرابع لعقد تأسيس شركة
## مجموعة بن لادن السعودية بكر محمد بن لادن وإخوانه
## بخروج شريك

بتاريخ ١٤١٣/١٢/٢٦هـ الموافق ١٩٩٣/٦/١٦

لقد سبق للأطراف الآتية أسماؤهم:

| | |
|---|---|
| ٢ – طــــارق محمد عوض بن لادن | ١ – بكــر محمد عوض بن لادن |
| ٤ – عمــــر محمد عوض بن لادن | ٣ – ثابـت محمد عوض بن لادن |
| ٦ – حسـن محمد عوض بن لادن | ٥ – محروس محمد عوض بن لادن |
| ٨ – غالـب محمد عوض بن لادن | ٧ – خالـد محمد عوض بن لادن |
| ١٠ – عبدالعزيز محمد عوض بن لادن | ٩ – يحيـى محمد عوض بن لادن |
| ١٢ – أحمـد محمد عوض بن لادن | ١١ – عيسـى محمد عوض بن لادن |
| ١٤ – صالـح محمد عوض بن لادن | ١٣ – خليـل محمد عوض بن لادن |
| ١٦ – أسامـة محمد عوض بن لادن | ١٥ – حيـدر محمد عوض بن لادن |
| ١٨ – ياسـر محمد عوض بن لادن | ١٧ – سعـد محمد عوض بن لادن |
| ٢٠ – محمـد محمد عوض بن لادن | ١٩ – عبدالله محمد عوض بن لادن |

تأسيس شركة مجموعة بن لادن السعودية بكر محمد بن لادن وإخوانه المسجلة بالسجل التجاري لمدينة جدة
تحت رقم ٤٠٣٠٠٦٨٢٨٤ وتاريخ ١٤١٠/٥/١٢هـ كشركة توصية بسيطة، وأثبت عقد تأسيسها لدى كاتب كتابة
عدل جدة بالعدد (١٦٠) تاريخ ١٤١٠/٥/٨هـ، وأثبت ملحق تعديلها الأول لدى كاتب عدل جدة بالعدد (١٠٧) تاريخ
(٤١) تاريخ ١٤١٢/٢/٢هـ، وأثبت ملحق تعديلها الثاني لدى كاتب عدل جدة بالرقم (١٠٠) تاريخ
١٤١٢/٧/١٠هـ، والموثق ملحق تعديلها الثالث لدى فرع وزارة التجارة بجدة بالرقم (١٠٠) تاريخ
١٤١٣/٩/٢٤هـ.

ولما كان الشريك أسامة محمد عوض بن لادن ممثلاً بوكيله الشرعي محمد سالم علي اليافعي، قد رغب في
الوكالة رقم ١٣ الجلد ٣/٢٨٢ تاريخ ١٤١٤/٩/٢٤هـ الصادرة عن كتابة عدل جدة الثانية، في
التنازل عن جميع حصصه البالغة (٥٠٠٠) خمسة آلاف حصة من رأسمال الشركة إلى الشريك غالب محمد
عوض بن لادن الذي قبل هذا التنازل بما لهذه الحصص من حقوق وما عليها من إلتزامات ووافق باقي
الشركاء. على ذلك التنازل وأسقط كل منهم حقه في إسترداد الحصص المتنازل عنها.

وقد إستوفى الأطراف حقوقهم قبل بعضهم البعض ويعتبر توقيعهم على هذا القرار بمثابة مخالصة نهائية
فيما بينهم.

لذا فقد قرر الشركاء بالإجماع تعديل عقد تأسيس الشركة وفقا للشروط التالية:

أولاً:  يعتبر التمهيد السابق جزءاً لايتجزأ من هذا القرار.

ثانياً:  تُعدّل مقدمة العقد الأساسي للشركة ليصبح الشركاء الحاليين المالكين للشركة هم:

١ – بكر محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ٦٢٩٣٥ سجل مكة المكرمة
وتاريخ ١٣٨٧/١٠/٢٢هـ ومهنته مهندس مدني تولد عام ١٣٦٨هـ. (طرف أول)

وزارة التجارة
توثيق ...

6918 Jeddah 21492 , Saudi Arabia . Tel. 6692666 - Fax : 6696445 - Tlx

﴿٤٢﴾



شركة مجموعة بن لادن السعودية
بكر محمد بن لادن وإخوانه – توصية بسيطة
Legal Department

الشؤون القانونية

طارق محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ٦٢٩٢٧ سجل مكة

٢– طارق محمد عوض بن لادن، سعودي الجنسية، ومهنته رجل أعمال، تولد عام ١٣٦٩هـ. (طرف ثاني).
المكرمة وتاريخ ١٣٨٧/١٠/٢٢هـ، ومهنته رجل أعمال، بموجب حفيظة النفوس رقم ٦٨٢٥٠ وتاريخ

٣– ثابت محمد عوض بن لادن، سعودي الجنسية، ومهنته رجل أعمال، تولد عام ١٣٦٦هـ. (طرف ثالث).
١٣٨٩/١/٢٠هـ سجل مكة المكرمة، بموجب حفيظة النفوس رقم ٢٩٨ سجل المدينة المنورة

٤– عمر محمد عوض بن لادن، السعودي الجنسية، تولد عام ١٣٦٩هـ. (طرف رابع).
وتاريخ ١٣٨٧/٢/٢٧هـ ومهنته مهندس مدني، بموجب حفيظة النفوس رقم ٦٢٩٢٨ سجل مكة

٥– محروس محمد عوض بن لادن، سعودي الجنسية، تولد عام ١٣٦٧هـ. (طرف خامس).
المكرمة وتاريخ ١٣٨٧/١٠/٢٢هـ ومهنته رجل أعمال، بموجب حفيظة النفوس رقم ٦٢٩٣٣ سجل مكة

٦– حسن محمد عوض بن لادن، سعودي الجنسية، ومهنته رجل أعمال، تولد عام ١٣٦٧هـ. (طرف سادس).
المكرمة وتاريخ ١٣٨٧/١٠/٢٢هـ ومهنته رجل أعمال، بموجب حفيظة النفوس رقم ٦٢٩٣١ سجل مكة

٧– خالد محمد عوض بن لادن، سعودي الجنسية، ومهنته رجل أعمال، تولد عام ١٣٦٦هـ. (طرف سابع).
المكرمة وتاريخ ١٣٨٧/١٠/٢٢هـ ومهنته رجل أعمال، بموجب حفيظة النفوس رقم ٦٢٩٣٤ سجل مكة

٨– غالب محمد عوض بن لادن، سعودي الجنسية، ومهنته مهندس مدني، تولد عام ١٣٦٦هـ. (طرف ثامن).
المكرمة وتاريخ ١٣٨٧/١٠/٢٢هـ ومهنته مهندس مدني، بموجب حفيظة النفوس رقم ٦٢٩٣١ سجل مكة

٩– يحيى محمد عوض بن لادن، سعودي الجنسية، ومهنته مهندس صناعي، تولد عام ١٣٦٨هـ. (طرف تاسع).
المكرمة وتاريخ ١٣٨٧/١٠/٢٢هـ ومهنته مهندس صناعي، بموجب حفيظة النفوس رقم ٦٢٩٣٢ سجل مكة

١٠– عبدالعزيز محمد عوض بن لادن، سعودي الجنسية، تولد عام ١٣٦٨هـ (طرف عاشر).
المكرمة وتاريخ ١٣٨٧/١٠/٢٢هـ ومهنته رجل أعمال، بموجب حفيظة النفوس رقم ٦٦٥٤١ سجل مكة

١١– عيسى محمد عوض بن لادن، سعودي الجنسية، تولد عام ١٣٦٩هـ. (طرف حادي عاشر).
المكرمة وتاريخ ١٣٨٨/٦/١٨هـ ومهنته رجل أعمال، بموجب حفيظة النفوس رقم ٨٨٦٣١ سجل مكة

١٢– أحمد محمد عوض بن لادن، سعودي الجنسية، تولد عام ١٣٧٣هـ (طرف ثاني عشر).
المكرمة وتاريخ ١٣٩٦/٦/٢٦هـ ومهنته رجل أعمال، بموجب حفيظة النفوس رقم ١٠٠٠٩٣ سجل مكة

١٣– خليل محمد عوض بن لادن، سعودي الجنسية، ومهنته رجل أعمال، تولد عام ١٣٧٧هـ. (طرف ثالث عشر).
المكرمة وتاريخ ١٣٩٥/٦/٦هـ ومهنته رجل أعمال، بموجب حفيظة النفوس رقم ٨٨٦٣٥ سجل مكة

١٤– صالح محمد عوض بن لادن، سعودي الجنسية، تولد عام ١٣٧٥هـ (طرف رابع عشر).
المكرمة وتاريخ ١٣٩٢/٣/٢٦هـ ومهنته رجل أعمال، بموجب حفيظة النفوس رقم ١٠٠٠٩٤ سجل مكة

١٥– حيدر محمد عوض بن لادن، سعودي الجنسية، ومهنته رجل أعمال، تولد عام ١٣٧٧هـ (طرف خامس عشر).
المكرمة وتاريخ ١٣٩٥/٦/٦هـ ومهنته رجل أعمال، بموجب حفيظة النفوس رقم ٨٠١٤٩ سجل جدة وتاريخ

١٦– سعد محمد عوض بن لادن، سعودي الجنسية، تولد عام ١٣٨٣هـ (طرف سادس عشر).
١٤٠٣/١١/١٤هـ، ومهنته رجل أعمال، بموجب حفيظة النفوس رقم ٧٨٩٣٨ سجل جدة وتاريخ

١٧– ياسر محمد عوض بن لادن، سعودي الجنسية، تولد عام ١٣٨٥هـ (طرف سابع عشر).
١٤٠٣/٥/٢٤هـ، ومهنته رجل أعمال، بموجب حفيظة النفوس رقم ٧٨٩٢٥ سجل جا

١٨– عبدالله محمد عوض بن لادن، سعودي الجنسية، ومهنته طالب، تولد عام ١٣٨٥هـ (طرف ثامن عشر).
وتاريخ ١٤٠٣/٥/٢٣هـ، ومهنته طالب، بموجب حفيظة النفوس رقم ٧٤٣٦ سجل جدة وتاري

١٩– محمد محمد عوض بن لادن، سعودي الجنسية، تولد عام ١٣٨٧هـ (طرف تاسع عشـ
١٤٠٧/١/١٠هـ، ومهنته طالب، حي الجامعة خلف مسجد بن لادن.

– الجميع مقيمون بجدة – حي الجامعة خلف مسجد بن لادن.

وزارة التجارة
تم الاطلاع
معروف وإدارة الشركات

Jeddah 21492 , Saudi Arabia . Tel ٦٦٢٢٢٢٢

SBG0002570

‹٣›

**شركة مجموعة بن لادن السعودية**
بكر محمد بن لادن واخوانه – تنمية بسيطة
Legal Department



الشؤون القانونية

**ثالثاً:** يعدل البند الخامس من عقد تأسيس الشركة وملاحق تعديله المتعلق برأس المال وتوزيع الحصص ليصبح كمايلي:

**البند الخامس: رأس المال:** مائتان وعشرون مليون ريال مقسم إلى (٢٢٠,٠٠٠)
حدد رأس مال الشركة بمبلغ (٢٢٠,٠٠٠,٠٠٠) مائتان وعشرون مليون ريال سعودي تم توزيعها
مائتان وعشرون ألف حصة تأدية متساوية القيمة قيمة كل حصة (١٠٠٠) ألف ريال سعودي تم توزيعها
على الشركاء كالتي:

| مجموع قيمة الحصص سعودياً | قيمة الحصة ريال سعودي | عدد الحصص | اسم الشريك |
|---|---|---|---|
| ٥١,٨٧٥,٠٠٠ ريال | ١٠٠٠ | ٥١,٨٧٥ | ١- بكر محمد عوض بن لادن |
| ٥,٠٠٠,٠٠٠ ريال | ١٠٠٠ | ٥,٠٠٠ | ٢- طارق محمد عوض بن لادن |
| ١٢,٠٠٠,٠٠٠ ريال | ١٠٠٠ | ١٢,٠٠٠ | ٣- شابث محمد عوض بن لادن |
| ٥,٠٠٠,٠٠٠ ريال | ١٠٠٠ | ٥,٠٠٠ | ٤- عمر محمد عوض بن لادن |
| ٥,٠٠٠,٠٠٠ ريال | ١٠٠٠ | ٥,٠٠٠ | ٥- محروس محمد عوض بن لادن |
| ١٤,٢٧٥,٠٠٠ ريال | ١٠٠٠ | ١٤,٢٧٥ | ٦- حسن محمد عوض بن لادن |
| ١٥,٠٠٠,٠٠٠ ريال | ١٠٠٠ | ١٥,٠٠٠ | ٧- خالد محمد عوض بن لادن |
| ٥,٠٠٠,٠٠٠ ريال | ١٠٠٠ | ٥,٠٠٠ | ٨- غالب محمد عوض بن لادن |
| ٥,٠٠٠,٠٠٠ ريال | ١٠٠٠ | ٥,٠٠٠ | ٩- يحيى محمد عوض بن لادن |
| ٥,٠٠٠,٠٠٠ ريال | ١٠٠٠ | ٥,٠٠٠ | ١٠- عبد العزيز محمد عوض بن لادن |
| ١٢,٥٠٠,٠٠٠ ريال | ١٠٠٠ | ١٢,٥٠٠ | ١١- عيسى محمد عوض بن لادن |
| ١٧,٠٠٠,٠٠٠ ريال | ١٠٠٠ | ١٧,٠٠٠ | ١٢- احمد محمد عوض بن لادن |
| ١٠,٠٠٠,٠٠٠ ريال | ١٠٠٠ | ١٠,٠٠٠ | ١٣- خليل محمد عوض بن لادن |
| ١١,٨٧٥,٠٠٠ ريال | ١٠٠٠ | ١١,٨٧٥ | ١٤- صالح محمد عوض بن لادن |
| ١٤,٢٧٥,٠٠٠ ريال | ١٠٠٠ | ١٤,٢٧٥ | ١٥- حيدر محمد عوض بن لادن |
| ٥,٠٠٠,٠٠٠ ريال | ١٠٠٠ | ٥,٠٠٠ | ١٦- سعد محمد عوض بن لادن |
| ٥,٠٠٠,٠٠٠ ريال | ١٠٠٠ | ٥,٠٠٠ | ١٧- ياسر محمد عوض بن لادن |
| ٥,٠٠٠,٠٠٠ ريال | ١٠٠٠ | ٥,٠٠٠ | ١٨- عبد الله محمد عوض بن لادن |
| ٥,٠٠٠,٠٠٠ ريال | ١٠٠٠ | ٥,٠٠٠ | ١٩- محمد محمد عوض بن لادن |
| ٢٢٠,٠٠٠,٠٠٠ ريال | | ٢٢٠,٠٠٠ | المجموع |

ويقر الشركاء أنه تم توزيع الحصص فيما بينهم وأنه سبق أن تم الوفاء برأس مال الشركة عند التأسيس

وزارة التجارة
S.R No. 6025
ص.ب ٨٩١٨ جدة ٢١٤٩٢ المملكة العربية السعودية – تليفون ٦٦١٢٦٦٦ فاكس
P.O.Box. 6918 Jeddah 21492, Saudi Arabia, Tel. 666666




‹٤٤›

شركة مجموعة بن لادن السعودية
بكر محمد بن لادن وإخوانه - شركة بسيطة
Legal Department
الشؤون القانونية

رابعاً: تبقى باقي مواد وبنود عقد تأسيس الشركة الأساسي وملاحق تعديله كما هي عليه بدون أي تعديل.

خامساً: فوض جميع الأطراف المكرم أحمد محمد أحمد الغامدي باتخاذ جميع الإجراءات النظامية اللازمة لتقديم القرار لدراسته ومطابقته للنظام وتسجيله في السجل التجاري ويسجل الشركات لدى فرع وزارة التجارة في مدينة جدة وتسديد الرسوم واستلام السجل التجاري للشركة والتوقيع على الاستلام.

والله ولي التوفيق ،،،

جدة في ٢٦/١٢/١٤١٣هـ الموافق ١٩٩٣/٦/١٦م

توقيعات الشركاء

م ش ش ٤
ard 3

| | |
|---|---|
| ٢ - طـــارق محمد عوض بن لادن | ١- بكــر محمد عوض بن لادن |
| ٤ - عمـــر محمد عوض بن لادن | ٣- ثابــت محمد عوض بن لادن |
| ٦ - حســن محمد عوض بن لادن | ٥- محـروس محمد عوض بن لادن |
| ٨ - غالــب محمد عوض بن لادن | ٧- خالــد محمد عوض بن لادن |
| ١٠- عبدالعزيز محمد عوض بن لادن | ٩- يحيـى محمد عوض بن لادن |
| ١٢- أحمــد محمد عوض بن لادن | ١١- عيسـى محمد عوض بن لادن |
| ١٤- صالــح محمد عوض بن لادن | ١٣- خليـل محمد عوض بن لادن |
| ١٦- أسامة محمد عوض بن لادن<br>(عنه وكيله الشرعي محمد سالم اليافعي) | ١٥- حيـدر محمد عوض بن لادن |
| ١٨- ياسـر محمد عوض بن لادن | ١٧- سعـد محمد عوض بن لادن |
| ٢٠- محمـد محمد عوض بن لادن | ١٩- عبدالله محمد عوض بن لادن<br>عنه أخيه له وكالة<br>محمد محمد بن لادن |

وزارة التجارة
تم تسجيل هذا القرار
بمعرفة إدارة الشركات
١٤١٩/٦/١٨

S.R No. 68284 - P.O.Box : 8918 Jeddah 21492 , Saudi Arabia , Tel. 6692••• - Fax : ٦٦٩٢٤••
المملكة العربية السعودية - جدة ٢١٤٩٢ - ص ب ٨٩١٨ - س ر ٦٨٢٨٤ - هاتف ٦٦٩٢٤٤٠ - فاكس ٦٠٧٤٢٣٨ - إس جي

SBG0002572

المملكة العربية السعودية
وزارة الزراعة - فرع جيزان
في ٢٤٠م الساعة ١٦ر ٣ر صباحاً من يوم الأحد
تاريخ التوثيق ٢/ ١١ / ١٤هـ رقم التوثيق١٥/٤١٤

جرت تزكيته بمحتوى العقد أمامي ....
مدير الإذاعة القانونية
محمد عتيق الحكمي

التوقيع:

SBG0002573

# EXHIBIT 3

In the Name of Allah, Most Gracious, Most Merciful

[stamp]: General [cut off]

Second Edition

[advertisement]

## AL NADWA

Daily Newspaper Published in Mecca

[cut off] 1372 – May 5, 1994 – Year 34 – No. 110766 – 16 pages – 2 Riyals

**Summary of the Shareholders' Resolution to Make a Fourth Amendment to the Articles of Incorporation of Saudi Binladin Group of Bakr Mohammed Bin Ladin and Brothers on 26/12/1413 A.H., corresponding to 16/6/1993 A.D.**

The below named parties:

| | | |
|---|---|---|
| 1. Bakr Mohammed Awad Bin Ladin | 8. Ghalib Mohammed Awad Bin Ladin | 15. Haydar Mohammed Awad Bin Ladin |
| 2. Tareq Mohammed Awad Bin Ladin | 9. Yahya Mohammed Awad Bin Ladin | 16. Osama Mohammed Awad Bin Ladin |
| 3. Thabit Mohammed Awad Bin Ladin | 10. Abdul Aziz Mohammed Awad Bin Ladin | 17. Saad Mohammed Awad Bin Ladin |
| 4. Omar Mohammed Awad Bin Ladin | 11. Essa Mohammed Awad Bin Ladin | 18. Yasser Mohammed Awad Bin Ladin |
| 5. Mahrus Mohammed Awad Bin Ladin | 12. Ahmad Mohammed Awad Bin Ladin | 19. Abdallah Mohammed Awad Bin Ladin |
| 6. Hassan Mohammed Awad Bin Ladin | 13. Khalil Mohammed Awad Bin Ladin | 20. Mohammed Mohammed Awad Bin Ladin |
| 7. Khaled Mohammed Awad Bin Ladin | 14. Saleh Mohammed Awad Bin Ladin | |

Have previously established Saudi Bin Ladin Group of Bakr Mohammed Bin Ladin and Brothers, which is registered as a limited partnership with the Jeddah Commercial Register under No. 4030068284 on 12/5/1410 A.H. Its Articles of Incorporation were notarized by the Jeddah Notary Public's Office under No. 160 on 8/5/1410 A.H. Its first amendment addendum was notarized by the Jeddah Notary Public's Office under No. 41 on 2/2/1412 A.H. Its second amendment addendum was notarized by the Jeddah Notary Public's Office under No. 107 on 10/7/1412 A.H., and its amendment addendum was filed with the Ministry of Commerce Jeddah Branch under No. 100 on 24/9/1413 A.H.

Whereas Shareholder Osama Mohammed Awad Bin Ladin is represented by a legal representative, Mohammed Salem Ali Al-Yafiee, under Power of Attorney No. 13, Volume 282/3, dated 24/9/1414 A.H. and issued by the Jeddah Second Notary Public's Office; whereas he wishes to assign all his 5,000 (five thousand) shares in the Company capital to Shareholder Ghalib Mohammed Awad Bin Ladin, who accepted this assignment of all rights to and obligations from these shares; whereas the remaining shareholders agreed to this assignment and each waived his right to recover the assigned shares; and

Whereas the rights of all Parties hereto were respected, and their signing of this resolution is deemed a final settlement among them,

THEREFORE, the shareholders resolved unanimously to amend the Articles of Incorporation under the following conditions:

I. The above preamble shall be deemed an integral part of this resolution.

II. The Introduction to the original Articles of Incorporation shall be amended to make the current shareholders and owners of the Company all those shareholders whose names are stated in the Introduction to the Articles of Incorporation, excluding Shareholder No. Sixteen, Osama Mohammed Bin Ladin, who has assigned his shares and left the Company upon removal of his name.

III. Article 5 of the original Articles of Incorporation and its amending addendums, which pertains to the capital, shall be amended to increase Shareholder Ghalib Mohammed Bin Ladin's shares to 15,000 valued at 15,000,000 Riyals, after removing Shareholder Osama Bin Ladin's name, while the remaining shareholders' shares shall remain intact without any amendment.

T0000098





## AL NADWA
### جريدة يومية تصدر بمكة المكرمة

---

**ملخص قرار الشركاء بالتعديل الرابع لعقد تأسيس شركة مجموعة بن لادن السعودية بكر محمد بن لادن واخوانه بتاريخ ١٤١٣/١٢/٢٦هـ الموافق ١٩٩٣/٦/١٦م**

● لقد سبق للاطراف الآتية اسماءهم :

| | | |
|---|---|---|
| ١ ــ بكر محمد عوض بن لادن | ٨ ــ غالب محمد عوض بن لادن | ١٥ ــ حيدر محمد عوض بن لادن |
| ٢ ــ طارق محمد عوض بن لادن | ٩ ــ يحيى محمد عوض بن لادن | ١٦ ــ اسامه محمد عوض بن لادن |
| ٣ ــ ثابت محمد عوض بن لادن | ١٠ ــ عبدالعزيز محمد عوض بن لادن | ١٧ ــ سعد محمد عوض بن لادن |
| ٤ ــ عمر محمد عوض بن لادن | ١١ ــ عيسى محمد عوض بن لادن | ١٨ ــ ياسر محمد عوض بن لادن |
| ٥ ــ محروس محمد عوض بن لادن | ١٢ ــ أحمد محمد عوض بن لادن | ١٩ ــ عبدالله محمد عوض بن لادن |
| ٦ ــ حسن محمد عوض بن لادن | ١٣ ــ خليل محمد عوض بن لادن | ٢٠ ــ محمد محمد عوض بن لادن |
| ٧ ــ خالد محمد عوض بن لادن | ١٤ ــ صالح محمد عوض بن لادن | |

تأسيس شركة مجموعة بن لادن السعودية بكر محمد بن لادن واخوانه المسجلة بالسجل التجاري لمدينة جدة تحت رقم ٤٠٣٠٠٦٨٢٨٤ وتاريخ ١٤١٠/٥/١٢ كشركة توصية بسيطة ، واثبت عقد تأسيسها لدى كتابة عدل جدة بالعدد (١٦٠) تاريخ ١٤١٠/٥/٨ واثبت ملحق تعديلها الاول لدى كتابة عدل جدة (٢١) تاريخ ١٤١٢/٢/٢هـ واثبت ملحق تعديلها الثاني لدى كتابة عدل جدة بالعدد (١٠٧) تاريخ ١٤١٢/٧/١٠هـ والموثق ملحق تعديلها لدى فرع وزارة التجارة بجدة بالرقم (١٠٠) تاريخ ١٤١٣/٩/٢٤هـ .

ولما كان الشريك اسامه محمد عوض بن لادن ممثلاً بوكيل شرعي محمد سالم علي اليافعي بموجب صك الوكالة رقم ١٣ الجلد ٢٨٢/٣ تاريخ ١٤١٤/٩/٢٤ الصادرة عن كتابة عدل جدة الثانية ، قد رغب في التنازل عن جميع حصصه البالغة (٥,٠٠٠) خمسة الاف حصة من راسمال الشركة الى الشريك غالب محمد عوض بن لادن الذي قبل هذا التنازل بما لهذه الحصص من حقوق وما عليها من التزامات ووافق باقي الشركاء على ذلك التنازل واسقط كل منهم حقه في استرداد الحصص المتنازل عنها .

● وقد استوفى الاطراف حقوقهم قبل بعضهم البعض ويعتبر توقيعهم على هذا القرار بمثابة مخالصة نهائية فيما بينهم .

لذا فقد قرر الشركاء بالاجماع تعديل عقد تأسيس الشركة وفقا للشروط التالية :

اولا : تعدل التمهيد السابق جزءاً لا يتجزأ من هذا القرار .

ثانيا : يعتبر مقدمة العقد الاساسي للشركة ليصبح الشركاء الحاليين المالكين للشركة هم جميع الشركاء الواردة اسماؤهم في مقدمة العقد باستثناء الشريك السادس عشر اسامه محمد بن لادن المتنازل عن حصصه والذى خرج من الشركة بعد ان تم حذف اسمه .

ثالثا : يعدل البند الخامس من عقد تأسيس الشركة الاساسي وملاحق تعديله المتعلق براس المال بحيث تصبح حصة الشريك غالب محمد بن لادن (١٥,٠٠٠) حصة قيمتها (١٥,٠٠٠,٠٠٠) ريال بعد حذف اسم الشريك اسامه محمد بن لادن وتبقى باقي حصص الشركاء كما هي عليه دون تعديل .

SBG0002579



**GEOTEXT**
Translations, Inc.

STATE OF NEW YORK )
 )  ss
COUNTY OF NEW YORK )

## <u>CERTIFICATION</u>

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Arabic into English of the attached Summary of the Shareholders'

Resolution to Make a Fourth Amendment to the Articles of Incorporation of Saudi Binladin

Group of Bakr Mohammed Bin Ladin and Brothers on 26/12/1413 A.H., corresponding to

16/6/1993 A.D.

Corin Lianides, Project Manager
Geotext Translations, Inc.

Sworn to and subscribed before me

this 13th day of September, 20 07 .

VALBONA BURDA
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BU6170590
Qualified in Richmond County
My Commission Expires July 09, 2011

New York 259 West 30th Street, 17th Floor, New York, NY 10001, U.S.A. tel 212.631.7432 fax 212.631.7778
San Francisco 220 Montgomery Street, 3rd Floor, San Francisco, CA 94104, U.S.A. tel 415.576.9500 fax 415.520.0525
London 107-111 Fleet Street, London EC4A 2AB, United Kingdom tel +44.(0)20.7936.9002 fax +44.(0)20.7990.9909
Hong Kong 20th Floor, Central Tower, 28 Queen's Road, Central, Hong Kong tel +852.2159.9143 fax +852.3010.0082
translations@geotext.com I www.geotext.com

T0000097

# EXHIBIT 4

*In the name of God the most merciful, the most compassionate*

*Brother Bakr bin Mohammad Bin Ladin, may God preserve him.*

*Brothers, members of the board of directors, sons of Sheikh Muhammad bin 'Awad Bin Ladin, may God preserve them.*

*May the peace, mercy and blessings of God be upon you.*
*I hope that you and the members of the family are well and that God, the Almighty, glory to Him, is pleased with you. May God grant you success in fulfilling the deeds which he likes and which gain his contentment, keep you away from devilish insinuations, be they apparent or concealed, and unite you together on the right way and guidance.*

*My dear brothers,*
*In consideration of certain circumstance, I request you to be kind enough to instruct whoever is required to be instructed to pay me the sums I am entitled to for my partnership with you in the companies.*
*May God grant you his good reward.*

*Your loving brother*

*Osama Muhammad Bin 'Awad Bin Ladin*

*15/7/1414H*                    [signature]

T0000057

بسم الله الرحمن الرحيم

الأخ العزيز بكر بن محمد بن لادن عظم الله
الدعوة الأعزاء أعضاء مجلس الإدارة. أبناء
الشيخ محمد بن عوض بن لادن حفظكم الله
السلام عليكم ورحمة الله وبركاته

أما بعد

أرجو أن تكونوا والأهل جميعاً بخير و رضاً
من الله سبحانه و تعالى و أسأله و العمل أن
يوفقكم لما يحب ويرضى و يجنبكم الفتن
ما ظهر منها و ما بطن و يجمعكم على
الهدى و الرشاد

إخوتي الكرام نظراً لبعض الظروف
أرجو منكم التكرم والتعميد لي لأرمي
بعض مستحقاتي في الشركات حفظكم
و حفظكم الله عزيزاً

أخوكم وعمكم

سالم بن محمد بن عوض بن لادن

١٤١٤/٧/١٥ هـ
١٩٩٢/ ١٢/٢٦

SBG0002561


**GEOTEXT**
Translations, Inc.

STATE OF NEW YORK      )
                        )    ss
                        )
COUNTY OF NEW YORK    )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Arabic into English of the attached letters.

*Ewelina Jarzynska*

Ewelina Jarzynska, Project Manager
Geotext Translations, Inc.

Sworn to and subscribed before me

this 13 day of September, 20 07 .

*C. Lianides*

CORIN LIANIDES
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LI6167936
Qualified in Kings County
My Commission Expires June 04, 2011

New York  259 West 30th Street, 17th Floor, New York, NY 10001, U.S.A. tel 212.631.7432 fax 212.631.7778
San Francisco  220 Montgomery Street, 3rd Floor, San Francisco, CA 94104, U.S.A. tel 415.576.9500 fax 415.520.0525
London  107-111 Fleet Street, London EC4A 2AB, United Kingdom tel +44.(0)20.7936.9002 fax +44.(0)20.7990.9909
Hong Kong  20th Floor, Central Tower, 28 Queen's Road, Central, Hong Kong tel +852.2159.9143 fax +852.3010.0082
translations@geotext.com  |  www.geotext.com

T0000056

# EXHIBIT 5

**In the Name of Allah, Most
Gracious, Most Merciful**

 **M. BINLADIN COMPANY**
(LIMITED LIABILITY CO.)



Muhammad Bin Ladin Company
(Limited Liability Co.)

---

To: Mr. Osama Mohammed Bin Ladin

May the peace, mercy and blessings of God be upon you.

We have received a copy of the letter you addressed to the members of the Board of Directors, which contains your request that the rights you are entitled to in the companies be paid to you. We inform you of the following:

1.　　In our capacity as members of the Board of Control and Supervision, we have instructed the Board of Directors not to pay any sum of the rights you are entitled to, except after you personally return to the Kingdom. We stressed that the Board is required to comply with said instructions.

2.　　We would like also to emphasize to you that the unsatisfactory news we hear about you is directly or indirectly adversely affecting the activities and reputation of the Company.

We hope that you will quickly respond by returning to your beloved country and living among your family members and your relatives.

May God grant you guidance and wisdom.

### Members of the Board of Control and Supervision

**Muhammad Saleh Bahareth**　　　　　　　　　**Muhammad Noor Raheemi**

　　[signature]　　　　　　　　　　　　　　　　　[signature]

---

ATTACH :————— :الرفقـات    DATE :بتاريخ: *24/7/1414 A.H.*    NO.————— :رقم:    *901/56*

نص عربي مطبوع

بسم الله الرحمن الرحيم



M. BINLADIN COMPANY
( LIMITED LIABILITY CO. )



شركة محمد بن لادن
( ذات مسؤولية محدودة ) - فرع جدة

المكرم السيد / اسامه محمد بن لادن     المحترم

السلام عليكم ورحمة الله وبركاته ، وبعد :

وصلتنا صورة من خطابكم المرسل للساده اعضاء مجلس الاداره ، والمتضمن طلبكم
صرف مستحقاتكم فى الشركات . ونفيدكم بما يلى :

١ ــ  بصفتنا اعضاء مجلس الرقابه والاشراف ، فقد عمدنا مجلس الاداره بعدم صرف اي
شئ من مستحقاتكم ، الا بعد عودتكم الى المملكة شخصيا ، وقد اكدنا على المجلس
بضرورة الالتزام بذلك .

٢ ــ  كما نود ان نؤكد عليكم ان ما نسمعه من اخبار عنكم والغير مرضيه ، تؤثر سلبيا
على نشاط وسمعة الشركة بطريقة مباشرة او غير مباشرة ، ونأمل منكم التجاوب
السريع بالعوده الى بلدكم الحبيب والعيش بين أهلكم وذويكم .

سائلين لكم من الله الهدايه والرشاد .

اعضاء مجلس الرقابه والاشراف

محمد نور رحيمى                    محمد صالح باحارث

ATTACH :          الرفقات :          DATE التاريخ ٥/١٤/١٤٢/ ٧/ ٢٤          NO. رقم ٥٠٩ / ٩٠١          قم :

SBG0002562



**G E O T E X T**
Translations, Inc.

STATE OF NEW YORK          )
                           )          ss
COUNTY OF NEW YORK         )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Arabic into English of the attached letter dated 24/7/1414 A.H.

_V. Burda_

Valbona Burda, Project Manager
Geotext Translations, Inc.

Sworn to and subscribed before me

this 13 day of September, 2007.

_C. Lianides_

CORIN LIANIDES
ARY PUBLIC-STATE OF NEW YORK
No. 01LI6167936
Qualified in Kings County
Commission Expires June 04, 2011

New York  259 West 30th Street, 17th Floor, New York, NY 10001, U.S.A. tel 212.631.7432 fax 212.631.7778
San Francisco  220 Montgomery Street, 3rd Floor, San Francisco, CA 94104, U.S.A. tel 415.576.9500 fax 415.520.0525
London  107-111 Fleet Street, London EC4A 2AB, United Kingdom tel +44.(0)20.7936.9002 fax +44.(0)20.7990.9909
Hong Kong  20th Floor, Central Tower, 28 Queen's Road, Central, Hong Kong tel +852.2159.9143 fax +852.3010.0082
translations@geotext.com  I  www.geotext.com

T0000066

# EXHIBIT 6

AL-MADINA AL-MUNAWWARA NEWSPAPER
Issue of Saturday 9 Ramadan 1414 H
(19/2/1994 A.D.)

BAKR BINLADEN: WE CONDEMN
AND DENOUNCE "OSAMA'S BEHAVIOR

Following reports by the media regarding Osama Muhammad
Binladen, and in order to clarify his family's position towards
him, Engineer Bakr Muhammad Binladen, the senior member of the
Binladen family, has made the following statement:

"I myself, and all members of the family, whose number exceeds
fifty persons, express our strong condemnation and
denunciation of all the behavior of Osama, which behavior we
do not accept or approve of. As said Osama has been residing
outside the Kingdom of Saudi Arabia for more than two years
despite our attempts to convince him to return to the right
path, we, therefore, consider him to be alone responsible for
his statements, actions and behavior, if truly emanating from
him."



Law Office of Hassan Mahassn - Translation Department - Translation License No 23

T0000071



SBG0002564

مكتب حسني
ص.ب : ١٢٥٥ جدة ٢١٥
هاتف : ١٦٢٣٥٢ (١٠٢)
تلكس : ١٦٢٣٥٢١ (١٠٢)
ت.ت : ٢٠٠

مكتب الرياض
ص.ب : ١٧٤٠ الرياض ٨١
هاتف : ١٢٧٠٠٩٩ (١٠١)
فاكس : ١٢٧٠٠٠٠ (١٠١)
تلكس : ١٢٧٥ (١٠١)
المملكة العربية السعودية

حسن المحاسني

## C E R T I F I C A T E            شـــهـــادة

قسم الترجمة ( ترخيص رقم ٢٣ )

The Translation Department of the Law Office of Hassan Mahassni, hereby certifies that it is an office licensed to perform translation work from and into English and Arabic, and that the translation of the attached copies of documents, from Arabic into English, is a full and correct translation.

بهذا يشهد "قسم الترجمة - مكتب المحامي حسن المحاسني" أنه مكتب مرخص له بالقيام بأعمال الترجمة من والى اللغتين الانكليزية والعربية، وان ترجمته لصور الوثائق المرفقة، من اللغة العربية الى اللغة الانكليزية، ترجمة كاملة وصحيحة.

Jeddah on:                                    جدة في :

Translation Department                    قسم الترجمة

Mohamad Zouhair Samhouri                  محمد زهير سمهوري
(licensed translator)                      (مترجم مرخص)



بالنسان مع ثبات أنف حكيم

# EXHIBIT 7

AL-NADWAH , Issue No. 10706
Sunday, 10 Ramadan 1414 H.
(20/2/1994 A.D.)

### BAKR BINLADEN: ALL FAMILY MEMBERS

### CONDEMN OSAMA BINLADEN'S BEHAVIOR

Following reports by the media regarding Osama Muhammad Binladen, and in order to clarify his family's position towards him, Engineer Bakr Muhammad Binladen, the senior member of the Binladen family, has made the following statement:

"I myself, and all members of the family, whose number exceeds fifty persons, express our strong condemnation and denunciation of all the behavior of Osama, which behavior we do not accept or approve of. As said Osama has been residing outside the Kingdom of Saudi Arabia for more than two years despite our attempts to convince him to return to the right path, we, therefore, consider him to be alone responsible for his statements, actions and behavior, if truly emanating from him."

T0000073



SBG0002565

حسان المحاسني

نـــم الترجمة ( ترخيص رقم ٢٣ )

## CERTIFICATE      شـــهـــادة

The Translation Department of the Law Office of Hassan Mahassni, hereby certifies that it is an office licensed to perform translation work from and into English and Arabic, and that the translation of the attached copies of documents, from Arabic into English, is a full and correct translation.

بهذا يشهد "قسم الترجمة - مكتب المحامي حسان المحاسني" إنه مكتب مرخص له بالقيام بأعمال الترجمة من والى اللغتين الانكليزية والعربية، وان ترجمت لصور الوثائق المرفقة، من اللغة العربية الى اللغة الانكليزية، ترجمة كاملة وصحيحة.

جدة فـي:

Yeddah on:

Translation Department      قسم الترجمة

*H. Samhouri*

Mohamad Zouhair Samhouri (licensed translator)

محمد زهير سمهوري
(مترجم مرخص)





بالتعاون مع زايت آند مكينـز

نيويورك - واشنطن - ميامي - لوس أنجلوس - مكسيكو سيتي - طوكيو - هونغ كونغ - جاكرتا - سنغافورة - هانوي - بانكوك - بومباي
لندن - باريس - بروكسل - ستوكهولم - هلسنكي - بوخارست - براغ - وارسو - موسكو - المانيا - استانبول - انقرة

T0000074

# EXHIBIT 8

SAUDI GAZZETTE

10 RAMADAN 1414 H

20 FEBRUARY 1994 G

**Osama: Shunned**

# Osama Bin Laden ostracised by his family

RIYADH, Feb. 19 (AFP)

THE Bin Laden family, one of the richest families in Saudi Arabia, issued a statement today to dissociate itself from a member who has been widely linked to Islamic militant groups.

In a telefaxed message to Saudi newspapers, Bakr Mohammed Bin Laden, doyen of the Jeddah-based family, wrote that he and "all members of the family, whose number exceeds 50, would like to express their regret, denunciation and condemnation of all acts that Osama Bin Laden may have



committed, which we do not condone and which we reject." The engineer is the brother of Osama, who is currently based in Sudan and who is held to be a prominent leader of the so-called Afghan Arabs.

These are Arab Muslims who were volunteers in the ranks of the Mujahideen of Afghanistan, helping in their struggle against the former Soviet troops and the communist regime they backed in Kabul for much of the 1980s.

Following the collapse of communism, these volunteers returned to their countries to foster stricter codes of Islam, resorting to violence in the process.

Osama Bin Laden has been mentioned particularly by a group tied in Yemen on charges of committing several acts of terrorism.

They are said to be linked to the bomb attacks on two hotels in Aden in December 1992 in which two Austrian tourists were killed.

The blasts narrowly missed 100 American servicemen deployed with Operation Restore Hope that was then starting in Somalia.

The Bin Laden family is originally from the southern part of Yemen. Decades ago, some members migrated to Saudi Arabia where they became prominent entrepreneurs in the construction business, amassing a fortune.

The majority of the family fled to join them when Aden turned Marxist and South Yemen became a close ally of the former Soviet Union.

SBG0002566

# EXHIBIT 9

Asharq Alawsat [name not confirmed], Issue No. 5564, Monday, 11/9/1414A.H.

The Saudi bin Ladin family acted well when it denounced everything issued by Osama bin Ladin about his financing of extremist terrorist groups and about actions that are not approved by the family.

Egypt's relationship with this Saudi family over years has been brotherly, kind, and amicable. The family has employed many Egyptians in activities by its many companies. Many Egyptian workers participated in construction works carried out by this family in Saudi Arabia and abroad.

It was strange for Osama bin Ladin to abandon his family and its traditions by funding terrorism in Egypt and by encouraging destruction and sabotage in a country that has a strong and old bond of friendship and brotherhood with Saudi Arabia.

We know that Osama bin Ladin has been living outside Saudi Arabia for the past 2 years, and refuses to return to the country. We also know that Saudi Arabia denounced his actions several times, and that he refuses to listen to advice from those who tried several times to steer him away from the evil path he is following.

He knows that Saudi Arabia does not approve of acts of destruction and sabotage; of bombs that kill women, senior citizens, and children; or of killing innocent people and shedding blood.

We value our friendship with Saudi Arabia and strongly refuse any attempt to undermine it. We know of the efforts made by the Bin Ladin family to put one of its rebellious members back on the straight path that joined all Muslims in one group to fight rebellion, resist terrorism, and refuse violent and destructive means.

We wished that Osama bin Ladin had spent these millions on construction and development; on acts of kindness and charity; on the creation of [cut off]

# الشرق الأوسط

## العدد ٥٥٦٤

### اليوم الإثنين ١٤١٤/٩/١١هـ

أحسنت أسرة بن لادن
السعودية عندما أعلنت
استنكارها لكل ما صدر عن
أسامة بن لادن من تمويله
الجماعات الإرهابية المتطرفة
من تصرفات لا تقرها الأسرة
ولا ترضاها.

لقد كانت علاقة مصر
بهذه الأسرة السعودية على
مدى السنين علاقة أخوة
ومحبة وصداقة، وكانت هذه
الأسرة تستجيب بكثير من
المصريين في أعمال،
شركاتها العديدة، وكان
عمال مصريين كثيرون
يشاركون في أعمال التشييد
والبناء التي تقوم بها هذه
الأسرة في داخل السعودية
وخارجها.

وكان من النادر أن
يخرج أسامة بن لادن على
أسرته وتقاليدها ويميل
الإرهاب في مصر، ويشجع
على أعمال التخريب والتدمير
في البلد الذي بينه وبين
السعودية أقوى روابط
الصداقة والأخوة.

إننا نعلم أن أسامة بن
لادن يعيش منذ عامين خارج
السعودية ويرفض العودة
إليها، ونعرف أن السعودية
استنكرت هذه التصرفات عدة
مرات، وأنه رفض كل نصيحة
وأبى أن يستمع للأمثال،
والذين حاولوا عدة مرات أن
يبعدوه عن اتجاهاته
الشريرة.

أنه يعلم أن السعودية لا
ترضى على أعمال الهدم
والتدمير ولا على القنابل التي
نقتل النساء، والشيوخ
والأطفال ولا ترضى عن
اغتيال الأبرياء وسفك الدماء..

إننا نحرص على علاقتنا
الأخوية بالسعودية، ونرفض
بشدة أي محاولة لإفساد هذه
العلاقة ونعرف الجهود التي
بذلتها أسرة بن لادن لكي
يعود أحد أفرادها المتمردين
إلى الطريق المستقيم الذي
جمع المسلمين في كتلة واحدة
تحارب التمرد وتقاوم الإرهاب
ونرفض أساليب العنف
والتدمير.

وكنا نتمنى لو أن أسامة
بن لادن أنفق هذه الملايين في
التدمير والتشييد، وفي أعمال
الخير والإحسان وفي إنشاء



**G E O T E X T**
Translations, Inc.

STATE OF NEW YORK )
                    )   ss
                    )
COUNTY OF NEW YORK )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Arabic into English of the attached excerpt from Issue No. 5564.

Valbona Burda, Project Manager
Geotext Translations, Inc.

Sworn to and subscribed before me

this 13 day of September, 20 07.

CORIN LIANIDES
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LI6167936
Qualified in Kings County
My Commission Expires June 04, 2011

New York 259 West 30th Street, 17th Floor, New York, NY 10001, U.S.A. tel 212.631.7432 fax 212.631.7778
San Francisco 220 Montgomery Street, 3rd Floor, San Francisco, CA 94104, U.S.A. tel 415.576.9500 fax 415.520.0525
London 107-111 Fleet Street, London EC4A 2AB, United Kingdom tel +44.(0)20.7936.9002 fax +44.(0)20.7960.9909
Hong Kong 20th Floor, Central Tower, 28 Queen's Road, Central, Hong Kong tel +852.2159.9143 fax +852.3010.0082
translations@geotext.com I www.geotext.com

t0000075

# EXHIBIT 10

In the name of Allah, Most Merciful, Most Compassionate

**Kingdom of Saudi Arabia**
**Ministry of Commerce**
**Jeddah Branch**

No: 7259/621/
Date: 10/6/1419 H

**Director of Saudi Binladin Group Company**
**Jeddah/ P.O.Box 4050 Postal Code 21491**

May the peace, blessings and mercy of Allah be upon you,

Reference is made to your letter No (56/S) dated 21/5/1419 H., concerning your request for confirming the date of withdrawal of your partner/Usama Mohammed bin Ladin from Saudi Binladin Group Company, registered in the Commercial Registration under No. (68281).

Please be informed that the date of withdrawal of the Partner/Usama Mohammed bin Ladin from the company referenced above was on 26/12/1413 H., corresponding to 16/6/1993 A.D., pursuant to the resolution passed by the shareholders, was notarized with the Branch of the Ministry of Commerce, Jeddah Mayoralty under No. 151/414 dated 20/11/1414 H, as stated in our letter No. 11646/621/16 dated 7/11/1417 H,

Pursuant to the Royal approval No.7258/2 dated 21/10/1414 H., and published in the Official Gazette (Umul Qura), Issue No. (3501) dated 18/11/1414 H., providing for the **denaturalization of the Saudi Citizenship** of the so called/Usama Mohammed Awad bin Ladin, the said person, in accordance with the applicable regulations in the Kingdom of Saudi Arabia has been **divested of the civil rights, and is consequently barred from owning any cash or in-kind shares in any of Saudi Company** as of the issuance of the Royal approval referenced above.



This is for your information.

May Allah bestow His success upon you, and may the peace, blessings and mercy of Allah be upon you.

Best regards,

Director of the Ministry of Commerce
Jeddah Mayoralty
Muhammad Atiq Al-Harbi
(signed) 10/6/1419 H

The Official stamp of the Ministry of Commerce (Makkah Al-Mukarramah Branch) is affixed thereto.

33154

LAW OFFICES OF HASSAN MAHASSN
TRANSLATION DEPARTMENT JEDDAH
LICENCE NO. 23

Law Office of Hassan Mahassn - Translation Department - Translation Licence No. 23

T0000113

بسم الله الرحمن الرحيم

الرقم ص/٧٥٩/١٤٢١
التاريخ ١٤١٤/١١/١٩هـ
المرفقات

المملكة العربية السعودية
وزارة التجارة
فرع جدة

المكرم / مدير شركة مجموعة بن لادن السعودية        حفظه الله

جدة / ص . ب ٤٠٥٠ الرمز البريدي ٢١٤٩١

السلام عليكم ورحمة الله وبركاته

إشـارة إلى خطابكم رقم ص/٥٦ وتاريخ ١٤١٩/٥/٢١هت المتضمن طلبكم تحديد تـاريخ خروج الشريك أسـامة محمد بن لادن من شركة مجموعة بن لادن السعودية المقـيدة في السـجـل التجاري تحت رقم (٦٨٢٨١) .

عليه نفيدكم أن تاريخ خروج الشريك / أسامة محمد بن لادن من الشركة المشار إليها بعاليه كان بتاريخ ١٤١٣/١٢/٢٦هـ الموافق ١٩٩٣/٦/١٦م وذلك بموجب القـرار الصـادر عـن الشـركاء المـوثـق لدى فرع وزارة التجارة بمحافظة جـدة برقم ٤١٤/١٥١ وتاريخ ١٤١٤/١١/٢٠هـ وذلك وفـقـا لما ورد في خطابنا لكم رقم ١٦/٦٢١/١١٦٤٦ وتاريخ ١٤١٧/١١/٧هـ واستنـادًا إلـى الموافقة السامية الكريمة الصادرة برقم ٢/٧٢٥٨ وتاريخ ١٤١٤/١٠/٢١هـ المنشـورة بـالجريدة الرسمية (أم القرى) بالعدد رقم (٣٥٠١) وتاريخ ١٤١٤/١١/١٨هـ القاضية بإسقاط الجنسية العربية السعودية عن المدعو/ أسامة محمد عوض بن لادن المذكور طبـقًا للأنظمة المعمول بهـا فـي المملكة العربية السعودية أصبح مجردًا من الحقوق المدنية وبالتالي لايحـق له تملك أيـة حصـص عينـية أو نقـدية في أي من الشركات السعودية وذلك إعتبارًا مـن تـاريخ صـدور الموافقـة السامية المشار إليها بعاليه .

أمـل الإحـاطـة ...،

وفقكم الله ... والسلام عليكم ورحمة الله وبركاته ...،

٦/٩/١٢ع

مدير عام فرع وزارة التجارة بمحافظة جـدة

محـمـد عتـيـق الحـريـبـي
١٤١٩ / ٦ / ١٠ هـ









تعيد أدرة وزارة الخارجية لفرع منطقة مكة
المكرمة) شان صحة الختم والتوقيع على
مستنداتها عن المحتوبات .

٢ غنفة ١٤١٩

مدير إدارة اقتصادية
كمال على شتا
سكرتير شاف

SBG0002593



مكتب جـدة
ص ب ٢٢٥٦ جــدة ٢١٤٥١
هاتف: (٢)٦٦٥٤٢٥٣
فاكس: (٢)٦٦٩٢٤٩٦
( غ . ت ) ٦٢٤٧١

مكتب الرياض
ص ب ١٧٤١١ الرياض ٨٤
هاتف: (١)٤٤٤٠٦٠٦
فاكس: (١)٤٥١٣٤٨
المملكة العربية السعودية

الحسني
ضمان المحاسني
م الترجمة ( ترخيص رقم ٢٢ )

## CERTIFICATE

The Translation Department of the Law
Office of Hassan Mahassni, hereby
certifies that it is an office licensed to
perform translation work from and into
English and Arabic, and that the
translation of the attached copies of
documents, from Arabic into English, is a
full and correct translation.

## شهادة

بهذا يشهد "قسم الترجمة – مكتب
المحامي حسان المحاسني" انه
مكتب مرخص له بالقيام بأعمال
الترجمة من و إلى اللغتين الإنكليزية
والعربية، و أن ترجمته لصور
الوثائق المرفقة، من اللغة العربية إلى
اللغة الإنكليزية، ترجمة كاملة
وصحيحة.

Jeddah on:     1 – OCT 1998

جـدة في: ١ ١ جمادى ١٤١٩

Translation Department

Mohamad Zouhair Samhouri

(Licensed Translator)

قسم الترجمة

محمد زهير سمهوري

(مترجم مرخص)



بالتعاون مع فايت آند كيمبل المحدودة

# EXHIBIT 11

*In the name of God the most merciful, the most compassionate*

*To my respectful brother Bakr bin Mohammad Bin Ladin, may God preserve him.*

*May the peace, mercy and blessing of God be upon you.*

*We pray God, Almighty, praise be to Him, that you are completely well in terms of your religion, family and life in this world.*

*As for us, we are doing very well and need nothing other than thanking and praise to God.*

*My Brother Bakr,*

*You are the first person to know that I have not chosen this course, namely the course of immigration and jihad, separation from the family members and brethren and departure from the holy land. I say: I have not chosen this course to satisfy a desire of abandoning the family, nor for abandoning the land where the House of God is and the grave of the prophet Muhammad, may the blessing and peace of God be upon him, lies. But I immigrated from the land when I found no other option that conforms to shari'ah. However, if I had been free to chose, I would not have chosen any land other than my own, and how would I, particularly as:*

> *"When the eye looks the country, and turns to towards something else, the eye immediately turns back to look at it once more for having missed."*

*My fondness of this land has caused me to leave the land for the sake of its cause, exactly as the Apostle of God, may the blessing and peace of God be upon him, has left Makkah saying:*

> *"I swear by God that you are the loveliest city in the world to me, and if your citizens had not caused me to depart from you, I would not have left you."*

*Yes! Fondness of this land should cause any person who is fond of it to sacrifice everything he has and do everything he can to defend its sacred and holy places.*

*As you know, the Apostle of God, may the peace, mercy and blessing of God be upon him, said in his will on his deathbed: "Drive polytheists outside the Arabian peninsula." You also know that Jews and Christians have been desecrating the land of the two holy mosques for eight years, and that Muslim shari'ah scholars have issued fatwa [shari'ah opinion] requiring that such people be driven out of the country. The last one who issued*

T0000058

*such is the imam of the Prophet's Mosque who described in his Friday sermon on 1/11/1418 the danger of the existence of the Americans in the country, and revealed their bad intentions and evil plans against the entire Muslim nation. Driving the American forces outside the country constitutes, in addition to being a shari'ah obligation, refusal of foreign occupation, and such refusal is an objective shared by the peoples of the world and nations of various religions and sects. Thus, pagan Vietnamese sacrificed the lives of hundreds of thousand of them to liberate their country from the American domination. The Irish people are fighting against Britain with which they share the same religion, culture and homeland. Are not Muslims in the country of the two holy mosques entitled to exercise the right to refuse the existence of Christian forces in their country?*

*Brother Bakr,*

*How much I wished that you and I had been in the same camp and taking the same course to serve the cause of the solidity of Islam and defend Islamic sanctities, particularly as you yourself had done in the past noble deed in supporting jihad in Afghanistan against the communists. I thought that if you failed to carry out the obligation decreed by God in this respect, you would not block the way of carrying it out by others forbidding me from receiving my rights and breaking up the kinship which connects us, particularly as kinship is of great importance to the extent that the Apostle of God, may the blessing and peace of God be upon him, connected the maintenance of kinship relations with belief in God. Accordingly, the Apostle said: "He who believes in God and Judgment should maintain the relations with his kins."*

[                    **REDACTED**                    ]

*As for the infidels of Quraish, although they were infidels, their instinct of the maintenance of kinship relation prevailed over their obedience of the political order issued by their commanders, namely to besiege Muslims in "Ashshi'b"; therefore such unfair siege did not last for more than two years and some months. My own assets have so far been frozen for a period that is many times longer than the period of the siege of Muslims in "Ashshi'b." Did the disbelievers have mercy toward Muslims in "Ashshi'b" more than Muslim brothers, who are from the same father, towards each other?* **[REDACTED]**

[                    **REDACTED**                    ]

[
# Redacted
]

*Brother Bakr,*

**[                    REDACTED                    ]**

*Finally, I pray to God to grant us and you the ability to do what He likes and accepts.*

*Your brother,*

*Osama bin Mohammed bin 'Awad Bin Ladin*

*20/1/1419 H.*                [signature]

*The ninth year since the Americans occupied the Arab Peninsula*

T0000060



**GEOTEXT**
Translations, Inc.

STATE OF NEW YORK     )
                             )
                             )    ss
COUNTY OF NEW YORK   )

### CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached letters.

*Evelina Jarzynska*

Ewelina Jarzynska, Project Manager
Geotext Translations, Inc.

Sworn to and subscribed before me

this 13 day of September, 20 07 .

*C. Lianides*

CORIN LIANIDES
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LI6167936
Qualified in Kings County
My Commission Expires June 04, 2011

New York  259 West 30th Street, 17th Floor, New York, NY 10001, U.S.A. tel 212.631.7432 fax 212.631.7778
San Francisco  220 Montgomery Street, 3rd Floor, San Francisco, CA 94104, U.S.A. tel 415.576.9500 fax 415.520.0525
London  107-111 Fleet Street, London EC4A 2AB, United Kingdom tel +44.(0)20.7936.9002 fax +44.(0)20.7990.9909
Hong Kong  20th Floor, Central Tower, 28 Queen's Road, Central, Hong Kong tel +852.2159.9143 fax +852.3010.0082
translations@geotext.com  |  www.geotext.com

بسم الله الرحمن الرحيم

إلى الأخ الفاضل ... عبد الله حفظه الله

السلام عليكم ورحمة الله وبركاته
وبعد

نحمد إليكم الله تبارك وتعالى ... عالية ... في دينكم

وأهلكم ودنياكم

أما ... تبلغهم ونقل عظيم لا ... الأمر ... يتوجه إلى ...
ويستمر في ...

أقص ... أن أهل ... أخذ هذا الطريق طريق الهجرة
والجهاد ... الأخوان والإخوان والمسير الطاهرة ... أخذ
هذا الطريق نصرا في الأرض ... سنته المسير إلى
بيت الله ... وعتبى رسول ... صلى الله عليه وسلم
وأنا مهاجرة منذ حين ... غياب ... أخذ ... ولكنت
... الاختيار عليها سواها ... كيف وهي ...
لا ... مع الطرف عنها ... ينظرها
حتى يعود إليها الطرف ... فأنا
... هذه السير هو الذي أخرجني منذ ... سبيل قضيتها

SBG0002588

كما أخرج رسول الله صلى الله عليه وسلم من قبل من تلته قال تعالى
والله انه المحب بين رسل الله الى ولولا أسر أهل الأمر هو في ما فرضت
عنه

- نحو اسم عبد هذه لمبرد يجب اسم من نوص صاحبه الى بزل كلما
عليه في سبيل الدفاع عن مقدساتها وحياتها

- عكا نعلم قول رسول الله صلى الله عليه وسلم قال انا وصيته
في قريش لطوت ( لأ أخرجوا المشركين من جزيرة العرب )

- و تعلم انا اليهود والنصارى يدنون ما أرض مبرد
الحرمين من علمه صفرات وقد اقتدى على جل اسم بوجوب
اخراجهم من قواعدهم

- اخراجهم من قواعدهم الأخرى آأخرسا افتى بزلها الأمام الحرمين لبنوي
الذي بين موضع عضيته ٧/١١/١٥٣٤هـ خطورة المواجد الأولى

- في المبرد وكشف نواياهم السيئة وحفظاتهم الخبيثة
ضد المبرد ووجوه حيطا واحلاد ضد الحية اسلمة بجهاد

- ١٠ اخراج القوات الأمريكية عوق كونه فرضه شرعيه
هو زنو السمترين الأجنبي وروض الد استرد الأمين

[ **REDACTED** ]

SBG0002590

٢

[Arabic handwritten text - five lines]

[ **REDACTED** ]

[

# Redacted

]

[ **REDACTED** ]

[ **REDACTED** ]

[Arabic handwritten text]

[Arabic handwritten text]

هـ ١٤١٩/٨/٢

[Arabic handwritten text]



**GEOTEXT**
Translations, Inc.

STATE OF NEW YORK )
                 )   ss
COUNTY OF NEW YORK )

## CERTIFICATION

This is to certify that the attached pages with Bates Nos. SBG0002588–SBG0002591 are, to the

best of my knowledge and belief, a true and accurate representation of the redactions found on the

pages with Bates Nos. T0000058–T0000060.

Kathryn Wolf, Project Manager
Geotext Translations, Inc.

Sworn to and subscribed before me

this _19th_ day of _October_, 20 _09_ .

KRISTEN DUFFY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DU6121852
Qualified in Queens County
My Commission Expires January 31, 2013

New York  259 West 30th Street, 17th Floor, New York, NY 10001, U.S.A. **tel** 212.631.7432 **fax** 212.631.7778
San Francisco  220 Montgomery Street, 3rd Floor, San Francisco, CA 94104, U.S.A. **tel** 415.576.9500 **fax** 415.520.0525
London  107-111 Fleet Street, London EC4A 2AB, United Kingdom **tel** +44.(0)20.7936.9002 **fax** +44.(0)20.7990.9909
Hong Kong  20th Floor, Central Tower, 28 Queen's Road, Central, Hong Kong **tel** +852.2159.9143 **fax** +852.3010.0082
translations@geotext.com  |  www.geotext.com