# EXHIBIT 1

| Year thirty three, issue number 9463 {missing text} al-Hajja 1412 Hijri 3 Al-Saratan 1270 Hijri, corresponding to 25th of June 1992. | **Ahdath Al-Sa'a** | **Okaz** |
|---|---|---|

## The king of Saudi Arabia (the Servant of the Two Holy Mosques) present the Sudanese people with a new gift

King Fahd ibn Abdulaziz Al Saud (the Servant of the Two Holy Mosques) gave a new present to the Sudanese people through participation in funding the Port Sudan International Airport project by giving one hundred and one million Saudi Riyal. The total expenses were 146 million riyal.

The launching of the project was marked by large public celebrations yesterday morning. Among the attendees were His Excellency Pr. Mohammed Bin Abdullah Al-Saqeer, chief deputy and the delegated member for the Saudi Development Fund, and a number of Saudi and Sudanese officials.

The important project aims at building a new international airport in Port Sudan city which can receive jumbo jets, and manage the increasing demands of air travelers and cargo both domestically and outside of the country. In addition, the airport will provide services to the aviation industry.

The large project was launched with large demonstrations and public support. Okaz reporters and photographers witnessed the celebration as they attended the event.



King Fahd… continuous support to Arab and Islamic peoples.



General view of the airport's buildings and rooms.



The control tower ... a gift from the kingdom to the Sudanese people.

Chief of the Saudi delegation:
**Our kingdom is happy that we are doing a project which will benefit the people of Sudan.**

E. Omar Bin Ladin:
**We were honored to build this amazing structure in Sudan.**

Okaz special correspondent:
**Sami Al-Mhanna**
(Port Sudan)
photographer: Mujeed Al-Hassan

**The beginning of the celebration:**
The celebration started with a reading from the Qura'n. Then Major General (M) Mr. Hashim Hussein Hashim (General Manager of Sudan civil aviation) gave his speech. He greeted the Saudi delegation and spoke about the importance of this project for the aviation services in Sudan. He said, "I'm delighted to greet the chief of the Saudi delegation Mr. Mohammed Bin Abdullah Al-Saqeer and engineer Omar Bin Ladin for this project which was funded by the Saudi Development Fund. Engineering services advice and execution supervision was done by the Saudi consultant Dar Al-Riyadh. The Saudi contractor Bin Ladin Group took care of the construction that started in February 1990.

**The speech of Bin Ladin Group:**
Engineer Omar Mohammed Bin Ladin (management council member) for the Bin Ladin Group gave a speech emphasizing that the company and its employees were honored to handle, by the will of God (Allah), this project, in Sudan our sister country.
He also expressed his gratitude for this opportunity that was provided to the Group to execute the Port Sudan International Airport project which will have an important impact in providing services to Sudanese.
He also indicated what is involved in this new cultural project, as the size of the main building is estimated at 4830 square meters the main, services and support systems have international features and can satisfy all the needs and technical services as the most advanced international airports. This will positively affect airline traffic in the Republic of Sudan. In addition there is the main landing strip for arrivals and departures which is 2,500 m in length. Also there are parking spots for the airplanes. The total size is thirty-eight thousand square meters including the control fields and the main tower.

Engineer Omar Bin Ladin concluded his speech by saying that "this project has been accomplished by the will of God and according to the international requirements & specifications and we are happy to participate in this celebration to inaugurate this cultural large edifice and we ask God to bless this project and everyone who participated in it.

**Airline trade:**
After that the Sudanese Minister of Defense, Major General and engineer, Othman Mohammed Al-Hassan (Minister without portfolio) gave his speech. He said that Port Sudan, the new airport will contribute to the development of investments and tourism in Sudan.
The new Port Sudan International Airport can be considered a big step for the Sudanese aviation industry. He also indicated that Port Sudan was chosen as the site to build this new airport for the stable weather between the city and Khartoum making it easy to arrange flights and landing in rotations.

He also said that 68 companies of different nationalities presented their offers to build the project but the Saudi Bin Ladin Group won the contract because the group was funded by the Development Fund of Saudi Arabia. The contract started in February 1990. Now we have another airport ready to receive all types of airplanes and supplied with the most advanced devices & special services. All this has been achieved by the help of the Kingdom of Saudi Arabia.

**The speech of the Saudi Development Fund**
After that, his Excellency Mr. Mohammed Bin Abdullah Al-Saqeer Chief Deputy of the Management Council and the General Manager of the Saudi Development Fund, Gave a speech.  He said, "I am happy to represent the Saudi Development Fund at this celebration for the inauguration of Port Sudan International Airport which was sponsored by the kingdom and his highness king Fahd Bin Abdulaziz Al Saud (God bless him and grant him a long life)". They funded the project with one hundred and one million Saudi Riyal. The work started in 1988 and the idea was to help modernize the transportation sector, for our brothers, the Sudanese people, and by finishing this project now Port Sudan city has its own international airport which can be used by large cargo and passengers' airplanes and transit.
The airport includes all the features available in other international airports such as a landing strip of two and half kilometers in length, a passengers' waiting room, homes for the employees, buildings for cargo transports in addition to other technical departments for maintenance, monitoring and control.
Finally the Saudi kingdom is very happy to have participated in a project which will help and support the essential needs of our brothers in Sudan.

**The speech of Al-Sharqiya governor:**
Al-Sharqiya Governor, Captain Al-Jaleli Ahmad Al-Shareef said that, "By the will of God and with his help Port Sudan International Airport was now opened with much thanks to by Mr. Mohammed Bin Abdullah Al-Saqeer, the representative of the Saudi Development Fund who have funded and supervised the project, and engineer Omar Bin

Ladin representing Bin Ladin Group, the company that executed the project; we ask God to bless the kingdom who funded the project".

He added "this airport carries a strategic importance for this eastern state, and we believe that the result of the efforts by the Bin Ladin Group translated into this important project, and many thanks for the kingdom who funded and supervised the project, and I want to present my appreciation to his Excellency Mr. Mohammed Bin Abdullah Al-Saqeer and the attendant delegation for coming here, undertaking the traveling discomfort as they are the spiritual owners of this project.

And we ask God to make this project the bridge between the hearts of the two countries and the fruitful result of the cooperation between the two countries.

May God bless you".

**Celebration attendants**

The celebration was attended by engineer Mr. Yussif Ibrahim Al-Bassam, General Manager of the technical management of the Saudi Development Fund, engineer Mohammed Abdullah al-Shawi projects manager of East Africa, Mr. Ahmad Al-Shalali manager of Dar Al-Riyadh for engineering consultations, Mr. Abu Baker Salim Al-Hamid General Manager of Public Buildings and Airports in Bin Ladin Group. Mr. Ibrahim Ahmed Shaikheen PR General Manager in the Bin Ladin Group.

Sudanese officiasls who attended the inauguration ceremony: Governor of the Red Sea Dr. Sa'eed Al-Hussain Abdulrahman, Deputy Governor of Al-Sharqiya province Dr. Habeeb Ahmad Makhtoom and many more.

- **Big** celebrations for the inauguration of Port Sudan airport. They all prayed for the health of his Highness the king of Saudi Arabia and thanked him for this gift which will provide the needs for travel and air transportation of the Sudanese people.
- Mr. Mohammed Bin Abdullah Al-Saqeer the chief of the Saudi delegation supervised all the many preparations to open Port Sudan airport which was a gift by his highness the Saudi king (The Servants of the Two Holy Mosques). The project was funded with 101 million Saudi Riyal.
- The airplane of the Sudanese delegation was the first Sudanese airplane touching down at the new airport yesterday.
- Manager of Sudanese Civil Aviation Major General Hashim Hussein Hashim said: "the airport has been supplied with the latest equipment and international services and we are happy to present this project which was funded by the Saudi Development Fund and executed by the Bin Ladin Group as an extension to the cooperation of the two sister countries and to motivate transportation between Sudan and the Saudi kingdom as well as other Gulf countries.
- Engineer Omar Mohammed Bin Ladin spoke about the importance of this project as it included the building of 2,500 meters landing strip, hangars to park the planes, passengers' waiting room, two monitoring towers, houses for employees in the airport, buildings for air shipping, maintenance and electricity generator, building to receive important visitors, two water tanks and another for fire fighting as well as equipment to support the needed air navigation.

- A one day special trip took the Saudi delegation from Jeddah to Port Sudan.
- Saudi Arabian media delegation consisted of the colleagues: Abdullah Al-Kaharboosh from the Saudi news agency, Fahd Al-Sinani Al-Sinani from a television station, Adel al-Munayef from the agency and the special delegated from Okaz. Bin Ladin Group delegation consisted of some technical consultants: engineer Haitham Al-Jyoosh, engineer William Damees, engineer Frayeh Hadad, technician Mujeeb Al-Hassan, engineer Mohammed Ali Saheh project manager deputy, engineer Abdulaziz Al-Husami manager of designing and presidency and engineer Auni Esmaeil managing the construction department.
- Folklore dances and Sudanese traditions were carried by traditional dancers … around five thousand Sudanese citizens took part in these dances.

## Port Sudan project is an outreach of the kingdom policy to support other brother countries

Port Sudan airport was inaugurated yesterday. The project has been sponsored by the Saudi Development Fund. Okaz interviewed Mr. Ibrahim Bin Abdulrahman Al-Tassan, Ministry of Finance. He spoke about the core issues, and the challenges resulting from this important project and the kingdom policy of supporting developmental projects in all Arab countries.

- **How do you see the coming results of Port Sudan airport which was funded by Saudi Arabia?**

There is no doubt that this project is a big achievement and as an outreach of the kingdom policy directed by his highness King Fahd Bin Abdulaziz (the Servant of the Two Holy Mosques) and the prince to help Arab and Islamic nations and stand by their side, we hope that others will appreciate the good intentions of the kingdom policy.

- **The opening of this important project occurred at the same time as attacks from other media against the kingdom. So how do you popularize the kingdom policy that supports the developmental projects in different Arab and Islamic countries?**

Through these vital and important projects the kingdom aims more at serving Islam and the Moslems, and supporting Arab nations and Islamic nations and doing its duty that has been part of a religious duty ordered by the religion of the kingdom.

The servant of the Two Holy Mosques (the king God bless and grant him a long life) was clear when he said: the kingdom does not want to interfere in others'affairs. It is a duty and we hope that others will appreciate such projects.

There is no doubt that the project of Port Sudan airport has been a clear and realistic answer about the capacity of the kingdom's support and help to the brothers from all countries, and to participate in advancing and developing their situations in standing by their side.



The head of the Saudi delegation presented with a token of appreciation.



Engineer Omar Bin Ladin speaking for the company who constructed the airport



A visit at the airport with the state Governor and Engineer Bin Ladin



Registration desk in Port Sudan airport



Showing the services provided at the airport matching international standards.



The Saudi delegation arriving at the airport with Captain Al-Shareef and the project's engineers.



Registration desk in Port Sudan airport



Showing the services provided at the airport matching international standards.



The Saudi delegation arriving at the airport with Captain Al-Shareef and the project's engineers.

# MERRILL BRINK
## INTERNATIONAL

State of Minnesota   )
                     )   ss:
County of Hennepin   )

## Certificate of Accuracy

This is to certify that the attached document, article from news journal, Okaz, dated June 25th, 1992, originally written in Arabic is, to the best of our knowledge and belief, a true, accurate and complete translation into English.

Dated: *January 27, 2006*

*[signature]*

Bridget Freed
Project Manager
Merrill Brink International

Sworn to and signed before
Me this 27th day of
January, 2006

*Lori A. Wietman*
Notary Public



Merrill Brink International Corporation
6100 Golden Valley Road, Minneapolis, MN 55422
Phone 763-591-1977, Fax 763-542-9138

# خادم الحرمين الشريفين يقدم هدية جديدة للشعب السوداني الشقيق

قدم خادم الحرمين الشريفين الملك فهد بن عبدالعزيز آل سعود هدية جديدة للشعب السوداني الشقيق وذلك بمساهمة رئيسية في تمويل مشروع مطار بورتسودان الدولي بمبلغ مائة وواحد مليون ريال سعودي من التكاليف الإجمالية البالغة نحو ١٤٦ مليون ريال وقد تم افتتاح المشروع وسط احتفالات شعبية كبيرة بحضور صباح أمس معالي الأستاذ محمد بن عبدالله الصغير نائب الرئيس والعضو المنتدب للصندوق السعودي للتنمية وعدد من المسؤولين السعوديين والسودانيين ويهدف هذا المشروع الى إنشاء مطار دولي في مدينة بورتسودان له القدرة على استقبال الطائرات الكبيرة واستيعاب الحركة المتزايدة للمسافرين والبضائع داخليا وخارجيا بالاضافة الى توفير الخدمات والتسهيلات لحركة الطيران العامرة.

وقد تم افتتاح هذا المشروع الجبار وسط تظاهرة كبيرة وفرحة شعبية رصدتها عكاظ بالكلمة والصورة من خلال تواجدها في موقع الحدث




## ١٠١ مليون ريال سعودي مساهمة المملكة في تنفيذ مطار بورتسودان بتكلفة ١٤٦ مليونا



## والي الولاية الشرقية بالسودان: نشكر المملكة على هذا الإنجاز الكبير

### رئيس الوفد السعودي:
سعداء في المملكة بإقامة مشروع يخدم الشعب السوداني

### م. عمر بن لادن:
تشرفنا بإنجاز هذا الصرح الحضاري على أرض السودان



### لقطات

### متابع
موعد عكاظ الأسبوعي /
**سامي المها**
(بور تسودان)
تصوير: مجيب الفحيمي

### حضور الحفل

### كلمة الصندوق السعودي

### كلمة والي الشرقية

### الظمآن لـ «عكاظ»
مشروع بورتسودان امتداد لسياسة المملكة في دعم الأشقاء
بقلم: عبدالله العريفج (بور سامي)

### كلمة مجموع بن لادن

### بداية الاحتفال





