UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Civil Action No. 03 MDL 1570 (GBD)(FM) |

*This document relates to: All Actions*

### AFFIDAVIT OF PHILIP GRIFFIN

I, Philip Griffin, state under penalty of perjury as follows:

1. I am the sole former employee of SBG (USA), Inc. ("SBG (USA)"). I have personal knowledge of the matters stated in this affidavit.

2. SBG (USA) was incorporated in Maryland on June 16, 1993 as Cromwell Corporation. A true and correct copy of the certified Articles of Incorporation is attached as Exhibit 1. Amended Articles of Incorporation were filed on June 30, 1993, changing Cromwell Corporation's name to SBG (USA), Inc. A true and correct copy of the certified Amended Articles is attached as Exhibit 2.

3. On December 31, 1999, SBG (USA)'s lease of office space at 1700 Rockville Pike in Rockville, Maryland terminated. A true and correct copy of the lease is attached as Exhibit 3. True and correct copies of letters from and to the property owner confirming that SBG (USA) would not renew its lease are attached as Exhibit 4.

4. SBG (USA) also entered into an agreement with Source Office Suites of Rockville that provided for a temporary answering service and mail delivery, among other

services. That agreement, a true and correct copy of which is attached as Exhibit 5, was cancelled at the end of May 2000.

5. SBG (USA) adopted Articles of Dissolution on December 31, 1999 and filed them with the State of Maryland on or about January 27, 2000. True and correct copies of the certified Articles of Dissolution and related filings are attached as Exhibit 6.

6. On November 16, 2000, $913.42, which constituted substantially all of the remaining funds in SBG (USA)'s checking account, was transferred to the Saudi Binladin Group's bank account in Jeddah. A true and correct copy of the record of that transfer is attached as Exhibit 7.

7. SBG (USA)'s checking account was closed on December 21, 2000. A true and correct copy of that record is attached as Exhibit 8.

_____
Philip Griffin

Sworn to me this 4th day of Nov, 2009

_____
Notary Public

My Commission Expires  6/2/2012

EDEN STROHM
Notary Public
Montgomery County
Maryland
My Commission Expires Jun 2, 2012