# EXHIBIT 21



CNN March 1997 interview with Osama
bin Laden

ARNETT: Mr. Bin Ladin, could you give us your main criticism of the Saudi
royal Family that is ruling Saudi Arabia today?

MR. BIN LADIN: Regarding the criticisms of the ruling regime in Saudi Arabia
and the Arabian peninsula, the first one is their subordination to the US.
So, our main problem is the US government while the Saudi regime is but a
branch or an agent of the US. By being loyal to the US regime, the Saudi
regime has committed an act against Islam. And this, based on the ruling of
Shari'a (Islamic jurisprudence), casts the regime outside the religious
community. Subsequently, the regime has stopped ruling people according to
what God revealed, praise and glory be to Him, not to mention many other
contradictory acts. When this main foundation was violated, other corrupt
acts followed in every aspect of the country, the economic, the social,
government services and so on.

REPORTER: Mr. Bin Ladin, if the Islamic movement takes over Arabia, what kind
of society will be created and will Saudi Arabia, for example, return to the
laws of the Qur'an at the time of the Prophet?

BIN LADIN: We are confident, with the permission of God, Praise and Glory be
to Him, that Muslims will be victorious in the Arabian peninsula and that
God's religion, praise and glory be to Him, will prevail in this peninsula.
It is a great pride and a big hope that the revelation unto Muhammad, Peace
be upon him, will be resorted to for ruling. When we used to follow
Muhammad's revelation, Peace be upon him, we were in great happiness and in
great dignity, to God belong credit and praise.

REPORTER: Mr. Bin Ladin, if the Islamic movement takes over Saudi Arabia,
what would your attitude to the West be and will the price of oil be higher?

BIN LADIN: We are a nation and have a long history, with the grace of God,
Praise and Glory be to Him. We are now in the 15th century of this great
religion, the complete and comprehensive methodology, has clarified the
dealing between an individual and another, the duties of the believer towards
God, Praise and Glory be to Him, and the relationship between the Muslim
country and other countries in time of peace and in time of war. If we look
back at our history, we will find there were many types of dealings between

1

33176

MR-SBG001548

CNN March 1997 interview with Osama bin Laden

── P R O V I D E D   B Y ──
FindLaw
W W W . F I N D L A W . C O M

the Muslim nation and the other nations in time of peace and in time of war, including treaties and matters to do with commerce. So it is not a new thing that we need to come up with. Rather, it already, by the grace of God, exists. As for oil, it is a commodity that will be subject to the price of the market according to supply and demand. We believe that the current prices are not realistic due to the Saudi regime playing the role of a US agent and the pressures exercised by the US on the Saud i regime to increase production and flooding the market that caused a sharp decrease in oil prices.

REPORTER: Mr. Bin Ladin, you've declared a jihad against the United States. Can you tell us why? And is the jihad directed against the US government or the United States' troops in Arabia? What about US civilians in Arabia or the people of the United States?

BIN LADIN: We declared jihad against the US government, because the US government is unjust, criminal and tyrannical. It has committed acts that are extremely unjust, hideous and criminal whether directly or through its support of the Israeli occupation of the Prophet's Night Travel Land (Palestine). And we believe the US is directly responsible for those who were killed in Palestine, Lebanon and Iraq. The mention of the US reminds us before everything else of those innocent children who were dismembered, their heads and arms cut off in the recent explosion that took place in Qana (in Lebanon). This US government abandoned even humanitarian feelings by these hideous crimes. It transgressed all bounds and behaved in a way not witnessed before by any power or any imperialist power in the world. They should have been considerate that the qibla (Mecca) of the Muslims upheaves the emotion of the entire Muslim World. Due to its subordination to the Jews the arrogance and haughtiness of the US regime has reached, t o the extent that they occupied the qibla of the Muslims (Arabia) who are more than a billion in the world today. For this and other acts of aggression and injustice, we have declared jihad against the US, because in our religion it is our duty to make jihad so that God's word is the one exalted to the heights and so that we drive the Americans away from all Muslim countries. As for what you asked whether jihad is directed against US soldiers, the civilians in the land of the Two Holy Places (Saudi Arabia, Mecca and Medina) or against the civilians in America, we have focused our declaration on striking at the soldiers in the country of The Two Holy Places. The country of the Two Holy Places has in our religion a peculiarity of its own over the other Muslim countries. In our religion, it is not permissible for any non-Muslim to stay in our country. Therefore, even though American civilians are not targeted in our plan, they must leave. We do not guarantee their safety, because we are in a society of more tha n a billion Muslims. A reaction might take place as a result of US government's hitting Muslim civilians and executing more than 600 thousand Muslim children in Iraq by preventing food and medicine from reaching them. So, the US is responsible for any reaction, because it extended its war against troops to civilians. This is what we say. As for what you asked regarding the American people, they are not exonerated from responsibility, because they chose this government and voted for it despite their knowledge of its crimes in Palestine, Lebanon, Iraq and in other places and its support of its agent regimes who filled our prisons with our best children and scholars. We ask that may God release them.

REPORTER: Mr. Bin Ladin, will the end of the United States' presence in Saudi Arabia, their withdrawal, will that end your call for jihad against the United States and against the US ?

BIN LADIN: The cause of the reaction must be sought and the act that has triggered this reaction must be eliminated. The reaction came as a result of the US aggressive policy towards the entire Muslim world and not just towards the Arabian peninsula. So if the cause that has called for this act comes to an end, this act, in turn, will come to an end. So, the driving-away jihad against the US does not stop with its withdrawal from the Arabian peninsula, but rather it must desist from aggressive intervention against Muslims in the whole world.

REPORTER: Mr. Bin Ladin, tell us about your experience during the Afghan war and what did you do during that jihad?

BIN LADIN: Praise be to God, the Cherisher and Sustainer of the worlds, that

2

CNN March 1997 interview with Osama bin Laden

He made it possible for us to aid the Mujahidin in Afghanistan without any declaration for jihad. It was rather the news that was broadcast by radio stations that the Soviet Union invaded a Muslim country. This was a sufficient motivation for me to start to aid our brothers in Afghanistan. I have benefited so greatly from the jihad in Afghanistan that it would have been impossible for me to gain such a benefit from any other chance and this cannot be measured by tens of years but rather more than that, Praise and Gratitude be to God. In spite of the Soviet power, we used to move with confidence and God conferred favors on us so that we transported heavy equipment from the country of the Two Holy Places (Arabia) estimated at hundreds of tons altogether that included bulldozers, loaders, dump trucks and equipment for digging trenches. When we saw the brutality of the Russians bombing Mujahidins' positions, by the grace of God, we dug a good number of huge tunnels and built in them some storage places and in some others we built a hospital. We also dug some roads, by the grace of God, Praise and glory be to Him, one of which you came by to us tonight. So our experience in this jihad was great, by the grace of God, praise and glory be to Him, and the most of what we benefited from was that the myth of the super power was destroyed not only in my mind but also in the minds of all Muslims. Slumber and fatigue vanished and so was the terror which the US would use in its media by attributing itself super power status or which the Soviet Union used by attributing itself as a super power. Today, the entire Muslim world, by the grace of God, has imbibed the faithful spirit of strength and started to interact in a good manner in order to bring an end to occupation and the Western and American influence on our countries.

REPORTER: Mr. Bin Ladin, what was the significance of the Afgan war for the Islamic movement? Veterans of that war are fighting for Islamic movements and conflicts from the former Soviet republics such as Chechnya to Bosnia to Algeria. Can you explain that phenomenon to us?

BIN LADIN: As I mentioned in my answer to the previous question, the effect of jihad has been great not only at the level of the Islamic movement but rather at the level of the Muslim nation in the whole world. The spirit of power, dignity and confidence has grown in our sons and brothers for this religion and the power of God, Praise and Glory be to Him. And it has become apparent even to the Islamic movement that there is no choice but return to the original spring, to this religion, to God's Book, Praise and Glory be to Him, and to the sunna of His Prophet, Peace be upon him, as understood by our predecessors, may God be pleased with them. Of this, the acme of this religion is jihad. The nation has had a strong conviction that there is no way to obtain faithful strength but by returning to this jihad. The influence of the Afghan jihad on the Islamic world was so great and it necessitates that people should rise above many of their differences and unite their efforts against their enemy. Today, the nation is interacting well by uniting its efforts through jihad against the US which has in collaboration with the Israeli government led the ferocious campaign against the Islamic World in occupying the holy sites of the Muslims. As for the young men who participated in jihad here, their number, by the grace of God, was quite big, Praise and Gratitude be to Him, and they spread in every place in which non-believers' injustice is perpetuated against Muslims. Their going to Bosnia, Chechnya, Tajikistan and other countries is but a fulfillment of a duty, because we believe that these states are part of the Islamic World. Therefore, any act of aggression against any of this land of a span of hand measure makes it a duty for Muslims to send a sufficient number of their sons to fight off that aggression.

REPORTER: Can you tell us now about your expulsion from Saudi Arabia and your time you spent in Sudan and your arrival here in Afganistan?

BIN LADIN: I was, by the grace of God, Praise and Glory be to Him, in the great spot that is dear to God, Praise and Glory be to Him, al-hijaz, especially Venerable Mecca, where is God's Ancient House. However, the Saudi regime imposed on the people a life that does not appeal to the free believer. They wanted the people to eat and drink and celebrate the praise of God, but if the people wanted to encourage what is right and forbid what is wrong, they can't. Rather, the regime dismisses them from their jobs and in the event they continued to do so, they are detained in prisons. I have rejected to live this submissive life, by God's favor, Praise and Gratitude be to Him, that is not befitting of man let alone a believer. So, I waited for the chance until, God, Praise and Glory be to Him, has made it possible

3

MR-SBG001550

CNN March 1997 interview with Osama bin Laden

for me to leave the country of the Two Holy Places. I hope God, Praise and Glory be to Him, would confer upon me His favor to return one day when God's law rules in that country. I went to the Sudan and stayed there for about five years during which I visited Afghanistan and Pakistan to work against the Communist government in Kabul. When the Saudi government transgressed in oppressing all voices of the scholars and the voices of those who call for Islam, I found myself forced, especially after the government prevented Sheik Salman al-Awdah and Sheik Safar al-Hawali and some other scholars, to carry out a small part of my duty of enjoining what is right and forbidding what is wrong. So, I collaborated with some brothers and established a committee for offering advice and we started to publish some declarations. (The Advice and Reformation Committee). However, the Saudi regime did not like this and started to exercise pressure on the Sudanese regime. The US government, the Egyptian government and the Yemeni government also helped in doing so. They requested me explicitly from the Sudanese regime and the pressure continued. Saudi Arabia dropped all of its conditions put to the Sudanese regime in return that I be driven out of the Sudan. The US government had already taken the same stance and pulled out its diplomatic mission from Khartoum and put forth their condition to return only after I have left. Unfortunately, the Sudanese government was in some difficult circumstances and there was a tendency inside the government that was inclined to reconciliation or surrender. Then, when they insisted initially that I should keep my mouth shut, I decided to look for a land in which I can breathe a pure, free air to perform my duty in enjoining what is right and forbidding what is wrong. I ask God, Praise and Glory be to Him, for increase in prosperity for this great land, the Land of Khurasan (Afghanistan) in order to carry on this duty. So, we implore God, Praise and Glory be to Him, that He accept (our deeds) from us and the Muslims.

Now, the United States government says that you are still funding military training camps here in Afganistan for militant, Islamic fighters and that you are a sponsor of international terrorism; but others describe you as the new hero of the Arab-Islamic world. Are these accusations true? How do you describe yourself?

BIN LADIN: After the collapse of the Soviet Union in which the US has no mentionable role, but rather the credit goes to God, Praise and Glory be to Him, and the Mujahidin in Afghanistan, this collapse made the US more haughty and arrogant and it has started to look at itself as a Master of this world and established what it calls the new world order. It wanted to delude people that it can do whatever it wants, but it can't do this. It leveled against me and others as many accusations as it desired and wished. It is these (accusations) that you mentioned. The US today as a result of the arrogant atmosphere has set a double standard, calling whoever goes against its injustice a terrorist. It wants to occupy our countries, steal our resources, impose on us agents to rule us based not on what God has revealed and wants us to agree on all these. If we refuse to do so, it will say you are terrorists. With a simple look at the US behaviors, we find that it judges the behavior of the poor Palestinian children whose country was occupied: If they throw stones against the Israeli occupation, it says they are terrorists whereas when the Israeli pilots bombed the United Nations building in Qana, Lebanon while was full of children and women, the US stopped any plan to condemn Israel. At the time that they condemn any Muslim who calls for his right, they receive the highest top official of the Irish Republican Army (Gerry Adams) at the White House as a political leader, while woe, all woe is the Muslims if they cry out for their rights. Wherever we look, we find the US as the leader of terrorism and crime in the world. The US does not consider it a terrorist act to throw atomic bombs at nations thousands of miles away, when it would not be possible for those bombs to hit military troops only. These bombs were rather thrown at entire nations, including women, children and elderly people and up to this day the traces of those bombs remain in Japan. The US does not consider it terrorism when hundreds of thousands of our sons and brothers in Iraq died for lack of food or medicine. So, there is no base for what the US says and this saying does not affect us, because we, by the grace of God, are dependent on the US. As for the last part of your question, we are fulfilling a duty which God, Praise and Glory be to Him, decreed for us. We look upon those heroes, those men who undertook to kill the American occupiers in Riyadh and Khobar (Dhahran). We describe those as heroes and

4

CNN March 1997 Interview with Osama bin Laden

describe them as men. They have pulled down the disgrace and submissiveness off the forehead of their nation. We ask Allah, Praise and Glory be to Him, to accept them as martyrs.

REPORTER: Let's go to the bombings of United States troops in Riyadh and Dhahran. Why did they happen and were you and your supporters involved in these attacks?

BIN LADIN: We ask about the main reason that called for this explosion. This explosion was a reaction to a US provocation of the Muslim peoples, in which the US transgressed in its aggression until it reached the qibla of the Muslims in the whole world. So, the purpose of of the two explosions is to get the American occupation out (of Arabia). So if the U.S. does not want to kill its sons who are in the army, then it has to get out.

Q: On the same issue of the American troops in Saudi Arabia, do you think will be more bombing attacks on them? or attacks on U.S. civilians in Arabia? or assassination attempts for example, on the Saudi royal families?

BIN LADIN: As for the previous question, the explosion of Riyadh and the one in Al-Khobar (Dhahran). It is no secret that during the two explosions, I was not in Saudi Arabia, but I have great respect for the people who did this action. I say, as I said before, they are heroes. We look upon them as men who wanted to raise the flag of "There is no God but Allah", and to put an end the non believers and the state of injustice that the U.S. brought. I also say that what they did is a great job and a big honor that I missed participating in.

Q) Do you think there will be more bombing attacks on American troops in Saudi Arabia? or attacks on American civilians in Saudi Arabia? or will there be assassination attempts on the Saudi Arabian ruling family?

BIN LADIN: It is known that every action has its reaction. If the American presence continues, and that is an action, then it is natural for reactions to continue against this presence. In other words, explosions and killings of the American soldiers would continue. These are the troops who left their country and their families and came here with all arrogance to steal our oil and disgrace us, and attack our religion. As for what was mentioned about the ruling (Saudi) family those in charge, do bear the full responsibility of everything that may happen. They are the shadow of the American presence. The people and the young men are concentrating their efforts on the sponsor and not on the sponsored. The concentration at this point of Jihad is against the American occupiers.

Q) What are your views about Sheik Omar Abdul Rahman and have you ever met him? Do you know him?

BIN LADIN: Sheik Omar Abdul Rahman is a Muslim scholar well-known all over the Muslim world. He represents the kind of injustice that is adopted by the U.S. A baseless case was fabricated against him even though he is a blind old man. We ask Allah, The Almighty, to relieve him. The U.S. sentenced him to hundreds of years just to please its caprice and the whims of the Egyptian regime. He is now very badly treated and in no way fit for an old man like him or any Muslim scholar.

Q) The U.S. State Department quoting a Pakistani official says that Ramzi Yousef, a convicted bomber in the World Trade Center in New York City stayed in the house you funded in Peshawar, Pakistan for those receiving training during the Afghan conflict after the Trade Center bombing, is that true? Did Ramzi Yousef stay in your house in Peshawar?

BIN LADIN: I do not know Ramzi Yousef. What the American government and Pakistani intelligence has been reporting is not true at all. But I say if the American government is serious about avoiding the explosions inside the U.S., then let it stop provoking the feelings of 1,250 million Muslims. Those hundreds of thousands who have been killed or displaced in Iraq, Palestine, Lebanon, do have brothers and relatives. They would make of Ramzi Yousef a symbol and a teacher. The U.S. will drive them to transfer the battle into the United States. Everything is made possible to protect the blood of the American citizen while the bloodshed of Muslims is allowed in every place. With this kind of behavior, the U.S. government is hurting itself, hurting

5

MR-SBG001552

CNN March 1997 interview with Osama bin Laden

Muslims and hurting the American people.

Q) Mr. Bin Ladin, were you involved in financing the bombing of the World Trade Center in New York City?

BIN LADIN: I have no connection or relation with this explosion.

Q) Mr. Bin Ladin, in a recent interview with an Arabic newspaper, you said that Arabs who fought in the Afghan war killed U.S. troops in Mogadishu, Somalia. Can you tell us about that?

BIN LADIN: The U.S. government went there with great pride and stayed there for some time with a strong media presence wanting to frighten people that it is the greatest power on earth. It went there with pride and with over 28,000 soldiers, to a poor unarmed people in Somalia. The goal of this was to scare the Muslim world and the whole world saying that it is able to do whatever it desires. As soon as the troops reached the Mogadishu beaches, they found no one but children. The CNN and other media cameras started photographing them (the soldiers) with their camouflage and heavy arms, entering with a parade crawling (on the ground) and showing themselves to the world as the "greatest power on earth". Resistance started against the American invasion, because Muslims do not believe the U.S. allegations that they came to save the Somalis. A man with human feelings in his heart does not distinguish between a child killed in Palestine or in Lebanon, in Iraq or in Bosnia. So how can we believe your claims that you
came to save our children in Somalia while you kill our children in all of those places?

With Allah's grace, Muslims over there, cooperated with some Arab "Mujahideen" who were in Afghanistan. They participated with their brothers in Somalia against the American occupation troops and killed large numbers of them. The American administration was aware of that. After a little resistance, The American troops left after achieving nothing. They left after claiming that they were the largest power on earth. They left after some resistance from powerless, poor, unarmed people whose only weapon is the belief in Allah The Almighty, and who do not fear the fabricated American media lies. We learned from those who fought there, that they were surprised to see the low spiritual morale of the American fighters in comparison with the experience they had with the Russian fighters. The Americans ran away from those fighters who fought and killed them, while the latter were still there. If the U.S. still thinks and brags that it still has this kind of power even after all these successive defeats in Vietnam, Bei rut, Aden, and Somalia, then let them go back to those who are awaiting its return.

Q) Mr. Bin Ladin, your family is a rich powerful family in Saudi Arabia. Have they, or the Saudi Arabian government asked you to stop your activities?

BIN LADIN: They have done that a lot. They have pressured us a lot, especially since a lot of our money is still in the hands of the Saudi ruling family due to activities of the our family and company (Saudi construction giant, the BinLadin Group). They sent me my mother, my uncle, and my brothers in almost nine visits to Khartoum (Sudan) asking me to stop and return to Arabia to apologize to King Fahd. I apologized to my family kindly because I know that they were driven by force to come to talk to me. This regime wants to create a problem between me and my family and in order to take some measures against them. But, with Allah's grace, this regime did not get its wish fulfilled. I refused to go back. They (my family) conveyed the Saudi government's message that if I did not go back, they'll freeze all my assets, deprive me of my citizenship, my passport, and my Saudi I.D. and distort my picture in the Saudi and foreign media. They think that a Muslim may bargain on his religion. I said to them do whatever
you may wish. It is with Allah's bounty, we refused to go back. We are living in dignify and honor for whom we thank Allah. It is much better for us to live under a tree here on these mountains than to live in palaces in the most sacred land to Allah, while being subjected to disgrace not worshipping Allah even in the most sacred land on earth, where injustice is so widespread. There is no strength except with Allah.

Q) Mr. Bin Ladin, have Saudi agents attempted to assassinate you? Are you targeted by the U.S. government? Are you in fact in fear of your life?

6

MR-SBG001553

CNN March 1997 interview with Osama bin Laden

BIN LADIN: The U.S. pressures are no secret to you. The Saudi pressures are also in response to American pressures. There were several attempts to arrest me or to assassinate me. This has been going on for more than seven years. With Allah's grace, none of these attempts succeeded. This is a proof in itself to Muslims and to the world that the U.S. is incapable and weaker than the picture it wants to draw in people's mind. A believer must rest assured that life is only in the hands of Allah, and sustenance is also in the hands of Allah, the Almighty. As for fearing for one's life, it is difficult to explain to you how we think of ourselves, unless you have full belief. We believe that no one could take out one breath of our written life as ordained by Allah. We see that we see that getting killed in the cause of Allah is a great honor wished for by our Prophet (PBUH). He said in his Hadith: "I swear to Allah, I wish to fight for Allah's cause and be killed, I'll do it again and be killed, and I'll do it agai
n and be killed". Being killed for Allah's cause is a great honor achieved by only those who are the elite of the nation. We love this kind of death for Allah's cause as much as you like to live. We have nothing to fear for. It is something we wish for.

Q) What are your future plans?

BIN LADIN: You'll see them and hear about them in the media, God willing.

Q) Mr. Bin Ladin, if you had an opportunity to give a message to President Clinton, what would that message be?

BIN LADIN: Mentioning the name of Clinton or that of the American government provokes disgust and revulsion. This is because the name of the American government and the name of Clinton and Bush directly reflect in our minds the picture of children with their heads cut off before even reaching one year of age. It reflects the picture of children with their hands cut off, the picture of the children who died in Iraq, the picture of the hands of the Isrealis with weapons destroying our children. The hearts of Muslims are filled with hatred towards the United States of America and the American president The President has a heart that knows no words. A heart that kills hundreds of children definitely, knows no words. Our people in the Arabian Peninsula will sent him messages with no words because he does not know any words. If there is a message that I may send through you, then it is a message I address to the mothers of the American troops who came here with their military uniform walking proudly up and down ou
r land while the scholars of our country are thrown in prisons. I say that this represents an a blatant provocation to 1,250 million Muslims. To these mothers I say if they are concerned for their sons, then let them object to the American government's policy and to the American president. Do not let themselves be cheated by his standing before the bodies of the killed soldiers describing the freedom fighters in Saudi Arabia as terrorists. It is he who is a terrorist who pushed their sons into this for the sake of the Israeli interest. We believe that the American army in Saudi Arabia came to separate between the Muslims and the people for not ruling in accordance with Allah's wish. They came to be in support of the Israeli forces in occupied Palestine, the land of the "Israa" of our Prophet (PBUH).


PROVIDED BY
FindLaw
WWW.FINDLAW.COM

MR-SBG001554

# EXHIBIT 22



**U.S. Department of Justice**

*Criminal Division*

_____

Washington, D.C. 20530

**TELEFAX** transmittal sheet

| | |
|---|---|
| **BA Justiz** | |
| E  2 1. SEP. 2001 | |

DATE:            September 20, 2001

TO:              Giorgio Bomio, Esquire
                 Central Authority for U.S. Requests
                 Division of International Legal Assistance
                 Federal Office of Justice

                 **Fax Number: 011-41-31-322-5380**

FROM:            Mary Ellen Warlow
                 Director
                 OFFICE OF INTERNATIONAL AFFAIRS
                 CRIMINAL DIVISION
                 UNITED STATES DEPARTMENT OF JUSTICE

                 By: *[signature]*

                 Juliana Thirolf
                 Paralegal Specialist

                 For: Randy Toledo, Associate Director

SUBJECT:         Urgent Request to Switzerland for Assistance
                 in the Investigation of the Terrorist Attacks on the
                 World Trade Center and the Pentagon (Leo PHOENIX)

REFERENCE:       Our reference number: 182-15038

MESSAGE:         Attached please find a letter and enclosure
                 regarding the above-captioned matter.  Thank you
                 for your assistance in this matter.  Regards!

_____

Number of pages:         11              Sent by:  jt
Telephone number:        (202) 616-0549 (direct)
Telefax number:          (202) 514-0080

**80585**

MR-SBG002584



**U.S. Department of Justice**

*Criminal Division*

MEW:RT:RT:JT:jt
182-15038

Washington, D.C. 20530

September 20, 2001

BY FAX AND AIRMAIL

Giorgio Bomio, Esquire
Central Authority for U.S. Requests
Division of International Legal Assistance
Federal Office of Justice
Bundesrain 20
3003 Bern
Switzerland

Dear Mr. Bomio:

    Re:  Urgent Request to Switzerland for Assistance
         in the Investigation of the Terrorist Attacks on the
         World Trade Center and the Pentagon (Leo PHOENIX)

    Enclosed is an urgent request for assistance pursuant to the
Treaty between the United States of America and the Swiss
Confederation on Mutual Assistance in Criminal Matters (entered
into force January 23, 1977). A French translation of the
request will be provided as soon as it is prepared.

    If you have any questions concerning this matter, please
contact me at (202) 616-0546, or Julie Thirolf, the paralegal
assigned, at (202) 616-0549. Thank you for your assistance in
this matter.

                Sincerely,

                Mary Ellen Warlow
                Director
                Office of International Affairs
                Criminal Division

                By: *Randy Toledo*

                Randy Toledo
                Associate Director
                Senior Trial Attorney
                P.O. Box 27330
                Washington, D.C. 20038-7330

Enclosure

MR-SBG002585

cc w/ enclosure via facsimile:

Mr. Herbert Cohrs
FBI Legal Attaché
United States Embassy

Facsimile: 011-41-31-357-7368

2

MR-SBG002586



**U.S. Department of Justice**

*Criminal Division*

Washington, D.C. 20530

TO:  The Central Authority of Switzerland

SUBJECT:  Urgent Request for Assistance in the Investigation of the Terrorist Attacks on the World Trade Center and the Pentagon

The Central Authority of the United States urgently requests the assistance of the appropriate authorities in Switzerland pursuant to the Treaty on Mutual Assistance in Criminal Matters. Prosecutors in the Criminal Division, Department of Justice, and the Offices of the United States Attorneys, are investigating individuals known and unknown for violations of federal terrorism laws in connection with the murder of thousands of people on September 11, 2001, when airplanes were hijacked and intentionally crashed into the World Trade Center in New York City, the Pentagon in Washington, and the Pennsylvania countryside.

The prosecutor needs evidence seized from an aircraft that originated in the United States and currently is located in Belgium. This evidence may lead to the identification of persons affiliated with or who assisted the hijackers to commit the terrorist attacks.

Because of the extremely sensitive nature of this investigation and the information contained herein, we request

MR-SBG002587

that this document (and its contents) be kept confidential to the greatest extent permitted by Swiss law and that it not be disclosed publicly.

## THE FACTS

On the morning of September 11, 2001, a group of men boarded four domestic airline flights in Boston, Massachusetts, Newark, New Jersey, and Dulles International Airport in Virginia, all bound for destinations in California. When these flights were in mid-air, the men on board hijacked the flights by taking control of the airplanes and forcing deviations from the intended flight plans.

The hijackers diverted two of the planes to New York City. Piloting the aircrafts themselves, they intentionally crashed the planes into the two towers of the World Trade Center. The crashes caused the total destruction and collapse of the buildings and the deaths of thousands of innocent civilians. The hijackers flew a third plane from Dulles International Airport into the Pentagon, which houses the U.S. Department of Defense, causing injuries and fatalities to civilian and military personnel. The plan to crash a fourth plane at another location appears to have failed when the plane crashed in the Pennsylvania countryside, killing yet more innocent civilians.

The hijackers, all of whom are presumed dead, are believed to have acted as part of a larger terrorist organization. The attacks of September 11, 2001, were planned and developed over a

MR-SBG002588

long period of time with the knowledge and assistance of many persons, known and unknown.  Investigation of this matter suggests that additional hijackings may have been planned and either abandoned or aborted for reasons yet unknown.

Media accounts report that the acts may have been conducted with the sponsorship and support of Usama Bin Laden and his organization, al Qaeda.  Investigators believe that Usama Bin Laden has received funding from two accounts at Deutsche Bank in Geneva, Switzerland, in the names of Cambridge Engineering and the Saudi Bin Laden Group.  The Saudi Bin Laden Group is the holding company for the Bin Laden family interests in the United States.  It is believed that Cambridge Engineering Systems, Ltd., is the account through which the Saudi Bin Laden Group conducted its private banking and whose account holders are believed to be the half brothers of Usama Bin Laden.  The investigation thus far reflects that Usama Bin Laden was a shareholder in the Saudi Bin Laden Group and received a buyout payment which, if it occurred, may assist in establishing a violation of U.S. laws that make it illegal to provide material support to foreign terrorist organizations.

THE OFFENSES

18 U.S.C. § 32.        Destruction of aircraft or aircraft
                       facility

    (a) Whoever willfully—
       (1) sets fire to, damages, destroys,
       disables, or wrecks any aircraft in the

3

MR-SBG002589

special aircraft jurisdiction of the United
States or any civil aircraft used, operated,
or employed in interstate, overseas, or
foreign air commerce; . . . or
(7) attempts or conspires to do anything
prohibited under paragraph (1) through (6) of
this subsection;
shall be fined under this title or imprisoned not more
than twenty years or both.

18 U.S.C. § 34.        Penalty when death results

Whoever is convicted of any crime prohibited by this
chapter, which has resulted in the death of any person,
shall be subject also to the death penalty or to
imprisonment for life.

18 U.S.C. § 844(i).    Destruction of Property

Whoever maliciously damages or destroys, or attempts to
damage or destroy, by means of fire or an explosive,
any building, vehicle, or other real or personal
property used in interstate or foreign commerce or in
any activity affecting interstate or foreign commerce
shall be imprisoned for not less than 5 years and not
more than 20 years, fined under this title, or both;
and if personal injury results to any person, including
any public safety officer performing duties as a direct
or proximate result of conduct prohibited by this
subsection, shall be imprisoned for not less than 7
years and not more than 40 years, fined under this
title, or both; and if death results to any person,
including any public safety officer performing duties
as a direct or proximate result of conduct prohibited
by this subsection, shall also be subject to
imprisonment for any term of years, or to the death
penalty or to life imprisonment.

18 U.S.C. § 371.        Conspiracy

If two or more persons conspire either to commit any
offense against the United States, or to defraud the
United States, or any agency thereof in any manner or
for any purpose, and one or more of such persons do any
act to effect the object of the conspiracy, each shall
be fined under this title or imprisoned not more than
five years, or both.

4

MR-SBG002590

48 U.S.C. § 46502.    Aircraft piracy

    (a) In special aircraft jurisdiction.-(1) In this subsection--
        (A) "aircraft piracy" means seizing or exercising control of an aircraft in the special aircraft jurisdiction of the United States by force, violence, threat of force or violence, or any form of intimidation, and with wrongful intent.
                * * *
    (2) An individual committing or attempting or conspiring to commit aircraft piracy--
    (A) shall be imprisoned for at least 20 years; or
    (B) notwithstanding section 3559(b) of title 18, if the death of another individual results from the commission or attempt, shall be put to death or imprisoned for life.

18 U.S.C. § 2339B.    Providing material support or resources to designated foreign terrorist organizations

    (a) Prohibited activities.-
    (1) Unlawful conduct.-Whoever, within the United States or subject to the jurisdiction of the United States, knowingly provides material support or resources to a foreign terrorist organization, or attempts or conspires to do so, shall be fined under this title or imprisoned not more than 10 years, or both.

## SUBJECTS OF THE INVESTIGATION

    At this time, U.S. authorities are investigating persons known and unknown in relation to these crimes.

## NEED FOR ASSISTANCE

    Investigators need the evidence requested in order to determine where the money that funded the terrorist attacks originated and who provided financial support for the terrorists.

MR-SBG002591

## DOCUMENTS NEEDED

Please provide complete records of any and all accounts at the Deutsche Bank, Geneva, Switzerland, and at any other bank in Switzerland traceable to the subject matter of this request for assistance, relating to:

1. Cambridge Engineering Systems, Ltd.;

2. Saudi Bin Laden Group;

3. any other accounts directly or indirectly related to the parties mentioned in this request; and

4. any safe deposit box at the Deutsche Bank or at any other bank in Switzerland opened in the name, or for the benefit, of any parties related to this request. Please open and search any such box, seize any contents traceable to the subject matter of this request, and provide an inventory of the contents.

Records should be for the period between January 1, 1991, and the present, and should include, but not be limited to:

1. original signature cards;

2. documentation of account opening;

3. account ledger cards;

4. periodic account statements;

5. records (copied front and back) of all items deposited, withdrawn, or transferred;

6. wire transfers;

7. correspondence to, from, or on behalf of the account

6

holder; and

8.    memoranda related to the account.

## TESTIMONY NEEDED

Please identify the official(s) of the Deutsche Bank, or of any other bank in Switzerland connected to the subject matter of this request for assistance, who opened an account in the name, or for the benefit, of any of the above-named parties or who has personal knowledge of any transactions reflected in the records of such account.  Please interview such official(s) regarding the following points:

1.    the identity of the person(s) who opened each account;

2.    the circumstances under which each account was opened;

3.    the nature and structure of each account (e.g., escrow account);

4.    the disposition of the funds in each account;

5.    the identity of the person(s) ordering such disposition; and

6.    any other matter concerning each account or the bank's relationship with the above-named parties of which the official has knowledge.

## PROCEDURES TO BE FOLLOWED

Please ask the cantonal magistrate to do the following:

1.    interview the appropriate bank officials and provide a proces-verbal pursuant to articles 1(4)(b), 10, and 12;

2.    require production of original or true copies of the

7

documents from the bank pursuant to articles 1(4)(c) and 18(1);

3.    attach to the documents a Certificate of Authenticity of Business Records completed and signed by the person producing the documents pursuant to articles 1(4)(e) and 18(2);

4.    affix his or her seal (or stamp) upon the certificate pursuant to article 18(3) if satisfied that, under the procedure followed, a false statement on the certificate would subject the person who completed and signed it to criminal penalty under Swiss law; and

5.    invite the bank official(s) giving testimony and producing the documents to appear at some future date in the United States, at the expense of the United States Government, to testify before the grand jury and/or at trial pursuant to article 23(2).  If any witness chooses not to appear in the United States, a formal deposition of the witness at some future date is requested pursuant to articles 10 and 12.


Date: _20 September 2001_

Mary Ellen Warlow
Director
Office of International Affairs

8

MR-SBG002594

# EXHIBIT 23

**French Judge Broadens Investigation Into Transfers of Bin Ladin Family Funds**
*Paris Le Monde (Internet Version-WWW) in French 26-27 Dec 04*
*LE MONDE*
*Sunday, December 26, 2004*
**Journal Code:** 2165 **Language:** ENGLISH **Record Type:** FULLTEXT
**Document Type:** Daily Report; News
**Word Count:** 855

Report by Jacques Follorou: "Judge Van Ruymbeke Broadens Investigation of Financial Networks of Bin Ladin Family"

(FBIS Translated Text)

The Paris magistrate has received an additional brief to investigate on a transfer of 241 million euros from which Usama Bin Ladin is said to have benefited from thanks to his half-brother Yislam. The French judicial authorities have broadened the field of their investigations of the financial world of the Bin Ladin family, in particular of the financial channels utilized by Usama Bin Ladin. On 28 September, the Paris public prosecutor's office delivered to Parisian investigating judge Renaud Van Ruymbeke an additional brief targeting "other instances of money laundering."

These were added to the investigation, opened on 5 December 2001, of the financial movements carried out, via Paris, between companies of the Saudi Investment Company (SICO), headed by Yislam Bin Ladin, the half brother of Usama Bin Ladin who manages part of the assets of the family group, the Saudi Binladin Group (SBG). This new information centers on transfers of funds from facilities domiciled in Geneva and sent to Pakistan.

This expansion of the investigation occurred after the 27 September hearing of Yislam Bin Ladin as a witness on financial ties with the person behind the attacks of 11 September 2001 in the United States. Already questioned by the magistrate in 2002, he had delivered to French judicial authorities the copy of the estate will and testament of the Bin Ladin family which contained the details of the property received by all the Bin Ladin brothers and sisters after the death of their father in 1967. He had also said that he had had no more contact with his half brother for the past 20 years.

Nevertheless, questions have recently come up regarding the ties that Yislam maintained with his half brother. Bank documents in the possession of the Swiss legal authorities seem to show that Yislam and Usama Bin Ladin had a joint account at the Union of Swiss Banks (UBS), opened in the context of the family inheritance, between 1990 and 1997.

During his hearing in Paris on 27 September 2004, Yislam Bin Ladin admitted having failed to mention the existence of this account, while at the same time saying specifically that he had not had any contact with his half brother.

Suspect Transfers

Approached by Le Monde, his defenders, in particular his Swiss attorney Mrs. Pierre de Preux, maintained that their client had simply acted as intermediary for the entire family, composed of 54 brothers and sisters, who wanted to deposit funds from the estate there, since he resided in Geneva. They contend that in May 2003, the prosecutor general of the (Swiss)

33112

MR-SBG001339

Confederation had already questioned their client on these events before declaring the matter closed. Finally, they recall that at the end of the examination of bank documents seized by the Swiss police, deputy prosecutor general Claude Nicati confirmed to them in writing on 2 April 2004 that "to date the public ministry of the Confederation has not opened any criminal proceedings whatsoever against your client."

The French judicial authorities nevertheless considered that the information that they held was worth checking out. On 6 September 2004, a private investigator paid by the lawyers of the families of the 11 September victims, an expert attached to Mr. Nicati, Jean-Charles Brisard, alerted Judge Van Ruymbeke about several suspect transfers.

According to him, 241 million euros was transferred to Pakistan in 2000 from an account opened at Deutsche Bank of Geneva and belonging to the Cambridge Company, a subsidiary of the SBG. This information, forwarded by the judge of the public prosecutor's office, gave rise to the delivery of the additional brief. It also turned out that the existence of these funds had already been pointed out by the US authorities in late 2001. This sum was said to have been deposited in an account belonging jointly to Usama Bin Ladin and a person of Pakistani nationality. The French judicial authorities justify their investigations on the basis of the presence of SICO in the orbit of the SBG in Geneva, without, for all that, having demonstrated as of yet that any terrorist financing have took place. The investigators are interested in the role played in this transfer of funds to Pakistan by Akber Mowalla, a former associate of Yislam Bin Ladin in Switzerland. A resident of London, Mr. Mowalla could not be contacted. Mrs. De Preux maintains that her client was never aware of this transfer and that Mr. Mowalla and he ceased all collaboration several years ago. In an open commentary published on 12 October 2004 by the Swiss newspaper La Liberte, Yislam Bin Ladin denounced the attitude of Mr. Brisard, "who has made 11 September a money-maker by spreading false information on this subject." In early December, Yislam Bin Ladin filed a complaint for "violation of secrecy of the office" against Mr. Brisard, who, according to Yislam Bin Ladin, revealed information that he held as an expert appointed by the Swiss judicial authorities.

MR-SBG001340

# EXHIBIT 24

# SAUDI BINLADIN GROUP is the construction leader in the Middle East



*SBG new headquarters in Jeddah*

SBG was honored to design and build the expansion of the two Holy Mosques in Makkah and Medinah. Hence, continuing to grow along with the Kingdom, developing new resources, gaining more expertise in helping in building a stronger, modern Kingdom of Saudi Arabia.

SBG qualifications include:

- CITY PLANNING
- AIRPORT CONSTRUCTION
- HOUSING COMPLEXES
- HIGHWAYS
- HIGH-RISE STRUCTURES
- TUNNELS
- BRIDGES
- UNDERPASSES
- REAL ESTATE DEVELOPMENT

- HOSPITAL MANAGEMENT
- PETROLEUM FACILITIES SERVICES
- MARINE WORKS
- MARBLE, GRANITE
- POWER GENERATION
- INDUSTRIAL WORKS
- MAINTENANCE
- FOOD & CONSUMER PRODUCTS

**SAUDI BINLADIN GROUP** 

P.O. BOX 8918 JEDDAH 21492 SAUDI ARABIA  TEL: 6692666  FAX: 6696461/6697225  TLX: 607438 S.B.G SI

7475

MR-SBG007846

Entrepreneurship invades Japan • Why mutual fund fees are so high

Health care costs slow • Picking winners in high tech • Dow vs. Du Pont

# Forbes

## HARVARD BUSINESS SCHOOL'S FIRST FEMALE GRADUATES
### THEIR LIVES AND CAREERS

MR-SBG007847

**Display Ad 57 — No Title**
*Wall Street Journal (1889-Current file);* Jul 28, 1989; ProQuest Historical Newspapers The Wall Street Journal (1889 - 1991)
pg. D7



# Growing from
# Strength to Strength

The M. Binladin Organization is the oldest and
largest construction group in the Kingdom of
Saudi Arabia. M. Binladin Organization has un-
dertaken engineering projects and ventures that
include:

— highways – airport design – desalination plants
— tunnels – housing complexes – multinational
projects – bridges – city planning – high-rise
structures – underpasses – marine works – mar-
ble & gypsum – maintenance – precast concrete –
research & development.

M. Binladin is also undertaking the expansion of
the Two Holy Mosques in Makkah and Madinah.
Hence, we continue to grow along with the King-
dom, developing new resources, gaining more
expertise and helping in building a stronger, mod-
ern Kingdom of Saudi Arabia.

## M. BINLADIN
## ORGANISATION

P.O. Box No. 548, Jeddah 21421, Saudi Arabia
☎ 6679222, Fax: (02)6695-0304, Tlx: 601288 BINORG SJ.
P.O. Box No. 105, Riyadh 11411, Saudi Arabia
☎ (01)476-6098, Fax: (01)476-1429, Tlx: 401104 BINRYD SJ.

33211

MR-SBG001775

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

Display Ad 58 -- No Title
New York Times (1857-Current file); Jun 19, 1992; ProQuest Historical Newspapers The New York Times (1851 - 2005)
pg. D7

# TAX-FREE INCOME FOR NEW YORK AND NEW JERSEY RESIDENTS

Vanguard offers New York and New Jersey residents tax-free, commission-free investments.

**Vanguard New York Insured Tax-Free Fund** offers New York residents income free from Federal, State and New York City income tax with significant protection against credit risk.

The Fund uses two types of insurance, allowing it to invest beyond the limited supply of insured New York tax exempt long-term municipal bonds. Of course, the insurance doesn't shield the Portfolio's shares from price fluctuations.

**Vanguard New Jersey Money Market Portfolio** is a double tax-free money market fund designed exclusively for New Jersey residents who want reduced taxes as well as price stability and a very competitive yield.

**Vanguard New Jersey Insured Long-Term Portfolio** is the only insured no-load fund offering New Jersey residents income free from Federal and State income tax—plus significant protection against credit risk. The insurance doesn't shield the portfolio's shares from price fluctuation.

Minimum investment: $3,000.

## Call 1-800-453-3380
### 24 Hours, 7 Days for a Tax-Free Investing Kit

A portion of income may be subject to the Federal alternative minimum tax. An investment in a money market fund is neither insured nor guaranteed by the U.S. Government, and there is no assurance that the fund will be able to maintain a stable net asset value of $1.00 per share.

---

**Please send me a free Tax-Free Investing Information Kit**

I understand it contains a prospectus with more complete information on advisory fees, distribution charges and other expenses for the Funds I have checked below. I will read it carefully before I invest or send money.

☐ New York Tax-Free Fund (76)
☐ New Jersey Tax-Free Fund (14)
☐ Also send me a Federal Tax-Free Investing Kit (95)

Vanguard Tax-Free Funds
P.O. Box 2800
Valley Forge, Pennsylvania 19482

Name _____

Address _____

City _____

State _____ Zip _____      NY12-D1

## THE **Vanguard** GROUP
OF INVESTMENT COMPANIES SM

---

# GENERAL ELECTRIC AND BINLADIN TARGET
## MAJOR PROJECTS IN THE REGION OF MIDDLE EAST

On May 30, GE's John Welch Jr. and top executives were honored at a reception given in Jeddah by Bakr M. Binladin of the Saudi Binladin Group (SBG). Also present were more than 200 Binladin senior executives, public officials, diplomatic corps and business leaders.

GE and SBG also reviewed the progress of their joint undertakings and their work plan for 1992-93 in the region.

June 1991 marked John Welch's first visit to SBG when an understanding to work together was reached.

SBG is the leading Saudi Engineering and Construction conglomerate, active in airports, major building complexes, hospitals and industrial & power projects. It has been credited for more than six decades with the design and construction of many major projects on turn-key basis, including the historic and prestigious extensions of the two Holy Mosques and the development of large power projects.

**The Arab Union for Advertising, Jeddah, Saudi Arabia**

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

33212