**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____
                                        )
IN RE:  TERRORIST ATTACKS ON      )   **Civil Action No. 03 MDL 1570 (GBD)(FM)**
SEPTEMBER 11, 2001                     )
                                        )
_____)

_This document relates to:  All Actions_

## DECLARATION OF LOUAY ABDULLA

I, Louay Abdulla, state as follows:

1.      I am a citizen and resident of the United States.  I am currently a sub-contractor for Geotext Translation Services.

2.      To the best of my knowledge and belief, the document attached at Tab 1 contains a true and accurate translation of the stamps and handwritten text on the document labeled SBG0002569 - SBG0002573.

3.      To the best of my knowledge and belief, the document attached at Tab 2 contains a true and accurate translation of the stamps and handwritten text on the document labeled SBG0002574 - SBG0002578.

4.      To the best of my knowledge and belief, the document attached at Tab 3 contains a true and accurate translation of the Arabic-language text on the document labeled T0000091.

5.      To the best of my knowledge and belief, the document attached at Tab 4 contains a true and accurate translation of Arabic-language stamps and handwritten text on the page labeled SBG0002593.

- 2 -

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_Louay Abdulla_

Louay Abdulla

Executed on this 10th day of August, 2010