**TAB 1**



بسم الله الرحمن الرحيم

شركة مجموعة بن لادن السعودية
بكر محمد بن لادن وإخوانه – توصية بسيطة
Legal Department

الشؤون القانونية

قرار الشركاء بالتعديل الرابع لعقد تأسيس شركة
مجموعة بن لادن السعودية بكر محمد بن لادن وإخوانه
بخروج شريك

بتاريخ ١٤١٣/١٢/٢٦هـ الموافق ١٩٩٣/٦/١٦

لقد سبق للأطراف الآتية أسماؤهم:

| ١ - بكـر محمد عوض بن لادن | ٢ - طـارق محمد عوض بن لادن |
|---|---|
| ٣ - ثابـت محمد عوض بن لادن | ٤ - عمـر محمد عوض بن لادن |
| ٥ - محـروس محمد عوض بن لادن | ٦ - حسـن محمد عوض بن لادن |
| ٧ - خالـد محمد عوض بن لادن | ٨ - غالـب محمد عوض بن لادن |
| ٩ - يحيـى محمد عوض بن لادن | ١٠ - عبدالعزيز محمد عوض بن لادن |
| ١١ - عيسـى محمد عوض بن لادن | ١٢ - أحمـد محمد عوض بن لادن |
| ١٣ - خليـل محمد عوض بن لادن | ١٤ - عيسـى محمد عوض بن لادن |
| ١٥ - حيـدر محمد عوض بن لادن | ١٦ - أسامـة محمد عوض بن لادن |
| ١٧ - سعـد محمد عوض بن لادن | ١٨ - يـاسـر محمد عوض بن لادن |
| ١٩ - عبدالله محمد عوض بن لادن | ٢٠ - محمـد محمد عوض بن لادن |

تأسيس شركة مجموعة بن لادن السعودية بكر محمد بن لادن وإخوانه المسجلة بالسجل التجاري لمدينة جدة
كشركة توصية بسيطة، وأثبت عقد تأسيسها لدى كتابة
تحت رقم ٤٠٣٠٠٦٨٢٨٤ وتاريخ ١٤١٠/٥/١٢هـ، وأثبت ملحق تعديلها الأول لدى كاتب عدل جدة بالعدد
عدل جدة بالعدد (١١٠) تاريخ ١٤١٠/٤/٨هـ، وأثبت ملحق تعديلها الثاني لدى كاتب عدل جدة بالعدد (١٠٧) تاريخ
(٤١) تاريخ ١٤١٢/٢/٢هـ، وأثبت ملحق تعديلها الثالث لدى فرع وزارة التجارة بجدة بالرقم (١٠٠) تاريخ
١٤١٢/٧/١هـ، والمرثق ملحق تعديلها الثالث لدى فرع وزارة التجارة بجدة بالرقم
١٤١٣/٩/٢٤هـ.

ولما كان الشريك أسامة محمد عوض بن لادن ممثلاً بوكيله الشرعي محمد سالم علي اليافعي بموجب صك
الوكالة رقم ١٣ المجلد ٣/٢٨٢ تاريخ ١٤١٤/٩/٢٤هـ الصادرة عن كتابة عدل جدة الثانية، قد رغب في
التنازل عن جميع حصته البالغة (٥،٠٠٠) خمسة آلاف حصة من الحصص من حقوق وما عليها من إلتزامات وافق باقي
التنازل عن جميع حصته البالغة إلى الشريك غالب محمد
عوض بن لادن الذي قبل هذا التنازل بما لهذه الحصص من حقوق وما عليها من إلتزامات وافق باقي
الشركاء على ذلك التنازل وأسقط كل منهم حقه في إسترداد الحصص المتنازل عنها.
وقد إستوفى الأطراف حقوقهم قبل بعضهم البعض ويعتبر ترقيمهم على هذا القرار بمثابة مخالصة نهائية

فيما بينهم:
لذا فقد قرر الشركاء بالإجماع تعديل عقد تأسيس الشركة وفقاً للشروط التالية:
أولاً: يعتبر التمهيد السابق جزءاً لايتجزأ من هذا القرار.
ثانياً: تُعدّل مقدمة العقد الأساسي للشركة ليصبح الشركاء الحاليين المالكين للشركة هم:

١ - بكر محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ٦٣٩٣٥ سجل مكة المكرمة

Ministry of Commerce
This decision was audited by the
Department of Companies
18/10/[cut off]
[signature]

... ز ٢٢ ، ١٣٨٧/١٠/هـ ومهنته مهندس مدني تولد عام ١٣٦٨هـ. (الط...

المملكة العربية السعودية – تلفون: ٦٦٦٣٦٦٦ فاكس: ٦٦٦٣١١١١
P.O. Box 8918 Jeddah 21492 , Saudi Arabia . Tel. 6692666 . Fax . ٦٦٩

[signature:] *Hassan Mohammad Bin Laden*

[signature of proxy, identified later as that of Mohammad Salem al-Yaf'i who represents Usama Mohammed bin Awadh bin Laden]



‏〈٢〉

‏شركة مجموعة بن لادن السعودية
‏بكر محمد بن لادن وإخوانه – شمسية بسيطة
‏Legal Department

‏الشؤون القانونية

‏بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ٦٣٩٣٧ سجل مكة

‏٢- طارق محمد عوض بن لادن، سعودي الجنسية، رجل أعمال، تولد عام ١٣٦٩هـ. (الطرف ثاني)، وتاريخ المكرمة وتاريخ ٢٢/١٠/١٣٨٧هـ، ومهنته رجل أعمال، تولد عام ١٣٦٩هـ رقم ٦٨٢٥٠

‏٣- ثابت محمد عوض بن لادن، سعودي الجنسية، ومهنته رجل أعمال، تولد عام ١٣٦٦هـ. (الطرف ثالث)، ٢٠/١/١٣٨٩هـ سجل مكة المكرمة، ومهنته رجل أعمال، بموجب حفيظة النفوس رقم ٢٩٨ سجل المدينة المنورة

‏٤- عمر محمد عوض بن لادن، السعودي الجنسية، تولد عام ١٣٦٩هـ. (الطرف رابع)، وتاريخ ٢٧/٣/١٣٨٧هـ، ومهنته مهندس مدني، بموجب حفيظة النفوس رقم ٦٢٩٢٨ سجل مكة

‏٥- محروس محمد محمد بن لادن، سعودي الجنسية، تولد عام ١٣٦٧هـ. (الطرف خامس)، المكرمة وتاريخ ٢٢/١٠/١٣٨٧هـ، ومهنته رجل أعمال، بموجب حفيظة النفوس رقم ٦٢٩٣٣ سجل مكة

‏٦- حسن محمد عوض بن لادن، سعودي الجنسية، تولد عام ١٣٦٧هـ. (الطرف سادس)، المكرمة وتاريخ ٢٢/١٠/١٣٨٧هـ، ومهنته رجل أعمال، بموجب حفيظة النفوس رقم ٦٢٩٣٦ سجل مكة

‏٧- خالد محمد عوض بن لادن، سعودي الجنسية، رجل أعمال، تولد عام ١٣٦٦هـ. (الطرف سابع)، المكرمة وتاريخ ٢٢/١٠/١٣٨٧هـ، بموجب حفيظة النفوس رقم ٦٢٩٣٤ سجل مكة

‏٨- غالب محمد عوض بن لادن، سعودي الجنسية، تولد عام ١٣٦٦هـ. (الطرف ثامن)، المكرمة وتاريخ ٢٢/١٠/١٣٨٧هـ، ومهنته مهندس مدني، بموجب حفيظة النفوس رقم ٦٢٩٣١ سجل مكة

‏٩- يحيى محمد عوض بن لادن، سعودي الجنسية، تولد عام ١٣٦٨هـ. (الطرف تاسع)، المكرمة وتاريخ ٢٢/١٠/١٣٨٧هـ، ومهنته مهندس صناعي، بموجب حفيظة النفوس رقم ٦٢٩٣٢ سجل مكة

‏١٠- عبدالعزيز محمد عوض بن لادن، سعودي الجنسية، رجل أعمال، تولد عام ١٣٦٨هـ. (الطرف عاشر)، المكرمة وتاريخ ٢٢/١٠/١٣٨٧هـ، ومهنته رجل أعمال، بموجب حفيظة النفوس رقم ٦٦٥٤١ سجل مكة

‏١١- عيسى محمد عوض بن لادن، سعودي الجنسية، رجل أعمال، تولد عام ١٣٦٩هـ. (الطرف حادي عاشر)، المكرمة وتاريخ ١٨/١/١٣٨٨هـ، ومهنته رجل أعمال، بموجب حفيظة النفوس رقم ٨٨٦٣٦ سجل مكة

‏١٢- أحمد محمد عوض بن لادن، سعودي الجنسية، رجل أعمال، تولد عام ١٣٧٢هـ. (الطرف ثاني عشر)، المكرمة وتاريخ ٦/٦/١٣٩٦هـ، ومهنته رجل أعمال، بموجب حفيظة النفوس رقم ١٠٠٠٩٣ سجل مكة

‏١٣- خليل محمد عوض بن لادن، سعودي الجنسية، رجل أعمال، تولد عام ١٣٧٧هـ. (الطرف ثالث عشر)، المكرمة وتاريخ ٦/١/١٣٩٥هـ، ومهنته رجل أعمال، بموجب حفيظة النفوس رقم ٨٨٦٣٥ سجل مكة

‏١٤- صالح محمد عوض بن لادن، سعودي الجنسية، رجل أعمال، تولد عام ١٣٧٥هـ. (الطرف رابع عشر)، المكرمة وتاريخ ٢٦/١/١٣٩٣هـ، ومهنته رجل أعمال، بموجب حفيظة النفوس رقم ١٠٠٠٩٤ سجل مكة

‏١٥- حيدر محمد عوض بن لادن، سعودي الجنسية، تولد عام ١٣٧٧هـ. (الطرف خامس عشر)، المكرمة وتاريخ ٦/١/١٣٩٥هـ، ومهنته رجل أعمال، بموجب حفيظة النفوس رقم ٨٠١٤٩ سجل جدة وتاريخ

‏١٦- سعد محمد عوض بن لادن، سعودي الجنسية، رجل أعمال، تولد عام ١٣٨٣هـ. (الطرف سادس عشر)، ١٤/١١/١٤٠٣هـ، ومهنته رجل أعمال، بموجب حفيظة النفوس رقم ٧٨٩٣٨ سجل جدة وتاريخ

‏١٧- ياسر محمد عوض بن لادن، سعودي الجنسية، رجل أعمال، تولد عام ١٣٨٥هـ. (الطرف سابع عشر)، ٢٤/٣/١٤٠٣هـ، ومهنته رجل أعمال، بموجب حفيظة النفوس رقم ٧٨٩٢٥ سجل جدة

‏١٨- عبدالله محمد عوض بن لادن، سعودي الجنسية، تولد عام ١٣٨٥هـ. (الطرف ثامن عشر)، وتاريخ ٢٣/٢/١٤٠٦هـ، ومهنته طالب، بموجب حفيظة النفوس رقم ٧٤٣٦ سجل جدة وتاريخ

‏١٩- محمد محمد عوض بن لادن، سعودي الجنسية، تولد عام ١٣٨٧هـ. (الطرف تاسع عشر)، ١/١/١٤٠٧هـ، ومهنته طالب، بموجب

‏١ـ م مقيم ـ لحقة ـ حي الجامعة خلف مسجد بن لادن.

Ministry of Commerce
This decision was audited by the
Department of Companies
18/10/[cut off]
[signature]

[signature:] *Hassan Mohammad Bin Laden*
[signature of proxy, identified later as that of Mohammad Salem al-Yaf'i who represents Usama Mohammed bin Awadh bin Laden]

SBG0002570-T

﴿٣﴾



شـركة مجموعة بن لادن السعودية
بكر محمد بن لادن وأخوانه - توصية بسيطة
Legal Department الشؤون القانونية

**ثالثاً:** يعدل البند الخامس من عقد تأسيس الشركة وملاحق تعديله المتعلق برأس المال وتوزيع الحصص ليصبح كما يلي:

**البند الخامس: رأس المال:**
حدد رأس مال الشركة بمبلغ (٢٢٠،٠٠٠،٠٠٠) مائتان وعشرون مليون ريال مقسم إلى (٢٢٠،٠٠٠)
مائتان وعشرون ألف حصة نقدية متساوية القيمة قيمة كل حصة (١٠٠٠) ألف ريال سعودي تم توزيعها
على الشركاء كالتالي:

| اســـم الشريــك | عدد الحصص | قيمــة الحصة ريال سعودي | مجموع قيمة الحصص ريال سعودي |
|---|---|---|---|
| | ٥١،٨٧٥ | ١٠٠٠ | ٥١،٨٧٥،٠٠٠ ريال |
| ١- بكـر محمد عوض بن لادن | ٥،٠٠٠ | ١٠٠٠ | ٥،٠٠٠،٠٠٠ ريال |
| ٢- طـارق محمد عوض بن لادن | ٥،٠٠٠ | ١٠٠٠ | ٥،٠٠٠،٠٠٠ ريال |
| ٣- ثابـت محمد عوض بن لادن | ١٢،٥٠٠ | ١٠٠٠ | ١٢،٥٠٠،٠٠٠ ريال |
| ٤- عمـر محمد عوض بن لادن | ٥،٠٠٠ | ١٠٠٠ | ٥،٠٠٠،٠٠٠ ريال |
| ٥- مسـرور محمد عوض بن لادن | ٥،٠٠٠ | ١٠٠٠ | ٥،٠٠٠،٠٠٠ ريال |
| ٦- حسـن محمد عوض بن لادن | ١٤،٢٧٥ | ١٠٠٠ | ١٤،٢٧٥،٠٠٠ ريال |
| ٧- خالـد محمد عوض بن لادن | ١٥،٠٠٠ | ١٠٠٠ | ١٥،٠٠٠،٠٠٠ ريال |
| ٨- غالـب محمد عوض بن لادن | ٥،٠٠٠ | ١٠٠٠ | ٥،٠٠٠،٠٠٠ ريال |
| ٩- يحـيى محمد عوض بن لادن | ٥،٠٠٠ | ١٠٠٠ | ٥،٠٠٠،٠٠٠ ريال |
| ١٠- عبد العزيز محمد عوض بن لادن | ٥،٠٠٠ | ١٠٠٠ | ٥،٠٠٠،٠٠٠ ريال |
| ١١- عيسى محمد عوض بن لادن | ١٢،٥٠٠ | ١٠٠٠ | ١٢،٥٠٠،٠٠٠ ريال |
| ١١- أحمـد محمد عوض بن لادن | ١٧،٥٠٠ | ١٠٠٠ | ١٧،٥٠٠،٠٠٠ ريال |
| ١٢- خليـل محمد عوض بن لادن | ١٠،٠٠٠ | ١٠٠٠ | ١٠،٠٠٠،٠٠٠ ريال |
| ١٤- صالـح محمد عوض بن لادن | ١١،٨٧٥ | ١٠٠٠ | ١١،٨٧٥،٠٠٠ ريال |
| ١٥- حيـدر محمد عوض بن لادن | ١٤،٢٧٥ | ١٠٠٠ | ١٤،٢٧٥،٠٠٠ ريال |
| ١٦- سعـد محمد عوض بن لادن | ٥،٠٠٠ | ١٠٠٠ | ٥،٠٠٠،٠٠٠ ريال |
| ١٧- ياسـر محمد عوض بن لادن | ٥،٠٠٠ | ١٠٠٠ | ٥،٠٠٠،٠٠٠ ريال |
| ١٨- عبد الله محمد عوض بن لادن | ٥،٠٠٠ | ١٠٠٠ | ٥،٠٠٠،٠٠٠ ريال |
| ١٩- محمـد محمد عوض بن لادن | | | |
| المجـمـــوع | ٢٢٠،٠٠٠ | | ٢٢٠،٠٠٠،٠٠٠ ريال |

ويقر الشركاء. أنه تم توزيع الحصص فيما بينهم وأنه سبق أن تم الوفاء

Ministry of Commerce
This decision was audited by the
Department of Companies
18/10/4 [cut off]
[signature]

المملكة العربية السعودية - جــدة - تليفون: ٦٦٩٣٦٦١ فاكس
Saudi Arabia 21492. Jeddah

[signature:] *Hassan Mohammad Bin Laden*
[signature of proxy, identified later as that of Mohammad Salem al-Yaf'i who represents Usama Mohammed bin Awadh bin Laden]

SBG0002571-T

(٤٤)

شركة مجموعة بن لادن السعودية
بكر محمد بن لادن وأخوانه - شركة بسيطة
Legal Department                    الشؤون القانونية

رابعاً: تبقى باقي مراد وبنود عقد تأسيس الشركة الأساس وملاحق تعديله كما هي عليه بدون أي تعديل.

خامساً: فوض جميع الأطراف المكرم أحمد محمد أحمد الغامدي بإتخاذ جميع الإجراءات النظامية اللازمة لتقديم القرار لدراسته ومطابقته للنظام وتسجيله في السجل التجاري وسجل الشركات لدى فرع وزارة التجارة في مدينة جدة رتسديد الرسوم وإستلام السجل التجاري للشركة والتوقيع على الإستلام

والله ولي التوفيق ،،
جدة في ١٤١٣/١٢/٢٦هـ الموافق ١٩٩٣/٦/١٦م

توقيعات الشركاء

| | |
|---|---|
| ٢ - طــارق محمد عوض بن لادن | ١ - بكــر محمد عوض بن لادن |
| ٤ - عمــر محمد عوض بن لادن | ٢ - ثابت محمد عوض بن لادن |
| ٦ - حســن محمد عوض بن لادن | ٥ - محروس محمد عوض بن لادن |
| ٨ - غالــب محمد عوض بن لادن | ٧ - خالد محمد عوض بن لادن |
| ١٠ - عبدالعزيز محمد عوض بن لادن | ٩ - يحيــى محمد عوض بن لادن |
| ١٢ - أحمــد محمد عوض بن لادن | ١١ - عيسى محمد عوض بن لادن |
| ١٤ - صالح محمد عوض بن لادن | ١٣ - خليل محمد عوض بن لادن |
| ١٦ - أسامة محمد عوض بن لادن (عنه وكيله الشرعي محمد سالم اليافعي) | ١٥ - حيدر محمد عوض بن لادن |
| ١٨ - ياسر محمد عوض بن لادن | ١٧ - سعد محمد عوض بن لادن |
| ٢٠ - محمـد محمد عوض بن لادن | ١٩ - عبدالله محمد عوض بن لادن |

[partial signature by proxy, next to the name of Usama Mohammed Awadh bin Laden which states under it that he was represented by Mohammad Salem al-Yaf'i]

Ministry of Commerce
This decision was audited by the Department of Companies
18/10/1414 H
[signature]

[signature:] *Hassan Mohammad Bin Laden*
[signature of proxy, identified as that of Mohammad Salem al-Yaf'i who represents Usama Mohammed bin Awadh bin Laden]

S.R No. 68284 - P.O.Box : 8918 Jeddah 21492 , Saudi Arabia . Tel. 693----

SBG0002572-T



[stamp:]
Kingdom of Saudi Arabia
Ministry of Commerce – Jeddah Branch

At *11:30 a.m.* on *Sunday*
Date of Certification *20/11/1414* H Certification Number *414/151*

The annex to the contract was signed before me…
Director of Legal Department
Mohammed Attq al-Harbi

Signature: [signature]



بسم الله الرحمن الرحيم



شركة مجموعة بن لادن السعودية
بكر محمد بن لادن وإخوانه - توصية بسيطة

Legal Department

الشؤون القانونية

**قرار الشركاء بالتعديل الرابع لعقد تأسيس شركة**
**مجموعة بن لادن السعودية بكر محمد بن لادن وإخوانه**
**بخروج شريك**
بتاريخ ١٤١٣/١٢/٢٦هـ الموافق ١٩٩٣/٦/١٦م

لقد سبق للأطراف الآتية أسماؤهم:

| | |
|---|---|
| ٢ - طـارق محمد عوض بن لادن | ١ - بكـر محمد عوض بن لادن |
| ٤ - عمـر محمد عوض بن لادن | ٣ - ثابـت محمد عوض بن لادن |
| ٦ - حسـن محمد عوض بن لادن | ٥ - محروس محمد عوض بن لادن |
| ٨ - غالـب محمد عوض بن لادن | ٧ - خالـد محمد عوض بن لادن |
| ١٠ - عبدالعزيز محمد عوض بن لادن | ٩ - يحيـى محمد عوض بن لادن |
| ١٢ - أحمـد محمد عوض بن لادن | ١١ - عيسـى محمد عوض بن لادن |
| ١٤ - صالـح محمد عوض بن لادن | ١٣ - خليـل محمد عوض بن لادن |
| ١٦ - أسامـة محمد عوض بن لادن | ١٥ - حيـدر محمد عوض بن لادن |
| ١٨ - ياسـر محمد عوض بن لادن | ١٧ - سعـد محمد عوض بن لادن |
| ٢٠ - محمـد محمد عوض بن لادن | ١٩ - عبدالله محمد عوض بن لادن |

تأسيس شركة مجموعة بن لادن السعودية بكر محمد بن لادن وإخوانه المسجلة بالسجل التجاري لمدينة جدة كشركة توصية بسيطة، وأثبت عقد تأسيسها لدى كتابة عدل جدة بالعدد تحت رقم ٤٠٣٠٠٦٨٢٨٤ وتاريخ ١٤١٠/٥/١٢هـ، وأثبت ملحق تعديلها الأول لدى كاتب عدل جدة بالعدد عدل جدة بالعدد (١١٦٠) تاريخ ١٤١٠/٥/٨هـ، وأثبت ملحق تعديلها الثاني لدى كاتب عدل جدة بالعدد (١٠٧) تاريخ (٤١) تاريخ ١٤١٢/٢/٢هـ، وأثبت ملحق تعديلها الثالث لدى فرع وزارة التجارة بجدة بالرقم (١٠٠) تاريخ ١٤١٢/٧/١٠هـ، والموثق ملحق تعديلها الثالث لدى فرع وزارة التجارة بجدة بالرقم (١٠٠) تاريخ ١٤١٣/٩/٢٤هـ.

ولما كان الشريك أسامة محمد عوض بن لادن ممثلاً بوكيله الشرعي محمد سالم علي اليافعي، قد رغب في الوكالة رقم ١٣ المجلد ٣/٢٨٢ تاريخ ١٤١٤/٩/٢٤هـ الصادرة عن كتابة عدل جدة الثانية، في التنازل عن جميع حصصه البالغة (٥٠٠٠) خمسة آلاف حصة من رأسمال الشركة إلى الشريك غالب محمد عوض بن لادن الذي قبل هذا التنازل بما لهذه الحصص من حقوق وما عليها من إلتزامات ووافق باقي الشركاء، على ذلك التنازل وأسقط كلٌّ منهم حقه في إسترداد الحصص المتنازل عنها.

وقد إستوفى الأطراف حقوقهم قبل بعضهم البعض ويعتبر توقيعهم على هذا القرار بمثابة مخالصة نهائية فيما بينهم.

لذا فقد قرر الشركاء بالإجماع تعديل عقد تأسيس الشركة وفقاً للشروط التالية:

**أولاً:** يعتبر التمهيد السابق جزءاً لايتجزأ من هذا القرار.

**ثانياً:** تمثل مقدمة العقد الأساسي للشركة لتصبح الشركاء الحاليين المالكين للشركة هم:

١- بكر محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ٦٢٩٣٥ سجل مكة المكرمة وتاريخ ١٣٨٧/١٠/٢٢هـ ومهنته مهندس مدني تولد عام ١٣٦٨هـ. (طرف أول).

وزارة التجارة

٦٨٢٨٤ - ص ب ٨٩١٨ جدة ٢١٤٩٢ المملكة العربية السعودية - تليفون ٦٦٩٢٦٦٦ فاكس ٦٦٩٦٤٤٥ - تلكس
8918 Jeddah 21492 , Saudi Arabia , Tel. 6692666 - Fax : 6696445 - Tlv

SBG0002569



شــركـة مجمـوعـة بـن لادن الـسـعـوديـة
بكر محمد بن لادن وإخوانه - توصية بسيطة
Legal Department

الشؤون القانونية

٤٢٦

٦٢٩٢٧ سجل مكة المكرمة، بموجب حفيظة النفوس رقم

٢- طارق محمد عوض بن لادن، سعودي الجنسية، ومهنته رجل أعمال، تولد عام ١٣٦٩هـ. (طرف ثاني).
وتاريخ المكرمة وتاريخ ١٣٨٧/١٠/٢٢هـ، ومهنته رجل أعمال، بموجب حفيظة النفوس رقم ٦٨٢٥٠

٣- ثابت محمد عوض بن لادن، ومهنته رجل أعمال، تولد عام ١٣٦٦هـ. (طرف ثالث).
المدينة المنورة ٢٩٨ سجل المدينة المنورة ١٣٨٩/١/٢٠هـ سجل مكة المكرمة، بموجب حفيظة النفوس رقم

٤- عمر محمد عوض بن لادن، السعودي الجنسية، تولد عام ١٣٦٩هـ. (طرف رابع).
٦٢٩٢٨ سجل مكة وتاريخ ١٣٨٧/٣/٢٧هـ ومهنته مهندس مدني، بموجب حفيظة النفوس رقم

٥- محروس محمد عوض بن لادن، سعودي الجنسية رجل أعمال تولد عام ١٣٦٧هـ. (طرف خامس).
٦٢٩٣٣ سجل مكة المكرمة وتاريخ ١٣٨٧/١٠/٢٢هـ ومهنته رجل أعمال، بموجب حفيظة النفوس رقم

٦- حسن محمد عوض بن لادن، سعودي الجنسية، ومهنته رجل أعمال، تولد عام ١٣٦٧هـ. (طرف سادس).
٦٢٩٣٦ سجل مكة المكرمة وتاريخ ١٣٨٧/١٠/٢٢هـ ومهنته رجل أعمال، بموجب حفيظة النفوس رقم

٧- خالد محمد عوض بن لادن، سعودي الجنسية، ومهنته رجل أعمال، تولد عام ١٣٦٦هـ. (طرف سابع).
٦٢٩٣٤ سجل مكة المكرمة وتاريخ ١٣٨٧/١٠/٢٢هـ، بموجب حفيظة النفوس رقم

٨- غالب محمد عوض بن لادن، سعودي الجنسية، ومهنته مهندس مدني، تولد عام ١٣٦٦هـ. (طرف ثامن).
٦٢٩٣١ سجل مكة المكرمة وتاريخ ١٣٨٧/١٠/٢٢هـ، بموجب حفيظة النفوس رقم

٩- يحيى محمد عوض بن لادن، سعودي الجنسية، ومهنته مهندس صناعي، تولد عام ١٣٦٨هـ. (طرف تاسع).
٦٢٩٣٢ سجل مكة المكرمة وتاريخ ١٣٨٧/١٠/٢٢هـ، بموجب حفيظة النفوس رقم

١٠- عبدالعزيز محمد عوض بن لادن، سعودي الجنسية، رجل أعمال، تولد عام ١٣٦٨هـ. (طرف عاشر).
٦٦٥٤١ سجل مكة المكرمة وتاريخ ١٣٨٧/١٠/٢٢هـ، بموجب حفيظة النفوس رقم

١١- عيسى محمد عوض بن لادن، سعودي الجنسية، ومهنته رجل أعمال، تولد عام ١٣٦٩هـ. (طرف حادي عاشر).
٨٨٦٣٦ سجل مكة المكرمة وتاريخ ١٣٨٨/١/١٨هـ، بموجب حفيظة النفوس رقم

١٢- أحمد محمد عوض بن لادن، سعودي الجنسية، ومهنته رجل أعمال، تولد عام ١٣٧٢هـ. (طرف ثاني عشر).
١٠٠٠٩٣ سجل مكة المكرمة وتاريخ ١٣١٦/٦/٢٦هـ، بموجب حفيظة النفوس رقم

١٣- خليل محمد عوض بن لادن، سعودي الجنسية، رجل أعمال، تولد عام ١٣٧٧هـ. (طرف ثالث عشر).
٨٨٦٣٥ سجل مكة المكرمة وتاريخ ١٣٩٥/١/٦هـ، بموجب حفيظة النفوس رقم

١٤- صالح محمد عوض بن لادن، سعودي الجنسية، رجل أعمال، تولد عام ١٣٧٥هـ. (طرف رابع عشر).
١٠٠٠٩٤ سجل مكة المكرمة وتاريخ ١٣٩٣/٦/٢١هـ، بموجب حفيظة النفوس رقم

١٥- حيدر محمد عوض بن لادن، سعودي الجنسية، ومهنته رجل أعمال، تولد عام ١٣٧٧هـ. (طرف خامس عشر).
٨٠١٤٩ سجل جدة وتاريخ المكرمة وتاريخ ١٣٩٥/١/٦هـ، بموجب حفيظة النفوس رقم

١٦- سعد محمد عوض بن لادن، سعودي الجنسية، ومهنته رجل أعمال، تولد عام ١٣٨٣هـ. (طرف سادس عشر).
٧٨٩٢٨ سجل جدة وتاريخ ١٤٠٣/١١/١٤هـ، بموجب حفيظة النفوس رقم

١٧- ياسر محمد عوض بن لادن، سعودي الجنسية، رجل أعمال، تولد عام ١٣٨٥هـ. (طرف سابع عشر).
٧٨٩٢٥ سجل جا وتاريخ ١٤٠٣/٥/٢٤هـ، ومهنته رجل أعمال، بموجب حفيظة النفوس رقم

١٨- عبدالله محمد عوض بن لادن، سعودي الجنسية، ومهنته طالب، تولد عام ١٣٨٥هـ. (طرف ثامن عشر).
٧٤٣٦ سجل جدة وتاريخ وتاريخ ١٤٠٣/٥/٢٣هـ، بموجب حفيظة النفوس رقم

١٩- محمد محمد عوض بن لادن، سعودي الجنسية، ومهنته طالب، تولد عام ١٣٨٧هـ. (طرف تاسع عشر).
وتاريخ ١٤٠٧/١/١٠هـ، ومهنته طالب، بموجب حفيظة النفوس رقم

- الجميع مقيمون بجدة - حي الجامعة خلف مسجد بن لادن.

وزارة التجارة

Jeddah 21492 , Saudi Arabia . Tel.

٦٨٢٨٠ - ص.ب ٨٩١٨ جدة ٢١٤٩٢ المملكة العربية السعودية - تليفون ٦٦٢٢٦٦٦ - فاكس ٦٦٢٢٦٦٦

SBG0002570

{٣}

<div dir="rtl">

شركة مجموعة بن لادن السعودية
بكر محمد بن لادن واخوانه – توصية بسيطة
Legal Department



الشؤون القانونية

**ثالثاً:** يعدل البند الخامس من عقد تأسيس الشركة وملاحق تعديله المتعلق برأس المال وتوزيع الحصص ليصبح كمايلي:

**البند الخامس: رأس المال:** (٢٢٠,٠٠٠,٠٠٠) مائتان وعشرون مليون ريال مقسم إلى: (٢٢٠,٠٠٠)

حدد رأس مال الشركة بمبلغ (٢٢٠,٠٠٠,٠٠٠) مائتان وعشرون مليون ريال قيمة متساوية القيمة نقدية قيمة كل حصة (١٠٠٠) ألف ريال سعودي تم توزيعها

مائتان وعشرون ألف حصة نقدية متساوية القيمة على الشركاء كالتي:

| اسم الشريك | عدد الحصص | قيمة الحصة ريال | مجموع قيمة الحصص ريال سعودي |
|---|---|---|---|
| ١- بكـر محمد عوض بن لادن | ٥١,٨٧٥ | ١٠٠٠ | ٥١,٨٧٥,٠٠٠ ريال |
| ٢- طـارق محمد عوض بن لادن | ٥,٠٠٠ | ١٠٠٠ | ٥,٠٠٠,٠٠٠ ريال |
| ٣- شابـث محمد عوض بن لادن | ٢٢,٥٠٠ | ١٠٠٠ | ١٢,٥٠٠,٠٠٠ ريال |
| ٤- عمـر محمد عوض بن لادن | ٥,٠٠٠ | ١٠٠٠ | ٥,٠٠٠,٠٠٠ ريال |
| ٥- محـروس محمد عوض بن لادن | ٥,٠٠٠ | ١٠٠٠ | ٥,٠٠٠,٠٠٠ ريال |
| ٦- حسـن محمد عوض بن لادن | ١٤,٢٧٥ | ١٠٠٠ | ١٤,٢٧٥,٠٠٠ ريال |
| ٧- خالـد محمد عوض بن لادن | ١٥,٠٠٠ | ١٠٠٠ | ١٥,٠٠٠,٠٠٠ ريال |
| ٨- غالـب محمد عوض بن لادن | ٥,٠٠٠ | ١٠٠٠ | ٥,٠٠٠,٠٠٠ ريال |
| ٩- يحيـى محمد عوض بن لادن | ٥,٠٠٠ | ١٠٠٠ | ٥,٠٠٠,٠٠٠ ريال |
| ١٠- عبد العزيز محمد عوض بن لادن | ٥,٠٠٠ | ١٠٠٠ | ٥,٠٠٠,٠٠٠ ريال |
| ١١- عيسـى محمد عوض بن لادن | ١٢,٥٠٠ | ١٠٠٠ | ١٢,٥٠٠,٠٠٠ ريال |
| ١٢- احمـد محمد عوض بن لادن | ١٧,٠٠٠ | ١٠٠٠ | ١٧,٠٠٠,٠٠٠ ريال |
| ١٣- خليـل محمد عوض بن لادن | ١٠,٠٠٠ | ١٠٠٠ | ١٠,٠٠٠,٠٠٠ ريال |
| ١٤- صالـح محمد عوض بن لادن | ١١,٨٧٥ | ١٠٠٠ | ١١,٨٧٥,٠٠٠ ريال |
| ١٥- حيـدر محمد عوض بن لادن | ١٤,٢٧٥ | ١٠٠٠ | ١٤,٢٧٥,٠٠٠ ريال |
| ١٦- سعـد محمد عوض بن لادن | ٥,٠٠٠ | ١٠٠٠ | ٥,٠٠٠,٠٠٠ ريال |
| ١٧- ياسـر محمد عوض بن لادن | ٥,٠٠٠ | ١٠٠٠ | ٥,٠٠٠,٠٠٠ ريال |
| ١٨- عبد الله محمد عوض بن لادن | ٥,٠٠٠ | ١٠٠٠ | ٥,٠٠٠,٠٠٠ ريال |
| ١٩- محمـد محمد عوض بن لادن | ٥,٠٠٠ | ١٠٠٠ | ٥,٠٠٠,٠٠٠ ريال |
| **المجمـوع** | **٢٢٠,٠٠٠** | | **٢٢٠,٠٠٠,٠٠٠ ريال** |

ويقر الشركاء. أنه تم توزيع الحصص فيما بينهم وأنه سبق أن تم الوفاء. برأس المال الشركة عند التأسيس.

وزارة التجارة

S/R No.

</div>

SBG0002571



﴿٤٤﴾

شركة مجموعة بن لادن السعودية
بكر محمد بن لادن وإخوانه – توصية بسيطة
Legal Department
الشؤون القانونية

رابعاً: تبقى باقي مواد وبنود عقد تأسيس الشركة الأساسي وملاحق تعديله كما هي عليه بدون أي تعديل.

خامساً: فرض جميع الأطراف المكرم أحمد محمد أحمد الغامدي باتخاذ جميع الإجراءات النظامية اللازمة لتقديم القرار لدراسته ومطابقته للنظام وتسجيله في السجل التجاري وسجل الشركات لدى فرع وزارة التجارة في مدينة جدة وتسديد الرسوم واستلام السجل التجاري للشركة والتوقيع على الاستلام.

والله ولي التوفيق ،،،

جدة في ١٤١٣/١٢/٢٦هـ الموافق ١٩٩٣/٦/١٦م

توقيعات الشركاء

ard 3

١- بكر محمد عوض بن لادن

٢- طارق محمد عوض بن لادن

٢- ثابت محمد عوض بن لادن

٤- عمر محمد عوض بن لادن

٥- محروس محمد عوض بن لادن

٦- حسن محمد عوض بن لادن

٧- خالد محمد عوض بن لادن

٨- غالب محمد عوض بن لادن

٩- يحيى محمد عوض بن لادن

١٠- عبدالعزيز محمد عوض بن لادن

١١- عيسى محمد عوض بن لادن

١٢- أحمد محمد عوض بن لادن

١٣- خليل محمد عوض بن لادن

١٤- صالح محمد عوض بن لادن

١٥- حيدر محمد عوض بن لادن

١٦- أسامة محمد عوض بن لادن
(عنه وكيله الشرعي محمد سالم البانمي)

١٧- سعد محمد عوض بن لادن

١٨- ياسر محمد عوض بن لادن

١٩- عبدالله محمد عوض بن لادن
عنه وأخاه وبوكالة
محمد عمر بن لادن

٢٠- محمد محمد عوض بن لادن

وزارة التجارة
تم التصديق على التوقيعات
١٢٦٤/٧/١٨
بمعرفة إدارة الشركات

S.R No. 68284 - P.O.Box : 8918 Jeddah 21492 , Saudi Arabia , Tel. 6692... - Fax : ......

SBG0002572



SBG0002573

**TAB 2**

[stamp:]
Kingdom of Saudi Arabia
Ministry of Commerce – Jeddah Branch

At *11:30 a.m.* of *Sunday*
Date of Certification *20/11/1414* H          Certification Number *414/151*

The annex to the contract was signed before me …
Director of Legal Department
Mohammed Attiq al-Harbi

Signature: [signature]

SBG0002574-T



بسم الله الرحمن الرحيم

شركة مجموعة بن لادن السعودية
بكر محمد بن لادن واخوانه – توصية بسيطة
Legal Department
الإدارة القانونية

قرار الشركاء بالتعديل الرابع لعقد تأسيس شركة
مجموعة بن لادن السعودية بكر محمد بن لادن واخوانه
بخروج شريك

بتاريخ ٢٦/١٢/١٤١٣هـ الموافق ١٦/٦/١٩٩٣

لقد اتفق للأطراف الآتية أسماءهم :

| | |
|---|---|
| ٢ - طـــــــارق محمد عوض بن لادن | ١ - بــكـــر محمد عوض بن لادن |
| ٤ - عـــمــر محمد عوض بن لادن | ٣ - ثابـــت محمد عوض بن لادن |
| ٦ - حـــسـن محمد عوض بن لادن | ٥ - سدروس محمد عوض بن لادن |
| ٨ - غـــالـب محمد عوض بن لادن | ٧ - خالـــد محمد عوض بن لادن |
| ١٠ - عبدالعزيز محمد عوض بن لادن | ٩ - يحيـــى محمد عوض بن لادن |
| ١٢ - أحــمــد محمد عوض بن لادن | ١١ - عيسـى محمد عوض بن لادن |
| ١٤ - سالـــم محمد عوض بن لادن | ١٣ - خليـل محمد عوض بن لادن |
| ١٦ - أسامـة محمد عوض بن لادن | ١٥ - حيـدر محمد عوض بن لادن |
| ١٨ - يـاسـر محمد عوض بن لادن | ١٧ - سعــد محمد عوض بن لادن |
| ٢٠ - محـمـد محمد عوض بن لادن | ١٩ - عبد الله محمد عوض بن لادن |

تأسيس شركة مجموعة بن لادن السعودية بكر محمد بن لادن واخوانه المسجلة بالسجل التجاري بمدينة جدة
تحت رقم ٤٠٣٠٠٦٨٢٨٤ وتاريخ ١٢/٥/١٤١٠هـ كشركة توصية بسيطة؛ وأثبت عقد تأسيسها لدى كتابة
عدل جدة بالعدد (١٦٦) تاريخ ٥/٨/١٤١٠هـ، وأثبت ملحق تعديلها الأول لدى كاتب عدل جدة بالعدد
(٤١) تاريخ ٢/٢/١٤١٢هـ، وأثبت ملحق تعديلها الثاني لدى كاتب عدل جدة بالعدد (١٠٧) تاريخ
١٠/٧/١٤١٣هـ، والذي منحت تعديلها الثالث لدى فرع وزارة تجارية بجدة بالرقم (١٠٠١) تاريخ
٢٤/٩/١٤١٣هـ.

وبما كان الشريك أحمد محمد عوض بن لادن ممثلاً بوكيله النشرعي محمد سالم علي اليافعي بموجب صك
الانكاتة رقم ١٣ المجلد ٣/٢٨٢ تاريخ ٢٤/٩/١٤١٤هـ الصادرة عن كتبة عدل جدة الثانيه، قد رغب في
التنازل عن جميع حصته البالغة (٥،٠٠٠) خمسة آلاف حصة من رأسمال الشركة إلى الشريك غائب محمد
عوض بن لادن الذي قبل هذا التنازل بما لهذه الحصص من حقوق وما عليها من التزامات ووافق باقي
الشركاء، على ذلك التنازل وأسقط كلٌّ منهم حقه في إسترداد الحصص المتنازل عنها.

وقد استوفى الأطراف حقوقهم قبل بعضهم البعض بيحرر ترقيمهم على هذا القرار بمثابة مخالصة نهائية
بما بينهم.

لذا فقد قرر الشركاء، بالإجماع تعديل عقد تأسيس الشركة وفقاً للشروط التالية:

أولاً: يعتبر التمهيد السابق جزءاً لايتجزأ من هذا القرار.

ثانياً: تعدل مقدمة العقد الأساسي للشركة ليصبح الشركاء الحاليين المالكين للشركة هم:

١- بكر محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ٦٢٩٣٥ سجل مكة المكرمة
رقمه مهندس مدني تولد عام ١٣٦٨هـ.

<table>
<tr><td>

Ministry of Commerce
This decision was audited by
the Department of Companies
*18/10/1414*[cut off]
[signature]

</td><td>

[signature:] Hassan Mohammad Bin
Laden

[signature of proxy, identified later as
that of Mohammad Salem al-Yaf'i
who represents Usama Mohammed
bin Awadh bin Laden]

</td></tr>
</table>

SBG0002575-T

٤٣٥

شـركة مجموعـة بن لادن السعوديـة
الشؤون القانونية
Legal Department

٢- طارق محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ٦٣٩٣٧ سجل مكة المكرمة وتاريخ ٢٢ /١٣٨٧/١٠هـ، ومهنته رجل أعمال، تولد عام ١٣٦٩هـ. (الطرف ثاني).

٣- ثابت محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ١٨٦٥٠ وتاريخ ٢ /١٣٨٩/١هـ سجل مكة المكرمة، ومهنته رجل أعمال، تولد عام ١٣٦٦هـ. (الطرف ثالث).

٤- عمر محمد عوض بن لادن السعودي الجنسية، بموجب حفيظة النفوس رقم ٢٩٨ سجل المدينة المنورة وتاريخ ٢٧ /١٣٨٧/٢هـ، ومهنته مهندس مدني، تولد عام ١٣٦٩هـ. (الطرف رابع).

٥- محروس محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ٢٣٩٣٨ سجل مكة المكرمة وتاريخ ٢٢ /١٣٨٧/١٠هـ، ومهنته رجل أعمال، تولد عام ١٣٦٧هـ. (الطرف خامس).

٦- حسن محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ٢٣٩٣٣ سجل مكة المكرمة وتاريخ ٢٢ /١٣٨٧/١٠هـ، ومهنته رجل أعمال، تولد عام ١٣٦٧هـ. (الطرف سادس).

٧- خالد محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ٢٣٩٣٤ سجل مكة المكرمة وتاريخ ٢٢ /١٣٨٧/١٠هـ، ومهنته رجل أعمال، تولد عام ١٣٦٦هـ. (الطرف سابع).

٨- غالب محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ٢٣٩٣١ سجل مكة المكرمة وتاريخ ٢٢ /١٣٨٧/١٠هـ، ومهنته مهندس مدني، تولد عام ١٣٦٦هـ. (الطرف ثامن).

٩- يحيى محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ٢٣٩٣٢ سجل مكة المكرمة وتاريخ ٢٢ /١٣٨٧/١٠هـ، ومهنته مهندس صناعي، تولد عام ١٣٦٨هـ. (الطرف تاسع).

١٠- عبدالعزيز محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ٦٦٥٤١ سجل مكة المكرمة وتاريخ ٢٢ /١٣٨٧/١٠هـ، ومهنته رجل أعمال، تولد عام ١٣٦٨هـ. (الطرف عاشر).

١١- عيسى محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ٨٨٦٣٦ سجل مكة المكرمة وتاريخ ١٨ /١٣٨٨/٦هـ، ومهنته رجل أعمال، تولد عام ١٣٦٩هـ. (الطرف حادي عاشر).

١٢- أحمد محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ١٠٠٩٣ سجل مكة المكرمة وتاريخ ٢٦ /١٣٩٦/١هـ، ومهنته رجل أعمال، تولد عام ١٣٧٣هـ. (الطرف ثاني عشر).

١٣- خليل محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ٨٨٦٣٥ سجل مكة المكرمة وتاريخ ٦ /١٣٩٥/٦هـ، ومهنته رجل أعمال، تولد عام ١٣٧٧هـ. (الطرف ثالث عشر).

١٤- صالح محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ١٠٠٩٤ سجل مكة المكرمة وتاريخ ٢٦ /١٣٩٣/٦هـ، ومهنته رجل أعمال، تولد عام ١٣٧٥هـ. (الطرف رابع عشر).

١٥- حيدر محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ٨٠١٤٩ سجل جدة وتاريخ ٦ /١٣٩٥/٦هـ، ومهنته رجل أعمال، تولد عام ١٣٧٧هـ. (الطرف خامس عشر).

١٦- سعد محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ٧٨٩٣٨ سجل جدة وتاريخ ١٤ /١٤٠٣/١١هـ، ومهنته رجل أعمال، تولد عام ١٣٨٣هـ. (الطرف سادس عشر).

١٧- ياسر محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ٧٨٩٢٥ سجل جدة وتاريخ ٢٤ /١٤٠٣/٥هـ، ومهنته رجل أعمال، تولد عام ١٣٨٥هـ. (الطرف سابع عشر).

١٨- عبدالله محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ٧٤٣٥ سجل جدة وتاريخ ٢٢ /١٤٠٣/٥هـ، ومهنته طالب، تولد عام ١٣٨٥هـ. (الطرف ثامن عشر).

١٩- محمد محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ١٣٨٧هـ، تولد عام ١٤٠٧/١/١هـ، ومهنته طالب، أطرف تاسع عشر الجامعة خف مسجد بن لادن.

<table>
<tr><td>
Ministry of Commerce<br>
This decision was audited by<br>
the Department of Companies<br>
*18/10/1414*[cut off]<br>
[signature]
</td></tr>
</table>

[signature:] *Hassan Mohammad Bin Laden*

[signature of proxy, identified later as that of Mohammad Salem al-Yaf'i who represents Usama Mohammed bin Awadh bin Laden]

SBG0002576-T

٤٣٦

شـركـة مجمـوعة بـن لادن السـعوديـة
بكربمحمد بن لادن وشركاه ـ توصيـة بسيطـة
المسئولية المحدودة

ثالثاً: يعلن اثبت الخامس من عقد تأسيس الشركة ومباحئ تعديره تعديل رأس المال وتوزيع الحصص لجميع كـش

البند الخامس: رأس المال:
حدد رأس مال الشركة بمبلغ (٢٢٠٠٠٠٠٠) مائتان وعشرون مليون ريال مقسم إلى (٢٢٠٠٠٠)
مائتان وعشرون ألف حصة نقدية متساوية القيمة قيمة كل حصة (١٠٠٠) ألف ريال سعودي تم توزيعها
على الشركاء، كالآتي:

| اسـم الشريـك | عدد الحصص | قيمة الحصة ريال سعودي | مجموع قيمة الحصص ريال سعودي |
|---|---|---|---|
| ١- بكر محمد عوض بن لادن | ٥١,٨٧٥ | ١٠٠٠ | ٥١,٨٧٥,٠٠٠ ريال |
| ٢- طارق محمد عوض بن لادن | ٥,٠٠٠ | ١٠٠٠ | ٥,٠٠٠,٠٠٠ ريال |
| ٣- ثابت محمد عوض بن لادن | ٥,٠٠٠ | ١٠٠٠ | ٥,٠٠٠,٠٠٠ ريال |
| ٤- محمد محمد عوض بن لادن | ٢٢,٥٠٠ | ١٠٠٠ | ٢٢,٥٠٠,٠٠٠ ريال |
| ٥- محمود محمد عوض بن لادن | ٥,٠٠٠ | ١٠٠٠ | ٥,٠٠٠,٠٠٠ ريال |
| ٦- حسن محمد عوض بن لادن | ٥,٠٠٠ | ١٠٠٠ | ٥,٠٠٠,٠٠٠ ريال |
| ٧- خالد محمد عوض بن لادن | ١٤,٣٧٥ | ١٠٠٠ | ١٤,٣٧٥,٠٠٠ ريال |
| ٨- غالب محمد عوض بن لادن | ١٥,٠٠٠ | ١٠٠٠ | ١٥,٠٠٠,٠٠٠ ريال |
| ٩- يحيى محمد عوض بن لادن | ٥,٠٠٠ | ١٠٠٠ | ٥,٠٠٠,٠٠٠ ريال |
| ١٠- عبد العزيز محمد عوض بن لادن | ٥,٠٠٠ | ١٠٠٠ | ٥,٠٠٠,٠٠٠ ريال |
| ١١- عيسى محمد عوض بن لادن | ١٢,٥٠٠ | ١٠٠٠ | ١٢,٥٠٠,٠٠٠ ريال |
| ١٢- احمد محمد عوض بن لادن | ١٧,٥٠٠ | ١٠٠٠ | ١٧,٥٠٠,٠٠٠ ريال |
| ١٣- خليل محمد عوض بن لادن | ١٠,٠٠٠ | ١٠٠٠ | ١٠,٠٠٠,٠٠٠ ريال |
| ١٤- صالح محمد عوض بن لادن | ١١,٨٧٥ | ١٠٠٠ | ١١,٨٧٥,٠٠٠ ريال |
| ١٥- حيدر محمد عوض بن لادن | ١١,٣٧٥ | ١٠٠٠ | ١١,٣٧٥,٠٠٠ ريال |
| ١٦- سعد محمد عوض بن لادن | ٥,٠٠٠ | ١٠٠٠ | ٥,٠٠٠,٠٠٠ ريال |
| ١٧- ياسر محمد عوض بن لادن | ٥,٠٠٠ | ١٠٠٠ | ٥,٠٠٠,٠٠٠ ريال |
| ١٨- عبد الله محمد عوض بن لادن | ٥,٠٠٠ | ١٠٠٠ | ٥,٠٠٠,٠٠٠ ريال |
| ١٩- محمد محمد عوض بن لادن | ٥,٠٠٠ | ١٠٠٠ | ٥,٠٠٠,٠٠٠ ريال |
| المجمـوع | ٢٢٠,٠٠٠ | | ٢٢٠,٠٠٠,٠٠٠ ريال |

وإقر الشركاء، أنه تم توزيع الحصص فيما بينهم وأنه سبق أن تم الوفاء، ب



Ministry of Commerce
This decision was audited by
the Department of Companies
*18/10/1414* [cut off]
[signature]

[signature:] *Hassan Mohammad Bin Laden*

[signature of proxy, identified later as that of Mohammad Salem al-Yaf'i who represents Usama Mohammed bin Awadh bin Laden]

SBG0002577-T

٤٤٥

شركة مجموعة بن لادن السعودية
بكرمحمد بن لادن واخوانه - توصية بسيطة
Legal Department    الشئون القانونية

رابعاً: تبقى باقي مواد وبنود عقد تأسيس الشركة الأساسي وملاحق تعديله كما هي عليه بدون أي تعديل.

خامساً: فوض جميع الأطراف المكرم أحمد محمد أحمد الغامدي باتخاذ جميع الإجراءات النظامية اللازمة لتقديم إقرار لدراسته ومطابقته لنظام وتسجيله في السجل التجاري ومجل الشركات لدى فرع وزارة التجارة في مدينة جدة وتسديد الرسوم وإستلام السجل التجاري للشركة والتوقيع على الإستلام.

والله ولي التوفيق ،،،

حرر في ٢٦/١٢/١٤١٣هـ الموافق ١٦/٦/١٩٩٣م

م ح ن ن
nrd 3

توقيعات الشركاء

| ٢- طارق محمد عوض بن لادن | ١- بكر محمد عوض بن لادن |
| ٤- عمر محمد عوض بن لادن | ٣- ثابت محمد عوض بن لادن |
| ٦- حسن محمد عوض بن لادن | ٥- محروس محمد عوض بن لادن |
| ٨- غالب محمد عوض بن لادن | ٧- خالد محمد عوض بن لادن |
| ١٠- عبدالعزيز محمد عوض بن لادن | ٩- يحيى محمد عوض بن لادن |
| ١٢- أحمد محمد عوض بن لادن | ١١- عيسى محمد عوض بن لادن |
| ١٤- صالح محمد عوض بن لادن | ١٣- خليل محمد عوض بن لادن |
| ١٦- أسامة محمد عوض بن لادن<br>(عنه وكيله الشرعي محمد سالم اليافعي) | ١٥- حيدر محمد عوض بن لادن |
| ١٨- ياسر محمد عوض بن لادن | ١٧- سعد محمد عوض بن لادن |
| ٢٠- محمود محمد عوض بن لادن | ١٩- عبدالله محمد عوض بن لادن |

[signature by proxy (that of Mohammad Salem al-Yaf'i) next to the name of Usama Mohammed Awadh bin Laden which states under it that he was represented by Mohammad Salem al-Yaf'i]

[signature:] *Hassan Mohammad Bin Laden, signing the document on behalf of all those listed*

Ministry of Commerce
This decision was audited by the Department of Companies 18/10/1414[cut off]
[signature]

SBG0002578-T

المملكة العربية السعودية
وزارة التجارة - فرع جدة

بن تمام الساعة ٣٠، ١١ صباحاً من يوم الاحد
تاريخ التوثيق ٢٠ / ١١ / ١٤ هـ رقم التوثيق ١٥١/٤١٤

جرى توثيق مضمون العقد أمامي ...
مدير الادارة القانونية
محمد عتيق الحربي

التوقيع:

SBG0002574





شركة مجموعة بن لادن السعودية
بكر محمد بن لادن وإخوانه - توصية بسيطة
Legal Department

الشؤون القانونية

قرار الشركاء بالتعديل الرابع لعقد تأسيس شركة
مجموعة بن لادن السعودية بكر محمد بن لادن وإخوانه
بخروج شريك

بتاريخ ٢٦/١٢/١٤١٣هـ الموافق ١٦/٦/١٩٩٣

لقد سبق للأطراف الآتية أسماؤهم:

| | |
|---|---|
| ٢ - طارق محمد عوض بن لادن | ١ - بكر محمد عوض بن لادن |
| ٤ - عمر محمد عوض بن لادن | ٣ - ثابت محمد عوض بن لادن |
| ٦ - حسن محمد عوض بن لادن | ٥ - محروس محمد عوض بن لادن |
| ٨ - غالب محمد عوض بن لادن | ٧ - خالد محمد عوض بن لادن |
| ١٠ - عبدالعزيز محمد عوض بن لادن | ٩ - يحيى محمد عوض بن لادن |
| ١٢ - أحمد محمد عوض بن لادن | ١١ - عيسى محمد عوض بن لادن |
| ١٤ - صالح محمد عوض بن لادن | ١٣ - خليل محمد عوض بن لادن |
| ١٦ - أسامة محمد عوض بن لادن | ١٥ - حيدر محمد عوض بن لادن |
| ١٨ - ياسر محمد عوض بن لادن | ١٧ - سعد محمد عوض بن لادن |
| ٢٠ - محمد محمد عوض بن لادن | ١٩ - عبدالله محمد عوض بن لادن |

تأسيس شركة مجموعة بن لادن السعودية بكر محمد بن لادن وإخوانه المسجلة بالسجل التجاري لمدينة جدة تحت رقم ٤٠٣٠٠٦٨٢٨٤ وتاريخ ١٢/٥/١٤١٠هـ كشركة توصية بسيطة، وأثبت عقد تأسيسها لدى كتابة عدل جدة بالعدد (١٦٠) تاريخ ٨/٥/١٤١٠هـ، وأثبت ملحق تعديلها الأول لدى كاتب عدل جدة بالعدد (٤١) تاريخ ٢/٢/١٤١٢هـ، وأثبت ملحق تعديلها الثاني لدى كاتب عدل جدة بالعدد (١٠٧) تاريخ ١٠/٧/١٤١٢هـ، والمرفق ملحق تعديلها الثالث لدى فرع وزارة التجارة بجدة بالرقم (١٠٠) تاريخ ٢٤/٩/١٤١٣هـ.

ولما كان الشريك أسامة محمد عوض بن لادن ممثلاً بوكيله الشرعي محمد سالم علي اليافعي بموجب صك الوكالة رقم ٣/٢٨٢ المجلد ١٣ تاريخ ٢٤/٩/١٤١٤ الصادرة عن كتابة عدل جدة الثانية، قد رغب في التنازل عن جميع حصصه البالغة (٥,٠٠٠) خمسة آلاف حصة من رأسمال الشركة إلى الشريك غالب محمد عوض بن لادن الذي قبل هذا التنازل بما لهذه الحصص من حقوق وما عليها من إلتزامات ووافق باقي الشركاء على ذلك التنازل وأسقط كلٌّ منهم حقه في إسترداد الحصص المتنازل عنها.

وقد إسترضى الأطراف حقوقهم قبل بعضهم البعض ويعتبر توقيعهم على هذا القرار بمثابة مخالصة نهائية فيما بينهم.

لذا فقد قرر الشركاء، بالإجماع تعديل عقد تأسيس الشركة وفقاً للشروط التالية:

أولاً: يعتبر التمهيد السابق جزءاً لايتجزأ من هذا القرار.

ثانياً: تُعدّل مقدمة العقد الأساسي للشركة ليصبح الشركاء، الحاليين المالكين للشركة هم:

١ - بكر محمد عوض بن لادن، سعودي الجنسية، بموجب حفيظة النفوس رقم ٦٣٩٣٥ سجل مكة المكرمة وتاريخ ٢٢/١٠/١٣٨٧هـ، ومهنته مهندس مدني تولد عام ١٣٦٨هـ. (طرف أول)

‹٢٢›



شركة مجموعة بن لادن السعودية

بكر محمد بن لادن، واخوانه – توصية بسيطة

Legal Department

الشئون القانونية

مكة سجل ٦٣٩٣٧ رقم النفوس حفيظة بموجب الجنسية، سعودي لادن، بن عوض محمد طارق -٢

وتاريخ ٦٨٢٥٠ رقم النفوس حفيظة بموجب الجنسية، سعودي أعمال، رجل ومهنته ١٣٨٧/١٠/٢٢ وتاريخ المكرمة

المنورة المدينة سجل ٢٩٨ رقم النفوس حفيظة بموجب أعمال، رجل ومهنته مكة سجل ١٣٦٦ عام تولد الجنسية، سعودي لادن، بن عوض محمد ثابت -٣ (ثالث). طرف ١٣٦٦ عام تولد المكرمة ١٣٨٩/١/٢٠هـ.

مكة سجل ٦٣٩٣٨ رقم النفوس حفيظة بموجب مدني، مهندس ومهنته المعدي، لادن، بن عوض محمد عمر -٤ (رابع). طرف ١٣٦٩هـ. عام تولد الجنسية، سعودي المكرمة ١٣٨٧/٣/٢٧هـ وتاريخ

مكة سجل ٦٣٩٣٣ رقم النفوس حفيظة بموجب أعمال، رجل ومهنته ١٣٨٧/١٠/٢٢ وتاريخ المكرمة (خامس). طرف ١٣٦٧هـ عام تولد الجنسية، سعودي لادن، بن عوض محمد محروس -٥

مكة سجل ٦٣٩٣٦ رقم النفوس حفيظة بموجب أعمال، رجل ومهنته ١٣٨٧/١٠/٢٢ وتاريخ المكرمة (سادس). طرف ١٣٦٧هـ عام تولد الجنسية، سعودي لادن، بن عوض محمد حسن -٦

مكة سجل ٦٣٩٣٤ رقم النفوس حفيظة بموجب أعمال، رجل ومهنته ١٣٨٧/١٠/٢٢ وتاريخ المكرمة (سابع). طرف ١٣٦٦هـ عام تولد الجنسية، سعودي لادن، بن عوض محمد خالد -٧

مكة سجل ٦٣٩٣١ رقم النفوس حفيظة بموجب مدني، مهندس ومهنته ١٣٨٧/١٠/٢٢ وتاريخ المكرمة (ثامن). طرف ١٣٦٦هـ عام تولد الجنسية، سعودي لادن، بن عوض محمد غالب -٨

مكة سجل ٦٣٩٣٢ رقم النفوس حفيظة بموجب صناعي، مهندس ومهنته ١٣٨٧/١٠/٢٢ وتاريخ المكرمة (تاسع). طرف ١٣٦٨هـ عام تولد الجنسية، سعودي لادن، بن عوض محمد يحيى -٩

مكة سجل ٦٦٥٤١ رقم النفوس حفيظة بموجب أعمال، رجل ومهنته ١٣٨٧/١٠/٢٢ وتاريخ المكرمة (عاشر). طرف ١٣٦٨هـ عام تولد الجنسية، سعودي لادن، بن عوض محمد عبدالعزيز -١٠

مكة سجل ٨٨٦٣٦ رقم النفوس حفيظة بموجب أعمال، رجل ومهنته ١٣٨٨/٦/١٨ وتاريخ المكرمة عاشر). حادي (طرف ١٣٦٩هـ عام تولد الجنسية، سعودي لادن، بن عوض محمد عيسى -١١

مكة سجل ١٠٠٠٩٣ رقم النفوس حفيظة بموجب أعمال، رجل ومهنته ١٣٩٦/١٠/٢٦ وتاريخ المكرمة عشر). ثاني (طرف ١٣٧٣ عام تولد الجنسية، سعودي لادن، بن عوض محمد أحمد -١٢

مكة سجل ٨٨٦٣٥ رقم النفوس حفيظة بموجب أعمال، رجل ومهنته ١٣٩٥/١/٦ وتاريخ المكرمة عشر). ثالث (طرف ١٣٧٧ عام تولد الجنسية، سعودي لادن، بن عوض محمد خليل -١٣

مكة سجل ١٠٠٠٩٤ رقم النفوس حفيظة بموجب أعمال، رجل ومهنته ١٣٩٣/٦/٢٦ وتاريخ المكرمة عشر). رابع (طرف ١٣٧٥ عام تولد الجنسية، سعودي لادن، بن عوض محمد صالح -١٤

وتاريخ جدة سجل ٨٠١٤٩ رقم النفوس حفيظة بموجب أعمال، رجل ومهنته ١٣٩٥/٦/٦ وتاريخ المكرمة عشر). خامس (طرف ١٣٧٧ عام تولد الجنسية، سعودي لادن، بن عوض محمد حيدر -١٥

وتاريخ جدة سجل ٧٨٩٣٨ رقم النفوس حفيظة بموجب أعمال، رجل ومهنته ١٤٠٣/١١/١٤هـ، عشر). سادس (طرف ١٣٨٣هـ عام تولد الجنسية، سعودي لادن، بن عوض محمد سعد -١٦

جدة سجل ٧٨٩٢٥ رقم النفوس حفيظة بموجب الجنسية، سعودي أعمال، رجل ومهنته ١٤٠٣/٥/٢٤هـ، عشر). سابع (طرف ١٣٨٥ عام تولد أعمال، رجل ومهنته لادن، بن عوض محمد ياسر -١٧

وتاريخ جدة سجل ٧٤٣٦ رقم النفوس حفيظة بموجب الجنسية، سعودي طالب، ومهنته ١٣٨٥ عام تولد لادن، بن عوض محمد عبدالله -١٨ ١٤٠٣/٥/٢٣هـ وتاريخ

عشر). تاسع (طرف ١٣٨٧ عام تولد طالب، ومهنته ١٤٠٧/١/١٠هـ، الجنسية، سعودي لادن، بن عوض محمد محمد -١٩

لادن. بن مسجد خلف الجامعة حي – بجدة مقيمون الجميع -

وزارة التجارة
١٢١٤

من ص.ب: ٥٨٢٨٤ – ص.ب: ٩١٨ – جدة ٢١٤٩٢ المملكة العربية السعودية – تليفون: ٦٦٩٢٦٦٦ فاكس: ٦٦٦٤٤٥ – تلكس: ٦٠٧٤٢٠
P.O.Box 8918 Jeddah 21492 , Saudi Arabia , Tel. 6692666 · Fax : 6696445 · Tlx : 607420

SBG0002576

‹٣›



شركة مجموعة بن لادن السعودية
بكر محمد بن لادن وإخوانه – توصية بسيطة

Legal Department
الشؤون القانونية

ثالثاً: يعدل البند الخامس من عقد تأسيس الشركة وملاحق تعديله المتعلق برأس المال وتوزيع الحصص ليصبح كمايلي:

**البند الخامس: رأس المال:**

حدد رأس مال الشركة بمبلغ (٢٢٠,٠٠٠,٠٠٠) مائتان وعشرون مليون ريال مقسم إلى (٢٢٠,٠٠٠)
مائتان وعشرون ألف حصة نقدية متساوية القيمة قيمة كل حصة (١٠٠٠) ألف ريال سعودي تم توزيعها
على الشركاء كالآتي:-

| مجموع قيمة الحصص ريال سعودي | قيمة الحصة ريال سعودي | عدد الحصص | اسم الشريك |
|---|---|---|---|
| ٥١,٨٧٥,٠٠٠ ريال | ١٠٠٠ | ٥١,٨٧٥ | ١- بكر محمد عوض بن لادن |
| ٥,٠٠٠,٠٠٠ ريال | ١٠٠٠ | ٥,٠٠٠ | ٢- طارق محمد عوض بن لادن |
| ٥,٠٠٠,٠٠٠ ريال | ١٠٠٠ | ٥,٠٠٠ | ٣- ثابت محمد عوض بن لادن |
| ٢٢,٥٠٠,٠٠٠ ريال | ١٠٠٠ | ٢٢,٥٠٠ | ٤- عمر محمد عوض بن لادن |
| ٥,٠٠٠,٠٠٠ ريال | ١٠٠٠ | ٥,٠٠٠ | ٥- محروس محمد عوض بن لادن |
| ٥,٠٠٠,٠٠٠ ريال | ١٠٠٠ | ٥,٠٠٠ | ٦- حسن محمد عوض بن لادن |
| ١٤,٣٧٥,٠٠٠ ريال | ١٠٠٠ | ١٤,٣٧٥ | ٧- خالد محمد عوض بن لادن |
| ١٥,٠٠٠,٠٠٠ ريال | ١٠٠٠ | ١٥,٠٠٠ | ٨- غالب محمد عوض بن لادن |
| ٥,٠٠٠,٠٠٠ ريال | ١٠٠٠ | ٥,٠٠٠ | ٩- يحيى محمد عوض بن لادن |
| ٥,٠٠٠,٠٠٠ ريال | ١٠٠٠ | ٥,٠٠٠ | ١٠- عبد العزيز محمد عوض بن لادن |
| ٥,٠٠٠,٠٠٠ ريال | ١٠٠٠ | ٥,٠٠٠ | ١١- عيسى محمد عوض بن لادن |
| ١٢,٥٠٠,٠٠٠ ريال | ١٠٠٠ | ١٢,٥٠٠ | ١٢- أحمد محمد عوض بن لادن |
| ١٧,٥٠٠,٠٠٠ ريال | ١٠٠٠ | ١٧,٥٠٠ | ١٣- خليل محمد عوض بن لادن |
| ١٠,٠٠٠,٠٠٠ ريال | ١٠٠٠ | ١٠,٠٠٠ | ١٤- صالح محمد عوض بن لادن |
| ١١,٨٧٥,٠٠٠ ريال | ١٠٠٠ | ١١,٨٧٥ | ١٥- حيدر محمد عوض بن لادن |
| ١٤,٣٧٥,٠٠٠ ريال | ١٠٠٠ | ١٤,٣٧٥ | ١٦- سعد محمد عوض بن لادن |
| ٥,٠٠٠,٠٠٠ ريال | ١٠٠٠ | ٥,٠٠٠ | ١٧- ياسر محمد عوض بن لادن |
| ٥,٠٠٠,٠٠٠ ريال | ١٠٠٠ | ٥,٠٠٠ | ١٨- عبد الله محمد عوض بن لادن |
| ٥,٠٠٠,٠٠٠ ريال | ١٠٠٠ | ٥,٠٠٠ | ١٩- محمد محمد عوض بن لادن |
| ٢٢٠,٠٠٠,٠٠٠ ريال | | ٢٢٠,٠٠٠ | المجموع |

ويقر الشركاء، أنه تم توزيع الحصص فيما بينهم وأنه سبق أن تم الوفاء برأسمال الشركة عند التأسيس

وزارة التجارة

8918 Jeddah 21492 , Saudi Arabia , Tel. 6692666 - Fax : 6696445 - Tix :

SBG0002577

﴿٤٤﴾

شركة مجموعة بن لادن السعودية
بكر محمد بن لادن واخوانه – توصية بسيطة

Legal Department

الشؤون القانونية

**رابعاً:** تبقى باقي مواد وبنود عقد تأسيس الشركة الأساسي وملاحق تعديله كما هي عليه بدون أي تعديل.

**خامساً:** فوض جميع الأطراف المكرم أحمد محمد أحمد الغامدي باتخاذ جميع الإجراءات النظامية اللازمة لتقديم القرار لدراسته ومطابقته للنظام وتسجيله في السجل التجاري وسجل الشركات لدى فرع وزارة التجارة في مدينة جدة وتسديد الرسوم واستلام السجل التجاري للشركة والتوقيع على الاستلام.

### والله ولي التوفيق ،،،

جدة في: ٢٦/١٢/١٤١٣هـ الموافق ١٦/٦/١٩٩٣م

ه ش ش ث ن
ard-3

## توقيعات الشركاء

| | |
|---|---|
| ٢ - طـــارق محمد عوض بن لادن | ١- بكـر محمد عوض بن لادن |
| ٤ - عمـر محمد عوض بن لادن | ٣- ثابـت محمد عوض بن لادن |
| ٦ - حسـن محمد عوض بن لادن | ٥- محروس محمد عوض بن لادن |
| ٨ - غالـب محمد عوض بن لادن | ٧- خالـد محمد عوض بن لادن |
| ١٠- عبدالعزيز محمد عوض بن لادن | ٩- يحيـى محمد عوض بن لادن |
| ١٢- أحمـد محمد عوض بن لادن | ١١- عيسى محمد عوض بن لادن |
| ١٤- صالـح محمد عوض بن لادن | ١٣- خليل محمد عوض بن لادن |
| ١٦- أسامة محمد عوض بن لادن و (عنه وكيله الشرعي محمد سالم اليافعي) | ١٥- حيدر محمد عوض بن لادن |
| ١٨- ياسـر محمد عوض بن لادن | ١٧- سعد محمد عوض بن لادن |
| ٢٠- محمـد محمد عوض بن لادن | ١٩- عبدالله محمد عوض بن لادن |

# TAB 3

-10-

20.   Mr. Muhamad Muhamad Awadh Binladin

Personally and in my capacity as their attorney in fact
(Signed)
Hassan Mohammad Binladin

Kingdom of Saudi Arabia
Ministry of Commerce
Branch of Jeddah
at exactly 11.30 in the morning of Sunday
20/11/1414 A.H., the notarization was done under No. 151/414
The addendum to the Articles was signed before me.
(Signed)
Director of Legal Department
Mohammad Ateeq Al Harbi

The Ministry of Foreign Affairs in Jeddah certifies the authenticity of the stamp and
signature without any liability for the contents.
Thulqi'da 1417H
Director,
Certification Department
[signature]
Ziyad Abedrabbu Zuhairi

[stamp:]      Notary Public [illegible]
            1 Thulqi'da 1417H
              [signature]            [illegible stamp]
         Certifies [illegible] without any
         liability for the contents of the
              document.     14          [initials]

T0000091-T

-10-

20.   Mr. Muhamad Muhamad Awadh Binladin

Personally and in my capacity as their attorney in fact
(Signed)
Hassan Mohammad Binladin

Kingdom of Saudi Arabia
Ministry of Commerce
Branch of Jeddah
at exactly 11.30 in the morning of Sunday
20/11/1414 A.H., the notarization was done under No. 151/414
The addendum to the Articles was signed before me.
(Signed)
Director of Legal Department
Mohammad Ateeq Al Harbi



30662

T0000091

**TAB 4**



[signature]

The Ministry of Foreign Affairs (Mecca Area Branch) certifies the authenticity of the stamp and signature without any liability for the contents.

20 Thulhijja 1419 H

[signature]

[stamp:] fee stamp

Director of Certification Department

Kamal Ali Muhanna
Second Secretary

SBG0002593-T

بسم الله الرحمن الرحيم

المملكة العربية السعودية
وزارة التجارة
فرع جدة

الرقم ٩٥٩/ت/١٢١٧
التاريخ ١٤١٩/١١/
المرفقات

المكرم / مدير شركة مجموعة بن لادن السعودية      حفظه الله

جدة / ص . ب ٤٠٥٠ الرمز البريدي ٢١٤٩١

السلام عليكم ورحمة الله وبركاته

إشارة إلى خطابكم رقم ص/٥٦ وتاريخ ١٤١٩/٥/٢١هـ المتضمن طلبكم تحديد تـاريخ خروج الشريك أسامة محمد بن لادن من شركة مجموعة بن لادن السعودية المقيدة فـي السجل التجاري تحت رقم (٦٨٢٨١) .

عليه نفيدكم أن تاريخ خروج الشريك / أسامة محمد بن لادن من الشركة المشار إليها بعاليه كان بتاريخ ١٤١٣/١٢/٢٦هـ الموافق ١٩٩٣/٦/١٦م وذلك بموجب القـرار الصـادر عـن الشـركاء الموثق لدى فرع وزارة التجارة بمحافظة جدة برقم ٤١٤/١٥١ وتاريخ ١٤١٤/١١/٢٠هـ وذلك وفقـاً لما ورد في خطابنا لكم رقم ١٦/٦٢١/١١٦٤٦ وتاريخ ١٤١٧/١١/٧هـ وإستنـاداً إلـى الموافقة السامية الكريمة الصادرة برقم ٢/٧٢٥٨ وتاريخ ١٤١٤/١٠/٢١هـ المنشـورة بـالجريدة الرسمية (أم القرى) بالعدد رقم (٣٥٠١) وتاريخ ١٤١٤/١١/١٨هـ القاضية بإسقاط الجنسية العربية السعودية عن المدعو/ أسامة محمد عوض بن لادن فإن المذكور طبقـاً للأنظمة المعمول بهـا فـي المملكة العربية السعودية أصبح مجرداً من الحقوق المدنية وبالتالي لايحـق له تملك أيـة حصـص عينيـة أو نقديـة في أي من الشركات السعودية وذلك إعتبـاراً مـن تـاريخ صـدور الموافقـة السامية المشار إليها بعاليه .

أصل الإحـاطـة ....

وفقكم الله ... والسلام عليكم ورحمة الله وبركاته ...

مدير عام فرع وزارة التجارة بمحافظة جدة

محمد عتيق الحربي
١٤١٩/٦/١٠هـ



SBG0002592
SBG0002592





تمت أدارة وزارة الخارجية اطبع منطقة مكة
المكرمة، عمار صحة الختم والتوقيع على
مسئولياتها على المحتجاجات.

٢ مٰخاريخ ١٤١٩

مدير إدارة القصادية

كمال علي محمد

مكتب بربرا طب

SBG0002593

SBG0002593