USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 0 7 SEP 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

IN RE: TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

ORDER

03 MDL 1570 (GBD)

------------------------------------------------------------------x

GEORGE B. DANIELS, District Judge:

Defendants' September 15, 2010 deadline to file their answers and Rule 26 initial disclosures is extended thirty (30) days to October 15, 2010.

Dated: New York, New York
September 7, 2010

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge