```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In Re:                                          :

    TERRORIST ATTACKS ON           :
    SEPTEMBER 11, 2001

                                                    :

-----------------------------------------------------------x

**ORDER**

03 MDL 1570 (GBD)(FM)

**FRANK MAAS**, United States Magistrate Judge.

       It is hereby ORDERED that:

1. The discovery conference previously scheduled for September 15, 2010, is adjourned without date and will be rescheduled after Judge Daniels issues his decision concerning the remaining motions to dismiss. I will determine a suitable date for the conference after I review Judge Daniels' decision.

2. Absent a showing of compelling need, any defendant who does not have a motion to dismiss pending will be required to make its Rule 26(a) disclosures (and file an answer if one has yet to be filed) by September 15, 2010.

3. I will determine a suitable date for the plaintiffs' Rule 26(a) disclosures (and other discovery deadlines) after Judge Daniels issues his decision.

I note further that I am aware that the discovery issues related to the al-Haramain Islamic Foundation remain pending before me.

SO ORDERED.

Dated:      New York, New York
               September 10, 2010

                                                               FRANK MAAS
                                                          United States Magistrate Judge

Copy to Judge Daniels