**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL 1570 (GBD)<br>ECF Case |
| *This document relates to: All Cases* | |

It is HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendants Sana-Bell, Inc. and Sanabel Al Kheer, Inc. by and through their respective undersigned counsel, that:

1. Defendant Sana-Bell, Inc. will file its Answers and Rule 26(a) Disclosures by September 27, 2010.

2. Defendant Sanabel Al Kheer, Inc. will file its Answers and Rule 26(a) Disclosures by October 15, 2010.

Dated: September 14, 2010

By: Sean P. Carter
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

*On behalf of the Plaintiffs Executive Committee*

By: /s/ Christopher C. S. Manning
Christopher C.S. Manning
Manning & Sossamon PLLC
1120 20th Street, NW, 700N
Washington, D.C. 20036

*On behalf of Defendants*
*Sana-Bell, Inc. and Sanabel Al Kheer, Inc.*