UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------)
In re Terrorist Attacks on September 11, 2001  )   03 MDL 1570 (GBD)
                                               )   ECF Case
---------------------------------------------------------------)

This document relates to:

*Ashton v. Al Qaeda Islamic Army, et al.* (02-CV-6977)
*Barrera v. Al Qaeda Islamic Army* (03-CV-7036)
*Burnett v. Al Baraka Inv. & Dev. Corp.* (03-CV-9849)
*Continental Cas. Co. v. Al Qaeda Islamic Army* (04-CV-5970)
*Euro Brokers Inc. v. Al Baraka Inv. & Dev. Corp.* (04-CV-7279)
*Federal Ins. Co., et al. v. Al Qaida* (03-CV-6978)
*New York Marine & Gen. Ins. Co. v. Al Qaida* (04-CV-6105)
*Salvo v. Al Qaeda Islamic Army* (03-CV-5071)
*Tremsky v. Osama bin Laden* (02-CV-7300)
*World Trade Center Prop., LLC v. Al Baraka Inv. & Dev. Corp.* (04-CV-7280)

### NOTICE OF MOTION UNDER RULE 12(b)(6) TO DISMISS ALL CLAIMS AGAINST CHERIF SEDKY

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 12(b)(6), and upon the accompanying memorandum of law, Cherif Sedky, a Defendant in the above-referenced actions, hereby moves this Court, through undersigned counsel, for an order dismissing all claims against him in each of the above-referenced complaints, consolidated in this multi-district litigation, for failure to state a claim upon which relief can be granted.

2

Dated: September 14, 2010

Respectfully submitted,

OLDAKER BELAIR & WITTIE, LLP

By:/s/_____

Karla J. Letsche (admitted *pro hac vice*)
Oldaker, Belair & Wittie, LLP
818 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20006
Phone: 202-496-3491
Email: kletsche@obwlaw.com
Fax:    202-293-6111

Counsel for Cherif Sedky

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2010, I caused an electronic copy of the foregoing Notice of Motion under Rule 12(b)(6) to Dismiss All Claims Against Cherif Sedky to be served electronically, by the Court's electronic filing system.

/s/_____
Karla J. Letsche