

James J. Murphy
Of Counsel
Direct: 202.508.6013
jjmurphy@bryancave.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/10

MEMO ENDORSED

September 21, 2010

Honorable Frank Maas
United States Magistrate Judge
U.S. District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

The Clerk of the Court is directed to make this change. 9/23/10

Re:   In Re: Terrorist Attacks on September 11, 2001
       Case 1:03-md-01570-GBD-FM

Dear Judge Maas:

I am writing to request that you direct your clerk to remove my name and email address from the notification list in the above-referenced case. I have enclosed for your reference a copy of the Notice and Order of Substitution of Counsel signed by Judge Richard C. Casey on May 30, 2006, substituting Baker Botts LLP as counsel for defendant Prince Naif bin Abdulaziz Al-Saud, whom I formerly represented.

Thank you for your attention to this matter.

Sincerely,

James J. Murphy

Enclosure

DC/N000014/365332.1



RECEIVED
SEP 23 2010
FRANK MAAS

Bryan Cave LLP
1155 F Street N.W.
Washington, D.C. 20004
Tel (202) 508-6000
Fax (202) 508-6200
www.bryancave.com

Bryan Cave Offices
Atlanta
Charlotte
Chicago
Dallas
Hamburg
Hong Kong
Irvine
Jefferson City
Kansas City
London
Los Angeles
Milan
New York
Paris
Phoenix
San Francisco
Shanghai
St. Louis
Washington, DC

Bryan Cave International Trade
A TRADE CONSULTING SUBSIDIARY
OF NON-LAWYER PROFESSIONALS
www.bryancavetrade.com
Bangkok
Beijing
Jakarta
Kuala Lumpur
Manila
Shanghai
Singapore
Tokyo

Bryan Cave Strategies
A GOVERNMENT RELATIONS AND
POLITICAL AFFAIRS SUBSIDIARY
www.bryancavestrategies.com
Washington, DC
St. Louis

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-30-06
```

(AJEY, S.

United States District Court
Southern District Of New York

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (RCC) ECF Case |
|---|---|

*This Document Relates to:*
    *Ashton v. Al Qaeda Islamic Army*, 02-CV-6977
    *Burnett v. Al Baraka Inv. & Dev. Corp.*, 03-CV-9849
    *Burnett v. Al Baraka Inv. & Dev. Corp.*, 03-CV-5738
    *Continental Casualty Co. v. Al Qaeda Islamic Army*, 04-CV-5970
    *Euro Brokers Inc. v. Al Baraka Inv. & Dev. Corp.*, 04-CV-7279
    *Federal Ins. v. Al Qaida*, 03-CV-6978
    *New York Marine & Gen. Ins. Co. v. Al Qaida*, 04-CV-6105
    *World Trade Center Properties LLC v. Al Baraka Inv. & Dev. Corp.*, 04-CV-7280

### NOTICE AND ORDER OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE THAT Baker Botts L.L.P., through undersigned counsel, shall be and hereby is substituted for Bryan Cave LLP, as counsel of record for defendant Prince Naif bin Abdulaziz Al-Saud, in the above captioned underlying actions. Baker Botts currently represents two other Saudi government officials in these proceedings and has previously appeared to represent Prince Naif in *Cantor Fitzgerald Associates v. Akida Investment Co.*, 04-CV-7065.

Dated: May 26, 2006

Respectfully submitted,

BRYAN CAVE LLP

James M. Cole
James J. Murphy
Michael G. Biggers (MB 4743)
700 13th Street, N.W.
Washington, D.C. 20005-3690
Phone: (202) 508-6000
Fax:   (202) 508-6200

*Former attorneys for defendant Prince Naif bin Abdulaziz Al-Saud*

BAKER BOTTS, L.L.P.

William H. Jeffress, Jr.
Christopher R. Cooper
Jamie S. Kilberg
Sara E. Kropf
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Phone: (202) 639-7700
Fax:   (202) 639-7890

*New attorneys for Defendant Prince Naif bin Abdulaziz*

So Ordered:

_____
United States District Judge
May 30, 2006