```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In Re:                                              :

    TERRORIST ATTACKS ON                       :
    SEPTEMBER 11, 2001

                                                                                        :

**ORDER**

03 MDL 1570 (GBD)(FM)

-----------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

        Judge Daniels having ruled on the remaining motions to dismiss, it is hereby ORDERED that the Court will hold a further conference in Courtroom 20A, at 11 a.m. on October 28, 2010, to discuss the schedule for discovery.

        Counsel are requested to submit a joint letter to my Chambers by no later than October 25, 2010, setting forth their respective positions concerning scheduling and any other issues that they believe should be addressed at the conference.

        SO ORDERED.

Dated:     New York, New York
             September 23, 2010

                                                                FRANK MAAS
                                               United States Magistrate Judge

Copy to Judge Daniels