UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
                                          )
IN RE: TERRORIST ATTACKS ON               )    Civil Action No. 03. MDL 1570 (GBD)
SEPTEMBER 11, 2001                        )
                                          )
                                          )
```

**DEFENDANT MUSLIM WORLD LEAGUE'S 26(a)(1) INITIAL DISCLOSURES**

Defendant Muslim World League ("MWL"), by and through its undersigned counsel, makes the following initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1). These initial disclosures are based on information reasonably available to MWL as of the date hereof. The disclosures herein are provided without prejudice to the rights of MWL to identify additional witnesses or evidence. Further, MWL reserves the right to supplement these initial disclosures.

**I.   Individuals With Relevant Discoverable Information**

The following individuals are likely to have discoverable information that MWL may use to support its defenses. MWL does not consent to or authorize any communications with its employees, agents, officers, or directors, whether formerly or presently associated or employed by MWL and does not consent to or authorize any other communication prohibited by any applicable rule of professional conduct.

1.  **Mr. Sameer Al Radhi**
    Address: Mecca, Saudi Arabia
    Contact Information**:** Mr. Al Radhi can be reached through counsel
    Subject: Custodian of documents

2.  **Ahmed Thomson, Esq.**
    Address: Wynn Chambers, Winchester House 259-269 Old Marylebone Road, NW1 5RA London, United Kingdom
    Contact Information: Atty. Thomson can be reached through counsel
    Subject: MWL's operations in the United Kingdom subject to attorney-client privilege

3.  **Mr.Ahmed Makdom**, head of MWL London Office
    Address: 46 Goodge St London, W1T 4LU, United Kingdom
    Contact Information:  Mr.Ahmed Makdom can be reached through counsel
    Subject: MWL's operations in the United Kingdom

4.  **Mr. Saud Algrean**, head of MWL Madrid Office
    Address: Madrid, Spain
    Contact Information:  Mr. Saud Algrean can be reached through counsel
    Subject: MWL's operation in Spain

5.  **Mr.Abdul Rahman Al Qasimi AlBakali, Contact person of MWL Gibraltar Office**
    Telephone No.: 0021270321082
    Contact Information: Mr. AlBakali can be reached through counsel
    Subject: MWL's operations in Gibraltar and Northern Africa

7.  **Mr.Mohamed Alhasani,** Manager of Overseas Offices
    Address: P.O. Box 537, Makka, Audi Arabia
    Contact Information:  Mr.Mohamed Alhasani can be reached through counsel
    Subject: How MWL overseas offices are regulated.

8.  **Mr. Fahad bin sand Alharbi**, head of MWL Indonesia Office
    Address: Jalan Raya Cipinang Jaya No. 90, Jakarta Timur 13410
              P.O. Box 4563, Jakarta 12045 Indonesia
    Contact Information: Mr. Fahad bin sand Alharbi can be reached through counsel
    Subject: MWL's operations in Indonesia.

9.  **Mr. Saeed Nowefae Alhazmi,** head of MWL Malaysia Office
    Address: Muslim World League Office ,Balai Islam, First Floor
              No. 250-D Jalan IPOH 51200 Kuala Lumpur, Malaysia
    Contact Information: Mr. Saeed Nowefae Alhazmi can be reached through counsel
    Subject: MWL's operations in Malaysia Office.

10. **Mr. Hussein Daifallah Almalki**, head of MWL Jordan Office
    Address: P.O. Box 811811 Amman Jordan
    Contact Information: Mr. Hussein Daifallah Almalki can be reached through counsel
    Subject: MWL's operations in Jordan Office.

11. **Mr. Fadel Khloud**, head of MWL Nigeria Office
    Address: Muslim World League Office, P.O. Box: 8570 Wuse  Abuja, Nigeria
    Contact Information: Mr. Fadel Khloud can be reached through counsel
    Subject: MWL's operations in Nigeria Office.

12. **Mr. Ismail Dream**, head of MWL Senegal Office
    Address: Bureau de la League Islamique Mondiale, Rue Beranger Ferraud X

Masclary 1-E Etage Dakar, P.O.Box: 3860
Contact Information: Mr. Ismail Dream, can be reached through counsel
Subject: MWL's operations in Senegal Office.

13. **Mr. Abdulaziz Mohamed Salem Kamis**, head of MWL South Africa Office
Address : Liaison Office. South Africa Region  P.O. Box: 4406
Randburg 2125 Johannesburg, South Africa\
Contact Information: Mr. Abdulaziz Mohamed Salem Kamis can be reached through counsel
Subject: MWL's operations in South Africa Office.

14. **Mr. Sami Alharbi ,** head of MWL Kenya Office
Address:  Muslim World League Office
Waiyaki Way Road
West Land Area
P.O. Box: 52871
Nairobi, Kenya
Contact Information Mr. Sami Alharbi**,** can be reached through counsel
Subject: MWL's operations in Kenya Office.

15. **Mr. Farid Alkotani** , head of MWL Italy Office
Address: Viale Della Moschea 85
00197 Roma, Italy
Contact Information: Mr. Farid Alkotani, can be reached through counsel
Subject: MWL's operations in Italy Office.

16. **Mr. Hashem Almahrogi** , head of MWL Austria Office
Address:  Muslim World League Office
AM Bruckhaufen 3
A - 1210 Vienna, Austria
Contact Information: Mr. Hashem Almahrogi can be reached through counsel
Subject: MWL's operations in Austria Office.

17. **Mr. Abdul Rahim Kortic** , head of MWL Denmark Office
Address: Muslim World League Office
Vodroffsvej 8
1900 Frederikseberg
Kobenhaven, Denmark
Contact Information: Mr. Abdul Rahim Kortic can be reached through counsel
Subject: MWL's operations in Denmark Office.

18. **The names and address of the initial Directors of MWL North America are:**

a. **Dr. Ahmad H. Sakr**
P.O Box 140

        Lombard, I11. 60148

  b. **Dr. Vaqar A. Hamdani**
     635 East 14th Street
     New York, 10009

  c. **Mr. Dawud Assad**
     99 Woodview Drive
     Old Bridge, New Jersey

  d. **Dr. Muzamil H. Siddiqi**
     5 Peabody Terrace, # 22
     Cambridge, Mass. 02138

  e. **Dr. Osman Ahmed**
     190 Sherman Avenue
     Glen Ridge, New Jersey 07028

  f. **Dr. Omar Z. Ghobashy**
     85 Wildwood Road
     New Rochelle, New York 10804

  g. **Mr. Amir Al- Islam**
     44 South Munn Avenue
     East Orange, New Jersey 07018

19. **Mr. El-Ayouty**
Address: P.O. Box 780, Jeddah 21241
Contact Information: Mr. El-Ayouty can be reached through counsel
Subject: Has knowledge of MWL auditors, accountants, and legal department

20. **Mr. Rahmatullah Enayatullah Ahmed,** Director General for Studies & Conferences.
Contact Information: Mr. Ahmed can be reached through counsel

21. **Mr. Mahmud Said,** Auditor for MWL HQ and the MWL overseas branches
Contact Information: Mr. Said can be reached through counsel

22. **Mr. Ali Al-Thaqafi,** Personell Director
Address: P.O. Box 537, Makkah, S A
Contact Information: Mr. Al-Thaqafi can be reached through counsel
Subject: Has knowledge of MWL employee files

23. **Mr. Ahmad Qurban**
    Address: P.O. Box 537, Makkah, SA
    Contact Information: Mr. Qurban can be reached through counsel
    Subject: Has knowledge of MWL correspondence files

24. **Mr. Musa Al-Mogasme**
    Address: P.O. Box 537, Makkah, S A
    Contact Information: Mr. Mogasme can be reached through counsel
    Subject: Has knowledge of MWL financial files

II.    **Categories and Location of Relevant Documents**

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(ii), MWL provides the following description, by category and location, of all documents electronically stored information, and tangible things in possession, custody, or control that it may use to support its defenses.

1. **Documents related to MWL's structure as a charitable organization**
   - Located in MWL Binder 2, which is available in undersigned counsel's office[*]

2. **Documents related to MWL's banking accounts, financial statements, balance sheets, income statements, and annual reports**
   - Located in MWL Binder 1 and 15 which is available in undersigned counsel's office[*][1]

3. **Documents relating to projects undertaken and financed by MWL**
   - Located in MWL Binder 4 which is available in undersigned counsel's office[*]

4. **Documents are being returned to MWL's counsel from the FBI concerning the raid on MWL Virginia office.** Counsel will make them available upon receipt thereof.

5. **Documents are being returned to MWL's counsel from IRS criminal section regarding revocation of MWL's 501(c)(3) non-profit status.** Counsel will make them available upon receipt thereof.

---

[*] All binders have already been produced and inspected by Plaintiff's counsel

    6.    **Documents related to MWL activities in Spain are located in Madrid.**

    7.    **Documents related to MWL activities in the United Kingdom are located in London.**

    8.    **Documents related to MWL activities in the United States are located in New York City**

    9.    **Documents related to MWL activities in Southern Spain and North Africa are located in Gibraltar.**

**<u>All of the aforesaid documents are located in the following addresses</u>:**

- **Martin McMahon & Associates**
  **1150 Connecticut Ave., N.W., Suite 900**
  **Washington, D.C. 20036**
  - The firm has in its possession MWL Binders 1-21, which have already been reviewed by Plaintiff's counsel or their Arabic translator

- **Any and all other aforesaid documents will be available for inspection in Mecca or Jeddah, Saudi Arabia**

### III.   Computation of Damages

MWL has not asserted a claim for damages against any other party in this action.

### IV.   Insurance

At the present time, MWL is unaware of any insurance agreement under which an insurance business may be liable to satisfy all or part of a judgment that may be entered in this action, or to indemnify or reimburse payments made to satisfy such a judgment.

Respectfully Submitted,

MARTIN F. MCMAHON & ASSOCIATES

/s/ Martin F. McMahon,
Martin F. McMahon, Esq. #196642
Martin McMahon & Associates
1150 Connecticut Ave., N.W.
Suite 900
Washington, D.C. 20036
Tel:  (202) 862-4343
Fax:  (202) 828-4130
mfm@martinmcmahonlaw.com

*Counsel for Muslim World League*