UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | ) ) ) ) ) | **Civil Action No. 03. MDL 1570 (GBD)**  **Certificate of Service** |

I, Martin F. McMahon, hereby certify that I have this 27th day of September 2010 caused to be served a true and correct copy of the foregoing documents upon all parties who are filing users in the above captioned actions by sending the documents by electronic means, pursuant to Case Management Order No.2 and procedure 9 of the Court's procedures for documents that are not filed through the ECF system.

/s/ Martin F. McMahon,
Martin F. McMahon