**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____

IN RE: TERRORIST ATTACKS ON )        **Civil Action No. 03. MDL 1570 (GBD)**
SEPTEMBER 11, 2001 )

) **Certificate of Service**
_____)

I, Martin F. McMahon, hereby certify that I have this 27th day of September 2010 caused to be served a true and correct copy of the foregoing documents upon all parties who are filing users in the above captioned actions by sending the documents by electronic means, pursuant to Case Management Order No.2 and procedure 9 of the Court's procedures for documents that are not filed through the ECF system.

/s/ Martin F. McMahon,_____
       Martin F. McMahon