IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x

In re Terrorist Attacks on September 11, 2001

03 MDL 1570 (GBD)

---------------------------------------- x

The document relates to:

*Cantor Fitzgerald L.P. et al vs. Akida Investment Co et al., 04 CV 7065 (GBD)*

## NOTICE OF VOLUNTARY DISMISSAL

1.   Pursuant to Federal Rule of Procedure 41(a)(1)(A)(i), Plaintiffs Port Authority of New York and New Jersey, Port Authority Trans-Hudson Corporation and WTC Retail LLC ("Port Authority Plaintiffs"), voluntarily dismiss their action as to the following Defendants, none of which have filed answers or filed motion(s) for summary judgment as to the Port Authority Plaintiffs' operative complaint in 04 CV 7065:

Akida Bank Private Limited

Akida Investment Co., Ltd.

Al Baraka

Al Baraka Bancorp, Inc.

Al Baraka Bank

Al Baraka Investment and Development

Al Baraka Investment and Development Corporation

Al Barakatt Exchange LLC

Al Barakatt Exchange Group

Al Barakatt Financial Company

{00007426;v1}2311156

Al Barakatt Group

Al Barakatt Group of Companies

Al Barakatt International

Al Barakatt Wiring Service

Al Haramain

Al Haramain Foundation

Al Haramain Foundation, Inc.

Al Qaeda

Al-Rahji Banking and Investment Corporation

Al Shamal Bank

Al Taqwa Trade Property and Industry Company, Ltd.

Asat Trust Reg.

Ayman al Zawahiri

Bank Al-Taqwa, Ltd.

Ba Taqwa For Commerce and Real Estate Company Limited

Bank al-Taqwa

Barakatt

Barakatt International

Barakatt International Companies

Barakatt International Foundation

Barakatt International, Inc.

Barakatt North America, Inc.

DMI Administrative Services S.A.

DMI Trust

Dallah AlBaraka Group LLC

Dar Al Maal Al Islami

Faisal Islamic Bank

Gulf Center S.R.L.

Human Concern International

Ibrahim Afandi

International Relief Organization

Islamic Investment Company of the Gulf EC

Islamic Relief Organization

Khalid Bin Mahfouz

Kingdom of Saudi Arabia

Mercy International Relief Agency

Mercy International

Miga-Malaysian Organization SA Guld and African Chamber

Nada International Anstalt

Nada Management Organization SA

Nasco Sas di Ahmed Idris Nadsreddin EC

Nascoservice S.R.L.

Nascotex SA

Nasreddin Company

Nasreddin Foundation

Nasreddin Group International Holding Limited

Nasreddin International Group Limited Holding

National Commercial Bank

Osama Bin Laden

Sultan Bin Abdulaziz al Saud

Mohamed al Faisal al Saud

Naif bin Abdulaziz al Saud

Salman bin Abdul Aziz al Saud

Turki al Faisal al Saud

Salleh Abdullah Kamel

Sanabel Al-Kheer, Inc.

Saudi High Commission for Relief

Shaykh Adil Abdul Galil Betargy

Success Foundation

Success Foundation, Inc.

Sulaiman Abdulaziz al-Rajhi

Tadamon Bank

Vazir

Youssef M. Nada & Co. Gesellschaft, M.B.H..

2.  Nothing in this Notice shall operate as a dismissal by any other Plaintiff appearing in 04-CV-7065, including: Cantor Fitzgerald & Co.; Cantor Fitzgerald Associates, L.P.; Cantor Fitzgerald Brokerage, L.P.; Cantor Fitzgerald Europe; Cantor Fitzgerald International; Cantor Fitzgerald Partners; Cantor Fitzgerald Securities; Cantor Fitzgerald, L.P.; Cantor Fitzgerald Limited; CO2e.com, LLC; eSpeed Government Securities, Inc.; or eSpeed, Inc.; TradeSpark, L.P.

Dated: September 28, 2010

Respectfully submitted,

/s/ Ken Adams
Kenneth L. Adams
Christopher T. Leonardo
Adams Holcomb LLP
1875 Eye St., NW
Washington DC 20006
(202) 580-8820 Phone
(202) 580-8821 Fax

-and-

/s/ Howard Feldman
Howard N. Feldman
Dickstein Shapiro LLP
1825 Eye St., NW
Washington DC 20006
(202) 420-2200 Phone
(202) 420-2201 Fax

Counsel to Plaintiffs Port Authority of New York and New Jersey, Port Authority Trans-Hudson Corporation and WTC Retail LLC