IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____ x

In re Terrorist Attacks on                    03 MDL 1570 (GBD)
September 11, 2001

_____ x

The document relates to:

   *Cantor Fitzgerald L.P. et al vs. Akida Investment Co et al., 04 CV 7065 (GBD)*

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am over eighteen years of age, am not a party to this action, and that on this 28th day of September 2010, I served a <u>Notice of Voluntary Dismissal</u> filed on behalf of Plaintiffs Port Authority of New York and New Jersey, Port Authority Trans-Hudson Corporation and WTC Retail LLC in the above referenced matter, on all parties of record through their counsel via the Court's electronic case filing system.

Christopher T. Leonardo
Adams Holcomb LLP
1875 Eye St., NW
Washington DC 20006
(202) 580-8820 Phone
(202) 580-8821 Fax
Leonardo@adamsholcomb.com