

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03 MDL 1570 (GBD) ECF CASE |
|---|---|

This document relates to:

*Thomas E. Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al. (03 CV 9849) ("Burnett D.C.")*

*Thomas E. Burnett, et al. v. Al Baraka Inv.& Dev. Corp., et al. (03 CV 5738) ("Burnett N.Y.")*

*Cantor Fitzgerald & Co., et al. v. Al Baraka Inv. & Dev. Corp., et al. (04 CV 7065) ("Cantor Fitzgerald")*

*Continental Casualty Co., et al. v. Al Qaeda, et al. (04 CV 5970) ("Continental Casualty")*

*Euro Brokers, Inc., et al. v. Al Baraka Inv. & Dev. Corp., et al. (04 CV 7279) ("Euro Brokers")*

*Federal Ins. Co., et al., v. Al Qaida, et al. (03 CV 6978) ("Federal Insurance")*

*New York Marine and General Ins. Co. v. Al Qaida, et al. (04 CV 6105) ("N.Y. Marine")*

*Estate of John P. O'Neill, Sr. v. Al Baraka Inv. & Dev. Corp., et al. (04 CV 1923) ("O'Neill")*

*World Trade Center Properties, LLC, et al. v. Al Baraka Inv. & Dev. Corp., et al. (04 CV 7280) ("World Trade Center Properties")*

### STIPULATION AND ORDER OF SUBSTITUTION

IT IS HEREBY STIPULATED AND AGREED that Clifford Chance US, LLP of 31 West 52nd Street, New York, New York, 10019, be substituted as attorneys of record for defendant Dubai Islamic Bank in the above-captioned consolidated actions in place of Zukerman Gore Brandeis & Crossman, LLP, 875 Third Avenue, New York, New York 10022, as of the date hereof.

Dated: this 10th day of ~~August,~~ Sept. 2010

ZUKERMAN GORE BRANDEIS & CROSSMAN, LLP

John K. Crossman
875 Third Avenue
New York, NY 10022
Tel: (212) 223-6700
Fax: (212) 233-6433

*Former Attorneys for defendant Dubai Islamic Bank*

CLIFFORD CHANCE US, LLP

Robert G. Houck
31 West 52nd Street
New York, NY 10019
Tel: (212) 878-8000

*Current Attorneys for defendant Dubai Islamic Bank*

DUBAI ISLAMIC BANK

By: Mounir Ben Slimane

Title: Chief of Legal

SO ORDERED:

George B. Daniels, U.S.D.J.
HON. GEORGE B. DANIELS

Dated: 2 8 SEP 2010

- 2 -