# CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

**MEMO ENDORSED**

| | | | |
|---|---|---|---|
| ALMATY | LONDON | ATTORNEYS AND COUNSELLORS AT LAW | TELEPHONE 212-696-6000 |
| ASTANA | MEXICO CITY | | FACSIMILE 212-697-1559 |
| DUBAI | MILAN | 101 PARK AVENUE | WWW.CURTIS.COM |
| FRANKFURT | MUSCAT | NEW YORK, NEW YORK 10178-0061 | |
| HOUSTON | PARIS | | |
| ISTANBUL | WASHINGTON, D.C. | | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/10

WRITER'S DIRECT:
TEL.: 212-696-8877
E-MAIL: tmccabe@curtis.com

RECEIVED
OCT 04 2010
FRANK MAAS
U.S. MAGISTRATE JUDGE

October 4, 2010

**APPLICATION GRANTED
SO ORDERED**

/s/ Frank Maas
Frank Maas, USMJ  10/4/10

**BY HAND**

The Honorable Frank Maas
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:   In re Terrorist Attacks on September 11, 2001
       Case No. 1:03-md-01570 (GBD) (FM)

       Barnett vs. Al Baraka Investment & Development Corp.
       Case No. 1:03-cv-9849 (GBD) (FM)

       Barnett vs. Al Baraka Investment & Development Corp.
       Case No. 03-cv-5738 (GBD) (FM)

Dear Judge Maas:

By means of this letter, I request that you direct the Clerk of the Court to remove my name and e-mail address from the list of recipients of Notices of Electronic Filings in the above-referenced cases.

Our firm represented two defendants, Alfaisaliah Group (a/k/a Faisal Group Holdings Co.) and Prince Abdullah Al Faisal Bin Abdullah Al Saud. Defendant Alfaisaliah Group was dismissed on pages 8 and 60 of Judge Daniels' June 17 Order (Attachment A). Defendant Prince Abdullah Al Faisal Bin Abdullah Saaud was dismissed on page 40 of Judge Daniels' September 13, 2010 Order (Exhibit "B"). As both of our clients have been dismissed from this action, we no longer need to receive Notices of Electronic Filings.

8369718v1

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
ATTORNEYS AND COUNSELLORS AT LAW

Page 2

The Honorable Frank Maas
October 4, 2010

Thank you for your attention to this matter.

Respectfully,

Timothy McCabe

Attachments

8369718v1