IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

In re Terrorist Attacks on
September 11, 2001

03 MDL 1570 (GBD)

---------------------------------------------------------------- x

The document relates to:

*Cantor Fitzgerald L.P. et al vs. Akida Investment Co et al.*, 04 CV 7065 (GBD)

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Procedure 41(a)(1)(A)(ii), Plaintiffs Port Authority of New York and New Jersey, Port Authority Trans-Hudson Corporation and WTC Retail LLC ("Port Authority plaintiffs"), and defendants Dubai Islamic Bank, International Islamic Relief Organization, Muslim World League, and Sana-Bell, Inc. ("stipulating defendants"), by and through their undersigned counsel, hereby stipulate as follows:

**WHEREAS** the Port Authority plaintiffs' First Amended Complaint names the stipulating defendants as defendants in the above-referenced action;

**WHEREAS** the stipulating defendants have appeared in the above-referenced action;

**WHEREAS** the stipulating defendants have also each filed Answers to the Port Authority plaintiffs' First Amended Complaint;

**WHEREAS** the stipulating defendants, by their Answers and otherwise, deny the allegations set forth in the Port Authority plaintiffs' First Amended Complaint;

**WHEREAS** the Port Authority plaintiffs seek to voluntarily dismiss their action against the stipulating defendants.

It is therefore stipulated that:

1. The Port Authority plaintiffs' action against the stipulating defendants is voluntarily dismissed with prejudice. Each party will bear its own costs and attorneys' fees.

2. This stipulation shall not operate as a dismissal by any other Plaintiff appearing in 04-CV-7065, namely: Cantor Fitzgerald & Co.; Cantor Fitzgerald Associates, L.P.; Cantor Fitzgerald Brokerage, L.P.; Cantor Fitzgerald Europe; Cantor Fitzgerald International; Cantor Fitzgerald Partners; Cantor Fitzgerald Securities; Cantor Fitzgerald, L.P.; Cantor Index Limited; CO2e.com, LLC; eSpeed Government Securities, Inc.; eSpeed, Inc.; eSpeed Securities, Inc.; or TradeSpark, L.P.

Dated: October 14, 2010

/s/ Ken Adams
Kenneth L. Adams
Christopher T. Leonardo
Adams Holcomb LLP
1875 Eye St., NW, Suite 810
Washington DC 20006
Tel: (202) 580-8820

-and-

/s/ Howard Feldman
Howard N. Feldman
Dickstein Shapiro LLP
1825 Eye St., NW
Washington DC 20006
Tel: (202) 420-2200

**Counsel to Plaintiffs Port Authority of New York and New Jersey, Port Authority Trans-Hudson Corporation and WTC Retail LLC**

/s/ Robert G. Houck
Robert G. Houck
CLIFFORD CHANCE LLP
31 West 52nd Street
New York, New York 10019-6131
Tel: (212) 878-8000

/s/ Steven T. Cottreau
Steven T. Cottreau
CLIFFORD CHANCE US LLP
2001 K Street NW
Washington, DC 20006
Tel: (202) 912-5109

**Counsel for Defendant Dubai Islamic Bank**

/s/ Martin F. McMahon
Martin F. McMahon
MARTIN F. MCMAHON & ASSOCIATES
1150 Connecticut Avenue, N.W., Suite 900
Washington, D.C. 20036
Tel: (202) 862-4343

**Counsel for Defendant International Islamic Relief Organization and Defendant Muslim World League**

/s/ Christopher C. S. Manning
Christopher C. S. Manning
MANNING SOSSAMON
1120 20th Street NW
Suite 700, North Building
Washington, DC 20036
Tel: (202) 973-2681

**Counsel for Defendant Sana-Bell, Inc.**