IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

**In re Terrorist Attacks on September 11, 2001**        03 MDL 1570 (GBD)

———————————————————————— x

**The document relates to**:

*Cantor Fitzgerald L.P. et al vs. Akida Investment Co et al., 04 CV 7065 (GBD)*

### CERTIFICATE OF SERVICE OF STIPULATION OF VOLUNTARY DISMISSAL

I CERTIFY THAT on this 14TH day of October 2010, that I am over 18 years of age, am not a party to this action, am admitted to practice law before this Court, and that on behalf of Plaintiffs Port Authority of New York and New Jersey, Port Authority Trans-Hudson Corporation and WTC Retail LLC ("Port Authority plaintiffs"), I served all parties of record and their counsel a Stipulation of Voluntary Dismissal through the Court's Electronic Case Filing System.

/s/ _____

Christopher T. Leonardo
Adams Holcomb LLP
1875 Eye St., NW, Suite 810
Washington DC 20006
(202) 580-8820 Phone