## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

)
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001     )   No. 03 MDL 1570 (GBD/FM)
)        ECF Case
_____ )

This document relates to:

ASHTON, *et al.* v. AL QAEDA ISLAMIC ARMY, *et al.*, Case No. 02-CV-6977

## DEFENDANT PEROUZ SEDAGHATY'S
## ANSWER TO SIXTH AMENDED COMPLAINT

Defendant Perouz Sedaghaty ("Sedaghaty"), through undersigned counsel, and pursuant to Rule 12, Fed. R. Civ. P., hereby submits his Answer to Plaintiffs' Sixth Amended Complaint ("Complaint").

### Introduction

1.      Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

### Jurisdiction and Venue

2.      Sedaghaty denies that this court has subject matter jurisdiction over him under 28 U.S.C. § 1331, 18 U.S.C. § 1350 (Alien Tort Claims Act), and 18 U.S.C. §§ 2334 and 2338 (Anti-Terrorism Act).  Sedaghaty denies that jurisdiction over plaintiffs' claims against him is proper under 28 U.S.C. §§ 1330(a), 1332(a)(2), and 1605, because those provisions apply solely to actions against foreign states.

3.      Sedaghaty denies that venue is proper under the Air Transportation Safety and System Stabilization Act, 49 U.S.C. § 40101 or under 28 U.S.C. § 1391(b)(2).  Sedaghaty denies that venue is proper under 28 U.S.C. § 1391(f)(1), because that provision applies solely to

actions against foreign states.

4.      Sedaghaty denies that subject matter jurisdiction is proper under 28 U.S.C. §

1605(a)(5) or 1605(a)(7) because those provisions apply solely to actions against foreign states.

**Factual Allegations Against Defendants**

5.      Sedaghaty does not possess sufficient knowledge or information to admit or deny
the allegations contained in this paragraph.

6.      Sedaghaty does not possess sufficient knowledge or information to admit or deny
the allegations contained in this paragraph.

7.      Sedaghaty does not possess sufficient knowledge or information to admit or deny
the allegations contained in this paragraph.

8.      Sedaghaty does not possess sufficient knowledge or information to admit or deny
the allegations contained in this paragraph.

9.      Sedaghaty does not possess sufficient knowledge or information to admit or deny
the allegations contained in this paragraph.

10.      Sedaghaty does not possess sufficient knowledge or information to admit or deny
the allegations contained in this paragraph.

11.      Sedaghaty does not possess sufficient knowledge or information to admit or deny
the allegations contained in this paragraph.

12.      Sedaghaty does not possess sufficient knowledge or information to admit or deny
the allegations contained in this paragraph.

13.      Sedaghaty does not possess sufficient knowledge or information to admit or deny
the allegations contained in this paragraph.

14.      Sedaghaty does not possess sufficient knowledge or information to admit or deny

the allegations contained in this paragraph.

15.      Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

16.      Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

17.      Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

18.      Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

19.      Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

20.      Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

21.      Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

22.      Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

23.      Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

24.      Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

25.      Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

26.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

27.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

28.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

29.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

30.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

31.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

32.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

33.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

34.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

35.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

36.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

37.     Sedaghaty does not possess sufficient knowledge or information to admit or deny

the allegations contained in this paragraph.

38.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

39.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

40.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

41.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

42.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

43.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

44.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

45.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

46.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

47.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

48.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

49.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

50.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

51.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

52.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

53.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

54.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

55.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

56.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

57.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

58.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

59.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

60.     Sedaghaty does not possess sufficient knowledge or information to admit or deny

the allegations contained in this paragraph.

61.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

62.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

63.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

64.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

65.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

66.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

67.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

68.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

69.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

70.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

71.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

72.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

73.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

74.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

75.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

76.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

77.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

78.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

79.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

80.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

81.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

82.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

83.     Sedaghaty does not possess sufficient knowledge or information to admit or deny

the allegations contained in this paragraph.

84.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

85.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

86.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

87.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

88.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

89.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

90.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

91.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

92.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

93.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

94.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

95.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

96.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

97.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

98.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

99.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

100.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

101.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

102.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

103.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

104.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

105.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

106.     Sedaghaty does not possess sufficient knowledge or information to admit or deny

the allegations contained in this paragraph.

107.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

108.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

109.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

110.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

111.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

112.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

113.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

114.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

115.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

116.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

117.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

118.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

119.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

120.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

121.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

122.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

123.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

124.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

125.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

126.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

127.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

128.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

129.    Sedaghaty does not possess sufficient knowledge or information to admit or deny

the allegations contained in this paragraph.

130.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

131.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

132.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

133.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

134.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

135.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

136.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

137.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

138.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

139.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

140.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

141.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

142.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

143.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

144.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

145.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

146.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

147.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

148.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

149.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

150.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

151.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

152.    Sedaghaty does not possess sufficient knowledge or information to admit or deny

the allegations contained in this paragraph.

153.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

154.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

155.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

156.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

157.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

158.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

159.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

160.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

161.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

162.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

163.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

164.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

165.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

166.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

167.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

168.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

169.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

170.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

171.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

172.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

173.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

174.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

175.     Sedaghaty does not possess sufficient knowledge or information to admit or deny

the allegations contained in this paragraph.

176.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

177.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

178.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

179.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

180.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

181.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

182.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

183.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

184.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

185.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

186.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

187.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

188.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

189.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

190.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

191.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

192.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

193.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

194.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

195.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

196.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

197.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

198.     Sedaghaty denies the allegations in paragraph 198 insofar as they refer to the Al

Haramain Islamic Foundation, Inc. ("AHIF-USA").  Sedaghaty does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

199.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

200.    Sedaghaty denies the allegations in paragraph 200 insofar as they refer to AHIF-USA.  Sedaghaty does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

201.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

202.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

203.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

204.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

205.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

206.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

207.    Sedaghaty denies the allegations in paragraph 153 insofar as they refer to AHIF-USA.  Sedaghaty does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

208.    Sedaghaty does not possess sufficient knowledge or information to admit or deny

the allegations contained in this paragraph.

209.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

210.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

211.    Sedaghaty denies the allegations in paragraph 211 insofar as they refer to AHIF-USA.  Sedaghaty does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

212.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

213.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

214.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

215.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

216.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

217.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

218.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

219.    Sedaghaty does not possess sufficient knowledge or information to admit or deny

the allegations contained in this paragraph.

220.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

221.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

222.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

223.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

224.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

225.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

226.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

227.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

228.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

229.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

230.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

231.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

232.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

233.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

234.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

235.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

236.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

237.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

238.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

239.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

240.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

241.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

242.    Sedaghaty does not possess sufficient knowledge or information to admit or deny

the allegations contained in this paragraph.

243.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

244.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

245.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

246.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

247.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

248.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

249.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

250.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

251.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

252.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

253.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

254.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

255.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

256.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

257.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

258.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

259.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

260.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

261.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

262.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

263.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

264.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

265.     Sedaghaty does not possess sufficient knowledge or information to admit or deny

the allegations contained in this paragraph.

266.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

267.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

268.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

269.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

270.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

271.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

272.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

273.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

274.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

275.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

276.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

277.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

278.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

279.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

280.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

281.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

282.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

283.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

284.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

285.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

286.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

287.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

288.    Sedaghaty does not possess sufficient knowledge or information to admit or deny

the allegations contained in this paragraph.

289.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

290.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

291.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

292.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

293.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

294.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

295.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

296.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

297.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

298.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

299.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

300.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

301.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

302.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

303.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

304.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

305.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

306.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

307.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

308.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

309.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

310.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

311.     Sedaghaty does not possess sufficient knowledge or information to admit or deny

the allegations contained in this paragraph.

312.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

313.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

314.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

315.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

316.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

317.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

318.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

319.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

320.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

321.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

322.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

323.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

324.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

325.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

326.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

327.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

328.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

329.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

330.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

331.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

332.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

333.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

334.    Sedaghaty does not possess sufficient knowledge or information to admit or deny

the allegations contained in this paragraph.

335.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

336.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

337.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

338.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

339.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

340.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

341.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

342.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

343.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

344.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

345.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

346.     Sedaghaty denies the allegations in paragraph 346 insofar as they refer to AHIF-USA.  Sedaghaty does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

347.     Sedaghaty denies that AHIF-USA is "controlled primarily from al-Haramain's headquarters in Riyadh, Saudi Arabia," or that it has "been exposed for providing direct and material support to al Qaeda."  Sedaghaty admits that Aqeel al-Aqeel and Mansour al-Kadi were formerly officers of AHIF-USA.  Sedaghaty admits that the United States government has designated two groups in Bosnia and Somalia affiliated with al-Haramain (Saudi Arabia) as terrorist entities.  Sedaghaty denies all other allegations in paragraph 347 insofar as they refer to AHIF-USA.  Sedaghaty does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

348.     Sedaghaty denies the allegations in paragraph 348 insofar as they refer to AHIF-USA.  Sedaghaty does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

349.     Sedaghaty admits that AHIF-USA is incorporated and registered to do business in Oregon.  Sedaghaty denies the remaining allegations in paragraph 349 insofar as they refer to AHIF-USA, Soliman H.S. al-Buthe, or Perouz Seda Ghaty.  Sedaghaty does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

350.     Sedaghaty denies the allegations in paragraph 350 insofar as they refer to AHIF-USA.  Sedaghaty does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

351.     Sedaghaty denies the allegations in paragraph 351 insofar as they refer to AHIF-

USA.  Sedaghaty does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

352.    Sedaghaty denies the allegations in paragraph 352 insofar as they refer to AHIF-USA.  Sedaghaty does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

353.    Sedaghaty denies the allegations in paragraph 353 insofar as they refer to AHIF-USA.  Sedaghaty does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

354.    Sedaghaty admits that al-Haramain (Saudi Arabia) maintains a website, but denies the allegations in paragraph 354 insofar as they refer to AHIF-USA.  Sedaghaty does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

355.    Sedaghaty denies the allegations in paragraph 355 insofar as they refer to AHIF-USA.  Sedaghaty does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

356.    Sedaghaty denies all allegations in paragraph 356 insofar as they refer to AHIF-USA.  Sedaghaty does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

357.    Sedaghaty denies the allegations in paragraph 357 insofar as they refer to AHIF-USA.  Sedaghaty does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

358.    Sedaghaty denies the allegations in paragraph 358 insofar as they refer to AHIF-USA.  Sedaghaty does not possess sufficient knowledge or information to admit or deny all other

allegations contained in this paragraph.

359.    Sedaghaty denies the allegations in paragraph 359 insofar as they refer to AHIF-USA.  Sedaghaty does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

360.    Sedaghaty denies the allegations in paragraph 360 insofar as they refer to AHIF-USA.  Sedaghaty does not possess sufficient knowledge information to admit or deny all other allegations contained in this paragraph.

361.    Sedaghaty denies the allegations in paragraph 361 insofar as they refer to AHIF-USA.  Sedaghaty does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

362.    Sedaghaty denies the allegations in paragraph 362 insofar as they refer to AHIF-USA.  Sedaghaty does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

363.    Sedaghaty denies the allegations in paragraph 363 insofar as they refer to AHIF-USA.  Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

364.    Sedaghaty denies that AHIF-USA is a business entity of al-Haramain (Saudi Arabia), and avers that "al-Haramain [sic] Foundation" and the "al-Haramain [sic] Islamic Foundation" are assumed business names of AHIF-USA under Oregon law, and denies that they are business entities of al-Haramain (Saudi Arabia).  Sedaghaty denies that AHIF-USA, al-Haramain [sic] Foundation, or al-Haramain [sic] Islamic Foundation, are one and the same as al-Haramain's office in Riyadh, Saudi Arabia.  Sedaghaty admits that Aqeel al-Aqeel and Mansour al-Kadi were formerly officers of AHIF-USA.  Sedaghaty denies the remaining allegations in

paragraph 364, including that he is specifically linked to al Qaeda operations.

365.    Sedaghaty denies that AHIF-USA's Year 2000 Form 990 states that "it operates an Islamic center in Springfield, Missouri;" instead, its Year 2000 Form 990 states that "Prayer houses are located in Ashland, Ore. and Springfield, Mo.," and the Springfield prayer house is operated by a separate group.  Sedaghaty denies that the property in Springfield, Missouri is owned by al-Haramain (Saudi Arabia).  Sedaghaty does not possess sufficient knowledge or information to admit or deny all other allegations contained in paragraph 365, to the extent an additional response is required.

366.    Sedaghaty denies the allegations in paragraph 366 insofar as they refer to AHIF-USA.  Sedaghaty does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

367.    Sedaghaty denies the allegations in paragraph 367 insofar as they refer to AHIF-USA.  Sedaghaty does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

368.    Sedaghaty denies the allegations in paragraph 368 insofar as they refer to AHIF-USA.  Sedaghaty does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

369.    Sedaghaty denies the allegations in paragraph 369 insofar as they refer to AHIF-USA.  Sedaghaty does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

370.    Sedaghaty denies the allegations in paragraph 370 insofar as they refer to AHIF-USA.  Sedaghaty does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

371.     Sedaghaty denies the allegations in paragraph 371 insofar as they refer to AHIF-USA.  Sedaghaty does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

372.     Sedaghaty denies the allegations in paragraph 372 insofar as they refer to AHIF. Sedaghaty does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

373.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

374.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

375.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

376.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

377.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

378.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

379.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

380.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

381.     Sedaghaty does not possess sufficient knowledge or information to admit or deny

the allegations contained in this paragraph.

382.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

383.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

384.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

385.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

386.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

387.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

388.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

389.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

390.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

391.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

392.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

393.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

394.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

395.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

396.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

397.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

398.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

399.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

400.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

401.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

402.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

403.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

404.    Sedaghaty does not possess sufficient knowledge or information to admit or deny

the allegations contained in this paragraph.

405.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

406.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

407.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

408.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

409.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

410.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

411.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

412.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

413.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

414.     Sedaghaty denies the allegations in paragraph 414 insofar as they refer to AHIF-USA.  Sedaghaty does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

415.     Sedaghaty does not possess sufficient knowledge or information to admit or deny

the allegations contained in this paragraph.

416.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

417.     Sedaghaty denies the allegations in paragraph 417 insofar as they refer to AHIF-USA.  Sedaghaty does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

418.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

419.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

420.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

421.     Sedaghaty denies the allegations in paragraph 421 insofar as they refer to AHIF-USA.  Sedaghaty does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

422.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

423.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

424.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

425.     Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

426.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

427.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

428.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

429.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

430.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

431.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

432.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

433.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

434.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

435.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

436.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

437.    Sedaghaty does not possess sufficient knowledge or information to admit or deny

the allegations contained in this paragraph.

438.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

439.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

440.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

441.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

442.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

443.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

444.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

445.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

446.    Sedaghaty denies the allegations in paragraph 446 insofar as they refer to AHIF-USA.  Sedaghaty does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

447.    Sedaghaty denies the allegations in paragraph 447 insofar as they refer to AHIF-USA.  Sedaghaty does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

42

448.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

449.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

450.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

451.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

452.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

453.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

454.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

455.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

456.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

457.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

458.    Sedaghaty does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

459.    Sedaghaty does not possess sufficient knowledge or information to admit or deny

the allegations contained in this paragraph.

460.    Sedaghaty denies the allegations in paragraph 460 insofar as they refer to AHIF-USA.  Sedaghaty does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

461.    Sedaghaty denies the allegations in paragraph 461 insofar as they refer to AHIF-USA.  Sedaghaty does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

462.    Sedaghaty denies the allegations in paragraph 462 insofar as they refer to AHIF-USA.  Sedaghaty does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

## CLAIMS

### Count One — Wrongful Death

463.    Sedaghaty hereby incorporates his responses to the previous allegations as if fully set forth herein.

464.    The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

465.    The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

466.    The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

467.    Sedaghaty denies that plaintiffs are entitled to any of the relief requested in their prayer for relief under Count One against him, or that they are entitled to any relief in this action against him.

44

## Count Two — Survival

468.     Sedaghaty  hereby incorporates his responses to the previous allegations as if fully set forth herein.

469.     The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

470.     The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

471.     Sedaghaty denies that plaintiffs are entitled to any of the relief requested in their prayer for relief under Count Two against him, or that they are entitled to any relief in this action against him.

## Count Three — Assault & Battery

472.     Sedaghaty hereby incorporates his responses to the previous allegations as if fully set forth herein.

473.     The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

474.     The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

475.     Sedaghaty denies that plaintiffs are entitled to any of the relief requested in their prayer for relief under Count Three against him, or that they are entitled to any relief in this action against him.

## Count Four — Anti-Terrorism Act

476.     Sedaghaty hereby incorporates his responses to the previous allegations as if fully set forth herein.

477.     The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

478.     The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

479.     Sedaghaty denies that plaintiffs are entitled to any of the relief requested in their prayer for relief under Count Four against him, or that they are entitled to any relief in this action against him.

### Count Five – Torture Victim Protection Act

480.     Sedaghaty hereby incorporates his responses to the previous allegations as if fully set forth herein.

481.     No response is required to the allegations in this paragraph because the Torture Victim Protection Act cause of action was dismissed by the Memorandum Decision and Order of the Court dated September 13, 2010.  The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

482.     No response is required to the allegations in this paragraph because the Torture Victim Protection Act cause of action was dismissed by the Memorandum Decision and Order of the Court dated September 13, 2010.  The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

483.     No response is required to the allegations in this paragraph because the Torture Victim Protection Act cause of action was dismissed by the Memorandum Decision and Order of the Court dated September 13, 2010.  Sedaghaty denies that plaintiffs are entitled to any of the

relief requested in their prayer for relief under Count Five against him, or that they are entitled to any relief in this action against him.

## Count Six — Foreign Sovereign Immunities Act

484.     Count Six only applies to plaintiffs' claims against foreign states; Sedaghaty is not a defendant under the Foreign Sovereign Immunities Act.  The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

485.     Count Six only applies to plaintiffs' claims against foreign states; Sedaghaty is not a defendant under the Foreign Sovereign Immunities Act.  The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

486.     Count Six only applies to plaintiffs' claims against foreign states; Sedaghaty is not a defendant under the Foreign Sovereign Immunities Act.  The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

487.     Count Six only applies to plaintiffs' claims against foreign states; Sedaghaty is not a defendant under the Foreign Sovereign Immunities Act.  The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

488.     Count Six only applies to plaintiffs' claims against foreign states; Sedaghaty is not a defendant under the Foreign Sovereign Immunities Act.  The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

489.     Count Six only applies to plaintiffs' claims against foreign states; Sedaghaty is not a defendant under the Foreign Sovereign Immunities Act.  The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

490.     Count Six only applies to plaintiffs' claims against foreign states; Sedaghaty is not a defendant under the Foreign Sovereign Immunities Act.  The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

### Count Seven — Punitive Damages

491.     Sedaghaty hereby incorporates its responses to the previous allegations as if fully set forth herein.

492.     No response is required to the allegations in this paragraph because the Punitive Damages cause of action was dismissed by the Memorandum Decision and Order of the Court dated September 13, 2010.  The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied. Sedaghaty denies that plaintiffs are entitled to any of the relief requested in their prayer for relief under Count Seven against him, or that they are entitled to any relief in this action against him.

### Count Eight — Property Damage

493.     Sedaghaty hereby incorporates its responses to the previous allegations as if fully set forth herein.

494.     The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

495.     The allegations of this paragraph constitute a conclusion of law to which no

response is required.  To the extent a response is required, the allegations are denied.  Sedaghaty

denies that plaintiffs are entitled to any of the relief requested in their prayer for relief under

Count Eight against him, or that they are entitled to any relief in this action against him.

### Jury Demand

Plaintiffs' statement regarding a jury trial and jury demand contain no allegations to

which a response is required.

Each and every allegation in plaintiffs' complaint that has not been specifically admitted

is hereby denied.

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

Plaintiffs' claims fail to state a claim against Sedaghaty for which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

### (Causation)

There is no causal connection between any of Sedaghaty's activities and plaintiffs'

injuries.

## THIRD AFFIRMATIVE DEFENSE

### (Causation)

No act or omission of any agent, servant, or employee of Sedaghaty proximately caused

any harm or damage to plaintiffs.

## FOURTH AFFIRMATIVE DEFENSE

49

(Causation)

Sedaghaty's activities were not the proximate cause of any harm or damage to plaintiffs.

## FIFTH AFFIRMATIVE DEFENSE

(Scienter)

Plaintiffs fail to adequately allege scienter on Sedaghaty's part.

## SIXTH AFFIRMATIVE DEFENSE

(Other Tortfeasors)

Plaintiffs' damages and injuries were caused by other individuals or entities who are, or are not, named as parties to this action.

## SEVENTH AFFIRMATIVE DEFENSE

(Improper Venue)

This Court is not the proper venue for plaintiffs' claims against Sedaghaty.

## EIGHTH AFFIRMATIVE DEFENSE

(Subject Matter Jurisdiction)

This Court does not have subject matter jurisdiction over plaintiffs' claims against Sedaghaty.

## NINTH AFFIRMATIVE DEFENSE

(Personal Jurisdiction)

This Court does not have personal jurisdiction over plaintiffs' claims against Sedaghaty.

## TENTH AFFIRMATIVE DEFENSE

(Estoppel)

Plaintiffs are estopped from receiving the relief requested against Sedaghaty.

## ELEVENTH AFFIRMATIVE DEFENSE

(Statute of Limitations)

Plaintiffs' claims against Sedaghaty are barred, in whole or in part, by the applicable statute of limitation(s).

## TWELFTH AFFIRMATIVE DEFENSE

(Punitive Damages)

Plaintiffs' claims for punitive damages against Sedaghaty are barred because Sedaghaty's activities, as alleged by plaintiffs, were not committed with intent, malice, willful and outrageous conduct aggravated by evil motive, or reckless indifference, and none of Sedaghaty's activities in any way were intended to, or did harm, the plaintiffs in this action.

## THIRTEENTH AFFIRMATIVE DEFENSE

(Joint or Several Liability)

Defendant is not liable for plaintiffs' damages based on the doctrines of several liability and/or combined or comparative fault, under N.Y. C.P.L.R. § 1601 *et seq*.

## FOURTEENTH AFFIRMATIVE DEFENSE

(No Double Recovery)

Plaintiffs have waived their claims based on the doctrine disallowing double recovery and/or the doctrine of election of remedies.

## FIFTEENTH AFFIRMATIVE DEFENSE

(Collateral Source)

Plaintiffs have waived their claims based on the collateral source doctrine.

## SIXTEENTH AFFIRMATIVE DEFENSE

(Subrogation)

Plaintiffs have waived their claims based on the doctrine of subrogation and/or the doctrine of equitable subrogation.

## SEVENTEENTH AFFIRMATIVE DEFENSE

In response to plaintiffs' claims, Sedaghaty intends to invoke any other defenses, including affirmative defenses, as they may become apparent through discovery, and reserve the right, in accordance with the Federal Rules of Civil Procedure and the Local Civil Rules of the United States District Court for the Southern District of New York, to assert such defenses.

Sedaghaty requests that the Plaintiffs' Sixth Amended Complaint be dismissed with prejudice as to him, and that the Court award attorney's fees and costs to Sedaghaty in defending against a case with no factual or legal basis against him, and award any other relief that the Court

deems just under the circumstances.

Respectfully submitted,


/s/ Lynne Bernabei
_____
Lynne Bernabei        D.C. Bar No. 938936
Alan R. Kabat         D.C. Bar No. 464258
Bernabei & Wachtel, PLLC
1775 T Street, N.W.
Washington, D.C. 20009
(202) 745-1942

Attorneys for Defendant
Perouz Sedaghaty

Dated:  October 15, 2010

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 15, 2010, I caused the foregoing to be served electronically on counsel of record by the Court's Electronic Case Filing (ECF) System, pursuant to ¶ 9(a) of Case Management Order No. 2 (June 16, 2004).


/s/ Alan R. Kabat

_____

Alan R. Kabat