# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

|  |  |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | )<br>) No. 03 MDL 1570 (GBD/FM)<br>)      ECF Case |

_____

This document relates to:

> WORLD TRADE CENTER PROPERTIES LLC, *et al.* v. AL BARAKA INVESTMENT AND
> DEVELOPMENT CORP.*, et al.*, Case No. 04-CV-07280.

## DEFENDANT AL HARAMAIN ISLAMIC FOUNDATION, INC. (USA) ANSWER TO COMPLAINT

Defendant Al Haramain Islamic Foundation, Inc. (USA) ("AHIF-USA"), through

undersigned counsel, and pursuant to Rule 12, Fed. R. Civ. P., hereby submits its Answer to

Plaintiffs' Complaint ("Complaint").

## INTRODUCTION

1.      AHIF-USA does not possess sufficient knowledge or information to admit or

deny the allegations contained in this paragraph.

2.      AHIF-USA does not possess sufficient knowledge or information to admit or

deny the allegations contained in this paragraph.

3.      The allegations of this paragraph constitute a conclusion of law to which no

response is required.  To the extent a response is required, the allegations are denied.

4.      The allegations of this paragraph constitute a conclusion of law to which no

response is required.  To the extent a response is required, the allegations are denied.

5.      AHIF-USA does not possess sufficient knowledge or information to admit or

deny the allegations contained in this paragraph.

6.      AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

7.      AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

8.      AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

9.      AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

10.      AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

11.      AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

12.      AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

13.      AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

14.      AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

15.      AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

16.      AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

17.      AHIF-USA does not possess sufficient knowledge or information to admit or

deny the allegations contained in this paragraph.

18.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

19.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

20.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

21.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

22.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

23.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

24.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

25.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

26.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

27.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

28.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

29.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

30.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

31.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

32.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

33.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

34.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

35.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

36.     The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

37.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

38.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

39.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

40.     AHIF-USA does not possess sufficient knowledge or information to admit or

deny the allegations contained in this paragraph.

## Jurisdiction and Venue

41.     AHIF-USA denies that this court has subject matter jurisdiction over it under 28

U.S.C. §§ 1331 and 1367, and 18 U.S.C. §§ 1962 (RICO), 2334, and 2338 (Anti-Terrorism Act).

AHIF-USA denies that jurisdiction over plaintiffs' claims against it is proper under 28 U.S.C. §§

1330(a), and 1603-1611, because those provisions apply solely to actions against foreign states.

42.     AHIF-USA denies that jurisdiction over plaintiffs' claims against it is proper

under 28 U.S.C. §§ 1605(a)(5) and 1605(a)(7), because those provisions apply solely to actions

against foreign states.

43.     AHIF-USA denies that venue is proper under "28" [*sic*, 18] U.S.C. § 2334.

AHIF-USA denies that venue is proper under 28 U.S.C. §§ 1391(d) and 1391(f)(4), because

those provisions apply solely to actions against aliens and foreign states.

## Parties -- Plaintiffs

44.     AHIF-USA does not possess sufficient knowledge or information to admit or

deny the allegations contained in this paragraph.

45.     AHIF-USA does not possess sufficient knowledge or information to admit or

deny the allegations contained in this paragraph.

46.     AHIF-USA does not possess sufficient knowledge or information to admit or

deny the allegations contained in this paragraph.

47.     AHIF-USA does not possess sufficient knowledge or information to admit or

deny the allegations contained in this paragraph.

48.     AHIF-USA does not possess sufficient knowledge or information to admit or

deny the allegations contained in this paragraph.

49.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

50.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

51.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

## Factual Allegations Against Defendants

52.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

53.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

54.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

55.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

56.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

57.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

58.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

59.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

60.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

61.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

62.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

63.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

64.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

65.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

66.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

67.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

68.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

69.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

70.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

71.     AHIF-USA does not possess sufficient knowledge or information to admit or

deny the allegations contained in this paragraph.

72.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

73.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

74.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

75.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

76.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

77.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

78.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

79.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

80.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

81.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

82.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

83.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

84.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

85.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

86.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

87.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

88.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

89.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

90.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

91.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

92.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

93.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

94.     AHIF-USA does not possess sufficient knowledge or information to admit or

deny the allegations contained in this paragraph.

95.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

96.     AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

97.     AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

98.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

99.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

100.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

101.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

102.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

103.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

104.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

105.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

106.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

107.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

108.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

109.    AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

110.    AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

111.    AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

112.    AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

113.    AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

114.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

115.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

116.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

117.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

118.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

119.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

120.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

121.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

122.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

123.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

124.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

125.   AHIF-USA does not possess sufficient knowledge or information to admit or

deny the allegations contained in this paragraph.

126.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

127.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

128.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

129.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

130.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

131.    AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

132.    AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

133.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

134.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

135.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

136.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

137.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

138.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

139.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

140.    AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

141.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

142.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

143.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

144.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

145.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

146.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

147.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

148.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

149.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

150.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

151.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

152.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

153.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

154.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

155.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

156.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

157.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

158.    AHIF-USA does not possess sufficient knowledge or information to admit or

deny the allegations contained in this paragraph.

159.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

160.    AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

161.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

162.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

163.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

164.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

165.    AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

166.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

167.    AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

168.    AHIF-USA does not possess sufficient knowledge or information to admit or

16

deny the allegations contained in this paragraph.

169.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

170.    AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

171.    AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

172.    AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

173.    AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

174.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

175.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

176.    AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

177.    AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-

USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

178.    AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

179.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

180.    AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

181.    AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

182.    AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

183.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

184.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

185.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

186.    AHIF-USA does not possess sufficient knowledge or information to admit or

deny the allegations contained in this paragraph.

187.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

188.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

189.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

190.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

191.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

192.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

193.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

194.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

195.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

196.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

197.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

198.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

199.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

200.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

201.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

202.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

203.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

204.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

205.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

206.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

207.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

208.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

209.    AHIF-USA does not possess sufficient knowledge or information to admit or

deny the allegations contained in this paragraph.

210.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

211.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

212.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

213.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

214.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

215.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

216.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

217.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

218.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

219.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

220.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

221.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

222.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

223.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

224.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

225.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

226.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

227.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

228.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

229.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

230.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

231.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

232.    AHIF-USA does not possess sufficient knowledge or information to admit or

deny the allegations contained in this paragraph.

233.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

234.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

235.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

236.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

237.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

238.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

239.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

240.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

241.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

242.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

243.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

244.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

245.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

246.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

247.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

248.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

249.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

250.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

251.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

252.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

253.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

254.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

255.    AHIF-USA does not possess sufficient knowledge or information to admit or

deny the allegations contained in this paragraph.

256.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

257.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

258.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

259.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

260.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

261.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

262.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

263.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

264.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

265.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

266.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

267.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

268.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

269.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

270.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

271.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

272.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

273.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

274.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

275.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

276.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

277.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

278.    AHIF-USA does not possess sufficient knowledge or information to admit or

deny the allegations contained in this paragraph.

279.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

280.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

281.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

282.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

283.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

284.    AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

285.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

286.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

287.    AHIF-USA admits that the United States Treasury Department designated it and froze its assets.  AHIF-USA denies the other allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

288.    AHIF-USA does not possess sufficient knowledge or information to admit or

deny the allegations contained in this paragraph.

289.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

290.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

291.    AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

292.    AHIF-USA denies that AHIF-USA is "controlled primarily from al-Haramain's headquarters in Riyadh, Saudi Arabia."  AHIF-USA admits that Aqeel al-Aqeel and Mansour al-Kadi were formerly officers of AHIF-USA.  AHIF-USA admits that the United States government has designated two groups in Bosnia and Somalia affiliated with al-Haramain (Saudi Arabia) as terrorist entities.  AHIF-USA denies all other allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

293.    AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

294.    AHIF-USA admits that AHIF-USA is incorporated and registered to do business in Oregon.  AHIF-USA denies the remaining allegations in this paragraph insofar as they refer to AHIF-USA, Soliman H.S. al-Buthe, or Perouz Seda Ghaty.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

295.    AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

296.    AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

297.    AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

298.    AHIF-USA admits that the United States government has designated two groups in Bosnia and Somalia affiliated with al-Haramain (Saudi Arabia).  AHIF-USA denies the other allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

299.    AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

300.    AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

301.    AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

302.    AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

303.    AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

304.    AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

305.    AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

306.    AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

307.    AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

308.    AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

309.    AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all

other allegations contained in this paragraph.

310.     AHIF-USA denies that AHIF-USA is a business entity of al-Haramain (Saudi Arabia), and avers that "al-Haramain [sic] Foundation" and the "al-Haramain [sic] Islamic Foundation" are assumed business names of AHIF-USA under Oregon law, and denies that they are business entities of al-Haramain (Saudi Arabia).  AHIF-USA denies that AHIF-USA, al-Haramain [sic] Foundation, or al-Haramain [sic] Islamic Foundation, are one and the same as al-Haramain's office in Riyadh, Saudi Arabia.  AHIF-USA admits that Aqeel al-Aqeel and Mansour al-Kadi were formerly officers of AHIF-USA.  AHIF-USA denies the remaining allegations in this paragraph, including that it is specifically linked to al Qaeda operations.

311.     AHIF-USA denies that AHIF-USA's Year 2000 Form 990 states that "it operates an Islamic center in Springfield, Missouri;" instead, its Year 2000 Form 990 states that "Prayer houses are located in Ashland, Ore. and Springfield, Mo.," and the Springfield prayer house is operated by a separate group.  AHIF-USA denies that the property in Springfield, Missouri is owned by al-Haramain (Saudi Arabia).  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph, to the extent an additional response is required.

312.     AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

313.     AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

314.     AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-

31

USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

315.    AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

316.    AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

317.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

318.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

319.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

320.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

321.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

322.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

323.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

324.    AHIF-USA does not possess sufficient knowledge or information to admit or

deny the allegations contained in this paragraph.

325.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

326.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

327.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

328.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

329.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

330.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

331.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

332.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

333.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

334.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

335.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

336.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

337.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

338.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

339.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

340.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

341.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

342.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

343.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

344.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

345.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

346.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

347.    AHIF-USA does not possess sufficient knowledge or information to admit or

deny the allegations contained in this paragraph.

348.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

349.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

350.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

351.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

352.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

353.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

354.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

355.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

356.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

357.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

358.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

359.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

360.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

361.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

362.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

363.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

364.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

365.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

366.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

367.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

368.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

369.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

370.    AHIF-USA does not possess sufficient knowledge or information to admit or

deny the allegations contained in this paragraph.

371.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

372.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

373.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

374.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

375.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

376.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

377.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

378.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

379.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

380.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

381.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

382.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

383.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

384.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

385.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

386.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

387.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

388.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

389.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

390.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

391.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

392.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

393.    AHIF-USA does not possess sufficient knowledge or information to admit or

deny the allegations contained in this paragraph.

394.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

395.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

396.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

397.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

398.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

399.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

400.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

401.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

402.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

403.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

404.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

405.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

406.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

407.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

408.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

409.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

410.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

411.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

412.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

413.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

414.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

415.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

416.    AHIF-USA does not possess sufficient knowledge or information to admit or

deny the allegations contained in this paragraph.

417.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

418.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

419.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

420.    AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

421.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

422.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

423.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

424.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

425.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

426.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

427.    AHIF-USA does not possess sufficient knowledge or information to admit or

deny the allegations contained in this paragraph.

428.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

429.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

430.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

431.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

432.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

433.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

434.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

435.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

436.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

437.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

438.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

439.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

440.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

441.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

442.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

443.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

444.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

445.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

446.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

447.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

448.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

449.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

450.    AHIF-USA does not possess sufficient knowledge or information to admit or

deny the allegations contained in this paragraph.

451.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

452.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

453.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

454.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

455.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

456.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

457.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

458.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

459.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

460.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

461.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

462.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

463.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

464.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

465.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

466.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

467.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

468.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

469.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

470.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

471.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

472.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

473.    AHIF-USA does not possess sufficient knowledge or information to admit or

deny the allegations contained in this paragraph.

474.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

475.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

476.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

477.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

478.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

479.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

480.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

481.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

482.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

483.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

484.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

485.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

486.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

487.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

488.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

489.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

490.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

491.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

492.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

493.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

494.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

495.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

496.    AHIF-USA does not possess sufficient knowledge or information to admit or

deny the allegations contained in this paragraph.

497.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

498.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

499.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

500.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

501.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

502.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

503.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

504.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

505.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

506.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

507.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

508.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

509.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

510.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

511.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

512.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

513.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

514.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

515.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

516.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

517.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

518.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

519.     AHIF-USA does not possess sufficient knowledge or information to admit or

deny the allegations contained in this paragraph.

520.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

521.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

522.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

523.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

524.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

525.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

526.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

527.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

528.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

529.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

530.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

531.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

532.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

533.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

534.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

535.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

536.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

537.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

538.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

539.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

540.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

541.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

542.    AHIF-USA does not possess sufficient knowledge or information to admit or

deny the allegations contained in this paragraph.

543.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

544.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

545.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

546.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

547.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

548.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

549.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

550.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

551.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

552.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

553.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

554.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

555.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

556.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

557.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

558.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

559.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

560.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

561.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

562.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

563.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

564.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

565.     AHIF-USA does not possess sufficient knowledge or information to admit or

deny the allegations contained in this paragraph.

566.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

567.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

568.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

569.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

570.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

571.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

572.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

573.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

574.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

575.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

576.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

577.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

578.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

579.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

580.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

581.   AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

582.   AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

583.   AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

584.   AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

585.   AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

586.     AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

587.     AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

588.     AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

589.     AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

590.     AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

591.     AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

592.     AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

593.     AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all

other allegations contained in this paragraph.

594.    AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

595.    AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

596.    AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

597.    AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

598.    AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

599.    AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

600.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

601.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

602.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

603.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

604.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

605.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

606.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

607.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

608.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

609.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

610.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

611.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

612.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

613.    AHIF-USA does not possess sufficient knowledge or information to admit or

deny the allegations contained in this paragraph.

614.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

615.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

616.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

617.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

618.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

619.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

620.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

621.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

622.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

623.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

624.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

625.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

626.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

627.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

628.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

629.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

630.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

631.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

632.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

633.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

634.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

635.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

636.     AHIF-USA does not possess sufficient knowledge or information to admit or

deny the allegations contained in this paragraph.

637.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

638.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

639.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

640.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

641.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

642.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

643.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

644.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

645.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

646.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

647.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

648.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

649.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

650.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

651.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

652.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

653.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

654.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

655.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

656.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

657.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

658.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

659.    AHIF-USA does not possess sufficient knowledge or information to admit or

deny the allegations contained in this paragraph.

660.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

661.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

662.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

663.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

664.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

665.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

666.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

667.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

668.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

669.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

670.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

671.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

672.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

673.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

674.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

675.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

676.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

677.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

678.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

679.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

680.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

681.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

682.    AHIF-USA does not possess sufficient knowledge or information to admit or

deny the allegations contained in this paragraph.

683.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

684.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

685.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

686.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

687.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

688.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

689.    AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

690.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

691.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

692.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

693.    AHIF-USA does not possess sufficient knowledge or information to admit or

deny the allegations contained in this paragraph.

694.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

695.     AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

696.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

697.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

698.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

699.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

700.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

701.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

702.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

703.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

704.     AHIF-USA does not possess sufficient knowledge or information to admit or

deny the allegations contained in this paragraph.

705.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

706.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

707.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

708.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

709.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

710.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

711.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

712.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

713.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

714.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

715.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

716.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

717.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

718.     AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

719.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

720.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

721.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

722.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

723.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

724.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

725.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

726.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

727.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

728.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

729.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

730.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

731.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

732.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

733.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

734.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

735.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

736.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

737.     AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

738.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

739.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

740.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

741.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

742.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

743.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

744.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

745.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

746.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

747.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

748.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

749.   AHIF-USA does not possess sufficient knowledge or information to admit or

deny the allegations contained in this paragraph.

750.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

751.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

752.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

753.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

754.    AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

755.    AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

756.    AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

757.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

758.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

759.    AHIF-USA does not possess sufficient knowledge or information to admit or

deny the allegations contained in this paragraph.

760.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

761.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

762.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

763.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

764.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

765.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

766.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

767.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

768.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

769.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

770.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

771.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

772.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

773.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

774.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

775.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

776.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

777.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

778.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

779.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

780.    AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

781.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

782.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

783.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

784.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

785.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

786.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

787.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

788.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

789.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

790.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

791.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

792.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

793.    AHIF-USA does not possess sufficient knowledge or information to admit or

deny the allegations contained in this paragraph.

794.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

795.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

796.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

797.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

798.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

799.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

800.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

801.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

802.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

803.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

804.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

805.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

806.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

807.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

808.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

809.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

810.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

811.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

812.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

813.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

814.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

815.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

816.    AHIF-USA does not possess sufficient knowledge or information to admit or

deny the allegations contained in this paragraph.

817.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

818.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

819.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

820.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

821.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

822.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

823.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

824.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

825.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

826.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

827.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

828.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

829.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

830.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

831.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

832.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

833.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

834.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

835.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

836.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

837.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

838.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

839.    AHIF-USA does not possess sufficient knowledge or information to admit or

deny the allegations contained in this paragraph.

840.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

841.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

842.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

843.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

844.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

845.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

846.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

847.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

848.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

849.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

850.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

851.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

852.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

853.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

854.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

855.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

856.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

857.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

858.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

859.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

860.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

861.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

862.    AHIF-USA does not possess sufficient knowledge or information to admit or

deny the allegations contained in this paragraph.

863.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

864.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

865.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

866.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

867.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

868.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

869.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

870.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

871.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

872.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

873.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

874.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

875.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

876.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

877.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

878.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

879.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

880.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

881.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

882.    AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

883.    AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

884.    AHIF-USA does not possess sufficient knowledge or information to admit or

deny the allegations contained in this paragraph.

885.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

886.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

887.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

888.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

889.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

890.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

891.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

892.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

893.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

894.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

895.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

896.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

897.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

898.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

899.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

900.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

901.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

902.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

903.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

904.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

905.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

906.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

907.     AHIF-USA does not possess sufficient knowledge or information to admit or

deny the allegations contained in this paragraph.

908.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

909.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

910.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

911.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

912.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

913.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

914.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

915.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

916.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

917.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

918.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

919.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

920.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

921.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

922.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

923.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

924.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

925.     AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

926.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

927.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

928.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

929.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

86

930.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

931.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

932.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

933.   AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

934.   AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

935.   AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

936.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

937.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

938.   AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

939.   AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-

USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

940.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

941.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

942.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

943.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

944.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

945.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

946.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

947.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

948.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

949.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

950.    AHIF-USA does not possess sufficient knowledge or information to admit or

deny the allegations contained in this paragraph.

951.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

952.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

953.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

954.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

955.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

956.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

957.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

958.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

959.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

960.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

961.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

962.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

963.    AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

964.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

965.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

966.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

967.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

968.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

969.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

970.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

971.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

972.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

973.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

974.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

975.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

976.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

977.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

978.    AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

979.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

980.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

981.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

982.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

983.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

984.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

985.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

986.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

987.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

988.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

989.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

990.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

991.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

992.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

993.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

994.     AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

995.     AHIF-USA does not possess sufficient knowledge or information to admit or

deny the allegations contained in this paragraph.

996.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

997.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

998.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

999.    AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1000.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1001.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1002.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1003.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1004.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1005.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1006.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1007.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1008.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1009.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1010.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1011.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1012.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1013.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1014.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1015.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1016.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1017.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1018.   AHIF-USA does not possess sufficient knowledge or information to admit or

deny the allegations contained in this paragraph.

1019.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1020.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1021.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1022.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1023.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1024.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1025.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1026.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1027.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1028.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1029.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1030.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1031.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1032.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1033.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1034.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1035.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1036.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1037.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1038.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1039.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1040.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1041.   AHIF-USA does not possess sufficient knowledge or information to admit or

deny the allegations contained in this paragraph.

1042.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1043.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1044.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1045.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1046.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1047.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1048.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1049.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1050.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1051.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1052.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1053.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1054.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1055.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1056.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1057.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1058.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1059.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1060.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1061.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1062.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1063.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1064.   AHIF-USA does not possess sufficient knowledge or information to admit or

deny the allegations contained in this paragraph.

1065.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1066.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1067.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1068.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1069.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1070.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1071.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1072.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1073.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1074.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1075.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1076.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1077.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1078.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1079.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1080.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1081.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1082.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1083.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1084.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1085.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1086.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1087.   AHIF-USA does not possess sufficient knowledge or information to admit or

deny the allegations contained in this paragraph.

1088.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1089.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1090.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1091.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1092.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1093.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1094.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1095.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1096.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1097.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1098.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1099.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1100.   AHIF-USA denies the allegations in this paragraph insofar as they refer to AHIF-USA.  AHIF-USA does not possess sufficient knowledge or information to admit or deny all other allegations contained in this paragraph.

1101.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1102.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1103.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1104.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1105.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1106.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1107.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1108.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1109.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1110.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1111.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1112.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1113.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1114.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1115.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1116.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1117.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1118.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1119.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1120.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

1121.   AHIF-USA does not possess sufficient knowledge or information to admit or

deny the allegations contained in this paragraph.

      1122.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

      1123.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

      1124.   AHIF-USA does not possess sufficient knowledge or information to admit or deny the allegations contained in this paragraph.

## CLAIMS

### Count One — Anti-Terrorism Act

      1125.   AHIF-USA hereby incorporates its responses to the previous allegations as if fully set forth herein.

      1126.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

      1127.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

      1128.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

      1129.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

      1130.   No response is required to the allegations in this paragraph because the aiding and abetting cause of action was dismissed by the Memorandum Decision and Order of the Court dated September 13, 2010.  The allegations of this paragraph constitute a conclusion of law to

which no response is required.  To the extent a response is required, the allegations are denied.

1131.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

## Count Two — RICO

1132.   AHIF-USA hereby incorporates its responses to the previous allegations as if fully set forth herein.

1133.   No response is required to the allegations in this paragraph because the RICO cause of action was dismissed by the Memorandum Decision and Order of the Court dated September 13, 2010. The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

1134.   No response is required to the allegations in this paragraph because the RICO cause of action was dismissed by the Memorandum Decision and Order of the Court dated September 13, 2010. The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

## Count Three — RICO

1135.   AHIF-USA hereby incorporates its responses to the previous allegations as if fully set forth herein.

1136.   No response is required to the allegations in this paragraph because the RICO cause of action was dismissed by the Memorandum Decision and Order of the Court dated September 13, 2010. The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

1137.   No response is required to the allegations in this paragraph because the RICO cause of action was dismissed by the Memorandum Decision and Order of the Court dated

September 13, 2010. The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

1138.   No response is required to the allegations in this paragraph because the RICO cause of action was dismissed by the Memorandum Decision and Order of the Court dated September 13, 2010. The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

1139.   No response is required to the allegations in this paragraph because the RICO cause of action was dismissed by the Memorandum Decision and Order of the Court dated September 13, 2010. The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

1140.   No response is required to the allegations in this paragraph because the RICO cause of action was dismissed by the Memorandum Decision and Order of the Court dated September 13, 2010. The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

1141.   No response is required to the allegations in this paragraph because the RICO cause of action was dismissed by the Memorandum Decision and Order of the Court dated September 13, 2010. The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

1142.   No response is required to the allegations in this paragraph because the RICO cause of action was dismissed by the Memorandum Decision and Order of the Court dated September 13, 2010. The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

**Count Four  — RICO**

1143.   AHIF-USA hereby incorporates its responses to the previous allegations as if fully set forth herein.

1144.   No response is required to the allegations in this paragraph because the RICO cause of action was dismissed by the Memorandum Decision and Order of the Court dated September 13, 2010. The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

1145.   No response is required to the allegations in this paragraph because the RICO cause of action was dismissed by the Memorandum Decision and Order of the Court dated September 13, 2010. The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

1146.   No response is required to the allegations in this paragraph because the RICO cause of action was dismissed by the Memorandum Decision and Order of the Court dated September 13, 2010. The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

1147.   No response is required to the allegations in this paragraph because the RICO cause of action was dismissed by the Memorandum Decision and Order of the Court dated September 13, 2010. The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

1148.   No response is required to the allegations in this paragraph because the RICO cause of action was dismissed by the Memorandum Decision and Order of the Court dated September 13, 2010. The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

1149.   No response is required to the allegations in this paragraph because the RICO

cause of action was dismissed by the Memorandum Decision and Order of the Court dated September 13, 2010. The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

1150.   No response is required to the allegations in this paragraph because the RICO cause of action was dismissed by the Memorandum Decision and Order of the Court dated September 13, 2010. The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

### Count Five — Trespass

1151.   AHIF-USA hereby incorporates its responses to the previous allegations as if fully set forth herein.

1152.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

1153.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

1154.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

1155.   No response is required to the allegations in this paragraph because the aiding and abetting and conspiracy causes of action were dismissed by the Memorandum Decision and Order of the Court dated September 13, 2010.  The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

1156.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

1157.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

### Count Six  — Property Damage

1158.   AHIF-USA hereby incorporates its responses to the previous allegations as if fully set forth herein.

1159.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

1160.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

1161.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

1162.   The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

### Count Seven  — Conspiracy

1163.   AHIF-USA hereby incorporates its responses to the previous allegations as if fully set forth herein.

1164.   No response is required to the allegations in this paragraph because the Conspiracy cause of action was dismissed by the Memorandum Decision and Order of the Court dated September 13, 2010.  The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

1165.   No response is required to the allegations in this paragraph because the Conspiracy cause of action was dismissed by the Memorandum Decision and Order of the Court dated September 13, 2010.  The allegations of this paragraph constitute a conclusion of law to

which no response is required.  To the extent a response is required, the allegations are denied.

1166.   No response is required to the allegations in this paragraph because the Conspiracy cause of action was dismissed by the Memorandum Decision and Order of the Court dated September 13, 2010.  The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

1167.   No response is required to the allegations in this paragraph because the Conspiracy cause of action was dismissed by the Memorandum Decision and Order of the Court dated September 13, 2010.  The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

### Count Eight — Aiding and Abetting

1168.   AHIF-USA hereby incorporates its responses to the previous allegations as if fully set forth herein.

1169.   No response is required to the allegations in this paragraph because the aiding and abetting cause of action was dismissed by the Memorandum Decision and Order of the Court dated September 13, 2010. The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

1170.   No response is required to the allegations in this paragraph because the aiding and abetting cause of action was dismissed by the Memorandum Decision and Order of the Court dated September 13, 2010. The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

1171.   No response is required to the allegations in this paragraph because the aiding and abetting cause of action was dismissed by the Memorandum Decision and Order of the Court dated September 13, 2010. The allegations of this paragraph constitute a conclusion of law to

which no response is required.  To the extent a response is required, the allegations are denied.

1172.   No response is required to the allegations in this paragraph because the aiding and abetting cause of action was dismissed by the Memorandum Decision and Order of the Court dated September 13, 2010. The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

1173.   No response is required to the allegations in this paragraph because the aiding and abetting cause of action was dismissed by the Memorandum Decision and Order of the Court dated September 13, 2010. The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

**Count Nine — Violation of International Law**

1174.   AHIF-USA hereby incorporates its responses to the previous allegations as if fully set forth herein.

1175.   No response is required to the allegations in this paragraph because the International Law cause of action was dismissed by the Memorandum Decision and Order of the Court dated September 13, 2010.  The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

1176.   No response is required to the allegations in this paragraph because the International Law cause of action was dismissed by the Memorandum Decision and Order of the Court dated September 13, 2010.  The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

1177.   No response is required to the allegations in this paragraph because the

International Law cause of action was dismissed by the Memorandum Decision and Order of the Court dated September 13, 2010. The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

1178. No response is required to the allegations in this paragraph because the International Law cause of action was dismissed by the Memorandum Decision and Order of the Court dated September 13, 2010. The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

1179. No response is required to the allegations in this paragraph because the International Law cause of action was dismissed by the Memorandum Decision and Order of the Court dated September 13, 2010. The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

**Punitive Damages**

1180. AHIF-USA hereby incorporates its responses to the previous allegations as if fully set forth herein.

1181. No response is required to the allegations in this paragraph because the Punitive Damages cause of action was dismissed by the Memorandum Decision and Order of the Court dated September 13, 2010. The allegations of this paragraph constitute a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

1182. No response is required to the allegations in this paragraph because the Punitive Damages cause of action was dismissed by the Memorandum Decision and Order of the Court

dated September 13, 2010.  The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

1183.   No response is required to the allegations in this paragraph because the Punitive Damages cause of action was dismissed by the Memorandum Decision and Order of the Court dated September 13, 2010.  The allegations of this paragraph constitute a conclusion of law to which no response is required.  To the extent a response is required, the allegations are denied.

## Prayer for Relief

1184.   AHIF-USA denies that plaintiffs are entitled to any of the relief requested in their prayer for relief under Count One against AHIF-USA, or that they are entitled to any relief in this action against AHIF-USA.

1185.   AHIF-USA denies that plaintiffs are entitled to any of the relief requested in their prayer for relief under Count Two against AHIF-USA, or that they are entitled to any relief in this action against AHIF-USA.

1186.   AHIF-USA denies that plaintiffs are entitled to any of the relief requested in their prayer for relief under Count Three against AHIF-USA, or that they are entitled to any relief in this action against AHIF-USA.

1187.   AHIF-USA denies that plaintiffs are entitled to any of the relief requested in their prayer for relief under Count Four against AHIF-USA, or that they are entitled to any relief in this action against AHIF-USA.

1188.   AHIF-USA denies that plaintiffs are entitled to any of the relief requested in their prayer for relief under Count Five against AHIF-USA, or that they are entitled to any relief in this action against AHIF-USA.

1189.   AHIF-USA denies that plaintiffs are entitled to any of the relief requested in their prayer for relief under Count Six against AHIF-USA, or that they are entitled to any relief in this action against AHIF-USA.

1190.   AHIF-USA denies that plaintiffs are entitled to any of the relief requested in their prayer for relief under Count Seven against AHIF-USA, or that they are entitled to any relief in this action against AHIF-USA.

1191.   AHIF-USA denies that plaintiffs are entitled to any of the relief requested in their prayer for relief under Count Eight against AHIF-USA, or that they are entitled to any relief in this action against AHIF-USA.

1192.   AHIF-USA denies that plaintiffs are entitled to any of the relief requested in their prayer for relief under Count Nine against AHIF-USA, or that they are entitled to any relief in this action against AHIF-USA.

## Jury Demand

Plaintiffs' statement regarding a jury trial and jury demand contain no allegations to which a response is required.

Each and every allegation in plaintiffs' complaint that has not been specifically admitted is hereby denied.

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

Plaintiffs' claims fail to state a claim against AHIF-USA for which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

(Causation)

There is no causal connection between any of AHIF-USA's activities and plaintiffs' injuries.

## THIRD AFFIRMATIVE DEFENSE

(Causation)

No act or omission of any agent, servant, or employee of AHIF-USA proximately caused any harm or damage to plaintiffs.

## FOURTH AFFIRMATIVE DEFENSE

(Causation)

AHIF-USA's activities were not the proximate cause of any harm or damage to plaintiffs.

## FIFTH AFFIRMATIVE DEFENSE

(Scienter)

Plaintiffs fail to adequately allege scienter on AHIF-USA's part.

## SIXTH AFFIRMATIVE DEFENSE

(Other Tortfeasors)

Plaintiffs' damages and injuries were caused by other individuals or entities who are, or are not, named as parties to this action.

## SEVENTH AFFIRMATIVE DEFENSE

115

(Improper Venue)

This Court is not the proper venue for plaintiffs' claims against AHIF-USA.

## EIGHTH AFFIRMATIVE DEFENSE

(Subject Matter Jurisdiction)

This Court does not have subject matter jurisdiction over plaintiffs' claims against AHIF-USA.

## NINTH AFFIRMATIVE DEFENSE

(Personal Jurisdiction)

This Court does not have personal jurisdiction over plaintiffs' claims against AHIF-USA.

## TENTH AFFIRMATIVE DEFENSE

(Estoppel)

Plaintiffs are estopped from receiving the relief requested against AHIF-USA.

## ELEVENTH AFFIRMATIVE DEFENSE

(Statute of Limitations)

Plaintiffs' claims against AHIF-USA are barred, in whole or in part, by the applicable statute of limitation(s).

## TWELFTH AFFIRMATIVE DEFENSE

(Punitive Damages)

Plaintiffs' claims for punitive damages against AHIF-USA are barred because AHIF-USA's activities, as alleged by plaintiffs, were not committed with intent, malice, willful and outrageous conduct aggravated by evil motive, or reckless indifference, and none of AHIF-USA's activities in any way were intended to, or did harm, the plaintiffs in this action.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Joint or Several Liability)

Defendant is not liable for plaintiffs' damages based on the doctrines of several liability and/or combined or comparative fault, under N.Y. C.P.L.R. § 1601 *et seq.*

## FOURTEENTH AFFIRMATIVE DEFENSE

### (No Double Recovery)

Plaintiffs have waived their claims based on the doctrine disallowing double recovery and/or the doctrine of election of remedies.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Collateral Source)

Plaintiffs have waived their claims based on the collateral source doctrine.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Subrogation)

Plaintiffs have waived their claims based on the doctrine of subrogation and/or the doctrine of equitable subrogation.

## SEVENTEENTH AFFIRMATIVE DEFENSE

In response to plaintiffs' claims, AHIF-USA intends to invoke any other defenses, including affirmative defenses, as they may become apparent through discovery, and reserve the right, in accordance with the Federal Rules of Civil Procedure and the Local Civil Rules of the United States District Court for the Southern District of New York, to assert such defenses.


AHIF-USA requests that the Plaintiffs' Complaint be dismissed with prejudice as to AHIF-USA, and that the Court award attorney's fees and costs to AHIF-USA in defending against a case with no factual or legal basis against AHIF-USA, and award any other relief that the Court deems just under the circumstances.

Respectfully submitted,


/S/ Lynne Bernabei
_____
Lynne Bernabei          D.C. Bar No. 938936
Alan R. Kabat            D.C. Bar No. 464258
Bernabei & Wachtel, PLLC
1775 T Street, N.W.
Washington, D.C. 20009
(202) 745-1942

Attorneys for Defendant
Al Haramain Islamic Foundation, Inc.

Dated:  October 15, 2010

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2010, I caused the foregoing to be served

electronically on counsel of record by the Court's Electronic Case Filing (ECF) System, pursuant

to ¶ 9(a) of Case Management Order No. 2 (June 16, 2004).


/s/ Alan R. Kabat
_____
Alan R. Kabat