**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03-MD-1570 (GBD)(FM) ECF Case |

This document relates to:

*Ashton, et al. v. Al Qaeda Islamic Army, et al.* No. 02-CV-6977
*Burnett, et al. v. Al Baraka Investment & Development Corp., et al.,* No. 03-CV-5738
*Continental Casualty Co., et al. v. Al Qaeda Islamic Army, et al.*, No. 04-CV-05970
*Federal Insurance Col, et al. v. Al Qaida, et al.*, No. 03-CV-6978
*Estate of O'Neill, et al. v. Al Baraka Investment and Development Corp.*, et al,
       No. 04-CV-1923
*New York Marine, et al. v. Al Qaida, et al.,*  No. 04-CV-6105
*World Trade Center Properties, LLC, et al. v. Al Baraka Investment and Development
       Corp.*, et al., No. 04-CV-07280

## Rule 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Fed. R. Civ. P. there are no parent corporations or any publicly held corporations that own any of the stock of the World Assembly of Muslim Youth Saudi Arabia or World Assembly of Muslim Youth International, which do not have any stock.


Dated: October 15, 2010            Respectfully submitted,


                                   /s/Omar T. Mohammedi_____
                                   Omar T. Mohammedi, Esq.
                                   Law Firm of Omar T. Mohammedi, LLC
                                   Woolworth Building
                                   233 Broadway, Suite 801
                                   New York, NY 10279
                                   *Attorneys for World Assembly of Muslim Youth
                                   Saudi Arabia and World Assembly of Muslim Youth
                                   International*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2010, I caused the foregoing to be served electronically on counsel of record by the Court's Electronic Case Filing (ECF) System, pursuant to ¶ 9(a) of Case Management Order No. 2 of June 16, 2004.

/s/Omar T. Mohammedi_____
Omar T. Mohammedi, Esq.
Law Firm of Omar T. Mohammedi, LLC
Woolworth Building
233 Broadway, Suite 801
New York, NY 10279
*Attorneys for World Assembly of Muslim Youth Saudi Arabia and World Assembly of Muslim Youth International*