**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | 03-MD-1570 (GBD)(FM) ECF Case |

This document relates to: *Continental Casualty Company, et al. v. Al Qaeda Islamic, et al., Case No. 04 CV 5970*

**DEFENDANTS WORLD ASSEMBLY OF MUSLIM YOUTH SAUDI ARABIA AND WORLD ASSEMBLY OF MUSLIM YOUTH INTERNATIONAL ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT[1]**

1.  Defendants admit only that on September 11, 2001, passenger jet airliners crashed into the World Trade Center Towers in New York and the Pentagon in Arlington, Virginia.  To the extent the allegations implicate Defendants, the allegations are denied.  To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

**JURISDICTION AND VENUE**

2.  To the extent these allegations are deemed to require a response, they are denied.

3.  To the extent these allegations are deemed to require a response, they are denied.

4.  To the extent these allegations are deemed to require a response, they are denied.

**PARTIES**

---

[1] Note that each numbered paragraph in this answer corresponds with and responds to the paragraph in the *Continental Casualty Company v. Al Qaeda* Second Amended Complaint bearing the same number.

5.   Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

6.   Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

7.   Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

8.   Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

9.   Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

10.   Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

11.   Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

12.   Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

13.   Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

14.   Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

15.   Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

16. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

17. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

18. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

19. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

20. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

21. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

22. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

23. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

24. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

25. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

26. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

## **SUMMARY OF ALLEGATIONS**

27. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

28. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

29. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

30. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

31. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

32. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

33. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

34. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

35. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

36. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

37. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

38. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

39. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

40. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

41. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

42. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

43. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

44. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

45. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

46. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

47. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

48. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

49. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

50. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

51. To the extent the allegations implicate Defendants, the allegations are denied. To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

52. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

53. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

54. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

55. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

56. To the extent the allegations implicate Defendants, the allegations are denied. To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

57. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

58. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

59. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

60. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

61. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

62. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

63. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

64. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

65. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

66. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

67. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

68. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

69. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

70. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

71. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

72. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

73. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

74. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

75. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

76. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

77. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

78. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

79. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

80. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

81. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

82. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

83. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

84. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

85. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

86. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

87. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

88. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

89. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

90. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

91. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

92. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

93. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

94. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

95. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

96. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

97. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

98. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

99. Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

100.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

101.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

102.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

103.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

104.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

105.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

106.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

107.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

108.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

109.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

110.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

111.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

112.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

113.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

114.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

115.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

116.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

117.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

118.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

119.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

120.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

121.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

122.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

123.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

124.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

125.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

126.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

127.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

128.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

129.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

130.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

131.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

132.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

133.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

134.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

135.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

136.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

137.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

138.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

139.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

140.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

141.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

142.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

143.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

144.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

145.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

146.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

147.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

148.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

149.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

150.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

151.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

152.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

153.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

154.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

155.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

156.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

157.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

158.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

159.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

160.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

161.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

162.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

163.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

164.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

165.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

166.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

167.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

168.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

169.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

170.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

171.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

172.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

173.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

174.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

175.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

176.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

177.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

178.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

179.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

180.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

181.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

182.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

183.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

184.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

185.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

186.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

187.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

188.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

189.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

190.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

191.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

192.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

193.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

194.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

195.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

196.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

197.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

198.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

199.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

200.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

201.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

202.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

203.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

204.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

205.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

206.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

207.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

208.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

209.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

210.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

211.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

212.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

213.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

214.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

215.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

216.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

217.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

218.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

219.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

220.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

221.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

222.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

223.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

224.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

225.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

226.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

227.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

228.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

229.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

230.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

231.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

232.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

233.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

234.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

235.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

236.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

237.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

238.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

239.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

240.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

241.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

242.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

243.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

244.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

245.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

246.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

247.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

248.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

249.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

250.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

251.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

252.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

253.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

254.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

255.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

256.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

257.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

258.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

259.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

260.    To the extent the allegations implicate Defendants, the allegations are denied.  To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

261.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

262.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

263.    To the extent the allegations implicate Defendants, the allegations are denied.  To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

264.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

265.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

266.    To the extent the allegations implicate Defendants, the allegations are denied.  To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

267.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

268.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

269.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

270.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

271.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

272.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

273.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

274.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

275.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

276.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

277.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

278.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

279.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

280.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

281.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

282.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

283.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

284.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

285.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

286.   Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

287.   Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

288.   Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

289.   Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

290.   Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

291.   Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

292.   Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

293.   Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

294.   Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

295.   Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

296.   Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

297.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

298.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

299.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

300.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

301.    To the extent the allegations implicate Defendants, the allegations are denied.  To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

302.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

303.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

304.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

305.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

306.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

307.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

308.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

309.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

310.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

311.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

312.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

313.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

314.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

315.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

316.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

317.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

318.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

319.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

320.    To the extent the allegations implicate Defendants, the allegations are denied.  To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

321.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

322.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

323.    To the extent the allegations implicate Defendants, the allegations are denied.  To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

324.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

325.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

326.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

327.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

328.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

329.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

330.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

331.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

332.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

333.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

334.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

335.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

336.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

337.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

338.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

339.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

340.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

341.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

342.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

343.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

344.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

345.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

346.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

347.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

348.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

349.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

350.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

351.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

352.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

353.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

354.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

355.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

356.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

357.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

358.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

359.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

360.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

361.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

362.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

363.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

364.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

365.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

366.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

367.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

368.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

369.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

370.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

371.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

372.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

373.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

374.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

375.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

376.    To the extent the allegations implicate Defendants, the allegations are denied.  To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

377.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

378.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

379.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

380.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

381.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

382.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

383.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

384.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

385.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

386.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

387.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

388.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

389.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

390.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

391.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

392.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

393.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

394.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

395.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

396.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

397.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

398.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

399.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

400.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

401.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

402.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

403.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

404.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

405.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

406.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

407.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

408.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

409.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

410.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

411.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

412.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

413.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

414.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

415.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

416.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

417.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

418.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

419.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

420.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

421.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

422.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

423.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

424.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

425.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

426.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

427.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

428.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

429.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

430.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

431.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

432.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

433.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

434.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

435.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

436.   To the extent the allegations implicate Defendants, the allegations are denied.  To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

437.   To the extent the allegations implicate Defendants, the allegations are denied.  To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

438.   To the extent the allegations implicate Defendants, the allegations are denied.  To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

439.   To the extent the allegations implicate Defendants, the allegations are denied.  To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

440.   To the extent the allegations implicate Defendants, the allegations are denied.  To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

441.   Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

442.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

443.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

444.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

445.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

446.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

447.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

448.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

449.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

450.    To the extent the allegations implicate Defendants, the allegations are denied.  To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

451.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

452.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

453.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

454.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

455.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

456.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

457.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

458.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

459.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

460.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

461.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

462.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

463.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

464.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

465.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

466.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

467.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

468.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

469.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

470.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

471.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

472.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

473.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

474.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

475.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

476.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

477.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

478.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

479.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

480.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

481.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

482.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

483.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

484.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

485.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

486.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

487.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

488.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

489.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

490.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

491.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

492.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

493.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

494.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

495.    To the extent the allegations implicate Defendants, the allegations are denied.  To the extent the allegations implicate other defendants, Defendants

are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

496.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

497.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

498.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

499.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

500.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

501.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

502.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

503.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

504.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

505.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

506.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

507.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

508.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

509.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

510.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

511.    To the extent the allegations implicate Defendants, the allegations are denied.  To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

512.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

513.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

514.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

515.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

516.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

517.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

518.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

519.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

520.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

521.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

522.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

523.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

524.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

525.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

526.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

527.     To the extent the allegations implicate Defendants, the allegations are
denied.  To the extent the allegations implicate other defendants, Defendants
are without knowledge or information sufficient to admit or deny the truth of
the allegations, therefore the allegations are denied.

528.     Defendants are without knowledge or information sufficient to admit or
deny the truth of these allegations, therefore the allegations are denied.

529.     Defendants are without knowledge or information sufficient to admit or
deny the truth of these allegations, therefore the allegations are denied.

530.     Defendants are without knowledge or information sufficient to admit or
deny the truth of these allegations, therefore the allegations are denied.

531.     Defendants are without knowledge or information sufficient to admit or
deny the truth of these allegations, therefore the allegations are denied.

532.     Defendants are without knowledge or information sufficient to admit or
deny the truth of these allegations, therefore the allegations are denied.

533.     Defendants are without knowledge or information sufficient to admit or
deny the truth of these allegations, therefore the allegations are denied.

534.     Defendants are without knowledge or information sufficient to admit or
deny the truth of these allegations, therefore the allegations are denied.

535.     Defendants are without knowledge or information sufficient to admit or
deny the truth of these allegations, therefore the allegations are denied.

536.     Defendants are without knowledge or information sufficient to admit or
deny the truth of these allegations, therefore the allegations are denied.

537.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

538.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

539.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

540.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

541.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

542.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

543.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

544.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

545.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

546.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

547.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

548.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

549.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

550.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

551.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

552.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

553.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

554.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

555.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

556.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

557.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

558.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

559.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

560.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

561.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

562.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

563.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

564.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

565.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

566.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

567.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

568.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

569.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

570.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

571.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

572.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

573.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

574.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

575.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

576.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

577.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

578.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

579.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

580.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

581.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

582.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

583.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

584.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

585.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

586.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

587.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

588.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

589.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

590.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

591.     Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

592.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

593.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

594.    Defendants are without knowledge or information sufficient to admit or deny the truth of these allegations, therefore the allegations are denied.

## **ALLEGATIONS COMMON TO ALL CLAIMS FOR RELIEF**

595.    To the extent the allegations implicate Defendants, the allegations are denied.  To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

596.    To the extent the allegations implicate Defendants, the allegations are denied.  To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

597.    To the extent the allegations implicate Defendants, the allegations are denied.  To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

598.    To the extent the allegations implicate Defendants, the allegations are denied.  To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

599.    To the extent the allegations implicate Defendants, the allegations are denied.  To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

## FIRST CLAIM FOR RELIEF

600.    Defendants incorporate its responses to the preceding paragraphs by reference.

601.    To the extent the allegations implicate Defendants, the allegations are denied.  To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

602.    To the extent the allegations implicate Defendants, the allegations are denied.  To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

603.    To the extent the allegations implicate Defendants, the allegations are denied.  To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

604.    To the extent the allegations implicate Defendants, the allegations are denied.  To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

605.     To the extent the allegations implicate Defendants, the allegations are denied.  To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

606.     To the extent the allegations implicate Defendants, the allegations are denied.  To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

## SECOND CLAIM FOR RELIEF

607.     Defendants incorporate its responses to the preceding paragraphs by reference.

608.     This Count was dismissed pursuant to the Court's Order of September 13, 2010, and therefore these paragraphs require no response.  To the extent the Count is not dismissed and the allegations implicate Defendants, the allegations are denied.

609.     This Count was dismissed pursuant to the Court's Order of September 13, 2010, and therefore these paragraphs require no response.  To the extent the Count is not dismissed and the allegations implicate Defendants, the allegations are denied.

610.     This Count was dismissed pursuant to the Court's Order of September 13, 2010, and therefore these paragraphs require no response.  To the extent the Count is not dismissed and the allegations implicate Defendants, the allegations are denied.

611.    This Count was dismissed pursuant to the Court's Order of September 13, 2010, and therefore these paragraphs require no response.  To the extent the Count is not dismissed and the allegations implicate Defendants, the allegations are denied.

612.    This Count was dismissed pursuant to the Court's Order of September 13, 2010, and therefore these paragraphs require no response.  To the extent the Count is not dismissed and the allegations implicate Defendants, the allegations are denied.

613.    This Count was dismissed pursuant to the Court's Order of September 13, 2010, and therefore these paragraphs require no response.  To the extent the Count is not dismissed and the allegations implicate Defendants, the allegations are denied.

## **THIRD CLAIM FOR RELIEF**

614.    Defendants incorporate its responses to the preceding paragraphs by reference.

615.    This Count was dismissed pursuant to the Court's Order of September 13, 2010, and therefore these paragraphs require no response.  To the extent the Count is not dismissed and the allegations implicate Defendants, the allegations are denied.

616.    This Count was dismissed pursuant to the Court's Order of September 13, 2010, and therefore these paragraphs require no response.  To the extent the Count is not dismissed and the allegations implicate Defendants, the allegations are denied.

617.   This Count was dismissed pursuant to the Court's Order of September 13, 2010, and therefore these paragraphs require no response.  To the extent the Count is not dismissed and the allegations implicate Defendants, the allegations are denied.

Defendants deny that Plaintiffs are entitled to the relief listed in the WHEREFORE clause from Defendants.  Defendants are without knowledge or information sufficient to admit or deny whether Plaintiffs are entitled to relief from other defendants.

Each and every averment in Plaintiffs' Second Amended Complaint that has not been specifically admitted is denied.

## ADDENDUM TO SECOND AMENDED COMPLAINT (p. 175)

**A.**   **Al Rajhi Banking & Investment Corporation**

To the extent the allegations implicate Defendants, the allegations are denied.  To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

## ADDENDUM TO SECOND AMENDED COMPLAINT (pp. 176-221)

A.   **Al Rajhi Banking & Investment Corporation**

To the extent the allegations implicate Defendants, the allegations are denied.  To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

**B.**   **Sulaiman Abdel Aziz al Rajhi**

61

To the extent the allegations implicate Defendants, the allegations are denied. To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

C.     **Saleh Abdulaziz al Rajhi**

To the extent the allegations implicate Defendants, the allegations are denied. To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

D.     **Abdullah Sulaiman al Rajhi**

To the extent the allegations implicate Defendants, the allegations are denied. To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

E.     **Sheikh Abdul Aziz Al Ibrahim**

To the extent the allegations implicate Defendants, the allegations are denied. To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

F.     **World Assembly of Muslim Youth**

Defendant WAMY admits only that WAMY is a Saudi organization existing in Saudi Arabia.  Defendant WAMY International admits that WAMY International is a U.S. based organization separate from WAMY Saudi

Arabia.  To the extent that Plaintiffs' identify WAMY as a multi-national organization headquartered in Saudi Arabia, the allegations are denied.  To the extent the remaining allegations implicate Defendants, the allegations are denied.  To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

G.   **The Abdul Aziz al Ibrahim Foundation**

To the extent the allegations implicate Defendants, the allegations are denied. To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

H.   **Saleh Abdullah Kamel, Dallah Al Baraka Group and Al Baraka Investment and Development**

To the extent the allegations implicate Defendants, the allegations are denied. To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

**ADDENDUM TO SECOND AMENDED COMPLAINT (pp. 222-269)**

See Responses A-H, *supra*

**ADDENDUM TO SECOND AMENDED COMPLAINT (pp. 270-424)**

See Responses A-H, *supra*

I.   **Yeslam Bin Laden**

To the extent the allegations implicate Defendants, the allegations are denied.

To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

J.    **Al-Barakaat, Al-Barakat Bank of Somalia, Al-Barakat Finance Group, Al-Barakat Financial Holding, Col, Al Barakat Global Telecommunications, Al Barakat Group of Companies Somalia Limited, Al-Barakat International, Al-Barakat Investments, Barakat Wire Transfer Company**

To the extent the allegations implicate Defendants, the allegations are denied. To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

K.    **Al Shamal Islamic Bank a/k/a Shamel Bank a/k/a Bank El Shamar**

To the extent the allegations implicate Defendants, the allegations are denied. To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

L.    **Omar al-Bayouni**

To the extent the allegations implicate Defendants, the allegations are denied. To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

M.     **Mamoun Darkazanli**

To the extent the allegations implicate Defendants, the allegations are denied. To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

N.     **(No defendants are listed herein)**

O.     **Global Relief Foundation**

To the extent the allegations implicate Defendants, the allegations are denied. To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

P.     **Bank Al Taqwa (et al.)**

To the extent the allegations implicate Defendants, the allegations are denied. To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

Q.     **Islamic African Relief Agency**

To the extent the allegations implicate Defendants, the allegations are denied. To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

R.     **Benevolence International Foundation**

To the extent the allegations implicate Defendants, the allegations are denied.

To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

S.    **Yassin Abdullah al-Qadi**

To the extent the allegations implicate Defendants, the allegations are denied. To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

T.    **Wafa Humanitarian Organization**

To the extent the allegations implicate Defendants, the allegations are denied. To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

**(no letter) Tadamon Islamic Bank**

To the extent the allegations implicate Defendants, the allegations are denied. To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

U.    **Al Haramain Islamic Foundation**

To the extent the allegations implicate Defendants, the allegations are denied. To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

V.      **SAAR Network Executives**

To the extent the allegations implicate Defendants, the allegations are denied.

To the extent the allegations implicate other defendants, Defendants are

without knowledge or information sufficient to admit or deny the truth of the

allegations, therefore the allegations are denied.

W.      **Asat Trust**

To the extent the allegations implicate Defendants, the allegations are denied.

To the extent the allegations implicate other defendants, Defendants are

without knowledge or information sufficient to admit or deny the truth of the

allegations, therefore the allegations are denied.

X.      **Dar Al Maal Al Islami Trust**

To the extent the allegations implicate Defendants, the allegations are denied.

To the extent the allegations implicate other defendants, Defendants are

without knowledge or information sufficient to admit or deny the truth of the

allegations, therefore the allegations are denied.

Y.      **Saudi Bin Laden Group**

To the extent the allegations implicate Defendants, the allegations are denied.

To the extent the allegations implicate other defendants, Defendants are

without knowledge or information sufficient to admit or deny the truth of the

allegations, therefore the allegations are denied.

Z.      **Bakr Bin Laden**

To the extent the allegations implicate Defendants, the allegations are denied.

To the extent the allegations implicate other defendants, Defendants are

without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

AA.    **Abdullah & Omar Bin Laden**

To the extent the allegations implicate Defendants, the allegations are denied. To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

BB.    **Tarek Bin Laden**

To the extent the allegations implicate Defendants, the allegations are denied. To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

CC.    **Mohammed Bin Laden Organization**

To the extent the allegations implicate Defendants, the allegations are denied. To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

DD.    **Prince Naif**

To the extent the allegations implicate Defendants, the allegations are denied. To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

EE.     **Rabita Trust**

To the extent the allegations implicate Defendants, the allegations are denied. To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

FF.     **Prince Abdullah Al Faisal Bin Abdulaziz Al Saud, Mohammed Bin Abdulrahman Al Ariefy and Alfaisaliah Group (a/k/a al Faisal Group Holding Co.)**

To the extent the allegations implicate Defendants, the allegations are denied. To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

GG.     **Abdulrahman Alamoudi**

To the extent the allegations implicate Defendants, the allegations are denied. To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

HH.     **Prince Mohamed**

To the extent the allegations implicate Defendants, the allegations are denied. To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

II.   **African Muslim Agency, Grove Corporate, Inc., Heritage Education Trust, Inc., International Institute of Islamic Thought, Mar-Jac Investments, Inc., Mena Corporation, Reston Investments, Inc., Safa Trust, Sterling Charitable Gift Fund, Sterling Management Group, Inc. and York Foundation (the "SAAR Network Entities")**

To the extent the allegations implicate Defendants, the allegations are denied. To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

JJ.   **Mar-Jac Poultry, Inc.**

To the extent the allegations implicate Defendants, the allegations are denied. To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

KK.   **Saudi Red Crescent Society and Dr. Abdul Rahman Al Swailem**

To the extent the allegations implicate Defendants, the allegations are denied. To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

LL.   **Adnan Basha**

To the extent the allegations implicate Defendants, the allegations are denied. To the extent the allegations implicate other defendants, Defendants are

without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

MM.  **Shahir A. Batterjee**

To the extent the allegations implicate Defendants, the allegations are denied. To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

NN.  **Dr. Abdullah bin Mohsen Al Turki**

To the extent the allegations implicate Defendants, the allegations are denied. To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

OO.  **International Islamic Relief Organization**

To the extent the allegations implicate Defendants, the allegations are denied. To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

PP.  **Saudi Joint Relief Committee for Kosovo and Chechnya**

To the extent the allegations implicate Defendants, the allegations are denied. To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

QQ. **Wael Julaidain**

To the extent the allegations implicate Defendants, the allegations are denied. To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

RR. **Tarik Hamdi**

To the extent the allegations implicate Defendants, the allegations are denied. To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

SS. **Saudi High Commission for Relief to Bosnia and Herzegovina**

To the extent the allegations implicate Defendants, the allegations are denied. To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

TT. **Prince Salman**

To the extent the allegations implicate Defendants, the allegations are denied. To the extent the allegations implicate other defendants, Defendants are without knowledge or information sufficient to admit or deny the truth of the allegations, therefore the allegations are denied.

UU. **National Commercial Bank**

To the extent the allegations implicate Defendants, the allegations are denied. To the extent the allegations implicate other defendants, Defendants are

without knowledge or information sufficient to admit or deny the truth of the

allegations, therefore the allegations are denied.

VV.   **Prince Sultan**

To the extent the allegations implicate Defendants, the allegations are denied.

To the extent the allegations implicate other defendants, Defendants are

without knowledge or information sufficient to admit or deny the truth of the

allegations, therefore the allegations are denied.

WW.   **(No defendants are listed herein)**

XX.   Soliman Al-Buthe

To the extent the allegations implicate Defendants, the allegations are denied.

To the extent the allegations implicate other defendants, Defendants are

without knowledge or information sufficient to admit or deny the truth of the

allegations, therefore the allegations are denied.

YY.   **Faisal Islamic Bank – Sudan**

To the extent the allegations implicate Defendants, the allegations are denied.

To the extent the allegations implicate other defendants, Defendants are

without knowledge or information sufficient to admit or deny the truth of the

allegations, therefore the allegations are denied.

**(YY)  Khalid Bin Mahfouz**

To the extent the allegations implicate Defendants, the allegations are denied.  To

the extent the allegations implicate other defendants, Defendants are without

knowledge or information sufficient to admit or deny the truth of the allegations,

therefore the allegations are denied.

ZZ.     **Dubai Islamic Bank**

To the extent the allegations implicate Defendants, the allegations are denied.
To the extent the allegations implicate other defendants, Defendants are
without knowledge or information sufficient to admit or deny the truth of the
allegations, therefore the allegations are denied.

## AFFIRMATIVE DEFENSES

1. Plaintiffs fail to state a claim upon which relief can be granted.

2. This Court does not have personal jurisdiction over Plaintiffs' claims against
   Defendants.

3. This Court does not subject matter jurisdiction over Plaintiffs' claims against
   Defendants.

4. There is no causal connection between any of Defendants' activities and
   Plaintiffs' alleged injuries.

5. No act or omission of any agent, servant, or employee of Defendants
   proximately caused any harm or damages to Plaintiffs.

6. Plaintiffs fail to adequately allege scienter.

7. Plaintiffs fail to adequately allege proximate cause.

8. Plaintiffs' alleged damages and injuries were caused by other individuals or
   entities who are, or are not, named as parties to this action.

9. Defendants are not liable for Plaintiffs' damages based on the doctrines of
   several liability and/or combined or comparative fault pursuant to N.Y.
   C.P.L.R. Section 1601 et seq.

10. This Court is not proper venue for Plaintiff' claims against Defendants.

11. Plaintiffs have waived their claims based on the doctrine disallowing double-recovery.

12. Plaintiffs have waived their claims based on the collateral source doctrine.

13. Plaintiffs have waived their claim based on the doctrine of equitable subrogation.

14. Plaintiffs' claims are barred to the extent that they failed to mitigate damages.

15. Plaintiffs have waived their claims against Defendants.

16. Plaintiffs' claims have been waived to the extent that certain Plaintiffs are seeking recovery against Defendants for the same or similar claims in other actions comprising the multi-district litigation entitled *In re Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (RCC), pending the United States District Court for the Southern District of New York.

17. Plaintiffs' state-law claims are pre-empted by federal law.

18. Plaintiffs' claims are barred based on principles of International Comity.

19. Plaintiffs' claims are barred by the doctrines of laches.

20. Plaintiffs' claims are barred by the doctrine of election of remedies.

21. Plaintiffs' claims are barred by Political Question doctrine.

22. Plaintiffs' claims are barred based on Sovereign Immunity.

23. Plaintiffs' claims are barred by the Act of State doctrine.

24. Plaintiffs have released their claims against Defendants.

25. Plaintiffs have discharged their claims against Defendants.

26. Plaintiffs' claims are barred by the doctrine of compromise and settlement.

27. Plaintiffs are precluded from asserting their claims by the doctrine of res judicata.

28. Plaintiffs are precluded from asserting their claims by the doctrine of collateral estoppel.

29. Plaintiffs lack standing to pursue their claims against Defendants.

30. Plaintiffs' claims are barred by the statute of limitations.

31. Plaintiffs are estopped from receiving the relief requested against Defendants.

32. Plaintiffs' claims are barred to the extent that they violate Defendants' right to Due Process.

33. Plaintiffs' claims are invalid in light of workers' compensation laws, regulations, rules and case law.

34. Plaintiffs' claims for punitive damages against Defendants are invalid because Defendants' activities as alleged by Plaintiffs, were not committed with intent, malice and outrageous conduct aggravated by evil motive, or reckless indifference and none of Defendants' activities in any way were intended to, or did harm, the Plaintiffs in this action.

35. Defendants intend to invoke all other defenses, including affirmative defenses, that become apparent in the future (including through discovery) and reserve the right, in accordance with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Southern District of New York, to assert such defenses at a later point in time.

Dated: October 15, 2010                     Respectfully submitted,

/s/Omar T. Mohammedi_____
Omar T. Mohammedi, Esq.
Law Firm of Omar T. Mohammedi, LLC
Woolworth Building
233 Broadway, Suite 801
New York, NY 10279
*Attorneys for World Assembly of Muslim Youth*
*Saudi Arabia and World Assembly of Muslim Youth*
*International*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 15, 2010, I caused the foregoing to be served electronically on counsel of record by the Court's Electronic Case Filing (ECF) System, pursuant to ¶ 9(a) of Case Management Order No. 2 of June 16, 2004.

/s/Omar T. Mohammedi_____
Omar T. Mohammedi, Esq.
Law Firm of Omar T. Mohammedi, LLC
Woolworth Building
233 Broadway, Suite 801
New York, NY 10279
*Attorneys for World Assembly of Muslim Youth*
*Saudi Arabia and World Assembly of Muslim Youth*
*International*