IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

)
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001    ) 03 MDL No. 1570 (GBD)(FM)
)
)

This document relates to:

    ASHTON, et al. v. AL QAEDA ISLAMIC ARMY, et al.,
        Case No. 02-CV-6977;
    BURNETT, et al. v. AL BARAKA INVESTMENT & DEVELOPMENT CORP., et al.,
        Case No. 03-CV-5738;
    CANTOR FITZGERALD ASSOCIATES, LP, et al. v. AKIDA INVESTMENT CO., LTD., et al.,
        Case No. 04-CV-7065;
    CONTINENTAL CASUALTY CO., et al. v. AL QAEDA ISLAMIC ARMY, et al.,
        Case No. 04-CV-05970;
    EURO BROKERS, INC., et al. v. AL BARAKA INVESTMENT AND DEVELOPMENT CORP., et al.,
        Case No. 04-CV-07279;
    FEDERAL INSURANCE CO., et al. v. AL QAIDA, et al.,
        Case No. 03-CV-6978;
    ESTATE OF O'NEILL, et al. v. AL BARAKA INVESTMENT AND DEVELOPMENT CORP., et al.,
        Case No. 04-CV-1923; and
    WORLD TRADE CENTER PROPERTIES LLC, et al. v. AL BARAKA INVESTMENT AND
        DEVELOPMENT CORP., et al., Case No. 04-CV-07280.

### DECLARATION OF ALAN R. KABAT

I am an attorney licensed to practice in the District of Columbia and am admitted *pro hac vice* in this matter. I am with the law firm of Bernabei & Wachtel, PLLC, counsel to the Al Haramain Islamic Foundation, Inc. (USA). I submit this declaration to transmit to the Court the following documents submitted in support of the Al Haramain Islamic Foundation, Inc. (USA)'s Rule 72 Objections to October 28, 2010 Ruling:

    1.    Exhibit A is a copy of the Opposition to the Motion to Compel (Dec. 10, 2009).

    2.    Exhibit B is a copy of excerpts of the transcript of the motions hearing held on February 8, 2010.

3. Exhibit C is a copy of excerpts of the transcript of the discovery conference held on October 28, 2010.

I declare under the penalties of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on November 12, 2010.

*Alan R. Kabat*
_____
Alan R. Kabat, Esquire