**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)<br>ECF Case |

*This document relates to:  All Cases*

**AFFIRMATION OF ADAM C. BONIN TRANSMITTING DOCUMENTS AND**
**EVIDENCE IN OPPOSITION TO THE RENEWED MOTION TO DISMISS OF THE**
**SAUDI BINLADIN GROUP**

Adam C, Bonin, Esq., affirms as follows:

1.  I am an attorney admitted to practice *pro hac vice* in the above-captioned matter, and associated with the law firm of Cozen O'Connor.  I submit this Affirmation to transmit to the Court the following documents and evidence submitted in opposition to the Renewed Motion to Dismiss of Saudi Binladin Group.

2.  Exhibit A to this Affirmation Is Plaintiffs' Summary of Allegations and Evidence in Support of Their Theories of Specific Jurisdiction as to Saudi Binladin Group.

3.  Affirmed in Philadelphia, Pennsylvania, on November 18, 2010.

Adam C. Bonin, Esq..