

2 of 2 DOCUMENTS

Copyright 1998 British Broadcasting Corporation
BBC Summary of World Broadcasts

September 12, 1998, Saturday

**SECTION:** Part 4 The Middle East; SUDAN; ME/D3330/MED

**LENGTH:** 199 words

**HEADLINE:** Speaker Turabi says Bin Ladin "not expelled" from Sudan

**SOURCE:** Source: MBC TV, London, in Arabic 1830 gmt 10 Sep 98

**BODY:**

[36]

Excerpt from recorded interview with Sudanese National Assembly Speaker Hasan al-Turabi by Layla al-Shaykhali, date and place not given; broadcast by Arabic-language MBC TV on 10th September

... [Shaykhali] Your ties with Usamah Bin Ladin raise many questions. Bin Ladin stayed in Sudan for years, you harboured him, then you kicked him out. This relationship seems suspicious. What is the truth about this relationship?

[Turabi] For those who know nothing about Saudi Arabia, Bin Ladin has the biggest family and construction company that builds roads and institutions. He came to Sudan as a branch of this company. He built the road linking Khartoum to the north, which could have been extended to reach Port Sudan. He also built the Port Sudan airport. He stayed away from the social life in Sudan. He also set up an agriculture project in Sudan. He was a struggler, and he had full US and Arab backing when he was struggling in Afghanistan. After that, he was not expelled from Sudan by the Sudanese and did not leave because he hated Sudan. He just did not want to cause an embarrassment in the relations with Saudi Arabia, which stripped him of his nationality.

**LOAD-DATE:** September 11, 1998