EX. 7a

TRANSLATION BEGINS HERE:

PAGES 001 TO 103

**PAGE 1 - 3 (STATEMENT NO. 2)**

(TN: WRITTEN ON FOLLOWING LETTERHEAD-ALL PAGES OF THIS DOCUMENT ARE WRITTEN ON THE SAME LETTERHEAD)
IN THE NAME OF GOD THE MOST MERCIFUL AND MOST COMPASSIONATE

THE COMMITTEE FOR ADVICE AND REFORM
STATEMENT NUMBER 7
LONDON OFFICE

ADDRESS: BM BOX 7666, LONDON, WCIN 3XX, U.K
FAX: ((00441713289651))
TELEPHONE: ((00441716242462))

[handwritten: 12 April 1994 / LRC To King Fahd]

OUR INVITATION TO GIVE ADVICE AND REFORM

(TN: THE AUTHOR OFFERS HIS SALUTATIONS AND MAKES A FEW REFERENCES TO THE QURAN BEFORE BEGINNING THE STATEMENT).

TO KING FAHD BIN 'ABD-AL-'AZIZ AL-SA'UD, OF THE KINGDOM OF SAUDI ARABIA, AND TO THE PEOPLE OF THE SAUDI ARABIAN PENINSULA - PEACE BE WITH YOU AND GOD'S BLESSINGS AND MERCY,

ON SEVERAL OCCASIONS YOU HAVE ASKED US TO RETURN TO THE COUNTRY, EXPRESSING THIS REQUEST WITH GREAT INSISTENCE. YOU HAVE USED A NUMBER OF METHODS AND WAYS TO GET THE MESSAGE ACROSS.

GOD ONLY KNOWS HOW MUCH WE MISS OUR HOMELAND, AND THERE IS NO

OTHER COUNTRY THAT WE LONG FOR. HOW COULD THIS NOT BE TRUE, GIVEN THAT IT IS THE CRADLE OF ISLAM AND THE SOURCE OF THE WORD (TN: OF THE PROPHET). IT IS ALSO THE BIRTHPLACE OF THE PROPHET AND HIS CHILDHOOD HOME.

HOWEVER, THE PAST AND PRESENT SITUATION, ALONG WITH THE CONNECTED EVENTS, HAVE CONVINCED US THAT IT IS NECESSARY FOR US TO REMAIN IN EXILE, KNOWING FULL WELL WHAT IS BEHIND YOUR DESIRE.

WE DO NOT SAY THIS BECAUSE OF OUR SUSPICION OR BECAUSE WE THINK ILL OF YOUR INTENTIONS; HOWEVER, ACTIONS AND EVENTS HAVE FORCED US TO THINK HARD ABOUT RETURNING. JUST TO LIST A FEW OF THE ACTIONS TO WHICH WE ARE REFERRING: WE WERE PREVENTED FROM TRAVELING, OUR MONEY WAS FROZEN IN FOREIGN BANK ACCOUNTS, A DEFAMATION CAMPAIGN WAS WAGED AGAINST US IN THE LOCAL AND INTERNATIONAL PRESS, AND FINALLY, YOU ATTEMPTED TO CUT OUR TIES WITH THE HOMELAND BY CONFISCATING OUR PASSPORTS. YOUR ACTIONS INDICATE TO US WHAT YOUR INTENTIONS ARE FOR US.

HOWEVER, ALL THESE MATTERS ARE OF LITTLE IMPORTANCE SINCE THEY ARE OF A PERSONAL NATURE, AND THE DISCORD BETWEEN US INVOLVES ISSUES OF CONCERN THAT ARE IMPORTANT AND INVOLVE THE WHOLE UMMAH (TN: THE MUSLIM COMMUNITY OR NATION).

IN OUR FIRST STATEMENT, WE PROMISED THAT WE WOULD ADDRESS THIS SITUATION. THE FULFILLMENT OF OUR PROMISE COMES IN THIS STATEMENT. WE HAVE DONE JUSTICE TO THOSE WHO DESERVE IT AND HARM TO THOSE WHO HAVE DONE HARM.

WE WILL SUMMARIZE THE ISSUES BRIEFLY AND WITHOUT LONG-WINDED DETAILS, AND WE WILL EXPLAIN MATTERS IN MORE DETAILS IN SUBSEQUENT STATEMENTS, GOD WILLING.

FIRST, ON MORE THAN ONE OCCASION, OUR RELIGIOUS SCHOLARS HAVE ADVISED YOU TO LAY OFF THOSE ACTIONS THAT HAVE INVOLVED BREAKING RULES AND COMMITTING CRIMES THAT RUN AGAINST GOD'S LAW.

HOWEVER, ALL YOU HAVE DONE IN RESPONSE IS MOCK US, STONEWALL US, AND REFUSE TO TAKE APPROPRIATE ACTIONS TO REMEDY THE SITUATION. YOUR ACTIONS DID NOT END AT THAT - YOU HAVE COMMITTED GREATER TRANSGRESSIONS IN THE LAND OF GOD AND RELIGION. HENCE IT IS NOT POSSIBLE TO REMAIN SILENT.

A GROUP OF ULEMA WHO HAVE HAD ENOUGH WITH CORRUPTION HAVE BEGUN CALLING FOR REFORM, AND THEY HAVE SUBMITTED NUMEROUS PETITIONS. INTELLECTUALS, ACADEMICS, BUSINESS PEOPLE, AND FORMER GOVERNMENT OFFICIALS HAVE JOINED THEM. ALL OF THESE PEOPLE HAVE SUBMITTED A NUMBER OF APPEALS FOR REFORM. IN THE YEAR 1411 - LUNAR CALENDAR - A PETITION WAS SUBMITTED, DURING THE GULF WAR, WHICH WAS SIGNED BY CLOSE TO 400 PEOPLE, CALLING FOR REFORM AND END TO INJUSTICE.

BUT YOU IGNORED THEIR ADVICE AND RIDICULED THEM, AND CONDITIONS CONTINUED TO DETERIORATE FURTHER.

BY 1413, THESE REFORMERS HAD NOT GIVEN UP. THEY CAME BACK AND SUBMITTED ADDITIONAL PETITIONS. ONE OF THE PETITIONS FORWARDED TO THE GOVERNMENT IDENTIFIED THE COUNTRY'S AILMENTS AND THE NECESSARY CURES. THE PETITION OUTLINED DEVIATIONS FROM THE SHARI'AH, THE FAILURES OF THE REGIME, THE MAJOR FLAWS OF THE GOVERNMENT, AND THE SUFFERING OF THE ULEMA, WHO HAVE BEEN MARGINALIZED AND PERSECUTED.

THE AFOREMENTIONED PETITION DISCUSSED THE FLAWS IN THE MEDIA, WHICH HAS BECOME A TOOL TO GLORIFY AND DEIFY INDIVIDUALS. THE MEDIA IS AN INSTRUMENT USED TO ALTER AND FALSIFY THE FACTS, TO ATTACK AND DEFAME GOOD PEOPLE, AND TO FALSELY DECRY INJUSTICE AGAINST THE UMMAH. ALL OF THIS IS DONE WITHOUT TAKING THE APPROPRIATE ACTIONS.

PEOPLE'S RIGHTS HAVE BEEN ABROGATED; THE ADMINISTRATION OF THE COUNTRY HAS CONTINUED TO DETERIORATE. AND CORRUPTION CONTINUES TO INFEST GOVERNMENTAL AGENCIES.

THE MONETARY AND ECONOMIC SITUATION CONTINUES TO WORSEN. THE FUTURE LOOKS BLEAK, IN LIGHT OF THE HUGE DEBTS THAT HAVE BURDENED THE COUNTRY. THESE DEBTS ARE THE RESULT OF THE PERSONAL WASTEFULNESS OF GOVERNMENT OFFICIALS. ALL OF THIS OCCURRING AT A TIME WHEN TAXES HAVE RISEN AND PEOPLE ARE BEING MORE FRUGAL IN ORDER TO DEAL WITH WHAT HAS TAKEN PLACE.

I HAVE DISCUSSED THE CONTEMPTIBLE SOCIAL SITUATION IN THE COUNTRY, WHICH HAS RECENTLY BECOME CRITICALLY DANGEROUS. I AM ESPECIALLY CONCERNED WITH THE WATER SERVICE, BECAUSE WATER IS THE MOST IMPORTANT ELEMENT OF LIFE.

I ALSO REVIEWED THE CONDITION OF THE ARMED FORCES. THE GULF CRISIS REVEALED THE LACK OF PREPAREDNESS, THE NEED FOR TROOPS, AND THE INEPTITUDE OF ITS LEADERSHIP. ALL OF THESE SHORTCOMINGS EXIST IN SPITE OF THE ASTRONOMICAL AMOUNTS THAT HAVE BEEN SPENT ON THE MILITARY.

THE PETITION ALSO DISCUSSED THE CONDITION OF THE JUDICIAL SYSTEM, WHERE SHARI'AH LAW HAS BEEN SUSPENDED; IT HAS BEEN REPLACED BY TEMPORARY LAWS.

AS FOR THE FOREIGN POLICY OF THE COUNTRY, THE PETITION HIGHLIGHTED THE DELINQUENCY AND CARELESSNESS WITH WHICH IT IS MANAGED. IN FACT, IT SAID THAT THE COUNTRY'S FOREIGN POLICY ACTUALLY WORKS AGAINST THE INTERESTS OF MUSLIMS, CITING AS EXAMPLES SUPPORT FOR THE GAZA AND JERICHO AGREEMENT, ALGERIA, AND MANY MORE.

IT IS KNOWN THAT THESE TEMPORARY LAWS OR POLICIES HAVE RESULTED IN SUPPORT FOR THE INFIDELS. ALSO, THIS BEHAVIOR IS AGAINST ISLAMIC LAW. THIS HAS BEEN STATED BY THE ULEMA, AMONG THEM THE LATE SHAYKH MUHAMMAD BIN ABD AL-WAHHAB - MAY GOD REST HIS SOUL.

THE AFOREMENTIONED PETITION RAISED THESE ISSUES IN A KIND, CLEAR AND HONEST FASHION. GIVING ADVICE TO THOSE WHO GOVERN IS A NECESSARY REQUIREMENT IN ISLAM, BUT THAT ALL OF THIS HAS NOT HELPED. THE PETITION RESULTED IN RIDICULE FOR THOSE WHO ENDORSED IT AND SYMPATHIZED WITH ITS CAUSE.

THOSE WHO WANTED REFORM HAVE CONTINUED THEIR EFFORTS. THEY FORMED THE "COMMITTEE FOR THE DEFENSE OF LEGITIMATE RIGHTS," WITH THE INTENT OF SUPPORTING JUSTICE. HOWEVER, THE COMMITTEE WAS RECEIVED IN AN EVEN WORSE FASHION.

ALL OF THIS HAS OCCURRED WITH THE BLESSING OF GOVERNMENT OFFICIALS. THESE OFFICIALS HAVE IMPLEMENTED POLICIES OF OBSCURANTISM AND OPPOSITION TO REFORM. AMONG THE ULEMA, THOSE WHO REFUSED TO BE CO-OPTED OR CORRUPTED HAVE BEEN ISOLATED. AS FOR THE COMMITTEES, THEY HAVE BEEN CO-OPTED OR INCORPORATED, AND THEY HAVE BECOME ARMS OF THE REGIME. THESE COMMITTEES HAVE ISSUED DECLARATIONS AND STATEMENTS SIMILAR IN CHARACTER TO THOSE ISSUED BY THE GOVERNMENT.

THESE COMMITTEES HAVE GIVEN THE PUBLIC EVERY REASON TO WITHHOLD THEIR TRUST FROM THEM. YET THESE COMMITTEES HAVE DARED TO ASK THE PUBLIC TO WITHHOLD THEIR TRUST FROM THOSE WHO DESERVE IT, SUCH AS SCHOLARS AND PREACHERS.

SECOND, THE CURRENT SITUATION IS CHARACTERIZED BY THE CORRUPTION OF THE SHARI'AH, THE SPREAD OF EVIL, THE RESTRICTION OF WORSHIP, AND THE WAGING OF WAR AGAINST JUST PEOPLE WHO ARE HUNTED AT HOME AND ABROAD. IN FULFILLMENT OF OUR PROMISES AND ADVISORY DUTIES, WE WOULD LIKE TO ANNOUNCE THE ARRIVAL OF OUR BROTHERS AND SCHOLARS INTO THE COUNTRY. THEY WILL OFFER KNOWLEDGEABLE ADVICE, AND THEY WILL BAN ALL PROHIBITED ACTIVITIES. WE ARE ALL A PART OF THE CALL TO ISLAM, AND WE WILL UNITE IN OUR EFFORTS TO ACHIEVE A COMMON GOAL.

AS A RESULT OF THE CURRENT STATE OF AFFAIRS IN THE COUNTRY, WE CONTINUE TO INSIST THAT YOU ABIDE BY THE REQUESTS OF THE COMMITTEE OF LEGITIMATE RIGHTS AND ALL OTHER LEGITIMATE REQUESTS.

IT IS NOT POSSIBLE FOR US TO WORK FROM WITHIN DUE TO THE TERRORISM AND PERVASIVE FEAR. FROM OUR POSITION HERE AND IN CONSULTATION WITH OUR BROTHERS IN THE ARABIAN PENINSULA, WE HAVE ESTABLISHED THE COMMITTEE FOR ADVICE AND REFORM.

FINALLY, WE ASK GOD THE ALMIGHTY TO BLESS THE UMMAH IN THIS RIGHTEOUS TASK. MAY GOD STRENGTHEN ITS OBEDIENCE, BREAK ITS DISOBEDIENCE, INCREASE ITS KNOWLEDGE, AND KEEP IT FROM ALL THAT IS REPREHENSIBLE. WE ALSO ASK GOD TO BRING US GOODNESS AND WARD OFF EVIL.

(TN: THE AUTHOR ENDS WITH A QUOTE FROM THE QURAN, WHICH STATES "GOD WILL NOT CHANGE A PEOPLE UNLESS THEY DO SO FOR THEMSELVES."

THANKS BE TO GOD.

DATED: 2/11/1414 AH
CORRESPONDING TO 12 APRIL 1994 AD

ON THEIR BEHALF:

USAMAH BIN MUHAMMAD BIN ((LADIN))

**PAGE 4 - 6 (DUPLICATE COPY OF STATEMENT 2 ABOVE)**

**PAGE 7 (STATEMENT NO. 3)**

SAUDI ARABIA SUPPORTS THE COMMUNISTS IN YEMEN

AFTER FOUR YEARS OF UNITY IN YEMEN, THE YEMENI SOCIALIST PARTY (YSP) IS DISAPPOINTED THAT UNITY HAS NOT CLOSED THE CURTAIN ON ITS BLACK HISTORY OF CRIMINAL BEHAVIOR OVER THE PAST 25 YEARS. THE YSP HAS ENSLAVED THE YEMENI PEOPLE, AND IT HAS RULED WITH AN IRON FIST. IT HAS KILLED ITS INNOCENT ULEMA AND SPREAD APOSTASY AND CORRUPTION. THE YSP BELIEVED THAT ACHIEVING UNITY WOULD BUY IT SOME TIME AFTER THE COLLAPSE OF THE COMMUNIST CAMP AND THE FADE OF SOCIALIST IDEAS IN MOST PARTS OF THE WORLD.

UNITY CREATED AN OPPORTUNITY TO BREAK CHAINS THAT HAVE SHACKLED THE ISLAMIC AWAKENING, WHICH HAS SPREAD IN THE NORTH AND THE SOUTH, INCREASING THE NUMBER OF PEOPLE WHO BELIEVE IN GOD'S FAITH. THIS FRUSTRATED THOSE WHO SUPPORT EVIL WITHIN AND OUTSIDE YEMEN. IT LED INFIDEL FORCES IN THE WORLD, IN SUPPORT WITH ITS AGENTS IN THE REGION, TO COME UP WITH A CONSPIRACY TO UNDO YEMENI UNITY. THE PURPOSE OF THE CONSPIRACY WAS TO RE-ESTABLISH THE TWO YEMENI STATES AND HAVE THEM FIGHT AND QUARREL WITH EACH OTHER. BY DIVIDING YEMEN, THE INFIDELS WOULD KEEP THE UMMAH WEAK, FORESTALL ISLAMIC UNITY, AND KEEP THE PEOPLE OF THE REGION COWERED, WHILE STRENGTHENING THE PRESENCE OF ENEMIES IN THE AREA.

FOR THE ABOVE STATED REASONS, THE YSP REVOLTED, WITH THE PROMISE OF MILITARY, POLITICAL, AND MONETARY SUPPORT FROM THE SAUDI GOVERNMENT, WHICH PROVIDED THE LION'S SHARE. THIS AID CAME THROUGH THE WORK OF A SPECIAL COMMITTEE FOR YEMENI AFFAIRS, HEADED BY PRINCE SULTAN, WITH THE SUPPORT OF KING FAHD, WHO IS

KNOW FOR HIS ANTI-ISLAMIC POLICIES.  HE OPPOSES THE FOLLOWING:

1 - HE OPPOSES ANY ISLAMIC AWAKENING THAT RESTS ON THE CLEAR AND TOTAL UNDERSTANDING OF GOD'S HOLY BOOK AND THE SUNNAH.  SUCH AN UNDERSTANDING WOULD EXPOSE THE ARTIFICIALITY OF HIS RULE.  HE USES ISLAM AND SOME OF ITS TENETS TO COVER UP THE SECRET AND OVERT ANTI-ISLAMIC POLICIES HE PURSUES.

2 - HE RUSHES TO SUPPORT ANTI-ISLAMIC REGIMES AND PARTIES.  THIS IS PROVEN BY THE FACT THAT HE PROVIDED 4000 MILLION DOLLARS TO THE SOVIET UNION PRIOR TO ITS COLLAPSE AT THE HANDS OF THE MUJAHIDIN.  HE ALSO GAVE 1000 MILLION DOLLARS TO THE DICTATORIAL REGIME IN ALGERIA, WHICH USED TERROR AND VIOLENCE TO PREVENT ISLAMIC FORCES FROM COMING TO POWER.  HE PROVIDED MORE THAN 3000 MILLION DOLLARS TO THE "NUSAYRI" REGIME THAT KILLED THOUSANDS OF MUSLIMS.  MILLIONS MORE IN DOLLARS AND WEAPONS WENT TO THE CRUSADERS IN THE SOUTH OF THE SUDAN.

ENORMOUS CRIMES AND MASSACRES WERE COMMITTED AGAINST THE MUSLIM PEOPLE OF BOSNIA AND HERZEGOVINA.  DUE TO A GLOBAL CRUSADER CONSPIRACY THAT IS ANTI-MUSLIM, THEY WERE OBSTRUCTED FROM RECEIVING WEAPONS, WHICH PREVENTED THEM FROM DEFENDING THEMSELVES.  THIS ALL OCCURRED THROUGH THE SWORD OF THE UNITED NATIONS.  THE UN, WHICH HUMILIATED THE MUSLIMS OF SOMALIA, ALSO HAD A DEVIOUS ROLE IN HANDING PALESTINE TO THE JEWS.  IN ADDITION, THE UN SUPPORTED JEWISH ATTACKS IN LEBANON.  THE UN TURNED A BLIND EYE TO THE MASSACRES COMMITTED BY THE HINDUS AGAINST MUSLIMS IN INDIA AND KASHMIR.  MANY MORE CRIMES HAVE BEEN COMMITTED AGAINST OUR MUSLIM UMMAH.  A GENERATION HAS COME TO REALIZE THAT THE UN IS NOTHING BUT AN INSTRUMENT IN THE HANDS OF THE JEWS AND THE CRUSADERS TO EXTERMINATE AND ROB THE WEALTH OF MUSLIMS.

IN SPITE OF ALL OF THESE TRANSGRESSIONS, THE SAUDI RULER TURNED TO THESE OPPRESSORS (THE UN) TO MEDIATE.  THE SAUDI REGIME RUSHED TO THE SECURITY COUNCIL, CALLING UPON IT TO INTERFERE IN YEMEN, OPPOSING THE MEDIATION OF THE SHARI'AH.  THIS ACTION IS CONTRARY TO ISLAM, AS ASCERTAINED BY THE ULEMA.  THE SAUDI GOVERNMENT DID NOT STOP AT THAT BLIND LOYALTY TO THE ENEMIES OF ISLAM, BUT CALLED A MEETING OF THE GULF COOPERATION COUNCIL.  THEY ISSUED A FINAL RESOLUTION CLARIFYING THEIR STAND ON INTERFERENCE IN YEMENI AFFAIRS AND SUPPORTING THE YSP.  THE SAUDI GOVERNMENT WILL ASK FOR THE ASSISTANCE OF THE GLOBAL FORCES OF EVIL AND ITS OFFICIAL FRONTS IN SUPPORTING THE YSP.  QATAR OPPOSED THIS COMMUNIQUÉ, DECLARING THAT IT WOULD WIDEN THE CIRCLE OF CONFLICT.  AS USUAL, THE SAUDI REGIME WANTS TO PROP UP THE SOCIALISTS AND SAVE THEM FROM THEIR AWKWARD PREDICAMENT.  THE SAUDI GOVERNMENT HAS MADE A HABIT OF SUPPORTING THE ENEMIES OF ISLAM.

WE IN THE COMMITTEE OF ADVICE AND REFORM CONDEMN THIS BETRAYAL

AND THE CONSPIRACY AGAINST ISLAM AND ITS PEOPLE BY THE SAUDI GOVERNMENT. WE BELIEVE THAT THIS UGLY BEHAVIOR HAS THE FOLLOWING CONSEQUENCES:

(1) IT ENCOURAGES DIVISIONS WITHIN THE MUSLIM UMMAH, AND IT ADDS TO INTERNAL CONFLICTS, ESPECIALLY AMONG REGIONAL STATES.
(2) IT LEADS TO THE DISPERSAL OF THE WEALTH OF THE ARABIAN PENINSULA, AT A TIME WHEN THE COUNTRY IS ALREADY SUNKEN IN HUGE DEBTS, CHOKED ECONOMICALLY, AND A BURDEN ON THE PEOPLE.
(3) IT SUPPORTS SOCIALISTS AND COMMUNISTS WHO OPPRESS THE YEMENI PEOPLE.
(4) SUCH SUPPORT FROM THE SAUDI REGIME AND ITS ALLIES WOULD HAVE NEGATIVE REPERCUSSIONS ON THE PEOPLE OF THE PENINSULA. AS GOD SAYS, "EVIL WILL ONLY AFFLICT THOSE WHO COMMIT IT."
(5) IT SETS OF THE STAGE FOR FOREIGN INTERVENTION IN THE REGION, WHICH WILL HARM THE MUSLIM PEOPLE.

WE ASK THE RIGHTEOUS ULEMA TO DECLARE THAT THIS REPRESENTS DANGER AND EVIL. WE ASK THEM TO EXPOSE THIS CONSPIRACY. WE ASK THESE ULEMA TO DECLARE THE ACTIONS OF THESE DICTATORS AS ILLEGITIMATE. WE ASK THEM TO PROCLAIM THE ILLEGITIMACY OF THESE ACTIONS AND OF SUPPORTING THE SOCIALISTS AND OTHER ENEMIES OF THE RELIGION. WE ASK THE ULEMA TO PROCLAIM THIS TO THE UMMAH AND THE MUSLIM ARMIES. THIS IS PART OF THEIR RESPONSIBILITY.

(TN: THE AUTHOR PROVIDES A QUOTE FROM THE QURAN THAT DESCRIBES PEOPLE'S IGNORANCE OF GOD).

DATED: 27/12/1414 AH
CORRESPONDING TO 7 JUNE 1994 AD

ON THEIR BEHALF:

USAMAH BIN MUHAMMAD BIN LADIN

**PAGE 8 (DUPLICATE COPY OF STATEMENT 3 ABOVE)**

**PAGE 9 - 10 (STATEMENT NO. 4)**

THE BANISHMENT OF COMMUNISM FROM THE ARABIAN PENINSULA: THE EPISODE AND THE PROOF

AFTER YEARS OF JIHAD OPERATIONS, IN WHICH YOUNG MUSLIM MEN TOPPLED THE HEADS OF SOCIALISTS IN YEMEN, THE LAST SOCIALIST CAMP IN YEMEN FELL. THIS WAS AFTER TWO MONTHS OF TOTAL WAR BY THE MUSLIM YEMENI PEOPLE, LED BY THE ULEMA, IN WHICH THEY INSISTED ON DESTROYING SOCIALISM. THE YEMENI MUSLIMS SOUGHT TO REGAIN THEIR POWER AND THEIR IDEOLOGICAL PRESENCE BY GETTING RID OF THE DECEIT OF THE SOCIALISTS. THIS EVENT ENDED A GREAT EVIL AND AN ONUS THAT HAD WEIGHED HEAVILY ON THE CHESTS OF MUSLIMS. THIS ENDED A

ASH010518