EX. 7b

DARK AGE IN THE HISTORY OF YEMEN, A TIME IN WHICH PREACHERS AND ULEMA WERE KILLED.

THE END OF SOCIALIST RULE IN YEMEN PROVIDES A LESSON. IT IS PROOF THAT ALL THOSE WHO OPPOSE THE FAITH OF THE UMMAH WILL FACE THIS TYPE OF ENDING, IN SPITE OF THE FORCE THEY BRING TO BEAR AGAINST IT FROM WITHIN OR OUTSIDE.

FURTHERMORE, A LESSON CAN BE DRAWN FROM THE YEMENI CASE FOR THOSE WHO WANTED TO ESCALATE THE CONFLICT IN YEMEN BY SUPPORTING THE COMMUNISTS. THESE DETESTABLE SUPPORTERS OF COMMUNISM PROVIDED ALL KINDS OF MATERIAL AND MORAL BACKING, AND THEY FOUND THEMSELVES BANKED IN THEIR WAR ON A SIDE THAT DID NOT HAVE THE ESSENTIAL TOOLS TO CONTINUE OR THE NECESSARY MEANS TO WIN.

THE GOVERNING SAUDI REGIME WAS IN THE FOREFRONT OF SUPPORTING THE COMMUNIST YEMENIS. THEY PROVIDED HUNDREDS OF MILLIONS OF DOLLARS, ALONG WITH WEAPONS AND AMMUNITION, PLUS AN ARMY OF YEMENIS. KING FAISAL HAD PREPARED TO FIGHT THE COMMUNISTS IN THE PAST. HOWEVER, IT WAS THE CURRENT SAUDI REGIME WITH THE BACKING OF ITS DEFENSE MINISTER, PRINCE SULTAN, THAT CONDUCTED A DIPLOMATIC CAMPAIGN THAT ENDED ANY CHANCE THE SAUDI REGIME MAY HAVE HAD TO SAVE FACE AFTER ITS SUPPORT FOR THE COMMUNISTS.

IT IS NOT SURPRISING THAT THE SAUDI REGIME SUPPORTS THOSE WHO CALL FOR THE DIVISION OF THE UMMAH AND ARE THE FOES OF FAITH. THIS SUPPORT HAS BEEN EVIDENT FOR SOME TIME, GIVEN SAUDI COMMUNIQUÉS. HOWEVER, IT IS BOTH LAUGHABLE AND SAD THAT THE SAUDI REGIME HAD REACHED A POINT OF STUPIDITY IN WHICH IT BANKED ON BACKING THE COMMUNIST REGIME. THE REGIME ENDED UP LOSING EVERYTHING, AND IT PROBABLY WILL LOSE THE BATTLE THAT WILL DETERMINE THE FUTURE OF THIS (SAUDI) REGIME.

THE YEMENI WAR AND ITS RESULTS WERE EVIDENT EARLY ON TO ALL WHO LOOKED, INCLUDING THE WESTERN POWERS. THE WESTERN POWERS DID NOT GAMBLE ON BACKING THE LOSING SIDE, EVEN THOUGH THEY SHARE THE SAUDI REGIME'S DESIRE TO KEEP THE UMMAH DISUNITED AND TO SUPPORT ITS ENEMIES. IN SPITE OF THE FAILURES AND THE ACTUAL COLLAPSE OF THE COMMUNISTS IN YEMEN, THE SAUDI REGIME CONTINUES IN THIS FRUITLESS PATH, EVIDENCED BY THE PUBLICATION OF THE EMERGENCY MINISTERIAL COMMUNIQUÉ, ISSUED ON 29-1-1415 H.A., 8 JULY 1994. THE REGIME STILL TAKES THE SAME POSITION, DECLARING ITS SUPPORT AND ENDORSEMENT OF THE DICTATORIAL RESOLUTIONS OF THE UN SECURITY COUNCIL. THE SAUDI SUPPORTS GIVING REFUGE TO THE COMMUNIST YEMENI LEADERS, IGNORING THE PROPHET'S SAYING, "THOSE WHO SUPPORT AN APOSTATE, MAY GOD, THE ANGELS, AND ALL THE PEOPLE CURSE HIM. NOTHING WOULD BE ACCEPTED FROM HIM AT THE END OF TIME NOR IS JUSTICE EXPECTED FROM THEM."

THE EVENTS IN YEMEN NOT ONLY ENDED THE COMMUNIST REIGN IN YEMEN,

ASH010519

BUT THEY ALSO LED TO THE PEELING-OFF OF THE ARTIFICIAL MASKS OF THOSE WHO HAVE DECEIVED PEOPLE BY LYING TO THEM. THE SAUDI POSITION AND ITS ROLE IN THE EVENTS HAS BEEN REVEALED. WE HAVE SEEN THE FALSENESS OF ITS CLAIMS ABOUT ENDORSING THE CAUSES OF THE UMMAH, ITS CLAIMS ABOUT ITS OWN ADHERENCE TO ISLAMIC PRINCIPLES AND TENETS, AND ITS DECLARED POSITION OF NOT INTERFERING IN THE INTERNAL AFFAIRS OF OTHER COUNTRIES.

THE YEMENI EVENTS WERE A GOOD TEST FOR THE ULEMA OF THE QURAN AND THE ULEMA OF POWER. SOME SIDED WITH THOSE IN POWER, WHILE A GOOD NUMBER EARNED THE GRATITUDE OF THE UMMAH. THESE GOOD ULEMA REFLECT THEIR OWN DECENT CONSCIENCES, SHOWING THEIR SUPPORT FOR THE TRUTH, AND EARNING THE TRUST OF THE UMMAH. THESE EVENTS HAVE PROVIDED THEM WITH A CHANCE TO SHOW THEIR CAPABILITIES.

ONE OF THE MAIN LESSONS FROM YEMEN, IS THAT THE WESTERN WORLD, MOST OF ALL THE UNITED STATES, WAS NOT WILLING TO TAKE THE RISK OF INTERVENTION IN ORDER TO PROTECT OR ASSIST CORRUPT REGIMES THAT DO NOT HAVE THE SUPPORT OR ENDORSEMENT OF THEIR PUBLICS. SO THE LESSONS LEARNED BY THESE COUNTRIES (TN: IT IS UNCLEAR IF THE AUTHOR MEANS WESTERN OR LOCAL COUNTRIES) FROM ITS EXPERIENCE WITH PEOPLE OF THE REGION WAS HARSH AND BITTER, BUT WAS FRUITFUL AND HELPFUL.

AS FOR THE RULERS OF OUR COUNTRIES, THEY ARE NOT AWARE OR COGNIZANT OF WHAT HAPPENED. THEY CONTINUE TO BELIEVE THAT THE WESTERN COUNTRIES WOULD NOT INTERFERE AND WOULD ABANDON THEM IF THEY SEE THAT PROTECTING THEM (TN: THE CORRUPT REGIONAL REGIMES) WOULD HARM THEIR INTERESTS.

IN THE COMMITTEE FOR ADVICE AND REFORM, WE SEE IN THE DEFEAT OF THE COMMUNISTS AND THE BANISHMENT OF THE COMMUNIST REGIME AS CLEAR EVIDENCE FOR A REJECTION OF ALL SECULAR AND ATHEIST REGIMES ACROSS THE REGION. WE ENVISION A NEW BEGINNING IN THE IMPLEMENTATION OF THE PROPHET'S WILL OF EXPELLING ALL THE UNBELIEVERS FROM THE ARABIAN PENINSULA, NO MATTER WHAT COLOR OR SHAPE.

ON THIS OCCASION, WE CONGRATULATE THE MUSLIM UMMAH, THE PEOPLE OF THE REGION, AND ESPECIALLY THE YEMENI PEOPLE, ON THIS GREAT ACHIEVEMENT, WHICH MUST BE THE END OF ANY COMMUNIST PRESENCE IN THE REGION, NO MATTER WHAT THE PRETEXT. "A BELIEVER SHALL NOT BE PUT IN A HOLE TWICE."

WE ALSO ASK, WILL THE SAUDI REGIME CONTINUE IN ITS SUICIDAL POLICY, SCORNFUL OF THE UMMAH AND WASTEFUL OF ITS ECONOMIC RESOURCES, WHICH ONLY BRINGS IT SHAME IN THIS WORLD AND TORTURE IN HELL?

"THOSE WHO DO NOT MAKE GOD AS THEIR LIGHT, THEY SHALL NOT HAVE

ASH010520

ANY LIGHT."

DATED: 12/2/1415 AH
CORRESPONDING TO 11 JULY 1994 AD

ON THEIR BEHALF:

USAMAH BIN MUHAMMAD BIN LADIN

**PAGE 11 - 12 (DUPLICATE COPY OF STATEMENT 4 ABOVE)**

**PAGE 13 - 14 (STATEMENT NO. 5)**

QURAN SCHOLARS IN THE FACE OF DESPOTISM

THANKS BE TO GOD WHO RAISED THE PEOPLE OF KNOWLEDGE WHO CLEARLY STATED THE TRUTH, AND PRAISED THE ONES WHO "CONVEY THE MESSAGE OF GOD, FEAR HIM, AND DO NOT FEAR ANY ONE BUT GOD." PRAYERS AND PEACE BE UPON OUR PROPHET WHO SAID: "HAMZAH BIN 'ABD-AL-MUTTALIB, THE MASTER OF MARTYRS AND A MAN WHO WENT TO AN UNJUST IMAM, HE ORDERED HIM, CAUTIONED HIM, THEN KILLED HIM." REPORTED BY AL-HAKIM WHO IS HASAN.

THESE GREAT STANDS (TN: "MUWAQIF," OFFICIAL OPINIONS OR POSITIONS) CALMED THE CHESTS AND DELIGHTED THE SOULS, BOTH INSIDE THE ARABIAN PENINSULA AND OUTSIDE. BY THESE STANDS, THE NATION'S SCHOLARS AND ITS TRUTHFUL PREACHERS STATED THE TRUTH, AS A PART OF THEIR DUTY TO INFORM AND BE WATCHFUL FOR THE NATION'S INTERESTS. THE SCHOLARS USED PUBLIC SERMONS, STATEMENTS, AND TAPES, WHICH HAD VERY LARGE DISTRIBUTION - THANKS TO THE SUCCESS GRANTED BY GOD - NOT ONLY INSIDE THE ARABIAN PENINSULA, BUT IN ALL OF THE ISLAMIC WORLD. THUS, THEY UNVEILED THE STANDS OF THE SAUDI GOVERNMENT, WHICH HAD ATTEMPTED TO COVER THE TRUTH AND ELIMINATE THE CONSCIENCE OF THE NATION. TO THAT END, THE SAUDI GOVERNMENT HAS USED ALL THE WITCHCRAFT POWERS IT HAS AND THE FULL DECEPTION POWERS OF THE MEDIA TO JUSTIFY ITS SHAMELESS STANDS AGAINST ISLAM AND ITS PREACHERS, WHILE SUPPORTING THE UNBELIEVERS AND THEIR GUARDIANS.

THE OPINIONS OF THE SCHOLARS AND PREACHERS HAVE RAISED THE HEAD OF THE UMMAH HIGH TO FACE THE DESPOTISM OF THE RULERS AND THE INJUSTICES OF THE GOVERNMENT. IN ADDITION TO THEIR PREVIOUS STANDS IN THE GULF WAR AND WHAT THEY HAD PROCLAIMED IN THE ADVISORY MEMO AND OTHERS, THE SCHOLARS AND PREACHERS TOOK ANOTHER GREAT STAND ABOUT THE YEMENI ISSUE. THEY UNVEILED THE TRUTH, WHICH THE GOVERNMENT HAD ATTEMPTED TO HIDE. THE GOVERNMENT TRIED TO JUSTIFY ITS SUPPORT FOR THE APOSTATE COMMUNISTS AFTER ITS TRUE POSITION WAS EXPOSED. WE EXPLAINED THESE FACTS IN OUR STATEMENT NO. 4.

ASH010521

TO TELL THE TRUTH, WHAT THESE COURAGEOUS STANDS ACHIEVED IN A DEEP PUBLIC DIMENSION AND IN THE SCOPE OF LARGE POPULAR SUPPORT IS WORTHY OF PRAISE AND APPRECIATION. THEY ACTUALLY ANNOUNCE THE FAILURE OF ALL THE APPROACHES THAT THE GOVERNMENT USED AGAINST THIS SELECTED GROUP OF THE NATION'S CHILDREN. THE GOVERNMENT MADE DISTORTED, MISREPRESENTED, AND FABRICATED STATEMENTS, IN WHICH THE REGIME TOLD LIES AGAINST THEM (TN: THE INNOCENT, PERSECUTED PEOPLE). TO TIGHTEN THEIR CONDITIONS, THEY WERE DISMISSED FROM THEIR GOVERNMENT POSITIONS, THEIR FREEDOM WAS TAKEN AWAY, AND THEIR RIGHTS WERE TRAMPLED.

SIMILARLY, THESE TRUTHFUL STANDS CONFIRM THAT AMONG THE NATION'S SCHOLARS, THERE ARE STILL - THANK GOD - THOSE WHO TAKE STANDS LIKE THOSE TAKEN BY THE ANCESTOR'S SCHOLARS, AGAINST THE INEQUITABLE GOVERNMENT AND THE RULERS OF DEBAUCHERY. THESE ARE THE STANDS OF IMAM MALIK, IMAM AHMAD AND AFTER THEM, THE SHAYKH OF ISLAM: IBN TAYMIYYAH, AL-'IZZ IBN-'ABD-AL-SALAM, MAY GOD BLESS THEIR SOULS, AND OTHERS, WITH WHOSE STANDS GOD PRESERVED THE NATION'S RELIGION AND CREED.

MOREOVER, THE FACT THAT THE UMMAH ADOPTED THESE POSITIONS CONFIRMS THE EXTENT TO WHICH THE REFORMING CHANGE HAS SPREAD THROUGHOUT THE NATION. IN ADDITION, THE HOLDERS OF THESE STANDS ARE THE LEADERS OF THE REFORM. THEY WERE PREPARED FOR THIS TASK BY THE NATION, WHO PLACED ITS HOPES ON THEM - AFTER GOD - AND THEY DELIVERED.

ON THE OTHER HAND, THE NATION CONFIRMED - BY RALLYING AROUND THIS SELECT GROUP OF SCHOLARS AND PREACHERS - THAT THE DISAGREEMENT WITH THE GOVERNMENT IS NOT A TEMPORARY ONE, NOR IS IT WITH A SELECT GROUP THAT IS ISOLATED FROM SOCIETY. RATHER, IT IS A DEEPER AND MORE INCLUSIVE DISAGREEMENT, WHOSE SUBJECT IS THE CREED, THE SHARI'A, AND THE PARTIES AND SUPPORTERS OF THE REGIME. ON THE OTHER HAND, WE HAVE THE UMMAH, HEADED BY THE SCHOLARS AND REFORM PREACHERS, AND COMPOSED OF MERCHANTS, TRIBAL LEADERS, THE MILITARY, GUARDS, SECURITY, THE EDUCATED AND ELITE, AND THE REMAINDER OF THE POPULATION.

IF THIS SELECT GROUP (TN: OF SCHOLARS AND PREACHERS) IS THE ONE WHO HEADS THE RANKS TODAY, IT IS DUE TO THE TRUST THAT THE UMMAH PLACES IN THEIR SINCERITY AND COMPETENCE. IT IS ALSO DUE TO THE BELIEF OF THE SCHOLARS AND PREACHERS THAT THE UMMAH WILL NOT DISAPPOINT THEM AND WILL NOT ABANDON THEM AT ANY PRICE.

MOREOVER, IT WAS BY RETURNING TO THESE SCHOLARS AND PREACHERS AND ACCEPTING THEIR EDICTS THAT THE UMMAH ALLOWED THE SHARI'AH EDICTS TO BE ISSUED IN THE COUNTRY. THE UMMAH BECAME FREE OF ANY RULING GOVERNMENT CONSTRAINTS AND ESCAPED ITS AUTHORITY AND CONTROL. THIS HAPPENED AFTER THE LATTER LEFT THE RULE AND JURISPRUDENCE OF GOD.

ASH010522

WE HAVE NO CHOICE BUT TO PRAISE THESE GREAT STANDS WITH WHICH THE SCHOLARS CONFIRMED THE RISE OF THE PEOPLE, HOLDING TRUTH OVER THE DESPOTISM OF THE UNJUST, AND DESPISING THE POWER OF THE DESPOTS. THEY PREFER WHAT THE ALL MERCIFUL (TN: GOD) HAS OVER WHAT THE POWERFUL (TN: MAN) HAS, DEFYING THE OPPRESSION AND ITS WEAPONRY, WITH AN UNSHAKABLE FAITH AND FEARLESS CREED. THEN, YELL TO HIS FACE "NEVER SHALL WE REGARD YOU AS MORE THAN THE CLEAR SIGNS THAT HAVE COME TO US, OR THAN HIM WHO CREATED US! SO DECREE WHATEVER YOU DESIRE, FOR YOU CAN ONLY DECREE (TOUCHING) THE LIFE OF THIS WORLD." (TN: QURAN 20:72).

WHAT CAN HURT THESE STANDS, AFTER THAT? LET THE UNJUST CONTINUE TO STATE THEIR THREATS AND PROMISE PUNISHMENT. THESE DESPOTIC SHATTERED APPROACHES HAVE PROVEN THEIR LACK OF USEFULNESS IN EVERY BATTLE BETWEEN THE FAITH AND THE DESPOTISM.

OUR VENERATED SCHOLARS AND OUR RIGHTEOUS PREACHERS, WITH THESE STANDS, YOU HAVE FOLLOWED THE RIGHT PATH WHICH THE PROPHETS - PRAYERS AND PEACE BE UPON THEM - HAVE FOLLOWED BEFORE YOU AND THE VIRTUOUS AFTER THEM. GO THEN, WITH THE BLESSING OF GOD, AND LET THE SERVANT OF THE DINAR AND THE ONES WHO SOLD THEIR RELIGION FOR A LIFE OF POWER BE MISERABLE.

BY FOLLOWING THIS PATH, YOU HAVE ANSWERED EVERYONE WHO BROKE THE LAW, AND YOU CALLED UPON THOSE WHO WERE FORCED TO STAND DOWN, THOSE WHO WERE IMPRISONED BY EXCUSES, AND THOSE WHO ACCEPTED THE TRUTH WITHOUT PROOF. THIS ALSO INCLUDES ANYONE WHO HAS AS LITTLE AS AN ATOM OF PROTECTION FOR GOD'S SAKE, AND FERVOR FOR THE NATION, TO JOIN THE MARCH FOR CHANGE AND REFORM. ALL OF THIS, IN ORDER TO SUPPORT THE TRUTH AND THOSE CALLING FOR IT, AND PRESENT IT AS A SACRIFICE FOR THE RELIGION ALONG WITH MAKING IT AVAILABLE TO OTHERS. AT THAT TIME, THE ONES WHO PRACTICED INJUSTICE WILL KNOW WHAT WILL BECOME OF THEM.

DATED: 11/2/1415 AH
CORRESPONDING TO 19 JULY 1994 AD

ON THEIR BEHALF:

USAMAH BIN MUHAMMAD BIN LADIN

**PAGE 15 - 16 (DUPLICATE COPY OF STATEMENT 5 ABOVE)**

**PAGE 17 - 18 (STATEMENT NO. 6)**

SAUDI ARABIA UNVEILS ITS WAR AGAINST ISLAM AND ITS SCHOLARS

AS A RESPONSE TO THE INSTRUCTIONS OF THE U.S. DELEGATION THAT VISITED SAUDI ARABIA RECENTLY, INTELLIGENCE AGENTS ARE CONDUCTING

ASH010523

ARRESTS OF PROMINENT SCHOLARS AND PREACHERS. THIS HAS BEEN DONE IN SYNCHRONIZATION WITH THE COMPREHENSIVE JEWISH CAMPAIGN TO HUMILIATE THE COUNTRIES IN THE REGION AND THE MUSLIM PEOPLE, AND TO SURRENDER TO THE ENEMIES OF THE NATION. IT ALSO COINCIDES WITH THE BEGINNING OF PUBLIC ACKNOWLEDGEMENT OF THE RELATIONSHIP OF THE (SAUDI) KINGDOM WITH THE ZIONIST ENTITY, WHICH IS CLASSIFIED AMONG THE FRIENDLY COUNTRIES, ACCORDING TO THE (SAUDI) AMBASSADOR IN THE US, BANDAR BIN-((SULTAN)). IT IS ALSO IN KEEPING WITH THE REPEATED ACTIONS OF THE DESPOTS, DELIVERING ABORTIVE BLOWS TO THE MUSLIM SERENITY AND ITS LEADERSHIP SYMBOLS, IN ORDER TO HINDER ITS BLESSED PROGRESSION. IT ALSO GOES ALONG WITH KING FAHD'S POLICY OF TURNING PEOPLE AWAY FROM THE PATH OF GOD. AMONG THESE ARRESTS, THE WORST ONES ARE THOSE OF SHAYKH SALMAN AL-(('AWDAH)), AND THE SUMMONS OF SHAYKH SAFAR AL-((HAWALI)). THESE TWO VENERABLE SHAYKHS ARE KNOWN FOR THEIR SESSIONS OF KNOWLEDGE AND FERVOR FOR THE RELIGION, THE DECLARATION OF THE TRUTH, THE DETERMINATION FOR THE NATION'S GOOD, AND THE DEFENSE OF THE PEOPLE'S RIGHTS.

WE IN THE COMMITTEE FOR ADVICE AND REFORM STRONGLY CONDEMN THIS EVIL CRIME. WE SEE THAT IT HAS MANY INTERPRETATIONS, INCLUDING THE FOLLOWING:

1 - THE ANNOUNCEMENT BY THE KINGDOM'S GOVERNMENT, OF THE UNVEILED WAR AGAINST ISLAM AND ITS SCHOLARS. THIS WAR IS EVIDENT IN THE ATTACKS AGAINST THE PREACHERS, THE HINDERING OF THE CALL, AND THE FORBIDDING OF THE CONVEYANCE OF THE RELIGION OF GOD. THIS IS AN INFRINGEMENT ON THE LIMITS OF GOD, HIS BOOK AND THE DEEDS (TN: SUNNAH) OF HIS PROPHET, PRAYERS AND PEACE BE UPON HIM. WITH THIS, IT WAS CONFIRMED THAT THE KINGDOM'S GOVERNMENT IS NO DIFFERENT FROM THE SECULAR GOVERNMENTS THAT PUBLICLY DECLARED WAR ON ISLAM.

2 - THIS ALSO ANNOUNCES THE BEGINNING OF THE REGIME'S PROGRESSIVELY COMPREHENSIVE PLAN TO CRASH THE MUSLIM CORDIALITY, AND ITS SCHOLARLY AS WELL PUBLIC LEADERSHIPS. THESE ACTIONS ARE THE RESULT OF AN INCONTESTABLE DECEIT AND DEEP-ROOTED HATRED. THEY BELIEVE THAT THEY CAN DO THAT. "THEIR INTENTION IS TO EXTINGUISH THE GOD'S LIGHT (BY BLOWING) WITH THEIR MOUTHS, BUT GOD WILL COMPLETE HIS LIGHT, EVEN THOUGH UNBELIEVERS MAY DETEST (IT)." (TN: QURAN 61:8).

3 - IT IS PROOF OF THE SAUDI GOVERNMENT'S FAILURE TO DEAL WITH THE PREACHERS WHO DECLARE THE TRUTH. THE GOVERNMENT HAD BEEN FEELING REASSURED BY THE SILENCE OF SOME OF THE VOICES WHO ARE LEGALLY OBLIGATED TO DENOUNCE AND FORBID SUCH ATTACKS ON THE SHARI'AH, ON ITS SCHOLARS, AND ON ITS PREACHERS.

4 - IT IS AN INDICATION THAT THE SAUDI KING AND HIS GANG OBEY THE INSTRUCTION OF THE MERCENARY INTELLIGENCE AGENTS IMPORTED FROM

OVERSEAS. THESE MERCENARIES HAD ALREADY SPILLED THE BLOOD OF PREACHERS, AND THEY HAVE CRASHED THE OPPRESSED AND THE INNOCENT.

5 - FINALLY, THERE IS A CLEAR ALIGNMENT BEHIND THE ENEMIES' PLANS. THE ZIONISTS, THE CHRISTIANS, AND OTHERS ARE IMPLEMENTING THEIR CONSPIRACY AGAINST ISLAM AND THE MUSLIMS. BY GOING ALONG WITH THIS PLAN, THE SAUDI REGIME IS SHOWING ITS ALLEGIANCE TO THE UNBELIEVERS, INSTEAD OF ITS LOYALTY TO THE PEOPLE OF THE FAITH, WHICH IS CLEARLY A DIVERGENCE FROM THE RIGHT PATH.

WITH THIS, WE IN THE COMMITTEE SEND OUT FOLLOWING CALLS FOR ADVICE AND REFORM:

1 - TO OUR VENERATED SCHOLARS AND OUR RIGHTEOUS PREACHERS! PEOPLE LIKE YOU ARE NOT UNAWARE THAT THIS EXPOSURE TO TESTS AND HARDSHIPS FOR THE SAKE OF THE RELIGION, THIS IS THE PATH OF THE PROPHETS, THE TRUTHFUL SCHOLARS, AND THE PREACHERS BEFORE YOU. THEREFORE, YOU HAVE TO BE PATIENT AND STEADFAST. KNOW THAT VICTORY COMES WITH PATIENCE! IN ADDITION, REMEMBER THE SAYING OF THE ALMIGHTY, "AND WE SHALL TRY YOU, UNTIL WE TEST THOSE AMONG YOU WHO STRIVE THEIR UTMOST AND PERSEVERE IN PATIENCE, AND WE SHALL PUT YOUR EXPERIENCE TO THE TEST."

2 - TO OUR MUSLIM PEOPLE AND OUR CONSCIENTIOUS YOUTH: WE ADVISE YOU TO STAY COMMITTED TO THE TRUE RELIGION'S PRACTICES. MAKE SURE THAT YOU ABSOLUTELY FOLLOW THE GUIDANCE OF OUR VENERATED SCHOLARS WHO PROCLAIM THE TRUTH, AND COMMIT YOURSELVES COMPLETELY TO LISTENING TO THEM AND OBEYING THEM. IN ADDITION, DO NOT LET THE EVIL ACTIONS AND THE DECEPTION OF THE RULERS CONFUSE YOU, SO THAT YOU END UP MAKE DECISIONS FOLLOWING INTERPRETATIONS THAT DO NOT COME FROM THE LEGAL (SHARI'AH) LEADERSHIP. "…NOR LET THOSE SHAKE YOUR FIRMNESS, WHO HAVE (THEMSELVES) NO CERTAINTY OF FAITH" (TN: PART OF QURAN VERSE 30:60)

3 - TO THE SCHOLARS, FROM WHOM THE AUTHORITY SUCCEEDED TO ELIMINATE THE TRUTH OR THE ONES WHO PREFERRED TO BE SILENT, ON PURPOSE OR BY PRESUMPTION. WE WOULD LIKE TO REMIND YOU THAT GOD MADE YOU ANSWERABLE TO THE TRUST OF KNOWLEDGE AND RESPONSIBLE FOR SHOWING THE TRUTH. MOREOVER, YOU ARE REQUIRED TO STAND WITH YOUR FIGHTING SCHOLAR BROTHERS IN THEIR DEFENSE. THIS IMPLEMENTS WHAT THE PROPHET, PRAYERS AND PEACE BE UPON HIM, SAID, "THE MUSLIM IS THE BROTHER OF THE MUSLIM. HE DOES NOT OPPRESS HIM, DISAPPOINT HIM OR BETRAY HIM." AGREED UPON (TN: A SAYING OF THE PROPHET ACCEPTED AS AUTHENTIC). OTHERWISE, IT IS A BETRAYAL OF TRUST, WHICH WILL BE VIEWED AS A DISGRACE AND REGRET (TN: BY THE BETRAYER) ON THE DAY OF JUDGMENT.

4 - TO THE MUSLIMS IN THE GOVERNMENT ORGANIZATIONS: WE SALUTE THE LARGE MAJORITY THAT SYMPATHIZES WITH THE SCHOLARS. WE WOULD LIKE TO REMIND THOSE WHO HAD A MISSTEP THAT THERE IS NO OBEDIENCE