EX. 7c

IN DISOBEYING THE CREATOR. MOREOVER, YOU ARE LEGALLY FORBIDDEN (TN: BY THE SHARI'AH) TO OBEY THE ORDERS OF YOUR SUPERIORS, TO ARREST THE SCHOLARS, OR TO ATTACK THE PREACHERS. IF YOU DO SO, YOU BECOME AN ACCOMPLICE IN THE OFFENSE. "AND THE UNBELIEVERS SAY TO THOSE WHO BELIEVE: 'FOLLOW OUR PATH, AND WE WILL BEAR (THE CONSEQUENCES) OF OUR FAULTS. NEVER IN THE LEAST WILL THEY BEAR THEIR FAULTS: IN FACT THEY ARE LIARS'" (TN: QURAN 29:12). FURTHERMORE, KNOW THAT THIS IS A STRAY FROM THE PATH OF GOD! THE COMPULSION IS NOT TAKEN INTO CONSIDERATION IN THE CASE OF BLOOD CRIMES. REMEMBER HIS, PRAYERS AND PEACE BE UPON HIM, SERMON OF THE GOODBYE PILGRIMAGE (TN: TO MECCA), "ANY MUSLIM IS FORBIDDEN TO ANOTHER MUSLIM, IN HIS BLOOD, IN HIS MONEY AND IN HIS HONOR," REPORTED BY SHAYKH MUSLIM. KNOW THAT THE MORNING IS VERY NEAR! THE CRIMINALS WILL RUN AWAY, AS DID THE SHAH OF IRAN, 'ALI AL-BAYD. GLAD HE IS THE ONE WHO USED THESE CASES AS A LESSON.

5 - TO THE SAUDI GOVERNMENT, HEADED BY KING FAHD: THE PEOPLE OF THE PENINSULA ARE PROUD PEOPLE WHO WERE RAISED ON LOVE AND RESPECT FOR THE SCHOLARS. THEY ARE GUARDS OF THE PROPHETS' HEIRS. THEY HAVE PROMISED TO CONTINUE TO LOVE THEM, SUPPORT THEM, AND DEFEND THEM. IF YOU REFUSE ANYTHING SHORT OF FIGHTING THE SUPPORTERS OF GOD, THEN BE CHEERFULLY ADVISED OF A WAR WITH GOD. AS HE, PRAYERS AND PEACE BE UPON HIM, SAID, "GOD ALL BLESSING AND ALL MIGHTY SAID: HE WHO BECOMES THE ENEMY OF A SUPPORTER, I HAVE ALLOWED WAR AGAINST HIM." REPORTED BY SHAYKH BUHAYRI. MOREOVER, WITH SUCH EVENTS, YOU ADD MORE DISCLOSURE OF SHAME. "OR DO THOSE WHOSE HEARTS ARE DISEASED THINK THAT GOD WILL NOT BRING TO LIGHT ALL THEIR RANCOR." (TN: QURAN 47:29). THESE BLATANT ATTACKS AND IRRESPONSIBLE BEHAVIOR DO NOT LEAVE ANY PRETENSE FOR BEING A MUSLIM, THEY TAKE IT AWAY. THEY DO NOT LEAVE A FAKE MASK, INSTEAD THEY REMOVE IT. MOREOVER, YOUR ALLEGIANCE TO THE ENEMIES HAS REACHED ITS END AND YOUR WAR AGAINST ISLAM AND ITS FOLLOWERS HAS BECOME ACTIVATED FROM ONE END (TN: OF THE COUNTRY) TO THE OTHER. THEREFORE, YOU WILL BE RESPONSIBLE BEFORE GOD AND YOUR PEOPLE FOR ANYTHING THAT WILL RESULT FROM THESE EVENTS AND MATTERS. "MIGHTY INDEED WERE THE PLOTS THAT THEY MADE. BUT THEIR PLOTS WERE (WELL) WITHIN THE SIGHT OF GOD, EVEN THOUGH THEY WERE SUCH AS TO SHAKE THE HILLS. NEVER THINK GOD WOULD FAIL HIS MESSENGERS, IN HIS PROMISE: FOR GOD IS EXALTED IN POWER - THE LORD OF RETRIBUTION." (TN: QURAN: 14: 46 AND 47)

DATED: 8/4/1415 AH
CORRESPONDING TO 12 SEPTEMBER 1994 AD

ON THEIR BEHALF:

USAMAH BIN MUHAMMAD BIN LADIN

PAGE 19 - 20 (DUPLICATE COPY OF STATEMENT 6 ABOVE)

ASH010526

PAGE 21 - 22 (STATEMENT NO. 7)

URGENT LETTER TO SECURITY OFFICIALS

WE HAVE BEEN DEPRIVED OF SLEEP. OUR NIGHTS WERE MADE SLEEPLESS BY THIS GRIEVOUS MISFORTUNE AND EVIL CRIME, WHEN THE SAUDI REGIME THREW INTO THE DEPTHS OF PRISON A GROUP OF THE BEST OF THE UMMAH (TN: MUSLIM COMMUNITY), ITS MUJAHID ULEMA (TN: MULLAHS), AND ACTIVE PREACHERS. THIS IS PART OF THE SAUDI REGIME'S INSANE CAMPAIGN TO STRIKE AT THE ISLAMIC AWAKENING AND ITS SCHOLARLY AND POPULAR SYMBOLS. IT IS TRULY DISGRACEFUL AND DISTRESSING THAT THE REGIME EMPLOYS A BAND OF MUSLIMS FROM OUR OPPRESSED PEOPLE AND MAKES THEM VULGAR REBELS (TN: AGAINST ISLAM), BY WHICH IT STRIKES EVERY VOICE OF TRUTH AND EXTINGUISHES EVERY TRUE WORD THAT THE ULEMA AND THE PREACHERS, GUIDES OF THE UMMAH, CRY OUT. THIS COMPELS US, IN ACCORDANCE WITH THE SHARI'AH (TN: RELIGIOUS LAW), TO REVEAL THE TRUTH TO THOSE MUSLIMS WHO GIVE ASSISTANCE TO THE OPPRESSORS, BUT ARE UNAWARE. PERHAPS THEY WILL REPENT AT WHAT HAS TAKEN PLACE, AND AVOID WHAT IS TO COME. THEY, GOD WILLING, WILL DO THIS.

OUR BROTHER MUSLIMS IN THE SECURITY APPARATUS, MAY GOD HELP YOU ALL DO HIS DESIRES AND PREVENT YOU FROM DISOBEYING HIM. KNOW THAT YOU WERE TRAINED TO DEFEND THE INTERESTS OF YOUR PEOPLE AND PROTECT THEIR RIGHTS. YOU ARE THEIR REPRESENTATIVES IN THIS GREAT MATTER, AS VIGILANT GUARDIANS INTENT ON PRESERVING THEIR RELIGION, AND THE LIVES AND PROPERTY OF INDIVIDUALS. YOUR RULERS TODAY WANT TO TAKE THIS GREAT AND HONORABLE POSITION AWAY FROM YOU AND REDUCE YOU TO A LOW AND SUBMISSIVE RANK. GOD WILL NOT ALLOW THIS TO BE DONE TO HIS MOST PREEMINENT WORSHIPERS AND HIS MOST HONORED FOLLOWERS OF ISLAM. THEY WANT TO TURN YOU INTO SLAVES AS IF THEY HAD PURCHASED YOUR FREEDOM WITH THEIR MONEY. THEY WANT TO MAKE YOU SPEARS WITH WHICH THEY WILL PIERCE THE CHESTS OF THE ULEMA, AND BARRICADES WITH WHICH THEY WILL STOP THE SPREAD OF ISLAMIC DA'WAH (TN: THE CALL OR SUMMONS, TO ISLAM OR FUNDAMENTALISM). IN THIS WAY, YOU ARE DESTROYING THE NOBLE EDIFICE OF YOUR RELIGION, AND YOU ARE PIERCING YOURSELVES, YOUR BROTHERS AND YOUR COUSINS, AND INDEED YOUR ULEMA AND THE BEST OF YOU.

WHAT SIN HAVE THESE INNOCENT ULEMA COMMITTED?! DID THEY ROB THE NATION OF ITS MONEY AND DISTRIBUTE IT TO THEIR FAMILIES?! DID THEY CONFISCATE TRIBAL LAND AND GRANT IT TO THEIR RELATIVES?! DID THEY MONOPOLIZE TRADE OF EVERY KIND AMONG THEMSELVES AND SHUT OUT EVERYONE ELSE OUT?! DID THEY BUILD PALACES WITH YOUR BLOOD AND MONEY, AND DWELL IN THEM ON THE BEST PLOTS OF LAND IN YOUR COUNTRY?! DID THEY SQUANDER THE COUNTRY'S MONEY AND RESOURCES ON THEIR APPETITES UNTIL THE DANGERS OF NEED AND POVERTY KNOCKED UPON THE DOORS, AND SERVICES IN ALL OF LIFE'S CONVENIENCES (TN:

PUBLIC UTILITIES AND FACILITIES) DECLINED?! HAVE THEY WAGED WAR UPON GOD, FILLING THE LAND OF THE PENINSULA WITH BANKS THAT CHARGE INTEREST, OR HAVE THE ULEMA SCATTERED CORRUPTION IN THE HOUSES OF THE HARAMAYN (TN: TWO HOLY PLACES, MECCA AND MEDINA) AND RUINED THE WORLD AND THE RELIGION?! HAVE THEY SEIZED THE PEOPLE'S MONEY AND SUBJUGATED THEM UNTIL THE PEOPLE BEGAN THINKING THAT THE ULEMA OWNED THE LAND, THE MONEY AND THE PEOPLE?! WHENEVER THEY PERFORM A TENTH OF THEIR RELIGIOUS OBLIGATIONS, DO THEY ADD TO THE BLESSING AN INSULT AND CALL IT DONATIONS AND NOBLE DEEDS?! HAVE THEY PLANNED FOR THE REST OF THE ARMY TO BE WEAK, DESPISING IT AND ITS ABILITIES, THEN INSULTED THE ARMY BY SEEKING THE HELP OF ENEMIES TO PROTECT THEIR THRONES?! HAVE THEY DEGRADED THE MEDIA INTO MOUTHPIECES OF HYPOCRISY, CHEATS AND DECEIVERS, ONLY CARING TO GLORIFY AND PRAISE WITH LYING CLAIMS?! THESE ARE THE ULEMA THEY ORDERED TO BE ATTACKED AND ARRESTED TO PREVENT THEM FROM SPEAKING OF THE RELIGION OF GOD. THE ULEMA ARE THE ONES WHO REPROVE ALL THESE VIOLATIONS AND CRIMES AND DEMAND THAT ALL OF GOD'S LAW BE ENFORCED. THE ULEMA CALL FOR DELIVERY OF THE COUNTRY FROM POLITICAL, ECONOMIC, SECURITY AND HEALTH ETC. DECLINE, AS IN THE ADVISORY MEMORANDUM (TN: AND REFORMATION COMMITTEE).

ARISE, OUR BROTHERS! DO NOT CALL ON THE DAJJALS (TN: THE MUSLIM ANTI-CHRIST) OF THE SA'UD FAMILY. THEY WILL DRIVE YOU TO GOD'S WRATH AND PUNISHMENT. YOU WILL DWELL IN SHAME IN THIS WORLD AND TORMENT IN THE NEXT. THE BOOK OF GOD BEARS WITNESS TO THE PUNISHMENT OF THOSE WHO STAND BY THE TYRANT, HELPING HIM UNTIL THE COMMAND OF GOD ARRIVES, AT WHICH TIME HE WILL TAKE THE TYRANT AND HIS SOLDIERS, FALSITY WILL PERISH AND TRUTH AND ITS ADHERENTS WILL EMERGE VICTORIOUS. YOU REMEMBER WHAT GOD DID WITH THE PHARAOH AND HOW HE TOOK HIM AND HIS SOLDIERS (FOR PHARAOH AND HAMAN AND THEIR HOSTS WERE WRONGDOERS). (TN: QURAN 28:8) (SO WE SEIZED HIM AND HIS HOSTS, AND WE FLUNG THEM INTO THE SEA. NOW BEHOLD WHAT WAS THE END OF THOSE WHO DID WRONG). (TN: QURAN 28:40) OR ARE YOU SATISFIED THAT THE INFIDELS AND THE PEOPLE OF DEPRAVITY AND DEBAUCHERY ARE HONORED AND POWERFUL, WHILE OUR ULEMA ARE SHACKLED IN DARK PRISONS. IT IS A GREAT WRONG TO SLANDER THE ULEMA, FOR THEY ARE THE HEIRS OF THE PROPHETS. WHAT CAN BE SAID ABOUT THOSE WHO COMMIT AGGRESSION AGAINST THEM, OR HELP IN THIS? WHERE DO YOU STAND WITH REGARDS TO HIS (MAY GOD BLESS HIM AND GRANT HIS PEACE) WARNING? (TN: THIS EXPRESSION INDICATES THAT THE WORDS ARE THOSE OF THE PROPHET) "EVERY MUSLIM'S BLOOD, WEALTH AND FOOD ARE FORBIDDEN TO OTHER MUSLIMS." MUSLIM RELATED IT. (TN: A REFERENCE TO THE HADITH, A COLLECTION OF THE SAYINGS OF MUHAMMAD. IN THE TEXT EVERY SAYING OF THE PROPHET IS FOLLOWED BY SUCH A CITATION). NOT ONE OF YOU CAN HAVE THE AUDACITY TO COMMIT SUCH AGGRESSION AND SAY, "I AM A SERVANT OF THE ONE IN CHARGE." BY GOD, THIS IS A TERRIBLE THING TO SAY AND A DANGER TO THE ONE WHO SAYS IT. IT CONTRADICTS THE ASSERTION OF ONENESS (TN: THAT THERE IS NO GOD BUT GOD). YOU

ARE SERVANTS OF GOD, YOU ARE NOT SERVANTS OF THE SAUDI RULERS. GOD'S COMMAND IS GREATER THAN THE COMMAND OF YOUR RULERS. THIS YOU CONFIRM WHEN YOU SAY "ALLAHU AKBAR" (TN: A COMMON MUSLIM EXPRESSION MEANING "GOD IS THE GREATEST.") BY WHICH YOU BEGIN YOUR PRAYERS. YOU ARE SERVANTS OF GOD, OBEDIENT TO HIM, AND COMPLIANT TO HIS COMMANDS. "YOU WE WORSHIP AND YOUR AID WE SEEK." (QURAN 1:5)

OUR BROTHERS, OH SONS OF OUR PEOPLE, OH THOSE POSSESSED OF DIGNITY AND HONOR, OH THOSE WHO DO NOT TURN THEIR FACES TO ANYONE BUT GOD - THE ULEMA, THE PREACHERS, THE REFORMERS, AND THEIR FOLLOWERS ONLY SEE YOU AS BROTHERS, THE BELOVED OF THE PEOPLE, THE MOST FAITHFUL SOLDIERS OF THE UMMAH, DEVOTED TO THE RELIGION OF ISLAM AND TO THE PROTECTION OF THE RIGHTS OF MUSLIMS. THE BELIEF AND SUPPOSITION OF THE TYRANNICAL SAUDI REGIME THAT YOU ARE ITS SERVANTS AND SLAVES WILL BE DISAPPOINTED. LET THE UMMAH SEE THAT YOU ARE SLAVES OF GOD ALONE. LET THE PEOPLE KNOW THAT YOU ARE THEIR BELOVED, THEIR GUARDS, AND THEIR HELPERS. LET THE ULEMA AND PREACHERS REJOICE THAT YOU HAVE PROMISED GOD TO TRAVEL THE ROAD TO HEAVEN, AND THAT YOU WILL NOT SELL YOUR RELIGION AND YOUR LIFE IN THE HEREAFTER FOR THE WORLD OF OTHERS. YOU SHOULD RESOLVE TO DO THE FOLLOWING:

1- TO REPENT EVIL, DESIRING THE FORGIVENESS OF GOD WHO SAID, "ONLY IF ONE REPENTS, BELIEVES, AND WORKS RIGHTEOUS DEEDS WILL GOD CHANGE THE EVIL OF SUCH PERSONS INTO GOOD, AND GOD IS FORGIVING AND MERCIFUL." (TN: QURAN: 25:70)

2 - TO NOT OBEY THE TYRANTS WHEN THEY COMMAND YOU TO COMMIT AGGRESSION AGAINST THE ULEMA AND YOUR MUSLIM PEOPLE. THESE ORDERS ARE AGAINST THE WAY OF GOD AND WAGE WAR ON THE RELIGION OF GOD, AND THEY ARE A GREAT DISOBEDIENCE OF HIS (MAY GOD BLESS HIM AND GRANT HIM PEACE) SAYING, "THERE IS NO PIETY IN DISOBEDIENCE OF GOD." AGREED UPON.

3 - TO URGE THE REST OF YOUR BROTHERS WORKING WITH YOU TO NOT RESPOND TO THE COMMANDS OF THE TYRANTS, ACCORDING TO HIS (MAY GOD BLESS HIM AND GRANT HIM PEACE) SAYING, "BY HIM WHO HOLDS MY SOUL IN HIS HAND, YOU MUST COMMAND GOOD AND FORBID EVIL, OR GOD WILL SEND A PUNISHMENT UPON YOU. THEN YOU WILL CALL ON HIM AND HE WILL NOT RESPOND." HASAN AS RELATED BY AL-TAMRIDHI.

4 - TO NOT DELAY IN HELPING YOUR PEOPLE AND REMOVING TYRANNY FROM THEM. THIS IS ACCORDING TO HIS (MAY GOD BLESS HIM AND GRANT HIM PEACE) SAYING "THE MUSLIM IS BROTHER OF THE MUSLIM, HE DOES NOT WRONG HIM, NOR DECEIVE HIM, NOR FORSAKE HIM." AGREED UPON.

5 - TO WASH YOUR HANDS OF ALL CRIMES OF THE REGIME AND TO NOT TRUST THE REGIME. AS THE ALMIGHTY SAID, "AND INCLINE NOT TO THOSE WHO DO WRONG OR THE FIRE WILL TOUCH YOU." (QURAN: 11: 113)

ASH010529

FINALLY, WE IN (THE ADVICE AND REFORMATION COMMITTEE) CALL ON ALL SECURITY OFFICIALS TO DO PENANCE FOR ARRESTS OF SHAYKHS THAT THEY HAVE CARRIED OUT, AND TO STRIVE TO RELEASE THEM. WE CALL ON OUR MUSLIM PEOPLE TO NOT REST UNTIL THEY SEE THE ULEMA LEAVE THE PRISONS OF THE TYRANTS. "HELP YOU ONE ANOTHER IN RIGHTEOUSNESS AND PIETY, BUT HELP YOU NOT ONE ANOTHER IN SIN AND RANCOR." (QURAN 5:2)

DATED: 11/4/1415 AH
CORRESPONDING TO 16 SEPTEMBER 1994 AD

ON THEIR BEHALF:

USAMAH BIN MUHAMMAD BIN LADIN

**PAGE 23 - 24 (DUPLICATE COPY OF STATEMENT 7 ABOVE)**

**PAGE 25 - 26 (STATEMENT NO. 8)**

IMPORTANT TELEGRAM TO OUR BROTHERS IN THE ARMED FORCES

BROTHERS OF ISLAM AND GUARDIANS OF THE RELIGION AND THE FAITH.

OH, SUCCESSORS OF THOSE PIOUS ANCESTORS WHO BORE THE LIGHT OF RIGHT GUIDANCE AND SPREAD IT AMONG HUMANITY. OH, OFFSPRING OF BIN ABI WIQAS AND MUTHANNA BIN HARITHA AL-SHAYBANI AND AL-QA'QA' BIN AMR AL-TAMIMI, AND THOSE OF THE BEST COMPANIONS (TN: OF THE PROPHET) WHO WAGED JIHAD WITH THEM. OH, MEN WHOM THE UMMAH HAS PRESERVED FOR A HATEFUL DAY, FOR SETTLING THE BREACH.

OH, DEFENDERS BY WHICH THE UMMAH - GOD WILLING - WARDS OFF THE TREACHERY OF THOSE ATTACKING HONOR AND THE RELIGION: BEHOLD, AND SEE PLAINLY HOW THE SAUDI REGIME BARES ITS TEETH, AND REVEALS ITS HYPOCRISY AND TOADYING (TN: TO THE WEST). THE HOSTILITY TO ISLAM, DA'WAH AND PREACHERS, WHICH IT COVERED UP, HAS BEEN EXPOSED BY ITS PUTTING THE BEST OF THE ULEMA INTO THE DEPTHS OF PRISON AND SUBJECTING THEM TO TERRIBLE ABUSE. ITS RAGING CAMPAIGN IS DEVOURING FERTILE AND BARREN LANDS IN AN ATTEMPT TO PREVENT THE BIRTH OF THE AWAKENING (TN: OF ISLAM), TO DRY UP ITS SPRINGS AND MAKE IT GO BACKWARDS. BY GOD, IT IS INDEED THE GREATEST OF CONSPIRACIES WHICH THE REGIME IS UNDERTAKING, DEMONSTRATING ITS LOYALTY TO THE ENEMIES OF ISLAM AND MUSLIMS, AND NOT PROTECTING IT IN ITS SUFFERING. BUT WE HOPE TO GOD THAT SOMEONE WILL COME FROM AMONGST YOU TO PROTECT US IN OUR AFFLICTION, SOMEONE WHO, GOD WILLING, IS DOUBTLESS COMING. BE THIS HOPE FOR IT. (TN: THAT IS, THE UMMAH)

THE FAILINGS OF THIS REGIME HAVE BEEN EXPOSED, ITS SUBSERVIENCE MADE PLAIN, AND ITS ENMITY OF THE RELIGION AND THE UMMAH

ASH010530

REVEALED:

- IS THIS NOT THE REGIME THAT IMPORTED WOMEN OF THE CHRISTIAN ARMIES TO DEFEND IT, PLACING THE ARMY IN THE HIGHEST DEGREE OF SHAME, DISGRACE AND, FRUSTRATION?

- IS THIS NOT THE REGIME THAT OPENED UP THE COUNTRY IN ALL ITS LENGTH AND BREADTH, AND FILLED IT WITH AMERICAN ARMY BASES?  IT IS OUT OF THE QUESTION FOR ANY OFFICER, NO MATTER HOW HIGH HIS RANK, TO CONTRADICT THE COMMAND THAT THE APOSTLE OF GOD (MAY GOD BLESS HIM AND GRANT HIM PEACE) MADE TO HIS UMMAH WHEN HE WAS ON THIS DEATH BED, "EXPEL THE POLYTHEISTS FROM THE ARABIAN PENINSULA." AL-BUHAYRI RELATES IT (TN:  AL-BUHAYRI WAS A COLLECTOR OF TRADITIONAL SAYINGS OF THE PROPHET).

- IS THIS NOT THE REGIME THAT THE PRIDE OF ISLAM AND THE MANLINESS OF THE ARABS COULD NOT SHAKE, EVEN WHEN IT MADE THE MUSLIM ARMY PARTICIPATE AS A COVER FOR THE AMERICAN ARMY'S OCCUPATION OF SOMALIA?!!

- IS THIS NOT THE REGIME THAT MADE USE OF THE ARMY AND THE COUNTRY TO HELP THE GANGS OF COMMUNISTS WHO OPPOSED GOD AND HIS MESSENGER IN YEMEN, IGNORING THE FATWA (TN:  FORMAL LEGAL OPINION, IN ISLAMIC LAW) OF THE TRUE ULEMA AND AVOIDING CONSULTATION WITH THE COMMANDERS OF THE ARMY?  GOD ALMIGHTY SAYS, "YOU WILL NOT FIND ANY PEOPLE WHO BELIEVE IN GOD AND THE LAST DAY LOVING THOSE WHO OPPOSED GOD AND HIS MESSENGER."

- IS THIS NOT THE REGIME THAT HAS STRIVEN AND CONTINUES TO STRIVE TO KEEP THE ARMY WEAK?  ONE EXAMPLE AND A COMPARISON BETWEEN THE PENINSULA AND THE ZIONIST ENTITY USURPING PALESTINE WILL SHOW THIS CLEARLY:

- THE AREA OF THE PENINSULA IS MORE THAN FOUR TIMES THAT OF OCCUPIED PALESTINE.  IT TAKES A BIG ARMY TO DEFEND THIS VAST AMOUNT OF LAND, BUT WE FIND THAT THE PENINSULA'S ARMY IS NOT EVEN A TENTH THE SIZE OF THE ARMY OF THE ZIONIST ENTITY, WITH A HUGE DIFFERENCE IN THE LEVEL OF ARMAMENT.

- THIS IS AT A TIME DURING WHICH THE ARMY'S BUDGET HAS REACHED HUGE NUMBERS, WHICH THE ARMIES OF THE REGION AS A WHOLE HAVE NOT ATTAINED.  WHERE DOES THIS MONEY GO?!  PERHAPS THE ANSWER WILL BECOME CLEAR WHEN WE REALIZE THAT PRINCE SULTAN, MINISTER OF DEFENSE, RECEIVED COMMISSIONS ON ARMS SALES WHICH IN ONE YEAR REACHED FIVE BILLION DOLLARS.  THIS WAS AT A TIME DURING WHICH THE REGIME STOPPED ALLOWANCES AND REIMBURSEMENTS FOR MEMBERS OF THE ARMED SERVICES DUE TO THE SHARP ECONOMIC DOWNTURN WHICH THE SONS OF THE PEOPLE TASTED, WHILE THE ALLOWANCES FOR THE BIG MEN OF THE RULING FAMILY WERE NOT TOUCHED.

ASH010531

- LET US THEN ASK THE REGIME: WHAT PREPARATIONS HAVE BEEN MADE TO DEFEND TABUK AND KHAYBAR FROM THE AMBITIONS OF THE JEWS AS PROCLAIMED AND WRITTEN ON THE DOORS OF THE KNESSET AND STAMPED ON THEIR NEW COINAGE? WHY DO YOU KEEP THE PEOPLE FROM TRAINING TO PREPARE FOR THE COMING DANGER?

- FINALLY, IS THIS NOT THE REGIME THAT DISDAINS AND IGNORES THE FEELINGS OF THE PEOPLE AND THE ARMED FORCES BY ARRESTING THEIR FAITHFUL ULEMA, WHILE ITS LEADERS SHOW SCORN, HATRED, AND INSOLENCE TOWARDS THESE FEELINGS, REVEALING THE REGIME'S HOSTILITY AND WARRING ON GOD, HIS MESSENGER, AND HIS WORTHY BELIEVERS? THE APOSTLE OF GOD (MAY GOD BLESS HIM AND GRANT HIS PEACE) SAID, "GOD SAYS 'HE WHO IS HOSTILE TO A FRIEND OF MINE HAS CHALLENGED ME TO COMBAT.'" AL-BUHAYRI RELATED IT.

IT IS THEREFORE CLEAR TO ANYONE WITH TWO EYES THAT THE REGIME HAS LOST ITS LEGITIMACY FOR THE FOLLOWING TWO REASONS: FIRSTLY, BECAUSE OF ITS FRIENDLINESS AND HELP TO THE ENEMIES OF THE RELIGION. SECONDLY, BECAUSE OF ITS HOSTILITY TO THE FEELINGS OF THE PEOPLE AT A TIME, IN WHICH EXPERTS ON THE CONDITIONS OF NATIONS AND FACTS OF HISTORY AGREE, THAT THE REGIME'S END AND COLLAPSE ARE NEAR. TOMORROW THE REGIME WILL FALL. IT IS JUST A MATTER OF TIME.

OH, MEN WHOM THE UMMAH AWAITS TO DEFEND THE CRADLE OF ISLAM SO THAT INFIDELITY WILL NOT SOIL IT. OH, MEN WHOSE SONS WILL JOIN THEM TO HELP THE TRUTH IN PALESTINE AND LIBERATE THE PLACE FROM WHICH THE APOSTLE OF GOD (MAY GOD BLESS HIM AND GRANT HIM PEACE) ASCENDED TO HEAVEN, FROM THE HANDS OF THE CRIMINAL JEWS.

OH, THOSE ZEALOUS FOLLOWERS OF THE RELIGION OF OUR PROPHET MUHAMMAD (MAY GOD BLESS HIM AND GRANT HIM PEACE). OH, THOSE WHO CROWD TOGETHER, SHOULDER TO SHOULDER, IN THE FIRST RANKS TO WORSHIP YOUR MIGHTY LORD AND WHO FOLLOW THE PRACTICE OF HIS NOBLE MESSENGER (MAY GOD BLESS HIM AND GRANT HIM PEACE).

OH, EXTRAORDINARY MEN, WE REMIND YOU, "FOR REMINDING BENEFITS THE BELIEVERS" (QURAN 51:55) THAT YOU ARE THE GUARDIANS OF THE FAITH, THE RELIGION, AND LAND OF THE MUSLIMS. WE PRAY THAT GOD WILL KEEP YOU. WE BELIEVE THAT YOU WILL BE ABLE TO DEFEND YOURSELF WHEN THE REGIME ORDERS YOU TO SUBJUGATE AND KILL YOUR ULEMA, YOUR FATHERS, YOUR SONS, AND YOUR BROTHERS. GOD ALMIGHTY HAS SAID, "IF A MAN KILLS A BELIEVER INTENTIONALLY, HIS RECOMPENSE IS HELL, TO ABIDE THEREIN FOREVER AND WRATH AND CURSE OF GOD ARE UPON HIM, AND A DREADFUL CHASTISEMENT IS PREPARED FOR HIM." (TN: QURAN 4:93) AND HE (MAY GOD BLESS HIM AND GRANT HIM PEACE) SAID "UNTIL THE END OF THE WORLD, THE MOST DESPICABLE TO GOD IS HE WHO KILLS A MUSLIM MAN" SAHIH AL-JAMI' (TN: A COLLECTION OF SAYINGS OF THE PROPHET)

ASH010532