EX. 7d

THE APOSTLE OF GOD (MAY GOD BLESS HIM AND GRANT HIM PEACE) PROMISED THAT THE RIGHTFUL CALIPHATE IS DEFINITELY COMING AFTER RAPACIOUS AND TYRANNICAL KINGS, AND THAT THEY WILL BE GUIDED TO IT.

"AS FOR THOSE WHO TURN TO GOD, HIS MESSENGER AND THOSE WHO BELIEVE, THEY ARE THE PARTY OF GOD WHO WILL SURELY TRIUMPH." (TN: QURAN 5:56)

DATED: 14/4/1415 AH
CORRESPONDING TO 19 SEPTEMBER 1994 AD

ON THEIR BEHALF:

USAMAH BIN MUHAMMAD BIN LADIN

**PAGE 27 - 28 (DUPLICATE COPY OF STATEMENT 8 ABOVE)**

**PAGE 29 (STATEMENT NO. 9)**

DO NOT HAVE VILE ACTIONS IN YOUR RELIGION

OH, MUSLIM YOUTH IN THE CRADLE OF ISLAM, THE TIME OF DILIGENCE AND ACTION HAS COME. THE TIME OF LISTLESSNESS AND RELAXATION HAS GONE. GIVE THIS MATTER THE IMPORTANCE IT DESERVES, AND PLEDGE YOURSELVES TO RESOLVE AND TRUST IN GOD ALMIGHTY. BEHOLD THE REGIME THAT HAS COMMITTED VIOLATIONS OF THE WORD OF TAWHID (TN: UNITY OF GOD, A PRINCIPLE OF FUNDAMENTALIST ISLAM) IS STUMBLING. IT SET FORTH UPON ITS GREATEST BLUNDER, AND COMMITTED A FATAL HISTORICAL ERROR WHEN IT INCITED ITS SOLDIERS AND HELPERS TO CONFRONT DA'WAH AND PREACHERS, GOING LIKE THE SLANDERER TO HIS GRAVE WITH HIS CRIME. BY GOD, IT IS THE BEGINNING OF THE STAGE OF SUPPORT AND CONSOLIDATION. FOR IT IS THE CUSTOM OF GOD ALMIGHTY WHEN HE WANTS TO SHOW HIS RELIGION. AS THE SHAYKH OF ISLAM IBN-TAYMIYAH (MAY GOD HAVE MERCY ON HIM) SAID (J. 57/28) "IT IS THE PRACTICE OF GOD WHEN HE WANTS TO REVEAL HIS RELIGION, HE RAISES UP SOMEONE TO OPPOSE IT. HE MANIFESTS THE TRUTH WITH HIS WORDS, AND HURLS THE TRUTH AT THE LIE, STUNNING IT. THEN IT DIES."

OH, GLORIOUS SONS OF THE PENINSULA. THE CONFLICT BETWEEN TRUTH AND FALSEHOOD HAS FLARED UP. THE PRACTICE OF GOD ALMIGHTY DOES NOT LAG BEHIND. IT IS INEVITABLE THAT THE TRUTH WILL TRIUMPH AND FALSEHOOD WILL DIE, GOD WILLING. WE HAVE ONLY TO REFLECT UPON THE PRACTICE OF GOD, CHANGE, AND EMPOWERMENT. THE MOST IMPORTANT OF THESE PRACTICES IS THAT OF TRIAL AND TESTING.

THIS TRIAL, WHOSE OUTWARD ASPECT IS SEVERITY, IS IN REALITY A BLESSING, BECAUSE THROUGH IT THE TRUTH TELLER IS DISTINGUISHED FROM THE LIAR, AND THE WICKED FROM THE GOOD. GOD ALMIGHTY SAID,

ASH010533

"DO MEN THINK THAT THEY WILL BE LEFT ALONE ON SAYING 'WE BELIEVE' AND THAT THEY WILL NOT BE TESTED? WE DID TEST THOSE BEFORE THEM, AND GOD WILL KNOW THOSE WHO ARE TRUE FROM THOSE WHO ARE FALSE." (TN: QURAN 29: 2-3) IT IS THEREFORE THE UNAVOIDABLE PRACTICE OF GOD, THROUGH WHICH THOSE BEFORE US HAVE BEEN TESTED. IMAM SHAFI'I WAS ASKED, "IS IT BETTER FOR A MAN TO HAVE POWER OR TO BE TESTED?" HE SAID, "HE HAS POWER UNTIL HE IS TESTED." THE MATTER IS SIMILAR TO THIS. PATIENCE IS A MUST. BE STEADFAST. BE STEADFAST. WHAT IS VICTORY BUT THE PATIENCE OF THE HOUR WHICH AFTERWARDS BECOMES EMPOWERMENT, GOD WILLING. SEE HOW THE INFIDELS ENDURE IN THEIR FALSEHOOD. WHAT WE NEED IS ENDURANCE IN THE TRUTH THAT IS OUR RELIGION.

THE BATTLE TAKING PLACE BETWEEN THE LACKEY REGIME ON ONE HAND, AND THE PEOPLE AND THE ULEMA ON THE OTHER HAND, IS NOT AN EPHEMERAL OR INCONSEQUENTIAL MISTAKE. RATHER, IT IS PART OF THE GREAT PLAN IN WHICH THE REGIME TRIES TO IMPLEMENT DOMINATION BY UPROOTING ISLAM FROM DEEP INSIDE THIS PEOPLE. THE REGIME WILL NOT ALLOW THE BEARER OF TRUTH AND RIGHT GUIDANCE TO DESTROY ITS FALSEHOOD, NO MATTER WHO THE BEARER OF TRUTH IS. DO NOT HAVE VILE DEEDS IN YOUR RELIGION FOR THE SAKE OF THIS WORLD AND A DEBASED LIFE. (TN: THE AUTHOR IS USING WORD PLAY. VILE DEEDS: DANIYYAH, RELIGION: DIN, WORLD: DUNYA). FOR IT IS THE PRACTICE OF GOD TO TEST WHOEVER SEEKS HEAVEN BY ADHERING TO GOD. THEY PROCLAIM THE TRUTH, AND THEY COME OUT OPENLY WITH IT. THEY WAGE JIHAD WITH THEIR TONGUES IN ANNOUNCING THE FALSITY OF THE REGIME UNTIL ALL MEN UNDERSTAND THE TRUTH OF THE WAY OF OUR RELIGION. IT IS THE TRUTH AND HE WHO IS WITHOUT IT IS A DYING LIAR.

THE SECOND OF THESE PRACTICES IS THE PRACTICE OF HELP AND EMPOWERMENT. WE MUST KNOW THAT HELP AND EMPOWERMENT ARE PRACTICES WHICH GOD MADE. THROUGH THIS PRACTICE, VICTORY COMES, AND VICTORY DOES NOT COME WITHOUT THIS PRACTICE. GOD INFORMED US OF THIS PRACTICE IN HIS PLAIN, GLORIOUS BOOK. IN IT, HIS APOSTLE (MAY GOD BLESS HIM AND GRANT HIM PEACE) WROTE THE MOST COMPLETE OF PROOFS. THE LAW DOES NOT EXCUSE SOMEONE WHO ENTERS HOUSES OTHER THAN THROUGH THE DOORS.

OH, MUSLIM PEOPLE, EXPLODING WITH ANGER AT THE SAUDI RULERS AND BURNING TO HELP THE NOBLE ULEMA OF THE UMMAH. MAY GOD BLESS YOUR ANGER FOR THE SAKE OF THE TRUTH. LET THIS ANGER BE NOT DIVERTED INTO CHANNELS OF THE PRACTICES OF CONSOLIDATION UNTIL IT BEARS FRUIT, EVEN IF IT IS SOME TIME LATER. ENDURE THE PRACTICES OF VICTORY AS YOU ENDURE THE PRACTICES OF TESTING, FOR BOTH OF THEM ARE FOR THE SAKE OF THE GOAL THAT YOU SEEK. THE PEOPLE OF THE TRUTH WILL NOT RETREAT FROM THEIR RELIGION. THEY WILL NOT STAND WITH THEIR HANDS FOLDED IN THE FACE OF THESE ACTIONS HOSTILE TO ISLAM. THEY WILL NOT CHEAPEN THAT FOR WHICH THEY HAVE OFFERED THEIR LIVES. TOMORROW IS NEAR FOR THE ONE WHO AWAITS IT.

ASH010534

OH, MUSLIM PEOPLE:

1. RENEW YOUR PURE INTENTION FOR GOD ALMIGHTY. PROMISE TO GOD THE EXALTED, AND PLEDGE AMONG YOURSELVES TO HELP THE RELIGION AND THE TRUTH, TO PERSEVERE IN THIS, AND TO DEDICATE WHAT YOU HAVE TO SPEND TO GIVING AND SACRIFICE. "YOU WILL NOT ATTAIN PIETY UNTIL YOU SPEND OUT OF WHAT YOU LOVE."

2. IT IS NECESSARY TO BE DISCIPLINED AND TO REFRAIN FROM BEHAVIOR AND DISTURBANCES WHICH HARM THE INTERESTS OF THE WHOLE.

3. REVEAL THE REALITY OF THE STRUGGLE WITH THE REGIME TO EVERY ONE YOU KNOW. THE REALITY OF THE STRUGGLE REVOLVES AROUND THE REQUIREMENTS OF 'THERE IS NO GOD BUT GOD.' - AS WE INDICATED IN OUR STATEMENT NUMBER 2. PREACHERS MUST GO FORTH AND REVEAL THE TRUTH. UNCOVER THE FACT OF THE CORRUPTION OF THE REGIME, ITS OPPOSITION TO ISLAMIC LAW, AND VIOLATIONS IT HAS COMMITTED AGAINST THE WORD OF UNITY "THERE IS NO GOD BUT GOD."

4. CONTINUE YOUR EFFORTS TO DEMAND THE RELEASE OF THE ARRESTED SHAYKHS AND TO RETURN THEM TO THEIR PULPITS, BUT BE AWARE THAT THIS IS NOT THE END IN ITSELF. WE ARE GOING TO OUR DESTINY, GOD WILLING, TAKING THE COMPREHENSIVENESS OF ISLAM UNTIL THE WORD OF GOD IS THE HIGHEST.

"GOD CONTROLS THE MATTER BUT MOST MEN KNOW IT NOT."

DATED: 11/4/1415 AH
CORRESPONDING TO 16 SEPTEMBER 1994 AD

ON THEIR BEHALF:

USAMAH BIN MUHAMMAD BIN LADIN

**PAGE 30 (DUPLICATE COPY OF STATEMENT 9 ABOVE)**

**PAGE 31 - 32 (STATEMENT NO. 10)**

HIGHER COMMITTEE FOR HARM!!

PRAISE BE TO GOD AND PRAYERS AND PEACE BE UPON THE APOSTLE OF GOD...

AFTER THE SAUDI REGIME CONDUCTED AN INSANE CAMPAIGN OVER THE LAST FEW WEEKS AIMED AT STRIKING AND DISTORTING DA'WAH, AND ARRESTING AND IMPRISONING PREACHERS AND SHAYKHS; AFTER THE FAILURE OF THE REGIME TO ATTAIN ITS DESIRE FOR LARGE SCALE SUPPORT FROM THE MAJOR ULEMA WHO STOOD BY THE SHAYKHS; AFTER THE REJECTION OF THE DRIFT BEHIND THE REGIME, AND OF SUPPORT FOR THE 'SAUDIZATION' OF EVERYTHING IN THE COUNTRY, EVEN ISLAM, ITS PEOPLE, AND ITS POINT

OF VIEW, WITH ALL OF THIS BEING THE PERSONAL PROPERTY OF THE RULING FAMILY TO DO WITH AS IT PLEASES, DILIGENTLY SWINDLING THE PEOPLE AND DECEIVING THE UMMAH; AFTER ALL OF THESE THINGS, THE SAUDI REGIME RECENTLY FORMED A COMMITTEE OF HARM TO ACHIEVE THESE ENDS. IT IS CALLED THE HIGHER COMMITTEE FOR ISLAMIC AFFAIRS, SO THAT IT WILL APPEAR TO PEOPLE THAT IT'S INTENT IS TO SPREAD THE DA'WAH AND GUARD THE FAITH.

WHAT IS STRANGE HERE IS NOT THE REGIME'S ACTING IN THIS FASHION TO TRY TO DECEIVE GOD AND THOSE WHO BELIEVE. THESE ARE FAMILIAR AND WELL KNOWN METHODS EMPLOYED BY TYRANNICAL REGIMES AT ALL TIMES TO POLISH THEIR IMAGE, AN IMAGE THAT IS MARRED BY MUCH TRICKING OF ISLAM AND CONSPIRING AGAINST ITS PREACHERS.

BUT THE EFFECT IS THAT THE METHOD USED TO PRODUCE THIS FARCE DOES NOT FOOL ANYONE. THE COUNCIL AND THE DUTIES ASSIGNED TO IT, AND THE TIMING AND THE CONDITIONS OF ITS FORMATION, ALL PROVE THE EXTENT OF THE CONFUSION THAT GOVERNS THE ACTIONS OF THE REGIME IN ITS OVERT WAR AGAINST ISLAM AND ITS TRUE PREACHERS. THE REGIME'S HATRED OF ISLAM HAS BLINDED IT SO MUCH THAT IT IS NOT ABLE TO FOOL EVEN A MINIMUM NUMBER OF THE PEOPLE. IF IT MUST CONSPIRE AGAINST ISLAM AND HARM ITS PREACHERS, THERE ARE MORE CLEVER AND SOPHISTICATED WAYS THAN THIS OVERT WAY AND COARSE METHOD.

THE WAY THIS COMMITTEE WAS CREATED LEAVES NO ROOM FOR DOUBT ABOUT THE INTENTION BEHIND IT AND THE PURPOSE OF ESTABLISHING IT. INDEED THE PRESENCE OF PRINCE SULTAN, MINISTER OF DEFENSE, AND PRINCE NAYIF, MINISTER OF THE INTERIOR, WITH THE PRINCE OF HIS HENCHMEN AT THE HEAD OF THE COUNCIL, IN FACT PROCLAIMS ITS TRUE MISSION. THE MISSION IS THE DESTRUCTION OF TRUE ISLAM AND ITS DA'WAH, SUPPORT FOR THE RELIGION OF THE KING, AND PREPARATION FOR THE HISTORY OF THE TWO BLACK MEN FILLED WITH A MALICE FOR ISLAM AND A HATRED OF ITS PREACHERS AND SHAYKHS. THERE IS NO ROOM FOR DOUBT OF THIS FACT. HOW CAN A RATIONAL PERSON, AWARE OF THE FACT THAT THIS GANG IS CORRUPTING THE EARTH AND WAGING WAR ON GOD AND HIS APOSTLE, BELIEVE THAT THEY ARE GOING TO SERVE ISLAM AND MUSLIMS?

HAS THE TRIAL OF ISLAM AND ITS PREACHERS IN THE PENINSULA AT PRESENT BEEN OTHER THAN BY THESE MEN AND AT THEIR HANDS? HOW CAN A PARTY TO A SUIT BE AN ARBITER, A CRIMINAL, A JUDGE, A LION, A SHEPHERD?

THE SHEPHERD OF THE FLOCK GUARDS THEM FROM THE WOLF.
WHAT ABOUT WHEN THE WOLVES ARE THE SHEPHERDS?!

IN ADDITION, THE DUTIES AND POWERS OF THE COUNCIL ARE UNDEFINED (TN: OR UNLIMITED), WHICH MAKES IT HOLD IN ITS HAND ALL THE ROPES, AND COLLECT IN IT ALL IT CAN TO PROFIT IN SERVING ISLAM AND THE CALL TO IT. THIS PROVES THE DETERMINATION OF THE REGIME

ASH010536

TO BE ARROGANT WITHOUT REPEATING WHAT WAS SAID PREVIOUSLY IN EXPOSING SOME OF THE METHODS BY WHICH DA'WAH BENEFITS FROM IT AND BY WHICH PREACHERS EXPLOIT IT IN THE SERVICE OF ISLAM AND MUSLIMS.

SINCE WE KNOW THIS, IT IS EASY FOR US TO EXPLAIN WHAT IN THE POWERS OF THIS COUNCIL GOES BEYOND THE FIVE PART COMMITTEE AND THE GRAND MUFTI OF THE KINGDOM, WITH THE MOST IMPORTANT OF THEIR POWERS AND PREROGATIVES WITHDRAWN AND ATTACHED TO THE NEW COUNCIL OF HARM.

ON THE OTHER HAND, IN LIGHT OF THE CURRENT CRISIS, THE REGIME'S UNDERTAKING TO FORM THIS COUNCIL IN THIS WAY CONFIRMS ITS DETERMINATION TO PROCEED IN THE LINE OF ESCALATION AND THE WAY OF CAUSING CRISES. IT ALSO SHOWS THAT THE REGIME IS NOT READY TO RESPOND TO THE GOOD WILL EFFORTS WHICH SHAYKH 'ABD-AL-'AZIZ ((BIN-BAZ)) AND SOME OF THE OTHER SHAYKHS HAVE UNDERTAKEN, AND WHICH THE REGIME HAS REJECTED. THE REGIME WANTS THIS COUNCIL TO BE PART OF ITS EFFORTS TO CUT OFF ANY ATTEMPT AT REFORM OF THIS TYPE. IN ABSORBING THE MOST IMPORTANT OF SHAYKH 'ABD-AL-'AZIZ BIN BAZ' POWERS, THE EMERGENCY COUNCIL IS PUNISHING HIM FOR HIS GOOD WILL EFFORTS AND FOR HIS POSITION ON THE IMPRISONED SHAYKHS. BIN BAZ CONTINUED PRAISING THE SHAYKHS, AND HE URGED THEM TO BE PATIENT, CONFIRMING THAT WHAT THE REGIME DID TO THEM WAS THE KIND OF TRIAL THAT FELL UPON THE MESSENGERS AND THOSE WHO FOLLOW THEM.

WE, IN THE ADVICE AND REFORMATION COMMITTEE, DO NOT WONDER AT THE BEHAVIOR OF THIS REGIME, WHICH IS OBDURATE IN ITS HATRED OF ISLAM AND TIRELESS IN PLOTTING AGAINST ITS PREACHERS.

BUT THE STRANGE THING IS THAT THIS REGIME CONTINUES TO FIND AMONG THE PEOPLE OF KNOWLEDGE (TN: ULEMA) THOSE WHO GUARD ITS BACK AND HOLD FATE AT BAY DESPITE THE OVERT WAR AGAINST ISLAM AND ITS PREACHERS THAT THE REGIME IS CONDUCTING. THIS REGIME OPENLY EXPRESSES ITS HOSTILE INTENTIONS WITH COMPLETE CLARITY AND ELOQUENCE. WHAT ARE THE ORGANIZATIONS AND COUNCILS IT HAS ESTABLISHED FROM TIME TO TIME EXCEPT A PROOF OF THE REGIME'S DETERMINATION TO PUSH THE COUNTRY TO AN UNKNOWN DESTINY OF PUNISHMENTS THROUGH ITS PERSISTENCE IN SLAYING THE SHE-CAMEL OF DA'WAH AT THE HANDS OF THE BROTHERS OF THE AL-SA'UD, LIKE PRINCES SULTAN AND NAYIF. (TN: THIS IS A REFERENCE TO THE EVIL MEN IN QURAN 7:77 "SO THEY SLEW THE SHE-CAMEL AND REVOLTED AGAINST THEIR LORD'S COMMANDMENT.") ARE THE TRUE SUCCESSORS (TN: OF THE PIOUS ANCESTORS) AWARE AND DO THEY PERCEIVE THE DANGER OF THE POSITION FOR THEM IN PERFORMING THEIR DUTY TO WORK FOR THIS RELIGION? ARE YOU UNAWARE OF THE SACRIFICES AND THE KIND OF TRIALS TO WHICH IT WILL BE SUBJECTED TO CONFIRM THAT THEY TRULY ADHERE TO THIS RELIGION, AND THE PURITY OF THEIR ATTENTION TO GOD? OR WILL PLEAS AND APOLOGIES HAMPER THEM, WITH THE TRAIL BEFALLING THEM, WHICH DOES NOT BEFALL THOSE WHO DO WRONG?

ASH010537

AS LONG SOME OF THE PEOPLE OF KNOWLEDGE WHOM GOD HAS MADE A PACT WITH DO NOT HESITATE TO CONTINUALLY CARRY OUT THIS DUTY, IT IS NOT STRANGE THAT PRINCE SULTAN AND HIS LIKE HAVE BEEN ASSIGNED TO OVERSEE ISLAMIC AFFAIRS (TN: THE WORD 'OVERSEE' IS ALSO USED FOR TENDING SHEEP AND GOATS, AS A SHEPHERD).

HE WHO TENDS GOATS IN A LAND FULL OF LIONS,
IF HE SLEEPS, THE LION WILL TAKE OVER TENDING THEM.

IN CONCLUSION, WE AFFIRM THAT THE RELIGION OF GOD IS VICTORIOUS AND ITS DA'WAH PROGRESSING, NO MATTER WHO OPPOSES IT. "IF YOU TURN YOUR BACK, HE WILL PUT IN YOUR PLACE A PEOPLE OTHER THAN YOU THEN THEY WILL NOT BE LIKE YOU." (TN: QURAN 47:38)

DATED: 10/5/1415 AH
CORRESPONDING TO 15 OCTOBER 1994 AD

ON THEIR BEHALF:

USAMAH BIN MUHAMMAD BIN LADIN

**PAGE 33 - 34 (DUPLICATE COPY OF STATEMENT 10 ABOVE)**

**PAGE 35 - 38 (STATEMENT NO. 11)**

OPEN LETTER FOR SHAYKH BIN BAZ
ON THE INVALIDITY OF HIS FATWA ON PEACE WITH THE JEWS

DEAR SHAYKH 'ABD-AL-'AZIZ BIN BAZ (MAY GOD HAVE MERCY ON HIM):

PEACE BE UPON YOU, AND GOD'S MERCY AND BLESSINGS. WE PRAISE GOD WHO SENT DOWN THE BOOK OF CLEAR VERSES, AND WHO RAISES UP THOSE WHO BRING KNOWLEDGE. GOD WHO MAKES WITH THEM A PACT TO EXECUTE TRUTH AND ITS PROOF, AND WHO WARNS THEM AGAINST USING IT TO DECEIVE OR CONCEALING IT. PRAYERS AND PEACE BE UPON OUR MASTER MUHAMMAD WHO SAID "THE BEST JIHAD IS THE WORD OF TRUTH IN THE PRESENCE OF THE UNJUST SULTAN" (A SOUND HADITH WHICH IMAM AHMAD AL-TABARANI, IBN MAJAH, AND RELATED BY AL-BAYHAQI).

IT IS WELL KNOWN TO YOU HOW GOD HAS GRANTED TO THE PEOPLE OF KNOWLEDGE (TN: ULEMA) A GREAT PLACE AND GIVEN THEM AN HONORABLE POSITION.

IT IS NO WONDER THAT THE ULEMA ARE THE HEIRS OF THE PROPHETS AND THAT THIS RELIGION HAS BEEN BEQUEATHED TO THEM. THEY KEPT FROM IT THE DISTORTION OF THE STUPID, THE PLAGIARISM OF THE LIARS, THE INTERPRETATION OF THE IGNORANT, AND THE DILUTION OF THE PROFLIGATE TYRANTS. THEY REPRESENT THE GOOD EXAMPLE AND IDEAL MODEL FOR THE UMMAH IN TAKING UP THE BURDEN OF VICTORY FOR TRUTH,

ASH010538