EX. 7f

DECEPTION COME TO AN END, AND MAY THEY BE RULED WITH JUSTICE AND SPEAKING THE TRUTH OPENLY. MAY THE RIPPLING FLAG OF JIHAD BE RAISED HIGH SO THAT THE UMMAH MAY RESTORE ITS HONOR AND DIGNITY. MAY THE FLAG OF UNITY BE RAISED ABOVE ALL THE STOLEN LAND OF ISLAM BEGINNING WITH PALESTINE AND CONTINUING TO ANDALUSIA, AND OTHER LANDS OF ISLAM LOST DUE TO THE TREACHERY OF RULERS AND THE HELPLESSNESS OF MUSLIMS.

WE ALSO ASK GOD TO LOOK OVER US AND KEEP EVIL FROM US. WE ASK HIM TO HELP US TO SPEAK CORRECTLY AND TO DO RIGHT, AND TO SUCCEED IN DOING WHAT HE LOVES AND WHAT PLEASES HIM SO THAT WE MAY BE SATISFIED IN LIFE AND COME TO A GOOD END IN DEATH. HE CONTROLS THIS AND HAS THE POWER TO DO IT. FINALLY WE PRAY 'PRAISE BE TO GOD THE LORD OF THE WORLDS.'

DATED: 27/7/1415 AH
CORRESPONDING TO 29 DECEMBER 1994 AD

ON THEIR BEHALF:

USAMAH BIN MUHAMMAD BIN LADIN

PAGE 39 - 42 (DUPLICATE COPY OF STATEMENT 11 ABOVE)

PAGE 43 - 46 (DUPLICATE COPY OF STATEMENT 12 BELOW)

PAGES 47-50 (STATEMENT NO. 12)

REFORM AND ADVICE FOUNDATION
OFFICE BRANCH, LONDON

REPORT NO. (12)
THE SECOND LETTER

TO SHAYKH ABD AL-AZIZ BIN BAZ
PRAISE TO ALLAH WHO PROVIDED THE HOLY BOOK TO LEAD PEOPLE FROM DARKNESS INTO LIGHT.

TO SHAYKH ABD AL-AZIZ ((BIN-BAZ)),

WE, AT THE REFORM AND ADVICE FOUNDATION, HAVE PROVIDED YOU WITH AN OPEN LETTER IN OUR REPORT (11) REMINDING YOU OF ALLAH AND YOUR RELIGIOUS OBLIGATION TOWARDS THE UMMAH/(NATION). WE ALSO CALLED YOUR ATTENTION TO A VARIETY OF FATWAS (TN: FORMAL RELIGIOUS LEGAL OPINIONS) AND POSITIONS REFLECTED BY YOU, WHICH INFLICTED HARM ON THE UMMAH AND THOSE WORKING FOR ISLAM, SUCH AS SCHOLARS AND PREACHERS.

THESE LATEST FATWAS HAVE SCARED MUSLIMS IN GENERAL AS WELL AS FREEDOM FIGHTERS, WEAKER MEN/WOMEN AND CHILDREN OF PALESTINE IN

ASH010546

SPECIFIC. THEY SHOWED A DISTINCTIVE RELIGIOUS ASPECT TO ARAB LEADERS' POLITICAL TREASON BETRAYING ALLAH AND HIS MESSENGER. YOU CONSIDERED WHAT THESE LEADERS DID, FROM SIGNING PEACE TREATIES CONSISTING OF TURNING PALESTINE OVER TO JEWS AND RECOGNIZING THEIR ETERNAL SOVEREIGNTY OVER IT, AS PERMISSIBLE RECONCILIATION WITH THE ENEMY.

WHEN THIS FATWA REACHES A DANGEROUS LEVEL AND SCHOLARS' VOICES INSIDE AND OUTSIDE THE COUNTRY DISCREDITED IT, ALONG WITH OUR PREVIOUS REPORT REGARDING THIS ISSUE, WE EXPECTED YOU TO TAKE A STAND AND REVERSE COURSE AFTER THE TRUTH CAME OUT AND EVIDENCE INDICATED THE INVALIDITY AND MISREPRESENTATION OF ITS CONTENTS.

EVERYONE WAS SURPRISED, NOT BECAUSE YOU CONFIRMED YOUR PREVIOUS FATWAS ACCORDING TO WHAT WAS PUBLISHED IN THE "AL-MUSLIMUN" (MUSLIMS) NEWSPAPER ON JANUARY 20, 1995, EDITION NO. 520, BUT RATHER BY THE ADDITIONAL EXPLANATIONS OF YOUR UNDERSTANDING OF HAVING PEACE WITH THE JEWS. THESE EXPLANATIONS CONTAINED CLAUSES THAT JEWS AND THEIR AGENTS DID NOT EVEN DREAM WOULD BE ISSUED WHEN THEY PRAISED AND CLAPPED THEIR HANDS AT YOUR PREVIOUS FATWA.

IN THIS LETTER WE WOULD LIKE TO BRIEFLY DRAW YOUR ATTENTION TO SOME ISSUES NOT COVERED IN OUR PREVIOUS REPORT AND OTHER MATTERS TRIGGERED BY YOUR SECOND FATWA. WHAT WE HAVE STATED EARLIER, IN ADDITION TO THE CONTENT OF SCHOLARS' LETTERS INSIDE AND OUTSIDE THE COUNTRY, POINTS OUT THE INVALIDITY OF THESE FATWAS. THIS IS SUFFICIENT ENOUGH NOT TO LENGTHEN OUR TOPIC BUT TO SUMMARIZE IT AS FOLLOWS:

1) EVIDENCES YOU PROVIDED IN YOUR FIRST AND SECOND FATWAS ARE THE ULTIMATE PROOF TO PERMIT A TRUCE WITH THE ENEMY BASED UPON THE AVAILABILITY OF NECESSARY CONDITIONS.

RELIGIOUSLY SPEAKING, SCHOLARS SHOWED THAT WHAT IS CURRENTLY GOING ON IN PALESTINE IS NOT A TRUCE BECAUSE CONDITIONS HAVE NOT BEEN MET, EXCEPT FOR WHAT THE ENEMY WANTS. THE SECOND PART OF THE DEAL CAME FROM A GROUP OF APOSTATE SECULAR ARAB LEADERS. THE AGREEMENT WAS MADE ON PALESTINIAN TERRITORY, AN ISLAMIC LAND, WHERE THE PROPHET ASCENDED TO HEAVEN. THE AGREEMENT'S CONTENT INDICATES THE JEWS' ETERNAL OWNERSHIP OF THIS LAND, -THUS PERMANENTLY CALLING OFF JIHAD. SINCE THE AGREEMENT WAS BASED ON AN INVALIDITY, IT MEANS THAT ANY AGREEMENT OF OWNERSHIP OF ANY PART OF ISLAMIC LAND IS VOID, KNOWING FULL WELL THAT THE SO-CALLED "PEACE" IS INVALID IN ITS ENTIRETY.

STRANGE IS YOUR DESCRIPTION OF THE PRESIDENT OF THE SO-CALLED "PALESTINIAN NATIONAL AUTHORITY" AND HIS SECULARISTS GROUP AS BEING "IN CHARGE OF MUSLIM AFFAIRS IN PALESTINE." FOR THIS REASON, IT HAS TO HONOR ITS OBLIGATIONS AND TREATIES WITH THE ENEMY. IT IS KNOWN THAT FATWAS FROM SCHOLARS INDICATE THAT

ASH010547

SECULARISM AMOUNTS TO ATHEISM; YOU WERE AMONG THOSE WHO CALLED FOR IT ON MANY OCCASIONS. THOSE INDIVIDUALS NEVER DID CONCEAL THEIR SECULAR IDEOLOGY, WHETHER IN THEIR ACTIONS, SAYINGS OR WRITINGS. HOW CAN THIS BE RIGHT IN LIGHT OF HOW THEY DESCRIBE THEMSELVES AS BEING IN CHARGE OF "MUSLIM AFFAIRS IN PALESTINE?"

2) THIS FATWA'S CLAIM OF MUSLIMS' WEAKNESS AND INABILITY TO FIGHT JEWS IS INVALID, BECAUSE, ON THE ONE HAND, SUBJECT EXPERTS DID NOT ISSUE IT. WHOEVER IS NOT KNOWLEDGEABLE IN THESE MATTERS DOES NOT HAVE THE RIGHT TO ARBITRATE, EVEN IF HE IS CORRECT. ON THE OTHER HAND, IT DOES NOT MAKE SENSE, WHO AMONG THESE EXPERTS SAID THAT MORE THAN A BILLION MUSLIMS WHO OWN THE LARGEST NATURAL RESOURCES IN THE WORLD WITH STRATEGIC LOCATIONS ARE UNABLE TO DEFEAT 5 MILLION JEWS IN PALESTINE?

TODAY, THE MUSLIMS' AILMENT IS NOT MILITARY WEAKNESS OR FINANCIAL POVERTY, BUT RATHER THEIR LEADERS' BETRAYAL, REGIMES' FAILURES, PLUS SCHOLARS' ACCEPTANCE OF CURRENT SITUATIONS AND BEFRIENDING BAD LEADERS. THE ISLAMIC NATION DOES NOT HAVE A SHORTAGE OF MONEY, MANPOWER AND/OR EQUIPMENT. IT DID NOT WIN ITS HISTORIC WARS BASED ON THAT; BUT IT IS MISSING SCHOLARS SUCH AS "BIN TAYMIYAH" AND LEADERS LIKE "SALAH AL-DIN" (VAR: SALADIN) , MAY ALLAH HAVE MERCY ON THEIR SOULS.

THE HEROIC OPERATIONS CONDUCTED BY YOUNG PALESTINIANS CONFIRM THIS THEORY. IT HAS CREATED FEAR AND INFLICTED HARM ON THE ENEMY. WHAT WOULD IT BE LIKE IF THE NATION'S EFFORTS WERE GEARED TOWARDS THIS OBJECTIVE?

3) REGARDING YOUR STATEMENT ABOUT HAVING PEACE WITH THE JEWS, INCLUDING AN EXCHANGE OF DIPLOMATIC REPRESENTATION AND ECONOMIC COOPERATION; THIS CONTRADICTS WHAT YOU DECLARED WHEN YOU SAID THAT JEWISH OWNERSHIP OF PALESTINE IS A "TEMPORARY ONE." ACCORDING TO INTERNATIONAL LAW, A DIPLOMATIC EXCHANGE, WHICH "PEACE" INCLUDES, IS CONSIDERED TO BE A LEGITIMATE REPRESENTATION FORBIDDING ONE COUNTRY FROM INTERVENING IN ANOTHER COUNTRY'S INTERNAL AFFAIRS, WHICH COULD UNDERMINE ITS SOVEREIGNTY AND TOTAL CONTROL OF ITS TERRITORIES.

JEWS NEVER DREAMED OF INVADING THE ISLAMIC NATION NOR EXPLOITING ITS RESOURCES MORE THAN WHAT YOU HAVE PROVIDED THEM BY GIVING RELIGIOUS CONSENT TO ESTABLISH EMBASSIES, ISLAMIC COMMERCIAL CENTERS IN FRONT OF THEIR EMBASSIES, ESPIONAGE CENTERS AND LAUNCHING IMMORALITY AND IDEOLOGIES. THIS IS A NECESSARY STEP LEADING TO THE ESTABLISHMENT OF GREATER ISRAEL, EXTENDING FROM THE NILE TO THE EUPHRATES AND THROUGH LARGE PORTIONS OF THE ARABIAN PENINSULA.

4) ACCORDING TO THIS ALLEGED PEACE, YOU STATED THAT JEWS' OWNERSHIP OF PALESTINE IS A "TEMPORARY ONE," WHICH CONTRADICTS

ASH010548

REALITY. MOST OF THESE TREATIES' CLAUSES INCLUDING THE CAMP DAVID ACCORD WITH EGYPT, GAZA AND JERICHO ACCORDS WITH PALESTINE LIBERATION ORGANIZATION AND WADI 'ARABA'S ACCORD WITH JORDAN, INDICATE AN ETERNAL OWNERSHIP. MOST OF THESE ACCORDS WERE THE ONES THAT CALLED FOR A RETURN OF WHAT WAS OCCUPIED IN PALESTINE DURING THE 1967 WAR IN RETURN FOR ARAB RELINQUISHMENT OF WHAT WAS OCCUPIED DURING THE 1948 WAR. THIS IS WHAT THEY MEAN BY "LAND FOR PEACE." LET US ASSUME THAT JEWS GIVE UP WHAT THEY OCCUPIED IN 1967, -WHICH IS UNLIKELY BECAUSE THEY INSIST THAT JERUSALEM, OCCUPIED IN 1967, IS THEIR ETERNAL CAPITAL. UNDER WHAT AUTHORITY CAN THEY INSIST ON HAVING WHAT WAS OCCUPIED IN 1948, KNOWING THAT ANY AGREEMENT FOR WHICH MUSLIMS GIVE UP LAND IS INVALID?

IF YOU WANT TO CONFIRM THIS, YOU CAN REVIEW ALL ACCORDS; THEN YOU WILL KNOW WHAT YOU ARE TALKING ABOUT. IT IS A DIRECT KNOWLEDGE OF JEWISH ETERNAL SOVEREIGNTY OVER WHAT WAS OCCUPIED IN 1948. WITHOUT SUCH RECOGNITION, JEWS WOULD NOT HAVE LAND; HENCE NO COUNTRY WITH WHICH TO RECONCILE, HAVE DIPLOMATIC EXCHANGE, COMMERCIAL COOPERATION, AND OTHER THINGS THAT YOU SAID WERE PERMISSIBLE. IT IS KNOWN THAT ANY SO-CALLED ISRAELI LAND WAS EITHER OCCUPIED IN 1948 OR 1967. IT DOES NOT POSSESS ANY ADDITIONAL LAND. SO HOW COULD IT BE STATED THAT THEIR LAND OWNERSHIP IS TEMPORARY KNOWING THAT ALL PARTIES DESCRIBE WHAT IS GOING ON AS "TOTAL AND ETERNAL PEACE"?

THE UMMAH, IN GENERAL, AND PALESTINIAN PEOPLE, SPECIFICALLY, WERE EXPECTING YOU TO HONOR YOUR RELIGIOUS DUTIES BY INSTIGATING JIHAD AND SUPPORTING MEMBERS AND GROUPS BEHIND IT. THEY DID NOT EXPECT YOU TO ANNOUNCE SUCH A FATWA THAT ACCUSES FREEDOM FIGHTERS OF A SIN FOR WANTING TO LIBERATE JERUSALEM AND PALESTINE. YOU ACCUSED THEM BECAUSE THEY CONDUCTED JIHAD OPERATIONS AGAINST JEWS BREACHING THE GAZA AND JERICHO ACCORDS SIGNED BY "THE GOVERNOR OF MUSLIM AFFAIRS IN PALESTINE" AS YOU CLAIMED. BREACHING SUCH AN ACCORD SIGNED BY THE GOVERNOR WOULD BE PROHIBITED.

THIS FATWA HAS FRUSTRATED THOSE WHO PROVIDED THEIR SONS, BROTHERS AND HUSBANDS AS MARTYRS FOR ALLAH'S SAKE TO LIBERATE JERUSALEM AND PALESTINE. ACCORDING TO THIS FATWA, THESE INDIVIDUALS DIED AS SINNERS SINCE THEY BREACHED AN ACCORD SIGNED BY "THE GOVERNOR OF MUSLIM AFFAIRS IN PALESTINE." THAT IS WHAT YOUR FATWA MEANT. ARE YOU AWARE OF WHAT YOU ARE SAYING? OR ARE YOU SAYING ABOUT ALLAH WHAT YOU DO NOT KNOW? IF YOU HAPPEN NOT TO KNOW, THAT IS A PROBLEM. HOWEVER, IF YOU KNEW, IT IS EVEN WORSE.

5) WHAT IS FRIGHTENING IS NOT THIS FATWA'S ISSUANCE, BUT RATHER THE PROCEDURAL BASIS THAT YOU FOLLOWED IN SUCH ISSUANCE. WHAT DISTINGUISHES THESE FATWAS IS THE FOLLOWING:

1) IT STARTS WITH THE PRINCIPLE OF CONFORMING WITH LEADERS IN THEIR POLICIES AND APPROVING THEIR BEHAVIOR

ASH010549

2) FOR THIS REASON, TRUTH GETS TWISTED TO MEET THESE WISHES

3) IF IT IS NOT APPROPRIATE, LEADERS WOULD FIND A WAY AROUND IT

4) IT IS PROHIBITED TO ISSUE A FATWA THAT IS BASED ON LACK OF KNOWLEDGE

5) IN RESPONSE TO LEADERS' EVER-CHANGING DESIRES, THIS FATWA IS CHARACTERIZED BY CONTRADICTION AND OPPOSITION

WE HAVE STATED EXAMPLES IN OUR PREVIOUS LETTER THAT CONFIRM WHAT WE ARE SAYING.

THIS METHOD IS INVALID BECAUSE THE ISSUANCE OF A FATWA IS BASED ON ASPIRATION. AS BIN AL-QA'IM SAID, GOD BLESS HIS SOUR, AND AS JUDGE ABU AL-WALID AL-BAJI NOTED TO HIS FRIEND ABOUT SOME PEOPLE DURING HIS TIME WHO CLAIMED CREDIT FOR ISSUING FATWAS, "IF SOMETHING GOOD COMES FROM IT, HE WOULD CLAIM TO HAVE ISSUED THE FATWA. THIS IS NOT ACCEPTABLE. THIS IS NOT ACCEPTABLE AS AGREED UPON BY THOSE WHO SPECIALIZE IN THIS AREA."

IF THIS WERE THE JUDGMENT OF THOSE WHO CHOOSE WHAT SERVES THEIR NEEDS, WHAT WOULD IT BE LIKE FOR THOSE WHO MAKE UP FATWAS THAT OPPOSE THAT WHAT SCHOLARS HAVE AGREED UPON?

THE PURPOSE OF THIS CRITIQUE IS TO SHOW MISTAKES TO BE AVOIDED. THIS IS THE SCHOLARS' RIGHT APPROACH. IMAM AL-NAWAWI SAYS, "SHOW WHAT IS PREFERABLE, DISCREDIT WHAT IS NOT RIGHT, FALSIFY WHAT HAS ALREADY BEEN AND EXAGGERATED IN DISCREDITING ITS AUTHOR. I MEAN TO WARN AGAINST DECEPTION."

WE ARE WARNING THE UMMAH OF THE DANGER OF SUCH DISCREDITED FATWAS THAT DO NOT MEET THE REQUIREMENTS. WE ARE ASKING UMMAH TO GO BACK TO FATWAS THAT HAVE BEEN APPROVED BY THOSE WHO COMBINED RELIGIOUS KNOWLEDGE WITH CURRENT AFFAIRS, WHO BELIEVE IN THE WORD OF ALLAH AND WHO DID THE RIGHT THING AND DID NOT FEAR ANYONE BY NOT SPEAKING OUT. THE REGIME BECAME UNCOMFORTABLE WITH THEM. IT PUT THEM IN JAILS, EXPELLED THEM FROM THEIR JOBS AND BANNED THEM FROM VOICING THEIR CONCERNS.

WE ARE CALLING ON YOU TO STAY AWAY FROM THOSE CORRUPT LEADERS WHO USED YOU FOR THEIR OWN PURPOSES, AGAINST PREACHERS AND REFORMISTS. WE ARE MAKING YOU FEAR WITH WHAT ALLAH HAS FRIGHTENED HIS MOST PREFERRED CREATURES AND HIS LAST MESSENGER WHEN HE SAID, "AND THEIR PURPOSE WAS TO TEMPT THEE AWAY FROM THAT WHICH HE HAS REVEALED UNTO THEE, TO SUBSTITUTE IN OUR NAME SOMETHING QUITE DIFFERENT (IN THAT CASE), BEHOLD! THEY WOULD CERTAINLY HAVE MADE THEE (THEIR) FRIEND! AND HAD WE NOT GIVEN THEE STRENGTH, THOU WOULDST NEARLY HAVE INCLINED TO THEM A

ASH010550

LITTLE. IN THAT CASE WE WOULD HAVE MADE THEE TASTE A DOUBLE PORTION (OF PUNISHMENT) IN THIS LIFE, AND AN EQUAL PORTION IN DEATH: AND MOREOVER THOU WOULDST HAVE FOUND NONE TO HELP THEE AGAINST US!"

IF THIS THREATENING LANGUAGE WAS FROM GOD TO HIS MOST PREFERRED CREATURE SO HE WOULD NOT BEFRIEND THEM, EVEN LITTLE BIT, WHAT WILL IT BE LIKE FOR THE ONE WHO BEFRIENDS THEM A LOT?

WE ALSO REMIND YOU OF THOSE OF WHOM ALLAH SAYS, "THEY MAY BEAR, ON THE DAY OF JUDGMENT, THEIR OWN BURDENS IN FULL, AND ALSO SOME OF THE BURDENS OF THOSE WHO ARE WITHOUT KNOWLEDGE, THOSE WHOM THEY MISLEAD. ALAS, HOW GRIEVOUS THE BURDENS THEY WILL BEAR!"

DESPITE THE SERIOUSNESS OF THIS ISSUE, THE UMMAH BEGAN TO MOVE AWAY FROM THESE FATWAS THAT YOU ISSUED AS MANY VOICES OF CONDEMNATION AND REFUSAL ROSE AGAINST THEM, INSIDE AND OUTSIDE. TRUST HAS BEEN PUT UPON THOSE SCHOLARS AND PREACHERS, THOSE BEHIND BARS, UPON WHOM THESE FATWAS HAVE INFLICTED HARM FOR SPEAKING OUT AGAINST THEM, SUCH AS SHAYKH SALMAN AL-(('AWDAH)), SHAYKH SAFAR AL-((HAWALI)) AND THEIR BROTHERS, MAY ALLAH RELIEVE THEM.

THIS DISINTEREST IN YOUR FATWAS, EVEN OF PEOPLE LESS DANGEROUSLY (TN: THAN YOU) WHO ARE MISGUIDED, DOES NOT EXCUSE YOU FROM THE RESPONSIBILITY THAT HAS BEEN PUT UPON YOU TO SPEAK THE TRUTH.

FINALLY, WE TELL YOU, IF YOU CANNOT BEAR THE CONSEQUENCES OF SPEAKING THE TRUTH AND OF SUPPORTING THOSE WHO SPEAK OUT AGAINST LEADERS, THEN YOU SHOULD REMOVE YOURSELF FROM OFFICIAL POSITIONS IN WHICH THE REGIME HAS PLACED YOU, AND LEAVE THOSE LEADERS WHO DECLARED WAR AGAINST ALLAH. IN THIS WAY YOU WILL NOT SUFFER AS THEY WILL. FOLLOW THE RIGHT PATH AS DETERMINED BY THE PROPHET, PEACE BE UPON HIM, WHEN HE SAID "WATCH YOUR TONGUE, LET YOUR HOUSE BE SPACIOUS AND CRY OVER YOUR MISTAKES."

WE ASK ALLAH WITH HIS 99 ATTRIBUTED NAMES TO PROVIDE THIS UMMAH WITH SINCERE SCHOLARS, IMAMS AND FREEDOM FIGHTERS SO THAT THIS UMMAH WILL RECLAIM ITS GLORY AND BE THE BEST. WE ALSO ASK HIM TO GUIDE US TO DO THE RIGHT THING.

USAMAH BIN MUHAMMAD BIN LADIN

DATE: JAN/29/1995

PAGE 51-52
(STATEMENT NO. 13)

PRINCE SALMAN AND RAMADAN' ALMS

ASH010551

THE SAUDI REGIME EXPLOITED THE NATION, BESIEGED ITS RESOURCES AND HAD ITS HANDS ON ITS CAPABILITIES (I.E. ASSETS) IN ORDER TO PREVENT IT FROM SERVING ISLAM AND ALLOWING MUSLIMS TO BENEFIT FROM IT. ACCORDING TO THIS POLICY, THE REGIME HAS SEIZED ITS CITIZENS' LIBERTIES AND RELIGIOUS RIGHTS. THE REGIME SILENCED, JAILED, AND DEPRIVED SCHOLARS AND THOSE SPEAKING THE TRUTH OF THEIR RIGHTS. IT PUNISHES WHOEVER EXERCISED HIS RIGHTS AND HIS DUTIES IN DEFENDING THE UMMAH'S RELIGIOUS RIGHTS BY FACING THE REGIME'S INJUSTICE.

BESIDE THE REGIME'S POLITICAL AND IDEOLOGICAL BLOCKADE, IT ALSO EXERCISED A HARSH ECONOMIC AND FINANCIAL (POLICY) AS WELL. PART OF THIS BLOCKADE WAS DISSOLVING CHARITABLE ORGANIZATIONS THAT USED TO DELIVER DONATIONS FROM CITIZENS TO THE MANY NEEDY PEOPLE INSIDE AND OUTSIDE THE COUNTRY. IT REPLACED THEM WITH ORGANIZATIONS AND FOUNDATIONS SUBSERVIENT TO ROYAL FAMILY MEMBERS AND PARTICULARLY, PRINCE SALMAN. IT IS AS THOUGH HE IS SAYING TO THE NATION, YOU ARE NOT WORTHY OF THESE DONATIONS. TO GIVE IT A RELIGIOUS LEGITIMACY, HE (THE PRINCE) DESCRIBED IT AS A POPULAR ONE, AND A FATWA WAS ISSUED BY ONE OF THE REGIME'S MUFTI (TN: RELIGIOUS LEGAL ADVISORS WHO ISSUE RELIGIOUS/FORMAL LEGAL OPINIONS). SHAYKH BIN BAZ CLAIMED THAT IT WAS RELIGIOUSLY LEGITIMATE AND URGED DONATIONS. IT IS KNOWN THAT HEADING THESE FOUNDATIONS WITH PEOPLE LIKE SALMAN REMOVE ANY POPULAR LEGITIMACY FROM THEM. IN ADDITION, BIN BAZ'S FATWA DOES NOT GIVE IT A RELIGIOUS LEGITIMACY BECAUSE OF WHAT WAS KNOWN ABOUT HIM (TN: BIN BAZ) REGARDING ISSUING FATWAS FAVORING THE REGIME. SOME EXAMPLES HAVE BEEN PROVIDED IN OUR PREVIOUS REPONSES, SUCH AS THE LEGALITY OF PEACE WITH ISRAEL.

WE WOULD LIKE TO CLARIFY THE FOLLOWING:

1) PRINCE SALMAN WAS NEVER KNOWN TO BE INTERESTED AND CARE FOR MUSLIMS' AFFAIRS. ON THE CONTRARY, HE WAS KNOWN FOR WORKING AGAINST ISLAM AND ITS PEOPLE

2) THE SAUDI REGIME IS KNOWN TO TAKE OVER ALL DONATIONS, SUCH AS THE CASE WHEN IT USED POPULAR DONATIONS FOR AFGHAN FREEDOM FIGHTERS AS A MEANS TO PRESSURE THEM TO SECURE WESTERN AND PARTICULARLY U.S. POLICIES. IT ALSO USED IT FOR ITS OWN PERSONAL GAINS. LARGE AMOUNTS OF MONEY COLLECTED FROM DONATIONS FOR PEOPLE IN BOSNIA HAVE BEEN GIVEN TO GERMAN CHRISTIAN FOUNDATIONS FOR DISTRIBUTION THERE. IT IS KNOWN THAT THE SAUDI REGIME'S SPENDING GOES TO SUPPORTING COMMUNISM AND CHRISTIANS AGAINST MUSLIMS; SUCH AS THE CASE OF YEMENI COMMUNISTS, DUSTUM, AN AFGHAN COMMUNIST, THE "AL-KATA'IB" PARTY IN LEBANON AND OTHERS.

3) THE REASON BEHIND THIS PROCEDURE DOES NOT ENCOURAGE GOOD DEEDS, AS THE REGIME CLAIMS, BUT RATHER THE FOLLOWING: