EX. 7g

1) PREVENTS THESE FUNDS FROM BEING DELIVERED TO AREAS WHERE THEY COULD BE USED TO SERVE ISLAM AND MUSLIMS FOLLOWING THE PRINCIPLE "DO NOT SPEND ON THOSE WHO ARE WITH THE MESSENGER OF ALLAH TILL THEY DESIST." THIS EXPLAINS THE TIMING OF THE REGIME'S LATEST WAVE REGARDING THIS ISSUE AND THE US PRESIDENT'S DECISION TO FREEZE ISLAMIC FOUNDATIONS' ASSETS THAT OPPOSE THE "PEACE" PLAN IN THE MIDDLE EAST. THESE PROCEDURES ARE A PART OF THE JOINT POLICY OF BOTH COUNTRIES TO FREEZE SUPPORT RESOURCES INTENDED FOR ISLAM, MUSLIMS, FREEDOM FIGHTERS AND OTHERS. WE WOULD LIKE TO DRAW OUR BROTHERS' ATTENTION TO THE DANGER OF DEPOSITING THEIR MONIES INTO US BANKS BECAUSE IT COULD BE FROZEN, BASED ON THESE ALLEGATIONS.

2) THE REGIME TRIED TO CONCEAL ITS WRONGDOINGS AGAINST ISLAM AND MUSLIMS BUT ITS SUPPORT FOR THE ENEMIES AS WELL. IN ADDITION, IT FINANCIALLY SUPPORTED THE ALGERIAN REGIME WITH $2 BILLION TO SUPPRESS MUSLIMS THERE. ON ANOTHER FRONT, IT PROVIDED THE SOVIET COMMUNIST REGIME WITH $4 BILLION TO OPPRESS THE MUSLIM POPULATIONS THERE, AS IS THE CASE IN CHECHNYA. IT IS KNOWN AMONG SCHOLARS THAT SUPPORTING INFIDELS AGAINST MUSLIMS IS AGAINST ISLAM.

3) BASED ON WHAT WAS STATED, WE, AT THE REFORM AND ADVICE FOUNDATION, WHILE CELEBRATING THIS BLESSED MONTH AS A MONTH OF GIVING FOR ALLAH'S SAKE, WISH TO DRAW THE ATTENTION OF ALL DONORS TO THE DANGER OF DONATING FUNDS OR ZAKAT TO THESE FOUNDATIONS AND ORGANIZATIONS. THE REGIME IS USING THEM AGAINST ALLAH AND HIS MESSENGER. WE ARE ASKING THE DONORS TO PROVIDE THESE FUNDS DIRECTLY TO THE NEEDY, WHETHER, INSIDE OR OUTSIDE THE COUNTRY. THEY COULD ALSO PROVIDE IT TO THOSE TRUSTED INDIVIDUALS WHO WILL DELIVER THEM (TN: TO TRUSTED PEOPLE). THIS WAY, HEARTS WILL BE ASSURED THAT THESE DONATIONS ARE DELIVERED TO LEGITIMATE NEEDY PEOPLE, WITHOUT HAVING ABUSERS FROM THE AL-SA'UD (FAMILY) MEDDLE WITH IT. ALLAH SAYS, "ALLAH ORDERS YOU TO GIVE CONSIGNMENT TO HIS PEOPLE." IT IS KNOWN THAT THESE LEADERS CANNOT BE TRUSTED. THERE ARE OTHER SAFE WAYS YOU THAT CAN ASSIST IN DELIVERING FUNDS TO THOSE WHO DESERVE THEM. AMONG THEM ARE, BENEVOLENCE FOUNDATIONS IN QATAR, KUWAIT, JORDAN, YEMEN, SUDAN, AND OTHERS. TO ASSURE THAT THE FUNDS TRANSFER TO THESE FOUNDATIONS' BANK ACCOUNTS, WE DRAW YOUR ATTENTION TO THE IMPORTANCE OF TRANSFERRING THESE FUNDS OUTSIDE THE PENINSULA, AWAY OF THE PURSUING REGIME'S SPIES.

FINALLY, WE WOULD LIKE TO REMIND MUSLIMS OF THE BENEFIT OF GIVING FOR ALLAH'S SAKE, ESPECIALLY DURING THIS MONTH.

WE ASK ALLAH TO ACCEPT FROM US ALL OUR FASTING, OFFERINGS AND ALL WE DO, NOT ONLY IN THIS MONTH (RAMADAN), BUT OTHERS AS WELL. PRAISE BE TO ALLAH.

ASH010553

USAMAH BIN MUHAMMAD BIN LADIN

DATE: FEB/12/1995

**PAGES 53-54**
**(DUPLICATE COPY OF STATEMENT 13 ABOVE.)**

**PAGE 55-58 (STATEMENT NO. 14)**

SAUDI ARABIA CONTINUES ITS WAR AGAINST ISLAM AND ITS SCHOLARS

FOLLOWING "'ID AL-FITR" OBSERVANCE, THE SAUDI REGIME DETAINED A NEW GROUP OF SCHOLARS, PREACHERS AND REFORMISTS FOLLOWING A SURPRISE RAID ON HOUSES AND MOSQUES.

AMONG THOSE DETAINED WERE SHAYKH MUHAMMAD BIN SA'ID AL-((QAHTANI)), DR. SA'ID BIN ((ZU'AYR)) (VAR: ((ZUHAYR)) )AND DR. BASHAR AL-((BASHAR)). THESE ARRESTS, WHICH BECAME A NORMAL PROCEDURE FOR THE AL-SA'UD REGIME, HAVE A PROFOUND MEANING. IT CONFIRMS THAT THESE AGGRESSIVE ACTIVITIES CONDUCTED BY THE REGIME AGAINST SCHOLARS AND PREACHERS IS A NEW CHAPTER OF AN OPEN WAR AGAINST ISLAM AND THOSE CALLING FOR THE IMPLEMENTATION OF ITS TEACHINGS. IT IS A RESPONSE TO A STRATEGY PLANNED BY INTERNATIONAL INFIDEL COUNTRIES THAT WORK VERY HARD TO ELIMINATE ISLAM AND ITS PREACHERS. THESE NEW ARRESTS EXPLAIN PREVIOUS ARRESTS, SUCH AS OF SHAYKH SAFAR AL-((HAWALI)) AND SHAYKH SALMAN BIN FAHD AL-(('AWDAH)), AS WELL AS PREACHERS. IT BECAME EVIDENT THAT THESE DETAINEES SHARED THE SAME CHARGES AND ACCUSATIONS, WHICH WAS THEIR BELIEF IN ALLAH, SPEAKING OUT THE TRUTH, INDICATING WHAT IS RIGHT, AND FORBIDDING WHAT IS WRONG. THEY CALLED FOR APPLYING ISLAMIC LAWS AND DISAVOWING THE REGIME'S APPROVAL OF POSITIVE LAWS PERMITTING WHAT IS FORBIDDEN AND VICE VERSA. THEY CALLED FOR MEDIA REFORMS AND REMOVING IMMORAL PROGRAMS. THEY ALSO CALLED FOR THE RESPECT OF PEOPLE'S RELIGIOUS RIGHTS AS WELL AS ADMINISTRATIVE REFORMS. THEY WARNED AGAINST THE COUNTRY'S FUTURE ECONOMIC CONDITIONS CAUSED BY INTEREST BEARING LOANS (TN: USURY IS ILLEGAL UNDER ISLAMIC BANKING LAW) AND THE REGIME'S FAMILY MEMBERS' LAVISH SPENDING. THEY (SCHOLARS) UNCOVERED THE DETERIORATING SOCIAL PROGRAMS AND CALLED FOR REFORM. IN ADDITION, THEY NOTED THE MILITARY'S POOR CONDITIONS WHILE CALLING FOR ITS REORGANIZATION. ON THE OTHER HAND, THEY NOTED THE JUDICIAL SYSTEM AND HOW IT CHANGED MOST OF ITS RELIGIOUS LAWS INTO LAWS IMPOSED BY THE REGIME.

SCHOLARS AND PREACHERS SPOKE OUT AGAINST THE GOVERNMENT'S FOREIGN POLICY, WHICH CONSISTED OF SUPPORTING INFIDELS AGAINST MUSLIMS. FOR EXAMPLE, THE SAUDI REGIME SUPPORTED THE APOSTASY AND INFIDEL REGIME IN ALGERIA AND COMMUNISTS IN YEMEN.

THESE DEMANDS WERE INCLUDED IN "THE ADVICE MEMORANDUM," WHICH LED

ASH010554

TO THEIR DETENTION AND EXPULSION FROM WORK.

THE SAUDI REGIME HAS MANY REASONS FOR DETAINING SHAYKHS:

1- ITS PERSONAL HOSTILITY AGAINST ISLAM AND MUSLIMS, TO MAKE SURE THAT THESE TYPES OF SHAYKHS ARE STOPPED FROM CONDUCTING DA'WAH. THE REGIME THINKS THAT BY DOING SO, IT WILL FACILITATE ITS OBJECTIVE OF GETTING RID OF ISLAMIC DA'WAH, WHOSE POSITIVE OUTCOME HAS STARTED TO EMERGE.

2- ITS ADHERENCE TO IMPLEMENTING THE INFIDELS' PLANS TO DESTROY ISLAMIC DA'WAH AND PREACHERS. THE SHAYKHS, SALMAN AND SAFAR, WERE DETAINED AFTER THE US DELEGATION.VISITED THE COUNTRY WITH THE INTENT TO REALIZE (PEACE) WITH THE JEWS.

THESE ARRESTS CAME AFTER NATO'S CALL TO THE COUNTRIES OF THE REGIONS TO COOPERATE IN ORDER TO ELIMINATE THE DANGER THAT THREATENS ITS INTERESTS AND DESIRES FOR HEGEMONY. THIS OBJECTIVE COULD BE ACCOMPLISHED VIA (PEACE, DEVELOPMENT, NEW MIDDLE EAST, ETC.) PROJECTS. BY ACTING THIS WAY, THE SAUDI REGIME IS DOING DA'WAH AND PREACHERS A FAVOR. IT SHOWS THAT THE OBJECTIVE BEHIND THESE DETENTIONS AND INJUSTICE TO THOSE WHO CALL FOR DA'WAH IS ISLAM. IT ALSO PROVIDES PROOF ABOUT THOSE WHO THOUGHT POSITIVELY ABOUT THE REGIME -THAT THEY HAVE MISPLACED THEIR JUDGMENT. THESE DETENTIONS HAVE INCREASED THE SPHERE OF THE REGIME'S OPPOSITION. PEOPLE SPOKE OUT AND BROKE THE BARRIER OF FEAR AND DESTROYED THE REGIME'S HEGEMONY. GLORY TO ALLAH FOR INCLUDING THIS REGIME'S DESTRUCTION IN HIS PLAN.

WE, AT REFORM AND ADVICE FOUNDATION, REPORT THE SHAYKHS' DETENTIONS AND SHOW THE REASONS BEHIND THEM:

1- THE REGIME SHOWS ANIMOSITY TOWARDS ISLAM. IT ALSO MISLED THOSE WHO HAD FAITH IN ITS JUDGMENT. IT CONFIRMS WHAT WE HAVE BEEN CALLING FOR REGARDING THE NEED TO SUPPORT THESE SCHOLARS, PREACHERS AND REFORMISTS. AS ALLAH SAYS "OH YOU BELIEVERS, BE FEARFUL OF ALLAH AND BE WITH THE TRUSTWORTHY." WE CONFIRM THAT, SPEAKING OUT THE TRUTH, SUPPORTING THOSE WHO DO, AND UNCOVERING ISLAM'S ENEMIES IS EVERYONE'S RESPONSIBILITY AND RELIGIOUS DUTY, NO MATTER WHAT THE CONSEQUENCES ARE. EVEN THOUGH THIS OBLIGATION IS EVERYONE'S RESPONSIBILITY, IT IS MAINLY FOR THOSE IN POSITIONS OF POWER AND INFLUENCE AMONG SCHOLARS, KNOWLEDGE SEEKERS, MERCHANTS, TRIBAL LEADERS, YOUNG PEOPLE AND OTHERS.

2- WE ARE ALSO WARNING THE UMMAH ABOUT THE VICIOUSNESS OF THOSE DECLARING AIMLESSLY FALSE AND UNFOUNDED POLITICAL STATEMENTS, WHETHER ON A PLATFORM OR ON TV. THEY ISSUE PREPARED FATWAS ON BEHALF OF THE REGIME TO SAVE FACE, WHICH HAS BEEN REVEALED TO THE UMMAH FOR ITS ANIMOSITY AGAINST ISLAM AND ITS PEOPLE. WE WARNED THESE PEOPLE OF THE CONSEQUENCES OF THEIR ACTIONS. THE PROPHET,

PEACE BE UPON HIM, WAS ASKED WHAT IS THE GREATEST SIN. HE STOOD UP AND RESPONDED (IT IS PROVIDING UNTRUE STATEMENTS). HE KEPT REPEATING IT UNTIL HIS COMPANIONS SAID, WE WISH HE WOULD BE QUIET. AS FOR PRAYERS FOR OPPRESSORS, SUFYAN AL-THAWRI, MAY ALLAH BLESS HIS SOUL, SAID, "WHOEVER PRAYS FOR THE CONTINUANCE OF AN OPPRESSOR PREFERS TO DISOBEY ALLAH." WE WARN AGAINST THESE PEOPLE'S CALL AS THEY MEET THE REGIME HALF WAY IN ITS APPROACH THAT CONSTITUTES A DANGER TO DA'WAH.

3- WE CHALLENGE THE REGIME TO LET DETAINEES HAVE FAIR TRIALS AND PROVIDE EVIDENCE THAT ACCUSES THEM OF A CRIME. THIS WAY, THE REGIME COULD ACQUIT ITSELF AND CONVICT THEM IN FRONT OF THE UMMAH. AS LONG AS IT DOES NOT DO THAT, IT CONDEMNS ITSELF AND ACQUITS THEM OF ANY ACCUSATIONS.

4- TO THOSE SHAYKHS DETAINED IN PRISONS, WE ARE ADDRESSING THEM WITH ADMIRATION AND RESPECT FOR TAKING A STAND. WE TELL THEM THAT BECAUSE OF THEIR FAITH, THE REGIME'S ARROGANCE HAS BEEN DESTROYED, ITS TEMPTATIONS HAVE FAILED AND, BECAUSE OF YOUR TRUTHFULNESS, THEIR MEDIA HAS PROVEN UNRELIABLE. MAY ALLAH PROVIDE YOU WITH PATIENCE AS HE SAYS "DO NOT BE SAD, YOU ARE THE UPPERMOST, IF YOU BELIEVE."

THIS IS A TRIAL PERIOD AND A WAY OF DIFFERENTIATING BETWEEN METHODS. IN THE END, ALLAH'S PROMISE WILL BE TO THOSE WHO PREVAIL, "ALLAH HAS PROMISED, TO THOSE AMONG YOU WHO BELIEVE AND WORK RIGHTEOUS DEEDS, THAT HE WILL SURELY, GRANT THEM THE LAND INHERITANCE (OF POWER), AS HE GRANTED IT TO THOSE BEFORE THEM; THAT HE WILL ESTABLISH WITH AUTHORITY THEIR RELIGION-THE ONE WHICH HE HAS CHOSEN FOR THEM; AND THAT HE WILL CHANGE (THEIR STATE), AFTER THE FEAR IN WHICH THEY LIVED, TO ONE OF SECURITY AND PEACE. THEY WILL WORSHIP ME (ALONE) AND NOT ASSOCIATE WITH NONE OTHER THAN WITH ME."

PRIOR TO ACHIEVING THAT, THERE HAS TO BE A STRONG FAITH, HARD WORK, PATIENCE AND COMPLETE TRUST, "AND WE MADE THEM LEADERS GUIDING (MEN) BY OUR COMMAND AND WE BELIEVED IN OUR VERSES."

USAMAH BIN MUHAMMAD BIN LADIN

DATE: MARCH/9/1995

**PAGES 59-68 (STATEMENT NO. 15)**

SCHOLARS ARE THE PROPHET'S SUCCESSORS

SCHOLARS ARE SUCCESSORS OF THE PROPHET AND THE DEFENDERS OF RELIGION. THEY ARE THE ONES WHO DO NOTE DEVIATE FROM THE TRUTH, EMBRACING LIARS AND IGNORANT INTERPRETATIONS. THEY PLAY A MAJOR

ASH010556

ROLE IN THE UMMAH (SOCIETY).

DUE TO THE IMPORTANCE OF SCHOLARS IN ISLAM AND THE ROLE OF THEIR TASKED MISSION, ONE SHOULD BE AWARE OF THE DANGER OF NOT DISTINGUISHING BETWEEN SCHOLARS WORKING TO FURTHER THE WORD OF ALLAH AND THOSE PREFERRING EARTHLY THINGS AND MATERIALS. IT IS NECESSARY TO DIFFERENTIATE BETWEEN THE TWO TYPES ACCORDING TO RELIGIOUS LAW IN OBEYING AND RESPECTING THESE SCHOLARS. FOLLOWING THE RELIGIOUS WAY OF ADDRESSING THEIR MISTAKES AND HOPING TO RECONCILE BETWEEN SCHOLARS AND THOSE WORKING FOR ISLAM, WE DECIDED TO APPROACH THIS SUBJECT AS FOLLOWS:

I. SCHOLARS' STATUS IN ISLAM

IT IS KNOWN THAT RELIGIOUS KNOWLEDGE IS THE PROPHECY'S SUCCESSION AS SCHOLARS ARE TO PROPHETS. FOR THIS REASON, THEY DESERVE CREDIT. ALLAH DESCRIBES THEM IN HIS HOLY QURAN "ALLAH ELEVATES THOSE BELIEVERS AMONG YOU AND SCHOLARS." HE ALSO MADE THEIR UNIQUENESS THIRD IN LINE, AFTER HIMSELF AND HIS ANGELS. ALLAH SAYS, "ALLAH, HIS ANGELS AND SCHOLARS ARE WITNESSES THAT THERE IS NO ALLAH BUT HIM." HE ALSO ADDED THAT THE PROPHET SAID, "THE PREFERENCE OF A SCHOLAR COMPARED TO AN AVERAGE PERSON, IS LIKE THE MOON COMPARED TO OTHERS STARTING ON A FULL-MOON NIGHT." IN HADITH (TN: PROPHETIC STATEMENTS) ABU DA'UD AL-TARMIDI AND AL-DARQTANI STATED THE PROPHET'S SAYING, "PROPHETS DID NOT INHERENT MONEY BUT RATHER KNOWLEDGE, SO WHOEVER FOLLOWS THE SAME PATH, IS LUCKY."

THE CLASSIFICATION OF SCHOLARS IS DERIVED FROM THE IMPORTANCE OF THEIR ROLE AND RESPONSIBILITIES ASSIGNED TO THEM, ACCORDING TO WHAT ALLAH SAYS. FOR THIS REASON, UNDERESTIMATING THEM OR TALKING NEGATIVELY ABOUT THEIR KNOWLEDGE IS ASSOCIATED WITH DANGER. TALKING NEGATIVELY ABOUT SCHOLARS IS THE BEGINNING OF LAUNCHING DESTRUCTION OF THEIR CREDIBILITY AND CREATING A RELIGIOUS LEADERSHIP VOID IN THE UMMAH. THIS WOULD LEAD IGNORANT LEADERS TO TAKE OVER AND MISLEAD THE UMMAH.

PEOPLE OF KNOWLEDGE HAVE WARNED AGAINST TALKING NEGATIVELY ABOUT SCHOLARS. BIN 'ASAKIR SAID, "KNOW THAT SCHOLARS' BODIES ARE PIOUSNESS AND ALLAH HAS MADE IT KNOWN WHERE THE BOUNDARIES ARE. SO, WHOEVER TALKS POORLY ABOUT THEM, ALLAH WILL INFLECT HEART DISEASE ON HIM PRIOR TO HIS DEATH."

II. DIFFERENCE BETWEEN GOOD AND BAD SCHOLARS

MOST OF THE READINGS TALK ABOUT SCHOLARS, THEIR BENEFITS, AND POSITIONS, WHILE WARNING AGAINST TARNISHING THEIR REPUTATION. ALLAH HAS ASSIGNED THEM WITH SPEAKING THE TRUTH LOUDLY. IMAM SHAFI'I SAID THAT SCHOLARS IN THE RELIGIOUS SENSE ARE "ACTIVE SCHOLARS."

ASH010557

AS MUCH AS ALLAH HAS RAISED THEIR STATUS, HE HAS LOWERED THE STATUS OF BAD SCHOLARS. THE QURAN HAS DESCRIBED A SCHOLAR WHOM ALLAH HAS BLESSED WITH KNOWLEDGE. IN ORDER TO SPEAK THE TRUTH AND RAISE THE WORD OF ALLAH, HE (SCHOLAR) PREFERRED THE MATERIAL WORLD AND FOLLOWED HIS OWN MATERIALISTIC ASPIRATIONS. RATHER THAN LEADING HIS PEOPLE ON THE RIGHT PATH, HE MISGUIDED THEM. ALLAH DESCRIBES HIM IN AS FOLLOWS, "TELL THEM ABOUT THE STORY OF THE ONE WHOM WE GRANTED OUR KNOWLEDGE BUT WHO DECIDED TO FOLLOW SATAN AND WAS ABERRANT. IF WE WANTED, WE COULD HAVE RAISED HIS STATUS, BUT HE RESORTED TO MATERIALISTIC THINGS. HE IS LIKE A DOG, IF YOU PUT SOMETHING ON HIM IT GASPS OR, IF YOU LEAVE IT ALONE, IT STILL GASPS."

REGARDLESS OF WHO THE PERSON WAS, WHICH HAPPENED TO BE "BAL'AM BIN BA'AWRAI," AL-QURTUBI SAYS, "THIS QURANIC VERSE IS ADDRESSED TO THOSE WHO MEMORIZE THE QURAN AND DO NOT FOLLOW ITS TEACHINGS; NO ONE SHOULD BE IMPRESSED WITH HIS KNOWLEDGE." ALLAH PROVIDED OTHER EXAMPLES OF JEWISH SCHOLARS WHO HAD BEEN ASSIGNED THIS TASK. ALLAH SAYS, "THE EXAMPLE OF THOSE WHO WERE ASSIGNED WITH THE TORAH BUT DID NOT FOLLOW THROUGH ARE LIKE A DONKEY CARRYING ITEMS ON ITS BACK." AS FAR AS THOSE WHO USE THEIR KNOWLEDGE FOR PERSONAL GAIN, ALLAH SAYS, "WOE UNTO THOSE WHO WROTE THE BOOK THEMSELVES TO PERSONALLY GAIN FROM IT. WOE UNTO WHAT THEY WROTE AND WOE UNTO WHAT THEY EARNED."

A BAD SCHOLARS' DEPARTURE FROM THE RIGHT PATH IS DUE TO TWO MAIN FACTORS:

1- LACK OF ACTING UPON THEIR KNOWLEDGE; THIS IS ACTIVE DEVIATION FROM THE TRUTH BECAUSE PEOPLE FOLLOW THEIR EXAMPLE

2- CHANGING WHAT ALLAH SAID WHILE INTERPRETING LAWS FOR THEIR OWN BENEFIT

IN ADDITION TO WHAT ALLAH STATED REGARDING THIS CATEGORY OF SCHOLARS, HISTORY CONFIRMS THIS REALITY, SO WE DO NOT NEED TO GO INTO MORE DETAILS. THE PAST AND THE PRESENT ARE FULL OF EXAMPLES THAT SUPPORT THIS CLAIM:

1ST EXAMPLE:
WHEN JAMAL ABD-AL-NASIR ADOPTED COMMUNISM AND FORCED HIS PEOPLE TO DO SO, SHAYKHS AT AL-AZHAR, (TN: A PRESTIGIOUS ISLAMIC STUDIES UNIVERSITY IN EGYPT) WHO ARE HISTORICALLY KNOWN FOR DEFENDING ISLAM AND STANDING UP TO TYRANTS, SUPPORTED THIS NEW IDEOLOGY UNDER THE NAME OF ISLAM BECAUSE OF HIS DAILY BROADCASTING PROGRAM "COMMUNISM AND LIFE." BECAUSE OF THAT, HE MISLED MANY MUSLIMS.

2ND EXAMPLE:

ASH010558

WHEN THE SAME TYRANT DECIDED TO EXECUTE GROUPS OF PREACHERS IN EGYPT (1954) SUCH AS ABD-AL-AQADIR 'AWDAH AND OTHER BROTHERS, AL-AZHAR UNIVERSITY ISSUED A FATWA SAYING, "THESE INFIDELS' REPENTANCE WILL NOT BE ACCEPTED." JAMAL ABD-AL-NASIR PICKED THIS MUFTI AFTER SHAYKH MUHAMMAD KHADHAR HUSAYN REFUSED TO DO SO. THIS IS AN EXAMPLE OF WHAT IS HAPPENING TODAY WITHIN THE GULF STATES AND ITS PREACHERS, SUCH AS SHAYKHS SALMAN AND SAFAR.

FOR EXAMPLE, THESE BAD SCHOLARS HAVE ALLOWED IGNORANCE TO GO ON, OPPRESSED THOSE SPEAKING THE TRUTH, AFFECTED THE PRINCIPLE OF ONENESS (MONOTHEISM) AND HELPED SPREAD THE WRONG TEACHINGS. ALL THIS WAS DONE FOR THE SAKE OF MONETARY GAIN. THESE TYPES OF SCHOLARS HAVE SOLD THEIR LIVES AND HEREAFTER FOR MATERIAL THINGS. ALI BIN TALIB, PEACE BE UPON HIS SOUL, WAS RIGHT WHEN HE SAID, "TWO TYPES OF PEOPLE BREAK MY BACK: DISSOLUTE SCHOLARS AND IGNORANT HERMITS."

RELIGION DISINTEGRATION STEMS FROM TWO TYPES OF PEOPLE: SCHOLARS AND RULERS. BIN AL-MUBARAK, PEACE BE UPON HIS SOUL, SAID, "KINGS AND BISHOPS HAVE RUINED RELIGION."
DISINTEGRATION OF RULERS IS CAUSED BY SCHOLARS' DISSOLUTION, WHICH IS CAUSED BY LOVE FOR MONEY AND MATERIAL THINGS. ABU HAMID DESCRIBED SCHOLARS DURING HIS TIME, "NOWADAYS, GREED HAS KEPT SCHOLARS QUIET; THEIR WORDS CONTRADICT THEIR ACTIONS. IF THEY HAD TRUE INTENTIONS AND AIDED THE TRUTH, THEY WOULD SUCCEED. DISINTEGRATION OF CITIZENS IS CAUSED BY KINGS, WHICH IN TURN IS CAUSED BY SCHOLARS WITH THEIR LOVE OF MONEY AND GLORY. WHOEVER IS CORRUPTED WILL NOT BE ABLE TO HOLD AVERAGE PEOPLE ACCOUNTABLE, SO HOW CAN THEY HOLD KING AND LEADERS RESPONSIBLE?

WHAT HAS BEEN STATED BEFORE CLEARLY SHOWS THAT STANDING UP TO THIS CATEGORY OF BAD SCHOLARS TO UNCOVER THEIR TRUTH AND PLANS IS A PRIORITY IN DEFENDING ISLAM. ISLAMIC SCHOLARS' MUST TAKE THE RESPONSIBILITY TO STAND UP TO THEM. AMONG THOSE WHO DID WERE FAMOUS ONES SUCH AS IMAM AHMAD AGAINST "AL-MU'TAZILA" (TN: ISLAMIC RELIGIOUS SECT), "BIN TAYMIYAH" AGAINST STRAYING GROUPS, AND SHAYKH AL-KHADHAR HUSAYN AGAINST SECULAR COMMUNISM AND EGYPTIAN TYRANTS OF THAT TIME.

RESPONDING TO THIS CATEGORY OF SCHOLARS DOES NOT CORRESPOND TO ADDRESSING MISTAKES MADE BY TRUE SCHOLARS BECAUSE BAD SCHOLARS ARE THOSE WHO ARE AGAINST ISLAM AND ARE NOT FULLY INTEGRATED WITHIN WHAT IS CALLED "PEOPLE OF KNOWLEDGE" WITHIN ITS RELIGIOUS CONTEXT. TRUE SCHOLARS ARE KNOWN FOR SPEAKING THE TRUTH AND NOT BEING AFRAID OF AN UNJUST KING OR INFIDEL RULER. IN ORDER TO AVOID ANY CONFUSION, DISTINCTION BETWEEN THE TWO CATEGORIES MUST BE MADE BEFORE TALKING ABOUT LAWS AND LIMITS OF OBEDIENCE IN ISLAM.

ASH010559