# EX. 7h

3RD EXAMPLE:
LIMITS OF SCHOLARS' OBEDIENCE AND THEIR GLORIFICATION IN ISLAM:

IT IS EVIDENT THAT MUSLIMS FOLLOW THE RECOMMENDATIONS OF SCHOLARS. ALLAH SAYS "OH YOU BELIEVERS, OBEY ALLAH, HIS MESSENGER AND THOSE IN CHARGE OF YOU." WE HAVE CLARIFIED EARLIER THAT OBEYING ALLAH AND HIS MESSENGER CONSISTS OF OBEYING SCHOLARS BECAUSE THEY ARE THE PROPHET'S SUCCESSORS. ALLAH SAYS, "ASK THOSE KNOWLEDGEABLE PEOPLE AMONG YOU, IF YOU DO NOT KNOW."

THERE IS MUCH WRITTEN ABOUT THIS ISSUE. WHAT WE HAVE MENTIONED SHOULD BE ENOUGH TO BUILD A FOUNDATION TO OBEY SCHOLARS. A MAJORITY OF PEOPLE BELIEVE THAT OBEYING SCHOLARS HAS NO LIMITS. IT IS A MISTAKE TO THINK SO; IT IS AN EXORBITANT MISTAKE. SCHOLARS ARE NOT PREVENTED FROM MAKING MISTAKES. AL-IMAM MALIK SAID "EVERY JUDGMENT CAN SWAY BACK AND FORTH, EXCEPT THOSE MADE BY A PERSON IN HIS GRAVE" MEANING THE PROPHET, PEACE BE UPON HIM." IF SCHOLARS ARE FORGIVEN FOR MAKING MISTAKES AFTER THEY RECTIFY THEM, PEOPLE ARE NOT FORGIVEN FOR FOLLOWING THESE MISTAKES WITHOUT RECTIFYING THEM AS SOON AS POSSIBLE. BIN MAS'UD SAID "NO ONE SHOULD IMITATE ANYBODY, IF HE BELIEVES, HE BELIEVES AND, IF HE DISBELIEVES, HE DISBELIEVES." IMAM AHMAD SAID "YOU CAN TELL THAT SOMEONE IS NOT KNOWLEDGEABLE WHEN HE IMITATES SOMEONE ELSE."

TO LIMIT THIS BLIND IMITATION OF A SCHOLAR, RELIGIOUS LAWS WARN AGAINST GLORIFYING SCHOLARS MORE THAN WHAT THEY ARE ENTITLED. THE QURAN SAYS THAT, AMONG OTHER REASONS THAT PEOPLE OF THE BOOK BECOME DISBELIEVERS, IS THEIR EXAGGERATED GLORIFICATION OF SCHOLARS SO MUCH SO THAT IT DICTATES RIGHT AND WRONG WITHOUT CHECKING WHAT ALLAH STATED. ALLAH SAYS IN HIS HOLY QURAN "THEY ADOPTED THEIR RABBIS AND PRIESTS AS THEIR GODS." ADOPTING THIS APPROACH IS "AL-TIRMIDI" AS OTHERS SAID IN THE HADITH. MUSLIM SCHOLARS HAVE WARNED AGAINST FALLING INTO WHAT PEOPLE OF THE BOOK DID WHEN THEY FABRICATED THINGS. AMONG THOSE WHO OPENED THE DOOR BY DEBATING THIS WAS SHAYKH MUHAMMAD BIN ABD-AL-WAHHAB, MAY ALLAH BLESS HIS SOUL. IN HIS BOOK "AL-TAWHID" (TN: TERM FOR UNITY), HE SAID, "THOSE WHO OBEY SCHOLARS AND RULERS IN FORBIDDING THAT WHAT ALLAH ALLOWS AND VICE VERSA, PERCEIVE THEM AS GODS."

SCHOLARS' OBEDIENCE IS TIED TO THEIR COMMITMENT OF DEFENDING THE TRUTH. THE MORE THEY MOVE AWAY FROM SPEAKING THE TRUTH, THE MORE ANIMOSITY IS GEARED TOWARDS THEM. THIS IS THE RELIGIOUS TRUE SCALE THAT CONFIRMED IN WRITING AND BY THE ACTIONS OF PREVIOUS GENERATIONS. BECAUSE SCHOLARS ARE PRONE TO MAKING MISTAKES, A RELIGIOUS STYLE WAS ADOPTED TO CLARIFY THESE MISTAKES, WHICH IS SUBJECT OF OUR FOURTH EXAMPLE.

4TH EXAMPLE:
RELIGIOUS STYLE IN CLARIFYING THE MISTAKES OF SCHOLARS

REASONS FOR MISTAKES BY SCHOLARS AND THEIR INFLUENCES DIFFER. FOR THIS REASON, A DETERMINED RESPONSE AND STYLE ARE CHOSEN TO CLARIFY THESE MISTAKES. IF THE MISTAKE IS A MINOR, WHERE EVIDENCE DOES NOT EXIST OR THERE IS A CONFLICT OF EVIDENCE, THEN DRAWING ATTENTION TO THE CORRECT WAY IS THE APPROPRIATE APPROACH.

HOWEVER, IF THE MISTAKE IS ABOUT RELIGION AND THE "SHARI'AH" CONFIRMS EVIDENCE, THEN HARSH WORDS ARE NEEDED AND A WARNING OF HIS (SCHOLAR'S) JUDGMENT GOES INTO EFFECT. THE PROPHET, PEACE BE UPON HIM, SAID TO ABI-ZAR, WHEN THE LATTER INSULTED BILAL BY MENTIONING HIS MOTHER, THE PROPHET SAID, "YOU ARE A MAN OF IGNORANCE." HE ALSO SAID TO AL-RAHT, WHO ISSUED A FATWA FOR HIS FRIEND, WHO DIED, FOLLOWING THE FATWA TO WASH WITH CLEAN SAND OR EARTH WHEN WATER WAS UNAVAILABLE, "THAT KILLED HIM; MAY ALLAH KILL THEM, IF ONLY THEY HAD ASKED IF THEY DID NOT KNOW, THE MEDICINE OF THE IMPOTENT IS TO ASK QUESTIONS." HE ALSO SAID TO ABU BAKR AND UMAR, MAY ALLAH BLESS THEIR SOULS, "POWERFUL DURING PRE-ISLAM, COWARDS IN ISLAM." BIN ABBAS SAID TO THOSE WHO CONTRADICT HIS JUDGMENTS ABOUT THE PROPHET FOLLOWING WHAT ABU BAKR AND OMAR DID, "IT LOOKS LIKE A STONE MIGHT FALL ON YOU FROM THE SKY, I SAID THE PROPHET SAID THIS AND YOU SAID ABU BAKR AND OMAR SAID THAT."

PEOPLE OF KNOWLEDGE CONTINUE IN THEIR PERSEVERANCE RESPONDING TO THESE ISSUES. IT IS SAID THAT IMAM AHMAD, MAY ALLAH BLESS HIS SOUL, REFUSED TO SAY HELLO IN RETURN TO IMAM YAHYA ((BIN MU'IN)), ALLAH BLESS HIS SOUL, WHEN HE VISITED HIM DURING HIS FINAL MOMENTS. UNDER PRESSURE FROM ABBASIDS, IMAM YAHYA BIN MU'IN SAID SOME THINGS THAT CAME FROM MU'TAZILA, AND WHEN IMAM YAHYA(?) CONCLUDED AMMAR'S SPEECH REGARDING DURESS, IMAM AHMAD DID NOT ACCEPT IT AND SAID AFTER LEAVING "CONCLUDED WITH AMMAR'S SPEECH." THERE IS ALSO WHAT IS SAID ABOUT BIN TAYMIYAH - REGARDING HIS MODERATION WITH THOSE WHO OPPOSED HIM- THAT HE RESPONDED STRONGLY TO THEM WHEN IT CAME DOWN TO DIFFERENCES ON SIMILAR ISSUES. HE SAID ABOUT THOSE WHO STATED THAT TATARS FOUGHT WRONGDOERS NOT INFIDELS, "HE MADE A GRAVE MISTAKE."

BIN AL-JAZRI, MAY ALLAH BLESS HIS SOUL, COMMENTED ON IMAM ABI SHAMA'S SPEECH, "BROTHER, LOOK AT THIS POOR AND CONTRADICTORY WRITING THAT HAS NOT BEEN WELL THOUGHT OF. I ASKED OUR IMAM ABA MUHAMMAD BIN MUHAMMAD BIN MUHAMMAD AL-JAMALI AND HE SAID, THIS BOOK (ABI SHAMA'S BOOK) MUST BE REMOVED. I SAID, ALLAH IS OUR WITNESS, WE DO NOT WANT TO UNDERESTIMATE IMAM ABI SHAMA, BUT RATHER WARN PEOPLE ABOUT THESE MISTAKES."

IMAM NAWAWI SAID THAT IN HIS BOOK "AL-MAJMU'," IT IS NOT THE GOAL TO EXAGGERATE MISTAKES MADE BY A PERSON, EVEN IF THAT PERSON IS WELL RESPECTED, BUT INSTEAD, WARN ABOUT NOT FALLING FOR THAT PERSON'S SPEECH."

WE COULD SAY THAT THESE SOURCES ARE ACCURATE AND SCHOLARS AND COMPANIONS (TN: THOSE WHO ACCOMPANY THE PROPHET AND REPORTED THINGS HE SAID) CLEARLY SHOW THE SEVERITY OF DEALING WITH THOSE WHO OTHERWISE DEVIATE FROM THIS. THE TRUTH SHALL BE FOLLOWED AND A SCHOLAR'S ERRORS SHALL NOT BE PURSUED. AL-SHATIBI SAID, ALLAH BLESS HIS SOUL, A SCHOLAR'S FAULT IS NOT TO BE TAKEN INTO CONSIDERATION BECAUSE IT IS BASED ON CONTRADICTING THE AL-SHARI' (TN: RELIGIOUS LAW). FOR THAT REASON IT IS CONSIDERED AN ERROR."

LENIENCY IN ADDRESSING MISTAKES IS REQUIRED AND SO IS A FIRM STAND. WISDOM IS TO USE THE RIGHT APPROACH AT THE RIGHT TIME.

PREVIOUS TEXTS HAVE SHOWN THE LEGITIMACY OF RESPONDING HARSHLY TO THOSE WHO ARE INCONSISTENT WITH THESE ISSUES. IT IS JUSTIFIED AGAINST THOSE WHO DO NOT SEEK THE TRUTH, BUT RATHER DECIDED ON IT INTENTIONALLY, AFTER IT HAS BECOME CLEAR TO THEM THAT THEY WERE ON THE WRONG SIDE. IT HAS BECOME EVIDENT THAT THEY SERVE RULERS WHO DECIDED TO FIGHT ALLAH. IF THE PROPHET, PEACE BE UPON HIS SOUL, SAID (THEY KILLED HIM MAY ALLAH KILL THEM) ABOUT THOSE WHO ISSUED A FATWA REGARDING THE PERSON WHO WASHED WITH SAND BECAUSE WATER WAS NOT AVAILABLE AND DIED, WHAT SHOULD BE SAID ABOUT THOSE WHO ISSUE FATWAS THAT RESULT IN THE DEATH OF THOUSANDS AND EVEN CAUSE THE ENTIRE UMMAH/NATION TO VANISH.
IT HAS BEEN SAID THAT THEY ALLOW ALLAH'S ENEMIES IN AL-HARAMAYN, JERUSALEM AND PALESTINE. WHAT IS THE RIGHT THING TO SAY TO THEM AS THEY ALIGN THEMSELVES WITH THE JEWS TO FIGHT MUJAHIDIN IN PALESTINE AND OTHER PLACES? BUT WHAT SHOULD BE SAID ABOUT THEM AS THEY COLLUDE WITH BAD RULERS TO BURY THE TRUTH AND STAND UP TO THOSE WHO SPEAK THE TRUTH AMONG THOSE WHO WE THINK OF THEM AS TRUE SCHOLARS, REFORMERS, AND PREACHERS. THEY PARTICIPATED IN WHAT THESE PEOPLE ARE SUFFERING, RANGING FROM PRISON TO OPPRESSION.

THESE PEOPLE, WHO ISSUED FATWAS AND THOSE WHO ALLOWED UNJUST REGIMES TO USE THEM AS SHIELDS, DEFEND THEIR POSITIONS AND DECIDED TO STAND SHOULDER TO SHOULDER WITH THEM IN THE SAME TRENCH, SHOULD NOT FEEL BAD IF AL-SHARI' (TN: RELIGIOUS LAW) DICTATED OR UNCOVERED THE ILLEGITIMACY OF THESE REGIMES AND THE REMOVAL OF THEIR OPPRESSION ON PEOPLE.

THERE MAY BE TIMES WHEN PEOPLE WILL SAY THAT THE REGIMES TOOK ADVANTAGE OF THEM SO THEY (SCHOLARS) COULD ISSUE FATWAS FOR THE BENEFIT OF THESE RULERS. THIS SUGGESTION -IF CORRECT- DOES NOT CHANGE THE DANGEROUS IMPLICATIONS RESULTING FROM THESE FATWAS. THIS MEANS THAT RELIGIOUS LAW MUST REMOVE IT. THIS APPLIES TO THOSE WITH GOOD INTENTIONS WHO HAPPEN TO BE TAKEN ADVANTAGE OF. HOWEVER, THIS DOES NOT BECOME PERMISSIBLE FOR THOSE WHO INTENTIONALLY HAVE REFUSED TO REVERSE COURSE AFTER THE TRUTH CAME OUT AND EVIDENCE WAS ESTABLISHED AGAINST THEM. EVEN IF IT IS

SAID THAT THEY HAVE BEEN TAKEN ADVANTAGE OF, IT IS A PROOF AGAINST THEM OF LOSING ONE OF THE MAIN CONDITIONS OF FATWA, WHICH IS BEING AWARE OF WHAT IS GOING ON. SO, ISSUING A FATWA WHEN MISSING THIS CONDITION, IS NOT RELIGIOUSLY ACCEPTABLE AND THEY MUST BE REPRIMANDED FOR THAT.

THIS CATEGORY OF SCHOLARS WHO ISSUE THESE FATWAS AND SUPPORT INJUSTICE IS WHAT PUSHED THE MAJORITY OF PEOPLE, WHO FOLLOWED THE TRUTH, TO WITHDRAW THEIR TRUST IN THEM AND CUT OFF THEIR TIES. IT WAS ONE OF THE REASONS OF TENSION BETWEEN THOSE WHO CATEGORIZE SCHOLARS ON THE ONE HAND AND THOSE WORKING FOR ISLAM ON THE OTHER HAND.

SOLVING THIS ISSUE IS THE SUBJECT OF THE FOLLOWING PARAGRAPH.

IV: THE RIGHT WAY TO RESOLVE THIS ISSUE

TO OVERCOME THIS STAGE OF CURRENT TENSION, THE FOLLOWING MUST BE TAKEN INTO CONSIDERATION. MOST OF THESE ISSUES SHAYKH DR. NASSER AL-(('UMR)) -MAY ALLAH GRANT HIS RELEASE ALONG WITH OTHER BROTHERS- IN HIS LETTER "SCHOLARS' PIOUSNESS BODIES," CLARIFIED THE SCHOLARS' RESPONSIBILITIES AND SUMMARIZED AS FOLLOWS. THERE ARE SOME ADDITIONS AND MODIFICATIONS:

1- A SCHOLAR MUST BE A ROLE MODEL NOT ONLY IN HIS KNOWLEDGE BUT ACTIONS AS WELL. ALLAH SAYS, "YOU ARE ASKING PEOPLE TO DO GOOD DEEDS, BUT YOU FORGET TO DO THEM YOURSELVES. HOW COULD YOU BE RIGHT?

2- A SCHOLAR NEEDS TO MAKE SURE OF ALL CONDITIONS OF A FATWA. IF HE IS ASKED TO ISSUE A FATWA, HE NEEDS TO THINK VERY HARD ABOUT THE PURPOSE OF THE PERSON ASKING HIM TO ISSUE IT ALONG WITH ITS CONSEQUENCES. A SCHOLAR COULD THEN ISSUE HIS FATWA AFTER ALL CONDITIONS HAVE BEEN MET ACCORDING TO AL-SHARI' AND REALITY.

3- A SCHOLAR NEEDS TO BE AWARE OF THE POSSIBILITY OF BEING LED INTO TEMPTATION, EXPLOITATION AND DECEIT, ESPECIALLY BY RULERS WHO DECLARE WAR AGAINST ALLAH.

4- A SCHOLAR NEEDS TO HAVE COURAGE TO SPEAK OUT, NO MATTER WHAT. HIS COURAGE IS WHAT SETS HIM APART FROM OTHERS AS A ROLE MODEL FOR OTHERS. HE NEEDS TO SAY TO WHOEVER IS/WAS OFFENSIVE, THAT HE IS/WAS WRONG. PAST SCHOLARS ARE THE PERFECT EXAMPLE. AMONG THEM ARE, SAID BIN AL-((MUSAYIB)), IMAM AHMAD, AL-AZ BIN ((ABD-AL-SALAM)), BIN TAYMIYAH AND OTHERS. MAY ALLAH BLESS THEIR SOULS.

5- A SCHOLAR SHOULD STAY AWAY FROM SUSPICIOUS WAYS OF RULERS OF WHICH THE PROPHET, PEACE UPON HIM, AND HIS COMPANIONS HAVE WARNED AGAINST. THE PROPHET SAID (WHOEVER GETS CLOSER TO RULERS WILL BE

INFATUATED, THE CLOSER A PERSON GETS TO A RULER, THE FARTHER HE GETS AWAY FROM ALLAH), HADITH REPORTED BY AHMED. ABU HUDAYFA, MAY ALLAH BLESS HIS SOUL, SAID "IF YOU SEE A SCHOLAR BY THE RULER'S DOOR, DOUBT HIS FAITH, THEY WILL NOT TAKE FROM THEIR LIFE ON THIS EARTH AS MUCH AS THEIR WOULD TAKE FROM THEIR FAITH TWICE THE AMOUNT."

IF SCHOLARS DO THAT, THEN WE OUGHT TO RESPECT AND HONOR THEM, AS CLARIFIED AT THE BEGINNING OF THIS REPORT. THE PROPHET, PEACE UPON HIS SOUL, SAID, "THERE IS NOT AMONG US THOSE WHO DO NOT RESPECT OUR ELDERLY PERSONS, BE COMPASSIONATE TO YOUNG ONES AND RECOGNIZE OUR SCHOLARS." HADITH REPORTED BY AHMAD AND AL-HAKIM. AS A RESULT, SCHOLARS HOLD A WELL-DESERVED POSITION IN GUIDING THE UMMAH AND ITS LEADERSHIP IN THE RIGHT DIRECTION.

FINALLY, WE WOULD LIKE TO PRAISE THOSE SCHOLARS FOR THEIR COURAGEOUS STAND FOR SPEAKING THE TRUTH, SUCH AS SHAYKH SALMAH AL-(('AWDAH)), SHAYKH SAFAR AL-((HAWALI)), AND OTHER SCHOLARS WORKING INSIDE AND OUTSIDE OF THE ARABIC PENINSULA. THEIR POSITIONS HAVE RAISED THE UMMAH HIGHER AND BROKEN THE ARROGANCE OF INJUSTICE. WE ASK ALLAH FOR THEIR RELEASE AND GRANT US ALL PATIENCE AND GUIDANCE. ALLAH SAYS, "MAY ALLAH GRANT PATIENCE AND LET US DIE AS MUSLIMS."

USAMAH BIN MUHAMMAD BIN LADIN

DATE: MAY/6/1995

**PAGE 69 (STATEMENT NO. 16)**

PRINCE SULTAN AND THE AIR AVIATION COMMISSIONS

PRAISE GOD AND PRAYERS AND PEACE UPON THE MOST NOBLE OF PROPHETS AND MESSENGERS.

OUR DIFFERENCES WITH THE RULING SAUDI REGIME SURPASS IMPORTANT INCIDENTAL MATTERS LIKE THE ECONOMIC COLLAPSE, ADMINISTRATIVE CORRUPTION, OPPRESSING THE PEOPLE, AND CONFISCATING THEIR LEGAL RIGHTS. THESE DIFFERENCES BECOME MORE IMPORTANT, GREATER, AND DEEP-ROOTED MATTERS. IT IS CONCERNED WITH THE BASIC MATTER OF THE REQUIREMENTS OF MONOTHEISM AND WITNESSING THAT (THERE IS NO GOD BUT GOD AND THAT MUHAMMAD IS THE MESSENGER OF GOD). THE SAUDI REGIME HAS ABANDONED THESE CONCEPTS, AND THUS IT HAS COMPLETELY LOST ITS LEGITIMACY. HOWEVER, ON OUR PATH OF REFORM, WE ARE FACED WITH THE MATTER OF BRINGING THE REGIME'S DANGERS TO THE ATTENTION OF THE PEOPLE, SUCH AS THE ECONOMIC PROBLEMS THAT DIRECTLY AFFECT THE LIVES OF THE PEOPLE. FOR THIS REASON, THIS STATEMENT HAS BEEN RELEASED.

THE COLLAPSE OF THE SAUDI ECONOMY HAS BECOME APPARENT AND CANNOT

BE CONCEALED EXCEPT BY SOMEONE ARROGANT. ECONOMIC, FINANCE AND BUSINESS EXPERTS INTERNALLY AND ABROAD HAVE AGREED ON THIS FACT. THE BUSINESS CIRCLES REALIZE MORE THAN ANYONE ELSE THAT THE SITUATION LOOKS LIKE IT WILL LEAD TO THE BANKRUPTCY OF THE LARGEST ECONOMIC ESTABLISHMENT AND THE OLDEST BUSINESS FAMILY. THE PROPAGANDA CAMPAIGN BY THIS REGIME TO DENY THIS FACT WILL BE OF NO VALUE. THE REALITY OF THIS COLLAPSE IS NOW TOUCHING THE PEOPLE AND AFFECTING THE BASIC NECESSITIES OF THEIR DAILY LIFE, SUCH AS FOOD, MEDICINE, GAS, ELECTRICITY, FUEL, EDUCATION, AND THE REST OF THE REQUIREMENTS IN GENERAL.

THIS LEVEL OF COLLAPSE IN THE ECONOMY (ASSUMING THAT IT HAPPENS) OF ONE OF THE RICHEST COUNTRIES IN THE WORLD DID NOT OCCUR FOR NO REASON. IN FACT, IT OCCURRED AS A RESULT OF THE ACCUMULATION OF A NUMBER OF FACTORS, EACH OF WHICH IS SUFFICIENT TO DESTROY THE ECONOMY OF THE MOST POWERFUL AND WEALTHIEST COUNTRIES. ONE OF THESE FACTORS IS THE ACCUMULATION OF INTEREST DEBT. GOD DECREED THAT THIS WOULD CAUSE THE DESTRUCTION AND COLLAPSE OF THE ECONOMY OF THOSE COMMITTING IT. GOD SAID, "GOD SHALL DESTROY USURY AND MULTIPLY ALMS."

ALSO AMONG THESE FACTORS IS THE PLUNDERING OF PUBLIC WEALTH BY THE EXECUTORS FROM THE RULING ROYAL FAMILY. AFTER THEY HAD REPEATEDLY PLUNDERED THE STATE BUDGET AND ROBBED ITS TREMENDOUS RESERVES, THEY THEN MORTGAGED ITS OIL AND WEALTH WITH INTEREST DEBTS THAT THEY ALSO PLUNDERED. HERE THEY ARE TODAY - GOING TO THE EXTREME IN THEIR GREED - COMING UP WITH A NEW METHOD TO PLUNDER WHAT IS LEFT IN THE POCKETS OF THE PEOPLE WHO ARE ALREADY SUFFERING FROM HIGH PRICES AND A HIGH COST OF LIVING. THIS METHOD IS REPRESENTED IN THE SELLING OF STATE ESTABLISHMENTS TO THE PUBLIC IN THE NAME OF (PRIVATIZATION). ONE OF THE REGIME'S LATEST MEASURES IN THIS REGARD IS ITS ANNOUNCEMENT THAT IT WILL SELL THE SAUDI AIRLINES TO THE PRIVATE SECTOR. THE REGIME'S OBJECTIVE FROM THIS MEASURE IS ABUNDANTLY CLEAR IN THE FOLLOWING:

FIRST: THE REGIME INTENDS TO GET NEW MONEY FROM THE HANDS OF THE PEOPLE AFTER THE BANKRUPTCY OF THE STATE TREASURY.

SECOND: IT WANTS TO GET RID OF THE LOSSES AND DEBTS THAT THE AIRLINES ASSUMED IN THE PAST, IN ADDITION TO 7.5 BILLION DOLLARS THAT WILL BE ADDED TO THE DEBT IN ORDER TO PURCHASE A NEW FLEET OF AMERICAN-MADE AIRCRAFT FOR THE AIRLINES. THIS COMES DESPITE THE FACT THAT THE AIRLINE DOES NOT NEED TO RENEW ITS FLEET WITH THIS LARGE NUMBER OF AIRCRAFT (60 AIRCRAFTS), IN ADDITION TO THE FACT THAT THIS NUMBER IS NOT THE ACTUAL COST OF THE DEAL.

THE FRENCH PRESENTED AN OFFER THAT CONTAINED SUFFICIENT AND ACCEPTABLE SPECIFICATIONS AT A MUCH LOWER PRICE. HOWEVER, THE COMMISSION OF THE KING AND THE EXECUTOR PRINCES, SPECIFICALLY PRINCE SULTAN, ARE THE REASON BEHIND THIS OUTRAGEOUS INCREASE IN

THE COST. IN ADDITION, THEY ARE VERY KEEN ON PURCHASING DEAL BECAUSE THEY KNOW IT WILL PLEASE THE AMERICANS. IT WILL PROVIDE 20 THOUSAND JOBS TO THE AMERICAN AIRCRAFT INDUSTRY, THUS RESCUING IT AND KEEPING IT OPERATIONAL FOR FIVE YEARS. AT THE SAME TIME, UNEMPLOYMENT HAS BEEN RAMPANT IN THE COUNTRY AMONG COLLEGE GRADUATES AND YOUTH FOR THE PAST 10 YEARS.

THE STATE OF BANKRUPTCY THAT THE SAUDI AIRLINES AND OTHER STATE ESTABLISHMENTS ARE IN NOW WAS THE INEVITABLE RESULT OF THE PRACTICES OF A HANDFUL OF THE KILLER POLITICIANS FROM THE EXECUTORS OF THE RULING FAMILY WHO CONTROL THESE PUBLIC ESTABLISHMENTS. HOW LONG WILL THESE DECEITFUL PEOPLE CONTINUE TO PLUNDER THE NATION'S WEALTH AND FORCE FUTURE GENERATIONS TO BEAR THESE DEBTS IN ORDER TO LAVISHLY SPEND THE NATION'S GENERAL WEALTH TO SATISFY THEIR PERSONAL DESIRES AND FANCIES?

THESE ESTABLISHMENTS (THE SAUDI AIRLINES AND OTHERS) ARE CONSIDERED DEAD ECONOMICALLY AND COMMERCIALLY. IN ORDER TO CONFIRM THIS FACT, IT IS SUFFICIENT TO REMIND THE PUBLIC THAT THE STATE AND ITS PRINCES OWE BILLIONS OF SAUDI RIYALS TO THESE ESTABLISHMENTS. THIS AMOUNT HAS ACCUMULATED OVER THE PAST SEVERAL YEARS, AND THERE IS NO HOPE OF COLLECTING IT OR STOPPING IT IN THE FUTURE UNDER THIS REGIME. WE DO NOT KNOW WHO WILL BEAR THE COST OF THE SAUDI AIRLINES AIRCRAFT THAT ARE BEING USED BY THE PRINCES, AFTER FORCING THE PRIVATE SECTOR TO PURCHASE THEM. WHO WILL PAY THE COST OF GOVERNMENT AIR TRAVEL VOUCHERS?

THE FINANCIAL LOSS IN PURCHASING THE STOCKS OF THESE ESTABLISHMENTS IS ABUNDANTLY CLEAR, NOT TO MENTION THE CONSEQUENCES RESULTING FROM ASSISTING THESE RULERS TO UNJUSTLY PLUNDER MORE OF THE MUSLIMS WEALTH.

THEREFORE, WE - AS AN OFFER OF ADVICE - WARN EVERYONE OF THE DANGER OF ENTERING INTO ANY DEAL OF THIS SORT WITH THE REGIME, BECAUSE THE COMPONENTS OF LOSS ARE CLEAR. WE ADVISE OUR BROTHERS WHO ARE WORKING FOR SUCH ESTABLISHMENTS TO BE CONSERVATIVE IN THEIR EXPENDITURE AND TO LOOK FOR ANOTHER HONORABLE SOURCE OF LIVING. MANY OF THEM WILL BE SUBJECT TO LOSING THEIR JOBS AFTER THE PRIVATIZATION OF SUCH ESTABLISHMENTS. THIS PRIVATIZATION COMES AS A RESPONSE AND SUBMISSION BY THE GOVERNMENT TO THE ORDERS AND INSTRUCTIONS OF THE INTERNATIONAL MONETARY FUND THAT ARE USUALLY IMPOSED ON ALL COUNTRIES EXPERIENCING ECONOMIC COLLAPSE.

IN CLOSING, WE PRAY TO GOD TO GOVERN US BY OUR BEST, PROTECT US FROM OUR VILLAINS, AND GUIDE US TO THE RIGHTEOUS PATH.

DATED: 13/2/1415 AH
CORRESPONDING TO 11 JULY 1995 AD