EX. 7i

ON THEIR BEHALF:

USAMAH BIN MUHAMMAD BIN LADIN

**PAGE 70 (DUPLICATE COPY OF STATEMENT 16 ABOVE)**

**PAGE 71 -79, 89 (STATEMENT NO. 17)**

AN OPEN MESSAGE TO KING FAHD

ON THE OCCASION OF THE LAST MINISTERIAL SHUFFLE
(TN: THIS PHRASE PROBABLY MEANS CHANGES OR REFORM WITHIN THE CABINET OR MINISTRY).

PRAISE TO ALLAH AND PEACE AND PRAYERS UPON THE MESSENGER OF ALLAH AND HIS FOLLOWERS AND ALL WHO FOLLOW HIS GUIDANCE.

TO KING OF NAJAD AND AL-HIJAZ, FAHD BIN (('ABD-AL-'AZIZ)), PEACE BE UPON THOSE THAT FOLLOW THE GUIDANCE. THIS IS AN OPEN MESSAGE THAT WE ARE SENDING YOU, AWAY FROM THE KINGLY COURTESIES AND TITLES OF GLORIFICATION. THIS IS A FRANK EXPRESSION TO YOU OF SOME OF THE THINGS THAT WE CAN RELEASE ABOUT THE GRAVE MATTERS THAT YOU AND THOSE AROUND YOU HAVE COMMITTED AGAINST THE ENTITLEMENTS TO ALLAH, HIS RELIGION, HIS CREATURES, HIS COUNTRY, HIS HOLY PLACES, AND HIS NATION. WE WILL WRITE TO YOU WITH CLARITY AND TRUTHFULNESS IN THIS STATEMENT, IN THE HOPE THAT WE WILL PIERCE THE VEIL WITH WHICH YOU HAVE SURROUNDED YOURSELF SO THAT YOU DO NOT HAVE TO LISTEN TO THE TRUTH. WE ALSO HOPE TO BREAK THROUGH THE WALL THAT YOU HAVE BUILT AROUND YOURSELF THAT STOPS THE TRUTH FROM GETTING TO YOU.

OH KING: THE REASON FOR THIS MESSAGE IS TO ADDRESS THE WAYS IN WHICH YOU AND YOUR INFLUENTIAL PRINCES HAVE DECEIVED THE PEOPLE AND ATTEMPTED TO PLAY WITH THEIR MINDS. YOU SOUGHT TO ABSORB THEIR ANGER AGAINST YOU AND THEIR RESENTMENT FOR YOUR RULE BY ESTABLISHING MARGINAL AND DECEPTIVE REFORMS, WHICH WERE NOTHING MORE THAN TEMPORARY SEDATIVES FOR THE PEOPLE'S ANGER AND TEMPORARY TRANQUILIZERS FOR THEIR RESENTMENT. ONE OF THE THINGS YOU ACCOMPLISHED WAS THE ESTABLISHMENT OF AN ADVISORY COUNCIL, WHICH THE NATION HAD AWAITED FOR THE LONGEST TIME. BUT THE PEOPLE'S HOPES WERE DASHED WHEN THE COUNCIL WAS BORN DEAD. IN ADDITION, THE MOST RECENT MINISTERIAL SHUFFLE THAT YOU PERFORMED WAS MARGINAL. IT DID NOT TOUCH THE TIP OF THE AILMENT OR THE ROOT OF THE AFFLICTION WHICH IS YOU, YOUR MINISTERS OF DEFENSE AND INTERIOR, THE PRINCE OF RIYADH, AND THE LIKES OF YOU.

THE REASON FOR THIS IMPORTANT MESSAGE WILL NOT PUSH US TO OVERLOOK THE TRUE REASON FOR OUR DISAGREEMENT WITH YOU AND THE BASIS OF THE CONFLICT WITH YOUR REGIME. THE ESSENCE OF THE CONFLICT AND ITS BASIS IS NOT WHAT SPRINGS TO MIND WHEN YOU

CONSIDER THE INJUSTICES AGAINST THE BELIEVERS AND HOW YOU CURBED THE RIGHTS OF RELIGIOUS SCHOLARS, PREACHERS, REFORMERS, MERCHANTS, AND TRIBAL SHAYKHS. YOU WORKED TO SPREAD THIS INJUSTICE DURING YOUR REGIME, AND YOU ALLOWED IT TO CONTINUE AFTER THAT. YOU GENERALLY EXPOSED THE NATION TO INSULTS ON ITS DIGNITY. YOU DESECRATED ITS HOLY PLACES, PLUNDERED ITS WEALTH, AND LOOTED ITS RICHES. ALSO DURING YOUR REIGN, BRIBES AND COMMISSIONS BECAME COMMON PRACTICE. FAVORITISM, ADMINISTRATIVE CORRUPTION, AND MORAL CORRUPTION HAVE BECOME WIDESPREAD. YOU LED THE NATION TO AN INCREDIBLE ECONOMIC DECLINE THAT DROVE IT TO THE BRINK OF BANKRUPTCY. WE SHALL REVIEW SOME OF THESE IMPORTANT MATTERS LATER, AFTER WE REVEAL THE ESSENCE OF OUR DISAGREEMENT WITH YOU. THE BASIS OF THE PROBLEM IS THAT YOU AND YOUR REGIME STRAYED FROM THE REQUISITES OF MONOTHEISM AND ITS OBLIGATIONS. WE ARE GOING TO RELEASE A RESEARCH PAPER VERY SOON - ALLAH WILLING - THAT WILL ADDRESS THE ISSUE OF YOUR DEVIATION IN MORE DETAIL. IN THIS MESSAGE, WE WILL SUMMARIZE ONLY TWO ASPECTS OF THE ISSUE:

FIRSTLY: YOUR REGIME CHANGED WHAT WAS SENT DOWN BY ALLAH AND YOUR LEGISLATION OF IT.

THE TEXT OF THE QURAN, THE SUNNA, AND THE SAYINGS OF THE NATION'S SCHOLARS ALL SAY THAT ANYONE WHO LEGISLATES HUMAN LAWS THAT ARE CONTRARY TO THE LAWS OF ALLAH IS AN INFIDEL AND IS OUTSIDE THE FAITH.

(TN: THE NEXT SEVERAL PARAGRAPHS ARE REFERENCES TO AND INTERPRETATIONS OF THE QURAN. THE DISCUSSION CAN BE SUMMARIZED BY SAYING THAT THE RULERS OF ISLAMIC STATES MUST RULE BY THE LAWS OF ALLAH, AND NOT BY THE LAWS OF MAN. IF THE RULERS DO NOT FOLLOW THIS MAXIM, THEN THEY ARE INFIDELS AND ARE OUTSIDE THE MUSLIM FAITH. THEY SHOULD BE FOUGHT UNTIL THEY RETURN TO THE LAWS OF ALLAH).

SUCH PROOFS FROM THE REVELATION ARE CORRECT AND FRANKLY COMMUNICATED BY SCHOLARS TOWARDS THE AREA OF DISPUTE. THESE PROOFS SEVER THE DIFFERENCES, SILENCE THE ARGUMENT, AND MUTE THE STUBBORNNESS. WE COULD HAVE FOUND MORE PROOFS AND COMMUNIQUÉS, BECAUSE THIS TOPIC FORMS THE MAIN SUBJECT IN THE ENTIRE HOLY QURAN, BUT WE DID NOT WANT TO BELABOR THE POINT. WE THINK THAT WHAT WE HAVE MENTIONED IS SUFFICIENT FOR ONE WHO HAS A HEART OR FOR A PERSON WHO LISTENS AND IS A WITNESS.

WHAT REMAINS IS THAT WE MUST REMIND YOU THAT YOU AND YOUR REGIME ARE PRACTICING THE ARBITRATION OF THESE INFIDEL LAWS, AND YOU ARE BREAKING THE LEGITIMATE LAWS OF ALLAH. A NORMAL PERSON - APART FROM A SCRUTINIZING RESEARCHER - WOULD NOT HAVE ANY PROBLEM PROVING THAT YOU AND YOUR REGIME HAVE LEGISLATED AND GOVERNED BY POSITIVE LAW AND THAT THE PEOPLE ARE BOUND BY THEM. A QUICK LOOK

ASH010568

AT THE BULLETIN BOARDS OF TRADE COURTS AND THE INFIDEL LAWS (LAWS THAT LEGALIZE AND ALLOW INTEREST IN BANK TRANSACTIONS, LABOR LAWS, LAWS OF THE ARAB SAUDI ARMY, AND OTHERS) CONFIRMS THE EXTENT TO WHICH THESE INFIDEL LAWS HAVE EXPANDED AND GAINED INFLUENCE IN THE INTERIOR OF THE COUNTRY.

THE MEMORANDUM OF ADVICE MENTIONS THAT THERE ARE SEVERAL LEGAL CENTERS THAT ATTEMPT TO ARBITRATE BETWEEN THOSE WHO ARE USING THE POSITIVIST LAWS, WHICH LEAD TO THE DECAY OF BOTH THE COUNTRY AND ITS FAITHFUL PEOPLE FROM THE INSIDE, AND THOSE WHO GOVERN THE LAND IN ITS FOREIGN RELATIONS.  ONE EXAMPLE IS THE ROLE THESE LEGAL CENTERS TAKE IN ARBITRATING DISPUTES BETWEEN THE STATES OF THE GULF COUNCIL OF COOPERATION.  THE LEGAL GROUPS FACILITATE RESOLUTION BETWEEN THE COUNCIL MEMBERS AND ITS HEAD, THE STATE OF THE CONFESSOR (SAUDI ARABIA).  THESE LEGAL COMMITTEES ARE POSITIVIST AND INFIDEL ASSOCIATIONS, WITHOUT A DOUBT.  THEY ISSUE STATEMENTS DELINEATING THEIR SOURCES AND THEIR LAWS.  FOR EXAMPLE, IN THE NINTH ARTICLE OF THE BASIC SYSTEM, IT SAYS, "THE BODY ISSUES ITS RECOMMENDATIONS AND FATWAHS (TN: LEGAL DECISIONS) ACCORDING TO THE FOLLOWING:  1) - THE BASIC LAWS OF THE COUNCIL OF COOPERATION, 2) - INTERNATIONAL LAW, 3) - WORLD CONVENTIONS, AND 4) - PRINCIPLES OF THE ISLAMIC SHARI'A."  IT GOES ON TO SAY THAT IT FORWARDS ITS DECISIONS TO THE HIGHER COUNCIL TO TAKE APPROPRIATE ACTION AS IT SEES FIT.  WHAT MOCKERY TO THE RELIGION OF ALLAH AND WHAT CONTEMPT TO HIS SHARI'A?

DID YOU NOT HAVE ENOUGH GODLESSNESS AND ERROR?  YOU PLACED ALLAH'S HEAVENLY SHARI'A AND HIS QURANIC LAWS AT THE BOTTOM OF YOUR LIST OF SOURCES FOR YOUR ARBITRATION.  YOU PLACED THE SCUM OF HUMAN POSITIVIST THOUGHTS, THE CUSTOMS AND TRADITIONS OF THE PRE-ISLAMIC EPOCH, AND THE LAWS OF INFIDEL JUDICIAL SYSTEMS ABOVE THE SHARI'A.  YOU PLACED ALL OF THIS AT THE MERCY OF YOUR HIGH COUNCIL SO THAT IT COULD TAKE FROM IT WHATEVER IT PLEASES.

WHAT WOULD THE PROTECTORS OF THE RELIGION, THE GUARDIANS OF THE FAITH, AND THE PREACHERS OF MONOTHEISM SAY IF THEY HAD TO GO BEFORE A JUDGE OF SUCH BODIES AND COURTS, OH SERVANT OF THE TWO HOLY MOSQUES?

THE ANSWER IS AS CLEAR AS THE FOUR O'CLOCK SUN, NO LOITERING, NO STUTTERING, NO FLATTERY.  AS WE HAVE POINTED BEFORE, THIS IS A REVELATION OF DISBELIEF (IN ALLAH) AND EXPULSION FROM THE FAITH, AS PROVED BY THE WRITERS, THE SUNNA, AND THE ENTIRE NATION OF ISLAM.

HERE ARE SOME OF THE FATWAS FROM LEARNED SCHOLARS THAT PROVE THE EXISTENCE OF SUCH LAWS AND HOW THEY CAN BE IMPLEMENTED IN ACCORDANCE WITH THE SHARI'A.

SHAYKH MUHAMMAD BIN-((IBRAHIM)) - MAY ALLAH REST HIS SOUL - WROTE

ASH010569

A MESSAGE ABOUT THE LAWS OF THE TRADE COURTS. IT WAS ADDRESSED TO THE PRINCE OF RIYADH OF HIS TIME, AND HE LEFT A COPY ENTITLED "THE SYSTEM OF THE TRADE COURT IN THE KINGDOM OF SAUDI ARABIA." WE STUDIED ALMOST HALF OF IT AND DISCOVERED THAT IT CONTAINS LEGITIMATE POSITIVIST SYSTEMS BUT NO LEGAL SYSTEMS... SOME OF THE LAWS SAY THAT GOVERNMENT SHOULD BE RUN BY FEWEST PEOPLE POSSIBLE. NO DOUBT THESE LAWS DO NOT SATISFY THE LAWS OF ALLAH AND HIS PROPHET... THIS SORT OF BLASPHEMY AGAINST ALLAH CARRIES YOU AWAY FROM THE FAITH (FROM THE FATWA OF THE SHAYKH 12/251).

IN A MESSAGE ADDRESSED TO THE CHIEF JUSTICE OF THE HIGH COURT IN RIYADH, SHAYKH BIN-IBRAHIM - MAY ALLAH REST HIS SOUL - WROTE ABOUT THE LAW OF THE SYSTEM OF LABOR AND LABORERS THAT IS CONTROLLED BY THE OFFICE OF LABOR AND LABORERS. HE ADDRESSED WHAT THE JUDICIAL COURT FACES. "FROM MUHAMMAD BIN-IBRAHIM TO THE HONORABLE CHIEF JUSTICE OF THE HIGH COURT IN RIYADH, PEACE, MERCY AND BLESSINGS OF ALLAH BE UPON YOU. WE HAVE REVIEWED YOUR LETTER CONCERNING THE TRANSACTIONS THAT CAME FROM THE OFFICE OF LABOR AND LABORERS. THIS LETTER SHOULD BE EARMARKED FOR FOLLOW-UP. IN THIS INSTANCE, I ASK THE COURT TO LOOK INTO IT AND TAKE ACTION ON IT. THE COURT SHOULD LOOK INTO IT AS PART OF ITS INTEGRAL WORKING. THE COURT MAY EXECUTE A DIRECTIVE FROM THE OFFICE OF LABOR, THEN RETURN TO IT LATER TO COMPLETE ACTION ON IT IN ACCORDANCE WITH THE INSTRUCTIONS AND WAYS THAT WERE SENT DOWN BY ALLAH. THE COURT IS NOT PERMITTED TO BE WRAPPED IN THIS DIRECTIVE BECAUSE THAT WOULD BE CONSIDERED NOT ONLY AS CONSENT BY THE COURT, BUT AS HELP TO ARBITRATE IN A WAY THAT IS NOT IN ACCORDANCE WITH WHAT ALLAH HAS REVEALED." CHIEF JUSTICE, 23/10/1379H
(FROM THE FATWA OF THE SHAYKH 12/251).

AND ON THE SAME SUBJECT OF THE LABOR AND LABORERS' SYSTEM, THE SCHOLAR SHAYKH ABDALLAH BIN-((HAMID)), CHIEF JUSTICE - MAY HIS SOUL REST IN PEACE - STATED IN A WELL KNOWN MESSAGE THAT ARBITRATION BY THE LAWS OF THIS REGIME IS AN ERROR AGAINST ALLAH AND CALLS FOR EXPULSION FROM THE FAITH. HERE ARE SOME OF THE FATWAS THAT PROVE THE EXISTENCE OF THESE LAWS AND CONTRAST THEM WITH THE LEGITIMATE LAWS. THERE IS NO REASON FOR DIGRESSION, BECAUSE THE MATTER IS VERY CLEAR.

IT IS WELL KNOWN THAT THERE IS A CLEAR DIFFERENCE BETWEEN THE ONE WHO COMMITS A GRAVE SIN BY ACCEPTING INTEREST KNOWING THAT IT WAS FORBIDDEN AND THE ONE THAT LEGISLATES LAWS THAT ALLOW THIS SIN. FOR EXAMPLE, THE ONE THAT WAS AWARE THAT IT WAS FORBIDDEN TO ACCEPT INTEREST AND GOES AHEAD AND DOES IT, HE HAS COMMITTED ONE OF THE GRAVEST SINS, ALLAH PROTECT US; HOWEVER, THE ONE WHO LEGISLATES THE LAWS THAT ALLOW INTEREST IS AN INFIDEL.

WE DO NOT NEED TO DRAW THE ATTENTION OF THE PEOPLE TOWARDS THE BANK TOWERS THAT DEAL WITH INTEREST. THESE BANK TOWERS RIVAL THE

TOWERS OF THE TWO HOLY MOSQUES AND OPERATE UNDER THE LAWS OF POSITIVISM. (TN: THE AUTHOR QUOTES THE QURAN TO SUPPORT HIS VIEWS, SAYING THAT PEOPLE DO NOT LISTEN TO THE WORD OF ALLAH).

THE SECOND SIDE: SUPPORT OF THE INFIDELS AND ANIMOSITY TOWARDS THE MUSLIMS

THE MOST SIGNIFICANT CHARACTERISTIC OF YOUR REGIME'S FOREIGN POLICY IS THAT IT IS TIED WITH THE INTERESTS OF THE WESTERN AND CRUSADER NATIONS AND WITH THOSE MUSLIM COUNTRIES THAT ARE GOVERNED BY TYRANTS. PROVING THIS DOES NOT REQUIRE TOO MUCH EFFORT. EVERYONE IS AWARE OF THIS RELATIONSHIP. YOUR REGIME BOASTS ABOUT PROTECTING THE FAITH AND SERVING THE TWO HOLY MOSQUES. YET THIS IS THE SAME REGIME THAT ANNOUNCED THE PAYMENT OF FOUR BILLION DOLLARS IN AID TO THE FORMER SOVIET UNION, A COUNTRY THAT HAS NOT YET WASHED ITS HANDS WHICH ARE STILL STAINED WITH THE BLOOD OF THE MUSLIM PEOPLE OF AFGHANISTAN, AND THAT WAS IN 1991. YOUR REGIME, THE PROTECTOR OF THE FAITH, WAS ALSO THE ONE WHO PAID BILLIONS OF DOLLARS TO THE SYRIAN GOVERNMENT IN 1982 AS A REWARD FOR SLAUGHTERING TENS OF THOUSANDS OF MUSLIMS IN THE CITY OF HAMMAH. YOUR REGIME WAS THE ONE THAT SUPPORTED THE CHRISTIAN MARONITES OF THE LEBANESE KTAIB PARTY AGAINST THE MUSLIMS OVER THERE. YOUR (WISE) REGIME WAS THE ONE THAT PAID BILLIONS OF DOLLARS TO THE TYRANNICAL STATE THAT IS GRINDING ISLAM AND THE MUSLIMS IN ALGIERS. THIS IS THE SAME REGIME THAT SUPPORTED THE CHRISTIAN REBELS IN SOUTHERN SUDAN WITH MONEY AND ARMS.

WITH ALL THESE GREAT THINGS THAT YOUR REGIME HAS ACCOMPLISHED AND THE CRIMES THAT YOU COMMITTED AGAINST THE RELIGION AND THE NATION OF ISLAM, YOUR REGIME SUCCEEDED TO A CERTAIN EXTENT IN DECEIVING SOME OF ITS PEOPLE, AND IT LED THEM AWAY FROM THE TRUTH. BUT ALLAH WANTED TO UNCOVER THE REAL YOU WITH THE LATEST EVENTS IN YEMEN, WHICH TORE THE LAST OF THE VEILS THAT YOU HAD BEEN USING AS CAMOUFLAGE WHILE MISLEADING YOUR PEOPLE FROM BEHIND IT. YOUR MILITARY AND POLITICAL SUPPORT OF YEMENI COMMUNISTS WAS THE BACK BREAKER THAT BROKE YOUR BACK POLITICALLY, AND IT WAS THE SHAVER THAT SHAVED YOUR FRIENDSHIP ISLAMISTICALLY… THE YEMENI EVENTS HAVE REVEALED A TREMENDOUS CONTRADICTION. YOUR SUPPORT FOR THE AFGHANI MUJAHIDIN WAS NOT FOR THE LOVE OF ISLAM; RATHER IT WAS FOR THE PROTECTION OF THE WESTERN INTERESTS THAT WERE THREATENED BY A RUSSIAN VICTORY OVER THERE. THE AFGHANI COMMUNIST IS NO DIFFERENT THAN THE YEMENI COMMUNIST, AND THE YEMENI MUSLIM IS NO DIFFERENT THAN THE AFGHANI MUSLIM. SO HOW DO WE INTERPRET YOUR SUPPORT FOR THE MUSLIMS AGAINST THE COMMUNISTS IN AFGHANISTAN AND YOUR SUPPORT FOR THE COMMUNISTS AGAINST THE MUSLIMS IN YEMEN?!

NO ONE CAN UNDERSTAND THIS CONTRADICTION EXCEPT THOSE WHO KNOW THAT WESTERN AND CRUSADER COUNTRIES DICTATE YOUR POLICIES TO YOU FROM THE OUTSIDE, BECAUSE YOU HAVE TIED YOUR DESTINY WITH THEIR

INTERESTS. FOR THIS REASON, EVEN WHEN YOU SOMETIMES SUPPORT SOME ISLAMIC CAUSES, YOUR MOTIVE - AS WE POINTED OUT - IS NOT YOUR LOVE FOR ISLAMIC CAUSES AND HELPING ITS PEOPLE. YOUR TRUE MOTIVE IS PROTECTING THE INTERESTS OF THE INFIDEL WESTERN COUNTRIES THAT ENCOUNTER THOSE ISLAMIC CAUSES, AS IT HAPPENED IN AFGHANISTAN.

THE PROOF IS THIS: IF ISLAMIC CAUSES CONFLICT WITH WESTERN INTERESTS, YOU HAVE ALWAYS STOOD UP TO SUPPORT THE WESTERN INTERESTS AT THE EXPENSE OF THE PEOPLE WITH ISLAMIC CAUSES. THIS OCCURRED WITH THE PEOPLE OF MUSLIM SOMALIA, WHERE YOU STOOD AGAINST ITS INTERESTS, AND YOU SIDED WITH AMERICAN POLICY. YOU SQUANDERED THE COERCED NATION'S WEALTH AND ITS ESTEEMED MEN. BEFORE AND AFTER THAT, HERE IS THE PALESTINIAN CAUSE THAT IS THE MOTHER OF ALL ISLAMIC CAUSES. YOU BLESSED THE JOURNEY OF NORMALIZATION OF RELATIONS, THE JOURNEY OF BOWING DOWN, AND THE JOURNEY OF FORFEITURE THAT IS BEING FOLLOWED. YOU WENT INTO A SERIES OF PEACE AND SURRENDER ACTIONS THAT WERE ORDAINED TO YOU. YOU VOLUNTEERED TO PAY A LARGE PORTION OF THE OPERATIONAL COSTS DESPITE THE ECONOMIC CRISIS THAT THE COUNTRY WAS EXPERIENCING. YOU DONATED ONE HUNDRED MILLION DOLLARS TO THE SECULAR AUTHORITIES OF YASSER (('ARAFAT)), WHO WAS BROUGHT IN TO ACCOMPLISH WHAT THE ISRAELI OCCUPATION FORCES HAD FAILED TO DO, WHICH WAS REPRESSION OF THE MUSLIM PALESTINIAN PEOPLE, FIGHTING AGAINST ITS JIHAD MOVEMENTS, ESPECIALLY THE HAMAS ISLAMIC MOVEMENT. WHAT STOPPED YOU FROM SUPPORTING 'ARAFAT AND RECEIVING HIM IN RIYADH? IT WAS HIS HOSTILE POSITION TOWARDS YOU, BECAUSE OF HIS SUPPORT OF SADDAM ((HUSSAYN)) DURING THE GULF WAR. YOU SWALLOWED THAT INSULT FROM HIM FOR THE SAKE OF YOUR AMERICAN MASTERS IN ORDER TO ALLOW THE ALLEGED PEACE PROCESS TO MOVE ON.

THERE IS NO DECEPTION IN THIS, EVEN IF YOU WERE NOT PERSONALLY CONVINCED WITH THE ALLEGED PEACE PROCESS. YOU HAVE NO ALTERNATIVE IN FRONT OF YOU EXCEPT FOR COMPLIANCE WITH THE WISHES OF YOUR AMERICAN MASTERS. WHEN PRESIDENT ((CLINTON)) VISITED SAUDI ARABIA, WHY DID HE REFUSE TO VISIT YOU IN RIYADH AND INSIST THAT YOU SUBSERVIENTLY AND INFERIORLY MEET WITH HIM AT THE AMERICAN BASE AT HAFR AL-YATIN? BY BEHAVING THIS WAY, THE AMERICAN PRESIDENT WAS AFTER TWO THINGS! THE FIRST WAS TO CONFIRM THAT THE BASIS OF HIS VISIT WAS HIS FORCES THAT ARE STATIONED ON THAT BASE. THE SECOND WAS TO TEACH YOU A LESSON IN SUBSERVIENCE AND INSULT, SO THAT YOU WOULD KNOW THAT HE WAS IN CHARGE, EVEN INSIDE YOUR ALLEGED KINGDOM, WHICH IN REALITY IS NO MORE THAN AN AMERICAN PROTECTORATE SUBJECT TO AMERICAN LAWS.

THERE IS NO DOUBT AND THERE IS NO DISPUTE AMONG THE SCHOLARS THAT STANDING BY THE INFIDELS AND HELPING THEM AGAINST THE MUSLIMS IS DEFINITELY ONE OF THE VIOLATIONS OF ISLAM. IT WAS MENTIONED BY THE SHAYKH OF ISLAM IBN-((TYMYA)) AND SHAYKH MUHAMMAD BIN ABD-AL-((WAHAB)) IN THE TEN VIOLATIONS OF ISLAM. (TN: THE AUTHOR QUOTES THE QURAN TO SUPPORT HIS POINT OF VIEW, SAYING THAT

ASH010572

STANDING BY THE INFIDELS AND HELPING THEM IS ONE OF THE MAJOR VIOLATIONS OF ISLAM).

OH KING, WHAT DO THE PEOPLE OF PURE FAITH AND SINCERE MONOTHEISM SAY ABOUT YOUR INFIDEL ACTS? WHAT FALSE ARGUMENTS DO THE PEOPLE THAT DEFEND YOU USE? (TN: THE AUTHOR QUOTES THE QURAN TO SUPPORT HIS POINT OF VIEW, SAYING THAT IF YOU ARGUED FOR THEM ON THIS EARTH, WHO IS GOING TO ARGUE FOR THEM WITH ALLAH AT THE END OF THE WORLD).

IT HAS BECOME APPARENT THAT YOUR REGIME IS OUT OF STEP WITH THE ESSENTIALS OF MONOTHEISM AND THE FAITH WHICH YOU ALWAYS CLAIM TO PROTECT. LET US REVIEW YOUR ACCOMPLISHMENTS IN THE RELIGIOUS FIELD, SINCE WE HAVE UNCOVERED WHO YOU REALLY ARE ON THE SHARI'A SCALE.

WE WILL DISCUSS THE FOLLOWING POINTS WITH YOU:

FIRSTLY: THE ECONOMIC SITUATION

THERE IS NO DOUBT THAT WE ARE ALL AWARE OF THE FACT THAT THE COUNTRY LIES ON A LAKE OF PETROLEUM THAT IS EQUIVALENT TO ONE QUARTER OF THE WORLD'S RESERVES, AND NO ONE DENIES THE SIGNIFICANCE OF THIS. WE ALSO REALIZE THAT THE COUNTRY PRODUCES ONE THIRD OF THE OPEC OIL PRODUCTION. IN ADDITION, THE AVERAGE INCOME OF THE COUNTRY DURING THE PAST FEW YEARS WAS EQUIVALENT TO ONE HUNDRED MILLION DOLLARS A DAY FROM THE PROCEEDS OF THE PETROLEUM. BESIDES THAT, THERE WAS A CASH RESERVE THAT WAS ESTIMATED AT THE START OF YOUR REGIME TO BE ONE HUNDRED AND FORTY BILLION DOLLARS, WHICH WAS AT THAT TIME MORE THAN THE RESERVES OF THE UNITED STATES, BRITAIN, AND FRANCE COLLECTIVELY.

THE COUNTRY WAS DECEIVED BY THE SHADOW OF THE PREVIOUS ECONOMIC DATA. WITH THE RELATIVE SCANTINESS OF ITS INHABITANTS, THE COUNTRY SHOULD HAVE FORMED AN ECONOMIC PHENOMENON (TN: A VERY SOUND ECONOMY). THERE WERE THOSE WHO THOUGHT THAT THE DAY WOULD NEVER COME WHEN THE ECONOMY OF THE LAND WOULD COLLAPSE, AND THAT THE COUNTRY WOULD BECOME ONE OF THE MOST INDEBTED COUNTRIES IN THE WORLD. BUT YOUR SUICIDAL POLICIES DISAPPOINTED THOSE PEOPLE AND OTHERS. LESS THAN A DECADE SINCE YOU ASSUMED POWER, ALL THE SCALES WERE TURNED UPSIDE DOWN AND EVERYTHING CHANGED. THE COUNTRY BECAME INDEBTED BY MORE THAN EIGHTY PERCENT OF ITS NATIONAL GROSS INCOME. THE CITIZENS OF A COUNTRY THAT USED TO HAVE THE BIGGEST CASH RESERVES WERE TRANSFORMED INTO THE CITIZENS OF A COUNTRY THAT IS THE MOST INDEBTED IN THE WORLD.

THE COLLAPSING ECONOMIC SITUATION HAS PLACED A GREAT BURDEN ON THE LIFE OF THE CITIZENS AND THE RESIDENTS. THEIR BACKS ARE CARRYING A HEAVY WEIGHT IN TAXES AND DUTIES, AND THEIR POCKETS ARE BEING CHOKED BY THE EXPENSIVE COST OF WATER, ELECTRICITY, AND

ASH010573