EX. 7j

FOOD. THE PRICES OF THESE COMMODITIES HAVE GONE SKY-HIGH AND HAVE CRAZILY GONE UP LIKE NOTHING BEFORE. THE EDUCATIONAL SITUATION IS NOT FAR FROM BEING CATASTROPHIC. THE SCHOOLS ARE SUFFERING FROM OVER-CROWDEDNESS IN THE CLASSROOM. THE STUDENTS, TEACHERS, AND ADMINISTRATORS ARE ALSO SUFFERING. WHAT WORSENED THE SITUATION WAS THE INABILITY OF THE MINISTRY OF EDUCATION TO MAINTAIN THE EXISTING CLASSROOMS AND ALSO ITS INABILITY TO BUILD NEW ONES.

THE SITUATION OF THE HOSPITALS IS NOT BETTER THAN THE SITUATION OF THE SCHOOLS. THE GOVERNMENT IS UNABLE TO MAINTAIN THE HOSPITALS. SEVERAL OF THE WINGS OF THE HOSPITALS WERE TRANSFORMED INTO WHAT LOOKS LIKE HUMAN SLAUGHTERHOUSES, IN THE SHADOW OF THE LACK OF MEDICINES AND PROPER MEDICAL CARE, NOT TO MENTION THE INABILITY OF THIS MINISTRY TO BUILD NEW HOSPITALS.

ANOTHER THING THAT WORSENED THE CONDITION OF THE COUNTRY WAS THE INCREASED UNEMPLOYMENT RATE, ESPECIALLY AMONG YOUNG PEOPLE AND COLLEGE GRADUATES. THE NUMBER OF UNEMPLOYED IS ESTIMATED TO BE ONE HUNDRED AND FIFTY THOUSAND. THIS FIGURE KEEPS RISING EVERY YEAR BECAUSE THE JOB MARKET CONTINUES TO SHRINK, OWING TO THE CURRENT ECONOMIC CRISIS THAT CONTINUES TO GO FROM BAD TO WORSE.

WITH THE INTENSIFICATION OF THE CRISIS AND THE WORSENING OF THE SITUATION, ARE YOU AND YOUR GOVERNMENT NOT ASHAMED TO URGE THE PEOPLE TO SAVE ENERGY AND OTHER THINGS AT A TIME WHEN YOUR CONDUCT WAS THE WORST EXAMPLE TO THE CITIZENS, ENCOURAGING THEM TO LAVISH LEVELS OF WASTE? HOW DO YOU URGE PEOPLE TO SAVE ENERGY WHEN EVERYONE CAN SEE YOUR LIGHTED MAGICAL PALACES AND THE AIR CONDITIONING RUNNING DAY AND NIGHT?

HOW DO THE PEOPLE ACCEPT YOUR URGING THEM TO REDUCE THEIR SPENDING WHEN EVERYONE SEES YOUR PALACES THAT FILL THE COUNTRY AND DISTANT PARTS OF THE WORLD? EVERYONE HEARS ABOUT YOUR OVER-STUFFED BANK ACCOUNTS IN THE INTERIOR AND THE EXTERIOR OF THE COUNTRY, FILLED WITH MONEY THAT BELONGS TO THE NATION.

THE SIZE OF YOUR EXPENDITURES OF THE NATION'S MONEY ON THOSE PALACES INSIDE AND OUTSIDE THE COUNTRY, IS INCREDIBLE AND SCARY. THE AMOUNT OF SPENDING IS ESTIMATED TO BE IN THE THOUSANDS OF MILLIONS OF DOLLARS. THE CONVERSATION ABOUT IT IS VERY LENGTHY, AND THE ONE TALKING ABOUT IT DOES NOT KNOW WHERE TO START. DOES HE START WITH THE CITY OF JEDDAH AND THE ARTIFICIAL MAGICAL ISLANDS ON WHICH YOU BUILT THE MOST LUXURIOUS PALACES ON THE WIDEST PIECES OF LAND ON THE COAST? OR SHALL HE START WITH THE CITY OF RIYADH, IN WHICH YOU WERE NOT SATISFIED WITH MERELY BUILDING PALACES ON TOP OF ITS LANDS, BUT YOU ALSO BUILT BENEATH IT? OR SHALL HE START WITH YOUR PALACES IN MUNA, AL-TAIF, AL-HUDA, AL-SHIFA, MECCA "MUKARAMAH," MEDINA "MUNAWARA," AND THE REST OF THE CITIES OF THE COUNTRY? OR DOES HE LEAVE ALL THAT AND

ASH010574

START WITH YOUR PALACES IN ALL THE WORLD'S CAPITALS AND THE WESTERN RESORTS? YOU HAVE PROBABLY NOT EVEN STEPPED IN MANY OF THOSE PALACES DURING YOUR LIFETIME, AND YOU PROBABLY WILL NOT DO SO IN THE REMAINDER OF YOUR LIFE.

IF THIS TALK CAME FROM ANYONE BESIDES US, MAYBE YOU WOULD DISMISS IT AS A LIE. BUT YOU KNOW WHO IS TALKING TO YOU, AND YOU KNOW THAT THEY ARE THE MOST KNOWLEDGEABLE WITH ALL THE FACTS WHICH ARE NO LONGER HIDDEN FROM THE PUBLIC, IN SPITE OF ALL YOUR DODGING.

YOUR PASSION, AND THE PASSION OF THOSE AROUND YOU, WAS BUILDING PALACES, AMASSING WEALTH, AND COMPETING AMONGST YOURSELVES. THAT WAS THE MAIN REASON BEHIND SPENDING MOST OF YOUR TIME AND EFFORT TOWARDS THAT END. THE COMPETITION BETWEEN YOU HAS TORN DOWN YOUR INTERNAL RELATIONS, AFTER HAFIZAH (TN: UNCLEAR MEANING, POSSIBLY A PROPER NAME, POSSIBLY A REFERENCE TO THOSE WHO MEMORIZE THE QURAN) EXCITED SOME OF YOU AND ITS ANGER AFFECTED YOU AND THE PRIVILEGED ONES THAT ARE CLOSE TO YOU. (TN: THE AUTHOR QUOTES FROM THE SAYINGS OF THE PROPHET TO PROVE HIS POINT OF VIEW. "THE SLAVE OF THE DINAR IS MISERABLE, THE SLAVE OF THE DIRHAM IS MISERABLE, THE SLAVE OF MARIGOLD IS MISERABLE, THE SLAVE OF VELVET IS MISERABLE. HE IS SATISFIED IF HE IS GIVEN, AND IF HE IS NOT GIVEN, HE IS MISERABLE AND DETERIORATED. IF TESTED HE DOES NOT HAVE TO WORRY" (AS NARRATED BY BUKHARI). THE AUTHOR SAYS THAT THIS STATEMENT APPLIES TO THE KING AND THOSE AROUND HIM).

YOU WERE SQUANDERING AND SPENDING OF THE NATION'S PUBLIC WEALTH, AND THE ONLY THING YOU WERE WORRIED ABOUT WAS YOUR PERSONAL INTERESTS AND THE COMPETITIVENESS BETWEEN THE MEMBERS OF THE RULING FAMILY. THIS IS ONE OF THE MOST OBVIOUS REASONS THAT THE COUNTRY ENDED UP ON THE BRINK OF BANKRUPTCY, WHICH OCCURRED IN THE SHADOW OF YOUR (WISE) POLICIES. (TN: THE AUTHOR QUOTES FROM THE QURAN TO PROVE HIS POINT, SAYING THAT THE SQUANDERERS ARE SATAN'S BROTHERS).

THE CURRENT ECONOMIC CRISIS, WITH ALL OF ITS DANGERS, DID NOT COME WITHOUT ADVANCE WARNING. IT WAS LOADED WITH A NUMBER OF ACTIONS AND MURDEROUS POLICIES THAT YOU AND THE INFLUENTIAL MEMBERS OF YOUR RULING FAMILY COMMITTED.

BESIDES WHAT WE HAVE ALREADY POINTED OUT, SUCH AS THE SQUANDERING AND SPENDING THAT YOU PRACTICE, THE MOST IMPORTANT CAUSES OF THE CURRENT ECONOMIC CRISIS ARE AS FOLLOWS:

1 - YOUR ROLE IN THE TUMBLING OF OIL PRICES:

THE OIL PRICES STARTED THEIR TUMBLE IN THE EIGHTIES, BUT THAT TUMBLING DID NOT PUBLICLY IMPACT THE ECONOMY OF THE COUNTRY UNTIL THE NINETIES. YOU ALWAYS RESORTED TO THE RESERVE OF THE COUNTRY TO COVER THE CONTINUING BUDGET DEFICIT. THIS WAS A FOOLISH

POLICY THAT BLED THE COUNTRY'S FINANCIAL RESERVE, AND IT DID NOT OFFER ANY SOLUTIONS TO END THE CRISIS THAT WAS GETTING WORSE EVERY DAY.

AS A REMINDER, YOU ARE WELL AWARE THAT YOUR TOTAL SUBORDINATION AND DEPENDENCE ON WESTERN POLICIES FORCED YOU TO FOLLOW THEIR DIRECTIONS. YOU WERE TOLD TO SUPPORT YOUR PREVIOUS FRIEND SADDAM ((HUSSAYN)) WITH TWENTY FIVE BILLION DOLLARS AND WITH INCREASING OIL PRODUCTION. THIS FORCED THE PRICE OF OIL DOWN, THUS HURTING IRAN DURING ITS WAR WITH IRAQ. THAT HAD A GREAT DEAL OF IMPACT ON THE TUMBLING OF OIL PRICES TO THE CURRENT LEVELS, WHICH SERVED THE INTERESTS OF WESTERN CONSUMERS. ALTHOUGH THE WEST IS CAREFUL ABOUT NOT KILLING THE SAUDI HEN THAT LAYS BLACK GOLD FOR THEM, THEY ARE MORE CAREFUL TO KEEP THE PRICE OF THESE EGGS AT THE LOWEST POSSIBLE LEVEL.

2 - NO EFFORT TO FIND ALTERNATIVE SOURCES OF INCOME:

IT IS COMMON KNOWLEDGE THAT OIL IS A SOURCE OF INCOME THAT IS SUBJECT TO DEPLETION AND CONSTANT PRICE FLUCTUATIONS. THE COUNTRY IS CAPABLE OF DEVELOPING ALTERNATIVE SOURCES OF INCOME THAT ARE READILY AVAILABLE, BUT YOUR REGIME HAS FAILED TO DEVELOP THOSE SOURCES. THE COUNTRY HAS REMAINED TOTALLY DEPENDENT ON THE PROCEEDS FROM OIL ONLY.

3- THE CRAZY EXPENDITURES ON THE ALLIED FORCES IN THE GULF WAR:

DESPITE THE FINANCIAL PROBLEMS THAT THE COUNTRY WAS GOING THROUGH DURING THE GULF WAR AND THE FACT THAT DESTROYING THE IRAQI FORCES AND ITS MUSLIM POPULATION WAS A SET OBJECTIVE OF THE WESTERN COUNTRIES, THE COALITION FORCES FOUND AN OPPORTUNE TIME TO FLEECE YOU BY TAKING ADVANTAGE OF YOUR FEAR AND COWARDICE. THEY INSISTED THAT YOU PAY THE COST OF THE ENTIRE WAR. YOU SPENT APPROXIMATELY SIXTY BILLION DOLLARS ON THAT WAR, WITH THIRTY BILLION GOING INTO THE POCKET OF THE AMERICANS. HALF THAT AMOUNT WENT TO THE COALITION FORCES, AND THE REST OF THE MONEY WAS SPENT LOCALLY ON COMMISSIONS, DEALS, AND BRIBES.

THE WAR EXPENSES DID NOT END THERE. YOUR LOYALTY TO THE COALITION COUNTRIES PUSHED YOU TO COMPLETE OTHER DEALS WITH THEM AS A REWARD AFTER THE WAR. THOSE DEALS COST YOU APPROXIMATELY FORTY BILLION DOLLARS, THE SUPPOSED PRICE FOR MILITARY AND CIVILIAN DEALS WITH JUST THE AMERICANS. IN ADDITION, YOU MADE A DEAL FOR THE PURCHASE OF BRITISH "TORNADO" AIRCRAFT, AS A COURTESY TO THE PRIME MINISTER OF BRITAIN JOHN ((MAJOR)). YOU DID NOT EVEN HAVE THE MANPOWER IN THE SAUDI ARMY TO USE THESE AIRCRAFT, AS WAS PROVEN DURING THE GULF WAR, NOT TO MENTION THE AIRCRAFT'S UNWORTHINESS, AS ATTESTED TO BY A TECHNICAL COMMITTEE IN THE ARMY. WE WILL PROVIDE MORE DETAILS ON THIS SUBJECT LATER.

INSTEAD OF ESTABLISHING A BENEFICIAL POLICY TO AVERT THE SITUATION AND TO CORRECT THE ECONOMIC COLLAPSE, YOU AND YOUR REGIME HAVE UNDERTAKEN SUICIDAL POLICIES THAT MADE THINGS WORSE. THESE POLICIES ARE AS FOLLOWS:

1) DEPLETION OF THE NATION'S FINANCIAL RESERVE IN THE EXTERIOR:

WE PREVIOUSLY MENTIONED THAT THE FINANCIAL RESERVE OF THE NATION IN THE EXTERIOR WAS ESTIMATED TO BE APPROXIMATELY ONE HUNDRED AND FORTY BILLION DOLLARS AT THE START OF YOUR REGIME. THE NATION'S ANNUAL INCOME AT THAT TIME WAS ESTIMATED TO BE NINETY-SEVEN BILLION. YOU CAN IMAGINE WITH US THE DEGREE OF STUPIDITY IN SPENDING, IF YOU RECALL THAT THIS RESERVE WAS COMPLETELY DEPLETED AFTER ONLY SEVEN YEARS.

2) BORROWING WITH INTEREST FROM LOCAL AND INTERNATIONAL BANKS:

YOU HAVE BEEN WARNED THAT DEALING WITH INTEREST IS AN OFFENSE AGAINST ALLAH (TN: THE AUTHOR QUOTES FROM THE QURAN TO MAKE HIS POINT, SAYING THAT WHEN YOU ARE DEALING IN INTEREST, ALLAH AND HIS PROPHET ARE AGAINST IT). ALSO, THE FACTS HAVE PROVEN THAT THE SYSTEM OF BORROWING WITH INTEREST THAT THE BANKS OFFER TO THE PUBLIC MAKES THE POOR POORER, DAY AFTER DAY. DESPITE BOTH OF THESE CONSIDERATIONS, YOU AND YOUR REGIME HAVE DROWNED THE NATION IN A SEA OF DEBT, AND THERE ARE NO SIGNS ON THE HORIZON THAT SHOWS ANY POSSIBILITY OF GETTING RID OF THAT DEBT. THE NATION CANNOT EVEN PAY JUST THE INTEREST CHARGES ON THE DEBT. TO GIVE YOU AN EXAMPLE OF THE SIZE OF THOSE LOANS, IN 1991 ALONE, YOU BORROWED TENS OF BILLIONS OF DOLLARS FROM LOCAL AND INTERNATIONAL BANKS. THESE LOANS, WITH THEIR COMPLEX INTEREST RATES, BECAME DUE IN 1994, AND THE COUNTRY WAS UNABLE TO MEET ITS OBLIGATIONS. THIS MEANS THAT REPAYMENT OF JUST THE INTEREST IS GOING TO REMAIN A HEAVY BURDEN ON THE COUNTRY'S BUDGET, PROHIBITING YOU FROM REPAYING THE ORIGINAL LOAN. THUS YOU ARE HOLDING THE FUTURE OF THE NATION AND ITS FUTURE GENERATIONS CAPTIVE IN THE HANDS OF INTERNATIONAL INSTITUTIONS WHOSE INFLUENCE DOES NOT STOP IN THE ECONOMIC DOMAIN OF THE INDEBTED NATIONS. THEIR INFLUENCE EXTENDS TO THE POLITICAL DOMAIN OF THOSE NATIONS AND CONTROLS THEIR POLITICAL DECISIONS.

THIS DOES NOT INCLUDE THE TWO HUNDRED BILLION RIYALS THAT THE GOVERNMENT OWES TO MORE THAN THREE THOUSAND MERCHANTS AND CONTRACTORS, WHICH THE GOVERNMENT IS HAVING A HARD TIME REPAYING.

WITH YOUR BEHAVIOR, YOU HAVE BROKEN EVERY STATISTICAL RECORD IN SQUANDERING AND SPENDING OF THE PUBLIC FUNDS. YOU HAVE SURPASSED THOSE BEFORE YOU AND THOSE WHO WILL COME AFTER YOU. SO, OUR CONGRATULATIONS TO YOU ON SUCH ACCOMPLISHMENT! THIS IS NOT UNEXPECTED OF YOU. PEOPLE LIKE YOU DO NOT CARE ABOUT THE FUTURE OF THEIR COUNTRY AS MUCH AS THEY CARE ABOUT FULFILLING THEIR

PERSONAL DESIRES AND THEIR SELFISH WHIMS. AS YOU WERE CONDUCTING THAT BEHAVIOR, YOU JOINED MEAN SUCH AS THE SHAH OF IRAN, MARCUS OF THE PHILIPPINE, TCHACHISKU OF ROMANIA, AND OTHERS WHO SUCKED THE BLOOD OF THEIR PEOPLE AND WHO DID NOT CARE ABOUT THE FATE OF THEIR COUNTRIES.

THE NATION IS TRULY PASSING THROUGH ITS MOST DANGEROUS ECONOMIC CRISIS. THE FIRST CRISIS WAS IN 1964/65, WHICH WAS DUE TO THE ANARCHICAL MANAGEMENT OF KING SA'UD. THIS CRISIS WAS ENDED BY HIS REMOVAL FROM THE THRONE. THE SECOND ECONOMIC CRISIS WAS IN 1986, AND IT WAS DUE TO THE SUDDEN COLLAPSE OF OIL PRICES.

THE FIRST CRISIS WAS SOLVED BY THE REMOVAL OF KING SA'UD AND HIS COURT FROM OFFICE, AND THE SECOND CRISIS WAS HANDLED BY RESORTING TO THE COUNTRY'S ENORMOUS FINANCIAL RESERVES AT THAT TIME. IN LIGHT OF THE TOTAL DEPLETION OF THE COUNTRY'S FINANCIAL RESERVES, AND THE LOSS OF ITS CREDIBILITY INSIDE AND OUTSIDE THE COUNTRY, THERE DOES NOT SEEM TO BE ANY PROMISE THAT WE WILL FIND RELIEF FROM THE CURRENT CRISIS IN THE FORESEEABLE FUTURE.

YOU WERE UNABLE TO HANDLE THE CRISIS AT THE TIME WHEN THE COUNTRY HAD A FINANCIAL RESERVE ESTIMATED AT ONE HUNDRED AND FORTY BILLION DOLLARS AND DID NOT HAVE ANY DEBTS. THIS IS PROOF THAT YOU WOULD EVENTUALLY FAIL IN YOUR EFFORTS TO TREAT THE CRISIS AFTER ALL THE RESERVE WAS DEPLETED AND THE COUNTRY WAS DROWNING IN ROUGH SEAS FROM THE LOAN INTEREST. THE POET SAID: IF YOU ARE UNABLE TO MANAGE WHEN THINGS ARE UNDER CONTROL, THEN MANAGING WHEN THINGS ARE NOT UNDER CONTROL IS NOT GOING TO HAPPEN.

IT IS NOT BENEFICIAL THAT YOUR MASS MEDIA HAS LED THE PEOPLE ASTRAY AND MADE THEM THINK THAT THE CRISIS IS ALMOST OVER. THE LIES THAT YOUR MASS MEDIA SPREADS ARE NOT DECEIVING A NATION WHOSE AWARENESS HAS REACHED A LEVEL WHERE SUCH EXPOSED LIES ARE NOT BELIEVED.

YOUR SENSELESS SPENDING OF THE NATION'S WEALTH AND YOUR SQUANDERING AND WASTING IT AND LYING ABOUT IT, HAS ALL OF THE QUALITIES FOR WHICH ALLAH WOULD PASS JUDGEMENT. (TN: THE AUTHOR QUOTES THE QURAN TO MAKE HIS POINT, SAYING THAT ALLAH DOES NOT GIVE GUIDANCE TO A SENSELESS SPENDER WHO IS A LIAR, BUT ALSO A MERE COMMON PERSON. BUT A LYING KING WILL GET A LOT MORE PUNISHMENT FROM ALLAH THAN A LYING COMMON PERSON).

(TN: THE AUTHOR PROVIDES FURTHER QUOTES FROM THE SAYINGS OF THE PROPHET, DISCUSSING THE THREE TYPES OF PEOPLE THAT ALLAH WILL NOT TALK TO ON JUDGMENT DAY. ALLAH WILL NOT COMMEND THEM, HE WILL NOT LOOK AT THEM, AND THEY WILL RECEIVE PAINFUL PUNISHMENT. THESE THREE TYPES OF PEOPLE ARE AN ADULTEROUS SHAYKH, A LYING KING, AND AN ARROGANT DESTITUTE).

ASH010578

IN LIGHT OF THE PREVIOUS FACTS, IT SEEMS THAT THE CRISIS OF KING SA'UD WAS SOLVED BY REMOVING HIM FROM POWER, AND THAT WAS THE BEST OF THE BASIC SOLUTIONS THAT WERE OFFERED.

YET THE ONLY SOLUTIONS THAT YOU HAVE LEFT TO CHOOSE FROM ARE AS BITTER AND HARSH AS THEY ARE USELESS AND INEFFECTIVE. ARE YOU GOING TO DEPEND ON REDUCING THE INTEREST, FOR EXAMPLE? THIS ACTION COULD GIVE TEMPORARY RELIEF, ALTHOUGH THIS STEP HAS POLITICAL IMPACTS THAT ARE MORE DANGEROUS THAN THE ECONOMIC EFFECTS. ARE YOU GOING TO RISK YOUR AMBITIOUS POSITION OF LEADING THE COUNCIL OF COOPERATION AND DEVALUE THE RIYAL AGAINST OTHER WORLD CURRENCIES? YOUR POLITICAL AMBITION AND YOUR LOVE OF LEADERSHIP PROHIBITS YOU FROM DOING THAT. THIS IS ESPECIALLY TRUE BECAUSE LEADING THOSE NATIONS IS A DREAM OF YOURS THAT WAS DISPELLED DUE TO YOUR FAILURE TO ACHIEVE ANY RESPECTABLE STATUS IN THE ARAB AND ISLAMIC WORLD. THIS IS SOMETHING THAT THE NATION TALKED ABOUT AND HOPED TO RESUME THAT LEADERSHIP ROLE DURING THE REIN OF KING FAISAL. OR ARE YOU GOING TO RAISE TAXES AND IMPOSE MORE DUTIES ON THE CITIZENS AND RESIDENTS, IN ORDER TO SAVE MORE MONEY FOR THE TREASURY OF A BANKRUPT NATION? THIS STEP, NO DOUBT, WILL BE SUCCESSFUL IN SAVING PART OF THE LIQUIDITY, BUT ITS POLITICAL TAILS WILL PROHIBIT YOU FROM CONTINUING WITH IT TO THE END. THE CITIZENS ARE COMPELLED TO KEEP QUIET ABOUT HOW YOU SQUANDERED THE NATION'S PUBLIC WEALTH. HOWEVER, THEY WILL NOT BE SILENT WHEN THEY SEE THEIR TAXES AND DUTIES, PAID FOR WITH THE SWEAT OF THEIR BROWS, BEING SPENT TO SATISFY THE PLEASURES AND DESIRES OF THE RECKLESS INFLUENTIAL MEMBERS OF THE RULING FAMILY.

ANOTHER SOLUTION REMAINING IN FRONT OF YOU IS THE SALE OF GOVERNMENT PROPERTIES TO THE PRIVATE SECTOR. ALTHOUGH YOU HAVE TAKEN SOME STEPS TOWARDS THAT PURPOSE, THERE ARE SOME DIFFICULTIES FACING YOU, WHICH WE APPRECIATE FROM OUR END. EMBARRASSMENT AND INSULTS WILL FOLLOW YOU FOR SELLING THIS PROPERTY, THESE ITEMS THAT YOU CONSIDER TO BE FURNITURE AND PART OF YOUR PRIVATE RESIDENCE. ANNOUNCING THE SALE OF THIS FURNITURE IS MAKINGS THE DEGREE OF YOUR BANKRUPTCY PUBLIC. SUCH MATTERS ARE APPRECIATED AND CONSIDERED BY THOSE WHO ARE AWARE OF YOUR GREAT CONCERN FOR POMP, APPEARANCES, ARROGANCE, AND SELF-DECEIT. YOUR PROBLEM IN THESE PARTIAL SOLUTIONS WITH THEIR BITTERNESS AND HARSHNESS IS FOR YOU THE BETTER OF THE TWO MATTERS. THE FIRST THING THAT THE ROOT SOLUTION WILL ADDRESS IS ERADICATING THE CAUSES OF THE CRISIS, AND AT THE TOP OF THESE CAUSES IS THAT FACT THAT YOU ARE IN CHARGE OF THE GOVERNMENT. THE DIFFICULT PARITY IS THAT YOUR STAYING WILL BE THE CAUSE OF YOUR EXTINCTION, AND YOUR CONTINUING ON WILL BE THE CAUSE OF YOUR END.

SECONDLY: THE MILITARY SITUATION:

PERHAPS YOU WOULD AGREE WITH US THAT THE ARMY OF THE NATION HAS FOR DECADES CONSUMED ONE THIRD OF THE NATIONAL BUDGET. AT THE

ASH010579

SAME TIME, A NUCLEAR POWER LIKE FRANCE SPENDS ONLY ONE PERCENT OF ITS BUDGET ON ITS ARMY. YOU WOULD ALSO AGREE WITH US THAT DESPITE THESE ASTRONOMICAL FIGURES THAT WERE SPENT ON THE ARMY, THE TRUTH IS THAT IT IS NOTHING BUT HEAPS OF WEAPONS AND EQUIPMENT, WITH NO HUMAN RESOURCES TO USE THEM AND THERE IS NO GLUTTONY IN THAT. WHAT WAS SPENT ON THIS ARMY WAS NOT SPENT TO STRENGTHEN AND PREPARE IT. INSTEAD IT WAS AN EXPENSE THAT BECAME A SOURCE OF INCOME FOR THE INFLUENTIAL PRINCES. IT BECAME A PUMP OF COMPENSATIONS TO PROTECT YOUR THRONE AND YOUR WESTERN MASTERS, WITH WHOM YOU HAVE STRUCK MANY DEALS AS A TAX OF HUMILIATION AND SUBORDINATION TO THEM. AN EXAMPLE OF THAT WAS BUYING SEVENTY F-15 AIRCRAFT FROM AMERICA TO SUPPORT GEORGE ((BUSH)) IN HIS ELECTION CAMPAIGN AFTER THE GULF WAR. NEXT CAME THE DEAL OF THE SAUDI ARABIAN AIRLINE FLEET AND THE DEAL TO EXPAND THE TELEPHONE SYSTEM FOR THE SAKE OF ((CLINTON)), WHO LOST BECAUSE OF YOUR SUPPORT TO HIS COMPETITOR GEORGE BUSH (TN: INCORRECT HISTORY). YOU ALSO BOUGHT 48 TORNADO AIRCRAFT FROM BRITAIN FOR THE SAME REASONS.

AND IF WE REALIZE WHAT WAS BEHIND THOSE DEALS, THEN WE WOULD REALIZE THE SECRET OF THE SHAMEFUL ACTION BY THE MINISTER OF DEFENSE DURING THE GULF WAR.

THE AIR FORCE, WHICH POSSESSES FIVE HUNDRED FIGHTER PLANES, DID NOT PERFORM ANYTHING WORTH MENTIONING DURING THE WAR EXCEPT DOWNING TWO IRAQI AIRCRAFT THAT WERE FLYING WITHOUT AIR COVER!

AS FOR THE NAVY, WHICH OWNS THIRTY SHIPS INCLUDING TWENTY MISSILE LAUNCHERS, THEY DID NOT FIRE A SINGLE SHOT DURING THE WAR. THE REGULAR ARMY DID NOT FARE ANY BETTER THAN THE PREVIOUS TWO. IN ORDER TO PREPARE ONE BRIGADE OF ARMORED CARS, THEY HAD TO BRING THE REQUIRED TECHNICIANS FROM PAKISTAN. THAT IS HOW THOSE BILLIONS OF DOLLARS THAT WERE SPENT ON THIS ARMY WENT WITH THE WIND.

IT IS BEWILDERING WHEN YOU LOOK AT THE INCREDIBLE NUMBER OF DOLLARS THAT WERE SPENT ON THE MINISTRY OF DEFENSE, WHICH IS HEADED BY THE OLDEST MINISTER OF DEFENSE IN THE WORLD, PRINCE SULTAN. HE HAS TAKEN CARE OF IT FOR THE PAST THIRTY-TWO YEARS, AND HE IS STILL ASKING FOR THE OPPORTUNITY TO PROVE HIS QUALIFICATIONS AFTER HIS FAILURE THAT WAS UNCOVERED BY THE GULF WAR.

IN ORDER TO GET A COMPARATIVE VIEW OF THE AMAZING EXPENDITURES OF THIS MINISTRY, WE SHOULD NOTE THAT CITIZENS OF THE ARABIAN PENINSULA HAVE BORN THE SPENDING OF ITS ARMY MORE THAN WHAT CITIZENS OF TEN OTHER COUNTRIES HAVE BORN. THESE COUNTRIES ARE THE UNITED STATES OF AMERICA, GERMANY, ITALY, EGYPT, ROMANIA, POLAND, SPAIN, ECUADOR, URUGUAY, AND IRELAND. IN 1992, THE CITIZENS OF THE PENINSULA SPENT MORE THAN THE CITIZENS OF THOSE