EX. 7k

TEN COUNTRIES COLLECTIVELY, TAKING INTO CONSIDERATION THAT AMONGST THEM ARE NUCLEAR POWERS WHO ARE MEMBERS OF NATO. WE ALSO FOUND ANOTHER AMAZING COMPARISON. MORE MONEY HAS BEEN SPENT ON EACH MEMBER OF THE ARMED FORCES IN THE ARABIAN PENINSULA THAN WHAT WAS SPENT COLLECTIVELY ON A MEMBER OF THE ARMED FORCES IN THE FOLLOWING NINE COUNTRIES: THE UNITED STATES OF AMERICA, GERMANY, BELGIUM, ARGENTINE, CHINA, IRAN, THE ENEMY ISRAEL, SOUTH KOREA, AND TANZANIA.

OH KING, DON'T YOU THINK THAT IT IS OUR RIGHT TO ASK YOU WHERE ALL THAT MONEY WENT? YOU DO NOT HAVE TO ANSWER, BUT IF YOU KNEW THE RATIO OF COMMISSIONS AND BRIBES THAT YOU AND YOUR INFLUENTIAL PRINCES RECEIVED (AND ON TOP OF ALL OF THEM IS THE MINISTER OF DEFENSE SULTAN) FROM COMPANIES THAT SELL WEAPONS, CONTRACTS FOR BUILDING CITIES AND MILITARY BASES. WE WILL NOT BURDEN OURSELVES TO ASK ABOUT THE FATE OF THE REST OF THE MONEY THAT WAS SPENT. IT BECOMES OBVIOUS THAT YOU AND THE BAND OF INFLUENTIAL PRINCES SEIZE BETWEEN 40 TO 60 PERCENT OF THE VALUE FROM EVERY DEAL.

THE GREATER PERCENTAGE OF THE BALANCE OF THE MONEY IS SPENT ON BUILDING MILITARY BASES AND FACILITIES THAT ARE WAY TOO BIG FOR THE SIZE OF THE NATION'S ARMY AND ITS QUALIFICATIONS. IT TELLS US SOMETHING THAT THESE FACILITIES WERE NOT BUILT FOR YOUR ARMY, BUT FOR THE USE OF THE AMERICAN AND WESTERN FORCES THAT ARE ALREADY STATIONED IN SEVERAL OF THEM. SPEAKING OF THESE FORCES, DON'T WE HAVE THE RIGHT TO ASK ABOUT THE REASON THAT THEY HAVE STAYED SO LONG, WITH ALL THEIR AMAZING NUMBERS AND EQUIPMENT, IN THE LAND OF THE TWO MOSQUES? IS IRAQ STILL AN EMINENT THREAT TO YOUR THRONE, EVEN AFTER THE DESTRUCTION OF ITS FORCES AND THE STARVING OF ITS PEOPLE? ALL THE FACTS ATTEST TO THE OPPOSITE. THE DANGER IS NOT FROM A BROKEN AND STARVING IRAQ, BUT FROM THE ISLAMIC DANGER IN THE INTERIOR AS THE EXPERTS SAY. THE COUNTRY IS EXPERIENCING AN ESCALATING BLESSED ISLAMIC AWAKENING IN ALL CIVILIAN AND MILITARY SECTORS. THERE IS NO GOOD REASON FOR THE ARMY TO BE CRIPPLED AND INCAPABLE WHEN IT IS SUPPOSED TO BE PROTECTING THE ISLAMIC COUNTRIES, DEFENDING THEIR CAUSES, AND PROTECTING THE HOLY LANDS. IT IS UNIMAGINABLE TO KEEP QUIET AND HAVE THIS LAND BECOME AN AMERICAN PROTECTORATE, SO THAT THE SOLDIERS OF THE CROSS DEFILE IT WITH THEIR UNCLEAN FEET TO PROTECT YOUR TUMBLING THRONE AND THE SOURCES OF OIL IN THE KINGDOM.

OH KING, IN LIGHT OF CURRENT EVENTS, IS IT NOT THE RIGHT OF THE NATION TO QUESTION WHO IS RESPONSIBLE FOR THE SHAKING OF THE PEACE AND THE CAUSE OF CONFUSION? IS IT THE SYSTEM THAT DELIVERED THE COUNTRY TO A CONDITION OF CHRONIC MILITARY CRIPPLING IN ITS EFFORT TO TOLERATE THE CRUSADER AND JEWISH FORCES WHO ARE DEFILING THE HOLY PLACES? IS THE SYSTEM RESPONSIBLE? OR IS IT THE PROPAGANDIST THAT CALLS THE NATION TO ARMS SO THAT IT CAN TAKE CARE OF ITSELF AND HAVE THE HONOR OF

PROTECTING ITS RELIGION AND DEFENDING ITS HOLY PLACES AND DEFENDING ITS LAND AND ITS REPUTATION?

THE TRUTH IS THAT YOU AND YOUR DEFENSE MINISTER ARE TO BLAME IN THIS MATTER, NOT THE MEMBERS OF THE ARMY OR THE GUARD, WHOSE GOODNESS, GALLANTRY, AND BRAVERY HAVE BEEN WITNESSED BY MANY. YOU WERE AFRAID OF BRINGING IN ANY REFORMS TO THE ARMED FORCES AND OF PLANTING SPIES IN THEIR MIDST. YOU WERE ALWAYS AFRAID THAT ANY COORDINATION BETWEEN THE ARMED FORCES (LAND, SEA, AND AIR) WOULD BRING REFORMS AGAINST YOU, AND THAT WAS THE REASON WHY YOU WOULD NOT ALLOW ANY COORDINATION BETWEEN THEM, NOT EVEN ALLOWING THEM TO GET TO KNOW ONE ANOTHER. ALL OF THIS DESPITE THE FACT THAT COORDINATION WAS ESSENTIAL FOR ANY SUCCESSFUL MILITARY OPERATION. THE PRICE FOR PRESERVING YOUR THRONE AND YOUR PUSHING AWAY ILLUSIONS OF FEAR THAT FOLLOW YOU IS WHAT AFFLICTED THE NATION AND ITS CITIZENS WITH SHAME, DISGRACE, AND COLLAPSE BECAUSE OF THE GULF WAR.

SUMMARY AND CONCLUSIONS:

OH KING, WE HAVE PROVEN ABOVE THAT YOUR REGIME HAS COMMITTED SINS AGAINST ISLAM THAT NEGATE ITS GUARDIANSHIP IN THE EYES OF ALLAH. WE PROVED THE RAPID FAILURE AND REPULSIVE CORRUPTION THAT MUST BE ISOLATED FROM THE PEOPLE. WE LISTED THE INFIDEL LAWS THAT YOUR REGIME LEGISLATED AND FORCED THE PEOPLE TO BE JUDGED BY. WE SHOWED ITS SUBORDINATION TO THE INFIDELS. ITS SUPPORT OF THE INFIDELS AGAINST THE MUSLIMS IS A SIN AGAINST ISLAM. THEREFORE, THAT REGIME MUST BE ISOLATED AND DEALT WITH.

ITS REPULSIVE CORRUPTION AND UGLY FAILURE IN THE AREAS OF DEFENSE, ECONOMICS, AND OTHERS HAS PROVEN THE KING'S INABILITY TO RUN THE NATION, EVEN IF HE HAD NOT SINNED AGAINST ISLAM AND BEEN REJECTED BY THE RELIGION. OH KING, YOU HAVE BROUGHT DOWN ON THE PEOPLE EVIL THINGS THAT THEY NEED PROTECTION FROM, AND THAT IS NON-BELIEF IN ALLAH AND POVERTY.

AMONG WHAT WE PRESENTED, IT IS APPARENT THAT THE DIFFERENCE BETWEEN THE YOUR REGIME AND THE NATION LED BY THE RELIGIOUS SCHOLARS, PREACHERS, REFORMERS, MERCHANTS, AND TRIBAL SHAYKHS IS NOT ONE OF DISAGREEMENT OR PASSING CONFLICT. RATHER IT IS A STRUGGLE THAT IS ROOTED BETWEEN TWO SYSTEMS AND A DEEP STRUGGLE BETWEEN TWO IDEOLOGIES. IT IS A STRUGGLE BETWEEN A GODLY SYSTEM THAT IS WHOLE AND THAT PLACES ALL MATTERS IN THE HANDS OF ALLAH. (TN: THE AUTHOR QUOTES FROM THE PROPHET'S SAYINGS TO PROVE HIS POINT, SAYING THAT MUSLIMS PLACE EVERYTHING IN THE HANDS OF ALLAH).

BASED ON WHAT WAS PRESENTED, THE NATION WITH ITS RELIGIOUS SCHOLARS, REFORMERS, MERCHANTS, AND TRIBAL SHAYKHS AT THE FRONT ARE GOING TO GO AGAINST YOUR REGIME. IT WILL NEVER BE CONSIDERED

ASH010582

AS A PROHIBITED ABANDONMENT OF THE RULERS, BECAUSE YOUR REGIME LACKS LEGITIMACY, AS WE POINTED OUT. WHAT DOES NOT EXIST LEGALLY, DOES NOT EXIST AT ALL, AS WAS DECIDED BY THE SCHOLARS.

IF THE RULER APOSTATIZES, THEN THE WHOLE NATION MUST GO AGAINST HIM. HOWEVER, THIS DOES NOT MEAN THAT ALL BEHAVIOR OF THIS TYPE IS NECESSARILY CORRECT, BECAUSE FOR EVERY STAGE OF THE CHANGE, THE PROCESS HAS ITS WORK ELEMENTS, ITS MEANS, AND ITS OBJECTIVES.

IT IS NOT POSSIBLE TO LIMIT THAT COMPLETELY BY A QUICK PERSONAL DILIGENCE, OR BY A PROVOCATIVE INDIVIDUAL DECISION. INSTEAD, IT IS DONE ON BEHALF OF THE LEADERSHIP OF THE NATION, WHICH IS MADE UP OF THE TRUTHFUL RELIGIOUS SCHOLARS, PREACHERS, AND REFORMERS WHO PROVED THEMSELVES DURING THE ORDEALS AND TRIBULATIONS OF THEIR ABILITY TO TACKLE SUCH GRAVE MATTERS.

THERE IS NO DOUBT THAT AT THE FOREFRONT OF THE TASKS FOR THE CURRENT STAGE IS THE PUBLIC DISCLOSURE OF THE TRUTH AND THE ISSUANCE OF A STATEMENT EXPLAINING THE MEANING AND REQUISITES OF "THERE IS NO ALLAH BUT ALLAH." THIS STATEMENT WILL EXPLAIN THE CONSEQUENCES FOR DEVIATING FROM IT, SO THAT THE NATION WILL HAVE INSIGHT INTO ITS RELIGION AND WILL BE AWARE OF ITS MATTERS.

AND FAR FROM THIS AND THAT, WE SEE THAT YOU HAVE ADVANCED IN AGE AND YOU THAT YOU ARE SICK. CRISIS HAS SURROUNDED YOU FROM THE INSIDE AND THE OUTSIDE. FOR YOUR OWN PERSONAL WELFARE, OH KING, AND FOR THE WELFARE OF YOUR FAMILY AND THOSE AROUND YOU, WE ASK THAT YOU SPARE THE NATION, THE COUNTRY, AND THE CITIZENS. SPARE THEM THE TROUBLE AND THE CRISIS AND THE TRIBULATIONS. WE ASK THAT YOU TENDER YOUR RESIGNATION, SO THAT YOU CAN PROVIDE COMFORT. AT THE SAME TIME, YOU WILL BE COMFORTED. YOU WILL ALLOW THE NATION TO ASSUME ITS RIGHTS THROUGH THOSE PEOPLE THAT CAN TIE AND UNTIE THINGS. YOU WILL ALLOW FOR THE SELECTION OF SOMEONE THAT CAN SAVE THE NATION FROM THIS ABYSS THAT YOU HAVE LED HER TO. IT HAS BECOME HOPELESS FOR YOU TO REFORM YOURSELF, SINCE YOU ARE SO ADVANCED IN AGE. A LONG TIME AGO, A POET SAID, "THERE IS NO DREAM AFTER A SHAYKH HAS BECOME SILLY AND THAT THE YOUTH DREAMS ABOUT SILLINESS."

PERHAPS YOU REMEMBER HOW KING SA'UD WAS IN THE SAME POSITION THAT YOU ARE NOW, ALTHOUGH HE WAS TEN TIMES MORE CORRUPT THAN YOU ARE. AT THAT TIME, YOU WERE THE ONE AT THE FOREFRONT FOR HIS REMOVAL FROM OFFICE. WELL DONE THAT DAY, AND I WISH THAT TODAY YOU WOULD NOT ONLY TENDER YOUR PERSONAL RESIGNATION, BUT ALSO RID THE NATION OF ALL OF YOUR MINISTERS AND YOUR COURT, SINCE YOU BEAR THE RESPONSIBILITY OF PLACING THEM AROUND THE NECKS OF THE CITIZENS AND THE NATION'S INTERESTS. YOU CAN TRY TO GAIN THE MERIT OF SAVING THE NATION FROM THE MINISTERS' POLYTHEISM AND THEIR EVILNESS. ESPECIALLY THAT LOSER, YOUR DEFENSE MINISTER, WHO NEVER HANDLED ANY MATTER THAT BROUGHT GOOD OUT OF IT, WHETHER

IT WAS POLITICAL OR MANAGERIAL. HE BLEW THE BORDERS FILE WITH THE NATION OF QATAR, AND HE ALMOST STARTED A WAR WITH YEMEN. THIS IS IN ADDITION TO HIS FAILURE TO MANAGE THE DEFENSE MINISTRY, AND THE FACT THAT THE AIR FORCE AND THE SAUDI AIRLINES WENT BANKRUPT UNDER HIS MANAGEMENT.

THERE IS NO GLORY IN THIS SITUATION. IN THE END, THE PATCHY MINISTERIAL ADJUSTMENTS THAT YOU MAKE ONLY BRING IN MINISTERS THAT ARE TIED TO THE SHIP OF CORRUPTION. THESE MINISTERS RESIDE AT THE ROOT AND AT THE TOP OF THE RULING REGIME, AND THEY ROTATE AROUND IT. THEY DO NOT HAVE ANY SAY IN ANY OF THE MATTERS. EVEN IF THEY HAD GOOD INTENTIONS AND SOUGHT REFORMS, THEIR MARGINAL COMPETENCE AND YOUR ABSOLUTE AUTHORITY OVER THEM WOULD PRESENT THEM WITH NO CHANCE TO INTRODUCE ANY REFORMS. THE SHADOW OF THE STICK CANNOT BE STRAIGHT IF THE STICK IS BENT.

THESE DEMANDS FOR RESIGNATION AND DISMISSAL ARE NOT IMPOSSIBLE DEMANDS. IT IS THE SAME THING THAT YOU AND YOUR BROTHERS CALLED FOR WITH REGARDS TO THE DEPOSED KING SAUDI IN THE PAST.

AND BEFORE WE PUT DOWN THE PEN, WE ASK YOU TO FULLY THINK THIS OVER. GO BACK AND REVIEW ALL THE FACTS BEFORE YOUR SENSE OF HONOR FORCES YOU TO REFUSE. DO NOT DECIDE TO PUNISH EVERYONE WHO TRIES TO DELIVER THIS MESSAGE TO YOU. THINK CAREFULLY BEFORE THIS MESSAGE PUTS YOU IN A FOWL MOOD, AS WAS THE CASE WITH SEVERAL OF THE PROPOSALS AND ADVICE MEMOS THAT WERE SENT TO YOU. THE MOST FAMOUS EXAMPLE OF THIS WAS THE ONE THAT IDENTIFIED THE MOST IMPORTANT AND NECESSARY REFORMS, POINTING OUT THE ILLNESSES AND EXPLAINING THE REMEDIES FOR EACH OF THE ILLNESSES WITH THE PRECISION OF A SCHOLAR, THE CANDOR OF THE PREACHERS, AND THE COMPASSION OF THE ADVISOR. THE MESSAGE WAS VERY POLITE AND FULL OF REVERENCE. YOU IGNORED THE ADVICE, AND YOU CLOSED YOUR EYES TO THOSE GIVING THE ADVICE. YOU DECIDED TO PUNISH THE CREAM OF THE NATION'S ULEMA (TN: RELIGIOUS SCHOLARS), PREACHERS, AND REFORMERS THAT HAD BROUGHT IT UP TO YOU. YOU CAME DOWN HARD ON THEM WITH YOUR HORSES AND YOUR MEN, THE CUSTODIANS AND HENCHMEN OF YOUR REGIME, OF ITS OPPRESSIVE AUTHORITIES AND ITS ENTOURAGE OF MISGUIDED AND HYPOCRITICAL PEOPLE. YOU ISSUED FATWA THAT SLANDERED THE NATION'S ELITE ULEMA WITH UTTER FALSEHOODS. THE ULEMA ARE POSTED WITH ALL PATIENCE AND STEADFASTNESS IN THE DUNGEONS OF YOUR PRISONS AND BEHIND ITS IRON GATES. WE PRAY TO ALLAH THAT THEY WOULD BE SET FREE AND THAT THEIR SITUATION BE EASED. WE ASK ALLAH TO CONFIRM THEM AND US IN THE PATH OF HIS CALL AND STRENGTHENING THE PATH OF HIS RELIGION. (TN: THE AUTHOR QUOTES THE HADITH, SAYING THAT THERE WOULD BE NO DISTURBANCE AND THAT RELIGION IS ALL FOR ALLAH). WE BESEECH HIM TO HELP US TO KEEP OUR PROMISE TO HIM TO AVENGE HIS RELIGION AND HIS HOLY MEN IN GENERAL, AND THOSE WHO ARE FACING ALL KINDS OF SUFFERINGS AND VIOLENCE ON THE HANDS OF YOUR PRISON FLOGGERS IN PARTICULAR.

ASH010584

AND THE LAST OF OUR SUPPLICATIONS IS THANKS BE TO ALLAH LORD OF THE TWO WORLDS.

DATED: 5/3/1416 AH
CORRESPONDING TO 3 AUGUST 1995 AD

ON THEIR BEHALF:

USAMAH BIN MUHAMMAD BIN LADIN

PAGE 80 - 88, 90 (DUPLICATE COPY OF STATEMENT 17 ABOVE)

PAGE 91 - 92 (STATEMENT NO. 18)

THE BOSNIA TRAGEDY AND THE DECEPTION OF THE SERVANT OF THE TWO MOSQUES

THANKS TO ALLAH AND PRAYERS AND MERCY UPON THE MESSENGER OF ALLAH AND THOSE THAT WERE RIGHTLY GUIDED BY HIS GUIDANCE.

IT IS NO LONGER HIDDEN THAT THE SAUDI REGIME PERSISTENTLY SOUGHT TO BLOCK ALL THE ABILITIES AND CAPABILITIES OF THE UMMAH BY PLACING CONTROL OVER IT. BUT THE REGIME WAS NOT SATISFIED WITH ITS UNJUST POLICIES; IT HAD TO GO FURTHER BY IMPOSING CONTROL ON THE MINDS AND POLITICS OF THE NATION. MOREOVER, THE REGIME SOUGHT TO IMPOSE ECONOMIC CONTROL. THIS RESULTED IN THE CLOSURE OF CHARITABLE ORGANIZATIONS THAT DELIVERED THE CONTRIBUTIONS OF THE BENEFACTORS FROM THIS COUNTRY TO ITS DESERVING LAWFUL OWNERS. THE REGIME REPLACED THESE CHARITABLE ORGANIZATIONS WITH ASSOCIATIONS AND ORGANIZATIONS THAT WERE SUPERVISED BY MEMBERS OF THE RULING FAMILY, SUCH AS PRINCE SULTAN AND PRINCE SALMAN. THIS REVEALED A SCHEME BY WHICH THEY MONOPOLIZED THE CHARITABLE CONTRIBUTIONS IN SUCH A WAY THAT IT PREVENTED ISLAM AND THE MUSLIMS FROM BENEFITING FROM THEM. THE REGIME USED THE CONTRIBUTIONS THE SAME WAY IT USED THE MONEY OF THE AFGHANI MUJAHIDIN. THAT MONEY WAS USED TO PRESSURE THE MUJAHIDIN AND INFLUENCE THEIR POLICIES IN A WAY THAT WOULD BENEFIT THE INTERESTS OF THE WEST. SOMETIMES THESE CONTRIBUTIONS WERE USED FOR THE PRIVATE INTERESTS OF THE PRINCES.

DESPITE THE SCANDALS OF THE REGIME IN FINANCIAL MATTERS, PARTICULARLY IN HOW IT HANDLED CONTRIBUTIONS, THE REGIME STILL TRIES TO GRASP EVERY OPPORTUNITY TO TAKE ADVANTAGE OF EVERY OCCASION WHICH WOULD ALLOW IT TO REPEAT WHAT IT HAD DONE PREVIOUSLY. ALL OF THESE SCANDALS HAVE BECOME PUBLIC KNOWLEDGE, BUT THE REGIME IGNORES THE LEVEL OF AWARENESS THAT THE NATION HAS ATTAINED. THERE HAVE BEEN A NUMBER OF INTERNAL AND EXTERNAL CRISES THAT HAVE SURROUNDED KING FAHD, SOME OF WHICH HAVE UNCOVERED HIS ANIMOSITY TOWARDS ISLAM AND THE MUSLIMS. HIS

ASH010585

OPPOSITION TO THE WILL OF ALLAH IS MADE CLEAR BY HIS USE OF THE LAWS OF POSITIVISM TO GOVERN THE KINGDOM, HIS LOYALTY TO THE INFIDELS, AND HIS ANIMOSITY TOWARD THE MUSLIMS, ESPECIALLY THE RELIGIOUS SCHOLARS, PREACHERS, AND REFORMERS AMONGST THEM.  OTHER EXAMPLES OF PROBLEMS UNDER KING FAHD'S RULE INCLUDE THE HIGH PRICES, THE INCREASED TAXES AND DUTIES, THE SPREAD OF UNEMPLOYMENT, AND THE COLLAPSE OF THE NATION'S ECONOMY AFTER IT DROWNED IN A ROUGH SEA OF INTEREST DEBTS.  ALL OF THIS HAS PULLED THE NATION INTO A REAL TRAGEDY THAT CONTINUES TO ESCALATE.  THE KING IS ATTEMPTING TO ESCAPE FROM THE INTERNAL FACTS BY DRAWING ATTENTION AWAY FROM HIS PROBLEMS TO THOSE GOING ON OUTSIDE THE COUNTRY.  HE IS CREATING A DIVERSION, TICKLING THE NATION'S EMOTIONS BY RAISING THE SHIRT OF THE SUPPORT FOR BOSNIA HERZEGOVINA AND ALL THE CONTRIBUTIONS TO ITS PEOPLE.

OUR COMMENTS ON WHAT TRANSPIRED ARE SUMMARIZED AS FOLLOWS:

FIRSTLY:  FROM OUR PREVIOUS STATEMENTS, PARTICULARLY STATEMENT NUMBER 17, IT IS CLEAR TO US THAT THIS REGIME HAS DEVIATED FROM ISLAM, AND IT HAS COMMITTED APOSTASY.  THE REGIME HAS DISAPPOINTED US IN ITS BIG CAUSES, ESPECIALLY THE PALESTINIAN CAUSE, WHICH IS THE MOTHER OF ISLAMIC CAUSES.  THESE FACTS ARE SUFFICIENT TO REFUTE ANY LAWSUIT THE REGIME MIGHT RANT ABOUT ON BEHALF OF ITS ASPIRATION TO SERVE AND ACHIEVE VICTORY FOR THE BOSNIA AND HERZEGOVINA CAUSE.  HOW CAN THIS REGIME BRING VICTORY TO ISLAM WHEN IT IS APOSTATE?  HOW CAN VICTORY BE BROUGHT TO THE MUSLIMS BY A REGIME THAT CONSPIRES AGAINST THEIR CAUSES AND SUPPORTS THEIR ENEMIES, MAKING THE COUNTRY OF THE TWO HOLY MOSQUES A THEATER FOR PLUNDERING AND LOOTING?

WE HAVE NOT YET FORGOTTEN THE CONTRIBUTIONS THAT WERE COLLECTED ON BEHALF OF THE PALESTINIAN CAUSE, WHICH AT THE END WERE GIVEN TO THE EXTORTIVE JEWS AS A TOKEN OF FRIENDSHIP AND AS A PRESENT OF CORDIALITY.  IS THE BOSNIAN CAUSE GOING TO BE MORE IMPORTANT TO THIS REGIME THAN THE PALESTINIAN CAUSE?  HOW ARE WE GOING TO BELIEVE THE REGIME WHEN IT SAYS THAT IT WILL SUPPORT ISLAM AND THE MUSLIMS IN BOSNIA, WHEN THE BEST OF THE SCHOLARS, THE PREACHERS OF THE NATION, AND THE CREAM OF ITS YOUTH REMAIN IN THE PRISONS OF THIS REGIME?  (TN:  THE AUTHOR QUOTES FROM THE HADITH, SAYING THAT IF SOMEONE BECAME MY GUARDIAN THEN I HAVE GIVEN HIM PERMISSION TO WAGE WAR).

SECONDLY:  THE SPECIAL OFFICIAL RECORD OF THE BOSNIA CAUSE IS A BLACK RECORD FULL OF DECEIT AND DISAPPOINTMENTS AS SHOWN BY THE FOLLOWING POSITIONS:

1 - THE SAUDI REGIME HOSTED A BROAD ISLAMIC CONFERENCE TO SPECIFICALLY DISCUSS THE BOSNIAN CAUSE THREE YEARS AGO IN JEDDAH.  AFTER EMPTY HEROIC SPEECHES, THE CONFERENCE DELEGATES GAVE THE UNITED NATIONS A LAST CHANCE TO SAVE THE SITUATION IN BOSNIA.

OTHERWISE, THE ISLAMIC WORLD, LED BY THE SAUDI REGIME (THE CONFERENCE ORGANIZER), WOULD INTERFERE. IN SPITE OF THIS, THE UNITED NATIONS PERSISTED ON ITS DEATHLY PLAN FOR THE DESTRUCTION OF BOSNIA AND HERZEGOVINA. THE DECISIONS MADE IN THAT CONFERENCE WERE PLACED ON THE SHELVES OF FORGETFULNESS, BECAUSE IT WAS FOR LOCAL CONSUMPTION ONLY. THIS LEFT THE MUSLIMS OF BOSNIA TO THEIR OWN FRIGHTFUL FATE, AND THEY SURRENDERED TO THE SERBIAN MONSTER TO BE DEVOURED IN FRONT OF THE EYES AND EARS OF THE ENTIRE WORLD, FORBIDDEN FROM THE RIGHT OF LEGALLY DEFENDING THEMSELVES ACCORDING TO THE DECISIONS OF THE UNITED NATIONS!!

2 - WHEN THE CITIZENS OF THE COUNTRY TRIED TO RESPOND TO THE DISASTER OF THEIR BOSNIAN BRETHREN, THE REGIME PROCEEDED TO PUT ROAD BLOCKS IN FRONT OF THEM IN SEVERAL WAYS, SOME OF WHICH ARE:

(A) THE REGIME PROHIBITED THE TRAVEL OF SEVERAL INDEPENDENT LEADERSHIP PERSONALITIES THAT HAD INFLUENCE AND EFFECTIVENESS IN PURCHASING ARMS FOR THE MUJAHIDIN IN BOSNIA. THIS WAS IN RESPONSE TO PRESSURE FROM THE WESTERN NATIONS THAT DID NOT WANT THE ARMS TO REACH THE MUSLIMS IN BOSNIA. HOWEVER, THOSE WHO SLIPPED AWAY FROM THE CLUTCHES OF THE REGIME AND JOINED THEIR BRETHREN IN BOSNIA IN THE DEFENSE OF THEIR RELIGION AND THEMSELVES WERE IMMEDIATELY ARRESTED UPON THEIR RETURN.

(B) THE REGIME DELIVERED SOME OF THE CONTRIBUTIONS THAT WERE COLLECTED FOR THE BOSNIANS TO SOME CRUSADER ORGANIZATIONS FOR DISTRIBUTION UNDER THE BEST OF CONDITIONS. THESE CONTRIBUTIONS WERE TO BE SHARED AMONG THE CROATIANS, THE SERBIANS, AND THE MUSLIMS, THAT IS BETWEEN THE VICTIM AND THE BUTCHER.

SUCH ACTIVITIES BECAME APPARENT TO THOSE WHO HAVE EYES THAT CAN SEE THAT THE REGIME'S PROPAGANDA OF SHOWING SUPPORT TO THE MUSLIMS IN BOSNIA WAS NOTHING MORE THAN CROCODILE TEARS AND DECEIT. THE REGIME WAS USING THIS SHOW OF SUPPORT TO RAISE THE VALUE OF ITS DECLINING POLITICAL STOCK DUE TO ALL THE CRISES SURROUNDING THE REGIME FROM THE INTERIOR AND THE EXTERIOR. HOWEVER, THE CITIZENS ARE NOT FOOLED ANYMORE BY SUCH OBVIOUS PLOYS. HOW CAN THEY ENTRUST THE CONTRIBUTIONS OF THE MUSLIMS FROM THE OUTSIDE TO A REGIME THAT HAS BETRAYED THEIR TRUST WITH THE MONEY OF THE NATION FROM THE INSIDE?

THE PREVIOUS BETRAYALS AND TREACHERY OF THE REGIME HAVE CAUSED IT TO LOSE ALL CREDIBILITY IN THIS MATTER. THIS IS PART OF THE IMMEDIATE PUNISHMENT OF THIS PRACTICE IN THIS WORLD. (TN: THE AUTHOR QUOTES FROM THE HADITH, SAYING THAT EVERY TREACHERY WILL BE PUNISHED AT RESURRECTION DAY).

AS FOR THE BOSNIANS, THEY KNOW WHO THEIR REAL SUPPORTERS ARE IN THE ARABIAN PENINSULA. THEIR REAL SUPPORTERS ARE THE CREAM OF THE CROP YOUTH WHO HAVE SLIPPED AWAY FROM THE GRASP OF THE RULING

ASH010587