# EX. 71

REGIME, AND WHO MIXED THEIR BLOOD WITH THAT OF THE BOSNIANS. THE CHARITABLE BENEFACTORS WHO DELIVERED THE MONEY DIRECTLY TO THEM OR PLACED THE MONEY IN SAFE HANDS THAT DELIVERED IT TO THEM ALSO SUPPORT THE BOSNIANS. ROYAL REGIMES AND COERCIVE GOVERNMENTS HAVE DISAPPOINTED THE BOSNIANS, AND THEIR HOPE REMAINS, AFTER ALLAH, IN THE ISLAMIC PEOPLE.

BEFORE THOSE MEASLY HANDOUTS WHICH THE REGIME MALICIOUSLY STOPPED, BOSNIA WAS IN NEED OF MEN AND ARMS, IN ORDER TO BREAK THE UNJUST SIEGE WHICH THE CRUSADER NATIONS HAD IMPOSED ON HER THROUGH THE UNITED NATIONS. IT WAS LOW AND SHAMEFUL FOR THOSE WHO BRAG ABOUT PROTECTING ISLAM AND DEFENDING ITS PEOPLE, AND THE SAUDI RULING REGIME IS AT THE FOREFRONT OF THIS GROUP. NATIONS FROM FAR AWAY VOLUNTEERED TO UNDERTAKE THAT TASK AT A TIME WHEN THE OTHERS WERE ASCERTAINING THE NECESSITY OF COMPLYING WITH THE INTERNATIONAL LEGAL DECISIONS!! IN ADDITION, CHRISTIAN CROATIA LIFTED THE SIEGE FROM THE MUSLIM JAYB-BIHATCH. THAT SIEGE LASTED FOR THREE YEARS (UNDER THE PROTECTION OF THE UNITED NATIONS!!) THIS REPRESENTS A BLACK SPOT OF SHAME ON THE FOREHEAD OF THE RULERS OF THE ISLAMIC WORLD, ESPECIALLY THE SERVANT OF THE TWO HOLY MOSQUES!! WITHOUT REGARD TO ITS OBJECTIVES, THAT CROATIAN ACTION HAS PRACTICALLY PROVEN THAT ANYONE WHO WANTS TO ACCOMPLISH ANYTHING AND POSSESSES THE POWER CAN DO IT, BUT THERE IS NO TRUE WILL OVER THERE.

THE BOSNIAN CAUSE, WITH ALL ITS BITTERNESS, CONTAINED GREAT LESSONS, AMONGST WHICH ARE THE FOLLOWING:

1 - IT UNCOVERED THE RULING REGIMES OF MUSLIM COUNTRIES AND EXPOSED THEM AS MERE TOOLS IN THE HANDS OF THE GREAT AND POWERFUL CRUSADERS. THOSE REGIMES DO NOT REPRESENT THEIR PEOPLE WHO SUPPORTED THE MUSLIMS OF BOSNIA.

2 - THE HUMAN RIGHTS AND EQUALITY SLOGANS THAT THE WEST RAISES ARE NOTHING BUT DEAD SLOGANS, WHEN IT COMES TO MUSLIM MATTERS.

3 - THE UNITED NATIONS IS NOTHING BUT A TOOL TO IMPLEMENT THE CRUSADERS' PLAN TO KILL THE CAUSES OF THE NATION OF ISLAM AND ITS PEOPLE.

4 - COMPLYING WITH THE ARTICLES OF THE UNITED NATIONS IS A JOINT PRACTICAL OPERATION TO CONSPIRE AGAINST MUSLIM CAUSES.

WE ARE NOT IN NEED OF ANY ADDITIONAL STATEMENTS ON WHAT THE SAUDI REGIME HAS COMMITTED AGAINST THE CAUSES OF ISLAM AND MUSLIMS IN GENERAL, AND THE DISAPPOINTING ROLE THEY PLAYED IN BOSNIA AND HERZEGOVINA IN PARTICULAR. BASED ON WHAT HAS TRANSPIRED, AT THIS TIME WE ARE URGING MUSLIMS TO CONTRIBUTE GENEROUSLY TO SUPPORT THEIR BRETHREN IN PALESTINE, BOSNIA AND HERZEGOVINA, AND ELSEWHERE. WE ARE DRAWING THEIR ATTENTION TO THE RISK OF

ASH010588

FORWARDING THOSE CONTRIBUTIONS THROUGH THE RULING REGIMESÍ AND ITS ORGANIZATIONS. WE ARE ADVISING THEM TO DELIVER THEIR CONTRIBUTIONS DIRECTLY TO THE PEOPLE OR THROUGH SAFE HANDS OF INDIVIDUALS, ORGANIZATIONS, AND SOCIETIES THAT ARE TRUSTED, SUCH AS THE CHARITABLE SOCIETIES IN QATAR, KUWAIT, SUDAN, YEMEN, AND JORDAN. WE ARE ADVISING THEM TO BE CAREFUL THAT THEIR CONTRIBUTIONS STAY FAR FROM THE PURSUIT OF THE SERVANT OF THE TWO HOLY MOSQUES AND HIS AGENTS, AND TO MAKE SURE THAT THE MONEY WILL REACH THE PEOPLE IT IS INTENDED FOR. THEY MUST BE SURE THAT THE MONEY DOES NOT FALL INTO THE HANDS OF THE SHAMELESS MEMBERS OF THE SAUDI FAMILY. ALLAH PROHIBITED THEM FROM BEING IN CONTROL OF THEIR PRIVATE WEALTH AND THE WEALTH OF THE MUSLIMS. (TN: THE AUTHOR QUOTES THE QURAN TO PROVE HIS POINT, SAYING THAT ONE SHOULD NOT GIVE MONEY TO THE SHAMELESS). CONTRIBUTIONS ARE A FORM OF TRUST, AND ALLAH ORDERS EVERYONE TO ENSURE THAT THESE CONTRIBUTIONS GO TO THEIR LAWFUL OWNERS. THE SAUDI REGIME IS MOST DEFINITELY NOT THE RIGHTFUL OWNER OF THIS MONEY. IF IT WAS, THE REGIME'S ACCOUNTS IN THE WEST WOULD NOT HAVE SWELLED WITH THE STOLEN MONEY OF THE NATION. THE AMOUNT IN POSSESSION OF THE KINGS IS ESTIMATED AT FORTY BILLION (40,000,000,000) DOLLARS. IF THIS AMOUNT WERE TO BE RETURNED TO THE NATION, IT WOULD BE ENOUGH TO SATISFY THE NEEDS OF THE POOR IN THE ARABIAN PENINSULA, IN BOSNIA, AND ALL THE OTHER ISLAMIC CAUSES.

WE WOULD LIKE TO REMIND OUR BRETHREN, THE MOSQUE PREACHERS, NOT TO BE DANGEROUSLY SWEPT AWAY BEHIND THE PREVIOUS PLANS OF THE REGIME. WE REMIND THEM NOT TO BE DECEIVED BY THE REGIME, AND NOT TO HELP IT TO SUCK MORE WEALTH OUT OF MUSLIMS, SINCE THIS MONEY IS BEING SPENT ILLEGALLY. WE URGE THEM NOT TO BE HELD CAPTIVE BY THE INFORMATION DIRECTIVES OF THE REGIME, WHICH MAKE THE COUNTRY LOSE BALANCE IN DEALING WITH ITS DIFFERENT CAUSES BOTH INTERNALLY AND EXTERNALLY. (TN: THE AUTHOR QUOTES FROM THE HADITH, SAYING THAT ANYONE WHO WISHES A TYRANT TO STAY IN POWER IS DISOBEYING ALLAH ON THIS EARTH).

FINALLY, WE BESEECH ALLAH TO DRIVE AWAY THE SUFFERING OF THIS NATION AND REMOVE ITS WORRIES AND SADNESS. WE BESEECH ALLAH TO LET THE CREAM OF THE CROP TAKE CARE OF IT, AND TO DO AWAY WITH ITS EVIL ONES, SUCH AS KING FAHD AND THE OPPRESSORS FROM HIS FAMILY. FOR YOU ARE THE PROTECTOR AND YOU ARE MOST CAPABLE. THE LAST OF OUR SUPPLICATION IS THAT WE THANK ALLAH, LORD OF THE TWO WORLDS.

DATED: 15/3/1416 AH
CORRESPONDING TO 11 AUGUST 1995 AD

ON THEIR BEHALF:

USAMAH BIN MUHAMMAD BIN LADIN

ASH010589

PAGE 93 - 94 (DUPLICATE COPY OF STATEMENT 18 ABOVE)

PAGE 95 - 96 (STATEMENT NO. 19)

THE SAUDI REGIME AND THE REPEATED TRAGEDIES OF THE PILGRIMS

THANKS TO ALLAH, LORD OF THE TWO WORLDS.  PRAYERS AND PEACE UPON THE MOST NOBLE OF PROPHETS AND MESSENGERS, OUR PROPHET MUHAMMAD, AND UPON HIS DISCIPLES AND ALL HIS FOLLOWERS:

IT HAS BECOME FAMILIAR, WELL KNOWN, AND CUSTOMARY THAT EVERY YEAR THE PILGRIMS TO THE SACRED HOUSE OF ALLAH ARE FACED WITH CATASTROPHES AND TRAGEDIES THAT CLAIM THOUSANDS.  HUNDREDS OF THOSE PILGRIMS ARE HURT OR KILLED, AND THERE IS NO MIGHT OR POWER EXCEPT WITH ALLAH.

IN ACCORDANCE WITH THIS TREND, A HUGE FIRE ERUPTED ON TUESDAY THE EIGHTH DAY OF PILGRIMAGE OF THIS YEAR, IN THE CAMPS OF THE PILGRIMS.  THE FIRE ENGULFED SEVENTY THOUSAND TENTS, LEAVING TWO THOUSAND DEAD AND WOUNDED, ACCORDING TO THE SAUDI REGIME.  THE FINAL COUNT COULD BE A LOT HIGHER.

WITH THAT, A RENEWED PICTURE OF THE SEASONAL TRAGEDY OF EACH PILGRIMAGE YEAR COMES TO MIND.  IT CARRIES WITH IT IMAGES OF TERROR THAT ARE REPRESENTED BY THE SCATTERED BODIES OF THE DEAD AND THE WOUNDED AT MUNA CAMPS ONCE, AT JAMARAT ANOTHER TIME, AND AT AL-MU'ISAM TUNNEL OR OTHER LOCATIONS IN THE HOLY CITY.

IF WE LOOK INTO THE DIRECT CAUSES OF THESE ACCIDENTS, WE WILL FIND SEVERAL REASONS.  ONE REASON IS THE LIMITED SPACE IN PUBLIC ACCOMMODATIONS FOR THE PILGRIMS, WHICH LEADS TO OVER CROWDEDNESS.  THIS HUSTLE AND BUSTLE IS WHAT OCCURRED AT JAMARAT SEVERAL TIMES.  THE OTHER REASON IS THE LACK OF SECURITY PROCEDURES OR THE BAD HANDLING OF EVENTS, AS WAS THE CASE IN THE PILGRIMAGE YEAR 1407H AND AT AL-MU'ISAM TUNNEL FOLLOWING THAT.  ANOTHER REASON FOR THESE ACCIDENTS IS OVERALL NEGLIGENCE OF THE SAFETY OF THE PILGRIMS AND FAILURE TO TAKE THE NECESSARY PRECAUTIONS FOR THEIR SAFETY.  THIS NEGLIGENCE IS THE CAUSE OF MOST OF THE REPETITIVE FIRES IN THE TENTS OF THE PILGRIMS.

ANOTHER CAUSE IS THE INCREASING NUMBER OF PILGRIMS.  HOWEVER, ACCIDENTS COULD BE AVOIDED BY TAKING THE NECESSARY PRECAUTIONS AND ELIMINATING THE OTHER CAUSES.  LARGE GATHERINGS TAKE PLACE IN THE ENTIRE WORLD.  SOME ARE OFFICIALLY SPONSORED BY THE GOVERNMENT, SUCH AS SPORTING EVENTS.  OTHERS ARE SPONSORED BY UNOFFICIAL GROUPS THAT DO NOT HAVE ONE TENTH OF ONE TENTH OF THE CAPABILITIES OF THE SAUDI GOVERNMENT, AND YET WE NEVER SEE OR HEAR ABOUT ACCIDENTS SIMILAR TO THE CATASTROPHES AND TRAGEDIES THAT TAKE PLACE ALMOST EVERY PILGRIMAGE YEAR.

WE HAVE LISTED THE MOST IMPORTANT DIRECT CAUSES FOR THE INCIDENTS AND THE TRAGEDIES THAT OCCUR EVERY PILGRIMAGE YEAR. ALL OF THESE REASONS POINT TO ONE BASIC PRINCIPAL CAUSE WHICH THE NATION OF ISLAM HAS GENERALLY BEEN PLAGUED WITH, ESPECIALLY THE LAND OF THE TWO MOSQUES. THIS REASON IS THE DOMINANCE OF THE RULERS AND PRINCES OF THE SAUDI FAMILY ON THIS HOLY LAND. WE ARE REFERRING TO THEIR DESPOTISM IN ALL MATTERS AND THEIR INSENSITIVITY TO THE FEELINGS OF ONE BILLION MUSLIMS IN THE FIVE CONTINENTS WHO FACE THE HOLY HOUSE OF ALLAH AND HIS PEACEFUL CITY WITH THEIR HEARTS AND THEIR FACES FIVE TIMES A DAY.

IF WE LOOK AT ALL THE PREVIOUSLY MENTIONED CAUSES, WE WILL FIND THAT GETTING RID OF THEM IS AN ASSUMED RESPONSIBILITY OF THIS REGIME THAT RULES THE LAND. ITS PRINCES MONOPOLIZE FOR THEMSELVES THE RESPONSIBILITY FOR ALL ITS AFFAIRS, WHETHER SMALL OR LARGE, AND THEY MONOPOLIZE THE PILGRIMAGE AFFAIRS IN PARTICULAR.

SUFFICIENTLY EQUIPPING THE FACILITIES, MAINTAINING THEM IN AN APPROPRIATE MANNER, AND GETTING THEM READY FOR THE NEEDS OF THE PILGRIMS IS AN ASSUMED RESPONSIBILITY OF THE RULERS OF THE LAND. THEY HAVE ENORMOUS RESOURCES AND HUGE BUDGETS THROUGH THE VIRTUE OF ALLAH.

THERE IS NO INTERCESSION FOR THOSE WHO BUILT THE FACILITIES AND OFFERED THE VARIOUS SERVICES THAT ARE ACCOMPANIED BY HARM, HYPOCRISY AND REPUTATION. THESE FACILITIES AND THE SERVICES, THROUGH TESTS AND INCIDENTS, HAVE PROVEN THAT THEY DO NOT MEET THE REQUIRED SUFFICIENT STANDARDS. THE AMOUNT OF MONEY SPENT ON THEM DOES NOT COMPARE TO WHAT THE PRINCES AND THE RULERS OF THE SAUDI FAMILY SPEND ON THEIR PALACES, THEIR PLEASURES, AND THEIR APPETITES ON THE INSIDE AND THE OUTSIDE. IN ADDITION, AMERICA AND ITS ALLIES STEAL AND LOOT FROM THE WEALTH AND RICHES OF THIS COUNTRY, EVEN THOUGH THEIR WEEKLY INCOME EXCEEDS WHAT THE PILGRIMAGE FACILITIES COLLECTIVELY NEED FOR THE ENTIRE YEAR.

TAKING THE REQUIRED SECURITY PRECAUTIONS AND DEALING APPROPRIATELY WITH THESE INCIDENTS IS PART OF THE ASSUMED RESPONSIBILITY OF THOSE WHO ARE STILL FILLING THE WORLD WITH THEIR BOASTING ABOUT THEIR ACCOMPLISHMENTS AND THEIR SECURITY CAPABILITIES.

GETTING RID OF THE NEGLIGENCE WHICH WAS THE CAUSE OF SEVERAL OF THE FIRES IN THE PILGRIMS' CAMPS IS ALSO PART OF THAT RESPONSIBILITY. THE FIRES COULD HAVE BEEN AVOIDED AND THEIR EFFECTS MINIMIZED IN ANY NUMBER OF WAYS. PEOPLE OFFERED THEIR OPINIONS AND ADVICE AS POTENTIAL SOLUTIONS, BUT THE RULERS THREW THEM (TN: THE SOLUTIONS) ACROSS THE WALL.

THE PROBLEM IS NOT IN THE ABILITY TO FIND SOLUTIONS THAT WILL

SPARE THE GUESTS OF THE MOST MERCIFUL AND THE PILGRIMS TO HIS ANCIENT HOUSE THESE TRAGEDIES AND CATASTROPHES THAT THEY ARE EXPOSED TO EVERY YEAR. NOR IS THE PROBLEM THE APPLICATION OF THOSE EASY SOLUTIONS WHICH WERE PRESENTED TO THE RULING REGIME A LONG TIME AGO. THE AMOUNT OF MONEY THAT IS NEEDED TO IMPLEMENT THE SOLUTIONS IS NOTHING WORTH MENTIONING COMPARED TO THE MONEY THEY SPEND ON INTELLIGENCE AND SPYING ON THE PILGRIMS. THIS SURVEILLANCE ANNOYS THE PILGRIMS AND TRIES TO EMPTY THE PILGRIMAGE OF ITS CONTEXT AND MEANING. CAN ANYONE BELIEVE THAT THIS REGIME WITH ALL ITS PALACES AND HOUSES IS COMPETING WITH THE PILGRIMS FOR HOLY SITES? CAN ANYONE BELIEVE THAT THIS REGIME THAT SPENDS BILLIONS IS UNABLE TO PROVIDE APPROPRIATE LODGING FOR THE PILGRIMS, SPARING THEM THE DANGER OF THE REPETITIVE FIRES? CAN ANYONE BELIEVE THAT THIS REGIME CANNOT PROVIDE THE PILGRIMS WITH SAFETY SO THAT THEY CAN PERFORM THEIR PILGRIMAGE?

THE TRUTH IS THAT PROVIDING COMFORTABLE FACILITIES FOR THE PILGRIMS AND GIVING THEM PEACE OF MIND DOES NOT PRESENT A PROBLEM. THE PROBLEM IS IN THE SAUDI REGIME THAT WANTS TO MONOPOLIZE EACH OF THESE MATTERS FOR ITS PRINCES, WITHOUT TASKING ITSELF TO COMPLY WITH THE SIMPLEST BASICS OF THIS RESPONSIBILITY. CAN ANYONE IMAGINE OR FATHOM IN ANY RELIGION, SECT, OR SYSTEM OF LAW, THAT THESE TRAGEDIES ARE REPEATED EVERY YEAR WITHOUT ANYONE BEING ASKED OR TRIED OR FIRED, AND WITHOUT DETERMINING WHOSE SHORTCOMING WAS THE CAUSE?

THESE TRAGEDIES CONTINUE, PLAYING WITH THE MINDS OF THE MUSLIMS AMD NUMBING THEIR FEELINGS. PEOPLE IN POSITIONS OF RESPONSIBILITY CONTINUE WITHOUT ANY QUESTIONS BEING ASKED, AND THEY DO NOT TAKE SUFFICIENT ACTIONS TO STOP THE REPETITION OF SUCH TRAGEDIES. THEY ARE STUPIDLY SATISFIED IN OFFERING COLD CONDOLENCES TO THE FAMILIES AND GOVERNMENTS OF THE VICTIMS FROM THE GUESTS OF THE MOST MERCIFUL. THIS IS NEGLIGENCE, WITHOUT CARING ABOUT THE LIVES OF THOUSANDS OF GUESTS OF THE MOST MERCIFUL AND THE PILGRIMS OF HIS HOUSE. ALL OF THIS IS DONE AT A TIME WHEN THE SAUDI REGIME IS PAYING UNUSUAL ATTENTION TO THE LIVES OF THE ENEMIES OF THE NATION, BOTH JEWS AND CHRISTIANS. AFTER THE DEATH OF SIXTY OCCUPYING JEWS IN PALESTINE, THE REGIME HASTENED TO GO TO THE SHARM AL-SHAYKH CONFERENCE TO OFFER ITS CONDOLENCES TO A BAND OF OCCUPYING ZIONISTS IN PALESTINE. THE REGIME HAS SHOWN FRIENDSHIP TOWARDS THEM, AND IT HAS ENDORSED THE DECISIONS OF THE CONFERENCE TO CONDEMN JIHAD AND THE MUJAHIDIN. THE REGIME IS MAKING A BIG DEAL ABOUT THE KILLING OF A HANDFUL OF AMERICAN MILITARY PERSONNEL. TO SATISFY THE AMERICANS, THE REGIME OFFERED THE HEADS OF A GROUP OF PURE YOUTH WHO ARE ZEALOUS ABOUT THEIR BELIEF, THEIR COUNTRY, AND THEIR NATION. THE REGIME ALSO PUT THOUSANDS IN PRISON AND REMOVED HIGH RANKING MILITARY LEADERS WHO WERE ACCUSED OF NOT DOING ENOUGH TO PROTECT THE OCCUPYING AMERICANS. EIGHTY-ONE PRECAUTIONARY STEPS WERE TAKEN TO PREVENT THE REPETITION OF THOSE INCIDENTS. THE AMERICAN

ASH010592

GOVERNMENT ACKNOWLEDGED THAT IN COOPERATION WITH THE SAUDI REGIME, SEVENTY-NINE OF THOSE STEPS WERE IMPLEMENTED.

SINCE WHEN ARE A HANDFUL OF DEFILED JEWISH SOULS AND THE CONQUERING AMERICANS MORE PRECIOUS THAN THOUSANDS OF GUESTS OF THE MOST MERCIFUL AND THE PILGRIMS OF HIS ANCIENT HOUSE? THOSE PILGRIMS CAME FROM EVERYWHERE AND EVERY DIRECTION, BEARING THE PAINS OF TRAVEL AND BURDEN THEMSELVES. THOSE PILGRIMS HAVE PAID THE HIGH COSTS, AND THEY HAVE ENDURED ALL KINDS OF INSULTS FROM DEGRADATION, DISCRIMINATION, BIAS, AND ANNOYANCE THAT THE SAUDI REGIME IMPOSES ON THEM. THEY BEAR ALL OF THIS FOR THE SAKE OF PERFORMING THIS DUTY, THIS GREAT PILLAR FROM THE PILLARS OF ISLAM. AFTER ALL OF THIS, THEY FIND THEMSELVES AS FUEL FOR A FIRE THAT WAS CAUSED BY THE NEGLIGENCE AND LACK OF CARING OF THIS REGIME FOR THE LIVES OF THOUSANDS OF VICTIMS, AND THE REGIME'S INDIFFERENCE TO THE FEELINGS OF DOUBLE THAT NUMBER OF WIDOWS, ORPHANS, AND CHILDREN. FAMILIES JOYFULLY AWAITED THE RETURN OF THEIR FAMILY MEMBERS FROM THE TRIP OF A LIFETIME, AND INSTEAD, THEY RECEIVED MOTIONLESS BODIES IN A BIG INTERNATIONAL FUNERAL. AND THAT WAS ONLY IF THEY WERE LUCKY ENOUGH TO RECEIVE THE BODY AT ALL. IN SEVERAL INSTANCES, THE SAUDI REGIME HAS KEPT THE BODIES AS AUTOPSY MATERIALS. THE REGIME OFTEN KEEPS THE BODIES OF THE PILGRIMS THAT DIE IN PILGRIMAGE INCIDENTS WHEN IT DOES NOT FIND ANYONE CLAIMING THEIR BODIES. THESE BODIES BECOME MATERIAL FOR EXPERIMENTATION BY PROFESSORS AND STUDENTS OF MEDICAL UNIVERSITIES (AND THERE IS NO POWER OR FORCE EXCEPT WITH ALLAH).

AT THIS TIME, WE OFFER OUR DEEP CONDOLENCES TO THE NATION OF ISLAM IN GENERAL, AND TO THE FAMILIES OF THE VICTIMS IN PARTICULAR. WE CONFIRM THE RIGHT OF THOSE PEOPLE TO ASK FOR JUST COMPENSATION THAT IS PROPORTIONATE TO THE ENORMITY OF THE CRIME AND THE HORRIBLENESS OF THE HARMS TO WHICH THEY WERE EXPOSED.

WE CONFIRM THE INNOCENCE OF THE COUNTRYMEN OF THE BEHAVIOR OF THE REGIME. THIS REGIME IS A STRANGER TO OUR RELIGION, OUR CUSTOMS, AND OUR GOOD CHARACTER. AS THE MEN OF THE RELIGION HAVE POINTED OUT, THIS REGIME HAS LOST ITS LEGITIMACY. WE CHARGE THE REGIME WITH THE RESPONSIBILITY FOR THESE REPETITIVE AND RENEWED TRAGEDIES DURING ALMOST EVERY PILGRIMAGE SEASON. THE EXPENSES FOR PROVIDING SAFETY TO THE GUESTS OF THE MOST MERCIFUL AND WHAT IS NEEDED FOR THEIR COMFORT AND SAFETY IS THE ASSUMED RESPONSIBILITY OF THIS REGIME. THE REGIME HAS FULL RESPONSIBILITY FOR FINANCES AND SECURITY. HOWEVER, MAYBE ITS EXCUSE FOR NEGLECTING ITS SECURITY RESPONSIBILITY WAS THAT IT WAS BUSY CHASING THE PREACHERS, THE RELIGIOUS SCHOLARS, AND THOSE WHO ARE WORKING FOR ISLAM AND FIGHTING THEM AND LOCKING THEM UP BY THE THOUSANDS IN THEIR PRISONS. OR MAYBE THE REGIME WAS BUSY PROTECTING THE OCCUPYING AMERICAN FORCES AND THEIR BASES THAT HAVE BECOME EXPOSED TO THE RESENTMENT OF THE MUSLIMS. THE MUSLIMS BECAME RESENTFUL AFTER THEIR HOLY PLACES WERE OCCUPIED,

ASH010593

THE WEALTH OF THEIR COUNTRY WAS STOLEN, AND THEIR RICHES WERE PILLAGED. PERHAPS THE REGIME'S EXCUSE FOR NEGLECTING ITS FISCAL RESPONSIBILITY IS THAT IT EXHAUSTED ITS BUDGET BY SPENDING ON THE COMMUNISTS IN YEMEN, THE CHRISTIANS IN THE SOUTH OF SUDAN, AND THE TYRANTS IN EGYPT, ALGERIA, ELSEWHERE.

(TN: THE AUTHOR QUOTES FROM THE HADITH, AND THE GIST IS THAT WHAT PEOPLE PERCEIVED FROM THE WORDS OF THE FIRST PROPHESY IS THAT IF YOU ARE NOT ASHAMED, THEN DO WHAT YOU WANT).

DATED: 8/12/1417 AH
CORRESPONDING TO 16 APRIL 1997 AD

(TN: THIS STATEMENT IS NOT SIGNED).

**PAGE 97 - 98 (DUPLICATE COPY OF STATEMENT 19 ABOVE)**

**PAGE 99 - 100 (STATEMENT NO. 20)**

THANKS TO ALLAH, AND PEACE AND PRAYERS BE UPON THE MESSENGER OF ALLAH AND UPON HIS DISCIPLES AND THOSE ENLIGHTENED BY HIS GUIDANCE.

THE SAUDI REGIME DEVOTED ITSELF TO GOING TO EXTREMES IN FIGHTING ISLAM AND ITS PEOPLE, AND IT PROCEEDED TO DISTORT AND CHASE THE TRUTHFUL RELIGIOUS SCHOLARS AND THE FAITHFUL PREACHERS. THE REGIME WAS BRILLIANT IN DOING THAT BECAUSE OF ITS DEEP-ROOTED HATE AND ANIMOSITY TOWARDS ISLAM. BY VIRTUE OF ITS IMPORTED FOREIGN EXPERIENCE IN THIS FIELD, IT WAS ABLE TO BENEFIT FROM THE EXPERIENCES OF THE ALLIED TYRANNICAL REGIMES.

THE LATEST THING THAT THIS REGIME ACCOMPLISHED IN THIS RESPECT WAS THAT IT DEFILED THE SANCTITY AND THE DIGNITY OF A GROUP OF ISLAMIC RELIGIOUS SCHOLARS AND GUESTS OF THE MOST MERCIFUL FROM THE MUSLIM NATION OF PAKISTAN. THESE SCHOLARS WERE ARRESTED DURING THEIR STAY IN THE COUNTRY TO PERFORM THE RITUALS OF PILGRIMAGE AND MINI PILGRIMAGE. THEY WERE EXPOSED TO HARASSMENT, AND PURSUIT AND ARREST BY THE SAUDI INTELLIGENCE FOR THE FOLLOWING CHARGE: THAT SOME OF THEM GAVE A FATWA, LIKE OTHER ORGANIZATIONS AND GROUPS OF RELIGIOUS SCHOLARS IN PAKISTAN DID, IN WHICH THEY SAID THAT THE AMERICANS MUST BE FORCED OUT OF THE LAND OF THE TWO HOLY MOSQUES. THESE SCHOLARS MADE THESE STATEMENTS IN ORDER TO BE FAITHFUL TO THE COVENANT THAT ALLAH ACCEPTED FROM THE RELIGIOUS SCHOLARS, PLEDGING THAT THEY WOULD SHOW THE TRUTH TO THE PEOPLE AND NOT KEEP IT A SECRET FROM THEM. THIS IS THE TRUTH OF THIS CAUSE. THE PROPHET, MAY ALLAH'S PEACE AND PRAYERS BE UPON HIM, POINTED THIS OUT BY SAYING, "FORCE OUT THE INFIDELS FROM THE ARABIAN PENINSULA."

THESE FATWAS, SIGNED BY SOME OF THE RELIGIOUS SCHOLARS, DID NOT