# EX. 7m

MENTION ANYTHING NEGATIVE ABOUT THE SAUDI REGIME, NOR DID THEY INTERCEDE FOR THE REGIME. THIS IS DESPITE THE FACT THAT THIS REGIME IS THE FIRST ONE RESPONSIBLE FOR THE OCCUPATION OF THE CRUSADERS IN THE LAND OF THE TWO HOLY MOSQUES. THE REGION HAD NOT WITNESSED ANYTHING SIMILAR TO THIS OCCUPATION EITHER BEFORE OR AFTER ISLAM.

THE ARREST OF THOSE SCHOLARS, WHO CAME TO PERFORM THE RITUALS OF THE PILGRIMAGE AND THE MINI PILGRIMAGE IN THE HOLY LAND OF ALLAH DURING HIS HOLY MONTH, CONFIRMS THAT THIS REGIME IS FIGHTING THE WORD OF TRUTH AND THOSE THAT DECLARE IT. THIS INCLUDED THE PREACHERS OF ALLAH AND THOSE WHO WORK FOR ISLAM. THIS REGIME DOES NOT SEEM TO BE SATISFIED WITH WHAT IT IS DOING AGAINST THE CITIZENS OF THE NATION THAT IS UNDER ITS RULES OF REPRESSION AND COERCIVENESS. THE REGIME IS SEEKING TO GENERALIZE THESE RULES ON ALL THAT DECLARE THE TRUTH, THE RELIGIOUS SCHOLARS OF ISLAM AND ITS PREACHERS WHEREVER THEY ARE.

FOR THE SAKE OF THIS MORE UNIVERSAL GOAL, THE REGIME DOES NOT REFRAIN FROM USING THE MEANEST METHODS AND MOST VILE WAYS, WAYS THAT NO RELIGION CAN DETER AND NO CREATURE CAN STOP. PREVIOUSLY, THE REGIME TERMINATED THE CONTRACTS OF SEVERAL SELECT GROUPS OF PROFESSORS AND DOCTORS FROM THE UNIVERSITIES OF THE NATION, IN A LOWLY AND MEAN WAY. THE REGIME ORDERED THEIR IMMEDIATE TRANSFER, AFTER IT FAILED TO BUY THEIR CONSCIOUSNESS AND THEIR LOYALTY. THERE WAS NO INTERCESSION FOR THEM AFTER SPENDING THE BLOSSOM OF THEIR LIVES SPREADING KNOWLEDGE IN THE SERVICE OF THE NATION.

TODAY, THE REGIME CONTINUES TO TAKE ADVANTAGE OF ITS DOMINANCE OVER THE LAND OF THE HOLY TWO MOSQUES, MAKING IT A POLICE TRAP FOR ANYONE WHO ISSUES A SHARI'A FATWA, OR ANYONE WHO MAKES A STATEMENT THAT DOES NOT SUIT THE REGIME'S TASTE OR ITS MOOD, OR ANYONE WHO ANNOYS THE AMERICAN MASTERS, THE OCCUPIERS OF THE LAND OF THE TWO HOLY MOSQUES.

WITH THE REGIME'S LOWLY EXPLOITATION, ITS DOMINANCE OVER THE LAND OF THE TWO HOLY MOSQUES, AND ALL OF THE HARM THAT IT HAS INFLICTED ON THE MUSLIMS, THIS REGIME EMPHASIZES AN IMPORTANT TRUTH. THAT TRUTH IS THAT THIS STRUGGLE BETWEEN THE REGIME AND ISLAM AND THE MUSLIMS EXCEEDS THE NARROW BORDERS FOR THE LAND OF THE TWO HOLY MOSQUES, TO INCLUDE THE ENTIRE NATION OF ISLAM. EACH MUSLIM ON THE FACE OF THE EARTH MUST FACE IT (TN: THE LAND OF THE TWO HOLY MOSQUES) WITH HIS HEART AND HIS MIND FIVE TIMES IN HIS PRAYERS. ALSO, EVERY MUSLIM BY SHARI'A MUST PERSONALLY GO TO IT HIMSELF TO PERFORM THE PILGRIMAGE OBLIGATION WHICH IS THE FIFTH PILLAR OF ISLAM.

THIS COUNTRY HAS TWO PILLARS OF THIS RELIGION. THERE IS NO WAY THAT A NATION THAT HAS IN EXCESS OF ONE AND ONE QUARTER BILLION PEOPLE CAN REMAIN SILENT ABOUT THE OCCUPATION AND OPPRESSION AND

WHAT THE GUESTS OF THE MOST MERCIFUL SUFFER FROM IN TERMS OF INSULTS, HUMILIATION, LACK OF ATTENTION, AND NEGLIGENCE. THE GUESTS OF THE MOST MERCIFUL ARE OFFERED BY THIS REGIME AS FUEL TO THE FIRES THAT TAKE PLACE DURING THE PILGRIMAGE ALMOST EVERY YEAR. THIS REGIME LEADS THE CREAM OF WHAT IS LEFT TO PRISONS AND DUNGEONS, ONLY BECAUSE THEY ISSUED A FATWA SHOWING THE TRUTH, WHICH ALLAH HAS ORDERED THEM TO DO. THE UMMAH HAS NOT MOVED AGAINST THIS SITUATION AND THESE ACTIONS. SO WHEN IS THE UMMAH GOING TO ACT?

THE SAUDI REGIME, BY MOVING TO ARREST THOSE RELIGIOUS SCHOLARS, REMINDS THE UMMAH OF WHAT THE REGIME HAD DONE IN PREVIOUS DAYS, WHEN THEY ARRESTED THE CREAM OF THE NATION, ITS RELIGIOUS SCHOLARS, AND ITS SONS LIKE SHAYKH SAFR AL-((HAWALY)) AND SHAYKH SALMAN AL-(('AWDAH)), AND THEIR BRETHREN, WHO ARE STATIONED AT THE MOUTHS OF THE TRUTH, AND WHO ARE STEADFAST IN THE TYRANTS' PRISONS. THESE SCHOLARS ARE LOFTY MOUNTAINS THAT SHATTERED IN THEIR HARDNESS ON THE TRUTH. THEY HAVE STOOD AGAINST ALL MANNERS OF SEDUCTION, ALLUREMENT, AWAKENING OF DESIRE, AND TERROR. THOSE HEROES REVIVED THE NATION'S FAITH FROM DEATH, STIRRED THE SENSE OF HONOR, AND EXPEDITED THE SPIRIT OF REFUSAL AND RESISTANCE TO FALSEHOOD. WE BESEECH ALLAH TO CONFIRM THEM AND US IN THE TRUTH AND TO BRING RELIEF TO ALL.

IF THE SAUDI REGIME THINKS THAT THESE ACTIONS CAN HIDE THE TRUTH FROM THE NATION, OR THAT THESE ACTIONS WILL ACQUIRE PRESTIGE FOR THE REGIME, IT IS FANTASIZING… WORDS AND SUPPLICATIONS DO NOT WIN FRIENDS WHEN THAT FRIENDSHIP CAUSES HURT AND WHEN THEY WATER ITS TREE WITH THEIR SWEAT AND BLOOD.

NOTHING SETS THE LEADERS OF THE NATION APART AS MUCH AS THE TRIALS AND TRIBULATIONS, THE ORDEALS, AND THE PRISONS AND DETENTION CAMPS. THE REGIME, WITH ITS SINFUL ACTIONS AGAINST THE RELIGIOUS SCHOLARS, IS WORKING TO SPREAD AND DEEPEN THE ISLAMIC VIEW THAT THEY ARE PROCLAIMING. IT IS WORKING ON PRESENTING MATURE LEADERS FOR THE NATION, GRADUATES FROM THE SCHOOL OF YUSIF, PEACE BE UPON HIM.

EVEN IF THE SAUDI REGIME ACCEPTS RESPONSIBILITY FOR THE CRIMES THAT THEY HAVE COMMITTED AGAINST ISLAM AND ITS SCHOLARS, WE STILL CANNOT EXCUSE SOME OF THE GROUPS FROM RESPONSIBILITY. WE CANNOT EXCUSE THE SCHOLARS AND OTHER INFLUENTIAL PEOPLE OF HIGH STANDING WHO COULD HAVE ASSISTED AND DEFENDED THE VICTIMS OF INJUSTICE WITH A STATEMENT OF TRUTH ABOUT THEM. HELPING A BROTHER MUSLIM IS AN OBLIGATION. (TN: THE AUTHOR QUOTES SEVERAL OF THE SAYINGS OF THE PROPHET TO PROVE HIS POINT, SAYING THAT A MUSLIM IS THE BROTHER OF A MUSLIM. HE DOES NOT DO HIS BROTHER INJUSTICE, AND HE DOES NOT DELIVER HIS BROTHER TO THE ENEMY. HE DOES NOT BETRAY HIS BROTHER, HE DOES NOT LIE TO HIS BROTHER, AND HE DOES NOT LET HIS BROTHER DOWN).

THE POLICE FORCE CAN DO A LOT TO HELP THEIR SCHOLARS AND SHAYKHS AND LIFT THE OPPRESSION FROM THEM. IF THEY CANNOT ACCOMPLISH THIS ENTIRE DUTY, THEY SHOULD AT LEAST STOP THEMSELVES FROM BEING THE HAND OF VIOLENCE THAT THE SAUDI REGIME USES TO FIGHT THE CHOSEN PEOPLE OF ALLAH AND BECOME THEIR ENEMY. (TN: THE AUTHOR QUOTES FROM THE SAYINGS OF THE PROPHET, SAYING THAT HE WHO MAKES ENEMIES WITH THE CHOSEN PEOPLE OF ALLAH, THEN I ALLOW HIM TO GO TO WAR). WE REMIND THEM OF THE STRONG THREAT TO THOSE WHO DO HARM TO THE BELIEVERS, MEN AND WOMEN. (TN: THE AUTHOR QUOTES FROM THE SAYINGS OF THE PROPHET, SAYING THAT THOSE WHO HURT THE BELIEVERS HAVE COMMITTED A GRAVE SIN).

WE CAN MANAGE HERE WITHOUT THE PROTEST AGAINST OBEYING THE RULER, BECAUSE THE SAUDI REGIME IS NOT A LEGITIMATE RULER. IT IS ILLEGITIMATE DUE TO ITS SINS AGAINST ISLAM, SUCH AS RULING CONTRARY TO WHAT ALLAH HAS REVEALED, FIGHTING ISLAM AND THE MUSLIMS, AND ALLEGIANCE TO THE INFIDELS AND THEIR COUNTRIES. WE HAVE DETAILED ALL OF THESE SINS AND MENTIONED ALL THE PROOFS FROM THE HOLY BOOK AND SUNNA AND THE SAYINGS OF THE RELIGIOUS SCHOLARS OF THE NATION IN OUR PREVIOUS STATEMENTS, SPECIFICALLY STATEMENT NUMBER SEVENTEEN.

EVEN IF WE ACT ON THE SUPPOSITION OF THE LEGITIMACY OF THIS REGIME, THERE IS STILL NO OBEDIENCE TO A CREATURE THAT IS IN DISOBEDIENCE OF THE CREATOR. (TN: THE AUTHOR QUOTES FROM THE PROPHET'S SAYINGS, NARRATED BY AHMED, SAYING THAT THE RULER IS WITH THE COMPREHENSIVE TRUTH).

THE MUSLIMS IN PAKISTAN, AND THOSE WHO ARE RELIGIOUS SCHOLARS AMONGST THEM, MUST UNDERTAKE THEIR SHARI'A DUTY CONCERNING THIS CAUSE, BY PROVIDING ASSISTANCE TO THE OPPRESSED AND ARMOR AGAINST THE OPPRESSORS. THESE CRIMES AGAINST THE RELIGIOUS SCHOLARS WHO ARE THE INHERITORS OF THE PROPHETS, PEACE BE UPON THEM, SHALL NOT BE REPEATED.

THIS IS WHAT WE WANTED TO STATE ON THIS OCCASION, AND ALLAH SAYS THAT TRUTH IS WHAT LEADS THE WAY.

(TN: THIS STATEMENT IS NOT SIGNED OR DATED).

**PAGE 101 - 102 (DUPLICATE COPY OF STATEMENT 20 ABOVE)**

**PAGE 103 (STATEMENT NO. 21)**

SUPPORTING THE FATWA BY THE AFGHANI RELIGIOUS SCHOLARS OF EJECTING THE AMERICAN FORCES FROM THE LAND OF THE TWO HOLY MOSQUES

THANKS BE TO ALLAH WHO MADE IN THE TRUTH AND ITS DISCLOSURE THE

DESTRUCTION OF FALSEHOOD AND ITS FOLLOWERS. PRAYERS AND PEACE BE UPON OUR PROPHET MUHAMMAD WHO SAID THAT WE SHOULD EJECT THE INFIDELS FROM THE ARAB PENINSULA, AS NARRATED BY BUKHARI.

THE NATION OF ISLAM IS STILL FACED WITH THE CASE OF THE INVASION OF THE AMERICAN FORCES INTO THE LAND OF THE TWO HOLY MOSQUES. THE REACTION IS ESCALATING AND DEEPENING, AND ITS ROOTS ARE WIDENING AND SPREADING. THE LATEST EVIDENCE OF THIS REACTION IS THE GREAT FATWA THAT WAS ISSUED BY THE UNITED RELIGIOUS SCHOLARS OF AFGHANISTAN, STRESSING THE NECESSITY OF EJECTING THE AMERICAN FORCES FROM THE ARAB PENINSULA AND THE LAND OF THE HOLY TWO MOSQUES. THIS FATWA INCLUDED THE ABSOLUTE SHARI'A PROOFS SHOWING THAT THE ENTRANCE OF THESE FORCES INTO THIS COUNTRY IS FORBIDDEN, AND THAT THEIR EJECTION IS ABSOLUTELY NECESSARY. THE RESPONSIBILITY OF EJECTING THEM AND DECLARING JIHAD AGAINST THE AMERICAN OCCUPIERS OF THE LAND OF THE TWO HOLY MOSQUES LIES WITH THE ENTIRE NATION OF ISLAM, AND IT IS NOT ONLY THE RESPONSIBILITY OF THE PEOPLE OF THE ARABIAN PENINSULA AND THE LAND OF THE TWO HOLY MOSQUES.

THIS FATWA FROM THE RELIGIOUS SCHOLARS OF AFGHANISTAN, WHICH CALLS FOR THE EJECTION OF THE AMERICAN FORCES FROM THE LAND OF THE HOLY TWO MOSQUES, IS THE SAME FATWA THAT THE RELIGIOUS SCHOLARS AND THE TRUTHFUL STUDENTS OF RELIGION ISSUED EIGHT YEARS AGO WHEN THESE FORCES ENTERED THE COUNTRY. AT THE FOREFRONT OF THOSE WHO WROTE THE FATWA WERE SHAYKH SALMAN AL-(('AWDAH)) AND SHAYKH SAFR AL-((HAWALI)). THEY AND THEIR BRETHREN BROKE OUT THE TRUTH, AT A TIME WHEN OTHERS WERE TALKING FALSELY AND INFLUENCING OTHERS TO DEVIATE FROM THE TRUTH. THEY HAVE WILLINGLY PAID THE PRICE OF THEIR TRUTHFULNESS. THE SAUDI REGIME THREW THEM INTO THE DARKNESS OF PRISONS, AN ACT INTENDED TO WIPE OUT THE TRUTH AND TO HIDE THE FACTS FROM THE NATION. MOTIVATED BY DECEPTION, FRAUD, AROUSAL OF INTEREST, AND TERRORISM, ANOTHER FATWA WAS ISSUED BY SOME OF THE REGIME'S RELIGIOUS ENTOURAGE DECLARING THE LEGALITY OF SUMMONING THOSE FORCES, UNDER THE PRETENSE OF GETTING ASSISTANCE FROM THE INFIDELS. THE FALSEHOOD OF THIS PRETENSE HAS BEEN UNCOVERED BY THE EVENTS THAT FOLLOWED. THE TRUTHFULNESS OF WHAT THE ARRESTED SHAYKHS WERE CALLING FOR BECAME APPARENT TO EVERYONE. THESE FORCES WERE FORCES OF FLAGRANT OCCUPATION, NOTHING MORE AND NOTHING LESS. ALLAH - GLORY BE TO HIM - WANTED NOTHING BUT TO UNCOVER THE CONSPIRACY OF THE SAUDI REGIME AND THE OTHER CONSPIRATORS AROUND IT. THE TRUTH WILL APPEAR EVEN IF THE INFIDELS HATE IT.

ALLAH HAS PREORDAINED THAT THE TRUTH WOULD COME OUT IN THIS MATTER AND THAT MANY WOULD STAND UP, MANY TIMES MORE THAN WHAT THE SAUDI REGIME HAS THROWN IN PRISON. THE CIRCLE OF INTEREST IN THIS MATTER BY THE NATION OF ISLAM IS STILL GROWING DAY BY DAY, BOTH INSIDE AND OUTSIDE THE ARABIAN PENINSULA.

THE LAST HOMILY OF THE IMAM OF THE PROPHET'S HOLY MOSQUE WAS NOTHING BUT A MODEL FOR EXPRESSING THE LEVEL OF REJECTION THAT THE NATIONS FEELS ABOUT THE PRESENCE OF THE INFIDELS. IN HIS HOMILY, THE IMAM OF THE MOSQUE DISPLAYED THE TRUTH ABOUT THE RELIGIOUS ANIMOSITY OF THE AMERICANS TOWARDS THE MUSLIMS, THE LEVEL OF INFLUENCE OF THE JEWS IN AMERICA, THE REFUSAL OF THE MUSLIMS TO THE PRESENCE OF THE AMERICAN FORCES, AND THE NECESSITY OF FORCING THEM OUT. THE IMAM SAID, "SERVANTS OF ALLAH, THE ANIMOSITY IS RELIGIOUS AND AMERICA IS NOT IN COMMAND OF ANYTHING, BECAUSE SHE IS TOTALLY SUBMISSIVE TO THE JEWS WHO LEAD HER ANYWHERE THEY WANT. THE MUSLIMS DO NOT BY ANY MEANS ACCEPT ITS MILITARY PRESENCE OR THE PRESENCE OF ANY OTHER INFIDEL COUNTRY." (TN: AUTHOR QUOTES FROM THE SAYINGS OF THE PROPHET TO PROVE HIS POINT, SAYING THAT THERE CANNOT BE TWO RELIGIONS IN THE ARAB PENINSULA). THE PROPHET'S LAST WISH, MAY ALLAH'S PRAYERS AND PEACE BE UPON HIM, IS TO DRIVE THE JEWS AND THE CHRISTIANS OUT OF THE ARABIAN PENINSULA, AND THIS MUST BE ACTED ON.

REGARDING THE ALLEGATIONS THAT THESE FORCES CAME FOR PEACEFUL PURPOSES TO HELP THE INHABITANTS OF THE REGION, HE SAID, "THE SECURITY OF THE REGION IS FOR THE NATIONS OF THE REGION, AND THAT THIS IS THEIR RIGHT. THE BIG COUNTRIES ARE THE CAUSE OF PROBLEMS AND INSTABILITY IN THE REGION, AND THEY ARE THE ONES THAT CREATE THE INCIDENTS. THEY SHOW UP EVERY TIME THERE IS AN INCIDENT UNDER THE PRETENSE THAT THEY WILL IMPROVE THE SITUATION AND ELIMINATE THE DANGER, YET THEY ARE THE BIGGEST DANGER OF ALL. HOW CAN THE FOX BE THE SHEPPARD FOR THE SHEEP?"

WE HAVE BACKED THE FATWAS OF THE IMPRISONED SHAYKHS BEFORE, AND WE HAVE WARNED ABOUT THE DANGERS OF THE EXISTENCE OF THESE FATWAS. IF WE WANT THIS FATWA THAT HAS NO DUST ON IT TODAY, WE INVITE EVERYONE TO CONFORM AND EXECUTE THIS FATWA, BECAUSE BEFORE IT IS NOT JUST A FATWA FROM THE RELIGIOUS SCHOLARS OF THE NATION, IT IS A BEQUEST FROM THE MESSENGER OF ALLAH. MAY ALLAH'S PRAYERS AND PEACE BE UPON HIM, WHERE HE SAID ON HIS DEATHBED, "DRIVE THE POLYTHEISTS OUT OF THE ARABIAN PENINSULA," NARRATED BY AL-BUKHARI.

DATED: 1/1/1419 AH
CORRESPONDING TO 7 MAY 1998 AD

ON THEIR BEHALF:

USAMAH BIN MUHAMMAD BIN LADIN