Um El Qura   18 Thu Kaada 1414H

**Stripping Saudi Citizenship**

The Civil Status Administration in Mecca hereby announces that his Majesty issued decree No. 2/7258 dated 21/10/1414H to strip Saudi citizenship from the person named Osama Mohammed Awad bin Ladin.

Okaz   26 Shawal 1414 H corresponding to April 7, 1994

**Due to His Irresponsible Behavior,**
_____

**Osama bin Ladin is Stripped of His Saudi Citizenship**

Saudi Arabia – Riyadh:
The Ministry of Interior issued the following statement:  Considering Osama bin Ladin's irresponsible conduct that is contrary to the Kingdom's interests and damages its relationship with friendly countries, and his disregard for the instructions conveyed to him, it was decided to strip him of his Saudi citizenship pursuant to Article 29 of the Saudi Citizenship Law.