Asharq Alawsat [name not confirmed], Issue No. 5564, Monday, 11/9/1414A.H.

> The Saudi bin Ladin family acted well when it denounced everything issued by Osama bin Ladin about his financing of extremist terrorist groups and about actions that are not approved by the family.
>
> Egypt's relationship with this Saudi family over years has been brotherly, kind, and amicable. The family has employed many Egyptians in activities by its many companies. Many Egyptian workers participated in construction works carried out by this family in Saudi Arabia and abroad.
>
> It was strange for Osama bin Ladin to abandon his family and its traditions by funding terrorism in Egypt and by encouraging destruction and sabotage in a country that has a strong and old bond of friendship and brotherhood with Saudi Arabia.
>
> We know that Osama bin Ladin has been living outside Saudi Arabia for the past 2 years, and refuses to return to the country. We also know that Saudi Arabia denounced his actions several times, and that he refuses to listen to advice from those who tried several times to steer him away from the evil path he is following.
>
> He knows that Saudi Arabia does not approve of acts of destruction and sabotage; of bombs that kill women, senior citizens, and children; or of killing innocent people and shedding blood.
>
> We value our friendship with Saudi Arabia and strongly refuse any attempt to undermine it. We know of the efforts made by the Bin Ladin family to put one of its rebellious members back on the straight path that joined all Muslims in one group to fight rebellion, resist terrorism, and refuse violent and destructive means.
>
> We wished that Osama bin Ladin had spent these millions on construction and development; on acts of kindness and charity; on the creation of [cut off]