Exhibit to Plaintiffs' Summary of Allegations and Evidence in Support of Their Theories of Specific Jurisdiction as to Saudi Binladin Group Withheld Pursuant to the Parties' Stipulation Regarding Confidential Information Dated August 2, 2005.