

No. 35,042      **BANK AL TAQWA LIMITED**

## STATEMENT

made up to the 31st day of December, A. D. 1998 being the fourteenth day succeeding the day of the ordinary general meeting or the first ordinary general meeting in 1998 showing the following particulars:

| Surnames and Christian names of members of company | Addresses | Occupations | Shares held by each |
|---|---|---|---|

See attached lists.

1. Amount of share capital:    US$50,000,000.00
2. Numbers of shares into which capital is divided:
   - a. 150,000 Ordinary shares
   - b. 260,000 Preference shares
   - c. 34,229 Redeemable shares
3. Numbers of shares taken from commencement of company to date:
   - a. 150,000 Ordinary shares
   - b. 260,000 Preference shares
   - c. 34,229 Redeemable shares
4. Amount of calls made on each share: US$100.00
5. Total amount of calls received: US$100.00
6. Total amount of calls unpaid: Nil
7. Total amount of shares forfeited: Nil
8. Registered number of company: 35,042

Persons who have ceased to be members since last return was made

| Names | Addresses | Occupations | No. of shares |
|---|---|---|---|

See attached lists.

[Stamp: APR 1 1999]

Arthur D. Hanna & Company
No. 10 Deveaux Street
P. O. Box N-4877
Nassau, Bahamas.

ASH013450

Copy of register showing the names, addresses and occupations
of the directors and managers of the company.

1.  Eng Youssef Nada                    -   Chairman of the board of
    Viale Stefano Franscini 22              directors
    6th Floor
    CH-6900 Lugano
    Switzerland.
    Engineer.

2.  Ahmed Nasreddin                     -   Director
    1 via delle Scuole
    6900 Lugano
    Switzerland.
    Businessman.

3.  Ali Ghaleb Himmat                   -   Vice chairman of the board of
    Viale Stefano Franscini 22              directors/Secretary
    6th Floor
    CH-6900 Lugano
    Switzerland.
    Businessman.

4.  Manaa Al Qattan                     -   Director
    P. O. Box 18097
    Riyadh, Saudi Arabia.
    Businessman.

5.  Dr. Zaghloul R. El Naggar           -   Director
    Dahran, Saudi Arabia.
    Businessman.

6.  Ahmed Helmi Abdel Magid             -   Director
    48 Jizza Street
    Apartment 24
    Dokky, Cairo
    Egypt.
    Businessman.

                                                  _____
                                                      Authorised Agent

N.B.:   This statement must be sealed with the company's seal.
        Postal addresses of directors or managers must be fully stated. Changes of directors or managers must be notified
        from time to time as they occur.



K AL-TAQWA
Limited

بنك التقوى
المحدود

| Addressee: | Central Bank of the Bahamas | Date: | 26/02/1999 | | Sheet: | 9 of 14 |
|---|---|---|---|---|---|---|
| | | Nr. of Shares at 31.12.1997 | Shares Sold During 1998 | Shares Bought During 1998 | Nr. of Shares at 31.12.1998 | |
| ABDULMOHSIN AL-HUSAIN | | 500 | - | - | 500 | |
| ...OUD ABU ZAID MOHAMED ISMAIL | | 500 | - | - | 500 | |
| MAHMOUD BULBUL | | 284 | - | - | 284 | |
| ...EF AHMAD HUSEIN HASAN ABU FARDEH | | 700 | - | - | 700 | |
| ...MMED SHARAF AHMED | | 1,500 | - | - | 1,500 | |
| ...UBAID ABDEL MOHSENAL-GARARIAH | | 320 | - | - | 320 | |
| ...A AL DAMMAD | | 126 | - | - | 126 | |
| ...MED ADNAN ADHAM | | 3 | - | - | 3 | |
| ...MAD MOHYEDDIN AL ASFAR | | 314 | - | - | 314 | |
| ...Q HUSSAIN ZAIDI | | 20 | - | - | 20 | |
| ...MMAD FAEZ ALMUFTI | | 240 | - | - | 240 | |
| ...SAAD EL SAYED KAMEL | | 36 | - | - | 36 | |
| ...SAAD EL SAYED KAMEL | | 156 | - | - | 156 | |
| ...L RAHMAN AHMAD OWEIS | | 240 | - | - | 240 | |
| ASAA'D AHMED AL-KHATIB | | 320 | - | - | 320 | |
| ...OBEID HASSNA | | 290 | - | - | 290 | |
| ...MOSTAFA MAHMOUD RASHED | | 200 | - | - | 200 | |
| ...R AHMAD YOUSEF SHEBLI | | 150 | - | - | 150 | |
| ...HIN | | 270 | - | - | 270 | |
| ...AZIZ AHMED ABDALLA AL DOGHAN | | 20 | - | - | 20 | |
| ...AZIZ AHMED ABDALLA AL DOGHAN | | 30 | - | - | 30 | |
| ...R MOHAMED HUSSEINSALEM | | 322 | - | - | 322 | |
| ...ANDIL | | 250 | - | - | 250 | |
| ...FAKHRI ABDELGHANI | | 25 | - | - | 25 | |
| ...I AHMAD AL-ARFAJ | | 100 | - | - | 100 | |
| ...HMED ALHAJ MUSTAFA HAJJAJ | | 60 | - | - | 60 | |
| ...ATTALAH ALI ABULEKBASH | | 50 | - | - | 50 | |
| ...FA SALEEM MUTLAQ SAAD | | 400 | - | - | 400 | |
| ...I ABD EL AZIZ AL-SANAD | | 40 | - | - | 40 | |
| ...-HAMED SEBAIE ABDEL-HAMED | | 70 | - | - | 70 | |
| ...MMED HAMMOUDEH | | 1,804 | - | - | 1,804 | |
| ...MED ADNAN ADHAM AYARI | | 166 | - | - | 166 | |
| ...EN MUHAMED ABD AL-SHAFY HANDOOM | | 35 | - | - | 35 | |
| ...O SAID ISMAIL ABDERRASOUL ISSA | | 92 | - | - | 92 | |
| ...MMED SAMIR AL MARISTANI | | 744 | - | - | 744 | |
| ...BEZAZ | | 3 | - | - | 3 | |
| ...BAKER ALSHAKERGI | | 6 | - | - | 6 | |
| ...BASET M. AL-ABDULLAH | | 1,627 | - | - | 1,627 | |
| ...M ADIB SAYEDAHMED | | 105 | - | - | 105 | |
| ...SAID ABDALLA ABU-HALAWA | | 214 | - | - | 214 | |
| ...MEED | | 76 | - | - | 76 | |
| ...MMAD AHMAD ABU-LIMON | | 330 | - | - | 330 | |
| ...SAID AHMED AZHAR | | 100 | - | - | 100 | |
| ...RIH AL-SIBAI | | 60 | - | - | 60 | |
| ...I BIN HAMAD BIN ABDULLA AL THANI | | 1,000 | - | - | 1,000 | |
| ...M. IZZAT AL HOMSI | | 350 | - | - | 350 | |
| ...I HAZEM TAKIDDIN | | 400 | - | - | 400 | |
| ...M MOHAMMAD MOSTAFA THABIT | | 80 | - | - | 80 | |
| ...F AHMED EL AKBAWY | | 30 | - | 5 | 35 | |
| ...EH AHMED MUTHANA | | 51 | - | - | 51 | |
| ...MOHAMMAD M. ABO SULTAN | | 60 | - | - | 60 | |
| ...LI ABDELMAJEED KHAN | | 20 | - | - | 20 | |
| ...RAHMAN M. ALARFAJ | | 10 | - | - | 10 | |
| ...HUSAIN | | 100 | - | - | 100 | |
| ...I MOHAMMAD AL-ARFAJ | | 698 | - | - | 698 | |
| ...I AL DILAIMI | | 1,232 | - | - | 1,232 | |
| ...OUD A.H. EL GAWHARY | | 20 | - | - | 20 | |

Arthur D. Hanna & Company
No. 10 Deveaux Street
P. O. Box N-4877
Nassau, Bahamas.

**K AL-TAQWA**
Limited

بنك التقوى
المحدود

| Addressee: Central Bank of the Bahamas | | Date: 26/02/1999 | | Sheet: 10 of 14 |
|---|---|---|---|---|
| Name | Nr. of Shares at 31.12.1997 | Shares Sold During 1998 | Shares Bought During 1998 | Nr. of Shares at 31.12.1998 |
| MAHMOUD A.H. EL GAWHARY | 20 | - | - | 20 |
| MOHAMAD NASSIR AL NOUSS | 400 | - | - | 400 |
| MAHFFOUZ ABU DHAQQA | 20 | - | - | 20 |
| MUSTAPHA OMARI | 70 | - | - | 70 |
| FOUAD AHMED BELTAGY IBRAHIM | 130 | - | - | 130 |
| SAMI ISSA M. ABU-SELMIA | 40 | - | - | 40 |
| CHAMSAL.DDIN DURMUCH | 30 | - | - | 30 |
| MAYSA FARRA AL NAASSAN | 721 | - | - | 721 |
| SEENA AL-OMRAN | 735 | - | - | 735 |
| SAMIR SULAIMAN AL-UMRAN | 153 | - | - | 153 |
| FADEL A. H. RABBA' | 50 | - | - | 50 |
| MAHMOUD A.H. EL GAWHARY | 20 | - | - | 20 |
| NADA REKABY | 4 | - | - | 4 |
| SUMAYA A. AL-ZAID | 15 | - | - | 15 |
| FAROUK MOHAMMAD KONASH | 15 | - | - | 15 |
| FAROUK MOHAMMAD KONASH | 14 | - | - | 14 |
| FAROUK MOHAMMAD KONASH | 14 | - | - | 14 |
| WEDAD M. AL-ARFAJ | 366 | - | - | 366 |
| MONZER KAHF | 400 | - | - | 400 |
| EIMAN ABD AL-TAWAB ZIADA | 40 | - | - | 40 |
| ABDALLAH GHANEM A. J.AL KUBAISI | 1 | - | - | 1 |
| YOUSEF MAHMOUD YOUSEF SHAHWAN | 460 | - | - | 460 |
| FOUDIL BABA-ALI | 46 | - | - | 46 |
| AHMED FARID MOUSTAPHA | 43 | - | - | 43 |
| AHMAD MOHAMMAD NABIH ALLAM | 50 | - | - | 50 |
| MOHAMMAD OMAR BADAHDAH | 315 | - | - | 315 |
| OTHMAN JEBRIL ABDELMINEM SHANNARAN | 600 | - | - | 600 |
| CEMILE DIKMEN | 1 | - | - | 1 |
| MOHAMED SAEED AL-HOMSI | 100 | - | - | 100 |
| FIDA ALWAN | 100 | - | - | 100 |
| AISHEH AL KHATIB | 30 | - | - | 30 |
| KHADER MOHAMED ABDUL MAJID SALEH | 330 | - | - | 330 |
| ADEL KANAAN | 600 | - | - | 600 |
| ABDELRAHMAN M. SALEM JUBRAN | 50 | - | - | 50 |
| YAHYA SHABAN DIAB AYYAT | 20 | - | - | 20 |
| HAMAD IBRAHIM HAMAD AL-ABDUL WAHHAB | 752 | - | - | 752 |
| IMAN KHALIFEH | 2 | - | - | 2 |
| MOH'D SEF AL DIN SIBAII | 30 | - | - | 30 |
| ABDALLA MOHAMED BUSIN | 200 | - | - | 200 |
| NAIMA KENZ | 4 | - | - | 4 |
| GHASSAN EL SADEK | 200 | - | - | 200 |
| ABBAS AHMED MOHAMED SHALTOUT | 48 | - | - | 48 |
| ABDULLA AHMAD YOUNES | 600 | - | - | 600 |
| HABIB YOUSSEF | 20 | - | - | 20 |
| AHMED MOHAMED EL-HALWAGI | 180 | - | - | 180 |
| ABDULRAHMAN A. SHAMIRI | 10 | - | - | 10 |
| EBRAHIM AHMED ALY EL-RASHIDY | 40 | - | - | 40 |
| EBRAHIM AHMED ALY EL-RASHIDY | 40 | - | - | 40 |
| ABDURAHMAN AHMAD M. AL-MULHEM | 3 | - | - | 3 |
| KAMARAN KAKEL | 12 | - | - | 12 |
| ABD ALKAREEM FARIS ABU HAJER | 100 | - | - | 100 |
| MARIAM ABDULLATIF AL MULLA | 10 | - | - | 10 |
| MOKHTAR BOUGZIA | 12 | - | - | 12 |
| ALI BOURSAS | 4 | - | - | 4 |
| MAHAMAD HASSAN HITOU | 162 | - | - | 162 |
| MAHAMAD HASSAN HITOU | 2,404 | - | - | 2,404 |
| FAISAL ABDULAZIZ ALBRAIKAN | 330 | - | - | 330 |
| MAHMOUD AHMAD TAHHAN | 766 | - | - | 766 |
| AKHTAR HUSAIN | 90 | - | - | 90 |
| AMAL SABRI AL SADEK | 20 | - | - | 20 |

ASH013453

**AL-TAQWA** Limited 

| Addressee: | Date: | | | Sheet: |
|---|---|---|---|---|
| Central Bank of the Bahamas | 26/02/1999 | | | 11 of 14 |

| e | Nr. of Shares at 31.12.1997 | Shares Sold During 1998 | Shares Bought During 1998 | Nr. of Shares at 31.12.1998 |
|---|---:|---:|---:|---:|
| AL AHMAD | 40 | - | - | 40 |
| EK ABD METWALLI EL SADEK | 20 | - | - | 20 |
| BANE DJERABA | 107 | - | - | 107 |
| ID JUBRAN ESMAIL | 200 | - | - | 200 |
| SAM M. SOLIMAN BAHR | 17 | - | - | 17 |
| IMOUD AHMAD RASSOUL | 480 | - | - | 480 |
| A AL-MADI | 35 | - | - | 35 |
| HIM KHALEEL Y.A.SAID AHMAD | 142 | - | - | 142 |
| EL-AZIZ ABDALLA M.Y.DORRA | 204 | - | - | 204 |
| HAL SROUJI | 278 | - | - | 278 |
| AMED ABDELMUTTALEB I.WAHDAN | 36 | - | - | 36 |
| AMED MAHMOUD MOH'D EL-BADRI | 310 | - | - | 310 |
| N ABDELHAKIM KHALID EL BADRI | 699 | - | - | 699 |
| ZI ADNAN KILANI | 400 | - | - | 400 |
| A MOHMMED BINLADEN | 770 | - | - | 770 |
| AN MOHAMMED SAYOUTI | 20 | - | - | 20 |
| UF SABADIA | 228 | - | - | 228 |
| N BINLADEN | 26 | - | - | 26 |
| AR MUHIYADDIN | 20 | - | - | 20 |
| HI YAKAN | 1,143 | - | - | 1,143 |
| LID H. AL-SENANI | 130 | - | - | 130 |
| N MAHMOUD MOHAMMAD ALI | 1,600 | - | - | 1,600 |
| LEED KHALID A.AL-GOSAIBI | 63 | - | 36 | 99 |
| SER MASRI | 60 | - | - | 60 |
| D M. AL AWAWDAH | 60 | - | - | 60 |
| EK ABD ELHAKIM KHALIFA KHAIAL | 2 | - | - | 2 |
| A-GHALIB KHALIL BAZBAZ | 86 | - | - | 86 |
| AD MOHAMMAD SHAMIYAH | 80 | - | - | 80 |
| RWAN S.R. SENDI | 200 | - | - | 200 |
| ULFATTAH MOHAMMAD A. OBEID | 30 | - | - | 30 |
| D AL-MOUSA | 360 | - | - | 360 |
| YATULLAH SHAH AL-KHATTAB | 450 | - | - | 450 |
| SLEH SAYED MOHAMMED BAYOMI | 141 | - | - | 141 |
| EH A.A. AL-SHAYA | 162 | - | - | 162 |
| AN ABUL-KHEIR | 150 | - | - | 150 |
| HAMED MANAR KANAAN | 79 | - | - | 79 |
| EM AHMED BASUNBUL | 75 | - | - | 75 |
| HAMMAD ABDULLAH AL-BURAEY | 10 | - | - | 10 |
| HAMMAD ABDULLAH AL-BURAEY | 5 | - | - | 5 |
| ANI ADNAN FAHIM HALAWEH | 100 | - | - | 100 |
| HAMED YASSER HAMAD | 50 | - | - | 50 |
| ISMAIL MEDANI | 150 | - | - | 150 |
| D MOHAMAD A.AL-KHATEEB | 5 | - | - | 5 |
| D MOHAMAD A.AL-KHATEEB | 5 | - | - | 5 |
| D MOHAMAD A.AL-KHATEEB | 5 | - | - | 5 |
| D MOHAMAD A.AL-KHATEEB | 5 | - | - | 5 |
| DWAN AMIN HAMEED | 50 | - | - | 50 |
| ELMALEK ABU-SHEIKH | 135 | - | - | 135 |
| MAR ABD AL JAWAD AL HALEES | 25 | - | - | 25 |
| HAMED ELMI-ABDO | 78 | - | - | 78 |
| AD SUBAAN BURAALEH | 118 | 59 | - | 59 |
| KI MOHAMED IBRAHIM FAHGAN | 100 | - | - | 100 |
| MI ABDUL MALIK FADEN | 10 | - | - | 10 |
| LAH ALI NASRALLAH ABU-JARAD | 100 | - | - | 100 |
| MI DIA-EDDINE | 266 | - | - | 266 |
| TLAQ R.H.TAKRURI | 50 | - | - | 50 |
| HIR MOH'D A.BZOUR | 114 | - | - | 114 |
| ALID MOHAMMED A.ALMOUSA | 360 | - | - | 360 |

ASH013454

 **K AL-TAQWA** Limited 

| Addressee: Central Bank of the Bahamas | Date: 26/02/1999 | | | Sheet: 12 of 14 |
|---|---|---|---|---|
| | Nr. of Shares at 31.12.1997 | Shares Sold During 1998 | Shares Bought During 1998 | Nr. of Shares at 31.12.1998 |
| UF SALEM BAABBAD | 166 | - | - | 166 |
| \F MOHAMED K.A. HASHEM | 600 | - | - | 600 |
| SEN MOHAMED HAMMAM | 400 | - | - | 400 |
| YA MOHAMED K.A. HASHEM | 400 | - | - | 400 |
| I MOHAMED KAMAL ABDEL AZIZ | 600 | - | - | 600 |
| N KONASH M.D. | 55 | - | - | 55 |
| N KONASH M.D. | 85 | - | - | 85 |
| IIM AHMED ALY EL-RASHIDY | 20 | - | - | 20 |
| IIM AHMED ALY EL-RASHIDY | 20 | - | - | 20 |
| MED ZEINELABIDIN KHAIRULLAH | 2,020 | - | - | 2,020 |
| SALEM AHMED BADAHDAH | 105 | - | - | 105 |
| \N AMIN HASSAN AGLAN | 25 | 25 | - | 0 |
| IIM AHMED ALY EL-RASHIDY | 40 | - | - | 40 |
| ER MAHMOUD M.EL-BADRI | 37 | - | - | 37 |
| MAN OMER QUSH | 100 | - | - | 100 |
| MAN OMER QUSH | 100 | - | - | 100 |
| MAN OMER QUSH | 100 | - | - | 100 |
| A H.M. SHAMIYAH | 300 | - | - | 300 |
| \YA A. EL-HAMID EL-MAADAWI | 10 | - | - | 10 |
| FAYEZ HAZZOURI | 500 | - | - | 500 |
| MED KHALIL ABU-TAIR | 800 | - | - | 800 |
| TAPHA ISSAOUI | 251 | - | - | 251 |
| \FA MOHAMED AL SAIRAFI | 710 | - | - | 710 |
| I MOHAMMAD SAID HIRSH | 500 | - | - | 500 |
| . AL-ADEL | 75 | - | - | 75 |
| MUSA AL-SHUREIQI | 100 | - | - | 100 |
| HAIRULLAH | 370 | - | - | 370 |
| JAWAD IBRAHIM AL HALEES | 20 | - | - | 20 |
| UN MALASS | 422 | - | - | 422 |
| I HASHIM M. SANDOUKA | 62 | - | - | 62 |
| IUHAMAD ALI AL-HIMES AL-HADRAMI | 40 | - | - | 40 |
| IM SHEHADEH A. SHAMIEH | 200 | - | - | 200 |
| \ IBRAHIM EL-SHAWI | 50 | - | - | 50 |
| MAHMOUD EL SHAWY | 100 | - | - | 100 |
| ELDIN AWADALLA ELAWAD | 150 | - | - | 150 |
| MMAD AL-ARFAJ | 10,480 | - | - | 10,480 |
| ELDEEN ELSAYED SHARARA | 120 | - | - | 120 |
| ANDRO ABDALLAH CASSANELLO | 122 | - | - | 122 |
| 3 ABDUL MONEMATEIA WALI | 10 | - | - | 10 |
| MMED ABDELHADI AL TANTAWI | 10 | - | - | 10 |
| MMED ABDELHADI AL TANTAWI | 10 | - | - | 10 |
| MMED ABDELHADI AL TANTAWI | 10 | - | - | 10 |
| MMED ABDELHADI AL TANTAWI | 10 | - | - | 10 |
| OUD TALLA MAHMOUD ZOUBI | 15 | - | - | 15 |
| MAD ABDUL HADI MOJAHED | 5 | - | - | 5 |
| ) QWAIDER | 20 | - | - | 20 |
| MOUTLAK CHOUHEIBER | 5 | - | - | 5 |
| I MOHAMMAD AL ASFAR | 100 | - | - | 100 |
| I AL ASFAR AL ASFAR | 100 | - | - | 100 |
| I ZARZOUR | 250 | - | - | 250 |
| \T ABUBAKER HAJ SALIH | 200 | - | - | 200 |
| DIG MOHAMED ELDHARIR | 900 | - | - | 900 |
| . TIMIMI | 50 | - | - | 50 |
| - GRENOBLE | 32 | - | - | 32 |
| ES AL-UMRAN | 1,028 | - | - | 1,028 |
| I AHMAD HASAN MANSIEH | 122 | - | - | 122 |
| LYAZAL MOHAMMED AL MAZALY | 10 | - | - | 10 |
| D AHMED AL SHARIF | 12 | - | - | 12 |
| I MOHAMMED AL-EID | 90 | - | - | 90 |
| AN MANSOUR ELGENDI | 40 | - | - | 40 |

**NK AL-TAQWA** Limited

| Addressee: Central Bank of the Bahamas | Date: 26/02/1999 | | | Sheet: 13 of |
|---|---|---|---|---|
| Name | Nr. of Shares at 31.12.1997 | Shares Sold During 1998 | Shares Bought During 1998 | Nr. of Shares at 31.12.1998 |
| NASSER YOUSEF N. AL-KUWARI | 20 | - | - | 20 |
| QAIS ALSHIKH MUBARAK | 54 | - | - | 54 |
| MARYAM MOHAMMAD SOLAIMAN ALAKEEL | 398 | - | - | 398 |
| AMENA A.K. AL KADEB | 112 | - | - | 112 |
| NASOUH TAKIEDEEN | 36 | - | - | 36 |
| MOSTAFA MOHAMAD HASAN HUSAIN | 40 | - | - | 40 |
| HAITHAM SABRI SADEQ | 70 | - | - | 70 |
| AIMAN SABRI SADEQ | 40 | - | - | 40 |
| NADIA A. AL-HARKAN | 768 | - | - | 768 |
| NADER ABOU AL KHAIR AL HALLAK | 219 | - | - | 219 |
| KHALID UMRAN ALUMRAN | 572 | - | - | 572 |
| HUDA ABDELAZIZ AL MOUSA | 30 | - | - | 30 |
| BAHAA EL DIN AHMED A. MOHAMED ABDALLA | 118 | - | - | 118 |
| OMAR J. ESMAIL | 300 | - | - | 300 |
| WALEED AHMED ABABTAIN | 100 | - | - | 100 |
| SAWSAN A. ABABTAIN | 304 | - | - | 304 |
| SUBHI DAHBOUR (FOR MRS. HIYAM SAYEDAHMED) | 15 | - | - | 15 |
| MAGDA MOH.ALIEL-MAHGARY | 4 | - | - | 4 |
| MAGDA MOH. ALI EL-MAHGARY | 4 | - | - | 4 |
| ABDEL RAHIM MOHAMMAD SYAM | 100 | - | - | 100 |
| ASMA AHMAD KHALIL | 141 | - | - | 141 |
| YOUSRIA EL-ZEFTAWI | 80 | - | - | 80 |
| ZAHIR KHAN PERVEZ | 30 | - | - | 30 |
| MURSHED AHMED EBRAHIM MASALHAH | 70 | - | - | 70 |
| THAKRA Y. NAJI AL DILAIMI | 26 | - | 11 | 37 |
| MAJAHED MOSTAFA BAHJAT | 72 | - | - | 72 |
| MUNGID MUSTAFA BAHJAT | 50 | - | - | 50 |
| SHADIA SAID M. MARAWI | 180 | - | - | 180 |
| GABRIL A. GABRIL EL BOURI | 517 | - | - | 517 |
| MOHAMMAD SAID ALHAJ ZALLOUM | 42 | - | 3 | 45 |
| MOHAMMED RASHAD M. KALIFEH | 2,308 | - | - | 2,308 |
| MOHAMMAD AHMAD KHALIL | 192 | - | - | 192 |
| HALAH MEER | 24 | - | - | 24 |
| HAMZAH MAHMOUD ABU-DAIEH | 100 | - | - | 100 |
| AHMED MESFER AHMED ALGHAMDI | 123 | - | - | 123 |
| MUJAHID HAMID KHALIL AL-FAYADH | 1,727 | - | - | 1,727 |
| HAKAM ADEL YASEEN YASEEN | 840 | - | - | 840 |
| SAMEERA ABDEL QADER M. SAEED | 245 | - | - | 245 |
| SAMEERA ABDEL QADER M. SAEED | 42 | - | - | 42 |
| SAMEERA ABDEL QADER M. SAEED | 32 | - | - | 32 |
| SAMEERA ABDEL QADER M. SAEED | 16 | - | - | 16 |
| SAMEERA ABDEL QADER M. SAEED | 16 | - | - | 16 |
| SAHAR SOLAIMAN AL-AMRAN | 130 | - | - | 130 |
| SEENA AHMAD ABABTAIN | 110 | - | - | 110 |
| ALI ISMAIL MEDANI | 150 | - | - | 150 |
| ABDULLA EBRAHIM S. AL-BAKER | 700 | - | - | 700 |
| IBRAHIM EMIR CHOUMAN | 2,614 | - | - | 2,614 |
| KHAWLA ABDULLATIF AHMED AL FOZAN | 1,024 | - | - | 1,024 |
| WAFA AHMAD ABABTAIN | 300 | - | - | 300 |
| MAJDA A. QADER AL-NAAMA | 336 | - | - | 336 |
| MAHASEN HAMMOUDAH AHMAD | 401 | - | 25 | 426 |
| MOHAMMED AKHTAR SIDDIQ | 24 | - | - | 24 |
| MOHAMED ABDELLATIF NAMED MAZEN ABDELRAHMAN | 99 | - | 40 | 139 |
| HAMMOUDEH AWWAD DAGHAGHMEH | 357 | - | - | 357 |
| AL TANTAWY SARAH MOHAMMAD | 20 | - | - | 20 |
| FEKRY AL SAID AHMAD GALBAT | 440 | - | - | 440 |
| MARIAM UMRAN ALUMRAN | 40 | - | - | 40 |
| IMAN UMRAN AL UMRAN | 150 | - | - | 150 |

ASH013456

**BANK AL-TAQWA**
Limited

| Addressee: Central Bank of the Bahamas | Date: 26/02/1999 | | | Sheet: 14 of 14 |
|---|---|---|---|---|
| Name | Nr. of Shares at 31.12.1997 | Shares Sold During 1998 | Shares Bought During 1998 | Nr. of Shares at 31.12.1998 |
| EZIYEH ALI ABU NADA | 150 | - | - | 150 |
| IHSAN WALID ALKHIYAMI | 500 | - | - | 500 |
| MOHAMMAD JEHAD CHABAN KABAKIBO | 250 | 250 | - | 0 |
| HASSAN EL-BANNA EL-ZEIN | - | - | 15 | 15 |
| ABDUL - MALK ABDUL - LATIFF KASSEM | - | - | 10 | 10 |
| USAMA ABO RAMADAN | - | - | 5 | 5 |
| MOHAMMAD ALI ABU NADA | - | - | 104 | 104 |
| AYMEN HAMED M. SHARF AL DEEN | - | - | 5 | 5 |
| MOHAMMED ALI MOGAHED | - | - | 15 | 15 |
| AHMED AYALP | - | - | 42 | 42 |
| MOHAMMAD JEHAD CHABAN KABAKIBO | - | - | 250 | 250 |
| IBRAHIM OMAR | - | - | 59 | 59 |
| CHEDLY BELHADJ-YAHYA | - | - | 100 | 100 |
| **TOTALS** | **260,000** | **1,002** | **1,002** | **260,000** |



ASH013457




**BANK AL-TAQWA**
Limited
10, Deveaux Street - P.O. Box N-4877 - Nassau - Bahamas

Date: February 26, 1999
Our ref.: RED-98/GH-db
Your ref.:

## LIST OF REDEEMABLE SHAREHOLDERS
## AT 31/12/1998

| NAME | Nr. of Shares at 31/12/1997 | Shares Sold During 1998 | Shares Bought During 1998 | Nr. of Shares at 31/12/1998 |
|---|---|---|---|---|
| MAMUN FATEH AMER | 8 | - | 17 | 25 |
| MOHAMED FOUAD IBRAHIM RADWAN | 23 | - | - | 23 |
| SUMAYA ABDEL FATAH AL SHENAWY | 16 | - | - | 16 |
| MAHMOUD ABDEL-MOTTALEB KHASHAN | 457 | - | - | 457 |
| ABDULL FATTAH AHMED MOHAMED KHAYAL | 65 | - | - | 65 |
| ABDULAZIZ ABDULLAH SOLAIMAN AL SULTAN | 10 | - | - | 10 |
| MOHAMMAD ABDUL FATTAH OBEID | 301 | - | 117 | 418 |
| ELSAYED SHABAN KANDIL | 460 | - | - | 460 |
| EL-SAID ZAKY M. SYAM | 98 | - | - | 98 |
| MOHAMMED ABDUL FATTAH OBEID | 115 | - | 23 | 138 |
| ADNAN M. KASSAB | 200 | - | - | 200 |
| MOHAMED YOUSEF MOHAMED NASSAR | 100 | - | - | 100 |
| MOHAMED RASHADULDEEN DAOUD (ABO ASHRAF) | 213 | - | - | 213 |
| MEDHAT MOHAMED EL-DAKHAKHNY | 40 | - | - | 40 |
| ABDULRAHMAN MABROUK HENDY | 60 | - | - | 60 |
| ABDULL FATTAH AHMED MOHAMED KHAYAL | 241 | - | - | 241 |
| ABD EL RAHIM ABD EL AAL ABDELRAHIM | 30 | - | - | 30 |
| MAHMOUD ABU ZAID MOHAMED ISMAIL | 500 | - | - | 500 |
| ALI SAHIN | 250 | - | - | 250 |
| WALID AHMAD AL-ARFAJ | 35 | - | - | 35 |
| ZAKI MOHAMMAD EL-KAHLOUT | 1,000 | - | - | 1,000 |
| OUSAMA M. EL AMIN | 82 | - | - | 82 |
| FOUAD AHMED BELTAGY IBRAHIM | 61 | - | - | 61 |
| ABDURZZAG EL TAHER M'SALLEM | 2,157 | - | - | 2,157 |
| AHMAD MOHAMMAD NABIH ALLAM | 80 | - | - | 80 |
| ABDULLAH MAHMOUD NAHEEL | 3,000 | - | - | 3,000 |
| AISHEH AL KHATIB | 138 | - | - | 138 |
| ABDUL FATTAH AHMED MOHAMED KHAYAL | 83 | - | - | 83 |
| MOHYI EL-DIN HASSAN AZZAM | 76 | - | - | 76 |
| EBRAHIM AHMED ALY EL-RASHIDY | 20 | - | - | 20 |
| EBRAHIM AHMED ALY EL-RASHIDY | 20 | - | - | 20 |
| FARIS ABDELHAKIM SLEM ABU SHAABAN | 48 | - | - | 48 |
| MAHAMAD HASSAN HITOU | 162 | - | - | 162 |
| MAHAMAD HASSAN HITOU | 2,405 | - | - | 2,405 |
| AMAL MOHAMED OBEID | 81 | - | 16 | 97 |
| ABDULL FATTAH AHMED MOHAMED KHAYAL | 56 | - | - | 56 |
| ABDULL FATTAH AHMED MOHAMED KHAYAL | 56 | - | - | 56 |
| BASSAM M. SOLIMAN BAHR | 17 | - | - | 17 |
| WALEED KHALID A. AL-GOSAIBI | 60 | - | - | 60 |
| GULDAD KHAN KHATTAK | 220 | - | - | 220 |
| ANAS EL-SABBAGH | 901 | - | - | 901 |
| ABDULFATTAH MOHAMMAD A. OBEID | 7 | - | 2 | 9 |
| AINUL HUDA ANSARI | 34 | - | - | 34 |
| NAWAL ABDULMONEM AHMED | 94 | - | - | 94 |

ASH013458

AL-TAQWA Limited

| Addressee: Central Bank of the Bahamas | Date: 26/02/1999 | | Sheet: 2 of 3 |
|---|---|---|---|
| NAME | Nr. of Shares at 31/12/1997 | Shares Sold or Converted During 1998 | Shares Bought During 1998 | Nr. of Shares at 31/12/1998 |
|---|---|---|---|---|
| AMANI ELSHAHAT MOHAMMAD  ESHAK | 90 | - | - | 90 |
| WAGIH ABD EL RAHMAN  BYUMY ELLASY | 52 | - | - | 52 |
| MOHAMMAD IBRAHIM MUSTAFA  AL-AWADI | 124 | - | - | 124 |
| EBRAHIM AHMED ALY  EL-RASHIDY | 38 | - | - | 38 |
| EBRAHIM AHMED ALY  EL-RASHIDY | 38 | - | - | 38 |
| EBRAHIM AHMED ALY  EL-RASHIDY | 20 | - | - | 20 |
| NAEEMA EL HAG MOHAMED  ISMAEL | 300 | - | - | 300 |
| HUTHAM MUHAMED  AL MUHAIDIB | 47 | - | - | 47 |
| EMAMA IBRAHIM  EL-SHAWI | 4 | - | - | 4 |
| MAJED  QWAIDER | 20 | - | - | 20 |
| CHOUAIB  YOUSFI | 3 | - | - | 3 |
| AICHA  BOURETTA | 1 | - | - | 1 |
| RAJA  MHIMIEDDBIES | 441 | - | - | 441 |
| SALAH BEN MOHAMED  BENSALEM | 40 | - | - | 40 |
| NADER ABOU AL KHAIR  AL HALLAK | 219 | - | - | 219 |
| ABDULL FATTAH A.M.  KHAYAL | 16 | - | - | 16 |
| ABDULL FATTAH A.M.  KHAYAL | 24 | - | - | 24 |
| OMAR AMER DEGHAYES  DEGHAYES | 1,578 | - | - | 1,578 |
| MOHAMED SEGHIR  MESSAMAH | 70 | - | - | 70 |
| MOHAMMED MUMTAZ  BAYRAKDAR | 14 | - | - | 14 |
| ASMA AHMAD  KHALIL | 56 | - | - | 56 |
| AHMED  HAWI | 2,994 | - | - | 2,994 |
| NAJLA  KHARBOUTLI | 1,072 | - | - | 1,072 |
| MOHAMED MOUNIR  AL LAZKANI | 651 | - | - | 651 |
| IMAD M.A.  AL-NAKSHABENDI | 100 | - | - | 100 |
| ALI ALSAYED ALI  ALSHAMY | 51 | - | - | 51 |
| ALI ALSAYED ALI  ALSHAMY | 12 | - | - | 12 |
| ALI ALSAYED ALI  ALSHAMY | 10 | - | - | 10 |
| TAHIR SALLAM SALIM  ABU-MAHFOUZ | 300 | - | - | 300 |
| TAHIR SALLAM SALIM  ABU-MAHFOUZ | 300 | - | - | 300 |
| TAHIR SALLAM SALIM  ABU-MAHFOUZ | 100 | - | - | 100 |
| TAHIR SALLAM SALIM  ABU-MAHFOUZ | 100 | - | - | 100 |
| ABDUL SALAM  NOORWALI | 192 | - | 82 | 274 |
| MONA MUSTAFA H.  AL-MUSTAFA | 100 | - | - | 100 |
| NAZIH  HAMMAD | 892 | - | 1,053 | 1,945 |
| GABRIL A. GABRIL  EL BOURI | 283 | - | - | 283 |
| IBRAHIM FAROUK  EL-ZAYAT | 89 | - | - | 89 |
| MUJAHID HAMID KHALIL  AL-FAYADH | 556 | - | 338 | 894 |
| SYED KHAJA  NASEERUDDIN | 10 | - | - | 10 |
| MEDHAT MOHAMED  EL-DAKHAKHNY | 22 | - | - | 22 |
| HALAH  MEER | 22 | - | - | 22 |
| SANTE  CICCARELLO | 47 | - | - | 47 |
| AYAD ABDUL MAJEED  AL ZAYDI | 222 | - | - | 222 |
| ESHRAQ MOHAMMAD ABDELFATTAH  OBEID | 60 | - | - | 60 |
| ALI ALSAYED ALI  ALSHAMY | 21 | - | - | 21 |
| ALI ALSAYED ALI  ALSHAMY | 21 | - | - | 21 |
| ALI ALSAYED ALI  ALSHAMY | 21 | - | - | 21 |
| ALI ALSAYED ALI  ALSHAMY | 21 | - | - | 21 |
| FAROUK  AL-ARAB | 1,000 | - | - | 1,000 |
| HIDAYAT  AJLANI | 74 | - | - | 74 |
| KHALED MOHAMMAD  FURATI | - | - | 172 | 172 |
| OSAMA SHEHADEH ABDUL RAZZAQ ANANY | - | - | 300 | 300 |
| SULAFA SHEHADEH ABDUL RAZZAQ ANANY | - | - | 1,000 | 1,000 |
| ABDUL AZIM HASSAN ABDEL WAHAB | - | - | 30 | 30 |
| HASSAN EL-BANNA AHMAD HELMI ABDUL-MAGID | - | - | 950 | 950 |
| AHMAD HELMI ABDUL-MAGID | - | - | 950 | 950 |
| SLIMANE ZERATA | - | - | 3 | 3 |
| HALA M. IZZAT AL HOMSI | - | - | 200 | 200 |
| HAMAD HAZEM TAKIDDIN | - | - | 200 | 200 |
| MOKHTAR AHMED ALI ELRASHEEDE | - | - | 29 | 29 |
| AHID KHAIRULLAH | - | - | 134 | 134 |
| NAYEF KHALIL BAYER HATAMLEH | - | - | 160 | 160 |
| ABDULLA HAMALI | - | - | 30 | 30 |

**AL-TAQWA** Limited

Sheet: 3 of 3

Addressee: Central Bank of the Bahamas  Date: 26/02/1999

| NAME | Nr. of Shares at 31/12/1997 | Shares Sold or Converted During 1998 | Shares Bought During 1998 | Nr. of Shares at 31/12/1998 |
|---|---|---|---|---|
| NAIMA KENZ | - | - | 2 | 2 |
| ABDULLA AHMAD YOUNES | - | - | 700 | 700 |
| ISMAIL MAHMOOD HAMMAD | - | - | 252 | 252 |
| MUSTAPHA DAHDOUHI | - | - | 8 | 8 |
| MOHAMED ZAKARIA ERAKY SAID | - | - | 15 | 15 |
| MOHAMMAD MAHMOUD KAYALI | - | - | 150 | 150 |
| LAMYA SAUD AL-AKEEL | - | - | 36 | 36 |
| SAKHR AL-ANANI | - | - | 40 | 40 |
| MOHAMMAD JEHAD CHABAN KABAKIBO | - | - | 250 | 250 |
| OMAR ABOU CHAER | - | - | 72 | 72 |
| MOHAMMAD SUHAIB KHAN | - | - | 180 | 180 |
| HASSAN A. O. BAABDULLAH | - | - | 100 | 100 |
| **TOTAL** | **26,618** | — | **7,611** | **34,229** |



APR 1 1999 — REGISTRAR GENERAL'S OFFICE, NASSAU, BAHAMAS

ASH013460