


# AL TAQWA MANAGEMENT ORGANIZATION

Service Company incorporated according to Swiss Law
Viale S. Franscini 22, CH 6900 Lugano, SWITZERLAND
Phone: 091/9231066 - Fax: 091/9237967

## AUDIT VERIFICATION OF
**MUDARABA ACCOUNT WITH** BANK AL TAQWA Ltd. BAHAMAS

مراجعة حساب مضاربة مع
Bank Al Taqwa Ltd. Bahamas

Performed according to the assignment of:
المراجعة والتدقيق تمّا بناء على تكليف من:

based on information provided by them and under their responsibility.
واعتمادا على المعلومات المقدمة منهم وتحت مسؤوليتهم.

Name: BINLADIN, GHALEB MOHAMMAD
AUTHORIZING: ENG. BAKR M. BINLADIN
A/C #: MUD/20326

Address: MR. FAYEZ RABAA - P.O.BOX 15468
Date: 31/03/98

City: JEDDAH 21444       Country: SAUDI ARABIA       Page: 1

| DATE التاريخ | DESCRIPTION البيان | DEBITS U.S.$ مدين | CREDITS U.S.$ دائن | BALANCE U.S.$ الرصيد |
|---|---|---|---|---|
| 31/12/96 | BALANCE BROUGHT FORWARD | | | 2,168,395.41 (C) |
| 01/01/97 | 1996 PROFIT DECLARED ON 30/03/1997 SHIFTED TO MUDARABA | | 135,111.65 | 2,303,507.06 (C) |
| 31/12/97 | CLOSING BALANCE 1997 | | | 2,303,507.06 (C) |
| 01/01/98 | 1997 PROFIT DECLARED ON 01/03/1998 SHIFTED TO MUDARABA | | 170,459.52 | 2,473,966.58 (C) |

The dates shown above are the Mudaraba starting dates and not the dates of receipt of the funds transferred. This was according to the Mudaraba conditions accepted by you.

التواريخ المذكورة أعلاه هي تواريخ بداية المضاربات وليست تواريخ استلام المبالغ. وهي توافق ما جاء في شروط المضاربة التي والفتم عليها.

Please examine the above details and sign and date the copy and mail it to us in the enclosed envelope.

الرجاء فحص الكشف أعلاه والتوقيع على الصورة الرفقة وإعادتها إلينا بالبريد في الظرف المرفق.

If your payments were made by check, please note that such amounts are valid only subject to their collection by Bank Al Taqwa Ltd. Bahamas

المبالغ التي تدفع بواسطة شيكات حسب ومشروطة بتحصيلها.

Verified by: [signature]       Seal [signature]

ASH013461

"GMB 5 C"

 

# AL TAQWA MANAGEMENT ORGANIZATION

Service Company incorporated according to Swiss Law
Viale S. Franscini 22, CH 6900 Lugano, SWITZERLAND
Phone: 091/9231066 · Telex 844197 TMO CH · Fax: 091/9237967

## AUDIT VERIFICATION OF
## BANK AL TAQWA Ltd. BAHAMAS

MUDARABA ACCOUNT WITH     Bank Al Taqwa Ltd. Bahamas     مراجعة حساب مضاربة مع

Performed according to the assignment of:     المراجعة والتدقيق تمّا بناء على تكليف من :

based on information provided by them and under their responsibility.     واعتماداً على المعلومات المقدمة منهم وتحت مسؤوليتهم.

Name: BINLADIN, GHALEB MOHAMMAD
AUTHORIZING : ENG. BAKR M. BINLADIN
A/C #: MUD/20326

Address: MR. FAYEZ RABAA - P.O. BOX 15468
Date: 10/04/97

City: JEDDAH 21444     Country: SAUDI ARABIA     Page: 1

| DATE التاريخ | DESCRIPTION البيان | DEBITS U.S.$ مدين | CREDITS U.S.$ دائن | BALANCE U.S.$ الرصيد |
|---|---|---|---|---|
| 31/12/95 | BALANCE BROUGHT FORWARD | | | 1,086,879.45(C) |
| 01/01/96 | PROFIT 1995 SHIFTED TO MUDARABA | | 81,515.96 | 1,168,395.41(C) |
| 01/06/96 | SHIFTED FROM CURRENT ACCOUNT TO MUDARABA | | 1,000,000.00 | 2,168,395.41(C) |
| 31/12/96 | CLOSING BALANCE 1996 | | | 2,168,395.41(C) |
| 01/01/97 | PROFIT 1996 SHIFTED TO MUDARABA | | 135,111.65 | 2,303,507.06(C) |

- The dates shown above are the Mudaraba starting dates and not the dates of receipt of the funds transferred. This was according to the Mudaraba conditions accepted by you.

التواريخ المذكورة أعلاه هي تواريخ بداية المضاربات وليست تواريخ إستلام المبالغ. وهي توافق ما جاء في شروط المضاربة التي وافقتم عليها.

- Please examine the above details and sign and date the copy and mail it to us in the enclosed envelope.

الرجاء فحص الكشف أعلاه والتوقيع على الصورة المرفقة وإعادتها إلينا بالبريد في الظرف المرفق.

If your payments were made by check, please note that such amounts are valid only subject to their collection by Bank Al Taqwa Ltd. Bahamas

المبالغ التي تدفع بواسطة شيكات حسب ومشروطة بتحصيلها.

Verified by: _[signature]_

Seal _[seal impression]_

ASH013462




# AL TAQWA MANAGEMENT ORGANIZATION

Service Company incorporated according to Swiss Law
Viale S. Franscini 22, CH 6900 Lugano, SWITZERLAND
Phone: 091/9231066 • Telex 844197 TMO CH • Fax: 091/9237967

## AUDIT VERIFICATION OF

| | | |
|---|---|---|
| MUDARABA ACCOUNT WITH | BANK AL TAQWA Ltd. BAHAMAS | مراجعة حساب مضاربة مع |
| Performed according to the assignment of: | Bank Al Taqwa Ltd. Bahamas | المراجعة والتدقيق تما جاء على تكليف من : |
| based on information provided by them and under their responsibility. | | واعتماداً على المعلومات المقدمة منهم وتحت مسؤوليتهم. |

Name: BINLADIN, GHALEB MOHAMMAD  
AUTHORIZING : ENG. BAKR M. BINLADIN  
Address: MR. FAYEZ RABAA - P.O.BOX 15468  
City: JEDDAH 21444   Country: SAUDI ARABIA

A/C #: MUD/20326  
Date: 31/08/96  
Page: 1

| DATE التاريخ | DESCRIPTION البيان | DEBITS U.S.$ مدين | CREDITS U.S.$ دائن | BALANCE U.S.$ الرصيد |
|---|---|---|---|---|
| 31/12/95 | BALANCE BROUGHT FORWARD | | | 1,086,879.45(C) |
| 01/01/96 | PROFIT 1995 SHIFTED TO MUDARABA | | 81,515.96 | 1,168,395.41(C) |
| 01/06/96 | SHIFTED FROM CURRENT ACCOUNT TO MUDARABA | | 1,000,000.00 | 2,168,395.41(C) |

- The dates shown above are the Mudaraba starting dates and not the dates of receipt of the funds transferred. This was according to the Mudaraba conditions accepted by you.

التواريخ المذكورة أعلاه هي تواريخ بداية المضاربات وليست تواريخ إستلام المبالغ. وهي توافق ما جاء في شروط المضاربة التي والفتم عليها.

- Please examine the above details and sign and date the copy and mail it to us in the enclosed envelope.

الرجاء فحص الكشف أعلاه والتوقيع على الصورة المرفقة وإعادتها إلينا بالبريد في الظرف المرفق.

If your payments were made by check, please note that such amounts are valid only subject to their collection by Bank Al Taqwa Ltd. Bahamas

المبالغ التي تدفع بواسطة شيكات حسب وشروط بحصيلها.

Verified by: _____   Seal 

ASH013463

10. JAN. 2000

 

# AL TAQWA MANAGEMENT ORGANIZATION  "GMB 5A"

Service Company incorporated according to the Swiss Law
Viale S. Franscini 22, CH 6900 Lugano, SWITZERLAND
Phone: 091/231065 • Telex: 844197 TMO CH • Fax: 091/237967

## AUDIT VERIFICATION OF

H

| MUDARABA ACCOUNT WITH | BANK AL TAQWA Ltd. BAHAMAS | مراجعة حساب مضاربة مع |

Performed according to the assignment of: Bank Al Taqwa Ltd. Bahamas

المراجعة والتدقيق تمّا بناء على تكليف من:

based on information provided by them and under their responsibility.

واعتماداً على المعلومات المقدمة منهم وتحت مسؤوليتهم.

Name: BINLADIN, GHALEB MOHAMMAD          A/C #: MUD/20326

Address: MR. FAYEZ RABAA - P.O. BOX 15468     Date: 19/04/96

City: JEDDAH 21444     Country: SAUDI ARABIA     Page: 1

| DATE<br>التاريخ | DESCRIPTION<br>البيان | DEBITS<br>مدين U.S.$ | CREDITS<br>دائن U.S.$ | BALANCE<br>الرصيد U.S.$ |
|---|---|---|---|---|
| 31/12/94 | BALANCE BROUGHT FORWARD | | | 1,006,369.86(C) |
| 01/01/95 | PROFIT  1994 SHIFTED TO MUDARABA | | 80,509.59 | 1,086,879.45(C) |
| 31/12/95 | CLOSING BALANCE 1995 | | | 1,086,879.45(C) |
| 01/01/96 | PROFIT  1995 SHIFTED TO MUDARABA | | 81,515.96 | 1,168,395.41(C) |

- The dates shown above are the Mudaraba starting dates and not the dates of receipt of the funds transferred. This was according to the Mudaraba conditions accepted by you.

التواريخ المذكورة أعلاه هي تواريخ بداية المضاربات وليست تواريخ استلام المبالغ. وهي توافق ما جاء في شروط المضاربة التي وافقتم عليها.

- Please examine the above details and sign and date the copy and mail it to us in the enclosed envelope.

الرجاء فحص الكشف أعلاه والتوقيع على الصورة المرفقة وإعادتها إلينا بالبريد في الظرف المرفق.

If your payments were made by check, please note that such amounts are valid only subject to their collection by Bank Al Taqwa Ltd. Bahamas

المبالغ التي تدفع بواسطة شيكات حسّت ومشروطة بتحصيلها.

Verified by:

[signature]

[Seal: AL TAQWA]

ASH013464

FREE TRANSLATION OF THE EXTRACT FROM THE OFFICE OF COMMERCE'S REGISTRAR
AL TAQWA MANAGEMENT ORGANIZATION SA

Administrative services, accounting and secretary, financial, commercial and public relation services, including also the consulting in general, the publicity and circulation of publications, as well as trust services, the study and fulfillment of investment, industrial, financial, real estates, commercial structures as well as feasibility studies of such projects, moreover the management of industries, the administration and management of real estates funds and properties or real estates for clients, according to the particular Islamic law as well as the traditional Occidental law; the mediation in transports, international commerce, especially commerce of raw materials, currencies and shares, the assistance in any business activity in favor of persons, companies, organizations, or groups near or bound to the shareholders of the company, the development and promotion of business relations between Islamic and Western financial Institutions. Preparation of contracts with financial Institutions in name and on behalf of Islamic Financial institutions. It is excluded the sale and purchase of Swiss real estates if not exclusively meant to cover the own needs of the Company; performing internal auditing of accounts and documentation for companies linked to Company's Shareholders and/or for financial Institutions; including off-shore; trust services including assorting, classification, storing data, computer's accounting software and documentation.

ASH013465

# Registro di Commercio di Lugano - Registro principale

| No. d'ordine | Natura giuridica | | Iscrizione | Radiazione | Riporto |
|---|---|---|---|---|---|
| CH-514.3.004.586-1 | Società anonima | | 27.07.1988 | | dal: 514.3.004.586-1/a a: 3/8833 |

Tutte le iscrizioni

| Is | Ra | Ragione sociale | | Rif | Sede |
|---|---|---|---|---|---|
| 1 | | Al Taqwa Management Organization SA | | 1 | Lugano |

| Rif | capitale nomi. (CHF) | liberato per (CHF) | suddiviso in azioni | Rif | Recapito |
|---|---|---|---|---|---|
| 1 | 100'000.-- | 100'000.-- | 1'000 azioni al portatore da CHF 100.-- | 1 | Viale St. Franscini 22 6900 Lugano |
| Rif | capitale part. (CHF) | liberato per (CHF) | buoni di partecipazione | | |

| Is | Ra | Scopo | Rif |
|---|---|---|---|
| 1 | | La prestazione di servizi amministrativi, contabili e di segretariato, finanziari, commerciali e di pubbliche relazioni ivi comprese la consulenza in generale, la pubblicità e la diffusione di pubblicazioni, nonché dei servizi fiduciari, specialmente lo studio e l'attuazione di strutture di investimento, industriali, finanziarie, immobiliari, commerciali, come pure lo studio di fattibilità di tali progetti, nonché la conduzione di industrie, l'amministrazione e la gestione di fondi e patrimoni sia immobiliari che immobiliari per conto di terzi, e ciò sia secondo le particolari norme islamiche che secondo le norme tradizionali occidentali, l'intermediazione dei trasporti nonché nel commercio internazionale, specialmente nel commercio di materie prime e di divise, di titoli come pure l'assistenza in qualsiasi attività d'affari a favore di persone, società, enti o gruppi vicini o legati agli azionisti della società, lo sviluppo ed il promovimento di relazioni d'affari tra gli istituti finanziari islamici ed occidentali; la preparazione e l'allestimento di contratti con istituti finanziari a nome e per conto di istituti finanziari islamici. E' esclusa la compra-vendita di immobili in Svizzera che non sia esclusivamente destinata a coprire le necessità proprie della società; realizzazione di revisioni contabili interne e documentazioni per società collegate ad azionisti e/o per Istituzioni Finanziarie: off-shore incluse; servizi fiduciari comprendenti ottimizzazione, classificazione, memorizzazione dati e software contabile per computer nonché documentazioni. | |

| Is | Ra | Osservazioni |
|---|---|---|

| | | | Rif | Data degli statuti |
|---|---|---|---|---|
| | | | 1 | 15.07.1993 |
| | | | 1 | 21.07.1988 |

| Is | Ra | Conferimenti, assunzioni, vantaggi speciali, buoni di godimento | Rif | Organi di pubblicità |
|---|---|---|---|---|
| | | | 1 | FUSC |

| Is | Ra | Succursali | Is | Ra | Succursali | Is | Ra | Succursali | Is | Ra | Succursali |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Se | Rif | No. giorn. | data giorn. | FUSC | data FUSC | pag. | Se | Rif | No. giorn. | data giorn. | FUSC | data FUSC | pag. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JB | 0 | | (omissione) | | (omissione) | | | | | | | | |
| | 1 | 2832 | 20.07.1993 | 149 | 4.08.1993 | 4089 | | | | | | | |
| TM | 2 | 5739 | 26.08.1997 | 171 | 8.09.1997 | 6611 | | | | | | | |

| Isc | Mod | Rad | Dati personali | Funzione | Modalità di firma |
|---|---|---|---|---|---|
| 1 | | | Mansour, Mohamed, da Greifensee, in Zurigo | presidente | firma collettiva a due |
| 1 | | | Himmat, Ali Ghaleb, cittadino italiano, in Campione d'Italia | membro | firma collettiva a due |
| 1 | | | Huber, Albert Friedrich Armand, da Mettmenstetten, in Muri bei Bern | membro | firma collettiva a due |
| 1 | | | Mansour Fattouh, Zeinab, da Greifensee, in Zurigo | membro | firma collettiva a due |
| 1 | | | Nada, Youssef, cittadino italiano, in Campione d'Italia | membro | firma collettiva a due |
| 2 | | | Pidirevisa SA, in Lugano | ufficio di revisione | |

ASH013466






To Messers **Al Taqwa Management Organization,**
Viale Stefano Franscini 22, CH 6900 Lugano/Switzerland • Tel: 091 231066 • Fax: 091 237967 • Telex: 844 197 TMO CH

Peace be upon you

Since your organization is performing among its activities, verification and auditing the accounts of Bank Al Taqwa Ltd., Bahamas, such verification and auditing needs information regarding the relationship between the bank and its clients as well as remittances, withdrawals, mudaraba, and shares...etc.

We herewith inform you that we signed today the below mentioned application form on which you can rely for your performance. We also confirm our knowledge and acceptance of the fact that the banking relationship as well as the financial responsibilities, soliciting funds as well as responding to it is between us and Bank Al Taqwa LTD., Bahamas and not between us and you and this is to ensure your conformity to the Swiss law requirements.

### Information Extracted From Application Form

NOTE: Please write in CAPITAL LETTERS and as it is written on your passport or I.D. card, sign it and send it together with a copy of the transferring Bank's receipts.

Name: ............................................................ Family: ............................................................
Date of Birth: ............................. Place of Birth: ............................. Nationality: .............................
Current address: ...................................................................................................................
Residence Phone: ............................. Office Phone: ............................. Telex/Fax: .............................
Permanent address: ...............................................................................................................
Residence Phone: ............................. Office Phone ............................. Telex/Fax: .............................
Occupation: ..........................................................................................................................
I, the above mentioned, transferred by telex dated ..../..../19.... through Bank: .............................
City: ........................................................ an amount of US Dollars ........................ Amounts must be received in full. Transfer fees should be paid by transferor separately. The transfer was quoted with the following text:
TO THE ACCOUNT OF BANK AL TAQWA, Ltd.-Bahamas with:

**N.B.**
Keep the name of the bank through which the transfer was done to the account of Bank Al Taqwa, Ltd.-Bahamas and remove the others.

N.B. Fill your choice from the below mentioned cases and strike out the others.
**Reason of the transfer:**
1) The full value of _____ Preference Shares of BANK AL TAQWA, LTD.-Bahamas
2) The full value of _____ Preference Redeemable Shares of BANK AL TAQWA, LTD.-Bahamas.
3) Value of One third of _____ Preference Shares of BANK AL TAQWA, LTD.-Bahamas.
   And I commit myself to remit the remaining two thirds at the dates fixed by the bank.
4) For opening Mudaraba account with BANK AL TAQWA, LTD.-Bahamas.

**Authorizations:**
1) I neither authorized nor joined any one in the account.
2) The account is joint between me and ........................................ equally, born on ..../..../19.... in (country) .........................
   and it is the right of any of us to use the account and its funds individually as
   if he is its sole owner without any responsibility to Bank Al Taqwa Ltd.-Bahamas.   Signature of the Joint Person .........................
3) I authorize ........................................ born in (country) ................ on ..../..../19.... to sign orders for all what concerns this
   account including remittances, withdrawals, etc. without any responsibility to BANK AL TAQWA, Ltd.-Bahamas.
   Signature of authorized person ...........................................................

**Drafts and cheques**
Normally bank drafts as well as personal cheques indicating: (pay to order BANK AL TAQWA, Ltd.-Bahamas) are acceptable, and should be mailed registered with the signed forms but in this case 10 US-Dollars collection fee must be added. Acceptance of drafts and cheques is subject to their collection.
If this is your case please indicate the draft or cheque number .................... date ..../..../19.... drawn on Bank .............................
City: ......................................................................................................................................
"I read the Bank's Articles of Association as well as the general information and its Mudaraba conditions, mentioned on the back side, and I herewith confirm my acceptance to them.

Date: ............................................. Signature: .............................................

ASH012467

# General information about
## Bank Al Taqwa Limited Bahamas
10 Deveaux Street, P.O. Box N-4877, Nassau/Bahamas
Authorized Capital US-Dollar 50 Million divided into half Million shares.
Paid Up Capital US-Dollars 22 Million.

A) Ordinary Shares: permitting attendance and voting at the General Assembly
B) Preference Shares:
   1) do not permit attendance or voting at the General Assembly;
   2) subscriber can elect to pay in full at once, or by 3 equal installments with 6 months interval. The first installment should be paid immediately.
C) Redeemable Preference Non-voting Shares: paid in full and in advance. The redemption value of the shares is scheduled over five years.

Starting from 2/3/93, until further notice, the new sales price for the shares of US $100 nominal value is US Dollars 140. The Bank possesses Shares for the sale with this value.

Bank Al Taqwa opens Mudaraba accounts for the clients whether shareholders or not. The minimum for Mudaraba account is 1000 US-Dollars.

## Conditions governing Islamic Mudaraba with Bank Al Taqwa Ltd.

1. The Bank opens Mudaraba Accounts for those who apply for it. Each account should not be less than 1,000 (one thousand) U.S. Dollars.
2. As pre conditions to open Mudaraba account:
   A—Bank Al Taqwa Ltd. should receive the Mudaraba funds.
   B—The filled and signed application forms should be received from those who want to open accounts.
3. Investment of Mudaraba Funds starts at the beginning of the next Gregorian month following the receipt of funds and signed forms as mentioned in No. 2 A. and B.
4. The Bank shall have the right to invest funds of Mudaraba accounts in accordance with Islamic Mudaraba (Qiradh) rules, in the fields, types and places and with methods and means left to the discretion of the Bank and in accordance with the decisions of its Management without interference or conditions on the part of the funds owner. The Bank shall have the right to gather Mudaraba accounts into a single portfolio or into several portfolios subject to the discretion of the Bank.
5. The Mudaraba account is a running account, and if "The Funds Owner" wishes to totally or partially wind up his account, he must inform the Bank (The Mudareb) of his intentions in writing at least a year prior to the closing date. In contingencies, the Bank's Management could allow the fund's owner to draw sums from his account, irrespective of prior notice, when giving convincing reasons. In this case no profits or losses will be calculated for the withdrawn amounts from the beginning of the Georgian year on which the amount was withdrawn, until the date of withdrawal.
6. The Bank shall have the right to combine some of its funds to the Mudaraba portfolios to exploit them together, on the understanding that the Bank's funds added to such a portfolio will be treated as other Mudaraba funds.
7. The Mudaraba account holder's receipt of his account's balance and profits shall be considered an exoneration on his part of the Bank and the other Mudaraba funds owners from liability concerning reserve balances accruing from the investment portfolio that is based on "estimated evaluation" in a continuous Mudaraba.
8. The Mudaraba account is personal and shall not be ceded to a third party without the Bank's approval.
9. The Bank shall guarantee the Mudaraba funds only when it contravenes the conditions of Mudaraba or in cases of losses resulting from intentional negligence, but otherwise the losses which may be incurred shall be borne by the owners of Mudaraba accounts.
10. After deduction of Mudaraba expenses, the holder of the Mudaraba account shall have the right to earn three quarters of the net profits (75%); the Bank shall have the right to a quarter thereof (25%).
11. Since the closing of final accounts and balance sheets are done once yearly at 31st December accordingly profit and losses of Mudaraba accounts will be added or deducted. Mudaraba with the Capital as well as with the profit will continue on rolling except in case the bank receives instructions to direct the profit or to remit them in current account, at least 3 months prior to the end of the financial year.
12. Profits and losses shall be calculated at the end of each Gregorian year, regardless of the time of its remittance. The distribution of the profit will not take place before auditing the Balance sheet and the Consolidated Financial Statements at the end of the year, and its approval by both the Islamic Legal Control Committee and the General Assembly.
13. In the event of a litigation concerning the implementation of the contract, the owner of the funds and the Bank shall have agreed herewith to refer such a dispute to the Bank's Islamic Legal Control Committee to be determined in accordance with Islamic Sharia rules within 60 days. The Body's majority decision shall be binding on both the Bank and funds owner. May God grant us  success.



"GMB 3"

**BANK AL-TAQWA**
Limited
10, Deveaux Street - P.O. Box N-4877  Nassau - Bahamas



بنك التقوى
المحدود
البهاما

Date:  June 9, 1997
Our ref.:  0609-20326/1997-YN/cp
Your ref.:

ENG.
GHALIB M. BINLADIN
P.O. BOX 15468
JEDDAH 21444 / SAUDI ARABIA

Ref.: Your Mudaraba Account # 20326.

Dear Eng. Binladin,

Assalamu Alaikum wa Rahmatullah wa Barakatuhu.

We received your letter dated 05/06/1997 reference # FR055/97 transferred to us through Al Taqwa Management Organization, text of which was much appreciated.

Although we would like to keep continuous touch with our precious clients nonetheless we have also to respect your wish to close your Mudaraba Account.

As you know the Mudaraba conditions, which you signed requires one Gregorian year notice starting first January for winding up Mudaraba.

Accordingly we consider your above mentioned letter as regular notice for ending Mudaraba.

We remain

Yours Faithfully,
BANK AL TAQWA Ltd.
Ghaleb Himmat

Enclosure:  1) Photocopy of Mudaraba form and conditions signed by you and received on November 30, 1993.
2) Photocopy of Mudaraba form and conditions signed by you on May '0 1996.
3) Amount and schedule of your Mudaraba winding up.

ASH013469

بِسْمِ اللهِ الرَّحْمٰنِ الرَّحِيْمِ   "GMB 2"



غالب محمد بن لادن

Date: 05.06.1997
Our Ref. FR055/97

AL-TAQWA MANAGEMENT ORGANIZATION
Viale S. Franscini 22,
CH 6900 Lugano,
SWITZERLAND.

FAX # 41-91-9237967

Attn.  Mr. Ali Ghalib Hammat.

SUB.  ACCOUNT # CA 20326 & MUD 20326.

Dear Mr. Hammat,

Please find attached herewith verification reports of above mentioned accounts duly signed by me.

I hereby request you to wire transfer total balance of both accounts (principle + interest) to my below mentioned account and close my accounts with you accordingly, under advise to me.

| | |
|---|---|
| BENEFICIARY NAME | : GHALIB M. BINLADIN |
| US$ ACCOUNT # | : 021262-002-30 |
| BANK ADDRESS | : ALBANK ALSAUDI ALFRANSI |
| | UNIVERSITY (JAMEA) BRANCH, |
| | JEDDAH - SAUDI ARABIA. |
| | FAX # 00-966-2-681 0060 |
| | TEL # 00-966-2-689 2688 |
| ATTENTION | : MR. ABDULLAH ALGHAMDI |
| VALUE DATE | : At First Maturity. |

I really appreciate your keen interest, performance and best services provided during past years.  This closer is only due to our local business engagement and I am quite confident that our business relation will remains.

Your usual fine cooperation will be remembered all the time.

With my best regards,

*(signature)*

GHALIB M. BINLADIN

ASH013470

"GMB 1 D"



# AL TAQWA MANAGEMENT ORGANIZATION
Service Company incorporated according to Swiss Law
Viale S. Franscini 22, CH 6900 Lugano, SWITZERLAND
Phone: 091/9231066 · Telex 844197 TMO CH · Fax: 091/9237967

### AUDIT VERIFICATION OF

**CURRENT ACCOUNT WITH**  **BANK AL TAQWA Ltd. BAHAMAS**  مراجعة حساب جاري مع

Performed according to the assignment of: Bank Al Taqwa Ltd. Bahamas  المراجعة والتدقيق تمّا بناء على تكليف من :

based on information provided by them and under their responsibility.  واعتماداً على المعلومات المقدمة منهم وتحت مسؤوليتهم.

Name: BINLADIN, GHALEB MOHAMMAD          A/C #: CA/20326

Address: MR. FAYEZ RABAA - P.O. BOX 15468    Date: 19/04/96

City: JEDDAH 21444       Country: SAUDI ARABIA       Page: 1

| DATE<br>التاريخ | DESCRIPTION<br>البيان | DEBITS<br>U.S.$ مدين | CREDITS<br>U.S.$ دائن | BALANCE<br>U.S.$ الرصيد |
|---|---|---|---|---|
| 31/12/94 | BALANCE BROUGHT FORWARD | | | 0.00 |
| 01/01/95 | PROFIT  1994 SHIFTED TO CURRENT ACCOUNT | | 80,509.59 | 80,509.59(C) |
| 01/01/95 | PROFIT  1994 SHIFTED TO MUDARABA | 80,509.59 | | 0.00 |
| 31/12/95 | CLOSING BALANCE 1995 | | | 0.00 |
| 01/01/96 | PROFIT  1995 SHIFTED TO CURRENT ACCOUNT | | 81,515.96 | 81,515.96(C) |
| 01/01/96 | PROFIT  1995 SHIFTED TO MUDARABA | 81,515.96 | | 0.00 |

- The above account represents all movements of funds between you and **Bank Al Taqwa Ltd. Bahamas**
and the details of which are found in the following verification pages.

Please examine each of them and sign and date the copies including the copy of this account and return them by mail to us in the enclosed envelope.

الرجاء فحص كل الكشوفات والتوقيع على الصور كلها بما فيها صورة هذا الكشف وإعادتها إلينا في الظرف المرفق.

If your payments were made by check, please note that such amounts are valid only subject to their collection by **Bank Al Taqwa Ltd. Bahamas**
المبالغ التي تدفع بواسطة شيكات تحسب ومشروطة بتحصيلها.

Verified by:



ASH013471

"GMB 1 C"




# AL TAQWA MANAGEMENT ORGANIZATION

Service Company incorporated according to Swiss Law
Viale S. Franscini 22, CH 6900 Lugano, SWITZERLAND
Phone: 091/9231066 - Telex 844197 TMO CH - Fax: 091/9237967

## AUDIT VERIFICATION OF

| CURRENT ACCOUNT WITH | BANK AL TAQWA Ltd. BAHAMAS | مراجعة حساب جاري مع |

Performed according to the assignment of: Bank Al Taqwa Ltd. Bahamas
based on information provided by them and under their responsibility.

المراجعة والتدقيق تما بناء على تكليف من:
واعتماداً على المعلومات المقدمة منهم وتحت مسؤوليتهم.

Name: BINLADIN, GHALEB MOHAMMAD
AUTHORIZING: ENG. BAKR M. BINLADIN
Address: MR. FAYEZ RABAA - P.O. BOX 15468
City: JEDDAH 21444            Country: SAUDI ARABIA

A/C #: CA/20326
Date: 31/08/96
Page: 1

| DATE<br>التاريخ | DESCRIPTION<br>البيان | DEBITS<br>U.S.$ مدين | CREDITS<br>U.S.$ دائن | BALANCE<br>U.S.$ الرصيد |
|---|---|---|---|---|
| 31/12/95 | BALANCE BROUGHT FORWARD | | | 0.00 |
| 01/01/96 | PROFIT   1995 SHIFTED TO CURRENT ACCOUNT | | 81,515.96 | 81,515.96(C) |
| 01/01/96 | PROFIT   1995 SHIFTED TO MUDARABA | 81,515.96 | | 0.00 |
| 29/05/96 | AMOUNT RECEIVED THROUGH PARIBAS | | 1,000,000.00 | 1,000,000.00(C) |
| 01/06/96 | SHIFTED FROM CURRENT ACCOUNT TO MUDARABA | 1,000,000.00 | | 0.00 |

The above account represents all movements of funds between you and Bank Al Taqwa Ltd. Bahamas and the details of which are found in the following verification pages.

الحساب المبين أعلاه يمثل كل الحركة يتحكم وبين
وتفاصيل هذه الحركة مبينة في الكشوفات اللاحقة

Please examine each of them and sign and date the copies including the copy of this account and return them by mail to us in the enclosed envelope.

الرجاء فحص كل الكشوفات والتوقيع على الصور كلها بما فيها صورة هذا الكشف وإعادتها إلينا في الظرف المرفق.

If your payments were made by check, please note that such amounts are valid only subject to their collection by Bank Al Taqwa Ltd. Bahamas

المبالغ التي تدفع بواسطة شيكات حسب ومشروطة بتحصيلها.

Verified by:



Seal

ASH013472

10. JAN. 2000 16:58   LENZ & STAEHELIN +4122 3187123   N°1147   P. 7/17

"GMB  1  B"



# AL TAQWA MANAGEMENT ORGANIZATION
Service Company incorporated according to Swiss Law
Viale S. Franscini 22, CH 6900 Lugano, SWITZERLAND
Phone: 091/9231066 • Fax: 091/9237967

AUDIT VERIFICATION OF

**CURRENT ACCOUNT WITH**   BANK AL TAQWA Ltd. BAHAMAS   مراجعة حساب جاري مع

Bank Al Taqwa Ltd. Bahamas

Performed according to the assignment of:   المراجعة والتدقيق تما بناء على تكليف من:

based on information provided by them and under their responsibility.   واعتماداً على المعلومات المقدمة منهم وتحت مسؤوليتهم.

Name: BINLADIN, GHALEB MOHAMMAD   A/C #: CA/20326
AUTHORIZING: ENG. BAKR M. BINLADIN
Address: MR. FAYEZ RABAA - P.O. BOX 15468   Date: 10/04/97
City: JEDDAH 21444   Country: SAUDI ARABIA   Page: 1

| DATE التاريخ | DESCRIPTION البيان | DEBITS U.S.$ مدين | CREDITS U.S.$ دائن | BALANCE U.S.$ الرصيد |
|---|---|---|---|---|
| 31/12/95 | BALANCE BROUGHT FORWARD | | | 0.00 |
| 01/01/96 | PROFIT 1995 SHIFTED TO CURRENT ACCOUNT | | 81,515.96 | 81,515.96 (C) |
| 01/01/96 | PROFIT 1995 SHIFTED TO MUDARABA | 81,515.96 | | 0.00 |
| 29/05/96 | AMOUNT RECEIVED THROUGH PARIBAS | | 1,000,000.00 | 1,000,000.00 (C) |
| 01/06/96 | SHIFTED FROM CURRENT ACCOUNT TO MUDARABA | 1,000,000.00 | | 0.00 |
| 31/12/96 | CLOSING BALANCE 1996 | | | 0.00 |
| 01/01/97 | PROFIT 1996 SHIFTED TO CURRENT ACCOUNT | | 135,111.65 | 135,111.65 (C) |
| 01/01/97 | PROFIT 1996 SHIFTED TO MUDARABA | 135,111.65 | | 0.00 |

الحساب المبين أعلاه
- The above account represents all movements of funds between you and   Bank Al Taqwa Ltd. Bahamas   يمثل كل الحركة بينكم وبين
and the details of which are found in the following verification pages.   وتفاصيل هذه الحركة مبينة في الكشوفات اللاحقة

Please examine each of them and sign and date the copies including the copy of this account and return them by mail to us in the
enclosed envelope.   الرجاء فحص كل الكشوفات والتوقيع على الصور كلها بما فيها صورة هذا الكشف وإعادتها إليّ في الظرف المرفق.

If your payments were made by check, please note that such amounts are valid only subject to their collection by   Bank Al Taqwa Ltd. Bahamas
المبالغ التي تدفع بواسطة شيكات صحّت ومشروطة بتحصيلها.

Verified by:

Seal


ASH013473

"GMB 1 A"

 

# AL TAQWA MANAGEMENT ORGANIZATION

Service Company incorporated according to Swiss Law
Viale S. Franscini 22, CH 6900 Lugano, SWITZERLAND
Phone: 091/9231066 • Fax: 091/9237967

## AUDIT VERIFICATION OF

**CURRENT ACCOUNT WITH** BANK AL TAQWA Ltd. BAHAMAS   مراجعة حساب جاري مع

Bank Al Taqwa Ltd. Bahamas

Performed according to the assignment of:   المراجعة والتدقيق قنا بناء على تكليف من:

based on information provided by them and under their responsibility.   واعتماداً على المعلومات المقدمة منهم وتحت مسؤوليتهم.

Name: BINLADIN, GHALEB MOHAMMAD
AUTHORIZING : ENG. BAKR M. BINLADIN

A/C #: CA/20326

Address: MR.FAYEZ RABAA - P.O.BOX 15468

Date: 31/03/98

City: JEDDAH 21444     Country: SAUDI ARABIA     Page: 1

| DATE<br>التاريخ | DESCRIPTION<br>البيان | DEBITS<br>U.S.$ مدين | CREDITS<br>U.S.$ دائن | BALANCE<br>U.S.$ الرصيد |
|---|---|---|---|---|
| 31/12/96 | BALANCE BROUGHT FORWARD | | | 0.00 |
| 01/01/97 | 1996 PROFIT DECLARED ON 30/03/1997 SHIFTED TO CURRENT ACCOUNT | | 135,111.65 | 135,111.65(C) |
| 01/01/97 | 1996 PROFIT DECLARED ON 30/03/1997 SHIFTED TO MUDARABA | 135,111.65 | | 0.00 |
| 31/12/97 | CLOSING BALANCE 1997 | | | 0.00 |
| 01/01/98 | 1997 PROFIT DECLARED ON 01/03/1998 SHIFTED TO CURRENT ACCOUNT | | 170,459.52 | 170,459.52(C) |
| 01/01/98 | 1997 PROFIT DECLARED ON 01/03/1998 SHIFTED TO MUDARABA | 170,459.52 | | 0.00 |

- The above account represents all movements of funds between you and and the details of which are found in the following verification pages.

Bank Al Taqwa Ltd. Bahamas   الحساب المبين أعلاه يمثل كل الحركة بينكم وبين
وتفاصيل هذه الحركة مبينة في الكشوفات اللاحقة

Please examine each of them and sign and date the copies including the copy of this account and return them by mail to us in the enclosed envelope.

الرجاء فحص كل الكشوفات والتوقيع على الصور كلها بما فيها صورة هذا الكشف وإعادتها إلينا في الظرف المرفق.

If your payments were made by check, please note that such amounts are valid only subject to their collection by Bank Al Taqwa Ltd. Bahamas

المبالغ التي تدفع بواسطة شيكات حسب وبشروط بتحصيلها.

Verified by:

ASH013474