UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)<br>ECF Case |

### AFFIRMATION OF ROBERT T. HAEFELE TRANSMITTING DOCUMENTS AND EVIDENCE IN OPPOSITION TO THE RENEWED MOTION TO DISMISS OF THE SAUDI BINLADIN GROUP

Robert T. Haefele, Esq., affirms as follows:

1. I am an attorney admitted to practice *pro hac vice* in the above-captioned matter, and associated with the law firm Motley Rice LLC. I submit this Affirmation to transmit to the Court the following documents and evidence submitted in Opposition to the Renewed Motion to Dismiss of Saudi Binladin Group.

2. Exhibit "A" to this Affirmation is Plaintiffs' Factual Averment Supporting Plaintiffs' Theories of General Jurisdiction as to Saudi Binladin Group, and with the accompanying Attorney Declaration identifying and attaching thereto true and correct copies of Exhibits 1 through 34.

3. Affirmed in Mount Pleasant, South Carolina, on November 18, 2010.

_____
Robert T. Haefele, Esquire