# EXHIBIT

# 2

AMENDED ARTICLES OF INCORPORATION
OF
CALDWELL CORPORATION
CHANGING ITS NAME TO:
SHG (USA), INC.

APPROVED AND RECEIVED FOR RECORD BY THE STATE DEPARTMENT OF ASSESSMENTS AND TAXATION OF MARYLAND JUNE 30, 1993 AT 10:21 O'CLOCK A.M. AS IN CONFORMING WITH LAW AND ORDERED RECORDED.

| ORGANIZATION AND CAPITALIZATION FEE PAID | RECORDING FEE PAID | SPECIAL FEE PAID |
|---|---|---|
| $ | $ 20.00 | $ |

03670259

IT IS HEREBY CERTIFIED, THAT THE WITHIN INSTRUMENT, TOGETHER WITH ALL INDORSEMENTS THEREON, HAS BEEN RECEIVED, APPROVED AND RECORDED BY THE STATE DEPARTMENT OF ASSESSMENTS AND TAXATION OF MARYLAND.

RETURN TO:
THE PRENTICE-HALL CORPORATION
SYSTEM, MARYLAND
11 E. CHASE ST.
BALTIMORE          MD 21202

A 426947

SBG0002436