# EXHIBIT 6

SUNTRUST BANK, MIDATLANTIC
P.O. BOX 3833
CENTRAL WIRE FACILITY
ORLANDO, FL 32897



# SUNTRUST

SBG USA INC OPERATING
C/O PHILIP J GRIFFIN, RESIDENT AGEN
14530 WOODCREST DR
ROCKVILLE MD 20853-2370

PAGE    1

ACCOUNT NUMBER    018                    DATE 11/16/2000

**ADVICE OF WIRE TRANSFER DEBIT(S)**

TRANSACTION NUMBER 001116-006584        AMOUNT                  $913.42
SENT VIA FEDERAL RESERVE
         SENDING BANK:                  CREDIT PARTY:
       6963                          0021
CRESTAR BANK                         CHASE MANHATTAN BANK N A
ROCK CREEK VILLAGE                   NEW YORK, NY
CMD 6963                                BENEFICIARY BANK:
                                     NATL COMM BANK MAIN BR JEDDAH SAUDI
                                     ARABIA
                                                BENEFICIARY:
                                              0104
                                     SAUDI BINLADIN GROUP

PLEASE RETAIN THIS ADVICE. IT IS YOUR PERMANENT RECORD OF THIS TRANSACTION.
YOU MUST SUPPLY THE TRANSACTION SEQUENCE NUMBER WHEN MAKING AN INQUIRY.

DIRECT INQUIRIES TO ABOVE ADDRESS OR CALL (800) 947-3786.