# EXHIBIT

# 7

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE:  TERRORIST ATTACKS ON SEPTEMBER 11, 2001

                              03-MDL-1570 (GBD) (FM)

—————————————————————

BURNETT, ET AL.,

          Plaintiffs,

v.                            03-CV-5738 (GBD) (FM)

AL BARAKA INVESTMENT AND
DEVELOPMENT AND CORP., ET AL.,

          Defendants.
—————————————————————)

ASHTON, ET AL,

          Plaintiffs,

v.                            02-CV-6977 (GBD) (FM)

AL QAEDA ISLAMIC ARMY,

          Defendant.
—————————————————————)

          VIDEOTAPED DEPOSITION OF FUAD RIHANI
                New York, New York
             Tuesday, April 22, 2008

Reported by: CAPRICE LATHE
Job No.:   10523

1

2

3

4

5                              April 22, 2008

6                              4:58 p.m.

7

8        Videotaped deposition of FUAD RIHANI, held at

9        the United States Courthouse for the Southern

10       District of New York before the Honorable Judge

11       Frank Maas, 500 Pearl Street, Courtroom 20A,

12       New York, New York, before Caprice Lathe, a

13       Court Reporter and Notary Public within and for

14       the State of New York.

15

16

17

18

19

20

21

22

23

24

25

```
1                         F. RIHANI
2   King Abdullah that he enjoyed with King Fahd?
3        A    I really don't know.
4        Q    Sir, you have served in directorship roles
5   with various organizations, right?
6        A    Again, please.
7        Q    You have served in directorship roles in
8   various organizations, correct?
9        A    The only private company I worked for is
10  the Saudi Binladin Organization, and the Mohammed
11  Binladin Organization, and the Saudi Binladin Group.
12       Q    I am talking about other organizations
13  that you were not employed by, but you served in
14  directorship roles.
15       A    I taught at the North Carolina State
16  University.  I worked for the North Carolina
17  Department of Transportation.  And I worked for the
18  City of Amman in Jordan.
19       Q    What was the city, Amman?
20       A    The capital city, Amman, A-M-M-A-N.
21       Q    Sir, are you familiar with an entity known
22  as the International Road Federation?
23       A    Yes, I do.  I am.
24       Q    The short for that is IRF?
25       A    IRF, correct.
```

1                          F. RIHANI

2    board of directors, sir?

3         A    Washington, D.C. office.

4         Q    Have you ever been a board member of the

5    IRF, sir?

6         A    No.

7         Q    When did Bakr Binladin join the board?

8         A    I would say in the mid 90's.

9         Q    And did Mr. Binladin attend the meetings

10   for the IRF?

11        A    The only meeting he attended with the IRF

12   was in Bangkok, Thailand during the world meeting of

13   the organization.

14        Q    And during his tenure as the director of

15   the IRF, has he attended in any manner, whether in

16   person or telephonically or by proxy -- in other

17   words, somebody else going in his stay -- any other

18   meetings of the IRF?

19        A    Ask the question please, again.

20        Q    Let me ask you this:  Have you ever

21   attended any of the IRF meetings in lieu of

22   Mr. Binladin?

23        A    Yes.

24        Q    And how many times has that happened, sir?

25        A    All the annual meetings since he joined.

1                        F. RIHANI

2    Alexandria, Virginia.

3         Q    Thank you for the clarification.

4              While you were on the board of the

5    IREF, you were also employed by SBG, too, correct?

6         A    Correct.

7         Q    And while you were on the board of the

8    IREF, you were serving as a representative of SBG?

9         A    No.

10        Q    Did you report the happenings or the

11   requests of the IREF to SBG, sir?

12        A    No.

13        Q    Was SBG a member of the IREF, sir?

14        A    No.

15        Q    Was SBG a member of the IRF?

16        A    Yes.

17        Q    In fact, they are a premier member of the

18   IRF, correct?

19        A    I sit on -- my proxy from Baraka Binladin

20   -- on the board of directors meetings, but I don't

21   participate in the administrative work.

22        Q    Are you familiar with the term "premier

23   membership" to IREF?

24        A    Yes.

25        Q    What is that, sir?

1                         F. RIHANI

2        A     The membership classes of IRF

3    differentiate between different classes of members

4    in terms of annual dues.  And by paying a higher

5    premium, they are entitled to attend the meetings

6    free and attend to -- certain privileges that the

7    others don't.

8        Q     What are the privileges of premier

9    membership other than the free meetings?

10       A     That's mostly it.

11       Q     Did SBG sponsor the IRF in any other

12   manner?

13       A     Not outside the -- for IRF, not outside

14   the annual dues.

15       Q     Did SBG provide any monetary support in

16   any manner to IREF?

17       A     Yes.

18       Q     And what did they provide, sir?

19       A     Contributions to the fellowship program.

20       Q     And other than the fellowship program,

21   anything else?

22       A     No.

23       Q     When you attended the meetings of the IRF,

24   you did so on behalf of Bakr Binladin as represented

25   by SBG, correct?

```
1                     F. RIHANI

2        A    Yes.

3        Q    And were a number of the meetings for the

4   Washington-based IRF in the United States, sir?

5        A    The meetings?

6        Q    Yes, sir.

7        A    The meetings could take place anywhere.

8        Q    Did any of them take place in the United

9   States?

10       A    Yes.

11       Q    And how many of them, to your

12  recollection?

13       A    The majority of them.  Savannah, Georgia.

14  Washington, D.C.  In Florida.  And, normally, the

15  IRF annual meeting, they try to make it happen at

16  the same time with other road-related exhibits or

17  conferences, and they coordinate the work and the

18  meetings with the federal highway administration and

19  with other road-related organizations.

20       Q    Why, sir, did it fall to you to go to the

21  IRF meetings instead of Mr. Binladin?

22       A    I don't know.  I think it's a matter of

23  convenience.  I'm the only -- as an American

24  citizen, I don't need a visa to enter the country.

25  And I think the difficulty of him getting away from
```

1                         F. RIHANI

2    his work.  So it was very convenient and it was very

3    tempting to me because it brought me closer to my

4    family.

5        Q    SBG was a contributor to the future funds

6    for either IRF or IREF, correct?

7        A    The future funds is only related to the

8    IREF and it is an endowment that was started several

9    years ago in which they are trying to have enough

10   money to invest and have resources to support the

11   fellowship program that they were creating.

12       Q    Given your involvement with IRF or IREF,

13   who are the other members of the organization, sir?

14       A    3M, the equipment manufacturers of the

15   United States.  Caterpillar.  Design offices.

16   Parsons Brinckerhoff.  Materials.  Manufacturers

17   like 3M, who are involved in pavement-marking and

18   signage.

19                But most of them are either

20   consultants, designers, equipment manufacturers, or

21   materials manufacturers or contractors.  These are

22   the four classes.  And most of the membership in the

23   Washington office are from the United States.  They

24   have a good contingency from South America and

25   Central America and they have a good contingency

1                          F. RIHANI

2        Q    Did you ever do any publications in it?

3        A    No.

4        Q    Were you ever an editor in either of them?

5        A    No.

6        Q    Did you ever correspond in any manner with

7   any of the other individuals that were on the Middle

8   East Policy Council regarding work that was going on

9   for the council?

10       A    No.

11       Q    Did you ever correspond similarly with

12  anybody concerning work for International Road

13  Federation?

14       A    Yes.  We communicate -- I remember

15  communicating with them.  SBG won two international

16  awards from the IRF and the presentation of the

17  awards were in Thailand, in Bangkok, and I

18  corresponded with them about the arrangements and

19  what's expected of us.

20       Q    When was that, sir?

21       A    It was three years ago, 2004.

22       Q    Where were you living at the time, sir?

23       A    I was residing in Jeddah, Saudi Arabia.

24       Q    While you were on the Middle East Policy

25  Council, were you employed by SBG, as well?

1                              F. RIHANI

2    time that my job brings me back here to the United

3    States, definitely, I feel good about it because it

4    brings me back to my family.

5        Q    And how often did you come back to the

6    United States for that job or working -- doing the

7    meetings for the IRF?

8        A    The annual meetings, in particular, always

9    brought me here where the meetings were.

10        Q    Do the Binladins ever communicate their

11    interest to you that they wish advocated at the

12    Middle East Policy Council?  Did you ever have

13    discussions with the Binladins regarding positions

14    to be advocated or espoused at the meetings of the

15    Middle East Policy Council?

16        A    Never.

17        Q    Does the SBG financially support the

18    Middle East Policy Council?

19        A    Yes.

20        Q    In what way, sir?

21        A    Contributions solicited by the council.

22        Q    Do you know financially how much?

23        A    I know that the first contribution was

24    $200,000.  And I know that was reduced to $100,000

25    in recent years, annually.

1                          F. RIHANI

2        Q     So it has in the past been $200,000

3   annually --

4        A     Yes.

5        Q     -- and recently reduced to $100,000

6   annually?

7        A     Yes.

8        Q     Do any of the Binladin family members

9   contribute separately, sir?

10        A     Do other members of the --

11        Q     Do other members of the Binladin family,

12   to your knowledge, contribute separately to the

13   Middle East Policy Council?

14        A     I don't understand the question.

15        Q     Apart from the $200,000, more recently the

16   $100,000 contribution, do the individual members of

17   the Binladin family contribute, as well, to the

18   Middle East Policy Council?

19        A     No.

20        Q     No, you don't know or no, they don't?

21        A     No, they don't.

22        Q     How do you know that, sir?

23        A     Because I am on the board of Middle East

24   Policy Council and I know where the money is coming

25   from.

```
1                    F. RIHANI

2    to me, so...

3         Q    Sir, when did your title change from the

4    title that is represented on the websites, the

5    director of research and development, to the title

6    you told us it changed to today, which is

7    consultant?

8         A    Research, it was ten years ago.

9         Q    Ten years ago, sir?

10        A    Yes.

11        Q    Other than the change in title, was there

12   any shift that happened at that time that was

13   particular to that time, sir?

14        A    No.  It is as a result of my desire to be

15   back with my family and their desire for me to

16   continue working for them on important feasibility

17   studies.  So from the time SBG was established until

18   now, my work was, in a technical term, on call

19   basis.  It is things they could not forecast in

20   advance.

21              And when the workload went down, my

22   involvement was done and I was spending more time

23   with my family in the United States.

24        Q    Over the past ten years, how much time

25   have you spent in the United States per year?
```

Page 62

```
1                        F. RIHANI

2        A     At least half of my time was in the United

3   States for different reasons.

4        Q     And have you -- is the work on the

5   feasibility study something that you are capable of

6   doing from the United States, sir?

7        A     Again, please.

8        Q     The work that you do on the feasibility

9   studies, that's something that you are able to do in

10  the United States, right, sir?

11       A     I can do it anywhere in the world.  I do

12  it from all locations in the world.  I have a home

13  in Amman, Jordan and I do the work there.  I do it

14  from my hotel, when I am in a hotel.

15       Q     And you do it when you're home in Hickory,

16  as well, correct?

17       A     Yes, I do.

18       Q     Did you perform any work for the Mohammed

19  Binladin Company, sir?

20       A     In the old days, yes, I did.

21       Q     And have you at any time since the old

22  days, sir?

23       A     No.

24       Q     When was the last time you did work for

25  the Mohammed Binladin Corporation?
```

```
 1                    F. RIHANI
 2     A     It was in -- I resigned in 1982 from the
 3   Mohammed Binladin Organization.
 4     Q     Sir, do you have healthcare benefits?
 5     A     Only in the United States.  And
 6   reimbursable costs; that's part of the understanding
 7   under the labor law in Saudi Arabia, that the
 8   employer is responsible for health benefits, health
 9   coverage.
10     Q     And SBG provides them, sir?
11     A     It reimburses me for any costs incurred
12   for my healthcare.
13     Q     And how long has that been so, sir?
14     A     It has been all the time.
15     Q     That includes from the time you started
16   with SBG through till the present, sir?
17     A     Yes, sir.
18     Q     Are there any other benefits other than
19   the healthcare benefits, sir?
20     A     I reside in a villa that is provided by my
21   employer.  I use a car provided to me by the
22   employer.  And they have assigned an office for me
23   to work and -- they are headquartered in Jeddah,
24   Saudi Arabia.
25     Q     And do you have a home office in Hickory,
```

Page 65

1                         F. RIHANI

2          A     No.

3          Q     Do you do any work for the Binladin family

4     unrelated to the SBG company business?

5          A     No.

6          Q     And in September 2000, you accompanied

7     Bakr Binladin to the UN, correct?

8          A     Yes.

9          Q     And that was part of SBG business?

10         A     No.  The king at the time came with a

11    delegation for the millennium -- United Nations and

12    he asked a group of Saudi business people, academia,

13    to accompany him.  And my boss, Bakr Binladin, asked

14    me to join him here in New York for the occasion.

15         Q     And were there expenses related to that,

16    travel expenses of coming up here to New York to the

17    UN?

18         A     No, business.

19         Q     Did you take a plane from -- were you

20    living in Hickory at the time?

21         A     Yes.

22         Q     Did you take a plane ride from there to

23    here?

24         A     Did --

25         Q     Did you take a plane ride from there to

Page 66

1                         F. RIHANI

2    here?

3        A    Yes.

4        Q    And do you know whether or not you paid

5    for that personally or were you expensed for that;

6    did you get reimbursed for your expenses?

7        A    No.  I was reimbursed for the expense.

8        Q    And you indicated that you have attended

9    meetings for the Middle East Policy Council,

10   correct?

11       A    Yes.

12       Q    And have you been reimbursed for your

13   travel expenses for that, as well?

14       A    No.

15       Q    No?

16       A    No.

17       Q    If we looked at Saudi Binladin Group's

18   expenses for you, they wouldn't show up there?

19       A    It's -- they never reimbursed me for

20   meetings for the Middle East Policy Council.

21       Q    Did they reimburse you for expenses for

22   meetings concerning the International Road

23   Federation?

24       A    Yes, sir, they do.

25       Q    How about International Road Federation

```
 1                    F. RIHANI
 2   Educational Foundation?
 3        A    Yes, they do.  Again, the IREF meetings
 4   are always with IRF meetings.  The differentiation
 5   between the two for reimbursement is not an issue.
 6        Q    Sir, you know Phillip Griffin, correct?
 7        A    I do.
 8        Q    And Mr. Griffin, when we met with him and
 9   spoke to him, he told us that you are an advisor to
10   Bakr Binladin.  Is that correct, sir?
11        A    Correct.
12        Q    Do you advise Mr. Binladin in the capacity
13   as an employee of SBG or separately?
14        A    Again, please.
15        Q    Are you compensated separately for
16   advising Mr. Binladin or is that part of your role
17   with SBG?
18        A    He is my immediate boss.
19        Q    What do you advise Mr. Binladin about?
20        A    About the results of my work.  I receive
21   instructions of studies and the tasks I am supposed
22   to do and I report to him the results.
23        Q    And what tasks have you been asked to do?
24        A    Feasibility studies.  Concept development
25   for projects.  And research -- basic research.
```

Page 68

1                              F. RIHANI

2        Q     What kind of research?

3        A     A question came up by the higher-ups

4    whether they could air-condition the open court of

5    the Grand Mosque in Mecca.  And I did the research

6    and outsourced to the U.S. and other entities

7    consultants, and carried the research, and presented

8    the results.

9        Q     Sir, how are you paid by the Saudi

10   Binladin Group; is it a salary or is it hourly or

11   how?

12       A     It has fluctuated over the years and it is

13   a monthly compensation depending on the load of work

14   assigned to me.

15       Q     How often does it fluctuate?

16       A     How often?

17       Q     Yes, sir.  How often does it fluctuate?

18       A     It fluctuated at least once every five,

19   six years in the last 30 some years.

20       Q     I didn't hear the last part.

21       A     In the last 30 years, I have been working

22   with them, with the Mohammed Binladin Organization.

23   I rejoined them in 1978.  Resigned in 1982.  And

24   then went back as a freelance consultant for

25   studies.  And then I joined the Saudi Binladin Group

```
 1                        F. RIHANI
 2    in 1989.
 3          Q     Has it always been a monthly compensation?
 4          A     Most of the time, yes.
 5          Q     In the past ten years, how much has it
 6    ranged from, from low to high?
 7          A     In the last ten years, it changed from
 8    $150,000 to $250,000.
 9          Q     In the past two years, what is the range,
10    sir?
11          A     In the last two years?
12          Q     The last three years is fine.
13          A     The last two years, it is about 220.
14          Q     Sir, Mr. Griffin also told us that you
15    would follow up on business relations that needed
16    nurturing.  What business relations would you follow
17    up on for SBG?
18                MR. GAUCH:  Objection; foundation.
19                THE COURT:  Can we hear the question
20        again?
21          Q     Mr. Griffin also told us that you would
22    follow up on business relations that needed
23    nurturing.  What business relations did you follow
24    up on?
25                THE COURT:  I will sustain the objection.
```

```
 1                        F. RIHANI
 2        Q     What happened in the late 90's that caused
 3   you to begin telecommuting?  I'll put the quotes
 4   around "telecommuting."
 5        A     Between Hickory and Jeddah, Saudi Arabia?
 6        Q     Yes, sir.
 7        A     What do you mean by telecommuting?
 8        Q     Where you began working from here at times
 9   and sending work over there.
10        A     I have been doing this for the last 32
11   years, not only from Hickory and Washington, D.C.,
12   but from hotels, Amman and London, and Chifkert
13   (phonetic).  All my work has been telecommunicating.
14        Q     Has SBG provided you with equipment in the
15   way of computers, faxes or telephone lines, or
16   reimbursed you for such items?
17        A     They -- yes, they have.
18        Q     What did they reimburse you for, to your
19   recollection?
20        A     I have a work number, different number
21   than the family number, and they reimburse me for
22   that.  They reimburse me for the fax machine and for
23   the photocopier.  Anything related directly to my
24   work in Saudi Arabia that I need to use anywhere in
25   the world, I am reimbursed for it.
```

```
 1                        F. RIHANI
 2        Q     Do you have any work outside of SBG?
 3        A     No.
 4        Q     Have you had any work outside of SBG?
 5        A     No.
 6        Q     Do you have a permanent address in Saudi
 7   Arabia?
 8        A     Yes.
 9        Q     Do you own property there, sir?
10        A     My own?
11        Q     Do you own property?
12        A     No, I don't.
13        Q     Is the only property that you reside in a
14   property provided by SBG?
15        A     Yes.
16        Q     Each time you travel between the U.S. and
17   Saudi Arabia, does SBG need to request a visa?
18        A     Does Saudi Arabia --
19        Q     Well, do you need a visa at any point when
20   you travel between here and Saudi Arabia?
21        A     Yes, I do in the Kingdom of Saudi Arabia
22   and in countries that do not give U.S. citizens the
23   gratis visa status.
24        Q     Do you need a sponsor for that visa?
25        A     No.  But leaving -- entering Saudi Arabia
```

1                          F. RIHANI

2    I use it leaving the country and the last time I use

3    it entering the country.  In between, the only

4    record is on my passport.

5          Q    And how physically are you paid by SBG?

6    Your -- I know you told me you were paid on a

7    monthly basis.

8          A    It is a bank transfer.

9          Q    So it's wired into a bank account?

10         A    Yes.

11         Q    And where is the bank account, sir?

12         A    It is at BB&T, Hickory, North Carolina.

13         Q    Do you have a bank account in Saudi

14   Arabia?

15         A    No, I don't.

16         Q    And during the time period you worked for

17   SBG, is it your testimony that you had no other

18   employment?

19         A    While I am working for SBG?

20         Q    Yes, sir.

21         A    I did not have -- I did not -- if you

22   could repeat the question, please.

23         Q    While you have been working with SBG, have

24   you had any other employment?

25         A    With other people?

```
 1                    F. RIHANI

 2      Q    Yes, sir.

 3      A    No.

 4      Q    With other people or with other companies?

 5      A    I used to be on the board of a German

 6 company that did work for SBG.

 7      Q    Is that a Ladin company, sir?

 8      A    It is an architectural firm.

 9      Q    What is the name of it?

10      A    SL.

11      Q    SL?

12      A    SL, yes.

13      Q    And when were you on that company's board?

14      A    In the 80's.  Late 80's.

15      Q    Have you ever been on the board of any

16 other companies -- have you been on the board of any

17 other companies other than what we have already

18 talked about?

19      A    No.

20      Q    And have you been employed by any other

21 company other than what we have already talked

22 about?

23      A    Not employment, but I was reimbursed by

24 the German company for being on the board.

25      Q    And have you been paid for any work that
```

Page 85

                         F. RIHANI

1

2    you have done in the United States other than the

3    work you have done for SBG?

4        A    No.

5        Q    When SBG employees or executives came to

6    the United States, would they alert you to their

7    U.S. travels?

8        A    Again, please.

9        Q    When SBG executives or employees came to

10   the United States, would they tell you that they

11   were coming to the United States?

12            MR. GAUCH:  Object as to foundation.

13            THE COURT:  Overruled.

14       Q    You can answer.

15       A    I can answer.

16            No, they don't.  Except the time that

17   Bakr asked me -- told me that he was coming to New

18   York and asked me to join him.

19       Q    Is SBG a member of the Saudi U.S. Chamber

20   of Commerce?

21       A    U.S. Saudi Chamber of Commerce?  I don't

22   know.

23       Q    Do you remember attending, in September

24   through October of 1999 in Washington, D.C., the

25   annual meeting of the U.S. Saudi Arabian Business

```
 1                      F. RIHANI

 2   Council?

 3        A     Yes, I did.

 4        Q     Is SBG a member of the U.S. Saudi Arabian

 5   Business Council?

 6        A     Yes, the Riyadh office.  Again, the U.S.

 7   Saudi Arabian Business Council has two entities:

 8   One headquartered in Riyadh with a chairman and

 9   staff and one in Washington, D.C. with a chairman

10   and staff.  And the Saudi -- SBG does attend

11   meetings both in Riyadh and Washington, D.C.

12        Q     Were you involved in any conferences in

13   the United States aimed at identifying U.S. business

14   opportunities for SBG?

15        A     No.

16        Q     Have you attended a conference called the

17   USA-KSA Companies Conference?

18        A     USA-KSA?

19        Q     Yes, sir.  USA-KSA Companies Conference.

20        A     Companies Conference?  No.

21        Q     Do you recall a conference called USA-KSA

22   Companies Conference that was held in Washington,

23   D.C. from June 25 to June 27, 1999?

24        A     The only thing I remember is -- that was

25   in association with the meeting of the U.S. Saudi
```

Page 90

1                         F. RIHANI

2        Q     It says, If you want more information,

3   contact, and it gives a list of people.

4                  Sir, is your name as the last name on

5   the second line of that next paragraph?

6        A     Yes.

7        Q     It says contact you with the Saudi

8   Binladin Group?

9        A     Yes.

10        Q     Do you recall this, sir?

11        A     I do.  I participated in the game and the

12   game was having all the attendants divided into

13   groups, and the group was given an investment

14   opportunity.  And we were asked to play the game and

15   command a strategy, how to deal with it, and I was

16   leading the table I was at.

17        Q     Sir, do you know an entity known as MR

18   International?

19        A     MR International?

20        Q     Yes, sir.

21        A     No, I don't.

22        Q     Do know an entity known as Resources

23   International?

24        A     No.

25        Q     Are you familiar with an entity called MR

```
 1                    F. RIHANI

 2               (Off-the-record discussion.)

 3          THE VIDEOGRAPHER:  We're going off the

 4     record at 6:57 p.m.  This is the end of Tape 2.

 5                    (Recess taken from 6:57 p.m. to

 6                    6:59 p.m.)

 7          THE VIDEOGRAPHER:  This is the beginning

 8     of Videotape 3.  We are back on the record.  It

 9     is 6:59 p.m.

10          Please, proceed.

11     Q    Sir, I'm going to ask you a few questions

12 other than what that exhibit is for a moment, so

13 just bear with me for a moment.

14               You work for SBG, correct?

15     A    Yes.

16     Q    And you work directly for Mr. Bakr

17 Binladin?

18     A    Bakr Binladin.

19     Q    And you took directions from Mr. Binladin;

20 in other words, he was the one that told you what to

21 do, correct?

22     A    Yes.

23     Q    And when he told you what to do, you would

24 do that, correct?

25     A    Yes.
```

Page 94

1                          F. RIHANI

2      Q    And you have indicated to us you haven't

3   worked for anybody other than directly for the Saudi

4   Binladin Group, correct?

5      A    Correct.

6      Q    You have never created any other entity or

7   worked for any other entity other than SBG, correct?

8              Let me rephrase it.

9              You have never created any other

10  entity other than the MR that we just talked about,

11  correct?

12     A    Correct.

13     Q    And that was just something for tax

14  purposes; it wasn't somebody that you actually did

15  work for, correct?

16     A    For IRA purposes, contribution purposes.

17     Q    It wasn't a consulting company that you

18  worked for, correct?

19     A    Correct.

20     Q    And your work for SBG was as an employee

21  for SBG, correct?

22     A    While I was doing work for SBG.

23     Q    Yes, sir.  Is there anything other than

24  that?

25     A    No, you said employed.  My position is not

Page 95

1                         F. RIHANI

2     the typical standard employment contract.  I am not

3     an employee of SBG.

4          Q     Who are you an employee of, then, sir?

5          A     I am a freelance consultant that -- I had

6     the chance to do no work except for SBG for the

7     last -- since 1989.

8          Q     And there's no corporate entity that you

9     work for other than the work that you perform for

10    SBG, correct?

11         A     The only example I gave you is on the

12    board of SL in Germany.

13         Q     And when SBG hired you to perform the work

14    that they hired you to perform -- is there any

15    written contract that you have with SBG?

16         A     No, I don't.

17         Q     It is only an oral contract?

18         A     Yes.

19         Q     And you get paid based on what you do for

20    them monthly, correct?

21         A     Yes.

22         Q     The exhibits that we have marked as

23    Exhibit 7 and 8 --

24         A     Yes.

25         Q     -- does this refresh your recollection as