# EXHIBIT

# 8

**From:**      **Fuad Rihani**      <<u>farihani@sbg.com.sa</u>>

**To:**        **Jon Roth**      <<u>jroth@mepc.org</u>>

**Sent:**      **February 16, 2005**

**Subject:**    **Breakdown of Contributors & Contributions to MEPC.**

Greetings:

**Urgent!**

My meetings here have shown the immediate need to have a detailed breakdown of the names / sources of <u>domestic</u> and <u>foreign</u> contributors with the amount of contribution of each for each of the years 1999 – 2004.

It will help very much to have it before your departure from DC on Friday, February 18.

In the near future we might need to provide same information for the years 1990 – 1998.

I plan to call you today.

Regards,

**Fuad**

MEPC000004