# EXHIBIT 9

**From:**   **Fuad Rihani**            **farihani@sbg.com.sa**

**To:**     **Jon Roth**              **jroth@mepc.org**

**Sent:**   **November 1, 2008**

**Subject:** **Amb. Freeman Speech at the**
            **17th Annual Arab-U.S. Policymakers**
            **Conference (Oct. 30-31).**

Greetings!

How can I get subject paper?

Thanks in advance!

I am in Jeddah till November 6. Anything I can help with?

Regards,

**Fuad Rihani**

**Note (1):**   Received your email of October 31 (Re: Quick Thought) and I will
               discuss it with Sheikh Bakr. Will provide a joint opinion soon.

**Note: (2):**  Received your email of October 31 (Re: Omar Kader….). Will discuss
               the subject with Sheikh Yahia and advise of the result.

               Unfortunately I will be in Europe on work assignments. I really hate not
               be here for Omar, but I will make sure he is taken care of.

MEPC000041