# EXHIBIT 10

| | | |
|---|---|---|
| From: | Fuad Rihani | farihani@sbg.com.sa |
| To: | Jon Roth | jroth@mepc.org |
| Sent: | November 6, 2006 | |
| Subject: | Transfer of $ 50 K. | |

Greetings!

$ 50 K was transferred to MEPC account on November 1. Please confirm receipt.

Regards,

**Fuad Rihani**

**Note: Received your e-mail.**

1. **Will arrange for mobile phone.**
   **Please communicate with Saleh.**

2. **Will get you time for meeting here (within 48 hrs.).**

3. **I am in touch with Jordan. Will confirm response asap.**

MEPC004224