# EXHIBIT 11

مجموعة بن لادن السعودية
SAUDI BINLADIN GROUP 

RESEARCH AND DEVELOPMENT

April 22, 1999

Mr. Richard Wilson
Executive Director
Middle East Policy Council
1730 M Street, NW
Suite 512
Washington, D.C. 20036-4505

Tel:  (202) 296-6767
Fax:  (202) 296-5791

Dear Richard:

Greetings from Jeddah!

Hard work pays off, and the success of the "A Century in Thirty Years" Conference on April 20 proved this very well. The Conference objective, as stated at the end by Ambassador Freeman, of "not being only a song of praise but a vehicle for a better understanding of the U.A.E. and its leadership, people, history, culture and accomplishments" was well served. A job well done. Congratulations to all!

I am sorry we could not "socialize" at the Conference, but I look forward to see you soon in Jeddah or in D.C.

Regards,

Fuad Rihani

S.R No. 68284 - P.O.Box : 12995 Jeddah 21483 ,Saudi Arabia. Head Office : Tel. 6692666(02) (Extn. 216) - Fax : 6696189 -Tlx : 606560 SJ

MEPC004712