# EXHIBIT 12



# MIDDLE EAST POLICY

**BOARD OF DIRECTORS**

Hon. Chas. W. Freeman, Jr.
President
Middle East Policy Council

Mr. Curtis Brand
Chairman (ret.)
ExxonMobil
Saudi Arabia, Inc.

Lt. Gen. Charles W. Brown
U.S. Army (ret.)

Mr. William J. Brown
Senior Legal advisor, EFD
Abu Dhabi
Investment Authority

Hon. Frank C. Carlucci
Chairman
The Carlyle Group

Mr. K.v.R. Dey, Jr.
President & C.E.O. (ret.)
Liggett Group, Inc.

Mr. Yankel Ginzburg
Artist

Mr. Najeeb Halaby
Attorney at Law

Hon. George McGovern
U.S. Ambassador
United Nations Food and
Agriculture Organization

Dr. Dale F. Nitzschke
Chancellor
Southeast Missouri
State University

Mr. Talat M. Othman
President
Grove Financial, Inc.

Hon. David M. Ransom
President
D.M. Ransom & Associates

Dr. Fuad A. Rihani
Director, Research and
Development
Saudi Binladin Group

Hon. Davis R. Robinson
Senior Partner
LeBoeuf, Lamb, Greene &
MacRae, L.L.P.

Mr. George C. Roman
VP/General Manager
Business Development
Boeing Corporation

January 30, 2003

Dear Participant:

    Welcome to the "Teaching About the Arab World and Islam" teacher workshop. The Middle East Policy Council has been offering these workshops free of charge to teachers around the nation since 1985. Over 12,000 educators have participated in them since 1993 alone. We are proud of this program's proven success in dispelling myths and misconceptions and replacing them with understandings.

    Today Audrey Shabbas will share with you some creative ideas and strategies to use in teaching about the Arab World and Islam. Ms. Shabbas received her B.A. in Political Science and International Relations with an area concentration in the Middle East from the University of California at Berkeley. She has over 30 years experience in the field and is listed in "Who's Who in American Education." She has been a classroom teacher and has conducted more than 500 workshops and summer institutes for teachers.

    If you are interested in having a fully-funded, full-day's staff development in your school district or if you know of an organization that you think might benefit from this program please contact Jon Roth, Program Manager, at the Middle East Policy Council offices (202-296-6767 or email: jroth@mepc.org).

    In order to ensure that these workshops are meeting the needs of today's educators, please fill out the attached evaluation. Your comments are greatly appreciated

    I hope you will find today's workshop enjoyable and informative. You play a critical role in the American foreign-policy process by replacing ignorance with knowledge and understanding.

Sincerely,

*Chas. Freeman*

Chas. W. Freeman, Jr.
President

1730 M STREET, NW, SUITE 512, WASHINGTON, DC 20036-4505
TEL: (202) 296-6767   FAX: (202) 296-5791   WWW.MEPC.ORG   INFO@MEPC.ORG

MEPC000003