# EXHIBIT 13

This is G o o g l e's cache of http://www.mepc.org/about/board.asp as retrieved on 14 Apr 2008 05:06:56 GMT.
G o o g l e's cache is the snapshot that we took of the page as we crawled the web.
The page may have changed since that time. Click here for the current page without highlighting.
This cached page may reference images which are no longer available. Click here for the cached text only.
To link to or bookmark this page, use the following url: http://www.google.com/search?hl=en&rlz=1T4SUNA_en___US207&q=cache%3Ahttp%3A%2F%2Fwww.mepc.org%2Fabout%2Fboard.asp

Google is neither affiliated with the authors of this page nor responsible for its content.



# Middle East Policy Council

## About

Who's Who | Newsletter | Support | Contact

## Board of Directors

**President:** The Hon. Chas. W. Freeman, Jr., Ambassador (U.S. Foreign Service, ret.); former Assistant Secretary of Defense

Mr. Robert D. Bauerlein, Vice-president, International Operations, Boeing Company.
Mr. Curtis Brand, Chairman (ret.), ExxonMobil, Saudi Arabia, Inc.
Mr. William J. Brown, Senior Legal Advisor, EFD, Abu Dhabi Investment Authority.
The Hon. Frank C. Carlucci, Chairman, The Carlyle Group; former U.S. Secretary of Defense.
The Hon. Frances Cook, The Ballard Group, LLC.; Former Ambassador, Oman & Consul General, Alexandria, Egypt.
Mr. K.v.R. Dey, President and CEO, Liggett Group, Inc. (ret.).
Mr. Yankel Ginzburg, Artist.
The Hon. Mark Hambley, International Managing Director, Apollo Security; Former Ambassador, Lebanon.
Dr. Omar Kader, President and CEO, Pal-Tech, Inc.
Dr. Martha Neff Kessler, Consultant, CIA (ret.)
Dr. Phebe Marr, Author, Mideast consultant; Former Senior Fellow, National Defense University.
The Hon. George McGovern, U.N. Global Ambassador on Hunger; former U.S. Senator (SD).
Mr. Dan Nelson, Vice President, Washington Office, Exxon Mobil.
Mr. Talat M. Othman, President, Grove Financial, Inc., Chicago.
Dr. Fuad A. Rihani, Director, Research and Development, Saudi Binladin Group.
The Hon. Davis R. Robinson, Partner, LeBeouf, Lamb, Greene & MacRae, L.L.P.
Mr. George C. Roman, Vice President and Chief of Staff, The Boeing Company
The Hon. William A. Rugh, Former President, AMIDEAST; Former Ambassador, U.A.E.

Middle East Policy Council
1730 M Street NW, Suite 512
Washington, DC 20036
Phone: (202) 296-6767 - Fax: (202) 296-5791
info@mepc.org

HOME | JOURNAL | FORUMS | WORKSHOPS | RESOURCES | ABOUT | WHAT'S NEW

All Rights Reserved - 2002 - Middle East Policy Council



EXHIBIT
Rihani 3
4-22-08 CC