# EXHIBIT 14



Who's Who | Newsletter | Support | Contact

# Board of Directors

**President: The Hon. Chas. W. Freeman, Jr.,** Ambassador (U.S. Foreign Service, ret.); former Assistant Secretary of Defense

**Mr. Robert D. Bauerlein,** Vice-president, International Operations, Boeing Company.
**Mr. Curtis Brand,** Chairman (ret.), ExxonMobil, Saudi Arabia, Inc.
**Gen. Charles W. Brown,** U.S. Army (ret.).
**Mr. William J. Brown,** Senior Legal Advisor, EFD, Abu Dhabi Investment Authority.
**The Hon. Frank C. Carlucci,** Chairman, The Carlyle Group; former U.S. Secretary of Defense.
**Mr. K.v.R. Dey,** President and CEO, Liggett Group, Inc. (ret.).
**Mr. Yankel Ginzburg,** Artist.
**Dr. Omar Kader,** President and CEO, Pal-Tech, Inc.
**Dr. Martha Neff Kessler,** Consultant, CIA (ret.)
**Dr. Phebe Marr,** Author, Mideast consultant; Former Senior Fellow, National Defense University.
**The Hon. George McGovern,** U.N. Global Ambassador on Hunger; former U.S. Senator (SD).
**Mr. Dan Nelson,** Chairman an dCEO, Exxonmobil, Saudi Arabia, Inc.
**Mr. Talat M. Othman,** President, Grove Financial, Inc., Chicago.
**Dr. Fuad A. Rihani,** Director, Research and Development, Saudi Binladin Group.
**The Hon. Davis R. Robinson,** Partner, LeBeouf, Lamb, Greene & MacRae, L.L.P.
**Mr. George C. Roman,** Vice President and Chief of Staff, The Boeing Company

**Middle East Policy Council**
1730 M Street NW, Suite 512
Washington, DC 20036
Phone: (202) 296-6767 - Fax: (202) 296-5791
info@mepc.org

HOME | JOURNAL | FORUMS | WORKSHOPS | RESOURCES | ABOUT | WHAT'S NEW

All Rights Reserved - 2002 - Middle East Policy Council



EXHIBIT
Rihani 4
4-22-08 CC