# EXHIBIT 15



Home   Join IRF   Contact Us   Products & Services Guide   Advertising Opportunities



# International Road Federation

Brussels / Geneva / Washington

About | Training | Fellowship Program | Awards | Advocacy | Meetings | Networking | Publications

## IREF Board

The IREF Board of Directors is comprised of individuals and representatives of organizations who have been elected based on their commitment to the goals and objectives of the Foundation. The geographic and institutional diversity of the Board reflects the diversity of the IREF and the Fellowship Program.

**President**
Michael G. Dreznes, Deputy Director General    International Road Federation

**Vice Presidents**
Abdullah A. Al-Mogbel, Deputy Minister of Roads    Ministry of Transport
Marion C. Dietrich, IRF Honorary Life Member    retired – Cummins Engine
Moriyasu Furuki, IRF Representative    Japan Road Association
John O. Gehrett, IRF Honorary Life Member    retired – Potters Industries
Jeffery R. Reed, President    Valley Slurry Seal Company

**Secretary**
James I. Taylor, Professor    retired – University of Notre Dame

**Treasurer**
Brian T. Harris, Vice President    AECOM

**Director General & CEO**
C. Patrick Sankey    International Road Federation

**IRF- Washington Chairman**
Peter J. Boyd, Chairman, Advisory Committee    Delcan · NET

**IRF World Executive Board Chairman**
Manfred Swarovski, CEO    Swarco Holding AG

**Fellowship Advisory Committee Representative**
Kumares Sinha, Olson Distinguished Professor    Purdue University

**Past IRF World Executive Board Chairman**
Dana E. Low, IRF Honorary Life Member    retired – TAMS Consultants

**IFAA Chairman**
Billy Troxler, President & Chairman of the Board    Troxler Electronic Laboratories, Inc.

Sidebar:
- How are Fellows Selected
- Requirements and Procedures
- Executive Leadership Program
- Funding Mechanism
- Why Should Companies Invest?
- Dr. Mino Award of Excellence
- IREF Board
- Fellowship Application Form

EXHIBIT
Rihani 5
4-22-08 CL

Case 1:03-md-01570-GBD-SN   Document 2387-16   Filed 11/18/10   Page 3 of 3

**IFAA Representative**
Mario J. Leiderman, President                          Normar S.R.L.

**Directors**
Steve Smith, Chairman & CEO                            Wilbur Smith Associates
T. Peter Ruane, President & CEO                        ARTBA
Brian J. Stearman, Executive Vice President            Delcan Inc.
Fuad Rihani, Director of R&D                           Saudi Binladin Group
John Jorgensen, President & Chairman                   Roy Jorgensen Associates, Inc.
Fazil Najafi, Profesor                                 University of Florida
Edgar Barriga Calle, Chairman                          Barriga-Dall'Orto S.A.
Theodore Van Zelst, IRF Honorary Life Member           retired

©2006 International Road Federation