# EXHIBIT 16

AUG 05 '95  04:19PM SBG-R&D-RIHANI 704/3272305

| RBR | MLL | TSD | WA... |
|-----|-----|-----|-------|
|     | AUG | 7 1995 |   |
| CFD | ABS | ASE | GTZ |

B-7/7/95

مجموعة بن لادن السعودية
SAUDI BINLADIN GROUP 

RESEARCH AND DEVELOPMENT

4320 4th Street Circle, NW
Hickory, NC 28601
Tel: (704) 327-7704
Fax: (704) 327-2305
August 4, 1995

Mr. Gerald P. Shea
President
International Road Educational Foundation
2600 Virginia Avenue, NW - Suite 208
Washington, DC 20037

Fax No.: (202) 338-8104
Tel No.: (202) 338-4641

Dear Mr. Shea:

Greetings and congratulations on your election to the presidency of IREF.

I am pleased to inform you that Mr. Bakr M. BinLadin, Chairman of the Board of Directors of the Saudi BinLadin Group, has asked me to confirm his decision to contribute $10,000 to the IREF Future Fund. Please provide me with money transfer instructions, at Fax No. (704) 327-2305, to allow me to finalize the transaction.

Regards and best wishes for continued success, and I hope to see you at Traverse City.

Sincerely,

Fuad Rihani
Saudi BinLadin Group

cc: Engr. Bakr M. BinLadin

*Mr. Shea — An invoice was sent out this morning with wire instructions. Amy*