# EXHIBIT 17

مجموعة بن لادن السعودية
SAUDI BINLADIN GROUP 

RESEARCH AND DEVELOPMENT
4320 Fourth Street Circle, NW
Hickory, NC 28601
Phone: (704) 327-7704
Fax: (704) 327-2305
August 29, 1995

Mr. Gerald P. Shea
President
International Road Educational Foundation
2600 Virginia Avenue, NW Suite 208
Washington, DC 20037
Fax: (202) 338-8104
Tel: (202) 338-4641

                Subject:    Contribution of Bakr M. BinLadin
                                  to the IREF Future Fund

Dear Mr. Shea:

It was an excellent and substantial IREF meeting at Grand Traverse Resort, and I was delighted to be a part of it. Congratulations and best wishes for continued success.

I also would like to thank you for your letter No 11-085 dated August 7, 1995, concerning the $10,000 contribution of Mr. Bakr M. BinLadin, Chairman of the Board of the Saudi BinLadin Group, to the IREF Future Fund. However, I would like to correct the record on this subject. I work for Mr. Bakr M. BinLadin, and I participate in IRF/IREF meetings on his behalf because of his inability to attend. Mr. Bakr M. BinLadin <u>is</u> the real contributor of the above $10,000, and I urge you to send him a personal thank you letter for the gift and for the active involvement and positive contributions of the Saudi BinLadin Group to IRF, IREF, and to the Kingdom of Saudi Arabia. The letter should be addressed to:

> The Honorable Bakr M. BinLadin
> Chairman of the Board
> Saudi BinLadin Group
> P. O. Box 12995
> Jeddah 21483
> Kingdom of Saudi Arabia
> Fax No: 966-2-669-6189

In closing, I would like to thank you for your invitation to join the <u>University Relations Committee</u>, and I look forward to working with its distinguished members and to contributing to its worthwhile mission.

I send you and IREF my personal regards and best wishes.

Sincerely,

*[signature]*