# EXHIBIT 18

MAY 06 '96  03:45PM SBG-R&D-RIHANI 704/3272305                                P.1



**SAUDI BINLADIN GROUP**

RESEARCH AND DEVELOPMENT

4320 4th Street Circle, NW
Hickory, NC  28601
Phone:    327-7704
Fax:       327-2305
May 6, 1996

Mr. Richard Robertson
IRF
2600 Virginia Avenue, NW #208
Washington, DC  20037
Phone:    (202) 338-4641
Fax:       (202) 338-8104

Dear Mr. Robertson:

Greetings from North Carolina!

I like you to know that the last IRF/CIMA meeting in Washington, DC was the most enjoyable, stimulating and beneficial meeting I have ever attended. The quality of discussions and presentations were first rate. Congratulations and best wishes for continued success. May I suggest that a small file containing the outline of all available presentations be made and sent to interested members. I would love to receive one. I have already requested, through IRF desk, a copy of Mr. Hajj and Mr. Bradshaw's presentations.

Congratulations again.

Regards,

Fuad A. Rihani

C.R. No. 68284 · P.O. Box : 12995 Jeddah 21483, Saudi Arabia, Head Office : Tel. 6892886(02) (Extn. 216) · Fax : 6696189 · Tlx : 606560 SJ