# EXHIBIT 19



INTERNATIONAL ROAD EDUCATIONAL FOUNDATION

2600 VIRGINIA AVENUE, N.W. · WASHINGTON, DC 20037

TELEPHONE: (202) 338-4641 · FACSIMILE: (202) 338-8104

**President**
Gerald P. Shea
Louis Berger International, Inc.

**Vice President**
Marion C. Dietrich
IRF Life Member

**Vice President**
John O. Gehrett
IRF Life Member

**Treasurer**
Robert E. Farris
Treasurer, IRF

**Secretary**
George D. Ebersole
Energy Absorption Systems, Inc.

**Director General**
Richard B. Robertson
Director General, IRF

**Assistant Secretary-Treasurer**
Wayne A. McDaniel
Director of Programs, IRF

**DIRECTORS**

Dr. Nasser M. Al-Salloum
Ministry of Communications
Saudi Arabia

Harvey M. Alton
Ministry of Transportation & Utilities
Alberta, Canada

Dr. Louis Berger
IRF Life Member

Gary L. Brosch
University of South Florida

Arthur Y. Chen
China Road Federation

William C. Combs
Potters Industries, Inc.

George Davies
Ministry of Transportation
Ontario, Canada

Fernando Favela
Engineering Faculty, UNAM, Mexico

Nicholas F. Gallinaro
GAR International Corp.

Gary L. Godbersen
COMACO International

Harry Heltzer
IRF Life Member

Robert A. Hubbard
Wilbur Smith Associates

Roy Jorgensen
Roy Jorgensen Associates, Inc.

Daniel E. Kletter
Ingersoll-Rand Co.

Mark A. Levett
Cummins Engine Company, Inc.
(Chairman, Construction Industry Manufacturers Association)

Dana E. Low
TAMS Consultants, Inc.

Howard M. Mager
McGraw-Hill, Inc.

Farah B. Majidzadeh
Resource International, Inc.

Henry L. Michel
Parsons Brinckerhoff Intl., Inc.

Dr. Sadamu Mino
Sumitomo Construction Co., Ltd.

Donn R. Osmon
3M Company

Jock D. Ritchie
IRF Life Member

Jerry O. Rowe
IRF Life Member

Dr. T. Peter Ruane
American Road & Transportation Builders Association

James H. Stollenwerk
Construction Industry Manufacturers Association

Theodore W. Van Zelst
IRF Life Member

Dr. C. Michael Walton
University of Texas at Austin

Dr. Guido Ziffer
Agip Petroli and IRF Geneva

No. 11-085/August 7, 1995

Mr. Faud Rihani
Saudi BinLadin Group
4320 4th Street Circle, N.W.
Hickory, N.C. 28601

Dear Mr. Rihani:

Thnak you very much for your letter of August 4 and your kind words on my election to the presidency of IREF. It is a great honor but also a great challenge and it is only through the generosity of firms like Saudi BinLadin Group that we will be able to continue the success of the Fellowship Program into the future.

Your contribution of $10,000 to the IREF Future Fund is very generous and greatly appreciated. I understand the IRF staff in Washington has submitted a pledge form and instructions to you.

Thanks again for your support and I look foward to seeing you at Traverse City later this month.

Best regards.

Sincerely,

Gerald P. Shea
International Road Education Foundation

slj

bcc: John Gehrett
     Dana Low
     Wayne McDaniel