# EXHIBIT 20

# INTERNATIONAL ROAD FEDERATION

WASHINGTON                   GENEVA

2600 Virginia Avenue, N.W. · Washington, DC 20037
Telephone: (202) 338-4641 · Facsimile: (202) 338-8104



*Director General*
Richard B. Robertson

May 20, 1996

Mr. Fuad Rihani
Saudi Binladin Group
4320 4th Street Circle, NW
Hickory, NC 28601

Dear Mr. Rihani:

    I really appreciate your kind remarks regarding our recent Annual Meeting. As you can imagine, we on the IRF staff devote a great deal of energy to the many aspects involved in the planning and execution of a meeting of this type. So, it is especially gratifying when the representative of one our key Members takes the time to acknowledge our efforts.

    With your suggestion in mind, we will encourage speakers at future meetings to bring in a written version of their presentation. In addition to Mr. Hajj and Mr. Bradshaw, we did receive a written version of Mr. Peñaloza's remarks, a copy of which is enclosed.

    I hope that you will be able to join us in Coeur d'Alene this August. Best regards.

Sincerely,

Richard B. Robertson
Director General

RBR:dfd

enclosure