# EXHIBIT

# 22

*President*
Gerald P. Shea
Louis Berger International, Inc.

*Vice President*
Marion C. Dietrich
IRF Life Member

*Vice President*
John O. Gehrett
IRF Life Member

*Treasurer*
Robert E. Farris
Treasurer, IRF

*Secretary*
George D. Ebersole
Energy Absorption Systems, Inc.

*Director General*
Richard B. Robertson
Director General, IRF

*Assistant Secretary-Treasurer*
Wayne A. McDaniel
Director of Programs, IRF

**DIRECTORS**

Dr. Nasser M. Al-Salloum
Ministry of Communications
Saudi Arabia

Harvey M. Alton
Ministry of Transportation & Utilities
Alberta, Canada

Dr. Louis Berger
IRF Life Member

Gary L. Brosch
University of South Florida

Arthur Y. Chen
China Road Federation

William C. Combs
Potters Industries, Inc.

George Davies
Ministry of Transportation
Ontario, Canada

Fernando Favela
Engineering Faculty, UNAM, Mexico

Nicholas F. Gallinaro
GAR International Corp.

Gary L. Godbersen
GOMACO International

Harry Heltzer
IRF Life Member

Robert A. Hubbard
Wilbur Smith Associates

Roy Jorgensen
Roy Jorgensen Associates, Inc.

Daniel E. Kletter
Ingersoll-Rand Co.

Mark A. Levett
Cummins Engine Company, Inc.
(Chairman, Construction Industry
Manufacturers Association)

Dana E. Low
TAMS Consultants, Inc.

Howard M. Mager
McGraw-Hill, Inc.

Farah B. Majidzadeh
Resource International, Inc.

Henry L. Michel
Parsons Brinckerhoff Intl., Inc.

Dr. Sadamu Mino
Sumitomo Construction Co., Ltd.

Robert S. O'Neil
De Leuw Cather & Company

Donn R. Osmon
3M Company

Jack D. Ritchie
IRF Life Member

Jerry O. Rowe
IRF Life Member

Dr. T. Peter Ruane
American Road & Transportation
Builders Association

James H. Stollenwerk
Construction Industry
Manufacturers Association

Theodore W. Van Zelst
IRF Life Member

Dr. C. Michael Walton
University of Texas at Austin

Dr. Guido Ziffer
Agip Petroli and IRF Geneva

# INTERNATIONAL ROAD EDUCATIONAL FOUNDATION

2600 VIRGINIA AVENUE, N.W. · WASHINGTON, DC 20037
TELEPHONE: (202) 338-4641 · FACSIMILE: (202) 338-8104



November 30, 1995

Saudi Binlandin Group
c/o Dr. Fuad Rihani
4320 4th Street Circle, N.W.
Hickory, NC 28601

1996 Future Fund Contribution..................................... US$10,000.00

Wire Transfer may be made to:

The Riggs National Bank
2600 Virginia Avenue, N.W.
Washington, DC 20037
Sort Code: DC17
Account #███████082