# EXHIBIT

# 23

**From:** Jon Roth
**To:** Chas Freeman
**Sent:** 11/7/2006 8:28:14 AM
**Subject:** ME Trip


Chas:

Omar Zawawi is interested in meeting with you, but won't know until Nov. 16th if a meeting is possible.  I told his secretary that I would call on the 16th (from Abu Dhabi).

Also, Dr. Hassan Al-Ebraheem from the Kuwait-America Foundation said he'd be happy to meet with you while in Kuwait.

Fuad Rihani reports that Shk Yahia and Shk Bakr will be out of town while you're in Jeddah, but Shkh Hassan will meet with you.  After talking about the Council he would like to talk a little business with you.

Fuad also had an update on the business council meeting.  The only person who can call the meeting, Pr. Majid, is still out of the country recovering from serious illness.  But I'm trying to get meetings with the Toyota mogul (Mohammed Abdul Latif Jameel) and the person Shk. Yahia introduced you to last year that heads up the company NESMA, Sheikh Saleh Ali Al-Turki.

I'm updating t&c as you read this...

-Jon

MEPC003643